UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER, LISA PARISI and SHANNA ORLICH,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.<br><br>Defendants. | 10 Civ. 6950 (LBS) (JCF) |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
GOLDMAN, SACHS & CO. AND THE GOLDMAN SACHS GROUP, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Goldman, Sachs & Co. and The Goldman Sachs Group, Inc. ("Goldman Sachs") by their undersigned counsel, certify as follows:

Goldman, Sachs & Co. is an indirectly wholly-owned subsidiary of Goldman Sachs, which is a corporation organized under the laws of Delaware whose shares are publicly traded on the New York Stock Exchange. To the best of Goldman Sachs' knowledge, no publicly held company owns 10% or more of the common stock of Goldman Sachs.

-2-

Dated: New York, New York
      November 22, 2010      PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:   /s/ Barbara B. Brown
      BARBARA B. BROWN (*admitted pro hac vice*)
      ZACHARY D. FASMAN
      C. GEOFFREY WEIRICH (*admitted pro hac vice*)

75 East 55th Street
New York, New York 10022-3205
(212) 318-6000
barbarabrown@paulhastings.com
zacharyfasman@paulhastings.com
geoffweirich@paulhastings.com


THEODORE O. ROGERS, JR.
SUHANA S. HAN
JOHN F. FULLERTON III
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, New York 10004
(212) 558-4000
RogersTO@sullcrum.com
fullertonj@sullcrom.com
hans@sullcrom.com

*Counsel for Defendants*
GOLDMAN, SACHS & CO. AND
THE GOLDMAN SACHS GROUP, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; LISA PARISI; and SHANNA ORLICH,<br><br>         Plaintiffs,<br><br>  vs.<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.<br><br>         Defendants. | 10 Civ. 6950 (LBS) (JCF)<br><br>**CERTIFICATE OF SERVICE** |

   I hereby certify that on November 22, 2010, a copy of the foregoing **DISCLOSURE STATEMENT (Fed. R. Civ. P. 7.1)** was served via the Court's CM/ECF system on the following attorneys of record:

Adam T. Klein
Justin M. Swartz
Cara E. Greene
Jennifer L. Liu
OUTTEN & GOLDEN, LLP
3 Park Avenue, 29th Floor
New York, New York 10016

Kelly M. Dermody
Anne B. Shaver
Heather H. Wong
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339


Dated: New York, New York
    November 22, 2010


                     By: /s/ Margaret E. Bartlett
                         Margaret E. Bartlett