IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; LISA PARISI; and SHANNA ORLICH, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>                -against-<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>                    Defendants. | No. 10 Civ. 6950 (LBS) (JCF) |

## DECLARATION OF ADAM T. KLEIN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY

I, ADAM T. KLEIN, pursuant to 29 U.S.C. § 1746, declare under penalty of perjury as follows:

      1.     I am a partner at Outten & Golden LLP, attorneys for Plaintiffs and the putative class in the above-referenced action, and an attorney in good standing admitted to practice in the State of New York and before this Court.

      2.     I make this declaration on personal knowledge in support of Plaintiffs' Motion to Compel Discovery.

      3.     Attached are true and correct copies of the following documents:

           a.     Attached as Exhibit A is a copy of the November 2003 Employment Agreement signed by Plaintiff Lisa Parisi.

           b.     Attached as Exhibit B is a copy of *Benson v. CSA-Credit Solutions of Am., Inc.*, Case No. 11-160-M-02281-08 (July 6, 2010).

1

c. Attached as Exhibit C is a copy of *Passow v. Smith & Wollensky Rest. Group, Inc.*, AAA No. 11 160 00357 08 (July 28, 2010).

d. Attached as Exhibit D is a copy of *Smith & Wollensky Rest. Group v. Passow*, Civ. No. 10-cv-11498 (D. Mass. Jan. 18, 2011).

e. Attached as Exhibit E is a copy of *Galakhova v. Hooters of Am. Inc.*, Case No. 34-2010-00073111 (Cal. Super. Ct. July 27, 2010).

4. I declare under penalty of perjury under the laws of New York and the United States that the foregoing is true and correct.

Dated: New York, New York
January 21, 2011

_____
Adam T. Klein
**Outten & Golden LLP**
Adam T. Klein
Cara E. Green
Jennifer L. Liu
Mariko Hirose
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000

**Lieff, Cabraser, Heimann & Bernstein, LLP**
Kelly M. Dermody (admitted *pro hac vice*)
Anne B. Shaver (admitted *pro hac vice*)
Heather H. Wong (admitted *pro hac vice*)
Alison M. Stocking (admitted *pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

*Attorneys for Plaintiff and the Putative Class*