UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
H. CRISTINA CHEN-OSTER; LISA
PARISI; and SHANNA ORLICH,

               Plaintiffs,

   v.
                                  10 Civ. 6950 (LBS) (JCF)

GOLDMAN, SACHS & CO. and THE
GOLDMAN SACHS GROUP, INC,

               Defendants.

------------------------------x

STATE OF NEW YORK   )
                           ) ss:
COUNTY OF NEW YORK  )

        Pricila M. Hidalgo-Liranzo , being duly sworn, deposes and says:

        1.     I am an associate employed by Goldman, Sachs & Co. ("Goldman Sachs") in the Employment Law Group of the Legal Division.  I make this affidavit in order to place before this Court certain information referred to in defendants' Reply Memorandum in Support of Motion to Stay Plaintiff Parisi's Claims and Compel Individual Arbitration.  This Affidavit is based on my review of Lisa Parisi's personnel file and my personal knowledge of compensation at Goldman Sachs.

        2.     Lisa Parisi was an Extended Managing Director of Goldman Sachs from 2003 until the termination of her employment in 2008.  Ms. Parisi's total compensation during the last three years of her employment – 2005 through 2007 – was as follows:  $1,050,000 in 2005, $900,000 in 2006 and $600,000 in 2007.  Her average total compensation for those three years was $850,000.

3. The standard base salary paid by Goldman Sachs to Extended Managing Directors in 2008 was $300,000. In 2009, the standard base salary increased to $500,000.

_____
Pricila M. Hidalgo-Liranzo

Sworn and subscribed before me
this 21st day of March, 2011

_____
Notary Public

Barbara V. Nelson
Notary Public, State of New York
No. 01NE6014403
Qualified in New York County
Certificate Filed in New York
Commission Expires Oct. 13, 2014