UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; LISA PARISI; and SHANNA ORLICH,<br><br>         Plaintiffs,<br><br>   vs.<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.<br><br>         Defendants. | 10 Civ. 6950 (LBS) (JCF) |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS'
MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANTS'
MOTION TO STAY PLAINTIFF PARISI'S
<u>CLAIMS AND COMPEL INDIVIDUAL ARBITRATION</u>**

             PAUL, HASTINGS, JANOFSKY & WALKER LLP
             75 East 55th Street
             New York, New York 10022-3205
             (212) 318-6000

             SULLIVAN & CROMWELL LLP
             125 Broad Street
             New York, New York 10004
             (212) 558-4000

             *Attorneys for Defendants*
             Goldman, Sachs & Co. and
             The Goldman Sachs Group, Inc.

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Goldman, Sachs & Co. and The Goldman Sachs Group, Inc. ("Defendants") respectfully submit the attached decision of the United States Supreme Court in *Wal-Mart Stores, Inc. v. Dukes*, *et al*, No. 10-277 (U.S. June 20, 2011), as supplemental authority in support of Defendants' motion for reconsideration of this Court's denial of their motion to compel Plaintiff Parisi to comply with her agreement to arbitrate her employment-related claims against Defendants. Defendants submit that the Supreme Court's articulation in *Dukes* of the standards applicable to class certification under Fed. R. Civ. P. 23(a) and 23(b)(2) is directly relevant to this Court's analysis of whether Plaintiff Parisi has a substantive statutory right to bring claims on behalf of putative class members. *See* Slip Op. at *11 n.7, *14-*17.

Dated: New York, New York

      June 28, 2011         PAUL, HASTINGS, JANOFSKY & WALKER LLP

                              BY:      /s/ Zachary D. Fasman
                                    BARBARA B. BROWN (*admitted pro hac vice*)
                                    ZACHARY D. FASMAN
                                    C. GEOFFREY WEIRICH (*admitted pro hac vice*)

                                    75 East 55th Street
                                    New York, New York 10022-3205
                                    (212) 318-6000
                                    barbarabrown@paulhastings.com;
                                    zacharyfasman@paulhastings.com;
                                    geoffweirich@paulhastings.com

                                    SULLIVAN & CROMWELL LLP
                                    THEODORE O. ROGERS, JR.

SUHANA S. HAN
125 Broad Street
New York, New York 10004
(212) 558-4000
rogerst@sullcrom.com
hans@sullcrom.com

*Attorneys for Defendants*
GOLDMAN, SACHS & CO. and
THE GOLDMAN SACHS GROUP, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

H. CRISTINA CHEN-OSTER; LISA PARISI; and
SHANNA ORLICH,

                     Plaintiffs,

      vs.

GOLDMAN, SACHS & CO. and THE GOLDMAN
SACHS GROUP, INC.

                     Defendants.

10 Civ. 6950 (LBS) (JCF)

**CERTIFICATE OF SERVICE**

---

       I hereby certify that on June 28, 2011, a copy of the foregoing NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANTS' MOTION TO STAY CLAIMS OF PLAINTIFF PARISI AND COMPEL INDIVIDUAL ARBITRATION was served by the Court's ECF system on:

           Adam T. Klein
           Cara E. Greene
           Jennifer L. Liu
           OUTTEN & GOLDEN, LLP
           3 Park Avenue, 29th Floor
           New York, New York 10016
           *Attorneys for Plaintiffs*

           Kelly M. Dermody
           Anne B. Shaver
           Heather H. Wong
           LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
           275 Battery Street, 29th Floor
           San Francisco, CA 94111-3339
           *Attorneys for Plaintiffs*


Dated: New York, New York
       June 28, 2011

                               By:     /s/ Erin E. LaRuffa
                                          Erin E. LaRuffa