# MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER; LISA PARISI; and
SHANNA ORLICH,

                                        Plaintiffs,

                vs.

GOLDMAN, SACHS & CO. and THE GOLDMAN
SACHS GROUP, INC.

                                        Defendants.

10 Civ. 6950 (LBS) (JCF)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, dated November 22, 2010, the Declaration of Erin E. LaRuffa, and supporting documents filed therewith, the undersigned counsel for Defendants Goldman, Sachs & Co. and The Goldman Sachs Group, Inc. will move this Court on Thursday, December 9, 2010 at 2:15P.M. in courtroom 15-A, or on such date and at such time as it may please the Court, for an Order compelling individual arbitration and granting a stay of Plaintiff Parisi's claims pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3 and 4.

MEMO ENDORSED

*Endorsement*

*After full briefing and oral argument the motion is denied.*

*So ordered*

*[signature] Sand USDJ*

*11/14/2011*

Dated: New York, New York
      November 22, 2010         PAUL, HASTINGS, JANOFSKY & WALKER LLP


BY:      _____/s/ Zachary D. Fasman _____
            BARBARA B. BROWN (*admitted pro hac vice*)
            ZACHARY D. FASMAN
            C. GEOFFREY WEIRICH (*admitted pro hac vice*)


75 East 55th Street
New York, New York 10022-3205
(212) 318-6000
barbarabrown@paulhastings.com;
zacharyfasman@paulhastings.com;
geoffweirich@paulhastings.com


SULLIVAN & CROMWELL LLP
THEODORE O. ROGERS, JR.
SUHANA S. HAN
JOHN F. FULLERTON III
125 Broad Street
New York, New York 10004
(212) 558-4000
rogerst@sullcrom.com
hans@sullcrom.com
fullertonj@sullcrom.com

*Attorneys for Defendants*
GOLDMAN, SACHS & CO. and
THE GOLDMAN SACHS GROUP, INC.

- 1 -

Endorsement reads:

"After full briefing and oral argument the motion is denied."

So ordered.