```
UNITED STATES DISTRICT COURT              (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - :
H. CRISTINA CHEN-OSTER; LISA         :    10 Civ. 6950 (LBS) (JCF)
PARISI; and SHANNA ORLICH,           :
                                     :
              Plaintiffs,            :    O R D E R
                                     :
     - against -                     :
                                     :
GOLDMAN, SACHS & CO. and THE         :
GOLDMAN SACHS GROUP, INC.,           :
                                     :
              Defendants.            :
- - - - - - - - - - - - - - - - - - :
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/12

A pretrial conference having been held on April 4, 2012, it is hereby ORDERED as follows:

1. Plaintiffs shall file their motion to compel discovery by May 2, 2012.

2. Defendants shall answer the motion by May 30, 2012.

3. Plaintiffs shall reply by June 13, 2012.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         April 4, 2012

1

Copies mailed this date:

Adam T. Klein, Esq.
Cyrus E. Dugger, Esq.
Cara Elizabeth Greene, Esq.
Carmelyn Pingol Malalis, Esq.
Jennifer Lin Liu, Esq.
Justin Mitchell Swartz, Esq.
Outten & Golden,LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016

Paul W. Mollica, Esq.
Outten & Golden LLP
203 North LaSalle Street, Suite 2100
Chicago, IL 60603

Alison M. Stocking, Esq.
Anne B. Shaver, Esq.
Heather H. Wong, Esq.
Kelly Dermody, Esq.
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Theodore Otto Rogers, Jr., Esq.
Margaret Elizabeth Bartlett, Esq.
Michael Peter Reis, Esq.
Suhana S. Han, Esq.
Sullivan and Cromwell, LLP
125 Broad Street
New York, NY 10004

Barbara B. Brown, Esq.
Carson Sullivan, Esq.
Paul Hastings LLP
875 15th Street N.W.
Washington, DC 20005

C. Geoffrey Weirich, Esq.
Paul Hastings LLP
600 Peachtree Street, NE
Suite 2400
Atlanta, GA 30308

Zachary D. Fasman, Esq.
Paul Hastings LLP
75 East 55th Street
New York, NY 10022