IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; LISA PARISI; and SHANNA ORLICH, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  -against-<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>     Defendants. | No. 10 Civ. 6950 (LBS) (JCF)<br><br>**NOTICE OF MOTION** |

    PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, dated May 2, 2012, and the Declaration of Anne B. Shaver and supporting documents filed therewith, the undersigned counsel for Plaintiffs H. Cristina Chen-Oster, Lisa Parisi, Shanna Orlich and the putative class will move this Court before the Honorable James C. Francis, United States Courthouse, 500 Pearl Street, New York, New York 10007, at a time and date to be determined by the Court, for an Order to Compel Discovery.

Dated: New York, New York   Respectfully submitted,
    May 2, 2012   By: */s/ Adam T. Klein*
                 Adam T. Klein

                 OUTTEN & GOLDEN LLP
                 Adam T. Klein
                 Cyrus E. Dugger
                 Jennifer L. Liu
                 3 Park Avenue, 29th Floor
                 New York, New York 10016
                 Telephone:  (212) 245-1000
                 Facsimile:  (212) 977-4005

LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
Kelly M. Dermody (*admitted pro hac vice*)
Anne B. Shaver (*admitted pro hac vice*)
Alison M. Stocking (*admitted pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Rachel Geman
250 Hudson St., 8th Floor
New York, New York 10013
Telephone (212) 355-9500

*Attorneys for Plaintiffs and the Putative Class*