IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; LISA PARISI; and SHANNA ORLICH, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    -against-<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>    Defendants. | No. 10 Civ. 6950 (LBS) (JCF)<br>**DECLARATION OF ANNE B. SHAVER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY OF DATA AND DOCUMENTS** |

I, ANNE B. SHAVER, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an associate at Lieff, Cabraser, Heimann & Bernstein, LLP, counsel for Plaintiffs and the putative class in the above-referenced action, and an attorney in good standing admitted *pro hac vice* to this Court.

2. I make this Declaration based on personal knowledge in support of Plaintiffs' Motion to Compel Discovery of Data and Documents.

3. Attached are true and correct copies of the following documents:

    a) Attached as Exhibit A is a copy of a letter from Theodore O. Rogers, counsel for Defendants, to Magistrate Judge Francis, dated June 13, 2011.

    b) Attached as Exhibit B is a copy of a letter from Adam T. Klein, counsel for Plaintiffs, to Magistrate Judge Francis, dated June 21, 2011.

    c) Attached as Exhibit C is a copy of a letter from Adam T. Klein, counsel for Plaintiffs, to Magistrate Judge Francis, dated February 15, 2012.

     d)     Attached as Exhibit D is a copy of a letter from Barbara B. Brown, counsel for Defendants, to Magistrate Judge Francis, dated February 29, 2012.

     e)     Attached as Exhibit E is a copy of a letter from Adam T. Klein, counsel for Plaintiffs, to Magistrate Judge Francis, dated March 7, 2012.

     f)     Attached as Exhibit F is a copy of a letter from Barbara B. Brown, counsel for Defendants, to Magistrate Judge Francis, dated April 3, 2012, attaching Exhibit A (Affidavit of Cathy Obradovich) and Exhibit B (Affidavit of Ankur Pathak).

     g)     Attached as Exhibit G is a copy of transcript excerpts from the deposition of Cathy Obradovich, taken on April 18, 2012.

     h)     Attached as Exhibit H is a copy of transcript excerpts from the deposition of Ankur Pathak, taken on April 19, 2012.

4.     I declare under penalty of perjury under the laws of New York and the United States that the foregoing is true and correct.

Dated: New York, New York
      May 2, 2012     By:     */s/ Anne B. Shaver*
                                          Anne B. Shaver

                                          LIEFF, CABRASER, HEIMANN &
                                             BERNSTEIN, LLP
                                          Kelly M. Dermody (*admitted pro hac vice*)
                                          Anne B. Shaver (*admitted pro hac vice*)
                                          Alison M. Stocking (*admitted pro hac vice*)
                                          275 Battery Street, 29th Floor
                                          San Francisco, CA 94111-3339
                                          Telephone: (415) 956-1000
                                          Facsimile: (415) 956-1008

                                          Rachel Geman
                                          250 Hudson St., 8th Floor
                                          New York, New York 10013
                                          Telephone (212) 355-9500

1036249.1

                OUTTEN & GOLDEN LLP
                Adam T. Klein
                Cyrus E. Dugger
                Jennifer L. Liu
                3 Park Avenue, 29th Floor
                New York, New York 10016
                Telephone:  (212) 245-1000
                Facsimile:  (212) 977-4005

*Attorneys for Plaintiffs and the Putative Class*