# EXHIBIT 2

# In The Matter Of:

## *H. CRISTINA CHEN-OSTER; LISA PARISI, et al.*
## *v.*
## *GOLDMAN, SACHS & CO., et al.*

_____

## *CATHY OBRADOVICH - Vol. 1*
### *April 18, 2012*

_____

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

```
                                                    Page 48
 1              CATHY OBRADOVICH
 2              My next series of questions
 3    will relate to, I'll call it the current
 4    PeopleSoft Hewitt system just for ease of
 5    reference.  Okay?
 6        A.    Yes.
 7        Q.    For the current PeopleSoft
 8    Hewitt system, are you generally familiar
 9    with the reporting capability of that
10    system?
11        A.    I am.
12        Q.    And what is your knowledge?
13        A.    It is a reporting tool called
14    Query Studio.
15        Q.    And can you generally describe
16    Query Studio?
17        A.    It is a tool that allows you
18    to select various data elements, drop and
19    drag those data elements into your report
20    parameters.  Establish the time period
21    that you wish to pull the data, extract
22    the data from.  And gives you the
23    capability to run the query and produce
24    the results.
25        Q.    Was there any attempt to do
```

CATHY OBRADOVICH - 4/18/2012

Page 63

1                CATHY OBRADOVICH

2    system is a transactional system, it can

3    only give you a population at a certain

4    period of time.  So in order to determine

5    the population that was requested, we

6    would have to write six queries just to

7    determine who is in this population.

8        Q.    And by six queries, why is

9    that?

10       A.    You have to do a query that

11   gives you the starting population, which

12   would be all of those employees active as

13   of September 2004.  You would then have

14   to write a query for all the employees

15   who were active as of 12/31/2011.  You

16   would then have to do another query for

17   all of the new hires hired during the

18   period 9/1/2004 through 12/31/2011.  You

19   would have to write the next query on the

20   terminations during that same period.

21   You would also have to write a query on

22   transfers in.  And then a query on

23   transfers out.

24             You would have to combine all

25   of that population to determine the

Page 64

```
 1                CATHY OBRADOVICH
 2   requested population.
 3        Q.    And your answer to that
 4   question relates to the functionality
 5   available through the Query Studio; is
 6   that right?
 7        A.    Correct.
 8        Q.    Are you familiar with any
 9   other exporting functionality of the
10   Hewitt PeopleSoft system?
11        A.    That's the only one that I'm
12   familiar with that we use in IT.
13        Q.    And again, you've not
14   consulted with anybody at Hewitt about
15   this issue?
16        A.    I have not.
17        Q.    Nor have you consulted with a
18   PeopleSoft expert?
19        A.    I have not.
20        Q.    You mentioned in numbered
21   paragraph 6 something called a QC review.
22              Do you see that reference?
23        A.    I do.
24        Q.    What does that mean?
25        A.    Quality control.
```

Page 65

1              CATHY OBRADOVICH
2      Q.    And what is quality control?
3      A.    To ensure that the data that
4    the system has provided is accurate and
5    has maintained its integrity.
6      Q.    And how would one determine
7    whether data is accurate and maintained
8    its accuracy?
9      A.    We would review the data for
10   any missing data.  We would look for
11   duplicate ID numbers.  We would look for
12   things like duplicate entries.
13     Q.    And is there a reason why you
14   would do a quality control review as part
15   of the data production?
16     A.    It's our practice within our
17   team to always conduct a quality control
18   review before we provide any data to
19   anyone within the firm.
20     Q.    And you believe that that
21   would take 40 to 80 hours to review for
22   accuracy and continuity of data?
23     A.    For the amount of elements,
24   the number of elements that we're being
25   asked to provide, as yet that contributes

Page 72

 1                CATHY OBRADOVICH
 2   that, I'll call it the old database for
 3   ease of reference, match what we just
 4   talked about, the use of the Query Studio
 5   process?
 6        A.   It does not.
 7        Q.   Okay.  How would that
 8   information be extracted from the old
 9   system?
10        A.   In a much more difficult
11   manner.
12        Q.   And what is that?
13        A.   We would have to write SQL to
14   create the query.  So we would not have
15   the drop and drag tool.  That would
16   require a much further in-depth knowledge
17   of the data elements.
18        Q.   Are you familiar with writing
19   scripts in SQL?
20        A.   I don't write them, but I know
21   what that is, yes.
22        Q.   And there are estimates on
23   numbered paragraph 9, et cetera.
24             Do you see those references?
25   So in particular, numbered paragraph 9,

Page 73

 1                CATHY OBRADOVICH
 2     there is an estimate for 160 to 240
 3     hours.
 4            Do you see that reference?
 5        A.    160 to 240, yes.
 6        Q.    And what would take 160 to 140
 7     hours?
 8        A.    You would go through the same
 9     process I previously described, to pull
10     the population, except you have to write
11     a SQL identifying the tables, the date
12     elements, and the logic to join the
13     information.  So that's the first thing,
14     that takes approximately double the time
15     it would take to drop and drag.
16        Q.    Writing the script in SQL
17     would take double the time?
18        A.    Yes.
19        Q.    Relative to Query Studio?
20        A.    Correct.
21        Q.    And what is the basis for that
22     statement?
23        A.    The amount of information.
24     It's a blank screen.  You have to type
25     every word of the language in to create

```
 1              CATHY OBRADOVICH
 2   the query.  Whereas in Studio, you just
 3   take the data element and move it to the
 4   parameter location.
 5       Q.    Do you know how to program in
 6   SQL?
 7       A.    Do I know how to program?
 8       Q.    Yes.
 9       A.    No.
10       Q.    Did you speak to someone about
11   the time it would take to write in SQL?
12       A.    Yes.
13       Q.    Who is that?
14       A.    Venkat.
15       Q.    And Venkat told you it would
16   take 160 to 240 hours to write a SQL
17   script to respond to our request for 2002
18   to 2004 data?
19       A.    That's not correct.
20       Q.    How much time would it
21   physically take to write a script to
22   query the old PeopleSoft system?  Before
23   you answer, there is a piece of paper in
24   front of you, I'm not sure what that is.
25   Is that something you're referring to?
```

Page 116

```
 1                CATHY OBRADOVICH
 2       Q.    And is that true of the cash
 3   feed as well?
 4       A.    Correct.
 5       Q.    And again, remind me, what
 6   information is recorded or recorded out
 7   of total cost reconciliation?
 8       A.    It is the year end
 9   compensation recommendation made by the
10   respective compensation managers of the
11   employee.
12       Q.    Now, is that different than
13   what was actually paid to the employees
14   in terms of the amount of compensation?
15       A.    It would be reflect the
16   total -- the per annum total compensation
17   for that particular employee.
18       Q.    So that's what was actually
19   paid to the employee?
20       A.    The per annum total
21   compensation is not the amount paid to
22   the employee, if the employee has not
23   worked at the firm for that entire year.
24       Q.    With that exception, if you
25   had an employee that was employed for the
```

Page 117

```
 1               CATHY OBRADOVICH
 2   full calendar year, would the total cost
 3   reconciliation provide us the annualized
 4   compensation for each employee?
 5            MR. WEIRICH:  Objection; vague
 6       and ambiguous.
 7       A.    Can you re-ask that question?
 8       Q.    Sure.  Putting aside partial
 9   user employees, does the total cost
10   reconciliation file provide employee
11   compensation information?
12       A.    It does provide employee
13   compensation information.
14       Q.    And what is that information?
15       A.    It has various elements of
16   compensation on it that sum into the per
17   annum total compensation.
18       Q.    And if we were to take that
19   file and query it for the R code for the
20   divisions we're interested in and gender,
21   could that be done?  In other words --
22   let me try it a different way.
23            If we wanted to use the total
24   cost reconciliation file to identify
25   putative class members and their
```

Page 144

1               CATHY OBRADOVICH

2          MR. KLEIN:  I think we're

3      done.  Thank you.

4          (Time noted:  1:02 p.m.)

5

6

7   _____

8      CATHY OBRADOVICH

9

10  Subscribed and sworn to before me

11  this _____ day of _____, 2012.

12

13  _____

14

15

16

17

18

19

20

21

22

23

24

25