# OUTTEN & GOLDEN LLP    MEMO ENDORSED

*Advocates for Workplace Fairness*

| | |
|---|---|
| Wayne N. Outten | Lewis M. Steel |
| Anne Golden | Paul W. Mollica |
| Adam T. Klein | Molly Brooks |
| Laurence S. Moy | Nantiya Ruan |
| Kathleen Peratis | |
| Justin M. Swartz | Deirdre A. Aaron |
| Jack A. Raisner | Sally Abrahamson |
| Wendi S. Lazar | *Not admitted in New York |
| Carmelyn P. Malalis | Reena Arora |
| Tammy Marzigliano | Delyanne D. Barros |
| René S. Roupinian | Katherine Blostein |
| Ossai Miazad | Cyrus E. Dugger |
| Cara E. Greene | Jennifer Liu |
| Rachel M. Bien | Carmel Mushin |
| | Melissa Pierre-Louis |
| | Michael Scimone |
| | Amber C. Trzinski |
| | Juno Turner |
| | Elizabeth Wagoner |

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/10/13
```

April 9, 2013

**Via Facsimile To: (212) 805-7930**
The Honorable James C. Francis
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    ***Chen-Oster, et al. v. Goldman, Sachs & Co., et al.***
           **No. 10 Civ. 6950 (JMF) (JCF)**

Dear Judge Francis:

    Plaintiffs in the above-referenced matter request permission to file a letter and associated exhibits under seal pursuant to the Protective Order and Confidentiality Agreement so ordered by the Court on March 18, 2011, Docket No. 51.

    The letter requests a pre-motion conference seeking resolution of a dispute between the parties concerning Defendants' assertion of attorney-client privilege and work product protection. Defendants have designated the disputed documents as Confidential - Attorneys' Eyes Only.

                                        Respectfully submitted,

                                        Cyrus E. Dugger

4/10/13
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

cc:    Theodore O. Rogers, Jr., Esq. (Via E-Mail)
        Barbara B. Brown, Esq. (Via E-Mail)
        C. Geoffrey Weirich, Esq. (Via E-Mail)
        Adam T. Klein, Esq. (Via E-Mail)
        Kelly M. Dermody, Esq. (Via E-Mail)



3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 646-509-2060
6 Landmark Square, Suite 400, Stamford, CT 06901  Tel 203-363-7888  Fax 203-363-0333
203 North LaSalle Street, Suite 2100, Chicago, IL 60601  Tel 312-924-4888  Fax 646-509-2075
og@outtengolden.com    www.outtengolden.com