# OUTTEN & GOLDEN LLP

**MEMO ENDORSED**

*Advocates for Workplace Fairness*

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Justin M. Swartz
Wendi S. Lazar
Kathleen Peratis
Jack A. Raisner
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian
Ossai Miazad
Cara E. Greene
Rachel M. Bien

Lewis M. Steel
Paul W. Mollica
Molly Brooks
Nantiya Ruan

Deirdre A. Aaron
Sally Abrahamson
*Not admitted in New York*
Reena Arora
Delyanne D. Barros
Katherine Blostein
Jessie R. Cardinale
Cyrus E. Dugger
Jennifer Liu
Carmel Mushin
Melissa Pierre-Louis
Michael Scimone
Amber C. Trzinski
Juno Turner
Elizabeth Wagoner

April 25, 2013

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/13

**Via Facsimile To: (212) 805-7930**
The Honorable James C. Francis
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Chen-Oster, et al. v. Goldman, Sachs & Co., et al.*
No. 10 Civ. 6950 (JMF) (JCF)

Dear Judge Francis:

Plaintiffs in the above-referenced matter request permission to file a letter under seal pursuant to the Protective Order and Confidentiality Agreement so ordered by the Court on March 18, 2011, Docket No. 51.

The letter is Plaintiffs' reply to Defendants' April 23, 2013 letter opposing Plaintiffs' request for a pre-motion conference concerning Defendants' assertion of attorney-client privilege and work product protection. Defendants have designated the disputed documents as Confidential - Attorneys' Eyes Only.

Respectfully submitted,

Cyrus E. Dugger

*[Handwritten endorsement:] 4/29/13 Application granted. SO ORDERED. James C. Francis IV*

cc: Theodore O. Rogers, Jr., Esq. (Via E-Mail)
Barbara B. Brown, Esq. (Via E-Mail)
C. Geoffrey Weirich, Esq. (Via E-Mail)
Adam T. Klein, Esq. (Via E-Mail)
Kelly M. Dermody, Esq. (Via E-Mail)

3 Park Avenue, 29th Floor, New York, NY 10016 Tel 212-245-1000 Fax 646-509-2060
6 Landmark Square, Suite 400, Stamford, CT 06901 Tel 203-363-7888 Fax 203-363-0333
203 North LaSalle Street, Suite 2100, Chicago, IL 60601 Tel 312-924-4888 Fax 646-509-2075
og@outtengolden.com www.outtengolden.com