IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER; LISA PARISI; and
SHANNA ORLICH,

                 Plaintiffs,

vs.

GOLDMAN, SACHS & CO. and THE GOLDMAN
SACHS GROUP, INC.

                 Defendants.

No. 10 Civ. 6950 (AT) (JCF)

**AMENDED CASE MANAGEMENT ORDER**

For good cause shown, the case management schedule is hereby ORDERED amended as follows:

1. Class expert discovery.[1]

   a. Plaintiffs shall produce their class expert reports by September 30, 2013.

   b. Depositions of plaintiffs' class experts shall be completed by October 21, 2013.

   c. Defendants shall produce their class expert reports by November 11, 2013.

   d. Depositions of defendants' class experts shall be completed by December 2, 2013.

   e. Plaintiffs shall submit class expert rebuttal reports by December 16, 2013.

2. Class certification briefing schedule.

   a. Plaintiffs shall move for class certification by December 16, 2013.

   b. Defendants shall answer the class certification motion by February 13, 2014.

---

[1] The parties agree that discovery not related to class expert opinions will be suspended during the pendency of the expert discovery and class briefing.

    c.    Plaintiffs shall reply by March 6, 2014.

3.    Non-expert discovery.

    a.    All non-expert discovery, including 30(b)(6) depositions and damages discovery, shall be completed by August 29, 2014.[2]

4. No further extensions. *[initialed]*

DATED: 6/19/13

**SO ORDERED.**

*James C. Francis IV*
The Honorable James C. Francis
U.S.M.J.

---

[2] The scope of post-class certification briefing discovery to be determined, as needed, by the parties and the Court after the class certification briefing is completed.