**Lieff
Cabraser
Heimann &
Bernstein**
Attorneys at Law



MEMO ENDORSED

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
t 415.956.1000
f 415.956.1008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/13

August 20, 2013

Kelly M. Dermody
Partner
kdermody@lchb.com

**VIA HAND DELIVERY**



The Hon. James C. Francis
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      RE:    Chen-Oster, et al. v. Goldman, Sachs & Co., et al.
               No. 10 Civ. 6950 (AT) (JCF)

Dear Judge Francis:

      Pursuant to the Protective Order and Confidentiality Agreement so ordered by the Court on March 18, 2011, Docket No. 51, Plaintiffs in the above-referenced matter request permission to file under seal their reply letter and accompanying exhibits in support of their July 29, 2013 letter seeking discovery relief.

      As with Plaintiffs' July 29, 2013 letter, the enclosed reply addresses Plaintiffs' request for a pre-motion conference seeking resolution of a dispute between the parties concerning Defendants' withholding of documents and information related to internal employee complaints.

                              Respectfully submitted,

                              Kelly M. Dermody

Enclosures
cc:    Barbara B. Brown (Via Federal Express)
       Carson Sullivan (Via Federal Express)
       Theodore O. Rogers, Jr. (Via Federal Express)
       C. Geoffrey Weirich (Via Federal Express)
       Adam T. Klein (Via Federal Express)

1127506.1

8/23/13
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

San Francisco         New York         Nashville         www.lieffcabraser.com