OUTTEN & GOLDEN LLP  **MEMO ENDORSED**

*Advocates for Workplace Fairness*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/13

Cyrus E. Dugger, Esq.
cdugger@outtengolden.com

October 28, 2013

**Via Facsimile To: (212) 805-7930**
The Honorable James C. Francis
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Chen-Oster, et al. v. Goldman, Sachs & Co., et al.*
      No. 10 Civ. 6950 (AT) (JCF)

Dear Judge Francis:

Plaintiffs in the above-referenced matter request permission to file a letter and associated exhibits under seal pursuant to the Protective Order and Confidentiality Agreement so ordered by the Court on March 18, 2011, ECF No. 51.

The letter requests a pre-motion conference seeking resolution of a dispute between the parties regarding documents related to Defendants' Employment Law Group review of employee compensation and quartiling. Defendants have designated the exhibits to Plaintiffs' letter as confidential.

Respectfully submitted,

Cyrus E. Dugger

cc:   Theodore O. Rogers, Jr., Esq. (Via E-Mail)
      Barbara B. Brown, Esq. (Via E-Mail)
      Adam T. Klein, Esq. (Via E-Mail)
      Kelly M. Dermody, Esq. (Via E-Mail)

*[Handwritten endorsement:]* 10/28/13 Application granted. SO ORDERED. James C. Francis IV USMJ

3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 646-509-2060
203 North LaSalle Street, Suite 2100, Chicago, IL 60601  Tel 312-924-4888  Fax 646-509-2075
og@outtengolden.com   www.outtengolden.com