

OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Cyrus E. Dugger, Esq.
cdugger@outtengolden.com

November 22, 2013

**Via Facsimile To: (212) 805-7930**
The Honorable James C. Francis
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/3/13

   **Re:**    *Chen-Oster, et al. v. Goldman, Sachs & Co., et al.*
            **No. 10 Civ. 6950 (AT) (JCF)**

Dear Judge Francis:

      Plaintiffs in the above-referenced matter request permission to file a letter and associated exhibits under seal pursuant to the Protective Order and Confidentiality Agreement so ordered by the Court on March 18, 2011, ECF No. 51.

      The letter is a reply in further support of Plaintiffs' October 29, 2013 letter requesting a pre-motion conference regarding documents related to Defendants' Employment Law Group review of employee compensation and quartiling. Defendants have designated the exhibits to Plaintiffs' letter as confidential or confidential – attorneys' eyes only.

                        Respectfully submitted,

                        Cyrus E. Dugger

cc:    Theodore O. Rogers, Jr., Esq. (Via E-Mail)
        Barbara B. Brown, Esq. (Via E-Mail)
        Adam T. Klein, Esq. (Via E-Mail)
        Kelly M. Dermody, Esq. (Via E-Mail)

*11/27/13*
*Application granted.*
*SO ORDERED.*
*James C. Francis IV*
*USMJ*

3 Park Avenue, 29th Floor, New York, NY 10016   Tel 212-245-1000   Fax 646-509-2060
203 North LaSalle Street, Suite 2100, Chicago, IL 60601   Tel 312-924-4888   Fax 646-509-2075
og@outtengolden.com   www.outtengolden.com