Torres, A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER; LIS PARISI; and SHANNA ORLICH,

    Plaintiffs,

v.

GOLDMAN SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.

    Defendants.

Case No.: 1:10-cv-06950-AT-JCF

## NOTICE OF WITHDRAWAL

To the Clerk of this Court and all parties of record:

Please enter the withdrawal of Zachary D. Fasman of Proskauer Rose LLP (formerly of Paul Hastings LLP) as counsel of record in the above-referenced case for defendants Goldman Sachs & Company, and THE GOLDMAN SACHS GROUP, INC.

    Respectfully submitted,

    PROSKAUER ROSE LLP

    By: _____
    Zachary D. Fasman (ZF5380)

Dated: March 6, 2014

    SO ORDERED:

Dated: March 6, 2014
New York, NY

    _____
    ANALISA TORRES
    United States District Judge

1197/99999-510 current/39418291v1