# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

March 24, 2014

By Hand

The Honorable James C. Francis, IV,
   U.S. District Court for the
     Southern District of New York,
      500 Pearl Street,
       New York, NY 10007-1312.

    Re: *Chen-Oster et ano. v. Goldman, Sachs & Co. et ano.*,
        No. 10 Civ. 6950

Dear Judge Francis:

    Under the schedule approved by Your Honor, Defendants' reply papers in support of their March 7, 2014 motions to strike certain portions of Plaintiffs' expert rebuttal reports are due today. Your Honor previously has granted the parties' applications to file the original motion papers, as well as plaintiffs' opposition papers, under seal. Consistent with those prior decisions, we respectfully request permission to file the enclosed reply papers under seal.

        Respectfully yours,

        Theodore O. Rogers, Jr.

cc: Plaintiffs' counsel (By E-Mail)

(Enclosures)

3/25/14
Application granted.
SO ORDERED.
James C. Francis IV
USMJ