

Advocates for Workplace Fairness

Cara E. Greene, Esq.
ceg@outtengolden.com

April 3, 2014

**By ECF and E-Mail**
The Honorable Analisa Torres
United States District Court
for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    ***Chen-Oster, et al. v. Goldman, Sachs & Co., et al.,***
             **No. 10 Civ. 6950 (AT) (JCF)**

Dear Judge Torres:

    We represent the Plaintiffs in the above-captioned matter.  Plaintiffs write to notify the Court that Cyrus E. Dugger is no longer associated with the law firm of Outten & Golden LLP.  Plaintiffs request that Mr. Dugger be withdrawn as attorney of record in the above-captioned matter and that all further electronic notices in the matter to Mr. Dugger be terminated.

    Plaintiffs continue to be represented by Outten & Golden, LLP and Lieff Cabraser Heimann & Bernstein, LLP.

                                           Respectfully submitted,

                                           Cara E. Greene

cc:    Counsel of Record (via ECF)

3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 646-509-2060
203 North LaSalle Street, Suite 2100, Chicago, IL 60601  Tel 312-924-4888  Fax 646-509-2075
og@outtengolden.com   www.outtengolden.com