UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER; LISA PARISI; and SHANNA ORLICH, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

Defendants.

No. 10 Civ. 6950 (AT) (JCF)



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/14

## JOINT STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, Defendants have moved to strike portions of the expert rebuttal reports of Dr. Wayne F. Cascio and Dr. Henry S. Farber ("Motions to Strike") (Dkt. No. 228); and

**WHEREAS**, Plaintiffs have opposed the Motions to Strike (Dkt. No. 229); and

**WHEREAS**, a hearing on Defendants' Motions to Strike is scheduled for April 16, 2014 at 2:30 p.m.; and

**WHEREAS**, the parties have reached an agreement obviating the need for adjudication of Defendants' Motions to Strike;

**IT IS HEREBY STIPULATED AND ORDERED** as follows:

1. Defendants hereby withdraw their Motions to Strike;

2. Defendants may submit expert sur-rebuttal reports addressing the topics in Dr. Cascio and Dr. Farber's rebuttal reports that Defendants challenged as improper rebuttal material in their Motions to Strike (Dkt. Nos. 228, 229);

1170419.2

3. Defendants' expert sur-rebuttal reports shall each be limited to text of 25 pages or less;

4. Defendants' expert sur-rebuttal reports shall be served on Plaintiffs no later than May 7, 2014;

5. Defendants' filing of the sur-rebuttal reports will be the final expert submission, unless the parties stipulate to further submissions or Plaintiffs receive permission from Judge Francis to serve further rebuttal;

6. The parties will forego deposition testimony from experts in connection with the reports filed through the sur-rebuttal reports; and

7. The parties shall meet and confer on a schedule for the briefing of Plaintiffs' motion for class certification and shall file a proposed schedule or schedules with the Court by Friday, April 18, 2014.

Dated: April 15, 2014

By: /s/ *Barbara B. Brown*

*Attorneys for Defendants*

**SULLIVAN & CROMWELL LLP**
Theodore O. Rogers, Jr.
125 Broad Street
New York, New York 10004
(212) 558-3467

**PAUL HASTINGS LLP**
Barbara B. Brown (*admitted pro hac vice*)
75 East 55th Street
New York, New York 10022-3205
(212) 318-6000

By: /s/ *Anne B. Shaver*

*Attorneys for Plaintiffs and Proposed Class*

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
Kelly M. Dermody (*admitted pro hac vice*)
Anne B. Shaver (*admitted pro hac vice*)
Lisa J. Cisneros (*admitted pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
Rachel Geman
250 Hudson St., 8th Floor
New York, New York 10013
Telephone: (212) 355-9500

1170419.2

2

**OUTTEN & GOLDEN LLP**
Adam T. Klein
Cara E. Greene
Melissa L. Stewart
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

SO ORDERED:

By: *James C. Francis IV*
HON. JAMES C. FRANCIS

Dated: New York, New York
April 16, 2014