```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CHRISTINA CHEN-OSTER, LISA PARISI, and
SHANNA ORLICH,

                  Plaintiffs,

-against-

GOLDMAN, SACHS & CO. and THE GOLDMAN
SACHS GROUP, INC.,

                  Defendants.

10 Civ. 6950 (AT)(JCF)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

    The above entitled action is referred to Magistrate Judge James C. Francis IV for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☒ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: <u>Plaintiffs' Motion for Class Certification</u> |

SO ORDERED.

Dated: May 20, 2014
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge