UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; LISA PARISI; and SHANNA ORLICH, on behalf of themselves and all others similarly situated, | INDEX NO. 10-CV-6950-AT-JCF |
| Plaintiffs, | |
| -against- | **NOTICE OF MOTION** |
| GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC., | |
| Defendants. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, the Expert Report of Dr. Henry S. Farber, the Expert Report of Dr. Wayne F. Cascio, the Declaration of Anne B. Shaver and the exhibits attached thereto, the Declaration of Kelly M. Dermody, the Declaration of Adam T. Klein, and the Declarations of female current and former employees of Defendants Goldman, Sachs & Co. and the Goldman Sachs Group, Inc., Plaintiffs respectfully request that the Court enter an Order:

    (1)    Certifying the proposed class;

    (2)    Designating the named Plaintiffs Christina Chen-Oster and Shanna Orlich as Class Representatives; and

    (3)    Appointing Plaintiffs' Counsel as Class Counsel.

1160928.3

Dated:    New York, New York       Respectfully submitted,
            May 19, 2014

By: /s/ Adam T. Klein
      Adam T. Klein

**LIEFF, CABRASER, HEIMANN &**
    **BERNSTEIN, LLP**
Kelly M. Dermody (admitted pro hac vice)
Anne B. Shaver (admitted pro hac vice)
Lisa J. Cisneros (admitted pro hac vice)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Rachel Geman
250 Hudson St., 8th Floor
New York, New York 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

**OUTTEN & GOLDEN LLP**
Adam T. Klein
Cara E. Greene
Jennifer L. Liu
Melissa Stewart
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

*Attorneys for Plaintiffs and the Putative Class*