**OUTTEN & GOLDEN LLP**
Adam T. Klein
Cara E. Greene
Melissa L. Stewart
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile:   (212) 977-4005

**LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP**
Kelly M. Dermody, *admitted pro hac vice*
Anne B. Shaver, *admitted pro hac vice*
Lisa J. Cisneros, *admitted pro hac vice*
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

**LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP**
Rachel Geman
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; LISA PARISI; and SHANNA ORLICH, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     -against-<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>          Defendants. | No. 10 Civ. 6950 (AT) (JCF)<br><br><br><br><br>**DECLARATION OF ADAM T. KLEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Adam T. Klein, declare:

1. I am a Partner at Outten & Golden LLP ("O&G"), Co-Lead Counsel for the named Plaintiffs ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts set forth herein and could competently testify to them if called as a witness.

**O&G's Background and Experience**

2. O&G is a national law firm with offices in New York, San Francisco, and Chicago. O&G's practice focuses on representing employees in all types of employment matters, including complex and class action litigation. In addition to my own experience as a class-action litigator in employment disputes, the partners and associates in my firm working on this file also have extensive experience in employment and class-action litigation. Attached hereto as **Exhibit A** is a true and correct copy of O&G's current firm resume.

3. Brief backgrounds of the key personnel staffing this litigation from my firm are set forth below.

  a. <u>Adam T. Klein</u>: I have represented employees for over two decades and am chair of O&G's Class Action Practice Group. My practice focuses exclusively on the prosecution of class actions and impact litigation of employment discrimination and wage and hour claims. I have served as lead or co-lead plaintiffs' counsel in numerous major class action lawsuits involving discrimination claims in the financial services industry, as well as challenges to the use of credit and criminal history records for employment decisions and wage and hour violations. I was recently selected for inclusion as one of the Lawdragon 500 leading lawyers in America and have been recognized by Best Lawyers in America, Super Lawyers (Metro New York), and Legal 500. I am active in the

American Bar Association's Labor and Employment Law Section, where I frequently lecture, and serve on the 12-member Executive Board of the Lawyers' Committee for Civil Rights Under the Law.

  b. <u>Cara E. Greene</u>: Cara Greene is a partner at O&G, representing employees exclusively. She graduated from Fordham University School of Law in 2005 and worked as a paralegal in O&G's Class Action Practice Group from 2003-2005. She regularly represents employees in the financial services and has represented employees in class actions against companies like Gristede's Supermarkets, Washington Mutual, GEICO Insurance Company, and HSBC. Ms. Greene was named a Super Lawyer (Metro New York) for 2013 and was recognized by Super Lawyers as a Rising Star in 2012. She serves on the Executive Committee of the New York State Bar Association's Labor and Employment Law Section and is Co-Chair of the American Bar Association's Labor and Employment Law Section Ethics and Professional Responsibility Committee.

  4. O&G has represented employees in numerous employment discrimination class actions. O&G has served as plaintiffs' counsel or co-counsel in each of the following cases, among others: *Calibuso v. Bank of Am. Corp.*, No. 10 Civ. 1413 (E.D.N.Y.) (gender discrimination class action broad on behalf of a class of female financial advisors, resulting in settlement of $39 million and injunctive relief); *Amochaev v. Citigroup Global Markets, Inc., d/b/a Smith Barney*, No. 05 Civ. 1298 (N.D. Cal.) (gender discrimination class action brought on behalf of a national class of female financial advisors, resulting in settlement of $33 million and comprehensive injunctive relief); *Jaffe v. Morgan Stanley & Co., Inc.,* No. 06 Civ. 3903 (N.D. Cal.) (race discrimination class action brought on behalf of African American and Latino financial advisors, resulting in settlement of $16 million and comprehensive injunctive relief);

*Duling v. Gristede's Operating Corp.,* No. 06 Civ. 10197, 2012 WL 5835302, at *2 (S.D.N.Y. Nov. 15, 2012) (Title VII gender discrimination case); *Easterling v. Connecticut, Dep't of Correction*, 265 F.R.D. 45, 51 n.2 (D. Conn. 2010) (Title VII gender discrimination case). O&G has also served as class counsel in numerous wage and hour cases. *See*, *e.g.*, *Glatt v. Fox Searchlight Pictures Inc.*, 293 F.R.D. 516, 538 (S.D.N.Y. 2013), *appeal docketed*, No. 13 Civ. 2467 (2d Cir. June 25, 2013).

5. In addition to these cases, O&G has represented employees and has been appointed class counsel in numerous other actions. Further details regarding O&G's experience in these matters are set forth in **Exhibit A**.

**The Litigation**

6. Plaintiffs filed the original complaint on September 16, 2010 and the operative First Amended Complaint on September 19, 2011. O&G and Co-Counsel LCHB have vigorously litigated this case for over three years since the lawsuit began.

7. O&G has been involved in all aspects of case prosecution and management since the inception of the case. The attorneys listed above have been responsible for, among other things: interviewing clients and investigating the case; drafting the original and amended complaints; meeting and conferring with defense counsel regarding discovery and case management; litigating challenges to the complaint, including opposing Defendants' motions to dismiss; reviewing Defendants' document productions and data productions; reviewing and producing Plaintiffs' documents and discovery responses; litigating numerous discovery disputes with Defendants; retaining and working with the experts; and representing the Plaintiffs at all hearings and case conferences. In addition, O&G has regularly communicated with Plaintiffs and potential class members.

8. O&G is committed to dedicating the necessary resources and working together with LCHB as Co-lead Counsel for the benefit of the class.

*   *   *

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in New York, NY on May 19, 2014.

Adam T. Klein