# Exhibit A



| | | |
|---|---|---|
| 3 Park Avenue<br>29th Floor<br>New York, NY 10016<br>212-245-1000 | 203 North LaSalle Street<br>Suite 2100<br>Chicago, IL  60601<br>312-924-4888 | One Embarcadero Center<br>Suite 3860<br>San Francisco, CA  94111<br>877-468-8836 |

www.outtengolden.com

**OUTTEN & GOLDEN LLP** is one of the preeminent law firms representing employees -- "Advocates for Workplace Fairness."  The firm's credo is "Excellence and Integrity Above All Else."

O&G focuses on advising and representing individuals in employment, partnership, and related matters.  The firm advises individuals on employment and severance agreements; it also handles compensation and benefits issues, including bonuses, commissions, stock and option awards, and family/medical leaves.  The firm represents employees with a wide variety of claims, including claims of discrimination and harassment based on sex, sexual orientation, gender identity and expression, race, disability, national origin, religion, and age, as well as retaliation, whistleblower, and contract claims.  The firm also handles class and collective wage-and-hour and discrimination cases.

O&G represents clients in administrative proceedings (such as EEOC and Department of Labor), arbitrations (e.g., NYSE, NASD, and American Arbitration Association), and cases in federal and state trial and appellate courts.  Before beginning proceedings, the firm often negotiates with employer representatives; it also helps clients help themselves by developing and implementing negotiation tactics and strategies.  O&G has substantial experience mediating employment disputes.

The firm's eight Practice Groups are Executives & Professionals, Securities & Financial Services Industry, Sexual Harassment, Disability & Family Responsibilities, LGBT Workplace Rights, Discrimination & Retaliation, Class and Collective Actions, and WARN Act.



**Wayne N. Outten**, O&G's managing partner, has represented thousands of employees since 1979.  He was named one of the top lawyers in New York by SuperLawyers, one of the "500 Leading Plaintiffs' Lawyers in America" and the "500 Leading Lawyers in America" by Lawdragon,  one of "The Best Lawyers in New York" by New York Magazine, one of the "Nation's Best Litigators in Employment Law" by the National Law Journal, and one of the world's Leading Labor & Employment Lawyers by Euromoney Publications, and has been listed in The Best Lawyers in America since 1993.  He co-authored The Rights of Employees and Union Members and has written dozens of articles and chapters and given hundreds of presentations on employment law.  He was a founding director of the National Employment Lawyers Association, founder and president of its New York affiliate (16 years), and co-founder of Workplace Fairness.  He served on the founding Board of the College of Labor & Employment Lawyers, serves on the Council of the ABA Labor & Employment Law Section, and has held many other bar positions.

**Anne Golden** has practiced law since 1979 and has represented employees in trials, appeals, mediations, arbitrations, and negotiations since 1985 in every aspect of employment law.  She has appeared as a speaker or panelist on many employment law programs, prepares a periodic digest of employment cases, and co-hosts a monthly seminar for NELA/NY members.  Several of her cases have established important principles in the field of employment law.  She is a member of the Executive Board and an officer of the National Employment Lawyers Association/New York.  She has been listed in "The Best Lawyers in New York" by New York Magazine and The Best Lawyers in America, and has been named in SuperLawyers.

**Adam T. Klein** has represented employees in a full range of employment cases since 1991. A noted authority on class action litigation, he has written numerous articles and is a frequent speaker on class-based wage and hour claims.  He is a past officer of the National Employment Lawyers Association/New York and co-chairs several committees of the American Bar Association's Labor & Employment Law Section.

**Laurence S. Moy** has been practicing law since 1985 and is Co-Chair of the firm's Securities and Financial Services Industry practice group. He has extensive experience in arbitration before the NASD and NYSE, as well as trials and other litigation before federal and state courts concerning employment and commercial disputes. He is the author of numerous publications, including "Preparing for Arbitration: A Plaintiff Lawyer's View" in the book How ADR Works.  He has been listed in The Best Lawyers in America and has been named in SuperLawyers.

**Justin M. Swartz** has represented workers and employees in class action employment discrimination and wage and hour litigation since 1998.  He has represented thousands of low-wage workers, including restaurant workers, and frequently co-counsels with non-profit organizations in doing so.  He is co-chair of O&G's Class Action Practice Group and its LGBT Employment Rights Practice Group.  Justin is a frequent speaker on employment law topics and has contributed to two ABA/BNA treatises, The Fair Labor Standards Act and Employment Discrimination Law.

**Wendi S. Lazar** has been practicing law since 1993 in many areas of employment law, with a focus on executive employment agreements, non-competition and severance agreements, and multinational employment issues. She also advises clients and attorneys concerning employment-related immigration law. Ms. Lazar's clients are predominantly in the financial services, advertising, entertainment, and new media industries. She has written numerous articles on employment and immigration law and appears frequently on panels in her areas of expertise.

**Kathleen Peratis** has practiced employment, civil rights, and labor law, representing individuals and classes, since 1969.  She has written many books and articles on employment issues.  She has served as head of the women's rights divisions of the American Civil Liberties Union and of Human Rights Watch and as president of the New York Civil Liberties Union.

**Jack A. Raisner** has practiced employment law since 1985.  He authored the Pregnancy Discrimination and Parental Leave Handbook (2000), as well as many chapters, articles, and columns on employment topics.  He is a tenured Professor of Law at the Tobin College of Business, St. John's University.

**Carmelyn P. Malalis** joined O&G in February 2004 after clerking in the Southern District of New York and working at Sullivan & Cromwell LLP.  She received her B.A. from Yale University in 1996 and her J.D. from Northeastern University School of Law in 2001.

**Tammy Marzigliano** joined O&G in April 2004 after practicing employment law with Gary Phelan, LLC in West Hartford, Connecticut.  Tammy received her B.A. from Hofstra University and her J.D. *magna cum laude* from Quinnipiac University School of Law in 2001.  She is admitted to practice in Connecticut and New York.

**René S. Roupinian** has practiced employment law since 1995.  She represents employees in class and multi-plaintiff suits under the federal Worker Adjustment and Retraining Notification (WARN) Act.  She received her B.A. from the University of Michigan and her J.D. from Michigan State University College of Law.

**Ossai Miazad** joined O&G in July 2007.  She received her B.A. from Vassar College in 1998.  Since receiving her J.D. with honors from the American University Washington College of Law in 2004, she has represented plaintiffs in civil rights and employment matters.

**Cara E. Greene** joined O&G in August 2005.  She received her B.A. from Gordon College in 2000 and her J.D. from Fordham University School of Law in 2005.

**Rachel Bien** joined O&G in October 2006 after a clerkship on the U.S. Court of Appeals for the Ninth Circuit. She earned her B.A. from Brown University in 2000 and her J.D. *cum laude* from Brooklyn Law School in 2005, where she also received an Edward V. Sparer Public Interest Law Fellowship.

**Jahan C. Sagafi** is the partner in charge of the Outten & Golden San Francisco office, where he represents employees in class actions asserting wage and hour, discrimination, and other claims.  He also represents consumers challenging widespread deceptive business practices and discrimination, as well as plaintiffs in appeals of class actions in state and federal courts.  Prior to joining Outten & Golden, Mr. Sagafi was a partner at Lieff, Cabraser, Heimann & Bernstein.  Mr. Sagafi graduated from Harvard College and Harvard Law School, and clerked for the Honorable William W. Schwarzer of the Northern District of California.



**Lewis M. Steel** has practiced since 1963, primarily in the fields of employment, civil rights, labor, and criminal law.  He has tried and argued cases nationally, including in the U.S. Supreme Court.  His successful employment discrimination class actions have established important legal rights for employees.  He has been listed in <u>The Best Lawyers in America</u> since 1991.

**Paul W. Mollica** is Of Counsel to Outten & Golden LLP and Chair of the firm's Appellate Litigation Practice. He has represented plaintiffs in individual, class, collective and public interest cases covering all aspects of the federal civil rights laws, and in actions for employee benefits under the Employee Retirement Income Security Act (ERISA). Mr. Mollica has wide appellate experience, including dozens of appeals in state and federal courts, and has authored or co-authored amicus briefs in the U.S. Supreme Court and Courts of Appeals for such national organizations as the Lawyers' Committee for Civil Rights Under Law, ACLU, NAACP, AARP, People for the American Way, and the National Employment Lawyers Association. He is also a frequent author and lecturer (for lawyers and courts) in the area of employment discrimination. He has served as executive editor on the Fourth Edition of the Lindemann and Grossman Employment Discrimination Law (BNA 2007), is presently editing the Fifth Edition (pending, 2012), and has advised or served as editor on every supplement to that book since 1998. In 2008, he was named an Advisor to the American Law Institute's Employment Law Restatement, and inducted into the ABA College of Labor and Employment Lawyers. He graduated from DePaul University College of Law with honors in 1986.

**Molly A. Brooks** joined O&G in April 2008 after practicing labor and employee benefits law at Cohen, Weiss and Simon LLP.  She received her B.A. from Grinnell College in 1998 and her J.D. from Northeastern University School of Law in 2004.

**Nantiya Ruan** has practiced employment law since completing a federal judicial clerkship in 1999-2000.  She also has experience as a social worker with a Master's in social work, reflecting her commitment to social justice issues.



**Deirdre Aaron** joined O&G in September 2012 after working as a staff attorney at the U.S. Court of Appeals for the Eighth Circuit.  She received her B.A. from Northwestern University in 2004 and her J.D., magna cum laude, from Washington University in St. Louis School of Law in 2010.

**Sally Abrahamson** joined O&G in September 2012 after working as law clerk to the Honorable Frank Montalvo, U.S. District Judge in the Western District of Texas, El Paso Division and later the Bilingual Staff Attorney at D.C. Employment Justice Center.  She received her B.A. from Oberlin College in 2003 and her J.D., with honors, from American University's Washington College of Law in 2009.

**Katherine Blostein** joined O&G in September 2007 after graduating from New York Law School, where she was a member of the Executive Board of the Law Review, a John Marshall Harlan Scholar and an affiliate of the Center for International Law. She earned her B.A. from Brandeis University.

**Shirley Lin** joined O&G in September 2013 after completing a Skadden Fellowship the Asian American Legal Defense & Education Fund, where she represented low-wage Asian immigrant workers and labor trafficking survivors in connection with wage-and-hour, discrimination, retaliation, and trafficking claims.  She received her B.A. from Dartmouth College in 2002, and her J.D. from City University of New York School of Law in 2010. Ms. Lin clerked for the Honorable Denny Chin of the U.S. Court of Appeals for the Second Circuit from 2010 to 2011.

**Michael N. Litrownik** joined O&G in June 2013 after working as an associate at Bromberg Law Office, P.C., where he represented consumers, workers, and victims of police misconduct in individual and class action litigation. He received his B.A. from University of Rochester in 2004 and his J.D. from Washington University School of Law in 2010, where he served as a Senior Editor on Washington University Law Review.

**Jennifer L. Liu** joined O&G in October 2009.  She received her B.A. from Harvard University in 2001 and her J.D./M.B.A. from Stanford Law School and the Stanford Graduate School of Business in 2008.

**Christopher M. McNerney** joined O&G in September 2013 after clerking in the Southern District of New York. He received his B.A. cum laude from Macalester College in 2005 and his J.D. cum laude from New York University School of Law in 2012.

**Melissa E. Pierre-Louis** joined O&G in December 2008 after completing a public interest fellowship at Beldock, Levine and Hoffman LLP.  She received her B.A. from the State University of New York at Albany in 2004 and her J.D. from the Benjamin N. Cardozo School of Law in 2008.

**Michael J. Scimone** joined O&G in September 2009.  He received his B.A. from Vassar College in 2001 and his J.D. from the City University of New York School of Law in 2009.

**Melissa Lardo Stewart** joined O&G in November 2013 after completing clerkships in the Eastern District of New York and the District of New Jersey, and then working for two years as an associate at Woodley & McGillivary, where she litigated multi-plaintiff wage and hour actions and represented labor unions in a wide range of labor-management relations matters. Melissa received her B.A. from the University of Pennsylvania and her J.D. from Fordham University School of Law, magna cum laude.

**Amber C. Trzinski** joined O&G in September 2011 after completing a clerkship in the Southern District of New York and a one-year position at Legal Aid of Western Missouri. She received her B.S. from the University of Southern California in 2001 and her J.D. from the University of Denver Law School in 2009.

**Juno Turner** joined O&G in October 2009 following a clerkship in the Eastern District of New York and a two-year honors program in the Office of the New York State Attorney General, Labor Bureau.  She earned her B.A. from the University of Colorado at Boulder in 2000 and her J.D. magna cum laude from Fordham University School of Law in 2006.