

July 18, 2014

**Via ECF**
The Honorable James C. Francis, IV
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:   *Chen-Oster, et al. v. Goldman, Sachs & Co., et al.*
            No 10 Civ. 6950 (AT) (JCF)

Dear Judge Francis:

      We, together with Lieff Cabraser Heimann & Bernstein, LLP, represent Plaintiffs and the putative class in the above-referenced matter. We write to request an extension, from July 24, 2014, to July 29, 2014, of the deadline for the submission of Plaintiffs' reply in support of Plaintiffs' Motion for Class Certification.

      On June 26, 2014, the Court extended Defendants' deadline to file an opposition to Plaintiffs' Motion for Class Certification from June 28, 2014, to July 3, 2014, and also adjourned the time for Plaintiffs' submission of reply papers by the same number of days, from June 13, 2014, to June 24, 2014. ECF No. 245. Plaintiffs reserved the right to seek additional time after reviewing Defendants' opposition. *Id.* at 1 n. 1. On July 3, 2014, Defendants filed opposition papers, including a 74-page memorandum of law, and declarations of 27 Goldman Sachs witnesses. Plaintiffs now seek a 5-day extension, from July 24, 2014, to July 29, 2014, of the deadline to submit their reply papers. Defendants' counsel has consented to the requested extension, which will not affect any other scheduled deadlines.

      Thank you for your time and attention to this matter.

                                      Respectfully submitted,

                                      Adam Klein

cc:     Kelly Dermody, Esq. (via ECF)
         All Defense Counsel (via ECF)

3 Park Avenue, 29th Floor, New York, NY 10016   Tel 212-245-1000   Fax 646-509-2060
203 North LaSalle Street, Suite 2100, Chicago, IL 60601   Tel 312-924-4888   Fax 646-509-2075
One Embarcadero Center, 38th Floor, San Francisco, CA 94111   Tel 415-638-8800   Fax 415-638-8810
og@outtengolden.com   www.outtengolden.com