# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

July 17, 2014

By Hand

The Honorable James C. Francis, IV,
  U.S. District Court for the
    Southern District of New York,
      500 Pearl Street,
        New York, NY 10007-1312.

7/18/14

Re: *Chen-Oster et ano. v. Goldman, Sachs & Co. et ano.*,
No. 10 Civ. 6950

Dear Judge Francis:

Under the schedule approved by Your Honor, Defendants' reply papers in support of their June 13, 2014 motions to exclude testimony of Plaintiffs' expert reports are due today. Defendants have previously requested that Your Honor grant an application to file the original motion papers under seal, and we respectfully request permission to file the enclosed reply papers under seal as well. As described in our June 13, 2014 letter to Your Honor, we intend to confer with Plaintiffs about lifting certain confidentiality designations.

Defendants request a hearing on the motions. We are available to discuss with Your Honor the timing and format for the hearing.

Respectfully yours,

Barbara B. Brown
of Paul Hastings LLP

Theodore O. Rogers, Jr.
of Sullivan & Cromwell LLP

cc: Plaintiffs' counsel (By E-Mail)

(Enclosures)

7/18/14
Application granted.
SO ORDERED.
James C. Francis IV
USMJ