# EXHIBIT 2

Case 1:10-cv-06950-AT-RWL   Document 265-2   Filed 07/25/14   Page 2 of 4

Deposition of 30 (b)(6) - Sally Boyle                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

```
 1   IN THE UNITED STATES DISTRICT COURT

 2   FOR THE SOUTHERN DISTRICT OF NEW YORK

 3   ----------------------------------------X

 4   H. CRISTINA CHEN-OSTER; LISA PARISI;

 5   and SHANNA ORLICH,

 6                              Plaintiffs,

 7       - against -

 8   GOLDMAN, SACHS & CO. and THE GOLDMAN

 9   SACHS GROUP, INC.,

10                              Defendants.

11   CASE NO.: 10-cv-06950 (LBS)(JCF)

12   ----------------------------------------X

13

14                  250 Hudson Street
                    New York, New York
15
                    June 14, 2012
16                  10:04 a.m.

17

18        DEPOSITION of 30(b)(6) Witness,

19   SALLY BOYLE, before Melissa Gilmore, a Notary

20   Public of the State of New York.

21

22

23

24

25
```

Case 1:10-cv-06950-AT-RWL   Document 265-2   Filed 07/25/14   Page 3 of 4

Deposition of 30 (b)(6) - Sally Boyle    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 82

1  **across the world is shared amongst those senior**
2  **leaders.**
3      Q.  How often does it meet?
4      A.  **It meets weekly.**
5      Q.  How does one become eligible to be
6  on the management committee?
7          MS. BROWN:  Object to the form.
8      A.  The committee comprises each of the
9  division heads of the firm, and our most senior
10 leaders, Lloyd Blankfein, Gary Cohen and other
11 senior leaders, who are selected to be on the
12 committee.
13     Q.  Does the management committee make
14 decisions about compensation?
15     **A.  No.**
16     Q.  Does the management committee make
17 decisions about promotions?
18     **A.  No.**
19     Q.  Does it make -- does the management
20 committee make decisions about the process by
21 which employee compensation is set?
22         MS. BROWN:  Object to the form.
23     A.  No.
24     Q.  Does it make decisions about the
25 process by which candidates are selected for

Page 83

REDACTED FILED UNDER SEAL

Page 84

REDACTED FILED UNDER SEAL

Page 85

REDACTED FILED UNDER SEAL

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 2 - TRANSCRIPT OF THE DEPOSITION OF SALLY BOYLE (PAGES 86-89)**

**FILED UNDER SEAL**