**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 4B – EXHIBIT USED IN THE DEPOSITION OF CRISTINA CHEN-OSTER**

**FILED UNDER SEAL**