**DECLARATION OF THEODORE O. ROGERS, JR.**
**IN OPPOSITION TO PLAINTIFFS' MOTION FOR**
**CLASS CERTIFICATION**

**EXHIBIT 5 - TRANSCRIPT OF THE DEPOSITION OF LISA C. DONOVAN**
**(EXCERPTS)**

**FILED UNDER SEAL**