# EXHIBIT 9

**1 of 2**

Case 1:10-cv-06950-AT-RWL   Document 265-11   Filed 07/25/14   Page 2 of 15

Deposition of Jessica Kung, 30(b)(6)                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

```
IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
H. CHRISTINA CHEN-OSTER; LISA PARISI;
and SHANNA ORLICH,

                    Plaintiffs,

        -against-

GOLDMAN, SACHS & CO. and THE GOLDMAN
SACHS GROUP, INC.,

                    Defendants.

CASE NO.: 10-CV-06950 (LBS) (JCF)
-------------------------------------------x


                    250 Hudson Street
                    New York, New York


                    July 31, 2013
                    9:40 a.m.


            DEPOSITION of 30(b)(6) Witness,
JESSICA KUNG, before Shari Cohen, a Notary
Public of the State of New York.
```

Case 1:10-cv-06950-AT-RWL   Document 265-11   Filed 07/25/14   Page 3 of 15

Deposition of Jessica Kung, 30(b)(6)                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 2

1  A P P E A R A N C E S:
2
3  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
4  Attorneys for Plaintiffs
5      275 Battery Street
6      San Francisco, California  94111
7  BY:   ANNE SHAVER, ESQ.
8        KELLY DERMODY, ESQ.
9        PHONE  415-956-10O0
10       FAX    415-956-1008
11       EMAIL  ashaver@lchb.com
12
13 PAUL HASTINGS LLP
14 Attorneys for Defendants
15     875 15th Street, N.W.
16     Washington, DC  20005
17 BY:   CARSON SULLIVAN, ESQ.
18       PHONE  202-551-1717
19       FAX    202-551-0117
20       EMAIL  carsonsullivan
21              @paulhastings.com
22
23
24
25

Page 4

REDACTED FILED UNDER SEAL

Page 3

1  A P P E A R A N C E S (CONT'D):
2
3  SULLIVAN & CROMWELL LLP
4  Attorneys for Defendants
5      125 Broad Street
6      New York, New York  10004
7  BY:   SUHANA HAN, ESQ.
8        PHONE  212-558-4647
9        FAX    212-558-3588
10       EMAIL  hands@sullcrom.com
11
12
13 ALSO PRESENT:
14     ADAM HEFT
15
16
17
18
19
20
21
22
23
24
25

Page 5

REDACTED FILED UNDER SEAL

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 9 - TRANSCRIPT OF THE DEPOSITION OF JESSICA KUNG
DATED JULY 31, 2013
(PAGES 6-21)**

**FILED UNDER SEAL**

Case 1:10-cv-06950-AT-RWL   Document 265-11   Filed 07/25/14   Page 5 of 15

Deposition of Jessica Kung, 30(b)(6)         CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 22

REDACTED FILED UNDER SEAL

Page 23

1 group?
2    A. My job duties were to work on
3 financial analysis in support of deals and
4 pitches that my team worked on.
5    Q. As an analyst, did you write
6 reviews, performance reviews for other
7 employees?
8    A. Yes, I did.
9    Q. For which other employees by
10 title meaning analyst, associate and so forth
11 did you write reviews for?
12    A. I wrote reviews for analysts,
13 for associates and for vice-presidents.
14      MS. SULLIVAN: Just to clarify,
15 you are talking about a 360 review?
16      MS. SHAVER: Yes. Thank you.
17    Q. Did you have any responsibility
18 for determining any other employees
19 compensation when you were an analyst in IBD?
20    A. Not when I was an analyst in
21 IBD.
22    Q. How about for determining any
23 other employees promotions?
24    A. During my time in IBD?
25    Q. Yes.

Page 24

1    A. I was not responsible for that
2 during my time in IBD.
3    Q. What was your next position at
4 Goldman Sachs?
5    A. My next position was an analyst
6 position in HCM.
7    Q. Approximately how long did you
8 hold that position?
9    A. I have held that position until
10 present day so approximately six years.
11    Q. Who do you currently report to?
12    A. I currently report to Tammy
13 Rosen.
14    Q. How long have you reported to
15 Tammy Rosen?
16    A. I have reported to her for
17 roughly two years.
18    Q. What's her job position?
19    A. She's the global HCM head
20 supporting IMD.
21    Q. Who did you report to before
22 Tammy Rosen?
23    A. Before Tammy I reported to Tony
24 Infante.
25    Q. How long did you report to Toni

Page 25

1 Infante?
2    A. I reported to Toni for about
3 four years.
4    Q. What was Toni's position during
5 that time?
6    A. She was also the global HCM
7 head supporting IMD.
8    Q. What's her current position at
9 Goldman Sachs?
10    A. Toni is no longer with Goldman
11 Sachs.
12    Q. Did she have another position
13 after the global HCM head for IMD or did she
14 leave after that?
15    A. She left after that.
16    Q. Have you reported to anybody
17 else in your role as an analyst in HCM?
18    A. No, I have not.
19    Q. Have you at any time had any
20 employees reporting to you in your position
21 as an analyst in HCM?
22    A. I have not had anyone reporting
23 to me while I was an analyst in HCM.
24    Q. Can you describe for me your
25 job duties and responsibilities in that role?

Deposition of Jessica Kung, 30(b)(6)      CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 26

REDACTED FILED UNDER SEAL

25 facilitate the compensation process?

Page 27

REDACTED FILED UNDER SEAL

Page 28

perspective we inform our clients of what the quartiling population is meaning which employees are eligible to be quartiled. We inform them of the deadlines of the distribution of the guidelines so to speak surrounding quartiling and as I said before, we are always there as a resource for them if they have questions.

   Q. Is it -- let me back up one second. What do you mean by quartiling, are you referring to manager quartiling?

   A. I'm referring to manager quartiling.

   Q. So the record is clear, could you state for me what that is?

   A. Sure, so manager quartiling is when managers rank -- is when managers assign employees a number which indicates their relative performance or standing verses peer.

   Q. The number that managers assign employees that's quartile one, quartile two, quartile three, four and five; is that accurate?

   A. Yes, it spans one through five.

   Q. Is it part of your job duties

Page 29

to distribute guidelines relating to compensation as well?

   A. As part of the administrative aspect of it, yes, we do distribute guidelines.

   Q. With respect to quartiling, you testified that part of the administrative duties included informing employees of distributions; is that right?

   A. Informing managers about distributions, yes.

   Q. What does that mean?

   A. Quartiling is a -- the end result of quartiling is a distribution of employees based on their rank so there are percentages related to that distribution.

   Q. So do you mean, for example, how many employees can be in each quartile?

   A. That's right.

   Q. What are your job duties with respect to facilitating the promotion process?

   A. For the promotion process we inform our clients of the eligible population to be nominated for promotion. We inform

Case 1:10-cv-06950-AT-RWL   Document 265-11   Filed 07/25/14   Page 7 of 15

Deposition of Jessica Kung, 30(b)(6)                CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 30

them of deadlines and we share the promotion criteria and again as I said before, we are also there as a resource for them if they have questions.

Q. What are your job duties with respect to facilitation of the 360 degree review process?

A. Sure. So with respect to the 360 review process we send out communications around time line for each stage of the review process. We also play a role in ensuring that everyone who is eligible to be reviewed submits review lists so that they in fact can be reviewed that year and we serve as a resource for managers if they have questions or employees.

Q. Do you have any other job duties with respect to compensation of associates or vice-presidents in IMD other than what you've described already?

A. Nothing other than what I've already described.

Q. Do you have any job duties with respect to promotions from vice-president to managing director in IMD other than what

Page 31

you've described already?

A. Nothing beyond what I've described although I would like to clarify that in terms of what I described for promotions, those are for promotions to VP.

Q. Do you have any role in facilitating promotions from VP to MD?

A. Historically I have had a limited role in that process. It has been largely again administrative in terms of, you know, time line process although our team, our HCM team has become recently client alined so as we partner more with our clients in the business, we are getting more involved in the strategy of who's being nominated and ultimately discussed for MD positions.

Q. Even though your job duties specifically may not have pertained directly to that process promotion from VP to MD, do you have insight into how it works in your division?

A. I do have knowledge of how it works in IMD.

Q. Do you have any other job duties with respect to the performance

Page 32

REDACTED FILED UNDER SEAL

Page 33

REDACTED FILED UNDER SEAL

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 9 - TRANSCRIPT OF THE DEPOSITION OF JESSICA KUNG
DATED JULY 31, 2013
(PAGES 34-37)**

**FILED UNDER SEAL**

Case 1:10-cv-06950-AT-RWL   Document 265-11   Filed 07/25/14   Page 9 of 15

Deposition of Jessica Kung, 30(b)(6)                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 38



REDACTED FILED UNDER SEAL

Page 39

Q. When you say some of the deadlines come from the firm, where specifically?
A. The round one compensation deadline is a firm deadline, the round two is a firm deadline, bonus payment date is a firm, it's not a deadline, but that's a firm date, same thing with comp communication and same thing with when original budgets are initially delivered.
Q. My question was a little different. When you say it's a firm deadline or the deadline comes from the firm, from who in the firm or from which department?
A. The reward team that you mentioned earlier firm wide compensation is one of the teams that sit in the reward group and they are responsible for working with senior leaders in coming up with those firm deadlines.
Q. Thank you. You referred to comp communication as something that comes from the firm. Can you tell me what you mean by that?
A. What I was referring to were

Page 40

the comp communication dates so those come from the firm.
Q. In other words, when managers are allowed to tell employees what they are earning?
A. That's right.
Q. How long has IMD had a compensation committee?
A. IMD has had a compensation committee for as long as I can recollect. Certainly in every year that I personally have been on the team.
Q. Do you know whether it had a compensation committee since 2002?
A. Yes, they had a compensation committee since 2002.
Q. Who's a member of the committee at present?
A. At present the IMD compensation committee is comprised of our two division heads, our chief operating officer and the global IMD HCM head.
Q. Again, that's Tammy Rosen?
A. That's Tammy.
Q. What's the name of the COO?

Page 41

A. Gavin O'Connor.
Q. What are the names of the two division heads?
A. Tim O'Neill and Eric Lane.
Q. Anyone else on the committee at present?
A. No one else at present.
Q. Has the IMD compensation committee historically been comprised of the two division heads, a COO and the global IMD HCM head?
A. The compensation was not always exactly as it is at present. It's always comprised of the global heads and division heads and senior business leaders.
Q. Has the COO always been a member of the committee?
A. Yes.
Q. So in other words the roles you told me are presently in the committee, is it accurate that they have always been on the committee, but there may have been some other people?
A. That's right.
Q. Those other people would be

Case 1:10-cv-06950-AT-RWL   Document 265-11   Filed 07/25/14   Page 10 of 15

Deposition of Jessica Kung, 30(b)(6)                                CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 42

1  senior business leaders; is that right?
2       A.   That's what I said, yes.
3       Q.   Could you tell me what you mean
4  by senior business leaders?
5       A.   They would be senior partners
6  running businesses in IMD.
7       Q.   Do you know why the senior
8  business partners are no longer on the
9  compensation committee?
10      A.   Previously IMD had an executive
11 committee which comprised these senior
12 partners.  It's not all the partners in IMD
13 that are part of it, I would just say it's
14 just a handful that run our major businesses
15 and so they were also our compensation
16 committee.  They were also part of our
17 compensation committee.
18      Q.   Is it true that the executive
19 committee and compensation committee used to
20 be the same group?
21      A.   Yes, my understanding is when
22 we had an executive committee it was the same
23 as the compensation committee.
24      Q.   When did IMD cease to have an
25 executive committee?

Page 43

1       A.   It ceased to have an executive
2  committee -- I would say that 2010 if my
3  recollection is correct is the last year that
4  we had the executive committee.
5       Q.   Is there currently a head of
6  the committee, the compensation committee?
7       A.   I don't think of there being a
8  head of the committee.  All of the
9  participants that I mentioned are members of
10 the committee.
11      Q.   Have you ever attended a
12 meeting of the IMD compensation committee?
13      A.   Yes, I have attended.
14      Q.   How many times approximately?
15      A.   Approximately three times.
16      Q.   What were the circumstances
17 that led you to attend those meetings?
18      A.   I was there as another HCM
19 resource.
20      Q.   When was the first time you
21 attended a compensation committee meeting?
22      A.   2010.
23      Q.   Was there any particular reason
24 for you to attend in 2010?
25           MS. SULLIVAN: Objection vague.

Page 44

1       A.   Was just as an HCM resource.
2       Q.   Is there always another HCM
3  employee present besides the global IMD HCM
4  head?
5       A.   Typically there is.
6       Q.   When was the next time you
7  attended a compensation committee meeting?
8       A.   2011.
9       Q.   Was there a special or
10 particular reason for you to attend that
11 meeting?
12      A.   Same reason as in 2010.
13      Q.   When was the third time?
14      A.   2012.
15      Q.   Was there a special or
16 particular reason for you to attend that
17 meeting?
18      A.   Same reason as in the prior
19 years.
20      Q.   Can you describe for me broadly
21 the compensation committee's purpose?
22      A.   It's a broad question.  Broadly
23 speaking the compensation committee listens
24 to all of the business units as they come and
25 present their compensation decisions.

Page 45

1       Q.   Any other purpose besides
2  listening?
3       A.   Sure, there is a dialogue that
4  happens as the members of the compensation
5  committee understand how each business
6  approached their decision making for that
7  year.  There may be questions asked during
8  that discussion.
9       Q.   Does the committee have
10 decision making power with respect to
11 employee's PATC proposals?
12           MS. SULLIVAN: Objection vague.
13      A.   I wouldn't characterize it as
14 decision making powers because they are
15 really there to listen to the business units
16 present their compensation decisions.  Again,
17 as I stated before it's a dialogue.  The
18 compensation committee may ask questions, the
19 business units will answer, but the
20 compensation committee does not have ultimate
21 authority over PATC.
22      Q.   Do they have authority to
23 change the numbers that business unit leaders
24 present?
25      A.   As part of the questioning the

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 9 - TRANSCRIPT OF THE DEPOSITION OF JESSICA KUNG
DATED JULY 31, 2013
(PAGES 46-53)**

**FILED UNDER SEAL**

Case 1:10-cv-06950-AT-RWL   Document 265-11   Filed 07/25/14   Page 12 of 15

Deposition of Jessica Kung, 30(b)(6)   CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 54

REDACTED FILED UNDER SEAL

Page 55

Q. Does IMD HCM have any input into the processes for promotion from VP to MD?

MS. SULLIVAN: Objection vague.

A. We have input insofar as recommending deadlines and timing considerations, but mainly from that perspective.

Q. Do you have any input on who is selected for candidacy for promotion?

A. No, HCM does not.

Q. Do you have any input on who is selected for promotion?

A. No, HCM does not.

MS. SHAVER: Will you please mark this Plaintiff's Exhibit 210.

(Plaintiff's Exhibit 210, Compensation Communication Guide, marked for Identification.)

Q. Do you recognize this document?

A. Let me just take a minute to scan it. Yes, I recognize this document.

Q. Can you tell me what it is?

A. This is a compensation communication guide that's distributed to

Page 56

managers who are involved in compensating -- involved in communicating compensation to our employees.

Q. Was it distributed to managers in IMD?

A. Yes, it was.

Q. Who is the author of this document?

A. The firm wide compensation team which I mentioned before is part of the reward group, they are the authors of this document.

Q. Please take a look at page two under the bold face GS compensation philosophy where it reads the compensation recommendation process, do you see that?

A. Yes, I do.

Q. Take a minute, please to read those three bullet points to yourself.

A. Okay.

Q. Are these bullet points an accurate description of the compensation recommendation process in IMD?

A. I would say that the bullet points are very high level. They are

Page 57

accurate, but they don't describe the nuances in IMD. Keep in mind this is a firm wide document.

Q. I understand. Is it fair to say they are accurate at a high level?

A. At a high level.

Q. In regards to bullet point one, who at the IMD divisional level receives the initial aggregate compensation budgeted to IMD?

A. The budget for compensation that comes from the firm goes to our senior leaders. Typically our CFO and our COO would receive the detailed numbers.

Q. How about the division heads, would they receive it too?

A. They would receive it too.

Q. Anybody else?

A. No, that's it.

Q. In regards to bullet point number two, could you please describe IMD's internal process for managers to make individual employee total compensation recommendations?

A. It's a multi-step process so

Case 1:10-cv-06950-AT-RWL   Document 265-11   Filed 07/25/14   Page 13 of 15

Deposition of Jessica Kung, 30(b)(6)                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 58

I'll start with what we do once IMD as a division receives the budget from the firm. Once we have the budget from the firm, the budget is then allocated to our businesses. I also want to note that the budget we receive from the firm applies only to our non commission population. There is a separate process for our commission population as their compensation is formulaic.

Q. Who is responsible for advocating the budget to businesses?

A. Senior leadership of IMD is responsible for that process.

Q. Does that include the CFO, the COO and the division heads?

A. Yes, that's correct.

Q. Does it include anyone else?

A. Those are the primary individuals.

Q. What's the next step?

A. So once the budget is allocated to businesses which by the way are allocated based on business units relative performance and contribution to the division during the year, once businesses have their budgets,

Page 59

then the managers go to making compensation recommendations for their employees.

Q. Are the managers compensation recommendation for their employees put into the CRS database?

A. Yes, they are put into the CRS system.

Q. What's the next step?

A. So after managers give their initial recommendations, the recommendations are provided to the leaders in that business or the business unit heads.

Q. How are those recommendations provided to the business unit heads, in what format?

A. They are available in CRS, the comp recommendation system and business heads have access to that as well.

Q. Is there a particular deadline by which managers recommendations must be in CRS?

A. Yes and it can vary by business so just as the firm has their deadlines and IMD may have our own internal deadlines, businesses within IMD may choose to have even

Page 60

further internal deadlines to manage the process as they wish.

Q. Is there a deadline by which the business unit leaders have to review the initial recommendations provided by the managers?

A. Yes, there is.

Q. What is the purpose of the business unit heads review of those initial recommendations?

A. The purpose is for the business unit, the managers in the business unit to engage in a dialogue with the business unit head, explain their thought process around how they approached compensation decision making and to get the business head's view which is going to be by nature of he or she being head of the business broader than the manager's individual perspective.

Q. Do the business unit heads have the authority to change the manager's compensation recommendations?

A. The business unit manager as part of that dialogue can ask questions and make suggestions again because they have that

Page 61

REDACTED FILED UNDER SEAL

Case 1:10-cv-06950-AT-RWL   Document 265-11   Filed 07/25/14   Page 14 of 15

Deposition of Jessica Kung, 30(b)(6)                                                                        CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 62



REDACTED FILED UNDER SEAL

Page 63

      (Plaintiff's Exhibit 211,
   Compensation Committee Materials,
   marked for Identification.)
 Q.   Are these the materials that
HCM produced for the compensation committee
in 2010?
      MS. SULLIVAN: For the record
   this exhibit has been marked as
   attorneys eyes only.
 A.   Let me just take a minute to --
 Q.   Sure.
 A.   Yes, these are the materials
HCM produced. I would note that some of the
materials contained in here are produced by
our CFO team, the financials.
 Q.   Is there a term that you use
for this set of materials?
 A.   We call them many different
things. Usually we call it the compensation
committee materials.
 Q.   Apart from the three sections
that you described, are there any other
materials that HCM produces for the
compensation committee each year?
 A.   Well, as you can see in this

Page 64

document we have certain supplemental reports
as well.
 Q.   Are you referring to what's
included in the table of contents for this
document?
 A.   Yes.
 Q.   Outside of this document are
there any other materials?
 A.   No, nothing outside of this.
 Q.   Are there any other materials
produced for the compensation committee
whether from HCM or another source?
 A.   Not outside of these materials,
not that I can remember.
 Q.   You can put this aside. We'll
come back to it. After the compensation
committee receives these materials, what's
the next step in the compensation process in
IMD?
 A.   After they receive materials,
we have the compensation committee meetings
that we discussed briefly before where
business units come and discuss their
recommendations.
 Q.   Does every business unit leader

Page 65

attend those meetings?
 A.   Virtually all business unit
leaders attend the meeting. We have a few
groups in IMD that are very small in size and
they are overseen by our COO and so our COO
represents those businesses because he has
oversight of those businesses at the comp
committee.
 Q.   Is it fair to say he serves the
role of the business unit leader for those
groups?
 A.   He does.
 Q.   Which businesses are those?
 A.   Those are -- their businesses
within our divisional infrastructure group.
 Q.   Can you recall the names of
those businesses off the top of your head?
 A.   Our finance and strategy group
which is our CFO team, it's our division
management group, our IMD risk group and our
MAS, managed account services.
 Q.   What is the next step?
 A.   So once the compensation
committee meets and engages in that dialogue
with business unit managers, there may be

Case 1:10-cv-06950-AT-RWL   Document 265-11   Filed 07/25/14   Page 15 of 15

Deposition of Jessica Kung, 30(b)(6)  CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 66

1  changes that come out of that discussion so
2  HCM helps facilitate the process of getting
3  the changes into the CRS system and then we
4  submit our round one to the firm.
5      Q.   What changes may come out of
6  that discussion at the compensation
7  committee?
8      A.   So as I stated before, during
9  the business unit presentations to the
10 compensation committee where the business
11 unit leaders are presenting their thoughts
12 around how they made the allocations, the
13 compensation committee may have questions or
14 suggestions on how certain dollars may be
15 reallocated either at a macro level or on an
16 employee specific basis and so those
17 conversations occur, the business unit heads
18 and the comp committee comes to an agreement
19 on any changes and then HCM facilitates
20 getting those changes into the system.
21     Q.   Are you aware of any instances
22 in which a business unit leader has disagreed
23 with the comp committee as to a particular
24 employee's compensation?
25     A.   I can't think of an instance

Page 67

1  where those two parties that you mentioned
2  disagree and were not able to reach a
3  consensus on the final number for round one.
4      Q.   Is there an IMD policy about
5  what would happen if the two parties were not
6  able to reach agreement who would have the
7  authority to assign the final number?
8           MS. SULLIVAN: Objection vague.
9      A.   Can you rephrase the question.
10     Q.   If the compensation committee
11 and business unit leaders were not able to
12 reach agreement about a particular employee's
13 compensation, does IMD have a policy
14 regarding who would make the final decision?
15          MS. SULLIVAN: Same objection.
16     A.   Usually the two parties are
17 able to come to an agreement, but in a
18 hypothetical situation where they were not
19 able to do so, the IMD compensation
20 committee's role is to review recommendations
21 across the division.  They also do have a
22 broader perspective on the relative
23 contributions of each business to the
24 division's results as well as the forward
25 strategy of the division and what the

Page 68

1  priorities are and so if they have again
2  either macro or individual specific changes
3  that they feel would be more appropriate and
4  help retain employees in the areas where we
5  need them the most, then they can make those
6  changes.
7      Q.   I believe you said that the
8  next step after the compensation committee
9  meeting is that IMD submits its round one
10 compensation recommendation to the firm; is
11 that right?
12     A.   That's right.
13     Q.   Is that submitted to firm wide
14 comp?
15     A.   It's submitted to firm wide
16 comp.
17     Q.   Are you aware of any instances
18 in which the compensation committee has
19 challenged any business unit leader's
20 decision about an employee?
21          MS. SULLIVAN: Objection vague.
22     A.   I don't know that I would use
23 the word challenged.  During these sessions
24 they engage in a discussion and the
25 compensation committee asks questions to

Page 69

1  clarify and understand why allocations were
2  made the way they were.
3      Q.   Are you aware of any instances
4  in which the compensation committee has asked
5  questions to clarify and understand why
6  allocations were made the way they were to a
7  particular employee?
8      A.   Yes, there have been instances.
9      Q.   Can you tell me why the
10 committee questioned the business unit leader
11 about that allocation decision in those
12 instances?
13          MS. SULLIVAN: Objection vague.
14     A.   Can you repeat or rephrase the
15 question?
16     Q.   Can you tell me what instances
17 you are thinking of?
18     A.   They vary, but as an example
19 the compensation committee may ask why an
20 employee in a business that is performing not
21 so well in a relative basis to other
22 businesses is up in compensation from year
23 over year and the response hypothetically
24 speaking could be that even though the
25 business in that market was challenged this