# EXHIBIT 9A

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE SOUTHERN DISTRICT OF NEW YORK
   ---------------------------------------------x
3  H. CHRISTINA CHEN-OSTER; LISA PARISI;
   and SHANNA ORLICH,
4
                         Plaintiffs,
5
           -against-
6
   GOLDMAN, SACHS & CO. and THE GOLDMAN
7  SACHS GROUP, INC.,

8                        Defendants.

9  CASE NO.: 10-CV-06950 (LBS) (JCF)
   ---------------------------------------------x
10

11

12                    250 Hudson Street
                      New York, New York
13

14                    August 1, 2013
                      9:10 a.m.
15

16          CONTINUED DEPOSITION of 30(b)(6)

17  Witness, JESSICA KUNG, before Shari Cohen, a

18  Notary Public of the State of New York.

19

20

21

22

23

24

25

Case 1:10-cv-06950-AT-RWL   Document 265-13   Filed 07/25/14   Page 3 of 31

Deposition of Jessica Kung, 30(b)(6), Volume II                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 263

1  A P P E A R A N C E S :
2
3  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
4  Attorneys for Plaintiffs
5      275 Battery Street
6      San Francisco, California  94111
7  BY:   ANNE SHAVER, ESQ.
8      KELLY DERMODY, ESQ.
9      PHONE  415-956-10O0
10     FAX   415-956-1008
11     EMAIL  ashaver@lchb.com
12
13  PAUL HASTINGS LLP
14  Attorneys for Defendants
15     875 15th Street, N.W.
16     Washington, DC  20005
17  BY:   CARSON SULLIVAN, ESQ.
18     PHONE  202-551-1717
19     FAX   202-551-0117
20     EMAIL  carsonsullivan
21         @paulhastings.com
22
23
24
25

Page 264

1  A P P E A R A N C E S (CONT'D):
2
3  SULLIVAN & CROMWELL LLP
4  Attorneys for Defendants
5      125 Broad Street
6      New York, New York  10004
7  BY:   SUHANA HAN, ESQ.
8      PHONE  212-558-4647
9      FAX   212-558-3588
10     EMAIL  hands@sullcrom.com
11
12
13  ALSO PRESENT:
14     ADAM HEFT
15
16
17
18
19
20
21
22
23
24
25

Page 265

REDACTED FILED UNDER SEAL

Page 266

REDACTED FILED UNDER SEAL

-oOo-

**DECLARATION OF THEODORE O. ROGERS, JR.**
**IN OPPOSITION TO PLAINTIFFS' MOTION FOR**
**CLASS CERTIFICATION**

**EXHIBIT 9A - TRANSCRIPT OF THE DEPOSITION OF JESSICA KUNG**
**DATED AUGUST 1, 2013**
**(PAGES 267-274)**

**FILED UNDER SEAL**

**Case 1:10-cv-06950-AT-RWL   Document 265-13   Filed 07/25/14   Page 5 of 31**

Deposition of Jessica Kung, 30(b)(6), Volume II                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 275

REDACTED FILED UNDER SEAL

Page 277

A.   Can you rephrase the question?

Q.   Is there any record of which managers attend the training sessions?

**A.   When employees attend training sessions, it's recorded on their training transcript so it is recorded.**

Q.   Does IMD do any monitoring to ensure that new managers attend a training on the 360 degree review process?

MS. SULLIVAN: Objection vague.

A.   The training transcripts are available to us and in years where we had mandatory training sessions we're able to see which managers have attended and which haven't and we're able to follow up with those that haven't.

Q.   Where are the training transcripts kept for managers?

**A.   The training transcripts are accessible at any time to HCM from our Goldman Sachs University, our training team. They are also accessible to employees' managers through the review feedback book.**

Q.   So if I wanted a copy of an employee's training transcript, where would I

Page 276

REDACTED FILED UNDER SEAL

Page 278

go to find it?

**A.   From the perspective of you as HCM or you as the employee's manager?**

Q.   As a manager?

**A.   As a manager you would receive the most up-to-date training transcript as part of the review book, but you could always reach out to HCM and we can pull it for you at any time.**

Q.   How about as an employee?

**A.   Employees have access to their training portal which shows them all of the classes that they have completed, registered for, wait listed for so they can access it at any time.**

Q.   Could you please turn to page 113234?

**A.   Okay.**

Q.   Please take a minute to review this page to yourself.

**A.   Okay.**

Q.   Is this an accurate summary of the 360 degree review process for IMD?

**A.   It is.**

MS. SULLIVAN: Objection vague.

Page 279

1  Q.   Is that true from 2002 to the
2  present?
3      A.   Let me clarify what I said so
4  when you asked if this is an accurate
5  reflection of the IMD process I said it was.
6  These are high level bullet points so there
7  is additional nuances not captured here, but
8  at a high level, yes, this is an accurate
9  reflection and it's consistent with how we
10  have done it in the prior years.
11     Q.   From 2002 to the present?
12     A.   Yes.
13     Q.   Are you familiar with the
14  manager summary?
15     A.   I am familiar.
16     Q.   Do you recall when the manager
17  summary was created in IMD?
18     A.   My understanding is that we've
19  always had a manager summary in IMD.
20     Q.   Is an employee's direct manager
21  required to be a reviewer in the 360 degree
22  process?
23     A.   Yes, because the primary
24  manager, direct manager completes the manager
25  summary.

Page 280

1      Q.   Apart from completing the
2  manager summary, does the manager also
3  participate in the 360 degree review?
4      A.   Yes, the manager participates
5  in the 360 degree review.
6      Q.   So is it accurate that the
7  manager and employee's direct manager
8  completes a manager summary and will give
9  feedback in the 360 degree review itself?
10     A.   Let me clarify what I said
11  before so an employee's direct manager
12  because the feedback is meant to be taken
13  through the manager summary, the direct
14  manager is not -- does not use up one of the
15  spaces on the review list.
16     Q.   Has that been true from 2002 to
17  the present?
18     A.   Yes, it has.
19     Q.   Could you take a look at the
20  next page, please, 113325?
21     A.   Okay.
22     Q.   It states here all employees
23  will create a review list of 8 to 12
24  individuals.  Has the number of individuals
25  on the review list been 8 to 12 from 2002 to

Page 281

1  the present?
2      A.   The guidelines of having 8 to
3  12 employees on the list has been the same.
4      Q.   If you look at the next bullet
5  point, has it been true from 2002 to the
6  present that a manager has full discretion to
7  add or delete the names on an employee's list
8  and/or modify the indicated level of
9  interaction and relationship if he thinks
10  it's warranted?
11         MS. SULLIVAN: Objection
12  compound.  Document speaks for itself.
13     A.   Can you repeat the question?
14     Q.   Has it been true from 2002 to
15  the present that a manager has full
16  discretion to add or delete the names on an
17  employee's list and/or modify the indicated
18  level of interaction and relationship if you
19  think it's warranted?
20         MS. SULLIVAN: Same objection.
21     A.   Let me take the answer in a
22  couple of parts because it's a couple of
23  different things so one is the actual names
24  on a review list documents the level of
25  interaction and three is the relationship in

Page 282

1  terms of junior, peer or senior and those are
2  three different things, but the answer is the
3  same for all three which is that this is
4  really a conversation between the manager and
5  the employee.  The best practice and what
6  usually happens is employees and managers
7  actually discuss the list and come to an
8  agreement before the list is even submitted
9  into our system.  Of course in cases where
10  the list is submitted without any discussion
11  beforehand, once the manager sees the
12  employee's list, it has not been my
13  experience where I have seen instances of a
14  manager changing names, level of interaction
15  or relationships without discussing with the
16  employee first.
17     Q.   Could you please read to
18  yourself the second bullet point on this page
19  that starts with please review each
20  employee's list?
21     A.   Okay.
22     Q.   Is that accurate?
23         MS. SULLIVAN: Object to the
24  form of the question.
25     A.   Can you be more specific?

Page 283

1    Q.   Is there anything inaccurate
2   about what's written in bullet point number
3   two on 113325?
4        MS. SULLIVAN: Same objection.
5    A.   The phrase that says you have
6   full discretion to add or delete names I
7   believe doesn't truly reflect the actual
8   practice in IMD.  Hypothetically if it came
9   down to it, the manager is the one approving
10  the individual's reviewer list so if he or
11  she felt that a name needs to be added or
12  removed and the employee of the manager
13  cannot come to an agreement, the manager can
14  make a decision that he or she feels is more
15  appropriate, however, I have not seen that
16  actually happen in practice and usually the
17  manager and employee agree to any changes.
18   Q.   Is that true that the manager
19  can make a decision that he or she feels is
20  more appropriate from 2002 to the present?
21   **A.   It's usually in consultation**
22  **with the employee, but yes, that's true.**
23   Q.   Are you aware of any published
24  criteria for which managers should add or
25  remove a name from an employee's review list?

Page 284

1        MS. SULLIVAN: Objection vague.
2    A.   I believe we actually see that
3   in the second bullet point where it says that
4   please review each employee's list enough for
5   us to carefully to ensure that includes an
6   appropriate balance of reviewers there are
7   more senior, more junior, peers and internal
8   clients. That similar type of language is
9   repeated in communications to both employees
10  and managers during the review list creation
11  and approval process.
12   Q.   What is the instruction here on
13  what is an appropriate balance?
14        MS. SULLIVAN: Objection vague.
15   A.   Can you rephrase the question,
16  please?
17   Q.   How are managers to know what
18  is an appropriate balance? Are you aware of
19  any published criteria on what constitutes an
20  appropriate balance?
21        MS. SULLIVAN: Objection vague.
22   A.   Appropriate balance will mean
23  different things for different people
24  depending on what level they are at.  Clearly
25  Goldman has a 360 review process so by

Page 285

REDACTED FILED UNDER SEAL

Page 286

REDACTED FILED UNDER SEAL

Deposition of Jessica Kung, 30(b)(6), Volume II      CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.



Page 287

REDACTED FILED UNDER SEAL

Page 288

REDACTED FILED UNDER SEAL

Page 289

A.   Even though the employees are
at the same title, they may be working in
different functions or different projects.
The most important thing about the reviewer
list besides being 360 in the truer sense is
also to reflect those that had the most
interactions so that reviewers can provide
substantive feedback so it's possible that
reviewer lists may be different for employees
with the same title.

Q.   It's possible that review lists
may contain a different balance of reviewers
who are more junior, senior or peer?

**A.   That's correct.**
MS. SHAVER: Please mark the
next exhibit.
(Plaintiff's Exhibit 229,
Feedback Book, marked for
Identification.)

Q.   Do you recognize Exhibit 229?

A.   Let me just take a minute to
scan.  Yes, I'm familiar with this.

Q.   Could you please turn to the
page marked -- could you tell me what this
is?

Page 290

**A.   This is what we call a feedback
book, a feedback review book which is a
compilation of all of the quantitative and
qualitative comments for an employee from the
reviewer group.**

Q.   What's the purpose of a
feedback book?

**A.   The feedback book goes to the
manager only.  It's not for the employees
eyes and meant to serve as a resource for the
manager to both write the manager summary as
well as ultimately deliver the review.**

Q.   Has IMD used feedback books
from 2002 to the present?

**A.   Yes, we have.**

Q.   Could you please turn to the
page marked 121248.  Does this indicate that
IMD has used a five point rating scale since
at least 2003?
MS. SULLIVAN: Objection vague.

A.   Can you be more specific or
rephrase, please?

Q.   Do you see in the second box on
the page there is a rating scale?

**A.   Yes.**

Page 291

1  Q.   It gives ratings from five to
2  one?
3     A.   Yes.
4     Q.   Is it true that in 2003 IMD
5  used a five point rating scale?
6     A.   That's correct.
7     Q.   Do you know for what years
8  that's true?
9     A.   IMD used the five point rating
10 scale from -- up until 2010, 2011 time
11 period.
12    Q.   Thank you.
13       MS. SHAVER: Please mark
14    Exhibit 230.
15       (Plaintiff's Exhibit 230,
16    Feedback Book, marked for
17    Identification.)
18    Q.   Do you recognize this document?
19    A.   Yes, I do.
20    Q.   What is it?
21    A.   This is also a feedback book
22 from 2004.
23    Q.   Could you please turn to the
24 page marked 121338.  Do you see the heading
25 marked C, unadjusted verses adjusted core

Page 292

1  item average comparison?
2     A.   Yes.
3     Q.   What are the core items?
4     A.   I am actually not sure what the
5  core items are for this specific year.
6     Q.   Do you know what the phrase
7  core items refers to?
8     A.   I think my understanding is
9  that core items are a subset of all the
10 categories that we had.  I can't recall what
11 the three specific categories are.
12    Q.   Are the core items the only
13 criteria on which employees are ultimately
14 scored?
15       MS. SULLIVAN: Objection vague.
16    A.   They are not the only criteria
17 on which employees are scored.  This is just
18 one -- this meaning this unadjusted verses
19 adjusted core average is just one of multiple
20 data points in this feedback book.
21    Q.   What's the purpose of adjusted
22 verses unadjusted core item average
23 comparison?
24    A.   The purpose of the comparison
25 is to show managers the adjusted score verses

Page 293

1  the unadjusted score.  The adjusted score
2  adjusts for rater leniency or harshness and
3  the same formula so to speak is applied to
4  all employees.
5     Q.   How does the adjusted score
6  adjust for rater leniency and harshness?
7     A.   There is a specific algorithm
8  which I personally have not seen, but my
9  understanding of it at a high level is the
10 algorithm looks at each reviewer to see on
11 the scale which in this year was one to five
12 what scores the reviewer typically gives and
13 of course normalizing for differences in
14 performance. If the reviewer tends to rate
15 one two or tends to rate four or five, the
16 algorithm will normalize the score.
17    Q.   Am I understanding you
18 correctly that the 360 degree review process
19 produces an adjusted and unadjusted score
20 based on all the criteria contained in the
21 review and another score based on just the
22 three core items?
23       MS. SULLIVAN: Objection to the
24    form of the question as vague.  Are
25    you referring to this 2004?

Page 294

1     Q.   In 2004?
2     A.   Can you repeat the question?
3     Q.   Is it correct that in 2004
4  employees received two scores as a result of
5  their 360 degree review process, one an
6  adjusted and unadjusted core item score and
7  two an adjusted and unadjusted score based on
8  all the criteria?
9        MS. SULLIVAN: Objection vague.
10    A.   Based on the feedback here it
11 doesn't look like employees received an
12 adjusted and unadjusted score based on all
13 the categories, it looks like they received
14 multiple scores as we can see in this
15 feedback book comparing to peer groups based
16 on category and two of those multiple data
17 points are the unadjusted and adjusted core
18 item average score.
19    Q.   In 2004 what 360 degree score
20 would go into an employee's CRS file?
21       MS. SULLIVAN: Objection. You
22    had the opportunity to take a
23    deposition on a witness on the CRS
24    system.
25    A.   Let me clarify what I said

Page 295

1 earlier so the three criteria that go into
2 the core item score is overall commercial
3 effectiveness, leadership and overall
4 professional performance and the adjusted
5 score is not displayed if the individual --
6 if the reviewee was not rated on these three
7 criteria.  In addition, the adjustment
8 algorithm relies on the structural pattern
9 connecting reviewers and reviewees and the
10 number of reviews a reviewer writes.
11     Q.   So for purposes of reporting an
12 employee's performance in CRS file in 2004,
13 would the 360 score come from the core item
14 average?
15          MS. SULLIVAN: Objection, asked
16     and answered and you've already had
17     the opportunity to take a full
18     deposition of a witness on the CRS
19     system.
20     A.   In a reporting if we choose to
21 show just one data point for 360 review, it
22 typically has been the adjusted average
23 score, however, if we have opportunity to
24 show more than one field, we will show a
25 fuller data set as well.

Page 296

1     Q.   Let me clarify what you just
2 said.  When you said typically has been the
3 adjusted average score, did you mean it to be
4 the adjusted average core item score?
5          MS. SULLIVAN: Objection;
6     misstates the testimony.
7     A.   Typically we show the adjusted
8 average score.  In some years it's been
9 called the core item score and over time as
10 the process has evolved that changed to be
11 called something different, also an adjusted
12 average score, but the actual definition has
13 changed.
14     Q.   How about for 2004?
15     **A.   For 2004 it would be the**
16 **adjusted core item score.**
17     Q.   Do employees receive their
18 adjusted core item score?
19          MS. SULLIVAN: Objection
20     vague. Are you referring to 2004?
21     Q.   Let me rephrase.  In all years
22 2002 to the present, do employees receive
23 their adjusted average score?
24     **A.   Employees do not receive their**
25 **score, but they do receive the manager**

Page 297

1 **summary without numbers, but in a qualitative**
2 **way gives the relative performance messaging.**
3     Q.   Who designated overall
4 commercial effectiveness, leadership and
5 overall professional performance as core
6 items?
7          MS. SULLIVAN: Just for the
8     record, as you know another deposition
9     is scheduled regarding the 360 process
10     -- 360 so to the extent that's outside
11     her knowledge she can answer in her
12     individual capacity if she knows.
13     A.   I think IMD would have been
14 involved in the decision, but as to if any
15 other parties were involved I'm not sure.
16     Q.   So you are not 100 percent sure
17 where the designation of core items comes
18 from?
19     **A.   That's right.**
20     Q.   Is the core item list
21 determined at a firm level?
22          MS. SULLIVAN: Objection vague.
23     That's outside the scope of her
24     designation.  If you know in your
25     individual capacity, you can answer.

Page 298

REDACTED FILED UNDER SEAL

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 9A - TRANSCRIPT OF THE DEPOSITION OF JESSICA KUNG
DATED AUGUST 1, 2013
(PAGES 299-302)**

**FILED UNDER SEAL**

Deposition of Jessica Kung, 30(b)(6), Volume II                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 303

REDACTED FILED UNDER SEAL

Page 304

from 2002 to the present?

**A.   This rule has been in place ever since we had this quartile concept.**

Q.   So at least since 2005; is that fair?

**A.   Yes.**

Q.   Is there an outer limit on the number of employees that can be included in the peer group?

**A.   Not that I'm aware of.**

Q.   Is that also true from at least 2005 to the present?

**A.   Yes, that's also true.**

MS. SHAVER: Let's take a break.

(Recess taken.)

MS. SHAVER: Please mark the next exhibit 233.

(Plaintiff's Exhibit 233, Feedback Book, marked for Identification.)

MS. SULLIVAN: This looks like two separate --

MS. SHAVER: The Bates numbers are consecutive.

Page 305

MS. SULLIVAN: Okay.

Q.   Do you recognize this document?

**A.   I do.**

Q.   What is it?

**A.   So this is a feedback book from 2006. I would flag that it's different from what we looked at earlier because the feedback book is preceded by the manager summary and there is also a training transcript at the end.**

Q.   Is the manager summary shared with the employee in IMD?

**A.   It is.**

Q.   Could you please look at page 120207. You see at point C there it reads unadjusted verses adjusted nine item average comparison?

**A.   Yes.**

Q.   Is that different than what we looked at before in that it's nine items rather than three?

MS. SULLIVAN: Objection vague.

A.   It's the same concept where we are taking an average score and you have the unadjusted score or adjusted, but yes, this

Page 306

is based on nine criteria as opposed to three.

Q.   Do you know why IMD changed to nine criteria from three in 2006?

MS. SULLIVAN: Objection vague.

A.   The review process continued to evolve and evolve over time and so this was just part of that evolution. When I look at the actual specific categories, the kind of labeling of those categories are a little bit different as well.

Q.   What are you referring to?

**A.   I'm referring to the actual category names.**

Q.   What page are you looking at?

**A.   0120213.**

Q.   There's only six categories there; is that right?

**A.   I believe it continues onto the following page.**

Q.   I see, there are 12 categories in total?

**A.   Yes.**

Q.   Those are the same categories as listed on 120211, correct?

Page 307

1  **A.   Yes, that's correct.**
2      Q.    What are the nine criteria that
3  go into the average comparison?
4      **A.   Technical skills, communication**
5  **skills, judgment problem solving, team work,**
6  **compliance, diversity, leadership, overall**
7  **commercial effectiveness and overall**
8  **professional performance.**
9      Q.    Is that something that you know
10 from your work experience or is there
11 something in this document that indicates to
12 you those are the nine criteria included in
13 the average comparison?
14     **A.   I'm familiar with the**
15 **categories, but it's also stated on 0120209.**
16 **It's the single asterisk.**
17     Q.    Thank you.  Who determined that
18 these nine criteria would be part of the
19 average comparison?
20     **A.   Similar to what I said before**
21 **when we were asking or when we were**
22 **discussing the three item core average score**
23 **my understanding is IMD was involved, but as**
24 **to whether or not other parties were as well,**
25 **I'm not certain.**

Page 308

1      Q.    Is it possible that that was a
2  firm wide shift in 2006?
3          MS. SULLIVAN: Objection.  She
4      can testify as to IMD, that's what
5      she's been designated for.  Anything
6      outside of the IMD division she can
7      answer in her personal capacity.
8      A.    My understanding is IMD would
9  have had input.  I don't want to speculate
10 whether it's firm side or what other parties
11 may have been involved.
12     Q.    You're not sure one way or the
13 other?
14     **A.   Not sure.**
15     Q.    Would you please look at page
16 120209?
17     **A.   Okay.**
18     Q.    Is the performance review rank
19 based on adjusted nine item average of the
20 same as the derived quartile score from 2005?
21         MS. SULLIVAN: Objection vague.
22     A.    Can you remind me what the
23 derived quartile score is that you are
24 referring to from 2005?
25     Q.    Can you look at Exhibit 231,

Page 309

REDACTED FILED UNDER SEAL

Page 310

REDACTED FILED UNDER SEAL

Deposition of Jessica Kung, 30(b)(6), Volume II                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 311

REDACTED FILED UNDER SEAL

Page 312

REDACTED FILED UNDER SEAL

Page 313

Q.    Are those the same nine items
or nine criteria as in 2006?
          MS. SULLIVAN: Object to the
     extent the documents speak for
     themselves.
     A.    Yes, as we can see from the
asterisk it's the same nine criteria.
     Q.    In 2007 did the performance
review rank also involve five buckets?
     **A.    Yes, they did.**
     Q.    So it worked the same way as in
2006?
     **A.    The same as in 2006.**
     Q.    Did the investment management
division also use the performance review rank
in 2008?
     **A.    Yes, we did as well.**
     Q.    Did it work the same way as in
2007 and 2006?
          MS. SULLIVAN: Objection vague.
     A.    If the question relates to the
nine item and the one through five bucketing
same approach.
     Q.    How about in 2009, did IMD use
the performance review rank in 2009?

Page 314

     **A.    I believe we used it in 2009 as
well.**
     Q.    Was it also based on the nine
item average?
     **A.    Yes.**
     Q.    Did it also involve five
buckets?
          MS. SULLIVAN: Objection vague.
     A.    I believe we used the one
through five bucketing as well.
          MS. SHAVER: Please mark the
     next exhibit as 235.
          (Plaintiff's Exhibit 235,
     Feedback Book, marked for
     Identification.)
     Q.    Do you recognize this document?
     A.    I do.
     Q.    What is it?
     **A.    It's a feedback book from 2010
which includes manager summary.**
     Q.    Could you please turn to page
121441.  Does this refresh your recollection
that IMD moved to a nine point rating scale
in 2010?
     **A.    It does.**

Page 315

1    Q.   Could you turn the page,
2  please.  Did IMD use the same process for the
3  performance review rank in 2010 as in 2006
4  through 2009?
5        MS. SULLIVAN: Objection vague.
6    A.   If you are asking whether we
7  used the same categories for the adjusted
8  average score and the same bucketing, we used
9  the same approach.
10   Q.   Do you know why IMD moved to a
11 nine point scale in 2010?
12   **A.   We moved to the nine point**
13 **scale because we wanted to give managers a**
14 **broader range so that they could more**
15 **differentiate their employees' performance.**
16   Q.   You could put that aside.  Are
17 you familiar with the term manager
18 performance quartiling?
19   **A.   Yes, I believe that relates to**
20 **the quartiling process. We have many terms**
21 **that are similar sounding.**
22   Q.   Can you tell me what the
23 quartiling process is?
24        MS. SULLIVAN: Objection vague.
25   A.   Can you rephrase or be more

Page 317

REDACTED FILED UNDER SEAL

Page 316

REDACTED FILED UNDER SEAL

Page 318

REDACTED FILED UNDER SEAL

Deposition of Jessica Kung, 30(b)(6), Volume II                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 319

1  IMD use that approach to quartiling where
2  quartiles two and three were combined?
3      A.   We used that since I would
4  estimate 2006, 2007.
5      Q.   Prior to the 2006/2007 time
6  period, how many quartiles did IMD use?
7      A.   My understanding is again it's
8  spanned from one through five, but we
9  quartiled the top 25 percent so Q1 and Q5
10  which is the bottom ten percent.
11      Q.   In that time period, I'm sorry,
12  strike that.  For how many years did IMD use
13  that approach?
14      MS. SULLIVAN: Objection vague.
15      A.   In terms of ranking the top and
16  the bottom we used that approach for I would
17  estimate four or five years.
18      Q.   So from 2002 to the 2006 or
19  2007 time period?
20      A.   Right.
21      Q.   During that time period if
22  employees were neither in the top 25 percent
23  or bottom ten percent, what quartile did they
24  receive?
25      MS. SULLIVAN: Objection vague.

Page 320

1      A.   If they were neither a Q1 or Q5
2  they had a blank designation which meant to
3  us that they were in the middle population.
4      Q.   In the IMD division is an
5  employee's 360 score a factor in the manager
6  quartile?
7      A.   Yes, it is.
8      Q.   Has that been true from 2002 to
9  the present?
10      A.   Yes, that's correct.
11      Q.   How much of a factor is it, in
12  other words, how much does the 360 degree
13  review score count in the manager quartile?
14      MS. SULLIVAN: Objection vague.
15      A.   So as I said before, the
16  manager quartile is a performance assessment
17  just as the 360 degree score is a performance
18  assessment as well and during the time frame
19  in question the 360 scores always been an
20  input into manager quartiling.  It's an
21  important input into manager quartiling and
22  has been in each of those years.
23      Q.   But there is no defined weight
24  to the 360 degree review score as it pertains
25  to the manager quartile, is that right?

Page 321

1      MS. SULLIVAN: Objection vague.
2      A.   So the 360 degree score is --
3  because it's a performance measure, it's an
4  important input into quartiling.  Quartiling
5  is the manager's assessment and potential
6  needs to be taken into account as well.
7  Given the range of levels and functions and
8  businesses, it would be difficult for us to
9  be prescriptive to our managers and say you
10  must assign the 360 degree score X percent
11  when you are looking at manager quartiling,
12  however, our managers understand that the 360
13  review score as an aggregation of feedback
14  from people that the employee has worked with
15  is a very important input.
16      Q.   How far is a manager quartile
17  allowed to deviate from the rank an employee
18  earned based on his or her 360 degree review
19  score?
20      MS. SULLIVAN: Objection vague.
21      A.   Can you rephrase the question,
22  please?
23      Q.   In other words, is it
24  acceptable for an employee to earn a 360
25  degree review score or rank of five and a

Page 322

1  manager quartile of one?
2      MS. SULLIVAN: Objection vague,
3      hypothetical.
4      A.   It's okay for the 360 degree
5  rank to be different from the manager
6  quartile while they are both performance
7  measures and the 360 is an important input
8  into quartiling the quartile is the manager's
9  assessment of the employee's relative
10  performance compared to the appropriate peer
11  group and so yes, there can be differences.
12      Q.   Is there any formal limit in
13  IMD on how different the performance review
14  rank and the manager quartile can be?
15      A.   As HCM and as administrators
16  and facilitators of the quartiling the
17  manager quartiling process as we collect
18  these recommendations we do view them in
19  connection with the 360 quartile and to the
20  extent that we have questions or areas where
21  we need more understanding of any differences
22  between the two, we will ask managers to
23  explain those differences.
24      Q.   I want to come back to that,
25  but first I want to get an answer to my

Deposition of Jessica Kung, 30(b)(6), Volume II                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 323

1   question about whether there is a formal
2   limit in IMD on how different the performance
3   review rank can be from the manager quartile?
4           MS. SULLIVAN: Objection vague.
5       A.   As far as whether we have
6   formal limits that you can't be X number of
7   slots different between the two, we don't
8   have anything of that nature that I can
9   recall.
10      Q.   As HCM reviews the manager
11  quartiles in connection with the 360
12  quartiles, does HCM run a report that
13  specifically lists those two things side by
14  side?
15      **A.   We do.  Yesterday when we**
16  **looked at the materials that were prepared**
17  **for compensation committee, aside from the**
18  **compensation information we also had the 360**
19  **rank next to the manager quartile column.**
20      Q.   I do recall that.  Apart from
21  the materials prepared for the compensation
22  committee, does IMD run a separate report
23  that compares the performance review rank and
24  the manager quartile?
25      **A.   Our managers use CRS for**

Page 324

1   **quartiling as well and so those two data**
2   **fields are and when I say those two data**
3   **fields meaning the current year manager**
4   **quartile recommendation and the current year**
5   **360 quartile are fields and we can do**
6   **reporting out of the CRS system.**
7       Q.   Do you do reporting each year
8   out of the CRS system to compare specifically
9   the performance review rank and the manager
10  quartile?
11      **A.   We do that.**
12      Q.   In the course of that specific
13  report, do your reports have any mechanism
14  for flagging or highlighting employees who
15  have a certain degree of difference between
16  their performance review score and the
17  manager quartile?
18          MS. SULLIVAN: Objection vague.
19      A.   Would you mind rephrasing the
20  question?
21      Q.   I'm asking whether in the
22  specific report that HCM runs comparing the
23  performance review rank to the manager
24  quartile if there is a mechanism in that
25  report that calls out or flags or highlights

Page 325

1   employees who have ranks and quartiles that
2   differ by a certain degree?
3           MS. SULLIVAN: Objection vague.
4       A.   The two data points the manager
5   quartile and 360 rank are both in the report
6   if not side by side in close proximity to
7   each other column wise. I can't recall any
8   flags or highlights like you indicated, but
9   both data sets are there again in close
10  proximity to each other so we can scan for
11  any differences.
12      Q.   Is there a threshold of
13  difference above which HCM will always ask a
14  manager to clarify the reason for the
15  difference?
16          MS. SULLIVAN: Objection vague.
17      A.   HCM will ask questions whenever
18  there is a meaningful difference between the
19  two.  In terms of how we define meaningful if
20  it's one step or two steps, I think that
21  partly depends on what the 360 rank actually
22  is and what the manager quartile actually is.
23  Clearly if the manager rank is one and the
24  review score is five or vice-versa, even if
25  it's not systematically flagged in the

Page 326

1   report, that will be a population we want to
2   understand.  If the scores are both twos or
3   threes, we may question those as well, but
4   the disparity is not as great as the other
5   example that I gave.
6       Q.   Within HCM is there a guideline
7   or criteria that you're aware of that tells
8   HCM employees hey, if you have this magnitude
9   of difference between the performance review
10  rank and manager quartile you need to follow
11  up or is it up to the HCM employee who's
12  reviewing the reports discretion?
13          MS. SULLIVAN: Objection vague
14      and compound.
15      A.   Let me answer that in two parts
16  so the first part is that HCM has ever since
17  we had the performance review rank and
18  manager quartiling as well we always compared
19  the two to see where there may be
20  discrepancies that we want to understand
21  more.  In recent years, we have formalized
22  kind of what we have always done and I would
23  say this is also in connection with our team
24  being client aligned and being responsible
25  for certain businesses that we are using a

Page 327

1 similar approach for all of the areas that we
2 cover to say -- and again, these are
3 guidelines, these are not formulaic or hard
4 and fast rules, to say if it's X steps
5 different, this is an area that you may want
6 to look into, but again, they are just
7 guidelines and doesn't mean that if it's not
8 flagged or not part of that, you should not
9 look into it.
10     Q.   What is X?
11     **A.   What is X.  It depends on what**
12 **the -- let me clarify what I said.  As I**
13 **think about this formalization a bit more, it**
14 **actually compares the manager quartile**
15 **recommendation not to the 360 degree rank,**
16 **but actually to an overall score so what I**
17 **was thinking was actually slightly different.**
18     Q.   To what overall score does it
19 compare the manager quartile?
20     **A.   It compares the manager**
21 **quartile to an overall manager score.**
22     Q.   What is the overall manager
23 score?
24     **A.   The overall manager score was**
25 **introduced in 2012 in IMD.**

Page 329

REDACTED FILED UNDER SEAL

Page 328

REDACTED FILED UNDER SEAL

Page 330

REDACTED FILED UNDER SEAL

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 9A - TRANSCRIPT OF THE DEPOSITION OF JESSICA KUNG
DATED AUGUST 1, 2013
(PAGES 331-394)**

**FILED UNDER SEAL**



Page 395

REDACTED FILED UNDER SEAL

25  Q.   I'll ask you for an answer

Page 396

REDACTED FILED UNDER SEAL

Page 397

1  at was in 2010 and my question is whether
2  after that --
3      **A.   2011 to present?**
4      Q.   -- if there's been any
5  meaningful changes in the 360 degree review
6  process?
7            MS. SULLIVAN: Objection vague.
8      A.   As I stated before, we became
9  attributed in 2012 and again all that means
10  is that it's attributed to managers so it
11  remains unattributed to employees.  The other
12  change I mentioned before was also in 2012 we
13  introduced the manager score.  Those are the
14  two main changes that come to mind.
15      Q.   Are managing directors in IMD
16  categorized as extended managing directors
17  and participating managing directors?
18      **A.   Yes, they are.**
19      Q.   Is there any other category of
20  managing director?
21      **A.   No, those are the two.**
22      Q.   Is a participating managing
23  director sometimes referred to as a partner?
24      **A.   Yes, they are the same.**
25      Q.   When a vice-president is

Page 398

1  promoted, is it to an extended managing
2  director or a participating managing
3  director?
4      **A.   To an extended managing**
5  **director which we refer to as EMD for short.**
6      Q.   Have you ever heard of a
7  vice-president being promoted to a
8  participating managing director?
9      **A.   No, I have not heard that**
10  **before.**
11      Q.   Is there a group or committee
12  responsible for promotions from VP to EMD
13  within the investment management division?
14            MS. SULLIVAN: Objection vague.
15      A.   There is a process around
16  determining promotions from VP to EMD and
17  there is a number of people involved in that.
18      Q.   Are you referring to the
19  cross-ruffing process?
20      **A.   Yes, I'm referring to the**
21  **cross-ruffing process.**
22      Q.   Can you describe how the
23  cross-ruffing process works in IMD?
24      **A.   There is a number of steps.**
25  **I'll start with the first one.  The first**

Case 1:10-cv-06950-AT-RWL   Document 265-13   Filed 07/25/14   Page 21 of 31

Deposition of Jessica Kung, 30(b)(6), Volume II                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 399

1  step of the process is we meaning IMD comes
2  up with the cross-ruffing team.  Those are
3  the individuals that are primarily
4  responsible for interviewing other MDs for
5  their views on the candidates.
6       Q.   Who in IMD is responsible for
7  coming up with the cross-ruffing team?
8       A.   So the process of coming up
9  with a cross-ruffing team is quite extensive.
10  Throughout the year as HCM and the business
11  engages in just regular normal day-to-day
12  dialogue with our senior leaders and business
13  unit managers there may be names that come up
14  as far as this person is a very strong
15  performer, we think he or she would be
16  interested in cross-ruffing and would be a
17  great candidate for cross-ruffing and so when
18  we first think about creating the
19  cross-ruffing team, HCM puts together a list
20  of individuals that from our perspective
21  would be good for the cross-ruffing team and
22  will incorporate any feedback that other HCM
23  has heard or IMD has provided as well so a
24  long list so to speak.
25       Q.   Who reviews the initial list of

Page 400

1  cross-ruffing HCM puts together?
2       A.   We'll review that with the
3  senior leadership division heads and COO.
4  We're also engaging simultaneously as we are
5  reviewing with senior leadership
6  conversations with the business unit heads as
7  well especially if we've received feedback
8  that so and so would be great to say is that
9  still the case and are there others you think
10  would be good as well.
11       Q.   Does HCM send their initial
12  list of cross-ruffers to each business unit's
13  head for their feedback?
14       A.   When the list is in the initial
15  stage, we review the entire list with the
16  division heads and the COO.  Because it's in
17  initial stages it cuts across businesses,
18  the dialogues we have with the business unit
19  heads are more specific to the individuals in
20  their business whether it would still be
21  recommended that they be on the team.
22       Q.   So am I understanding you
23  correctly that HCM sends the subset of the
24  initial list of cross-ruffers from the
25  business units business to the business unit

Page 401

1  leader?
2            MS. SULLIVAN: Objection vague.
3       A.   Let me clarify so we'll -- this
4  process is particularly sensitive so we'll
5  share the list and sometimes maybe we'll
6  e-mail the full list with our division heads
7  and COO. In terms of sharing the names on the
8  preliminary list with our business unit
9  heads, those are mostly conversations so
10  nothing kind of going back and forth by
11  e-mail.
12       Q.   How do you arrive at a final
13  list of cross-ruffers?
14       A.   The final list of
15  cross-ruffers, the other role HCM plays in
16  this process in terms of facilitating it is
17  we'll also provide the past few years of
18  cross-ruffing team so we can compare year
19  over year the sizes of the teams and also
20  what the composition is.  We are able to --
21  we want the cross-ruffing team to be
22  reflective of IMD as a global division and so
23  we'll provide information as it relates to
24  the businesses that these cross-ruffers sit
25  in, the regions they represent and we also

Page 402

REDACTED FILED UNDER SEAL

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 9A - TRANSCRIPT OF THE DEPOSITION OF JESSICA KUNG
DATED AUGUST 1, 2013
(PAGES 403-426)**

**FILED UNDER SEAL**

Page 427



REDACTED FILED UNDER SEAL

Page 428

REDACTED FILED UNDER SEAL

Page 429

strong financial results compared to peers, that would be one indication. If the individual had a good quartile compared to peers, that would be another indication.

Q.   Does a VP need to be a quartile one employee to be promoted?

A.   No.

Q.   Does a VP to be at least a quartile two to be promoted?

A.   Not necessarily.

Q.   Does a VP need to be at least a quartile three or above to be promoted?

A.   Based on my experience I would say that our strongest performers are promoted and typically they would be ranked Q1s and Q2s, but that's not to say it could not be a different quartile.

Q.   Do they need to have been highly ranked throughout their entire career?

A.   Not necessarily.

Q.   Are there any published minimum eligibility requirements for a VP to be considered eligible for promotion to MD?

MS. SULLIVAN: Objection, asked and answered, vague.

Page 430

A.   So in the Exhibit 153 which is the cross-ruffing workshop materials, there are actually categories and criteria for both external producing and internal producing roles.

Q.   Which page are you referring to?

A.   0113558.

Q.   Are you aware of any other published criteria for eligibility for promotion to MD other than this document and its comparators for each year?

MS. SULLIVAN: Objection vague.

A.   Promotion to MD isn't a check the box exercise so in addition to the criteria that's outlined in this and similar documents, in other years business priorities also come into play, but at a high level this document outlines the key considerations.

Q.   Is this a firm document?

MS. SULLIVAN: Objection vague.

A.   This document appears to be a firm document.

Q.   Was this document used in the IMD?

Page 431

1  A.   This document was used in IMD
2  as part of the cross-ruffing workshop which
3  is to train our cross-ruffers so to speak on
4  how to go through the process.
5       Q.   Has IMD used a firm
6  cross-ruffing workshop document each year
7  from 2002 to the present?
8            MS. SULLIVAN: Objection vague.
9       A.   My understanding is we
10 leveraged the firm wide document, the firm
11 wide cross-ruffing workshop document every
12 year because at a high level these bullets
13 address the main or key things that we look
14 for in candidates.
15      Q.   Are you aware of any IMD
16 specific cross-ruffing guidelines other than
17 the e-mail that you mentioned earlier that
18 was sent out launching the process in 2003 to
19 2005?
20           MS. SULLIVAN: Objection, I
21      think you are mischaracterizing the
22      testimony.
23      A.   Let me clarify one thing.  The
24 e-mail I mentioned earlier was a firm wide
25 e-mail.  In terms of any other IMD specific

Page 432

1  documents, I can't recall any at the time.
2  As I said before, we leverage the firm wide
3  document during the cross-ruffing workshops,
4  but IMD hosts its own cross-ruffing workshops
5  so there will be verbal speaking points and
6  overlays to this.
7       Q.   I want to clarify what you mean
8  by you can't recall any at the time.  Do you
9  mean from 2002 to the present?
10      A.   That's correct, in terms of
11 written documents.
12      Q.   Is there a minimum number of
13 years a person must have been a VP in IMD in
14 order to be eligible for promotion?
15      A.   Not that I'm aware of.
16      Q.   Who has the authority to
17 nominate candidates to the long list?
18           MS. SULLIVAN: Objection vague.
19      A.   All MDs in IMD have the ability
20 to nominate to the long list.
21      Q.   Has IMD ever allowed MDs to
22 make such nominations through a web
23 submission?
24      A.   We have.
25      Q.   In what years was that true?

Page 433

1       A.   My understanding is that was
2  true through about 2007.
3       Q.   From 2002 to 2007 is that true?
4       A.   Yes.
5       Q.   Is it accurate to say that
6  since 2007 through the present managing
7  directors have had to nominate candidates for
8  promotion to MD by talking to their business
9  unit leaders?
10      A.   That's not the only forum that
11 IMD MDs can nominate candidates to the long
12 list.
13      Q.   How else can they nominate
14 candidates to the long list since 2007?
15      A.   IMD hosts a town hall for the
16 global MD population where they can see the
17 long list of candidates and in that open
18 forum voice their opinions if there is
19 individuals that are not on currently on the
20 list that they feel should be added.
21      Q.   Do you mean an MD can literally
22 raise their hand and say out loud in that
23 forum I think a person should be added?
24      A.   Yes, that's correct.
25      Q.   Are you aware of instances of

Page 434

1  that happening?
2       A.   Yes, I am.
3       Q.   Has that town hall taken place
4  in all years from 2002 to the present?
5       A.   I'm not sure I could speak to
6  since 2002 to the present, but at a minimum
7  since the nomination website went away in
8  approximately the 2007 time period, we have
9  had that town hall.
10      Q.   Is there a minimum number of
11 years that a vice-president must have worked
12 in the industry in order to be eligible for
13 promotion?
14      A.   Not that I'm aware of.
15      Q.   After the division has come up
16 with it's culled down final list of
17 candidates for cross-ruffing, what's the next
18 step?
19      A.   The next step is cross-ruffers
20 begin the interview or cross-ruffing process.
21      Q.   Prior to the beginning of the
22 cross-ruffing process, does the division
23 submit its list of candidates to the firm?
24      A.   Yes, it does.
25      Q.   To which group or entity in the

Page 435

1  firm?
2      A.  HCM submits -- from an
3  administration perspective HCM submits the
4  list on behalf of the division to the talent
5  assessment group.
6      Q.  And does the division also
7  submit a list of cross-ruffers to the talent
8  assessment group?
9      A.  Yes.  I want to clarify one
10 point which is IMD HCM's involvement in the
11 MD promotion process has evolved over time so
12 in the early 2000s HCM played a smaller role
13 so we played a smaller role in the process.
14     Q.  Let's focus on the time period
15 from 2002 to 2007?
16     A.  Okay.
17     Q.  Can you describe the HCM role
18 in that time period?
19     A.  It was largely administrative
20 so somewhere how I described before.
21     Q.  Still true in that time period
22 the division submits its list of both
23 candidates for promotion and cross-ruffers to
24 the firm?
25     A.  HCM would submit it on the

Page 436

1  division's behalf.
2      Q.  Are you aware in that time
3  period of any changes to the list of
4  candidates for promotion as a result of the
5  firm's input?
6          MS. SULLIVAN: Objection vague.
7      A.  Not that I'm aware of.
8      Q.  Are you aware in that time
9  period of any changes to the cross-ruffing
10 team as a result of the firm's feedback?
11         MS. SULLIVAN: Objection vague.
12     A.  Just so I'm understanding it
13 correctly, changes to the name on the
14 cross-ruffing team?
15     Q.  Yes.
16     A.  Not that I'm aware of.
17     Q.  Does the talent assessment
18 group have to sign off on the list of
19 cross-ruffers and the list of candidates
20 before the cross-ruffing process can
21 commence?
22         MS. SULLIVAN: Objection vague.
23     A.  Would you mind rephrasing?
24     Q.  I believe you said that before
25 the cross-ruffing process begins, HCM submits

Page 437

1  a list of cross-ruffing team and candidates
2  for promotion to the firm, right so far?
3      A.  Correct.
4      Q.  And does the firm need to sign
5  off on those lists before the cross-ruffing
6  process can begin?
7          MS. SULLIVAN: Objection vague.
8      A.  My understanding is that the
9  firm sees the list, but I'm not aware of any
10 changes that come out of it.
11     Q.  What's the purpose of
12 submitting the list to the firm?
13         MS. SULLIVAN: Objection vague
14 as to the continued use of the firm.
15     Q.  What's the purpose of
16 submitting the list to the talent assessment
17 group?
18     A.  To clarify the list of
19 candidates or list of cross-ruffers.
20     Q.  What's the purpose of
21 submitting a list of candidates to the talent
22 assessment group?
23     A.  My understanding is the purpose
24 is that they are one posted on the list and
25 two can share that list, share that

Page 438

1  information with firm wide management.
2      Q.  Is it your understanding that
3  the talent assessment group needs to give an
4  okay or a green light to the division before
5  the cross-ruffing process can commence?
6          MS. SULLIVAN: Objection vague.
7      A.  It's not my understanding that
8  the talent assessment group needs to approve
9  the list before we can start cross-ruffing.
10     Q.  Is that consistent with your
11 understanding that HCM can send the list of
12 candidates and list of cross-ruffers to the
13 talent assessment group and then the
14 cross-ruffing process can begin the next day?
15     A.  There is a time frame in which
16 cross-ruffing can happen so usually it
17 doesn't start immediately after, but our
18 submission to the talent assessment group is
19 more of a posting and what the division heads
20 decided and I can't recall where there's been
21 a change to it, it's just a posting.
22     Q.  Can cross-ruffing begin without
23 the division having heard anything at all
24 back from the talent assessment group?
25         MS. SULLIVAN: Objection vague.

Deposition of Jessica Kung, 30(b)(6), Volume II                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 439

1    A.   As I said before, there is
2  usually time between when we submit the list
3  to the talent assessment group and when
4  cross-ruffing begins.  Part of the reason we
5  need to submit the information to the talent
6  assessment group is so they can prepare all
7  of the background information that's needed
8  for cross-ruffing.
9    Q.   Once the cross-ruffing process
10 begins, walk me through the next steps?
11   A.   Once the cross-ruffing process
12 begins, the cross-ruffers schedule interviews
13 to collect feedback on the candidates in
14 their assigned areas.
15   Q.   Who decides which MD the
16 cross-ruffer will interview for a particular
17 candidate?
18   A.   The cross-ruffers can't
19 interview candidates clearly in their own
20 business and so HCM may make an initial
21 suggestion on what those businesses coverages
22 are for the cross-ruffers and will review it
23 with division heads and COO keeping in mind
24 the size of those groups as well.
25   Q.   Cross-ruffers don't actually

Page 440

1  interview the candidates as well?
2    A.   I don't mean candidates.  What
3  I mean is a cross-ruffer will be assigned to
4  interview candidates in a business area
5  outside of their own.  Cross-ruffers are
6  assigned to a business area outside of their
7  own and they will interview everyone who can
8  share substantive feedback on the candidates
9  in that business area.
10   Q.   Are cross-ruffers given a list
11 of which MDs to interview for a particular
12 candidate?
13   A.   My understanding is we share
14 with cross-ruffers the MDs globally in that
15 business unit.  They also have the
16 candidate's feedback books which will have a
17 list of the reviewers so to the extent that
18 they interact -- to the extent that the
19 candidates interact with MDs outside of their
20 business or even in another division, that
21 feedback will be taken into account when
22 those interviews will be conducted.
23   Q.   So am I understanding you
24 correctly it's up to the cross-ruffer to
25 determine which MDs he or she needs to

Page 441

1  interview for a particular candidate?
2    A.   The cross-ruffers need to speak
3  to the MDs in the business that he or she is
4  assigned to.
5    Q.   Does the cross-ruffer need to
6  speak with all MDs in the business he or she
7  is assigned to?
8    A.   By virtue of doing interviews
9  for all of the candidates the cross-ruffer
10 does speak to practically speaking all of the
11 MDs in that group.
12   Q.   Let me back up for a second.
13 Are cross-ruffers assigned to particular
14 candidates?
15   A.   They are assigned to particular
16 businesses.
17   Q.   So is the cross-ruffer expected
18 to interview MDs in that business about all
19 of the candidates in that business?
20   A.   That's the expectation.
21   Q.   Does the cross-ruffer conduct a
22 single interview with each MD pertaining to
23 all candidates in the business?
24   A.   It's a fluid process so the
25 cross-ruffer would reach out to an MD on one

Page 442

1  candidate or on multiple candidates.  It's
2  really up to the cross-ruffer how he or she
3  wants to structure the interview.
4    Q.   Is there an interview check
5  list for each interview?
6    A.   There is a form that
7  cross-ruffers need to complete ultimately
8  that outlines the type of information that
9  should be solicited.
10   Q.   Are you referring to the page
11 marked 113560?
12   A.   Yes.
13   Q.   Is there a form that
14 cross-ruffers use during the interview with
15 items that they are supposed to cover during
16 the interview?
17   A.   In the earlier pages in this
18 document there are framework and interview
19 format questions.
20   Q.   Are you aware of any guidelines
21 for managers on what to ask during a
22 cross-ruffing interview apart from this
23 document and of course similar documents over
24 the years?
25     MS. SULLIVAN: I want to note

Case 1:10-cv-06950-AT-RWL    Document 265-13    Filed 07/25/14    Page 27 of 31

Deposition of Jessica Kung, 30(b)(6), Volume II                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 443

1    for the record this document we are
2    referring to is Exhibit 153 and it's
3    the 2002 document.
4        A.    This is a firm wide document so
5    the questions are relevant, but also broad.
6    Cross-ruffers are, like I said, this is fluid
7    so cross-ruffers are encouraged to explore as
8    they learn information during the interview
9    and, you know, drill down on areas where they
10   want to understand more.  This is -- these
11   questions are more a framework and starting
12   point.
13       Q.    Are you aware of any other
14   written questions for cross-ruffers or
15   written guidelines?
16           MS. SULLIVAN: Objection vague.
17       A.    I would say cross-ruffers have
18   a lot of resources available to them outside
19   of this specific written document so this
20   written document was used during a
21   cross-ruffing workshop where an MD who is
22   well seasoned in the process will add as I
23   stated before verbal speaking points to the
24   core framework questions listed here.  The
25   cross-ruffers are also have each other as a

Page 445

REDACTED FILED UNDER SEAL

Page 444

REDACTED FILED UNDER SEAL

Page 446

REDACTED FILED UNDER SEAL

Page 447

1  A.  The feedback books are the main
2  background materials that are prepared.  In
3  some years I believe short bios were also
4  available.
5  Q.   For which years?
6  A.   In the early 200s bios were
7  available.  They may still be available now,
8  I just can't recall the specific years.
9  Q.   Where did the bios come from?
10  A.   Many employees have standard
11  bios that they use.  I'm trying to recall if
12  they are called GS bio so it would just be
13  the standard bio.
14  Q.   Is it a bio that the employee
15  writes him or herself?
16  A.   It may be -- it's just a
17  factual information about when they joined
18  and their title and what business so if the
19  employee drafted it him or herself it doesn't
20  get posted right away.  It would need to go
21  through whatever team organizes this
22  information to make sure everything on there
23  is accurate.
24  Q.   What team is responsible for
25  organizing information on employee bios?

Page 448

1  A.   I'm not sure.
2  Q.   Other than employee bios and
3  the 360 degree feedback books, are there any
4  other materials that cross-ruffers have for
5  each candidate?
6  MS. SULLIVAN: Objection vague.
7  A.   Not that I'm aware of.
8  Q.   So after the cross-ruffing
9  interviews take place, what's the next step
10  in the process?
11  A.   So after the cross-ruffing
12  interviews take place, the cross-ruffing team
13  meets again as a group to discuss the
14  results.
15  Q.   What happens next?
16  A.   They then, you know, engage in
17  a dialogue with each other and begin to
18  triage the list.
19  Q.   What happens next?
20  A.   The cross-ruffing team will
21  discuss their triage list with the
22  co-captains to the extent they are not
23  already in those conversations and then that
24  gets shared with the division heads.
25  Q.   Does the cross-ruffing team

Page 449

1  present the division heads with a ranked list
2  of candidates?
3  A.   They do.
4  Q.   What's the next step?
5  A.   The cross-ruffing team also
6  provides one pagers which are similar to the
7  form we looked at earlier.
8  Q.   You are referring to page
9  113560?
10  A.   Yes.
11  Q.   The cross-ruffing team provides
12  the one pagers to the division heads; is that
13  right?
14  A.   The division heads see the one
15  pagers and they are also ultimately provided
16  to the talent assessment group.
17  Q.   So am I understanding you
18  correctly that the cross-ruffing team's
19  ranked list of candidates and one page
20  summaries is provided to the talent
21  assessment group?
22  A.   Yes.
23  Q.   Do the division heads
24  separately rank the candidates?
25  A.   They do and I want to clarify

Page 450

1  something because I missed a step which is
2  that once the cross-ruffing team meets again
3  to discuss their results and triage their
4  list, IMD hosts another town hall for all the
5  MDs where they once again present the total
6  slate of candidates in the triaged format and
7  it's a forum for people to comment.
8  Q.   Is it presented in the forum in
9  the ranked format?
10  A.   In a triaged format, not in a
11  ranked format.
12  Q.   Are you aware of any changes
13  being made to the final list of candidates
14  based on the town hall meeting?
15  A.   There may be.  Personally I
16  haven't been as close to the process so I
17  can't point to a specific example, but the
18  town hall is an opportunity for all the MDs
19  and IMDs to look at the list again.
20  Q.   Do you know who would know?
21  A.   I'm not sure who would know
22  across the years.  I would have to think
23  about the names.  I would add that the
24  cross-ruffing team has done extensive work
25  through the interview process and while the

Page 451

1  town hall is a forum to MDs for MDs to share
2  their comments, those same MDs were involved
3  in the interviews so for the most part there
4  is a lot of agreement in terms of the
5  triaging and the MD's views.
6       Q.   What's the difference between a
7  triage list and ranked list?
8       A.   A ranked list would be one
9  through 100 if there were 100 candidates.  A
10 triage list would be bucketing.
11      Q.   Can you tell me how the
12 bucketing works?
13      A.   So the bucketing could be for
14 example three categories of definitely
15 promoting this year, there is no definite
16 that's most likely promoting this year,
17 borderline or consider for next cycle.
18      Q.   Has IMD used three buckets and
19 the triage list throughout the time period?
20      A.   As far as I can recall, yes.
21      Q.   So the division heads submit a
22 separate ranked list of candidates to the
23 talent assessment group, right?
24      A.   That's right.
25      Q.   What's the next step?

Page 452

1       A.   The division heads do see --
2  just to be clear, they do see the
3  cross-ruffing teams rank as well before they
4  submit their list to the talent assessment
5  group.
6       Q.   What happens to the final list
7  of VPs being promoted to MD?
8       A.   So the division heads and
9  cross-ruffing team come together again to
10 discuss the triaged list and usually there is
11 a discussion about numbers as well in terms
12 of how many are we going to make and they
13 come to agreement on what the ranking is.
14      Q.   Did you say on how many we are
15 going to make?
16      A.   Let me clarify.  The division
17 heads and cross-ruffing team come together
18 again to discuss the triaged list.
19      Q.   Who decides how many people
20 will be promoted to MD in the division each
21 year?
22      A.   Each division has a view on how
23 many MDs should be promoted and they state
24 their business cases to the firm.  The MD
25 title is clearly a special title and so the

Page 453

1  firm with its firm wide broader perspective
2  will look at the relative priorities of each
3  division and also based on historical class
4  sizes and percentage of the population and
5  determine what an appropriate number may be
6  for that year.
7       Q.   Isn't it true that the firm
8  wide management committee needs to approve
9  the final list of candidates for promotion to
10 MD?
11           MS. SULLIVAN:  Objection,
12      mischaracterizing her testimony.
13      A.   Once the list is finalized,
14 it's shared with TAG who shares it with the
15 firm or the management committee and they get
16 to see who's been prioritized for IMD for the
17 year.  I would say it's more of a posting.
18 They may have questions about the list
19 whether that's on an individual basis or more
20 just representation, you know, across
21 business lines, but clearly when promoting a
22 new class of MDs, it's something that they
23 should be posted on and aware of.
24      Q.   Could you please turn to page
25 18, the final page of Exhibit 153?

Page 454

1       A.   Okay.
2       Q.   If you look at the third box
3  down the bullet point reads MC, I assume that
4  stand for management committee; is that
5  right?
6       A.   That's correct.
7       Q.   Management committee finalizes
8  MD/PCP class of 2002 in consultation with
9  division heads/regional heads.  Is that
10 accurate?
11      A.   This is consistent with what I
12 said before where the division submits its
13 final triage list of candidates to the
14 management committee and then they engage in
15 a discussion with the division heads to agree
16 upon a final class.
17      Q.   Are you ever aware of any
18 instances of the list of employees being
19 promoted to MD is changed based on the
20 management committee's review of the list?
21      A.   Not that I can recall.
22      Q.   To your knowledge in every year
23 from 2002 to the present the management
24 committee has approved the list as submitted
25 by the division heads?

Page 455

1     A.   To my knowledge that has been
2   the case every year.
3         THE WITNESS:  Can we take a
4   quick five minute bathroom break?
5         MS. SHAVER:  Absolutely.
6         (Recess taken.)
7     Q.   Do cross-ruffers have a
8   candidate's manager quartile available to
9   them in the cross-ruffing process?
10    A.   I don't believe they have the
11  manager quartile.  They have the information
12  in the review feedback book.
13    Q.   If you wanted to be 100 percent
14  sure about that, how would you go about
15  checking?
16    A.   In the website that the
17  feedback reports and bios that I mentioned
18  are posted on, I'm not sure if those websites
19  exist, but we could possibly check if
20  quartiles were shared in one way or another
21  with cross-ruffers.
22    Q.   What is that website called?
23    A.   It's the -- I think it's the
24  cross-ruffing website which has the
25  resources.

Page 457

REDACTED FILED UNDER SEAL

Page 456

REDACTED FILED UNDER SEAL

Page 458

REDACTED FILED UNDER SEAL

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 9A - TRANSCRIPT OF THE DEPOSITION OF JESSICA KUNG
DATED AUGUST 1, 2013
(PAGES 459-467)**

**FILED UNDER SEAL**