# EXHIBIT 10

[Page 1]

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

No. 10-cv-06950(AT)(JCF)


------------------------------------

H. CRISTINA CHEN-OSTER;                  :

LISA PARISI and SHANNA ORLICH,           :    Deposition of:

                    Plaintiffs,          :    DAVID LANDMAN

        -against-                        :

GOLDMAN, SACHS & CO. and                 :

THE GOLDMAN SACHS GROUP, INC.,           :

                    Defendants.          :

------------------------------------



              TRANSCRIPT of testimony as taken by

and before MONIQUE VOUTHOURIS, a Certified Court

Reporter, RPR, CRR and Notary Public of the States

of New Jersey and New York, at the offices of

OUTTEN & GOLDEN, LLP, 3 Park Avenue, New York,

New York, on Thursday, September 5, 2013,

commencing at 9:45 a.m.



```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR PLAINTIFFS:
 3   OUTTEN & GOLDEN, LLP
         3 Park Avenue
 4       New York, New York  10016
         212.245.1000
 5   BY:  ADAM T. KLEIN, ESQ.
         atk@outtengolden.com
 6
         CARA E. GREENE, ESQ.
 7       ceg@outtengolden.com
 8
 9   COUNSEL FOR DEFENDANTS:
10   PAUL HASTINGS, LLP
         875 15th Street, N.W.
11       Washington, DC  20005
         202.551.1717
12   BY:  BARBARA BERISH BROWN, ESQ.
         barbarabrown@paulhastings.com
13
         CARSON H. SULLIVAN, ESQ.
14       carsonsullivan@paulhastings.com
15
16   ALSO PRESENT:
17       REGINA S. PALUMBO, ESQ.
         Goldman Sachs
18
19
20
21
22
23
24
25
                                    [Page 2]
```

REDACTED FILED UNDER SEAL

[Page 4]

REDACTED FILED UNDER SEAL

[Page 3]

REDACTED FILED UNDER SEAL

[Page 5]

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 10 - TRANSCRIPT OF THE DEPOSITION OF DAVID LANDMAN
DATED SEPTEMBER 5, 2013
(PAGES 6-141)**

**FILED UNDER SEAL**



[Page 142]

[Page 143]

```
 1  of solicited and unsolicited reviews."  Do you see
 2  that?
 3      A.   I do.
 4      Q.   It says:  "If there are fewer three
 5  solicited reviews, consider seeking out additional
 6  feedback informally."  What does that mean?
 7      A.   That if there are fewer than three
 8  solicited reviews, that the manager should consider
 9  seeking out additional feedback.
10      Q.   Why should the feedback be in the form
11  of an informal versus formal feedback?
12      A.   My interpretation of this statement is
13  in -- this would be a very unusual circumstance where
14  the number of solicitor reviews actually submitted,
15  and, once again, we have 98 or 99 percent of reviews
16  submitted, is less than three, that there may be not
17  enough of a scope of 360 degree feedback and the
18  manager could potentially supplement.
19      Q.   Do you know whether the informal
20  supplementation would be recorded through the FRS
21  system?
22      A.   Well, I can't speak to -- I have never
23  been aware of an instance like this.  But if a manager
24  did have informal discussions to gather feedback, one
25  would expect them to incorporate that feedback into
```

[Page 144]

```
 1  their summary and delivery of the performance review,
 2  or the 360 review, the -- their determination of their
 3  manager quartile and so on.
 4      Q.   In the next sentence it says be careful
 5  not to use a limited number of data points to
 6  determine one's year end performance.  Do you see that
 7  reference?
 8      A.   I do.
 9      Q.   What is the point of that?
10      A.   Well, this appears to be an expansion
11  of the previous comment of fewer than three solicited
12  reviewers.  But the general theme is the point of the
13  360 review is to gather feedback from others, and this
14  is additional information that if a manager thinks
15  there is not enough feedback, they could collect
16  additional feedback informally.
17      Q.   On the following page, it's 119431,
18  it's two pages later, there is nine criteria listed.
19  Do you see that?
20      A.   Yes.
21      Q.   And this is for the summer 2007 review
22  process.  Again, are these the nine criteria generally
23  used for the FRS system for the review of employees?
24          MS. BROWN:  Objection; asked and
25  answered.
```

[Page 145]

| | |
|---|---|
| 1 | A.   For this particular year, and that is |
| 2 | in reference to in Section C the adjusted nine item |
| 3 | average comparison, in that particular year that |
| 4 | average of nine items included those particular |
| 5 | criteria. |
| 6 | Q.   So is it the case that the criteria for |
| 7 | FRS review may change from year to year? |
| 8 | MS. BROWN:  Object to the form; |
| 9 | misstates the testimony. |
| 10 | Q.   Do you know whether that's true? |
| 11 | A.   It is the case that we frequently |
| 12 | review our 360 reviews, most recently in our 2010 |
| 13 | validation study, and do make adjustments to the |
| 14 | categories, although the themes generally remain |
| 15 | consistent in the way that those categories are |
| 16 | broadly defined for the businesses to interpret and |
| 17 | apply in their own context. |
| 18 | Q.   Specific to this document to the summer |
| 19 | of 2007, are there any performance criteria that are |
| 20 | not included here that relate to employee performance? |
| 21 | MS. BROWN:  When you say "here," you're |
| 22 | referring to -- |
| 23 | Q.   The nine criteria. |
| 24 | A.   So if you look at page 119433, there |
| 25 | are 10 items listed there.  In this particular example |

[Page 146]

| | |
|---|---|
| 1 | there is -- there is one additional item that is not |
| 2 | included in those -- that nine-item average. |
| 3 | Q.   I see.  Let me try it a different way. |
| 4 | The 10 that are listed on 119433, is |
| 5 | there any other major aspect of performance that is |
| 6 | not reflected in these review criteria? |
| 7 | MS. BROWN:  Again, I'm going to object |
| 8 | to the form; it's a fact not in evidence. |
| 9 | A.   These are the criteria, in this |
| 10 | particular example of these 10 items, these are the |
| 11 | criteria that we ask others to provide feedback on, |
| 12 | which is one perspective of a much more expansive view |
| 13 | of somebody's performance. |
| 14 | MS. PALUMBO:  Adam, I know we're on a |
| 15 | document, but we need to take a break.  Is now okay? |
| 16 | MR. KLEIN:  Yes, that's fine. |
| 17 | (Recess 2:24 p.m.- 2:48 p.m.). |
| 18 | MS. GREENE:  So I'm just going to read |
| 19 | into the record what the email from Anne Shaver on |
| 20 | June 20th, copying Kelly and Barbara and me, and it |
| 21 | says a number of things, but it says:  "I want to make |
| 22 | clear that the 30(b)(6) deposition on performance |
| 23 | evaluation will include both the 360 process and |
| 24 | manager quartiling.  Our amended deposition notice so |
| 25 | stated, as did my June 18, 2013 email to you and |

[Page 147]

REDACTED FILED UNDER SEAL

[Page 148]

REDACTED FILED UNDER SEAL

[Page 149]



[38]  (Pages 146 to 149)

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 10 - TRANSCRIPT OF THE DEPOSITION OF DAVID LANDMAN
DATED SEPTEMBER 5, 2013
(PAGES 150-236)**

**FILED UNDER SEAL**