# EXHIBIT 10A

```
                    ** CONFIDENTIAL **
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF NEW YORK
                  NO. 10-CV-069050(JMF)(JCF)
 - - - - - - - - - - - - - - - - - - -x
 H. CHRISTINA CHEN-OSTER; LISA PARISI
 and SHANNA ORLICH,


                         Plaintiffs,


             -against-


 GOLDMAN, SACHS & CO. and
 THE GOLDMAN SACHS GROUP, INC.,
                         Defendants.
 - - - - - - - - - - - - - - - - - - -x




                  DEPOSITION OF DAVID LANDMAN


                     New York, New York
                  Thursday, October 10, 2013







 Reported by:
 JEFFREY BENZ, CRR, RMR
 JOB NO. 112175
```

**CONFIDENTIAL**

### Page 2

October 10, 2013
9:53 a.m.

Deposition of DAVID LANDMAN, pursuant to 30(b)(6) Notice, held at the offices of Outten & Golden LLP, 3 Park Avenue, New York, New York, before Jeffrey Benz, a Certified Realtime Reporter, Registered Merit Reporter and Notary Public of the State of New York.

### Page 3

A P P E A R A N C E S:

OUTTEN & GOLDEN LLP
Attorneys for Plaintiffs
   3 Park Avenue
   New York, New York  10016
BY: ADAM T. KLEIN, ESQ.
   atk@outtengolden.com
   212.245.1000
      -and-
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street
   San Francisco, California  94111-3339
BY: ANNE SHAVER, ESQ.
   ashaver@lchb.com
   415.956.1000
      -and-
   250 Hudson Street
   New York, New York  10013
BY: RACHEL GEMAN, ESQ.
   rgeman@lchb.com
   212.355.9500

### Page 4

A P P E A R A N C E S: (Ctd.)

PAUL HASTINGS LLP
Attorneys for Defendants
   75 East 55th Street
   New York, New York  10002
BY: BARBARA BERISH BROWN, ESQ.
   barbarabrown@paulhastings.com
      -and-
   CARSON H. SULLIVAN, ESQ.
   carsonsullivan@paulhastings.com
   202.551.1717

ALSO PRESENT:
   REGINA S. PALUMBO, ESQ., Goldman Sachs

### Page 5

REDACTED FILED UNDER SEAL

[2] (Pages 2 to 5)

```
 1       REDACTED FILED UNDER SEAL
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                    [Page 6]
```

```
 1       Landman - Confidential
 2       A.  Yes.
 3       Q.  Can you generally describe what that
 4  means?
 5           MS. BROWN:  Object.  Overbroad.
 6           You can answer.
 7       A.  Generally speaking, a manager
 8  performance quartile is an assessment that
 9  managers complete on their employees.
10       Q.  And when did Goldman Sachs start to
11  use a quartiling management system?
12       A.  To the extent of my knowledge, Goldman
13  Sachs has been conducting manager performance
14  quartiling since the beginning of this lawsuit,
15  2003.
16       Q.  Are you aware of why Goldman Sachs
17  implemented a quartiling process for manager
18  performance assessments?
19       A.  I'm not familiar with the history of
20  when it actually was implemented.
21       Q.  Do you know who would know that?
22       A.  I don't.
23       Q.  Do you know whether in 2002 Goldman
24  Sachs used some kind of quartiling process to
25  assess employee performance?
                                    [Page 8]
```

```
 1       REDACTED FILED UNDER SEAL
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                    [Page 7]
```

```
 1       Landman - Confidential
 2       A.  I don't know if manager performance
 3  quartiling was done in 2002.
 4       Q.  Is there someone that would know the
 5  answer to that question?
 6       A.  I imagine there is someone that would
 7  know the answer to that question.  I don't know
 8  who it would be.
 9       Q.  Would it be your predecessor at
10  Goldman Sachs?
11       A.  I don't know.
12       Q.  Are you familiar with the term "forced
13  distribution"?
14       A.  As it relates to manager quartiling, I
15  am.
16       Q.  Is forced distribution synonymous
17  with, or a synonym for, quartiling?
18       A.  In the context of quartiling, forced
19  distribution, which I think is a bit of a
20  misnomer, refers to the guidance that is
21  provided to managers, for example, to have
22  10 percent -- approximately 10 percent of their
23  employees in the bottom -- in quartile 5.
24       Q.  So in your view, does Goldman Sachs
25  presently use a forced distribution model for
                                    [Page 9]
```

```
 1           Landman - Confidential
 2     its quartiling process?
 3         A.  I don't believe we use the terminology
 4     "forced distribution."  We do -- managers are
 5     asked to place employees in different quartile
 6     categories relative to their peers and are given
 7     guidance as to the percent of employees that
 8     should go into each one of those buckets.
 9         Q.  Why does Goldman Sachs do that?
10         A.  The purpose of the performance
11     quartile is to provide an assessment of an
12     employee's performance, potential, and
13     contribution.
14         Q.  But why specifically instruct managers
15     to essentially distribute across the spectrum
16     from the first quartile to the fifth quartile?
17         A.  One of the purposes of the quartiling
18     process is to assess relative performance, and
19     to do so we encourage managers to provide
20     quartiles across a continuum on the
21     distribution.
22         Q.  Do you know who came up with that idea
23     at Goldman Sachs?
24         A.  This concept is not unique to -- or
25     this practice is not unique to Goldman Sachs.
                                              [Page 10]
```

```
 1           Landman - Confidential
 2     So when you say that Goldman Sachs came up with
 3     it, I don't know who implemented it at Goldman
 4     Sachs.
 5         Q.  Do you know whether there was a study
 6     done that relates to the use of a forced
 7     distribution process for manager performance
 8     reviews?
 9             MS. BROWN:  I'm going to object to the
10         extent that you mischaracterized the
11         testimony and that --
12             MR. KLEIN:  I'll withdraw and restate.
13         Q.  Do you know whether Goldman Sachs
14     commissioned a study relating to the use of the
15     quartiling process?
16         A.  Goldman Sachs has commissioned two
17     validation studies on the criteria and
18     methodologies for how we assess performance.
19     Manager performance quartiling falls under the
20     umbrella of how we assess performance.
21         Q.  So in your view, the validation
22     studies from APT Metrics and PDI include this
23     forced distribution construct, in addition to
24     the other aspects of the performance management
25     system?
                                              [Page 11]
```



REDACTED FILED UNDER SEAL [Page 12]

REDACTED FILED UNDER SEAL [Page 13]

**[4] (Pages 10 to 13)**

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 10A - TRANSCRIPT OF THE DEPOSITION OF DAVID LANDMAN
DATED OCTOBER 10, 2013
(PAGES 14-21)**

**FILED UNDER SEAL**

**CONFIDENTIAL**

| | |
|---|---|
| REDACTED FILED UNDER SEAL<br>[Page 22] | REDACTED FILED UNDER SEAL<br>[Page 24] |
| REDACTED FILED UNDER SEAL<br>[Page 23] | Landman - Confidential<br>population of individuals that receives a quartile.<br>   Q. What do you mean by that?<br>   A. So I think one example is -- my recollection is that in recent years we have asked managers to quartile -- sorry, I'm just trying to think of a good example. I'm going to strike that and give a different example.<br>     The focus -- so one tweak could be the focus that we have on the exact -- or an exact adherence to the recommended distributions, which could vary year to year, without those broad categories changing.<br>   Q. Are you familiar generally with the inputs into the quartiling process?<br>     MS. BROWN: Objection to form.<br>   A. Could you be more specific?<br>   Q. So there are -- as I understand it, managers are given a list of -- we can talk about specifically with the documents, but managers are generally given a list of review criteria or criteria generally used for the quartiling process, right?<br>   A. Managers are given guidance as to the<br>[Page 25] |

**[7] (Pages 22 to 25)**

**[Page 26]**

1       Landman - Confidential
2  considerations that they should make in terms of
3  criteria into making their quartile
4  determinations.
5      Q.  Do you know whether those criterias
6  have changed since the time you started at
7  Goldman to the present?
8      A.  They, once again, have evolved in
9  small ways, and we'd have to lay them side by
10 side to look to the differences, but the
11 concepts have remained similar.
12     Q.  Do you know why there was an evolution
13 of the criteria used to -- used as far as the
14 quartiling process?
15        MS. BROWN:  Object.  That misstates
16    the testimony.
17     Q.  You can answer.
18     A.  I'll give an example of one of the
19 ways the criteria may have evolved.  After the
20 2010 validation study, where we made some
21 changes to how we categorize the review
22 criteria, we would have lined up the verbiage in
23 the revised criteria to the verbiage in the
24 manager performance quartiling guidance.
25     Q.  Can you generally describe the

**[Page 27]**

1       Landman - Confidential
2  relationship between, I'll describe it as the
3  360 review process and quartiling?
4      A.  The feedback received via the 360
5  review process is an input for managers to
6  consider as they make their quartile
7  determinations.
8      Q.  You're familiar with the 360 review
9  process whereby managers review their
10 subordinate employees; is that right?
11        MS. BROWN:  Object.  Misstates the
12    testimony.
13     Q.  I'll withdraw and restate.
14        In the 360 review process has a --
15 part of that process, rather, is the manager
16 reviews the subordinate employee, right?
17     A.  Managers do provide feedback to their
18 employees as part of the 360 review process.
19     Q.  Would that manager feedback of a
20 subordinate employee match the quartiling review
21 criteria?
22        MS. BROWN:  Object to the form.
23    Vague.  Also, 360 was covered in the last
24    deposition.
25     Q.  To the extent this bears on manager

**[Page 28]**

1       Landman - Confidential
2  quartile, you can answer.
3      A.  The performance review does not
4  necessarily take into account potential and is
5  more looking back, so there is additional
6  factors that are involved in performance
7  quartiling.  And the 360 feedback and the
8  manager's assessment is, once again, one of many
9  inputs into the manager performance quartile.
10     Q.  In your view, is there some overlay
11 between the review criteria in the 360 versus
12 the criteria used for the quartiling process?
13        MS. BROWN:  Asked and answered.
14     A.  Yes, there is.  The manager
15 performance quartile guidance is partially based
16 on the performance review criteria that were
17 previously validated.
18     Q.  You just mentioned the term
19 "potential."  Do you recall that generally?
20     A.  I do.
21     Q.  What does that mean?
22     A.  That means different things in
23 different businesses, but generally speaking,
24 potential means potential for the individual to
25 take on increasing responsibility or provide a

**[Page 29]**

REDACTED FILED UNDER SEAL

**DECLARATION OF THEODORE O. ROGERS, JR.**
**IN OPPOSITION TO PLAINTIFFS' MOTION FOR**
**CLASS CERTIFICATION**

**EXHIBIT 10A - TRANSCRIPT OF THE DEPOSITION OF DAVID LANDMAN**
**DATED OCTOBER 10, 2013**
**(PAGES 30-93)**

**FILED UNDER SEAL**

**[Page 94]** REDACTED FILED UNDER SEAL

---

**[Page 95]**

```
 1            Landman - Confidential
 2      score is -- is reviewed by the company?
 3          MS. BROWN:  I object to the form.
 4      Misstates the testimony.
 5          A.  So, right, I do not speak to a
 6      specific score that's provided, but managers,
 7      once again, should take into consideration the
 8      360 feedback, and of course their summary of
 9      that feedback, as they make their quartile
10      determinations.
11          Q.  Is that interaction or process
12      assessed by Goldman Sachs in any way?
13          MS. BROWN:  I object to the form.
14      Vague.
15          A.  Is what process?
16          Q.  So this review of the 360 score in
17      relation to the quartiling process, is there any
18      assessment of whether or not the manager is
19      fairly evaluating the employee in relation to
20      their 360 score?
21          MS. BROWN:  Object to the form.
22      Vague.  And it's been asked and answered
23      numerous times.
24          A.  Once again, we ask managers to look at
25      the 360 degree feedback and their assessment,
```

---

**[Page 96]**

```
 1            Landman - Confidential
 2      and HCM can advise them to help them make those
 3      considerations at the divisional HCM level.
 4          Q.  Does TAG evaluate the degree to which
 5      the 360 review score agrees or disagrees with
 6      the quartiling rank?
 7          MS. BROWN:  Again, if there's any
 8      privilege request that's made of you in
 9      that connection, you're not to answer about
10      that, but otherwise you can.
11          A.  And beyond that, no, we do not.
12          Q.  So there's no similar document, like
13      the 2011 performance quartile distributions,
14      that would assess agreement between the 360
15      review score and quartile?
16          MS. BROWN:  Object to the form.
17      Mischaracterizes the evidence.
18          A.  Beyond anything that is privileged,
19      TAG has not produced, as far as I'm aware, any
20      document comparing the manager -- or 360 scores
21      to the manager performance quartile.
22          Q.  Next bullet point is, "Assess
23      potential for future contribution to the firm by
24      considering factors such as skill set,
25      managerial capacity, and breadth of ability."
```

---

**[Page 97]**

```
 1            Landman - Confidential
 2          Do you see that reference?
 3          A.  I do.
 4          Q.  And is that -- are those terms the
 5      product of a validation study, or how are they
 6      determined?
 7          MS. BROWN:  This has been asked and
 8      answered.
 9          A.  These terms, broadly speaking, are
10      aligned to, as you described it, the KSAs that
11      we previously validated as important to our
12      employees in running our business.
13          Q.  Okay.  Next bullet point, "Historical
14      performance and work experience in the
15      individual's current role should also inform
16      your decision and help you to determine whether
17      this year is part of a long-term pattern of
18      strength or weakness."
19          You see that reference?
20          A.  I do.
21          Q.  What does that mean?
22          A.  It means that a manager should
23      consider historical performance and work
24      experience in the individual's current role as
25      one of the inputs to inform their decision to
```

**[25] (Pages 94 to 97)**

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 10A - TRANSCRIPT OF THE DEPOSITION OF DAVID LANDMAN
DATED OCTOBER 10, 2013
(PAGES 98-149)**

**FILED UNDER SEAL**

**[Page 150]** REDACTED FILED UNDER SEAL

**[Page 151]**

    Landman - Confidential
          Do you see that?
       A. I do see that.
       Q. What does that refer to?
          MS. BROWN: Again, if -- you're not to
    discuss any privileged project or advice.
          If you know about business decisions
    that are made after that advice has been
    given, you can testify to those.
       A. So this statement should be brought
    into business -- business -- business required
    or business made quartile changes will require
    replacements, which means the business wants to
    change somebody from a Q 4 to a Q 5, they should
    change somebody else from a Q 5 to a Q 4.
       Q. Is there a log of changes that --
    where somebody is removed from Q 5 or some other
    place within the quartile process?
          MS. BROWN: This has been asked and
    answered several times.
       A. And once again, that information is
    contained in CRS.
       Q. Next bullet point is, "A small
    population of LOAs will be excluded from the
    quartile distribution this year. Further

**[Page 152]**

    Landman - Confidential
    details on this population including the process
    for the divisional LOA review is attached."
       Q. Do you know what the reference is to?
       A. LOA in this instance is referring to
    somebody who has been on a leave of absence.
       Q. And are there rules relating to when
    an employee on that leave of absence would be
    excluded from quartile -- from the quartiling
    process?
       A. The rules regarding the populations to
    be included and excluded from receiving a
    quartile and included or excluded from being
    part of the so-called quartile distribution are
    contained in the various guidelines we've been
    going through, and would have been attached to
    this e-mail.
       Q. Go back to the second bullet point,
    the ER\ELG quartile change reference, does that
    signify that ER\ELG can, in fact, require
    quartile changes?
          MS. BROWN: You're not to describe the
    process.
          If you know the answer to whether
    those groups require changes, you can

**[Page 153]**

    Landman - Confidential
    answer.
       A. My understanding is that these groups
    provide advice to managers, ultimately which
    managers decide -- make their own decisions
    based on that advice.
       Q. You would agree, however, that the
    phrasing here is inconsistent with your answer?
       A. That's -- I do agree that the phrasing
    is inconsistent, I think this is a -- an
    overstatement.
       Q. Next box is, "This year a comparative
    analysis of the manager quartile assignments
    with both the risk management and reputational
    judgment and compliance review scores will be
    conducted."
          What does that mean?
          MS. PALUMBO: Adam, can you go off the
    record for a minute here?
          MR. KLEIN: Can we have an answer to
    this question?
          MS. PALUMBO: There's an issue about
    privilege. That's why I don't think there
    can be an answer.
          MR. KLEIN: Okay.

```
 1        Landman - Confidential
 2        (A recess was taken.)
 3        MR. KLEIN:  Is there an objection?
 4        MS. BROWN:  Yes, so there is an
 5   objection and instruction not to answer
 6   because the analysis of quartile
 7   assignments with risk management and
 8   reputational judgment and compliance review
 9   scores were conducted at the request and at
10   the direction of legal counsel for Goldman
11   Sachs, not necessarily just the employment
12   law counsel but counsel more generally for
13   the firm.  So he's not to answer about
14   them.
15      Q.  Well, can you generally describe what
16   the subject is, without revealing attorney
17   communications or work product?
18        MS. BROWN:  What do you mean by "the
19   subject"?
20        MR. KLEIN:  I would like to know what
21   risk management and reputational judgment
22   means.
23        MS. BROWN:  Okay.
24      A.  So this is reference to the risk
25   management and reputational judgment category
```
[Page 154]

REDACTED FILED UNDER SEAL
[Page 156]

REDACTED FILED UNDER SEAL
[Page 155]

REDACTED FILED UNDER SEAL
[Page 157]

**[40]  (Pages 154 to 157)**

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 10A - TRANSCRIPT OF THE DEPOSITION OF DAVID LANDMAN
DATED OCTOBER 10, 2013
(PAGES 158-191)**

**FILED UNDER SEAL**