# EXHIBIT 10D

# Manager Performance Quartiling – Process Overview

August 21, 2009

### What is our philosophy on manager performance quartiling?

- **Each year**, the firm undertakes a manager performance quartiling process to identify top, middle and bottom performers
  - Individuals must be assigned one of the following performance quartiles within their respective peer group:
    - **Q1** (Top 25%), **Q2/Q3 or blank** (middle 26 – 75%), **Q4** (Bottom 11-25%), **Q5** (Bottom 10%)
- However, the compensation and termination decisions that are made after performance quartile submission *may vary* each year based on the business environment

### Who will be quartiled?

- The eligible population includes all exempt and non-exempt employees EMD and below[1] (active as of October 1, 2009), with the following exclusions:
  - New hires after May 1, 2009
  - Employees who did not participate in the 2009 summer review process
  - Advisory Directors
- The following employees will receive quartiles but will not be included in the forced distribution targets listed above or in the 5% process described on the next page
  - Program Analysts[2]
  - Administrative Non-Exempts (Assistants)[2]
  - Fixed Term Employees
  - Employees on a Flexible Work Arrangement (FWA) less than .5

### What is the linkage to compensation?

- Our compensation philosophy and principles explicitly articulate the link between compensation and the performance of the firm, division and individual
- As such, the firm expects appropriate compensation differentiation by performance when compensation decisions are made at year-end

Notes:

[1] Performance quartiles for employees on a paid leave with 12 weeks or more occurring or scheduled to occur between February 1, 2009 and November 1, 2009 will be considered preliminary pending review by Divisional HCM/Employee Relations/Employment Law Group

[2] These employees should be quartiled against their respective peers and meet the quartile distribution targets set forth above

CONFIDENTIAL

GS0109402


PLAINTIFF'S EXHIBIT 273
10/10/13
PENGAD 800-631-6989

# Manager Performance Quartiling – Process Overview

August 21, 2009

## What is the linkage to terminations?

- The firm expects that 5% of the quartile population will depart on a voluntary/involuntary basis by April 30, 2010 with the requirement that the terminations are drawn from the Q5 and Q4 rated employees
- Credit will be given for terminations of Q5 and Q4 rated employees (voluntary or involuntary) that occur after the deadline for quartile submission (November 5, 2009)
- The firm expects that divisions will be permitted to replace the terminated employees (or deploy the headcount elsewhere in the division), subject to the headcount approval process

## What are the key milestones?

| Date | Milestone |
|---|---|
| September 11 | Review Book Delivery |
| October 1 | Performance Quartiling Population Frozen |
| November 5 | Performance Quartiling Submission Deadline |
| November 9 – 13 | ER/ELG Quartile Review |
| w/o November 16 | Compensation guidance provided to divisions for 1st round |
| December 8 | Round 1 Compensation Due |
| December 10 – 16 | ER/ELG Compensation Review |
| December 18 | Round 2 Compensation Due |

[Calendars for October 2009, November 2009, December 2009, and January 2010]

CONFIDENTIAL

GS0109403