# EXHIBIT 11

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE SOUTHERN DISTRICT OF NEW YORK
   ----------------------------------------X
3  H. CRISTINA CHEN-OSTER; LISA PARISI;

4  and SHANNA ORLICH,

5                          Plaintiffs,

6      - against -

7  GOLDMAN, SACHS & CO. and THE GOLDMAN

8  SACHS GROUP, INC.,

9                          Defendants.

10 CASE NO.: 10-cv-06950 (LBS)(JCF)
   ----------------------------------------X
11

12     * * * C O N F I D E N T I A L * * *

13

14                    250 Hudson Street

15                    New York, New York

16                    June 12, 2013

17                    9:37 a.m.

18

19                    VIDEOTAPED DEPOSITION of BRUCE

20 LARSON, taken by the Plaintiffs, pursuant to

21 Notice, before Karen Perlman, RPR, CRR, a

22 Shorthand Reporter and Notary Public within and

23 for the State of New York.

24

25

Deposition of Bruce Larson                                              CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 2

1  A P P E A R A N C E S :
2
3  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
4  Attorneys for Plaintiffs
5      275 Battery Street, 29th Floor
6      San Francisco, California  94111-3339
7  BY:   ANNE B. SHAVER, ESQ.
8
9  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
10 Attorneys for the Plaintiffs
11     250 Hudson Street
12     New York, New York  10013
13 BY:   RACHEL GEMAN, ESQ.
14
15 OUTTEN & GOLDEN, LLP
16 Attorneys for Plaintiffs
17     3 Park Avenue
18     New York, New York  10016
19 BY:   CYRUS E. DUGGER, ESQ.
20
21 SULLIVAN & CROMWELL, LLP
22 Attorneys for Defendants
23     125 Broad Street
24     New York, New York  10004
25 BY:   SUHANA S. HAN, ESQ.

Page 4

REDACTED FILED UNDER SEAL

Page 3

1  A P P E A R A N C E S (Continued):
2
3  PAUL HASTINGS, LLP
4  Attorneys for Defendants
5      875 15th Street, N.W.
6      Washington, DC 20005
7  BY:   CARSON H. SULLIVAN, ESQ.
8
9  GOLDMAN SACHS
10     200 West Street
11     New York, New York  10282
12 BY:   REGINA S. PALUMBO
13
14 ALSO PRESENT:
15     NATHANIEL ARMSTRONG, Videographer
16
17
18
19
20
21
22
23
24
25

Page 5

REDACTED FILED UNDER SEAL

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 11 - TRANSCRIPT OF THE DEPOSITION OF BRUCE LARSON
(PAGES 6-57)**

**FILED UNDER SEAL**

Deposition of Bruce Larson                                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 58



REDACTED FILED UNDER SEAL

Page 59

1  distribute written guidelines or materials to
2  compensation managers on how to determine
3  individual compensation?
4      MS. HAN:  Objection, form.
5      A.   Guidelines are typically distributed
6  to compensation managers from the IBD HCM team
7  with input and conversation with members of the
8  IBD comp committee.
9      Q.   Is the IBD HCM team responsible for
10 distributing those policies?
11     MS. HAN:  Objection.
12     Q.   Those guidelines, excuse me.
13     A.   Guidelines, yeah.
14     MS. SHAVER:  I would like to mark
15 the next exhibit, please.
16     (Plaintiff's Exhibit 130, document
17 entitled, "2006 Detailed Compensation
18 Communication Guide For HCM" bearing Bates
19 numbers GS 0113858 - GS 0113882, marked for
20 identification.)
21     Q.   Mr. Larson, do you recognize this
22 document?
23     A.   I'm familiar with it, yeah.
24     Q.   Can you tell me what it is?
25     A.   It is the 2006 Detailed Compensation

Page 60

1  Communication Guide for HCM.
2      Q.   Could you please take a look at page
3  2. You'll see in boldface type it reads, "The
4  Compensation Recommendation Process."  Do you see
5  that?
6      A.   Mm-hmm.
7      Q.   And there are -- it's -- it reads,
8  "Our process is disciplined and extensive," and
9  there are three bullet points beneath that.
10         Do you see that?
11     A.   Mm-hmm.
12     Q.   Can you please read those three
13 bullet points to yourself.
14     A.   Okay.
15     Q.   Is this an accurate characterization
16 of the compensation recommendation process for
17 IBD?
18         MS. HAN:  Objection, form.
19     A.   It is accurate at a very high level.
20     Q.   Sure.
21         Take a look at the first bullet
22 point.  Who at the divisional level receives the
23 initial aggregate compensation budget?
24     A.   The heads of the division.  The
25 heads of the business.

Page 61

1      Q.   Take a look at bullet two, please.
2  Could you please describe for me the investment
3  banking's internal process for managers to make
4  individual employee total compensation
5  recommendations?
6      MS. HAN:  Objection, form.
7      Q.   I realize there is a lot in there.
8  So maybe you can give me, you know, an overview
9  of how it works.
10     A.   It starts with the heads of the
11 business giving guidance, which is either in the
12 form of a percentage or a dollar budget to the
13 various business unit leaders within the
14 investment banking division.
15     Q.   And what's the next step?
16     A.   Those business unit leaders and the
17 compensation managers beneath them work to
18 develop compensation recommendations for the
19 people for whom they're responsible.
20     Q.   And what's the next step?
21     A.   After extensive discussions with a
22 number of people within the various business
23 units to generate those recommendations, they're
24 submitted to the IBD HCM team.
25     Q.   Okay.  What's the next step?

Deposition of Bruce Larson                                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 62

1    A.   The HCM team reviews those to ensure
2  that they have complied with the guidelines and
3  guidance that the managers were given to develop
4  those compensation recommendations.
5    Q.   And what's the next step?
6    A.   In the event that they haven't
7  completely complied, there is back and forth to
8  correct whatever recommendations were out of
9  compliance in preparation for a meeting of the
10 IBD Compensation Committee.
11   Q.   Okay.  What's the next step?
12   A.   There will be a fairly lengthy
13 meeting, sometimes two days long, where the
14 individual business unit leaders and compensation
15 managers have the opportunity to come and discuss
16 and present their recommendations to the
17 compensation committee.
18   Q.   Okay.  And what's the next step?
19   A.   In those meetings, the comp managers
20 have to support the recommendations that they've
21 made.  There is questioning that takes place to
22 ensure consistency across regions and business,
23 where appropriate.
24   Q.   And what's the next step?
25   A.   And as part of that meeting,

Page 63

1  individual compensation recommendations for the
2  seniormost people in the division are discussed
3  and -- and reviewed.
4    Q.   I'm sorry.  Are those the people who
5  wouldn't have recommendations from the business
6  unit leaders or compensation managers?
7    A.   No.
8         MS. HAN:  Objection, vague.
9    A.   They would be the senior most people
10 on the list of names that the compensation
11 managers have provided compensation
12 recommendations for.
13   Q.   Thank you.
14        And what's the next step?
15   A.   Those compensation recommendations
16 are aggregated at the divisional level and
17 submitted to the firm -- the firm-wide
18 compensation team for their review.
19   Q.   And what's the next step?
20   A.   The firm-wide comp team reviews the
21 aggregated recommendations to ensure that they
22 are in compliance with the guidelines that the
23 businesses were given.
24   Q.   You were, at one point, a member of
25 the firm-wide compensation team, right?

Page 64

1    A.   Yes.
2    Q.   When you were a member of that
3  committee, do you ever recall reviewing
4  individual compensation recommendations from a
5  divisional level?
6         MS. HAN:  Objection, this is outside
7    the scope of his designation.
8         If you recall, you may answer in your
9    personal capacity.
10   A.   The review was primarily at a high
11 level.  There were some individual compensation
12 recommendations reviewed for some of the senior
13 most people.
14   Q.   And what's the next step after the
15 firm-wide compensation committee reviews the
16 numbers that the divisional compensation
17 committee has sent them?
18   A.   That team would review that analysis
19 with the head of HCM, and oftentimes the CFO.
20 And additional guidance may be -- may or may not
21 be given back to the businesses based on that
22 review.
23   Q.   And if additional guidance is given
24 back, what is the next step?
25   A.   It really depends on the nature of

Page 65

1  that guidance.
2    Q.   What kinds of feedback are you aware
3  that The IBD Compensation Committee has received
4  from the firm-wide compensation committee?
5         MS. HAN:  Objection, vague.
6    A.   As an example, the guidance might be
7  the business environment is deteriorating from
8  the time we started the compensation process, so
9  your overall budget you were working with is
10 being reduced, revise your recommendations to be
11 in compliance with that, as an example.
12   Q.   Okay.  Let's stick with that example
13 for a minute.  In that case, what would be the
14 next step at the division level?
15        Would -- for example, would the
16 division reduce all individuals' recommendations
17 on a percentage basis, or would you go through
18 the whole process of recommending individual
19 compensation again?
20        MS. HAN:  Objection, form.
21   A.   The type of guidance that the
22 business would give to the managers would depend
23 on the size and nature or magnitude of the
24 change.  In some cases, it would be a
25 programmatic change, in other cases it would be

Page 66

1  very -- more specific guidance with regards to
2  a -- a certain level of employee or a certain
3  region or certain business.
4      Q.   So after the -- let's assume that
5  the division needs to rework it's numbers and
6  does so, then what would be the next step?
7          MS. HAN:  Objection, it's been asked
8      and answered.
9      A.   Similar to the first round of
10  guidance, we would have another -- sometimes a
11  meeting of the comp committee to review those
12  numbers again, sometimes not, depending on the --
13  the nature of the changes that were being
14  required.  And those would be resubmitted to the
15  firm.
16      Q.   And once the firm-wide committee
17  approves the numbers, what's the next step?
18          MS. HAN:  Objection, misstates prior
19      testimony.
20      A.   Once the firm-wide compensation
21  committee reviews those numbers, and we're at the
22  end of the process, then the divisions begin to
23  prepare for communicating that compensation,
24  which happens sometime later.
25      Q.   This process of -- that you've just

Page 67

1  described for me, is this referred to as rounds?
2      A.   Yes, it can be.
3      Q.   Is it fair to say that the number of
4  rounds that IBD has each year varies?
5      A.   Yes.
6      Q.   Is there always at least one round?
7      A.   Yes.
8      Q.   Is there always two rounds?
9      A.   No.
10      Q.   Do all compensation managers in IBD
11  have to come in to the compensation committee
12  meeting and support their recommendations?
13          MS. HAN:  Objection, form.
14      A.   Typically all of them do come in and
15  discuss their recommendations.
16      Q.   And has that -- has that been true
17  from 2002 to the present?
18      A.   I believe so.
19      Q.   How are the members of the
20  compensation committee's salaries set?
21          MS. HAN:  Objection, this is outside
22      the scope of Mr. Larson's designation.  And
23      its vague.
24      A.   The salaries at the firm are
25  typically set by level.  And all of the members

Page 68

1  of the compensation committee are either managing
2  directors or partners and, therefore, have a
3  consistent salary based on that title.
4          MS. SHAVER:  Please mark this as the
5      next exhibit.
6          (Plaintiff's Exhibit 131, document
7      bearing Bates numbers GS 0116930 - GS
8      0116933, marked for identification.)
9      Q.   Are you familiar with this document?
10      A.   Yes.
11      Q.   Can you tell me what it is?
12      A.   I believe this is a memo to the
13  compensation managers within IBD with regards to
14  the guidelines for the comp process for 2009.
15      Q.   Is it typical that in each year the
16  IBD compensation team sends a memo to the
17  compensation managers to launch the compensation
18  process?
19      A.   Yes.
20      Q.   And the IBD compensation team, I
21  believe you testified earlier, the -- HCM
22  team focused on the compensation process; is that
23  right?
24      A.   That's correct.
25      Q.   And how are IBD compensation

Page 69

1  managers defined?
2          MS. HAN:  Objection, vague.
3      A.   They are the people within the
4  division who have responsibility to submit
5  compensation recommendations for the populations
6  beneath them.
7      Q.   And is it accurate that each year
8  this e-mail or memo will attach a link to the
9  compensation recommendations system where those
10  managers will find their populations listed?
11          MS. HAN:  Objection, form.
12      A.   I don't know if that link was
13  provided every year.  But there is direction on
14  how to submit your recommendations.
15      Q.   If you will look here, in the e-mail
16  that was sent on Monday, October 26, 2009, in the
17  first paragraph, the third sentence, it reads,
18  "Attached is the link to CRS, where you will find
19  your population along with relevant review scores
20  and historical compensation information."
21          Do you see that?
22      A.   Mm-hmm.
23      Q.   What are the relevant review scores
24  that are listed in CRS?
25          MS. HAN:  Objection, form.

Page 70

1    A.   I believe the review scores that are
2 listed in CRS are the employee performance review
3 scores for that year.
4    Q.   Is that the 360 degree review
5 scores?
6    **A.   Yes.**
7    Q.   The next sentence reads, "The 2009
8 manager performance quartiles will be displayed
9 in the system later this week after the results
10 have been analyzed."
11        Do you see that?
12    **A.   Yes.**
13    Q.   Do you know what it -- means when it
14 says, "after the results have been analyzed"?
15    **A.   Yes.**
16    Q.   What does that mean?
17    **A.   The managers submit their quartile**
18 **recommendations to HCM, who looks at that to**
19 **ensure that there has been a mathematical --**
20 **mathematical compliance with the parameters**
21 **around the quartiling process.**
22    Q.   With the forced distribution and so
23 forth?
24        MS. HAN:  Objection, misstates
25 testimony.

Page 71

1    A.   With the guidelines given as to how
2 they're supposed to populate the quartiling
3 information.
4    Q.   Are the manager performance
5 quartiles always available prior to the deadline
6 for managers to submit their first round
7 compensation?
8    **A.   I believe so.**
9    Q.   Can you take a look at the
10 attachment to this e-mail, which is the 2009 IBD
11 junior banker guidelines.
12    **A.   Mm-hmm.**
13    Q.   I believe you testified earlier that
14 these guidelines are created by the junior banker
15 subcommittee of the IBD Compensation Committee.
16 Is that right?
17    **A.   These guidelines are reviewed with**
18 **and received input from, among other places, the**
19 **junior banker committee -- subcommittee.**
20    Q.   What -- who else reviews these
21 guidelines?
22    **A.   The HCM comp team, the CFO of the**
23 **division, typically the COO of the division, and**
24 **the division heads of the business.**
25    Q.   Is it fair to say that the junior

Page 72

REDACTED FILED UNDER SEAL

Page 73

REDACTED FILED UNDER SEAL

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 11 - TRANSCRIPT OF THE DEPOSITION OF BRUCE LARSON
(PAGES 74-77)**

**FILED UNDER SEAL**

Case 1:10-cv-06950-AT-RWL   Document 265-19   Filed 07/25/14   Page 10 of 37

Deposition of Bruce Larson                                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 78



REDACTED FILED UNDER SEAL

Page 80

1 the firm-wide comp committee?
2     A.   So I want to clarify something that
3 I said there.  The firm-wide comp committee was
4 in place when I was head of HR.  It -- there has
5 not been a firm-wide comp committee in place for
6 at least about the last decade.  So the numbers
7 that get reviewed at the firm-wide level are
8 reviewed by the CFO and the numbers that he is
9 reviewing are the budgets that the businesses
10 were given, so I wanted to clarify that.
11     Q.   Could that decision, that the
12 division needs greater differentiation, also be
13 made by the firm-wide comp team?
14        MS. HAN:  Objection, form.
15     A.   Generally, it wouldn't come from the
16 firm-wide comp team.  The firm-wide comp team's
17 review of the numbers is meant more to ensure
18 that the submission was in compliance with the
19 budget that was given to the business.
20     Q.   And does the budget come from the
21 firm-wide comp team rather than the firm-wide
22 comp committee within the past decade?
23     A.   No, it comes from the CFO.
24     Q.   It comes from the CFO.  Thanks.
25        Okay.  Any other reasons that

Page 79

1        11:44 a.m. on June 12, 2013, we're now back
2 on the record.  You may proceed.
3     Q.   Other than less money being
4 available for compensation in IBD, what are other
5 reasons that compensation recommendations might
6 change after round one?
7        MS. HAN:  Objection, form.
8     A.   There might be more money available.
9     Q.   Okay.  Any other reasons?
10     A.   The division might be given guidance
11 that it needs to have greater differentiation at
12 a particular level in the organization or --
13     Q.   What do you mean by that?
14     A.   A greater distribution of increases
15 or decreases with regards to a certain level of
16 employee.
17     Q.   And where would that guidance come
18 from?
19        MS. HAN:  Objection, vague, and
20 misstates prior testimony.
21     A.   That might be a decision made by
22 divisional management.  It might be direction
23 given from the CFO who reviews whether or not the
24 division is hitting its target that it was given.
25     Q.   Could it also be a direction from

Page 81

1 compensation recommendations might change from
2 round one, other than less money, more money, or
3 greater differentiation?
4        MS. HAN:  Objection, form.
5     A.   There are a number of different
6 inputs into arriving at the judgment as to what
7 is the right aggregate comp level for the
8 business.  So there might be some new
9 benchmarking information that we receive with
10 regards to our junior bankers that might cause us
11 to think about a particular element of those
12 guidelines, as an example.
13     Q.   Is it IBD's practice to allow for at
14 least two meetings of the IBD Compensation
15 Committee to review compensation in the event
16 that there may have been some changes, such as
17 the ones we've just discussed, since round one?
18        MS. HAN:  Objection, form.
19     A.   If the nature of the changes are
20 broad and warrant the committee getting together
21 to review them again, they typically would.  But
22 not necessarily in the case of a smaller, more
23 targeted adjustment.
24     Q.   In your experience, has there ever
25 been a year where the compensation committee and

Page 82

1  IBD only met once to review compensation
2  proposals?
3           MS. HAN:  Objection.
4           This is outside the scope of your
5      designation.  If you recall personally,
6      then you may answer.
7      A.    Yes, I can recall when it only met
8  once.
9      Q.    And do you recall what year or years
10 that was?
11     **A.    I met once last year, and may have**
12 **met once another year, but I don't recall exactly**
13 **when.**
14     Q.    Are you familiar with the investment
15 banking division performance assessment and
16 variable compensation framework effective January
17 1st, 2011?
18     **A.    Could you read that again?**
19     Q.    Are you familiar with the investment
20 banking division performance assessment and
21 variable compensation framework effective January
22 1st, 2011?
23          MS. HAN:  Counsel, if there is a
24     document that you would like to show the
25     witness, he has to look at it.

Page 83

1      A.    I'm generally familiar with that
2  term, but I -- it can mean a lot of different
3  things, so...
4      Q.    Okay.  Why don't we come back to
5  that.  I want to focus right now on the time
6  period from 2002 to 2010.
7           MS. SHAVER:  Please mark this as the
8      next exhibit.
9           (Plaintiff's Exhibit 132, document
10     entitled, "(1) Guidelines For the Manager
11     Performance Rank, bearing Bates numbers GS
12     0122587 - GS 122598, marked for
13     identification.)
14     Q.    Please take a minute to flip through
15 the document.
16          Are you familiar with this document?
17     A.    Generally familiar, yes.
18     Q.    Can you tell me what it is?
19     **A.    It looks like guidelines for**
20 **managers to determine the manager quartile for**
21 **employees.**
22     Q.    And if you will turn to the fourth
23 page.  It reads, "New procedures for 2006,"
24 correct?
25     **A.    Mm-hmm.**

Page 84

1           MS. HAN:  I just want to ask, for
2      the record, is this one document or -- it
3      looks like it may be more than one document
4      stapled together.
5           MS. SHAVER:  This is the order in
6      which it was produced to counsel.  It looks
7      as if it was produced out of order.  But to
8      avoid confusion on the record, I produced
9      consecutive Bates numbers.
10     Q.    It looks to me as if the page that I
11 just pointed you to should be the first page.  It
12 reads, "Manager guidelines."
13          Was this document distributed to
14 managers in IBD?
15     **A.    I believe it would have been.**
16     Q.    Okay.  And do you know who created
17 this document?
18     **A.    I don't recall specifically who did.**
19     Q.    Okay.  To the best of your
20 knowledge, would it have come from firm-wide
21 comp?
22     **A.    Most likely.**
23     Q.    Would you take a look at the second
24 page, the page behind that, it's Bates stamped GS
25 0122589, at the very bottom.

Page 85

1      **A.    Yes.**
2      Q.    Do you see the first bullet point at
3  the top of the page reads, "The compensation
4  proposal for each individual should reflect" --
5  and then there are four bullet points.  And the
6  fourth bullet point has subpoints.
7           Do you see that?
8      **A.    Hm-hmm, yes.**
9      Q.    Could you take a minute to read
10 those to yourself, please.
11     **A.    All of the bullets?**
12     Q.    Mm-hmm?
13     **A.    Mm-hmm.  Okay.**
14     Q.    Is this an accurate summation of the
15 factors that should go into each individual's
16 compensation proposal for IBD?
17          MS. HAN:  Objection, form.
18     A.    I believe it's accurate at a high
19 level.
20     Q.    How do -- and again, this document
21 is from 2006.  So focused again on the 2002 to
22 2010 time frame, how do managers determine P&L
23 impact in the current year in IBD?
24          MS. HAN:  Objection, form.
25     A.    They first look at the overall

Page 86

1  profitability of a business unit or product group
2  or region at -- at a high level.  They then try
3  to determine what role a particular individual
4  might have had in contributing to that.
5      Q.   And what training were managers
6  given in that time period on how to evaluate what
7  role an individual had in the business unit or
8  product groups profitability?
9          MS. HAN:  Objection, form.
10     A.   Managers would be provided with
11 information to help them understand the
12 contributions that individuals have made in the
13 course of their business for that year.
14     Q.   Who would provide them with that
15 information?
16     **A.   That information would, in the**
17 **investment banking division, typically come**
18 **through the CFO's team.**
19     Q.   And that's true from the period 2002
20 to 2010?
21     **A.   I believe it would be.**
22     Q.   And what information would the CFO's
23 team provide managers to help them understand the
24 contributions that individuals made each year?
25         MS. HAN:  Objection, form.

Page 87

REDACTED FILED UNDER SEAL

Page 88

REDACTED FILED UNDER SEAL

Page 89

REDACTED FILED UNDER SEAL

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 11 - TRANSCRIPT OF THE DEPOSITION OF BRUCE LARSON
(PAGES 90-109)**

**FILED UNDER SEAL**

Deposition of Bruce Larson                                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.



Page 110

REDACTED FILED UNDER SEAL

Page 111

REDACTED FILED UNDER SEAL

Page 112

MS. HAN:  Oh.
A.   You're reading just that bottom of that first paragraph?
Q.   Yes.
**A.   Mm-hmm.**
Q.   Sorry.  Was that a yes?
**A.   Yes.**
Q.   Thank you.
You'll see on the opposite page there is a schedule of appendixes.  I'm going to hand you a series of documents and ask you whether they reflect the appendixes listed here?
**A.   Okay.**
MS. SHAVER:  Please mark this as the next exhibit.
(Plaintiff's Exhibit 135, document bearing Bates numbers GS 0122900 - GS 0122903, marked for identification.)
Q.   Is this document, Appendix C, the IBD Covered Employee Chart?
A.   Yes.
MS. SHAVER:  Please mark this as the next exhibit.
(Plaintiff's Exhibit 136, document bearing Bates numbers GS 0122907 - GS

Page 113

0122912, marked for identification.)
Q.   Is this document, Appendix B, the IBD Inherit Risks Document?
A.   It looks like it, yeah.
MS. SHAVER:  Please mark this one.
(Plaintiff's Exhibit 137, document bearing Bates numbers GS 0122958 - GS 0122961, marked for identification.)
Q.   Is this document, Appendix A, the Divisional Compensation Committee Process Checklist?
A.   Yes.
Q.   Does the investment banking division have a separate specific DCC checklist?
**A.   I don't believe so.**
**(Plaintiff's Exhibit 138, document bearing Bates numbers GS 0122904 - GS 0122906, marked for identification.)**
**Q.   Is this document, Appendix D, the IBD Divisional Metrics Chart?**
**A.   Yes.**
Q.   Okay.  Thanks.  Sorry for the tedious exercise.  Now we have the whole document in front of us.
Who created the investment banking

Page 114

1  division performance assessment invariable
2  compensation framework?
3      **A.   It was created with input from the**
4  **IBD HCM team, the business leaders within**
5  **investment banking, the CFO, the COO, and input**
6  **from the firm-wide compensation team, I believe.**
7      Q.   Who owns the document?
8          MS. HAN:  Objection, vague.
9      A.   What do you mean by "owns"?
10     Q.   Who has responsibility for updating
11  it and maintaining it?
12     **A.   I believe the IBD H -- HCM team.**
13     Q.   If you will turn to Exhibit 138, the
14  Divisional Metrics Chart.
15     **A.   Mm-hmm.**
16     Q.   Who created this list?
17     **A.   The IBD HCM team with input from the**
18  **CFO of the investment banking division, the chief**
19  **of staff of the investment banking division,**
20  **certain senior members of the financing group**
21  **within the investment banking division, and input**
22  **from the firm-wide comp team.**
23     Q.   Could you turn, please, to page 17
24  of the framework.
25     **A.   Okay.**

Page 115

1      Q.   Under part A -- do you see that?
2      **A.   Mm-hmm.**
3      Q.   In the first paragraph, there is a
4  reference to relevant performance metrics.  Do
5  you see that?
6      **A.   Mm-hmm.**
7      Q.   Are those --
8      **A.   Yes.**
9      Q.   -- performance metrics the ones set
10  forth in the Exhibit 138?
11     **A.   I believe they are.**
12     Q.   Take a look at page 3 of the
13  framework, please.  It refers to two divisional
14  compensation committees; one for PMDs and one for
15  non-PMDs.
16          How long have there been two
17  compensation committees in the investment banking
18  division?
19          MS. HAN:  To the extent that we're
20      talking about the PMDs, this is outside the
21      scope of Mr. Larson's designation.
22          You may answer, if you know
23      personally.
24     A.   I believe the formal creation of a
25  PMD compensation committee happened in 2010 or

Page 116

REDACTED FILED UNDER SEAL

Page 117

REDACTED FILED UNDER SEAL

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 11 - TRANSCRIPT OF THE DEPOSITION OF BRUCE LARSON
(PAGES 118-137)**

**FILED UNDER SEAL**

Deposition of Bruce Larson                                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.



Page 138

REDACTED FILED UNDER SEAL

Page 140

REDACTED FILED UNDER SEAL

Page 139

REDACTED FILED UNDER SEAL

Page 141

earlier.

So is it accurate, just so I'm totally clear on this, that the folks who are covered employees, for purposes of this document, as you testified earlier, are those to whom -- are those who have revenue assigned to them?

**A.   Yes.**

Q.   Who populates the next metric significant client relationship improvements to clients?

**A.   I believe that comes from the individual employee themselves.  There may be input on that from the manager, but I'm not sure.**

Q.   Okay.  For the next metric, total harvest, how is that value determined for an individual employee where an investment is owned by a team?

**A.   Similar to the way revenues are attributed, they would be shared among the members of the team.**

Q.   Shared equally?

**A.   Equally.**

Q.   And how about total investments, the next metric?

Page 142

1      MS. HAN:  Objection, form.
2      Also, I just want to make clear for
3  purposes of the record that anything other
4  than associates and vice presidents, we
5  object to that testimony and to that line
6  of questions.
7      A.   The attributable revenue here would
8  be handled in the same way as in total harvest.
9      Q.   Okay.  So tell me if I understand
10  this process correctly.
11      So these metrics, along with other
12  information, go into an employee's summary.  And
13  that's available online, I presume?
14      A.   Yes.
15      Q.   Okay.  So a manager -- when a
16  manager is ready to make a compensation proposal,
17  the manager has that employee summary in front of
18  him or her?
19      A.   Yes.
20      Q.   It comes populated, in other words?
21      A.   Yes.
22      Q.   Are managers in IBD given any
23  guidelines in how to weight these various
24  metrics?
25      MS. HAN:  Objection, form.

Page 143

1      A.   They are given guidance to include
2  and consider all of these metrics.  But not
3  specific guidance that one metric should be
4  weighted more than another metric.
5      MS. SHAVER:  Please mark the next
6  exhibit.
7      Counsel, the exhibit that I'm handing
8  to the witness has an e-mail from your
9  office to us yesterday, the cover letter
10  that is attached to these documents.  And
11  I'm sorry, I don't have any extra copies of
12  that e-mail.  You probably have it in your
13  BlackBerrys.
14      (Plaintiff's Exhibit 140, multipage
15  document, marked for identification.)
16      Q.   I asked you earlier whether you're
17  aware of any studies that had been done to
18  validate the metrics used in the 2002 to 2010
19  time period.
20      Are you aware of any studies that
21  have been done to validate these metrics from the
22  2011 framework?
23      MS. HAN:  Objection, vague.
24      A.   Could you explain again what you
25  mean by "validate"?

Page 144

1      Q.   Yes.
2      Just -- just to study whether
3  they're relevant to the job performance.
4      A.   I'm not aware of a specific study.
5  But based on the experience senior managers in
6  investment banking have, these are all relevant
7  factors that have some role in determining how
8  well somebody is performing in their job.
9      Q.   Can you take a look at Exhibit 140,
10  please.  And I've included the --
11      THE WITNESS:  That is just the cover
12  memo.
13      Q.   -- the e-mail cover memo, solely to
14  put on the record that your counsel has
15  represented that these are part of Exhibit 139,
16  the binder that we looked at previously.
17      A.   Mm-hmm.
18      Q.   Okay.  This -- the first page is
19  labeled "2011 IBD year-end compensation process,
20  comp median by gender/class."
21      When did IBD start reporting out
22  information on compensation by gender?
23      A.   I don't recall the exact year.
24      Q.   What is your best recollection of
25  the earliest year this was done?

Page 145

REDACTED FILED UNDER SEAL

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 11 - TRANSCRIPT OF THE DEPOSITION OF BRUCE LARSON
(PAGES 146-157)**

**FILED UNDER SEAL**

Deposition of Bruce Larson                                      CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.



Page 158 — REDACTED FILED UNDER SEAL

Page 160 — REDACTED FILED UNDER SEAL

Page 159 — REDACTED FILED UNDER SEAL

Page 161

things that gets discussed in the compensation
meetings.

Q. Looking at Exhibit 141, the IBD
compensation guidelines.

A. Yes.

Q. If you look at the page that is
marked I-6 on the bottom. I believe it is the
second to last page.

A. Okay.

Q. The second full paragraphs reads,
"Non-routine differences between 360 degree
review results and the proposed manager and
performance quartile rank are noted and followed
up on as necessary."

Do you see that?

A. Yes.

Q. Do you know how non-routine
difference is defined?

A. I don't believe there is a specific
definition. But to the extent they differed by
more than a quartile, it would usually raise a
question that someone would then follow-up on.

Q. And at what point -- at what
point -- I'm sorry.

Who reviews the differences between

Page 162

1  the 360-degree review results and the proposed
2  manager quartile rank?
3      **A.   Initially that's reviewed primarily**
4  **by the IBD and HCM team.**
5      Q.   So the --
6      **A.   So if there is a discrepancy or a**
7  **difference, we would get on the phone and talk to**
8  **the manager and ask him or her to explain what**
9  **the basis was for the difference and -- until we**
10 **were comfortable with that explanation.**
11     Q.   When you say "we," do you mean the
12 HCM team?
13     **A.   Yes.**
14     Q.   Thank you.
15          Were those discussions memorialized?
16     **A.   Only to the extent that a change**
17 **occurred.  And therefore, the change would be**
18 **reflected in here.  But there weren't notes**
19 **taken of the conversations, if that is what**
20 **you're asking.**
21     Q.   How would the change be reflected in
22 the system, would the initial proposed quartile
23 and the subsequent quartile both be captured?
24          MS. HAN:  Objection, form.
25     A.   I am not a hundred percent sure of

Page 163

1  the audit trail capabilities of the system, so
2  I'm not sure if the quartile that gets replaced
3  remains in the system somehow or not.  Certainly
4  the new quartile would be reflected.
5      Q.   Do you see above that, the last
6  sentence of the paragraph above reads, "In
7  addition to performance, the annual manager
8  performance quartile ranking process also takes
9  into consideration key productivity, citizenship
10 and conduct factors."
11          Do you see that?
12     **A.   Yes.**
13     Q.   Do you know if key productivity
14 factors are defined anywhere?
15     **A.   I don't think it's defined**
16 **specifically.  But it would, in all likelihood,**
17 **refer to some of the revenue metrics that we**
18 **discussed earlier.**
19     Q.   So in other words, the metrics that
20 were relevant --
21     **A.   Yes.**
22     Q.   -- to the compensation proposals
23 would be the same ones referred to here as
24 the --
25     **A.   That's productivity.**

Page 164

1      Q.   -- key productivity factors?
2      **A.   Mm-hmm.**
3      Q.   Could you please refer back to
4  Exhibit 132.  These are the 2006 guidelines we
5  looked at earlier.  If you will turn to the page
6  Bates stamped 122590.
7      **A.   Okay.**
8      Q.   You'll see at the very bottom, there
9  is a caption for the 2006 monitoring process.  If
10 you can go ahead and read the paragraph
11 underneath that to yourself, please.
12          Were you aware of an independent
13 review process, with a special focus on women and
14 historically underrepresented groups, of the
15 performance, rank and compensation proposals in
16 2006?
17          MS. HAN:  I'm just going to
18 interject here.  You may answer yes or no.
19 This is privileged information.
20     A.   Yes.
21     Q.   In what other years, to your
22 knowledge, did that independent review process
23 take place?
24     **A.   Prior to 2006?  I don't recall.**
25     Q.   Did it take place prior to 2006?

Page 165

1      **A.   I believe it did, but I don't know**
2  how -- how far before 2006.
3      Q.   Did it take place after 2006?
4      **A.   Yes.**
5      Q.   Did it take place every year from
6  2006 to the present?
7      **A.   I believe so.**
8      Q.   I believe you testified that you
9  were the head of diversity until roughly 2007,
10 sometime in 2007; is that right?
11     **A.   Yes.**
12     Q.   And that position ceased to exist?
13     **A.   I'm sorry?**
14     Q.   And that position ceased to exist?
15     **A.   Correct.**
16 DIR  **Q.   Do you know whether some of the**
17 **functions that you were responsible for as head**
18 **of diversity were taken over by this independent**
19 **review process?**
20          MS. HAN:  Objection.  This is
21 hitting on privileged territory.  I'm
22 instructing you not to answer.
23          THE WITNESS:  Okay.
24          MS. SHAVER:  This is a yes-or-no
25 question.  What is the basis for your

Page 166

1  refusing him to allow him to answer?
2      MS. HAN:  To the extent you're
3  trying to obtain information about this
4  process, Ms. Palumbo has submitted an
5  affidavit, we'll refer you to that.
6  Anything further, in terms of the scope of
7  the review, what was behind it, the
8  analysis, that is all protected under the
9  privilege.
10     Q.   Are you familiar with compensation
11 communication guides distributed to compensation
12 managers?
13     **A.   Compensation communication guides?**
14 **Yes.**
15     Q.   Did managers in IBD receive such
16 guides each year from 2002 to the present?
17     **A.   I believe so.**
18     Q.   Are you aware of any IBD specific
19 compensation communication guides prior to the
20 year 2011?
21     **A.   I'm sorry, say that one more time.**
22     Q.   Sure.
23          Prior to the year 2011, are you
24 aware of any IBD specific compensation
25 communication guides?

Page 167

1      **A.   Yes.**
2      Q.   In which years did IBD disseminate
3  divisional specific communication guides?
4      **A.   I believe most years there was a**
5  **communication guide distributed.**
6      Q.   Okay.
7  REQ      MS. SHAVER:  We'd like to request
8      that those be produced prior to tomorrow.
9      Q.   In the investment banking division,
10 is it true that in communicating, compensation
11 managers are not supposed to tell employees what
12 their performance quartile is?
13     MS. HAN:  Objection, form.
14     A.   In general, the compensation
15 communication conversation is meant to
16 communicate compensation, and managers don't
17 share the specific performance manager quartile.
18     Q.   Are there exceptions to that?
19     **A.   Not that I'm aware of.**
20     Q.   Has the investment banking division
21 undergone the 360-degree review process each year
22 from 2002 to the present?
23     MS. HAN:  Objection, vague.
24     A.   The division has conducted a
25 360-degree review process each year

Page 168

1  since -- since the date you stated.
2      Q.   Are IBD employees trained on how to
3  give feedback in the 360-degree review?
4      **A.   Could you say that one more time,**
5  **please?**
6      Q.   Are IBD employees trained on how to
7  give feedback in the 360-degree review?
8      **A.   Can I spec -- clarify what you're**
9  **asking?**
10     Q.   Yes, please do.
11     **A.   Are you asking if employees are**
12 **trained in how to write feedback that gets put**
13 **into the review or trained in how to deliver that**
14 **feedback to employees?**
15     Q.   Thanks for that clarification, on
16 how to write feedback.
17     MS. HAN:  You're referring to how
18 managers are providing the feedback?
19     A.   I think --
20     MS. SHAVER:  No --
21     A.   The first part of my question.
22     Q.   Actually, let me -- let me start
23 over.
24     **A.   Sure.**
25     Q.   Because, to my understanding, the

Page 169

1  360-degree review would include feedback from
2  supervisors, peers and subordinates, correct?
3      **A.   Correct.**
4      Q.   So I'm asking if IBD employees
5  generally are provided training on how to write
6  360-degree reviews?
7      **A.   I believe guidance and guidelines**
8  **are given in connection with the review process,**
9  **as to how to go about providing meaningful**
10 **constructive feedback in the process.**
11     Q.   Are you aware of any guidance or
12 guidelines that are specific to IBD as opposed to
13 guidelines that come from firm-wide HCM?
14     **A.   There may be instances where it's**
15 **necessary for IBD to clarify some of the**
16 **differences in the review criteria that are**
17 **different than firm-wide explanations.  So to**
18 **that degree, there could be some difference, yes.**
19     Q.   Can you list for me what review
20 criteria are different from the firm-wide review
21 criteria for IBD?  And this isn't a memory test,
22 so if would you like to see, you know, for
23 example, the feedback books for each year, we can
24 certainly look at those.
25     **A.   The criteria does change a bit year**

Page 170

1  **to year so I don't recall all of the differences.**
2  **Most of the differences come in interpreting the**
3  **criteria and applying its relevance to the**
4  **function of a banker versus a function of a**
5  **technologist, so those explanations of, for**
6  **example, what analytical skills as a review**
7  **criteria might mean for somebody in the**
8  **operations division, versus an associate in the**
9  **banking, the explanations can -- can be more**
10  **specific and clarify the definition.**
11     Q.   Are you aware of any documents that
12  explain what the review criteria mean for the
13  investment banking division?
14        MS. HAN:  Objection, vague.
15     A.   I believe in the review documents
16  themselves, it clarifies and defines what is
17  meant by the criteria.
18     Q.   How about apart from the review
19  documents themselves?
20        MS. HAN:  Objection, form.
21     A.   There may be other clarifications
22  beyond that, I don't -- I just don't recall them.
23     Q.   So you don't know for sure that
24  there are other documents with those
25  explanations?

Page 171

1     **A.   Correct, I don't know.**
2     Q.   Does IBD provide any training, apart
3  from documents that it gives out, to IBD
4  employees on how to review other employees in the
5  360 degree process?
6        MS. HAN:  Objection, vague.
7     A.   I think that was the same question
8  you asked me just a minute ago.
9     Q.   So are there any trainings for IBD
10  employees?
11     **A.   With regards to how to write a**
12  **review on somebody else?**
13     Q.   Yes.
14     **A.   I believe that as part of the new**
15  **banker orientation programs, new employees are**
16  **made familiar with the review process and**
17  **therefore advised how to -- how to go about using**
18  **the process, so I believe that there is.**
19     Q.   And the part of that orientation
20  program that covers the review process, is that
21  specifically for new IBD employees or is that for
22  new employees of any part of the firm?
23     **A.   I'm aware that it has happened in**
24  **IBD, I'm not -- I'm not aware of what happens in**
25  **other parts of the firm.**

Page 172

1     Q.   Are employees in IBD able to review
2  employees in other divisions as part of the 360
3  degree process?
4     **A.   Yes, I believe so.**
5     Q.   Are employees in other divisions
6  able to review employees in IBD?
7     **A.   Yes.  Subject to potential**
8  **regulatory prohibitions against that, for**
9  **example, someone in research writing or**
10  **regulatory banking, where the laws have changed,**
11  **so apart from that, yes.**
12     Q.   Is there a group of people within
13  IBD that has responsibility for administration of
14  the 360-degree review?
15        MS. HAN:  Objection, vague.
16     A.   The responsibility for
17  administration of the re -- of the review process
18  has evolved over time.  It is largely centrally
19  administered from the talent assessment group,
20  with involvement from the specific divisional HCM
21  teams.
22     Q.   And how about responsibility for the
23  substance of what is included in the review
24  process for IBD, for example, who decides what
25  performance criteria are included each year?

Page 173

1        MS. HAN:  Objection, form.
2     A.   Input with regards to what gets
3  included each year is generally provided by the
4  divisional HCM teams with input from leaders in
5  the business.  It doesn't change materially from
6  year to year.
7     Q.   Are you aware of a regular meeting
8  that takes place each year between the divisional
9  HCM folks and the business leaders in IBD to
10  review what is in the performance review and see
11  if any changes are needed?
12        MS. HAN:  Objection, form.
13     A.   There is not a routine meeting
14  that -- a meeting might get created if there is a
15  lot of feedback suggesting that there needed to
16  be a change, but that doesn't happen routinely.
17     Q.   Who is able to give feedback on the
18  substance on the 360-degree review?
19     **A.   By substance --**
20        MS. HAN:  Objection, vague.
21     A.   You mean?
22     Q.   What is included --
23     **A.   The criteria?**
24     Q.   The criteria.
25     **A.   Really anybody can provide comments**

Page 174

1  to their manager, and that can get filtered up
2  through the business to -- through the relevant
3  channels for feedback into HCM.
4      Q.   Is there a formal vehicle for that?
5      A.   I don't believe so.
6      Q.   Can you please describe for me
7  generally how the 360 process works in IBD today,
8  walk me through the steps, the timeline.
9          MS. HAN:  Objection, form.
10     A.   The timeline varies a little bit
11 year by year, and would initiate generally in the
12 early part of the summer, with the generation of
13 the initial list of proposed reviewers for a
14 given employee.
15     Q.   Who generates the initial list of
16 proposed reviewers for a given employee?
17     A.   In IBD, the initial generation of
18 that list is derived from the deal and
19 transaction team database, so the people that
20 somebody has been working with on the variety of
21 his or her times, this is automatically
22 populated.  The employee then has the ability to
23 amend that list and provide it to their manager
24 for approval.
25     Q.   If the manager does not approve the

Page 175

1  list, what is the next step?
2      A.   The manager typically would go back
3  to the employee and say your list looks fine with
4  the exception of I want to add this name or
5  remove this name for whatever reason.  And the
6  discussion is held and then it's submitted to
7  the -- I think the firm-wide review system.
8      Q.   Is it accurate to say that once the
9  manager approved the list of reviewers, it's
10 submitted to the firm-wide review system?
11     A.   Generally, yes.
12     Q.   Is the manager in IBD able to remove
13 or add a reviewer at his or her election?
14         MS. HAN:  Objection, vague.
15     A.   You mean -- could you explain what
16 you mean by --
17     Q.   Does the manager --
18     A.   It is the role of the manager to
19 review the list and to approve that it has the
20 relevant people to provide feedback on the
21 individual.
22     Q.   If the manager feels that a change
23 needs to be made, is the manager able to make
24 that change and submit it to the system?
25     A.   Yes.

Page 176

1      Q.   Okay.  And then what is the next
2  step once the list of reviewers is in the system?
3      A.   At some point shortly after that,
4  the review system is opened to the general
5  population for the writing of reviews for a
6  prescribed period of time and -- an employee
7  would be notified you've been requested to write
8  reviews on the following X people.
9          In addition, there is the
10 opportunity to write an unsolicited --
11 unsolicited review on anybody, even if you
12 weren't requested on their list.  And that review
13 writing takes place and gets some input into the
14 system up until whatever deadline within that
15 system closes, which is typically around the end
16 of August.
17     Q.   And after the system closes, what is
18 the next step?
19     A.   All of the reviews that were written
20 get processed and compiled in some system and
21 performance review packets, it's online or
22 printable, that summarize the review commentary
23 on an employee get created and get -- and are
24 made available to the manager for his or her
25 review.

Page 177

1      Q.   In the investment banking division,
2  is an employee's direct manager required to be
3  one of his or her reviewers?
4      A.   The nature of that specific
5  requirement has changed year to year, as to
6  whether or not the manager wrote a review or the
7  manager simply summarized and provided a manager
8  summary without writing his or her individual
9  review has varied a little bit.
10     Q.   Can you give me your best
11 recollection as to how it's varied from 2002 to
12 the present?
13     A.   I think the manager's role of
14 reviewing the review and writing the manager
15 summary is a more recent change to the processes
16 in the last couple of years.  I don't know
17 exactly when that change occurred.  I'd have to
18 refresh my memory on that.
19     Q.   Am I understanding you correctly
20 that, prior to that change, managers didn't write
21 an independent summary, but they were reviewers
22 in the 360 process?
23         MS. HAN:  Objection, misstates
24 testimony.
25     A.   The managers may have an

Page 178

1  opportunity -- may have had an opportunity to
2  both write a review and provide a summary.
3       Q.   And after that change, they no
4  longer wrote a review?
5       A.   Wrote an individual review, but
6  wrote a manager's summary.
7       Q.   Does IBD allow for attribution of
8  comments and ratings?
9       A.   Generally the IBD system, I believe,
10 has not provided attribution to comments and
11 ratings.
12      Q.   Is it accurate that prior to 2006,
13 IBD did not have a quantitative component to
14 the 360 review process?
15      MS. HAN:  Objection, vague.
16      A.   I believe that with the exception of
17 one year, there has always been quantitative
18 scoring as part of the review system, not -- not
19 attribution from the standpoint that you knew
20 what contributor gave what score, there were
21 numeric ratings as part of the system.
22      Q.   Do you recall that in 2006, IBD
23 adopted a five-point rating scale?
24      A.   I believe that's the year that it
25 adopted the five-point rating scale.  I don't

Page 179

1  recall if that is exactly when it was.  The
2  rating scale has changed a little bit over time.
3       MS. SHAVER:  Please mark this as the
4  next exhibit.
5       (Plaintiff's Exhibit 142, document
6       bearing Bates number GS 0103515 - GS
7       103518, marked for identification.)
8       MS. HAN:  155?
9       THE WITNESS:  142.
10      MS. HAN:  Oh, 142.
11      Q.   Do you recognize this document?
12      A.   Yes.
13      Q.   And this review form reflects the
14 five-point scale we were talking about, correct?
15      A.   Yes.  Although, it doesn't look like
16 in 2005 there were numeric numbers assigned to
17 the five categories.  Just for clarification.
18      Q.   But there are five categories?
19      A.   Yes.
20      Q.   This is labeled "2006."  So would
21 this have been a review for the year 2005
22 completed in 2006?
23      A.   Probably would have been the end of
24 2006 for reviews in that year.
25      Q.   So does this refresh your

Page 180

1  recollection that at least as of 2006, IBD used
2  five categories?
3       A.   Yeah.
4       Q.   Okay.  Do you recollect that at some
5  point IBD adopted a nine-point scale?
6       A.   Yes.
7       Q.   And do you recall when that was?
8       A.   Within the last few years.  I don't
9  recall the exact year.  I want to say maybe four
10 years ago.  Four or five.
11      MS. SHAVER:  Let's mark this as the
12      next exhibit.
13      (Plaintiff's Exhibit 143, document
14      bearing Bates GS 0105392 - GS 0105403,
15      marked for identification.)
16      Q.   Do you recognize this document?
17      A.   Yes.
18      Q.   Is -- does this reflect the
19 nine-point scale?
20      A.   Yes.
21      Q.   And I'll represent to you that
22 although this document is undated, the metadata
23 associated with this document dates it at July
24 29, 2010.
25      A.   Okay.

Page 181

1       Q.   So would that have been used in
2  reviews for the 2010 --
3       A.   Yes.
4       Q.   -- year?
5       Okay.  Were reviewers able to assign
6  reviewees a score between 1 and 9?
7       A.   Yes.
8       Q.   If a manager adds or removes
9  reviews -- a reviewer from a list, is that
10 documented anywhere, a change?
11      A.   I'm sorry?
12      Q.   If a manager adds or removes a
13 reviewer from the review list, is that change
14 documented anywhere?
15      A.   I don't know whether the system
16 where that information is held contains an audit
17 trail to track changes or not.  I don't know.
18      Q.   What system holds that information?
19      A.   I believe it would be the firm-wide
20 review system, the FRS.  I just don't know the
21 technical capabilities of the system.
22      Q.   Okay.  Well, I'm a little confused
23 because I thought you told me earlier that the
24 final list was input into the FRS system.
25      A.   It is.  But for a manager to comment

Page 182

1  on the list, it's first input by the employee
2  into the system, and then the manager has access
3  to it through that same system.
4      Q.   Thank you.
5           Is the employee able to see the
6  final list of reviewers in the FRS system; in
7  other words, if a change does take place, is the
8  employee able to see that prior to the review
9  actually happening?
10         MS. HAN:  Objection, vague.
11     A.   I believe so.  I'm not a hundred
12 percent certain, but I believe so.
13     Q.   Do you know who would know?
14     A.   Somebody in the talent assessment
15 group that opens the system.
16     Q.   I think you answered this earlier,
17 but just so I'm sure, from 2002 to the present,
18 has IBD required its managers to assign their
19 reports to quartiles for purposes of performance
20 review?
21     A.   To assign their reports -- could
22 you -- I don't understand the question.
23     Q.   To conduct a performance review
24 quartiling?
25     A.   I'm sorry.  Yes, I believe so.  I'm

Page 183

1  sorry.  I just want to be clear, performance
2  review quartiling or manager quartiling?
3      Q.   Are they two different things?
4      A.   Yes.
5      Q.   What is the difference?
6      A.   So a performance review quartiling
7  is just the mathematical quartiling of where your
8  average review scores falls out relative to a
9  peer group, based on the people who provided
10 reviews on you.  The manager quartile is
11 independently determined by the manager, and
12 therefore, it's two different things.
13     Q.   Okay.  Thank you.
14     A.   I'm not quite sure what you were
15 asking.
16     Q.   That is really helpful.
17          So what you are referring to as the
18 performance review quartile is just a
19 mathematical function of people's --
20     A.   It's derived after the reviews are
21 written based on where your scores fall relative
22 to others.
23     Q.   And is it derived based on an
24 adjusted score?
25         MS. HAN:  Objection, vague.

Page 184

1      A.   I believe the answer to that is yes.
2          THE WITNESS:  It's a little warm,
3  but I'm okay.  I think the afternoon sun is
4  warming us a bit.
5          MS. SHAVER:  Please mark this as the
6  next exhibit.
7          (Plaintiff's Exhibit 144, document
8  bearing Bates numbers GS 0120172 - GS
9  0120194, marked for identification.)
10         THE WITNESS:  Thank you.
11     Q.   To the point you were just talking
12 about, could you take a look at page 7 of this
13 document?
14     A.   The one labeled 7 of 23?
15     Q.   That's correct.
16          At the top, it has a -- like a table
17 for performance review rank.  Do you see that?
18     A.   Mm-hmm.
19     Q.   Is that the performance review
20 quartile you were just talking about; in other
21 words the -- where the employee falls relative to
22 his or her peers based on the 360-degree review
23 score?
24     A.   Yes, I believe it would be.
25     Q.   So that is not the same thing as the

Page 185

1  manager quartile?
2      A.   That is correct.
3      Q.   I appreciate the clarification.
4  I'll be careful to refer to what I mean.
5      A.   It can be confusing.
6      Q.   I believe you testified earlier that
7  with respect to the manager quartile, IBD has
8  consistently used at least four buckets, but that
9  in some years two and three may have been broken
10 out; is that right?
11     A.   That's correct.
12     Q.   Do you have a recollection of which
13 years it was broken out in, if any?
14     A.   No.
15     Q.   Taking a look at that same review
16 book, it states that the performance review --
17     A.   I'm sorry, what page are you looking
18 at?
19     Q.   I'm still on page 7, that table.
20          It says, "Performance review rank
21 based on an adjusted nine-item average."
22     A.   Mm-hmm.
23     Q.   Can you explain to me what the
24 "adjusted" means?
25     A.   There is an algorithm implemented by

Page 186

1  the system that is meant to adjust the data based
2  on rater toughness, that was developed by, I
3  believe, a professor at Carnegie Melon, whose
4  last name is Larkey.
5         And it is a Larkeyzed score that is
6  meant to smooth out the differences between
7  somebody who might have -- everybody who wrote
8  reviews on him or her that were very high scores
9  and normalize that a little bit so you can
10 compare it to somebody who had reviews written on
11 them by everybody who were really tough graders.
12        How that formula works, I have no
13 idea. But that's what it's meant to accomplish.
14     Q.    Do you know who would know?
15     A.    Somebody in the talent assessment
16 group could probably explain it. It's -- all I
17 know is it is very complicated. It doesn't
18 create dramatic differences between an adjusted
19 or nonadjusted, but it does modify the score a
20 little bit.
21     Q.    And for purposes of an employee's
22 final score, what is incorporated in the banker
23 profiles, let's say, would that be adjusted?
24     A.    I believe it's the adjusted score.
25     Q.    Okay. And has IBD adjusted the

Page 187

1  scores in that manner from 2002 to the present?
2     A.    I don't believe so. I don't recall
3  the year that that adjustment was implemented.
4  And I believe it was implemented across the firm,
5  not just in IBD when it was implemented.
6     Q.    We should be able to tell by looking
7  at the review books, right?
8     A.    Probably.
9     Q.    Are there any restrictions on how
10 far a manager quartile can deviate from the
11 performance review quartile?
12    A.    No.
13        MS. HAN: Objection, vague.
14    A.    No.
15    Q.    So in theory, a manager could move
16 somebody who is in the first quartile for the
17 performance review quartile into the last
18 quartile for manager quartile?
19    A.    It's possible.
20    Q.    Does IBD require managers to
21 validate any substantial differences between the
22 performance review quartile and the manager
23 quartile?
24        MS. HAN: Objection, vague.
25    A.    There is a process whereby HCM

Page 188

1  reviews the differences between the two. And if
2  those differences are material, has conversations
3  with the manager to get an understanding of why
4  that difference might exist. And depending on
5  the nature of the explanation, sometimes that
6  manager quartile gets adjusted, sometimes it
7  doesn't, based on the facts and circumstances of
8  the individual situation.
9     Q.    Who within HCM has responsibility
10 for that process?
11    A.    The IBD HCM team would have
12 responsibility for doing that within IBD.
13    Q.    Any particular subset of that team?
14    A.    The primary responsibility would sit
15 with the IBD compensation team. But sometimes
16 others from other parts of the team get involved
17 in other parts of the processes where they're not
18 spending their full time.
19    Q.    And does HCM conduct that review
20 every year for all IBD employees?
21    A.    Yes, I believe so.
22    Q.    And how has -- has that review been
23 documented?
24        MS. HAN: Objection, form.
25    A.    I'm not -- I'm not sure it has been

Page 189

1  formally documented, that those meetings and
2  conversations took place. But they -- but they
3  have.
4     Q.    They have taken place?
5     A.    Yes.
6     Q.    Not they have been documented?
7     A.    Yes, they have taken place.
8     Q.    Are you -- do you know whether in
9  that review, HCM generates a report that lists
10 for each employee the performance quartile and
11 the manager quartile and -- sorry, that's it.
12        MS. HAN: Objection, form, it's been
13     asked and answered.
14    A.    Typically, to identify those
15 differences, a report like that would need to be
16 generated to do a comparison.
17    Q.    Do you know if those reports are
18 saved?
19    A.    I do not know.
20    Q.    Who would know?
21    A.    Probably a member of the IBD comp
22 team.
23    Q.    And do you know if there is a
24 mechanism in the system that creates that report
25 to flag a -- whatever the team considered to be a

Page 190

1  substantial difference?
2         MS. HAN:  Objection, form.
3      A.   I'm not sure if the report generates
4  a flag or it just provides the information for
5  when to look down and look at the differences and
6  individually mark those.
7      Q.   Have you seen that report?
8      **A.  I've used the information that I'm**
9  **describing, yes.**
10     Q.   And do you recall seeing any flags
11  or marks auto-generated?
12     **A.   I don't know if they were -- I don't**
13  **know if they were auto-generated.  I certainly**
14  **remember identifying differences in going through**
15  **the information.**
16     Q.   And what criteria did you use to
17  identify a difference that you thought mattered?
18     **A.   Would generally identify a**
19  **difference that was more than one adjacent**
20  **quartile different from the other.  So if a first**
21  **quartile -- manager quartile had a third quartile**
22  **review score, that would be more than one**
23  **adjacent quartile difference, so I would**
24  **generally look at that.**
25     Q.   How does IBD ensure there is a

Page 191

1  forced rank over the entire division?
2         MS. HAN:  Objection, assumes facts
3      not in evidence.
4      A.   There is not a forced rank of the
5  entire division.
6      Q.   Could you look again at Exhibit 132,
7  please.
8      **A.   Mm-hmm.**
9      Q.   Those are the 2006 guidelines we
10  looked at before.
11     **A.   Yes.**
12     Q.   On page 3 of the frequently asked
13  questions, question number 10 reads, "How will
14  the divisional rollup work?
15        "Answer:  Your divisional HCM team
16  will ensure there is an appropriate" -- excuse
17  me -- "an approximate forced rank over the entire
18  division."
19     A.   I believe what that is referring to
20  is that everybody will be forced into one of the
21  quartile buckets, which is very different than a
22  forced ranking.
23     Q.   How is it different than a forced
24  ranking?
25     **A.   Well, if you had a hundred employees**

Page 192

REDACTED FILED UNDER SEAL

Page 193

REDACTED FILED UNDER SEAL

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 11 - TRANSCRIPT OF THE DEPOSITION OF BRUCE LARSON
(PAGES 194-225)**

**FILED UNDER SEAL**

Page 226

1    **A.   Yes.**
2    Q.   When a vice president is promoted,
3  is it to EMD or to PMD?
4    **A.   I'm sorry, I'm just getting a little**
5  **cramp in my leg there.**
6    **A vice president promotion is almost**
7  **always to EMD.**
8    Q.   Are you aware of any instance of a
9  vice president being promoted to a PMD?
10    **A.   Not in the investment banking**
11  **division.**
12    Q.   Are you aware of it happening
13  outside of the investment banking division?
14    MS. HAN:  Objection, this is outside
15  the scope of Mr. Larson's designation.
16    A.   Back in 1996, there was an instance
17  of somebody getting promoted from VP to partner
18  that I remember.
19    Q.   Anything besides that?
20    **A.   No.**
21    Q.   Are you familiar with the
22  cross-ruffing process for managing director
23  selection?
24    **A.   Yes.**
25    Q.   And for purposes of this deposition

Page 227

1  here today, we're going to be talking about a
2  promotion from vice president to managing
3  director.  Okay?
4    **A.   Okay.**
5    Q.   Can you describe how this process
6  works in the investment banking division?
7    MS. HAN:  Objection, vague.
8    A.   It starts with the global business
9  unit leaders within investment banking developing
10  a list of candidates to be considered for
11  inclusion in the cross-ruffing process.
12    Q.   Are those nominees?
13    **A.   Those are nominees to be considered**
14  **for cross-ruffing.**
15    Q.   Okay.  What is the next step?
16    **A.   Those lists are submitted to the IBD**
17  **HCM team, who compiles those nominees in**
18  **preparation for a meeting amongst the IBD**
19  **operating committee to discuss and evaluate and**
20  **consider the nominees being put forward by the**
21  **business unit leaders.**
22    Q.   Who sits on the IBD operating
23  committee?
24    **A.   It's generally the business unit**
25  **leaders, major product group leaders, and**

Page 228

1  **regional leaders of the investment banking**
2  **division, in addition to the CFO of the division,**
3  **the COO of the division, HCM head of the**
4  **division, and the heads of the division.**
5    Q.   It sounds a lot like the
6  compensation committee.
7    **A.   There is a lot of overlap, yes.**
8    Q.   Is there any difference between the
9  composition of the two?
10    **A.   Yes, there are a couple of**
11  **differences.**
12    Q.   What are those?
13    **A.   The head of IBD -- I'm sorry.  The**
14  **head of IBD legal would be part of the IB**
15  **operating committee, but not part of the**
16  **compensation committee.  That's, I think, the**
17  **only difference.**
18    Q.   Okay.  So what takes place in the
19  meeting of the IBD operating committee --
20    MS. HAN:  Objection, vague.
21    Q.   -- with the names compiled by the
22  HCM team?
23    **A.   A business unit leader would discuss**
24  **the slate of nominees from his or her business**
25  **unit to try to make the case for inclusion in the**

Page 229

1  **cross-ruffing process of the people on his or her**
2  **list.  That gets discussed and reviewed and**
3  **questioned and challenged by the members of the**
4  **operating committee who are -- and other business**
5  **unit leaders who are in that meeting.**
6    Q.   Does the committee have to reach
7  consensus on a person in order for that person to
8  become a candidate?
9    MS. HAN:  Objection, vague.
10    A.   The decisions with regards to who
11  becomes a candidate for cross-ruffing or not gets
12  ultimately determined by the heads of the
13  division after consideration and input from the
14  operating committee as well as there is an
15  opportunity, following that meeting, where the
16  entire managing director population of the
17  division gets visibility into the proposed
18  candidates, so that if anybody else has a view or
19  opinion about a -- somebody who is being put
20  forward as a potential nominee for cross-ruffing
21  or not has an opportunity to provide that input.
22    Q.   And who would they provide that
23  input to?
24    **A.   Either the heads of the division, or**
25  **a member of the operating committee or the HCM.**

Page 230

Q. And is there a vehicle for them to do that or is -- for example, the Internet --

A. **There is not a formal process, but they can either raise their hand in the meeting where that's discussed, and raise it then, or they can pick up the phone and reach out to any one of those people that I've described.**

Q. Is there a meeting for all MDs where this is discussed?

A. **Yes.**

Q. So if I'm understanding you correctly, the business -- the --

MS. SHAVER: Strike that.

Q. If I'm understanding you correctly, the meeting of the operating committee does not result in a final list of candidates?

A. **That is correct.**

Q. Is there any output generated from that meeting?

MS. HAN: Objection, vague.

A. Following that meeting, and following discussions that occur after that meeting, a potential slate of candidates is discussed with the entire MD population of the division following that meeting. And

Page 231

opportunities for managing director is to provide additional input, the list is finalized.

Q. What discussions occur after the operating committee meeting prior to the MD meeting?

A. **A managing director might have follow-up conversations with other members of the operating committee or the division heads to further press their case on account that it was discussed.**

Q. I'm sorry, I'm asking prior to the all MDs meeting.

A. **That's what I was answering.**

**So a business unit leader who discussed a slate of candidates might have gotten feedback on a certain number of candidates and gotten an indication that a candidate was not going to be included, he or she would still have the opportunity to further make that case outside of that meeting, additionally, if they felt that the decision -- or the direction the decision was heading didn't seem to be in a direction that they agreed with. So they would pick up the phone and call the division head and further argue their case.**

Page 232

Q. I see.

Or they might have an opportunity to talk to other managing directors and ask those people to back them up?

A. **Correct.**

Q. And who finalizes the list?

MS. HAN: Objection, vague.

A. The list is ultimately submitted by the IBD HCM head to the firm-wide talent assessment group, with ultimate sign-off from the business leaders of the division.

Q. When you say "the business" --

A. **The division heads.**

Q. The division heads.

So am I understanding you correctly, that the division heads must approve the list and then IBD HCM submits it to the firm-wide talent assessment group?

MS. HAN: Objection, misstates his testimony.

A. Following the inputs from the various people that I described through those processes, the division heads sign off on the list that gets turned in to the talent assessment group.

Page 233

Q. Okay. And what is the next step in the process?

A. **The firm-wide talent assessment group would look at the proposed candidates for cross-ruffing from the division, as well as from all the other divisions and review that for size, scope, inclusiveness of, you know representation -- adequate representation from the division. And then the division identifies potential cross ruffers who would conduct the cross-ruffing as part of the process.**

Q. What do you mean by "adequate representation from the division"?

A. **They would review the diversity makeup of the candidates being considered, the geographic makeup, the business unit, and regional makeup of the populations.**

Q. Was that review documented in any way?

A. **I don't know if they produce a document as a result of that review.**

Q. Does the IBD HCM team also review the list of candidates for diversity makeup?

A. **Yes.**

Q. Is that review documented?

Page 234

1    **A.    Not beyond the lists of candidates**
2  **that get created.**
3    Q.    Are you aware of any instance in
4  which either the firm-wide diversity team --
5  excuse me, are you aware of any instance in which
6  either the firm-wide talent assessment group or
7  IBD HCM has raised an issue with respect to the
8  diversity makeup of the candidate list?
9        MS. HAN:  Objection, vague.
10    A.    As part of IBD HCM's review and
11  involvement in the process, it would advise the
12  divisional leadership if it felt there was an
13  area that could be improved upon from a diversity
14  standpoint and that would be included in the
15  conversation and the analysis of the list and
16  development of the list.
17    Q.    Would that be included in the
18  operating committee meeting?
19    **A.    Yes.**
20    Q.    Are there agendas for those
21  meetings?
22    **A.    There probably are agendas that**
23  **outline the order in which the business unit**
24  **largely outlines the order in which the business**
25  **units will come in to present and discuss their**

Page 236

REDACTED FILED UNDER SEAL

Page 235

REDACTED FILED UNDER SEAL

Page 237

REDACTED FILED UNDER SEAL

Deposition of Bruce Larson                                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 238



REDACTED FILED UNDER SEAL

Page 239

1  Q.  Any other ways?
2  **A.  There is firm-wide messaging on the**
3  **importance of diversity and includes diversity in**
4  **the leadership composition of the firm that comes**
5  **out regularly as well.**
6  Q.  Anything else?
7  **A.  Those are the main.**
8  Q.  So I just want to go back to my
9  question of -- about whether you're aware of any
10 instances where the IBD operating committee has
11 had to follow up with a manager for lack of
12 diversity in his or her proposed nominees.
13     MS. HAN:  Asked and answered.
14     A.  I don't recall a specific incident
15 where that happened.
16 Q.  How is future potential measured,
17 other than extrapolating from historical
18 performance?
19 **A.  It's mostly the judgment of the**
20 **business unit leader and the other senior people**
21 **in the business who are contributing to that**
22 **conversation around potential candidates who**
23 **would evaluate somebody's -- somebody's ability**
24 **to play a more senior role in the organization**
25 **and the things required to do that.**

Page 240

1  Q.  Are you aware of any defined metrics
2  of future potential?
3     MS. HAN:  Objection, vague.
4     A.  Other than those measures and
5  metrics that have been used to define performance
6  to that date?
7  Q.  Yes.
8  **A.  Which are largely relevant to future**
9  **performance?  I can't think of a specific method.**
10 Q.  Okay.  So I believe we've gotten to
11 the point in the process where the divisional
12 leaders and the IBD HCM team propose a list of
13 cross-ruffers and who has final authority over
14 who is on that list?
15 **A.  The division heads have final say on**
16 **the proposed list of cross-ruffers that get**
17 **submitted to the firm-wide talent assessment**
18 **group who will also review that list to ensure**
19 **that proper regional product and gender**
20 **representation is included in the cross-ruffing**
21 **population -- cross ruffer population.**
22 Q.  And are you aware of any reports
23 generated from that review by the firm-wide
24 talent group?
25 **A.  I'm not aware.**

Page 241

1  Q.  Okay.  And once the list of
2  cross-ruffers is finalized, what is the next
3  step?
4  **A.  The cross-ruffers would be -- a**
5  **cross-ruffing captain would be chosen.  And the**
6  **cross-ruffing captain and the cross-ruffers would**
7  **be communicated to by the divisional leadership**
8  **and by the HCM about their important**
9  **responsibilities that they're now going to**
10 **undertake.  And then training would be provided**
11 **to those cross-ruffers about the process and the**
12 **details of their responsibilities in that regard.**
13 Q.  Who provides that training to the
14 cross-ruffers in the investment banking division?
15 **A.  It generally comes in two forms.**
16 **The firm-wide talent assessment group provides a**
17 **firm-wide training session, and then there is a**
18 **separate IBD training session that will follow**
19 **that, that will go into further details about our**
20 **process specifically.**
21 Q.  And who provides the IBD specific
22 training?
23 **A.  Typically the head of IBD HCM,**
24 **together with the cross-ruffing captain who is**
25 **selected.**

Deposition of Bruce Larson                    CHEN-OSTER, et al. vs. GOLDMAN SACHS, et al.

Page 242

1    Q.   Is the cross-ruffing captain always
2  someone who has been on a cross-ruffing team
3  before?
4    A.   Yes.
5    Q.   Okay.  And after those trainings
6  take place, what is the next step?
7    A.   The cross-ruffers embark on the
8  process of conducting interviews with regards to
9  the candidates that have been assigned to them,
10  and that interview process covers roughly a four-
11  to six-week period.
12    Q.   Okay.  And what is the next step?
13    A.   Midway through that process, the
14  cross-ruffers would come together for a mid
15  cross-ruffing checkpoint to ensure that they're
16  making progress completing the interviews that
17  they need to in order to gather adequate
18  information about the candidates assigned to them
19  and to highlight any questions or concerns about
20  lack of information, lack of insight.  They're
21  gathering other issues that might come up.  And
22  then they will go and spend the remaining two to
23  four weeks completing those interviews.
24    Q.   Does each cross-ruffer on the IBD
25  cross-ruffing team interview each candidate?

Page 243

1    A.   No.  Each cross-ruffer is assigned a
2  specific number of candidates that he or she
3  would be responsible for conducting interviews
4  about.
5    Q.   And how is it determined which
6  cross-ruffers interview which candidates?
7    A.   The cross-ruffer conducting the
8  interviews is typically somebody not associated
9  or affiliated with the business unit or region
10  that those candidates are from to provide outside
11  perspectives into the feedback that one is
12  receiving.  And the candidates themselves tend to
13  be grouped, to the extent possible, from the same
14  business unit or same region so that they're able
15  to make judgments about the comparability of
16  candidates based on the information that they're
17  receiving from the interview, people that they're
18  interviewing.
19    Q.   And who makes the decision as to
20  which candidates are assigned to which
21  cross-ruffers?
22    A.   The initial suggestions are outlined
23  by the IBD HCM team and then reviewed with the
24  cross-ruffing -- cross-ruffing captain to ensure
25  that -- that that mix and that spread is

Page 244

1  appropriate.
2    Q.   Are candidates interviewed by more
3  than one cross-ruffer?
4    MS. HAN:  Objection, vague.
5    A.   Candidates are not interviewed.
6  People who have insights on a candidate are
7  interviewed, just to be clear.  So a person might
8  be contacted by a cross-ruffer with respect to
9  multiple candidates if they have input on
10  multiple candidates.
11    Q.   And once the cross-ruffing team has
12  completed their interviews, what is the next
13  step?
14    A.   All of the cross-ruffers come
15  together for a lengthy day-long meeting where the
16  results of that cross-ruffing is discussed and
17  shared as a group with the cross-ruffing captain,
18  members of the IBD HCM team, with the purpose of
19  coming up with a -- a rank-ordered list of the
20  candidates.
21    Q.   What happens if the cross-ruffers
22  can't agree on the rank order of the candidates?
23    A.   The cross-ruffing captain ultimately
24  has the responsibility to identify the rankings.
25  He or she would spend whatever time it took to

Page 245

1  have conversations between and among the
2  cross-ruffers in order to make that judgment.
3  Sometimes it would require follow-up
4  conversations that the cross-ruffing captain
5  might have with certain people individually to
6  help him or her make those judgments and
7  decisions.
8    Q.   What documents are generated from
9  the cross-ruffers interviews?
10    A.   There is an interview template that
11  each cross-ruffer utilizes to record the
12  interviews that they're taking, that covers the
13  primary criteria that is discussed in those
14  interviews.  And then, from that, a candidate
15  summary is developed where the cross-ruffer will
16  summarize the results of those interviews into a
17  one-page document.
18    Q.   And what documents are generated
19  from the -- this day-long meeting after the
20  interviews are concluded that you were just
21  describing?
22    A.   The primary output of that meeting
23  is the ranked list of the candidates, 1 through
24  X.
25    Q.   And what is the next step after that

Page 246

1  ranked list is created?
2      **A.   That list gets submitted to the**
3  **firm-wide talent assessment group, and that list**
4  **is reviewed by the firm-wide talent assessment**
5  **group.**
6      Q.   Is it also reviewed by the IBD
7  leaders?
8      **A.   It is shared with IBD division**
9  **heads, as well, at that point.  And the division**
10 **heads would have a meeting with the cross-ruffing**
11 **captain to understand the rationale and insights**
12 **behind the rankings that came out of those**
13 **meetings.**
14     Q.   Does that meeting between the
15 division heads and the cross-ruffing captain take
16 place before the results are shared with the
17 talent assessment group?
18     **A.   I don't -- I don't -- it may vary.**
19 **I'm not sure.**
20     Q.   Do the division heads have the
21 ability to change the rank order of the
22 candidates?
23     **A.   The rank order was created by the**
24 **cross-ruffing captains, gets submitted by the**
25 **cross-ruffing captain.  The division heads have**

Page 247

1  **an opportunity to submit their own independent**
2  **ranking to the firm-wide talent assessment group**
3  **as well.**
4      Q.   Are they required to do so?
5      **A.   Yes.**
6      Q.   And what is the division heads'
7  ranking based on?
8          MS. HAN:  Objection, vague.
9      A.   It's -- the division heads develop
10 their ranking based on a number of factors; one
11 factor is the results from the cross-ruffing
12 process that was conducted, the second factor is
13 their business judgment and overlay that reflects
14 the priorities and needs of the various
15 businesses.
16     Q.   In the event that the rank order
17 list submitted by the division heads and the rank
18 order list submitted by the cross-ruffing captain
19 and the talent assessment group is different,
20 does the talent assessment group have authority
21 to decide which list to implement?
22         MS. HAN:  Objection.  Vague.
23     A.   No, they do not.
24     Q.   What is the next step after those
25 two lists are submitted?

Page 248

1      **A.   The cross-ruffing captain has the**
2  **opportunity to meet with a subcommittee of the**
3  **management committee of the firm who has been**
4  **assigned the responsibility of promotions for**
5  **that particular year and explain the rationale**
6  **and reason behind their rankings.  The division**
7  **heads have the opportunity to do the same thing**
8  **with regards to the rankings they have created.**
9      Q.   And that management committee or the
10 subcommittee has the final decision-making
11 authority; is that correct?
12         MS. HAN:  Objection, misstates
13     testimony.
14     A.   The final list that gets created
15 reflects the input of all of those meetings.
16     Q.   But which entity has the final
17 decision-making authority?
18     **A.   The division heads of the business**
19 **put forward the final list which is ultimately**
20 **approved by the management committee of the firm.**
21     Q.   And is it accurate that those
22 candidates ranking highest on that list are the
23 candidates who will be promoted?
24     **A.   Generally, yes.**
25     Q.   Why wouldn't they be?

Page 249

1      **A.   They would be.  What is unclear,**
2  **until the very end of the process, is how many of**
3  **them get promoted.  So do you draw the line on**
4  **number 40 or number 60 or number --**
5      Q.   Sure.  Sure.
6          MS. SHAVER:  We are, I think, out of
7      time on the tape so let's take a break.
8          THE VIDEO OPERATOR:  This marks the
9      end of Tape 6.  The time is 5:50 p.m., on
10     June 12, 2013.  We're now off the record.
11         (Time noted:  5:50 p.m.)
12         (A brief recess is taken.)
13         (Time noted:  6:37 p.m.)
14         THE VIDEO OPERATOR:  This is Tape 7
15     in the deposition of Bruce Larson, 30(b)(6)
16     for Goldman Sachs.  The time is 6:37 p.m.
17     on June 12, 2013.  We're now back on the
18     record.  You may proceed.
19 BY MS. SHAVER:
20     Q.   Who decides how many IBD candidates
21 get promoted?
22     **A.   That is a conversation involving the**
23 **division heads of IBD and the management**
24 **committee of the firm, it's really a**
25 **back-and-forth -- I don't know that one group**

Page 250

1  ultimately says that this is the number.  It
2  really -- they sort of arrive at the appropriate
3  number through the course of the conversation of
4  the process.
5      Q.   And is the management committee
6  doing the same thing with the other divisions?
7      A.   Yes.
8      Q.   So the management committee has the
9  view of how many overall candidates are going to
10 be promoted to managing director?
11     A.   Yes.
12     Q.   In putting together the
13 cross-ruffing team --
14     A.   Mm-hmm.
15     Q.   -- is it accurate that the division
16 heads and divisional HCM put together the
17 cross-ruffing team?
18     A.   Yes.
19     Q.   And what do they consider in
20 deciding who should be on that team?
21     A.   They consider a few factors.  The
22 breadth of representation across the businesses
23 and regions of the division, people who have good
24 judgment and good insights and are generally
25 thoughtful about people-related issues in the

Page 251

1  business, and good representation from a
2  diversity standpoint, in terms of the people on
3  the -- conducting the interviewing.
4      Q.   And do you know how they determine
5  who has good judgment and good insights?
6      A.   Basically just on their experience
7  interacting with those senior people over the
8  years, and their own judgment as to who's
9  thoughtful and considerate about people issues
10 and who is not.
11     Q.   Who is eligible to be a
12 cross-ruffer?
13     A.   Really, any managing director or
14 partner of the division is eligible to be
15 considered.
16     Q.   Is there any guidance from the
17 firm-wide talent assessment group on how to
18 choose the cross-ruffing team?
19     A.   They give guidance to ensure that
20 you're being thoughtful about the categories that
21 I mentioned.  So consistent with the same kind of
22 things that we consider.
23     Q.   Is that guidance in written form?
24     A.   I'm not aware of whether it's in
25 written form or not.

Page 252

1      MS. SHAVER:  Let's mark this as the
2  next exhibit.
3      (Plaintiff's Exhibit 151, document
4  bearing Bates numbers GS 0113568 - GS
5  0113589, marked for identification.)
6      MS. SULLIVAN:  What number is it?
7      THE COURT REPORTER:  151.
8      THE WITNESS:  Thank you.
9      Q.   Do you recognize this document?
10     A.   Yes.
11     Q.   What is the subcommittee on MD and
12 PCP selection of the partnership committee?
13     A.   The partnership committee has some
14 involvement early on in the selection process
15 with regards to managing directors and partners.
16 And so this is probably referring to a
17 subcommittee of that, that had particular
18 oversight or involvement in the process that
19 year.
20     Q.   Mm-hmm.
21     Do you know how long that committee
22 existed, the subcommittee?
23     A.   I don't.
24     Q.   Does it still exist?
25     A.   I don't believe the subcommittee

Page 253

REDACTED FILED UNDER SEAL

**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 11 - TRANSCRIPT OF THE DEPOSITION OF BRUCE LARSON
(PAGES 254-313)**

**FILED UNDER SEAL**