**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 11A – EXHIBIT USED IN THE DEPOSITION OF BRUCE LARSON**

**FILED UNDER SEAL**