**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 12 - TRANSCRIPT OF THE DEPOSITION OF SCOTT MEHLING
(PAGES 58-65, 86-89, 146-149, 226-229)**

**FILED UNDER SEAL**