**DECLARATION OF THEODORE O. ROGERS, JR.
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**EXHIBIT 13 - TRANSCRIPT OF THE DEPOSITION OF RODNEY MILLER (EXCERPTS)**

**FILED UNDER SEAL**