# EXHIBIT 15

```
 1             UNITED STATES DISTRICT COURT

 2             SOUTHERN DISTRICT OF NEW YORK

 3

 4   H. CRISTINA CHEN-OSTER;      )

 5   LISA PARISI; and SHANNA      )

 6   ORLICH,                      )

 7         Plaintiffs,            ) 10 Civ. 6950 (AT)(JCF)

 8         vs.                    )

 9   GOLDMAN, SACHS & CO. and     )

10   THE GOLDMAN SACHS GROUP,     )

11   INC.,                        )

12         Defendants.            )

13

14             VIDEOTAPED DEPOSITION OF

15                   LISA PARISI

16

17                 June 16, 2014

18                  9:07 a.m.

19

20                  Suite 100

21           1170 Peachtree Street, N.E.

22                Atlanta, Georgia

23

24   Reported by:

25   F. Renee Finkley, RPR, RMR, CRR, CLR, CCR-B-2289
```

Lisa Parisi                                                          June 16, 2014
Atlanta, GA

Page 38

1  consistent.
2      Q.  When you said you and ▇▇▇ were
3  hired to run the small cap product, wasn't ▇▇▇
4  hired at Goldman before you joined?
5      A.  Yes.
6      Q.  And when you joined the firm, he was
7  already running small cap, correct?
8      A.  That's correct.
9      Q.  Was he your manager at that point?
10     A.  He was not my manager.  He was more senior
11 than I was, but we were both responsible for the
12 performance of small cap.
13     Q.  And you mentioned that during the course
14 of your career, the sectors changed that you had
15 covered?
16     A.  As we -- the team grew, the sectors
17 changed.  So the more we were able to give some of
18 the analysts, as they got more experienced, we were
19 able to give them some of the sectors.  As we were
20 able to hire some other portfolio managers, we were
21 able to give them some of the sectors.
22     Q.  Do you recall any sector that you were
23 covering that was subsequently given to an analyst to
24 cover?
25     MS. GREENE:  Objection.

Page 39

1      THE WITNESS:  I don't recall them exactly.
2      Q.  (By Ms. Han)  But your recollection is
3  that within the group, from time to time, sectors
4  would be reassigned for a variety of reasons,
5  correct?
6      A.  Yes, and because ▇▇▇ was there first, he
7  had the bulk of the sectors, so most of the sectors
8  were coming from him, he was able to give most of the
9  sectors to the new hires.
10     Q.  So ▇▇▇ would at one point have X
11 number of sectors, but the coverage would change and
12 he might have given certain sector to another
13 individual?
14     MS. GREENE:  Objection.
15     THE WITNESS:  Yes.
16     Q.  (By Ms. Han)  And who made the decision as
17 to whether coverage for sectors should change?
18     A.  We all did.
19     Q.  And you mentioned one of the reasons for
20 changing the sectors included providing a more junior
21 employee an opportunity to take on more
22 responsibility?
23     A.  There were a number of different reasons
24 why we changed sectors.
25     Q.  What's another reason?

Page 40

1      A.  Someone wasn't performing well in that
2  sector.
3      Q.  Anything else?
4      A.  Alleviate workload.
5      Q.  And when you testified earlier in response
6  to my question as to who made the decisions to change
7  the sectors, when you said we all did, that included
8  you?
9      A.  Yes.
10     Q.  And would it be fair to say, based upon
11 your previous testimony, that those reasons for
12 changing coverage for the sectors were not
13 discriminatory, correct?
14     MS. GREENE:  Objection.
15     THE WITNESS:  I'm not sure what you mean
16 by that.
17     Q.  (By Ms. Han)  Well, if somebody is not
18 performing well in a particular sector or coverage is
19 changed to alleviate workload, those reasons are not
20 due to an individual's gender, correct?
21     MS. GREENE:  Objection.
22     THE WITNESS:  No.
23     Q.  (By Ms. Han)  You testified earlier that
24 you reported to Ms. ▇▇▇ correct?
25     A.  Correct.

Page 41

1      Q.  And did you report to her during your
2  entire tenure at Goldman, Sachs?
3      A.  Yes.
4      Q.  And did you understand that Ms. ▇▇▇
5  was primarily responsible for determining your
6  compensation?
7      A.  Yes.
8      Q.  Did you also understand that Ms. ▇▇▇
9  was primarily responsible for determining your
10 manager quartile?
11     A.  Yes.
12     MS. GREENE:  Objection.
13     Q.  (By Ms. Han)  And Ms. ▇▇▇ is a woman,
14 correct?
15     A.  As far as I know.
16     Q.  You testified earlier that you have
17 enormous respect for ▇▇▇, correct?
18     A.  That's right.
19     Q.  Did you believe that at any point in time
20 while you were employed at Goldman, Sachs, he
21 discriminated against you on the basis of your
22 gender?
23     A.  Pertaining to what?
24     Q.  Any terms of your employment.
25     A.  As far as compensation?

11 (Pages 38 to 41)

Page 46

1    Q.   (By Ms. Han)  Why not?
2    A.   Because they -- maybe they varied.  They
3  probably leaned towards working less with me.
4    Q.   And can you think of any specific examples
5  of an individual you thought should not have reviewed
6  you?
7    A.   I won't say not.  I think just generally
8  the quality of the list was diminished.
9    Q.   But you don't remember any specific
10 individuals?
11   A.   It was a while ago.
12   Q.   Do you recall any individuals you believe
13 should have been included in your reviewer list?
14   A.   It was a while ago.  I don't.
15   Q.   Did you have the opportunity to discuss
16 with Ms. ▓▓▓▓ your views as to who should be on
17 the reviewer list?
18   A.   No.
19   Q.   So describe the process.
20   A.   I would put a list together; it would go
21 to her, she would change it, and it was sent out to
22 those individuals.
23   Q.   How did you know it was changed?
24   A.   Because I would see who sent back reviews.
25 I wouldn't get the exact reviews, but I'd get

Page 47

1  checkmarks of who submitted a review for me.
2    Q.   And did you have an understanding as to
3  why Ms. ▓▓▓▓, as you claim, changed your reviewer
4  list?
5    A.   I'm not claiming she did.  I know she did.
6  No, I did not have an understanding of that.
7    Q.   Do you believe that she changed the
8  reviewer list to discriminate against you?
9    A.   I never felt that it was in my favor.
10   Q.   I understand, but the question is whether
11 you felt Ms. ▓▓▓▓ changed your reviewer list in
12 an effort to discriminate against you on the basis of
13 your gender?
14        MS. GREENE:  Objection.  You can answer.
15        THE WITNESS:  I would say yes.
16   Q.   (By Ms. Han)  And what is the basis for
17 that statement?
18   A.   If it wasn't in my favor, and I felt like
19 I was being singled out and the other men in my
20 department weren't being singled out like that, then
21 I would have to say yes, it was based on my gender.
22   Q.   Would it be fair to say, though, that your
23 reviewer list included many women?
24        MS. GREENE:  Objection.
25        THE WITNESS:  It didn't include -- it

Page 48

1  included some women, I wouldn't say many women.
2  And even if it did include women, they may not
3  have known me as well as some other people that
4  were originally on the list that could evaluate
5  me better.
6    Q.   (By Ms. Han)  Just to clarify, the basis
7  for your statement that you believe Ms. ▓▓▓▓
8  discriminated against you with respect to your
9  reviewer list, is that you believe other men in your
10 group did not have the reviewer list changed?
11        MS. GREENE:  Objection.
12        THE WITNESS:  As to the extent that mine
13 was.
14   Q.   (By Ms. Han)  How do you know whether and
15 to what extent other men in your group had the
16 reviewer list changed or not changed?
17   A.   By discussing it, asking.
18   Q.   Who did you discuss it with?
19   A.   Just generally, when we went upstairs to
20 have lunch, I would just ask a number of different
21 people over the years.  I don't remember exactly what
22 years, who I asked.
23   Q.   Well, can you think of any specific male
24 employee you had this discussion with?
25   A.   I think I probably asked most of them.

Page 49

1    Q.   Can you provide some names?
2    A.   Probably ▓▓▓▓, ▓▓▓▓, ▓▓▓▓
3  ▓▓▓▓, ▓▓▓▓; I know I'm forgetting a couple.
4  ▓▓▓▓
5    Q.   And it's your testimony that these men
6  told you that they had no changes to --
7         (Discussion off the record.)
8    Q.   (By Ms. Han)  Is it your testimony that
9  all these men, ▓▓▓▓ -- I think you mentioned ▓▓▓▓
10 ▓▓▓▓, ▓▓▓▓, ▓▓▓▓, and ▓▓▓▓ all
11 told you that they did not have any changes to the
12 reviewer list?
13        MS. GREENE:  Objection.
14        THE WITNESS:  I did not say that.
15   Q.   (By Ms. Han)  So what did you --
16   A.   I said their changes weren't to the extent
17 of mine.
18   Q.   But you don't know the nature of the
19 specific relationships that these individuals had
20 with their reviewers, correct?
21        MS. GREENE:  Objection.
22        THE WITNESS:  We did not discuss the exact
23 names on the list.  We discussed changes, the
24 number of changes on the list.
25   Q.   (By Ms. Han)  So you did not talk about

```
                          Page 274                                            Page 276
 1  this case.  It's an uncomfortable complaint.         1      Q.   (By Ms. Han)  Well, maybe you can answer
 2      Q.   I'm sorry.  When you said just read the     2  it again.
 3  comments that came out after this case, what are you 3      A.   Well, you've asked me at different levels,
 4  referring to?                                        4  so I don't know where you want me to answer that.
 5      A.   Men don't take comments like that very      5  Did I go to HR?  No.  Did I express some concern
 6  lightly.                                             6  when -- at compensation time?  Yes.
 7      Q.   I'm sorry.  What comments are you           7      Q.   So just so the record's clear, you
 8  referring to?                                        8  testified that at no point during your career at
 9      A.   That we're discriminated against.  That     9  Goldman, Sachs did you ever utilize the complaints
10  women are discriminated against and that's why we  10  procedure referred to earlier in Goldman's Equal
11  make less money and are treated -- or given less   11  Employment Opportunity policy, correct?
12  opportunities.                                     12          MS. GREENE:  Objection.
13      Q.   So your statement that women at Goldman,  13          THE WITNESS:  Correct.
14  Sachs are unwilling to make complaints is based on 14      Q.   (By Ms. Han)  And you never went to
15  your view that alleging gender discrimination is a 15  employee relations, for example, or the legal
16  difficult thing to do?                             16  department claiming gender discrimination, correct?
17      A.   Yes.                                      17      A.   Correct.
18      Q.   Anything else?                            18      Q.   And the one instance in which you claim
19      A.   No.                                       19  you raised your concern about compensation to
20      Q.   Your next statement, I also believe that  20  Ms. ▓▓▓▓▓▓▓▓ you did not mention your belief that
21  only a small fraction of the women who suffered sex 21  you were being discriminated against on the basis of
22  discrimination and bias as Goldman have come forward 22  your gender, correct?
23  to complain due to the risk of retaliation, what is 23      A.   The time I raised concern to Ms. ▓▓▓▓▓▓▓
24  the basis of that statement?                       24  was when I asked her if Goldman, Sachs -- she
25      A.   As I said, I think it's a difficult thing 25  believed Goldman, Sachs had a culture of

                          Page 275                                            Page 277
 1  to bring forward.  I think it has a lot of          1  discriminating against women over men that are heads
 2  repercussions.                                      2  of households; I mentioned that conversation.
 3      Q.   And again, that's based upon your          3      Q.   But did you when -- during that
 4  perception that the nature of an allegation of gender 4  conversation with Ms. ▓▓▓▓▓▓▓ did you say to
 5  discrimination is something difficult to discuss?   5  Ms. ▓▓▓▓▓▓▓ you believe you were being discriminated
 6      A.   In an industry, a business that is         6  against with respect to compensation due to your
 7  dominated with men, I think it's extremely -- a     7  gender?
 8  difficult -- a difficult claim to come forward with. 8      A.   No, I did not.
 9      Q.   But you never personally raised any claims 9      Q.   Are you aware of any woman at Goldman,
10  of gender discrimination?                         10  Sachs who did raise a complaint of gender
11      A.   I think --                               11  discrimination who was retaliated against?
12          MS. GREENE:  Objection.                   12      A.   No, I am not.
13          THE WITNESS:  It's a difficult claim.     13      Q.   And when you say, when I brought the
14      Q.   (By Ms. Han)  I'm sorry?                 14  repeated instances of discrimination to the firm's
15      A.   As I said, I think it's a difficult claim 15  attention, the firm did not act to remedy the
16  to come forward with.                             16  situation, again, when you're talking about instances
17      Q.   I'm asking whether you, Ms. Parisi, aside 17  of discrimination, you're referring to compensation,
18  from this litigation, prior to this litigation, did 18  correct?
19  you ever at any point in your career at Goldman,   19      A.   Yes.
20  Sachs raise any concerns about gender discrimination? 20     Q.   Anything else?
21          MS. GREENE:  Objection.                   21      A.   No.
22          THE WITNESS:  I think I've --             22      Q.   Ms. Parisi, who wrote this declaration?
23          MS. GREENE:  Asked and answered.          23          MS. GREENE:  Objection.  Do you want to
24          THE WITNESS:  -- answered that in         24  rephrase your question?
25  various -- at various points.                     25      Q.   (By Ms. Han)  Sure.  I can rephrase it.
```