# EXHIBIT 19

**Holleran, Eileen**

From: Chen-Oster, Cristina
Sent: Thursday, March 10, 2005 11:30 AM
To: Holleran, Eileen
Subject: resignation

Lisa Shalett and Mike Sanders suggested that I follow-up with you on my resignation. Pls let me know when would be a good time for us to meet.

Thanks,
-Cristina

Goldman, Sachs & Co.
1 New York Plaza 50th Floor | New York, New York 10004
Tel: 212-902-8075 | Fax: 212-902-2065
email: cristina.chen-oster@gs.com

H. Cristina Chen-Oster, CFA          Goldman
Vice President, Equities Division    Sachs

© Copyright 2004 Goldman, Sachs & Co., Member NASD/SIPC. All rights reserved. This email has been prepared by Trading/Sales personnel in the Equities Division of Goldman, Sachs & Co. ("Goldman Sachs") and is not the product of Goldman Sachs Investment Research.

Goldman Sachs reserves the right to intercept and monitor the content of e-mail messages to and from its systems. This communication is for your general information only and is not an offer or solicitation to buy or sell any security. It does not take into account the particular investment objectives, financial situation or needs of individual clients. Before acting on any advice or recommendation in this material, you should consider whether it is suitable for your particular circumstances. It has been prepared based upon information that Goldman Sachs believes to be reliable. However, Goldman Sachs does not represent that it is accurate, complete and/or up-to-date and accepts no liability if it is not. Any views expressed herein are those of the individual sender except where the sender specifically states them to be the views of Goldman Sachs. Opinions expressed are current opinions only. Opinions, historical price(s) or value(s) are as of the date and, if applicable, time, indicated. Goldman Sachs does not accept any responsibility to update any opinions or other information contained in this communication. Goldman Sachs and/or its officers, directors and employees, including persons involved in the preparation or issuance of this material, may, from time to time, have long or short positions in, buy or sell (on a principal basis or otherwise), and act as market maker or specialist in, the securities or derivatives (including options) thereof, and serve as a director of companies mentioned in this material. In addition, we may have served as manager or co-manager of a public offering of securities by any such company within the past three years.

CONFIDENTIAL                                                                                           GS0098898