# EXHIBIT 25

 **World Wide Associate Orientation**

# Client Service at Goldman Sachs

**Confidential**                                      **GS0177811**

 **World Wide Associate Orientation**

## Our Business Principles:

**1. Our clients' interests always come first. Our experience shows that if we serve our clients well, our own success will follow.**

 **World Wide Associate Orientation**

# While the client's interest always comes first, the client isn't always right...

- ## Inadvisable Trades

- ## Inappropriate Transactions

- ## Entertainment Policies

**Confidential**

 **World Wide Associate Orientation**

# While the client's interest always comes first, the client isn't always right...

- ## Inadvisable Trades

- ## Inappropriate Transactions

- ## Entertainment Policies

 **World Wide Associate Orientation**

# While the client's interest always comes first, the client isn't always right...

- **Inadvisable Trades**

- **Inappropriate Transactions**

- **Entertainment Policies**

 **GS0177815**

 **World Wide Associate Orientation**

# The Policy on Gifts

- **Limit for giving *or* receiving: █████ per person per year**

- **Restricted Recipients:**
  - **Government officials, US banking employees, employees of exchanges**

- **Role of Designated Approvers**

**Confidential**   **GS0177816**

 **World Wide Associate Orientation**

# The Policy on Entertainment

- ■■■ per person per event unless prior approval received

- GS employee must attend with client

- Inappropriate entertainment

- Regional rules

**Confidential**

**GS0177817**

 **World Wide Associate Orientation**

# The Policy on Entertainment

- ██████ **per person per event unless prior approval received**

- **GS employee must attend with client**

- **Inappropriate entertainment**

- **Regional rules**

**Confidential**

GS0177818

 **World Wide Associate Orientation**

# The Policy on Entertainment

- ███ **per person per event unless prior approval received**

- **GS employee must attend with client**

- **Inappropriate entertainment**

- **Regional rules**

 **World Wide Associate Orientation**

# Top Ten Tips for Dealing with Clients

1. **Make the call**

2. **Listen**

3. **Ask questions**

4. **Be prompt and responsive**

5. **Spend face-time with clients**

**Confidential**
**GS0177820**

 **World Wide Associate Orientation**

# Top Ten Tips for Dealing with Clients

1. **Make the call**

2. **Listen**

3. **Ask questions**

4. **Be prompt and responsive**

5. **Spend face-time with clients**

 **World Wide Associate Orientation**

# Top Ten Tips for Dealing with Clients

6. **Make your client like you**

7. **Develop trust and credibility**

8. **Deliver the firm**

9. **Be confident in your product**

10. **Put yourself in the shoes of your client**

**Confidential**



## World Wide Associate Orientation

# Top Ten Tips for Dealing with Clients

6. **Make your client like you**

7. **Develop trust and credibility**

8. **Deliver the firm**

9. **Be confident in your product**

10. **Put yourself in the shoes of your client**

 **World Wide Associate Orientation**

# Top Ten Tips for Dealing with Clients

6. **Make your client like you**

7. **Develop trust and credibility**

8. **Deliver the firm**

9. **Be confident in your product**

10. **Put yourself in the shoes of your client**

**Confidential**                                    **GS0177824**



**World Wide Associate Orientation**

# Top Ten Tips for Dealing with Clients

6. **Make your client like you**

7. **Develop trust and credibility**

8. **Deliver the firm**

9. **Be confident in your product**

10. **Put yourself in the shoes of your client**

 **World Wide Associate Orientation**

# Client Service at Goldman Sachs

**Confidential**

Notes Summary:

Slide 1: '  Balanced business between client and proprietary trading is a distinctive GS hallmark
   Cannot over-emphasize value of franchise
   Our History: Sears, Ford, Intel, Yahoo, EBay, BP, Deutsche Telecom, China Mobile, Baida
   Critical to brand & position in market
   League tables
   Hand-in-hand with ability to do proprietary trades
   Jim Collins – management guru – authored Good to Great about servicing clients as the single element that differentiates outstanding companies
   Poll audience on former experience being a client vs. serving a client

Presentation delivered on Aug. 10, 2005 at 30 Hudson'

Slide 2: '  Gus Levy – 'Long Term Greedy rather than Short Term Greedy '
The goal is to have clients for a very long time'

**Confidential**

Notes Summary:

Slide 3: 'Inadvisable Trades:
Risk Orientation
  Overly concentrated investment portfolio
  Too large a position in a single long dated, leveraged
structure (despite the fact that doing so would mean big
profits to us) even if they claim to understand risk
  Merger with currency implication.  Desire to do forward
rather than option
  What it sounds like from client: "I know what I'm doing"
  INSERT:  "Orange County Case"
(http://www.gsm.uci.edu/~jorion/oc/case.html)
  "In December 1994, Orange County stunned the markets by
announcing that its investment pool has suffered a loss of
$1.6 billion.  This was the largest loss ever recorded by a
local government investment pool, and led to the bankruptcy of
the county shortly thereafter"
  "This loss was the result of unsupervised investment
activity of Bob Citron, the County Treasurer, who was
entrusted with a $7.5 billion portfolio belonging to county
schools, cities, special districts and the county itself.  In
times of fiscal restraints, Citron was viewed as a wizard who

**Confidential**

**GS0177828**

Notes Summary:

could painlessly deliver greater returns to investors."
   "Citron was able to increase returns on the pool by
investing in derivatives securities and leveraging the
portfolio to the hilt." '

GS0177829

Notes Summary:

Slide 4: 'Inadvisable Trades: (cont.)
  "The investment strategy worked excellently until 1994, when the Fed started a series of interest rate hikes that caused severe losses to the pool.  Initially, this was announced as a "paper" loss.  Shortly thereafter, the county declared bankruptcy."
  "It is unlikely that the $1.6 billion loss will ever be recovered.  So far, the county has settled a $2 billion lawsuit against Merrill Lynch, its principle broker, for $437 million."

  Probe: best opportunity to show respect/learn client perspective
  Advice to get counsel from senior people as jr. people can be taken advantage of in efforts to please
  May do trade anyway – issue is where to draw the line
  Orange County Conclusion:
  In April 1995, Bob Citron pled guilty to 6 felony counts of misleading investors & spent time in jail. At his trial, his defense was "I didn't know what I was doing."
  The GS perspective: Winkelman said "no" – currently serves

**Confidential**                                                            **GS0177830**

Notes Summary:

on Board of Overseers at Wharton and has endowed a chair in
Ethics

,

**Confidential**

**GS0177831**

Notes Summary:

Slide 5: 'Inappropriate Transactions:
  Violation of principles/regulations
  Financial "Shenanigans" done to:
-  misrepresent financial results
  evade taxes
  money laundering (usually happens at end of fiscal periods)
  Transactions include:
  wash trades that involve no risk
  financing rolls done away from market price
  moving positions/trades to different sub-accounts within clients
  third party payments

  What it sounds like from client: "Just this one time"; "My prior coverage did it for me"; "Other dealers do it"
  Always have firm response ☐ NO
'

**Confidential**                                                                    **GS0177832**

Notes Summary:

Slide 6: 'Entertainment:

INSERT: "GS: The Policy of Gifts and Entertainment" May 2, 2005
   "The firm competes for and earns its business and its reputation through the quality of the service and expertise it provides, not by gifts, lavish entertainment, and the like. The provision or exchange of gifts or lavish entertainment can result in a violation of laws, rules, and regulations of various jurisdictions in which the firm operates"

'

**Confidential**                                                          **GS0177833**

Notes Summary:

Slide 7: '  Let's start with appropriate entertainment
   Guidelines on entertainment □ biggest risk to going over
budget at dinner is the wine list – never ask the client to
select the wine
   $ limit
INSERT: The Asian Wall St. Journal: "Wall Streeter's Bachelor
Party Draw Attention"  Tuesday, July 19, 2005
   "Even by Wall Street's over-the-top standards, the March
2003 bachelor party for Thomas Bruderman, a onetime star
trader for Fidelity Investments, was an event to remember."
   "The festivities began with a trip by private jet from
Boston to a small airport outside NYC.  There, the revelers
picked up some Wall St. traders and at least two women who
investigators suspect may have been paid for their attendance,
say people familiar with the matter.  The partygoers –
including groom-to-be, who was getting ready to marry the
daughter of former Tyco Int'l. Ltd. Boss L. Dennis Kozlowski –
then continued to trendy South Beach in Miami.  The fun
included a stay at the ritzy Delano Hotel for some, a yacht
cruise and entertainment by at least one dwarf was hired for
the occasion."

**Confidential**                                                          **GS0177834**

Notes Summary:

   "So far, at least three firms have been embroiled in the investigation.  Jefferies Group Inc. paid for the plane, SG Cowen & Co. paid for the yacht, and Lazard Capital Markets paid for some of the hotel rooms."  '

**Confidential**                                                                                                **GS0177835**

Notes Summary:

Slide 8: 'The Asian Wall St. Journal: "Wall Streeter's
Bachelor Party Draw Attention"  Tuesday, July 19, 2005 (cont.)
  "Last December, Fidelity disciplined 14 employees, including
Mr. DeSano, related to its internal investigation of gifts and
gratuities.  Five, including Mr. Bruderman, have left the firm
in connection with violations of its internal code of ethics.
Mr. DeSano, 44 years old, was fined $50,000 for, among other
things, failing to supervise his employees in connection to
the entertainment they accepted."

  GS attendance:  Company rep must be there - otherwise, the
tickets are a gift
       If you can't attend, find replacement –
What it sounds like from the client: "My son and I would
really love to see the Red Sox play the Yankees..."  implying
he would rather not have you there.

Inappropriate Entertainment
INSERT: "GS Inappropriate Entertainment Policy"
  "The firm expects employees to use good judgment in

**Confidential**                                                    **GS0177836**

Notes Summary:

planning all business entertainment.  You may not entertain
for business purposes in a manner which might injure the
firm's reputation, conflict with its policies (including non-
discrimination policies), or reflect poorly on the firm as a
welcoming and non-exclusionary workplace for all
employees..."'

Notes Summary:

Slide 9: '"GS Inappropriate Entertainment Policy" (cont.)
  "... Consequently, you may not entertain colleagues or
clients for business purposes (1) at establishments which
restrict use of their facilities on the basis of race, gender,
religion or other similar inappropriate factors; or (2) with
sexually oriented entertainment, such as entertainment at
topless bars or lap-dancing bars.  You are not permitted to
use your corporate American Express card for any entertainment
(even if purely personal) at such an establishment or submit
any expenses related to such an establishment for
reimbursement."
 What it sounds like from client::
 Dropping hints by saying that our competitors have taken them
to strip clubs; "What are we doing after dinner?"
  Your response:  Active – "It's not in our guidelines"; "We
don't do that sort of thing"
or
                Passive – ignore the request
  Unacceptable behavior/remarks by Clients; particularly
regarding co-workers
  This type of remark will always take you by surprise, so it

Confidential                                                                   GS0177838

Notes Summary:

is best to have a response prepared that can either deflect
the question or give you time to think through my reply: i.e.
"I'm sorry, I don't think I heard you correctly.  Can you
repeat that?"
   Regional Rules: Some differences outside NY – check w/ local
compliance
   Conclusion: (from Aki Asuke – Chairman of GS Tokyo)
   "If a client is doing something against our ethics, we need
to advise them not to do so.  This is acting in the client's
interests.  To always say 'yes' is not providing good advise,
a real advisor says 'no'."

,

GS0177839

Notes Summary:

Slide 10: 'Make the Call:
Associates ponder too much; Ex: ideas not smart enough; someone else should make the call; don't want to waste client's time
Don't focus on what you don't know – others don't know more than you
Don't over-engineer the approach
Clients want to hear from you more than you think
 You need to make contact before you can develop a relationship

Listen:
80/20 rule: need to reverse the normal order, should be 80% listening, 20% speaking
 Over-anxious to prove yourself or demonstrate how smart you are
 Too nervous about "silence"
 What most salespeople rate themselves lowest on is their listening skills

Ask Questions:

                                                    GS0177840

Notes Summary:

Need to know what client needs – won't get this if you spend
80% of the time pitching
 Do your homework – impress with respect you show in
preparation
 Should ask a question in every conversation – even if "what
do you think of this idea?"
Q & A is payback for making call – you don't know if you don't
ask
 "If you don't ask, you're only guessing"  □ opportunity to
get smarter; be bold
'

Confidential                                                                                    GS0177841

Notes Summary:

Slide 11: 'Be Prompt & Responsive:
When you don't know an answer, admit it – never make it up.
Promise to find out and do it
Speed is important – it shows respect and hunger
Accuracy is critical
 Take time to do the little things – ex: from IBD (fixed
rates, yield curves, questions on economy) 15 minutes spent
here will pay off
 Must respond even when we cannot do what the client wants or
if response was negative – no news is not good news

Spend face time with Clients:
Make the time – don't be too busy for dinner; follow-up mtg.
with lunch
Find way to see them in their office ☐ if it's a dinner mtg.
ask to pick-up client in office
Meet co-workers/boss
Understand environment
Learn about family, hobbies, etc.
███████████████████  █████  ████████████████████████████
Leverage GS training opportunities for clients

**Confidential**                                                                    **GS0177842**

Notes Summary:

Learn to play golf! '

**Confidential**

**GS0177843**

Notes Summary:

Slide 12: 'Make your client like you:
People do business with people they like
You want them to take your call when they are too busy to talk
Make it personal:
                           - Remember birthdays, kids/spouses
name, hobbies
                           - Send magazine articles, books of
interest
Emotional intelligence – adapt your style to your client; the
same approach will not work with everyone

Develop credibility & trust:
Given the agency/principal nature of our business – conflicts
arise
Be straightforward
If we are a principal on a transaction, let client know what
our interest is and convey the fact that when we deal with
them on an agency basis we understand what their interest is
When confronting the tough trade or difficult execution – or
mistake.  Be proactive to acknowledge what happened; apologize
when appropriate; agree how to move forward

**Confidential** **GS0177844**

Notes Summary:

**GS0177845**

Notes Summary:

Slide 13: 'Deliver the Firm:
You hear about teamwork at GS – this is your opportunity to
make it pay
Truly differentiating feature of our firm relative to
competition
INSERT: GS 2004 Annual Report: "Texas Genco – Using the
capital markets to grow in the energy markets"
"Capital: Goldman Sachs underwrote over $3.6 billion of
capital for this transaction in both the leveraged loan and
high-yield markets.  Goldman Sachs' integrated approach to
this transaction combined our commodities expertise and
industry knowledge, which enabled the investor group to
combine committed financing with a commodity hedge in order to
take advantage of the risk profiles of both the commodities
and financing markets.  The commodity hedge and Texas Genco's
forward sale program resulted in strong cash flow generation
and deleveraging which facilitated a precedent-setting
financing that achieved one of the most attractive pricings in
recent history for a leveraged buyout."

██████████████████████████    ████████████████████

**Confidential**                                                                    **GS0177846**

Notes Summary:

█████████████████████████████████████████  ████████████
████████████████████████████████████████████████████████████
████████████████████████████

Tierra del Fuego – example of leveraging distressed assets for
corporate citizenship purposes
On a more granular level, you can differentiate yourself by
leveraging activities
Product offerings of other divisions
Washington office
Senior leadership
Client training opportunities

'

                                                                       GS0177847

Notes Summary:

Slide 14: 'Be Confident in your product:
As a rule – we don't take enough risk with clients
Have enough confidence in yourself, your product, your
relationships to ask to be rewarded for what you delivered
We underestimate the power of our brand – we do not lead
league tables because we are the low cost provider
Understand your ability to influence a situation and be widely
informed – information is powerful
Goal is transform yourself from "service provider" to "mutual
benefit"
The key to driving profitability and value generation for the
firm

 Put yourself in Client's Shoes:
Know their issues (do homework)
What are they thinking?
What would you do if you were them – advise accordingly
Client's suspect you if all you do is "pitch" – need to
demonstrate that you are speaking from their perspective
What does the client need to be successful? ☐ focus resources
accordingly

**Confidential**                                                              **GS0177848**

Notes Summary:

'

Slide 15: '  Put yourself in Client's shoes (cont.)
What is your client feeling? Know both joy & pain
"Feel their pain" ⬚ be empathetic
How does your client feel about MBAs?
How does your client feel about Investment bankers?
Typically a successful group – understand client reactions to
this

█████████████████████████████████████████   ███████   █████████
███████████████████   ▌

**Confidential**                                                                                    **GS0177849**

Notes Summary:

Slide 16: 'Conclusion:
  These lessons apply to everyone – even with internal clients
  It's about stewardship – these are the firm's clients and
your job is to leave the relationships in better shape than
you found them
  Work Hard
  Work Fair
  Get help when needed
  Be Bold
  Enjoy your new relationships
  Good luck!
'

**Confidential**

**GS0177850**