# EXHIBIT 30

**Excerpted from "farber_menonly.log" in "logs" folder of Ward Turnover 05/09/2014**

```
-----------------------------------------------------------------------------------------------
-----------------------------------------------------------
      name:  <unnamed>
       log:  /disk137/goldmansachs/rebuttal/turnover/logs/farber_menonly.log
  log type:  text
 opened on:  9 May 2014, 07:23:58

******

. foreach job in vp ass {
  2.
.         reg loganncomp c.avgscoreRP_S#i.spd i.quartile i.division i.fy i.office_reg i.hed i.jobgroup gstenure gstenure2 related_exp relexp2
lat_`job' newlat_`job'  /*
>               */ if `job'==1 &  (strpos(merge,"Both") | inlist(merge, "Farber Only")) & division!=4 & perf_avail!=0 & !female, cluster(emplid)
  3.
.
. }

Linear regression                              Number of obs =     9811
                                               F( 41,  3244) =   120.09
                                               Prob > F      =   0.0000
                                               R-squared     =   0.4248
                                               Root MSE      =   .60163

                                         (Std. Err. adjusted for 3245 clusters in emplid)
-----------------------------------------------------------------------------------------------
                 |               Robust
      loganncomp |    Coef.   Std. Err.      t    P>|t|     [95% Conf. Interval]
-----------------+-----------------------------------------------------------------
 spd#c.avgscoreRP_S |
               1 |   .5642139   .0396666    14.22   0.000     .4864397    .6419881
               2 |   .3021082   .0362781     8.33   0.000      .230978    .3732384
                 |
        quartile |
               2 |  -.3334166   .0250722   -13.30   0.000    -.3825756   -.2842576
               3 |   -.578986   .0298655   -19.39   0.000    -.6375431   -.5204289
               4 |  -.6596309   .0292403   -22.56   0.000    -.7169621   -.6022996
               5 |  -.8668311   .0361489   -23.98   0.000    -.9377081    -.795954
              23 |  -.3858501   .0242663   -15.90   0.000     -.433429   -.3382713
                 |
        division |
             IBD |    .29708    .034926     8.51   0.000     .2286008    .3655592
             IMD |   .2529547   .0413302     6.12   0.000     .1719189    .3339906
```

SENSITIVE CONFIDENTIAL DATA

```
                                                            |
                                                         fy |
                                                       2004 |  -.2143345   .0300218    -7.14   0.000    -.2731981   -.1554709
                                                       2005 |  -.2243592   .0349796    -6.41   0.000    -.2929436   -.1557748
                                                       2006 |   -.164746   .0345415    -4.77   0.000    -.2324714   -.0970206
                                                       2007 |  -.1783877   .0373985    -4.77   0.000    -.2517148   -.1050606
                                                       2008 |   -.736951    .038432   -19.18   0.000    -.8123044   -.6615976
                                                       2009 |  -.3315189   .0429072    -7.73   0.000    -.4156467    -.247391
                                                       2010 |  -.3451739   .2580522    -1.34   0.181    -.8511358     .160788
                                                       2011 |  -.7131234    .270143    -2.64   0.008    -1.242792   -.1834551
                                                            |
                                                 office_reg |
                                                    Chicago |  -.3287499   .1260871    -2.61   0.009    -.5759683   -.0815315
                                                Jersey City |  -.5173394    .122064    -4.24   0.000    -.7566698   -.2780091
                                                Los Angeles |   .0740043   .1377125     0.54   0.591    -.1960079    .3440166
                                                   New York |   .0165793   .1166151     0.14   0.887    -.2120675     .245226
                                                      Other |    .105917    .123425     0.86   0.391    -.1360819    .3479159
                                              San Francisco |   .0792652   .1257673     0.63   0.529    -.1673261    .3258566
                                                            |
                                                        hed |
                                                 Bachelor's |   .5615065   .1054285     5.33   0.000     .3547932    .7682198
                                                   Master's |   .7324597   .1072747     6.83   0.000     .5221266    .9427927
                          Masters/Professional, in Diff. Fields |   .7700563    .114518     6.72   0.000     .5455214    .9945912
                                                     Ph. D. |   .6928118   .1119172     6.19   0.000     .4733762    .9122474
at least one Ph.D. and/or Master's/Professional, Diff. Fields |   .6138692   .1198981     5.12   0.000     .3787856    .8489529
                                                            |
                                                   jobgroup |
                                                        103 |  -.7237217   .1460474    -4.96   0.000    -1.010076   -.4373673
                                                        201 |  -.0558042   .0592104    -0.94   0.346    -.1718977    .0602894
                                                        203 |  -.0778733   .0684234    -1.14   0.255    -.2120308    .0562841
                                                        205 |   -.442421   .0883038    -5.01   0.000     -.615558   -.2692841
                                                        401 |   .3484086   .0666102     5.23   0.000     .2178063    .4790109
                                                        402 |   .3427165   .0707405     4.84   0.000     .2040158    .4814172
                                                        999 |   -.045739    .134509    -0.34   0.734    -.3094703    .2179923
                                                            |
                                                    gstenure |    .043584   .0063493     6.86   0.000     .0311349    .0560331
                                                   gstenure2 |  -.0007977   .0002401    -3.32   0.001    -.0012685   -.0003269
                                                 related_exp |  -.0216354    .006339    -3.41   0.001    -.0340643   -.0092065
                                                     relexp2 |   .0013231   .0003242     4.08   0.000     .0006874    .0019588
                                                      lat_vp |   .3481294   .0317889    10.95   0.000      .285801    .4104578
                                                   newlat_vp |   .0852324   .0484318     1.76   0.079    -.0097276    .1801925
                                                       _cons |     10.434   .2323912    44.90   0.000     9.978356    10.88965
-------------------------------------------------------------------------------------------------------------------------------
```

SENSITIVE CONFIDENTIAL DATA

**The below is excerpted from "farber_frs_bu.log" in "logs" folder of Ward Turnover 05/09/2014**

```
-------------------------------------------------------------------------------------------------
      name:  <unnamed>
       log:  /disk137/goldmansachs/rebuttal/turnover/logs/farber_frs_bu.log
  log type:  text
 opened on:  9 May 2014, 07:22:45

.
. foreach job in vp ass {
  2.         foreach time in pre post {
  3.
.         use data/combined_reg.dta, clear
  4.
.         gen ass=vp==0
  5.         if "`time'"=="pre" keep if fy<=2009
  6.         if "`time'"=="post" keep if fy>=2010
  7.
.         reg avgscoreRP_S female  i.division i.fy i.office_reg i.hed i.jobgroup c.gstenure##c.gstenure c.related_exp##c.related_exp i.lat_`job' /*
>                */ if `job'==1 &  (strpos(merge,"Both") | inlist(merge, "Farber Only")) & division!=4 & perf_avail!=0, cluster(emplid)
  8.         keep if e(sample)
  9.         predict e, resid
 10.         replace e=e+_b[female]*female
 11.         keep if e<.
 12.         save results/farber_frs_`time'_`job'.dta, replace
 13.         }
 14. }

******

Linear regression                              Number of obs =     4680
                                               F( 32,  2681) =    68.22
                                               Prob > F      =   0.0000
                                               R-squared     =   0.3409
                                               Root MSE      =   .28901

                                     (Std. Err. adjusted for 2682 clusters in emplid)
------------------------------------------------------------------------------------
                   |               Robust
        avgscoreRP_S |      Coef.   Std. Err.      t    P>|t|     [95% Conf. Interval]
-------------------+----------------------------------------------------------------
            female |  -.0539131   .0120968              0.000    -.0776331   -.0301931
                   |
          division |
```

SENSITIVE CONFIDENTIAL DATA

```
                                               IBD |   .1210185   .0174849     6.92   0.000     .0867334    .1553037
                                               IMD |  -.2218392   .0227762    -9.74   0.000    -.2664998   -.1771786
                                                   |
                                                fy |
                                              2004 |   .0794732   .0317742     2.50   0.012     .0171687    .1417777
                                              2005 |  -.0206342   .0362376    -0.57   0.569    -.0916907    .0504224
                                              2006 |   .1372164   .0325088     4.22   0.000     .0734715    .2009612
                                              2007 |   .2299936   .0322805     7.12   0.000     .1666964    .2932907
                                              2008 |    .387846   .0321627    12.06   0.000     .3247798    .4509122
                                              2009 |   .5272632   .0327002    16.12   0.000     .4631429    .5913834
                                                   |
                                        office_reg |
                                           Chicago |   .0326116   .0527443     0.62   0.536    -.0708119    .1360351
                                       Jersey City |  -.0328826   .0528655    -0.62   0.534     -.136544    .0707787
                                       Los Angeles |   .0305506    .063729     0.48   0.632    -.0944125    .1555136
                                          New York |   .0489901    .049104     1.00   0.319    -.0472955    .1452756
                                             Other |  -.0373197   .0538896    -0.69   0.489     -.142989    .0683496
                                     San Francisco |   .0390037   .0569498     0.68   0.493    -.0726662    .1506736
                                                   |
                                               hed |
                                        Bachelor's |   .2026757   .0557356     3.64   0.000     .0933866    .3119648
                                          Master's |   .1868347   .0576784     3.24   0.001      .073736    .2999334
                    Masters/Professional, in Diff. Fields |   .0973601   .0626678     1.55   0.120    -.0255219    .2202422
                                           Ph. D.  |   .2151579   .0644342     3.34   0.001     .0888121    .3415038
 at least one Ph.D. and/or Master's/Professional, Diff. Fields |   .0974254   .0764214     1.27   0.202    -.0524255    .2472763
                                                   |
                                          jobgroup |
                                               201 |  -.0111207   .1577115    -0.07   0.944    -.3203693    .2981279
                                               202 |  -.1457803   .1563344    -0.93   0.351    -.4523286    .1607679
                                               203 |  -.1546232   .1583178    -0.98   0.329    -.4650606    .1558141
                                               206 |  -.1050129   .1585334    -0.66   0.508     -.415873    .2058472
                                               401 |  -.0847834   .1565168    -0.54   0.588    -.3916892    .2221224
                                               402 |  -.1319681   .1568268    -0.84   0.400    -.4394817    .1755455
                                               999 |  -.2065257   .1699101    -1.22   0.224    -.5396937    .1266423
                                                   |
                                           gstenure |  -.0042821   .0049981    -0.86   0.392    -.0140827    .0055184
                                                   |
                               c.gstenure#c.gstenure |  -.0005733   .0002214    -2.59   0.010    -.0010075   -.0001391
                                                   |
                                        related_exp |  -.0187291   .0050579    -3.70   0.000    -.0286468   -.0088114
                                                   |
                           c.related_exp#c.related_exp |   .0007547   .0004733     1.59   0.111    -.0001734    .0016828
                                                   |
                                         1.lat_ass |  -.1292912   .0184324    -7.01   0.000    -.1654343    -.093148
                                             _cons |   3.910348   .1777381    22.00   0.000      3.56183    4.258865
```

SENSITIVE CONFIDENTIAL DATA

```
--------------------------------------------------------------------------------
(16003 observations deleted)
(1289 real changes made)
(0 observations deleted)
file results/farber_frs_pre_ass.dta saved
(20683 observations deleted)

Linear regression                              Number of obs  =     1603
                                               F( 25,  1163)  =    66.56
                                               Prob > F       =   0.0000
                                               R-squared      =   0.4532
                                               Root MSE       =   .40496

                                       (Std. Err. adjusted for 1164 clusters in emplid)
-----------------------------------------------------------------------------------------------
                                            |              Robust
                                 avgscoreRP_S |     Coef.   Std. Err.     t    P>|t|   [95% Conf. Interval]
-----------------------------------------------+-----------------------------------------------
                                      female |  -.0768861   .0255486            0.003  -.1270125   -.0267597
                                             |
                                    division |
                                         IBD |  -.0612824   .0410759   -1.49   0.136  -.1418736    .0193088
                                         IMD |  -.4702774   .0424927  -11.07   0.000  -.5536483   -.3869065
                                             |
                                          fy |
                                        2011 |   .4344148   .0181809   23.89   0.000   .3987438    .4700858
                                             |
                                  office_reg |
                                     Chicago |   .0591986   .0728134    0.81   0.416  -.0836618     .202059
                                 Jersey City |   .0021042    .085312    0.02   0.980  -.1652785     .169487
                                 Los Angeles |  -.0743059   .0985481   -0.75   0.451  -.2676578    .1190461
                                    New York |   .0387411   .0610074    0.64   0.526  -.0809558     .158438
                                       Other |  -.1829371   .0781642   -2.34   0.019  -.3362958   -.0295785
                               San Francisco |  -.0454085   .0960095   -0.47   0.636  -.2337797    .1429626
                                             |
                                         hed |
                                  Bachelor's |   .0052282   .0816576    0.06   0.949  -.1549845    .1654409
                                    Master's |  -.0714636   .0862345   -0.83   0.407  -.2406562     .097729
              Masters/Professional, in Diff. Fields |  -.1258659   .1021681   -1.23   0.218  -.3263203    .0745885
                                      Ph. D. |   .1848724   .1093577    1.69   0.091   -.029688    .3994328
at least one Ph.D. and/or Master's/Professional, Diff. Fields |  -.1484951   .1224372   -1.21   0.225  -.3887176    .0917274
                                             |
                                    jobgroup |
                                         203 |  -.2008718   .0532245   -3.77   0.000  -.3052986    -.096445
                                         206 |  -.3819309   .1088205   -3.51   0.000  -.5954374   -.1684244
```

SENSITIVE CONFIDENTIAL DATA

```
                         401 |   -.0066153    .0411893    -0.16   0.872    -.0874291    .0741984
                         402 |    .0033655    .0469436     0.07   0.943    -.0887382    .0954691
                         999 |   -.1274035    .1184622    -1.08   0.282    -.3598269      .10502
                             |
                     gstenure |   -.0018817    .0120485    -0.16   0.876    -.0255209    .0217574
                             |
         c.gstenure#c.gstenure |   -.0009688    .0004632    -2.09   0.037    -.0018776     -.00006
                             |
                  related_exp |   -.0067741    .0148296    -0.46   0.648    -.0358699    .0223217
                             |
     c.related_exp#c.related_exp |   -.0006419    .0017108    -0.38   0.708    -.0039986    .0027147
                             |
                    1.lat_ass |   -.2176199    .0397411    -5.48   0.000    -.2955922   -.1396475
                        _cons |    7.985211    .1362661    58.60   0.000     7.717856    8.252566
------------------------------------------------------------------------------------------------
```

SENSITIVE CONFIDENTIAL DATA