# EXHIBIT 31

**Excerpted from "perf01_vp.log" in "analysis/logs" folder of Farber Turnover 02/05/2014**

```
-------------------------------------------------------------------------------
      name:  <unnamed>
       log:  /Volumes/Scratch/aa_data/aa_reply/backup/logs/perf01_vp.log
  log type:  text
 opened on:  30 Jan 2014, 15:48:53

******

. /* MACROS FOR VARIABLES */
> local m1 "i.division i.year i.office_reg i.hed i.jobgroup
>  gstenure gstenure2 related_exp relexp2 lat_vp";

******

. reg avgscoreRP_S female `m1' if year<=2009,cluster(empid);
```

Linear regression

```
                                              Number of obs =     8692
                                              F( 32,  3399) =    82.63
                                              Prob > F      =   0.0000
                                              R-squared     =   0.2735
                                              Root MSE      =   .26775
```

```
                      (Std. Err. adjusted for 3400 clusters in empid)
-------------------------------------------------------------------------------
             |              Robust
 avgscoreRP_S |    Coef.   Std. Err.      t    P>|t|     [95% Conf. Interval]
-------------+-----------------------------------------------------------------
      female | -.0533373   .0103486   ███████   0.000   -.0736275   -.0330472
             |
    division |
           2 |  .0429191   .0157777    2.72    0.007    .0119844    .0738538
           3 | -.1222156   .0128607   -9.50    0.000    -.147431   -.0970002
             |
        year |
        2004 |  .1162086    .019747    5.88    0.000    .0774913    .1549259
        2005 |  .1871489    .023091    8.10    0.000    .1418753    .2324225
        2006 |  .2419486   .0200779   12.05    0.000    .2025827    .2813144
        2007 |   .328002   .0199759   16.42    0.000     .288836     .367168
        2008 |  .4273172   .0200306   21.33    0.000    .3880441    .4665904
        2009 |  .5523617   .0201046   27.47    0.000    .5129434    .5917799
             |
  office_reg |
           2 | -.0151301   .0347301   -0.44    0.663    -.083224    .0529638
```

SENSITIVE CONFIDENTIAL DATA

```
         3 |  -.0646433    .0373747    -1.73   0.084    -.1379224    .0086358
         4 |   .0009987    .0449808     0.02   0.982    -.0871934    .0891908
         5 |   .0070286    .0324158     0.22   0.828    -.0565279    .0705851
         6 |  -.0196678    .0358034    -0.55   0.583    -.0898662    .0505306
         7 |   .0124034    .0364176     0.34   0.733    -.0589992    .0838059
           |
       hed |
         2 |   .1322914    .0446498     2.96   0.003     .0447483    .2198345
         3 |   .1346779    .0448712     3.00   0.003     .0467006    .2226552
         4 |   .1072014    .0492945     2.17   0.030     .0105515    .2038513
         5 |   .1704929    .0500264     3.41   0.001     .0724081    .2685778
         6 |   .1733852    .0598861     2.90   0.004     .0559687    .2908016
           |
  jobgroup |
       103 |   .033541     .0546197     0.61   0.539    -.0735498    .1406318
       201 |   .0374874    .0361965     1.04   0.300    -.0334817    .1084564
       203 |  -.0280956    .040681     -0.69   0.490    -.1078573    .0516662
       205 |  -.0097281    .0440741    -0.22   0.825    -.0961424    .0766863
       401 |   .0649106    .0382695     1.70   0.090     -.010123    .1399442
       402 |   .0323889    .038698      0.84   0.403    -.0434849    .1082626
       999 |   .0132049    .0493623     0.27   0.789    -.0835779    .1099878
           |
   gstenure |   .009351     .0024242     3.86   0.000     .0045981    .014104
  gstenure2 |  -.0003878    .0000899    -4.31   0.000    -.0005642   -.0002115
related_exp |  -.0060974    .0023986    -2.54   0.011    -.0108002   -.0013946
    relexp2 |  -.0000385    .0001385    -0.28   0.781    -.0003101    .000233
     lat_vp |  -.0147258    .0139571    -1.06   0.291     -.042091    .0126394
      _cons |   3.754637    .0703279    53.39   0.000     3.616748    3.892527
------------------------------------------------------------------------------

******

. reg avgscoreRP_S female `m1' if year>=2010,cluster(empid);

Linear regression                               Number of obs =     3732
                                                F( 26,  2241) =   116.44
                                                Prob > F      =   0.0000
                                                R-squared     =   0.4302
                                                Root MSE      =   .33671

                     (Std. Err. adjusted for 2242 clusters in empid)
------------------------------------------------------------------------------
            |               Robust
avgscoreRP_S |    Coef.   Std. Err.      t    P>|t|     [95% Conf. Interval]
------------+-----------------------------------------------------------------
```

SENSITIVE CONFIDENTIAL DATA

```
      female |  -.0448108    .0166077    ███████     0.007    -.0773788    -.0122428
             |
    division |
           2 |  -.0776585    .0283621     -2.74      0.006    -.1332773    -.0220398
           3 |  -.3721277    .0227757    -16.34      0.000    -.4167914     -.327464
             |
        year |
        2011 |    .365906    .0085833     42.63      0.000     .349074      .382738
             |
  office_reg |
           2 |   -.029909    .0423579     -0.71      0.480    -.1129737     .0531558
           3 |  -.1042885    .0561256     -1.86      0.063    -.2143521      .005775
           4 |  -.0982428     .056308     -1.74      0.081    -.2086641     .0121785
           5 |   .0511208    .0375153      1.36      0.173    -.0224476     .1246892
           6 |  -.0731175    .0476017     -1.54      0.125    -.1664654     .0202305
           7 |    .010587    .0526954      0.20      0.841    -.0927498     .1139238
             |
         hed |
           2 |  -.1225356    .0691951     -1.77      0.077    -.2582288     .0131575
           3 |  -.1270911    .0696806     -1.82      0.068    -.2637363     .0095542
           4 |  -.1434103    .0770358     -1.86      0.063    -.2944793     .0076588
           5 |  -.0918743    .0773657     -1.19      0.235    -.2435903     .0598417
           6 |  -.2159792    .0884174     -2.44      0.015    -.3893677    -.0425907
             |
    jobgroup |
         103 |  -.0850745    .0885286     -0.96      0.337    -.2586811     .0885322
         201 |   .0909987    .0671008      1.36      0.175    -.0405875      .222585
         203 |  -.0205421    .0731418     -0.28      0.779    -.1639749     .1228908
         205 |  -.0044025    .0819918     -0.05      0.957    -.1651904     .1563854
         401 |   .1744534    .0697172      2.50      0.012     .0377364     .3111704
         402 |   .1429847    .0705515      2.03      0.043     .0046316     .2813378
             |
     gstenure |   .0129367    .0034514      3.75      0.000     .0061685      .019705
    gstenure2 |  -.0005082    .0001149     -4.42      0.000    -.0007335    -.0002828
  related_exp |  -.0124086    .0040801     -3.04      0.002    -.0204098    -.0044073
      relexp2 |   .0000983    .0002283      0.43      0.667    -.0003494     .0005459
       lat_vp |  -.0384024    .0230263     -1.67      0.096    -.0835576     .0067527
        _cons |   7.936601    .1100348     72.13      0.000     7.72082     8.152382
------------------------------------------------------------------------------
```

SENSITIVE CONFIDENTIAL DATA