```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
H. CRISTINA CHEN-OSTER; LISA         :   10 Civ. 6950 (AT) (JCF)
PARISI; and SHANNA ORLICH,           :
                                     :
             Plaintiffs,             :   O R D E R
                                     :
     - against -                     :
                                     :
GOLDMAN, SACHS & CO. and THE         :
GOLDMAN SACHS GROUP, INC.,           :
                                     :
             Defendants.             :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/14

Counsel having submitted proposals for the format of the evidentiary hearing and oral argument on motions for class certification and the exclusion of certain witnesses, it is hereby ORDERED that the proceedings will take place October 22-24, 2014, pursuant to the following schedule:

October 22

      9:30-11:00   -   Plaintiffs' argument on class certification

      11:00-11:15  -   Break

      11:15-12:45  -   Defendants' argument on class certification

      12:45-1:45   -   Lunch

      1:45-2:15    -   Plaintiffs' rebuttal

      2:15-2:45    -   Defendants' rebuttal

      2:45-3:00    -   Break

```
     3:00-5:00      -  Oral argument on evidentiary motions other
                       than statistical experts
```

October 23

```
     9:30-10:15     -  Farber direct examination

     10:15-11:15    -  Farber cross-examination

     11:15-11:30    -  Break

     11:30-11:45    -  Farber re-direct

     11:45-12:00    -  Farber re-cross

     12:00-12:30    -  Court's questions

     12:30-1:30     -  Lunch

     1:30-2:15      -  Ward direct examination

     2:15-3:15      -  Ward cross-examination

     3:15-3:30      -  Break

     3:30-3:45      -  Ward re-direct

     3:45-4:00      -  Ward re-cross

     4:00-4:30      -  Court's questioning

     4:30-5:00      -  Plaintiffs' argument re statistical experts

     5:00-5:30      -  Defendants' argument re statistical experts
```

October 24

Morning reserved for any remaining argument on any pending motion at the Court's discretion. A determination will be made at the close of proceedings on October 23 what, if any, additional argument is appropriate.

2

SO ORDERED.

*James C. Francis IV*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          October 1, 2014

Counsel of Record:

Adam T. Klein, Esq.
Cara E. Greene, Esq.
Carmelyn P. Malalis, Esq.
Jennifer L. Liu, Esq.
Justin M. Swartz, Esq.
Melissa L. Stewart, Esq.
Outten & Golden, LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016

Alison M. Stocking, Esq.
Anne B. Shaver, Esq.
Heather H. Wong, Esq.
Kelly Dermody, Esq.
Lisa J. Cisneros, Esq.
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Theodore O. Rogers, Jr., Esq.
Margaret E. Bartlett, Esq.
Michael P. Reis, Esq.
Suhana S. Han, Esq.
Robin D. Fessel, Esq.
Sullivan and Cromwell, LLP
125 Broad Street
New York, NY 10004

Barbara B. Brown, Esq.
Neal D. Mollen, Esq.
Paul Hastings LLP
875 15th Street N.W.
Washington, DC 20005

C. Geoffrey Weirich, Esq.
Paul Hastings LLP
600 Peachtree Street, NE
Suite 2400
Atlanta, GA 30308