UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

H. CRISTINA CHEN-OSTER; LISA PARISI; and
SHANNA ORLICH,

                     Plaintiffs,

       v.                                10 Civ. 6950 (AT) (JCF)

GOLDMAN, SACHS & CO. and THE GOLDMAN
SACHS GROUP, INC.,

                     Defendants.

------------------------------------------------------------------ x

## [~~PROPOSED~~] ORDER

    In connection with a hearing in this action scheduled for October 22 and 23, 2014, with the possibility of extending to October 24, 2014, defendants have requested permission to bring the following equipment through the freight entrance of the court house on October 21, 2014 for purposes of setting up and testing such equipment: one LCD projector; one 100" screen; one 150" screen; one document camera; two stands (one for document camera and one for projector); three VGA splitters; two VGA inputs; one pair of speakers and two audio outputs; three LCD monitors; one portable Powerpoint "clicker;" one laser pointer; one small table; and one small printer. Defendants have also requested permission to remove the aforementioned equipment through the freight entrance after the hearing concludes on October 23 or 24, 2014.

    Defendants' request is hereby granted.

SO ORDERED.

Dated:   New York, New York
           October 16, 2014

                                                               James C. Francis
                                                               United States Magistrate Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/14
```