IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; LISA PARISI; and SHANNA ORLICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>Defendants. | No. 10 Civ. 6950 (AT) (JCF)<br><br>**[PROPOSED] ORDER** |

In connection with a hearing in this action scheduled for October 22 and 23, 2014, with the possibility of extending to October 24, 2014, Plaintiffs have requested permission for their litigation support representative Hazel Mottershead to bring the following equipment to the court house on October 21, 2014 for purposes of testing such equipment: one laptop computer and associated VGA cords.

**IT IS SO ORDERED.**

Dated: 10/21/14

_James C. Francis IV_
JAMES C. FRANCIS
United States Magistrate Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/14
```