Case 1:14-mc-00047-P1   Document 2   Filed 02/27/14   Page 5 of 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

-------------------------------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 10/21/14

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned Chen Oster et ano v. Goldman, Sachs & Co. et ano

_____, No 10 CV 6950 The date(s) for which such authorization is provided is (are) October 22, 23, 24, 2014

| Attorney | Device(s) |
|---|---|
| 1. Greg Palm | blackberry |
| 2. Austin Raynor | four laptops |

6

| 3. | |
|----|--|
|    |  |

*(Attach Extra Sheet if Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 10/21/14

James C. Francis IV
United States Judge

Revised: February 26, 2014