**SULLIVAN & CROMWELL LLP**

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

November 12, 2014

By Hand and ECF

The Honorable James C. Francis, IV,
   U.S. District Court for the
      Southern District of New York,
         500 Pearl Street,
           New York, NY 10007-1312.

         Re:   *Chen-Oster, et ano.* v. *Goldman, Sachs & Co., et ano.*,
               No. 10 Civ. 6950 (AT) (JCF)

Dear Judge Francis:

        Pursuant to the Court's instructions, I write to advise that Defendants in the above-captioned case do not seek any redactions of the transcripts of the hearing held on October 22 and 23, 2014. In addition, to facilitate the Court's use of those transcripts, enclosed is a chart concerning the demonstrative slides used on October 23 during the examinations of Dr. Henry Farber and Dr. Michael Ward. This chart cross-references (i) the page and line numbers in the transcript where the demonstratives were used; and (ii) the source citations referred to in those demonstratives.

                                             Respectfully,

                                             Robert J. Giuffra, Jr.

(enclosure)

cc:  Kelly M. Dermody, Esq. (by ECF)
      (Lieff Cabraser Heimann & Bernstein, LLP)

     Adam T. Klein, Esq. (by ECF)
     (Outten & Golden LLP)

*Chen-Oster, et ano.* v. *Goldman, Sachs & Co., et ano.*,
No. 10 Civ. 6950 (AT) (JCF)
October 23, 2014 Class Certification Hearing
Expert Testimony Cross-Reference Chart

I. **Cross-Examination of Dr. Henry S. Farber**

| Hearing Transcript Citation | Slide Number Referred to in Transcript | Source Citation |
|---|---|---|
| 263:19 | Slide 3 | Report of Dr. Michael P. Ward, dated July 3, 2014, Appendix A, Chart 1 |
| 289:4 | Slide 11 | Report of Dr. Henry S. Farber, dated February 17, 2014, at 20 ¶ 49 |
| 289:13 | Slide 12 | Rebuttal Report of Dr. Henry S. Farber, dated July 29, 2014, at 10 ¶ 33, 11 ¶ 38, 26 n.25 |

II. **Direct Examination of Dr. Michael P. Ward**

| Hearing Transcript Citation | Slide Number Referred to in Transcript | Source Citation |
|---|---|---|
| 306:4 | Slide 3 | Report of Dr. Michael P. Ward, dated July 3, 2014, Appendix A, Chart 1 |
| 307:1 | Slide 4 | Report of Dr. Michael P. Ward, dated July 3, 2014, Appendix A, Chart 1 |
| 307:11 | Slide 5 | Report of Dr. Michael P. Ward, dated July 3, 2014, Appendix A, Chart 1 |

| Hearing Transcript Citation | Slide Number Referred to in Transcript | Source Citation |
|---|---|---|
| 308:25 | Slide 6 | Report of Dr. Michael P. Ward, dated July 3, 2014, Appendix A, Chart 4 |
| 309:4 | Slide 7 | Report of Dr. Michael P. Ward, dated July 3, 2014, Appendix A, Chart 4 |
| 309:7 | Slide 8 | Report of Dr. Michael P. Ward, dated July 3, 2014, Appendix A, Chart 4 |
| 309:15 | Slide 14 | Report of Dr. Michael P. Ward, dated July 3, 2014, Appendix A, Chart 2 |
| 310:17 | Slide 15 | Report of Dr. Michael P. Ward, dated July 3, 2014, at 6 |
| 313:2 | Slide 16 | Report of Dr. Michael P. Ward, dated July 3, 2014, at 11 |
| 314:25 | Slide 17 | Report of Dr. Michael P. Ward, dated July 3, 2014, at 20 (referring to Rebuttal Report of Dr. Henry S. Farber, dated January 28, 2014, backup file AA_backup_for_Farber_Jan._28_2014_Expert_Rebuttal_Report / analysis/logs / rb_models_assoc.log (on file with the parties)) |
| 315:9 | Slide 18 | Report of Dr. Michael P. Ward, dated July 3, 2014, at 20 (referring to Rebuttal Report of Dr. Henry S. Farber, dated January 28, 2014, backup file AA_backup_for_Farber_Jan._28_2014_Expert_Rebuttal_Report / analysis/logs / rb_models_vp_mk.log (on file with the parties)) |
| 317:4 | Slide 19 | Report of Dr. Michael P. Ward, dated July 3, 2014, at 24, Figure 1 |
| 318:1 | Slide 20 | Derived from Report of Dr. Michael P. Ward, dated July 3, 2014, Figure 1 |
| 318:24 | Slide 21 | Derived from Report of Dr. Michael P. Ward, dated July 3, 2014, Figure 1 |
| 319:16 | Slide 22 | Report of Dr. Michael P. Ward, dated July 3, 2014, at 25 |

| Hearing Transcript Citation | Slide Number Referred to in Transcript | Source Citation |
|---|---|---|
| 320:6 | Slide 23 | Report of Dr. Michael P. Ward, dated July 3, 2014, at 24–25 |
| 324:14 | Slide 116 (from Defendants' October 22, 2014 slide presentation) | Report of Dr. Michael P. Ward, dated July 3, 2014, at 62, Table 4 |
| 325:5 | Slide 117 (from Defendants' October 22, 2014 slide presentation) | Report of Dr. Michael P. Ward, dated July 3, 2014, at 66, Table 5 |
| 325:14 | Slide 118 (from Defendants' October 22, 2014 slide presentation) | Report of Dr. Michael P. Ward, dated July 3, 2014, at 67, Table 6 |
| 326:8 | Slide 24 | Report of Dr. Michael P. Ward, dated July 3, 2014, at 56, Figure 8 |
| 326:19 | Slide 25 | Report of Dr. Michael P. Ward, dated July 3, 2014, at 57, Figure 9 |
| 326:24 | Slide 26 | Report of Dr. Michael P. Ward, dated July 3, 2014, at 58–59, Figure 10 |
| 327:13 | Slide 27 | Report of Dr. Michael P. Ward, dated July 3, 2014, at 61, Figure 12 |
| 328:4 | Slide 28 | Derived from Report of Dr. Michael P. Ward, dated July 3, 2014, at 56–59, Figures 8–10 |
| 329:7 | Slide 29 | Report of Dr. Michael P. Ward, dated July 3, 2014, at 40, Table 1 |
| 330:6 | Slide 30 | Report of Dr. Michael P. Ward, dated July 3, 2014, Appendix A, Chart 6 |

| Hearing Transcript Citation | Slide Number Referred to in Transcript | Source Citation |
|---|---|---|
| 331:9 | Slide 31 | Report of Dr. Michael P. Ward, dated July 3, 2014, at 27 |
| 332:14 | Slide 32 | Report of Dr. Michael P. Ward, dated July 3, 2014, at 29 |
| 333:1 | Slide 33 | Report of Dr. Michael P. Ward, dated July 3, 2014, at 76, Table 10 |
| 333:25 | Slide 34 | Rebuttal Report of Dr. Henry S. Farber, dated July 29, 2014, Table R1 |
| 335:1 | Slide 35 | Rebuttal Report of Dr. Henry S. Farber, dated July 29, 2014, Table R2 |