**OUTTEN & GOLDEN** LLP

*Advocates for Workplace Fairness*

February 25, 2015

**Via ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>*Chen-Oster, et al. v. Goldman, Sachs & Co., et al.*, **No 10 Civ. 6950 (AT) (JCF)**</u>

Dear Judge Torres:

      We represent the Plaintiffs in the above-captioned matter. Plaintiffs write to notify the Court that Jennifer L. Liu is no longer associated with the law firm of Outten & Golden LLP as of January 6, 2015. Plaintiffs request that Ms. Liu be withdrawn as attorney of record in the above-captioned matter and that all further electronic notices in the matter to Ms. Liu be terminated.

      Plaintiffs continue to be represented by Outten & Golden, LLP and Lieff Cabraser Heimann & Bernstein, LLP.

                                        Respectfully submitted,

                                        Melissa L. Stewart