UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; LISA PARISI; and SHANNA ORLICH,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.<br><br>　　　　　　　　　　　Defendants. | 10 Civ. 6950 (AT) (JCF)<br><br>**NOTICE OF MOTION** |

　　　　PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and Declaration of Barbara B. Brown, both dated June 13, 2014, and supporting documents filed therewith; and all other pleadings, papers, and proceedings herein, the undersigned counsel for Defendants Goldman, Sachs & Co. and The Goldman Sachs Group, Inc. will move this Court pursuant to Federal Rules of Evidence 401, 402, 403 and 702, on such date and at such time as it may please the Court, for an Order striking the Reports, Opinion, and Any Testimony of Plaintiffs' Expert Dr. Wayne F. Cascio.

Dated: Washington, D.C.
June 13, 2014

        PAUL HASTINGS LLP

BY: /s/ Barbara B. Brown
BARBARA B. BROWN (*admitted pro hac vice*)
CARSON H. SULLIVAN (*admitted pro hac vice*)
NEAL D. MOLLEN (*admitted pro hac vice*)
875 15th Street, NW
Washington, DC 20005
barbarabrown@paulhastings.com
carsonsullivan@paulhastings.com
nealmollen@paulhastings.com


THEODORE O. ROGERS, JR.
ROBIN D. FESSEL
SUHANA S. HAN
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, New York 10004
(212) 558-4000
rogersto@sullcrom.com;
fesselr@sullcrom.com;
hans@sullcrom.com

*Attorneys for Defendants*

GOLDMAN, SACHS & CO. AND
THE GOLDMAN SACHS GROUP, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; LISA PARISI; and SHANNA ORLICH,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.<br><br>Defendants. | 10 Civ. 6950 (AT) (JCF)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 13, 2014, I caused the foregoing Notice of Motion to be served on the following attorneys of record, by electronic mail and by U.S. Mail:

> Adam T. Klein
> OUTTEN & GOLDEN, LLP
> 3 Park Avenue, 29th Floor
> New York, New York 10016
>
> Kelly M. Dermody
> Anne B. Shaver
> LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
> 275 Battery Street, 29th Floor
> San Francisco, CA 94111-3339

BY: _____
Barbara B. Brown