```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
H. CRISTINA CHEN-OSTER; LISA          : 10 Civ. 6950 (AT) (JCF)
PARISI; and SHANNA ORLICH,            :
                                      :
              Plaintiffs,             :      O R D E R
                                      :
    - against -                       :
                                      :
GOLDMAN, SACHS & CO. and THE          :
GOLDMAN SACHS GROUP, INC.,            :
                                      :
              Defendants.             :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/15

A pretrial conference having been held by telephone on March 31, 2015, it is hereby ORDERED as follows:

1. Defendants shall answer plaintiff's motion for reconsideration of my March 10, 2015 Report and Recommendation (the "3/10/15 R&R") by April 14, 2015; plaintiffs shall reply by April 28, 2015.

2. Plaintiffs shall serve and file any motion to intervene by April 13, 2015; defendants shall answer the motion by May 15, 2015; plaintiffs shall reply by June 1, 2015.

3. At the direction of the Honorable Analisa Torres, U.S.D.J., the schedule for submitting objections with respect to the 3/10/15 R&R shall be held in abeyance pending determination of the motions referenced in paragraphs 1 and 2 above.

1

SO ORDERED.

*James C. Francis IV*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         March 31, 2015

Copies transmitted this date:

Adam T. Klein, Esq.
Cara E. Greene, Esq.
Justin M. Swartz, Esq.
Melissa L. Stewart, Esq.
Outten & Golden, LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016

Alison M. Stocking, Esq.
Anne B. Shaver, Esq.
Heather H. Wong, Esq.
Kelly Dermody, Esq.
Lisa J. Cisneros, Esq.
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Theodore O. Rogers, Jr., Esq.
Margaret E. Bartlett, Esq.
Michael P. Reis, Esq.
Suhana S. Han, Esq.
Robin D. Fessel, Esq.
Sullivan and Cromwell, LLP
125 Broad Street
New York, NY 10004

Barbara B. Brown, Esq.
Neal D. Mollen, Esq.
Paul Hastings LLP
875 15th Street N.W.
Washington, DC 20005

C. Geoffrey Weirich, Esq.
Paul Hastings LLP
1170 Peachtree Street, NE
Suite 2400
Atlanta, GA 30308