**Social Science Research Network** — Tomorrow's Research Today

Home | Search | Browse | Submit | Subscribe | Shopping Cart | MyBriefcase | Top Papers | Top Authors | Top Organizations | SSRN Blog

Feedback to SSRN 

Abstract — http://ssrn.com/abstract=1721123 | References (36)

Download This Paper | Share | Email | Add to MyBriefcase | Purchase Bound Hard Copy

Paper statistics
Abstract Views: 266
Downloads: 43
References: 36


Doctorate In Education
Flexible Evening & Online Programs Available At GCU. Sign Up

# The Use of Peters-Belson Regression in Legal Cases

**Joseph L. Gastwirth**
George Washington University - Columbian College of Arts and Sciences

**Efstathia Bura**
George Washington Univesity

**Hiro Hikawa**
Five Bridges Advisors, LLC

December 6, 2010

**Abstract:**
In equal employment cases it is important to compare the salary, hiring or promotion status of minority employees or applicants to that of similarly qualified majority members. Standard regression methods include a binary variable indicating minority status along with major job-related variables to assess whether belonging to a minority has a negative effect.

Implicitly, this method assumes that any discriminatory policy has the same effect on every minority applicant or employee. Peters-Belson regression is a form of statistical matching akin in spirit to Bhattacharya's band-width matching. In the context of studying possible sex discrimination in pay, one fits a regression to the salaries of employees of the males and then predicts the salary of females from the male equation. This prediction estimates the salary a female employee would receive assuming her job-related characteristics were rewarded in a similar way as males, i.e. it provides a "statistical match" for the actual salary of each female. The difference, if any, between the actual and predicted salary of each female employee estimates her under-compensation. Both parametric and non-parametric approaches to Peters-Belson regression are described and their use illustrated on salary data based on the EEOC v. Shelby County equal pay case. Implications for the analysis of the data considered by courts to decide whether a class action is appropriate, as in Dukes v. Wal-Mart, are discussed.

**Number of Pages in PDF File:** 22

Date posted: December 7, 2010

Download This Paper

## Suggested Citation

Gastwirth, Joseph L. and Bura, Efstathia and Hikawa, Hiro, The Use of Peters-Belson Regression in Legal Cases (December 6, 2010). Available at SSRN: http://ssrn.com/abstract=1721123 or http://dx.doi.org/10.2139/ssrn.1721123

## Contact Information

**Joseph L. Gastwirth** (Contact Author)
George Washington University - Columbian College of Arts and Sciences ( email )
Washington, DC 20052
United States
202-994-6458 (Phone)
202-994-6917 (Fax)
HOME PAGE: http://www.gwu.edu/~stat/gastwirth.html

**Efstathia Bura**
George Washington Univesity ( email )
2121 I Street NW
Washington, DC 20052
United States
202-994-6358 (Phone)
HOME PAGE: http://home.gwu.edu/~ebura/

**Hiro Hikawa**

Cited in Chen v. Oster v. Goldman Sachs 10CIV 6950 Decided 3/10/15

Archived on 3/17/15

This document is protected by copyright. Further reproduction is prohibited without permission.

**Five Bridges Advisors, LLC** ( email )
MD
United States

© 2015 Social Science Electronic Publishing, Inc. All Rights Reserved.   FAQ   Terms of Use   Privacy Policy   Copyright   Contact Us
This page was processed by apollo5 in 0.297 seconds and delivered in 1.777 seconds

Cited in Chen-Oster v Goldman Sachs
10Civ6950 Decided 3/10/15
Archived on 3/17/15
This document is protected by copyright.
Further reproduction is prohibited without permission.