UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; LISA PARISI; and SHANNA ORLICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>Defendants. | No. 10 Civ. 6950 (AT) (JCF)<br><br>**NOTICE OF MOTION TO INTERVENE** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated April 13, 2015, Plaintiffs will move this Court to intervene putative class members Mary De Luis and Allison Gamba as proposed class representatives pursuant to Federal Rules of Civil Procedure 24(a) and/or (b).

Dated: April 13, 2015

Respectfully submitted,

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By:   /s/ Kelly M. Dermody
          Kelly M. Dermody

Kelly M. Dermody (*admitted pro hac vice*)
Anne B. Shaver (*admitted pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

1

|   |   |
|---|---|
|   | **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**<br>Rachel Geman<br>250 Hudson St., 8th Floor<br>New York, New York 10013-1413<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592 |
| Dated: April 13, 2015 | **OUTTEN & GOLDEN LLP**<br><br>By:   */s/ Adam T. Klein*<br>       Adam T. Klein<br><br>Adam T. Klein<br>Cara E. Greene<br>Melissa L. Stewart<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000<br>Facsimile: (212) 977-4005<br><br>**OUTTEN & GOLDEN LLP**<br>Paul W. Mollica<br>161 North Clark Street, Suite 4700<br>Chicago, Illinois 60601<br>Telephone: (312) 809-7010<br>Facsimile: (312) 809-7011<br><br>*Attorneys for Plaintiffs and the Putative Class* |

2

1225609.1