UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; LISA PARISI; and SHANNA ORLICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>Defendants. | No. 10 Civ. 6950 (AT) (JCF)<br><br><br>**MOTION TO INTERVENE** |

Based upon the accompanying Memorandum of Law and arguments contained therein, and the accompanying Declaration of Kelly M. Dermody, both dated April 13, 2015, Plaintiffs move the Court to intervene putative class members Mary De Luis and Allison Gamba as proposed class representatives pursuant to Federal Rules of Civil Procedure 24(a) and/or (b).

Respectfully submitted,

Dated: April 13, 2015

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By:   */s/ Kelly M. Dermody*
            Kelly M. Dermody

Kelly M. Dermody (*admitted pro hac vice*)
Anne B. Shaver (*admitted pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

1225713. 11

**LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP**
Rachel Geman
250 Hudson St., 8th Floor
New York, New York 10013-1413
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

Dated: April 13, 2015                     **OUTTEN & GOLDEN LLP**


By:   */s/ Adam T. Klein*
            Adam T. Klein

Adam T. Klein
Cara E. Greene
Melissa L. Stewart
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005

**OUTTEN & GOLDEN LLP**
Paul W. Mollica
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
Telephone:  (312) 809-7010
Facsimile:  (312) 809-7011

*Attorneys for Plaintiffs and the Putative Class*

2