UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
H. CRISTINA CHEN-OSTER; LISA PARISI; : 
and SHANNA ORLICH, :
: 
                     Plaintiffs, :   10 Civ. 6950 (AT) (JCF)
:
      v. :   **ORAL ARGUMENT**
:   **REQUESTED**
GOLDMAN, SACHS & CO. and THE :
GOLDMAN SACHS GROUP, INC., :
:
                     Defendants. :
---------------------------------------------------------------x

**DEFENDANTS' NOTICE OF MOTION TO DISMISS ALLISON GAMBA'S CLAIMS FOR INJUNCTIVE AND DECLARATORY RELIEF**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated September 28, 2015, the undersigned counsel for Defendants Goldman, Sachs & Co. and The Goldman Sachs Group, Inc. move this Court for an Order dismissing Plaintiff Allison Gamba's claims for injunctive and declaratory relief pursuant to Federal Rule of Civil Procedure 12(b)(1).

Dated: New York, New York
         September 28, 2015

Barbara B. Brown *(admitted pro hac vice)*     Robert J. Giuffra, Jr.
Neal D. Mollen *(admitted pro hac vice)*       Theodore O. Rogers, Jr.
Carson H. Sullivan *(admitted pro hac vice)*    Robin D. Fessel
PAUL HASTINGS LLP                         Suhana S. Han
875 15th Street, NW                          Jeffrey B. Wall *(admitted pro hac vice)*
Washington, DC 20005                    SULLIVAN & CROMWELL LLP
                                                           125 Broad Street
                                                            New York, New York 10004
                                                            (212) 558-4000

*Attorneys for Defendants*
*Goldman, Sachs & Co. and*
*The Goldman Sachs Group, Inc.*