

Advocates for Workplace Fairness

March 9, 2017

**Via ECF**
The Honorable Analisa Torres
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

  Re: *Chen-Oster, et al. v. Goldman, Sachs & Co.*, No. 10 Civ. 6950 (AT)

Dear Judge Torres:

  We represent the Plaintiffs in the above-captioned action. The Equal Employment Opportunity Commission ("EEOC") just issued Named Plaintiff Mary De Luis a Notice of Right to Sue on her charge of retaliation. We therefore write to respectfully request permission to substitute Plaintiffs' proposed Supplemental Complaint, filed on July 1, 2016, with an amended version, attached hereto as Exhibit A.

## Background

  On July 1, 2016, Plaintiffs filed a request for a pre-motion conference on their anticipated motion to supplement the Second Amended Complaint under Federal Rule of Civil Procedure 15(d) on behalf of Plaintiff Mary De Luis and submitted their proposed Supplemental Complaint as an attachment to the filing. ECF Nos. 455 and 455-1.

  The proposed Supplemental Complaint alleges, among other things, that Ms. De Luis suffered retaliation for her participation in this matter in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"). ECF No. 455-1 ¶¶ 12-16.

  On July 13, 2016, the Court ordered that it "construe[d] Plaintiffs' letter dated July 1, 2016 as a motion to supplement the second amended complaint pursuant to Federal Rule of Civil Procedure 15(d). The Court will decide the motion in conjunction with Defendants' pending motions to dismiss." ECF No. 459.

  On February 21, 2017, Ms. De Luis received a Dismissal and Notice of Rights from the EEOC on her Title VII retaliation charge. To account for this most recent development, Plaintiffs respectfully request permission to substitute the July 1, 2016 Supplemental Complaint with the attached version, which adds this fact to Paragraph 13. The Supplemental Complaint is in no other way changed other than attorney names and contact information, which are updated.

**New York** 685 Third Avenue  25th Floor   New York, NY 10017   Tel (212) 245-1000   Fax (646) 509-2060
**Chicago** 161 N Clark Street  Suite 1600   Chicago, IL 60601   Tel (312) 809-7010   Fax (312) 809-7011
**San Francisco** One Embarcadero Center  38th Floor   San Francisco, CA 94111   Tel (415) 638-8800   Fax (415) 638-8810
**Washington, DC** 601 Massachusetts Ave NW  Second Floor West Suite   Washington, DC 20001   Tel (202) 847-4400   Fax (202) 847-4410

www.outtengolden.com

Hon. Analisa Torres
March 9, 2017
Page **2** of **2**

      We thank the Court for its attention to this matter.

                                                Respectfully submitted,

                                                Adam Klein

cc:    All counsel via ECF