```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER, LISA PARISI, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

                Plaintiffs,

-against-

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

                Defendants.

10 Civ. 6950 (AT) (JCF)

**AMENDED ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated April 26, 2017. ECF No. 487. The letter discusses how to proceed regarding Judge Francis' Memorandum and Order, dated March 10, 2015, which addressed the parties' motions to exclude expert evidence, ECF No. 363, and Judge Francis' Report and Recommendation, dated March 10, 2015, which addressed Plaintiffs' motion for class certification under Rules 23(b)(2), (b)(3), and (c)(4), ECF No. 364. Defendants have also filed a motion for interlocutory appeal of this Court's denial of their motion to dismiss, which bears upon the Rule 23(b)(2) and (c)(4) class certification issues. ECF No. 484. The Court will set a schedule for the parties to object to Judge Francis' Report and Recommendation as to Rule 23(b)(2) and (c)(4) class certification, if necessary, at a later date.

    Accordingly, it is ORDERED that:

1. By **May 19, 2017**, Plaintiffs shall file their opposition to Defendants' motion for interlocutory appeal;

2. By **May 26, 2017**, Defendants shall reply;

3. By **June 9, 2017**, the parties may file objections to Judge Francis' Report and Recommendation as to Rule 23(b)(3) class certification and Judge Francis' Memorandum and Order;

4. By **June 23, 2017**, the parties may file responses to the objections; and

5. By **June 30, 2017**, the parties may file replies to the objections.

This order amends the previously issued order, ECF No. 488.

    SO ORDERED.

Dated: May 1, 2017
       New York, New York

                                        ANALISA TORRES
                                       United States District Judge