# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

November 14, 2017

Via ECF

The Honorable Robert W. Lehrburger
    United States District Court for the
        Southern District of New York,
            500 Pearl Street,
                New York, NY 10007-1312.

Re: *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et ano.*
No. 10 Civ. 6950 (AT) (RWL)

Dear Judge Lehrburger:

Pursuant to the Court's Individual Practices III.H., Defendants respectfully request oral argument on the issues recently briefed by the parties in response to Judge Francis' September 21, 2017 Order (ECF No. 544), relating to the parties' proposed schedules for supplementation of the record and briefing on Plaintiffs' motion for Rule 23(b)(2) and (c)(4) class certification.

Sincerely,

*/s/ Barbara B. Brown*                    */s/ Robert J. Giuffra, Jr.*

Barbara B. Brown                          Robert J. Giuffra, Jr.
of Paul Hastings LLP                      of Sullivan & Cromwell LLP

cc:   Counsel of Record (via ECF)