```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/17
```

December 29, 2017

Via ECF

The Honorable Robert W. Lehrburger,
  United States District Court for the,
    Southern District of New York,
      500 Pearl Street,
        New York, NY 10007-1312.

SO ORDERED:

HON. ROBERT W. LEHRBURGER    12/29/17
UNITED STATES MAGISTRATE JUDGE

Re:   *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et ano.*,
      No. 10 Civ. 6950 (AT) (RWL)

Dear Judge Lehrburger:

At the close of the hearing on December 13, 2017, Your Honor directed the parties to "confer and submit a proposed schedule" for completion of additional discovery and briefing. (Hr'g Tr. at 59.) The parties have been engaged in discussions about the matter and respectfully jointly request an extension from December 29, 2017 to January 3, 2017 in order to try to reach agreement on a proposed schedule. This is the parties' second request for an extension.

We thank the Court for its consideration of this request.

Respectfully,

/s/ *Adam T. Klein*                          /s/ *Robert J. Giuffra, Jr.*

Adam T. Klein                                Robert J. Giuffra, Jr.
Cara E. Greene                               Theodore O. Rogers, Jr.
OUTTEN & GOLDEN LLP                          Ann-Elizabeth Ostrager
685 Third Avenue, 25th Floor                 Joshua S. Levy
New York, New York 10017                     SULLIVAN & CROMWELL LLP
Telephone: (212) 245-1000                    125 Broad Street
Facsimile: (646) 509-2060                    New York, New York 10004
                                             Telephone: (212) 558-4000
Paul W. Mollica                              Facsimile: (212) 558-3588
161 North Clark Street, Suite 4700
Chicago Illinois 60601
Telephone: (212) 809-7010
Facsimile: (312) 809-7011

The Honorable Robert W. Lehrburger                                                                -2-

| | |
|---|---|
| Kelly M. Dermody (*admitted pro hac vice*)<br>Anne B. Shaver (*admitted pro hac vice*)<br>Tiseme G. Zegeye<br>LIEFF CABRASER HEIMANN &<br>   BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California  94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>Rachel Geman<br>250 Hudson Street, 8th Floor<br>New York, New York  10013-1413<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>*Attorneys for Plaintiffs* | Barbara B. Brown (*admitted pro hac vice*)<br>Neal D. Mollen (*admitted pro hac vice*)<br>Carson H. Sullivan (*admitted pro hac vice*)<br>PAUL HASTINGS LLP<br>875 15th Street, NW<br>Washington, DC  20005<br>Telephone: (202) 551-1700<br><br><br><br><br><br><br><br><br>*Attorneys for Defendants* |