```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-30-18
```

January 30, 2018

*The dates set forth below are adopted as the schedule going forward.*

Via ECF

The Honorable Robert W. Lehrburger,
    United States District Court for the,
        Southern District of New York,
           500 Pearl Street,
             New York, NY  10007-1312.

**SO ORDERED:**

1/30/2018

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

    Re:    *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et al.*
           No. 10 Civ. 6950 (AT) (RWL)

Dear Judge Lehrburger:

        On behalf of all parties, we write in response to the Court's January 23 Order directing that "the parties are to meet and confer to discuss a schedule for class certification and briefing," with "Plaintiffs' reply brief . . . due no later than December 3, 2018." The parties have conferred and jointly propose the following schedule, which accords with the time limits set forth in the Order:

| Event | Parties' Joint Proposal |
|---|---|
| **Data and Document Discovery** | |
| Document and data production completed | March 30, 2018 |
| Fact discovery completed | March 30, 2018 |
| **Expert Discovery** | |
| Plaintiff new/revised reports | June 29, 2018 |
| Depositions of Plaintiffs' experts | July 17, 2018 |
| Defendant new/revised reports | August 1, 2018 |
| Depositions of Defendant experts | August 15, 2018 |
| Plaintiffs reply expert reports | August 29, 2018 |
| **Briefing Schedule** | |
| Plaintiff brief in support of class cert. | September 17, 2018 |
| Defendant brief in opposition | October 26, 2018 |
| Plaintiff reply brief | November 16, 2018 |

        The parties look forward to submitting their 60-day progress reports, as also provided by the Court's Order, on the following dates: March 24, 2018 (to be filed March 26, 2018); May 23, 2018; July 22 (filed July 23); and September 20 (if needed).

               *       *       *

The Honorable Robert W. Lehrburger                                          -2-

We thank the Court for its consideration.

Respectfully,

*/s/ Adam T. Klein*                         */s/ Robert J. Giuffra, Jr.*

Adam T. Klein                               Robert J. Giuffra, Jr.
Cara E. Greene                              Theodore O. Rogers, Jr.
OUTTEN & GOLDEN LLP                         Ann-Elizabeth Ostrager
685 Third Avenue, 25th Floor                Joshua S. Levy
New York, New York 10017                    SULLIVAN & CROMWELL LLP
Telephone: (212) 245-1000                   125 Broad Street
Facsimile: (646) 509-2060                   New York, New York 10004
                                            Telephone: (212) 558-4000
                                            Facsimile: (212) 558-3588
Paul W. Mollica
161 North Clark Street, Suite 4700
Chicago Illinois 60601                      Barbara B. Brown (*admitted pro hac vice*)
Telephone: (212) 809-7010                   Neal D. Mollen (*admitted pro hac vice*)
Facsimile: (312) 809-7011                   Carson H. Sullivan (*admitted pro hac vice*)
                                            PAUL HASTINGS LLP
                                            875 15th Street, NW
Kelly M. Dermody (*admitted pro hac vice*)  Washington, DC 20005
Anne B. Shaver (*admitted pro hac vice*)    Telephone: (202) 551-1700
Tiseme G. Zegeye
LIEFF CABRASER HEIMANN &
      BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Rachel Geman
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Plaintiffs*                  *Attorneys for Defendants*