UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; SHANNA ORLICH; ALLISON GAMBA; and MARY DE LUIS,<br><br>Plaintiffs,<br><br>-against-<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>Defendants. | No. 10 Civ. 6950 (AT) (RWL) |

**NOTICE OF MOTION AND MOTION TO MODIFY SCHEDULE**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16.2, Plaintiffs respectfully request an Order modifying the scheduling Orders at ECF Nos. 565 and 568.

Dated: April 18, 2018

Respectfully submitted,

By: */s/ Kelly M. Dermody*

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

Kelly M. Dermody (*admitted pro hac vice*)
Anne B. Shaver (*admitted pro hac vice*)
Michelle A. Lamy (*admitted pro hav vice*)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

1541808.1

-2-

Rachel Geman
250 Hudson St., 8th Floor
New York, New York 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

**OUTTEN & GOLDEN LLP**
Adam T. Klein
Cara E. Greene
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Paul W. Mollica
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
Telephone: (312) 809-7010
Facsimile: (312) 809-7011

*Class Counsel*