# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

July 9, 2018

Via ECF

The Honorable Robert W. Lehrburger,
   United States District Court for the
      Southern District of New York,
         500 Pearl Street,
           New York, New York 10007-1312.

      Re:   *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et ano*.
             No. 10 Civ. 6950 (AT) (RWL)

Dear Judge Lehrburger:

      Pursuant to Rule I.A of Your Honor's Individual Practices, we write on behalf of Defendants Goldman Sachs & Co. LLC and The Goldman Sachs Group, Inc. to address Your Honor's question during the June 27, 2018 hearing asking "what's the standard of what has to be shown" to certify a class under Federal Rule of Civil Procedure 23.  (June 27, 2018 Hr'g 15:9–12.)  After I stated that the standard was a "preponderance of the evidence" (*id.* at 15:18–16:1), counsel for Plaintiffs stated that their burden was only "substantial proof" (*id.* at 31:13–17).  In fact, Plaintiffs must prove every single element of Rule 23 by a preponderance of the evidence.

      The Supreme Court has made clear that Plaintiffs must "*prove*—not simply plead—that their proposed class satisfies *each requirement* of Federal Rule of Civil Procedure 23."  *Halliburton Co.* v. *Erica P. John Fund, Inc.*, 134 S. Ct. 2398, 2403 (2014) (first emphasis in original; second emphasis added); *see Wal-Mart Stores, Inc.* v. *Dukes*, 564 U.S. 338, 350 (2011) ("Rule 23 does not set forth a mere pleading standard.").

      The Second Circuit has expressly held that "the standard of proof applicable to evidence proffered to meet the requirements of Rule 23 [is] a *preponderance of the evidence*."  *In re Flag Telecom Holdings, Ltd. Sec. Litig.*, 574 F.3d 29, 35 (2d Cir. 2009) (emphasis added; internal quotation marks omitted); *Teamsters Local 445 Freight Div. Pension Fund* v. *Bombardier Inc.*, 546 F.3d 196, 202 (2d Cir. 2008) ("Today, we dispel any remaining confusion and hold that the *preponderance of the evidence* standard applies to evidence proffered to establish Rule 23's requirements.") (emphasis added; internal quotation marks omitted).

The Honorable Robert W. Lehrburger                                                                                              -2-

        Accordingly, to prevail on their upcoming motion for class certification, to satisfy their burden of proof, Plaintiffs are required to demonstrate by a preponderance of the evidence that they have satisfied "*each requirement*" of Rule 23(a) and the requirements of Rule 23(b)(2).

                                                      Respectfully,

                                                    */s/ Robert J. Giuffra, Jr.*

| Barbara B. Brown | Robert J. Giuffra, Jr. |
| --- | --- |
| of Paul Hastings LLP | of Sullivan & Cromwell LLP |

cc:     Counsel of Record