July 13, 2018

The Honorable Robert W. Lehrburger,
   United States District Court for the,
      Southern District of New York,
         500 Pearl Street,
           New York, New York  10007-1312.

        Re:   *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et ano.*,
                No. 10 Civ. 6950 (AT) (RWL)

Dear Judge Lehrburger:

      On behalf of all parties, we write concerning the schedule adopted by the Court on January 30, 2018 for the completion of fact discovery, expert discovery, and reports and briefing of Plaintiffs' motion for class certification pursuant to Federal Rule of Civil Procedure 23(b)(2).  (ECF No. 568.)

      The parties have met the schedule to date.  We write jointly to request an adjustment going forward, in light of the fact that medical complications experienced by both sides' experts have impeded the parties' ability to complete expert discovery in accordance with the current schedule.  The proposed adjustment would allow for expert discovery once the experts are available, with submission of further expert reports and motion briefing under a schedule that is both consistent with the time sequence of the earlier order and that will likewise be complete before the end of the year.

      In addition, the depositions of Plaintiffs De Luis and Gamba, which as described in the parties' May 23, 2018 Joint Progress Report (ECF No. 596) had been set for May 22 and 24, 2018, respectively, were adjourned by Goldman Sachs in light of the briefing due May 23.  They have now been rescheduled and will be completed by mid-September.

      With respect to the agreed-upon dates, we jointly propose the following schedule:

| Event | January 30, 2018 Order | Parties' Joint Proposal |
|---|---|---|
| **Data and Document Discovery** | | |
| Document and data production completed | March 30, 2018 | Same |
| Fact discovery completed | March 30, 2018 | Same |
| **Expert Discovery** | | |
| Plaintiff new/revised reports | June 29, 2018 | Same |
| Depositions of Plaintiffs' experts | July 17, 2018 | August 14, 2018 |
| Defendant new/revised reports | August 1, 2018 | August 29, 2018 |
| Depositions of Defendant experts | August 15, 2018 | September 21, 2018 |
| Plaintiff reply expert reports | August 29, 2018 | October 4, 2018 |
| **Briefing Schedule** | | |
| Plaintiff brief in support of class cert. | September 17, 2018 | October 18, 2018 |
| Defendant brief in opposition | October 26, 2018 | November 29, 2018 |
| Plaintiff reply brief | November 16, 2018 | December 20, 2018 |

The Honorable Robert W. Lehrburger                                                                                                -2-

We thank the Court for its consideration.

                                                             Respectfully,

| /s/ Adam T. Klein | /s/ Robert J. Giuffra, Jr. |
|---|---|
| Adam T. Klein<br>Cara E. Greene<br>OUTTEN & GOLDEN LLP<br>685 Third Avenue, 25th Floor<br>New York, New York  10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060 | Robert J. Giuffra, Jr.<br>Theodore O. Rogers, Jr.<br>Ann-Elizabeth Ostrager<br>Joshua S. Levy<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588 |
| Paul W. Mollica<br>161 North Clark Street, Suite 4700<br>Chicago Illinois  60601<br>Telephone: (212) 809-7010<br>Facsimile: (312) 809-7011 | Barbara B. Brown (*admitted pro hac vice*)<br>Neal D. Mollen (*admitted pro hac vice*)<br>Carson H. Sullivan (*admitted pro hac vice*)<br>PAUL HASTINGS LLP<br>875 15th Street, NW<br>Washington, DC  20005<br>Telephone: (202) 551-1700 |
| Kelly M. Dermody (*pro hac vice*)<br>Anne B. Shaver (*pro hac vice*)<br>Tiseme G. Zegeye<br>Michelle A. Lamy (*pro hac vice*)<br>LIEFF CABRASER HEIMANN &<br>    BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California  94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | |
| Rachel Geman<br>250 Hudson Street, 8th Floor<br>New York, New York  10013-1413<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592 | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |