UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

H. CRISTINA CHEN-OSTER; SHANNA ORLICH; ALLISON GAMBA; AND MARY DE LUIS,

                               Plaintiffs,

v.

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

                              Defendants.

10 Civ. 6950 (AT) (RWL)

------------------------------------------------------------ x

**JOINT PROGRESS REPORT**

        The Parties make this "60-day progress report[]" pursuant to the Court's January 30, 2018 Order concerning the schedule for Rule 23(b)(2) and (c)(4) discovery, expert reports, and briefing.  (ECF No. 568 at 1.)  In the Parties' July 13, 2018 joint letter to the Court, the Parties reported on their progress and requested an adjournment in the schedule.  (ECF No. 615.)  By Order dated July 16, 2018, the Court approved and entered the adjusted schedule.  (ECF No. 616.)  The Parties are proceeding in accordance with that schedule.

                            *                  *                  *

The Parties thank the Court for its consideration and are available to answer any questions or provide more details at the Court's convenience.

Respectfully,

*/s/ Adam T. Klein*

Adam T. Klein
Cara E. Greene
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York  10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

Paul W. Mollica
161 North Clark Street, Suite 4700
Chicago Illinois  60601
Telephone: (212) 809-7010
Facsimile: (312) 809-7011

Kelly M. Dermody (*admitted pro hac vice*)
Anne B. Shaver (*admitted pro hac vice*)
Tiseme G. Zegeye
LIEFF CABRASER HEIMANN &
    BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Rachel Geman
250 Hudson Street, 8th Floor
New York, New York  10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Plaintiffs*

*/s/ Robert J. Giuffra, Jr.*

Robert J. Giuffra, Jr.
Theodore O. Rogers, Jr.
Ann-Elizabeth Ostrager
Joshua S. Levy
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Barbara B. Brown (*admitted pro hac vice*)
Neal D. Mollen (*admitted pro hac vice*)
Carson H. Sullivan (*admitted pro hac vice*)
PAUL HASTINGS LLP
875 15th Street, NW
Washington, DC  20005
Telephone: (202) 551-1700

*Attorneys for Defendants*