# MANDATE

S.D.N.Y. – N.Y.C.
10-cv-6950
Torres, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of September, two thousand eighteen.

Present:
  Gerard E. Lynch,
  Susan L. Carney,
  Christopher F. Droney,
    *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 04 2018

The Goldman Sachs Group, Inc., Goldman, Sachs & Co.,

    *Petitioners*,

v.                  18-1075

H. Christina Chen-Oster, et al.,

    *Respondents*.

Petitioners request leave, pursuant to Federal Rule of Civil Procedure 23(f), to appeal from the district court's order granting class certification. Petitioners also move for leave to file a reply in further support of their petition. Certain non-parties move for leave to file a brief as amici curiae. Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply and the motion for leave to file a brief amici curiae are GRANTED. *See* Fed. R. App. P. 2, 29(a). It is further ORDERED that the Rule 23(f) petition for leave to appeal is DENIED because an immediate appeal is unwarranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139-40 (2d Cir. 2001).

          FOR THE COURT:
          Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/04/2018