**Lieff
Cabraser
Heimann &
Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
t  415.956.1000
f  415.956.1008

February 25, 2019

**VIA CM/ECF**

The Honorable Robert W. Lehrburger
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY 10017

      RE:    *Chen-Oster, et al. v. Goldman, Sachs & Co.*, No. 10 Civ. 6950 (AT) (RWL)

Dear Judge Lehrburger:

      On behalf of Plaintiffs, enclosed please find Plaintiffs' February 24, 2019 response to Defendants' February 21, 2019 letter regarding the Phase One trial (ECF No. 677-1).  The parties' prior correspondence on this issue was appended as Exhibits A-D to the parties' February 20, 2019 Joint Status Report (ECF No. 674).

                                    Respectfully submitted,

                                      Michelle A. Lamy

cc: all counsel (via ECF)

1698346.1