```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3-6-19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
H. CRISTINA CHEN-OSTER, SHANNA
ORLICH, ALLISON GAMBA, and MARY DE
LUIS,

                        Plaintiffs,

           - against -

GOLDMAN, SACHS & CO. and THE
GOLDMAN SACHS GROUP, INC.,

                        Defendants.
------------------------------------------------------------X

10-cv-6950 (AT) (RWL)

**ORDER on ESI Schedule**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Having considered the parties' joint submission on a proposed ESI discovery schedule, and having considered the areas of dispute, the Court orders the following schedule:

| Event | Date |
| --- | --- |
| Defendants respond to Plaintiffs' February 22 date-range proposal | March 4, 2019 |
| Plaintiffs respond to Defendants on remaining date-range disputes | March 6, 2019 |
| Defendants respond to Plaintiffs on remaining date-range disputes | March 8, 2019 |
| Parties reach agreement on date ranges or raise disputes | March 12, 2019 |
| Defendants to complete export for the complete date ranges for the 46 custodians which the parties agreed to on February 22 | March 18, 2019 |

| | |
|---|---|
| Defendants to complete export for the remaining 16 custodians | 14 days after reaching agreement or partial agreement on date ranges for each custodian |
| Parties reach agreement on search process, including search terms, or raise disputes | March 29, 2019 |
| Defendants begin rolling production of ESI | March 29, 2019 |
| Defendants produce a final, comprehensive hit report | April 2, 2019 |
| Parties to reach agreement on review timeline or raise disputes | April 9, 2019 |

To the extent it may assist the parties in further negotiations, based on the parties' arguments presented in their joint submission, the Court notes the following:

1. The concept of using different search terms for different categories of custodians seems sensible;

2. The Court agrees that at some juncture, Defendants should e able to assess search terms without fully exported ESI;

3. The Court agrees that the parties are in the best position to evaluate the details of document production. At the same time, the Court believes it is helpful to have deadlines to keep the parties on track.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   March 6, 2019
         New York, New York

Copies transmitted to all counsel of record.

2