## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
H. CRISTINA CHEN-OSTER; SHANNA
ORLICH; ALLISON GAMBA; and MARY DE
LUIS,

                          Plaintiffs,

               v.

GOLDMAN SACHS & CO. and THE
GOLDMAN SACHS GROUP, INC.,

                       Defendants.

-------------------------------------------------------------x

10 Civ. 6950 (AT) (RWL)

**ORAL ARGUMENT REQUESTED**

## DEFENDANTS' NOTICE OF MOTION TO STAY THE
## CLAIMS OF CERTAIN CLASS MEMBERS, TO EXCLUDE THEM
## FROM THE CLASS, AND TO COMPEL THEM TO ARBITRATION

        **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated April 12, 2019, the Declarations of Robert J. Giuffra, Jr., Michael Becker, Kathleen Cupertino, Eric Dias, David Landman, and Joseph Yanagisawa, and supporting documents filed therewith, and in accordance with the schedule adopted by the Court by Order dated March 6, 2019 (ECF No. 694) (Lehrburger, J.), the undersigned counsel for Defendants Goldman Sachs & Co. and The Goldman Sachs Group, Inc. move this Court for an Order staying the claims of certain class members identified in Appendix A attached hereto, excluding them from the class, and compelling them to arbitration within 90 days of an Order granting this Motion.  Defendants request oral argument on the Motion.

Dated: April 12, 2019
      New York, New York

                                                Respectfully,

                                                */s/ Robert J. Giuffra, Jr.*

Barbara B. Brown (*admitted pro hac vice*)     Robert J. Giuffra, Jr.
Carson H. Sullivan (*admitted pro hac vice*)   Theodore O. Rogers, Jr.
PAUL HASTINGS LLP                       Sharon L. Nelles
875 15th Street, NW                     Ann-Elizabeth Ostrager
Washington, DC  20005               Hilary M. Williams
                                     Joshua S. Levy
Patrick W. Shea                         SULLIVAN & CROMWELL LLP
PAUL HASTINGS LLP                       125 Broad Street
200 Park Avenue                       New York, NY  10004
New York, NY  10166                (212) 558-4000

                                       Amanda Flug Davidoff
                                       Elizabeth A. Cassady
                                       SULLIVAN & CROMWELL LLP
                                       1700 New York Avenue, N.W., Suite 700
                                       Washington, D.C. 20006

                           *Attorneys for Defendants*
                         *Goldman Sachs & Co. and*
                   *The Goldman Sachs Group, Inc.*

Appendix A























