## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------------x
                                                       :
H. CRISTINA CHEN-OSTER; SHANNA                         :
ORLICH; ALLISON GAMBA; and MARY DE                     :
LUIS,                                                  :
                                                       :
                              Plaintiffs,              :        10 Civ. 6950 (AT) (RWL)
                                                       :
              v.                                       :
                                                       :
GOLDMAN SACHS & CO. and THE                            :
GOLDMAN SACHS GROUP, INC.,                             :
                                                       :
                              Defendants.              :
--------------------------------------------------------------x
```

## DECLARATION OF ROBERT J. GIUFFRA, JR.

I, Robert J. Giuffra, Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1.       I am a partner of Sullivan & Cromwell LLP, attorneys for Defendants in this action and a member of the Bar of the State of New York. I make this Declaration to place before this Court certain documents and information referenced in Defendants' Memorandum of Law in support of their Motion to Stay the Claims of Certain Class Members, to Exclude Them from the Class, and to Compel Them to Arbitration.

2.       Attached hereto as Appendix A is a summary of information related to ███ operative Separation Agreements compiled from (i) Exhibits 1–866; (i) Exhibit 1 to the Declaration of Michael Becker, dated April 12, 2019 ("Becker Declaration"); and (iii) other voluminous data previously produced to Plaintiffs by Goldman Sachs related to class members' effective dates of hire.

3.      Attached hereto as Appendix B is a summary of information related to 201 operative Managing Director Agreements compiled from (i) Exhibits 867–1096; (ii) Exhibit 1 to the Becker Declaration; and (iii) other voluminous data previously produced to Plaintiffs by Goldman Sachs related to class members' effective dates of hire.

4.      Attached hereto as Appendix C is a summary of information related to 187 operative Private Wealth Advisor Agreements compiled from (i) Exhibits 1097–1284; (ii) Exhibit 1 to the Becker Declaration; and (iii) other voluminous data previously produced to Plaintiffs by Goldman Sachs related to class members' effective dates of hire and dates of performance reviews.

5.      Attached hereto as Appendix D is a summary of information related to 694 operative Equity Agreements compiled from (i) Exhibits 1285–1289; (ii) Exhibit 1 to the Becker Declaration; (iii) Exhibits 2–25 and 60 to the Declaration of Eric Dias, dated April 12, 2019; and (iv) other voluminous data previously produced to Plaintiffs by Goldman Sachs related to class members' effective dates of hire.

6.      Attached hereto as Appendices E-1 to E-7 are summaries of information derived from Appendices A, B, C and D, namely:

(a)      Appendix E-1 is a summary of 647 operative Agreements to arbitrate executed before the filing of the Complaint on September 15, 2010;

(b)      Appendix E-2 is a summary of 67 operative Private Wealth Advisor Agreements executed after the filing of the Complaint, but prior to the class member's effective date of hire at Goldman Sachs;

(c)     Appendix E-3 is a summary of five operative Private Wealth Advisor Agreements executed after the filing of the Complaint, after the start of the class member's effective date of hire, but prior to her first performance review;

(d)     Appendix E-4 is a summary of 46 operative Separation Agreements and Managing Director Agreements executed after the filing of the Complaint by class members who had previously executed an arbitration agreement before the filing of the Complaint;

(e)     Attached as Appendix E-5 is a summary of █ operative Separation Agreements incorporating by reference arbitration clauses in previously executed Managing Director Agreements;

(f)     Attached as Appendix E-6 is a summary of 18 operative Separation Agreements executed by class members with individual counsel;

(g)     Attached as Appendix E-7 is a summary of 515 class members who executed multiple Equity Agreements.

7.     Attached hereto as Appendix F is a summary of all references made by both Plaintiffs and Defendants to agreements to arbitrate in Exhibits 1452–1475 and in other publicly filed documents.

8.     Attached hereto are true and correct copies of the following documents:



Exhibit 1

Exhibit 2



Exhibit 3

Exhibit 4

Exhibit 5

Exhibit 6

Exhibit 7

Exhibit 8

Exhibit 9

Exhibit 10

Exhibit 11

Exhibit 12

Exhibit 13



Exhibit 14

Exhibit 15

Exhibit 16

Exhibit 17

Exhibit 18

Exhibit 19

Exhibit 20

Exhibit 21

Exhibit 22

Exhibit 23

Exhibit 24

Exhibit 25



Exhibit 26

Exhibit 27

Exhibit 28

Exhibit 29

Exhibit 30

Exhibit 31

Exhibit 32

Exhibit 33

Exhibit 34

Exhibit 35

Exhibit 36

Exhibit 37



Exhibit 38

Exhibit 39

Exhibit 40

Exhibit 41

Exhibit 42

Exhibit 43

Exhibit 44

Exhibit 45

Exhibit 46

Exhibit 47

Exhibit 48



Exhibit 49

Exhibit 50

Exhibit 51

Exhibit 52

Exhibit 53

Exhibit 54

Exhibit 55

Exhibit 56

Exhibit 57

Exhibit 58

Exhibit 59

Exhibit 60



Exhibit 61

Exhibit 62

Exhibit 63

Exhibit 64

Exhibit 65

Exhibit 66

Exhibit 67

Exhibit 68

Exhibit 69

Exhibit 70

Exhibit 71

Exhibit 72



Exhibit 73

Exhibit 74

Exhibit 75

Exhibit 76

Exhibit 77

Exhibit 78

Exhibit 79

Exhibit 80

Exhibit 81

Exhibit 82

Exhibit 83

Exhibit 84



Exhibit 85

Exhibit 86

Exhibit 87

Exhibit 88

Exhibit 89

Exhibit 90

Exhibit 91

Exhibit 92

Exhibit 93

Exhibit 94

Exhibit 95



Exhibit 96

Exhibit 97

Exhibit 98

Exhibit 99

Exhibit 100

Exhibit 101

Exhibit 102

Exhibit 103

Exhibit 104

Exhibit 105

Exhibit 106

Exhibit 107



Exhibit 108

Exhibit 109

Exhibit 110

Exhibit 111

Exhibit 112

Exhibit 113

Exhibit 114

Exhibit 115

Exhibit 116

Exhibit 117

Exhibit 118

Exhibit 119



Exhibit 120

Exhibit 121

Exhibit 122

Exhibit 123

Exhibit 124

Exhibit 125

Exhibit 126

Exhibit 127

Exhibit 128

Exhibit 129

Exhibit 130

Exhibit 131



Exhibit 132

Exhibit 133

Exhibit 134

Exhibit 135

Exhibit 136

Exhibit 137

Exhibit 138

Exhibit 139

Exhibit 140

Exhibit 141

Exhibit 142

Exhibit 143



Exhibit 144

Exhibit 145

Exhibit 146

Exhibit 147

Exhibit 148

Exhibit 149

Exhibit 150

Exhibit 151

Exhibit 152

Exhibit 153

Exhibit 154

Exhibit 155



Exhibit 156

Exhibit 157

Exhibit 158

Exhibit 159

Exhibit 160

Exhibit 161

Exhibit 162

Exhibit 163

Exhibit 164

Exhibit 165

Exhibit 166

Exhibit 167



Exhibit 168

Exhibit 169

Exhibit 170

Exhibit 171

Exhibit 172

Exhibit 173

Exhibit 174

Exhibit 175

Exhibit 176

Exhibit 177

Exhibit 178

Exhibit 179



Exhibit 180

Exhibit 181

Exhibit 182

Exhibit 183

Exhibit 184

Exhibit 185

Exhibit 186

Exhibit 187

Exhibit 188

Exhibit 189

Exhibit 190

Exhibit 191



Exhibit 192

Exhibit 193

Exhibit 194

Exhibit 195

Exhibit 196

Exhibit 197

Exhibit 198

Exhibit 199

Exhibit 200

Exhibit 201

Exhibit 202

Exhibit 203



Exhibit 204

Exhibit 205

Exhibit 206

Exhibit 207

Exhibit 208

Exhibit 209

Exhibit 210

Exhibit 211

Exhibit 212

Exhibit 213

Exhibit 214

Exhibit 215



Exhibit 216

Exhibit 217

Exhibit 218

Exhibit 219

Exhibit 220

Exhibit 221

Exhibit 222

Exhibit 223

Exhibit 224

Exhibit 225

Exhibit 226

Exhibit 227



Exhibit 228

Exhibit 229

Exhibit 230

Exhibit 231

Exhibit 232

Exhibit 233

Exhibit 234

Exhibit 235

Exhibit 236

Exhibit 237

Exhibit 238

Exhibit 239



Exhibit 240

Exhibit 241

Exhibit 242

Exhibit 243

Exhibit 244

Exhibit 245

Exhibit 246

Exhibit 247

Exhibit 248

Exhibit 249

Exhibit 250

Exhibit 251



Exhibit 252

Exhibit 253

Exhibit 254

Exhibit 255

Exhibit 256

Exhibit 257

Exhibit 258

Exhibit 259

Exhibit 260

Exhibit 261

Exhibit 262

Exhibit 263



Exhibit 264

Exhibit 265

Exhibit 266

Exhibit 267

Exhibit 268

Exhibit 269

Exhibit 270

Exhibit 271

Exhibit 272

Exhibit 273

Exhibit 274

Exhibit 275



Exhibit 276

Exhibit 277

Exhibit 278

Exhibit 279

Exhibit 280

Exhibit 281

Exhibit 282

Exhibit 283

Exhibit 284

Exhibit 285

Exhibit 286

Exhibit 287



Exhibit 288

Exhibit 289

Exhibit 290

Exhibit 291

Exhibit 292

Exhibit 293

Exhibit 294

Exhibit 295

Exhibit 296

Exhibit 297

Exhibit 298

Exhibit 299



Exhibit 300

Exhibit 301

Exhibit 302

Exhibit 303

Exhibit 304

Exhibit 305

Exhibit 306

Exhibit 307

Exhibit 308

Exhibit 309

Exhibit 310

Exhibit 311



Exhibit 312

Exhibit 313

Exhibit 314

Exhibit 315

Exhibit 316

Exhibit 317

Exhibit 318

Exhibit 319

Exhibit 320

Exhibit 321

Exhibit 322

Exhibit 323



Exhibit 324

Exhibit 325

Exhibit 326

Exhibit 327

Exhibit 328

Exhibit 329

Exhibit 330

Exhibit 331

Exhibit 332

Exhibit 333

Exhibit 334

Exhibit 335



Exhibit 336

Exhibit 337

Exhibit 338

Exhibit 339

Exhibit 340

Exhibit 341

Exhibit 342

Exhibit 343

Exhibit 344

Exhibit 345

Exhibit 346

Exhibit 347



Exhibit 348

Exhibit 349

Exhibit 350

Exhibit 351

Exhibit 352

Exhibit 353

Exhibit 354

Exhibit 355

Exhibit 356

Exhibit 357

Exhibit 358



Exhibit 359

Exhibit 360

Exhibit 361

Exhibit 362

Exhibit 363

Exhibit 364

Exhibit 365

Exhibit 366

Exhibit 367

Exhibit 368

Exhibit 369

Exhibit 370



Exhibit 371

Exhibit 372

Exhibit 373

Exhibit 374

Exhibit 375

Exhibit 376

Exhibit 377

Exhibit 378

Exhibit 379

Exhibit 380

Exhibit 381

Exhibit 382



Exhibit 383

Exhibit 384

Exhibit 385

Exhibit 386

Exhibit 387

Exhibit 388

Exhibit 389

Exhibit 390

Exhibit 391

Exhibit 392

Exhibit 393

Exhibit 394



Exhibit 395

Exhibit 396

Exhibit 397

Exhibit 398

Exhibit 399

Exhibit 400

Exhibit 401

Exhibit 402

Exhibit 403

Exhibit 404

Exhibit 405

Exhibit 406



Exhibit 407

Exhibit 408

Exhibit 409

Exhibit 410

Exhibit 411

Exhibit 412

Exhibit 413

Exhibit 414

Exhibit 415

Exhibit 416

Exhibit 417

Exhibit 418



Exhibit 419

Exhibit 420

Exhibit 421

Exhibit 422

Exhibit 423

Exhibit 424

Exhibit 425

Exhibit 426

Exhibit 427

Exhibit 428

Exhibit 429

Exhibit 430



Exhibit 431

Exhibit 432

Exhibit 433

Exhibit 434

Exhibit 435

Exhibit 436

Exhibit 437

Exhibit 438

Exhibit 439

Exhibit 440

Exhibit 441

Exhibit 442



Exhibit 443

Exhibit 444

Exhibit 445

Exhibit 446

Exhibit 447

Exhibit 448

Exhibit 449

Exhibit 450

Exhibit 451

Exhibit 452

Exhibit 453

Exhibit 454



Exhibit 455

Exhibit 456

Exhibit 457

Exhibit 458

Exhibit 459

Exhibit 460

Exhibit 461

Exhibit 462

Exhibit 463

Exhibit 464

Exhibit 465

Exhibit 466



Exhibit 467

Exhibit 468

Exhibit 469

Exhibit 470

Exhibit 471

Exhibit 472

Exhibit 473

Exhibit 474

Exhibit 475

Exhibit 476

Exhibit 477

Exhibit 478



Exhibit 479

Exhibit 480

Exhibit 481

Exhibit 482

Exhibit 483

Exhibit 484

Exhibit 485

Exhibit 486

Exhibit 487

Exhibit 488

Exhibit 489

Exhibit 490



Exhibit 491

Exhibit 492

Exhibit 493

Exhibit 494

Exhibit 495

Exhibit 496

Exhibit 497

Exhibit 498

Exhibit 499

Exhibit 500

Exhibit 501

Exhibit 502



Exhibit 503

Exhibit 504

Exhibit 505

Exhibit 506

Exhibit 507

Exhibit 508

Exhibit 509

Exhibit 510

Exhibit 511

Exhibit 512

Exhibit 513



Exhibit 514

Exhibit 515

Exhibit 516

Exhibit 517

Exhibit 518

Exhibit 519

Exhibit 520

Exhibit 521

Exhibit 522

Exhibit 523

Exhibit 524

Exhibit 525



Exhibit 526

Exhibit 527

Exhibit 528

Exhibit 529

Exhibit 530

Exhibit 531

Exhibit 532

Exhibit 533

Exhibit 534

Exhibit 535

Exhibit 536

Exhibit 537



Exhibit 538

Exhibit 539

Exhibit 540

Exhibit 541

Exhibit 542

Exhibit 543

Exhibit 544

Exhibit 545

Exhibit 546

Exhibit 547

Exhibit 548

Exhibit 549



Exhibit 550

Exhibit 551

Exhibit 552

Exhibit 553

Exhibit 554

Exhibit 555

Exhibit 556

Exhibit 557

Exhibit 558

Exhibit 559

Exhibit 560

Exhibit 561



Exhibit 562

Exhibit 563

Exhibit 564

Exhibit 565

Exhibit 566

Exhibit 567

Exhibit 568

Exhibit 569

Exhibit 570

Exhibit 571

Exhibit 572

Exhibit 573



Exhibit 574

Exhibit 575

Exhibit 576

Exhibit 577

Exhibit 578

Exhibit 579

Exhibit 580

Exhibit 581

Exhibit 582

Exhibit 583

Exhibit 584

Exhibit 585



Exhibit 586

Exhibit 587

Exhibit 588

Exhibit 589

Exhibit 590

Exhibit 591

Exhibit 592

Exhibit 593

Exhibit 594

Exhibit 595

Exhibit 596

Exhibit 597



Exhibit 598

Exhibit 599

Exhibit 600

Exhibit 601

Exhibit 602

Exhibit 603

Exhibit 604

Exhibit 605

Exhibit 606

Exhibit 607

Exhibit 608

Exhibit 609



Exhibit 610

Exhibit 611

Exhibit 612

Exhibit 613

Exhibit 614

Exhibit 615

Exhibit 616

Exhibit 617

Exhibit 618

Exhibit 619

Exhibit 620

Exhibit 621



Exhibit 622

Exhibit 623

Exhibit 624

Exhibit 625

Exhibit 626

Exhibit 627

Exhibit 628

Exhibit 629

Exhibit 630

Exhibit 631

Exhibit 632

Exhibit 633



Exhibit 634

Exhibit 635

Exhibit 636

Exhibit 637

Exhibit 638

Exhibit 639

Exhibit 640

Exhibit 641

Exhibit 642

Exhibit 643

Exhibit 644

Exhibit 645



Exhibit 646

Exhibit 647

Exhibit 648

Exhibit 649

Exhibit 650

Exhibit 651

Exhibit 652

Exhibit 653

Exhibit 654

Exhibit 655

Exhibit 656

Exhibit 657



Exhibit 658

Exhibit 659

Exhibit 660

Exhibit 661

Exhibit 662

Exhibit 663

Exhibit 664

Exhibit 665

Exhibit 666

Exhibit 667

Exhibit 668

Exhibit 669



Exhibit 670

Exhibit 671

Exhibit 672

Exhibit 673

Exhibit 674

Exhibit 675

Exhibit 676

Exhibit 677

Exhibit 678

Exhibit 679

Exhibit 680

Exhibit 681



Exhibit 682

Exhibit 683

Exhibit 684

Exhibit 685

Exhibit 686

Exhibit 687

Exhibit 688

Exhibit 689

Exhibit 690

Exhibit 691

Exhibit 692

Exhibit 693



Exhibit 694

Exhibit 695

Exhibit 696

Exhibit 697

Exhibit 698

Exhibit 699

Exhibit 700

Exhibit 701

Exhibit 702

Exhibit 703

Exhibit 704

Exhibit 705



Exhibit 706

Exhibit 707

Exhibit 708

Exhibit 709

Exhibit 710

Exhibit 711

Exhibit 712

Exhibit 713

Exhibit 714

Exhibit 715

Exhibit 716

Exhibit 717



Exhibit 718

Exhibit 719

Exhibit 720

Exhibit 721

Exhibit 722

Exhibit 723

Exhibit 724

Exhibit 725

Exhibit 726

Exhibit 727

Exhibit 728

Exhibit 729



Exhibit 730

Exhibit 731

Exhibit 732

Exhibit 733

Exhibit 734

Exhibit 735

Exhibit 736

Exhibit 737

Exhibit 738

Exhibit 739

Exhibit 740

Exhibit 741



Exhibit 742

Exhibit 743

Exhibit 744

Exhibit 745

Exhibit 746

Exhibit 747

Exhibit 748

Exhibit 749

Exhibit 750

Exhibit 751

Exhibit 752

Exhibit 753



Exhibit 754

Exhibit 755

Exhibit 756

Exhibit 757

Exhibit 758

Exhibit 759

Exhibit 760

Exhibit 761

Exhibit 762

Exhibit 763

Exhibit 764

Exhibit 765



Exhibit 766

Exhibit 767

Exhibit 768

Exhibit 769

Exhibit 770

Exhibit 771

Exhibit 772

Exhibit 773

Exhibit 774

Exhibit 775

Exhibit 776

Exhibit 777



Exhibit 778

Exhibit 779

Exhibit 780

Exhibit 781

Exhibit 782

Exhibit 783

Exhibit 784

Exhibit 785

Exhibit 786

Exhibit 787

Exhibit 788

Exhibit 789



Exhibit 790

Exhibit 791

Exhibit 792

Exhibit 793

Exhibit 794

Exhibit 795

Exhibit 796

Exhibit 797

Exhibit 798

Exhibit 799

Exhibit 800

Exhibit 801



Exhibit 802

Exhibit 803

Exhibit 804

Exhibit 805

Exhibit 806

Exhibit 807

Exhibit 808

Exhibit 809

Exhibit 810

Exhibit 811

Exhibit 812

Exhibit 813



Exhibit 814

Exhibit 815

Exhibit 816

Exhibit 817

Exhibit 818

Exhibit 819

Exhibit 820

Exhibit 821

Exhibit 822

Exhibit 823

Exhibit 824

Exhibit 825



Exhibit 826

Exhibit 827

Exhibit 828

Exhibit 829

Exhibit 830

Exhibit 831

Exhibit 832

Exhibit 833

Exhibit 834

Exhibit 835

Exhibit 836

Exhibit 837



Exhibit 838

Exhibit 839

Exhibit 840

Exhibit 841

Exhibit 842

Exhibit 843

Exhibit 844

Exhibit 845

Exhibit 846

Exhibit 847

Exhibit 848

Exhibit 849



Exhibit 850

Exhibit 851

Exhibit 852

Exhibit 853

Exhibit 854

Exhibit 855

Exhibit 856

Exhibit 857

Exhibit 858

Exhibit 859

Exhibit 860

Exhibit 861



Exhibit 862

Exhibit 863

Exhibit 864

Exhibit 865

Exhibit 866

Exhibit 867

Exhibit 868

Exhibit 869

Exhibit 870

Exhibit 871

Exhibit 872

Exhibit 873



Exhibit 874

Exhibit 875

Exhibit 876

Exhibit 877

Exhibit 878

Exhibit 879

Exhibit 880

Exhibit 881

Exhibit 882

Exhibit 883

Exhibit 884

Exhibit 885



Exhibit 886

Exhibit 887

Exhibit 888

Exhibit 889

Exhibit 890

Exhibit 891

Exhibit 892

Exhibit 893

Exhibit 894

Exhibit 895

Exhibit 896

Exhibit 897



Exhibit 898

Exhibit 899

Exhibit 900

Exhibit 901

Exhibit 902

Exhibit 903

Exhibit 904

Exhibit 905

Exhibit 906

Exhibit 907

Exhibit 908

Exhibit 909



Exhibit 910

Exhibit 911

Exhibit 912

Exhibit 913

Exhibit 914

Exhibit 915

Exhibit 916

Exhibit 917

Exhibit 918

Exhibit 919

Exhibit 920

Exhibit 921



Exhibit 922

Exhibit 923

Exhibit 924

Exhibit 925

Exhibit 926

Exhibit 927

Exhibit 928

Exhibit 929

Exhibit 930

Exhibit 931

Exhibit 932

Exhibit 933



Exhibit 934

Exhibit 935

Exhibit 936

Exhibit 937

Exhibit 938

Exhibit 939

Exhibit 940

Exhibit 941

Exhibit 942

Exhibit 943

Exhibit 944

Exhibit 945



Exhibit 946

Exhibit 947

Exhibit 948

Exhibit 949

Exhibit 950

Exhibit 951

Exhibit 952

Exhibit 953

Exhibit 954

Exhibit 955

Exhibit 956

Exhibit 957



Exhibit 958

Exhibit 959

Exhibit 960

Exhibit 961

Exhibit 962

Exhibit 963

Exhibit 964

Exhibit 965

Exhibit 966

Exhibit 967

Exhibit 968

Exhibit 969



Exhibit 970

Exhibit 971

Exhibit 972

Exhibit 973

Exhibit 974

Exhibit 975

Exhibit 976

Exhibit 977

Exhibit 978

Exhibit 979

Exhibit 980

Exhibit 981



Exhibit 982

Exhibit 983

Exhibit 984

Exhibit 985

Exhibit 986

Exhibit 987

Exhibit 988

Exhibit 989

Exhibit 990

Exhibit 991

Exhibit 992

Exhibit 993



Exhibit 994

Exhibit 995

Exhibit 996

Exhibit 997

Exhibit 998

Exhibit 999

Exhibit 1000

Exhibit 1001

Exhibit 1002

Exhibit 1003

Exhibit 1004

Exhibit 1005



Exhibit 1006

Exhibit 1007

Exhibit 1008

Exhibit 1009

Exhibit 1010

Exhibit 1011

Exhibit 1012

Exhibit 1013

Exhibit 1014

Exhibit 1015

Exhibit 1016

Exhibit 1017



Exhibit 1018

Exhibit 1019

Exhibit 1020

Exhibit 1021

Exhibit 1022

Exhibit 1023

Exhibit 1024

Exhibit 1025

Exhibit 1026

Exhibit 1027

Exhibit 1028

Exhibit 1029



Exhibit 1030

Exhibit 1031

Exhibit 1032

Exhibit 1033

Exhibit 1034

Exhibit 1035

Exhibit 1036

Exhibit 1037

Exhibit 1038

Exhibit 1039

Exhibit 1040

Exhibit 1041



Exhibit 1042

Exhibit 1043

Exhibit 1044

Exhibit 1045

Exhibit 1046

Exhibit 1047

Exhibit 1048

Exhibit 1049

Exhibit 1050

Exhibit 1051

Exhibit 1052

Exhibit 1053



Exhibit 1054

Exhibit 1055

Exhibit 1056

Exhibit 1057

Exhibit 1058

Exhibit 1059

Exhibit 1060

Exhibit 1061

Exhibit 1062

Exhibit 1063

Exhibit 1064

Exhibit 1065



Exhibit 1066

Exhibit 1067

Exhibit 1068

Exhibit 1069

Exhibit 1070

Exhibit 1071

Exhibit 1072

Exhibit 1073

Exhibit 1074

Exhibit 1075

Exhibit 1076

Exhibit 1077



Exhibit 1078

Exhibit 1079

Exhibit 1080

Exhibit 1081

Exhibit 1082

Exhibit 1083

Exhibit 1084

Exhibit 1085

Exhibit 1086

Exhibit 1087

Exhibit 1088

Exhibit 1089



Exhibit 1090

Exhibit 1091

Exhibit 1092

Exhibit 1093

Exhibit 1094

Exhibit 1095

Exhibit 1096

Exhibit 1097

Exhibit 1098

Exhibit 1099

Exhibit 1100



Exhibit 1101

Exhibit 1102

Exhibit 1103

Exhibit 1104

Exhibit 1105

Exhibit 1106

Exhibit 1107

Exhibit 1108

Exhibit 1109



Exhibit 1110

Exhibit 1111

Exhibit 1112

Exhibit 1113

Exhibit 1114

Exhibit 1115

Exhibit 1116

Exhibit 1117

Exhibit 1118



Exhibit 1119

Exhibit 1120

Exhibit 1121

Exhibit 1122

Exhibit 1123

Exhibit 1124

Exhibit 1125

Exhibit 1126

Exhibit 1127



Exhibit 1128

Exhibit 1129

Exhibit 1130

Exhibit 1131

Exhibit 1132

Exhibit 1133

Exhibit 1134

Exhibit 1135

Exhibit 1136



Exhibit 1137

Exhibit 1138

Exhibit 1139

Exhibit 1140

Exhibit 1141

Exhibit 1142

Exhibit 1143

Exhibit 1144

Exhibit 1145



Exhibit 1146

Exhibit 1147

Exhibit 1148

Exhibit 1149

Exhibit 1150

Exhibit 1151

Exhibit 1152

Exhibit 1153

Exhibit 1154



Exhibit 1155

Exhibit 1156

Exhibit 1157

Exhibit 1158

Exhibit 1159

Exhibit 1160

Exhibit 1161

Exhibit 1162

Exhibit 1163



Exhibit 1164

Exhibit 1165

Exhibit 1166

Exhibit 1167

Exhibit 1168

Exhibit 1169

Exhibit 1170

Exhibit 1171

Exhibit 1172



Exhibit 1173

Exhibit 1174

Exhibit 1175

Exhibit 1176

Exhibit 1177

Exhibit 1178

Exhibit 1179

Exhibit 1180

Exhibit 1181



Exhibit 1182

Exhibit 1183

Exhibit 1184

Exhibit 1185

Exhibit 1186

Exhibit 1187

Exhibit 1188

Exhibit 1189

Exhibit 1190



Exhibit 1191

Exhibit 1192

Exhibit 1193

Exhibit 1194

Exhibit 1195

Exhibit 1196

Exhibit 1197

Exhibit 1198

Exhibit 1199



Exhibit 1200

Exhibit 1201

Exhibit 1202

Exhibit 1203

Exhibit 1204

Exhibit 1205

Exhibit 1206

Exhibit 1207

Exhibit 1208



Exhibit 1209

Exhibit 1210

Exhibit 1211

Exhibit 1212

Exhibit 1213

Exhibit 1214

Exhibit 1215

Exhibit 1216

Exhibit 1217



Exhibit 1218

Exhibit 1219

Exhibit 1220

Exhibit 1221

Exhibit 1222

Exhibit 1223

Exhibit 1224

Exhibit 1225

Exhibit 1226



Exhibit 1227

Exhibit 1228

Exhibit 1229

Exhibit 1230

Exhibit 1231

Exhibit 1232

Exhibit 1233

Exhibit 1234

Exhibit 1235



Exhibit 1236

Exhibit 1237

Exhibit 1238

Exhibit 1239

Exhibit 1240

Exhibit 1241

Exhibit 1242

Exhibit 1243

Exhibit 1244



Exhibit 1245

Exhibit 1246

Exhibit 1247

Exhibit 1248

Exhibit 1249

Exhibit 1250

Exhibit 1251

Exhibit 1252

Exhibit 1253



Exhibit 1254

Exhibit 1255

Exhibit 1256

Exhibit 1257

Exhibit 1258

Exhibit 1259

Exhibit 1260

Exhibit 1261

Exhibit 1262



Exhibit 1263

Exhibit 1264

Exhibit 1265

Exhibit 1266

Exhibit 1267

Exhibit 1268

Exhibit 1269

Exhibit 1270

Exhibit 1271



Exhibit 1272

Exhibit 1273

Exhibit 1274

Exhibit 1275

Exhibit 1276

Exhibit 1277

Exhibit 1278

Exhibit 1279

Exhibit 1280

| | |
|---|---|
| ███████████████████████ | Exhibit 1281 |
| ███████████████████████ | Exhibit 1282 |
| ███████████████████████ | Exhibit 1283 |
| ███████████████████████ | Exhibit 1284 |
| Signature Card for 2017 Broad-Based Awards and Consent to Receive Electronic Delivery Executed by ██████████████ (Employee Identification Number ████████, dated ██████████ | Exhibit 1285 |
| Signature Card for 2016 Year-End Awards and Consent to Receive Electronic Delivery Executed by ██████████████ (Employee Identification Number ████████, dated ██████████ | Exhibit 1286 |
| Signature Card for 2017 Year-End Awards and Consent to Receive Electronic Delivery Executed by ██████████████ (Employee Identification Number ████████, dated ██████████ | Exhibit 1287 |
| Signature Card for 2016 Mid-Year Awards and Consent to Receive Electronic Delivery Executed by ██████████████ (Employee Identification Number ████████, dated ██████████ | Exhibit 1288 |
| Signature Card for 2015 Year-End Awards and Consent to Receive Electronic Delivery Executed by ██████████████ (Employee Identification Number ████████, dated ██████████ | Exhibit 1289 |
| February 5, 2019 Letter from Robert J. Giuffra, Jr. to to Kelly M. Dermody and Adam T. Klein regarding ██████████ | Exhibit 1290 |
| February 5, 2019 Letter from Robert J. Giuffra, Jr. to to Kelly M. Dermody and Adam T. Klein regarding ██████ | Exhibit 1291 |
| February 5, 2019 Letter from Robert J. Giuffra, Jr. to to Kelly M. Dermody and Adam T. Klein regarding ████████ | Exhibit 1292 |

| | |
|---|---|
| February 5, 2019 Letter from Robert J. Giuffra, Jr. to to Kelly M. Dermody and Adam T. Klein regarding ██████████ | Exhibit 1293 |
| February 5, 2019 Letter from Robert J. Giuffra, Jr. to Kelly M. Dermody and Adam T. Klein regarding Correspondence With Individual Counsel | Exhibit 1294 |
| February 19, 2019 Letter from Robert J. Giuffra, Jr. to Kelly M. Dermody and Adam T. Klein regarding Correspondence With Individual Counsel | Exhibit 1295 |
| March 14, 2019 Letter from Robert J. Giuffra, Jr. to Kelly M. Dermody and Adam T. Klein | Exhibit 1296 |
| March 29, 2019 Letter from Robert J. Giuffra, Jr. to Kelly M. Dermody and Adam T. Klein | Exhibit 1297 |
| April 2, 2019 Letter from Valerie D. Comenencia Ortiz to Barbara B. Brown, et al. | Exhibit 1298 |
| April 10, 2019 Letter letter from Robert J. Giuffra, Jr. to Valerie D. Comenencia Ortiz | Exhibit 1299 |
| Notice Distributed to Class Members on November 30, 2018 | Exhibit 1300 |
| Excerpts from document GS0099133, produced in discovery in this action | Exhibit 1301 |
| Excerpts from document GS0001061, produced in discovery in this action | Exhibit 1302 |
| Excerpts from document GS0396450, produced in discovery in this action | Exhibit 1303 |
| David Lat, *Goldman Sachs Accused of Sex Discrimination*, Above the Law (Sept. 15, 2010) | Exhibit 1304 |
| Bob Van Voris, Christine Harper, *Goldman Sachs Sued Over Alleged Gender Discrimination*, Bloomberg (Sept. 15, 2010) | Exhibit 1305 |
| Courtney Comstock, *Meet The Woman Suing Goldman Sachs for Sexual Discrimination,* Business Insider (Sept. 15, 2010) | Exhibit 1306 |
| Courtney Comstock, *Shanna Orlich, The Other Woman Suing Goldman Sachs For Gender Discrimination*, Business Insider (Sept. 15, 2010) | Exhibit 1307 |
| Courtney Comstock, *The Craziest 15 Ways Women Say They Were Harassed at Goldman Sachs,* Business Insider (Sept. 15, 2010) | Exhibit 1308 |
| David Benoit, *Goldman Sachs Sued for Discrimination Against Women*, Dow Jones News Service (Sept. 15, 2010) | Exhibit 1309 |
| Ben Yakas, *Women Sue Goldman Sachs for Male "Corporate Culture"*, Gothamist (Sept. 15, 2010) | Exhibit 1310 |

*Goldman Sachs Faces Accusations of Sexism from Female Employees*, NBC New York (Sept. 15, 2010)

Exhibit 1311

*Suit filed: NYC Investment Firm Goldman Sachs hit with discrimination lawsuit*, New York Daily News (Sept. 10, 2015)

Exhibit 1312

*Plaintiffs' Counsel Announces Female Employees Sue Goldman Sachs for Sex Discrimination*, N.Y. Business Wire (Sept. 15, 2010)

Exhibit 1313

Chris Rovzar, *Goldman on Sexual-Harrassment Suit: People Are Critical to Our Business*, N.Y. Magazine (Sept. 15, 2010)

Exhibit 1314

Dan Mangan, *Boys Club Bashed*, N.Y. Post (Sept. 15, 2010)

Exhibit 1315

Peter Lattman, *Women Sue Goldman, Claiming Pay and Jobs Bias*, N.Y. Times (Sept. 15, 2010)

Exhibit 1316

*Goldman Sachs Sued for Alleged Gender Discrimination: Reports,* RTT News (Sept. 15, 2010)

Exhibit 1317

Andrew Clark, *Goldman Sachs hit by lurid allegations of sex discrimination*, The Guardian (Sept. 15, 2010)

Exhibit 1318

Marcy Gordon, *3 female ex-employees allege bias at Goldman Sachs*, The Seattle Press (Sept. 15, 2010)

Exhibit 1319

Dan Freed, *Goldman Hit by Discrimination Suit*, The Street (Sept. 15, 2010)

Exhibit 1320

Heather Horn, *Three Women Sue Goldman Sachs for Gender Discrimination*, The Wire (Sept. 15, 2010)

Exhibit 1321

Elizabeth Amon, *Goldman Sachs, Lehman, CBIC, Toyota in Court News (Update 1)*, Bloomberg Law (Sept. 16, 2010)

Exhibit 1322

Richard Blackden, *Goldman faces 'press-ups on the trading floor' sex discrimination lawsuit*, Daily Telegraph (Sept. 16, 2010)

Exhibit 1323

Mark Blunden, *Women accuse bank giant Goldman Sachs of 'golf and escorts culture'*, Evening Standard (Sept. 16, 2010)

Exhibit 1324

Hamilton Nolan, *Goldman Sachs Lawsuit: Stripper Parties, Racist Emails, and More!*, Gawker (Sept. 16, 2010)

Exhibit 1325

Dan Mangan, *Boys Club Bashed*, The N.Y. Post (Sept. 16, 2010)

Exhibit 1326

Peter Lattman, *3 Women Claim Bias at Goldman*, N.Y. Times (Sept. 16, 2010)

Exhibit 1327

Stephen Foley, *Lawsuit challenges sexism at Goldman*, N.Z. Herald (Sept. 16, 2010)

Exhibit 1328

| | |
|---|---|
| *Goldman Sachs Faces Gender Bias Lawsuit*, Star Ledger (Sept. 16, 2010) | Exhibit 1329 |
| David Benoit, *Three Women Sue Goldman, Alleging Bias*, Wall Street Journal (Sept. 16, 2010) | Exhibit 1330 |
| Daniel Bates, *Women employees at 'boys club Goldman Sachs were taken to strip clubs and banned from golf trips'*, Daily Mail (Sept. 17, 2010) | Exhibit 1331 |
| Ban Yakas, *Goldman Sachs Gives Massive Donation as Lawsuit Looms*, Gothamist (Sept. 17, 2010) | Exhibit 1332 |
| *Female workers sue banking firm Goldman Sachs over sex discrimination,* Sify News (Sept. 18, 2010) | Exhibit 1333 |
| Phillip Sherwell, *Goldman Sachs sex discrimination case: court papers reveal inside story*, The Sunday Telegraph (Sept. 19, 2010) | Exhibit 1334 |
| Courtney Comstock, *The Craziest 15 Ways Women Say They Were Harassed at Goldman Sachs,* Business Insider (Mar. 29, 2011) | Exhibit 1335 |
| Moira Herbst, *Goldman Sachs fights bias lawsuit, cites Wal-Mart*, Thompson Reuters (July 22, 2011) | Exhibit 1336 |
| Louis M. Solomon, *Court Adheres to Earlier Ruling That Arbitration Clause is Unenforceable Because It Interefered With Federal Right, Despite Supreme Court Ruling In Conception*, Mondaq (Aug. 31, 2011) | Exhibit 1337 |
| W. Lawrence Westcott II, *Commentary: Reducing e-discovery burden - easier said than done*, Legal News (Nov. 1, 2012) | Exhibit 1338 |
| Rebecca Bjork, Gerald L. Maatman, Jr., *Stakes Are High In Chen-Oster Oral Argument Before the Second Circuit*, Seyfarth Shaw LLP Workplace Class Action Blog (Nov. 7, 2012) | Exhibit 1339 |
| Nate Raymond, *Goldman wins ruling to arbitrate discrimination claim*, Chicago Tribune (Mar. 21, 2013) | Exhibit 1340 |
| Michael L. Stevens, *Second Circuit Compels Individual Arbitration in Goldman Sachs Class Action Sex Bias Suit*, Legal Monitor Worldwide (Mar. 26, 2013) | Exhibit 1341 |
| Susan Antilla, *After Boom-Boom Room, Fresh Tactics to Fight Bias*, N.Y. Times (Apr. 3, 2013) | Exhibit 1342 |
| Anna Fisher, *Should Performance Reviews be Crowdsourced?*, Fortune (Oct. 8, 2013) | Exhibit 1343 |
| Mary Romano, Karen Gullo, *Goldman Must Turn Over Female Employee Complaints in Suit*, Bloomberg Law (Oct. 15, 2013) | Exhibit 1344 |

Katherine Dela Cruz, *Goldman Sachs must disclose complaints from all female workers in certain divisions*, S&P Global Market Intelligence (Oct. 16, 2013) — Exhibit 1345

Marjorie Johnson, *Goldman Sachs ordered to turn over internal complaints conveivably related to gender bias*, Wolters Kluwer (Oct. 17, 2013) — Exhibit 1346

Matthew Zeitlin, *Women Claim Goldman Sachs Was "Boys' Club" In Pay Discrimination Suit*, Buzzfeed News (July 1, 2014) — Exhibit 1347

Howard Koplowitz, *Goldman Sachs Hostile To Women Claim Former Employees In Lawsuit*, International Business Times (July 1, 2014) — Exhibit 1348

Bob Van Voris, Max Abelson, *Goldman Sachs 'Boy's Club' Accused of Mocking Women*, Bloomberg (July 2, 2014) — Exhibit 1349

Harry Bruinius, *Women Call Goldman Sachs Hostile Workplace, Seek to Expand Bias Suit*, The Christian Science Monitor (July 2, 2014) — Exhibit 1350

Jesse Solomon, *Suit alleges 'boy's club' culture at Goldman*, CNN Money (July 2, 2014) — Exhibit 1351

Bryan Keogh, *Women at Goldman Sachs are either sexualized or ignored by binge-drinking 'boys club', claim two former employees as they launch class action lawsuit*, Daily Mail (July 2, 2014) — Exhibit 1352

Ben Yakas, *Ex-Employees Suing Goldman Sachs On Behalf of All Women*, Gothamist (July 2, 2014) — Exhibit 1353

*Goldman 'boys club' accused of mocking women as 'bimbos',* the Irish Times (July 2, 2014) — Exhibit 1354

Daniel Beekman, *Goldman Sachs is a 'boys club' that undermines women, ex-employee says*, New York Daily News (July 2, 2014) — Exhibit 1355

Kevin Roose, *Is Goldman Sachs a Boys Club This Lawsuit Claims It Is*, N.Y. Magazine (July 2, 2014) — Exhibit 1356

Susan Antilla, *Goldman Women Say They Make Less Then Men Who Frequent Strip Clubs, Call them 'Bimbos'*, The Street (July 2, 2014) — Exhibit 1357

Justin Lane, *Goldman Sachs accused of "boys club" bias*, USA Today (July 2, 2014) — Exhibit 1358

Gail Sullivan, *Goldman Sachs, Tinder slapped with sex discrimination lawsuits*, The Washington Post (July 2, 2014) — Exhibit 1359

David Gardner, *Former female Goldman Sachs executives sue 'boys' club' company for sex bias*, Evening Standard (July 3, 2014) — Exhibit 1360

| | |
|---|---|
| Daniel Beekman, *'More bias' sacks Sachs*, New York Daily News (July 3, 2014) | Exhibit 1361 |
| *Pay play in binge lawsuit*, The N.Y. Post (July 3, 2014) | Exhibit 1362 |
| Jessica Grose, *Are Wall Street Banks Still Dumb Enough to Hold Meetings in Strip Clubs?*, Slate (July 3, 2014) | Exhibit 1363 |
| Patrick Hosking, *Bank urged female staff to 'take clients to strip clubs'*, The Times (London) (July 3, 2014) | Exhibit 1364 |
| Patrick Hosking, *Goldman Sachs treated females like 'bimbos'*, The Times (London) (July 3, 2014) | Exhibit 1365 |
| Mark McSherry, *Legal stakes raised against the Goldman Sachs 'boys club'*, The Independent (July 4, 2014) | Exhibit 1366 |
| Joanna Weiner, *Do the White House and Goldman Sachs' gender pay gaps reflect discrimination?*, Washington Post (July 7, 2014) | Exhibit 1367 |
| Susan Antilla, *Goldman Sachs Doesn't Want to Be a Misogynist 'Vampire Squid'*, The Street (July 18, 2014) | Exhibit 1368 |
| Bob Van Voris, *Goldman Sachs Denies Ex-Employee Claims of Sex Bias*, Bloomberg Law (July 28, 2014) | Exhibit 1369 |
| Bob Van Voris, *Goldman Sachs Denies Ex-Employee Claims of Sex Bias*, Bloomberg (July 28, 2014) | Exhibit 1370 |
| Katherine Dela Cruz, *Goldman Sachs asks judge to reject proposed class certification of gender discrimination suit*, S&P Global Market Intelligence (July 29, 2014) | Exhibit 1371 |
| *Goldman Sachs denied any workplace sex bias*, The Economic Times (July 31, 2014) | Exhibit 1372 |
| Susan Antilla, *Can Goldman Sachs' Women Make the Cut in 'Extreme Jobs'?*, The Street (Aug. 18, 2014) | Exhibit 1373 |
| Bob Van Voris, *Goldman Sachs Boys Club Faulted as Women Pursue Lawsuit*, Bloomberg Law (Oct. 22, 2014) | Exhibit 1374 |
| Bess Levin, *Goldman Sachs: Sex Discrimination Practices At The Bank Are A Lot More Nuanced Than Ex-Employees Are Making Them Out To Be*, Deal Breaker (Oct. 22, 2014) | Exhibit 1375 |
| *"Chen-Oster v. GS" - Will This Be The "Dukes v. Wal-Mart" Which Does Get Certified As Class Action Lawsuit?*, Law And More (Oct. 23, 2014) | Exhibit 1376 |

| | |
|---|---|
| Ellen Rosen, *NBC, Interns Settle; Goldman Bias Suit: Business of Law*, Bloomberg (Oct. 24, 2014) | Exhibit 1377 |
| Kevin Dugan, *Goldman Sach's differentiating stats dominate sex suit*, The N.Y. Post (Oct. 24, 2014) | Exhibit 1378 |
| Bob Van Voris, *Goldman Judge Advises against Group Discrimination Suit (1)*, Bloomberg (Mar. 10, 2015) | Exhibit 1379 |
| Bob Van Voris, *Goldman Takes Key Step to Toss Group Discrimination Suit*, Bloomberg (Mar. 10, 2015) | Exhibit 1380 |
| Brandi O. Brown, *Magistrate reluctantly recommends denying class cert in Goldman Sachs sex discrimination case*, Wolters Kluwer (Mar. 17, 2015) | Exhibit 1381 |
| Mark Batten, Charles J. Stiegler, *Magistrate Recommends Denail of Class Certication in Goldman Sachs Gender Discrimination Suit*, Mondaq (Mar. 23, 2015) | Exhibit 1382 |
| Kevin Dugan, *Judge cautions Goldman Sachs lawyer during lawsuit hearing*, The N.Y. Post (July 22, 2015) | Exhibit 1383 |
| Emily Jane Fox, *Goldman Sachs Promotes Record Number of Women, and it's Still Just 25 Percent*, Vanity Fair (Nov. 13, 2015) | Exhibit 1384 |
| Sheelah Kolhatkar, *Wall Street Women: Harrassed and Power-Hungry*, The New Yorker (July 22, 2016) | Exhibit 1385 |
| Katherine Dela Cruz, *Judge throws out Goldman Sach's dismissal bid in gender discrimination case*, S&P Global Market Intelligence (April 12, 2017) | Exhibit 1386 |
| *US judge rejects Goldman Sachs' bid to narrow gender bias lawsuit*, CNBC (April 13, 2017) | Exhibit 1387 |
| Jonathan Stempel, *U.S. judge rejects Goldman Sachs' bid to narrow gender bias lawsuit*, Yerepouni Daily News (April 13, 2017) | Exhibit 1388 |
| Mrinalini Krishna, *Women vs Goldman Sachs in Gender Bias Lawsuit*, Investopedia (April 14, 2017) | Exhibit 1389 |
| Lorene D. Park, J.D., *Goldman Sachs may have to reinstate plaintiffs, even if they resigned or division was eliminated*, Wolters Kluwer (April 17, 2017) | Exhibit 1390 |
| Alison Frankel, *Goldman Sachs asks for appellate help in sex discrimination class action*, Thompson Reuters (June 27, 2017) | Exhibit 1391 |
| William D. Cohan, *Women Say a Rigged System Allows Wall Street to Hide its Sexual-Harassment Problem*, The New Yorker (Jan. 7, 2018) | Exhibit 1392 |

Dane Levine, *How the courts help companies keep sexual misconduct under cover*, Thompson Reuters (Jan. 10, 2018)

Exhibit 1393

Jonathan Stempel, *U.S. judge certifies Goldman Sachs gender bias class action*, Thompson Reuters (March 30, 2018)

Exhibit 1394

Jonathan Stempel, *U.S. judge certifies Goldman Sachs gender bias class action*, Channel NewsAsia (March 31, 2018)

Exhibit 1395

Ben McLannahan, *Goldman faces class action over female pay discrimination*, The Financial Times (April 2, 2018)

Exhibit 1396

Jonathan Stempel, *Judge Certifies Class Action Accusing Goldman Sachs of Gender Discrimination*, Insurance Journal (April 2, 2018)

Exhibit 1397

Joy P. Waltemath, J.D., *Gender bias class action against Goldman Sachs gets green light*, Wolters Kluwer (April 4, 2018)

Exhibit 1398

Cheryl D. Orr, *A New York Federal Court Takes a Novel Approach to Discretionary Employment Decisions In Partially Certifying a Financial Industry Gender Discrimination Class Action*, The National Law Review (April 6, 2018)

Exhibit 1399

René E. Thorne, *Class Certification Granted in Goldman Sachs Gender Discrimination Litigation*, The National Law Review (April 6, 2018)

Exhibit 1400

Dune Lawrence, *To Sue Goldman Sachs, You Have to Be Willing to Hang On–For a Long, Long Time*, Bloomberg (May 3, 2018)

Exhibit 1401

Dune Lawrence, *Wall Street's Big Gender Lawsuit Is 13 Years in the Making*, Bloomberg (May 3, 2018)

Exhibit 1402

Tanaya Macheel, *Gender discrimination class action at Goldman, and its bitcoin trading foray*, American Banker (May 4, 2018)

Exhibit 1403

Andrew Ross Sorkin, *Warren Buffett Really Likes Apple's Shares: DealBook Briefing*, N.Y. Times (May 4, 2018)

Exhibit 1404

Lisa Milam-Perez, J.D., *Top labor and employment developments in April 2018*, Wolters Kluwer (May 6, 2018)

Exhibit 1405

*Whitney Tilson: Sunrise At LaGuardia; What To Do If You Want To Sue Goldman Sachs*, Value Walk (August 7, 2018)

Exhibit 1406

Jack Newsham, *2nd Circ. Judge Casts Doubt On Goldman Appeal In Bias Suit*, Law360 (August 28, 2018)

Exhibit 1407

Dune Lawrence, *Goldman's Gender Bias Fight Moves Closer to Trial After 13 Years*, Bloomberg (Sept. 5, 2018)

Exhibit 1408

| | |
|---|---|
| Jack Newsham, *2nd Circ. Denies Goldman Appeal of Sex Bias Cert. Decision*, Law360 (September 5, 2018) | Exhibit 1409 |
| Anthony Noto, *Gender-bias case against Goldman Sachs moves closer to trial 13 years later*, New York Business Journal (Sept. 5, 2018) | Exhibit 1410 |
| *Appeal rejected in Goldman bias case; factories grew at faster pace in Aug.*, Washington Post (Sept. 5, 2018) | Exhibit 1411 |
| Erin McCarthy Holliday, *Federal appeals court allows Goldman Sachs gender discrimination case to move forward*, Jurist (Sept. 6, 2018) | Exhibit 1412 |
| *9th Circuit Court of Appeals Accepts Plaintiff's Request for Discretionary Appeal Regarding Class Certification in Microsoft Gender Discrimination Lawsuit*, SF Business Wire (September 21, 2018) | Exhibit 1413 |
| Ludmila Leiva, *Why Many of Fortune's "Best Companies to Work For" Actually Aren't*, Refinery 29 (Oct. 16, 2018) | Exhibit 1414 |
| Anthony Noto, *Goldman Sachs says women in bias lawsuit had arbitration deals, New York Business Journal (Oct. 18, 2018)* | Exhibit 1415 |
| *Kevin Dugan, Goldman Sachs lays off dozens of traders, N.Y. Post (Mar. 14, 2019)* | Exhibit 1416 |
| *Liz Hoffman, Goldman Sachs Implements Its Own 'Rooney Rule' in Diversity Push, Dow Jones, (Mar. 19, 2019)* | Exhibit 1417 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended September 30, 2010 | Exhibit 1418 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-K for the fiscal year ended December 31, 2010 | Exhibit 1419 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended March 31, 2011 | Exhibit 1420 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended June 30, 2011 | Exhibit 1421 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended September 30, 2011 | Exhibit 1422 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-K for the fiscal year ended December 31, 2011 | Exhibit 1423 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended March 31, 2012 | Exhibit 1424 |

| | |
|---|---|
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended June 30, 2012 | Exhibit 1425 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended September 30, 2012 | Exhibit 1426 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-K for the fiscal year ended December 31, 2012 | Exhibit 1427 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended March 31, 2013 | Exhibit 1428 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended June 30, 2013 | Exhibit 1429 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended September 30, 2013 | Exhibit 1430 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-K for the fiscal year ended December 31, 2013 | Exhibit 1431 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended March 31, 2014 | Exhibit 1432 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended June 30, 2014 | Exhibit 1433 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended September 30, 2014 | Exhibit 1434 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-K for the fiscal year ended December 31, 2014 | Exhibit 1435 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended March 31, 2015 | Exhibit 1436 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended June 30, 2015 | Exhibit 1437 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended September 30, 2015 | Exhibit 1438 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-K for the fiscal year ended December 31, 2015 | Exhibit 1439 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended March 31, 2016 | Exhibit 1440 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended June 30, 2016 | Exhibit 1441 |

| | |
|---|---|
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended September 30, 2016 | Exhibit 1442 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-K for the fiscal year ended December 31, 2016 | Exhibit 1443 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended March 31, 2017 | Exhibit 1444 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended June 30, 2017 | Exhibit 1445 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended September 30, 2017 | Exhibit 1446 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-K for the fiscal year ended December 31, 2017 | Exhibit 1447 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended March 31, 2018 | Exhibit 1448 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended June 30, 2018 | Exhibit 1449 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended September 30, 2018 | Exhibit 1450 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-K for the fiscal year ended December 31, 2018 | Exhibit 1451 |
| November 1, 2010 Letter from Barbara Brown to Adam Klein | Exhibit 1452 |
| December 17, 2010 Letter from Adam Klein to Judge Sand regarding pre-motion conference | Exhibit 1453 |
| December 20, 2010 Letter from C. Gregory Weirich to Judge Sand regarding pre-motion conference | Exhibit 1454 |
| December 23, 2010 Letter from Theodore O. Rogers, Jr. to Kelly Dermody and Adam Klein regarding production of exemplar employment agreements | Exhibit 1455 |
| Excerpt from Brief and Special Appendix For Defendants-Appellants before the Second Circuit in *Parisi, et al.*v. *Goldman Sachs*, No. 11-5229-cv | Exhibit 1456 |
| Excerpt from Brief of Plaintiffs-Appellees before the Second Circuit in *Parisi, et al.*v. *Goldman Sachs*, No. 11-5229-cv | Exhibit 1457 |
| Excerpt from Plaintiffs' Fourth Set of Requests for Production of Documents | Exhibit 1458 |

| | |
|---|---|
| Excerpt from Defendants' Responses and Objections to Plaintiffs' Fourth Set of Requests for Production | Exhibit 1459 |
| Excerpt from Defendants' Objections and Responses to 30(b)(6) Notice Regarding Complaints and Compliance | Exhibit 1460 |
| July 30, 2013 E-mail from Erin LaRuffa to Cyrus Dugger regarding document production of Bates Numbers GS0138169-GS0138248 | Exhibit 1461 |
| August 2, 2013 E-mail from Erin LaRuffa to Cyrus Dugger regarding document production of Bates Numbers GS0138505-GS0138543 | Exhibit 1462 |
| Excerpt from Defendants' Objections and Responses to 30(b)(6) Notice Regarding Compensation, Promotion, and Performance Review Policies | Exhibit 1463 |
| Excerpt from Defendants' Objections and Responses to Second Amended 30(b)(6) Notice Regarding Complaints and Compliance | Exhibit 1464 |
| Excerpt from Defendants' Responses and Objections to Plaintiffs' Fifth Set of Requests for Production of Documents | Exhibit 1465 |
| Excerpt from Defendants' Answers and Objections to Plaintiffs' First Set of Interrogatories | Exhibit 1466 |
| Excerpt from Defendants' Responses and Objections to Plaintiffs' Second Set of Interrogatories | Exhibit 1467 |
| Excerpt from Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Admission | Exhibit 1468 |
| Excerpt from Defendants' Objections and Responses to Plaintiffs' 30(b)(6) Notice Regarding Manager Quartile, Ranking, and Rating | Exhibit 1469 |
| Excerpt from Defendants' Answers and Objections to Plaintiffs' Sixth Set of Requests for Production of Documents | Exhibit 1470 |
| Excerpt from Defendants' Answers and Objections to Plaintiffs' Third Set of Interrogatories | Exhibit 1471 |
| Excerpt from Defendants' Supplemental Answers and Objections to Plaintiffs' Third Set of Interrogatories | Exhibit 1472 |
| April 25, 2018 e-mail chain between C. Sullivan, A. Klein, A. Shaver et al. re Redlines to Notice | Exhibit 1473 |
| April 27, 2018 e-mail chain between M. Stewart, C. Sullivan, A. Klein et al. re RE: Redlines to Notice | Exhibit 1474 |
| Excerpt from Plaintiffs' Ninth Set of Requests for Production of Documents | Exhibit 1475 |

Dated: April 12, 2019
New York, New York.

/s/ Robert J. Giuffra, Jr.
_____
Robert J. Giuffra, Jr.
