- 1 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; SHANNA ORLICH; ALLISON GAMBA; and MARY DE LUIS,<br><br>Plaintiffs,<br><br>-against-<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>Defendants. | No. 10-cv-6950-AT-RWL |

## NOTICE OF MOTION AND MOTION FOR RELIEF UNDER FEDERAL RULE OF CIVIL PROCEDURE 23(d)

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Relief under Federal Rule of Civil Procedure 23(d) and the Declaration of Michael Levin-Gesundheit and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

1. Voiding arbitration clauses contained in 942 agreements between Class Members and Goldman, Sachs & Co. and/or The Goldman Sachs Group, Inc. (collectively, "Goldman") to arbitrate employment claims and/or waive participation in a class action that were purportedly executed after the filing of this lawsuit on September 15, 2010; and

2. Voiding releases of claims contained in 349 severance agreements between Class Members and Goldman executed after the filing of this lawsuit on September 15, 2010, to the extent the releases purport to cover claims that are the subject of this lawsuit.

- 1 -

1712714.1

- 2 -

Dated:  April 12, 2019

By: _____/s Kelly M. Dermody_____
Kelly M. Dermody

Kelly M. Dermody (*admitted pro hac vice*)
Anne B. Shaver (*admitted pro hac vice*)
Michael Levin-Gesundheit (*admitted pro hac vice*)
Michelle Lamy (*admitted pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Rachel J. Geman
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-9592
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Adam T. Klein
Cara E. Greene
Melissa L. Stewart
Christopher M. McNerney
Michael C. Danna
Sabine Jean
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

*Class Counsel*

- 2 -

1712714.1