# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

April 25, 2019

Via ECF

The Honorable Robert W. Lehrburger,
   United States District Court for the
     Southern District of New York,
      500 Pearl Street,
       New York, New York 10007-1312.

        Re:   *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et ano.*
              No. 10 Civ. 6950 (AT) (RWL) (S.D.N.Y.)

Dear Judge Lehrburger:

       The parties exchanged drafts of the joint submission in accordance with the Court's February 26, 2019 Order (ECF No. 681) yesterday, and again at 11:00 am and 3:46 pm today. Plaintiffs' 3:46 pm draft contains substantial additional material, to which Defendants will not have an adequate opportunity to respond in advance of the 5:00 pm deadline. Defendants respectfully request an extension of the deadline to file the joint submission to end of today (11:59 pm). Plaintiffs have not consented to this extension.

                                                              Respectfully,

                                                          */s/ Ann-Elizabeth Ostrager*

                                                          Ann-Elizabeth Ostrager
                                                          of Sullivan & Cromwell LLP

cc:    All parties of record (by ECF)