SO ORDERED:

/s/ *5/22/19*

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5-22-19

May 21, 2019

<u>Via ECF</u>

The Honorable Robert W. Lehrburger,
   United States District Court for the
      Southern District of New York,
         500 Pearl Street,
           New York, New York 10007-1312.

        Re:   *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et ano.*
                No. 10 Civ. 6950 (AT) (RWL) (S.D.N.Y.)

Dear Judge Lehrburger:

        Pursuant to Rule I.A of Your Honor's Individual Practices, the parties jointly submit an errata sheet detailing proposed corrections to the transcript of the April 30, 2019 conference. (ECF No. 732.)

                                                 Respectfully submitted,

| /s/ *Kelly M. Dermody* | /s/ *Ann-Elizabeth Ostrager* |
|---|---|
| Adam T. Klein | Robert J. Giuffra, Jr. |
| Cara E. Greene | Theodore O. Rogers, Jr. |
| Melissa L. Stewart | Sharon L. Nelles |
| OUTTEN & GOLDEN LLP | Ann-Elizabeth Ostrager |
| 685 Third Avenue, 25th Floor | Hilary M. Williams |
| New York, New York 10017 | Joshua S. Levy |
| Telephone: (212) 245-1000 | SULLIVAN & CROMWELL LLP |
| Facsimile: (646) 509-2060 | 125 Broad Street |
| | New York, New York 10004 |
| Paul W. Mollica | Telephone: (212) 558-4000 |
| 161 North Clark Street, Suite 4700 | Facsimile: (212) 558-3588 |
| Chicago Illinois 60601 | |
| Telephone: (212) 809-7010 | Amanda Flug Davidoff |
| Facsimile: (312) 809-7011 | Elizabeth A. Cassady |
| | SULLIVAN & CROMWELL LLP |
| Kelly M. Dermody (*admitted pro hac vice*) | 1700 New York Avenue, N.W. Suite 700 |
| Anne B. Shaver (*admitted pro hac vice*) | Washington, District of Columbia |
| Tiseme G. Zegeye | 20006-5215 |
| LIEFF CABRASER HEIMANN & | Telephone: (202) 956-7500 |
|    BERNSTEIN, LLP | |
| 275 Battery Street, 29th Floor | Barbara B. Brown (*admitted pro hac vice*) |
| San Francisco, California 94111-3339 | Carson H. Sullivan (*admitted pro hac vice*) |
| Telephone: (415) 956-1000 | PAUL HASTINGS LLP |

# ERRATA SHEET
*Chen-Oster* v. *Goldman, Sachs & Co*, No. 10-cv-6950
Transcript of April 30, 2019 Case Management Conference
Before The Honorable Robert W. Lehrburger

| Page | Line | | |
|---|---|---|---|
| 1 | 4 | Delete: | In re: |
| | | Reason: | Not part of case title |
| 1 | 12 | Change: | "Goldman Sachs & Co." to "Goldman, Sachs & Co." |
| | | Reason: | Correct spelling of party's name |
| 2 | 3 | Change: | Remove comma in "Cromwell, LLP" |
| | | Reason: | Firm's name does not have a comma |
| 2 | 6 | Change: | "Kelly Lyons" to "Hilary Williams" |
| | | Reason: | Correct name of individual who appeared at status conference |
| 4 | 3 | Change: | "Goldman Sachs & Co." to "Goldman, Sachs & Co." |
| | | Reason: | Correct name of individual who appeared at status conference |
| 4 | 7 | Change: | "in" to "and" |
| | | Reason: | Correction to word usage |
| 4 | 20 | Change: | "Kelly Lyons" to "Hilary Williams" |
| | | Reason: | Correct name of individual who appeared at status conference |
| 5 | 11 | Change: | Capitalize "so" |
| | | Reason: | Start of sentence |
| 5 | 23 | Change: | Change "his" to "is" |
| | | Reason: | Correction to word usage |

| Page | Line | | |
|------|------|---|---|
| 6 | 14 | Insert: "and" between "go" and "in" | |
| | | Reason: Clarification of sentence structure | |
| 7 | 16 | Change: Change "Al" to "all" | |
| | | Reason: Correction to word usage | |
| 7 | 18 | Change: Insert "Honor" after "Your" | |
| | | Reason: Clarification of sentence | |
| 8 | 12 | Change: Change "discreet" to "discrete" | |
| | | Reason: Correction to word usage | |
| 9 | 5 | Change: Change "subjection" to "subject" | |
| | | Reason: Correction to word usage | |
| 11 | 18 | Change: Change "there's" to "they're" | |
| | | Reason: Correction to word usage | |
| 12 | 4 | Change: Change "conceded" to "concede" | |
| | | Reason: Correction to word usage | |
| 12 | 5 | Change: Change "not" to "now" | |
| | | Reason: Correction to word usage | |
| 16 | 20 | Change: Change "plaintiff" to "plaintiffs" | |
| | | Reason: Correction to word usage | |
| 17 | 5 | Change: "is" to "as" | |
| | | Reason: Correction to word usage | |
| 17 | 6 | Insert: Comma after "them" | |
| | | Reason: Clarification of sentence structure | |

| Page | Line | | |
|---|---|---|---|
| 19 | 13 | Change: | Change "*Walmart*" to "*Wal-Mart*" |
| | | Reason: | *Wal-Mart* is a case name |
| 19 | 19 | Change: | Insert "you" before "intend" |
| | | Reason: | Clarification of sentence structure |
| 21 | 4 | Change: | Change "or" to "of" |
| | | Reason: | Correction to word usage |
| 22 | 6 | Change: | Change "*Walmart*" to "*Wal-Mart*" |
| | | Reason: | *Wal-Mart* is a case name |
| 22 | 8 | Change: | Change "*Walmart*" to "*Wal-Mart*" |
| | | Reason: | *Wal-Mart* is a case name |
| 22 | 17 | Change: | Change "Country" to "County" |
| | | Reason: | Correction to word usage |
| 23 | 22 | Insert: | "here" between "were" and "on" |
| | | Reason: | Clarification of sentence |
| 24 | 2 | Change: | Change "on" to "one" |
| | | Reason: | Correction to word usage |
| 24 | 23 | Change: | Insert "metrics" after "performance" |
| | | Reason: | Clarification of sentence structure |
| 25 | 23 | Change: | "concept" to "concepts" |
| | | Reason: | Correction to word usage |
| 26 | 21 | Change: | Change "equitable" to "inequitable" |
| | | Reason: | Correction to substance |

| Page | Line | | |
|---|---|---|---|
| 27 | 11 | Change: | Change "got" to "go" |
| | | Reason: | Correction to word usage |
| 27 | 21 | Change: | Insert "not" after "broad, it's" |
| | | Reason: | Correction to substance |
| 31 | 11 | Change: | Insert "as" before "a" |
| | | Reason: | Correction to word usage |
| 31 | 25 | Change: | Change first "and" to "in" |
| | | Reason: | Correct word from Judge Torres' order, which Ms. Dermody read verbatim |
| 31 | 25 | Change: | Insert comma after "evaluation" |
| | | Reason: | Should be inserted based on Judge Torres' order, which Ms. Dermody read verbatim |
| 31 | 25 | Change: | Delete "and" after compensation |
| | | Reason: | Should be deleted based on Judge Torres' order, which Ms. Dermody read verbatim |
| 33 | 12 | Change: | "laws" to "law" |
| | | Reason: | Correction to word usage |
| 35 | 7 | Change: | "to" to "for" |
| | | Reason: | Correction to word usage |
| 35 | 16 | Change: | Change "it" to "up" |
| | | Reason: | Correction to word usage |
| 41 | 23 | Change: | Change "*Walmart*" to "*Wal-Mart*" |
| | | Reason: | *Wal-Mart* is a case name |

| Page | Line | | |
|------|------|---|---|
| 41 | 23 | Change: | Change "care" to "came" |
| | | Reason: | Correction to word usage |
| 42 | 22 | Change: | Change "a" to "the" |
| | | Reason: | Correction to word usage |
| 44 | 12 | Change: | Change "*Walmart*" to "*Wal-Mart*" |
| | | Reason: | *Wal-Mart* is a case name |
| 45 | 3 | Change: | Change "we'd" to "with" |
| | | Reason: | Correction to word usage |
| 49 | 21 | Change: | Change "classified" to "class wide" |
| | | Reason: | Correction to word usage |
| 52 | 10 | Change: | Change "own" to "on" |
| | | Reason: | Correction to word usage |
| 53 | 21 | Change: | Change "teamster's" to "*Teamsters'*" |
| | | Reason: | *Teamsters* is a case name |
| 54 | 22 | Change: | Delete "a" before "on a" |
| | | Reason: | Clarification of sentence structure |
| 58 | 4 | Change: | Change "DeLuise" to "De Luis" |
| | | Reason: | Correct spelling of plaintiff's name |
| 58 | 5 | Change: | Change "DeLuise" to "DeLuis" (twice) |
| | | Reason: | Correct spelling of plaintiff's name |
| 59 | 18 | Change: | Insert "who" before "may well" |
| | | Reason: | Clarification of sentence structure |

| Page | Line | | |
|---|---|---|---|
| 61 | 19 | Change: | Change "De Luise" to "De Luis" |
| | | Reason: | Correct spelling of plaintiff's name |
| 62 | 11 | Change: | Change "De Luise" to "De Luis" |
| | | Reason: | Correct spelling of plaintiff's name |
| 64 | 20 | Change: | Change "go" to "going" |
| | | Reason: | Correction to word usage |
| 65 | 12 | Change: | Change "*Walmart*" to "*Wal-Mart*" |
| | | Reason: | *Wal-Mart* is a case name |
| 65 | 13 | Change: | Change "to" to "the" |
| | | Reason: | Correction to word usage |
| 65 | 24 | Change: | Change "to" to "the" |
| | | Reason: | Correction to word usage |
| 67 | 23 | Change: | Change "there" to "they" |
| | | Reason: | Correction to word usage |
| 68 | 9 | Change: | Change "in" to "on" |
| | | Reason: | Correction to word usage |
| 69 | 15 | Change: | Change "challenge" to "challenged" |
| | | Reason: | Correction to word usage |
| 71 | 9 | Change: | Change "THE COURT" to "MR. GIUFFRA" |
| | | Reason: | These lines were spoken by Mr. Giuffra not the Court |
| 75 | 5 | Change: | Change "individual's" to "individuals'" |
| | | Reason: | Correction to word usage |

| Page | Line | | |
|------|------|---|---|
| 75 | 13 | Change: | Change "*Walmart*" to "*Wal-Mart*" |
| | | Reason: | *Wal-Mart* is a case name |
| 75 | 19 | Change: | Change "but" to "because" |
| | | Reason: | Correction to word usage |
| 76 | 19 | Delete: | "be" |
| | | Reason: | Clarification of sentence structure |