June 1, 2019

<u>Via ECF</u>

The Honorable Robert W. Lehrburger,
   United States District Court for the
      Southern District of New York,
         500 Pearl Street,
           New York, New York 10007-1312.

        Re:   <u>*Chen-Oster, et al*. v. *Goldman, Sachs & Co., et ano*.
                No. 10 Civ. 6950 (AT) (RWL) (S.D.N.Y.)</u>

Dear Judge Lehrburger:

      Pursuant to Rule I.F of Your Honor's Individual Practices in Civil Cases, the parties jointly request a one-week extension to submit "a revised schedule of remaining dates for approval by the Court" in light of Your Honor's May 24, 2019 Order. (ECF No. 745 at 3.) The parties are meeting and conferring on this issue and propose submitting a schedule by June 10, 2019.

                                      Respectfully submitted,

| /s/ Kelly M. Dermody | /s/ Ann-Elizabeth Ostrager |
|---|---|
| Adam T. Klein | Robert J. Giuffra, Jr. |
| Cara E. Greene | Theodore O. Rogers, Jr. |
| Melissa L. Stewart | Sharon L. Nelles |
| OUTTEN & GOLDEN LLP | Ann-Elizabeth Ostrager |
| 685 Third Avenue, 25th Floor | Hilary M. Williams |
| New York, New York 10017 | Joshua S. Levy |
| Telephone: (212) 245-1000 | SULLIVAN & CROMWELL LLP |
| Facsimile: (646) 509-2060 | 125 Broad Street |
|  | New York, New York 10004 |
| Paul W. Mollica | Telephone: (212) 558-4000 |
| 161 North Clark Street, Suite 4700 | Facsimile: (212) 558-3588 |
| Chicago Illinois 60601 |  |
| Telephone: (212) 809-7010 | Amanda Flug Davidoff |
| Facsimile: (312) 809-7011 | Elizabeth A. Cassady |
|  | SULLIVAN & CROMWELL LLP |
| Kelly M. Dermody (*admitted pro hac vice*) | 1700 New York Avenue, N.W. Suite 700 |
| Anne B. Shaver (*admitted pro hac vice*) | Washington, District of Columbia |
| Tiseme G. Zegeye | 20006-5215 |
| LIEFF CABRASER HEIMANN & | Telephone: (202) 956-7500 |
|    BERNSTEIN, LLP |  |
| 275 Battery Street, 29th Floor | Barbara B. Brown (*admitted pro hac vice*) |
| San Francisco, California 94111-3339 | Carson H. Sullivan (*admitted pro hac vice*) |
| Telephone: (415) 956-1000 | PAUL HASTINGS LLP |

| | |
|---|---|
| Facsimile: (415) 956-1008 | 875 15th Street, NW<br>Washington, DC  20005 |
| Rachel Geman<br>250 Hudson Street, 8th Floor<br>New York, New York  10013-1413<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592 | Telephone: (202) 551-1700<br><br>Patrick W. Shea<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6405 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |