UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
H. CRISTINA CHEN-OSTER, SHANNA :
ORLICH, ALLISON GAMBA and MARY :
DE LUIS, :
:
               Plaintiffs, :   10 Civ. 6950 (AT) (RWL)
     v. :
:
GOLDMAN, SACHS & CO. and THE :
GOLDMAN SACHS GROUP, INC., :
:
               Defendants. :
------------------------------------------------------- x

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS _Cecilia Manzolillo_ ("Plaintiff") and Defendants Goldman, Sachs & Co. and The Goldman Sachs Group, Inc. ("Defendants") entered into an agreement dated _5/21/2014_ (the "Agreement"), in which Plaintiff knowingly and voluntarily agreed, in exchange for valuable consideration, to release all claims against Defendants;

WHEREAS Plaintiff did not exercise her right to opt out of the above-captioned class action by the deadline of January 14, 2019;

WHEREAS Defendants served a demand on Plaintiff's counsel on February 5, 2019 requesting that Plaintiff abide by her contractual obligations to Defendants and voluntarily dismiss her claims with prejudice from this action;

WHEREAS, after consideration of Defendants' demand, Plaintiff has decided to abide by her release of all claims against Defendants;

It is hereby stipulated and agreed, by and between Plaintiff and Defendants, by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, that Plaintiff hereby dismisses all claims in the above-captioned action with prejudice.

Dated: New York, New York
        2/22    , 2019

/s/ Adam T. Klein  (6/14/19)

Adam T. Klein
Cara E. Greene
Melissa L. Stewart
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

Kelly M. Dermody (admitted *pro hac vice*)
Anne B. Shaver (admitted *pro hac vice*)
Tiseme G. Zegeye
LIEFF CABRASER HEIMANN &
    BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Rachel Geman
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Plaintiffs*

/s/ Robert J. Giuffra, Jr.

Robert J. Giuffra, Jr.
Theodore O. Rogers, Jr.
Sharon L. Nelles
Ann-Elizabeth Ostrager
Hilary M. Williams
Joshua S. Levy
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Amanda Flug Davidoff
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, DC 20006
Telephone: (202) 956-7500
Facsimile: (202) 293-6330

Barbara B. Brown (*admitted pro hac vice*)
Carson H. Sullivan (*admitted pro hac vice*)
PAUL HASTINGS LLP
875 15th Street, NW
Washington, DC 20005
Telephone: (202) 551-1700

Patrick W. Shea
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6405

*Attorneys for Defendants*