## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; SHANNA ORLICH; ALLISON GAMBA; and MARY DE LUIS,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>Defendants. | No. 10 Civ. 6950 (AT) (RWL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION** |

Upon careful consideration of the Parties' submissions, Plaintiffs' Motion for Reconsideration of this Court's June 25, 2019 Order, entered at ECF No. 767, is **GRANTED**. For good cause shown, the portion of the June 25, 2019 Order concerning "Compensation Policies and Practices" is **WITHDRAWN**.  The remainder of the Order, concerning "Pre-Trial Schedule," stands.

**SO ORDERED.**

Dated: _____, 2019       _____
                                   HON. ROBERT W. LEHRBURGER
                                   UNITED STATES MAGISTRATE JUDGE