**Lieff Cabraser Heimann & Bernstein, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
t  415.956.1000
f  415.956.1008

July 22, 2019

Kelly M. Dermody
Partner
kdermody@lchb.com

**VIA CM/ECF**

The Honorable Robert W. Lehrburger
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY 10017

     RE:    *Chen-Oster, et al. v. Goldman, Sachs & Co.*, No. 10 Civ. 6950 (AT) (RWL)

Dear Judge Lehrburger:

     On behalf of Plaintiffs and the Class, Plaintiffs withdraw their discovery request as to the single potential comparator described in paragraph 2 of the Court's July 17, 2019 Order.  ECF No. 786.

               Respectfully submitted,

Kelly M. Dermody                                       Adam Klein

cc: all counsel (via ECF)
1807657.1