SO ORDERED:

_____ 8/8/19
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

August 7, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-19

Via ECF

The Honorable Robert W. Lehrburger,
   United States District Court for the
     Southern District of New York,
      500 Pearl Street,
       New York, New York 10007-1312.

    Re:  *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et ano.*,
         No. 10 Civ. 6950 (AT) (RWL)

Dear Judge Lehrburger:

    Pursuant to Your Honor's July 17, 2019 Order (ECF No. 786), the parties jointly propose the following revised status report procedure:

| Date | Event |
|---|---|
| Sept. 13, 2019 at 5 PM ET | Parties simultaneously exchange proposed topics for Oct. 3 conference |
| Sept. 19, 2019 at 5 PM ET | Defendants serve draft joint status report |
| Sept. 20, 2019 at 5 PM ET | Plaintiffs serve revised draft joint status report |
| Sept. 23, 2019 at 5 PM ET | Defendants serve revised draft joint status report |
| Sept. 24, 2019 at 5 PM ET | Plaintiffs serve revised draft joint status |
| Sept. 25, 2019 at 12 PM ET | If needed, Defendants serve revised draft joint status report |
| Sept. 25, 2019 at 4 PM ET | If needed, Plaintiffs serve revised draft joint status report |
| Sept. 26, 2019 at 12 PM ET | If needed, Defendants serve revised draft joint status report |
| Sept. 26, 2019 at 4 PM ET | If needed, Plaintiffs serve revised draft joint status report |
| Sept. 27, 2019 at 12 PM ET | If needed, Defendants serve revised draft joint status report |
| Sept. 27, 2019 at 4 PM ET | If needed, Plaintiffs serve revised draft joint status report |
| Sept. 27, 2019 at 5 PM ET | If needed, the parties confer about finalizing the joint status report |
| Sept. 27, 2019 at 6 PM ET | Parties file joint status report |
| Oct. 3, 2019 at 10 AM ET | Court conference |

The parties propose following a similar schedule for subsequent conferences and joint status reports.

Respectfully submitted,

/s/ *Kelly M. Dermody*
Adam T. Klein
Cara E. Greene
Melissa L. Stewart
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

Paul W. Mollica
161 North Clark Street, Suite 4700
Chicago Illinois 60601
Telephone: (212) 809-7010
Facsimile: (312) 809-7011

Kelly M. Dermody (*admitted pro hac vice*)
Anne B. Shaver (*admitted pro hac vice*)
Tiseme G. Zegeye
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Rachel Geman
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Plaintiffs*

/s/ *Ann-Elizabeth Ostrager*
Robert J. Giuffra, Jr.
Sharon L. Nelles
Ann-Elizabeth Ostrager
Hilary M. Williams
Joshua S. Levy
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Amanda Flug Davidoff
Elizabeth A. Cassady
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Suite 700
Washington, District of Columbia
20006-5215
Telephone: (202) 956-7500

Barbara B. Brown (*admitted pro hac vice*)
Carson H. Sullivan (*admitted pro hac vice*)
PAUL HASTINGS LLP
875 15th Street, NW
Washington, DC 20005
Telephone: (202) 551-1700

Patrick W. Shea
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6405

*Attorneys for Defendants*