# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| H. CRISTINA CHEN-OSTER et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 10 Civ. 6950 (AT) (RWL) |
| GOLDMAN, SACHS & CO. and ) | |
| THE GOLDMAN SACHS GROUP, INC. ) | |
| *Defendant* | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.

Date: 08/15/2019

*Attorney's signature*

Mark S. Cohen, MC-9055
*Printed name and bar number*

Cohen & Gresser LLP
800 Third Avenue, 21st Floor
New York, NY 10022

*Address*

mcohen@cohengresser.com
*E-mail address*

(212) 957-7600
*Telephone number*

(212) 957-4514
*FAX number*