**SULLIVAN & CROMWELL LLP**

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

September 9, 2019

Via ECF

The Honorable Robert W. Lehrburger,
   United States District Court for the
      Southern District of New York,
         500 Pearl Street,
           New York, New York 10007-1312.

      Re:   *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et ano.*,
             No. 10 Civ. 6950 (AT) (RWL) (S.D.N.Y.)

Dear Judge Lehrburger:

      Defendants respond to Your Honor's August 28, 2019 Order ("Order"; ECF No. 830), which invites Defendants to address whether "Goldman Sachs has electronic databased human-resource information" that would permit Defendants to generate "a list of all Goldman employees appearing on Defendants' privilege log as a sender or recipient and the position(s) held by that individual and the month/year time frame they held that position" based on "reasonable efforts."

      Defendants have served and are continuing to serve privilege logs listing thousands of Goldman Sachs employees from 2001 to 2019. As the accompanying declaration of Venkateswara Yerra ("Yerra Decl.") shows, Goldman Sachs's human resources database cannot provide this volume of job position data for thousands of individual dates in an automated fashion. Instead, attempting to obtain this data from the database would require many hundreds of hours of work with the potential for periodic crashes of various Goldman Sachs systems in the process. Thus, the position data Plaintiffs have requested cannot "readily be produced upon making reasonable efforts to do so." (Order ¶ 1.) However, as the accompanying declaration of Michael Becker ("Becker Decl.") shows, Goldman Sachs may be able to design an automated software program that can provide job position information from other sources, subject to certain limitations explained below.

      In addition, Defendants have already provided Plaintiffs with substantial job position information, including through the more than 100 organizational charts, personnel lists, and committee lists already produced (listed in Appendix A) and in response to Plaintiffs' interrogatories. This information independently provides Plaintiffs with the information about relevant Goldman Sachs personnel to evaluate the designations of certain documents as privileged. (*See* Order at 1 (an "individual's position may affect the privilege/waiver inquiry").) Goldman

The Honorable Robert W. Lehrburger                                                                                      -2-

Sachs is also prepared to try to locate this information manually for a reasonable set of documents identified by Plaintiffs.

**Goldman Sachs's Human Resources Database Cannot Automatically Generate Position Data Over an 18-Year Period Within a Reasonable Time**

Goldman Sachs's primary database for personnel data is HR WorkWays ("HRWW"), which contains profiles for each current and former employee. (Yerra Decl. ¶¶ 5–6.) These profiles list, *inter alia*, each employee's name, e-mail address, unique Employee Identification Number ("EIN"), employment history, job position (*e.g.*, Vice President, Associate, etc.), Division, department, and business unit. (*Id.*) While HRWW contains data about job position for specific Goldman Sachs employees on specific dates, attempting to pull job position data for the thousands of "Goldman [Sachs] employees appearing on Defendants' privilege log as a sender or recipient and the position(s) held by that individual and the month/year time frame they held that position" (Order ¶ 1) would be extremely burdensome and time-consuming for at least three reasons.

*First*, Defendants' privilege logs and the underlying metadata include only individuals' names and e-mail addresses, not EINs. Because different employees can have the same name and Goldman Sachs re-uses e-mail addresses, especially over an 18-year period, none of the data contained within the privilege log can be used to generate unique employee profiles from HRWW. (Yerra Decl. ¶¶ 7, 10–11.) Nor does HRWW contain a repository linking e-mail addresses to EINs in a reliable fashion. (*Id.* ¶ 11.) Accordingly, there is no way to reliably obtain employees' positions based on the privilege log metadata and HRWW data.

*Second*, even if Defendants could determine each employee's EIN, Goldman Sachs would need to run a separate query in HRWW for each date. (*Id.* ¶ 12.) But HRWW can process only a limited set of data queries at a time, otherwise the requests will likely fail or crash the system. (*Id.* ¶¶ 9, 12.) Because the privilege logs contain thousands of unique dates, these would need to be divided into thousands of separate data queries spaced out over hundreds of hours to avoid failed requests and system crashes. (*Id.* ¶¶ 13–14.) Many teams across Goldman Sachs also rely on HRWW for data in connection with routine human sources functions, so data queries would need to be input more slowly during routine periods of heavy use to avoid overburdening the system. (*Id.* ¶ 13.)

*Third*, even if Goldman Sachs could pull all of the requested data from HRWW, to render such data usable, it would need to be manually converted into reports in Excel. (*Id.* ¶ 14.) Given the volume of data, this would take at least 200 to 300 hours. (*Id.*) *See Trilegiant Corp.* v. *Sitel Corp.*, 275 F.R.D. 428, 432 (S.D.N.Y. 2011) (Francis, J.) (finding that "the cost of producing underlying white mail is significant," because "it would take hundreds of hours of employee time to retrieve all of the relevant documents") (internal quotation marks omitted).

**Goldman Sachs May Be Able to Design Custom Computer Software to Automatically Generate Job Position Data**

Goldman Sachs previously developed an automated computer program to use data obtained from daily extracts from the Firm's Corporate Directory to generate unique EINs for a

given list of e-mail addresses and dates.  (Becker Decl. ¶ 17.)  Because these daily extracts also include personnel data collected from HRWW, Goldman Sachs may be able to adapt the previously developed automated computer program to use each employee's e-mail address and specific dates to also populate that employee's job position on that date.  (*Id.*)

There are at least five limitations to this approach.  *First*, the Firm's repository of daily extract data only goes back to January 29, 2003, so any prior job positions would need to be pulled manually from HRWW.  (*Id.* ¶ 18.a.)[1]  *Second*, status title information for certain employees cannot be generated through this automated process.  (*Id.* ¶ 18.b.)  Specifically, HRWW may contain multiple job positions for certain employees but Corporate Directory extract reports contain one job position per employee, so certain employees may be listed as only "Exempt" or "Non-Exempt" without specifying their status title (*e.g.*, Analyst).  (*Id.* ¶ 14.)  *Third*, because daily extract reports contain contemporaneous snapshots of employee information on the particular date the information is extracted and stored, any retroactive corrections made to HRWW data (such as reorganizations) would not be reflected in this automated process.  (*Id.* ¶¶ 13, 18.c.)  *Fourth*, certain e-mail addresses contained in the privilege log metadata are stored in a different format from how those e-mail addresses are stored in Goldman Sachs's databases (*e.g.*, "first.last@goldman,.sachs.&.co." as compared to "first.last@gs.com"), so this automated process may not be able to provide job positions for those e-mail addresses.  (*Id.* ¶ 18.d.)[2]  *Finally*, for older privilege logs (going back to 2011), it may not be possible to accurately determine e-mail addresses, particularly for any paper documents such as internal complaint files.

**Defendants Have Already Produced to Plaintiffs Substantial Job Position Information**

Goldman Sachs continues to test the feasibility of adapting this software to produce additional information about positions associated with personnel identified on privilege logs.  In addition, Defendants have already produced to Plaintiffs extensive information about individual employees' job positions.  For example, as set forth in Appendix A, Defendants have produced over 100 organizational charts, personnel lists, and committee lists.  In response to Plaintiffs' interrogatories, Defendants have also provided the names of hundreds of divisional compensation committee members, cross-ruffers, division heads, Women's Network co-heads, and heads of various diversity committees for over a decade.  (*See* Defs.' July 2, 2018 Resp. & Objs. to Pls.' Fifth Set of Interrogs. at 4–14; Defs.' Feb. 14, 2019 Resp. & Objs. to Pls.' Sixth Set of Interrogs. at 4–11; Defs.' Apr. 1, 2019 Supp. Resp. & Objs. to Pls.' Fifth Set of Interrogs. at 4–8.)  This is *more* detailed information than is available from HRWW (Yerra Decl. ¶ 5), and therefore should be found to satisfy Defendants' discovery obligations.  *See* Fed. R. Civ. P. 26(b)(2)(C).  Plaintiffs can reference any of the information contained in these documents and interrogatory responses to obtain additional information about Goldman Sachs employees listed on the privilege logs.

Defendants are also prepared to confer with Plaintiffs about job position for a reasonable number of "individuals listed as senders or recipients on Defendants' privilege logs" to "fill in the gaps." (Order ¶ 3.)

---

[1]   This affects only a small volume of documents.

[2]   Based on preliminary testing, this affects less than 10% of e-mail addresses.  (Becker Decl. ¶ 18.d.)

The Honorable Robert W. Lehrburger                                                      -4-

                          Respectfully,

                          */s/ Ann-Elizabeth Ostrager*

                          Ann-Elizabeth Ostrager
                          of Sullivan & Cromwell LLP

cc:      Counsel of Record (via ECF)

**Appendix A**

| BATES | DESCRIPTION |
|---|---|
| GS0109030 – GS0109129 | Investment Management Division Organizational Tree |
| GS0478621 | 2012 Committee Structure/Appointments |
| GS0000394 | Apr. 2009 NYC Employee Relations Client Assignment Chart |
| GS0003284 | May 2008 NYC Employee Relations Client Assignment Chart |
| GS0003292 | Sept. 2007 NYC Employee Relations Client Assignment Chart |
| GS0003308 | Oct. 2007 NYC Employee Relations Client Assignment Chart |
| GS0003333 | Jul. 2009 NYC Employee Relations Client Assignment Chart |
| GS0003335 | Jul. 2008 NYC Employee Relations Client Assignment Chart |
| GS0003207 | Securities "Tree View" Organizational Chart |
| GS0005048 | 2011 Securities Division Leadership Organizational Chart |
| GS0453493 | Global Leadership and Diversity Americas Structure Organizational Chart |
| GS0099638 | Securities Division Leadership |
| GS0112796 | 2005 Profile of Goldman, Sachs & Co. |
| GS0112752 – GS0112764 | 2006 Profile of Goldman, Sachs & Co. |
| GS0112781 – GS0112794 | 2007 Profile of Goldman, Sachs & Co. |
| GS0112794 – GS0112810 | 2008 Profile of Goldman, Sachs & Co. |
| GS0112889 | Jul. 2008 Human Capital Management Organizational Chart |
| GS0112811 – GS0112825 | 2009 Profile of Goldman, Sachs & Co. |
| GS0112766 – GS0112780 | 2010 Profile of Goldman, Sachs & Co. |
| GS0112826 – GS0112880 | 2012 Investment Banking Division Organizational Tree |
| GS0112881 – GS0112882 | 2012 Investment Banking Division Organizational Chart |
| GS0112883 – GS0112884 | 2012 IBD/MBD Human Capital Management Organizational Chart |
| GS0100596 – GS0100610 | 2011 Profile of Goldman, Sachs & Co. |
| GS0100611 | May 2008 NYC Employee Relations Client Assignments Chart |
| GS0100612 | Jan. 2007 NYC Employee Relations Client Assignments Chart |
| GS0100613 | Sept. 2007 NYC Employee Relations Client Assignments Chart |
| GS0100614 | Oct. 2007 NYC Employee Relations Client Assignments Chart |
| GS0100615 | Jul. 2009 NYC Employee Relations Client Assignments Chart |
| GS0100616 | Jul. 2008 NYC Employee Relations Client Assignments Chart |
| GS0100617 | Mar. 2007 NYC Employee Relations Client Assignments Chart |
| GS0099689 – GS0099733 | Jun. 2011 Investment Management Division Organizational Tree |
| GS0100618 | Jun. 2008 Investment Banking Overview |
| GS0100620 | Apr. 2008 Investment Management Division Organizational Chart |

| BATES | DESCRIPTION |
|---|---|
| GS0100621 | Apr. 2008 Investment Management Division Organisational Chart (GSAM) |
| GS0100622 | Apr. 2008 Investment Management Division Overview |
| GS0100619 | Jun. 2009 Investment Banking Overview |
| GS0100626 | 2007 Securities Division Organizational Chart |
| GS0100627 | Jun. 2009 Securities Division Leadership |
| GS0100628 | Apr. 2011 Global Securities Division Leadership |
| GS0478621 | 2012 Committee Structure/Appointments |
| GS0109029 | Mar. 2012 Employee Relations Americas Client Assignments |
| GS0109130 – GS0109144 | 2012 Profile of Goldman, Sachs & Co. |
| GS0109145 | Jan. 2012 Employee Relations Americas Client Assignments |
| GS0109146 | Feb. 2011 Employee Relations Americas Client Assignments |
| GS0109147 | Oct. 2011 Employee Relations Americas Client Assignments |
| GS0109148 – GS0109234 | 2012 Securities Division Organizational Tree |
| GS0109350 | 2012 Securities Human Capital Management Organizational Chart |
| GS0112658 – GS0112708 | 2012 Investment Management Division Organizational Tree |
| GS0112709 | May 2010 Investment Management Division Organizational Chart |
| GS0112715 | Apr. 2009 Investment Management Division Organizational Chart |
| GS0112716 | 2012 Investment Management Division Organizational Chart |
| GS0112722 | 2012 Global Securities Division Leadership Organizational Chart |
| GS0112717 | Apr. 2012 Global Securities Division Organizational Chart |
| GS0112718 – GS0112719 | Nov. 2007 Investment Management Division Organizational Chart |
| GS0112720 | May 2006 Investment Management Division Organizational Chart |
| GS0112721 | Sept. 2007 Investment Management Division Organizational Chart |
| GS0112890 – GS0112891 | Equities Division Organizational Chart |
| GS0112924 | 2004 US Equities Sales Organizational Chart |
| GS0112904 | Equities Division Leadership Organizational Chart |
| GS0112909 – GS0112910 | Equities Division Organizational Charts |
| GS0112905 | FICC and Equites Organizational Chart |
| GS0112906 – GS0112908 | Equities and FICC Organizational Charts |
| GS0112895 | Securities Division Leadership Organizational Chart |
| GS0112902 | Securities Division Leadership Organizational Chart |
| GS0112903 | Securities Division Structure Organizational Chart |
| GS0112892 | Global Securities Division Leaderships Organizational Chart |
| GS0112911 | Securities Division Leadership Organizational Chart |
| GS0112912 – GS0112917 | 2010 Presentation to Moody's on Securities Organizational Structure |

A-2

| BATES | DESCRIPTION |
|---|---|
| GS0112898 – GS0118901 | May 2007 Investment Management Division Organizational Chart |
| GS0112893-GS0112894 | GSAM Global Third Parties and Global Institutional Organizational Charts |
| GS0112897 | Feb. 2010 Investment Management Division Organizational Chart |
| GS0112923 | Aug. 2005 Investment Banking Division Organizational Chart |
| GS0112920 | Jul. 2006 Investment Banking Division Organizational Chart |
| GS0112918 – GS0112919 | Jan. 2007 Investment Banking Division Organizational Chart Jan. |
| GS0112921 – GS0112922 | Jul. 2007 Investment Banking Division Organizational Chart Jul. |
| GS0112896 | Dec. 2011 Investment Banking Division Organizational Chart |
| GS0391383 – GS039137 | Dec. 2012 Profile of Goldman, Sachs & Co. |
| GS0478705 | Jan. 2013 Committee Structure/Appointments |
| GS0116543 – GS0116544 | Nov. 2006 Investment Banking Division HCM Global Team Organizational Chart |
| GS0116545 – GS0116546 | Jul. 2011 IBD/MBD Human Capital Management Generalists Organizational Chart |
| GS0116547 – GS0116549 | Jun. 2009 IBD/MBD Human Capital Management Organizational Chart |
| GS0116550 | 2005 IBD/MBD Human Capital Management Organizational Chart |
| GS0116551 | Jul. 2004 Human Capital Management Investment Banking Division Organizational Chart |
| GS0116552 – GS0116554 | Oct. 2010 IBD/MBD Human Capital Management Generalists Organizational Chart |
| GS0116555 | Dec. 2003 Human Capital Management Investment Banking Division Organizational Chart |
| GS0116556 – GS0116561 | Dec. 2008 IBD/MBD Human Capital Management Global Team Organizational Chart |
| GS0116562 – GS0116563 | Dec. 2007 Investment Banking Division Human Capital Management Global Team Organizational Chart |
| GS0112752 – GS0112764 | May 2006 Profile of Goldman, Sachs & Co. |
| GS0112795 – GS0112796 | Aug. 2005 Management Committee |
| GS0112881 – GS0112882 | May 2012 Investment Banking Division Organizational Chart |
| GS0112896 | Dec. 2011 Investment Banking Division Organizational Chart |
| GS0112918 – GS0112919 | Jan. 2007 Investment Banking Overview Division Organizational Chart |
| GS0112921 – GS0112922 | Jul. 2007 Investment Banking Overview Division Organizational Chart |
| GS0113543 | 2001 MD Selection Cross-Ruffing Committee Member List |
| GS0116558 | 2008 IBD/MBD Human Capital Management Global Team Organizational Chart |

| BATES | DESCRIPTION |
|---|---|
| GS0116562 – GS0116563 | Dec. 2007 Investment Banking Division Human Capital Management Global Team Organizational Chart |
| GS0478705 | 2013 Committee Structure/Appointments |
| GS0645405 – GS0645406 | Mar. 2013 Global Commodities Sales Organizational Chart |
| GS0391398 | Dec. 2013 Profile of Goldman, Sachs & Co. |
| GS0417815 | Apr. 2014 Securities HCM Leadership Team Organizational Chart |
| GS0475172 | Apr. 2014 Securities Division Americas Women's Network Committee Organization List |
| GS0475176 | 2014 Securities Human Capital Management Leadership Team |
| GS0500170 | 2014 TMT Americas Review Organizational Tree |
| GS0634467 – GS0634485 | 2013 Securities MD Retention Initiative Talent Profiles |
| GS0642556 – GS0642564 | Global Private Wealth Management Organizational Charts |
| GS0631512 – GS0631539 | 2015 Securities Division Americas Diversity Committee MD Talent Profiles |
| GS0632758 | 2015 Employees with Outlier Adjustments Organization Chart |
| GS0627233 – GS0627255 | Aug. 2017 Global Investment Research |
| GS0391493 – GS0391516 | Oct. 2018 Global Organizational Chart Oct. |
| GS0391468 – GS0391492 | Dec. 2017 Global Organizational Chart |
| GS0391524 | Dec. 2012 Investment Banking Division Organization Chart |
| GS0391525 | Dec. 2013 Investment Banking Division Organization Chart |
| GS0391526 | Dec. 2014 Investment Banking Division Organization Chart |
| GS0391527 | Dec. 2015 Investment Banking Division Organization Chart |
| GS0391528 | Dec. 2016 Investment Banking Division Organization Chart |
| GS0391529 | Dec. 2017 Investment Banking Division Organization Chart |
| GS0391530 | Oct. 2018 Investment Banking Division Organization Chart |
| GS0391517 | 2018 Securities Division Leadership Organizational Chart |
| GS0391518 | 2017 Securities Division Leadership Organizational Chart |
| GS0391519 | 2016 Securities Division Leadership Organizational Chart |
| GS0391520 | 2015 Securities Division Leadership Organizational Chart |
| GS0391521 | 2014 Securities Division Leadership Organizational Chart |
| GS0391522 | 2013 Securities Division Leadership Organizational Chart |
| GS0391523 | 2012 Global Securities Division Leadership |
| GS0640787 – GS0640793 | Sept. 2018 Securities PMD Selection and Executive Committee Member List |
| GS0637925 – GS0637970 | 2018 Securities Division PMD Selection Cross-Ruffing Team Binder |
| GS0511637 | 2018 SupportHER Initiative Leadership and Steering Committee List |