```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
H. CRISTINA CHEN-OSTER, SHANNA
ORLICH, ALLISON GAMBA, and MARY DE
LUIS,

              Plaintiffs,

           - against -

GOLDMAN, SACHS & CO. and THE
GOLDMAN SACHS GROUP, INC.,

             Defendants.
------------------------------------------------------------X

10-cv-6950 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This Order resolves the issue raised by Defendants at Dkt. 832, namely, whether named Plaintiff Gamba should be compelled to produce tax returns/forms from 2014 to 2016 showing earnings from her interior design efforts, or a certification that she did not file any such forms. The application is DENIED for the reasons as substantially set forth in Plaintiffs' opposition letters. The information sought as to income generated by Ms. Gamba from interior designing, to the extent it is even meaningfully relevant and not already produced, can be better and less invasively obtained through an interrogatory.

Dated:   September 11, 2019
           New York, New York

                                       SO ORDERED.

                                       _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE