## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
                                        :
H. CRISTINA CHEN-OSTER; SHANNA          :
ORLICH; ALLISON GAMBA; and MARY DE      :
LUIS,                                   :
                                        :
                        Plaintiffs,     :         10 Civ. 6950 (AT) (RWL)
                                        :
            v.                          :
                                        :
GOLDMAN SACHS & CO. and THE             :
GOLDMAN SACHS GROUP, INC.,              :
                                        :
                        Defendants.     :
------------------------------------------------------------x
```

## DECLARATION OF ROBERT J. GIUFFRA, JR.

I, Robert J. Giuffra, Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1.      I am a partner of Sullivan & Cromwell LLP, attorneys for Defendants in this action and a member of the Bar of the State of New York.  I make this Declaration to place before this Court certain documents and information referenced in Defendants' Memorandum of Law in support of their Motion to Stay the Claims of Certain Class Members, to Exclude Them from the Class, and to Compel Them to Arbitration.

2.      Attached hereto as Appendix A is a summary of information related to 770 operative Separation Agreements compiled from (i) Exhibits 1–866; (i) Exhibit 1 to the Declaration of Michael Becker, dated April 12, 2019 ("Becker Declaration"); and (iii) other voluminous data previously produced to Plaintiffs by Goldman Sachs related to class members' effective dates of hire.

3.      Attached hereto as Appendix B is a summary of information related to 201 operative Managing Director Agreements compiled from (i) Exhibits 867–1096; (ii) Exhibit 1 to the Becker Declaration; and (iii) other voluminous data previously produced to Plaintiffs by Goldman Sachs related to class members' effective dates of hire.

4.      Attached hereto as Appendix C is a summary of information related to 187 operative Private Wealth Advisor Agreements compiled from (i) Exhibits 1097–1284; (ii) Exhibit 1 to the Becker Declaration; and (iii) other voluminous data previously produced to Plaintiffs by Goldman Sachs related to class members' effective dates of hire and dates of performance reviews.

5.      Attached hereto as Appendix D is a summary of information related to 694 operative Equity Agreements compiled from (i) Exhibits 1285–1289; (ii) Exhibit 1 to the Becker Declaration; (iii) Exhibits 2–25 and 60 to the Declaration of Eric Dias, dated April 12, 2019; and (iv) other voluminous data previously produced to Plaintiffs by Goldman Sachs related to class members' effective dates of hire.

6.      Attached hereto as Appendices E-1 to E-7 are summaries of information derived from Appendices A, B, C and D, namely:

(a)      Appendix E-1 is a summary of 647 operative Agreements to arbitrate executed before the filing of the Complaint on September 15, 2010;

(b)      Appendix E-2 is a summary of 67 operative Private Wealth Advisor Agreements executed after the filing of the Complaint, but prior to the class member's effective date of hire at Goldman Sachs;

(c)      Appendix E-3 is a summary of five operative Private Wealth Advisor Agreements executed after the filing of the Complaint, after the start of the class member's effective date of hire, but prior to her first performance review;

(d)      Appendix E-4 is a summary of 46 operative Separation Agreements and Managing Director Agreements executed after the filing of the Complaint by class members who had previously executed an arbitration agreement before the filing of the Complaint;

(e)      Attached as Appendix E-5 is a summary of 30 operative Separation Agreements incorporating by reference arbitration clauses in previously executed Managing Director Agreements;

(f)      Attached as Appendix E-6 is a summary of 18 operative Separation Agreements executed by class members with individual counsel;

(g)      Attached as Appendix E-7 is a summary of 515 class members who executed multiple Equity Agreements.

7.      Attached hereto as Appendix F is a summary of all references made by both Plaintiffs and Defendants to agreements to arbitrate in Exhibits 1452–1475 and in other publicly filed documents.

8.      Attached hereto are true and correct copies of the following documents:

Letter Regarding Departure Arrangements Executed by ███████████ ███████████ (Employee Identification Number ██████████), dated ███████ ██, 2007 (GS0386662 - GS0386665)          Exhibit 1

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ██████████), dated ███████, 2009 (GS0390849 - GS0390852)          Exhibit 2

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2018 (GS0386666 - GS0386671)

Exhibit 3

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2013 (GS0386672 - GS0386676)

Exhibit 4

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2011 (GS0386677 - GS0386681)

Exhibit 5

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), ▮▮▮▮ 2002 (GS0386682 - GS0386685)

Exhibit 6

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2016 (GS0386686 - GS0386691)

Exhibit 7

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮ 2009 (GS0385526 - GS0385528)

Exhibit 8

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮ 2008 (GS0386692 - GS0386695)

Exhibit 9

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2016 (GS0386696 - GS0386700)

Exhibit 10

General Release Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮ 2011 (GS0390857 - GS0390875)

Exhibit 11

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2011 (GS0385538 - GS0385542)

Exhibit 12

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2013 (GS0386701 - GS0386705)

Exhibit 13

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2010 (GS0385543 - GS0385547)

Exhibit 14

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2009 (GS0391236 - GS0391239)

Exhibit 15

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2008 (GS0390853 - GS0390856)

Exhibit 16

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2008 (GS0390876 - GS0390879)

Exhibit 17

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2008 (GS0390880 - GS0390883)

Exhibit 18

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2011 (GS0386710 - GS0386714)

Exhibit 19

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2011 (GS0386715 - GS0386719)

Exhibit 20

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2018 (GS0386720 - GS0386725)

Exhibit 21

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2017 (GS0386726 - GS0386731)

Exhibit 22

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2013 (GS0386732 - GS0386741)

Exhibit 23

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2011 (GS0386742 - GS0386746)

Exhibit 24

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2008 (GS0386747 - GS0386751)

Exhibit 25

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ███████, 2003 (GS0386752 - GS0386755)

Exhibit 26

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ███████, 2008 (GS0390884 - GS0390887)

Exhibit 27

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ███████, 2003 (GS0386756 - GS0386759)

Exhibit 28

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ████, 2008 (GS0390888 - GS0390895)

Exhibit 29

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ██████), dated █████, 2014 (GS0386760 - GS0386764)

Exhibit 30

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ███████, 2008 (GS0390896 - GS0390899)

Exhibit 31

Letter Regarding Departure Arrangements Executed by ██████ ████████ (Employee Identification Number ████████), dated ███████ ██, 2008 (GS0391300 - GS0391303)

Exhibit 32

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ██████), dated ██████, 2016 (GS0386765 - GS0386769)

Exhibit 33

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████ (Employee Identification Number ██████), dated ███████, 2010 (GS0385599 - GS0385601)

Exhibit 34

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ███████, 2005 (GS0386770 - GS0386781)

Exhibit 35

Letter Regarding Departure Arrangements Executed by █████ ████████ (Employee Identification Number ████████), dated ██████ ██, 2008 (GS0390900 - GS0390903)

Exhibit 36

Letter Regarding Departure Arrangements Executed by ███████ ████████ (Employee Identification Number ██████), dated █████, 2008 (GS0390904 - GS0390913)

Exhibit 37

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████ ), dated ███████████ , 2005 (GS0385607 - GS0385609)

Exhibit 38

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████ ), dated ███████ , 2002 (GS0386782 - GS0386785)

Exhibit 39

Letter Regarding Departure Arrangements Executed by ███████████ ███████ (Employee Identification Number ███████ ), dated ███████ , 2008 (GS0386786 - GS0386789)

Exhibit 40

Letter Regarding Departure Arrangements Executed by ███████ ███████████ (Employee Identification Number ███████ ), dated ███████████ , 2008 (GS0386790 - GS0386793)

Exhibit 41

Letter Regarding Departure Arrangements Executed by ███████████████ (Employee Identification Number ███████ ), dated ███████ , 2007 (GS0386794 - GS0386797)

Exhibit 42

Letter Regarding Departure Arrangements Executed by ███████████ ███████ (Employee Identification Number ███████ ), dated ███████ █ , 2008 (GS0386798 - GS0386806)

Exhibit 43

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████ ), dated ███████ ██ , 2016 (GS0386811 - GS0386816)

Exhibit 44

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████████ (Employee Identification Number ███████ ), dated ███████ , 2006 (GS0385615 - GS0385618)

Exhibit 45

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████ ), dated ███████████ , 2002 (GS0390914 - GS0390917)

Exhibit 46

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████ ), dated ███████ , 2011 (GS0386817 - GS0386821)

Exhibit 47

Letter Regarding Departure Arrangements Executed by ███████████████ ███████ (Employee Identification Number ███████ ), dated ███████ , 2002 (GS0388380 - GS0388383)

Exhibit 48

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2000 (GS0385619 - GS0385621)    Exhibit 49

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2017 (GS0386822 - GS0386833)    Exhibit 50

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2002 (GS0386834 - GS0386837)    Exhibit 51

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2008 (GS0386848 - GS0386856)    Exhibit 52

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2008 (GS0386857 - GS0386860)    Exhibit 53

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2008 (GS0389999 - GS0390002)    Exhibit 54

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2005 (GS0386861 - GS0386868)    Exhibit 55

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2005 (GS0386869 - GS0386872)    Exhibit 56

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2017 (GS0386879 - GS0386890)    Exhibit 57

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2008 (GS0386891 - GS0386894)    Exhibit 58

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2003 (GS0385641 - GS0385643)    Exhibit 59

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2014 (GS0390933 - GS0390937)    Exhibit 60

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ███████), dated ██████████, 2009 (GS0386903 - GS0386906)                                        Exhibit 61

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ███████), dated ██████████ (GS0382617 - GS0382624)                                        Exhibit 62

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ███████), dated █████, 2017 (GS0390938 - GS0390943)                                        Exhibit 63

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ███████), dated █████, 2016 (GS0390944 - GS0390955)                                        Exhibit 64

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ███████), dated ██████████ (GS0382625 - GS0382633)                                        Exhibit 65

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ███████), dated ██████████, 2002 (GS0386907 - GS0386910)                                        Exhibit 66

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ███████), dated ██████████, 2009 (GS0390956 - GS0390959)                                        Exhibit 67

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ███████), dated █████, 2014 (GS0386915 - GS0386919)                                        Exhibit 68

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ███████), dated ██████████, 2006 (GS0386920 - GS0386927)                                        Exhibit 69

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ███████), dated ██████████, 2014 (GS0390960 - GS0390969)                                        Exhibit 70

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ███████), dated ██████████ (GS0382659 - GS0382667)                                        Exhibit 71

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ███████), dated █████, 2009 (GS0386932 - GS0386935)                                        Exhibit 72

9

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ███████), dated ████████, 2008 (GS0386936 - GS0386939)

Exhibit 73

Letter Regarding Departure Arrangements Executed by ████████ ████████ (Employee Identification Number ███████), dated ████████, 2005 (GS0386940 - GS0386943)

Exhibit 74

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ███████), dated ███████, 2002 (GS0386944 - GS0386947)

Exhibit 75

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ███████), dated ███████, 2006 (GS0390970 - GS0390973)

Exhibit 76

Letter Regarding Departure Arrangements Executed by ███████ ████████ (Employee Identification Number ████████), dated ████████, 2012 (GS0388375 - GS0388379)

Exhibit 77

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ███████), dated ███████, 2013 (GS0386956 - GS0386960)

Exhibit 78

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ███████), dated ██████, 2003 (GS0386961 - GS0386964)

Exhibit 79

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ███████), dated ███████, 2016 (GS0390974 - GS0390979)

Exhibit 80

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ████████), dated █████████ (GS0382735 - GS0382743)

Exhibit 81

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ███████), dated ████████, 2006 (GS0386968 - GS0386975)

Exhibit 82

Letter Regarding Departure Arrangements Executed by █████████ ████ (Employee Identification Number ███████), dated ██████, 2013 (GS0386976 - GS0386980)

Exhibit 83

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ███████), dated ███████, 2008 (GS0386981 - GS0386988)

Exhibit 84

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ███████, 2017 (GS0390980 - GS0390991)

Exhibit 85

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ███████, 2002 (GS0386989 - GS0386993)

Exhibit 86

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ██████), dated ███████, 2000 (GS0390818 - GS0390821)

Exhibit 87

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ███████, 2007 (GS0386994 - GS0387001)

Exhibit 88

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ██████), dated ███████, 2005 (GS0385702 - GS0385704)

Exhibit 89

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ███████, 2002 (GS0387002 - GS0387005)

Exhibit 90

Letter Regarding Departure Arrangements Executed by ███████ ██████ (Employee Identification Number ██████), dated ███████, 2008 (GS0387014 - GS0387021)

Exhibit 91

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ███████, 2017 (GS0390992 - GS0390996)

Exhibit 92

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number #00018953), dated ███████, 2013 (GS0390997 - GS0391001)

Exhibit 93

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ██████), dated ███████ (GS0382771 - GS0382779)

Exhibit 94

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ███████, 2008 (GS0391337 - GS0391340)

Exhibit 95

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ████████, 2006 (GS0385710 - GS0385712)

Exhibit 96

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0391002 - GS0391002)

Exhibit 97

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ████████, 2006 (GS0385713 - GS0385715)

Exhibit 98

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0387026 - GS0387033)

Exhibit 99

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ████████), dated ████████, 2003 (GS0387034 - GS0387037)

Exhibit 100

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0387038 - GS0387045)

Exhibit 101

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ████████), dated ████████, 2011 (GS0387046 - GS0387050)

Exhibit 102

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ████████), dated ████████, 2011 (GS0387051 - GS0387055)

Exhibit 103

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0387056 - GS0387059)

Exhibit 104

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ████████), dated ██████, 2008 (GS0387060 - GS0387068)

Exhibit 105

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ████████), dated ████████, 2014 (GS0391003 - GS0391007)

Exhibit 106

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ████████), dated ████████, 2003 (GS0387069 - GS0387072)

Exhibit 107

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2002 (GS0387073 - GS0387076)

Exhibit 108

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ██████), dated █████, 2008 (GS0387077 - GS0387084)

Exhibit 109

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ██████), dated █████, 2003 (GS0391008 - GS0391011)

Exhibit 110

Letter Regarding Departure Arrangements Executed by ██████ ████ (Employee Identification Number ██████), dated ███████, 2002 (GS0387085 - GS0387092)

Exhibit 111

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2008 (GS0387093 - GS0387096)

Exhibit 112

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████ (Employee Identification Number ██████), dated ██████, 2006 (GS0385740 - GS0385742)

Exhibit 113

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated █████, 2011 (GS0391012 - GS0391016)

Exhibit 114

Letter Regarding Departure Arrangements Executed by ████████ ████ (Employee Identification Number ██████), dated ███████, 2008 (GS0387101 - GS0387108)

Exhibit 115

Letter Regarding Departure Arrangements Executed by ███████ ████████ (Employee Identification Number ██████), dated █████████, 2009 (GS0391017 - GS0391020)

Exhibit 116

Letter Regarding Departure Arrangements Executed by ██████ ██████ (Employee Identification Number ██████), dated ██████, 2009 (GS0391021 - GS0391024)

Exhibit 117

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ███████, 2003 (GS0387109 - GS0387112)

Exhibit 118

Letter Regarding Departure Arrangements Executed by ████████ ███ (Employee Identification Number ██████), dated ██████, 2008 (GS0387113 - GS0387116)

Exhibit 119

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2014 (GS0391025 - GS0391029)

Exhibit 120

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2017 (GS0387117 - GS0387122)

Exhibit 121

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2012 (GS0387123 - GS0387127)

Exhibit 122

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2008 (GS0387128 - GS0387131)

Exhibit 123

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2012 (GS0387132 - GS0387135)

Exhibit 124

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2008 (GS0391030 - GS0391033)

Exhibit 125

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2005 (GS0391034 - GS0391041)

Exhibit 126

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2014 (GS0387136 - GS0387141)

Exhibit 127

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2009 (GS0387142 - GS0387145)

Exhibit 128

Letter Regarding Departure Arrangements Executed by ██████ ██████ (Employee Identification Number ██████), dated ██████, 2002 (GS0387146 - GS0387154)

Exhibit 129

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2008 (GS0391042 - GS0391049)

Exhibit 130

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2008 (GS0391050 - GS0391057)

Exhibit 131

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2011 (GS0387155 - GS0387160)

Exhibit 132

Letter Regarding Departure Arrangements Executed by ████████ ████████ (Employee Identification Number ███████), dated ███ ██, 2008 (GS0391058 - GS0391065)

Exhibit 133

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ██████, 2011 (GS0387161 - GS0387165)

Exhibit 134

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2009 (GS0391066 - GS0391069)

Exhibit 135

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated █████, 2016 (GS0391070 - GS0391080)

Exhibit 136

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ███████), dated ██████, 2005 (GS0388272 - GS0388275)

Exhibit 137

Letter Regarding Departure Arrangements Executed by ████████ ████ (Employee Identification Number ███████), dated █████, 2013 (GS0387166 - GS0387170)

Exhibit 138

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ██████, 2014 (GS0391081 - GS0391085)

Exhibit 139

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ███████), dated ██████, 2006 (GS0388697 - GS0388700)

Exhibit 140

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ███████), dated ███████, 2016 (GS0391086 - GS0391091)

Exhibit 141

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ███████), dated ██████, 2004 (GS0387177 - GS0387185)

Exhibit 142

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated █████, 2002 (GS0387186 - GS0387189)

Exhibit 143

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████ (Employee Identification Number ████████), dated ████████, 2000 (GS0385749 - GS0385751)

Exhibit 144

Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ████████), dated ████████, 2016 (GS0391092 - GS0391097)

Exhibit 145

Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ████████), dated ████████, 2012 (GS0387190 - GS0387194)

Exhibit 146

Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ████████), dated ████████, 2011 (GS0387195 - GS0387199)

Exhibit 147

Letter Regarding Departure Arrangements Executed by ████████████████ (Employee Identification Number ████████), dated ████████, 2011 (GS0387200 - GS0387204)

Exhibit 148

Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0387205 - GS0387219)

Exhibit 149

Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ████████), dated ████████, 2010 (GS0390235 - GS0390239)

Exhibit 150

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████ (Employee Identification Number ████████), dated ████████, 2007 (GS0385760 - GS0385762)

Exhibit 151

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████████, 2008 (GS0387228 - GS0387231)

Exhibit 152

Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ████████), dated ████████, 2011 (GS0387232 - GS0387236)

Exhibit 153

Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ████████), dated ████████, 2009 (GS0391106 - GS0391109)

Exhibit 154

Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0387237 - GS0387240)

Exhibit 155

Letter Regarding Departure Arrangements Executed by █████████ ████████ (Employee Identification Number ████████), dated ████████, 2012 (GS0387241 - GS0387245)

Exhibit 156

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0387246 - GS0387249)

Exhibit 157

Letter Regarding Departure Arrangements Executed by ██████████ ████████ (Employee Identification Number ████████), dated ████████, 2006 (GS0387250 - GS0387253)

Exhibit 158

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ████████), dated ███████, 2008 (GS0387254 - GS0387261)

Exhibit 159

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2002 (GS0387262 - GS0387269)

Exhibit 160

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ████████), dated ███████, 2009 (GS0391229 - GS0391229)

Exhibit 161

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ████████), dated ███████, 2016 (GS0388634 - GS0388639)

Exhibit 162

Letter Regarding Departure Arrangements Executed by █████████ ████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0387270 - GS0387273)

Exhibit 163

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ████████), dated ███████, 2002 (GS0387274 - GS0387277)

Exhibit 164

Letter Regarding Departure Arrangements Executed by █████████ ████████ (Employee Identification Number ████████), dated ███████, 2008 (GS0387278 - GS0387281)

Exhibit 165

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ███████, 2008 (GS0387282 - GS0387289)

Exhibit 166

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ████████), dated ███████, 2002 (GS0391119 - GS0391126)

Exhibit 167

Letter Regarding Departure Arrangements Executed by █████████████ (Employee Identification Number ████████), dated ███████, 2011 (GS0387290 - GS0387294)

Exhibit 168

Letter Regarding Departure Arrangements Executed by █████████████ (Employee Identification Number ████████), dated ███████, 2002 (GS0387303 - GS0387310)

Exhibit 169

Letter Regarding Departure Arrangements Executed by ███████████████ (Employee Identification Number ████████), dated █████████, 2013 (GS0387311 - GS0387320)

Exhibit 170

Letter Regarding Departure Arrangements Executed by █████████████ (Employee Identification Number ████████), dated ███████, 2006 (GS0387321 - GS0387328)

Exhibit 171

Letter Regarding Departure Arrangements Executed by █████████████ (Employee Identification Number ████████), dated ██████, 2016 (GS0391127 - GS0391131)

Exhibit 172

Letter Regarding Departure Arrangements Executed by ████████████ █████ (Employee Identification Number ████████), dated ██████, 2017 (GS0391132 - GS0391137)

Exhibit 173

Letter Regarding Departure Arrangements Executed by █████████████ █████ (Employee Identification Number ████████), dated █████████, 2008 (GS0389531 - GS0389534)

Exhibit 174

Letter Regarding Departure Arrangements Executed by ███████████████ (Employee Identification Number ████████), dated ███████, 2002 (GS0387339 - GS0387342)

Exhibit 175

Letter Regarding Departure Arrangements Executed by █████████████████ (Employee Identification Number ████████), dated █████████, 2008 (GS0387343 - GS0387354)

Exhibit 176

Letter Regarding Departure Arrangements Executed by ████████████ ███████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0387355 - GS0387363)

Exhibit 177

Letter Regarding Departure Arrangements Executed by ████████████████ (Employee Identification Number ████████), dated ███████, 2017 (GS0391138 - GS0391143)

Exhibit 178

Letter Regarding Departure Arrangements Executed by █████████████ (Employee Identification Number ████████), dated ███████, 2008 (GS0387364 - GS0387367)

Exhibit 179

Letter Regarding Departure Arrangements Executed by ███████ ███ (Employee Identification Number ███████), dated ███████, 2008 (GS0387368 - GS0387371)

Exhibit 180

Letter Regarding Departure Arrangements Executed by ███████ ███ (Employee Identification Number ███████), dated ███████, 2012 (GS0387372 - GS0387376)

Exhibit 181

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ███████), dated ███████, 2011 (GS0385822 - GS0385826)

Exhibit 182

Letter Regarding Departure Arrangements Executed by ███████ ███ (Employee Identification Number ███████), dated ███, 2008 (GS0387377 - GS0387384)

Exhibit 183

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2013 (GS0387385 - GS0387394)

Exhibit 184

Letter Regarding Departure Arrangements Executed by ███████ ███ (Employee Identification Number ███████), dated ███, 2012 (GS0391316 - GS0391320)

Exhibit 185

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███), dated ███████ (GS0383016 - GS0383024)

Exhibit 186

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███, 2011 (GS0389039 - GS0389043)

Exhibit 187

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████), dated ███, 2017 (GS0391144 - GS0391149)

Exhibit 188

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███, 2017 (GS0391150 - GS0391154)

Exhibit 189

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████), dated ███, 2003 (GS0387395 - GS0387398)

Exhibit 190

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███, 2011 (GS0391155 - GS0391159)

Exhibit 191

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ██████), dated ███████, 2007 (GS0388578 - GS0388581)

Exhibit 192

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2015 (GS0387414 - GS0387423)

Exhibit 193

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2006 (GS0387424 - GS0387432)

Exhibit 194

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2008 (GS0387433 - GS0387436)

Exhibit 195

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2017 (GS0391160 - GS0391164)

Exhibit 196

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ██████), dated ████████ (GS0383085 - GS0383093)

Exhibit 197

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2008 (GS0387446 - GS0387449)

Exhibit 198

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████ (Employee Identification Number ██████), dated ██████, 2004 (GS0385837 - GS0385839)

Exhibit 199

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2007 (GS0387454 - GS0387458)

Exhibit 200

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2002 (GS0387459 - GS0387463)

Exhibit 201

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████ (Employee Identification Number ██████), dated ██████, 1999 (GS0390826 - GS0390828)

Exhibit 202

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2016 (GS0391165 - GS0391170)

Exhibit 203

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0387468 - GS0387471)

Exhibit 204

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ████████), dated ████████, 2006 (GS0385845 - GS0385847)

Exhibit 205

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated █████, 2017 (GS0391171 - GS0391176)

Exhibit 206

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ███████, 2008 (GS0387472 - GS0387475)

Exhibit 207

Letter Regarding Departure Arrangements Executed by ██████████ ████████ (Employee Identification Number ████████), dated ██████████, 2011 (GS0387476 - GS0387480)

Exhibit 208

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ████████, 2016 (GS0391177 - GS0391181)

Exhibit 209

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ████████), dated ████████, 2011 (GS0385865 - GS0385869)

Exhibit 210

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ██████, 2003 (GS0387481 - GS0387484)

Exhibit 211

Letter Regarding Departure Arrangements Executed by ██████████ ████████ (Employee Identification Number ████████), dated ██████, 2013 (GS0387485 - GS0387489)

Exhibit 212

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ██████, 2016 (GS0387490 - GS0387495)

Exhibit 213

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ██████, 2008 (GS0387496 - GS0387499)

Exhibit 214

Letter Regarding Departure Arrangements Executed by ██████████ ████████ (Employee Identification Number ████████), dated ██████████, 2015 (GS0387500 - GS0387505)

Exhibit 215

| | |
|---|---|
| Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number █████), dated ████, 2003 (GS0387506 - GS0387509) | Exhibit 216 |
| Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number █████), dated ████, 2003 (GS0387510 - GS0387513) | Exhibit 217 |
| Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number █████), dated ██████, 2008 (GS0387514 - GS0387517) | Exhibit 218 |
| Letter Regarding Departure Arrangements Executed by ███████ ████████ (Employee Identification Number ██████), dated ████, 2015 (GS0387518 - GS0387522) | Exhibit 219 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████ ████████ (Employee Identification Number ███████), dated ████, 2007 (GS0385889 - GS0385891) | Exhibit 220 |
| Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number █████), dated ████, 2013 (GS0389480 - GS0389484) | Exhibit 221 |
| Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number █████), dated ████, 2002 (GS0391374 - GS0391382) | Exhibit 222 |
| Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number █████), dated ██████, 2008 (GS0387523 - GS0387526) | Exhibit 223 |
| Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number █████), dated █████, 2008 (GS0387527 - GS0387530) | Exhibit 224 |
| Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number █████), dated █████, 2002 (GS0387531 - GS0387538) | Exhibit 225 |
| Letter Regarding Departure Arrangements Executed by ████████ ██████ (Employee Identification Number ██████), dated ████, 2015 (GS0387539 - GS0387549) | Exhibit 226 |
| Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number █████), dated █████, 2008 (GS0387550 - GS0387559) | Exhibit 227 |

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████████), dated █████████, 2002 (GS0387560 - GS0387563)

Exhibit 228

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████████), dated █████████, 2009 (GS0387564 - GS0387567)

Exhibit 229

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████ (Employee Identification Number █████████), dated █████████, 1999 (GS0390829 - GS0390832)

Exhibit 230

Letter Regarding Departure Arrangements Executed by █████████ █████████ (Employee Identification Number █████████), dated █████████, 2008 (GS0387568 - GS0387571)

Exhibit 231

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████████), dated █████████, 2015 (GS0387572 - GS0387577)

Exhibit 232

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████████), dated █████████, 2008 (GS0390498 - GS0390501)

Exhibit 233

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████████), dated █████████, 2007 (GS0387578 - GS0387585)

Exhibit 234

Letter Regarding Departure Arrangements Executed by █████████ █████████ (Employee Identification Number █████████), dated █████████, 2009 (GS0387976 - GS0387979)

Exhibit 235

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████████), dated █████████, 2011 (GS0387586 - GS0387596)

Exhibit 236

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████████), dated █████████, 2002 (GS0387601 - GS0387604)

Exhibit 237

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████████), dated █████████, 2002 (GS0387611 - GS0387618)

Exhibit 238

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████████), dated █████████, 2013 (GS0387619 - GS0387623)

Exhibit 239

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ████████), dated ████████, 2010 (GS0387624 - GS0387628)                    Exhibit 240

Letter Regarding Departure Arrangements Executed by ████████ ████████ (Employee Identification Number ████████), dated ████████ ███, 2012 (GS0387629 - GS0387633)                    Exhibit 241

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ██████, 2003 (GS0387634 - GS0387637)                    Exhibit 242

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ████████), dated ██████, 2004 (GS0387638 - GS0387646)                    Exhibit 243

Letter Regarding Departure Arrangements Executed by █████████ ████ (Employee Identification Number ████████), dated ████████, 2002 (GS0387647 - GS0387650)                    Exhibit 244

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ██████, 2003 (GS0387659 - GS0387662)                    Exhibit 245

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated  (GS0391182 - GS0391186)                    Exhibit 246

Letter Regarding Departure Arrangements Executed by ███████ ████ (Employee Identification Number ████████), dated ████████, 2009 (GS0387663 - GS0387666)                    Exhibit 247

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ████████), dated ████████, 2002 (GS0387667 - GS0387670)                    Exhibit 248

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2016 (GS0387671 - GS0387676)                    Exhibit 249

Letter Regarding Departure Arrangements Executed by █████ (Employee Identification Number ████████), dated ██████, 2016 (GS0387677 - GS0387682)                    Exhibit 250

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2007 (GS0387683 - GS0387690)                    Exhibit 251

Letter Regarding Departure Arrangements Executed by █████████ █████ (Employee Identification Number █████████), dated █████████, 2008 (GS0387691 - GS0387698)

Exhibit 252

Letter Regarding Departure Arrangements Executed by █████████ ████████ (Employee Identification Number █████████), dated █████, 2008 (GS0387711 - GS0387718)

Exhibit 253

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ████████), dated █████████, 2002 (GS0387719 - GS0387722)

Exhibit 254

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ████████), dated ███████, 2014 (GS0391187 - GS0391191)

Exhibit 255

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ████████), dated ███████, 2008 (GS0387728 - GS0387735)

Exhibit 256

Letter Regarding Departure Arrangements Executed by █████████ ███████ (Employee Identification Number █████████), dated ███████, 2010 (GS0387736 - GS0387740)

Exhibit 257

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ████████), dated ███████, 2006 (GS0387741 - GS0387744)

Exhibit 258

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ████████), dated ███████, 2002 (GS0387745 - GS0387748)

Exhibit 259

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ████████), dated ███████, 2017 (GS0387749 - GS0387754)

Exhibit 260

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ████████), dated █████████, 2008 (GS0387755 - GS0387758)

Exhibit 261

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ████████), dated ███████, 2015 (GS0387759 - GS0387768)

Exhibit 262

Letter Regarding Departure Arrangements Executed by █████████ █████ (Employee Identification Number █████████), dated █████████, 2008 (GS0387769 - GS0387776)

Exhibit 263

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ██████), dated ████████, 2015 (GS0387777 - GS0387781)

Exhibit 264

Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ██████), dated ██████, 2002 (GS0387787 - GS0387790)

Exhibit 265

Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ██████), dated ████████, 2002 (GS0387791 - GS0387799)

Exhibit 266

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ██████), dated ██████, 2009 (GS0387817 - GS0387820)

Exhibit 267

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ██████), dated ██████, 2009 (GS0387800 - GS0387807)

Exhibit 268

Letter Regarding Departure Arrangements Executed by ██████████ ███ (Employee Identification Number ██████), dated ████████, 2008 (GS0387808 - GS0387811)

Exhibit 269

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ██████), dated ████████, 2012 (GS0387812 - GS0387816)

Exhibit 270

Letter Regarding Departure Arrangements Executed by ████████ ████████ (Employee Identification Number ██████), dated ████████ ███, 2016 (GS0387699 - GS0387710)

Exhibit 271

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ██████), dated ████, 2010 (GS0387821 - GS0387825)

Exhibit 272

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ██████), dated ██████, 2010 (GS0387826 - GS0387830)

Exhibit 273

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ██████), dated ████████, 2016 (GS0387831 - GS0387836)

Exhibit 274

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ████████), dated ██████, 2016 (GS0387837 - GS0387848)

Exhibit 275

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2016 (GS0387849 - GS0387853)

Exhibit 276

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2003 (GS0387854 - GS0387857)

Exhibit 277

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0387858 - GS0387865)

Exhibit 278

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0387866 - GS0387869)

Exhibit 279

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ███████), dated ███████, 2005 (GS0385963 - GS0385965)

Exhibit 280

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0387870 - GS0387873)

Exhibit 281

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2009 (GS0387874 - GS0387877)

Exhibit 282

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0387889 - GS0387897)

Exhibit 283

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2016 (GS0387904 - GS0387909)

Exhibit 284

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0387910 - GS0387913)

Exhibit 285

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ███████), dated ███████, 2007 (GS0385974 - GS0385976)

Exhibit 286

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2017 (GS0387898 - GS0387903)

Exhibit 287

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ███████, 2006 (GS0387914 - GS0387922)

Exhibit 288

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated █████, 2002 (GS0387923 - GS0387926)

Exhibit 289

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2008 (GS0387927 - GS0387930)

Exhibit 290

Letter Regarding Departure Arrangements Executed by █████ (Employee Identification Number ██████), dated ██████, 2008 (GS0387931 - GS0387934)

Exhibit 291

Letter Regarding Departure Arrangements Executed by █████ (Employee Identification Number ██████), dated ████, 2003 (GS0387935 - GS0387938)

Exhibit 292

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ██████), dated ██████, 2008 (GS0387939 - GS0387946)

Exhibit 293

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ██████), dated █████, 2002 (GS0387951 - GS0387954)

Exhibit 294

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████ (Employee Identification Number ██████), dated ██████, 2000 (GS0385987 - GS0385989)

Exhibit 295

Letter Regarding Departure Arrangements Executed by ████████ ████ (Employee Identification Number ██████), dated █████, 2008 (GS0387955 - GS0387962)

Exhibit 296

Letter Regarding Departure Arrangements Executed by █████ ███████ (Employee Identification Number ██████), dated ████, 2012 (GS0387963 - GS0387967)

Exhibit 297

Letter Regarding Departure Arrangements Executed by ██████ ████ (Employee Identification Number ██████), dated ███████, 2002 (GS0391255 - GS0391258)

Exhibit 298

Letter Regarding Departure Arrangements Executed by █████ (Employee Identification Number ██████), dated ██████, 2007 (GS0387968 - GS0387975)

Exhibit 299

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2008 (GS0391214 - GS0391217)                                        Exhibit 300

Letter Regarding Departure Arrangements Executed by ██████ ████ (Employee Identification Number ██████), dated ██████, 2016 (GS0387980 - GS0387985)                                        Exhibit 301

Letter Regarding Departure Arrangements Executed by ████████ ████ (Employee Identification Number ██████), dated █████, 2015 (GS0387986 - GS0387990)                                        Exhibit 302

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2002 (GS0387991 - GS0387994)                                        Exhibit 303

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2012 (GS0387999 - GS0388003)                                        Exhibit 304

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2005 (GS0388004 - GS0388007)                                        Exhibit 305

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated █████, 2011 (GS0388008 - GS0388013)                                        Exhibit 306

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ██████), dated ████████ (GS0383532 - GS0383540)                              Exhibit 307

Letter Regarding Departure Arrangements Executed by ██████ ████ (Employee Identification Number ██████), dated ██████, 2015 (GS0388014 - GS0388018)                                        Exhibit 308

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2006 (GS0388019 - GS0388021)                                        Exhibit 309

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2009 (GS0388022 - GS0388025)                                        Exhibit 310

Letter Regarding Departure Arrangements Executed by ███████ ████ (Employee Identification Number ██████), dated ██████, 2011 (GS0388026 - GS0388030)                                        Exhibit 311

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2002 (GS0388031 - GS0388035)

Exhibit 312

Letter Regarding Departure Arrangements Executed by ███████ ██████ (Employee Identification Number ██████), dated ██████, 2016 (GS0388036 - GS0388040)

Exhibit 313

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2016 (GS0388041 - GS0388046)

Exhibit 314

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2012 (GS0388047 - GS0388051)

Exhibit 315

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2005 (GS0388052 - GS0388059)

Exhibit 316

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2017 (GS0388082 - GS0388087)

Exhibit 317

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████ (Employee Identification Number ██████), dated ██████, 2014 (GS0386023 - GS0386027)

Exhibit 318

Letter Regarding Departure Arrangements Executed by ██████ ██████ (Employee Identification Number ██████), dated ██████, 2010 (GS0388088 - GS0388097)

Exhibit 319

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2008 (GS0388098 - GS0388105)

Exhibit 320

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2016 (GS0388106 - GS0388110)

Exhibit 321

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████ (Employee Identification Number ██████), dated ██████, 2013 (GS0386028 - GS0386032)

Exhibit 322

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2008 (GS0396145 - GS0396148)

Exhibit 323

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number █████), dated ██████, 2002 (GS0388111 - GS0388118)

Exhibit 324

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ██████), dated ██████, 2003 (GS0388119 - GS0388122)

Exhibit 325

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████ (Employee Identification Number ██████), dated ████████, 2000 (GS0386033 - GS0386036)

Exhibit 326

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number █████), dated ██████, 2007 (GS0388123 - GS0388130)

Exhibit 327

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number █████████), dated ███████ ███, 2017 (GS0391223 - GS0391228)

Exhibit 328

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████), dated ██████, 2008 (GS0388131 - GS0388134)

Exhibit 329

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████), dated ██████, 2008 (GS0388135 - GS0388142)

Exhibit 330

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████), dated ███████, 2008 (GS0388143 - GS0388146)

Exhibit 331

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number █████), dated █████, 2014 (GS0388147 - GS0388151)

Exhibit 332

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number █████), dated █████, 2012 (GS0388152 - GS0388156)

Exhibit 333

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ████████), dated ████████, 2016 (GS0388195 - GS0388199)

Exhibit 334

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number █████), dated ████████, 2014 (GS0386066 - GS0386070)

Exhibit 335

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████), dated █████, 2008 (GS0388705 - GS0388712)

Exhibit 336

Letter Regarding Departure Arrangements Executed by █████ (Employee Identification Number █████), dated █████, 2016 (GS0391230 - GS0391235)

Exhibit 337

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number █████), dated █████, 2008 (GS0388790 - GS0388797)

Exhibit 338

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number █████), dated ██████, 2012 (GS0388157 - GS0388161)

Exhibit 339

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████), dated █████, 2002 (GS0388798 - GS0388801)

Exhibit 340

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number █████), dated ██████, 2015 (GS0391240 - GS0391244)

Exhibit 341

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number █████), dated ██████, 2002 (GS0388162 - GS0388169)

Exhibit 342

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████), dated █████, 2009 (GS0388174 - GS0388177)

Exhibit 343

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████), dated █████, 2003 (GS0391245 - GS0391248)

Exhibit 344

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number █████), dated ████, 2015 (GS0388178 - GS0388182)

Exhibit 345

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████), dated █████, 2014 (GS0396149 - GS0396166)

Exhibit 346

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████), dated █████, 2003 (GS0388183 - GS0388186)

Exhibit 347

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ████████, 2002 (GS0388187 - GS0388190)

Exhibit 348

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ████████, 2002 (GS0388191 - GS0388194)

Exhibit 349

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████ (Employee Identification Number ████████), dated ████████, 1999 (GS0386063 - GS0386065)

Exhibit 350

Letter Regarding Departure Arrangements Executed by ████ (Employee Identification Number ████████), dated ████, 2011 (GS0388200 - GS0388204)

Exhibit 351

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ████, 2016 (GS0388216 - GS0388220)

Exhibit 352

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████ (Employee Identification Number ████████), dated ████████, 2011 (GS0386071 - GS0386075)

Exhibit 353

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ████, 2009 (GS0388221 - GS0388224)

Exhibit 354

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ████, 2003 (GS0388225 - GS0388228)

Exhibit 355

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ████, 2016 (GS0391249 - GS0391254)

Exhibit 356

Letter Regarding Extended Managing Director Agreement Executed by ████ ████████ (Employee Identification Number ████████), dated ████ ████ (GS0383668 - GS0383676)

Exhibit 357

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ████, 2017 (GS0388229 - GS0388238)

Exhibit 358

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2014 (GS0386079 - GS0386083)  — Exhibit 359

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ ▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2008 (GS0389252 - GS0389255)  — Exhibit 360

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2004 (GS0388239 - GS0388242)  — Exhibit 361

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2010 (GS0388243 - GS0388247)  — Exhibit 362

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ ▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2003 (GS0388248 - GS0388251)  — Exhibit 363

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated PWA Agreement (GS0386085 - GS0386085)  — Exhibit 364

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2009 (GS0388252 - GS0388255)  — Exhibit 365

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2008 (GS0388256 - GS0388259)  — Exhibit 366

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2006 (GS0388260 - GS0388267)  — Exhibit 367

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2008 (GS0388268 - GS0388271)  — Exhibit 368

Letter Regarding Departure Arrangements Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2011 (GS0388276 - GS0388280)  — Exhibit 369

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮ (GS0383707 - GS0383715)  — Exhibit 370

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ████████, 2005 (GS0388281 - GS0388288)                                                                Exhibit 371

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated █████, 2003 (GS0388289 - GS0388292)                                                                Exhibit 372

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2012 (GS0388303 - GS0388307)                                                                Exhibit 373

Letter Regarding Departure Arrangements Executed by ██████ ██████ (Employee Identification Number ██████), dated ██████ ██, 2008 (GS0388308 - GS0388311)                                                    Exhibit 374

Letter Regarding Departure Arrangements Executed by █████ ██████ (Employee Identification Number ██████), dated ██████, 2018 (GS0388317 - GS0388322)                                                    Exhibit 375

Letter Regarding Departure Arrangements Executed by █████ ████ (Employee Identification Number ██████), dated ██████, 2003 (GS0388323 - GS0388326)                                                    Exhibit 376

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2015 (GS0388205 - GS0388215)                                                                Exhibit 377

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number █████), dated ██████, 2008 (GS0388331 - GS0388334)                                                                Exhibit 378

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2002 (GS0387295 - GS0387302)                                                                Exhibit 379

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated █████, 2016 (GS0388335 - GS0388346)                                                                Exhibit 380

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number █████), dated █████, 2011 (GS0388347 - GS0388351)                                                                Exhibit 381

Letter Regarding Departure Arrangements Executed by ██████ ████ (Employee Identification Number ██████), dated █████, 2008 (GS0387651 - GS0387658)                                                    Exhibit 382

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number █████), dated ██████, 2018 (GS0388361 - GS0388365)

Exhibit 383

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number █████), dated ██████, 2014 (GS0386102 - GS0386106)

Exhibit 384

Letter Regarding Departure Arrangements Executed by ███████ ██████ (Employee Identification Number ██████), dated ██████, 2009 (GS0388366 - GS0388369)

Exhibit 385

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number █████), dated ████, 2013 (GS0388370 - GS0388374)

Exhibit 386

Letter Regarding Departure Arrangements Executed by ███████ ██████ (Employee Identification Number ██████), dated ██████, 2011 (GS0388384 - GS0388388)

Exhibit 387

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number █████), dated █████, 2004 (GS0387442 - GS0387445)

Exhibit 388

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number █████), dated ██████, 2009 (GS0388389 - GS0388392)

Exhibit 389

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████), dated █████, 2010 (GS0389712 - GS0389716)

Exhibit 390

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number █████), dated ██████, 2016 (GS0388393 - GS0388398)

Exhibit 391

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number █████), dated █████, 2016 (GS0388399 - GS0388404)

Exhibit 392

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number █████), dated █████, 2017 (GS0388405 - GS0388410)

Exhibit 393

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number █████), dated ██████, 2004 (GS0388411 - GS0388414)

Exhibit 394

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███, 2004 (GS0388415 - GS0388418)

Exhibit 395

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███, 2011 (GS0388419 - GS0388428)

Exhibit 396

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0386121 - GS0386123)

Exhibit 397

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0388429 - GS0388432)

Exhibit 398

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2002 (GS0388433 - GS0388436)

Exhibit 399

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0388437 - GS0388444)

Exhibit 400

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2014 (GS0388445 - GS0388449)

Exhibit 401

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ███████), dated ███████, 2011 (GS0386124 - GS0386126)

Exhibit 402

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███, 2011 (GS0388450 - GS0388454)

Exhibit 403

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███, 2008 (GS0388455 - GS0388458)

Exhibit 404

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2015 (GS0388459 - GS0388463)

Exhibit 405

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0383866 - GS0383874)

Exhibit 406

Letter Regarding Departure Arrangements Executed by ███████████ ██████ (Employee Identification Number ████████), dated ██████, 2012 (GS0388464 - GS0388469)

Exhibit 407

Letter Regarding Departure Arrangements Executed by ██████████████ (Employee Identification Number ████████), dated █████████████, 2008 (GS0388470 - GS0388473)

Exhibit 408

Letter Regarding Departure Arrangements Executed by ███████████████ ██████ (Employee Identification Number ████████), dated ██████, 2013 (GS0388474 - GS0388478)

Exhibit 409

Letter Regarding Departure Arrangements Executed by █████████████ (Employee Identification Number ████████), dated █████, 2008 (GS0388479 - GS0388486)

Exhibit 410

Letter Regarding Departure Arrangements Executed by ████████████ █████████████ (Employee Identification Number █████████), dated ██████, 2017 (GS0388487 - GS0388492)

Exhibit 411

Letter Regarding Departure Arrangements Executed by ██████████ █████████████ (Employee Identification Number ████████████), dated ████████████, 2008 (GS0388493 - GS0388496)

Exhibit 412

Letter Regarding Departure Arrangements Executed by ██████████████ (Employee Identification Number ████████), dated █████████, 2009 (GS0388497 - GS0388500)

Exhibit 413

Letter Regarding Departure Arrangements Executed by ████████████████ (Employee Identification Number ████████), dated ███████████, 2016 (GS0388501 - GS0388506)

Exhibit 414

Letter Regarding Departure Arrangements Executed by ███████████████ (Employee Identification Number ████████), dated ████████, 2002 (GS0388507 - GS0388510)

Exhibit 415

Letter Regarding Departure Arrangements Executed by ████████████████ (Employee Identification Number ████████), dated █████████████, 2010 (GS0388511 - GS0388515)

Exhibit 416

Letter Regarding Extended Managing Director Agreement Executed by █████████████ (Employee Identification Number ████████), dated ███████████████ (GS0383893 - GS0383901)

Exhibit 417

Letter Regarding Departure Arrangements Executed by ███████████████ (Employee Identification Number ████████), dated █████████, 2017 (GS0396230 - GS0396235)

Exhibit 418

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ████████, 2006 (GS0388516 - GS0388523)

Exhibit 419

Letter Regarding Departure Arrangements Executed by ███████████ ██████ (Employee Identification Number ███████), dated ████████, 2012 (GS0388524 - GS0388528)

Exhibit 420

Letter Regarding Departure Arrangements Executed by ███████████ ██████ (Employee Identification Number ███████), dated ████████, 2009 (GS0388529 - GS0388532)

Exhibit 421

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ████████, 2007 (GS0386132 - GS0386134)

Exhibit 422

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ████████, 2012 (GS0388541 - GS0388551)

Exhibit 423

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0383902 - GS0383910)

Exhibit 424

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2002 (GS0388560 - GS0388563)

Exhibit 425

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████, 1998 (GS0386135 - GS0386138)

Exhibit 426

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ████████, 2009 (GS0388564 - GS0388567)

Exhibit 427

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2008 (GS0388568 - GS0388577)

Exhibit 428

Letter Regarding Extended Managing Director Agreement Executed by ███ ███████████ (Employee Identification Number ███████), dated ███████████ (GS0383946 - GS0383954)

Exhibit 429

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ████████, 2008 (GS0389208 - GS0389211)

Exhibit 430

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2003 (GS0388586 - GS0388589)

Exhibit 431

Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ██████), dated ████████, 2006 (GS0388590 - GS0388597)

Exhibit 432

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████ (Employee Identification Number ██████), dated ████████, 2001 (GS0386267 - GS0386269)

Exhibit 433

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ████████, 2008 (GS0388598 - GS0388601)

Exhibit 434

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ██████), dated ████, 2016 (GS0391259 - GS0391264)

Exhibit 435

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ██████), dated ████████, 2004 (GS0388612 - GS0388615)

Exhibit 436

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ██████), dated ████████, 2003 (GS0388616 - GS0388619)

Exhibit 437

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ██████), dated ████████, 2011 (GS0393111 - GS0393115)

Exhibit 438

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ██████), dated ████, 2011 (GS0388620 - GS0388624)

Exhibit 439

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ████, 2008 (GS0388625 - GS0388633)

Exhibit 440

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ████████, 2008 (GS0389766 - GS0389769)

Exhibit 441

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ██████), dated ████, 2011 (GS0388640 - GS0388644)

Exhibit 442

| | |
|---|---|
| Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2005 (GS0388645 - GS0388652) | Exhibit 443 |
| Letter Regarding Departure Arrangements Executed by ████ (Employee Identification Number ██████), dated ██████, 2014 (GS0388672 - GS0388682) | Exhibit 444 |
| Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ████, 2016 (GS0388653 - GS0388658) | Exhibit 445 |
| Letter Regarding Extended Managing Director Agreement Executed by ████ ██████ (Employee Identification Number ██████), dated ██████ ████ (GS0384023 - GS0384031) | Exhibit 446 |
| Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2008 (GS0388659 - GS0388662) | Exhibit 447 |
| Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2004 (GS0388663 - GS0388671) | Exhibit 448 |
| Letter Regarding Departure Arrangements Executed by ██████ ████ (Employee Identification Number ██████), dated ██████, 2009 (GS0388683 - GS0388686) | Exhibit 449 |
| Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ████, 2014 (GS0388687 - GS0388691) | Exhibit 450 |
| Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2013 (GS0388692 - GS0388696) | Exhibit 451 |
| Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ████, 2009 (GS0388299 - GS0388302) | Exhibit 452 |
| Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2008 (GS0396204 - GS0396229) | Exhibit 453 |
| Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2002 (GS0388717 - GS0388720) | Exhibit 454 |

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0388721 - GS0388724)

Exhibit 455

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████), dated ███████, 2012 (GS0388725 - GS0388729)

Exhibit 456

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ ███ (Employee Identification Number ███████), dated ████, 2010 (GS0386163 - GS0386165)

Exhibit 457

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ████, 2002 (GS0388730 - GS0388733)

Exhibit 458

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ████, 2012 (GS0388734 - GS0388738)

Exhibit 459

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0388739 - GS0388742)

Exhibit 460

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ████, 2016 (GS0388743 - GS0388748)

Exhibit 461

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2002 (GS0388754 - GS0388761)

Exhibit 462

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2002 (GS0388762 - GS0388765)

Exhibit 463

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0388766 - GS0388773)

Exhibit 464

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2012 (GS0388774 - GS0388777)

Exhibit 465

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ███████), dated ████, 2011 (GS0386166 - GS0386170)

Exhibit 466

| | |
|---|---|
| Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ████████), dated ██████████, 2009 (GS0389953 - GS0389956) | Exhibit 467 |
| Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ████████), dated ███████, 2003 (GS0388782 - GS0388785) | Exhibit 468 |
| Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ████████), dated ██████, 2002 (GS0388582 - GS0388585) | Exhibit 469 |
| Letter Regarding Departure Arrangements Executed by ███████████ ██████ (Employee Identification Number ████████), dated ███████, 2013 (GS0388749 - GS0388753) | Exhibit 470 |
| Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated █████████, 2016 (GS0388802 - GS0388807) | Exhibit 471 |
| Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ████████), dated █████████, 2008 (GS0388808 - GS0388811) | Exhibit 472 |
| Letter Regarding Departure Arrangements Executed by ██████████ ██████████ (Employee Identification Number ████████), dated █████████, 2008 (GS0388812 - GS0388815) | Exhibit 473 |
| Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ████████), dated █████████, 2008 (GS0388816 - GS0388819) | Exhibit 474 |
| Letter Regarding Departure Arrangements Executed by ██████████ ██████ (Employee Identification Number ████████), dated ███████, 2009 (GS0388820 - GS0388823) | Exhibit 475 |
| Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ████████), dated █████████, 2012 (GS0389801 - GS0389811) | Exhibit 476 |
| Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ████████), dated █████████, 2008 (GS0388824 - GS0388827) | Exhibit 477 |
| Letter Regarding Departure Arrangements Executed by ███████████ ██████████ (Employee Identification Number ████████), dated ████████ ██, 2002 (GS0391273 - GS0391276) | Exhibit 478 |

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2016 (GS0388828 - GS0388833)

Exhibit 479

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0388834 - GS0388841)

Exhibit 480

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2004 (GS0388842 - GS0388845)

Exhibit 481

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2006 (GS0388846 - GS0388849)

Exhibit 482

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ███████), dated ███████, 2001 (GS0385999 - GS0386001)

Exhibit 483

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2002 (GS0388850 - GS0388857)

Exhibit 484

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0388858 - GS0388861)

Exhibit 485

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated May 30, 2013 (GS0388862 - GS0388866)

Exhibit 486

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2016 (GS0388867 - GS0388871)

Exhibit 487

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ███████), dated ███████, 2012 (GS0386185 - GS0386189)

Exhibit 488

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2017 (GS0388872 - GS0388876)

Exhibit 489

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0388877 - GS0388886)

Exhibit 490

| | |
|---|---|
| Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ████████), dated ███████████████ (GS0384203 - GS0384211) | Exhibit 491 |
| Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ███████), dated ███████, 2011 (GS0388887 - GS0388891) | Exhibit 492 |
| Letter Regarding Departure Arrangements Executed by █████████████ (Employee Identification Number ███████), dated █████████, 2008 (GS0388892 - GS0388899) | Exhibit 493 |
| Letter Regarding Departure Arrangements Executed by █████████████ (Employee Identification Number ███████), dated ███████, 2009 (GS0388900 - GS0388903) | Exhibit 494 |
| Letter Regarding Departure Arrangements Executed by █████████████ (Employee Identification Number ████████), dated ███████, 2014 (GS0388904 - GS0388915) | Exhibit 495 |
| Letter Regarding Departure Arrangements Executed by █████████████ (Employee Identification Number ███████), dated ███████, 2008 (GS0388916 - GS0388923) | Exhibit 496 |
| Letter Regarding Departure Arrangements Executed by ███████████████ (Employee Identification Number ███████), dated ███████, 2016 (GS0388293 - GS0388298) | Exhibit 497 |
| Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ███████), dated █████████, 2009 (GS0388930 - GS0388933) | Exhibit 498 |
| Letter Regarding Extended Managing Director Agreement Executed by █████████████ (Employee Identification Number ████████), dated ███████████████ (GS0384280 - GS0384288) | Exhibit 499 |
| Letter Regarding Departure Arrangements Executed by ████████████ ██████ (Employee Identification Number █████████), dated █████████, 2008 (GS0388934 - GS0388937) | Exhibit 500 |
| Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2010 (GS0388938 - GS0388943) | Exhibit 501 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████ (Employee Identification Number ████████), dated ████████████, 1999 (GS0386199 - GS0386201) | Exhibit 502 |

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2007 (GS0388952 - GS0388955)

Exhibit 503

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ██████, 2002 (GS0388956 - GS0388963)

Exhibit 504

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ███████), dated ██████, 2000 (GS0386216 - GS0386218)

Exhibit 505

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████), dated ███████ █, 2011 (GS0388964 - GS0388968)

Exhibit 506

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████), dated ██████, 2016 (GS0388969 - GS0388974)

Exhibit 507

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2017 (GS0388975 - GS0388979)

Exhibit 508

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ ███████ (Employee Identification Number ███████), dated ███████, 2010 (GS0386225 - GS0386229)

Exhibit 509

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████), dated ██████, 2012 (GS0388980 - GS0388984)

Exhibit 510

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ███████), dated ██████, 2006 (GS0386230 - GS0386232)

Exhibit 511

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████), dated ███████ █, 2012 (GS0388985 - GS0388994)

Exhibit 512

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ██████, 2008 (GS0389005 - GS0389012)

Exhibit 513

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated █████, 2004 (GS0389013 - GS0389016)

Exhibit 514

Letter Regarding Departure Arrangements Executed by ███████ ██████ (Employee Identification Number ██████), dated ██████ ██, 2008 (GS0390125 - GS0390128)

Exhibit 515

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ███████, 2011 (GS0389017 - GS0389021)

Exhibit 516

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated █████, 2011 (GS0391265 - GS0391272)

Exhibit 517

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ██████), dated ██████, 2002 (GS0389027 - GS0389030)

Exhibit 518

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ███████, 2008 (GS0389031 - GS0389038)

Exhibit 519

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ██████), dated ███████, 2008 (GS0389044 - GS0389048)

Exhibit 520

Letter Regarding Extended Managing Director Agreement Executed by ████████████ (Employee Identification Number ██████), dated ██████████ (GS0384339 - GS0384347)

Exhibit 521

Letter Regarding Departure Arrangements Executed by ███████ ██████ (Employee Identification Number ██████), dated ██████ ██, 2009 (GS0389049 - GS0389052)

Exhibit 522

Letter Regarding Departure Arrangements Executed by ███████ ██████ (Employee Identification Number ██████), dated ██████, 2008 (GS0389057 - GS0389064)

Exhibit 523

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ██████), dated ███████, 2008 (GS0389065 - GS0389068)

Exhibit 524

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ██████), dated ███████, 2016 (GS0389069 - GS0389074)

Exhibit 525

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████████, 2008 (GS0390092 - GS0390095)                    Exhibit 526

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████████, 2008 (GS0389075 - GS0389078)                    Exhibit 527

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2008 (GS0389079 - GS0389086)                    Exhibit 528

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2002 (GS0389087 - GS0389090)                    Exhibit 529

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2004 (GS0389091 - GS0389094)                    Exhibit 530

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2012 (GS0389095 - GS0389099)                    Exhibit 531

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2009 (GS0389103 - GS0389106)                    Exhibit 532

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384381 - GS0384389)                    Exhibit 533

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2002 (GS0389107 - GS0389110)                    Exhibit 534

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number #00032867), dated ██████, 2008 (GS0389111 - GS0389114)                    Exhibit 535

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2016 (GS0389115 - GS0389119)                    Exhibit 536

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2007 (GS0389120 - GS0389127)                    Exhibit 537

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████), dated █████, 2006 (GS0386258 - GS0386260)

Exhibit 538

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ██████), dated ██████████, 2017 (GS0389128 - GS0389133)

Exhibit 539

Letter Regarding Departure Arrangements Executed by ██████████ ██████ (Employee Identification Number ██████), dated █████, 2013 (GS0389624 - GS0389628)

Exhibit 540

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ██████), dated █████, 2002 (GS0389134 - GS0389141)

Exhibit 541

Letter Regarding Departure Arrangements Executed by ██████████ ██████ (Employee Identification Number #00029884), dated December 3, 2002 (GS0391098 - GS0391105)

Exhibit 542

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ██████), dated █████, 2016 (GS0389142 - GS0389147)

Exhibit 543

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ██████), dated █████, 2004 (GS0389672 - GS0389675)

Exhibit 544

Letter Regarding Departure Arrangements Executed by ██████████ ██████ (Employee Identification Number ██████), dated █████, 2009 (GS0389148 - GS0389151)

Exhibit 545

Letter Regarding Departure Arrangements Executed by ██████████ ██████ (Employee Identification Number ██████), dated █████, 2008 (GS0389152 - GS0389159)

Exhibit 546

Letter Regarding Departure Arrangements Executed by ██████████ ██████ (Employee Identification Number ██████), dated █████, 2008 (GS0388533 - GS0388540)

Exhibit 547

Letter Regarding Departure Arrangements Executed by ██████████ ██████ (Employee Identification Number #00016116), dated █████, 2008 (GS0387329 - GS0387338)

Exhibit 548

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ██████), dated ██████████ (GS0384445 - GS0384453)

Exhibit 549

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2017 (GS0389168 - GS0389173)

Exhibit 550

Letter Regarding Departure Arrangements Executed by █████ (Employee Identification Number ███████), dated ███████, 2003 (GS0389174 - GS0389177)

Exhibit 551

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2013 (GS0389178 - GS0389187)

Exhibit 552

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2004 (GS0396167 - GS0396170)

Exhibit 553

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0389188 - GS0389191)

Exhibit 554

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0389192 - GS0389199)

Exhibit 555

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0389200 - GS0389203)

Exhibit 556

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2002 (GS0389204 - GS0389207)

Exhibit 557

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2002 (GS0389212 - GS0389215)

Exhibit 558

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2003 (GS0391277 - GS0391280)

Exhibit 559

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2003 (GS0389216 - GS0389223)

Exhibit 560

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2016 (GS0389224 - GS0389235)

Exhibit 561

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ███████), dated ██████, 2016 (GS0389236 - GS0389241)

Exhibit 562

Letter Regarding Departure Arrangements Executed by ████████ ██████ (Employee Identification Number ███████), dated █████, 2014 (GS0389242 - GS0389246)

Exhibit 563

Letter Regarding Extended Managing Director Agreement Executed by ████████████ (Employee Identification Number ███████), dated ██████████ (GS0384474 - GS0384482)

Exhibit 564

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ███████), dated █████, 2012 (GS0389247 - GS0389251)

Exhibit 565

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ███████), dated ██████, 2008 (GS0389256 - GS0389263)

Exhibit 566

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ███████), dated ███████, 2008 (GS0389264 - GS0389267)

Exhibit 567

Letter Regarding Departure Arrangements Executed by ████████ ████ (Employee Identification Number ███████), dated ██████, 2011 (GS0389268 - GS0389281)

Exhibit 568

Letter Regarding Extended Managing Director Agreement Executed by ████████████ (Employee Identification Number ███████), dated ████████████ (GS0384530 - GS0384538)

Exhibit 569

Letter Regarding Departure Arrangements Executed by ████████ ████████ (Employee Identification Number ███████), dated ██████, 2006 (GS0389282 - GS0389285)

Exhibit 570

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ███████), dated ███████, 2010 (GS0389286 - GS0389289)

Exhibit 571

Letter Regarding Departure Arrangements Executed by ████████ ████ (Employee Identification Number ███████), dated █████, 2008 (GS0389290 - GS0389293)

Exhibit 572

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ███████), dated ██████, 2006 (GS0386293 - GS0386295)

Exhibit 573

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2002 (GS0389294 - GS0389297)

Exhibit 574

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████████, 2007 (GS0389298 - GS0389301)

Exhibit 575

Letter Regarding Departure Arrangements Executed by ███████████ ███ (Employee Identification Number ███████), dated ████████, 2009 (GS0389302 - GS0389309)

Exhibit 576

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2012 (GS0389310 - GS0389314)

Exhibit 577

Letter Regarding Departure Arrangements Executed by ███████████ ████████ (Employee Identification Number ████████), dated ██████, 2008 (GS0389315 - GS0389322)

Exhibit 578

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████████, 2008 (GS0389323 - GS0389326)

Exhibit 579

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ████████, 2018 (GS0391281 - GS0391287)

Exhibit 580

Letter Regarding Departure Arrangements Executed by ███████████ ████████ (Employee Identification Number ████████), dated ███████████ ███, 2014 (GS0387723 - GS0387727)

Exhibit 581

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████████, 2008 (GS0389334 - GS0389341)

Exhibit 582

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████████, 2008 (GS0389342 - GS0389345)

Exhibit 583

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2003 (GS0389346 - GS0389349)

Exhibit 584

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████████, 2001 (GS0386305 - GS0386307)

Exhibit 585

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2016 (GS0389350 - GS0389355)

Exhibit 586

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0387022 - GS0387025)

Exhibit 587

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████), dated ███████ ██, 2008 (GS0389356 - GS0389359)

Exhibit 588

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ███████), dated ███████, 2005 (GS0386582 - GS0386584)

Exhibit 589

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0389360 - GS0389363)

Exhibit 590

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2011 (GS0389364 - GS0389374)

Exhibit 591

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0384580 - GS0384588)

Exhibit 592

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2002 (GS0389375 - GS0389378)

Exhibit 593

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2007 (GS0388944 - GS0388951)

Exhibit 594

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████), dated ███████, 2004 (GS0389379 - GS0389382)

Exhibit 595

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████), dated ███████, 2011 (GS0389383 - GS0389387)

Exhibit 596

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2007 (GS0389388 - GS0389392)

Exhibit 597

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████, 2017 (GS0390209 - GS0390214)

Exhibit 598

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████, 2002 (GS0389393 - GS0389396)

Exhibit 599

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████, 2013 (GS0389397 - GS0389401)

Exhibit 600

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████ (Employee Identification Number ████████), dated ████████, 2006 (GS0386313 - GS0386315)

Exhibit 601

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2013 (GS0389402 - GS0389412)

Exhibit 602

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ████████), dated ████████ (GS0384605 - GS0384613)

Exhibit 603

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0389413 - GS0389416)

Exhibit 604

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2003 (GS0389417 - GS0389420)

Exhibit 605

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████, 2018 (GS0389425 - GS0389429)

Exhibit 606

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2013 (GS0389430 - GS0389434)

Exhibit 607

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2018 (GS0391294 - GS0391299)

Exhibit 608

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2012 (GS0389440 - GS0389443)

Exhibit 609

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2016 (GS0389450 - GS0389455)

Exhibit 610

Letter Regarding Departure Arrangements Executed by ████████████████ (Employee Identification Number ████████), dated ████, 2017 (GS0389456 - GS0389461)

Exhibit 611

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2010 (GS0389462 - GS0389466)

Exhibit 612

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████ (Employee Identification Number ████████), dated ████████, 2005 (GS0386326 - GS0386328)

Exhibit 613

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2004 (GS0389467 - GS0389470)

Exhibit 614

Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ████████), dated ██████, 2002 (GS0389762 - GS0389765)

Exhibit 615

Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ████████), dated ████████, 2016 (GS0389471 - GS0389475)

Exhibit 616

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0389476 - GS0389479)

Exhibit 617

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2002 (GS0389493 - GS0389500)

Exhibit 618

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ██████, 2011 (GS0389501 - GS0389505)

Exhibit 619

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2005 (GS0389506 - GS0389509)

Exhibit 620

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0389510 - GS0389513)

Exhibit 621

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ████████), dated ████████, 2002 (GS0389514 - GS0389517)

Exhibit 622

Letter Regarding Departure Arrangements Executed by ███████ ████████ (Employee Identification Number ████████), dated ██████, 2004 (GS0387597 - GS0387600)

Exhibit 623

Letter Regarding Departure Arrangements Executed by ███████ ████████ (Employee Identification Number ████████), dated ████████ ███, 2008 (GS0389522 - GS0389525)

Exhibit 624

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ████████), dated ████████, 2003 (GS0389518 - GS0389521)

Exhibit 625

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ████████), dated ████████, 2016 (GS0389526 - GS0389530)

Exhibit 626

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0389535 - GS0389542)

Exhibit 627

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ████████), dated ██████, 2012 (GS0389549 - GS0389553)

Exhibit 628

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2017 (GS0389560 - GS0389565)

Exhibit 629

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ████████), dated ████████, 2007 (GS0389566 - GS0389569)

Exhibit 630

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ████████), dated ████████, 2016 (GS0389570 - GS0389575)

Exhibit 631

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ████████), dated ████████, 2012 (GS0389576 - GS0389580)

Exhibit 632

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ████████), dated ████████, 2006 (GS0389581 - GS0389588)

Exhibit 633

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████, 1999 (GS0386364 - GS0386369)

Exhibit 634

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2008 (GS0389589 - GS0389592)

Exhibit 635

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ████, 2007 (GS0386370 - GS0386372)

Exhibit 636

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2002 (GS0389593 - GS0389604)

Exhibit 637

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2008 (GS0389605 - GS0389608)

Exhibit 638

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2007 (GS0386948 - GS0386955)

Exhibit 639

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ████, 2017 (GS0389609 - GS0389613)

Exhibit 640

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ████, 2008 (GS0389629 - GS0389632)

Exhibit 641

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2008 (GS0389633 - GS0389640)

Exhibit 642

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ████, 2003 (GS0389641 - GS0389644)

Exhibit 643

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ████, 2008 (GS0389645 - GS0389652)

Exhibit 644

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2016 (GS0389653 - GS0389657)

Exhibit 645



Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ████████), dated ███████, 2008 (GS0391304 - GS0391307)     Exhibit 646

Letter Regarding Departure Arrangements Executed by ███████ ██████ (Employee Identification Number ████████), dated ███████, 2008 (GS0389658 - GS0389665)     Exhibit 647

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ███████, 2016 (GS0389666 - GS0389671)     Exhibit 648

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ███████, 2008 (GS0387995 - GS0387998)     Exhibit 649

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ███████, 2004 (GS0389676 - GS0389684)     Exhibit 650

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ███████, 2013 (GS0389685 - GS0389689)     Exhibit 651

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ███████, 2004 (GS0391308 - GS0391311)     Exhibit 652

Letter Regarding Departure Arrangements Executed by ████████ ████ (Employee Identification Number ████████), dated ███████, 2013 (GS0389690 - GS0389699)     Exhibit 653

Letter Regarding Departure Arrangements Executed by ████████ ██████ (Employee Identification Number ████████), dated ███████, 2003 (GS0386807 - GS0386810)     Exhibit 654

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ███████, 2008 (GS0389700 - GS0389707)     Exhibit 655

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ███████, 2002 (GS0389708 - GS0389711)     Exhibit 656

Letter Regarding Departure Arrangements Executed by ████████ ██████ (Employee Identification Number ████████), dated ███████, 2003 (GS0389717 - GS0389720)     Exhibit 657

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2004 (GS0389721 - GS0389724)

Exhibit 658

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ████████, 2013 (GS0389725 - GS0389729)

Exhibit 659

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2013 (GS0396193 - GS0396203)

Exhibit 660

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ████████, 2008 (GS0389730 - GS0389733)

Exhibit 661

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ████████, 2017 (GS0389734 - GS0389745)

Exhibit 662

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2011 (GS0389746 - GS0389750)

Exhibit 663

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ████████, 2002 (GS0389751 - GS0389755)

Exhibit 664

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2016 (GS0389756 - GS0389761)

Exhibit 665

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2011 (GS0387437 - GS0387441)

Exhibit 666

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2018 (GS0389770 - GS0389775)

Exhibit 667

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2002 (GS0387097 - GS0387100)

Exhibit 668

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ████████, 2008 (GS0389780 - GS0389783)

Exhibit 669

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████, 2003 (GS0389789 - GS0389792)

Exhibit 670

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0389793 - GS0389796)

Exhibit 671

Letter Regarding Departure Arrangements Executed by ████████ ████ (Employee Identification Number ████████), dated ████████, 2006 (GS0389797 - GS0389800)

Exhibit 672

Letter Regarding Departure Arrangements Executed by ████████ ██ (Employee Identification Number ████████), dated ████████, 2008 (GS0389812 - GS0389819)

Exhibit 673

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2002 (GS0389820 - GS0389823)

Exhibit 674

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2012 (GS0389824 - GS0389828)

Exhibit 675

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0389829 - GS0389837)

Exhibit 676

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2007 (GS0389838 - GS0389841)

Exhibit 677

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2003 (GS0389842 - GS0389845)

Exhibit 678

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2003 (GS0389846 - GS0389853)

Exhibit 679

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0389854 - GS0389857)

Exhibit 680

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████████), dated ████████, 2002 (GS0389858 - GS0389861)

Exhibit 681



Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated █████, 2003 (GS0391312 - GS0391315)

Exhibit 682

Letter Regarding Departure Arrangements Executed by ██████████ ███████ (Employee Identification Number █████████), dated █████████, 2003 (GS0389862 - GS0389865)

Exhibit 683

Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ████████), dated ███████, 2003 (GS0389866 - GS0389869)

Exhibit 684

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ████████), dated ███████, 2002 (GS0389870 - GS0389873)

Exhibit 685

Letter Regarding Departure Arrangements Executed by ███████ ██████████ (Employee Identification Number █████████), dated ██████, 2008 (GS0389874 - GS0389877)

Exhibit 686

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ███████), dated ████████, 2008 (GS0389878 - GS0389881)

Exhibit 687

Letter Regarding Departure Arrangements Executed by █████████ ███████████ (Employee Identification Number █████████), dated ██████ ██, 2009 (GS0389896 - GS0389903)

Exhibit 688

Letter Regarding Departure Arrangements Executed by █████████ ███████████ (Employee Identification Number █████████), dated ███████, 2008 (GS0389882 - GS0389890)

Exhibit 689

Letter Regarding Departure Arrangements Executed by █████████ ███████████ (Employee Identification Number ████████), dated ██████ ██, 2015 (GS0389891 - GS0389895)

Exhibit 690

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ███████, 2014 (GS0389904 - GS0389908)

Exhibit 691

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0389909 - GS0389913)

Exhibit 692

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ████████), dated ██████, 2013 (GS0389914 - GS0389917)

Exhibit 693

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0391321 - GS0391324)

Exhibit 694

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0389918 - GS0389921)

Exhibit 695

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0389922 - GS0389929)

Exhibit 696

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2017 (GS0389930 - GS0389935)

Exhibit 697

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0389936 - GS0389939)

Exhibit 698

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ███████), dated ███████, 1998 (GS0386442 - GS0386442)

Exhibit 699

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2003 (GS0389940 - GS0389944)

Exhibit 700

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ███████), dated ███████, 2000 (GS0386443 - GS0386445)

Exhibit 701

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████), dated ███████, 2009 (GS0389945 - GS0389948)

Exhibit 702

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2003 (GS0396171 - GS0396174)

Exhibit 703

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████), dated ███████, 2005 (GS0389949 - GS0389952)

Exhibit 704

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0389957 - GS0389960)

Exhibit 705

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2011 (GS0389961 - GS0389965)

Exhibit 706

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2013 (GS0389966 - GS0389970)

Exhibit 707

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2017 (GS0389971 - GS0389976)

Exhibit 708

Letter Regarding Departure Arrangements Executed by ██████ ██████ (Employee Identification Number ██████), dated ██████, 2016 (GS0389977 - GS0389982)

Exhibit 709

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2013 (GS0389983 - GS0389986)

Exhibit 710

Letter Regarding Departure Arrangements Executed by ██████ ██████ (Employee Identification Number ██████), dated ██████, 2002 (GS0391290 - GS0391293)

Exhibit 711

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2008 (GS0389987 - GS0389994)

Exhibit 712

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2007 (GS0387947 - GS0387950)

Exhibit 713

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2008 (GS0391329 - GS0391336)

Exhibit 714

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2009 (GS0390003 - GS0390006)

Exhibit 715

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ██████), dated ██████, 2012 (GS0390007 - GS0390011)

Exhibit 716

Letter Regarding Departure Arrangements Executed by ██████ ██████ (Employee Identification Number ██████), dated ██████, 2012 (GS0390012 - GS0390016)

Exhibit 717

Letter Regarding Departure Arrangements Executed by ███████ ███ (Employee Identification Number ███████), dated ████, 2009 (GS0391325 - GS0391328)

Exhibit 718

Letter Regarding Departure Arrangements Executed by ███████ ███ (Employee Identification Number ████████), dated ████, 2008 (GS0390017 - GS0390020)

Exhibit 719

Letter Regarding Departure Arrangements Executed by ██████ ████████ (Employee Identification Number ██████), dated ████████, 2008 (GS0390021 - GS0390024)

Exhibit 720

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated █████, 2012 (GS0390029 - GS0390033)

Exhibit 721

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number █████), dated ███, 2002 (GS0390034 - GS0390037)

Exhibit 722

Letter Regarding Departure Arrangements Executed by ███████ ███ (Employee Identification Number ██████), dated ███, 2009 (GS0391341 - GS0391345)

Exhibit 723

Letter Regarding Extended Managing Director Agreement Executed by █████████ (Employee Identification Number ██████), dated █████████ (GS0385008 - GS0385016)

Exhibit 724

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number █████), dated █████, 2002 (GS0391346 - GS0391349)

Exhibit 725

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████), dated ███████, 2008 (GS0391350 - GS0391353)

Exhibit 726

Letter Regarding Departure Arrangements Executed by ███████ ███ (Employee Identification Number ██████), dated ██████, 2017 (GS0391366 - GS0391369)

Exhibit 727

Letter Regarding Departure Arrangements Executed by █████████ (Employee Identification Number █████), dated ███████, 2008 (GS0390042 - GS0390045)

Exhibit 728

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████ (Employee Identification Number █████), dated ████, 2004 (GS0386494 - GS0386496)

Exhibit 729

Letter Regarding Departure Arrangements Executed by ▇▇▇▇▇ (Employee Identification Number ▇▇▇▇), dated ▇▇▇▇, 2007 (GS0390046 - GS0390053)    Exhibit 730

Letter Regarding Departure Arrangements Executed by ▇▇▇▇▇ (Employee Identification Number ▇▇▇▇), dated ▇▇▇▇, 2002 (GS0390054 - GS0390057)    Exhibit 731

Letter Regarding Departure Arrangements Executed by ▇▇▇▇▇▇ (Employee Identification Number ▇▇▇▇), dated ▇▇▇▇, 2011 (GS0390058 - GS0390062)    Exhibit 732

Letter Regarding Departure Arrangements Executed by ▇▇▇▇ ▇▇▇ (Employee Identification Number ▇▇▇▇), dated ▇▇▇▇, 2003 (GS0390067 - GS0390074)    Exhibit 733

Letter Regarding Departure Arrangements Executed by ▇▇▇▇▇ (Employee Identification Number ▇▇▇▇), dated ▇▇▇▇, 2008 (GS0390075 - GS0390083)    Exhibit 734

Letter Regarding Departure Arrangements Executed by ▇▇▇▇▇ (Employee Identification Number ▇▇▇▇), dated ▇▇▇▇, 2007 (GS0390084 - GS0390091)    Exhibit 735

Letter Regarding Departure Arrangements Executed by ▇▇▇▇▇ (Employee Identification Number ▇▇▇▇), dated ▇▇▇, 2015 (GS0390096 - GS0390100)    Exhibit 736

Letter Regarding Departure Arrangements Executed by ▇▇▇▇▇ (Employee Identification Number ▇▇▇▇), dated ▇▇▇▇, 2005 (GS0390101 - GS0390104)    Exhibit 737

Letter Regarding Departure Arrangements Executed by ▇▇▇▇▇▇ (Employee Identification Number ▇▇▇▇), dated ▇▇▇▇, 2002 (GS0390105 - GS0390108)    Exhibit 738

Letter Regarding Departure Arrangements Executed by ▇▇▇▇ (Employee Identification Number ▇▇▇▇), dated ▇▇▇▇, 2008 (GS0390109 - GS0390116)    Exhibit 739

Letter Regarding Departure Arrangements Executed by ▇▇▇▇▇ (Employee Identification Number ▇▇▇▇), dated ▇▇▇, 2008 (GS0390117 - GS0390124)    Exhibit 740

Letter Regarding Departure Arrangements Executed by ▇▇▇ ▇▇▇▇ (Employee Identification Number ▇▇▇▇), dated ▇▇▇▇, 2008 (GS0390129 - GS0390132)    Exhibit 741

Letter Regarding Departure Arrangements Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮, 2003 (GS0390133 - GS0390136)                                              Exhibit 742

Letter Regarding Departure Arrangements Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2008 (GS0390137 - GS0390144)                                              Exhibit 743

Letter Regarding Departure Arrangements Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮, 2008 (GS0390145 - GS0390148)                                              Exhibit 744

Letter Regarding Departure Arrangements Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮, 2011 (GS0390149 - GS0390154)                                              Exhibit 745

Letter Regarding Departure Arrangements Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮, 2002 (GS0390155 - GS0390158)                                              Exhibit 746

Letter Regarding Departure Arrangements Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮, 2005 (GS0390159 - GS0390162)                                              Exhibit 747

Letter Regarding Departure Arrangements Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮, 2011 (GS0390163 - GS0390167)                                              Exhibit 748

Letter Regarding Departure Arrangements Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮, 2013 (GS0390168 - GS0390172)                                              Exhibit 749

Letter Regarding Departure Arrangements Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮, 2003 (GS0390173 - GS0390176)                                              Exhibit 750

Letter Regarding Departure Arrangements Executed by ▮▮▮▮▮ ▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮, 2011 (GS0390177 - GS0390181)                                              Exhibit 751

Letter Regarding Departure Arrangements Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮, 2011 (GS0390182 - GS0390186)                                              Exhibit 752

Letter Regarding Departure Arrangements Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮, 2016 (GS0390187 - GS0390191)                                              Exhibit 753

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2011 (GS0386508 - GS0386512)

Exhibit 754

Letter Regarding Departure Arrangements Executed by ███████████ ███ (Employee Identification Number ███████), dated ███████, 2011 (GS0390192 - GS0390196)

Exhibit 755

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2003 (GS0390197 - GS0390200)

Exhibit 756

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2003 (GS0390201 - GS0390204)

Exhibit 757

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ███████), dated ███████, 2008 (GS0390205 - GS0390208)

Exhibit 758

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2007 (GS0390215 - GS0390218)

Exhibit 759

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███, 2016 (GS0390219 - GS0390224)

Exhibit 760

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ███████), dated ███████, 2011 (GS0390225 - GS0390229)

Exhibit 761

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████ ███████ (GS0385126 - GS0385134)

Exhibit 762

Letter Regarding Departure Arrangements Executed by ███████████ ███ (Employee Identification Number ███████), dated ███████, 2016 (GS0390230 - GS0390234)

Exhibit 763

Letter Regarding Departure Arrangements Executed by ███████████ ███ (Employee Identification Number ███████), dated ███████, 2015 (GS0390246 - GS0390250)

Exhibit 764

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2002 (GS0390251 - GS0390254)

Exhibit 765

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2002 (GS0390255 - GS0390259)                                                   Exhibit 766

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████), dated ███████, 2011 (GS0390260 - GS0390264)                                            Exhibit 767

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0390265 - GS0390274)                                                   Exhibit 768

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2013 (GS0390275 - GS0390279)                                                   Exhibit 769

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0385203 - GS0385211)                                            Exhibit 770

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███, 2013 (GS0390280 - GS0390284)                                                       Exhibit 771

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2016 (GS0390285 - GS0390290)                                                   Exhibit 772

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0385212 - GS0385223)                                            Exhibit 773

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2012 (GS0390291 - GS0390295)                                                   Exhibit 774

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2004 (GS0390296 - GS0390299)                                                   Exhibit 775

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2007 (GS0390300 - GS0390307)                                                   Exhibit 776

Letter Regarding Departure Arrangements Executed by ███████ ███ (Employee Identification Number ███████), dated ███████, 2013 (GS0390308 - GS0390312)                                               Exhibit 777

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ████████, 2009 (GS0396175 - GS0396178)

Exhibit 778

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████), dated ████, 2017 (GS0390317 - GS0390322)

Exhibit 779

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated █████, 2008 (GS0390323 - GS0390326)

Exhibit 780

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ████████, 2008 (GS0388170 - GS0388173)

Exhibit 781

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated █████, 2002 (GS0390327 - GS0390330)

Exhibit 782

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ███████), dated █████, 1999 (GS0386540 - GS0386542)

Exhibit 783

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ██████, 2003 (GS0390331 - GS0390334)

Exhibit 784

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated █████, 2003 (GS0389485 - GS0389492)

Exhibit 785

Letter Regarding Departure Arrangements Executed by ███████ ███ (Employee Identification Number ███████), dated ██████, 2016 (GS0390335 - GS0390340)

Exhibit 786

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0385286 - GS0385295)

Exhibit 787

Letter Regarding Departure Arrangements Executed by ███████ ███████ (Employee Identification Number ███████), dated ██████, 2008 (GS0390341 - GS0390348)

Exhibit 788

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated █████, 2015 (GS0390354 - GS0390358)

Exhibit 789

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ████████, 2017 (GS0390359 - GS0390364)

Exhibit 790

Letter Regarding Extended Managing Director Agreement Executed by ██████████████████ (Employee Identification Number ██████████), dated █████████████ (GS0385296 - GS0385307)

Exhibit 791

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ████████, 2011 (GS0390365 - GS0390369)

Exhibit 792

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0390370 - GS0390373)

Exhibit 793

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0390374 - GS0390377)

Exhibit 794

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████████ (Employee Identification Number ████████), dated ████████, 2006 (GS0386553 - GS0386555)

Exhibit 795

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ████████, 2005 (GS0390378 - GS0390385)

Exhibit 796

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ██████, 2004 (GS0390386 - GS0390389)

Exhibit 797

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ██████, 2008 (GS0390390 - GS0390393)

Exhibit 798

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ████████, 2002 (GS0390394 - GS0390397)

Exhibit 799

Letter Regarding Departure Arrangements Executed by ██████████████ ████ (Employee Identification Number ████████), dated ████████, 2008 (GS0390404 - GS0390407)

Exhibit 800

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ████████), dated ██████, 2015 (GS0391370 - GS0391373)

Exhibit 801

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ████), dated ████, 2004 (GS0390408 - GS0390411)

Exhibit 802

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████), dated ████, 2003 (GS0390313 - GS0390316)

Exhibit 803

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ████), dated ████, 2007 (GS0390412 - GS0390419)

Exhibit 804

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████), dated ████, 2003 (GS0390420 - GS0390423)

Exhibit 805

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████ (Employee Identification Number ████), dated ████, 2008 (GS0386566 - GS0386568)

Exhibit 806

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ████), dated ████, 2016 (GS0390424 - GS0390429)

Exhibit 807

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ████), dated ████, 2008 (GS0390430 - GS0390433)

Exhibit 808

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ████), dated ████, 2014 (GS0390434 - GS0390443)

Exhibit 809

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ████), dated ████, 2016 (GS0390444 - GS0390449)

Exhibit 810

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ████), dated ████, 2003 (GS0390450 - GS0390452)

Exhibit 811

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ████), dated ████, 2002 (GS0390453 - GS0390460)

Exhibit 812

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ████), dated ████, 2005 (GS0390461 - GS0390468)

Exhibit 813

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2002 (GS0390469 - GS0390472)                                    Exhibit 814

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2002 (GS0390473 - GS0390476)                                    Exhibit 815

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ██████), dated ██████, 2000 (GS0386574 - GS0386576)                                    Exhibit 816

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2008 (GS0390477 - GS0390480)                                    Exhibit 817

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2002 (GS0390481 - GS0390484)                                    Exhibit 818

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2003 (GS0390485 - GS0390488)                                    Exhibit 819

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2008 (GS0390489 - GS0390492)                                    Exhibit 820

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ██████, 2012 (GS0390493 - GS0390497)                                    Exhibit 821

Letter Regarding Departure Arrangements Executed by ███████ ███ (Employee Identification Number ██████), dated ████, 2009 (GS0389776 - GS0389779)                                    Exhibit 822

Letter Regarding Departure Arrangements Executed by ███████ ███ (Employee Identification Number ██████), dated ████, 2016 (GS0390510 - GS0390515)                                    Exhibit 823

Letter Regarding Departure Arrangements Executed by ███████ ███ (Employee Identification Number ██████), dated ████, 2005 (GS0390502 - GS0390505)                                    Exhibit 824

Letter Regarding Departure Arrangements Executed by ███████ ███ (Employee Identification Number ██████), dated ████, 2009 (GS0390516 - GS0390523)                                    Exhibit 825

Letter Regarding Departure Arrangements Executed by ██████████ ██████ (Employee Identification Number ██████), dated ████, 2008 (GS0390524 - GS0390531)                                                      Exhibit 826

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ██████), dated ████, 2017 (GS0390532 - GS0390537)                                                      Exhibit 827

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ██████), dated ████, 2005 (GS0390542 - GS0390545)                                                      Exhibit 828

Letter Regarding Departure Arrangements Executed by ██████████ ██████ (Employee Identification Number ██████), dated ████, 2011 (GS0390546 - GS0390550)                                                      Exhibit 829

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████), dated ████, 2006 (GS0386586 - GS0386589)                                                      Exhibit 830

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ██████), dated ████, 2004 (GS0390560 - GS0390563)                                                      Exhibit 831

Letter Regarding Departure Arrangements Executed by ██████████ ██████ (Employee Identification Number ██████), dated ████, 2009 (GS0390564 - GS0390567)                                                      Exhibit 832

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ██████), dated ████, 2002 (GS0390568 - GS0390571)                                                      Exhibit 833

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ██████), dated ████, 2003 (GS0390578 - GS0390581)                                                      Exhibit 834

Letter Regarding Departure Arrangements Executed by ██████████ ██████ (Employee Identification Number ██████), dated ████, 2009 (GS0390582 - GS0390589)                                                      Exhibit 835

Letter Regarding Departure Arrangements Executed by ██████████ ██████ (Employee Identification Number ██████), dated ████, 2017 (GS0390590 - GS0390594)                                                      Exhibit 836

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ██████), dated ████, 2005 (GS0390595 - GS0390598)                                                      Exhibit 837

Letter Regarding Departure Arrangements Executed by ███████████ (Employee Identification Number ███████), dated ████████, 2008 (GS0390599 - GS0390602)

Exhibit 838

Letter Regarding Departure Arrangements Executed by █████████████ (Employee Identification Number ███████), dated ██████████, 2002 (GS0390603 - GS0390606)

Exhibit 839

Letter Regarding Departure Arrangements Executed by █████████████████ (Employee Identification Number ███████), dated ███████, 2017 (GS0390607 - GS0390612)

Exhibit 840

Letter Regarding Departure Arrangements Executed by ██████████ (Employee Identification Number ███████), dated ███████, 2016 (GS0390613 - GS0390618)

Exhibit 841

Letter Regarding Departure Arrangements Executed by ████████████ (Employee Identification Number ███████), dated ██████████, 2008 (GS0390619 - GS0390622)

Exhibit 842

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████████ (Employee Identification Number ██████████), dated █████████, 2007 (GS0386631 - GS0386633)

Exhibit 843

Letter Regarding Departure Arrangements Executed by ██████████████ (Employee Identification Number ███████), dated ███████, 2011 (GS0390623 - GS0390627)

Exhibit 844

Letter Regarding Departure Arrangements Executed by █████████████ █████ (Employee Identification Number ██████████), dated ███████, 2008 (GS0390628 - GS0390635)

Exhibit 845

Letter Regarding Departure Arrangements Executed by █████████████████ (Employee Identification Number ███████), dated ███████, 2012 (GS0390636 - GS0390640)

Exhibit 846

Letter Regarding Departure Arrangements Executed by ████████ (Employee Identification Number ███████), dated █████████████, 2016 (GS0390641 - GS0390646)

Exhibit 847

Letter Regarding Departure Arrangements Executed by █████████████ █████ (Employee Identification Number #00083278), dated █████████████, 2008 (GS0390647 - GS0390650)

Exhibit 848

Letter Regarding Departure Arrangements Executed by ████████████████ █████ (Employee Identification Number ██████████), dated █████████████, 2008 (GS0390651 - GS0390654)

Exhibit 849

Letter Regarding Departure Arrangements Executed by ███ (Employee Identification Number ███████), dated ███████, 2008 (GS0390655 - GS0390658)

Exhibit 850

Letter Regarding Departure Arrangements Executed by (Employee Identification Number ███████), dated ███████, 2002 (GS0390659 - GS0390662)

Exhibit 851

Letter Regarding Departure Arrangements Executed by (Employee Identification Number ███████), dated ███████, 2014 (GS0390663 - GS0390667)

Exhibit 852

Letter Regarding Departure Arrangements Executed by ███████ ███ (Employee Identification Number ███████), dated ███████, 2008 (GS0390668 - GS0390671)

Exhibit 853

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2007 (GS0390672 - GS0390679)

Exhibit 854

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2009 (GS0390680 - GS0390683)

Exhibit 855

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███, 2012 (GS0390684 - GS0390688)

Exhibit 856

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ███████), dated ███████, 2010 (GS0386652 - GS0386654)

Exhibit 857

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2002 (GS0390689 - GS0390692)

Exhibit 858

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2016 (GS0390693 - GS0390698)

Exhibit 859

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███, 2008 (GS0390699 - GS0390706)

Exhibit 860

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated ███████, 2008 (GS0390707 - GS0390710)

Exhibit 861

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ██████), dated ████████, 2009 (GS0388602 - GS0388605)

Exhibit 862

Letter Regarding Departure Arrangements Executed by ███████ (Employee Identification Number ███████), dated █████████, 2007 (GS0390711 - GS0390718)

Exhibit 863

Letter Regarding Departure Arrangements Executed by ██████ ███████ (Employee Identification Number █████████), dated ██████, 2012 (GS0390719 - GS0390722)

Exhibit 864

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number ████████), dated ██████, 2003 (GS0386928 - GS0386931)

Exhibit 865

Letter Regarding Departure Arrangements Executed by █████████ ██████ (Employee Identification Number ████████), dated ██████, 2003 (GS0389100 - GS0389102)

Exhibit 866

Letter Regarding Departure Arrangements Executed by ██████ (Employee Identification Number █████████), dated █████, 2011 (GS0390723 - GS0390728)

Exhibit 867

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number █████████), dated ████████ (GS0382382 - GS0382392)

Exhibit 868

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████ (Employee Identification Number █████████), dated █████████, 2010 (GS0385535 - GS0385537)

Exhibit 869

Letter Regarding Extended Managing Director Agreement Executed by ████████████ (Employee Identification Number █████████), dated ████████ (GS0382403 - GS0382409)

Exhibit 870

Letter Regarding Extended Managing Director Agreement Executed by ██████████████ (Employee Identification Number █████████), dated █████████ (GS0383496 - GS0383505)\

Exhibit 871

Letter Regarding Extended Managing Director Agreement Executed by ████████████ (Employee Identification Number █████████), dated █████████ (GS0382410 - GS0382425)

Exhibit 872

Letter Regarding Extended Managing Director Agreement Executed by █████ ██████ (Employee Identification Number ████████), dated ██████ ██████ (GS0382426 - GS0382434)

Exhibit 873

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0382435 - GS0382443)

Exhibit 874

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ███████), dated ███████, 2003 (GS0385579 - GS0385581)

Exhibit 875

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0382444 - GS0382453)

Exhibit 876

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0382454 - GS0382460)

Exhibit 877

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0382470 - GS0382479)

Exhibit 878

Letter Regarding Partner Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0382496 - GS0382504)

Exhibit 879

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0382487 - GS0382495)

Exhibit 880

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0382505 - GS0382514)

Exhibit 881

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0382533 - GS0382541)

Exhibit 882

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0382542 - GS0382548)

Exhibit 883

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0382559 - GS0382567)

Exhibit 884

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0382568 - GS0382577)

Exhibit 885

Letter Regarding Partner Managing Director Agreement Executed by █████ (Employee Identification Number ████████), dated ████████ (GS0382587 - GS0382595)

Exhibit 886

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ████████), dated ████████ (GS0382578 - GS0382586)

Exhibit 887

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ████████), dated ████████ (GS0382607 - GS0382616)

Exhibit 888

Letter Regarding Extended Managing Director Agreement Executed by █████ (Employee Identification Number ████████), dated ████████ (GS0382393 - GS0382402)

Exhibit 889

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ████████), dated ████████ (GS0382668 - GS0382676)

Exhibit 890

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ████████), dated ████████ (GS0382677 - GS0382685)

Exhibit 891

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ████████), dated ████████ (GS0382695 - GS0382703)

Exhibit 892

Letter Regarding Extended Managing Director Agreement Executed by █████ (Employee Identification Number ████████), dated ████████ (GS0382704 - GS0382724)

Exhibit 893

Letter Regarding Extended Managing Director Agreement Executed by █████ (Employee Identification Number ████████), dated ████████ (GS0382725 - GS0382734)

Exhibit 894

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ████████), dated ████████ (GS0382744 - GS0382752)

Exhibit 895

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████ (Employee Identification Number ████████), dated ████████, 2000 (GS0385677 - GS0385680)

Exhibit 896

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ████████), dated ████████ (GS0382753 - GS0382761)

Exhibit 897

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ████████), dated ████████ (GS0382780 - GS0382789)

Exhibit 898

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ████████), dated ████████ (GS0382800 - GS0382808)

Exhibit 899

Letter Regarding Extended Managing Director Agreement Executed by ████ ████████ (Employee Identification Number ████████), dated ████████ (GS0382809 - GS0382818)

Exhibit 900

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ████████), dated ████████ (GS0382819 - GS0382829)

Exhibit 901

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ████████), dated ████████ (GS0382858 - GS0382867)

Exhibit 902

Letter Regarding Extended Managing Director Agreement Executed by ████ ████ (Employee Identification Number ████████), dated ████████ ████ (GS0382868 - GS0382890)

Exhibit 903

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ████████), dated ████████ (GS0382901 - GS0382910)

Exhibit 904

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████ (Employee Identification Number ████████), dated ████████, 2005 (GS0385788 - GS0385790)

Exhibit 905

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ████████), dated ████████ (GS0382911 - GS0382919)

Exhibit 906

Letter Regarding Partner Managing Director Agreement Executed by Anne ████████ (Employee Identification Number ████████), dated ████████ (GS0382929 - GS0382938)

Exhibit 907

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ████████), dated ████████ (GS0382920 - GS0382928)

Exhibit 908

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ████████), dated ████████ (GS0382939 - GS0382947)

Exhibit 909

Letter Regarding Partner Managing Director Agreement Executed by ███████████████ (Employee Identification Number ████████), dated ████████████ (GS0382958 - GS0382970)

Exhibit 910

Letter Regarding Extended Managing Director Agreement Executed by ███████████████ (Employee Identification Number ████████), dated ████████████ (GS0382948 - GS0382957)

Exhibit 911

Letter Regarding Extended Managing Director Agreement Executed by ███████████████ (Employee Identification Number ████████), dated ████████████ (GS0382971 - GS0382979)

Exhibit 912

Letter Regarding Extended Managing Director Agreement Executed by ███████████████ (Employee Identification Number ████████), dated ████████████ (GS0382980 - GS0382986)

Exhibit 913

Letter Regarding Extended Managing Director Agreement Executed by ███████████████ (Employee Identification Number ████████), dated ████████████ (GS0382996 - GS0383006)

Exhibit 914

Letter Regarding Extended Managing Director Agreement Executed by ███ ███████████████ (Employee Identification Number ████████), dated ████████████ (GS0383007 - GS0383015)

Exhibit 915

Letter Regarding Extended Managing Director Agreement Executed by ███████████████ (Employee Identification Number ████████), dated ████████████ (GS0383025 - GS0383033)

Exhibit 916

Letter Regarding Partner Managing Director Agreement Executed by ███████████████ (Employee Identification Number ████████), dated ████████████ (GS0383043 - GS0383051)

Exhibit 917

Letter Regarding Extended Managing Director Agreement Executed by ███████████████ (Employee Identification Number ████████), dated ████████████ (GS0383034 - GS0383042)

Exhibit 918

Letter Regarding Extended Managing Director Agreement Executed by ███████████████ (Employee Identification Number ████████), dated ████████████ (GS0383052 - GS0383065)

Exhibit 919

Letter Regarding Extended Managing Director Agreement Executed by ███████████████ (Employee Identification Number ████████), dated ████████████ (GS0383066 - GS0383075)

Exhibit 920

Letter Regarding Extended Managing Director Agreement Executed by ███████████████ (Employee Identification Number ████████), dated ████████████ (GS0383076 - GS0383084)

Exhibit 921

Letter Regarding Extended Managing Director Agreement Executed by ███ (Employee Identification Number ███), dated ███ (GS0383094 - GS0383104)　　Exhibit 922

Letter Regarding Extended Managing Director Agreement Executed by ███ (Employee Identification Number ███), dated ███ (GS0383105 - GS0383113)　　Exhibit 923

Letter Regarding Extended Managing Director Agreement Executed by ███ (Employee Identification Number ███), dated ███ (GS0383114 - GS0383122)　　Exhibit 924

Letter Regarding Extended Managing Director Agreement Executed by ███ (Employee Identification Number ███), dated ███ (GS0383133 - GS0383141)　　Exhibit 925

Letter Regarding Extended Managing Director Agreement Executed by ███ (Employee Identification Number ███), dated ███ (GS0383123 - GS0383132)　　Exhibit 926

Letter Regarding Extended Managing Director Agreement Executed by ███ (Employee Identification Number ███), dated ███ (GS0383142 - GS0383151)　　Exhibit 927

Letter Regarding Partner Managing Director Agreement Executed by ███ (Employee Identification Number ███), dated ███ (GS0383168 - GS0383176)　　Exhibit 928

Letter Regarding Extended Managing Director Agreement Executed by ███ (Employee Identification Number ███), dated ███ (GS0383159 - GS0383167)　　Exhibit 929

Letter Regarding Extended Managing Director Agreement Executed by ███ (Employee Identification Number ███), dated ███ (GS0383177 - GS0383187)　　Exhibit 930

Letter Regarding Extended Managing Director Agreement Executed by ███ (Employee Identification Number ███), dated ███ (GS0383207 - GS0383216)　　Exhibit 931

Letter Regarding Extended Managing Director Agreement Executed by ███ (Employee Identification Number ███), dated ███ (GS0382549 - GS0382558)　　Exhibit 932

Letter Regarding Extended Managing Director Agreement Executed by ███ (Employee Identification Number ███), dated ███ (GS0383227 - GS0383236)　　Exhibit 933

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮ ▮▮▮ (GS0383237 - GS0383246)

Exhibit 934

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮ (GS0383247 - GS0383255)

Exhibit 935

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮ (GS0383294 - GS0383303)

Exhibit 936

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮ (GS0385772 - GS0385774)

Exhibit 937

Letter Regarding Partner Managing Director Agreement Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮ (GS0383312 - GS0383320)

Exhibit 938

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮ (GS0383304 - GS0383311)

Exhibit 939

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮ (GS0383331 - GS0383339)

Exhibit 940

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮ (GS0383340 - GS0383349)

Exhibit 941

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮ (GS0383350 - GS0383358)

Exhibit 942

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮ (GS0383359 - GS0383368)

Exhibit 943

Letter Regarding Partner Managing Director Agreement Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮ (GS0383387 - GS0383395)

Exhibit 944

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮ (Employee Identification Number ▮▮▮▮), dated ▮▮▮▮ (GS0383378 - GS0383386)

Exhibit 945

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮), dated ▮▮▮▮▮ (GS0383405 - GS0383412)

Exhibit 946

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮), dated ▮▮▮▮▮ (GS0383413 - GS0383422)

Exhibit 947

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮), dated ▮▮▮▮▮ (GS0383423 - GS0383431)

Exhibit 948

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮), dated ▮▮▮▮▮ (GS0383432 - GS0383441)

Exhibit 949

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮), dated ▮▮▮▮▮ (GS0383442 - GS0383450)

Exhibit 950

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮), dated ▮▮▮▮▮ (GS0383451 - GS0383460)

Exhibit 951

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮), dated ▮▮▮▮▮ (GS0383471 - GS0383485)

Exhibit 952

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮), dated ▮▮▮▮▮ (GS0383486 - GS0383495)

Exhibit 953

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮), dated ▮▮▮▮▮ (GS0383523 - GS0383531)

Exhibit 954

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮), dated ▮▮▮▮▮ (GS0383541 - GS0383550)

Exhibit 955

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮), dated ▮▮▮▮▮ (GS0383551 - GS0383559)

Exhibit 956

Letter Regarding Extended Managing Director Agreement Executed by ▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮), dated ▮▮▮▮▮ (GS0383560 - GS0383570)

Exhibit 957

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ██████), dated ███████ ██ (GS0383571 - GS0383581)                 Exhibit 958

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ██████), dated ███████ (GS0383582 - GS0383590)                 Exhibit 959

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ██████), dated ██████ ██ (GS0383591 - GS0383600)                 Exhibit 960

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ██████), dated ██████ (GS0383601 - GS0383609)                 Exhibit 961

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ██████), dated ████████ (GS0383620 - GS0383628)                 Exhibit 962

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ██████), dated ██████ (GS0383629 - GS0383638)                 Exhibit 963

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ██████), dated ██████ (GS0383639 - GS0383648)                 Exhibit 964

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ██████), dated ██████ (GS0383649 - GS0383657)                 Exhibit 965

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ██████), dated ██████ (GS0383658 - GS0383667)                 Exhibit 966

Letter Regarding Extended Managing Director Agreement Executed by ██ ██████ (Employee Identification Number ██████), dated ██████ ██ (GS0383677 - GS0383685)                 Exhibit 967

Letter Regarding Extended Managing Director Agreement Executed by ██ ██████ (Employee Identification Number ██████), dated ███████ ██ (GS0383686 - GS0383696)                 Exhibit 968

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ██████), dated ██████ (GS0383697 - GS0383706)                 Exhibit 969

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0383739 - GS0383747)

Exhibit 970

Letter Regarding Extended Managing Director Agreement Executed by ███ ███████ (Employee Identification Number ███████), dated ███████ ███ (GS0383748 - GS0383756)

Exhibit 971

Letter Regarding Partner Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0383766 - GS0383775)

Exhibit 972

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0383757 - GS0383765)

Exhibit 973

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0383776 - GS0383786)

Exhibit 974

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0383787 - GS0383797)

Exhibit 975

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0383820 - GS0383828)

Exhibit 976

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0383829 - GS0383837)

Exhibit 977

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0383838 - GS0383844)

Exhibit 978

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0383845 - GS0383854)

Exhibit 979

Letter Regarding Extended Managing Director Agreement Executed by ███ ███████ (Employee Identification Number #00025869), dated ███████ ███ (GS0383875 - GS0383883)

Exhibit 980

Letter Regarding Extended Managing Director Agreement Executed by ███████ (Employee Identification Number ███████), dated ███████ (GS0383884 - GS0383892)

Exhibit 981

Letter Regarding Extended Managing Director Agreement Executed by ███ (Employee Identification Number █████), dated ███████ ███ (GS0383911 - GS0383926)

Exhibit 982

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number █████), dated ████████ (GS0383955 - GS0383964)

Exhibit 983

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████ (Employee Identification Number █████), dated ██████, 1998 (GS0393144 - GS0393146)

Exhibit 984

Letter Regarding Extended Managing Director Agreement Executed by ███ ██████ (Employee Identification Number █████), dated ██████ ███ (GS0383965 - GS0383975)

Exhibit 985

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number █████), dated ████████ (GS0383985 - GS0384013)

Exhibit 986

Letter Regarding Extended Managing Director Agreement Executed by ████ (Employee Identification Number █████), dated ██████ (GS0383976 - GS0383984)

Exhibit 987

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number █████), dated ████████ (GS0384014 - GS0384022)

Exhibit 988

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number █████), dated ████████ (GS0384042 - GS0384052)

Exhibit 989

Letter Regarding Extended Managing Director Agreement Executed by ███ ████ (Employee Identification Number █████), dated ██████ ███ (GS0384053 - GS0384062)

Exhibit 990

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number █████), dated ████████ (GS0384063 - GS0384072)

Exhibit 991

Letter Regarding Partner Managing Director Agreement Executed by ████████ (Employee Identification Number █████), dated ████████ (GS0384103 - GS0384111)

Exhibit 992

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number █████), dated ████████ (GS0384094 - GS0384102)

Exhibit 993

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ██████), dated ██████ (GS0384112 - GS0384123)

Exhibit 994

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ██████), dated ██████ (GS0384124 - GS0384134)

Exhibit 995

Letter Regarding Partner Managing Director Agreement Executed by ██████ (Employee Identification Number ██████), dated ██████ (GS0384144 - GS0384156)

Exhibit 996

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ██████), dated ██████ (GS0384135 - GS0384143)

Exhibit 997

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ██████), dated ██████ (GS0384157 - GS0384166)

Exhibit 998

Letter Regarding Partner Managing Director Agreement Executed by ██████ (Employee Identification Number ██████), dated ██████ (GS0384174 - GS0384182)

Exhibit 999

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ██████), dated ██████ (GS0384167 - GS0384173)

Exhibit 1000

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ██████), dated ██████ (GS0384193 - GS0384202)

Exhibit 1001

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ██████), dated ██████ (GS0384221 - GS0384230)

Exhibit 1002

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ██████), dated ██████ (GS0384231 - GS0384239)

Exhibit 1003

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ██████), dated ██████ (GS0384240 - GS0384255)

Exhibit 1004

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ██████), dated ██████ (GS0384289 - GS0384299)

Exhibit 1005

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384300 - GS0384309)

Exhibit 1006

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384310 - GS0384319)

Exhibit 1007

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384348 - GS0384357)

Exhibit 1008

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384371 - GS0384380)

Exhibit 1009

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384408 - GS0384417)

Exhibit 1010

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384418 - GS0384425)

Exhibit 1011

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384435 - GS0384444)

Exhibit 1012

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384454 - GS0384464)

Exhibit 1013

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384465 - GS0384473)

Exhibit 1014

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384483 - GS0384491)

Exhibit 1015

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384492 - GS0384501)

Exhibit 1016

Letter Regarding Partner Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384511 - GS0384520)

Exhibit 1017

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ████████), dated ██████ (GS0384502 - GS0384510)

Exhibit 1018

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ████████), dated ██████ (GS0384521 - GS0384529)

Exhibit 1019

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ████████), dated ██████ (GS0384539 - GS0384558)

Exhibit 1020

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ████████), dated ██████ (GS0384559 - GS0384568)

Exhibit 1021

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ████████), dated ██████ (GS0384569 - GS0384579)

Exhibit 1022

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ████████), dated ██████ (GS0384589 - GS0384604)

Exhibit 1023

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ████████), dated ██████ (GS0384622 - GS0384630)

Exhibit 1024

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ████████), dated ██████ (GS0384631 - GS0384639)

Exhibit 1025

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ████████), dated ██████ (GS0390782 - GS0390794)

Exhibit 1026

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ████████), dated ██████ (GS0384640 - GS0384649)

Exhibit 1027

Letter Regarding Extended Managing Director Agreement Executed by ██████ (Employee Identification Number ████████), dated ██████ (GS0384650 - GS0384660)

Exhibit 1028

Letter Regarding Partner Managing Director Agreement Executed by ██████ Employee Identification Number ████████), dated ██████ (GS0384683 - GS0384695)

Exhibit 1029

| | |
|---|---|
| Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384673 - GS0384682) | Exhibit 1030 |
| Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384706 - GS0384715) | Exhibit 1031 |
| Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████ ████ (GS0384358 - GS0384370) | Exhibit 1032 |
| Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384716 - GS0384725) | Exhibit 1033 |
| Letter Regarding Extended Managing Director Agreement Executed by ███ ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384726 - GS0384734) | Exhibit 1034 |
| Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384735 - GS0384744) | Exhibit 1035 |
| Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384696 - GS0384705) | Exhibit 1036 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2003 (GS0386373 - GS0386375) | Exhibit 1037 |
| Letter Regarding Extended Managing Director Agreement Executed by ███ ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384745 - GS0384752) | Exhibit 1038 |
| Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384753 - GS0384762) | Exhibit 1039 |
| Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384763 - GS0384774) | Exhibit 1040 |
| Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384775 - GS0384784) | Exhibit 1041 |

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ██████), dated ████████ (GS0384785 - GS0384794)

Exhibit 1042

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ██████), dated ████████ (GS0384795 - GS0384802)

Exhibit 1043

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████), dated ██████, 1999 (GS0386405 - GS0386407)

Exhibit 1044

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ██████), dated ████████ (GS0384803 - GS0384812)

Exhibit 1045

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ██████), dated ████████ (GS0384813 - GS0384821)

Exhibit 1046

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ██████), dated ████ (GS0384822 - GS0384831)

Exhibit 1047

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ██████), dated ████████ (GS0384832 - GS0384840)

Exhibit 1048

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████), dated ██████, 2000 (GS0386419 - GS0386421)

Exhibit 1049

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ██████), dated ████████ (GS0383610 - GS0383619)

Exhibit 1050

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ██████), dated ████████ (GS0384841 - GS0384849)

Exhibit 1051

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ██████), dated ████████ (GS0384867 - GS0384876)

Exhibit 1052

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ██████), dated ████████ (GS0384888 - GS0384897)

Exhibit 1053

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0385193 - GS0385202)

Exhibit 1054

Letter Regarding Partner Managing Director Agreement Executed by ███ ███████ (Employee Identification Number ███████), dated ██████ ███ (GS0384907 - GS0384919)

Exhibit 1055

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384898 - GS0384906)

Exhibit 1056

Letter Regarding Partner Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384946 - GS0384954)

Exhibit 1057

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384938 - GS0384945)

Exhibit 1058

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384955 - GS0384964)

Exhibit 1059

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384965 - GS0384975)

Exhibit 1060

Letter Regarding Extended Managing Director Agreement Executed by ███████ ███████████ (Employee Identification Number ███████), dated November 29, 2017 (GS0384976 - GS0384986)

Exhibit 1061

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0384997 - GS0385007)

Exhibit 1062

Letter Regarding Partner Managing Director Agreement Executed by ███ ███████████ (Employee Identification Number ███████), dated ███████████ (GS0385017 - GS0385026)

Exhibit 1063

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0390805 - GS0390813)

Exhibit 1064

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0385027 - GS0385035)

Exhibit 1065

| | |
|---|---|
| Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0385047 - GS0385056) | Exhibit 1066 |
| Letter Regarding Partner Managing Director Agreement Executed by ███ ███████████ (Employee Identification Number ███████), dated ███████████ (GS0385064 - GS0385072) | Exhibit 1067 |
| Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0385057 - GS0385063) | Exhibit 1068 |
| Letter Regarding Extended Managing Director Agreement Executed by ███████████████ (Employee Identification Number ███████), dated ███████████ (GS0385073 - GS0385085) | Exhibit 1069 |
| Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0385086 - GS0385094) | Exhibit 1070 |
| Letter Regarding Extended Managing Director Agreement Executed by ███████████████ (Employee Identification Number ███████), dated ███████████ (GS0385095 - GS0385103) | Exhibit 1071 |
| Letter Regarding Partner Managing Director Agreement Executed by ███ ███████████ (Employee Identification Number ███████), dated ███████████ (GS0385113 - GS0385125) | Exhibit 1072 |
| Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0385104 - GS0385112) | Exhibit 1073 |
| Letter Regarding Partner Managing Director Agreement Executed by ███ ███████████ (Employee Identification Number ███████), dated ███████ ███ (GS0385162 - GS0385173) | Exhibit 1074 |
| Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0385153 - GS0385161) | Exhibit 1075 |
| Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0385174 - GS0385182) | Exhibit 1076 |
| Letter Regarding Extended Managing Director Agreement Executed by ███████████████ (Employee Identification Number ███████), dated ███████████ (GS0385183 - GS0385192) | Exhibit 1077 |

Letter Regarding Extended Managing Director Agreement Executed by ███ ██████ (Employee Identification Number █████████), dated ████████ (GS0385224 - GS0385232)

Exhibit 1078

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ██████████), dated ██████████ (GS0385242 - GS0385250)

Exhibit 1079

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number █████████), dated ██████████ (GS0385251 - GS0385265)

Exhibit 1080

Letter Regarding Extended Managing Director Agreement Executed by ████████████████ (Employee Identification Number █████), dated ██████████ (GS0385275 - GS0385285)

Exhibit 1081

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number █████████), dated ██████████ (GS0385308 - GS0385317)

Exhibit 1082

Letter Regarding Extended Managing Director Agreement Executed by █████████ (Employee Identification Number ████████), dated ██████████ (GS0385318 - GS0385327)

Exhibit 1083

Letter Regarding Extended Managing Director Agreement Executed by ███ ████ (Employee Identification Number ████████), dated ██████ ███ (GS0385328 - GS0385338)

Exhibit 1084

Letter Regarding Extended Managing Director Agreement Executed by ████████████ (Employee Identification Number ████████), dated ██████████ (GS0385339 - GS0385346)

Exhibit 1085

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ████████), dated ██████████ (GS0385347 - GS0385355)

Exhibit 1086

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ████████), dated ██████████ (GS0385356 - GS0385364)

Exhibit 1087

Letter Regarding Extended Managing Director Agreement Executed by ██████████ (Employee Identification Number ████████), dated December ██████ (GS0385365 - GS0385373)

Exhibit 1088

Letter Regarding Extended Managing Director Agreement Executed by ████████████ (Employee Identification Number ████████), dated ████████ (GS0385374 - GS0385384)

Exhibit 1089

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ███████), dated ███████████ (GS0385385 - GS0385394)

Exhibit 1090

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ██████████), dated ███████████ (GS0385395 - GS0385405)

Exhibit 1091

Letter Regarding Extended Managing Director Agreement Executed by █████████████ (Employee Identification Number ██████████), dated ███████████ (GS0385425 - GS0385434)

Exhibit 1092

Letter Regarding Extended Managing Director Agreement Executed by ███████████ (Employee Identification Number ██████████), dated ███████████ (GS0385444 - GS0385453)

Exhibit 1093

Letter Regarding Extended Managing Director Agreement Executed by ███ ███ (Employee Identification Number ██████████), dated ███████████ ███ (GS0385465 - GS0385473)

Exhibit 1094

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number █████████), dated ████████ ████ (GS0385474 - GS0385483)

Exhibit 1095

Letter Regarding Extended Managing Director Agreement Executed by ████████ (Employee Identification Number ██████████), dated ████████ (GS0385495 - GS0385504)

Exhibit 1096

Letter Regarding Extended Managing Director Agreement Executed by ██████████████ (Employee Identification Number █████████), dated ███████████ (GS0385505 - GS0385514)

Exhibit 1097

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████████ (Employee Identification Number █████████), dated ██████████, 2002 (GS0385518 - GS0385520)

Exhibit 1098

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number █████████), dated ████████, 2017 (GS0385521 - GS0385525)

Exhibit 1099

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████████ (Employee Identification Number █████████), dated █████████, 2002 (GS0385529 - GS0385531)

Exhibit 1100

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ██████████ ), dated ██████████ , 2005 (GS0385532 - GS0385534)

Exhibit 1101

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████████ (Employee Identification Number ██████████ ), dated ██████████ , 2016 (GS0385548 - GS0385552)

Exhibit 1102

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████████ (Employee Identification Number ██████████ ), dated ██████████ , 2011 (GS0385553 - GS0385557)

Exhibit 1103

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ██████████ ), dated ██████████ , 2005 (GS0393121 - GS0393123)

Exhibit 1104

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ██████████ ), dated ██████████ , 2017 (GS0385561 - GS0385565)

Exhibit 1105

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ██████████ ), dated ██████████ , 2005 (GS0385566 - GS0385568)

Exhibit 1106

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ██████████ ), dated ██████████ , 1998 (GS0390833 - GS0390835)

Exhibit 1107

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ██████████ ), dated ██████████ , 2011 (GS0385569 - GS0385573)

Exhibit 1108

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ██████████ ), dated ██████████ , 2014 (GS0386193 - GS0386198)

Exhibit 1109

Employee Agreement Regarding Confidential and Proprietary Information
and Materials and Non-Solicitation Executed by ██████████
(Employee Identification Number ██████), dated ██████, 2007
(GS0385588 - GS0385590)

Exhibit 1110

Employee Agreement Regarding Confidential and Proprietary Information
and Materials and Non-Solicitation Executed by ████████████████
Tietz (Employee Identification Number ████████), dated ██████████, 2011
(GS0385602 - GS0385606)

Exhibit 1111

Employee Agreement Regarding Confidential and Proprietary Information
and Materials and Non-Solicitation Executed by ███████████
(Employee Identification Number ████████), dated ████████, 1999
(GS0385622 - GS0385624)

Exhibit 1112

Employee Agreement Regarding Confidential and Proprietary Information
and Materials and Non-Solicitation Executed by ████████████
(Employee Identification Number ████████), dated ████████, 2017
(GS0385625 - GS0385629)

Exhibit 1113

Employee Agreement Regarding Confidential and Proprietary Information
and Materials and Non-Solicitation Executed by ████████████████
(Employee Identification Number ████████), dated ████████, 2011
(GS0385636 - GS0385640)

Exhibit 1114

Employee Agreement Regarding Confidential and Proprietary Information
and Materials and Non-Solicitation Executed by ██████████ (Employee
Identification Number ████████), dated ██████████, 1999 (GS0385644 -
GS0385645)

Exhibit 1115

Employee Agreement Regarding Confidential and Proprietary Information
and Materials and Non-Solicitation Executed by ████████████ (Employee
Identification Number ████████), dated ██████████, 2001 (GS0385646 -
GS0385648)

Exhibit 1116

Employee Agreement Regarding Confidential and Proprietary Information
and Materials and Non-Solicitation Executed by █████████████
(Employee Identification Number ████████), dated ████████████, 2003
(GS0385661 - GS0385663)

Exhibit 1117

Employee Agreement Regarding Confidential and Proprietary Information
and Materials and Non-Solicitation Executed by ████████████ (Employee
Identification Number ████████), dated ██████████, 2014 (GS0385664 -
GS0385668)

Exhibit 1118

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ██████ ), dated ███████ , 2006 (GS0385669 - GS0385671)

Exhibit 1119

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ██████ ), dated ███████ , 2016 (GS0385681 - GS0385686)

Exhibit 1120

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ██████ ), dated ██████ , 2014 (GS0385687 - GS0385691)

Exhibit 1121

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████ ), dated ███████ , 2015 (GS0385692 - GS0385696)

Exhibit 1122

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████████ (Employee Identification Number ███████ ), dated ██████ , 2014 (GS0385610 - GS0385614)

Exhibit 1123

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ██████ ), dated ███████ , 2011 (GS0385697 - GS0385701)

Exhibit 1124

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ██████ ), dated ███████ , 2011 (GS0385705 - GS0385709)

Exhibit 1125

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████████ (Employee Identification Number ███████ ), dated ██████ , 2001 (GS0385716 - GS0385718)

Exhibit 1126

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████ ), dated ███████ , 2002 (GS0385719 - GS0385721)

Exhibit 1127

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ▮▮▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮▮ ), dated ▮▮▮▮▮▮ , 2009 (GS0385732 - GS0385734)

Exhibit 1128

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ▮▮▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮▮ ), dated ▮▮▮▮▮▮ , 2014 (GS0385735 - GS0385739)

Exhibit 1129

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ▮▮▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮▮ ), dated ▮▮▮▮▮▮ , 2013 (GS0385743 - GS0385748)

Exhibit 1130

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ▮▮▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮▮ ), dated ▮▮▮▮▮▮ , 2002 (GS0385752 - GS0385754)

Exhibit 1131

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ▮▮▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮▮ ), dated ▮▮▮▮▮▮ , 2005 (GS0385763 - GS0385765)

Exhibit 1132

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ▮▮▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮▮ ), dated ▮▮▮▮▮▮ , 2013 (GS0385766 - GS0385771)

Exhibit 1133

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ▮▮▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮▮ ), dated ▮▮▮▮▮▮ , 2006 (GS0386376 - GS0386378)

Exhibit 1134

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ▮▮▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮▮ ), dated ▮▮▮▮▮▮ , 2009 (GS0385775 - GS0385777)

Exhibit 1135

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ▮▮▮▮▮▮▮ (Employee Identification Number ▮▮▮▮▮▮ ), dated ▮▮▮▮▮▮ , 2014 (GS0385782 - GS0385784)

Exhibit 1136

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2007 (GS0385791 - GS0385793)

Exhibit 1137

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2012 (GS0385794 - GS0385799)

Exhibit 1138

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2011 (GS0385806 - GS0385810)

Exhibit 1139

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2000 (GS0385811 - GS0385813)

Exhibit 1140

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2007 (GS0385814 - GS0385816)

Exhibit 1141

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2016 (GS0385817 - GS0385821)

Exhibit 1142

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2017 (GS0385832 - GS0385836)

Exhibit 1143

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2015 (GS0385840 - GS0385844)

Exhibit 1144

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ██████, 2016 (GS0385848 - GS0385852)

Exhibit 1145

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ████████ ), dated ████████ , 2016 (GS0385853 - GS0385858)

Exhibit 1146

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████████ (Employee Identification Number ████████ ), dated ██████ , 2012 (GS0385859 - GS0385864)

Exhibit 1147

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ████████ ), dated ██████ , 2016 (GS0385870 - GS0385874)

Exhibit 1148

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ████████ ), dated ████████ , 1999 (GS0385875 - GS0385878)

Exhibit 1149

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████████ ████ (Employee Identification Number ████████ ), dated ██████ , 2010 (GS0385879 - GS0385882)

Exhibit 1150

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████ (Employee Identification Number ████████ ), dated ██████ , 2018 (GS0393124 - GS0393128)

Exhibit 1151

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ████████ ), dated ████████ , 2015 (GS0385892 - GS0385896)

Exhibit 1152

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ████████ ), dated ████████ , 2015 (GS0385900 - GS0385904)

Exhibit 1153

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████████ (Employee Identification Number ████████ ), dated ████████ , 2010 (GS0385905 - GS0385906)

Exhibit 1154

| | |
|---|---|
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ██████ ), dated █████ , 2003 (GS0386460 - GS0386462) | Exhibit 1155 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ██████ ), dated █████ , 1998 (GS0385907 - GS0385909) | Exhibit 1156 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ██████ ), dated █████ , 2016 (GS0385910 - GS0385914) | Exhibit 1157 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████ (Employee Identification Number ██████ ), dated █████ , 2016 (GS0385915 - GS0385919) | Exhibit 1158 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ██████ ), dated █████ , 2009 (GS0385925 - GS0385927) | Exhibit 1159 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ██████ ), dated █████ , 2001 (GS0385931 - GS0385933) | Exhibit 1160 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ██████ ), dated █████ , 2000 (GS0385934 - GS0385936) | Exhibit 1161 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████ (Employee Identification Number ██████ ), dated █████ , 2018 (GS0393129 - GS0393133) | Exhibit 1162 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ██████ ), dated █████ , 2009 (GS0385937 - GS0385939) | Exhibit 1163 |

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████ ), dated ███████ , 2014 (GS0385940 - GS0385945)

Exhibit 1164

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████████ (Employee Identification Number ███████ ), dated ███████ , 2013 (GS0385946 - GS0385951)

Exhibit 1165

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████████ (Employee Identification Number ███████ ), dated ███████ , 2000 (GS0385952 - GS0385954)

Exhibit 1166

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████████ (Employee Identification Number ████████ ), dated ██████ , 2007 (GS0385955 - GS0385957)

Exhibit 1167

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████████ (Employee Identification Number ████████ ), dated ████████ , 2016 (GS0385958 - GS0385962)

Exhibit 1168

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████ ), dated ████████ , 2013 (GS0386427 - GS0386427)

Exhibit 1169

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ████████ ), dated ████████ , 2008 (GS0385966 - GS0385968)

Exhibit 1170

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ████████ ), dated ████████ , 2018 (GS0393134 - GS0393138)

Exhibit 1171

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████████ (Employee Identification Number ███████ ), dated ███████ , 2016 (GS0385969 - GS0385973)

Exhibit 1172

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2014 (GS0386289 - GS0386292)

Exhibit 1173

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2001 (GS0385990 - GS0385993)

Exhibit 1174

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2014 (GS0385994 - GS0385998)

Exhibit 1175

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2017 (GS0386005 - GS0386009)

Exhibit 1176

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2014 (GS0386010 - GS0386014)

Exhibit 1177

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2007 (GS0386015 - GS0386017)

Exhibit 1178

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████, 1999 (GS0386043 - GS0386044)

Exhibit 1179

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2010 (GS0386045 - GS0386047)

Exhibit 1180

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2016 (GS0386048 - GS0386052)

Exhibit 1181

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████), dated ██████, 2013 (GS0386058 - GS0386062)

Exhibit 1182

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ ██████ (Employee Identification Number ██████), dated ██████, 2007 (GS0386076 - GS0386078)

Exhibit 1183

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████), dated ██████, 1999 (GS0386084 - GS0386084)

Exhibit 1184

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████), dated ██████, 2014 (GS0386086 - GS0386090)

Exhibit 1185

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████), dated ██████, 2000 (GS0386099 - GS0386101)

Exhibit 1186

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████), dated ██████, 2013 (GS0386110 - GS0386115)

Exhibit 1187

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████), dated ██████, 2005 (GS0385596 - GS0385598)

Exhibit 1188

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████), dated ██████, 2017 (GS0386144 - GS0386148)

Exhibit 1189

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████), dated ██████, 2018 (GS0393147 - GS0393151)

Exhibit 1190

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████████ (Employee Identification Number █████████), dated ███████████, 2011 (GS0386149 - GS0386153)

Exhibit 1191

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████████ (Employee Identification Number ████████), dated █████████, 2014 (GS0386154 - GS0386158)

Exhibit 1192

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ████████), dated ████████████, 1999 (GS0386159 - GS0386162)

Exhibit 1193

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████████ (Employee Identification Number ████████), dated █████████, 2015 (GS0386171 - GS0386175)

Exhibit 1194

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ████████), dated █████████, 2015 (GS0386176 - GS0386180)

Exhibit 1195

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████████ (Employee Identification Number █████████), dated █████████, 2010 (GS0386181 - GS0386183)

Exhibit 1196

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ████████), dated ███████, 1999 (GS0386184 - GS0386184)

Exhibit 1197

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ████████), dated █████████, 2000 (GS0386190 - GS0386192)

Exhibit 1198

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████████ (Employee Identification Number ████████), dated ██████████, 2013 (GS0386202 - GS0386207)

Exhibit 1199

| | |
|---|---|
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ███████), dated ██████, 2010 (GS0385883 - GS0385888) | Exhibit 1200 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2010 (GS0386208 - GS0386210) | Exhibit 1201 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ███████), dated ██████, 2001 (GS0386219 - GS0386224) | Exhibit 1202 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2008 (GS0385785 - GS0385787) | Exhibit 1203 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████ (Employee Identification Number ███████), dated ██████, 2004 (GS0386233 - GS0386235) | Exhibit 1204 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ███████), dated █████████, 2016 (GS0386241 - GS0386244) | Exhibit 1205 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ███████, 2014 (GS0386245 - GS0386249) | Exhibit 1206 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████ (Employee Identification Number ███████), dated ████████, 2014 (GS0386250 - GS0386254) | Exhibit 1207 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████ (Employee Identification Number ███████), dated ████████, 2017 (GS0396140 - GS0396144) | Exhibit 1208 |

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ████████, 2005 (GS0386091 - GS0386093)

Exhibit 1209

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ███████), dated ████████, 2009 (GS0386255 - GS0386257)

Exhibit 1210

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████), dated ████████, 2007 (GS0386264 - GS0386266)

Exhibit 1211

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ███████), dated ████████, 2006 (GS0385897 - GS0385899)

Exhibit 1212

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ███████), dated █████, 2003 (GS0385928 - GS0385930)

Exhibit 1213

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████ (Employee Identification Number ███████), dated ████████, 2015 (GS0386270 - GS0386274)

Exhibit 1214

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ███████), dated ████████, 2010 (GS0386275 - GS0386277)

Exhibit 1215

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ███████), dated █████, 2007 (GS0386281 - GS0386283)

Exhibit 1216

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████ (Employee Identification Number ███████), dated ████████, 2014 (GS0386284 - GS0386288)

Exhibit 1217

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ████████), dated ██████, 2006 (GS0386296 - GS0386299)

Exhibit 1218

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ████████), dated ██████, 2015 (GS0386300 - GS0386304)

Exhibit 1219

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ████████), dated ██████, 2006 (GS0386316 - GS0386325)

Exhibit 1220

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ████████), dated ██████, 2001 (GS0386329 - GS0386331)

Exhibit 1221

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ████████), dated ██████, 2015 (GS0386332 - GS0386336)

Exhibit 1222

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ████████), dated ██████, 2015 (GS0386337 - GS0386341)

Exhibit 1223

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ████████), dated ██████, 1999 (GS0386342 - GS0386344)

Exhibit 1224

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ████████), dated ████, 2015 (GS0386345 - GS0386349)

Exhibit 1225

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ████████), dated ████, 2012 (GS0386355 - GS0386360)

Exhibit 1226

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ██████████, 2003 (GS0386361 - GS0386363)

Exhibit 1227

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ██████████, 2000 (GS0385633 - GS0385635)

Exhibit 1228

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ██████████, 2010 (GS0386379 - GS0386381)

Exhibit 1229

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ██████████, 1999 (GS0386382 - GS0386384)

Exhibit 1230

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ██████████, 2010 (GS0385827 - GS0385831)

Exhibit 1231

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ██████████, 2007 (GS0386385 - GS0386387)

Exhibit 1232

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ██████, 2007 (GS0386391 - GS0386393)

Exhibit 1233

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ██████████, 2016 (GS0386394 - GS0386399)

Exhibit 1234

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ██████████, 1999 (GS0386400 - GS0386402)

Exhibit 1235

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████ (Employee Identification Number ████████), dated ████████, 2009 (GS0386413 - GS0386415)

Exhibit 1236

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ████████, 2000 (GS0386416 - GS0386418)

Exhibit 1237

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ████████), dated ████████, 2015 (GS0386422 - GS0386426)

Exhibit 1238

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ████████), dated ████████, 2015 (GS0386428 - GS0386433)

Exhibit 1239

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ████████), dated ████████, 2000 (GS0386434 - GS0386436)

Exhibit 1240

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ████████), dated ████████, 2009 (GS0386437 - GS0386439)

Exhibit 1241

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████████ (Employee Identification Number ████████), dated ████████, 1999 (GS0386440 - GS0386441)

Exhibit 1242

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ████████, 2003 (GS0386457 - GS0386459)

Exhibit 1243

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ████████), dated ████████, 2016 (GS0386463 - GS0386467)

Exhibit 1244

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████ ), dated ██████ , 2002 (GS0386468 - GS0386473)

Exhibit 1245

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ████████ ), dated █████ , 2014 (GS0386474 - GS0386476)

Exhibit 1246

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████ (Employee Identification Number ████████ ), dated ████████ , 2015 (GS0386477 - GS0386481)

Exhibit 1247

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ██████████ ), dated ███████ , 2006 (GS0386482 - GS0386484)

Exhibit 1248

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████████ ), dated ███████████ , 2016 (GS0386485 - GS0386490)

Exhibit 1249

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ███████ ), dated ████████ , 2001 (GS0386491 - GS0386493)

Exhibit 1250

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████████ ), dated ████████ , 2016 (GS0386497 - GS0386501)

Exhibit 1251

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ███████████ ), dated █████████ , 2011 (GS0385727 - GS0385731)

Exhibit 1252

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████████ ), dated ████████████ , 2001 (GS0386502 - GS0386507)

Exhibit 1253

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████ ), dated █████ , 2018 (GS0393152 - GS0393156)

Exhibit 1254

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████ ), dated █████ , 2006 (GS0386513 - GS0386515)

Exhibit 1255

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████ ), dated █████ , 2007 (GS0386516 - GS0386518)

Exhibit 1256

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████ ), dated █████ , 2000 (GS0386519 - GS0386521)

Exhibit 1257

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████ ), dated █████ , 2011 (GS0386647 - GS0386651)

Exhibit 1258

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████ ), dated █████ , 2017 (GS0386525 - GS0386529)

Exhibit 1259

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████ ), dated █████ , 2010 (GS0386530 - GS0386534)

Exhibit 1260

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████ ), dated █████ , 2015 (GS0386535 - GS0386539)

Exhibit 1261

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ███████ ), dated █████ , 2016 (GS0386543 - GS0386547)

Exhibit 1262

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ██████████, 2014 (GS0386548 - GS0386552)

Exhibit 1263

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ████████, 2010 (GS0386556 - GS0386560)

Exhibit 1264

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0386002 - GS0386004)

Exhibit 1265

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ██████, 2018 (GS0393157 - GS0393161)

Exhibit 1266

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████ (Employee Identification Number ████████), dated ██████, 2014 (GS0385591 - GS0385595)

Exhibit 1267

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ████████), dated ████████, 2016 (GS0386569 - GS0386573)

Exhibit 1268

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████████ (Employee Identification Number ████████), dated ████████, 2005 (GS0386590 - GS0386592)

Exhibit 1269

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by █████████████ (Employee Identification Number ████████), dated ██████████, 2003 (GS0385558 - GS0385560)

Exhibit 1270

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████████ (Employee Identification Number ████████), dated ██████████, 1998 (GS0386593 - GS0386593)

Exhibit 1271

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ████████, 2015 (GS0386594 - GS0386598)

Exhibit 1272

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████████ (Employee Identification Number ████████), dated ████████, 2016 (GS0386600 - GS0386604)

Exhibit 1273

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████████ (Employee Identification Number ████████), dated ████████, 2006 (GS0386605 - GS0386609)

Exhibit 1274

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████████ (Employee Identification Number ████████), dated ████████, 1998 (GS0386599 - GS0386599)

Exhibit 1275

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ████████, 2011 (GS0386610 - GS0386614)

Exhibit 1276

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ████████, 2008 (GS0386615 - GS0386617)

Exhibit 1277

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ████████, 2011 (GS0386618 - GS0386627)

Exhibit 1278

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ███████████ (Employee Identification Number ████████), dated ████████, 1999 (GS0386628 - GS0386630)

Exhibit 1279

Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ████████████████ (Employee Identification Number ████████), dated ████████, 1999 (GS0386634 - GS0386636)

Exhibit 1280

| | |
|---|---|
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████), dated ██████████, 2014 (GS0386637 - GS0386641) | Exhibit 1281 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████), dated ██████, 2015 (GS0386642 - GS0386646) | Exhibit 1282 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████), dated ██████, 2018 (GS0393162 - GS0393166) | Exhibit 1283 |
| Employee Agreement Regarding Confidential and Proprietary Information and Materials and Non-Solicitation Executed by ██████████ (Employee Identification Number ██████), dated ██████, 2009 (GS0386655 - GS0386657) | Exhibit 1284 |
| Signature Card for 2017 Broad-Based Awards and Consent to Receive Electronic Delivery Executed by ██████████ (Employee Identification Number ██████), dated ██████, 2017 | Exhibit 1285 |
| Signature Card for 2016 Year-End Awards and Consent to Receive Electronic Delivery Executed by ██████████ (Employee Identification Number ██████), dated ██████, 2017 | Exhibit 1286 |
| Signature Card for 2017 Year-End Awards and Consent to Receive Electronic Delivery Executed by ██████████ (Employee Identification Number ██████), dated ██████, 2018 | Exhibit 1287 |
| Signature Card for 2016 Mid-Year Awards and Consent to Receive Electronic Delivery Executed by ██████████ (Employee Identification Number ██████), dated ██████, 2017 | Exhibit 1288 |
| Signature Card for 2015 Year-End Awards and Consent to Receive Electronic Delivery Executed by ██████████ (Employee Identification Number ██████), dated ██████, 2016 | Exhibit 1289 |
| February 5, 2019 Letter from Robert J. Giuffra, Jr. to to Kelly M. Dermody and Adam T. Klein regarding ██████████ | Exhibit 1290 |
| February 5, 2019 Letter from Robert J. Giuffra, Jr. to to Kelly M. Dermody and Adam T. Klein regarding ██████ | Exhibit 1291 |
| February 5, 2019 Letter from Robert J. Giuffra, Jr. to to Kelly M. Dermody and Adam T. Klein regarding ██████████ | Exhibit 1292 |

| | |
|---|---|
| February 5, 2019 Letter from Robert J. Giuffra, Jr. to to Kelly M. Dermody and Adam T. Klein regarding ███████████ | Exhibit 1293 |
| February 5, 2019 Letter from Robert J. Giuffra, Jr. to Kelly M. Dermody and Adam T. Klein regarding Correspondence With Individual Counsel | Exhibit 1294 |
| February 19, 2019 Letter from Robert J. Giuffra, Jr. to Kelly M. Dermody and Adam T. Klein regarding Correspondence With Individual Counsel | Exhibit 1295 |
| March 14, 2019 Letter from Robert J. Giuffra, Jr. to Kelly M. Dermody and Adam T. Klein | Exhibit 1296 |
| March 29, 2019 Letter from Robert J. Giuffra, Jr. to Kelly M. Dermody and Adam T. Klein | Exhibit 1297 |
| April 2, 2019 Letter from Valerie D. Comenencia Ortiz to Barbara B. Brown, et al. | Exhibit 1298 |
| April 10, 2019 Letter letter from Robert J. Giuffra, Jr. to Valerie D. Comenencia Ortiz | Exhibit 1299 |
| Notice Distributed to Class Members on November 30, 2018 | Exhibit 1300 |
| Excerpts from document GS0099133, produced in discovery in this action | Exhibit 1301 |
| Excerpts from document GS0001061, produced in discovery in this action | Exhibit 1302 |
| Excerpts from document GS0396450, produced in discovery in this action | Exhibit 1303 |
| David Lat, *Goldman Sachs Accused of Sex Discrimination*, Above the Law (Sept. 15, 2010) | Exhibit 1304 |
| Bob Van Voris, Christine Harper, *Goldman Sachs Sued Over Alleged Gender Discrimination*, Bloomberg (Sept. 15, 2010) | Exhibit 1305 |
| Courtney Comstock, *Meet The Woman Suing Goldman Sachs for Sexual Discrimination,* Business Insider (Sept. 15, 2010) | Exhibit 1306 |
| Courtney Comstock, *Shanna Orlich, The Other Woman Suing Goldman Sachs For Gender Discrimination*, Business Insider (Sept. 15, 2010) | Exhibit 1307 |
| Courtney Comstock, *The Craziest 15 Ways Women Say They Were Harassed at Goldman Sachs,* Business Insider (Sept. 15, 2010) | Exhibit 1308 |
| David Benoit, *Goldman Sachs Sued for Discrimination Against Women*, Dow Jones News Service (Sept. 15, 2010) | Exhibit 1309 |
| Ben Yakas, *Women Sue Goldman Sachs for Male "Corporate Culture"*, Gothamist (Sept. 15, 2010) | Exhibit 1310 |

| | |
|---|---|
| *Goldman Sachs Faces Accusations of Sexism from Female Employees*, NBC New York (Sept. 15, 2010) | Exhibit 1311 |
| *Suit filed: NYC Investment Firm Goldman Sachs hit with discrimination lawsuit*, New York Daily News (Sept. 10, 2015) | Exhibit 1312 |
| *Plaintiffs' Counsel Announces Female Employees Sue Goldman Sachs for Sex Discrimination*, N.Y. Business Wire (Sept. 15, 2010) | Exhibit 1313 |
| Chris Rovzar, *Goldman on Sexual-Harrassment Suit: People Are Critical to Our Business*, N.Y. Magazine (Sept. 15, 2010) | Exhibit 1314 |
| Dan Mangan, *Boys Club Bashed*, N.Y. Post (Sept. 15, 2010) | Exhibit 1315 |
| Peter Lattman, *Women Sue Goldman, Claiming Pay and Jobs Bias*, N.Y. Times (Sept. 15, 2010) | Exhibit 1316 |
| *Goldman Sachs Sued for Alleged Gender Discrimination: Reports,* RTT News (Sept. 15, 2010) | Exhibit 1317 |
| Andrew Clark, *Goldman Sachs hit by lurid allegations of sex discrimination*, The Guardian (Sept. 15, 2010) | Exhibit 1318 |
| Marcy Gordon, *3 female ex-employees allege bias at Goldman Sachs*, The Seattle Press (Sept. 15, 2010) | Exhibit 1319 |
| Dan Freed, *Goldman Hit by Discrimination Suit*, The Street (Sept. 15, 2010) | Exhibit 1320 |
| Heather Horn, *Three Women Sue Goldman Sachs for Gender Discrimination*, The Wire (Sept. 15, 2010) | Exhibit 1321 |
| Elizabeth Amon, *Goldman Sachs, Lehman, CBIC, Toyota in Court News (Update 1)*, Bloomberg Law (Sept. 16, 2010) | Exhibit 1322 |
| Richard Blackden, *Goldman faces 'press-ups on the trading floor' sex discrimination lawsuit*, Daily Telegraph (Sept. 16, 2010) | Exhibit 1323 |
| Mark Blunden, *Women accuse bank giant Goldman Sachs of 'golf and escorts culture'*, Evening Standard (Sept. 16, 2010) | Exhibit 1324 |
| Hamilton Nolan, *Goldman Sachs Lawsuit: Stripper Parties, Racist Emails, and More!*, Gawker (Sept. 16, 2010) | Exhibit 1325 |
| Dan Mangan, *Boys Club Bashed*, The N.Y. Post (Sept. 16, 2010) | Exhibit 1326 |
| Peter Lattman, *3 Women Claim Bias at Goldman*, N.Y. Times (Sept. 16, 2010) | Exhibit 1327 |
| Stephen Foley, *Lawsuit challenges sexism at Goldman*, N.Z. Herald (Sept. 16, 2010) | Exhibit 1328 |

| | |
|---|---|
| *Goldman Sachs Faces Gender Bias Lawsuit*, Star Ledger (Sept. 16, 2010) | Exhibit 1329 |
| David Benoit, *Three Women Sue Goldman, Alleging Bias*, Wall Street Journal (Sept. 16, 2010) | Exhibit 1330 |
| Daniel Bates, *Women employees at 'boys club Goldman Sachs were taken to strip clubs and banned from golf trips'*, Daily Mail (Sept. 17, 2010) | Exhibit 1331 |
| Ban Yakas, *Goldman Sachs Gives Massive Donation as Lawsuit Looms*, Gothamist (Sept. 17, 2010) | Exhibit 1332 |
| *Female workers sue banking firm Goldman Sachs over sex discrimination*, Sify News (Sept. 18, 2010) | Exhibit 1333 |
| Phillip Sherwell, *Goldman Sachs sex discrimination case: court papers reveal inside story*, The Sunday Telegraph (Sept. 19, 2010) | Exhibit 1334 |
| Courtney Comstock, *The Craziest 15 Ways Women Say They Were Harassed at Goldman Sachs,* Business Insider (Mar. 29, 2011) | Exhibit 1335 |
| Moira Herbst, *Goldman Sachs fights bias lawsuit, cites Wal-Mart*, Thompson Reuters (July 22, 2011) | Exhibit 1336 |
| Louis M. Solomon, *Court Adheres to Earlier Ruling That Arbitration Clause is Unenforceable Because It Interefered With Federal Right, Despite Supreme Court Ruling In Conception*, Mondaq (Aug. 31, 2011) | Exhibit 1337 |
| W. Lawrence Westcott II, *Commentary: Reducing e-discovery burden - easier said than done*, Legal News (Nov. 1, 2012) | Exhibit 1338 |
| Rebecca Bjork, Gerald L. Maatman, Jr., *Stakes Are High In Chen-Oster Oral Argument Before the Second Circuit*, Seyfarth Shaw LLP Workplace Class Action Blog (Nov. 7, 2012) | Exhibit 1339 |
| Nate Raymond, *Goldman wins ruling to arbitrate discrimination claim*, Chicago Tribune (Mar. 21, 2013) | Exhibit 1340 |
| Michael L. Stevens, *Second Circuit Compels Individual Arbitration in Goldman Sachs Class Action Sex Bias Suit*, Legal Monitor Worldwide (Mar. 26, 2013) | Exhibit 1341 |
| Susan Antilla, *After Boom-Boom Room, Fresh Tactics to Fight Bias*, N.Y. Times (Apr. 3, 2013) | Exhibit 1342 |
| Anna Fisher, *Should Performance Reviews be Crowdsourced?*, Fortune (Oct. 8, 2013) | Exhibit 1343 |
| Mary Romano, Karen Gullo, *Goldman Must Turn Over Female Employee Complaints in Suit*, Bloomberg Law (Oct. 15, 2013) | Exhibit 1344 |

| | |
|---|---|
| Katherine Dela Cruz, *Goldman Sachs must disclose complaints from all female workers in certain divisions*, S&P Global Market Intelligence (Oct. 16, 2013) | Exhibit 1345 |
| Marjorie Johnson, *Goldman Sachs ordered to turn over internal complaints conveivably related to gender bias*, Wolters Kluwer (Oct. 17, 2013) | Exhibit 1346 |
| Matthew Zeitlin, *Women Claim Goldman Sachs Was "Boys' Club" In Pay Discrimination Suit*, Buzzfeed News (July 1, 2014) | Exhibit 1347 |
| Howard Koplowitz, *Goldman Sachs Hostile To Women Claim Former Employees In Lawsuit*, International Business Times (July 1, 2014) | Exhibit 1348 |
| Bob Van Voris, Max Abelson, *Goldman Sachs 'Boy's Club' Accused of Mocking Women*, Bloomberg (July 2, 2014) | Exhibit 1349 |
| Harry Bruinius, *Women Call Goldman Sachs Hostile Workplace, Seek to Expand Bias Suit*, The Christian Science Monitor (July 2, 2014) | Exhibit 1350 |
| Jesse Solomon, *Suit alleges 'boy's club' culture at Goldman*, CNN Money (July 2, 2014) | Exhibit 1351 |
| Bryan Keogh, *Women at Goldman Sachs are either sexualized or ignored by binge-drinking 'boys club', claim two former employees as they launch class action lawsuit*, Daily Mail (July 2, 2014) | Exhibit 1352 |
| Ben Yakas, *Ex-Employees Suing Goldman Sachs On Behalf of All Women*, Gothamist (July 2, 2014) | Exhibit 1353 |
| *Goldman 'boys club' accused of mocking women as 'bimbos'*, the Irish Times (July 2, 2014) | Exhibit 1354 |
| Daniel Beekman, *Goldman Sachs is a 'boys club' that undermines women, ex-employee says*, New York Daily News (July 2, 2014) | Exhibit 1355 |
| Kevin Roose, *Is Goldman Sachs a Boys Club This Lawsuit Claims It Is*, N.Y. Magazine (July 2, 2014) | Exhibit 1356 |
| Susan Antilla, *Goldman Women Say They Make Less Then Men Who Frequent Strip Clubs, Call them 'Bimbos'*, The Street (July 2, 2014) | Exhibit 1357 |
| Justin Lane, *Goldman Sachs accused of "boys club" bias*, USA Today (July 2, 2014) | Exhibit 1358 |
| Gail Sullivan, *Goldman Sachs, Tinder slapped with sex discrimination lawsuits*, The Washington Post (July 2, 2014) | Exhibit 1359 |
| David Gardner, *Former female Goldman Sachs executives sue 'boys' club' company for sex bias*, Evening Standard (July 3, 2014) | Exhibit 1360 |

| | |
|---|---|
| Daniel Beekman, *'More bias' sacks Sachs*, New York Daily News (July 3, 2014) | Exhibit 1361 |
| *Pay play in binge lawsuit*, The N.Y. Post (July 3, 2014) | Exhibit 1362 |
| Jessica Grose, *Are Wall Street Banks Still Dumb Enough to Hold Meetings in Strip Clubs?*, Slate (July 3, 2014) | Exhibit 1363 |
| Patrick Hosking, *Bank urged female staff to 'take clients to strip clubs'*, The Times (London) (July 3, 2014) | Exhibit 1364 |
| Patrick Hosking, *Goldman Sachs treated females like 'bimbos'*, The Times (London) (July 3, 2014) | Exhibit 1365 |
| Mark McSherry, *Legal stakes raised against the Goldman Sachs 'boys club'*, The Independent (July 4, 2014) | Exhibit 1366 |
| Joanna Weiner, *Do the White House and Goldman Sachs' gender pay gaps reflect discrimination?*, Washington Post (July 7, 2014) | Exhibit 1367 |
| Susan Antilla, *Goldman Sachs Doesn't Want to Be a Misogynist 'Vampire Squid'*, The Street (July 18, 2014) | Exhibit 1368 |
| Bob Van Voris, *Goldman Sachs Denies Ex-Employee Claims of Sex Bias*, Bloomberg Law (July 28, 2014) | Exhibit 1369 |
| Bob Van Voris, *Goldman Sachs Denies Ex-Employee Claims of Sex Bias*, Bloomberg (July 28, 2014) | Exhibit 1370 |
| Katherine Dela Cruz, *Goldman Sachs asks judge to reject proposed class certification of gender discrimination suit*, S&P Global Market Intelligence (July 29, 2014) | Exhibit 1371 |
| *Goldman Sachs denied any workplace sex bias*, The Economic Times (July 31, 2014) | Exhibit 1372 |
| Susan Antilla, *Can Goldman Sachs' Women Make the Cut in 'Extreme Jobs'?*, The Street (Aug. 18, 2014) | Exhibit 1373 |
| Bob Van Voris, *Goldman Sachs Boys Club Faulted as Women Pursue Lawsuit*, Bloomberg Law (Oct. 22, 2014) | Exhibit 1374 |
| Bess Levin, *Goldman Sachs: Sex Discrimination Practices At The Bank Are A Lot More Nuanced Than Ex-Employees Are Making Them Out To Be*, Deal Breaker (Oct. 22, 2014) | Exhibit 1375 |
| *"Chen-Oster v. GS" - Will This Be The "Dukes v. Wal-Mart" Which Does Get Certified As Class Action Lawsuit?*, Law And More (Oct. 23, 2014) | Exhibit 1376 |

| | |
|---|---|
| Ellen Rosen, *NBC, Interns Settle; Goldman Bias Suit: Business of Law*, Bloomberg (Oct. 24, 2014) | Exhibit 1377 |
| Kevin Dugan, *Goldman Sach's differentiating stats dominate sex suit*, The N.Y. Post (Oct. 24, 2014) | Exhibit 1378 |
| Bob Van Voris, *Goldman Judge Advises against Group Discrimination Suit (1)*, Bloomberg (Mar. 10, 2015) | Exhibit 1379 |
| Bob Van Voris, *Goldman Takes Key Step to Toss Group Discrimination Suit*, Bloomberg (Mar. 10, 2015) | Exhibit 1380 |
| Brandi O. Brown, *Magistrate reluctantly recommends denying class cert in Goldman Sachs sex discrimination case*, Wolters Kluwer (Mar. 17, 2015) | Exhibit 1381 |
| Mark Batten, Charles J. Stiegler, *Magistrate Recommends Denail of Class Certication in Goldman Sachs Gender Discrimination Suit*, Mondaq (Mar. 23, 2015) | Exhibit 1382 |
| Kevin Dugan, *Judge cautions Goldman Sachs lawyer during lawsuit hearing*, The N.Y. Post (July 22, 2015) | Exhibit 1383 |
| Emily Jane Fox, *Goldman Sachs Promotes Record Number of Women, and it's Still Just 25 Percent*, Vanity Fair (Nov. 13, 2015) | Exhibit 1384 |
| Sheelah Kolhatkar, *Wall Street Women: Harrassed and Power-Hungry*, The New Yorker (July 22, 2016) | Exhibit 1385 |
| Katherine Dela Cruz, *Judge throws out Goldman Sach's dismissal bid in gender discrimination case*, S&P Global Market Intelligence (April 12, 2017) | Exhibit 1386 |
| *US judge rejects Goldman Sachs' bid to narrow gender bias lawsuit*, CNBC (April 13, 2017) | Exhibit 1387 |
| Jonathan Stempel, *U.S. judge rejects Goldman Sachs' bid to narrow gender bias lawsuit*, Yerepouni Daily News (April 13, 2017) | Exhibit 1388 |
| Mrinalini Krishna, *Women vs Goldman Sachs in Gender Bias Lawsuit*, Investopedia (April 14, 2017) | Exhibit 1389 |
| Lorene D. Park, J.D., *Goldman Sachs may have to reinstate plaintiffs, even if they resigned or division was eliminated*, Wolters Kluwer (April 17, 2017) | Exhibit 1390 |
| Alison Frankel, *Goldman Sachs asks for appellate help in sex discrimination class action*, Thompson Reuters (June 27, 2017) | Exhibit 1391 |
| William D. Cohan, *Women Say a Rigged System Allows Wall Street to Hide its Sexual-Harassment Problem*, The New Yorker (Jan. 7, 2018) | Exhibit 1392 |

| | |
|---|---|
| Dane Levine, *How the courts help companies keep sexual misconduct under cover*, Thompson Reuters (Jan. 10, 2018) | Exhibit 1393 |
| Jonathan Stempel, *U.S. judge certifies Goldman Sachs gender bias class action*, Thompson Reuters (March 30, 2018) | Exhibit 1394 |
| Jonathan Stempel, *U.S. judge certifies Goldman Sachs gender bias class action*, Channel NewsAsia (March 31, 2018) | Exhibit 1395 |
| Ben McLannahan, *Goldman faces class action over female pay discrimination*, The Financial Times (April 2, 2018) | Exhibit 1396 |
| Jonathan Stempel, *Judge Certifies Class Action Accusing Goldman Sachs of Gender Discrimination*, Insurance Journal (April 2, 2018) | Exhibit 1397 |
| Joy P. Waltemath, J.D., *Gender bias class action against Goldman Sachs gets green light*, Wolters Kluwer (April 4, 2018) | Exhibit 1398 |
| Cheryl D. Orr, *A New York Federal Court Takes a Novel Approach to Discretionary Employment Decisions In Partially Certifying a Financial Industry Gender Discrimination Class Action*, The National Law Review (April 6, 2018) | Exhibit 1399 |
| René E. Thorne, *Class Certification Granted in Goldman Sachs Gender Discrimination Litigation*, The National Law Review (April 6, 2018) | Exhibit 1400 |
| Dune Lawrence, *To Sue Goldman Sachs, You Have to Be Willing to Hang On–For a Long, Long Time*, Bloomberg (May 3, 2018) | Exhibit 1401 |
| Dune Lawrence, *Wall Street's Big Gender Lawsuit Is 13 Years in the Making*, Bloomberg (May 3, 2018) | Exhibit 1402 |
| Tanaya Macheel, *Gender discrimination class action at Goldman, and its bitcoin trading foray*, American Banker (May 4, 2018) | Exhibit 1403 |
| Andrew Ross Sorkin, *Warren Buffett Really Likes Apple's Shares: DealBook Briefing*, N.Y. Times (May 4, 2018) | Exhibit 1404 |
| Lisa Milam-Perez, J.D., *Top labor and employment developments in April 2018*, Wolters Kluwer (May 6, 2018) | Exhibit 1405 |
| *Whitney Tilson: Sunrise At LaGuardia; What To Do If You Want To Sue Goldman Sachs*, Value Walk (August 7, 2018) | Exhibit 1406 |
| Jack Newsham, *2nd Circ. Judge Casts Doubt On Goldman Appeal In Bias Suit*, Law360 (August 28, 2018) | Exhibit 1407 |
| Dune Lawrence, *Goldman's Gender Bias Fight Moves Closer to Trial After 13 Years*, Bloomberg (Sept. 5, 2018) | Exhibit 1408 |

| | |
|---|---|
| Jack Newsham, *2nd Circ. Denies Goldman Appeal of Sex Bias Cert. Decision*, Law360 (September 5, 2018) | Exhibit 1409 |
| Anthony Noto, *Gender-bias case against Goldman Sachs moves closer to trial 13 years later*, New York Business Journal (Sept. 5, 2018) | Exhibit 1410 |
| *Appeal rejected in Goldman bias case; factories grew at faster pace in Aug.*, Washington Post (Sept. 5, 2018) | Exhibit 1411 |
| Erin McCarthy Holliday, *Federal appeals court allows Goldman Sachs gender discrimination case to move forward*, Jurist (Sept. 6, 2018) | Exhibit 1412 |
| *9th Circuit Court of Appeals Accepts Plaintiff's Request for Discretionary Appeal Regarding Class Certification in Microsoft Gender Discrimination Lawsuit*, SF Business Wire (September 21, 2018) | Exhibit 1413 |
| Ludmila Leiva, *Why Many of Fortune's "Best Companies to Work For" Actually Aren't*, Refinery 29 (Oct. 16, 2018) | Exhibit 1414 |
| Anthony Noto, *Goldman Sachs says women in bias lawsuit had arbitration deals, New York Business Journal (Oct. 18, 2018)* | Exhibit 1415 |
| *Kevin Dugan, Goldman Sachs lays off dozens of traders, N.Y. Post (Mar. 14, 2019)* | Exhibit 1416 |
| *Liz Hoffman, Goldman Sachs Implements Its Own 'Rooney Rule' in Diversity Push, Dow Jones, (Mar. 19, 2019)* | Exhibit 1417 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended September 30, 2010 | Exhibit 1418 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-K for the fiscal year ended December 31, 2010 | Exhibit 1419 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended March 31, 2011 | Exhibit 1420 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended June 30, 2011 | Exhibit 1421 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended September 30, 2011 | Exhibit 1422 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-K for the fiscal year ended December 31, 2011 | Exhibit 1423 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended March 31, 2012 | Exhibit 1424 |

| | |
|---|---|
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended June 30, 2012 | Exhibit 1425 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended September 30, 2012 | Exhibit 1426 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-K for the fiscal year ended December 31, 2012 | Exhibit 1427 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended March 31, 2013 | Exhibit 1428 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended June 30, 2013 | Exhibit 1429 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended September 30, 2013 | Exhibit 1430 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-K for the fiscal year ended December 31, 2013 | Exhibit 1431 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended March 31, 2014 | Exhibit 1432 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended June 30, 2014 | Exhibit 1433 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended September 30, 2014 | Exhibit 1434 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-K for the fiscal year ended December 31, 2014 | Exhibit 1435 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended March 31, 2015 | Exhibit 1436 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended June 30, 2015 | Exhibit 1437 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended September 30, 2015 | Exhibit 1438 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-K for the fiscal year ended December 31, 2015 | Exhibit 1439 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended March 31, 2016 | Exhibit 1440 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended June 30, 2016 | Exhibit 1441 |

| | |
|---|---|
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended September 30, 2016 | Exhibit 1442 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-K for the fiscal year ended December 31, 2016 | Exhibit 1443 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended March 31, 2017 | Exhibit 1444 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended June 30, 2017 | Exhibit 1445 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended September 30, 2017 | Exhibit 1446 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-K for the fiscal year ended December 31, 2017 | Exhibit 1447 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended March 31, 2018 | Exhibit 1448 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended June 30, 2018 | Exhibit 1449 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-Q for the quarterly period ended September 30, 2018 | Exhibit 1450 |
| Excerpt from The Goldman Sachs Group, Inc. Form 10-K for the fiscal year ended December 31, 2018 | Exhibit 1451 |
| November 1, 2010 Letter from Barbara Brown to Adam Klein | Exhibit 1452 |
| December 17, 2010 Letter from Adam Klein to Judge Sand regarding pre-motion conference | Exhibit 1453 |
| December 20, 2010 Letter from C. Gregory Weirich to Judge Sand regarding pre-motion conference | Exhibit 1454 |
| December 23, 2010 Letter from Theodore O. Rogers, Jr. to Kelly Dermody and Adam Klein regarding production of exemplar employment agreements | Exhibit 1455 |
| Excerpt from Brief and Special Appendix For Defendants-Appellants before the Second Circuit in *Parisi, et al.*v. *Goldman Sachs*, No. 11-5229-cv | Exhibit 1456 |
| Excerpt from Brief of Plaintiffs-Appellees before the Second Circuit in *Parisi, et al.*v. *Goldman Sachs*, No. 11-5229-cv | Exhibit 1457 |
| Excerpt from Plaintiffs' Fourth Set of Requests for Production of Documents | Exhibit 1458 |

| | |
|---|---|
| Excerpt from Defendants' Responses and Objections to Plaintiffs' Fourth Set of Requests for Production | Exhibit 1459 |
| Excerpt from Defendants' Objections and Responses to 30(b)(6) Notice Regarding Complaints and Compliance | Exhibit 1460 |
| July 30, 2013 E-mail from Erin LaRuffa to Cyrus Dugger regarding document production of Bates Numbers GS0138169-GS0138248 | Exhibit 1461 |
| August 2, 2013 E-mail from Erin LaRuffa to Cyrus Dugger regarding document production of Bates Numbers GS0138505-GS0138543 | Exhibit 1462 |
| Excerpt from Defendants' Objections and Responses to 30(b)(6) Notice Regarding Compensation, Promotion, and Performance Review Policies | Exhibit 1463 |
| Excerpt from Defendants' Objections and Responses to Second Amended 30(b)(6) Notice Regarding Complaints and Compliance | Exhibit 1464 |
| Excerpt from Defendants' Responses and Objections to Plaintiffs' Fifth Set of Requests for Production of Documents | Exhibit 1465 |
| Excerpt from Defendants' Answers and Objections to Plaintiffs' First Set of Interrogatories | Exhibit 1466 |
| Excerpt from Defendants' Responses and Objections to Plaintiffs' Second Set of Interrogatories | Exhibit 1467 |
| Excerpt from Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Admission | Exhibit 1468 |
| Excerpt from Defendants' Objections and Responses to Plaintiffs' 30(b)(6) Notice Regarding Manager Quartile, Ranking, and Rating | Exhibit 1469 |
| Excerpt from Defendants' Answers and Objections to Plaintiffs' Sixth Set of Requests for Production of Documents | Exhibit 1470 |
| Excerpt from Defendants' Answers and Objections to Plaintiffs' Third Set of Interrogatories | Exhibit 1471 |
| Excerpt from Defendants' Supplemental Answers and Objections to Plaintiffs' Third Set of Interrogatories | Exhibit 1472 |
| April 25, 2018 e-mail chain between C. Sullivan, A. Klein, A. Shaver et al. re Redlines to Notice | Exhibit 1473 |
| April 27, 2018 e-mail chain between M. Stewart, C. Sullivan, A. Klein et al. re RE: Redlines to Notice | Exhibit 1474 |
| Excerpt from Plaintiffs' Ninth Set of Requests for Production of Documents | Exhibit 1475 |

Dated: April 12, 2019
New York, New York.

_____
*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.