**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
t  415.956.1000
f  415.956.1008

December 3, 2019

Kelly M. Dermody
Partner
kdermody@lchb.com

The Honorable Robert W. Lehrburger
U.S. District Court for the Southern District of New York

RE:   *Chen-Oster, et al. v. Goldman, Sachs & Co.*, No. 10 Civ. 6950 (AT) (RWL)

Dear Judge Lehrburger:

Pursuant to the Court's order addressing preliminary issues regarding Plaintiffs' challenges to Goldman's claims of privilege, Plaintiffs provide the following three appendices:

| | |
|---|---|
| *Appendix 1* | 50 log entries selected for *in camera* review, including any attachments contained under the same entry, drawn from Goldman's logs of documents either withheld or redacted on the basis of privilege |
| *Appendix 2* | 10 listservs appearing on Goldman's privilege logs with specific points in time selected for identification of listserv authors and recipients |
| *Appendix 3* | 200 entries drawn from Goldman's logs of emails withheld on the basis of privilege selected for identification of: (i) subject lines; and, if applicable, (ii) file names for attachments Goldman listed as falling within the same entry |

*See* ECF No. 888 ¶¶ 1-3.

The 50 log entries listed in **Appendix 1** exclude communications with outside counsel and have been selected for one or more reasons previously identified to the Court in the November 14 Joint Status Letter: (a) attorneys are not included on communications; (b) attorneys are merely blind copied; (c) documents concern routine HR business functions; (d) the presence of third parties or brand/marketing employees waives privilege; (e) disclosure is made to a broad distribution list beyond those with a "need to know," rendering any privilege waived; and/or (f) the privilege claimed is not recognized in the Second Circuit.

We thank the Court for its consideration of this matter.

Respectfully submitted,

Kelly M. Dermody                                                      Adam Klein

cc: all counsel (via ECF)
1864443.4

San Francisco     New York     Nashville     Seattle     www.lieffcabraser.com