December 13, 2019

<u>Via ECF</u>

The Honorable Robert W. Lehrburger,
   United States District Court for the
      Southern District of New York,
         500 Pearl Street,
           New York, New York  10007-1312.

        Re:   *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et ano.*
              <u>No. 10 Civ. 6950 (AT) (RWL) (S.D.N.Y.)</u>

Dear Judge Lehrburger:

      Pursuant to Rule I.A of Your Honor's Individual Practices, the parties jointly submit an errata sheet detailing proposed corrections to the transcript of the November 19, 2019 conference. (ECF No. 893.)

                                              Respectfully submitted,

| */s/ Kelly M. Dermody* | */s/ Amanda Flug Davidoff* |
|---|---|
| Adam T. Klein | Amanda Flug Davidoff |
| Cara E. Greene | Elizabeth A. Cassady |
| Melissa L. Stewart | SULLIVAN & CROMWELL LLP |
| OUTTEN & GOLDEN LLP | 1700 New York Avenue, N.W. Suite 700 |
| 685 Third Avenue, 25th Floor | Washington, District of Columbia |
| New York, New York  10017 | 20006-5215 |
| Telephone: (212) 245-1000 | Telephone: (202) 956-7500 |
| Facsimile: (646) 509-2060 | |
| | Robert J. Giuffra, Jr. |
| Paul W. Mollica | Sharon L. Nelles |
| 161 North Clark Street, Suite 4700 | Ann-Elizabeth Ostrager |
| Chicago Illinois  60601 | Hilary M. Williams |
| Telephone: (212) 809-7010 | Joshua S. Levy |
| Facsimile: (312) 809-7011 | Hannah Lonky Fackler |
| | SULLIVAN & CROMWELL LLP |
| | 125 Broad Street |
| | New York, New York  10004 |
| | Telephone: (212) 558-4000 |
| | Facsimile: (212) 558-3588 |

-2-

| | |
|---|---|
| Kelly M. Dermody (*admitted pro hac vice*)<br>Anne B. Shaver (*admitted pro hac vice*)<br>Tiseme G. Zegeye<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California  94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>Rachel Geman<br>250 Hudson Street, 8th Floor<br>New York, New York  10013-1413<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>*Attorneys for Plaintiffs* | Barbara B. Brown (*admitted pro hac vice*)<br>Carson H. Sullivan (*admitted pro hac vice*)<br>PAUL HASTINGS LLP<br>875 15th Street, NW<br>Washington, DC  20005<br>Telephone: (202) 551-1700<br><br>Patrick W. Shea<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6405<br><br><br><br><br><br>*Attorneys for Defendants* |