UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

H. CRISTINA CHEN-OSTER, SHANNA
ORLICH, ALLISON GAMBA, and MARY DE
LUIS,

                               Plaintiffs,

         - against -

GOLDMAN, SACHS & CO. and THE
GOLDMAN SACHS GROUP, INC.,

                            Defendants.

---------------------------------------------------------X

10-cv-6950 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This order addresses the in camera review documents addressed the parties' correspondence Dkt. 906-907:

       1.     Plaintiffs' request to identify for in camera review four additional documents to replace the documents with Federal Reserve CSI is denied.

       2.     By December 18, 2019, Goldman shall submit proposed redactions to the Federal Reserve.  Goldman shall adhere to the procedures and timing proposed for production thereafter outlined in Dkt. 904.

       3.     With respect to the two families of documents "inadvertently withheld," by December 19, 2019, Plaintiffs shall identify two replacement families to be submitted for in camera review.  By December 24, 2019, Goldman shall produce the two replacement families to the Court.

Dated:        December 16, 2019
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-16-19

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Copies transmitted to all counsel of record.