USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-17-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

H. CRISTINA CHEN-OSTER, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

                      Plaintiffs,

- against -

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

                      Defendants.

-----------------------------------------------------------------X

10-cv-6950 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses the privilege claim issues raised in Dkt. 909 and 911 (and previous filings).

1.    Documents withheld by Goldman solely on the basis of confidential supervisory information shall be redacted and produced as redacted.

2.    As Plaintiffs observe a substantial percentage – from a relatively small sample – of documents initially withheld by Goldman on the basis of privilege has been determined by Goldman to have been "inadvertently withheld" due to "vendor errors." There is good reason to believe that there are additional documents among the thousands remaining on Goldman's privilege logs that should have been produced in whole or in part. Accordingly, Goldman shall engage in efforts to identify all other improperly or errantly withheld documents from its privilege logs. Regardless of whether those efforts entail a wholesale review of its privilege log entries or some other method, Goldman shall

1

complete those efforts by January 13, 2020 and shall provide a certification describing the efforts undertaken and the results.

Dated:     December 17, 2019
              New York, New York

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Copies transmitted to all counsel of record.