UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
H. CRISTINA CHEN-OSTER, SHANNA
ORLICH, ALLISON GAMBA, and MARY DE
LUIS,

                    Plaintiffs,

          - against -

GOLDMAN, SACHS & CO. and THE
GOLDMAN SACHS GROUP, INC.,

                    Defendants.
-----------------------------------------------------------X

10-cv-6950 (AT) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This Order resolves Defendants' request to redact/seal certain information from documents submitted as exhibits with Defendants' January 3, 2020 letter addressing discovery issues. (Dkt. 931.)

1. Exhibit A: Defendants may redact individual names and pages 14-15 (GS399989-90).

2. Exhibit B: Denied; however, Defendants may redact individual names.

3. Exhibit C: Denied.

4. Exhibit D: Denied.

Dated:     January 16, 2020
             New York, New York

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Copies transmitted to all counsel of record.

1