USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2020

*Chen-Oster* v. *Goldman, Sachs & Co.*
No. 10-cv-6950 (S.D.N.Y.) (Torres, J., Lehrburger, M.J.)

Amended ~~Joint Proposed~~ Pre-Trial Schedule

| Event | Old Deadline (ECF Nos. 767, 888) | New Deadline |
|---|---|---|
| Fact discovery completed | April 2, 2020 | June 2, 2020 |
| Opening expert reports, with Plaintiffs going first on all issues except Goldman's business necessity defense, for which Goldman will file the first report | January 15, 2020 | July 15, 2020 |
| Rebuttal expert reports | March 16, 2020 | September 16, 2020 |
| Reply expert reports | April 15, 2020 | October 15, 2020 |
| Expert depositions | | Oct. 15 – Dec. 18, 2020 |
| Completion of expert discovery | May 15, 2020 | Dec. 18, 2020 |
| Opening briefs for Goldman's decert. motion, each party's summary judgment motion, and/or each party's *Daubert* motion | June 17, 2020 | N/A |
| Opening brief for each party's *Daubert* motion | | January 8, 2021[1] |
| Opening brief for Goldman's decert. motion | | January 22, 2021 |
| Opening brief for each party's summary judgment motion | | February 5, 2021 |
| Oppositions to motions | July 31, 2020 | *Daubert*: March 9, 2021<br>Decert: March 23, 2021<br>MSJ: April 6, 2021 |
| Replies in further support of motions | August 28, 2020 | *Daubert*: April 8, 2021<br>Decert: April 22, 2021 |

---

[1] The parties agreed to expand the period between the close of expert discovery and *Daubert* motions beyond what was initially provided for in ECF No. 767 solely to account for the winter holidays, and because moving all briefing prior to the winter holidays would not provide sufficient time between the close of expert discovery and *Daubert* briefing. If the schedule were to move again beyond the winter holidays, the parties further agree that the time between the close of expert discovery and the filing of *Daubert* motions would return to the four weeks originally provided for in ECF No. 767.

| | | MSJ: May 6, 2021 |
|---|---|---|
| Pretrial order and motions in limine | 30 days after resolution of *Daubert,* summary judgment and decert. motions | 30 days after resolution of all *Daubert,* summary judgment and decert. motions[2] |

SO ORDERED:

1/23/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

---

[2] Or the next business day if the deadline falls on a weekend or a federal holiday.