```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2020
```

January 29, 2020

<u>Via ECF</u>

The Honorable Robert W. Lehrburger,
    United States District Court for the
        Southern District of New York,
            500 Pearl Street,
                New York, New York  10007-1312.

        Re:    <u>Chen-Oster, et al. v. Goldman, Sachs & Co., et ano.</u>
               <u>No. 10 Civ. 6950 (AT) (RWL) (S.D.N.Y.)</u>

Dear Judge Lehrburger:

        Pursuant to Rule I.A of Your Honor's Individual Practices, the parties jointly submit an errata sheet detailing proposed corrections to the transcript of the January 16, 2020 conference.  (ECF No. 940.)

                                        Respectfully submitted,

| /s/ Kelly M. Dermody | /s/ Ann-Elizabeth Ostrager |
|---|---|
| Adam T. Klein | Robert J. Giuffra, Jr. |
| Cara E. Greene | Sharon L. Nelles |
| Melissa L. Stewart | Ann-Elizabeth Ostrager |
| OUTTEN & GOLDEN LLP | Hilary M. Williams |
| 685 Third Avenue, 25th Floor | Joshua S. Levy |
| New York, New York  10017 | Hannah Lonky Fackler |
| Telephone: (212) 245-1000 | SULLIVAN & CROMWELL LLP |
| Facsimile: (646) 509-2060 | 125 Broad Street |
| | New York, New York  10004 |
| Paul W. Mollica | Telephone: (212) 558-4000 |
| 161 North Clark Street, Suite 4700 | Facsimile: (212) 558-3588 |
| Chicago Illinois  60601 | |
| Telephone: (212) 809-7010 | Amanda Flug Davidoff |
| Facsimile: (312) 809-7011 | Elizabeth A. Cassady |
| | SULLIVAN & CROMWELL LLP |
| | 1700 New York Avenue, N.W. Suite 700 |
| | Washington, District of Columbia |
| | 20006-5215 |
| | Telephone: (202) 956-7500 |

Kelly M. Dermody (*admitted pro hac vice*)
Anne B. Shaver (*admitted pro hac vice*)
Tiseme G. Zegeye
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Rachel Geman
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Barbara B. Brown (*admitted pro hac vice*)
Carson H. Sullivan (*admitted pro hac vice*)
PAUL HASTINGS LLP
875 15th Street, NW
Washington, DC 20005
Telephone: (202) 551-1700

Patrick W. Shea
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6405

*Attorneys for Plaintiffs*

*Attorneys for Defendants*

SO ORDERED:

_____  1/30/2020
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

# ERRATA SHEET
### Chen-Oster v. *Goldman, Sachs & Co*, No. 10-cv-6950
### Transcript of January 16, 2020 Hearing
### Before The Honorable Robert W. Lehrburger

| Page | Line | Change |
|------|------|--------|
| 3 | 18 | Insert period after <unknown><br>*Reason*: End of the statement |
| 7 | 17 | Change <there> to <their><br>*Reason:* Transcription error |
| 9 | 10 | Change <by> to <but> after <processes><br>*Reason:* Transcription error |
| 20 | 14 | Change <conceivable> to <procedural><br>*Reason:* Transcription error |
| 22 | 16 | Delete period after <voided><br>*Reason:* Statement continues on next line. |
| 23 | 18 | Change <DI's> to <Dias><br>*Reason*: Correcting declarant's name. |
| 24 | 16 | Change <*Callahan*> to <*O'Callaghan*><br>*Reason*: Correcting case name. |
| 27 | 17 | Change <agreement> to <argument><br>*Reason*: Transcription error |
| 29 | 25 | Change <of> to <or> after <pattern><br>*Reason*: Transcription error |
| 30 | 1 | Delete <or><br>*Reason*: Transcription error |
| 30 | 20 | Change <preponderance> to <predominance><br>*Reason*: Transcription error |
| 31 | 20 | Change <records> to <record><br>*Reason:* Transcription error |
| 32 | 1 | Change <and> to <to><br>*Reason:* Transcription error |

| Page | Line | Change |
|---|---|---|
| 32 | 5 | Change <and> to <in> prior to <some> to read as follows: <some generic statements, **in** some answers><br>*Reason:* Transcription error |
| 32 | 14 | Change <classes> to <class members><br>*Reason:* Transcription error |
| 32 | 21 | Change <they're> to <we're> and change the period following <playbook> to a comma, to read as follows: <So we're operating from the same playbook, I want><br>*Reason:* Transcription error |
| 32 | 23 | Add <what> between <meaning> and <the> and delete comma following <"our"> to read as follows: <understanding was, "our" meaning **what** the plaintiffs' understanding><br>*Reason:* Transcription error |
| 32 | 24 | Add comma after <was> to read as follows: <was**,** of the class size when we filed our class brief.><br>*Reason:* Transcription error |
| 33 | 5 | Add <that's> between <But> and <the> to read as follows: <But **that's** the number><br>*Reason:* Transcription error |
| 33 | 14 | Add <a> between <including> and <case> and change <that's> to <that> to read as follows: <including **a** case **that** involved guided manager discretion><br>*Reason:* Transcription error |
| 33 | 15 | Change <the> to <their><br>*Reason:* Transcription error |
| 33 | 19 | Change <in> to <and> within the phrase <in concurrence with> to read as follows: <arbitration in its objections to the R&R or objections **and** concurrence with the R&R.><br>*Reason:* Transcription error |
| 34 | 11 | Change <in> to <after> to read as follows: <five years **after** the class certification motion><br>*Reason:* Transcription error |
| 35 | 1 | Change <take> to <look><br>*Reason:* Transcription error |

| Page | Line | Change |
|------|------|--------|
| 35 | 7 | Add <in> between <9,> and <every> to read as follows: <So if you look at slide number 9, **in** every single one of><br>*Reason:* Transcription error |
| 35 | 8 | Add <it> between <raised> and <in> to read as follows: <the defendants raised **it**><br>*Reason:* Transcription error |
| 35 | 13 | Change <Issen> to <*Eisen*><br>*Reason:* Spelling and italicization of case name |
| 35 | 16 | Change <Issen> to <*Eisen*><br>*Reason:* Spelling and italicization of case name |
| 36 | 16 | Add <action> between <class> and <was> to read as follows: <two years after the class action was filed but after the class was><br>*Reason:* Transcription error |
| 36 | 21 | Change <20(f)> to <23(f)><br>*Reason:* Transcription error |
| 37 | 25 | Change <PWCs> to <PWAs><br>*Reason:* Transcription error |
| 41 | 9 | Delete <had><br>*Reason:* Transcription error |
| 41 | 12 | Change <and> to <in><br>*Reason:* Transcription error |
| 44 | 8 | Change <guardily> to <guardedly><br>*Reason:* Spelling |
| 44 | 10 | Add a comma after <rights> and add a comma after <about> to read as follows: <would sweep in rights, that Mr. Levin-Gesundheit will talk about, covered by><br>*Reason:* Transcription error |
| 45 | 18 | Change <familiar> to <familial><br>*Reason:* Transcription error |
| 46 | 14 | Change <Honestly> to <Finally><br>*Reason:* Transcription error |

| Page | Line | Change |
|---|---|---|
| 47 | 18 | Change <ward> to <award><br>*Reason*: Transcription error |
| 49 | 24 | Change <I> to <I'll> to read as follows: <And I'll also say that><br>*Reason:* Transcription error |
| 53 | 19 | (1) change <near> to <mere>; and<br>(2) move quotation mark to appear prior to word <class><br>to read as follows: <"class members are **mere** passive beneficiaries><br>*Reason:* Transcription error |
| 55 | 19 | Change <that's> to <that> to read as follows: <just two outlier cases **that** it cited><br>*Reason:* Transcription error |
| 55 | 24 | Change <Comes> to <Come><br>*Reason*: Transcription error |
| 56 | 2 | Change <enforcement> to <endorsement> to read as follows: <is really an **endorsement** of the arbitration><br>*Reason:* Transcription error |
| 57 | 2 | Change <could> to <should> to read as follows: <a current employee **should** step forward><br>*Reason:* Transcription error |
| 57 | 9 | Change <day> to <days> to read as follows: <up until the **days** before the class was certified><br>*Reason:* Transcription error |
| 57 | 14 | Delete comma between <referenced> and <what's> to read as follows: <not a single agreement referenced what's happening><br>*Reason:* Transcription error |
| 57 | 11 | Insert period after <showed><br>*Reason*: End of statement |
| 57 | 23 | Change <that's> to <that it's> to read as follows: <or that it's going to have any effect><br>*Reason:* Transcription error |
| 58 | 2 | (1) change <of the> to <where>; and<br>(2) <has> to <is><br>to read as follows: <very different from the award plan itself **where** arbitration **is** underlined, bold, all caps.> |

| Page | Line | Change |
|---|---|---|
| | | *Reason:* Transcription error |
| 59 | 6 | Change <presumably> to <actually> to read as follows: <It's an email, **actually**.> <br> *Reason:* Transcription error |
| 59 | 15 | Change <or> to <and> to read as follows: <job titles at issue **and** the divisions> <br> *Reason:* Transcription error |
| 60 | 1 | Change <receive> to <received> to read as follows: <when they **received** their stock award> <br> *Reason:* Transcription error |
| 60 | 4 | Change <see an> to <seen in> to read as follows: <scrolled to the middle and **seen in** even smaller text that arbitration had been> <br> *Reason:* Transcription error |
| 60 | 17 | Change <Louis> to <Luis> <br> *Reason:* Spelling of plaintiff's name |
| 61 | 9 | Change <award> to <reward> to read as follows: <to **reward** them for the work performed> <br> *Reason:* Transcription error |
| 62 | 1 | Change <broader> to <broad> to read as follows: <They have **broad** confidentiality provisions.> <br> *Reason:* Transcription error |
| 62 | 3 | Change <attachment> to <action> to read as follows: <It was not paying for peace in this **action**.> <br> *Reason:* Transcription error |
| 67 | 13 | Insert <the> after <of> <br> *Reason:* Transcription error |
| 73 | 12 | Delete period after <23(d)> <br> *Reason:* Transcription error |
| 74 | 24 | Change <MV> to <MD> <br> *Reason:* Transcription error |

| Page | Line | Change |
|---|---|---|
| 80 | 19 | Change period to question mark to read as follows: <Where would we be if the Court had decided that a class of 1,800 was unmanageable but would have granted certification to a class of 1,000?><br>*Reason:* Transcription error |
| 80 | 21 | Change <mailed> to <emailed> to read as follows: <Goldman **emailed** out these equity award agreements in a misleading way><br>*Reason:* Transcription error |
| 80 | 24 | Change <mail> to <email> to read as follows: <The FAA doesn't give Goldman a free way to **email** out misleading clauses><br>*Reason:* Transcription error |
| 81 | 4 | Change <and> to <in> to read as follows: <these rights **in** this case are being relinquished here.><br>*Reason:* Transcription error |
| 81 | 6 | Add <we> between <and> and <might> to read as follows: <These are all things that Goldman did that Goldman could have done differently and **we** might have really had not much to talk about here today.><br>*Reason:* Transcription error |
| 81 | 16 | Change <Under> to <Section><br>*Reason:* Clarification |
| 81 | 23 | Change <awarded> to <rewarded><br>*Reason:* Transcription error |
| 83 | 3 | Change <his> to <its> to read as follows: <This is a situation where the defendant actually reserved **its** right><br>*Reason:* Transcription error |
| 83 | 11 | Delete <an> appearing between <and> and <evidence> to read as follows: <there was a reservation of the right and evidence of an interest to preserve the right.><br>*Reason:* Transcription error |
| 89 | 13-14 | Change attribution from Mr. Giuffra to the Court for the following sentence: <Thank you all for an excellent and interesting argument.><br>*Reason:* Transcription error |