UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2-24-2020

```
-------------------------------------------------------X
H. CRISTINA CHEN-OSTER, SHANNA      :
ORLICH, ALLISON GAMBA, and MARY DE  :      10-cv-6950 (AT) (RWL)
LUIS,                               :
                                    :
                                    :      ORDER
                    Plaintiffs,     :
                                    :
                                    :
        - against -                 :
                                    :
GOLDMAN, SACHS & CO. and THE        :
GOLDMAN SACHS GROUP, INC.,          :
                                    :
                    Defendants.     :
-------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses the parties' dispute regarding the adequacy of Goldman's responses to Plaintiffs' RFAs, RFPs and Interrogatories about alternative processes considered by Goldman. (Dkt. 972, 974.)

Goldman shall answer Plaintiffs' requests for admission provided Plaintiffs reframe them as "DEFENDANTS at no time from July 7, 2002 through the present CONSIDERED any alternative to [the respective process] for which it also CONSIDERED the impact on or treatment of men and women." The RFAs may be accompanied by interrogatories asking Goldman, in the event it denies the respective RFA, to identify any such alternatives considered. Goldman shall provide its responses within 14 days of service of the requests. Whether and to what extent additional documents shall be produced will be addressed depending on Goldman's responses to the RFAs and corresponding interrogatories.

.

1

Dated:     February 24, 2020
           New York, New York

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Copies transmitted to all counsel of record.