USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
H. CRISTINA CHEN-OSTER, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS, on behalf of themselves and all others similarly situated,

                Plaintiffs,

- against -

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

                Defendants.
------------------------------------------------------------X

10 Civ. 6950 (AT) (RWL)

**ORDER**

On March 26, 2020, this Court issued a Decision and Order on Defendants' motion to compel arbitration of certain unnamed plaintiff members of the class, and on Plaintiffs' motion to void arbitration clauses in various agreements pursuant to Fed. R. Civ. P. 23(d). (Dkt. 983 (the "Order").) The Order directed the parties to meet and confer about, and propose to the Court, a form of written notice to be sent to relevant members of the class addressing the subject matter of the Order. Both parties have since indicated their interest in appealing aspects of the Order by filing objections with the Honorable Analisa Torres, U.S.D.J (*see* Dkt. 988, 990), and have requested guidance on whether the direction to meet and confer and to propose a form of notice should be deferred; Goldman seeks a two-week extension, while Plaintiffs seek a stay pending Judge Torres' decision on objections (*see* Dkt. 996, 997).

Accordingly, and also due to complications caused by the current COVID-19 health emergency, the Court stays that part of the Order requiring the parties to meet and confer and propose a form of notice, pending Judge Torres' determination of any objections

1

lodged by the parties.  Any deadlines that may apply under the arbitration clauses at issue are stayed commensurately.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:	April 9, 2020
	New York, New York

Copies transmitted to all counsel of record.