USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2020

April 15, 2020

<u>Via ECF</u>

The Honorable Robert W. Lehrburger,
   United States District Court for the
      Southern District of New York,
         500 Pearl Street,
           New York, New York 10007-1312.

      Re:    *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et ano.*,
             <u>No. 10 Civ. 6950 (AT) (RWL) (S.D.N.Y.)</u>

Dear Judge Lehrburger:

      Pursuant to the Court's April 2, 2020 Order (ECF No. 987), the parties have conferred and jointly submit a proposed revised pretrial schedule to the Court.

      Respectfully submitted,

| <u>/s/ Kelly M. Dermody</u> | <u>/s/ Ann-Elizabeth Ostrager</u> |
|---|---|
| Kelly M. Dermody (*admitted pro hac vice*) | Robert J. Giuffra, Jr. |
| Anne B. Shaver (*admitted pro hac vice*) | Sharon L. Nelles |
| Michael Levin-Gesundheit (*admitted pro hac vice*) | Ann-Elizabeth Ostrager |
|  | Hilary M. Williams |
| Michelle Lamy (*admitted pro hac vice*) | Joshua S. Levy |
| Valerie D. Comenencia Ortiz (*admitted pro hac vice*) | Hannah Lonky Fackler |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | SULLIVAN & CROMWELL LLP |
|  | 125 Broad Street |
| 275 Battery Street, 29th Floor | New York, New York  10004 |
| San Francisco, California  94111-3339 | Telephone: (212) 558-4000 |
| Telephone: (415) 956-1000 | Facsimile: (212) 558-3588 |
| Facsimile: (415) 956-1008 |  |
|  | Amanda Flug Davidoff |
|  | Elizabeth A. Cassady |
| Rachel Geman | SULLIVAN & CROMWELL LLP |
| 250 Hudson Street, 8th Floor | 1700 New York Avenue, N.W. Suite 700 |
| New York, New York  10013-1413 | Washington, District of Columbia 20006-5215 |
| Telephone: (212) 355-9500 | Telephone: (202) 956-7500 |
| Facsimile: (212) 355-9592 |  |
|  |  |
| Adam T. Klein | Barbara B. Brown (*admitted pro hac vice*) |
| Cara E. Greene | Carson H. Sullivan (*admitted pro hac vice*) |
| Melissa L. Stewart | PAUL HASTINGS LLP |
| OUTTEN & GOLDEN LLP | 875 15th Street, NW |
| 685 Third Avenue, 25th Floor | Washington, DC  20005 |

-2-

| | |
|---|---|
| New York, New York  10017 | Telephone: (202) 551-1700 |
| Telephone: (212) 245-1000 | |
| Facsimile: (646) 509-2060 | Patrick W. Shea |
| | PAUL HASTINGS LLP |
| Paul W. Mollica | 200 Park Avenue |
| 161 North Clark Street, Suite 4700 | New York, NY 10166 |
| Chicago, Illinois  60601 | Telephone: (212) 318-6405 |
| Telephone: (212) 809-7010 | |
| Facsimile: (312) 809-7011 | |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**The proposed annexed schedule is approved. The Court commends the parties for their cooperation.**

SO ORDERED:

[signature]   4/16/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

## *Chen-Oster* v. *Goldman, Sachs & Co.*
## No. 10-cv-6950 (S.D.N.Y.) (Torres, J., Lehrburger, M.J.)

### JOINT PROPOSED PRE-TRIAL SCHEDULE

| Event | Prior Deadline(s) (ECF No. 943) | New Deadline(s) |
|---|---|---|
| Fact discovery completed | June 2, 2020 | August 17, 2020 |
| Opening expert reports, with Plaintiffs going first on all issues except Goldman's business necessity defense, for which Goldman will file the first report | July 15, 2020 | September 29, 2020 |
| Rebuttal expert reports | September 16, 2020 | December 3, 2020 |
| Reply expert reports | October 15, 2020 | January 15, 2021[1] |
| Expert depositions | Oct. 15 – Dec. 18, 2020 | Jan. 15 – Mar. 19, 2021 |
| Completion of expert discovery | Dec. 18, 2020 | March 19, 2021 |
| Opening briefs for Goldman's decert. motion, each party's summary judgment motion, and/or each party's *Daubert* motion | *Daubert*: Jan. 8, 2021<br>Decert.: Jan. 22, 2021<br>MSJ: Feb. 5, 2021 | *Daubert*: Apr. 9, 2021<br>Decert.: Apr. 23, 2021<br>MSJ: May 7, 2021 |
| Oppositions to motions | *Daubert*: March 9, 2021<br>Decert.: March 23, 2021<br>MSJ: April 6, 2021 | *Daubert*: June 8, 2021<br>Decert.: June 22, 2021<br>MSJ: July 8, 2021 |
| Replies in further support of motions | *Daubert*: April 8, 2021<br>Decert.: April 22, 2021<br>MSJ: May 6, 2021 | *Daubert*: July 8, 2021<br>Decert.: July 22, 2021<br>MSJ: August 7, 2021 |
| Pretrial order and motions in limine | 30 days after resolution of all *Daubert,* summary judgment and decert. motions | 30 days after resolution of all *Daubert,* summary judgment and decert. motions[2] |

---

[1] The parties agreed to expand the period for reply expert reports beyond what was initially provided for in ECF No. 943 solely to account for the winter holidays. If the schedule were to move again beyond the winter holidays, the parties further agree that the period for expert depositions would return to the approximately four weeks provided for in ECF No. 943.

[2] Or the next business day if the deadline falls on a weekend or a federal holiday.