**SULLIVAN & CROMWELL LLP**

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2020
```

BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

April 26, 2020

Via ECF

The Honorable Robert W. Lehrburger,
 United States District Court for the
  Southern District of New York,
   500 Pearl Street,
    New York, New York  10007-1312.

   Re:  *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et ano.*,
        No. 10 Civ. 6950 (AT) (RWL) (S.D.N.Y.)

Dear Judge Torres:

   On behalf of Defendants, I respond to Plaintiffs' letter (ECF No. 1009) and to clarify that, in the event this Court grants leave to the Employment Lawyers Association/New York ("NELA/NY") to file its 18-page amicus brief (ECF No. 1007) in support of Plaintiffs' objections to Judge Lehrburger's March 26, 2020 Order (ECF No. 1003), Defendants request a 15-page extension of the 20-page limit for their response to Plaintiffs' objections so that they may respond adequately to the issues raised by NELA/NY.  Defendants do not seek any extension of the schedule and propose to file their response on April 30. 2020, the same date that Plaintiffs' response to Defendants' conditional objections are due.  Plaintiffs recognize that Defendants are entitled to additional pages of briefing to respond to the NELA/NY brief, but seek to limit Defendants to eight additional pages in a separate brief filed on May 7, 2020.  Plaintiffs' proposal will burden the Court with an additional brief and cause unnecessary delay.

                                    Respectfully,

                                    */s/ Robert J. Giuffra, Jr.*
                                    Robert J. Giuffra, Jr.

GRANTED.  By **April 30, 2020**, Defendants shall file their response, not to exceed 35 pages.

SO ORDERED.

Dated:  April 27, 2020
        New York, New York

*[signature]*

ANALISA TORRES
United States District Judge