May 15, 2020

<u>Via ECF</u>

The Honorable Robert W. Lehrburger,
    United States District Court for the
        Southern District of New York,
           500 Pearl Street,
                New York, New York  10007-1312.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2020
```

        Re:    *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et ano.*,
                   No. 10 Civ. 6950 (AT) (RWL) (S.D.N.Y.)

Dear Judge Lehrburger:

        We write on behalf of the parties in the above-referenced case regarding the Status Conference currently set for May 21, 2020.  Pursuant to Rule I.F of the Court's Individual Practices in Civil Cases, in order to afford the parties additional time to confer and minimize or eliminate issues before appearing before the Court, the parties jointly request that the Court adjourn the Status Conference currently scheduled for May 21, 2020, and reschedule the conference for the week of May 25, subject to the Court's availability, with the Joint Status Report due on May 22.

                                             Respectfully submitted,

| <u>*/s/ Kelly M. Dermody*</u> | <u>*/s/ Ann-Elizabeth Ostrager*</u> |
|---|---|
| Adam T. Klein<br>Cara E. Greene<br>Melissa L. Stewart<br>OUTTEN & GOLDEN LLP<br>685 Third Avenue, 25th Floor<br>New York, New York  10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br><br>Paul W. Mollica<br>161 North Clark Street, Suite 4700<br>Chicago Illinois  60601<br>Telephone: (212) 809-7010<br>Facsimile: (312) 809-7011<br><br>Kelly M. Dermody (*admitted pro hac vice*)<br>Anne B. Shaver (*admitted pro hac vice*)<br>Tiseme G. Zegeye<br>LIEFF CABRASER HEIMANN &<br>    BERNSTEIN, LLP<br>275 Battery Street, 29th Floor | Robert J. Giuffra, Jr.<br>Sharon L. Nelles<br>Ann-Elizabeth Ostrager<br>Hilary M. Williams<br>Joshua S. Levy<br>Hannah Lonky Fackler<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br><br>Amanda Flug Davidoff<br>Elizabeth A. Cassady<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W. Suite 700<br>Washington, District of Columbia<br>20006-5215<br>Telephone: (202) 956-7500<br><br>Barbara B. Brown (*admitted pro hac vice*) |

| | |
|---|---|
| San Francisco, California  94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>Rachel Geman<br>250 Hudson Street, 8th Floor<br>New York, New York  10013-1413<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>*Attorneys for Plaintiffs* | Carson H. Sullivan (*admitted pro hac vice*)<br>PAUL HASTINGS LLP<br>875 15th Street, NW<br>Washington, DC  20005<br>Telephone: (202) 551-1700<br><br>Patrick W. Shea<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6405<br><br>*Attorneys for Defendants* |

The parties' request to adjourn the status conference currently scheduled for May 21, 2020 is granted. The parties shall coordinate with Deputy Clerk Shah to reschedule the May 21, 2020 status conference.

SO ORDERED:

5/16/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE