May 21, 2020

<u>Via ECF</u>

The Honorable Robert W. Lehrburger,
   United States District Court for the
      Southern District of New York,
         500 Pearl Street,
           New York, New York  10007-1312.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2020
```

      Re:    *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et ano.*,
                No. 10 Civ. 6950 (AT) (RWL) (S.D.N.Y.)

Dear Judge Lehrburger:

      Pursuant to Rule I.F of the Court's Individual Practices in Civil Cases, in order to afford the parties additional time to confer and minimize or eliminate issues before appearing before the Court, the parties jointly request that the Court adjourn the Status Conference currently scheduled for May 28, 2020, and the Joint Status Report due on May 22, 2020.  The parties have agreed to complete the conferring process by June 3, 2020, and will advise the Court thereafter if they believe a conference is needed.

                                                            Respectfully submitted,

| <u>/s/ Kelly M. Dermody</u> | <u>/s/ Ann-Elizabeth Ostrager</u> |
|---|---|
| Adam T. Klein<br>Cara E. Greene<br>Melissa L. Stewart<br>OUTTEN & GOLDEN LLP<br>685 Third Avenue, 25th Floor<br>New York, New York  10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br><br>Paul W. Mollica<br>161 North Clark Street, Suite 4700<br>Chicago Illinois  60601<br>Telephone: (212) 809-7010<br>Facsimile: (312) 809-7011<br><br>Kelly M. Dermody (*admitted pro hac vice*)<br>Anne B. Shaver (*admitted pro hac vice*)<br>Tiseme G. Zegeye<br>LIEFF CABRASER HEIMANN &<br>    BERNSTEIN, LLP<br>275 Battery Street, 29th Floor | Robert J. Giuffra, Jr.<br>Sharon L. Nelles<br>Ann-Elizabeth Ostrager<br>Hilary M. Williams<br>Joshua S. Levy<br>Hannah Lonky Fackler<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br><br>Amanda Flug Davidoff<br>Elizabeth A. Cassady<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W. Suite 700<br>Washington, District of Columbia<br>20006-5215<br>Telephone: (202) 956-7500 |

-2-

| | |
|---|---|
| San Francisco, California  94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>Rachel Geman<br>250 Hudson Street, 8th Floor<br>New York, New York  10013-1413<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>*Attorneys for Plaintiffs* | Barbara B. Brown (*admitted pro hac vice*)<br>Carson H. Sullivan (*admitted pro hac vice*)<br>PAUL HASTINGS LLP<br>875 15th Street, NW<br>Washington, DC  20005<br>Telephone: (202) 551-1700<br><br>Patrick W. Shea<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6405<br><br>*Attorneys for Defendants* |

SO ORDERED:

5/21/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE