UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; SHANNA ORLICH; ALLISON GAMBA; and MARY DE LUIS,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>　　　　　　Defendants. | Case No.: 10 Civ. 6950 (AT) (JCF)<br><br>**NOTICE OF WITHDRAWAL** |

　　　　Plaintiffs hereby give notice that Valerie Comenencia Ortiz (*pro hac vice*), who previously entered her appearance on behalf of Plaintiffs, has withdrawn as counsel and no longer represents Plaintiffs in this action.

　　　　Plaintiffs respectfully ask this Court to withdraw Ms. Comenencia Ortiz's appearances in this matter, and for such further action as the Court deems appropriate.

Dated: July 20, 2020　　　　　　By:　　*/s Kelly M. Dermody*
　　　　　　　　　　　　　　　　　　　　Kelly M. Dermody

　　　　　　　　　　　　　　　　　Kelly M. Dermody (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Anne B. Shaver (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Michael Levin-Gesundheit (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Michelle Lamy (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
　　　　　　　　　　　　　　　　　275 Battery Street, 29th Floor
　　　　　　　　　　　　　　　　　San Francisco, CA 94111-3339
　　　　　　　　　　　　　　　　　Telephone: (415) 956-1000
　　　　　　　　　　　　　　　　　Facsimile: (415) 956-1008

Rachel J. Geman
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-9592
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Adam T. Klein
Cara E. Greene
Melissa L. Stewart
Christopher M. McNerney
Michael C. Danna
Sabine Jean
Maya Jumper
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

*Class Counsel*