July 28, 2020

<u>Via ECF</u>

The Honorable Robert W. Lehrburger,
    United States District Court for the
        Southern District of New York,
           500 Pearl Street,
                New York, New York  10007-1312.

        Re:    *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et ano.*,
                   <u>No. 10 Civ. 6950 (AT) (RWL) (S.D.N.Y.)</u>

Dear Judge Lehrburger:

        Pursuant to Rule I.F of the Court's Individual Practices in Civil Cases, and as indicated in the parties July 27, 2020 Joint Status Report (ECF No. 1046), the parties have conferred and jointly submit a proposed revised pretrial schedule to the Court.

                                    Respectfully submitted,

<u>/s/ Kelly M. Dermody</u>                          <u>/s/ Ann-Elizabeth Ostrager</u>

Adam T. Klein
Cara E. Greene
Melissa L. Stewart
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York  10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

Paul W. Mollica
161 North Clark Street, Suite 4700
Chicago Illinois  60601
Telephone: (212) 809-7010
Facsimile: (312) 809-7011

Kelly M. Dermody (*admitted pro hac vice*)
Anne B. Shaver (*admitted pro hac vice*)
Tiseme G. Zegeye
LIEFF CABRASER HEIMANN &
    BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Robert J. Giuffra, Jr.
Sharon L. Nelles
Ann-Elizabeth Ostrager
Hilary M. Williams
Joshua S. Levy
Hannah Lonky Fackler
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Amanda Flug Davidoff
Elizabeth A. Cassady
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Suite 700
Washington, District of Columbia
20006-5215
Telephone: (202) 956-7500

Barbara B. Brown (*admitted pro hac vice*)
Carson H. Sullivan (*admitted pro hac vice*)
PAUL HASTINGS LLP
875 15th Street, NW

| | |
|---|---|
| Rachel Geman<br>250 Hudson Street, 8th Floor<br>New York, New York  10013-1413<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>*Attorneys for Plaintiffs* | Washington, DC  20005<br>Telephone: (202) 551-1700<br><br>Patrick W. Shea<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6405<br><br>*Attorneys for Defendants* |

## *Chen-Oster* v. *Goldman, Sachs & Co.*
## No. 10-cv-6950 (S.D.N.Y.) (Torres, J., Lehrburger, M.J.)

### JOINT PROPOSED PRE-TRIAL SCHEDULE

| Event | Prior Deadline(s) (ECF No. 1002) | New Deadline(s) |
|---|---|---|
| Fact discovery completed | August 17, 2020 | November 20, 2020 |
| Opening expert reports, with Plaintiffs going first on all issues except Goldman's business necessity defense, for which Goldman will file the first report | September 29, 2020 | January 15, 2021 |
| Rebuttal expert reports | December 3, 2020 | March 19, 2021 |
| Reply expert reports | January 15, 2021 | April 19, 2021 |
| Expert depositions | Jan. 15, 2021 – Mar. 19, 2021 | April 19, 2021 – June 21, 2021 |
| Completion of expert discovery | March 19, 2021 | June 21, 2021 |
| Opening briefs for Goldman's decert. motion, each party's summary judgment motion, and/or each party's *Daubert* motion | *Daubert*: April 9, 2021<br>Decert.: April 23, 2021<br>MSJ: May 7, 2021 | *Daubert*: July 12, 2021<br>Decert.: July 22, 2021<br>MSJ: August 9, 2021 |
| Oppositions to motions | *Daubert*: June 8, 2021<br>Decert.: June 22, 2021<br>MSJ: July 8, 2021 | *Daubert*: Sept. 10, 2021<br>Decert.: Sept. 24, 2021<br>MSJ: Oct.. 11, 2021 |
| Replies in further support of motions | *Daubert*: July 8, 2021<br>Decert.: July 22, 2021<br>MSJ: August 7, 2021 | *Daubert*: Oct. 8, 2021<br>Decert.: Oct. 25, 2021<br>MSJ: Nov. 8, 2021 |
| Pretrial order and motions in limine | 30 days after resolution of all *Daubert*, summary judgment and decert. motions | 30 days after resolution of all *Daubert*, summary judgment and decert. motions[1] |

---

[1] Or the next business day if the deadline falls on a weekend or a federal holiday.