July 28, 2020

<u>Via ECF</u>

The Honorable Robert W. Lehrburger,
   United States District Court for the
      Southern District of New York,
         500 Pearl Street,
           New York, New York 10007-1312.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2020
```

      Re:   *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et ano.*,
             No. 10 Civ. 6950 (AT) (RWL) (S.D.N.Y.)

Dear Judge Lehrburger:

      Pursuant to Rule I.F of the Court's Individual Practices in Civil Cases, and as indicated in the parties July 27, 2020 Joint Status Report (ECF No. 1046), the parties have conferred and jointly submit a proposed revised pretrial schedule to the Court.

                                                     Respectfully submitted,

| <u>/s/ Kelly M. Dermody</u> | <u>/s/ Ann-Elizabeth Ostrager</u> |
|---|---|
| Adam T. Klein | Robert J. Giuffra, Jr. |
| Cara E. Greene | Sharon L. Nelles |
| Melissa L. Stewart | Ann-Elizabeth Ostrager |
| OUTTEN & GOLDEN LLP | Hilary M. Williams |
| 685 Third Avenue, 25th Floor | Joshua S. Levy |
| New York, New York 10017 | Hannah Lonky Fackler |
| Telephone: (212) 245-1000 | SULLIVAN & CROMWELL LLP |
| Facsimile: (646) 509-2060 | 125 Broad Street |
| | New York, New York 10004 |
| Paul W. Mollica | Telephone: (212) 558-4000 |
| 161 North Clark Street, Suite 4700 | Facsimile: (212) 558-3588 |
| Chicago Illinois 60601 | |
| Telephone: (212) 809-7010 | Amanda Flug Davidoff |
| Facsimile: (312) 809-7011 | Elizabeth A. Cassady |
| | SULLIVAN & CROMWELL LLP |
| Kelly M. Dermody (*admitted pro hac vice*) | 1700 New York Avenue, N.W. Suite 700 |
| Anne B. Shaver (*admitted pro hac vice*) | Washington, District of Columbia |
| Tiseme G. Zegeye | 20006-5215 |
| LIEFF CABRASER HEIMANN & | Telephone: (202) 956-7500 |
|    BERNSTEIN, LLP | |
| 275 Battery Street, 29th Floor | Barbara B. Brown (*admitted pro hac vice*) |
| San Francisco, California 94111-3339 | Carson H. Sullivan (*admitted pro hac vice*) |
| Telephone: (415) 956-1000 | PAUL HASTINGS LLP |
| Facsimile: (415) 956-1008 | 875 15th Street, NW |

| | |
|---|---|
| Rachel Geman<br>250 Hudson Street, 8th Floor<br>New York, New York  10013-1413<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592 | Washington, DC  20005<br>Telephone: (202) 551-1700<br>Patrick W. Shea<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6405 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## *Chen-Oster* v. *Goldman, Sachs & Co.*
## No. 10-cv-6950 (S.D.N.Y.) (Torres, J., Lehrburger, M.J.)

### JOINT ~~PROPOSED~~ PRE-TRIAL SCHEDULE

| Event | Prior Deadline(s) (ECF No. 1002) | New Deadline(s) |
|---|---|---|
| Fact discovery completed | August 17, 2020 | November 20, 2020 |
| Opening expert reports, with Plaintiffs going first on all issues except Goldman's business necessity defense, for which Goldman will file the first report | September 29, 2020 | January 15, 2021 |
| Rebuttal expert reports | December 3, 2020 | March 19, 2021 |
| Reply expert reports | January 15, 2021 | April 19, 2021 |
| Expert depositions | Jan. 15, 2021 – Mar. 19, 2021 | April 19, 2021 – June 21, 2021 |
| Completion of expert discovery | March 19, 2021 | June 21, 2021 |
| Opening briefs for Goldman's decert. motion, each party's summary judgment motion, and/or each party's *Daubert* motion | *Daubert*: April 9, 2021<br>Decert.: April 23, 2021<br>MSJ: May 7, 2021 | *Daubert*: July 12, 2021<br>Decert.: July 22, 2021<br>MSJ: August 9, 2021 |
| Oppositions to motions | *Daubert*: June 8, 2021<br>Decert.: June 22, 2021<br>MSJ: July 8, 2021 | *Daubert*: Sept. 10, 2021<br>Decert.: Sept. 24, 2021<br>MSJ: Oct.. 11, 2021 |
| Replies in further support of motions | *Daubert*: July 8, 2021<br>Decert.: July 22, 2021<br>MSJ: August 7, 2021 | *Daubert*: Oct. 8, 2021<br>Decert.: Oct. 25, 2021<br>MSJ: Nov. 8, 2021 |
| Pretrial order and motions in limine | 30 days after resolution of all *Daubert*, summary judgment and decert. motions | 30 days after resolution of all *Daubert*, summary judgment and decert. motions[1] |

SO ORDERED:

7/30/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Or the next business day if the deadline falls on a weekend or a federal holiday.