# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

September 11, 2020

Via ECF

The Honorable Analisa Torres,
   United States District Court for the
      Southern District of New York,
         500 Pearl Street,
           New York, New York 10007-1312.

      Re: *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et ano.*,
          No. 10 Civ. 6950 (AT) (RWL) (S.D.N.Y.)

Dear Judge Torres:

      On behalf of Defendants, and in accordance with Rule IV.A.ii of the Court's Individual Practices in Civil Cases, I write regarding Plaintiffs' September 8, 2020 filings (ECF No. 1071) containing materials filed under seal and with redactions. Plaintiffs did not seek to confer "in advance" of filing "to narrow the scope of the request" to "file sealed or redacted materials," as required by your Honor's rules. Indiv. Prac. in Civ. Cases R. IV.A.ii. The parties are currently conferring about this issue and working to narrow the scope of any request to maintain materials under seal or with redactions. Once the parties have concluded the conferral process, Defendants will promptly file a letter with the Court justifying any remaining redactions or sealing.[1]

                               Respectfully submitted,

                                 */s/ Ann-Elizabeth Ostrager*

                                 Ann-Elizabeth Ostrager
                                 Sullivan & Cromwell LLP

cc:     All parties of record (by ECF)

---

[1] Plaintiffs publicly filed excerpts of a deposition transcript that Defendants designated "Confidential – Attorney's Eyes Only" under the March 18, 2011 Protective Order and Confidentiality Agreement (ECF No. 51) and April 11, 2019 Supplemental Protective Order (ECF No. 712), which is contrary to the designation. Defendants have requested that Plaintiffs refile a version that contain the parties' agreed-upon redactions.