```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
H. CRISTINA CHEN-OSTER, et al.,            :
                                            :  10-CV-6950 (AT) (RWL)
                    Plaintiffs,             :
                                            :  **ORDER**
        - against -                         :
                                            :
GOLDMAN, SACHS & CO., et al.,               :
                                            :
                    Defendants.             :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

For the reasons given, and as ordered, at the October 20, 2020 hearing on Defendants' application for a protective order against Plaintiffs taking the deposition of Mssrs. Solomon, Blankfein, and Cohn:

1. Plaintiffs may depose Mssrs. Blankfein and Cohn. The depositions shall be limited to three-and-a-half hours and shall be taken remotely.

2. After the depositions of Mssrs. Blankfein and Cohn are taken, the parties shall meet and confer as to whether a deposition of Mr. Solomon should go forward. If the parties cannot agree, they may raise the issue with the Court.

This resolves the motion raised at Dkt. 1080.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:      October 20, 2020
            New York, New York

Copies transmitted to all counsel of record.