```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
H. CHRISTINA CHEN-OSTER, et al.,           :
                                                                  Plaintiffs,           :    10-CV-6950 (AT) (RWL)
                              - against -           :    **ORDER**
GOLDMAN, SACHS & CO., et al.,           :
                                                   Defendants.           :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This Order resolves Defendants' sealing request made in Dkt. 1102 in regard to the letter filed at Dkt. 1095. Items 1 (the DOL report) and 2 (personally identifying information) may remain under seal. As to item 3: The estimated overall cost figures set forth in the letter at Dkt. 1095 and the supporting declarations may not remain under seal; figures for rates charged by vendors may remain under seal.

                                                                        SO ORDERED.

                                                                     _____
                                                                     ROBERT W. LEHRBURGER
                                                                     UNITED STATES MAGISTRATE JUDGE

Dated: November 11, 2020
       New York, New York

Copies transmitted this date to all counsel of record.