# Exhibit E
*Excerpted*

```
 1        UNITED STATES DISTRICT COURT
 2       SOUTHERN DISTRICT OF NEW YORK
 3          Case No. 10-cv-6950-AT-RWL
    ---------------------------------x
 4  H. CRISTINA CHEN-OSTER; SHANNA
 5  ORLICH; ALLISON GAMBA; and MARY
 6  DE LUIS,
 7                         Plaintiffs,
 8              -against-
 9  GOLDMAN, SACHS & CO. and THE
10  GOLDMAN SACHS GROUP, INC.,
11                         Defendants.
    ---------------------------------x
12     CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14            September 9, 2020
15               10:15 a.m.
16
17     Remote Videotaped Deposition of
18  EDITH COOPER, located in Greenwich,
19  Connecticut, held Via Zoom, taken on
20  behalf of Plaintiffs before DAWN MATERA,
21  a Shorthand Reporter and Notary Public of
22  the State of New York and Connecticut.
                *    *    *
23
24  JOB No. 4246733
25  PAGES 1 - 348
```

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   A P P E A R A N C E S :
 2
 3      LIEFF CABRASER HEIMANN & BERNSTEIN LLP
        Attorneys for Plaintiffs
 4          275 Battery Street, 29th Floor
 5          San Francisco, California 94111
            (415)956-1000
 6      By: KELLY M. DERMODY, ESQ.
 7          kdermody@lchb.com
 8          ANNE B. SHAVER, ESQ.
 9          ashaver@lchb.com
10          MICHELLE LAMY, ESQ.
11          mlamy@lchb.com
12
13      SULLIVAN & CROMWELL, LLP
        Attorneys for Defendants and the Witness
14          1700 New York Avenue, N.W.
15          Suite 700
16          Washington, D.C. 20006
17      By: AMANDA FLUG DAVIDOFF, ESQ.
18          davidoffa@sullcrom.com
                    -and-
19      SULLIVAN & CROMWELL, LLP
20          125 Broad Street
21          New York, New York 10004
22      By: LEILA R. SIDDIKY, ESQ.
23          siddiky@sullcrom.com
24          ANN-ELIZABETH OSTRAGER, ESQ.
25          ostragerae@sullcom.com
```

Page 2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   A P P E A R A N C E S :  (Continued)
 2
 3   Also Present:
 4       JIM WINSLOW, Videographer
 5       GENA PALUMBO, Vice President, Goldman
 6          Sachs & Co.
 7       FATEMAH SHIRZAD, Concierge for Veritext
 8                ~oOo~
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1    roles.                                               10:50:53
2        Q.    Who had the head of                        10:50:53
3    compensation role during those years                 10:51:03
4    besides Beckmann?                                    10:51:05
5        A.    I am just going to take a                  10:51:06
6    minute to think about that.  It was over             10:51:15
7    a ten-year period.  Actually it was head             10:51:17
8    of rewards, which included compensation              10:51:33
9    that directly reported to me.  And that              10:51:36
10   would have been Deborah Beckmann.  Before            10:51:39
11   that, it would have been Marguarite                  10:51:42
12   Carmody.  And I don't recall, Rich                   10:51:48
13   Stingi.  That's my recollection.                     10:51:58
14       Q.    Okay.  Thank you.  During your             10:52:06
15   time as the global head of HCM, what                 10:52:08
16   regular committees did you attend?  And              10:52:11
17   maybe we'll start with the more recent               10:52:14
18   time period, because it might be a little            10:52:16
19   easier to recall.                                    10:52:17
20       A.    I attended the management                  10:52:20
21   committee every week.  I attended the                10:52:21
22   partnership committee most months.  I                10:52:27
23   believe it met every month.  I attended              10:52:32
24   my leadership team meetings.  I attended,            10:52:40
25   in 2017, the Global Diversity Working                10:52:45
```

Page 34

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Group.  Those were the committees, the | 10:52:50 |
| 2 | standing committees that I participated | 10:52:57 |
| 3 | in. | 10:52:59 |
| 4 | Q.    And what was the purpose of the | 10:53:00 |
| 5 | management committee meeting? | 10:53:01 |
| 6 | A.    It was a meeting set forth by | 10:53:03 |
| 7 | the chairman and CEO to discuss things | 10:53:09 |
| 8 | that were occurring at the firm. | 10:53:12 |
| 9 | Q.    And who else attended that | 10:53:18 |
| 10 | meeting besides you? | 10:53:23 |
| 11 | A.    Several other leaders at the | 10:53:24 |
| 12 | firm. | 10:53:27 |
| 13 | Q.    About how many people? | 10:53:30 |
| 14 | A.    I don't recall the exact | 10:53:32 |
| 15 | number. | 10:53:33 |
| 16 | Q.    More or less than ten? | 10:53:33 |
| 17 | A.    More than ten. | 10:53:37 |
| 18 | Q.    Okay.  And were these people | 10:53:38 |
| 19 | who were division leaders across the | 10:53:45 |
| 20 | organization? | 10:53:47 |
| 21 | A.    People attended management | 10:53:48 |
| 22 | committee from a variety of different | 10:53:50 |
| 23 | roles, yes. | 10:53:52 |
| 24 | Q.    What were the roles from | 10:53:52 |
| 25 | securities division? | 10:53:57 |

Page 35

```
 1   alone with?                                           11:14:41
 2          MS. DAVIDOFF:  Objection.                      11:14:41
 3      Foundation.                                        11:14:42
 4      A.    No.  Sorry, go ahead, I jumped               11:14:42
 5   over you.                                             11:14:46
 6          MS. DAVIDOFF:  That's all right.               11:14:47
 7      She got it.                                        11:14:48
 8      Q.    Let me ask you about                         11:14:50
 9   Mr. Blankfein.  Did you have any                      11:14:58
10   conversations with him about the gender               11:15:00
11   breakdown of promotions at Goldman Sachs?             11:15:02
12      A.    As the chairman and CEO, he was              11:15:05
13   very focused on diversity.  So I really               11:15:08
14   don't recall a specific conversation.  I              11:15:11
15   would suspect that I did have                         11:15:12
16   conversations with him on the broad topic             11:15:14
17   of diversity.  Gender would be a part of              11:15:17
18   that.                                                 11:15:20
19          MS. DERMODY:  Move to strike as                11:15:20
20      nonresponsive.                                     11:15:20
21      Q.    Can you recall any specific                  11:15:21
22   conversation that you had with                        11:15:22
23   Mr. Blankfein about the gender breakdown              11:15:24
24   of promotions from vice president to                  11:15:29
25   managing director in the revenue                      11:15:31
```

Page 52

| | | |
|---|---|---|
| 1 | divisions? | 11:15:34 |
| 2 | A. Diversity was important to | 11:15:34 |
| 3 | Goldman Sachs and it was important to | 11:15:38 |
| 4 | Lloyd as the chairman and CEO. And so I | 11:15:40 |
| 5 | know and recall that there were | 11:15:44 |
| 6 | conversations about that as it pertained | 11:15:46 |
| 7 | to a number of things. And that would | 11:15:49 |
| 8 | have included, you know, various | 11:15:51 |
| 9 | breakdowns. | 11:15:55 |
| 10 | I don't recall specifically a | 11:15:56 |
| 11 | conversation related to the gender | 11:15:57 |
| 12 | breakdown in the revenue divisions, but | 11:16:00 |
| 13 | we did spend time talking about diversity | 11:16:03 |
| 14 | as a priority of the firm. | 11:16:06 |
| 15 | Q. Do you recall if you ever | 11:16:07 |
| 16 | provided Mr. Blankfein with data that | 11:16:09 |
| 17 | reflected the breakdown by gender of | 11:16:17 |
| 18 | promotions at Goldman Sachs? | 11:16:19 |
| 19 | A. I don't recall. Although the | 11:16:21 |
| 20 | specifics of the conversations and the | 11:16:25 |
| 21 | data supporting it would have been a | 11:16:27 |
| 22 | conversation that I would have had with | 11:16:29 |
| 23 | Gary, as I suggested previously. We | 11:16:32 |
| 24 | always liked to look at facts. I don't | 11:16:36 |
| 25 | recall having that conversation with | 11:16:37 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A. Okay. Go ahead. | 16:20:28 |
| 2 | Q. We marked as Exhibit 33 a | 16:20:29 |
| 3 | document which is an e-mail attaching | 16:20:32 |
| 4 | another document. The e-mail is from | 16:20:35 |
| 5 | November of 2014 from Ms. Vazquez-Ubarri | 16:20:38 |
| 6 | and it attaches another document with the | 16:20:43 |
| 7 | title Diversity Working Group, November | 16:20:45 |
| 8 | 19, 2014. | 16:20:48 |
| 9 | Do you see that? | 16:20:49 |
| 10 | A. Mmm-hmm. | 16:20:50 |
| 11 | Q. This document regarding the | 16:20:51 |
| 12 | Diversity Working Group, was this a | 16:20:56 |
| 13 | document that would have been shared with | 16:20:58 |
| 14 | Mr. Cohn? | 16:21:00 |
| 15 | A. I don't recall. | 16:21:01 |
| 16 | Q. Do you know if this would have | 16:21:04 |
| 17 | been shared with Mr. Blankfein? | 16:21:08 |
| 18 | A. I don't recall. I'm looking at | 16:21:12 |
| 19 | the to's. It doesn't appear that they | 16:21:15 |
| 20 | are copied on this. | 16:21:18 |
| 21 | Q. And when you have a chance, I'm | 16:21:24 |
| 22 | going to go to page 11 of the attachment, | 16:21:26 |
| 23 | the document attached to the e-mail? | 16:21:34 |
| 24 | A. That's 43? | 16:21:39 |
| 25 | Q. Yes, thank you. And it should | 16:21:40 |

Page 234

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | say, "What are the performance result by | 16:21:48 |
| 2 | gender?  Quartile distribution-360 | 16:21:50 |
| 3 | scores, manager quartile, manager | 16:21:53 |
| 4 | effectiveness"; do you see that? | 16:21:55 |
| 5 |     A.    Yes. | 16:21:56 |
| 6 |     Q.    And then it has under the | 16:21:57 |
| 7 | highlights, that "There are consistent | 16:21:59 |
| 8 | slight differences across 360 reviews, | 16:22:03 |
| 9 | manager quartile and manager | 16:22:06 |
| 10 | effectiveness quartile distributions by | 16:22:08 |
| 11 | gender"; do you see that? | 16:22:10 |
| 12 |     A.    Yes, I see that statement. | 16:22:12 |
| 13 |     Q.    And then down below it says in | 16:22:14 |
| 14 | revenue versus federation, that "there | 16:22:19 |
| 15 | are slightly larger differences in | 16:22:20 |
| 16 | revenue, especially for bottom | 16:22:22 |
| 17 | quartiles"; do you see that? | 16:22:24 |
| 18 |     A.    Mmm-hmm. | 16:22:25 |
| 19 |     Q.    Do you recall having | 16:22:26 |
| 20 | conversations about the historical | 16:22:29 |
| 21 | differences in performance ratings by | 16:22:31 |
| 22 | gender? | 16:22:34 |
| 23 |     A.    You know, I recall asking for | 16:22:43 |
| 24 | there to be a historical analysis because | 16:22:43 |
| 25 | it was part of our responsibility to | 16:22:47 |

Page 235

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | understand, you know, the dynamics that | 16:22:48 |
| 2 | existed in the firm across a number of | 16:22:52 |
| 3 | different dimensions. | 16:22:54 |
| 4 | So I do recall, you know, that | 16:22:55 |
| 5 | conversation specific to that.  Looking | 16:22:56 |
| 6 | at this, I don't recall any of this. | 16:23:01 |
| 7 | Q.   And do you recall deciding that | 16:23:03 |
| 8 | you needed to have some interventions to | 16:23:08 |
| 9 | try to get the differences in male and | 16:23:10 |
| 10 | female scoring to be diminished or | 16:23:13 |
| 11 | eliminated? | 16:23:16 |
| 12 | MS. DAVIDOFF:  Objection to | 16:23:19 |
| 13 | form.  Foundation. | 16:23:19 |
| 14 | A.   I can't recall based upon this | 16:23:20 |
| 15 | one page.  But the therefore, this is | 16:23:26 |
| 16 | what we should think about this | 16:23:31 |
| 17 | information, whether there was follow-up | 16:23:32 |
| 18 | rigor in terms of the breakdown of the | 16:23:34 |
| 19 | analysis, from the -- it looks like we | 16:23:37 |
| 20 | did the firmwide. | 16:23:41 |
| 21 | But then we have, on page 19, | 16:23:42 |
| 22 | which you didn't ask me to look at, but I | 16:23:45 |
| 23 | need to understand this further, because | 16:23:47 |
| 24 | to understand what was driving a | 16:23:52 |
| 25 | difference of 2 to 4 percent versus 1 to | 16:23:53 |

Page 236

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | 3 percent in the federation.  I would | 16:23:59 |
| 2 | have to dig deeper into this to figure | 16:24:01 |
| 3 | out, you know, what was driving it.  And | 16:24:02 |
| 4 | I don't recall what we did about it. | 16:24:04 |
| 5 |     Q.  Okay.  Looking at that page -- | 16:24:09 |
| 6 |     A.  And whether there was quite | 16:24:11 |
| 7 | frankly anything to do.  Not clear to me. | 16:24:12 |
| 8 | I would have to do more analysis or look | 16:24:14 |
| 9 | at more analysis. | 16:24:16 |
| 10 |     Q.  Got it.  When you see something | 16:24:19 |
| 11 | like on page 19 where you're seeing these | 16:24:21 |
| 12 | percentage differences and where men and | 16:24:24 |
| 13 | women are falling in the quartiles, with | 16:24:27 |
| 14 | men being advantaged in the upper | 16:24:31 |
| 15 | quartiles, does that raise for you a | 16:24:33 |
| 16 | question as to whether something is wrong | 16:24:38 |
| 17 | with the process that's being used? | 16:24:39 |
| 18 |     MS. DAVIDOFF:  Objection to | 16:24:43 |
| 19 |   form. | 16:24:43 |
| 20 |     A.  Did you want me to go back and | 16:24:43 |
| 21 | look at that? | 16:24:45 |
| 22 |     Q.  Sure.  I mean, you just called | 16:24:46 |
| 23 | out 19. | 16:24:49 |
| 24 |     A.  And I said I would have to go | 16:24:50 |
| 25 | look at 19.  But I can look at it if you | 16:24:52 |

Page 237

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | want me to. | 16:24:54 |
| 2 | Q.  You can stay with either -- you | 16:24:55 |
| 3 | can stay where you were or you can look | 16:24:56 |
| 4 | at 19, either one. | 16:24:58 |
| 5 | A.  So what's the question?  And go | 16:24:59 |
| 6 | ahead and ask me the question again. | 16:25:02 |
| 7 | Q.  When you see that there are | 16:25:04 |
| 8 | differences between male and female | 16:25:05 |
| 9 | scoring as are demonstrated in this | 16:25:08 |
| 10 | report, does it raise a question for you | 16:25:11 |
| 11 | as to whether there is possibly something | 16:25:13 |
| 12 | wrong with the processes that are | 16:25:15 |
| 13 | resulting in this favoring of men in the | 16:25:18 |
| 14 | upper quartiles and this favoring of | 16:25:22 |
| 15 | women, putting them in the lower | 16:25:24 |
| 16 | quartiles? | 16:25:26 |
| 17 | MS. DAVIDOFF:  Objection to | 16:25:28 |
| 18 | form.  Misstates the document. | 16:25:29 |
| 19 | A.  When we did this kind of work, | 16:25:31 |
| 20 | we did it to determine, you know, what | 16:25:32 |
| 21 | the performance results were by gender, | 16:25:37 |
| 22 | which is the title of the page. | 16:25:39 |
| 23 | You know, the next step from | 16:25:41 |
| 24 | this was to look at revenue versus | 16:25:43 |
| 25 | federation, which is what you paid | 16:25:47 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | attention to.  And the bottom quartile | 16:25:49 |
| 2 | for 4 percent and get a lot more granular | 16:25:52 |
| 3 | with it and ask the question why.  Was it | 16:25:55 |
| 4 | the individuals at this particular moment | 16:26:02 |
| 5 | of time.  Was it the division and groups | 16:26:04 |
| 6 | that they sat in.  Or were there things | 16:26:05 |
| 7 | that we needed to consider about the | 16:26:10 |
| 8 | capturing of the information. | 16:26:13 |
| 9 | So this would have led us, I | 16:26:15 |
| 10 | believe, to do more work and to do more | 16:26:17 |
| 11 | rigor.  You know, I -- my first thought | 16:26:20 |
| 12 | also was, you know, the 2 to 4 percent, I | 16:26:23 |
| 13 | just need to understand, you know, I just | 16:26:27 |
| 14 | need to understand, again, what was | 16:26:31 |
| 15 | behind that. | 16:26:31 |
| 16 | Q.   If you stick with page 11 of | 16:26:32 |
| 17 | the document, there is actually a call- | 16:26:36 |
| 18 | out text that says "Historical | 16:26:39 |
| 19 | comparison." | 16:26:42 |
| 20 | And it says:  "The trends is | 16:26:43 |
| 21 | consistent, but margins have narrowed | 16:26:44 |
| 22 | since 2007." | 16:26:46 |
| 23 | A.   Where do you see that? | 16:26:47 |
| 24 | Q.   Under the highlights. | 16:26:49 |
| 25 | A.   I got you.  "The trend is | 16:26:50 |

Page 239

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | consistent."  I hadn't read that.  "The | 16:26:52 |
| 2 | trends is consistent but margins have | 16:26:54 |
| 3 | narrowed." | 16:26:56 |
| 4 | Okay.  So what was the | 16:27:02 |
| 5 | question? | 16:27:04 |
| 6 | Q.   You had mentioned that you | 16:27:04 |
| 7 | would need to know whether this was just | 16:27:05 |
| 8 | a moment in time.  If you now look at | 16:27:07 |
| 9 | this in the context of understanding that | 16:27:09 |
| 10 | historically this is better, perhaps, | 16:27:12 |
| 11 | than it has been, there has been a | 16:27:14 |
| 12 | consistent trend like this, would that | 16:27:19 |
| 13 | raise a question for you that you need to | 16:27:21 |
| 14 | figure out whether there is something | 16:27:23 |
| 15 | that needs to be addressed with the | 16:27:25 |
| 16 | system itself? | 16:27:28 |
| 17 | MS. DAVIDOFF:  Objection to | 16:27:29 |
| 18 | form. | 16:27:30 |
| 19 | A.   It's good to see that my logic | 16:27:30 |
| 20 | train is supported by this.  It would | 16:27:34 |
| 21 | suggest that it's something that is a | 16:27:35 |
| 22 | good thing that the difference is | 16:27:43 |
| 23 | declined.  But I would need to | 16:27:44 |
| 24 | understand, again, what was driving that. | 16:27:46 |
| 25 | I don't take a 1 percent number | 16:27:52 |

Page 240

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | or 4 percent move positive on face value | 16:27:54 |
| 2 | or the opposite side.  It takes more | 16:27:57 |
| 3 | rigor and work to understand the drivers | 16:27:59 |
| 4 | of that. | 16:28:01 |
| 5 |     Q.   Is there any amount of | 16:28:02 |
| 6 | difference that you would commit to | 16:28:04 |
| 7 | having an opinion that it was concerning? | 16:28:06 |
| 8 |         MS. DAVIDOFF:  Objection to | 16:28:10 |
| 9 |   form. | 16:28:10 |
| 10 |     A.   I would say that the reason we | 16:28:14 |
| 11 | did this work was because we wanted to | 16:28:16 |
| 12 | ensure that we were on top of performance | 16:28:17 |
| 13 | results. | 16:28:21 |
| 14 |       So as I said, I would look at | 16:28:25 |
| 15 | this and I would suspect, but can't offer | 16:28:28 |
| 16 | the specifics, that the follow-up for | 16:28:31 |
| 17 | this was to, you know, drill down and | 16:28:33 |
| 18 | understand what the drivers of this | 16:28:35 |
| 19 | difference were.  So every detail on this | 16:28:38 |
| 20 | page is something that we would consider | 16:28:40 |
| 21 | to be important or we wouldn't put it on | 16:28:42 |
| 22 | the page. | 16:28:45 |
| 23 |     Q.   And do you recall what you | 16:28:46 |
| 24 | discovered to be the drivers of the | 16:28:47 |
| 25 | difference? | 16:28:48 |

Page 241

| | | |
|---|---|---|
| 1 | achieving goals.  And so it was related | 17:40:32 |
| 2 | to goals. | 17:40:38 |
| 3 |     Q.    And goals as to what aspect? | 17:40:39 |
| 4 |     A.    You know, Lloyd was focused on | 17:40:42 |
| 5 | the significance of diversity at all | 17:40:51 |
| 6 | levels.  And so he was engaged in | 17:40:53 |
| 7 | understanding the experience of diverse | 17:41:01 |
| 8 | professionals and was indicated in some | 17:41:03 |
| 9 | of the presentations that you pointed to | 17:41:06 |
| 10 | earlier, but also what we should be | 17:41:08 |
| 11 | working towards and how we should think | 17:41:13 |
| 12 | about that. | 17:41:14 |
| 13 |     Q.    And where was the difference of | 17:41:14 |
| 14 | viewpoint that you had with him around | 17:41:22 |
| 15 | the appropriate points to take steps to | 17:41:24 |
| 16 | achieve goals? | 17:41:26 |
| 17 |     A.    I didn't have a difference of | 17:41:27 |
| 18 | viewpoints because I don't think there is | 17:41:29 |
| 19 | one approach. | 17:41:31 |
| 20 |         I viewed it, I recall I viewed, | 17:41:33 |
| 21 | and actually I believe that now, that | 17:41:39 |
| 22 | they there weren't differing viewpoints. | 17:41:41 |
| 23 | It was very collaborative with the | 17:41:46 |
| 24 | ultimate goal to increase diversity at | 17:41:47 |
| 25 | every level of the firm. | 17:41:50 |

Page 291

| | | |
|---|---|---|
| 1 | Q. Can you recall an example where | 17:41:51 |
| 2 | you had an idea for a strategy and then | 17:41:53 |
| 3 | he had a different strategy on the same | 17:41:56 |
| 4 | topic? | 17:42:00 |
| 5 | A. No, I can't specifically | 17:42:01 |
| 6 | comment on any example of that. But I | 17:42:03 |
| 7 | would say that Lloyd generally, you know, | 17:42:07 |
| 8 | was one to want to discuss and | 17:42:11 |
| 9 | understand, but I can't recall a specific | 17:42:12 |
| 10 | example, no. | 17:42:18 |
| 11 | Q. Did you ever hear of any woman | 17:42:23 |
| 12 | making complaints about him? | 17:42:25 |
| 13 | MS. DAVIDOFF: Objection to | 17:42:32 |
| 14 | form. | 17:42:33 |
| 15 | A. No. | 17:42:33 |
| 16 | Q. Did you ever discuss with him | 17:42:38 |
| 17 | his treatment of any woman? | 17:42:39 |
| 18 | A. No. | 17:42:41 |
| 19 | Q. And for Mr. Solomon, did you | 17:42:48 |
| 20 | ever suggest anyone to avoid talking to | 17:42:53 |
| 21 | him about gender issues? | 17:42:58 |
| 22 | A. I don't recall, no. I don't | 17:42:59 |
| 23 | recall doing that. | 17:43:04 |
| 24 | Q. Did you ever suggest anyone to | 17:43:07 |
| 25 | avoid raising with him pay equity issues? | 17:43:11 |

Page 292

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.    I don't recall, no. | 17:43:14 |
| 2 | Q.    Were there any diversity- | 17:43:16 |
| 3 | related topics that you discouraged | 17:43:20 |
| 4 | anyone from raising with Mr. Solomon? | 17:43:22 |
| 5 | A.    No. | 17:43:24 |
| 6 | Q.    Were there any recommendations | 17:43:30 |
| 7 | you made about improving gender equity at | 17:43:33 |
| 8 | Goldman Sachs that Mr. Solomon did not | 17:43:37 |
| 9 | support? | 17:43:39 |
| 10 | A.    I don't recall any specifically | 17:43:39 |
| 11 | that he didn't support. | 17:43:57 |
| 12 | I recall that my interactions | 17:43:59 |
| 13 | with David were grounded in the | 17:44:01 |
| 14 | understanding of the experience of | 17:44:04 |
| 15 | diverse professionals of the firm, a | 17:44:12 |
| 16 | consideration of the data and steps that | 17:44:14 |
| 17 | we should consider taking. | 17:44:17 |
| 18 | I don't actually recall that | 17:44:21 |
| 19 | there were any things that were | 17:44:25 |
| 20 | contentious on any of those topics. | 17:44:32 |
| 21 | Q.    Do you recall ever -- | 17:44:34 |
| 22 | A.    There is one thing, actually. | 17:44:37 |
| 23 | I actually -- there is one thing.  And | 17:44:38 |
| 24 | that is that David -- and you can include | 17:44:43 |
| 25 | this with others, felt very strongly | 17:44:45 |

Veritext Legal Solutions
866 299-5127

```
 1              CERTIFICATION
 2
 3         I, DAWN MATERA, a Notary Public for
 4    and within the State of New York, do hereby
 5    certify:
 6         That the witness whose testimony as
 7    herein set forth, was duly sworn by me; and
 8    that the within transcript is a true record of
 9    the testimony given by said witness.
10         I further certify that I am not
11    related to any of the parties to this action
12    by blood or marriage, and that I am in no way
13    interested in the outcome of this matter.
14         IN WITNESS WHEREOF, I have hereunto
15    set my hand this 14th day of  September, 2020.
16
17
18         [signature: Dawn Matera]
19
20         DAWN MATERA
21
22
23
24
25
```