# Exhibit G
## *Excerpted*

```
1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
2                 NO. 10-cv-6950-AT-RWL
3     X----------------------------X
      H. CHRISTINA CHEN-OSTER,    : CIVIL ACTION
4     SHANNA ORLICH; ALLISON      : DEPOSITION OF:
      GAMBA; and MARY DE LUIS,    :
5                                 :
                   Plaintiffs,    :
6                                 : EDITH A. HUNT
          vs.                     :
7                                 :
      GOLDMAN, SACHS & CO. and    :
8     THE GOLDMAN SACHS GROUP,    :
      INC.,                       :
9                                 :
                   Defendants.    :
10                                :
      X----------------------------X
11
12    C O M P U T E R I Z E D   T R A N S C R I P T
      of the stenographic notes of the proceedings in
13    the above-entitled matter as taken by and before
      MELISSA J. LUMI, a Certified Court Reporter, No.
14    30X100237000, and Notary Public of the State of
      New Jersey, taken remotely, on September 30, 2020
15    commencing at 10:15 in the forenoon.
16
17
18
19
20
21
22
23
24    Job no. 4273283
25    Pages 1 - 221
```

Veritext Legal Solutions
866 299-5127

```
 1     A P P E A R A N C E S :

 2

 3     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
       BY:   MICHELLE A. LAMY, ESQ
 4           ANNE B. SHAFER, ESQ.
             275 Battery Street - 29th Floor
 5           San Francisco, California  94111
       Attorneys for the Plaintiffs.

 6

 7

       SULLIVAN & CROMWELL, LLP
 8     BY:   AMANDA FLUG DAVIDOFF, ESQ.
             LEILA R. SIDDIKY, ESQ.
 9           1700 New York Avenue N.W. - Suite 700
             Washington, D.C.  20006
10     Attorneys for the Defendants.

11

12     ALSO PRESENT:
             Jim Roberts - Videotape Specialist
13           Gena Palumbo, Esq. - Goldman Sachs

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

1   process, based on recommendations that come up

2   and get reviewed by a committee, were the topic

3   of many career development panels that were held

4   by divisions across the firm to help demystify

5   the process so that people could understand how

6   the processes worked and therefore lend an heir

7   of credibility to them, but those were not

8   conversations that I was personally involved in.

9        Q.    I'm asking specifically about the

10  human capital management review with respect to

11  gender.  Was that something that was made known

12  to employees?

13            MS. DAVIDOFF:  Objection to form.

14       A.    I do not know.

15       Q.    We've discussed a little bit

16  conversations you've had with Lloyd Blankfein

17  regarding People survey.  More broadly speaking,

18  though, how involved was Mr. Blankfein with

19  respect to diversity efforts at Goldman Sachs?

20            MS. DAVIDOFF:  Objection to form.

21  Vague.

22       A.    And also I did not -- one of your

23  words, how involved was Lloyd Blankfein in

24  diversity what to the form?

25       Q.    Efforts.

```
 1              A.    I would say Lloyd was very

 2     involved with diversity efforts.  I would

 3     describe him as a champion.

 4                   (Court reporter clarification.)

 5              A.    A champion.

 6              Q.    And what would that description be

 7     based on?

 8              A.    The pattern of communication from

 9     the executive office, the number of times Lloyd

10     would appear in front of different diverse groups

11     as part of, you know, affinity network meetings,

12     he helped us launch the firm wide network, the

13     firm wide women's network, he helped launch the

14     women's network within fixed income currencies

15     and commodities, and a general egalitarian

16     fairness-minded individual.  As someone who came

17     from an underprivileged background himself, he

18     really embraced all concepts for diversity.

19              Q.    Did you and Mr. Blankfein ever

20     discuss how women performed compared to men in

21     the 360 review?

22              A.    We did not.

23              Q.    Do you know whether Mr. Kennedy

24     ever had that conversation with Mr. Blankfein?

25              A.    I do not.
```

Page 170

1    being presented.

2              I don't recall that I specifically

3    had a personal conversation with Lloyd about it,

4    but I think the cross-ruffing process is one

5    where we really took extra steps to ensure that

6    there was gender equality involved in the process

7    and I'm sure that he would have been very much

8    aware of that and very much interested in

9    results.

10        Q.    Did you ever have conversations

11   with Mr. Blankfein about a gender pay gap at

12   Goldman Sachs?

13              MS. DAVIDOFF:  Objection.

14   Foundation.

15        A.    I did not.

16        Q.    Do you know if Mr. Kennedy had a

17   conversation with Mr. Blankfein about a gender

18   pay gap at Goldman Sachs?

19              MS. DAVIDOFF:  Objection to form.

20        A.    I do not.

21        Q.    Are you aware of any

22   recommendations made to Mr. Blankfein about

23   diversity that he did not support?

24        A.    Not that I recall.

25        Q.    How involved was David Solomon

Page 172

1    with diversity efforts at Goldman Sachs?

2         A.     During the era when I was

3    responsible for all of the human resources

4    activities of the fixed income currencies and

5    commodities division, David was very actively

6    involved in the initiatives.

7         Q.     Was Mr. Solomon involved on

8    diversity issues while you were head of GLD?

9         A.     I don't exactly have a tracking of

10   David Solomon's career in my mind, but at one

11   point he became co-head or head of IBD, the

12   investment banking division.  The fact that there

13   was the presentation on diversity to the

14   investors banking division operating committee,

15   generally those things happened because they're

16   requested by someone.  So I would surmise that

17   that was something that was produced at David's

18   request.

19              David was very involved in the

20   recruiting activities for the firm and he was

21   actually the head of the firm wide recruiting

22   committee.

23        Q.     Did you ever meet directly with

24   Mr. Solomon regarding diversity issues?

25             A.     I would have met with David

Page 173

1    Solomon during the divisional business plan

2    review for the investment banking division, if,

3    in fact, he were a division head at that time.

4         Q.    Other than through the business

5    plan review, do you recall meeting with Mr.

6    Solomon regarding diversity issues?

7         A.    I don't specifically recall.

8         Q.    Do you know whether Mr. Kennedy

9    met with him regarding diversity issues?

10        A.    I don't know.

11        Q.    Did you ever have a conversation

12   with Mr. Solomon about how women performed

13   compared to men in the 360 review?

14        A.    No.

15        Q.    What about the manager quartile?

16        A.    No.

17        Q.    What about a gender pay gap at

18   Goldman Sachs?

19        A.    No.

20        Q.    Do you know whether Mr. Kennedy

21   had conversations with Mr. Solomon on any of

22   these issues?

23        A.    I do not.

24        Q.    Are there any recommendations that

25   GLD made that Mr. Solomon did not support?

Page 174

```
1              A.      Not that I am aware.

2              Q.      How involved was Gary Cohn with

3      diversity efforts at Goldman Sachs?

4              A.      I'm sorry.  I didn't hear the

5      beginning of that question.

6              Q.      How involved was Gary Cohn with

7      diversity efforts at Goldman Sachs?

8              A.      I would say that Gary was also a

9      champion.

10             Q.      How often did you meet with Mr.

11     Cohn regarding diversity issues?

12             A.      Specifically one-on-one with him

13     for diversity issues, I don't recall, but it was

14     not often.

15                     David was a big proponent of the

16     firm wide black network, and he met very often

17     with leaders of that affinity group and members

18     of that affinity group.

19             Q.      So you mentioned David just now,

20     but to be clear, I'm asking about Gary Cohn.  Is

21     your answer the same?

22             A.      Which answer are you referring to?

23             Q.      How often did you meet with Mr.

24     Cohn regarding diversity issues?

25             A.      Infrequently, if ever.
```

Page 175

```
 1    the U.S.

 2           Q.     Do you know who Jay Michael Evans

 3    is?

 4           A.     Yes.

 5           Q.     Do you recall Mr. Evans role with

 6    respect to diversity efforts at Goldman Sachs?

 7           A.     You know, I seem to recall him as

 8    fairly proactive, but I could not identify

 9    specific things that he did like I was able to do

10    for some of the other people we've discussed, but

11    Mike was generally highly attune to human capital

12    issues.

13           Q.     We've discussed Mr. Paulson.  Do

14    you recall who that is?

15           A.     I'm sorry.  I didn't hear the

16    name.

17           Q.     Hank Paulson.

18           A.     Oh, Hank Paulson.  Yes.  I know

19    him.

20           Q.     Would you say that Mr. Paulson was

21    actively involved in diversity efforts at Goldman

22    Sachs?

23           A.     Yes.

24           Q.     Did he receive reports from you

25    about diversity efforts at Goldman Sachs?
```

Page 195

1   diversity at Goldman Sachs.  Do you recall that?

2           A.     I do.

3           Q.     Did Mr. Cohn have a unique role

4   within the firm in terms of monitoring or

5   advancing diversity efforts?

6                  MS. DAVIDOFF:  Objection to form.

7           A.     One, he was president of the firm,

8   so I think by definition he had a particular role

9   in advancing diversity issues at the firm.  I

10  know for a time he was the management committee

11  sponsor for the firm wide black network, so I

12  know he had a specific role there.  He might have

13  had other roles as well that I don't recall at

14  the time.

15                 I do recall a time early in fixed

16  income when I was still there and he was one of

17  the heads of fixed income division, we would have

18  summer interns come to the firm and we always had

19  a substantial portion of black and Latino interns

20  as part of building our pipeline and we would

21  have an general orientation and we would have a

22  specific orientation with our underrepresented

23  minorities and Gary would come and I remember one

24  time he said, I am here this summer, I am in town

25  all week, my family is out in the Hamptons, that

1    means four nights a week I am available for

2    dinner, so please, get yourselves together in

3    small groups and get on my calendar because I

4    want to have dinner with you.

5              Now, for a very senior management

6    committee person at that point in time to extend

7    that general open invitation to a group of

8    analysts and associates who are summer interns I

9    think speaks to the kind of commitment that he

10   was sharing way in advance of the 2001 diversity

11   task force.

12        Q.    You also testified that Mr.

13   Blankfein was a champion of diversity at Goldman

14   Sachs.  Do you recall that?

15        A.    I do.

16        Q.    Did Mr. Blankfein have a unique

17   role within the firm in terms of monitoring or

18   advancing diversity efforts?

19              MS. DAVIDOFF:  Objection to form.

20        A.    Well, he did lead the 2001

21   diversity task force, and therefore, as he

22   continued to take on more and more senior

23   leadership roles in the firm, he personally

24   embraced them, and he was the one who developed

25   the idea for a 2006 diversity task force shortly

Page 199

```
 1              C E R T I F I C A T E

 2

 3

 4              I, MELISSA LUMI, a Certified Court

 5     Reporter and Notary Public of the State of New

 6     Jersey certify that the foregoing is a true and

 7     accurate Computerized Transcript of the

 8     Deposition of Edith Hunt, who was first duly

 9     sworn by me.

10

11              I further certify that I am

12     neither attorney, of counsel for, nor related to

13     or employed by any of the parties to the action

14     in which the Depositions are taken, and further

15     that I am not a relative or employee of any

16     attorney or counsel employed in this case, nor am

17     I financially interested in the action.

18     Dated: October 1, 2020

19

20

21              MELISSA LUMI, C.C.R.

22

23

24

25

                                        Page 221
```