# Exhibit Q



INTERNAL USE ONLY – CONFIDENTIAL

## Women's Leadership Camp Fireside Chat

| | |
|---|---|
| Event: | Women's Leadership Camp Fireside Chat |
| Format: | Fireside chat with Lloyd Blankfein moderated by Sarah Smith<br>~20 minutes of prepared Q&A moderated by Sarah Smith<br>~10 minutes of questions from the audience |
| Date: | Thursday March 23, 2017 |
| Time: | 9:30 am – 10:00 am |
| Location: | 30 Hudson, 6th Floor Auditorium |
| Attendees: | 210 undergraduate freshman and sophomore Women (122 in NY and 88 in SLC) |
| Run of Show: | 9:20am: The A/V technician will set up a lavaliere mic for both Lloyd and Sarah; VC will connect to the SLC office<br>9:25am: Lloyd and Sarah will be introduced<br>9:30am: Lloyd and Sarah will be invited onto the stage |
| Contact: | Kalima Mayo-Perez \| 917-667-4414 \| kalima.mayo-perez@gs.com |

### Notes:
- This will be a closed event; no media and no transcript/recording
- Photos may be taken for company archiving purposes

### Program Overview:
Our undergraduate diversity cornerstones are interactive programs for undergraduate freshman and sophomore students designed to provide exposure to the numerous career paths available in the financial services industry. Participants will enjoy skill-building workshops, group activities and networking opportunities with professionals at the firm. This year diversity recruiting is hosting a Women's Leadership Camp, Pride Summit, and Undergraduate Camp on-site at our offices and Insight Series as a virtual program.

### Attendee Demographics:
*Women's Leadership Camp – 210 students across NYC/SLC*
- *Average GPA: 3.69*
- *100% women*
- *43% Asian | 15% Black | 12% Hispanic/Latino | 24% White*
- *32% freshmen | 68% sophomores*
- *20% first generation college students*
- *104 unique colleges/universities represented*



INTERNAL USE ONLY – CONFIDENTIAL

**Suggested Questions:**

1. Your background represents a collection of stories – from Brooklyn to Harvard, history major, lawyer, trader and now CEO of Goldman Sachs. Can you take us through your journey and how you navigated each chapter? Was Goldman always in your plan?

2. There is a lot going on in the world that is affecting the markets, how, in your seat, do you try to make sense of it all and help advise your clients on what to do?

3. You have been at the firm for almost 35 years; what about that the firm has kept you here and how do you compare it now vs when you first started?

4. Students have more options than ever when it comes to starting a career – how would you today think through whether to join a bank or a tech company or a start-up firm?

5. During your time as CEO, the firm has taken a stand on a number of important social issues including LGBT rights, racial tensions and the recent immigration discussion. Why do you feel it's important to take a public stance on these topics?

6. Diversity is an important topic for all organizations. Why do you believe having a diverse workforce is so important? And, what does it mean for someone to bring their "whole self" to work?

7. What advice would you share with this audience of students as they think about building a successful career?

8. <u>Lightning Round:</u>
   - TV, phone or newspaper for the news
   - Text, e-mail or call
   - Coffee or tea
   - First job you ever had
   - Last movie you saw
   - Book you're currently reading
   - Favorite hobby
   - Favorite U.S. city (Other than New York City)
   - What are you most proud of

Confidential       GS0600431