November 23, 2020

<u>Via ECF</u>

The Honorable Robert W. Lehrburger,
   United States District Court for the
      Southern District of New York,
         500 Pearl Street,
           New York, New York  10007-1312.

        Re:   *Chen-Oster, et al*. v. *Goldman, Sachs & Co., et ano*.
              <u>No. 10 Civ. 6950 (AT) (RWL) (S.D.N.Y.)</u>

Dear Judge Lehrburger:

        Pursuant to Rule I.A of Your Honor's Individual Practices, the parties jointly submit an errata sheet detailing proposed corrections to the transcript of the October 20, 2020 conference.

                                  Respectfully submitted,

| <u>/s/ Kelly M. Dermody</u> | <u>/s/ Ann-Elizabeth Ostrager</u> |
|---|---|
| Adam T. Klein | Robert J. Giuffra, Jr. |
| Cara E. Greene | Sharon L. Nelles |
| Melissa L. Stewart | Ann-Elizabeth Ostrager |
| OUTTEN & GOLDEN LLP | Hilary M. Williams |
| 685 Third Avenue, 25th Floor | Joshua S. Levy |
| New York, New York  10017 | SULLIVAN & CROMWELL LLP |
| Telephone: (212) 245-1000 | 125 Broad Street |
| Facsimile: (646) 509-2060 | New York, New York  10004 |
| | Telephone: (212) 558-4000 |
| Paul W. Mollica | Facsimile: (212) 558-3588 |
| 161 North Clark Street, Suite 4700 | |
| Chicago Illinois  60601 | Amanda Flug Davidoff |
| Telephone: (212) 809-7010 | Elizabeth A. Cassady |
| Facsimile: (312) 809-7011 | SULLIVAN & CROMWELL LLP |
| | 1700 New York Avenue, N.W. Suite 700 |
| | Washington, District of Columbia |
| | 20006-5215 |
| | Telephone: (202) 956-7500 |

| | |
|---|---|
| Kelly M. Dermody (*admitted pro hac vice*)<br>Anne B. Shaver (*admitted pro hac vice*)<br>Tiseme G. Zegeye<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California  94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>Rachel Geman<br>250 Hudson Street, 8th Floor<br>New York, New York  10013-1413<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592 | Barbara B. Brown (*admitted pro hac vice*)<br>Carson H. Sullivan (*admitted pro hac vice*)<br>PAUL HASTINGS LLP<br>875 15th Street, NW<br>Washington, DC  20005<br>Telephone: (202) 551-1700<br><br>Patrick W. Shea<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6405 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |