USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020

November 23, 2020

Via ECF

The Honorable Robert W. Lehrburger,
   United States District Court for the
      Southern District of New York,
         500 Pearl Street,
           New York, New York  10007-1312.

            Re:   *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et ano*.
                   No. 10 Civ. 6950 (AT) (RWL) (S.D.N.Y.)

Dear Judge Lehrburger:

      Pursuant to Rule I.A of Your Honor's Individual Practices, the parties jointly submit an errata sheet detailing proposed corrections to the transcript of the October 20, 2020 conference.

                                            Respectfully submitted,

| */s/ Kelly M. Dermody* | */s/ Ann-Elizabeth Ostrager* |
|---|---|
| Adam T. Klein | Robert J. Giuffra, Jr. |
| Cara E. Greene | Sharon L. Nelles |
| Melissa L. Stewart | Ann-Elizabeth Ostrager |
| OUTTEN & GOLDEN LLP | Hilary M. Williams |
| 685 Third Avenue, 25th Floor | Joshua S. Levy |
| New York, New York  10017 | SULLIVAN & CROMWELL LLP |
| Telephone: (212) 245-1000 | 125 Broad Street |
| Facsimile: (646) 509-2060 | New York, New York  10004 |
| | Telephone: (212) 558-4000 |
| Paul W. Mollica | Facsimile: (212) 558-3588 |
| 161 North Clark Street, Suite 4700 | |
| Chicago Illinois  60601 | Amanda Flug Davidoff |
| Telephone: (212) 809-7010 | Elizabeth A. Cassady |
| Facsimile: (312) 809-7011 | SULLIVAN & CROMWELL LLP |
| | 1700 New York Avenue, N.W. Suite 700 |
| | Washington, District of Columbia  20006-5215 |
| | Telephone: (202) 956-7500 |

-2-

| | |
|---|---|
| Kelly M. Dermody (*admitted pro hac vice*) | Barbara B. Brown (*admitted pro hac vice*) |
| Anne B. Shaver (*admitted pro hac vice*) | Carson H. Sullivan (*admitted pro hac vice*) |
| Tiseme G. Zegeye | PAUL HASTINGS LLP |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | 875 15th Street, NW |
| 275 Battery Street, 29th Floor | Washington, DC 20005 |
| San Francisco, California 94111-3339 | Telephone: (202) 551-1700 |
| Telephone: (415) 956-1000 | |
| Facsimile: (415) 956-1008 | Patrick W. Shea |
| | PAUL HASTINGS LLP |
| Rachel Geman | 200 Park Avenue |
| 250 Hudson Street, 8th Floor | New York, NY 10166 |
| New York, New York 10013-1413 | Telephone: (212) 318-6405 |
| Telephone: (212) 355-9500 | |
| Facsimile: (212) 355-9592 | |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED:

11/24/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

# ERRATA SHEET
*Chen-Oster* v. *Goldman, Sachs & Co*, No. 10-cv-6950
Transcript of October 20, 2020 Status Conference
Before The Honorable Robert W. Lehrburger

| Page | Line(s) | | |
|---|---|---|---|
| 1 | Appearances | Change: "Ann Shaver" to "Anne Shaver" | |
| | | Reason: Transcription error. | |
| 3 | 22 | Change: "principle" to "principal" | |
| | | Reason: Transcription error. | |
| 4 | 9 | Change: "there" to "their" | |
| | | Reason: Transcription error. | |
| 5 | 17 | Change: "Vasquez-Nubari (phonetic)" to "Vazquez-Ubarri" | |
| | | Reason: Transcription error. | |
| 5 | 20 | Change: "2007" to "2017" | |
| | | Reason: Transcription error. | |
| 5 | 25 | Change: "cross (indiscernible)" to "cross-ruffing" | |
| | | Reason: Transcription error. | |
| 6 | 5 | Change: "shared" to "chaired" | |
| | | Reason: Transcription error. | |
| 6 | 17 | Change: "in" to "no" | |
| | | Reasons: Transcription error. | |
| 7 | 4 | Change: "Vasquez-Nubari" to "Vazquez-Ubarri" | |
| | | Reason: Transcription error. | |
| 9 | 17 | Change: "deponents" to "depositions" | |
| | | Reason: Transcription error. | |

| Page | Line(s) | | |
|---|---|---|---|
| 9 | 21 | Change: "Landsman" to "Landman" | |
| | | Reason: Transcription error. | |
| 10 | 9 | Change: "merits" to "depositions" | |
| | | Reason: Transcription error. | |
| 11 | 7 | Change: "managed report filing" to "manager quartiling" | |
| | | Reason: Transcription error. | |
| 11 | 24 | Change: "relevance" to "relevant" | |
| | | Reason: Transcription error. | |
| 12 | 6 | Change: "without" to "within" | |
| | | Reason: Transcription error. | |
| 12 | 7 | Change: "discussion" to "discussed" | |
| | | Reason: Transcription error. | |
| 13 | 6 | Change: "Landsman" to "Landman" | |
| | | Reason: Transcription error. | |
| 14 | 20-21 | Change: "to (indiscernible)" to "through statistics" | |
| | | Reason: Transcription error. | |
| 15 | 3 | Change: "core trialing" to "quartiling" | |
| | | Reason: Transcription error. | |
| 16 | 6 | Change: "we sought offers" to "was sought from offered" | |
| | | Reason: Transcription error. | |
| 17 | 19-21 | Change: "we did not believe that the three processes had an adverse impact on women" to "quote "we did not believe that the three processes had an adverse impact on women""  | |
| | | Reason: Transcription error. | |

*Page   Line(s)*

| | | |
|---|---|---|
| 18 | 7 | Change: "any unique" to "any unique knowledge" |
| | | Reason: Transcription error. |
| 19 | 5 | Change: "deposition" to "depositions" |
| | | Reason: Transcription error. |
| 19 | 10 | Change: "employed" to "employed by" |
| | | Reason: Transcription error. |
| 19 | 25 | Change: "205" to "2005" |
| | | Reason: Transcription error. |
| 20 | 18 | Change "this" to "the" |
| | | Reason: Transcription error. |
| 21 | 10 | Change: "And noted" to "And it's noted" |
| | | Reason: Transcription error. |
| 23 | 11 | Change: "deposition" to "depositions" |
| | | Reason: Transcription error. |
| 24 | 13 | Change: "challenge" to "challenged" |
| | | Reason: Transcription error. |
| 25 | 8 | Change: "Rules" to "Rule" |
| | | Reason: Transcription error. |
| 26 | 6-7 | Change: "deposition because" to "deposition, and, because" |
| | | Reason: Transcription error. |
| 26 | 7-8 | Change: "or intention" to "are in tension" |
| | | Reason: Transcription error. |

| Page | Line(s) | | |
|---|---|---|---|
| 26 | 8 | Change: "discovery is" to "discovery, it is" | |
| | | Reason: Transcription error. | |
| 26 | 15 | Change: "to make" to "unique" | |
| | | Reason: Transcription error. | |
| 26 | 16 | Change: "before closing" to "for foreclosing" | |
| | | Reason: Transcription error. | |
| 26 | 17 | Change: "discovery." to "discovery.'" | |
| | | Reason: Transcription error. | |
| 26 | 18 | Change: "subject" to "quote, "subject" | |
| | | Reason: Transcription error. | |
| 27 | 20-21 | Change: "they (indiscernible)" to "favors broad" | |
| | | Reason: Transcription error. | |
| 28 | 9 | Change: "challenge" to "challenged" | |
| | | Reason: Transcription error. | |
| 28 | 14 | Change: "committee" to "committees" | |
| | | Reason: Transcription error. | |
| 28 | 14 | Change: "some of the" to "some of them" | |
| | | Reason: Transcription error. | |
| 30 | 11 | Change: "defendant's" to "defendants'" | |
| | | Reason: Transcription error. | |
| 30 | 19 | Change: "reps" to "parties" | |
| | | Reason: Transcription error. | |

| Page | Line(s) | | |
|------|---------|---|---|
| 31 | 5 | Delete: "issue," | |
| | | Reason: Transcription error. | |
| 32 | 3 | Change: "talking" to "talking in" | |
| | | Reason: Transcription error. | |
| 32 | 22 | Change: "appreciate," to "appreciate that, but that" | |
| | | Reason: Transcription error. | |
| 35 | 15 | Change: "were'" to "we're" | |
| | | Reason: Transcription error. | |
| 36 | 4 | Change: "indifferent" to "and different" | |
| | | Reason: Transcription error. | |
| 36 | 8 | Change: "Vasquez-Nubari" to "Vazquez-Ubarri" | |
| | | Reason: Transcription error. | |
| 36 | 14-15 | Change: "Vasquez-Nubari" to "Vazquez-Ubarri" | |
| | | Reason: Transcription error. | |
| 36 | 17 | Change: "on" to "in" | |
| | | Reason: Transcription error. | |
| 37 | 6 | Change: "Vasquez-Nubari" to "Vazquez-Ubarri" | |
| | | Reason: Transcription error. | |
| 38 | 4 | Change: "to" to "for" | |
| | | Reason: Transcription error. | |
| 38 | 6 | Change: "read" to "reed" | |
| | | Reason: Transcription error. | |

Case 1:10-cv-06950-AT-RWL Document 1189 Filed 11/23/20 Page 75 of 86

| Page | Line(s) | | |
|---|---|---|---|
| 38 | 20 | Change: "go to it" to "go for it" | |
| | | Reason: Transcription error. | |
| 41 | 4 | Change: "respect it" to "respect to it" | |
| | | Reason: Transcription error. | |
| 41 | 16 | Delete: "a" | |
| | | Reason: Transcription error. | |
| 41 | 21 | Change: "Vasquez-Nubari's" to "Vazquez-Ubarri's" | |
| | | Reason: Transcription error. | |