# EXHIBIT 4
*Excerpted*

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF NEW YORK

 3   X-------------------------------X

 4   H. CHRISTINA CHEN-OSTER,         :

 5   SHANNA ORLICH; ALLISON GAMBA;    :   NO. 10-cv-6950-AT-RWL

 6   and MARY DE LUI                  :

 7            Plaintiffs,             :

 8    vs.                             :

 9   GOLDMAN SACHS & CO. and THE      :

10   GOLDMAN SACHS GROUP, INC.,       :

11            Defendants.             :

12   X-------------------------------X

13            ATTORNEYS' EYES ONLY - CONFIDENTIAL

14

15    CIVIL ACTION VIDEOTAPED DEPOSITION OF: ERIKA IRISH BROWN

16

17         C O M P U T E R I Z E D   T R A N S C R I P T

18   of the stenographic notes of the proceedings in the

19   above-entitled matter as taken by and before Rosalie A.

20   Kramm, Certified Shorthand Reporter No. 5469, Certified

21   Realtime Reporter, taken remotely on November 13, 2020,

22   commencing at 10:06 a.m.

23

24   Job No. 4335629

25   Pages 1-165
```

Page 1

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
 1   A P P E A R A N C E S:
 2
 3   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
 4   BY:  MICHAEL LEVIN-GESUNDHEIT, ESQ.
 5        ANNE SHAVER, ESQ.
 6        JESSICA MOLDOVAN, ESQ.
 7        275 Battery Street - 29th Floor
 8        San Francisco, California 94111
 9   Attorneys for the Plaintiffs
10
11   SULLIVAN & CROMWELL, LLP
12   BY:  ANN-ELIZABETH OSTRAGER, ESQ.
13        SAMANTHA BRIGGS, ESQ.
14        LEILA R. SIDDIKY, ESQ.
15        ANN-ELIZABETH OSTRAGER, ESQ.
16        1700 New York Avenue N.W. - Suite 700
17        Washington, D.C.  20006
18    Attorneys for the Defendants
19
20   ALSO PRESENT:
21        ADAM HEFT, ESQ. - Goldman Sachs
22        DAVID HALVORSON - Videographer
23
24
25
```

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
1                        I N D E X

2    Witness:                                        Page No.

3    Erika Irish Brown

4    Examination by Mr. Levin-Gesundheit                   6

5


6                        E X H I B I T S

7    No.                Description                  Page No.

8    Exhibit 110    Global Diversity Committee            64

9                   Kickoff Meeting, 07/25/18;

10                  GS0834578 - GS0834601;

11                  (Confidential)

12   Exhibit 111    Email string; to Simler; from         72

13                  Johnson; 09/07/18; GS0584118 -

14                  GS0584126 (Confidential)

15   Exhibit 112    Diversity Dashboard; July 2018;       82

16                  GS0733300 - GS0733308;

17                  (Confidential)

18   Exhibit 113    Global Diversity Committee report;    96

19                  01/23/19; GS0796193 - GS0796224;

20                  (Confidential)

21   Exhibit 114    Email string; to Brown; from         104

22                  Ong; 09/10/18; GS0712722 -

23                  GS0712723; (Confidential)

24

25   //
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS' EYES ONLY - CONFIDENTIAL

I N D E X (continued)

| No. | Description | Page No. |
|---|---|---|
| Exhibit 115 | Goldman Sachs Purpose & Progress 2017 Environmental, Social and Government Report | 123 |
| Exhibit 116 | Diversity Talking Points; 09/17/18; (Confidential) | 133 |
| Exhibit 117 | Email string; to Brown; from Brayboy; 01/07/19; GS0796257 - GS0796259; (Confidential) | 134 |
| Exhibit 118 | Email string; to Holmes; from Brayboy; 01/09/19; GS0606237; (Confidential) | 137 |
| Exhibit 119 | "Diversity, defined in the broadest terms, is a business imperative..."; GS0606238; (Confidential) | 138 |
| Exhibit 120 | 2020 Bloomberg Gender-Equality Index Framework; | 147 |

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A. No. | 14:08:30 |
| 2 | Q. Do you know whether a presentation was made to | 14:08:39 |
| 3 | the board of directors on diversity in 2018? | 14:08:42 |
| 4 | A. So I am not under impression -- under the | 14:08:50 |
| 5 | impression that there was a presentation, a stand-alone | 14:08:55 |
| 6 | diversity presentation to the board in 2018. But I -- I | 14:09:00 |
| 7 | wasn't -- I was not here for a board presentation in | 14:09:07 |
| 8 | 2018. | 14:09:10 |
| 9 | Q. Do you know whether there was a presentation to | 14:09:12 |
| 10 | the -- let me -- stepping back. You said stand-alone. | 14:09:14 |
| 11 | Are you aware of a portion of a presentation to the board | 14:09:18 |
| 12 | in 2018 regarding diversity? | 14:09:21 |
| 13 | A. No, I wasn't trying to be tricky with my words. | 14:09:24 |
| 14 | I'm just saying I don't -- I am not aware of a diversity | 14:09:29 |
| 15 | presentation to the board in 2018, but anytime I'm | 14:09:31 |
| 16 | speaking about a period of time that I wasn't at the | 14:09:34 |
| 17 | firm, it -- it doesn't give me comfort, right, because | 14:09:36 |
| 18 | I'm speculating. | 14:09:41 |
| 19 | Q. Understood. You were there the second half of | 14:09:43 |
| 20 | 2018. | 14:09:45 |
| 21 | Do you know whether there was a presentation to | 14:09:47 |
| 22 | the board on diversity in 2019? | 14:09:49 |
| 23 | A. Yes, there was. | 14:09:52 |
| 24 | Q. Do you know what month it occurred? | 14:09:53 |
| 25 | A. In June. | 14:09:55 |

Page 110

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q. Did you contribute to the presentation in any | 14:09:59 |
| 2 | way? | 14:10:00 |
| 3 | A. Uh-huh. | 14:10:02 |
| 4 | Q. How so? | 14:10:03 |
| 5 | A. I helped give information on the work that we | 14:10:05 |
| 6 | were doing. | 14:10:11 |
| 7 | Q. Did you create a slide deck? | 14:10:11 |
| 8 | A. There was a slide deck created. I did not | 14:10:15 |
| 9 | personally create it, no. | 14:10:17 |
| 10 | Q. Were you present -- were you present for the | 14:10:20 |
| 11 | presentation? | 14:10:23 |
| 12 | A. I was not. | 14:10:24 |
| 13 | Q. Do you know who would have access to the slide | 14:10:29 |
| 14 | deck? | 14:10:30 |
| 15 | A. I'm sure -- yeah, I mean I -- I think, you | 14:10:39 |
| 16 | know, it would be -- the head of HR's chief of staff at | 14:10:42 |
| 17 | the time was the person that, like, held the pen, so to | 14:10:54 |
| 18 | speak. | 14:10:58 |
| 19 | Q. Who was that? | 14:10:59 |
| 20 | A. Shekhinah Bass. | 14:11:01 |
| 21 | Q. Does Ms. Bass still work at Goldman Sachs? | 14:11:03 |
| 22 | A. She's on parental leave right now, but, yes. | 14:11:06 |
| 23 | Q. Who else would have access to that | 14:11:10 |
| 24 | presentation? Would it be in your files? | 14:11:11 |
| 25 | A. Yeah. I -- I could definitely find it. | 14:11:15 |

Page 111

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   Who gave the presentation to the board? | 14:11:18 |
| 2 | A.   Our CEO. | 14:11:23 |
| 3 | Q.   David Solomon? | 14:11:27 |
| 4 | A.   Yes. | 14:11:28 |
| 5 | Q.   Did you meet with David Solomon to prepare him | 14:11:29 |
| 6 | for the presentation? | 14:11:34 |
| 7 | A.   No, I did not. | 14:11:36 |
| 8 | Q.   Did you have any conversations with David | 14:11:38 |
| 9 | Solomon about the presentation? | 14:11:40 |
| 10 | A.   I don't think we had any direct conversations | 14:11:53 |
| 11 | about that presentation. | 14:11:56 |
| 12 | Q.   Did you correspond with him via email about the | 14:12:01 |
| 13 | presentation? | 14:12:04 |
| 14 | A.   No. | 14:12:06 |
| 15 | Q.   Did you -- do you recall any conversations with | 14:12:09 |
| 16 | David Solomon close in time to the presentation? | 14:12:11 |
| 17 | A.   The main -- the main conversations with David | 14:12:18 |
| 18 | occurred with the head of HR. | 14:12:22 |
| 19 | Q.   Were you a party to those conversations? | 14:12:27 |
| 20 | A.   No. | 14:12:29 |
| 21 | Q.   Do you recall meeting with David Solomon at any | 14:12:36 |
| 22 | time in 2019 prior to the June board of directors | 14:12:39 |
| 23 | meeting? | 14:12:44 |
| 24 | A.   I -- let's see.  I believe I was in one | 14:13:12 |
| 25 | meeting.  I -- I -- I really don't recall. | 14:13:25 |

Veritext Legal Solutions
866 299-5127

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q. Do you know when that meeting was? | 14:13:31 |
| 2 | A. No, I don't. | 14:13:33 |
| 3 | Q. Do you recall the topic of the meeting? | 14:13:35 |
| 4 | A. I -- I don't. | 14:13:40 |
| 5 | Q. Do you recall whether that meeting was before | 14:13:44 |
| 6 | or after Easter? | 14:13:48 |
| 7 | A. I don't recall, no. | 14:13:51 |
| 8 | Q. Do you recall any phone conversations with | 14:13:56 |
| 9 | David Solomon -- | 14:13:58 |
| 10 | A. No. | 14:14:00 |
| 11 | Q. -- in 2019 prior to the meeting? | 14:14:00 |
| 12 | A. No. | 14:14:02 |
| 13 | Q. Do you recall any conference calls in which | 14:14:10 |
| 14 | both you and David Solomon participated prior to the | 14:14:12 |
| 15 | meeting in 2019? | 14:14:17 |
| 16 | A. No. | 14:14:20 |
| 17 | Q. Do you recall any videoconferences with David | 14:14:23 |
| 18 | Solomon prior to the 2019 meeting? | 14:14:27 |
| 19 | A. No. | 14:14:32 |
| 20 | Q. Do you know whether there was a presentation to | 14:14:43 |
| 21 | the board of directors on diversity so far this year in | 14:14:45 |
| 22 | 2020? | 14:14:49 |
| 23 | A. Yes. | 14:14:50 |
| 24 | Q. When did that occur? | 14:14:52 |
| 25 | A. In June. | 14:14:53 |

Veritext Legal Solutions
866 299-5127

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
 1        Q.   Do you know if there was a slide deck for that     14:15:02
 2   presentation?                                                14:15:05
 3        A.   Yes.                                               14:15:06
 4             MS. OSTRAGER:  Object to the time period on        14:15:08
 5   this line of questioning.                                    14:15:09
 6   BY MR. LEVIN-GESUNDHEIT:                                     14:15:11
 7        Q.   Were you involved in the preparation of that       14:15:11
 8   slide deck?                                                  14:15:13
 9             MS. OSTRAGER:  Same objection.                     14:15:17
10   BY MR. LEVIN-GESUNDHEIT:                                     14:15:17
11        Q.   You can answer.                                    14:15:18
12        A.   Yes.                                               14:15:19
13        Q.   Did you make the presentation to the board?        14:15:23
14             MS. OSTRAGER:  Same objection.                     14:15:27
15             THE WITNESS:  I can't --                           14:15:28
16   BY MR. LEVIN-GESUNDHEIT:                                     14:15:30
17        Q.   You can answer.                                    14:15:30
18        A.   I did not personally make the presentation, no.    14:15:31
19        Q.   Were you present either physically or              14:15:35
20   telephonically at the presentation?                          14:15:37
21             MS. OSTRAGER:  Same objection.                     14:15:41
22             THE WITNESS:  No.                                  14:15:43
23             MR. LEVIN-GESUNDHEIT:  Counsel, are you            14:15:51
24   objecting to any question about anything that has            14:15:51
25   occurred in 2019 or 2020?                                    14:15:54
```

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
 1            MS. OSTRAGER:  Yes.                              14:15:56
 2            MR. LEVIN-GESUNDHEIT:  Okay.  Your objection     14:15:58
 3   has been noted.  I don't think -- I'd ask that you stop   14:15:59
 4   making objections.  It is on the record.  I can recognize 14:16:03
 5   that it is there.                                         14:16:05
 6            MS. OSTRAGER:  I'm going to make objections as   14:16:08
 7   I see them to be appropriate objections.  But go ahead    14:16:09
 8   and ask your questions.                                   14:16:13
 9            MR. LEVIN-GESUNDHEIT:  I'm happy to stipulate    14:16:16
10   to a standing objection about any questions that go into  14:16:17
11   2019 or 2020.  And I would ask that you please stop the   14:16:20
12   speaking objections.                                      14:16:25
13            MS. OSTRAGER:  These are not speaking            14:16:29
14   objections.                                               14:16:30
15   BY MR. LEVIN-GESUNDHEIT:                                  14:16:36
16       Q.   Who would have access to the slide deck for the  14:16:37
17   2020 presentation?                                        14:16:40
18       A.   Myself, my team, the head of HR's chief of       14:16:43
19   staff.                                                    14:16:49
20       Q.   Who was the head of HR's chief of staff?         14:16:54
21       A.   Angelo Tierno.                                   14:17:01
22       Q.   Do you know --                                   14:17:06
23       A.   Actually, no.  I'm sorry.  I'm sorry.  He -- it  14:17:07
24   was still Shekhinah Bass at the time.                     14:17:10
25       Q.   Okay.                                            14:17:13
```

Page 115

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   It was still Shekhinah. | 14:17:14 |
| 2 | Q.   Okay. | 14:17:16 |
| 3 | A.   It was prior to her mat. leave.  Apologies. | 14:17:16 |
| 4 | Q.   Do you know if the board of directors meetings | 14:17:22 |
| 5 | are recorded? | 14:17:24 |
| 6 | A.   I don't know. | 14:17:25 |
| 7 | Q.   Can you describe the topics presented in the | 14:17:34 |
| 8 | 2020 diversity presentation to the board of directors. | 14:17:39 |
| 9 | A.   Sure. | 14:17:46 |
| 10 | Q.   Okay.  Can you please tell me what you recall | 14:17:48 |
| 11 | about what was presented. | 14:17:50 |
| 12 | A.   We shared our progress on aspirational goals. | 14:17:53 |
| 13 | We shared our record diversity data -- results for the | 14:17:56 |
| 14 | 2019 MD class.  We shared our efforts to foster inclusion | 14:18:04 |
| 15 | and roll out pronouns and things of that nature for the | 14:18:12 |
| 16 | LGBTQ-plus community. | 14:18:16 |
| 17 | What else was in the deck? | 14:18:23 |
| 18 | We shared our -- the framework for our new | 14:18:25 |
| 19 | global people strategy under the leadership and how | 14:18:28 |
| 20 | diversity and inclusion is woven into -- into the core | 14:18:33 |
| 21 | for the forward strategy. | 14:18:37 |
| 22 | We shared our -- that's where we shared our | 14:18:41 |
| 23 | newly proposed aspirational VP representation goals and | 14:18:44 |
| 24 | their -- our desire to also double our hiring from HDCUs | 14:18:52 |
| 25 | and setting a public goal for that, as well as our | 14:18:58 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | aspirations to train all of our managers as coaches and | 14:19:02 |
| 2 | inclusive leaders over the next year, and to be the | 14:19:07 |
| 3 | employer of choice as I defined earlier for the | 14:19:14 |
| 4 | LGBTQ-plus community. | 14:19:17 |
| 5 | Q.   Was any presentation made regarding gender pay | 14:19:21 |
| 6 | equity? | 14:19:25 |
| 7 | A.   Not as part of that presentation and not as any | 14:19:26 |
| 8 | presentation that I've been involved with. | 14:19:29 |
| 9 | Q.   Was any presentation made regarding gender | 14:19:34 |
| 10 | outcomes in 360 review? | 14:19:43 |
| 11 | A.   No.  Are you speaking about to the board, just | 14:19:46 |
| 12 | so I'm clear?  Because -- | 14:19:51 |
| 13 | Q.   Yes. | 14:19:53 |
| 14 | A.   No. | 14:19:54 |
| 15 | Q.   Turning back to the 2019 presentation, do you | 14:19:57 |
| 16 | recall the topics presented with respect to diversity? | 14:19:59 |
| 17 | A.   Yes.  It was similar in terms of forward | 14:20:05 |
| 18 | strategy.  It was similar in terms of the newly created | 14:20:12 |
| 19 | aspirational goals for at that point entry-level hiring, | 14:20:16 |
| 20 | other inclusion efforts.  What else was in that deck? | 14:20:19 |
| 21 | And -- and basically the progress that we made, | 14:20:33 |
| 22 | you know.  I mean, you know, I -- I appreciate that | 14:20:36 |
| 23 | you're focused -- what you're focused on, right, but for | 14:20:39 |
| 24 | what the progress we have made and what we have rolled | 14:20:43 |
| 25 | out over the last several years, that's the focus of | 14:20:45 |

Veritext Legal Solutions
866 299-5127

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
 1   somebody like me.  The forward.  The vision.  The work        14:20:50
 2   that is being done.  The efficacy of the programs that        14:20:55
 3   we've put in place.                                           14:20:57
 4          So that's what we're talking to the board              14:20:59
 5   about, and the results that we've -- we've reaped from        14:21:02
 6   the work that's been done.                                    14:21:07
 7       Q.   Was there any presentation in the 2019 meeting       14:21:10
 8   regarding gender pay equity?                                  14:21:13
 9       A.   No, not that I'm aware of.                           14:21:15
10       Q.   Was there any discussion at the 2019 board of        14:21:20
11   directors meeting that you attended?                          14:21:25
12       A.   I did not attend that meeting.  I said that.         14:21:28
13       Q.   My apologies.                                        14:21:31
14            Was there any -- had --                              14:21:32
15            Was there any discussion within the                  14:21:36
16   presentation regarding setting aspirational goals             14:21:38
17   specific to divisions?                                        14:21:43
18       A.   Not that I can recall.                               14:21:55
19       Q.   Was there any discussion of setting                  14:21:56
20   aspirational goals specific to revenue versus federation?     14:21:57
21       A.   Not that I can recall.                               14:22:02
22            MS. OSTRAGER:  Objection.  Asked and answered.       14:22:04
23   BY MR. LEVIN-GESUNDHEIT:                                      14:22:06
24       Q.   In the 2020 presentation, was there any              14:22:09
25   discussion that you can recall with respect to setting        14:22:12
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | aspirational goals specific to divisions? | 14:22:15 |
| 2 | A.   No. | 14:22:21 |
| 3 | MS. OSTRAGER:  Objection.  Asked and answered. | 14:22:22 |
| 4 | THE WITNESS:  Again, my approach is global and | 14:22:24 |
| 5 | firm-wide.  I'm the global head of diversity. | 14:22:27 |
| 6 | BY MR. LEVIN-GESUNDHEIT: | 14:22:31 |
| 7 | Q.   Understood.  It is non-responsive to the | 14:22:32 |
| 8 | question I asked, but understood. | 14:22:35 |
| 9 | In the 2020 presentation, was there any | 14:22:37 |
| 10 | discussion you can recall with respect to setting | 14:22:40 |
| 11 | aspirational goals specific to the revenue portion of | 14:22:43 |
| 12 | Goldman Sachs? | 14:22:47 |
| 13 | MS. OSTRAGER:  Objection.  Asked and answered. | 14:22:48 |
| 14 | THE WITNESS:  Are you talking about discussion | 14:22:51 |
| 15 | in the meeting that I wasn't in? | 14:22:52 |
| 16 | BY MR. LEVIN-GESUNDHEIT: | 14:22:54 |
| 17 | Q.   No.  In the presentation. | 14:22:55 |
| 18 | A.   In the presentation, no.  I've answered that. | 14:22:57 |
| 19 | No. | 14:22:59 |
| 20 | Q.   Have you had any conversations with David | 14:23:01 |
| 21 | Solomon within your role as Chief Diversity Officer? | 14:23:04 |
| 22 | A.   Have I had any conversations with David? | 14:23:16 |
| 23 | Q.   Yes. | 14:23:19 |
| 24 | A.   Yes, I have had conversations with David.  Not | 14:23:21 |
| 25 | many, but any?  Yes. | 14:23:24 |

Page 119