```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
H. CHRISTINA CHEN-OSTER, et al.,         :
                                         :       10-CV-6950 (AT) (RWL)
                    Plaintiffs,          :
                                         :          **ORDER**
         - against -                     :
                                         :
GOLDMAN, SACHS & CO., et al.,            :
                                         :
                    Defendants.          :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This Order resolves Plaintiffs' request for a pre-motion conference to compel Goldman to produce the compensation analysis referenced in the ESG Report. (Dkt. 1111.) The Court has sufficient information to resolve the issue based on the parties' correspondence and finds that Goldman has established that the analysis is protected by the attorney-client privilege, while Plaintiffs have not provided a sufficient basis to establish waiver. Accordingly, the motion request is denied without prejudice to a later application in the event Goldman relies on the analysis in this litigation or otherwise waives the privilege.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 3, 2020
       New York, New York

Copies transmitted this date to all counsel of record.