# Exhibit 8

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
1                  UNITED STATES DISTRICT COURT

2                  SOUTHERN DISTRICT OF NEW YORK

3    X-------------------------------X

4    H. CHRISTINA CHEN-OSTER,        :

5    SHANNA ORLICH; ALLISON GAMBA;   :   NO. 10-cv-6950-AT-RWL

6    and MARY DE LUI                 :

7            Plaintiffs,             :

8     vs.                            :

9    GOLDMAN SACHS & CO. and THE     :

10   GOLDMAN SACHS GROUP, INC.,      :

11           Defendants.             :

12   X-------------------------------X

13             ATTORNEYS' EYES ONLY - CONFIDENTIAL

14

15    CIVIL ACTION VIDEOTAPED DEPOSITION OF: ERIKA IRISH BROWN

16

17        C O M P U T E R I Z E D   T R A N S C R I P T

18   of the stenographic notes of the proceedings in the

19   above-entitled matter as taken by and before Rosalie A.

20   Kramm, Certified Shorthand Reporter No. 5469, Certified

21   Realtime Reporter, taken remotely on November 13, 2020,

22   commencing at 10:06 a.m.

23

24   Job No. 4335629

25   Pages 1-165
```

Page 1

| | | |
|---|---|---|
| 1 | firm to ensure that happens.  We have conducted an | 14:33:02 |
| 2 | analysis that shows women at the firm on average make 99 | 14:33:02 |
| 3 | percent of what men earn." | 14:33:02 |
| 4 | Have you seen a statement like this before? | 14:33:17 |
| 5 | A.   I have seen this statement from this report | 14:33:21 |
| 6 | referenced, yes. | 14:33:27 |
| 7 | Q.   Where have you seen it? | 14:33:28 |
| 8 | A.   I've seen it referenced in talking points when | 14:33:32 |
| 9 | we released the following year's gender pay equity -- | 14:33:38 |
| 10 | gender pay -- sorry -- gender pay gap report in the U.K. | 14:33:42 |
| 11 | Q.   Do you know what the basis is for the 99 | 14:33:56 |
| 12 | percent figure? | 14:33:58 |
| 13 | A.   It is my understanding -- again, this all | 14:34:03 |
| 14 | predates me.  So based on what I have been told, it is my | 14:34:06 |
| 15 | understanding that the compensation team did an actual | 14:34:12 |
| 16 | pay equity like-for-like review, and that was the | 14:34:16 |
| 17 | conclusion they drew. | 14:34:22 |
| 18 | Q.   When did the compensation team do this? | 14:34:33 |
| 19 | A.   According to what's written in the report it | 14:34:38 |
| 20 | was in 2017.  I don't know when.  I wasn't even thinking | 14:34:40 |
| 21 | about Goldman Sachs in 2017. | 14:34:43 |
| 22 | Q.   Is it your understanding that the pay equity | 14:34:47 |
| 23 | team does this review annually? | 14:34:52 |
| 24 | A.   Part of our compensation team's processes is | 14:34:55 |
| 25 | exactly what it says in the document.  Each year there is | 14:34:58 |

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | a review done between men and women in similar roles with | 14:35:13 |
| 2 | similar performance, as it says in the document. | 14:35:18 |
| 3 | Q. During your time at Goldman Sachs, who on the | 14:35:24 |
| 4 | pay equity team specifically has conducted this analysis? | 14:35:28 |
| 5 | A. On the compensation team? | 14:35:34 |
| 6 | Q. Let me reask the question. | 14:35:37 |
| 7 | During your time at Goldman Sachs, who on the | 14:35:39 |
| 8 | compensation team specifically has conducted this annual | 14:35:42 |
| 9 | pay equity analysis? | 14:35:46 |
| 10 | A. I do not know the individual names of who does | 14:35:48 |
| 11 | it. | 14:35:52 |
| 12 | Q. Do you recall any individual names of | 14:35:57 |
| 13 | individuals involved in this analysis? | 14:35:59 |
| 14 | A. I engaged with the heads of compensation, and | 14:36:02 |
| 15 | they managed their teams. | 14:36:06 |
| 16 | Q. Who are they? | 14:36:08 |
| 17 | A. Scott Mehling and Michael Perloff. | 14:36:10 |
| 18 | Q. When did you first become aware of the annual | 14:36:20 |
| 19 | pay equity analysis conducted by the compensation team? | 14:36:32 |
| 20 | A. I guess it would have been when -- you know, as | 14:36:46 |
| 21 | I on-boarded, I met with every functional head and talked | 14:36:48 |
| 22 | about their processes, and where the -- you know, what | 14:36:52 |
| 23 | was the diversity lens, if any, that I should be aware of | 14:36:58 |
| 24 | in terms of their processes. | 14:37:02 |
| 25 | So that, I believe, would have been the first | 14:37:04 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | time that it came up in conversation. | 14:37:07 |
| 2 | Q. Have you seen the analyses for any year? | 14:37:11 |
| 3 | A. No. | 14:37:17 |
| 4 | Q. Do you have any opinion about whether the | 14:37:22 |
| 5 | analyses conducted are valid? | 14:37:24 |
| 6 | MS. OSTRAGER: Object to the form. | 14:37:30 |
| 7 | THE WITNESS: I -- I think we have a really | 14:37:34 |
| 8 | strong compensation team, and I have a lot of faith in | 14:37:37 |
| 9 | the senior leadership on that team, and have no reason to | 14:37:44 |
| 10 | believe otherwise. | 14:37:48 |
| 11 | BY MR. LEVIN-GESUNDHEIT: | 14:37:49 |
| 12 | Q. What is your basis for -- do you have any | 14:37:54 |
| 13 | independent basis to verify the validity of the pay | 14:37:59 |
| 14 | equity analyses? | 14:38:04 |
| 15 | MS. OSTRAGER: Object to the form. | 14:38:07 |
| 16 | THE WITNESS: I do not do any independent work | 14:38:11 |
| 17 | on that, no. | 14:38:13 |
| 18 | BY MR. LEVIN-GESUNDHEIT: | 14:38:16 |
| 19 | Q. Have you asked any questions of the | 14:38:28 |
| 20 | compensation team regarding how it conducts its analysis? | 14:38:30 |
| 21 | A. I mean as I mentioned, in my on-boarding they | 14:38:39 |
| 22 | walked me through the analysis and their processes. So I | 14:38:43 |
| 23 | think that was inclusive of how they approached the | 14:38:52 |
| 24 | process. | 14:38:55 |
| 25 | Q. Did you ask any questions about how the process | 14:38:59 |

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A. I mean, like, a -- you know, second-year | 14:40:30 |
| 2 | associate in banking versus a senior associate in | 14:40:34 |
| 3 | banking. | 14:40:38 |
| 4 | Q. Have you seen any documents explaining the 99 | 14:40:53 |
| 5 | percent figure in any greater detail than what we've | 14:40:56 |
| 6 | looked at right now? | 14:40:59 |
| 7 | A. No. | 14:41:00 |
| 8 | Q. Have you seen any documents explaining the | 14:41:19 |
| 9 | methodology underlying the pay equity analyses? | 14:41:21 |
| 10 | A. No. | 14:41:29 |
| 11 | MS. OSTRAGER: Objection. Asked and answered. | 14:41:30 |
| 12 | BY MR. LEVIN-GESUNDHEIT: | 14:41:31 |
| 13 | Q. Have you ever asked for any writings describing | 14:42:06 |
| 14 | the pay equity analysis -- analyses? | 14:42:11 |
| 15 | MS. OSTRAGER: Object to the form. Objection, | 14:42:14 |
| 16 | asked and answered. | 14:42:16 |
| 17 | THE WITNESS: No. | 14:42:21 |
| 18 | BY MR. LEVIN-GESUNDHEIT: | 14:42:22 |
| 19 | Q. You can answer the question. | 14:42:43 |
| 20 | A. I did. I said, no. | 14:42:45 |
| 21 | Q. Oh, okay. | 14:42:47 |
| 22 | Are you aware of the methods by which the 99 | 14:42:55 |
| 23 | percent figure has been disseminated within Goldman | 14:43:01 |
| 24 | Sachs? | 14:43:04 |
| 25 | MS. OSTRAGER: Object to the form. | 14:43:07 |

Page 129

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE WITNESS: Again, it was done before I | 14:43:11 |
| 2 | arrived. It was clearly published in a public report | 14:43:12 |
| 3 | that's also shared with the firm. You know, when we | 14:43:18 |
| 4 | publish the sustainability reports, it is distributed all | 14:43:21 |
| 5 | throughout the firm. So those are the only fact-based | 14:43:24 |
| 6 | answers I can offer. | 14:43:30 |
| 7 | BY MR. LEVIN-GESUNDHEIT: | 14:43:33 |
| 8 | Q. Did you participate in any discussions with | 14:43:42 |
| 9 | Goldman Sachs regarding pay equity during your time at | 14:43:44 |
| 10 | Goldman Sachs? | 14:43:48 |
| 11 | MS. OSTRAGER: Object to the form; objection, | 14:43:50 |
| 12 | vague. | 14:43:53 |
| 13 | THE WITNESS: So in regards to pay equity, | 14:43:57 |
| 14 | other than the conversations that we referenced, no. | 14:44:05 |
| 15 | BY MR. LEVIN-GESUNDHEIT: | 14:44:11 |
| 16 | Q. Have you led any round tables at Goldman Sachs | 14:44:15 |
| 17 | regarding pay equity? | 14:44:19 |
| 18 | A. No. | 14:44:23 |
| 19 | Q. Have you participated in any discussions with | 14:44:25 |
| 20 | employees at Goldman Sachs regarding pay equity? | 14:44:27 |
| 21 | A. Pay equity, no. | 14:44:32 |
| 22 | Q. Have you participated in any discussions with | 14:44:34 |
| 23 | employees at Goldman Sachs regarding the U.K. gender pay | 14:44:37 |
| 24 | disclosure? | 14:44:43 |
| 25 | A. Yes. I've had conversations with -- about the | 14:44:44 |

| | | |
|---|---|---|
| 1 | gender pay gap, yes. | 14:44:48 |
| 2 | Q. Within those conversations about the gender pay | 14:44:50 |
| 3 | gap, has Goldman's pay equity analysis been referenced? | 14:44:54 |
| 4 | MS. OSTRAGER: Object to the form. | 14:45:05 |
| 5 | BY MR. LEVIN-GESUNDHEIT: | 14:45:06 |
| 6 | Q. I don't know that your answer ended up on the | 14:45:11 |
| 7 | record. | 14:45:13 |
| 8 | A. Yes. | 14:45:15 |
| 9 | Q. Did the 99 percent figure come up in any of | 14:45:20 |
| 10 | those discussions? | 14:45:23 |
| 11 | A. Yes. | 14:45:30 |
| 12 | Q. Can you please tell me about each of those | 14:45:33 |
| 13 | discussions in which the 99 percent figure came up. What | 14:45:35 |
| 14 | is the first of those discussions you recall? | 14:45:38 |
| 15 | MS. OSTRAGER: Object to the form. | 14:45:41 |
| 16 | THE WITNESS: As I mentioned, we had talking | 14:45:46 |
| 17 | points that were shared based on a foot -- you know, | 14:45:49 |
| 18 | footnoted based on the 2017 sustainability report. | 14:45:54 |
| 19 | I cannot recall every round table, when it did | 14:45:58 |
| 20 | or didn't come up, but it was a talking point, and one | 14:46:01 |
| 21 | that I know that I used, so I said, yes, but to tell you | 14:46:05 |
| 22 | that in this round table I did versus that round table in | 14:46:09 |
| 23 | sharing the -- the gender pay gap information, I cannot | 14:46:12 |
| 24 | tell you. | 14:46:18 |
| 25 | // | |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | BY MR. LEVIN-GESUNDHEIT: | 14:46:20 |
| 2 | Q.  Can you recall any audiences for which you used | 14:46:21 |
| 3 | the 99 percent figure as a talking point? | 14:46:25 |
| 4 | MS. OSTRAGER:  Objection.  Asked and answered. | 14:46:32 |
| 5 | THE WITNESS:  No.  It's the same question.  We | 14:46:34 |
| 6 | had forums to hear that we were publishing the gender pay | 14:46:38 |
| 7 | gap.  And I may have used it as a talking point.  It was | 14:46:44 |
| 8 | a talking point.  I don't -- I can't tell you that I used | 14:46:52 |
| 9 | it with one group versus another.  I don't recall. | 14:46:56 |
| 10 | BY MR. LEVIN-GESUNDHEIT: | 14:46:59 |
| 11 | Q.  Did you ever discuss with employees of Goldman | 14:47:09 |
| 12 | Sachs Goldman's methodology for its pay equity analyses? | 14:47:11 |
| 13 | MS. OSTRAGER:  Object to the form; objection, | 14:47:22 |
| 14 | asked and answered. | 14:47:24 |
| 15 | THE WITNESS:  Not in great detail.  But I have | 14:47:30 |
| 16 | described the difference between doing a pay equity | 14:47:33 |
| 17 | analysis versus a gender pay gap calculation. | 14:47:37 |
| 18 | BY MR. LEVIN-GESUNDHEIT: | 14:47:42 |
| 19 | Q.  To whom have you conveyed that? | 14:47:42 |
| 20 | A.  The same groups of senior women and HR | 14:47:45 |
| 21 | colleagues as we were preparing to release the new data. | 14:47:53 |
| 22 | Q.  What specifically have you described regarding | 14:48:15 |
| 23 | Goldman's pay equity analyses to those groups? | 14:48:17 |
| 24 | A.  Other than the same talking point that we've | 14:48:25 |
| 25 | been talking about from the 2017 sustainability report, | 14:48:28 |

Page 132

```
 1   nothing.                                                  14:48:31

 2        Q.   Do you recall preparing David Solomon for a     14:48:48

 3   meeting with Representatives Waters and Meeks in January  14:48:52

 4   2019?                                                     14:48:56

 5             MS. OSTRAGER:  Objection to the form and the    14:49:00

 6   time period and the relevance.                            14:49:03

 7             THE WITNESS:  The government relations team     14:49:09

 8   provides briefings to meet with members of Congress.  We  14:49:11

 9   shared diversity talking points.                          14:49:17

10             I don't recall that specific meeting, but it's  14:49:19

11   highly likely we could have shared our, you know,         14:49:24

12   diversity talking points.                                 14:49:30

13             And, again, it would not have been me in the    14:49:33

14   room prepping him, but we give input into -- you know, we 14:49:35

15   give input all the time into different briefings, and if  14:49:41

16   there is a diversity -- if there are diversity questions, 14:49:44

17   we provide talking points.                                14:49:46

18             MR. LEVIN-GESUNDHEIT:  I'd like to introduce    14:50:07

19   another exhibit.                                          14:50:08

20             (Exhibit 116 was marked for identification.)    14:50:09

21   BY MR. LEVIN-GESUNDHEIT:                                  14:50:26

22        Q.   Before I introduce this exhibit, do you recall  14:50:34

23   receiving any information summarizing David Solomon's     14:50:42

24   meeting with Representatives Waters and Meeks?            14:50:48

25        A.   I don't really remember that specific meeting,  14:50:58
```

Page 133

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | no. | 14:51:00 |
| 2 | Q. Would you expect that notes would have been | 14:51:04 |
| 3 | taken summarizing the meeting? | 14:51:05 |
| 4 | A. Was this, like a one -- two-on-one meeting? | 14:51:12 |
| 5 | Was this part of -- I mean he testified in front of the | 14:51:17 |
| 6 | whole financial services committee. I'm just not sure | 14:51:20 |
| 7 | what meeting you're talking about. | 14:51:22 |
| 8 | Q. Okay. Well, if you don't -- if you're not | 14:51:26 |
| 9 | aware of the meeting or -- I -- I'll come back to it in | 14:51:28 |
| 10 | just a second. So I'm introducing Exhibit 116. | 14:51:32 |
| 11 | A. Uh-huh. | 14:51:37 |
| 12 | Q. This -- this is a document entitled, "Diversity | 14:51:43 |
| 13 | Talking Points," September 17th, 2018. It was attached | 14:51:47 |
| 14 | to an email that you have, and I can show you that, but | 14:51:52 |
| 15 | just looking at this document, does it seem familiar to | 14:51:55 |
| 16 | you? | 14:51:58 |
| 17 | A. This looks like talking points my -- my team | 14:52:01 |
| 18 | would have prepared. Absolutely. | 14:52:05 |
| 19 | MR. LEVIN-GESUNDHEIT: Okay. So I'm going to | 14:52:07 |
| 20 | introduce the next exhibit. This is Exhibit 117. | 14:52:10 |
| 21 | (Exhibit 117 was marked for identification.) | 14:52:16 |
| 22 | BY MR. LEVIN-GESUNDHEIT: | 14:52:47 |
| 23 | Q. So this is an email that you received, | 14:52:47 |
| 24 | January 7th, 2019. And it's from Joyce Brayboy. | 14:52:49 |
| 25 | A. Uh-huh. | 14:53:06 |

Page 134

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | company conducted such an audit.  And no, if it didn't. | 15:36:54 |
| 2 | Do we agree about that? | 15:36:59 |
| 3 |     A.   Yes. | 15:37:02 |
| 4 |     Q.   So the next two columns with a black box around | 15:37:03 |
| 5 | them, the first is for data as of 2018 fiscal year-end, | 15:37:07 |
| 6 | and the next is for data as of 2017 fiscal year-end. | 15:37:13 |
| 7 |     Goldman answered "Yes" to both of these | 15:37:18 |
| 8 | questions.  Do we agree? | 15:37:21 |
| 9 |     A.   Yes. | 15:37:22 |
| 10 |     Q.   What equal pay audit is Goldman referencing in | 15:37:23 |
| 11 | answering "Yes" to this question? | 15:37:32 |
| 12 |     MS. OSTRAGER:  Object to the form. | 15:37:38 |
| 13 |     THE WITNESS:  Our basis for answering that | 15:37:39 |
| 14 | question was the same basis that I shared with you in | 15:37:42 |
| 15 | terms of the work of our compensation team, everything | 15:37:44 |
| 16 | was done by the compensation team. | 15:37:51 |
| 17 | BY MR. LEVIN-GESUNDHEIT: | 15:37:54 |
| 18 |     Q.   This is a reference -- is this a reference to | 15:37:59 |
| 19 | the annual pay equity review? | 15:38:00 |
| 20 |     A.   Our compensation team during the annual | 15:38:08 |
| 21 | compensation process does this review.  That's what we've | 15:38:11 |
| 22 | discussed previously, and that is what our answer | 15:38:16 |
| 23 | reflects as our compensation team being the internal | 15:38:19 |
| 24 | party that looks at pay equity as part of the process. | 15:38:24 |
| 25 |     Q.   Is this the same pay equity review that | 15:38:32 |

Page 153

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | determined that women were paid 99 percent of men in | 15:38:34 |
| 2 | 2017? | 15:38:40 |
| 3 |     A.   This is the annual process.  So the 2017 review | 15:38:44 |
| 4 | was a specific effort outside of the annual process. | 15:38:51 |
| 5 | Again, it predates me.  I don't want to misspeak.  But | 15:38:58 |
| 6 | every year our compensation team looks at pay equity as | 15:39:01 |
| 7 | part of the compensation process. | 15:39:05 |
| 8 |     Q.   So to clarify, was the 2017 effort undertaken | 15:39:33 |
| 9 | again in any subsequent years? | 15:39:37 |
| 10 |        MS. OSTRAGER:  Objection.  Asked and answered. | 15:39:40 |
| 11 |        THE WITNESS:  Not to my knowledge. | 15:39:45 |
| 12 | BY MR. LEVIN-GESUNDHEIT: | 15:39:49 |
| 13 |     Q.   And the 2017 effort is the basis of the 99 | 15:39:57 |
| 14 | percent figure that we've been discussing earlier. | 15:40:00 |
| 15 |     A.   Yes. | 15:40:04 |
| 16 |     Q.   And the answers here for the -- to Bloomberg, | 15:40:22 |
| 17 | the "Yes" provided in 2017, does that refer to this 2017 | 15:40:25 |
| 18 | effort we've been describing that ended up with the 99 | 15:40:35 |
| 19 | percent figure, or was it something else? | 15:40:38 |
| 20 |        MS. OSTRAGER:  Object to the form; objection, | 15:40:41 |
| 21 | asked and answered. | 15:40:42 |
| 22 |        THE WITNESS:  Every year in the compensation | 15:40:45 |
| 23 | process we look at pay equity.  The compensation team | 15:40:47 |
| 24 | looks at pay equity.  So that is part of the process. | 15:40:53 |
| 25 | // | |

Page 154

ATTORNEYS' EYES ONLY - CONFIDENTIAL

1  REPORTER'S CERTIFICATE

2

3       I, Rosalie A. Kramm, Certified Shorthand
4  Reporter for the State of California, do hereby certify:
5       That the witness named in the foregoing
6  deposition was by me duly sworn; that the deposition was
7  then taken before me at the time and place herein set
8  forth; that the testimony and proceedings were reported
9  stenographically by me and were transcribed through
10 computerized transcription by me; that the foregoing is a
11 true record of the testimony and proceedings taken at
12 that time; and that I am not interested in the event of
13 the action.
14      Witness my hand dated November 17, 2020.

15

16

17

18

19

20      ROSALIE A. KRAMM
21      CSR 5469, RPR, CRR

22

23

24

25

Veritext Legal Solutions
866 299-5127