# Exhibit 9

**To:** Holmes, Dane [HCM][Dane.Holmes@ny.email.gs.com]
**Cc:** Paese, Michael [EO][Michael.Paese@ny.email.gs.com]; Brown, Erika Irish [HCM][Erika.Brown@ny.email.gs.com]; Farris, Leigh [EO][Leigh.Farris@ny.ibd.email.gs.com]
**From:** Brayboy, Joyce [EO]
**Sent:** 2019-01-09T16:22:05Z
**Importance:** Normal
**Subject:** Diversity Talking points for DMS DC meetings
**Received:** 2019-01-09T16:22:05Z
DiversityTPs_January2018.docx

Dane,

Attached is the final doc with the talking points on diversity that we think are appropriate for David's meetings with Waters and Meeks next week.

Thanks to Erika and Leigh for their input. Please let me know if you have additional feedback.

Joyce

Confidential

EXHIBIT
0118