# Exhibit 1
*Excerpted*

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
1              UNITED STATES DISTRICT COURT
2             SOUTHERN DISTRICT OF NEW YORK
3                NO. 10-cv-6950-AT-RWL
4    X------------------------------X
5    H. CHRISTINA CHEN-OSTER,        :
6    SHANNA ORLICH; ALLISON GAMBA;   :  CIVIL ACTION
7    and MARY DE LUI                 :  DEPOSITION OF:
8           Plaintiffs,              :  LLOYD BLANKFEIN
9     vs.                            :
10   GOLDMAN SACHS & CO. and THE     :
11   GOLDMAN SACHS GROUP, INC.,      :
12          Defendants.              :
13   X------------------------------X
14
15        C O M P U T E R I Z E D   T R A N S C R I P T
16   of the stenographic notes of the proceedings in the
17   above-entitled matter as taken by and before Rosalie A.
18   Kramm, Certified Shorthand Reporter No. 5469, Certified
19   Realtime Reporter, taken remotely on November 16, 2020,
20   commencing at 12:41 p.m.
21
22             ATTORNEYS' EYES ONLY - CONFIDENTIAL
23
24   Job No. 4340344
25   Pages 1-167
```

Page 1

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
 1  A P P E A R A N C E S:

 2

 3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

 4  BY:   MICHAEL LEVIN-GESUNDHEIT, ESQ.

 5        BRENDAN GLACKIN, ESQ.

 6        ANNE SHAVER, ESQ.

 7        KELLY M. DERMODY, ESQ.

 8        MICHELLE LAMY, ESQ.

 9        275 Battery Street - 29th Floor

10        San Francisco, California 94111

11  Attorneys for the Plaintiffs

12

13  OUTTEN & GOLDEN, LLP

14  BY:   ADAM KLEIN, ESQ.

15        685 Third Avenue, 25th Floor

16        New York, New York 10017

17  Attorneys for the Plaintiffs

18

19  SULLIVAN & CROMWELL, LLP

20  BY:   ROBERT J. GIUFFRA, JR., ESQ.

21        SAMANTHA BRIGGS, ESQ.

22        AMANDA DAVIDOFF, ESQ.

23        1700 New York Avenue N.W. - Suite 700

24        Washington, D.C.  20006

25    Attorneys for the Defendants
```

|    |    |    |
|----|----|----|
| 1  | questions on where we stand versus peers who have made | 14:44:12 |
| 2  | numerical statements on this topic, we are prepared to | 14:44:17 |
| 3  | say we have conducted an analysis that shows women at the | 14:44:20 |
| 4  | firm on average make 99 percent of what men earn.  The | 14:44:25 |
| 5  | underlying issue is underrepresentation of women at more | 14:44:32 |
| 6  | senior levels." | 14:44:35 |
| 7  |       Do you see that? | 14:44:36 |
| 8  |   A.  Yes. | 14:44:37 |
| 9  |   Q.  What can you tell us about the analysis showing | 14:44:38 |
| 10 | that on average women make 99 percent of what -- or made | 14:44:40 |
| 11 | 99 percent of what men earned at Goldman Sachs? | 14:44:44 |
| 12 |       MR. GIUFFRA:  Lloyd, I would instruct you not | 14:44:49 |
| 13 | to disclose any privileged communications with anyone you | 14:44:51 |
| 14 | had about that analysis. | 14:44:54 |
| 15 |       THE WITNESS:  Okay.  I'm not sure I get the | 14:44:56 |
| 16 | question.  I'm sorry. | 14:44:58 |
| 17 | BY MR. GLACKIN: | 14:44:59 |
| 18 |   Q.  So this sentence references an analysis showing | 14:45:01 |
| 19 | that women at the firm on average make 99 percent of what | 14:45:05 |
| 20 | men earn.  What do you know about that analysis? | 14:45:08 |
| 21 |       And if you can only answer the question by | 14:45:12 |
| 22 | revealing privileged information, you should let us know | 14:45:13 |
| 23 | that that's the only way you could answer it, and we'll | 14:45:16 |
| 24 | proceed from there. | 14:45:19 |
| 25 |       But if you can answer based on knowledge you | 14:45:21 |

Page 83

| | | |
|---|---|---|
| 1 | had at the time that is not privileged, or knowledge | 14:45:22 |
| 2 | acquired later that is not privileged, you should let us | 14:45:25 |
| 3 | know, or you should answer the question. | 14:45:29 |
| 4 |     A.   I -- I took the assertion as -- as -- at face | 14:45:31 |
| 5 | value.  I take it now at face value. | 14:45:36 |
| 6 |     Q.   So nobody ever explained to you what that | 14:45:39 |
| 7 | analysis was? | 14:45:41 |
| 8 |         MR. GIUFFRA:  Objection to form. | 14:45:42 |
| 9 |         THE WITNESS:  Well, there I might have | 14:45:43 |
| 10 | gotten -- if I had gotten an explanation -- any | 14:45:44 |
| 11 | explanation I had would have come from -- would have come | 14:45:47 |
| 12 | from a privileged side. | 14:45:52 |
| 13 | BY MR. GLACKIN: | 14:45:53 |
| 14 |     Q.   So it would have come from -- by an attorney? | 14:45:56 |
| 15 | Is that what you are saying? | 14:46:00 |
| 16 |     A.   Yes. | 14:46:03 |
| 17 |     Q.   And you -- do you mean an attorney in 2018 or | 14:46:04 |
| 18 | an attorney like Mr. Giuffra in preparation for this | 14:46:08 |
| 19 | deposition? | 14:46:12 |
| 20 |     A.   I -- I don't recall.  I'm only referring to the | 14:46:14 |
| 21 | origin, 2018. | 14:46:17 |
| 22 |     Q.   Okay.  So you're saying that any explanation | 14:46:21 |
| 23 | you had about this would have come from counsel in 2018, | 14:46:23 |
| 24 | such as, for example, possibly the employment law group? | 14:46:26 |
| 25 | Is that what you're saying? | 14:46:29 |

Page 84

| | | |
|---|---|---|
| 1 | A.   Possibly, yes. | 14:46:31 |
| 2 | Q.   You wouldn't have received it -- you wouldn't | 14:46:32 |
| 3 | have received any explanation about this from Human | 14:46:34 |
| 4 | Capital Management? | 14:46:37 |
| 5 | A.   I think the nature of what I'm asserting is | 14:46:40 |
| 6 | that my recollection involves communication from what | 14:46:42 |
| 7 | would be a privileged source. | 14:46:47 |
| 8 | Q.   Okay.  So you have a -- your only recollection | 14:46:49 |
| 9 | about what this analysis was is something that you | 14:46:53 |
| 10 | received from a privileged source. | 14:46:56 |
| 11 | A.   My -- the -- the original question that you | 14:47:01 |
| 12 | asked in terms of investigation and the sourcing of it, | 14:47:04 |
| 13 | the answer is yes. | 14:47:07 |
| 14 | Q.   Okay.  Can you tell us -- can you tell us what | 14:47:09 |
| 15 | the source was, the specific name of the attorney or | 14:47:12 |
| 16 | inside versus outside counsel? | 14:47:15 |
| 17 | A.   My guess that's part of the whole privilege | 14:47:19 |
| 18 | thing, but, you know -- other people can advise me | 14:47:21 |
| 19 | otherwise. | 14:47:24 |
| 20 | MR. GLACKIN:  Well, Mr. Giuffra will advise | 14:47:25 |
| 21 | you. | 14:47:27 |
| 22 | MR. GIUFFRA:  If you can remember the name of | 14:47:28 |
| 23 | the human being who might have spoken to you, you can | 14:47:29 |
| 24 | give the name of the person.  If you can't remember the | 14:47:31 |
| 25 | name of the human being, say you can't remember the name | 14:47:33 |

Page 85