# Exhibit 3
*Excerpted*

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF NEW YORK

 3    X------------------------------X

 4    H. CHRISTINA CHEN-OSTER,        :

 5    SHANNA ORLICH; ALLISON GAMBA;   :   NO. 10-cv-6950-AT-RWL

 6    and MARY DE LUI                 :

 7              Plaintiffs,           :

 8     vs.                           :

 9    GOLDMAN SACHS & CO. and THE     :

10    GOLDMAN SACHS GROUP, INC.,      :

11              Defendants.           :

12    X------------------------------X

13              ATTORNEYS' EYES ONLY - CONFIDENTIAL

14

15     CIVIL ACTION VIDEOTAPED DEPOSITION OF: ERIKA IRISH BROWN

16

17         C O M P U T E R I Z E D   T R A N S C R I P T

18    of the stenographic notes of the proceedings in the

19    above-entitled matter as taken by and before Rosalie A.

20    Kramm, Certified Shorthand Reporter No. 5469, Certified

21    Realtime Reporter, taken remotely on November 13, 2020,

22    commencing at 10:06 a.m.

23

24    Job No. 4335629

25    Pages 1-165
```

Page 1

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
 1   A P P E A R A N C E S:

 2

 3   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

 4   BY:  MICHAEL LEVIN-GESUNDHEIT, ESQ.

 5        ANNE SHAVER, ESQ.

 6        JESSICA MOLDOVAN, ESQ.

 7        275 Battery Street - 29th Floor

 8        San Francisco, California 94111

 9   Attorneys for the Plaintiffs

10

11   SULLIVAN & CROMWELL, LLP

12   BY:  ANN-ELIZABETH OSTRAGER, ESQ.

13        SAMANTHA BRIGGS, ESQ.

14        LEILA R. SIDDIKY, ESQ.

15        ANN-ELIZABETH OSTRAGER, ESQ.

16        1700 New York Avenue N.W. - Suite 700

17        Washington, D.C.  20006

18     Attorneys for the Defendants

19

20   ALSO PRESENT:

21        ADAM HEFT, ESQ. - Goldman Sachs

22        DAVID HALVORSON - Videographer

23

24

25
```

Page  2

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | |
|---|---|
| 1 | MS. OSTRAGER:  Objection.  And to the extent | 10:19:43 |
| 2 | your answer would rest on any privileged information, I | 10:19:45 |
| 3 | instruct you not to answer. | 10:19:49 |
| 4 | BY MR. LEVIN-GESUNDHEIT: | 10:19:53 |
| 5 | Q.   Do you recall learning about any case events | 10:19:54 |
| 6 | that have occurred in this case? | 10:19:56 |
| 7 | MS. OSTRAGER:  Same objection. | 10:19:59 |
| 8 | BY MR. LEVIN-GESUNDHEIT: | 10:20:02 |
| 9 | Q.   From someone besides counsel. | 10:20:03 |
| 10 | A.   I'm not sure what a case event is, so I can't | 10:20:09 |
| 11 | answer that. | 10:20:13 |
| 12 | Q.   Perhaps -- do you recall hearing about any | 10:20:16 |
| 13 | decisions by the judge in this case, from anyone besides | 10:20:18 |
| 14 | counsel? | 10:20:23 |
| 15 | A.   Just only what's been reported in the press; | 10:20:25 |
| 16 | and, you know, my role is focused on the forward, and | 10:20:30 |
| 17 | that's what I'm focused on. | 10:20:34 |
| 18 | Q.   Have you been involved in any -- in crafting | 10:20:38 |
| 19 | any messages to Goldman employees about this case? | 10:20:41 |
| 20 | MS. OSTRAGER:  Objection.  And to the extent | 10:20:46 |
| 21 | that your answer would call for privileged information, I | 10:20:48 |
| 22 | instruct you not to answer. | 10:20:50 |
| 23 | MR. LEVIN-GESUNDHEIT:  Counsel, I'm not asking | 10:20:52 |
| 24 | for any conversations with counsel about anything.  I'm | 10:20:53 |
| 25 | just asking if she has been involved in crafting messages | 10:20:56 |

Page 15

Veritext Legal Solutions
866 299-5127

1    to Goldman Sachs employees about this case.  I don't          10:20:58

2    think that calls for any privileged information.              10:21:01

3            MS. OSTRAGER:  Well, it may, depending on             10:21:04

4    whether -- and I'm not saying that this occurred, but --      10:21:06

5    I have no basis to believe that it did.  But to the           10:21:08

6    extent that there are any communications that involved        10:21:12

7    counsel that relate to the subject matter you're asking       10:21:14

8    about, that would be privileged.                              10:21:17

9            MR. LEVIN-GESUNDHEIT:  I'm not asking for any          10:21:18

10   communications with counsel.  I'm just asking a "yes" or      10:21:19

11   "no" question.                                                10:21:21

12   BY MR. LEVIN-GESUNDHEIT:                                      10:21:22

13       Q.   Have you been involved in crafting messages to       10:21:22

14   Goldman Sachs employees about this case?                      10:21:25

15       A.   About the case?  No.                                 10:21:32

16       Q.   Okay.  Did you take any notes during your            10:21:34

17   meetings with counsel to prepare this week?                   10:21:38

18       A.   No.                                                  10:21:46

19            MS. OSTRAGER:  Objection.                            10:21:46

20   BY MR. LEVIN-GESUNDHEIT:                                      10:21:49

21       Q.   Have you discussed your participation in this        10:21:50

22   deposition with anyone besides your attorneys?               10:21:52

23       A.   I mentioned it to my husband, but that's it.         10:22:00

24       Q.   What -- so you mentioned earlier that you            10:22:07

25   learned about this lawsuit while you were working in the      10:22:10

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
1        A.   Yes.                                          10:35:12

2        Q.   So you worked at Bloomberg at that -- in that  10:35:14

3   role from March 2015 until you came to Goldman Sachs; is 10:35:16

4   that right?                                             10:35:19

5        A.   That's correct.                               10:35:20

6        Q.   Did you work at Bloomberg until July 2018?    10:35:22

7        A.   Yes.                                          10:35:28

8        Q.   Was there a gap between Bloomberg and Goldman  10:35:30

9   of any amount of time?                                  10:35:34

10       A.   I think I may have taken a week, if that.     10:35:37

11       Q.   Okay.  Do you recall when in 2018 you started 10:35:41

12  at Goldman -- I'm sorry, when in July?                  10:35:44

13       A.   July -- July 29th, I believe, was the Monday  10:35:48

14  that I started.                                         10:35:56

15       Q.   Do you recall when you gave notice at -- at   10:35:59

16  Bloomberg?                                              10:36:01

17       A.   I really don't.  I mean I didn't just walk out. 10:36:07

18  I --                                                    10:36:10

19       Q.   Right.                                        10:36:12

20       A.   I must have given them at least three weeks'  10:36:14

21  notice.  I really don't know.  I don't want to misspeak. 10:36:20

22       Q.   Okay.                                         10:36:23

23       A.   But it was an amiable departure, and I still  10:36:23

24  have very great relationships there, so I did not abandon 10:36:27

25  them.                                                   10:36:31
```

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | inclusion.  I think that covers quite a bit. | 10:38:31 |
| 2 | So some commercial, mostly HR. | 10:38:39 |
| 3 | Q.   So were you -- when you mentioned "commercial," | 10:38:43 |
| 4 | were you involved in the promotion of any Bloomberg | 10:38:45 |
| 5 | products? | 10:38:50 |
| 6 | A.   When you say "the promotion," I'm not sure what | 10:38:53 |
| 7 | you mean. | 10:38:57 |
| 8 | Q.   Were you involved in marketing any Bloomberg | 10:39:01 |
| 9 | products? | 10:39:04 |
| 10 | A.   In helping to set up meetings with HBCUs around | 10:39:04 |
| 11 | the product, yes. | 10:39:08 |
| 12 | Q.   Did you work on pay equity at all at Bloomberg? | 10:39:12 |
| 13 | A.   Only as it -- as it pertained to the reporting | 10:39:20 |
| 14 | requirements for the gender pay gap in the U.K. | 10:39:24 |
| 15 | Q.   What -- how specifically were you involved in | 10:39:33 |
| 16 | the reporting requirements for the gender pay gap in the | 10:39:37 |
| 17 | U.K.? | 10:39:41 |
| 18 | A.   I reviewed what our, you know, team put | 10:39:42 |
| 19 | together for submission to the government. | 10:39:45 |
| 20 | Q.   I see.  Do you recall what the pay gap was in | 10:39:48 |
| 21 | the U.K.? | 10:39:59 |
| 22 | A.   No. | 10:40:01 |
| 23 | Q.   For Bloomberg? | 10:40:01 |
| 24 | A.   No. | 10:40:02 |
| 25 | Q.   Do you recall whether there was a pay gap? | 10:40:03 |

Page 28

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
 1    BY MR. LEVIN-GESUNDHEIT:                          10:42:05

 2         Q.   You can answer.                         10:42:05

 3         A.   We did -- as part of the compensation process,   10:42:09

 4    the compensation team looked at like for like role    10:42:16

 5    comparisons, yes.  But that was not the main function of   10:42:19

 6    a diversity and inclusion team.                    10:42:24

 7         Q.   Okay.  But you're familiar with those types of   10:42:26

 8    analyses.                                          10:42:29

 9         A.   Yes.                                     10:42:30

10         Q.   Okay.  Are you familiar with the Bloomberg   10:42:31

11    Gender-Equality Index?                             10:42:34

12         A.   I am.                                    10:42:37

13              MS. OSTRAGER:  Object to the relevance.   10:42:39

14    BY MR. LEVIN-GESUNDHEIT:                           10:42:40

15         Q.   How did you become familiar with the gender --   10:42:40

16    Bloomberg Gender-Equality Index?                   10:42:45

17         A.   I was involved with it as an employee of   10:42:48

18    Bloomberg in creating it.                          10:42:50

19         Q.   Were you involved in selecting the questions   10:42:54

20    that would be asked of companies that participated in the   10:42:59

21    index?                                             10:43:03

22         A.   Yes, I was involved in identifying questions to   10:43:07

23    be asked, yes.                                     10:43:10

24         Q.   So in 2018 when you started at Goldman Sachs,   10:43:29

25    your position was Chief Diversity Officer; is that right?   10:43:32
```

Page 30

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   Yes. | 10:43:37 |
| 2 | Q.   Is that still your title? | 10:43:38 |
| 3 | A.   Yes. | 10:43:40 |
| 4 | Q.   Who -- whom do you report to? | 10:43:42 |
| 5 | A.   The head of HCM, which is Bentley de Beyer. | 10:43:46 |
| 6 | Q.   And previous to that it was Dane Holmes? | 10:43:52 |
| 7 | A.   That's correct. | 10:43:54 |
| 8 | Q.   And who reports to you directly? | 10:43:59 |
| 9 | A.   I have five direct reports.  Yes, five direct | 10:44:03 |
| 10 | reports, and it's the EMEA head of diversity, the APAC | 10:44:10 |
| 11 | head of diversity, the India head of diversity, the | 10:44:18 |
| 12 | Americas head of diversity, and my COO. | 10:44:24 |
| 13 | Q.   Who is the Americas head of diversity? | 10:44:28 |
| 14 | A.   Nadine Augusta. | 10:44:31 |
| 15 | Q.   How long has Nadine been in that role? | 10:44:35 |
| 16 | A.   I would have to check her start date.  I | 10:44:42 |
| 17 | believe -- I feel like she started in March of 2019. | 10:44:46 |
| 18 | Q.   So that was after you started. | 10:45:08 |
| 19 | A.   Yes. | 10:45:09 |
| 20 | Q.   Who -- | 10:45:11 |
| 21 | A.   I hired her. | 10:45:11 |
| 22 | Q.   Who was -- you hired her? | 10:45:13 |
| 23 | A.   Yes. | 10:45:15 |
| 24 | Q.   Had you worked with her before? | 10:45:16 |
| 25 | A.   She had been on the diversity and inclusion | 10:45:19 |

Page 31

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | now the conversations will be delivered in short-order. | 11:32:12 |
| 2 | Q.   Are you aware of any other changes to the 360 | 11:32:39 |
| 3 | besides moving from quartiling to the three expectation | 11:32:43 |
| 4 | categories that you described? | 11:32:49 |
| 5 | A.   Not that I can think of. | 11:33:02 |
| 6 | Q.   Turning back to manager quartiling, in the | 11:33:09 |
| 7 | instances where you observed a data analysis about | 11:33:14 |
| 8 | manager quartiling, that prompted you to ask ELG for | 11:33:21 |
| 9 | follow-up, has ELG provided you with an explanation of | 11:33:28 |
| 10 | those results? | 11:33:35 |
| 11 | MS. OSTRAGER:  I'm going to object to the | 11:33:39 |
| 12 | extent that this line of questioning calls for privileged | 11:33:40 |
| 13 | conversations between the witness and ELG and instruct | 11:33:44 |
| 14 | the witness not to answer. | 11:33:47 |
| 15 | MR. LEVIN-GESUNDHEIT:  Counsel, I'm not asking | 11:33:49 |
| 16 | her for what ELG told her.  I'm just asking whether ELG | 11:33:50 |
| 17 | engaged with her at all. | 11:33:56 |
| 18 | MS. OSTRAGER:  She -- the witness previously | 11:34:00 |
| 19 | testified about her interactions with ELG on this topic. | 11:34:01 |
| 20 | MR. LEVIN-GESUNDHEIT:  Okay. | 11:34:10 |
| 21 | BY MR. LEVIN-GESUNDHEIT: | 11:34:14 |
| 22 | Q.   So you testified that there are times when | 11:34:14 |
| 23 | you've seen results with respect to 360 review, and | 11:34:17 |
| 24 | you've asked questions of ELG; is that right? | 11:34:23 |
| 25 | MS. OSTRAGER:  Objection.  Asked and answered. | 11:34:27 |

Page 53

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | she said that she asked questions.  I'm asking whether | 11:35:57 |
| 2 | she received answers. | 11:36:00 |
| 3 | MS. OSTRAGER:  Same objection. | 11:36:04 |
| 4 | MR. LEVIN-GESUNDHEIT:  Okay. | 11:36:05 |
| 5 | BY MR. LEVIN-GESUNDHEIT: | 11:36:06 |
| 6 | Q.   You can answer.  Have you received answers to | 11:36:07 |
| 7 | your questions about -- have you received answers to your | 11:36:09 |
| 8 | questions of ELG about manager quartiling? | 11:36:19 |
| 9 | MS. OSTRAGER:  Objection to the form. | 11:36:26 |
| 10 | THE WITNESS:  So if I have raised something | 11:36:28 |
| 11 | with ELG, they let me know whether or not they have -- | 11:36:32 |
| 12 | you know, they follow up and say that they looked into | 11:36:38 |
| 13 | it.  So I think the answer is that they are responsive to | 11:36:40 |
| 14 | the issues that I raise when I raise them. | 11:36:51 |
| 15 | BY MR. LEVIN-GESUNDHEIT: | 11:36:55 |
| 16 | Q.   So specifically with respect to manager | 11:36:56 |
| 17 | quartiling, when you have asked questions, ELG has | 11:36:59 |
| 18 | provided you an analysis to answer your questions; is | 11:37:09 |
| 19 | that right? | 11:37:13 |
| 20 | MS. OSTRAGER:  Objection to the form. | 11:37:15 |
| 21 | Objection, asked and answered.  And objection to the | 11:37:17 |
| 22 | extent that the question calls for any privileged | 11:37:19 |
| 23 | conversations between the witness and ELG. | 11:37:22 |
| 24 | MR. LEVIN-GESUNDHEIT:  I'm not asking for any | 11:37:24 |
| 25 | conversations with the witness and ELG. | 11:37:25 |

Page 55

| | | |
|---|---|---|
| 1 | Q.   Do you know if there is a regular note-taker | 11:49:39 |
| 2 | for GIDC meetings? | 11:49:41 |
| 3 | A.   A regular note-taker?  That I don't know.  I | 11:49:45 |
| 4 | think we all take notes.  I'm not -- I -- it is not my | 11:49:50 |
| 5 | knowledge of, like -- you know, like an official | 11:49:58 |
| 6 | recording secretary, like that I am not aware of. | 11:50:01 |
| 7 | Q.   Do you know if the meeting -- strike that. | 11:50:06 |
| 8 | Do you know if the presentation to the | 11:50:10 |
| 9 | management committee about aspirational goals that you | 11:50:12 |
| 10 | recall occurring was videotaped? | 11:50:15 |
| 11 | A.   I have no -- I don't. | 11:50:18 |
| 12 | Q.   Does the GIDC provide updates to David Solomon | 11:50:29 |
| 13 | apart from its updates to the management committee? | 11:50:33 |
| 14 | A.   I do not know -- I mean I don't know what | 11:50:45 |
| 15 | the -- what the chairs provide him on an ongoing basis. | 11:50:52 |
| 16 | I think there is -- I mean I think there is constant | 11:51:00 |
| 17 | communication.  So I think the information you're looking | 11:51:03 |
| 18 | for in terms of formal or episodic is not really as much | 11:51:08 |
| 19 | the case as the constant communication. | 11:51:14 |
| 20 | Q.   Has David Solomon attended any GIDC meetings? | 11:51:24 |
| 21 | A.   No.  Not since I've been at the firm. | 11:51:30 |
| 22 | Q.   Has the GIDC discussed this lawsuit? | 11:51:53 |
| 23 | A.   No. | 11:51:57 |
| 24 | Q.   Did you receive briefing about this lawsuit | 11:52:03 |
| 25 | within your role as a GIDC member? | 11:52:06 |

Page 63

| | | |
|---|---|---|
| 1 | MS. OSTRAGER:  Objection.  Asked and answered. | 11:52:13 |
| 2 | And I object to the extent that this question would call | 11:52:14 |
| 3 | for any privileged communications. | 11:52:18 |
| 4 | MR. LEVIN-GESUNDHEIT:  I'm not asking for any | 11:52:20 |
| 5 | communications with counsel. | 11:52:21 |
| 6 | THE WITNESS:  I don't recall any brief -- and | 11:52:27 |
| 7 | this is a legal matter, right?  Again, I want to be | 11:52:29 |
| 8 | clear.  We're not compliance.  Right?  We're not ELG. | 11:52:33 |
| 9 | What we're focused on is recruitment, retention, | 11:52:39 |
| 10 | development, what programs, the inclusion networks, you | 11:52:43 |
| 11 | know, how we restructure them, how we elevate them, how | 11:52:47 |
| 12 | we align them to senior leadership. | 11:52:52 |
| 13 | So I cannot recall any segment of a GIDC | 11:52:55 |
| 14 | meeting on this. | 11:53:10 |
| 15 | MR. LEVIN-GESUNDHEIT:  I'd like to introduce an | 11:53:26 |
| 16 | exhibit.  Court reporter, can you remind me what exhibit | 11:53:27 |
| 17 | number we decided to start with? | 11:53:43 |
| 18 | THE REPORTER:  I believe it is Exhibit 110. | 11:53:46 |
| 19 | (Exhibit 110 was marked for identification.) | 11:53:49 |
| 20 | BY MR. LEVIN-GESUNDHEIT: | 11:53:49 |
| 21 | Q.  I'm marking this exhibit as Exhibit 110.  This | 11:53:50 |
| 22 | is an exhibit that begins with Bates number GS0834578, | 11:53:58 |
| 23 | entitled, "Global Diversity Committee Kickoff Meeting," | 11:54:07 |
| 24 | dated July 25th, 2018. | 11:54:13 |
| 25 | Do you have the exhibit in front of you, | 11:54:21 |

Page 64

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | firm to ensure that happens.  We have conducted an | 14:33:02 |
| 2 | analysis that shows women at the firm on average make 99 | 14:33:02 |
| 3 | percent of what men earn." | 14:33:02 |
| 4 | Have you seen a statement like this before? | 14:33:17 |
| 5 | A.   I have seen this statement from this report | 14:33:21 |
| 6 | referenced, yes. | 14:33:27 |
| 7 | Q.   Where have you seen it? | 14:33:28 |
| 8 | A.   I've seen it referenced in talking points when | 14:33:32 |
| 9 | we released the following year's gender pay equity -- | 14:33:38 |
| 10 | gender pay -- sorry -- gender pay gap report in the U.K. | 14:33:42 |
| 11 | Q.   Do you know what the basis is for the 99 | 14:33:56 |
| 12 | percent figure? | 14:33:58 |
| 13 | A.   It is my understanding -- again, this all | 14:34:03 |
| 14 | predates me.  So based on what I have been told, it is my | 14:34:06 |
| 15 | understanding that the compensation team did an actual | 14:34:12 |
| 16 | pay equity like-for-like review, and that was the | 14:34:16 |
| 17 | conclusion they drew. | 14:34:22 |
| 18 | Q.   When did the compensation team do this? | 14:34:33 |
| 19 | A.   According to what's written in the report it | 14:34:38 |
| 20 | was in 2017.  I don't know when.  I wasn't even thinking | 14:34:40 |
| 21 | about Goldman Sachs in 2017. | 14:34:43 |
| 22 | Q.   Is it your understanding that the pay equity | 14:34:47 |
| 23 | team does this review annually? | 14:34:52 |
| 24 | A.   Part of our compensation team's processes is | 14:34:55 |
| 25 | exactly what it says in the document.  Each year there is | 14:34:58 |

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | a review done between men and women in similar roles with | 14:35:13 |
| 2 | similar performance, as it says in the document. | 14:35:18 |
| 3 | Q.   During your time at Goldman Sachs, who on the | 14:35:24 |
| 4 | pay equity team specifically has conducted this analysis? | 14:35:28 |
| 5 | A.   On the compensation team? | 14:35:34 |
| 6 | Q.   Let me reask the question. | 14:35:37 |
| 7 | During your time at Goldman Sachs, who on the | 14:35:39 |
| 8 | compensation team specifically has conducted this annual | 14:35:42 |
| 9 | pay equity analysis? | 14:35:46 |
| 10 | A.   I do not know the individual names of who does | 14:35:48 |
| 11 | it. | 14:35:52 |
| 12 | Q.   Do you recall any individual names of | 14:35:57 |
| 13 | individuals involved in this analysis? | 14:35:59 |
| 14 | A.   I engaged with the heads of compensation, and | 14:36:02 |
| 15 | they managed their teams. | 14:36:06 |
| 16 | Q.   Who are they? | 14:36:08 |
| 17 | A.   Scott Mehling and Michael Perloff. | 14:36:10 |
| 18 | Q.   When did you first become aware of the annual | 14:36:20 |
| 19 | pay equity analysis conducted by the compensation team? | 14:36:32 |
| 20 | A.   I guess it would have been when -- you know, as | 14:36:46 |
| 21 | I on-boarded, I met with every functional head and talked | 14:36:48 |
| 22 | about their processes, and where the -- you know, what | 14:36:52 |
| 23 | was the diversity lens, if any, that I should be aware of | 14:36:58 |
| 24 | in terms of their processes. | 14:37:02 |
| 25 | So that, I believe, would have been the first | 14:37:04 |

Veritext Legal Solutions
866 299-5127

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
 1    time that it came up in conversation.              14:37:07

 2         Q.   Have you seen the analyses for any year?  14:37:11

 3         A.   No.                                       14:37:17

 4         Q.   Do you have any opinion about whether the 14:37:22

 5    analyses conducted are valid?                       14:37:24

 6              MS. OSTRAGER:  Object to the form.         14:37:30

 7              THE WITNESS:  I -- I think we have a really 14:37:34

 8    strong compensation team, and I have a lot of faith in 14:37:37

 9    the senior leadership on that team, and have no reason to 14:37:44

10    believe otherwise.                                  14:37:48

11    BY MR. LEVIN-GESUNDHEIT:                            14:37:49

12         Q.   What is your basis for -- do you have any 14:37:54

13    independent basis to verify the validity of the pay 14:37:59

14    equity analyses?                                    14:38:04

15              MS. OSTRAGER:  Object to the form.         14:38:07

16              THE WITNESS:  I do not do any independent work 14:38:11

17    on that, no.                                        14:38:13

18    BY MR. LEVIN-GESUNDHEIT:                            14:38:16

19         Q.   Have you asked any questions of the        14:38:28

20    compensation team regarding how it conducts its analysis? 14:38:30

21         A.   I mean as I mentioned, in my on-boarding they 14:38:39

22    walked me through the analysis and their processes.  So I 14:38:43

23    think that was inclusive of how they approached the 14:38:52

24    process.                                            14:38:55

25         Q.   Did you ask any questions about how the process 14:38:59
```

Page 127

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | works? | 14:39:03 |
| 2 | A.   It was a conversation. | 14:39:05 |
| 3 | Q.   Do you recall any of the topics you asked | 14:39:08 |
| 4 | about? | 14:39:11 |
| 5 | A.   No.  I don't recall specific conversations | 14:39:16 |
| 6 | from, you know, September 2018.  No.  I don't. | 14:39:20 |
| 7 | Q.   Do you know how the analyses compare employees | 14:39:25 |
| 8 | in similar roles to one another? | 14:39:28 |
| 9 | A.   That, I feel like you -- I asked and answered | 14:39:34 |
| 10 | the question.  Employees with similar roles with similar | 14:39:37 |
| 11 | performance.  So I don't -- I don't know how -- | 14:39:42 |
| 12 | Q.   Do you understand -- do you know how the | 14:39:49 |
| 13 | compensation team determines whether employees are within | 14:39:50 |
| 14 | similar roles? | 14:39:53 |
| 15 | A.   It's based on -- on their jobs, the scope of | 14:39:55 |
| 16 | their role and their job -- and the job categories that | 14:39:58 |
| 17 | they're in and what their performance has been, and their | 14:40:02 |
| 18 | tenure, and that's about it. | 14:40:05 |
| 19 | Q.   How do you know that? | 14:40:10 |
| 20 | A.   I'm sorry? | 14:40:12 |
| 21 | Q.   How do you know that? | 14:40:13 |
| 22 | A.   Because I've had conversations with the | 14:40:15 |
| 23 | compensation team, with the leadership of the | 14:40:18 |
| 24 | compensation team. | 14:40:22 |
| 25 | Q.   What do you mean by "job categories"? | 14:40:24 |

Page 128

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
1          A.   I mean, like, a -- you know, second-year      14:40:30

2      associate in banking versus a senior associate in     14:40:34

3      banking.                                               14:40:38

4          Q.   Have you seen any documents explaining the 99 14:40:53

5      percent figure in any greater detail than what we've   14:40:56

6      looked at right now?                                   14:40:59

7          A.   No.                                           14:41:00

8          Q.   Have you seen any documents explaining the    14:41:19

9      methodology underlying the pay equity analyses?        14:41:21

10         A.   No.                                           14:41:29

11             MS. OSTRAGER:  Objection.  Asked and answered. 14:41:30

12     BY MR. LEVIN-GESUNDHEIT:                               14:41:31

13         Q.   Have you ever asked for any writings describing 14:42:06

14     the pay equity analysis -- analyses?                   14:42:11

15             MS. OSTRAGER:  Object to the form.  Objection, 14:42:14

16     asked and answered.                                    14:42:16

17             THE WITNESS:  No.                              14:42:21

18     BY MR. LEVIN-GESUNDHEIT:                               14:42:22

19         Q.   You can answer the question.                  14:42:43

20         A.   I did.  I said, no.                           14:42:45

21         Q.   Oh, okay.                                      14:42:47

22             Are you aware of the methods by which the 99   14:42:55

23     percent figure has been disseminated within Goldman    14:43:01

24     Sachs?                                                 14:43:04

25             MS. OSTRAGER:  Object to the form.             14:43:07
```

Page 129

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
 1              THE WITNESS:  Again, it was done before I       14:43:11

 2   arrived.  It was clearly published in a public report     14:43:12

 3   that's also shared with the firm.  You know, when we      14:43:18

 4   publish the sustainability reports, it is distributed all 14:43:21

 5   throughout the firm.  So those are the only fact-based    14:43:24

 6   answers I can offer.                                      14:43:30

 7   BY MR. LEVIN-GESUNDHEIT:                                  14:43:33

 8       Q.   Did you participate in any discussions with      14:43:42

 9   Goldman Sachs regarding pay equity during your time at    14:43:44

10   Goldman Sachs?                                            14:43:48

11              MS. OSTRAGER:  Object to the form; objection,  14:43:50

12   vague.                                                    14:43:53

13              THE WITNESS:  So in regards to pay equity,     14:43:57

14   other than the conversations that we referenced, no.      14:44:05

15   BY MR. LEVIN-GESUNDHEIT:                                  14:44:11

16       Q.   Have you led any round tables at Goldman Sachs   14:44:15

17   regarding pay equity?                                     14:44:19

18       A.   No.                                              14:44:23

19       Q.   Have you participated in any discussions with    14:44:25

20   employees at Goldman Sachs regarding pay equity?          14:44:27

21       A.   Pay equity, no.                                  14:44:32

22       Q.   Have you participated in any discussions with    14:44:34

23   employees at Goldman Sachs regarding the U.K. gender pay  14:44:37

24   disclosure?                                               14:44:43

25       A.   Yes.  I've had conversations with -- about the   14:44:44
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | gender pay gap, yes. | 14:44:48 |
| 2 | Q.  Within those conversations about the gender pay | 14:44:50 |
| 3 | gap, has Goldman's pay equity analysis been referenced? | 14:44:54 |
| 4 | MS. OSTRAGER:  Object to the form. | 14:45:05 |
| 5 | BY MR. LEVIN-GESUNDHEIT: | 14:45:06 |
| 6 | Q.  I don't know that your answer ended up on the | 14:45:11 |
| 7 | record. | 14:45:13 |
| 8 | A.  Yes. | 14:45:15 |
| 9 | Q.  Did the 99 percent figure come up in any of | 14:45:20 |
| 10 | those discussions? | 14:45:23 |
| 11 | A.  Yes. | 14:45:30 |
| 12 | Q.  Can you please tell me about each of those | 14:45:33 |
| 13 | discussions in which the 99 percent figure came up.  What | 14:45:35 |
| 14 | is the first of those discussions you recall? | 14:45:38 |
| 15 | MS. OSTRAGER:  Object to the form. | 14:45:41 |
| 16 | THE WITNESS:  As I mentioned, we had talking | 14:45:46 |
| 17 | points that were shared based on a foot -- you know, | 14:45:49 |
| 18 | footnoted based on the 2017 sustainability report. | 14:45:54 |
| 19 | I cannot recall every round table, when it did | 14:45:58 |
| 20 | or didn't come up, but it was a talking point, and one | 14:46:01 |
| 21 | that I know that I used, so I said, yes, but to tell you | 14:46:05 |
| 22 | that in this round table I did versus that round table in | 14:46:09 |
| 23 | sharing the -- the gender pay gap information, I cannot | 14:46:12 |
| 24 | tell you. | 14:46:18 |
| 25 | // | |

Page 131

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
1    BY MR. LEVIN-GESUNDHEIT:                              15:04:34

2        Q.   But you understood that David Solomon was    15:04:34

3    preparing for a meeting with members of Congress      15:04:36

4    occurring in January 2019, correct?                   15:04:38

5        A.   We understood that we were preparing talking  15:04:46

6    points for the government relations team for David    15:04:49

7    Solomon, yes.  I do not know that we knew exactly the  15:04:53

8    timing of the meeting or anything else.               15:04:59

9        Q.   So it's your testimony that this 99 percent  15:05:03

10   figure refers to an analysis covering 2017, but not 2018?  15:05:05

11            MS. OSTRAGER:  Objection.                    15:05:14

12            THE WITNESS:  The data point that we have     15:05:16

13   referred to was the 2017 data point, yes.             15:05:17

14   BY MR. LEVIN-GESUNDHEIT:                              15:05:23

15       Q.   Do you know what the figure would be for 2018?  15:05:24

16       A.   No.                                          15:05:29

17            MS. OSTRAGER:  Object to the form.           15:05:30

18   BY MR. LEVIN-GESUNDHEIT:                              15:05:32

19       Q.   Have you ever seen the result of the 2018    15:05:33

20   analysis?                                             15:05:39

21       A.   No.                                          15:05:45

22       Q.   The next bullet point underneath reads:      15:05:52

23   "Compensation recommendations" -- sorry.  Skip that.  My  15:05:54

24   apologies.                                            15:06:00

25            The second bullet point underneath that reads:  15:06:01
```

Page 141

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | "If we ever find we are not being true to our commitment | 15:06:03 |
| 2 | to equal pay for equal work, we make changes." | 15:06:07 |
| 3 | What is the basis for this statement? | 15:06:15 |
| 4 | A.   So I did not write this statement, but as I've | 15:06:22 |
| 5 | shared earlier, each year there -- the compensation team | 15:06:27 |
| 6 | does this analysis.  So I assume it is referencing the | 15:06:31 |
| 7 | compensation team's ability to go back and raise any | 15:06:38 |
| 8 | concerns they have based on their analysis. | 15:06:45 |
| 9 | Q.   You signed off on these talking points, | 15:06:50 |
| 10 | correct? | 15:06:52 |
| 11 | MS. OSTRAGER:  Object to the form. | 15:06:54 |
| 12 | BY MR. LEVIN-GESUNDHEIT: | 15:06:55 |
| 13 | Q.   Did you sign off on these talking points? | 15:06:55 |
| 14 | A.   I gave input into these talking points. | 15:06:57 |
| 15 | Q.   Did you object to this -- the inclusion of this | 15:07:03 |
| 16 | bullet point? | 15:07:07 |
| 17 | MS. OSTRAGER:  Object to the form. | 15:07:08 |
| 18 | THE WITNESS:  It's not my role to object.  I | 15:07:12 |
| 19 | gave input into these talking points.  And I don't have | 15:07:15 |
| 20 | any reason to -- of concern with it either. | 15:07:22 |
| 21 | BY MR. LEVIN-GESUNDHEIT: | 15:07:32 |
| 22 | Q.   In fact, you provided the diversity talking | 15:07:33 |
| 23 | points. | 15:07:35 |
| 24 | MS. OSTRAGER:  Object to the form. | 15:07:36 |
| 25 | THE WITNESS:  I provided diversity talking | 15:07:40 |

Page 142

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | points that did not include those exact words, to my | 15:07:42 |
| 2 | knowledge. | 15:07:47 |
| 3 | BY MR. LEVIN-GESUNDHEIT: | 15:07:47 |
| 4 | Q.   Are you aware of any changes that have been | 15:08:00 |
| 5 | made in response to -- strike that. | 15:08:02 |
| 6 | Are you aware of Goldman ever having found that | 15:08:09 |
| 7 | it has not been, quote, true to its commitment to equal | 15:08:14 |
| 8 | pay? | 15:08:18 |
| 9 | A.   I think -- I -- I can't -- am I personally -- | 15:08:29 |
| 10 | do I believe that the -- the compensation team does this | 15:08:33 |
| 11 | every year.  So it is not part of my role to ask them, | 15:08:36 |
| 12 | did they find anything this year.  So, no, I don't do | 15:08:48 |
| 13 | that. | 15:08:52 |
| 14 | Q.   So you're not aware of any changes ever having | 15:08:53 |
| 15 | been made in response to a pay equity analysis. | 15:08:57 |
| 16 | MS. OSTRAGER:  Object to the form. | 15:09:00 |
| 17 | Objection -- | 15:09:01 |
| 18 | MR. LEVIN-GESUNDHEIT:  Okay.  I'll rephrase it. | 15:09:03 |
| 19 | BY MR. LEVIN-GESUNDHEIT: | 15:09:05 |
| 20 | Q.   Are you aware of any changes ever having been | 15:09:05 |
| 21 | made at Goldman Sachs in response to a pay equity | 15:09:08 |
| 22 | analysis? | 15:09:10 |
| 23 | A.   Any specific examples?  No. | 15:09:14 |
| 24 | Q.   Are you aware of any changes that have been | 15:09:33 |
| 25 | made generally speaking in response to a pay equity | 15:09:35 |

Page 143

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | analysis at Goldman Sachs? | 15:09:40 |
| 2 | MS. OSTRAGER:  Object to the form; object, | 15:09:41 |
| 3 | vague; and object, asked and answered. | 15:09:44 |
| 4 | BY MR. LEVIN-GESUNDHEIT: | 15:09:49 |
| 5 | Q.   You can answer. | 15:09:50 |
| 6 | A.   Yeah, again, I -- I know what analyses we do. | 15:09:51 |
| 7 | Most of our processes are iterative processes.  I -- it | 15:09:56 |
| 8 | is not what I do for the firm.  And the role -- my role | 15:10:01 |
| 9 | is not like the police to check on everybody.  Right? | 15:10:06 |
| 10 | You know, and if I can't trust my colleagues for what | 15:10:12 |
| 11 | their piece of their role is, right -- we all have roles | 15:10:18 |
| 12 | to play.  So I don't check my colleagues' work like that, | 15:10:23 |
| 13 | no, I don't. | 15:10:27 |
| 14 | Q.   Are you aware of anyone else who would have | 15:10:49 |
| 15 | been present at the meeting with Representatives Meeks | 15:10:51 |
| 16 | and Waters, besides David Solomon? | 15:10:54 |
| 17 | MS. OSTRAGER:  Objection.  Calls for | 15:10:57 |
| 18 | speculation. | 15:10:57 |
| 19 | THE WITNESS:  I have no clue who was -- | 15:11:00 |
| 20 | actually, the -- the email said Dane went with him.  So I | 15:11:02 |
| 21 | mean I'm only basing it on the email that you just showed | 15:11:06 |
| 22 | me.  I don't remember that meeting, as I said. | 15:11:09 |
| 23 | BY MR. LEVIN-GESUNDHEIT: | 15:11:15 |
| 24 | Q.   Do you have any independent basis to determine | 15:11:33 |
| 25 | whether the statement is true that we've read, that | 15:11:35 |

Page 144

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | statement being: "If we ever find we're not being true | 15:11:39 |
| 2 | to our commitment to equal pay for equal work, we make | 15:11:42 |
| 3 | changes"? | 15:11:45 |
| 4 | MS. OSTRAGER: Object to the form and | 15:11:46 |
| 5 | objection, asked and answered. | 15:11:47 |
| 6 | THE WITNESS: I rely on the work of the | 15:11:54 |
| 7 | compensation team. | 15:11:57 |
| 8 | BY MR. LEVIN-GESUNDHEIT: | 15:11:59 |
| 9 | Q. Do you have any independent basis? | 15:12:04 |
| 10 | A. No. | 15:12:06 |
| 11 | MS. OSTRAGER: Objection. Asked and answered | 15:12:07 |
| 12 | several times now. | 15:12:08 |
| 13 | MR. LEVIN-GESUNDHEIT: I'm just looking over | 15:12:35 |
| 14 | this document for a second before we take a break. | 15:12:36 |
| 15 | All right. You asked for a break. Let's take | 15:12:50 |
| 16 | a break for ten minutes. Can we go off the record, | 15:12:53 |
| 17 | please? | 15:12:56 |
| 18 | MS. OSTRAGER: Yes. | 15:12:57 |
| 19 | THE VIDEOTAPE OPERATOR: We're going off the | 15:12:58 |
| 20 | record. The time is 3:13 p.m., and this is the end of | 15:12:59 |
| 21 | Media Unit No. 4. | 15:13:03 |
| 22 | (Recess was taken.) | 15:13:04 |
| 23 | THE VIDEOTAPE OPERATOR: We're back on the | 15:24:34 |
| 24 | record at 3:24 p.m., and this is the beginning of Media | 15:24:34 |
| 25 | Unit No. 5. | 15:24:37 |

Page 145

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MR. LEVIN-GESUNDHEIT: | 15:24:39 |
| 2 | Q.   Thank you, Ms. Irish Brown. | 15:24:43 |
| 3 | Were you involved in preparing Goldman Sachs' | 15:24:47 |
| 4 | submission data to Bloomberg for inclusion in the | 15:24:49 |
| 5 | Bloomberg Gender-Equality Index? | 15:24:53 |
| 6 | A.   Yeah, my team prepared that, yes. | 15:24:57 |
| 7 | Q.   Did you sign off on the submission? | 15:25:00 |
| 8 | A.   I reviewed it, yes. | 15:25:02 |
| 9 | Q.   Was it accurate? | 15:25:05 |
| 10 | A.   I believe it was.  Yes. | 15:25:08 |
| 11 | Q.   And you're also familiar -- are you familiar | 15:25:14 |
| 12 | with Goldman's results -- strike that. | 15:25:16 |
| 13 | Are you familiar with -- strike that. | 15:25:19 |
| 14 | Did Goldman become a member of the Bloomberg | 15:25:27 |
| 15 | Gender-Equality Index? | 15:25:30 |
| 16 | A.   The Gender-Equality Index is -- is a listing of | 15:25:34 |
| 17 | companies, so, yes, we were on the list. | 15:25:38 |
| 18 | Q.   Do you know what year Goldman first was listed? | 15:25:41 |
| 19 | A.   I believe the submission was the end of 2018, | 15:25:49 |
| 20 | which gets, like -- is the 2019 submission based on the | 15:25:53 |
| 21 | prior year's data?  I believe that's how that works. | 15:25:58 |
| 22 | Q.   And you were also involved in -- in developing | 15:26:05 |
| 23 | the criteria used for the Gender-Equality Index while you | 15:26:09 |
| 24 | worked with Bloomberg? | 15:26:17 |
| 25 | A.   It is not a criteria.  It is a set of -- of | 15:26:19 |

Page 146

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
 1    questions.                                        15:26:22

 2         Q.   Were you involved in developing those   15:26:22

 3    questions?                                        15:26:23

 4         A.   Yes.                                     15:26:24

 5              MR. LEVIN-GESUNDHEIT:  I'm going to introduce   15:26:39

 6    an exhibit.  This is Exhibit 120.  That is incorrect.  I   15:26:39

 7    introduced the wrong document.  My apologies.  This is a   15:27:02

 8    duplicate of an earlier exhibit.                 15:27:08

 9              (Exhibit 120 was marked for identification.)   15:27:10

10    BY MR. LEVIN-GESUNDHEIT:                          15:27:58

11         Q.   I'm now introducing the correct Exhibit 120.   15:27:58

12              Now, this is a -- this document is rather   15:28:04

13    large, so I think you'll probably need to zoom in when   15:28:07

14    you look at it.                                   15:28:11

15         A.   Okay.                                    15:28:18

16         Q.   This document was downloaded from a Bloomberg   15:28:18

17    terminal.  It is entitled, "2020 Bloomberg        15:28:23

18    Gender-Equality Index Framework" for the company Goldman   15:28:25

19    Sachs.                                            15:28:30

20              It has a set of questions and answers.  Are you   15:28:35

21    familiar with this type of document?             15:28:39

22         A.   I am.                                    15:28:42

23         Q.   Does this document reflect Goldman Sachs'   15:28:47

24    submission to Bloomberg for inclusion in the 2020   15:28:54

25    Gender-Equality Index?                            15:28:58
```

Page 147

| | | |
|---|---|---|
| 1 | MS. OSTRAGER:  Object to the time frame. | 15:29:00 |
| 2 | THE WITNESS:  It says 2020 Gender-Equality | 15:29:14 |
| 3 | Index.  And if you look at the data it is as of the end | 15:29:14 |
| 4 | of fiscal year 2018.  I know there is a lag in the data. | 15:29:22 |
| 5 | BY MR. LEVIN-GESUNDHEIT: | 15:29:27 |
| 6 | Q.   All right.  So there's two columns with two | 15:29:28 |
| 7 | sets of answers. | 15:29:30 |
| 8 | A.   Uh-huh. | 15:29:32 |
| 9 | Q.   One that reads:  "Data as of the 2018 fiscal | 15:29:32 |
| 10 | year."  The next one reads:  "Data as of the 2017 fiscal | 15:29:37 |
| 11 | year." | 15:29:41 |
| 12 | A.   Uh-huh. | 15:29:42 |
| 13 | Q.   When you submitted data to Bloomberg, were | 15:29:42 |
| 14 | there -- did you submit answers for two different fiscal | 15:29:45 |
| 15 | years? | 15:29:48 |
| 16 | A.   That's what this is reflecting, and I do recall | 15:29:52 |
| 17 | that we always -- we did ask for the previous year and | 15:29:56 |
| 18 | the -- yeah, and the current year. | 15:30:00 |
| 19 | Q.   So, to the best of your knowledge, does this | 15:30:04 |
| 20 | document reflect the submission that your team made at | 15:30:06 |
| 21 | the end of 2018? | 15:30:11 |
| 22 | A.   2018 data would not have been at the end of | 15:30:19 |
| 23 | 2018.  So I don't recall the exact lag, but there was | 15:30:22 |
| 24 | always a lag because year-end data isn't available when | 15:30:28 |
| 25 | the -- when this -- based on the due date, you need to | 15:30:33 |

Page 148

```
 1    figure out the due date.  But the due date never enabled      15:30:38

 2    the data to be that year-end data.                            15:30:43

 3        Q.   You testified that at the end of 2018 you made       15:30:47

 4    a submission based on 2017 data; is that right?               15:30:51

 5        A.   It's -- I believe it's the previous year's           15:30:55

 6    data.  I don't know what I testified.  You'd be able to       15:30:58

 7    look up exactly.  But it is definitely never -- the year      15:31:01

 8    of the index never matches the year of the data.  That        15:31:05

 9    much I remember.                                              15:31:09

10        Q.   Okay.  Did you make an additional submission to      15:31:10

11    Bloomberg at the end of 2019?                                 15:31:13

12        A.   We have submitted -- we've submitted at the          15:31:17

13    time where they asked for the submissions, because now I      15:31:21

14    don't want to misspeak when exactly they asked -- there       15:31:25

15    is a due date.  We submit for the due date, and we            15:31:28

16    provide the data that they specifically ask for.              15:31:31

17        Q.   Do you recall being involved in two different        15:31:35

18    submissions?                                                  15:31:37

19        A.   I recall reviewing two different submissions,        15:31:39

20    yes.                                                          15:31:44

21        Q.   One based on 2017 data and one based on 2018         15:31:47

22    data?                                                         15:31:52

23        A.   I do not recall that, but that would be likely       15:31:55

24    the years.  Again, I don't want to say the wrong year,        15:32:02

25    because I mean it's -- it's what were asked for.              15:32:05
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   Is it your understanding that Goldman Sachs was | 15:32:13 |
| 2 | listed in the Bloomberg Gender-Equality Index both in | 15:32:14 |
| 3 | 2019 and 2020? | 15:32:19 |
| 4 | A.   Yes.  We've been listed in the index.  Yes. | 15:32:26 |
| 5 | We've been listed in the index. | 15:32:30 |
| 6 | Q.   In those two years. | 15:32:32 |
| 7 | A.   I believe those are the two years. | 15:32:35 |
| 8 | Q.   And you were involved in the submission for | 15:32:37 |
| 9 | both listings. | 15:32:40 |
| 10 | MS. OSTRAGER:  Objection.  Asked and answered. | 15:32:43 |
| 11 | THE WITNESS:  My team put it together, and I | 15:32:48 |
| 12 | reviewed it. | 15:32:50 |
| 13 | BY MR. LEVIN-GESUNDHEIT: | 15:32:51 |
| 14 | Q.   Okay.  If you scroll to the second page -- | 15:32:52 |
| 15 | well, actually, let's start on the first page. | 15:32:59 |
| 16 | So on the far left we see questions.  Would I | 15:33:01 |
| 17 | be correct to understand that those are standard | 15:33:06 |
| 18 | questions asked of all of the entities that submit to the | 15:33:07 |
| 19 | Bloomberg index? | 15:33:12 |
| 20 | A.   Yes.  This is the Bloomberg provided template. | 15:33:15 |
| 21 | Q.   And in the workforce representation column, | 15:33:24 |
| 22 | would I be correct in understanding that that column | 15:33:28 |
| 23 | describes to the individual filling out the form what | 15:33:31 |
| 24 | population is being considered for each question? | 15:33:36 |
| 25 | A.   Is -- is provided by -- these are words | 15:33:43 |

Page 150

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | provided by Bloomberg that try to provide a descriptor | 15:33:48 |
| 2 | for the item. | 15:33:52 |
| 3 | Q.   Does that column describe the population that's | 15:33:55 |
| 4 | to be considered for each question? | 15:33:58 |
| 5 | MS. OSTRAGER:  Object to the form. | 15:34:01 |
| 6 | THE WITNESS:  It's additional information to | 15:34:07 |
| 7 | guide us on what information we're providing. | 15:34:09 |
| 8 | BY MR. LEVIN-GESUNDHEIT: | 15:34:14 |
| 9 | Q.   Okay.  Let's start with one example.  The first | 15:34:18 |
| 10 | question:  "What percentage of the company's total | 15:34:20 |
| 11 | employee workforce are women?" | 15:34:22 |
| 12 | A.   Uh-huh. | 15:34:25 |
| 13 | Q.   Under Workforce Presentation, it reads:  "All | 15:34:26 |
| 14 | full-time employees at fiscal year end, excludes | 15:34:29 |
| 15 | contractors."  Is your understanding that that phrase is | 15:34:32 |
| 16 | telling the individual filling out the form that the | 15:34:35 |
| 17 | answer should be as to all full-time employees at the end | 15:34:38 |
| 18 | of the fiscal year, excluding contractors? | 15:34:42 |
| 19 | A.   Yes.  That's the words that are written. | 15:34:46 |
| 20 | Q.   I'm just trying to confirm how someone filling | 15:34:50 |
| 21 | this out would interpret that column, whether it -- this | 15:34:52 |
| 22 | is not meant to be a controversial question.  I'm just | 15:34:57 |
| 23 | confirming with you that that column is describing the | 15:35:00 |
| 24 | population for which you're supposed to answer. | 15:35:04 |
| 25 | Can you answer that question? | 15:35:08 |

Page 151

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| 1 | A.   That's my understanding.  Yes. | 15:35:09 |

2      Q.   Great.  So if you go to the second page,      15:35:11

3  Question 22, now you may need to zoom in.              15:35:17

4           Question 22 reads:  "Did the company perform a  15:35:25

5  global pay audit also referred to as a pay equity review  15:35:27

6  during the fiscal year to identify differences in pay   15:35:33

7  between men and women doing equivalent work?"           15:35:36

8      A.   I see it.                                      15:35:44

9      Q.   So the second column describes the population  15:35:47

10  that should be considered.  We agree about that?        15:35:52

11      A.   Yes.                                          15:35:57

12      Q.   Okay.  The next column, I know the heading is  15:35:57

13  not on this page, but the next column reads:  "Related  15:36:00

14  Definitions."  It states:  "Equal pay audit refers to   15:36:04

15  comparison of male and female employee compensation for  15:36:12

16  the same or similar work based on job content and duties,  15:36:14

17  and auditing may be performed by internal or external   15:36:18

18  party.  Compensation should include base salary, bonus,  15:36:22

19  stock, and any other monetary benefits."                15:36:25

20           Do we agree that that describes what an equal  15:36:28

21  pay audit is within the context of the question?        15:36:31

22      A.   That is their description of what an equal pay  15:36:35

23  audit is, yes.                                          15:36:38

24      Q.   Okay.  And then there is a -- the next set of  15:36:43

25  instructions asks the company to mark "Y" for yes if the  15:36:48

Page 152

| | | |
|---|---|---|
| 1 | company conducted such an audit.  And no, if it didn't. | 15:36:54 |
| 2 | Do we agree about that? | 15:36:59 |
| 3 |    A.  Yes. | 15:37:02 |
| 4 |    Q.  So the next two columns with a black box around | 15:37:03 |
| 5 | them, the first is for data as of 2018 fiscal year-end, | 15:37:07 |
| 6 | and the next is for data as of 2017 fiscal year-end. | 15:37:13 |
| 7 |    Goldman answered "Yes" to both of these | 15:37:18 |
| 8 | questions.  Do we agree? | 15:37:21 |
| 9 |    A.  Yes. | 15:37:22 |
| 10 |    Q.  What equal pay audit is Goldman referencing in | 15:37:23 |
| 11 | answering "Yes" to this question? | 15:37:32 |
| 12 |    MS. OSTRAGER:  Object to the form. | 15:37:38 |
| 13 |    THE WITNESS:  Our basis for answering that | 15:37:39 |
| 14 | question was the same basis that I shared with you in | 15:37:42 |
| 15 | terms of the work of our compensation team, everything | 15:37:44 |
| 16 | was done by the compensation team. | 15:37:51 |
| 17 | BY MR. LEVIN-GESUNDHEIT: | 15:37:54 |
| 18 |    Q.  This is a reference -- is this a reference to | 15:37:59 |
| 19 | the annual pay equity review? | 15:38:00 |
| 20 |    A.  Our compensation team during the annual | 15:38:08 |
| 21 | compensation process does this review.  That's what we've | 15:38:11 |
| 22 | discussed previously, and that is what our answer | 15:38:16 |
| 23 | reflects as our compensation team being the internal | 15:38:19 |
| 24 | party that looks at pay equity as part of the process. | 15:38:24 |
| 25 |    Q.  Is this the same pay equity review that | 15:38:32 |

Page 153

Veritext Legal Solutions
866 299-5127

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | determined that women were paid 99 percent of men in | 15:38:34 |
| 2 | 2017? | 15:38:40 |
| 3 | A.   This is the annual process.  So the 2017 review | 15:38:44 |
| 4 | was a specific effort outside of the annual process. | 15:38:51 |
| 5 | Again, it predates me.  I don't want to misspeak.  But | 15:38:58 |
| 6 | every year our compensation team looks at pay equity as | 15:39:01 |
| 7 | part of the compensation process. | 15:39:05 |
| 8 | Q.   So to clarify, was the 2017 effort undertaken | 15:39:33 |
| 9 | again in any subsequent years? | 15:39:37 |
| 10 | MS. OSTRAGER:  Objection.  Asked and answered. | 15:39:40 |
| 11 | THE WITNESS:  Not to my knowledge. | 15:39:45 |
| 12 | BY MR. LEVIN-GESUNDHEIT: | 15:39:49 |
| 13 | Q.   And the 2017 effort is the basis of the 99 | 15:39:57 |
| 14 | percent figure that we've been discussing earlier. | 15:40:00 |
| 15 | A.   Yes. | 15:40:04 |
| 16 | Q.   And the answers here for the -- to Bloomberg, | 15:40:22 |
| 17 | the "Yes" provided in 2017, does that refer to this 2017 | 15:40:25 |
| 18 | effort we've been describing that ended up with the 99 | 15:40:35 |
| 19 | percent figure, or was it something else? | 15:40:38 |
| 20 | MS. OSTRAGER:  Object to the form; objection, | 15:40:41 |
| 21 | asked and answered. | 15:40:42 |
| 22 | THE WITNESS:  Every year in the compensation | 15:40:45 |
| 23 | process we look at pay equity.  The compensation team | 15:40:47 |
| 24 | looks at pay equity.  So that is part of the process. | 15:40:53 |
| 25 | // | |

Veritext Legal Solutions
866 299-5127

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
1                      *  *  *

2        I declare under penalty of perjury, under the

3     laws of the State of New Jersey, that the foregoing

4   testimony, as corrected, is the truth, the whole truth,

5                 and nothing but the truth.

6

7                                /s/ Erika Irish Brown
                       _____
8                           ERIKA IRISH BROWN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                           Page 164
```

**ERRATA SHEET**
***Chen-Oster* v. *Goldman, Sachs & Co*, No. 10-cv-6950**
**Transcript of November 13, 2020 Deposition of Erika Irish Brown**

| *Page* | *Line(s)* | |
|--------|-----------|---|
| 2 | 15 | Delete:  "ANN-ELIZABETH OSTRAGER, ESQ." |
| | | Reason:  Transcription error. |
| 2 | 16-17 | Change:  "1700 New York Avenue N.W. – Suite 700, Washington D.C. 20006" to "125 Broad Street New York, N.Y. 10004" |
| | | Reason:  Transcription error. |
| 5 | 5 | Change: "Christina Chen-Oster" to "Cristina Chen-Oster" |
| | | Reason:  Transcription error. |
| 6 | 14 | Change: "Ann" to "Annie" |
| | | Reason:  Transcription error. |
| 8 | 8 | Change: "plaintiff's" to "plaintiffs'" |
| | | Reason:  Transcription error. |
| 10 | 17 | Change: "Uh-huh" to "Yes" |
| | | Reason:  Transcription error. |
| 18 | 9 | Change: "Sydney" to "SUNY" |
| | | Reason:  Transcription error. |
| 18 | 17 | Change: "Uh-huh" to "Yes" |
| | | Reason:  Transcription error. |
| 19 | 18 | Change: "Controller's" to "Comptroller's" |
| | | Reason:  Transcription error. |
| 20 | 5 | Change: "I started business school January '97" to "I started business school in January '97" |

| Page | Line(s) | |
|------|---------|---|
| | | Reason:  Transcription error. |
| 21 | 13 | Change: "Head of business development" to "Head of Business Development" |
| | | Reason:  Transcription error. |
| 21 | 23-24 | Change: "Senior vice president and head of diversity lateral recruiting" to "Senior Vice President and Head of Diversity Lateral Recruiting" |
| | | Reason:  Transcription error. |
| 22 | 18-19 | Change: "office of presidential personnel" to "Office of Presidential Personnel" |
| | | Reason:  Transcription error. |
| 23 | 17 | Change: "Providence" to "Provident" |
| | | Reason:  Transcription error. |
| 24 | 13-14 | Change: "Senior vice president and head of – I'm trying to – diversity executive recruiting" to "Senior Vice President and Head of – I'm trying to – Diversity Executive Recruiting" |
| | | Reason:  Transcription error. |
| 25 | 5 | Change: "head of executive recruiting" to "Head of Executive Recruiting" |
| | | Reason:  Transcription error. |
| 25 | 23 | Change: "Head of Diversity Inclusion" to "Head of Diversity & Inclusion" |
| | | Reason:  Transcription error. |
| 27 | 12 | Change: "global head Diversity & Inclusion" to "Global Head of Diversity & Inclusion" |
| | | Reason:  Transcription error. |
| 27 | 24 | Change: "HBCs" to "HBCUs" |

-2-

| Page | Line(s) | |
|------|---------|---|
| | | Reason:  Transcription error. |
| 27 | 25 | Change: "diversity inclusion, conferences around diversity" to "diversity and inclusion, conferences around diversity and" |
| | | Reason:  Transcription error. |
| 31 | 5 | Change: "head of HCM" to "Head of HCM" |
| | | Reason:  Transcription error. |
| 31 | 10-12 | Change: "EMEA head of diversity, the APAC head of diversity, the India head of diversity, the Americas head of diversity" to "EMEA Head of Diversity, the APAC Head of Diversity, the India Head of Diversity, the Americas Head of Diversity" |
| | | Reason:  Transcription error. |
| 31 | 13 | Change: "Americas head of diversity" to "Americas Head of Diversity" |
| | | Reason:  Transcription error. |
| 33 | 15 | Change: "chief of staff" to "Chief of Staff" |
| | | Reason:  Transcription error. |
| 34 | 2 | Change: "ensure diversity lens" to "ensure a diversity lens" |
| | | Reason:  Transcription error. |
| 34 | 19 | Delete: "through – to – to that" |
| | | Reason:  Clarification. |
| 36 | 2 | Change: "GDIC" to "GIDC" |
| | | Reason:  Transcription error. |
| 36 | 12 | Change: "everyone on the GDC" to "everyone on the GIDC" |

| Page | Line(s) | |
|------|---------|---|
| | | Reason: Transcription error. |
| 36 | 22 | Change: "Global Diversity and Inclusion Committee" to "Global Inclusion and Diversity Committee" |
| | | Reason: Clarification. |
| 37 | 1 | Change: "Global Diversity and Inclusion Committee" to "Global Inclusion and Diversity Committee" |
| | | Reason: Clarification. |
| 38 | 5 | Change: "Uh-huh" to "Yes" |
| | | Reason: Transcription error. |
| 38 | 9 | Change: "black" to "Black" |
| | | Reason: Transcription error. |
| 39 | 12 | Change: "black" to "Black" |
| | | Reason: Transcription error. |
| 39 | 14 | Change: "black" to "Black" |
| | | Reason: Transcription error. |
| 42 | 7 | Change: "Because people write on people" to "Because people write feedback on people" |
| | | Reason: Clarification. |
| 44 | 23 | Change: "there has only been" to "there have only been" |
| | | Reason: Transcription error. |
| 48 | 24 | Change: "we've been through this entire deposition" to "we've been through this in other depositions" |
| | | Reason: Transcription error. |
| 49 | 5 | Delete: "Do not --" |

| *Page* | *Line(s)* | |
|--------|-----------|---|
| | | Reason:  Clarification. |
| 52 | 18 | Change: "best practice" to "best practices" |
| | | Reason:  Transcription error. |
| 61 | 2 | Change: "management committee" to "Management Committee" |
| | | Reason:  Transcription error. |
| 61 | 5 | Change: "management committee" to "Management Committee" |
| | | Reason:  Transcription error. |
| 61 | 7 | Change: "management committee" to "Management Committee" |
| | | Reason:  Transcription error. |
| 61 | 11 | Change: "management committee" to "Management Committee" |
| | | Reason:  Transcription error. |
| 61 | 15-16 | Change: "management committee" to "Management Committee" |
| | | Reason:  Transcription error. |
| 61 | 22 | Change: "management committee" to "Management Committee" |
| | | Reason:  Transcription error. |
| 61 | 25 | Change: "management committee" to "Management Committee" |
| | | Reason:  Transcription error. |
| 62 | 5 | Change: "poster" to "post" |
| | | Reason:  Transcription error. |

| *Page* | *Line(s)* | |
|---|---|---|
| 62 | 10 | Change: "management committee" to "Management Committee" |
| | | Reason:  Transcription error. |
| 63 | 9 | Change: "management committee" to "Management Committee" |
| | | Reason:  Transcription error. |
| 63 | 13 | Change: "management committee" to "Management Committee" |
| | | Reason:  Transcription error. |
| 64 | 8 | Change: "compliance" to "Compliance" |
| | | Reason:  Transcription error. |
| 66 | 15 | Change: "Uh-huh" to "Yes" |
| | | Reason:  Transcription error. |
| 72 | 10-11 | Change: "boys club culture" to "boys' club culture" |
| | | Reason:  Transcription error. |
| 72 | 13 | Change: "boys club culture" to "boys' club culture" |
| | | Reason:  Transcription error. |
| 72 | 21 | Change: "Uh-huh" to "Okay" |
| | | Reason:  Transcription error. |
| 73 | 25 | Change: "busting the boys" to "busting the boys'" |
| | | Reason:  Transcription error. |
| 74 | 12 | Change: "I would like to" to "I would have to" |
| | | Reason:  Transcription error. |
| 75 | 3 | Change: "busting the boys club" to "busting the boys' club" |

| Page | Line(s) | |
|------|---------|---|
| | | Reason:  Transcription error. |
| 75 | 17 | Change: "busting the boys club" to "busting the boys' club" |
| | | Reason:  Transcription error. |
| 77 | 15 | Change: "about a boys club" to "about a boys' club" |
| | | Reason:  Transcription error. |
| 83 | 11 | Change: "Tabillo" to "Tableau" |
| | | Reason:  Transcription error. |
| 83 | 12 | Change: "Tabillo" to "Tableau" |
| | | Reason:  Transcription error. |
| 83 | 13 | Change: "Tabillo" to "Tableau" |
| | | Reason:  Transcription error. |
| 83 | 22 | Change: "Uh-huh" to "Okay" |
| | | Reason:  Transcription error. |
| 91 | 6 | Change: "Uh-huh" to "Yes" |
| | | Reason:  Transcription error. |
| 91 | 13 | Change: "Uh-huh" to "Yes" |
| | | Reason:  Transcription error. |
| 92 | 9 | Change: "Uh-huh" to "Yes" |
| | | Reason:  Transcription error. |
| 92 | 19 | Change: "Uh-huh" to "Yes" |
| | | Reason:  Transcription error. |
| 94 | 13 | Change: "pool" to "tool" |

| Page | Line(s) | |
|------|---------|--|
| | | Reason:  Transcription error. |
| 97 | 14 | Change: "Uh-huh" to "Yes" |
| | | Reason:  Transcription error. |
| 106 | 6 | Change: "huh-huh" to "no" |
| | | Reason:  Transcription error. |
| 111 | 3 | Change: "Uh-huh" to "Yes" |
| | | Reason:  Transcription error. |
| 115 | 20 | Change: "head of HR's chief of staff" to "Head of HR's Chief of Staff" |
| | | Reason:  Transcription error. |
| 116 | 24 | Change: "HDCUs" to "HBCUs" |
| | | Reason:  Transcription error. |
| 119 | 5 | Change: "global head of diversity" to "Global Head of Diversity" |
| | | Reason:  Transcription error. |
| 123 | 12 | Change: "Yeah" to "No" |
| | | Reason:  Clarification. |
| 124 | 10 | Change: "DSG" to "ESG" |
| | | Reason:  Transcription error. |
| 124 | 21 | Change: "Uh-huh" to "Yes" |
| | | Reason:  Transcription error. |
| 125 | 24-25 | Change: "Part of our compensation team's processes is exactly what it says in this document.  Each year" to "Part of ELG's process is that each year" |

| *Page* | *Line(s)* | |
|---|---|---|
| | | Reason:  Clarification. |
| 126 | 2 | Delete:  ", as it says in the document." |
| | | Reason:  Clarification. |
| 126 | 10-11 | Change: "I do not know the individual names of who does it" to "ELG conducts this analysis" |
| | | Reason:  Clarification. |
| 126 | 14 | Change: "heads of compensation" to "Heads of Compensation" |
| | | Reason:  Transcription error. |
| 127 | 8-10 | Change: "strong compensation team, and I have a lot of faith in the senior leadership on that team, and have no reason to believe otherwise" to "strong ELG team, and have no reason to believe otherwise" |
| | | Reason:  Clarification. |
| 127 | 22 | Change: "their processes" to "the processes" |
| | | Reason:  Clarification. |
| 127 | 23 | Change: "how they approached" to "how the firm approached" |
| | | Reason:  Clarification. |
| 128 | 15 | Change: "It's based on" to "ELG's process is based on" |
| | | Reason:  Clarification. |
| 132 | 6 | Change: "hear" to "share" |
| | | Reason:  Transcription error. |
| 134 | 11 | Change: "Uh-huh" to "Okay" |
| | | Reason:  Transcription error. |
| 134 | 25 | Change: "Uh-huh" to "Yes" |

| Page | Line(s) | |
|---|---|---|
| | | Reason:  Transcription error. |
| 142 | 7 | Change: "compensation team's" to "ELG team's" |
| | | Reason:  Clarification. |
| 143 | 10 | Change: "the compensation team" to "the ELG team" |
| | | Reason:  Clarification. |
| 145 | 7 | Change: "compensation team" to "ELG team" |
| | | Reason:  Clarification. |
| 148 | 8 | Change: "Uh-huh" to "Yes" |
| | | Reason:  Transcription error. |
| 148 | 12 | Change: "Uh-huh" to "Yes" |
| | | Reason:  Transcription error. |
| 151 | 12 | Change: "Uh-huh" to "Okay" |
| | | Reason:  Transcription error. |
| 153 | 23 | Change: "reflects as our compensation team" to "reflects as our ELG team" |
| | | Reason:  Clarification. |
| 154 | 6 | Change: "compensation team" to "ELG team" |
| | | Reason:  Clarification. |
| 154 | 23 | Change: "compensation team" to "ELG team" |
| | | Reason:  Clarification. |
| 157 | 1 | Change: "Uh-huh" to "Yes" |
| | | Reason:  Transcription error. |