```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER, LISA PARISI, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

Plaintiffs,

-against-

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

Defendants.

10 Civ. 6950 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' submissions at ECF Nos. 1158–1163.  Accordingly, the Plaintiffs' requests to file reply briefs, ECF Nos. 1158–1159, 1163, and Defendants' request to file a sur-reply, ECF No. 1162, are GRANTED.

Defendants' request to continue redaction of highly sensitive materials set forth in ECF No. 1161 is GRANTED.

The Clerk of Court is directed to terminate the motions at ECF Nos. 1158–1159, 1163.

SO ORDERED.

Dated: January 22, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge