UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

H. CRISTINA CHEN-OSTER; SHANNA
ORLICH; ALLISON GAMBA; and MARY
DE LUIS,

        Plaintiffs,

v.

GOLDMAN, SACHS & CO. and THE
GOLDMAN SACHS GROUP, INC.,

        Defendants.

Case No.: 10 Civ. 6950 (AT) (RWL)

---

## STIPULATION OF VOLUNTARY DISMISSAL

Christine Benson (also known as Christine Schwartzstein), Plaintiffs, and Defendants hereby agree and stipulate to the following:

WHEREAS, a Court-approved Notice in this action was distributed to Class members by U.S. mail and e-mail on November 14, 2018, and the 45-day period to opt out of the Class concluded on January 14, 2019;

WHEREAS, Christine Benson did not timely exercise her option to opt out prior to the January 14, 2019 deadline, but contacted Class Counsel following the opt-out deadline to request that she be permitted to opt out late due to her individual circumstances;

WHEREAS, Plaintiffs take the position that Ms. Benson is a Class member;

WHEREAS, Defendants take the position that Ms. Benson is excluded from the class without the need for a stipulation of dismissal;

WHEREAS, Plaintiffs and Defendants have conferred and agree due to these individual circumstances not to object to Ms. Benson's request;

WHEREAS, Plaintiffs and Defendants agree that this stipulation has no impact regarding individuals other than Christine Benson, and the parties reserve all objections and arguments with respect to any other untimely requests by Class members to opt out of this action;

NOW, THEREFORE, Christine Benson, Plaintiffs, and Defendants stipulate and agree that due to her individual circumstances, Christine Benson hereby opts out of the Class in this action.

_____  
Christine Benson

4/6/21  
Date

/s/ Adam T. Klein

Adam T. Klein
Cara E. Greene
Melissa L. Stewart
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

Paul W. Mollica
161 North Clark Street, Suite 4700
Chicago Illinois 60601
Telephone: (212) 809-7010
Facsimile: (312) 809-7011

Kelly M. Dermody (admitted pro hac vice)
Anne B. Shaver (admitted pro hac vice)
Tiseme G. Zegeye
LIEFF CABRASER HEIMANN &
    BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

/s/ Ann-Elizabeth Ostrager

Robert J. Giuffra, Jr.
Sharon L. Nelles
Ann-Elizabeth Ostrager
Hilary M. Williams
Joshua S. Levy
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Amanda Flug Davidoff
Elizabeth A. Cassady
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Suite 700
Washington, District of Columbia
20006-5215
Telephone: (202) 956-7500

Barbara B. Brown (admitted pro hac vice)
Carson H. Sullivan (admitted pro hac vice)
PAUL HASTINGS LLP
875 15th Street, NW
Washington, DC 20005

-3-

Rachel Geman
250 Hudson Street, 8th Floor
New York, New York  10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Plaintiffs*

Telephone: (202) 551-1700

Patrick W. Shea
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6405

*Attorneys for Defendants*