UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------- x
H. CRISTINA CHEN-OSTER,         :
SHANNA ORLICH, ALLISON          :
GAMBA and MARY DE LUIS,         :    Case No.: 10 Civ. 6950 (AT) (RWL)
                                :
              Plaintiffs,       :
                                :
      v.                        :
                                :
GOLDMAN SACHS & CO. and THE     :
GOLDMAN SACHS GROUP, INC.,      :
                                :
              Defendants.       :
------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2021

# [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT GOLDMAN SACHS & CO.

Upon receiving the Motion to Withdraw of Elizabeth A. Cassady as Counsel for Defendant Goldman Sachs & Co. (the "Motion"), and the Declaration of Elizabeth A. Cassady in Support of the Motion, and good cause appearing,

IT IS ORDERED that the Motion to Withdraw Elizabeth A. Cassady as Counsel for Defendant Goldman Sachs & Co., is GRANTED, and

IT IS FURTHER ORDERED that the Clerk of the Court is directed to remove Elizabeth A. Cassady from all future ECF notifications in these matters.

Dated: __May 4__, 2021

SO ORDERED:
5/4/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

~~Hon. Analisa Torres~~
~~United States District Judge~~

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

---

H. CRISTINA CHEN-OSTER,
SHANNA ORLICH, ALLISON
GAMBA and MARY DE LUIS,

    Plaintiffs,

v.

GOLDMAN SACHS & CO. and THE
GOLDMAN SACHS GROUP, INC.,

    Defendants.

---

Case No.: 10 Civ. 6950 (AT) (RWL)

**DECLARATION OF ELIZABETH A. CASSADY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

I, Elizabeth A. Cassady, hereby declare as follows:

1. I am a member of the bar of this Court and Special Counsel at Sullivan & Cromwell LLP, counsel to Defendant Goldman Sachs & Co. and The Goldman Sachs Group, Inc. ("Goldman Sachs") in the above-captioned actions.

2. I submit this Declaration in Support of my Motion to Withdraw as Counsel of Record pursuant to Local Civil Rule 1.4.

3. I am leaving my position as Special Counsel at Sullivan & Cromwell LLP.

4. There will be no prejudice to Goldman Sachs by my withdrawal because Goldman Sachs will continue to be represented by Sullivan & Cromwell LLP.

5. I am not asserting a retaining or charging lien in this matter.

6. Based on the foregoing, it is respectfully requested that I be permitted to withdraw as counsel in these actions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC on May 3, 2020.

May 3, 2021

/s/ *Elizabeth A. Cassady*
Elizabeth A. Cassady
Sullivan & Cromwell LLP
1700 New York Ave NW, Suite #700
Washington, DC 20006

*Withdrawing Attorney for Goldman Sachs & Co.*