```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER, LISA PARISI, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

               Plaintiffs,

-against-

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

               Defendants.

10 Civ. 6950 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' submissions at ECF Nos. 1175–76. Accordingly, Plaintiffs' request to submit *Daubert* motions, motions on decertification, and motions for summary judgment to this Court is GRANTED. Defendants' request is DENIED.

      SO ORDERED.

Dated: June 9, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge