USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER, LISA PARISI, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

    Plaintiffs,

-against-

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

    Defendants.

10 Civ. 6950 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' submissions at ECF Nos. 1178, 1180, and 1182. Accordingly, the parties are not required to submit pre-motion letters in advance of filing their *Daubert* motions, motions on decertification, and motions for summary judgment.

    The page limits for the submissions are as follows:

1. the opening briefs and opposition papers for each party's singular *Daubert* motion shall be no longer than 55 pages, and the replies shall be no longer than 25 pages;
2. the opening briefs and opposition papers for the motions on decertification shall be no longer than 45 pages, and the replies shall be no longer than 20 pages; and
3. the opening briefs and opposition papers for the summary judgment motions shall be no longer than 50 pages, and the replies shall be no longer than 25 pages.

    SO ORDERED.

Dated: June 24, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge