UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; SHANNA ORLICH; ALLISON GAMBA; and MARY DE LUIS,<br>Plaintiffs,<br>v.<br>GOLDMAN, SACHS & CO. and GOLDMAN SACHS & CO. LLC,<br>Defendants. | 10 Civ. 6950 (AT) (RWL) |

**DECLARATION OF ROBERT J. GIUFFRA, JR.**

I, Robert J. Giuffra, Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a partner of Sullivan & Cromwell LLP, attorneys for Defendants in this action and a member of the Bar of the State of New York. I submit this Declaration in order to place before this Court certain documents referenced in Defendants' Memorandum of Law in Support of Defendants' Omnibus Motion to Exclude the Testimony of Plaintiffs' Experts.

2. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Excerpts of the Expert Report of Wayne F. Cascio, Ph.D., dated January 15, 2021, and accompanying March 24, 2021 errata | Exhibit 1 |
| Expert Report of Henry S. Farber, dated January 15, 2021 | Exhibit 2 |
| Expert Report of Caren Goldberg, Ph.D., dated January 15, 2021, as revised February 4, 2021 | Exhibit 3 |
| Excerpts of the Work Analysis of Goldman Sachs Professionals Holding the Corporate Titles of Associate and Vice President in the Investment Banking Division, Investment Management Division, and Securities Division by Eric M. Dunleavy, Ph.D., dated January 15, 2021 | Exhibit 4 |

| | |
|---|---|
| Expert Report of Brian Dunn, dated January 15, 2021 | Exhibit 5 |
| Expert Report of David L. Yermack, dated March 19, 2021 | Exhibit 6 |
| Expert Report of Kathryn Shaw, Ph.D., dated March 19, 2021, as revised March 24, 2021 | Exhibit 7 |
| Rebuttal Expert Report of Margaret S. Stockdale, dated March 19, 2021 | Exhibit 8 |
| Expert Report of Sarah Butler, dated April 19, 2021, as corrected June 11, 2021 | Exhibit 9 |
| Rebuttal Report of Henry Farber, dated April 19, 2021, as corrected May 11, 2021 | Exhibit 10 |
| Reply Report of Caren Goldberg, Ph.D., dated April 19, 2021 | Exhibit 11 |
| Expert Report of Brian Dunn, dated April 19, 2021, as corrected May 25, 2021 | Exhibit 12 |
| Excerpts of the Transcript of the June 12, 2013 Deposition of Bruce Larson | Exhibit 13 |
| Excerpts of the Transcript of the July 10, 2013 Deposition of Caroline Heller Sberlati | Exhibit 14 |
| Excerpts of the Transcript of the August 3, 2018 Deposition of Mary De Luis | Exhibit 15 |
| Excerpts of the Transcript of the May 6, 2021 Deposition of David Yermack, Ph.D. | Exhibit 16 |
| Excerpts of the Transcript of the May 11, 2021 Deposition of Brian Dunn | Exhibit 17 |
| Excerpts of the Transcript of the May 18, 2021 Deposition of Henry Farber, Ph.D. | Exhibit 18 |
| Excerpts of the Transcript of the May 25, 2021 Deposition of Caren Goldberg, Ph.D. | Exhibit 19 |
| Excerpts of the Transcript of the June 15, 2021 Deposition of Sarah Butler | Exhibit 20 |
| Memorandum re "Career Development Reviews (CDRs) for IMD," dated December 16, 2004 (GS0267632) | Exhibit 21 |
| Submission for 2007 Catalyst Award, The Goldman Sachs Group, Inc.: "Securing Talent and Excellence in the Pipeline: The Senior Women's Initiative" (GS0901452) | Exhibit 22 |

| | |
|---|---|
| Diversity Roadmap 2011: Process Overview and Best Practices (GS0941982) | Exhibit 23 |
| 2011 Securities Annual Performance Review Process, 360-Degree Feedback Report (GS0120025) | Exhibit 24 |
| Performance Quartiling Overview: October 2011 (GS0109443) | Exhibit 25 |
| 2013 MD Selection: Cross-Ruffing Best Practices (GS0375294) | Exhibit 26 |
| Excerpt containing all overall 360 scores from Investment Management Division and Investment Banking Division in 2002, 2003 and 2004 from the Back-Up Data ("gsbuild_restricted_rebuttal2021.dta") to the Expert Report of Henry S. Farber, dated April 19, 2021 | Exhibit 27 |
| Excerpts of American Bar Association, *Applying Econometrics to Address Class Certification*, in "Econometrics: Legal, Practical & Technical Issues" (2d ed. 2014) | Exhibit 28 |
| Excerpts of Daniel L. Rubinfeld, *Reference Guide on Multiple Regression*, in "Reference Manual on Scientific Evidence" (3d ed. 2011) | Exhibit 29 |
| Excerpts of Herman Aguinis & Angelo M. Solarino, *Transparency & Replicability in Qualitative Research*, 40 Strategic Mgmt. J. 1291 (2019) | Exhibit 30 |
| Excerpts of James H. Stock & Mark W. Watson, *Introduction to Econometrics* (3d ed. 2015) | Exhibit 31 |
| Excerpts of Jeffrey M. Woolridge, *Introductory Econometrics: A Modern Approach* (5th ed. 2012) | Exhibit 32 |
| Excerpts of Robert S. Pindyck & Daniel L. Rubinfeld, *Econometric Models & Economic Forecasts* (4th ed. 1998) | Exhibit 33 |

Executed on July 12, 2021 in New York, New York.

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.