# Exhibit 30

Received: 26 April 2017 | Revised: 3 February 2019 | Accepted: 12 February 2019 | Published on: 2 April 2019

DOI: 10.1002/smj.3015

STRATEGIC MANAGEMENT JOURNAL WILEY

RESEARCH ARTICLE

# Transparency and replicability in qualitative research: The case of interviews with elite informants

Herman Aguinis[1] | Angelo M. Solarino[2]

[1]School of Business, The George Washington University, Washington, District of Columbia

[2]Leeds University Business School, The University of Leeds, Leeds, UK

**Correspondence**
Herman Aguinis, School of Business, The George Washington University, 2201 G Street, NW, Washington, DC 20052.
Email: haguinis@gwu.edu

***Research Summary***: We used interviews with elite informants as a case study to illustrate the need to expand the discussion of transparency and replicability to qualitative methodology. An analysis of 52 articles published in *Strategic Management Journal* revealed that none of them were sufficiently transparent to allow for exact replication, empirical replication, or conceptual replication. We offer 12 transparency criteria, and behaviorally-anchored ratings scales to measure them, that can be used by authors as they plan and conduct qualitative research as well as by journal reviewers and editors when they evaluate the transparency of submitted manuscripts. We hope our article will serve as a catalyst for improving the degree of transparency and replicability of future qualitative research.

***Managerial Summary***: If organizations implement practices based on published research, will they produce results consistent with those reported in the articles? To answer this question, it is critical that published articles be transparent in terms of what has been done, why, and how. We investigated 52 articles published in *Strategic Management Journal* that reported interviewing elite informants (e.g., members of the top management team) and found that none of the articles were sufficiently transparent. These results lead to thorny questions about the trustworthiness of published research, but also important opportunities for future improvements about research transparency and replicability. We offer recommendations on 12 transparency criteria, and how to measure them, that can be used to evaluate past as well as future research using qualitative methods.

This is an open access article under the terms of the Creative Commons Attribution License, which permits use, distribution and reproduction in any medium, provided the original work is properly cited.
© 2019 The Authors. Strategic Management Journal published by John Wiley & Sons, Ltd.

Case 1:10-cv-06950-AT-RWL Document 1188-33 Filed 07/12/21 Page 3 of 10



the appropriateness of using the IEI literature as a case study. Next, we describe an empirical study in which we assessed the degree of transparency in articles published in SMJ that used IEIs.

## 3 | METHOD

### 3.1 | Transparency criteria in qualitative research

We consulted articles and books to develop transparency criteria for qualitative research. First, we conducted an extensive literature review that included both substantive and methodological journals from management, business, sociology, psychology (i.e., general psychology, applied psychology, organizational psychology), education, nursing studies, and geography. Our search included the terms "quality," "transparency," "reproducibility," "trustworthiness," and "rigor." We conducted a search using Web of Science, PsycINFO, and Google Scholar. This first step in the process led to 127 articles and the list is in Appendix S1A (Supporting Information). Second, we used the same keywords and databases but now focusing on books. This search process resulted in 14 books and the list is also available in Appendix S1A (Supporting Information). Although Appendix S1A shows that this list is quite extensive, it may be possible that we did not include every single relevant source. But, we doubt the addition of more articles or books would produce a substantive change in the major transparency criteria we identified, as described next.

Third, once we identified the potential transparency criteria sources, we adopted an inclusive and open-coding approach (Strauss & Corbin, 1998) to extract an initial list of unique criteria covering the various phases of the research process: design, measurement, analysis, reporting of results, and data availability. We continued the data collection until no new codes were added to the code book suggesting that we had reached theoretical saturation (Locke, 2001), defined as the moment when "new information produces little or no change to the codebook" (Guest, Bunce, & Johnson, 2006, p. 65). This process led the identification of 40 uniquely identifiable criteria and they are included in Appendix S1B (Supporting Information).

Fourth, we used theoretical coding (Charmaz, 2006; Strauss & Corbin, 1998) to identify transparency criteria. In an effort to be as inclusive as possible, we grouped the initial set of 40 criteria into 12 different transparency criteria. The process was interactive and both authors agreed fully on the final list of criteria. Both authors also agreed that seven criteria (out of a total of 40) did not apply specifically to transparency and we therefore excluded them.[1] The 12 criteria are defined and described in Table 1.

The transparency criteria included in Table 1 cover the sequential aspects of the qualitative research process and include research design (i.e., kind of qualitative method, research setting, position of researcher along the insider-outsider continuum, sampling procedures, relative importance of the participants/cases), measurement (documenting interactions with participants; saturation point; unexpected opportunities, challenges, and other events; management of power imbalance), data

[1]Both authors agreed that the following seven criteria (out of a total of 40) did not apply specifically to transparency and, instead, referred to the appropriate or inappropriate use of various types of methods and techniques (Welch & Piekkari, 2017): Quality of fact checking, appropriate cutoff for inter-rater reliability, approval by institutional review board (i.e., for conducting research with human subjects), appropriate channels for contacting participants, appropriate authors' credentials, use of appropriate software, and whether authors engaged in an appropriate level of reflexivity. Certainly, some of these are indirectly related to transparency. But, overall, these are about appropriateness, quality, and rigor rather than transparency per se. For example, regarding the criterion "fact-checking," the literature refers to recommendations regarding the relative appropriateness of various choices such as what is the appropriate number of facts that should be checked and how specific facts can be attributed to some sources and not others. As a second example, the literature offers recommendations regarding what is an appropriate level of inter-coder reliability.

**TABLE 1** Transparency criteria in qualitative research and their relevance for exact, empirical, and conceptual replication

| ID | Transparency criterion | Definition | Criterion is necessary for replicability because... | Exact replication | Empirical replication | Conceptual replication |
|---|---|---|---|---|---|---|
| 1 | *Kind of qualitative method* | The particular qualitative methodology used in the study (e.g., action research, case study, grounded theory) (Creswell, 2007; Flick, 2014; Patton, 2002) | … a method's assumptions, beliefs, and values affect theory, design, measurement, analysis, and reporting choices, as well as the interpretation of results | ✓ | ✓ | |
| 2 | *Research setting* | The physical, social, and cultural milieu of the study (e.g., firm conditions, industry, participants' social status) (Bhattacharya, 2008; Patton, 2002) | ...it clarifies the structure, the sources and the strength of the pre-existing conditions in the research setting | ✓ | | ✓ |
| 3 | *Position of researcher along the insider-outsider continuum* | The researcher's relationship with the organization and study participants; the closer the relationship, the more the researcher is an insider rather than an outsider (Evered & Louis, 1981; Griffith, 1998) | ... it allows for an understanding of the researcher's relationship with the organization and participants, which can alter accessibility of data, what participants disclose, and how the collected information is interpreted | ✓ | | ✓ |
| 4 | *Sampling procedures* | The procedures used to select participants or cases for the study (e.g., convenience, purposive, theoretical) (Patton, 2002; Teddlie & Yu, 2007) | ... given that samples are not probabilistic, it clarifies what kind of variability the researcher is seeking (and along which specific dimensions), and the presence of possible biases in the sampling procedure | ✓ | | ✓ |
| 5 | *Relative importance of the participants/cases* | The study's sample and the relative importance of each participant or case (Aguinis, Gottfredson, & Joo, 2013; Dexter, 1970) | .. it allows for the identification of participants and cases with similar characteristics as in the original study | ✓ | | ✓ |
| 6 | *Documenting interactions with participants* | The documentation and transcription of the interviews and all other forms of observations (e.g., audio, video, notations) (Kowal & O'Connell, 2014) | ...different means of documenting interactions may alter the willingness of participants to share information and therefore affect the type of information gathered | ✓ | ✓ | |
| 7 | *Saturation point* | It occurs when there are no new insights or themes in the process of collecting data and drawing conclusions (Bowen, 2008; Strauss & Corbin, 1998) | …identifying the saturation point can include judgment calls on the part of the researcher (e.g., when a researcher believes that additional information will not result in new discoveries or that new information will not add new categories to the coding scheme) | ✓ | ✓ | |
| 8 | *Unexpected opportunities, challenges, and other events* | Unexpected opportunities (e.g., access to additional sources of data), challenges (e.g., a firm's unit declines to participate in the last data collection stage and is replaced by a different one), and events (e.g., internal and | … the way in which researchers react and actions they take in response to these unexpected events affect data collection and subsequent conclusions | ✓ | ✓ | |

**TABLE 1** (Continued)

| ID | Transparency criterion | Definition | Criterion is necessary for replicability because... | Exact replication | Empirical replication | Conceptual replication |
|---|---|---|---|---|---|---|
| | | external changes such as a new CEO or changes in market conditions during the study) that occur during all stages of the research process (Dexter, 1970; Harvey, 2010; Ostrander, 1993) | | | | |
| 9 | *Management of power imbalance* | The differential exercise of control, authority, or influence during the research process (Ostrander, 1993; Thomas, 1993) | … it allows other researchers to adopt similar strategies (e.g., endorsement from a prestigious institution, self-acquaintance, asking sensitive questions) that affect the type of information gathered as well as a study's conclusions | ✓ | ✓ | |
| 10 | *Data coding and first-order codes* | The process through which data are categorized to facilitate subsequent analysis (e.g., structural coding, descriptive coding, narrative coding) (Maxwell & Chmiel, 2014; Saldana, 2009; Strauss & Corbin, 1998; Taylor, Bogdan, & DeVault, 2016) | ... it allows other researchers to follow similar procedures and obtain similar conclusions | ✓ | ✓ | |
| 11 | *Data analysis and second- and higher-order codes* | The classification and interpretation of linguistic or visual material to make statements about implicit and explicit dimensions and structures (Flick, 2014) and it is generally done by identifying key relationships that tie the first order codes together into a narrative or sequence (e.g., pattern coding, focused coding, axial coding) (Saldana, 2009; Taylor et al., 2016) | ... it allows other researchers to use a similar analytical approach and obtain similar conclusions | ✓ | ✓ | |
| 12 | *Data disclosure* | Raw material includes any information collected by the researcher before any manipulation (i.e., analysis) (e.g., transcripts, video recordings) (Ryan & Bernard, 2000; Schreiber, 2008) | … others can reuse the original material and attempt to obtain the same results and reach the same conclusions | ✓ | | |

*Note.* In the case of qualitative researchers who are not necessarily interested in empirical or conceptual replication, or believe that these two types are not necessary or even appropriate based on their ontological perspective, there is still an interest in transparency and perhaps in exact replication—which is about finding possible errors and the falsifiability of the knowledge produced.

analysis (i.e., data coding and first-order codes; data analysis and second- and higher-order codes), and data disclosure (i.e., raw material availability).

An important characteristic of the transparency criteria is that they are not mutually exclusive and, rather, they have a cumulative effect on the trustworthiness and replicability of knowledge. In

other words, transparency is a continuous variable and a matter of degree. So, the larger the number of criteria that are fully met, the better.

Finally, the 12 criteria are applicable and sufficiently broad so they can be used to assess transparency in many types of qualitative methods and across substantive domains. However, we readily acknowledge that additional criteria could be added to the list.

### 3.2 | Transparency criteria and three types of replicability

As shown in Table 1, there are specific reasons why each transparency criterion is relevant for replicability. However, not all criteria are necessarily relevant for all three types of replicability. This is an important issue in light of our previous discussion that not all types of replicability are always necessary—or even desirable—across ontological perspectives.

All of the criteria are relevant for *exact replication* where a previous study is replicated using the same population and the same procedures. In an exact replication study, the goal is to assess whether the findings of a past study are reproducible (Bergh et al., 2017; Tsang & Kwan, 1999). Thus, the goal is to remain as close as possible to the original study in terms of methodological approach, population and sampling criteria, data coding, analysis, and all other procedures.

In the case of *empirical replication*, a previous study is replicated using the same procedures but a different population. The purpose is to assess the extent to which results are generalizable to another population. In this second type of replication, the goal is to remain as close as possible to the original study in terms of methodological procedures but not in terms of study participants. Accordingly, transparency criteria related to methodological procedures, but not necessarily about characteristics of the sample and population, are most relevant (i.e., criteria 1, and 6–11).

Finally, in a *conceptual replication* a previous study is replicated using the same population but different procedures. The purpose of this third kind of replication is to assess whether findings, in terms of constructs and relationships among constructs, can be replicated using different methodological procedures and instruments. Because this type of replication study is based on the same theory as the original study (Tsang & Kwan, 1999), transparency criteria related to characteristics of the population, but not necessarily methodological procedures, are most relevant (i.e., criteria 2–5).

### 3.3 | Article selection

We manually searched all articles published in SMJ since the year 2000 and also included in press articles as of November 2017. We included studies for which IEIs served as key input for substantive results and conclusions. This led to the exclusion of articles that mentioned the use of elite informants but did not clarify the specific role of the interviews regarding substantive conclusions (e.g., Shipilov, Godart, & Clement, 2017), and those studies where the contribution of the elite informant was limited to a subsequent survey development procedure (e.g., Baum & Wally, 2003; Reuer, Klijn, & Lioukas, 2014). On the other hand, we did include studies that identified elite informant interviewing as a post-hoc analysis (e.g., Zhou & Wan, 2017). The final sample included 52 articles (but 53 independent samples because one article included two studies) and they are listed in Appendix S1C (Supporting Information).

We make three clarifications about our sample of 52 SMJ articles. First, none of the articles included aimed specifically at conducting replications. Rather, it was our own goal to empirically investigate the extent to which replicating studies that have already been published is possible given the information that is usually available.

Second, we included some studies that may be perceived as being quantitative but used IEIs in a clearly qualitative manner (e.g., they included questions across the units of analysis outside of pre-existing "if-then" branching, they included questions in fundamentally different ways contingent on circumstances, there was substantial variation in number of informants per unit of analysis based on what was learned after the research has begun). To examine this issue more precisely, we used two coders to classify each of the 52 articles into one of the following categories (inter-rater reliability was .92): (1) case study (i.e., a study in which an issue was investigated through one or more cases within a bounded system); (2) grounded theory (i.e., a study in which the researcher generated a theory of a process, action or interaction shaped by the view of a large number of participants); (3) mixed methods (i.e., a study combined qualitative and quantitative data collection and data analysis within a single study); (4) other qualitative approaches; or (5) mainly quantitative (i.e., the study included a qualitative component but it was used in post-hoc analyses or to confirm or explain the quantitative analysis). Results revealed that purely qualitative and mixed methods articles (which have a clear qualitative component) accounted for 85% of the sample. Specifically, 27 (52%) are purely qualitative, 17 (33%) used mixed methods, and 8 (15%) are mainly quantitative. Appendix S1D (Supporting Information) includes the categorization of each of the 52 articles. In sum, the vast majority of the articles included in our study was qualitative in nature (85%) and espoused a (post) positivist approach (94%).[2]

Third, we assessed whether studies in our sample were in the (post) positivist mode because if they are not, the use of our measures to assess transparency (described in the next section) would not be appropriate. So, we coded the articles using Lincoln, Lynham, and Guba's (2011) taxonomy, which includes (1) positivism and post positivism, (2) critical theory, (3) participatory, and (4) constructionist/interpretivist ontologies. Because of their commonality and clear differentiation from the other types, we treated positivism and post positivism as one category. We used two independent raters to classify each of the 52 articles (inter-rater reliability was .96). Results showed that 94.23% ($n$ = 49) espoused a (post) positivist ontology and 5.77% ($n$ = 3) adopted a constructivist/interpretivist approach. Based on these results, the articles we analyzed are particularly suitable for our purposes. Appendix S1D (Supporting Information) includes the ontological classification of each of the 52 articles.

### 3.4 | Measures and data collection

We developed behaviorally-anchored rating scales (BARS) to measure the extent to which the 52 SMJ articles met each of the 12 transparency criteria in Table 1. The use of BARS as a measurement instrument has been used extensively in human resource management and organizational behavior (HRM&OB) (e.g., Aguinis, 2019; Cascio & Aguinis, 2019; Hauenstein, Brown, & Sinclair, 2010; Maurer, 2002). The use of BARS is particularly suited for our study because it includes anchors along an evaluative continuum with behavioral examples exemplifying outcomes at different levels of that continuum rather than unspecific and generic anchors such as "agree" and "disagree." In our study, BARS aim to reduce rater errors due to differing interpretation of scales by defining transparency in behavioral terms and offering concrete, specific examples of actions that exemplify transparency at different levels. Table 2 includes the BARS we used in our study.

We followed a best-practice deductive approach in developing our BARS (Guion, 2011). First, we identified the domain of each transparency criterion and then gathered critical incidents

[2]We classified case and grounded theory studies based on what the authors themselves wrote (i.e., most researchers use grounded theory in a (post) positivistic way).

**TABLE 2** Behaviorally-anchored ratings scales (BARS) to measure transparency in qualitative research

| ID | Transparency criterion | 1 **Criterion not mentioned** *complete absence of information on the specific criterion making replication not possible* | 2 **Criterion mentioned but not elaborated** *criterion is mentioned but no additional information is offered making replication highly unlikely* | 3 **Criterion partially met** *some elements are present but information is missing or incomplete making replication unlikely* | 4 **Criterion is met** *detailed or full disclosure of information on the specific criterion making replication possible* |
|---|---|---|---|---|---|
| 1 | *Kind of qualitative method* | The authors do not describe the type of qualitative research approach they adopted in their study | The authors mention the use of a particular qualitative research approach but do not describe it | The authors describe the key elements of their qualitative research approach but fail to identify it by name | The authors clearly identify the type of qualitative research approach they adopted |
| 2 | *Research setting* | The authors do not describe the research setting of the study | The authors identify the setting without describing the pre-existing conditions that make the setting appropriate for the study | The authors describe only the key pre-existing conditions in the research setting that make it appropriate for the study | The authors offer a detailed and rich description of the research setting that goes beyond the description of the key pre-existing conditions (e.g., chronic excess capacity in a small competitive industry) |
| 3 | *Position of researcher along the insider-outsider continuum* | The authors do not disclose their position along the insider-outsider continuum | The authors mention but do not describe the existence of a relationship between them and the organization or the participants | The authors describe the type of relationship with the organization and participants | The authors clearly position themselves on the insider-outsider continuum |
| 4 | *Sampling procedures* | The authors do not describe the sampling procedures | The authors describe the sampling procedure (e.g., snowball sampling, international sampling) | The authors describe the kind of variability sought through their sampling procedure | The authors describe the kind of variability they seek and how they identified the participants or cases |
| 5 | *Relative importance of the participants/cases* | The authors do not describe the final sample or the importance of specific types of participants | The authors describe the final sample | The authors describe the final sample and identify the key participants | The authors describe how each participant was instrumental to developing one or more themes |
| 6 | *Documenting interactions with participants* | The authors do not describe how the interactions with participants were documented | The authors describe how some of the interactions with participants were documented | The authors describe how each interaction was documented | The authors describe how each interaction was documented and the associated content |
| 7 | *Saturation point* | The authors do not describe when theoretical saturation was reached | The authors report whether they reached theoretical saturation or not | The authors describe how they reached theoretical saturation | The authors describe the precise criteria used to conclude that they have reached theoretical saturation |
| 8 | *Unexpected opportunities, challenges, and other events* | The authors do not describe whether any unexpected opportunities, challenges, and other events occurred | The authors report whether any unexpected opportunities, challenges, and other events occurred | The authors describe any unexpected opportunities, challenges, and other events that occurred and how they handled them | The authors describe any unexpected opportunities, challenges, and other events, how they were handled, and their |

**TABLE 2** (Continued)

| ID | Transparency criterion | 1 **Criterion not mentioned** *complete absence of information on the specific criterion making replication not possible* | 2 **Criterion mentioned but not elaborated** *criterion is mentioned but no additional information is offered making replication highly unlikely* | 3 **Criterion partially met** *some elements are present but information is missing or incomplete making replication unlikely* | 4 **Criterion is met** *detailed or full disclosure of information on the specific criterion making replication possible* |
|---|---|---|---|---|---|
| | | during the research process | | | impact on substantive conclusions |
| 9 | *Management of power imbalance* | The authors do not describe how they addressed the power imbalance between them and the participants | The authors report whether there was any power imbalance with the participants | The authors describe the strategies used to address a general power imbalance with participants | The authors describe specific strategies used to address power imbalance with specific participants |
| 10 | *Data coding and first-order codes* | The authors do not describe how they performed the first-order coding of the data nor disclose the first-order codes | The authors offer a general statement about how they conducted the first-order coding, but do not specify a particular approach to doing so | The authors describe the first-order coding methodology (e.g., in vivo coding) and present the first-order code list | The authors describe the first- order coding methodology and present the full code list |
| 11 | *Data analysis and second- or higher-order codes* | The authors do not disclose how they performed the data-analysis nor disclose the second-order codes | The authors describe how they approached the identification of key themes in generic terms | The authors describe the second-order coding methodology (e.g., axial coding) and present the second-order code list | The authors describe the second-order coding methodology and present the full code list |
| 12 | *Data disclosure* | The authors do not disclose the raw materials (e.g., transcripts, video recordings) gathered and examined during the study | The authors identify the typology of sources gathered and examined during the study | The authors list or identify all the sources gathered and examined during the study | The authors disclose the raw materials gathered and examined during study |

*Note.* These BARS are based on our ontological perspective based on qualitative positivism/transcendental realism. This perspective seems to be dominant in strategy and it was evidenced in our results given that the majority of articles included in our study also follow this ontological perspective.

(Flanagan, 1954) with the goal of defining those domains concretely (Kell et al., 2017). In the domain of HRM&OB, critical incidents consist of reports by knowledgeable observers of things employees did that were especially effective or ineffective in accomplishing parts of their jobs (Aguinis, 2019; Cascio & Aguinis, 2019). Thus, they provide a behavioral base for appraising performance. Similarly, our process of gathering critical incidents involved searching for qualitative studies not only in articles published in SMJ, but also in *Academy of Management Journal* (AMJ), *Administrative Science Quarterly*, and *Organization Science*. The two authors discussed each example until agreement was reached and then we pilot-tested the scale. First, we checked that the full range of possible "transparency behaviors" was represented in BARS in a sample of articles not included in our study and did not identify additional behaviors. Second, we tested the clarity of the BARS during a departmental research seminar at one of the author's university and no adjustments were required.

Two coders used the BARS included in Table 2 to assess each of the 52 articles. First, the two coders proceeded to independently code 10 randomly selected articles. The inter-rater reliability after the first batch of 10 articles was .95 across the 12 criteria. The two coders discussed the few areas of minor disagreement until they reached full consensus. Then, they coded the remaining 42 articles also independently. The inter-rater reliability for this second set of 42 articles was .98 across the 12 criteria. Again, the two coders discussed the few areas of minor disagreement until consensus was reached.

## 4 | RESULTS

Results of our analysis are summarized in Figure 1, which shows the percent of articles falling into each of the four BARS anchors (i.e., 1: criterion not met, 2: criterion mentioned but not elaborated, 3: criterion partially met, and 4: criterion met) for each of the 12 transparency criteria. As shown in this figure, the vast majority of articles were not sufficiently transparent to allow for replication. Overall, and across the 12 criteria, none of the 52 articles were sufficiently transparent to allow for exact replication, empirical replication, or conceptual replication. But, of the three types, conceptual replication is relatively more likely.

We calculated a *transparency score* to uncover how many articles could be exactly, empirically, or conceptually replicated. Results indicated that, on the four-point scales shown in Table 2, the mean (Mdn) empirical and conceptual replication scores are 1.7 (1.8) and 1.6 (1.4) respectively. Only three articles received transparency scores of at least 2.5 for empirical replication (i.e., Guo, Huy, & Xiao, 2017; Shaffer & Hillman, 2000; Szulanski & Jensen, 2006) and none for conceptual replication. Regarding exact replication, the mean (Mdn) transparency scores across the 52 articles are 1.7 (1.6) and only one article received a score greater than 2.5 (i.e., Shaffer & Hillman, 2000).[3]

Results also showed that 34% of articles explicitly mentioned the kind of qualitative method used (e.g., case study methodology, grounded theory). The second most transparent criterion is the description of the research setting: 25% of the studies clearly described why the specific research setting was chosen and was appropriate, offered a description of the key characteristics of the setting itself, and enough information to identify alternative and similar settings. Another 25% of the articles limited the description of the research setting to some specific characteristics, making conceptual replication more difficult. Half of the studies did not offer enough information to identify a similar setting for a conceptual replication.

Regarding the position of the researcher along the insider-outsider continuum, none of the 52 articles provided explicit information on this issue, but 6% of authors offered some type of information about the relationship existing between them and the target organization. Similarly, we found an insufficient level of transparency regarding sampling criteria. This transparency criterion was fully

[3]As suggested by an anonymous reviewer, we conducted a subsample analysis by comparing transparency scores for the purely qualitative ($N = 27$), mainly quantitative ($N = 8$), and mixed methods ($N = 17$) studies. We compared thee three subgroups regarding their exact replication, empirical replication, and conceptual replication mean scores. All three subgroups received average scores between 1.0 (i.e., complete absence of information on the specific criterion making replication not possible) and 2.0 (i.e., criterion is mentioned but no additional information is offered making replication highly unlikely) for exact replication, empirical replication, and conceptual replication. Results also showed that scores were higher for the purely qualitative studies for just three of the 12 criteria: kind of qualitative method, research setting, and data analysis and second- or higher-order coding. Additional details regarding these analyses and results are available in Appendix E (online supplement).