# Exhibit 31

UPDATED EDITION

INTRODUCTION TO

# ECONOMETRICS

THIRD EDITION



James H. Stock
Mark W. Watson

# Introduction to Econometrics

# The Pearson Series in Economics

**Abel/Bernanke/Croushore**
*Macroeconomics**
**Bade/Parkin**
*Foundations of Economics**
**Berck/Helfand**
*The Economics of the Environment*
**Bierman/Fernandez**
*Game Theory with Economic Applications*
**Blanchard**
*Macroeconomics**
**Blau/Ferber/Winkler**
*The Economics of Women, Men, and Work*
**Boardman/Greenberg/Vining/Weimer**
*Cost-Benefit Analysis*
**Boyer**
*Principles of Transportation Economics*
**Branson**
*Macroeconomic Theory and Policy*
**Bruce**
*Public Finance and the American Economy*
**Carlton/Perloff**
*Modern Industrial Organization*
**Case/Fair/Oster**
*Principles of Economics**
**Chapman**
*Environmental Economics: Theory, Application, and Policy*
**Cooter/Ulen**
*Law & Economics*
**Daniels/VanHoose**
*International Monetary & Financial Economics*
**Downs**
*An Economic Theory of Democracy*
**Ehrenberg/Smith**
*Modern Labor Economics*
**Farnham**
*Economics for Managers*
**Folland/Goodman/Stano**
*The Economics of Health and Health Care*
**Fort**
*Sports Economics*
**Froyen**
*Macroeconomics*
**Fusfeld**
*The Age of the Economist*
**Gerber**
*International Economics**
**González-Rivera**
*Forecasting for Economics and Business*
**Gordon**
*Macroeconomics**
**Greene**
*Econometric Analysis*
**Gregory**
*Essentials of Economics*
**Gregory/Stuart**
*Russian and Soviet Economic Performance and Structure*
**Hartwick/Olewiler**
*The Economics of Natural Resource Use*
**Heilbroner/Milberg**
*The Making of the Economic Society*
**Heyne/Boettke/Prychitko**
*The Economic Way of Thinking*
**Holt**
*Markets, Games, and Strategic Behavior*
**Hubbard/O'Brien**
*Economics**
*Money, Banking, and the Financial System**
**Hubbard/O'Brien/Rafferty**
*Macroeconomics**
**Hughes/Cain**
*American Economic History*
**Husted/Melvin**
*International Economics*
**Jehle/Reny**
*Advanced Microeconomic Theory*
**Johnson-Lans**
*A Health Economics Primer*
**Keat/Young/Erfle**
*Managerial Economics*
**Klein**
*Mathematical Methods for Economics*
**Krugman/Obstfeld/Melitz**
*International Economics: Theory & Policy**
**Laidler**
*The Demand for Money*
**Leeds/von Allmen**
*The Economics of Sports*
**Leeds/von Allmen/Schiming**
*Economics**
**Lynn**
*Economic Development: Theory and Practice for a Divided World*
**Miller**
*Economics Today**
*Understanding Modern Economics*
**Miller/Benjamin**
*The Economics of Macro Issues*
**Miller/Benjamin/North**
*The Economics of Public Issues*
**Mills/Hamilton**
*Urban Economics*
**Mishkin**
*The Economics of Money, Banking, and Financial Markets**
*The Economics of Money, Banking, and Financial Markets, Business School Edition**
*Macroeconomics: Policy and Practice**
**Murray**
*Econometrics: A Modern Introduction*
**O'Sullivan/Sheffrin/Perez**
*Economics: Principles, Applications, and Tools**
**Parkin**
*Economics**
**Perloff**
*Microeconomics**
*Microeconomics: Theory and Applications with Calculus**
**Perloff/Brander**
*Managerial Economics and Strategy**
**Phelps**
*Health Economics*
**Pindyck/Rubinfeld**
*Microeconomics**
**Riddell/Shackelford/Stamos/Schneider**
*Economics: A Tool for Critically Understanding Society*
**Roberts**
*The Choice: A Fable of Free Trade and Protection*
**Rohlf**
*Introduction to Economic Reasoning*
**Roland**
*Development Economics*
**Scherer**
*Industry Structure, Strategy, and Public Policy*
**Schiller**
*The Economics of Poverty and Discrimination*
**Sherman**
*Market Regulation*
**Stock/Watson**
*Introduction to Econometrics*
**Studenmund**
*Using Econometrics: A Practical Guide*
**Tietenberg/Lewis**
*Environmental and Natural Resource Economics*
*Environmental Economics and Policy*
**Todaro/Smith**
*Economic Development*
**Waldman/Jensen**
*Industrial Organization: Theory and Practice*
**Walters/Walters/Appel/Callahan/Centanni/Maex/O'Neill**
*Econversations: Today's Students Discuss Today's Issues*
**Weil**
*Economic Growth*
**Williamson**
*Macroeconomics*

*denotes MyEconLab titles. Visit www.myeconlab.com to learn more.

# Introduction to Econometrics

THIRD EDITION UPDATE

James H. Stock
Harvard University

Mark W. Watson
Princeton University

PEARSON

Boston Columbus Indianapolis New York San Francisco Hoboken
Amsterdam Cape Town Dubai London Madrid Milan Munich Paris Montréal Toronto
Delhi Mexico City São Paulo Sydney Hong Kong Seoul Singapore Taipei Tokyo

Vice President, Product Management: Donna Battista
Acquisitions Editor: Christina Masturzo
Editorial Assistant: Christine Mallon
Vice President, Marketing: Maggie Moylan
Director, Strategy and Marketing: Scott Dustan
Manager, Field Marketing: Leigh Ann Sims
Product Marketing Manager: Alison Haskins
Executive Field Marketing Manager: Lori DeShazo
Senior Strategic Marketing Manager: Erin Gardner
Team Lead, Program Management: Ashley Santora
Program Manager: Carolyn Philips
Team Lead, Project Management: Jeff Holcomb
Project Manager: Liz Napolitano
Operations Specialist: Carol Melville
Cover Designer: Jon Boylan
Cover Art: Courtesy of Carolin Pflueger and the authors.
Full-Service Project Management, Design, and Electronic Composition: Cenveo® Publisher Services
Printer/Binder: Edwards Brothers Malloy
Cover Printer: Lehigh-Phoenix Color/Hagerstown
Text Font: 10/14 Times Ten Roman

About the cover: The cover shows a heat chart of 270 monthly variables measuring different aspects of employment, production, income, and sales for the United States, 1974–2010. Each horizontal line depicts a different variable, and the horizontal axis is the date. Strong monthly increases in a variable are blue and sharp monthly declines are red. The simultaneous declines in many of these measures during recessions appear in the figure as vertical red bands.

Credits and acknowledgments borrowed from other sources and reproduced, with permission, in this textbook appear on appropriate page within text.

Photo Credits: page 410 left: Henrik Montgomery/Pressens Bild/AP Photo; page 410 right: Paul Sakuma/AP Photo; page 428 left: Courtesy of Allison Harris; page 428 right: Courtesy of Allison Harris; page 669 top left: John McCombe/AP Photo; bottom left: New York University/AFP/Newscom; top right: Denise Applewhite/Princeton University/AP Photo; bottom right: Courtesy of the University of Chicago/AP Photo.

Copyright © 2015, 2011, 2007 Pearson Education, Inc. All rights reserved. Manufactured in the United States of America. This publication is protected by Copyright, and permission should be obtained from the publisher prior to any prohibited reproduction, storage in a retrieval system, or transmission in any form or by any means, electronic, mechanical, photocopying, recording, or likewise. To obtain permission(s) to use material from this work, please submit a written request to Pearson Education, Inc., Permissions Department, 221 River Street, Hoboken, New Jersey 07030.

Many of the designations by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book, and the publisher was aware of a trademark claim, the designations have been printed in initial caps or call caps.

**Library of Congress Cataloging-in-Publication Data**
Stock, James H.
Introduction to econometrics/James H. Stock, Harvard University, Mark W. Watson, Princeton University.—Third edition update.
pages cm.—(The Pearson series in economics)
Includes bibliographical references and index.
ISBN 978-0-13-348687-2—ISBN 0-13-348687-7
1. Econometrics. I. Watson, Mark W. II. Title.
HB139.S765 2015
330.01'5195—dc23
2014018465

PEARSON www.pearsonhighered.com

ISBN-10: 0-13-348687-7
ISBN-13: 978-0-13-348687-2

KEY CONCEPT 7.2

## Confidence Intervals for a Single Coefficient in Multiple Regression

A 95% two-sided confidence interval for the coefficient $\beta_j$ is an interval that contains the true value of $\beta_j$ with a 95% probability; that is, it contains the true value of $\beta_j$ in 95% of all possible randomly drawn samples. Equivalently, it is the set of values of $\beta_j$ that cannot be rejected by a 5% two-sided hypothesis test. When the sample size is large, the 95% confidence interval is

$$95\% \text{ confidence interval for } \beta_j = [\hat{\beta}_j - 1.96SE(\hat{\beta}_j), \hat{\beta}_j + 1.96SE(\hat{\beta}_j)]. \quad (7.4)$$

A 90% confidence interval is obtained by replacing 1.96 in Equation (7.4) with 1.64.

The method for conducting a hypothesis test in Key Concept 7.1 and the method for constructing a confidence interval in Key Concept 7.2 rely on the large-sample normal approximation to the distribution of the OLS estimator $\hat{\beta}_j$. Accordingly, it should be kept in mind that these methods for quantifying the sampling uncertainty are only guaranteed to work in large samples.

## Application to Test Scores and the Student–Teacher Ratio

Can we reject the null hypothesis that a change in the student–teacher ratio has no effect on test scores, once we control for the percentage of English learners in the district? What is a 95% confidence interval for the effect on test scores of a change in the student–teacher ratio, controlling for the percentage of English learners? We are now able to find out. The regression of test scores against *STR* and *PctEL*, estimated by OLS, was given in Equation (6.12) and is restated here with standard errors in parentheses below the coefficients:

$$\widehat{TestScore} = \underset{(8.7)}{686.0} - \underset{(0.43)}{1.10} \times STR - \underset{(0.031)}{0.650} \times PctEL. \quad (7.5)$$

To test the hypothesis that the true coefficient on *STR* is 0, we first need to compute the *t*-statistic in Equation (7.2). Because the null hypothesis says that the true value of this coefficient is zero, the *t*-statistic is $t = (-1.10 - 0)/0.43 = -2.54$.

The associated $p$-value is $2\Phi(-2.54) = 1.1\%$; that is, the smallest significance level at which we can reject the null hypothesis is 1.1%. Because the $p$-value is less than 5%, the null hypothesis can be rejected at the 5% significance level (but not quite at the 1% significance level).

A 95% confidence interval for the population coefficient on $STR$ is $-1.10 \pm 1.96 \times 0.43 = (-1.95, -0.26)$; that is, we can be 95% confident that the true value of the coefficient is between $-1.95$ and $-0.26$. Interpreted in the context of the superintendent's interest in decreasing the student–teacher ratio by 2, the 95% confidence interval for the effect on test scores of this reduction is $(-1.95 \times 2, -0.26 \times 2) = (-3.90, -0.52)$.

***Adding expenditures per pupil to the equation.*** Your analysis of the multiple regression in Equation (7.5) has persuaded the superintendent that, based on the evidence so far, reducing class size will improve test scores in her district. Now, however, she moves on to a more nuanced question. If she is to hire more teachers, she can pay for those teachers either through cuts elsewhere in the budget (no new computers, reduced maintenance, and so on) or by asking for an increase in her budget, which taxpayers do not favor. What, she asks, is the effect on test scores of reducing the student–teacher ratio, holding expenditures per pupil (and the percentage of English learners) constant?

This question can be addressed by estimating a regression of test scores on the student–teacher ratio, total spending per pupil, and the percentage of English learners. The OLS regression line is

$$\widehat{TestScore} = \underset{(15.5)}{649.6} - \underset{(0.48)}{0.29} \times STR + \underset{(1.59)}{3.87} \times Expn - \underset{(0.032)}{0.656} \times PctEL, \quad (7.6)$$

where $Expn$ is total annual expenditures per pupil in the district in thousands of dollars.

The result is striking. Holding expenditures per pupil and the percentage of English learners constant, changing the student–teacher ratio is estimated to have a very small effect on test scores: The estimated coefficient on $STR$ is $-1.10$ in Equation (7.5) but, after adding $Expn$ as a regressor in Equation (7.6), it is only $-0.29$. Moreover, the $t$-statistic for testing that the true value of the coefficient is zero is now $t = (-0.29 - 0)/0.48 = -0.60$, so the hypothesis that the population value of this coefficient is indeed zero cannot be rejected even at the 10% significance level ($|-0.60| < 1.64$). Thus Equation (7.6) provides no evidence that hiring more teachers improves test scores if overall expenditures per pupil are held constant.

One interpretation of the regression in Equation (7.6) is that, in these California data, school administrators allocate their budgets efficiently. Suppose, counterfactually, that the coefficient on *STR* in Equation (7.6) were negative and large. If so, school districts could raise their test scores simply by decreasing funding for other purposes (textbooks, technology, sports, and so on) and transferring those funds to hire more teachers, thereby reducing class sizes while holding expenditures constant. However, the small and statistically insignificant coefficient on *STR* in Equation (7.6) indicates that this transfer would have little effect on test scores. Put differently, districts are already allocating their funds efficiently.

Note that the standard error on *STR* increased when *Expn* was added, from 0.43 in Equation (7.5) to 0.48 in Equation (7.6). This illustrates the general point, introduced in Section 6.7 in the context of imperfect multicollinearity, that correlation between regressors (the correlation between *STR* and *Expn* is −0.62) can make the OLS estimators less precise.

What about our angry taxpayer? He asserts that the population values of *both* the coefficient on the student–teacher ratio ($\beta_1$) *and* the coefficient on spending per pupil ($\beta_2$) are zero; that is, he hypothesizes that both $\beta_1 = 0$ and $\beta_2 = 0$. Although it might seem that we can reject this hypothesis because the *t*-statistic testing $\beta_2 = 0$ in Equation (7.6) is $t = 3.87/1.59 = 2.43$, this reasoning is flawed. The taxpayer's hypothesis is a joint hypothesis, and to test it we need a new tool, the *F*-statistic.

## 7.2 Tests of Joint Hypotheses

This section describes how to formulate joint hypotheses on multiple regression coefficients and how to test them using an *F*-statistic.

### Testing Hypotheses on Two or More Coefficients

***Joint null hypotheses.*** Consider the regression in Equation (7.6) of the test score against the student–teacher ratio, expenditures per pupil, and the percentage of English learners. Our angry taxpayer hypothesizes that neither the student–teacher ratio nor expenditures per pupil have an effect on test scores, once we control for the percentage of English learners. Because *STR* is the first regressor in Equation (7.6) and *Expn* is the second, we can write this hypothesis mathematically as

$$H_0: \beta_1 = 0 \text{ and } \beta_2 = 0 \text{ vs. } H_1: \beta_1 \neq 0 \text{ and/or } \beta_2 \neq 0. \tag{7.7}$$

The hypothesis that *both* the coefficient on the student–teacher ratio ($\beta_1$) *and* the coefficient on expenditures per pupil ($\beta_2$) are zero is an example of a joint hypothesis on the coefficients in the multiple regression model. In this case, the null hypothesis restricts the value of two of the coefficients, so as a matter of terminology we can say that the null hypothesis in Equation (7.7) imposes two **restrictions** on the multiple regression model: $\beta_1 = 0$ *and* $\beta_2 = 0$.

In general, a **joint hypothesis** is a hypothesis that imposes two or more restrictions on the regression coefficients. We consider joint null and alternative hypotheses of the form

$$\begin{aligned} &H_0: \beta_j = \beta_{j,0}, \beta_m = \beta_{m,0}, \ldots, \text{for a total of } q \text{ restrictions, vs.} \\ &H_1: \text{one or more of the } q \text{ restrictions under } H_0 \text{ does not hold,} \end{aligned} \qquad (7.8)$$

where $\beta_j, \beta_m, \ldots,$ refer to different regression coefficients and $\beta_{j,0}, \beta_{m,0}, \ldots,$ refer to the values of these coefficients under the null hypothesis. The null hypothesis in Equation (7.7) is an example of Equation (7.8). Another example is that, in a regression with $k = 6$ regressors, the null hypothesis is that the coefficients on the 2nd, 4th, and 5th regressors are zero; that is, $\beta_2 = 0, \beta_4 = 0$, and $\beta_5 = 0$ so that there are $q = 3$ restrictions. In general, under the null hypothesis $H_0$ there are $q$ such restrictions.

If any one (or more than one) of the equalities under the null hypothesis $H_0$ in Equation (7.8) is false, then the joint null hypothesis itself is false. Thus the alternative hypothesis is that at least one of the equalities in the null hypothesis $H_0$ does not hold.

***Why can't I just test the individual coefficients one at a time?*** Although it seems it should be possible to test a joint hypothesis by using the usual $t$-statistics to test the restrictions one at a time, the following calculation shows that this approach is unreliable. Specifically, suppose that you are interested in testing the joint null hypothesis in Equation (7.6) that $\beta_1 = 0$ and $\beta_2 = 0$. Let $t_1$ be the $t$-statistic for testing the null hypothesis that $\beta_1 = 0$ and let $t_2$ be the $t$-statistic for testing the null hypothesis that $\beta_2 = 0$. What happens when you use the "one-at-a-time" testing procedure: Reject the joint null hypothesis if either $t_1$ or $t_2$ exceeds 1.96 in absolute value?

Because this question involves the two random variables $t_1$ and $t_2$, answering it requires characterizing the joint sampling distribution of $t_1$ and $t_2$. As mentioned in Section 6.6, in large samples $\hat{\beta}_1$ and $\hat{\beta}_2$ have a joint normal distribution, so under the joint null hypothesis the $t$-statistics $t_1$ and $t_2$ have a bivariate normal distribution, where each $t$-statistic has mean equal to 0 and variance equal to 1.

First consider the special case in which the $t$-statistics are uncorrelated and thus are independent. What is the size of the one-at-a-time testing procedure; that is, what is the probability that you will reject the null hypothesis when it is true? More than 5%! In this special case we can calculate the rejection probability of this method exactly. The null is *not* rejected only if both $|t_1| \leq 1.96$ and $|t_2| \leq 1.96$. Because the $t$-statistics are independent, $Pr(|t_1| \leq 1.96 \text{ and } |t_2| \leq 1.96) = Pr(|t_1| \leq 1.96) \times Pr(|t_2| \leq 1.96) = 0.95^2 = 0.9025 = 90.25\%$. So the probability of rejecting the null hypothesis when it is true is $1 - 0.95^2 = 9.75\%$. This "one at a time" method rejects the null too often because it gives you too many chances: If you fail to reject using the first $t$-statistic, you get to try again using the second.

If the regressors are correlated, the situation is even more complicated. The size of the "one at a time" procedure depends on the value of the correlation between the regressors. Because the "one at a time" testing approach has the wrong size—that is, its rejection rate under the null hypothesis does not equal the desired significance level—a new approach is needed.

One approach is to modify the "one at a time" method so that it uses different critical values that ensure that its size equals its significance level. This method, called the Bonferroni method, is described in Appendix (7.1). The advantage of the Bonferroni method is that it applies very generally. Its disadvantage is that it can have low power: It frequently fails to reject the null hypothesis when in fact the alternative hypothesis is true.

Fortunately, there is another approach to testing joint hypotheses that is more powerful, especially when the regressors are highly correlated. That approach is based on the $F$-statistic.

## The *F*-Statistic

The ***F*-statistic** is used to test joint hypothesis about regression coefficients. The formulas for the $F$-statistic are integrated into modern regression software. We first discuss the case of two restrictions, then turn to the general case of $q$ restrictions.

***The F-statistic with q = 2 restrictions.*** When the joint null hypothesis has the two restrictions that $\beta_1 = 0$ and $\beta_2 = 0$, the $F$-statistic combines the two $t$-statistics $t_1$ and $t_2$ using the formula

$$F = \frac{1}{2}\left(\frac{t_1^2 + t_2^2 - 2\hat{\rho}_{t_1,t_2}t_1t_2}{1 - \hat{\rho}^2_{t_1,t_2}}\right), \tag{7.9}$$

where $\hat{\rho}_{t_1,t_2}$ is an estimator of the correlation between the two $t$-statistics.

To understand the $F$-statistic in Equation (7.9), first suppose that we know that the $t$-statistics are uncorrelated so we can drop the terms involving $\hat{\rho}_{t_1,t_2}$. If so, Equation (7.9) simplifies and $F = \frac{1}{2}(t_1^2 + t_2^2)$; that is, the $F$-statistic is the average of the squared $t$-statistics. Under the null hypothesis, $t_1$ and $t_2$ are independent standard normal random variables (because the $t$-statistics are uncorrelated by assumption), so under the null hypothesis $F$ has an $F_{2,\infty}$ distribution (Section 2.4). Under the alternative hypothesis that either $\beta_1$ is nonzero or $\beta_2$ is nonzero (or both), then either $t_1^2$ or $t_2^2$ (or both) will be large, leading the test to reject the null hypothesis.

In general the $t$-statistics are correlated, and the formula for the $F$-statistic in Equation (7.9) adjusts for this correlation. This adjustment is made so that, under the null hypothesis, the $F$-statistic has an $F_{2,\infty}$ distribution in large samples whether or not the $t$-statistics are correlated.

***The F-statistic with q restrictions.*** The formula for the heteroskedasticity-robust $F$-statistic testing the $q$ restrictions of the joint null hypothesis in Equation (7.8) is given in Section 18.3. This formula is incorporated into regression software, making the $F$-statistic easy to compute in practice.

Under the null hypothesis, the $F$-statistic has a sampling distribution that, in large samples, is given by the $F_{q,\infty}$ distribution. That is, in large samples, under the null hypothesis

$$\text{the } F\text{-statistic is distributed } F_{q,\infty}. \tag{7.10}$$

Thus the critical values for the $F$-statistic can be obtained from the tables of the $F_{q,\infty}$ distribution in Appendix Table 4 for the appropriate value of $q$ and the desired significance level.

***Computing the heteroskedasticity-robust F-statistic in statistical software.*** If the $F$-statistic is computed using the general heteroskedasticity-robust formula, its large-$n$ distribution under the null hypothesis is $F_{q,\infty}$ regardless of whether the errors are homoskedastic or heteroskedastic. As discussed in Section 5.4, for historical reasons most statistical software computes homoskedasticity-only standard errors by default. Consequently, in some software packages you must select a "robust" option so that the $F$-statistic is computed using heteroskedasticity-robust standard errors (and, more generally, a heteroskedasticity-robust estimate of the "covariance matrix"). The homoskedasticity-only version of the $F$-statistic is discussed at the end of this section.

***Computing the p-value using the F-statistic.*** The $p$-value of the $F$-statistic can be computed using the large-sample $F_{q,\infty}$ approximation to its distribution. Let

$F^{act}$ denote the value of the $F$-statistic actually computed. Because the $F$-statistic has a large-sample $F_{q,\infty}$ distribution under the null hypothesis, the $p$-value is

$$p\text{-value} = \Pr[F_{q,\infty} > F^{act}]. \tag{7.11}$$

The $p$-value in Equation (7.11) can be evaluated using a table of the $F_{q,\infty}$ distribution (or, alternatively, a table of the $\chi^2_q$ distribution, because a $\chi^2_q$-distributed random variable is $q$ times an $F_{q,\infty}$-distributed random variable). Alternatively, the $p$-value can be evaluated using a computer, because formulas for the cumulative chi-squared and $F$ distributions have been incorporated into most modern statistical software.

***The "overall" regression F-statistic.*** The "overall" regression $F$-statistic tests the joint hypothesis that *all* the slope coefficients are zero. That is, the null and alternative hypotheses are

$$H_0: \beta_1 = 0, \beta_2 = 0, \ldots, \beta_k = 0 \text{ vs. } H_1: \beta_j \neq 0, \text{ at least one } j, j = 1, \ldots, k. \tag{7.12}$$

Under this null hypothesis, none of the regressors explains any of the variation in $Y_i$, although the intercept (which under the null hypothesis is the mean of $Y_i$) can be nonzero. The null hypothesis in Equation (7.12) is a special case of the general null hypothesis in Equation (7.8), and the overall regression $F$-statistic is the $F$-statistic computed for the null hypothesis in Equation (7.12). In large samples, the overall regression $F$-statistic has an $F_{k,\infty}$ distribution when the null hypothesis is true.

***The F-statistic when q = 1.*** When $q = 1$, the $F$-statistic tests a single restriction. Then the joint null hypothesis reduces to the null hypothesis on a single regression coefficient, and the $F$-statistic is the square of the $t$-statistic.

## Application to Test Scores and the Student–Teacher Ratio

We are now able to test the null hypothesis that the coefficients on *both* the student–teacher ratio *and* expenditures per pupil are zero, against the alternative that at least one coefficient is nonzero, controlling for the percentage of English learners in the district.

To test this hypothesis, we need to compute the heteroskedasticity-robust $F$-statistic of the test that $\beta_1 = 0$ and $\beta_2 = 0$ using the regression of *TestScore* on *STR*, *Expn*, and *PctEL* reported in Equation (7.6). This $F$-statistic is 5.43. Under

the null hypothesis, in large samples this statistic has an $F_{2,\infty}$ distribution. The 5% critical value of the $F_{2,\infty}$ distribution is 3.00 (Appendix Table 4), and the 1% critical value is 4.61. The value of the $F$-statistic computed from the data, 5.43, exceeds 4.61, so the null hypothesis is rejected at the 1% level. It is very unlikely that we would have drawn a sample that produced an $F$-statistic as large as 5.43 if the null hypothesis really were true (the $p$-value is 0.005). Based on the evidence in Equation (7.6) as summarized in this $F$-statistic, we can reject the taxpayer's hypothesis that *neither* the student–teacher ratio *nor* expenditures per pupil have an effect on test scores (holding constant the percentage of English learners).

## The Homoskedasticity-Only *F*-Statistic

One way to restate the question addressed by the $F$-statistic is to ask whether relaxing the $q$ restrictions that constitute the null hypothesis improves the fit of the regression by enough that this improvement is unlikely to be the result merely of random sampling variation if the null hypothesis is true. This restatement suggests that there is a link between the $F$-statistic and the regression $R^2$: A large $F$-statistic should, it seems, be associated with a substantial increase in the $R^2$. In fact, if the error $u_i$ is homoskedastic, this intuition has an exact mathematical expression. Specifically, if the error term is homoskedastic, the $F$-statistic can be written in terms of the improvement in the fit of the regression as measured either by the decrease in the sum of squared residuals or by the increase in the regression $R^2$. The resulting $F$-statistic is referred to as the homoskedasticity-only $F$-statistic, because it is valid only if the error term is homoskedastic. In contrast, the heteroskedasticity-robust $F$-statistic computed using the formula in Section 18.3 is valid whether the error term is homoskedastic or heteroskedastic. Despite this significant limitation of the homoskedasticity-only $F$-statistic, its simple formula sheds light on what the $F$-statistic is doing. In addition, the simple formula can be computed using standard regression output, such as might be reported in a table that includes regression $R^2$'s but not $F$-statistics.

The homoskedasticity-only $F$-statistic is computed using a simple formula based on the sum of squared residuals from two regressions. In the first regression, called the **restricted regression**, the null hypothesis is forced to be true. When the null hypothesis is of the type in Equation (7.8), where all the hypothesized values are zero, the restricted regression is the regression in which those coefficients are set to zero; that is, the relevant regressors are excluded from the regression. In the second regression, called the **unrestricted regression**, the alternative hypothesis is allowed to be true. If the sum of squared residuals is sufficiently smaller in the unrestricted than the restricted regression, then the test rejects the null hypothesis.

The **homoskedasticity-only *F*-statistic** is given by the formula

$$F = \frac{(SSR_{restricted} - SSR_{unrestricted})/q}{SSR_{unrestricted}/(n - k_{unrestricted} - 1)}, \tag{7.13}$$

where $SSR_{restricted}$ is the sum of squared residuals from the restricted regression, $SSR_{unrestricted}$ is the sum of squared residuals from the unrestricted regression, $q$ is the number of restrictions under the null hypothesis, and $k_{unrestricted}$ is the number of regressors in the unrestricted regression. An alternative equivalent formula for the homoskedasticity-only $F$-statistic is based on the $R^2$ of the two regressions:

$$F = \frac{(R^2_{unrestricted} - R^2_{restricted})/q}{(1 - R^2_{unrestricted})(n - k_{unrestricted} - 1)}. \tag{7.14}$$

If the errors are homoskedastic, then the difference between the homoskedasticity-only $F$-statistic computed using Equation (7.13) or (7.14) and the heteroskedasticity-robust $F$-statistic vanishes as the sample size $n$ increases. Thus, if the errors are homoskedastic, the sampling distribution of the homoskedasticity-only $F$-statistic under the null hypothesis is, in large samples, $F_{q,\infty}$.

These formulas are easy to compute and have an intuitive interpretation in terms of how well the unrestricted and restricted regressions fit the data. Unfortunately, the formulas apply only if the errors are homoskedastic. Because homoskedasticity is a special case that cannot be counted on in applications with economic data, or more generally with data sets typically found in the social sciences, in practice the homoskedasticity-only $F$-statistic is not a satisfactory substitute for the heteroskedasticity-robust $F$-statistic.

***Using the homoskedasticity-only F-statistic when n is small.*** If the errors are homoskedastic and are i.i.d. normally distributed, then the homoskedasticity-only $F$-statistic defined in Equations (7.13) and (7.14) has an $F_{q,n-k_{unrestricted}-1}$ distribution under the null hypothesis. Critical values for this distribution, which depend on both $q$ and $n - k_{unrestricted} - 1$, are given in Appendix Table 5. As discussed in Section 2.4, the $F_{q,n-k_{unrestricted}-1}$ distribution converges to the $F_{q,\infty}$ distribution as $n$ increases; for large sample sizes, the differences between the two distributions are negligible. For small samples, however, the two sets of critical values differ.

***Application to test scores and the student–teacher ratio.*** To test the null hypothesis that the population coefficients on $STR$ and $Expn$ are 0, controlling for $PctEL$, we need to compute the $R^2$ (or $SSR$) for the restricted and unrestricted

regression. The unrestricted regression has the regressors *STR*, *Expn*, and *PctEL*, and is given in Equation (7.6); its $R^2$ is 0.4366; that is, $R^2_{unrestricted} = 0.4366$. The restricted regression imposes the joint null hypothesis that the true coefficients on *STR* and *Expn* are zero; that is, under the null hypothesis *STR* and *Expn* do not enter the population regression, although *PctEL* does (the null hypothesis does not restrict the coefficient on *PctEL*). The restricted regression, estimated by OLS, is

$$\widehat{TestScore} = \underset{(1.0)}{664.7} - \underset{(0.032)}{0.671} \times PctEL, R^2 = 0.4149, \tag{7.15}$$

so $R^2_{restricted} = 0.4149$. The number of restrictions is $q = 2$, the number of observations is $n = 420$, and the number of regressors in the unrestricted regression is $k = 3$. The homoskedasticity-only $F$-statistic, computed using Equation (7.14), is

$$F = \frac{(0.4366 - 0.4149)/2}{(1 - 0.4366)(420 - 3 - 1)} = 8.01.$$

Because 8.01 exceeds the 1% critical value of 4.61, the hypothesis is rejected at the 1% level using the homoskedasticity-only test.

This example illustrates the advantages and disadvantages of the homoskedasticity-only $F$-statistic. Its advantage is that it can be computed using a calculator. Its disadvantage is that the values of the homoskedasticity-only and heteroskedasticity-robust $F$-statistics can be very different: The heteroskedasticity-robust $F$-statistic testing this joint hypothesis is 5.43, quite different from the less reliable homoskedasticity-only value of 8.01.

## 7.3 Testing Single Restrictions Involving Multiple Coefficients

Sometimes economic theory suggests a single restriction that involves two or more regression coefficients. For example, theory might suggest a null hypothesis of the form $\beta_1 = \beta_2$; that is, the effects of the first and second regressor are the same. In this case, the task is to test this null hypothesis against the alternative that the two coefficients differ:

$$H_0: \beta_1 = \beta_2 \text{ vs. } H_1: \beta_1 \neq \beta_2. \tag{7.16}$$

This null hypothesis has a single restriction, so $q = 1$, but that restriction involves multiple coefficients ($\beta_1$ and $\beta_2$). We need to modify the methods presented so far