# Exhibit 33

# ECONOMETRIC MODELS AND ECONOMIC FORECASTS

FOURTH EDITION

Robert S. Pindyck
Massachusetts Institute of Technology

Daniel L. Rubinfeld
University of California at Berkeley

Irwin
McGraw-Hill

Boston, Massachusetts Burr Ridge, Illinois Dubuque, Iowa Madison, Wisconsin
New York, New York San Francisco, California St. Louis, Missouri

*Irwin/McGraw-Hill*
*A Division of The* **McGraw-Hill** *Companies*

**ECONOMETRIC MODELS AND ECONOMIC FORECASTS**

Copyright © 1998, 1991, 1981, 1976 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

This book is printed on acid-free paper.
5 6 7 8 9 0 DOC DOC 0 9 8 7 6 5 4 3 2 1

P/N 050208-0
Part of ISBN 0-07-913292-8

Publisher: Gary Burke
Sponsoring editor: Lucille H. Sutton
Project manager: Ira C. Roberts
Production supervisors: Leroy A. Young and Scott M. Hamilton
Design manager: Charles A. Carson
Compositor: Ruttle, Shaw & Wetherill, Inc.
Typeface: 10/12 Times Roman
Printer: R. R. Donnelley & Sons Company

**Library of Congress Cataloging-in-Publication Data**

Pindyck, Robert S.
Econometric models and economic forecasts / Robert S. Pindyck, Daniel L. Rubinfeld. — 4th ed.
p. cm.
Includes index.
ISBN 0-07-050208-0
1. Economic forecasting—Econometric models. 2. Econometrics.
I. Rubinfeld, Daniel L. II. Title.
HB3730.P54 1997
330′.01′5195—dc21 97-10357
CIP

**http://www.mhhe.com**

This $F$ test is not the same as doing a set of individual $t$ tests on each of the variables in the subset. It is not unlikely that all $t$ tests will be insignificant while the joint $F$ test will be significant. We are testing whether the *group* of variables is significant, not individual variables in that group. (We treat the special problem of testing when groups of dummy variables are involved in Appendix 5.1.)

The $F$ test just described is a generalization of the $F$ test on $R^2$ that was discussed in Chapter 4. To check to see how the two relate, we note first that the $F$ test on a subset of coefficients can be written in terms of the $R^2$'s from the two regression equations. To make the comparison, recall that $R^2 = 1 - \text{ESS}/\text{TSS}$, where TSS is the total sum of squares in the regression. Then

$$R^2_{UR} = 1 - \frac{\text{ESS}_{UR}}{\text{TSS}_{UR}} \quad \text{and} \quad R^2_R = 1 - \frac{\text{ESS}_R}{\text{TSS}_R}$$

Both regression equations have the same dependent variable and thus the same total sum of squares, so that $\text{TSS}_{UR} = \text{TSS}_R$. By substituting the two equations above into Eq. (5.20), we find that the test statistic can also be written as

$$F_{q,N-k} = \frac{(R^2_{UR} - R^2_R)/q}{(1 - R^2_{UR})/(N - k)} \tag{5.21}$$

Now the fact that the $F$ test on $R^2$ is a special case can readily be seen. For the test on $R^2$, the null hypothesis is that all $k - 1$ variables other than the constant are jointly equal to zero. In this case, the number of parameter restrictions becomes $q = k - 1$. In addition, the restricted model is the regression of $Y$ on a constant. Since $R^2$ is a measure of the explained variation about the mean, $R^2$ is identically zero in the restricted case. Substituting both of these pieces of information into Eq. (5.21) shows that $R^2_{UR} = R^2$.

---

**Example 5.5 Demand for Housing** To study the demand for housing, the following regression model was specified:

$$\log Q = \beta_1 + \beta_2 \log P + \beta_3 \log Y + \varepsilon$$

where $Q$ = measure of quantity of housing in square feet consumed by each of 3,120 families per year
$P$ = price of unit of housing in family's locality
$Y$ = measure of family income

The estimation results were (standard errors are in parentheses):

$$\widehat{\log Q} = \underset{(.11)}{4.17} - \underset{(.017)}{.247} \log P + \underset{(.026)}{.96} \log Y \qquad R^2 = .371$$

The results imply a price elasticity of demand of $-.247$ and an income elasticity of .96. Both elasticities are significantly different from zero, since the $t$ ratios are roughly 14 and 37 in absolute value. However, it is more interesting to ask whether the income elasticity .96 is significantly different from 1. The correct statistic is

$$t_{N-k} = \frac{\hat{\beta}_3 - \beta_3}{s_{\hat{\beta}_3}}$$

or, in this case,

$$t_{3,117} = \frac{.96 - 1}{.026} = -1.54$$

Since the critical value of the $t$ distribution at the 5 percent level is 1.96, we cannot reject the null hypothesis that the income elasticity of demand is 1.

Now suppose that we wish to know whether the demand for housing of blacks differs from that of whites. We thus expand the model to allow for different slopes and intercepts. If we let $D$ represent a dummy variable equal to 1 for black households and 0 otherwise, the expanded model is

$$\log Q = \beta_1 + \alpha_1 D + \beta_2 \log P + \alpha_2 D \log P + \beta_3 \log Y + \alpha_3 D \log Y + \varepsilon$$

When this expanded model was estimated, the results were

$$\widehat{\log Q} = \underset{(.11)}{4.17} - \underset{(.02)}{.221} \log P + \underset{(.031)}{.920} \log Y + \underset{(.042)}{.006}\, D - \underset{(.061)}{.114}\, D \log P$$
$$+ \underset{(.120)}{.341}\, D \log Y \qquad R^2 = .380$$

$t$ tests on the individual coefficients of the terms involving the dummy variables show the first to be insignificant (at the 5 percent level), the second barely insignificant, and the third to be significant. However, we wish to test the null hypothesis that the dummy coefficients are all jointly equal to zero, i.e.,

$$\alpha_1 = \alpha_2 = \alpha_3 = 0$$

Because our information is given in terms of $R^2$, we apply the formulation given in Eq. (5.21). In terms of that notation, $R^2_{UR} = .380$, $R^2_R = .371$, $N = 3{,}120$, $k = 6$, and $q = 3$. The appropriate $F$ statistic is

$$\frac{(R^2_{UR} - R^2_R)/q}{(1 - R^2_{UR})/(N - k)} = \frac{(.380 - .371)/3}{(1 - .380)/3{,}114} = 15.1$$

This exceeds the critical value of the $F$ distribution at either the 1 percent or the 5 percent level, and so we reject the null hypothesis of identical housing demand for blacks and whites. Note that with a sufficiently large data set it does not take much of an increase in $R^2$ to allow us to reject the null hypothesis of equality among a subset of coefficients.

---

### 5.3.2 Tests Involving Linear Functions of the Regression Coefficients

There are occasions when you may want to test hypotheses involving linear combinations of regression coefficients. Suppose, for example, that you have estimated a consumption function $C = \beta_1 + \beta_2 Y_L + \beta_3 Y_{NL} + \varepsilon$, where $Y_L$ represents labor income and $Y_{NL}$ represents nonlabor income. You might want to test the hypothesis that the marginal propensity to consume is 1; that is, $\beta_2 + \beta_3 = 1$. Or you might want to test whether the two marginal propensities to consume are equal, that is, $\beta_2 = \beta_3$.

We will treat each of these two special cases in this subsection. We begin with the two-variable unrestricted model:

$$Y_i = \beta_1 + \beta_2 X_{2i} + \beta_3 X_{3i} + \varepsilon_i$$

Consider first the null hypothesis that the two regression coefficients are equal. If the null hypothesis is true, we will estimate a restricted least-squares model, given by

$$Y_i = \beta_1 + \beta_2 (X_{2i} + X_{3i}) + \varepsilon_i$$

The appropriate $F$ test is given by Eq. (5.20) or Eq. (5.21), with the number of restrictions $q$ equal to 1.

The same null hypothesis can also be tested by using a $t$ test. To do the test, estimate the equation

$$Y_i = \beta_1 + \beta_2 (X_{2i} + X_{3i}) + \gamma X_{3i} + \varepsilon_i \tag{5.22}$$

If the null hypothesis is true, $\gamma = 0$, which can be tested by using a standard $t$ test of the estimated coefficient on $X_3$ in Eq. (5.22).

Now suppose you wish to test the hypothesis that $\beta_2 + \beta_3 = 1$. The unrestricted model is as before. To estimate the restricted model, we simply substitute for $\beta_3 = 1 - \beta_2$ in the unrestricted model:

$$Y_i = \beta_1 + \beta_2 X_{2i} + (1 - \beta_2) X_{3i} + \varepsilon_i$$

or

$$Y_i - X_{3i} = \beta_1 + \beta_2 (X_{2i} - X_{3i}) + \varepsilon_i$$

Estimation of this last restricted model (with dependent variable $Y_i - X_{3i}$ and independent variable $X_{2i} - X_{3i}$) provides the necessary input for an $F$ test. Once again there is one restriction, so $q = 1$.

---

**Example 5.6 Demand for Housing** Suppose we have estimated the unrestricted model of Example 5.5 (with an $R^2$ of .380). We wish to test the null hypothesis that the income elasticity of demand for housing of blacks is equal to 1. Under the null hypothesis $\beta_3 + \alpha_3 = 1$. Substituting $\alpha_3 = 1 - \beta_3$ into the expanded model and rewriting, we obtain the restricted model:

$$\log Q - D\log Y = \beta_1 + \alpha_1 D + \beta_2 \log P + \alpha_2 D \log P + \beta_3(\log Y - D\log Y) + \varepsilon$$

The $R^2$ associated with the restricted model (which has one restriction) is .3785. From Eq. (5.21), the relevant $F$ statistic is given by

$$F_{1,\,3{,}114} = \frac{(.380 - .3785)}{(.62/3{,}114)} = 7.56$$

Since $F$ is greater than the critical value at the 5 percent level of significance, we can reject the null hypothesis.

---

### 5.3.3 Tests Involving the Equality of Coefficients of Different Regressions

On occasion one is not sure whether a given model applies to two different data sets. Take, for example, the consumption function used in the earlier discussion of dummy variables. Case IV illustrates the formulation of the model in which one regression model applies in war years and a second model applies in years of peace. It differs from case V since we are assuming that the slope and intercept parameters are distinct but also that the errors in both equations have the same variance. (We will show how to test the identical variance assumption in Chapter 6.)

To test whether the assumption that there are two different regression models is correct, we start with the null hypothesis that the regressions are *identical* and see whether we can reject this hypothesis. To do the *Chow test,* consider the regression models

$$Y_i = \beta_1 + \beta_2 X_{2i} + \cdots + \beta_k X_{ki} + \varepsilon_i \qquad (5.23a)$$

$$Y_j = \alpha_1 + \alpha_2 X_{2j} + \cdots + \alpha_k X_{kj} + \varepsilon_j \qquad (5.23b)$$

In the first equation we subscript the variables with $i$ to denote observations running from 1 to $N$.[13] In the second equation we subscript with $j$ the variables running from 1 to $M$. We have allowed all regression coefficients to differ from Eq. (5.23$a$) to Eq. (5.23$b$). Suppose we estimate the model implied by the two equations by applying ordinary least squares to each equation individually. Since no restrictions have been placed on the parameters of the model, we can calculate the unrestricted sum of squares as the sum of the error sums of squares of the individual equations, $\text{ESS}_{UR} = \text{ESS}_1 + \text{ESS}_2$. The number of degrees of freedom is the sum of the number of degrees of freedom in each individual regression, that is, $(N - k) + (M - k) = N + M - 2k$.

Now assume that the null hypothesis is true, that is, $\alpha_1 = \beta_1, \alpha_2 = \beta_2, \ldots, \alpha_k = \beta_k$, and $\text{Var}(\varepsilon_i) = \text{Var}(\varepsilon_j)$. Then the regression model can be written as the single equation

$$Y_i = \beta_1 + \beta_2 X_{2i} + \cdots + \beta_k X_{ki} + \varepsilon_i \tag{5.24}$$

where the subscript $i$ now runs from observation 1 to observation $N + M$. Now we estimate Eq. (5.24) using ordinary least squares and calculate the restricted error sum of squares $\text{ESS}_R$. If the null hypothesis is true, the restrictions will not hurt the explanatory power of the model and $\text{ESS}_R$ will not be much larger than $\text{ESS}_{UR}$. As before, we can perform an $F$ test to see whether the difference between the two error sums of squares is significant. Since there are $N + M - 2k$ degrees of freedom in the unrestricted regression and there are $k$ restrictions, the appropriate $F$ statistic is[14]

$$F_{k,N+M-2k} = \frac{(\text{ESS}_R - \text{ESS}_{UR})/k}{\text{ESS}_{UR}/(N + M - 2k)} \tag{5.25}$$

If the $F$ statistic is larger than the critical value of the $F$ distribution with $k$ and $N + M - 2k$ degrees of freedom, we can reject the null hypothesis. Here rejection implies that two separate regressions must be estimated: the data cannot be pooled.

---

**Example 5.7 Demand for Housing** Suppose we believe that housing demand is best modeled by two equations, one describing housing demand by

[13] This test was devised by Gregory C. Chow in "Tests of Equality between Sets of Coefficients in Two Linear Regressions," *Econometrica*, vol. 28, pp. 591–605, July 1960. See also Franklin M. Fisher, "Tests of Equality between Sets of Coefficients in Two Linear Regressions: An Expository Note," *Econometrica*, vol. 38, pp. 361–366, March 1970.

[14] The statistic follows an $F$ distribution because each error sum of squares follows a chi-square distribution (see Chapter 2), the numerator with $k$ degrees of freedom and the denominator with $N + M - 2k$. Since the two distributions are independent, the ratio follows an $F$ distribution.

blacks and the other describing demand by whites. (This is equivalent to case V in the section on dummy variables.) The model is

$$\log Q = \begin{cases} \beta_1 + \beta_2 \log P + \beta_3 \log Y + \varepsilon & \text{for white households} \\ \gamma_1 + \gamma_2 \log P + \gamma_3 \log Y + u & \text{for black households} \end{cases}$$

We wish to test the null hypothesis that the set of coefficients in the black demand equation is equal to the set of coefficients in the white demand equation. The null hypothesis is that (jointly)

$$\beta_1 = \gamma_1 \qquad \beta_2 = \gamma_2 \qquad \beta_3 = \gamma_3$$

To perform the test we first estimated the model above and added the error sum of squares in each of the equations. We found that $ESS_{UR} =$ 13,640. Now assume that the null hypothesis is true. Then the model reduces to

$$\log Q = \beta_1 + \beta_2 \log P + \beta_3 \log Y + \varepsilon \qquad \text{for all households}$$

When we estimated this restricted model, we found the error sum of squares to be $ESS_R = 13{,}838$. Since there are $k = 3$ restrictions and since $N + M - 2k = 3{,}120 - 6 = 3{,}114$ degrees of freedom, the appropriate $F$ statistic with 3 restrictions and 3,114 degrees of freedom is

$$F_{3,\,3{,}114} = \frac{(13{,}838 - 13{,}640)/3}{13{,}640/3{,}114} = 15.1$$

Since the value of the $F$ statistic is greater than the critical value of the $F$ distribution at the 5 percent level, we reject the null hypothesis. It is incorrect to assume equal coefficients.

The conclusion of Example 5.7 is not surprising in light of the earlier test results in Examples 5.5 and 5.6. What might seem surprising is that the test statistic here is identical to the statistic calculated in Example 5.5. In the unrestricted model in Example 5.5 we allowed the intercept and all slope coefficients to vary, just as we have done here, by specifying two different demand equations. When estimated using ordinary least-squares estimation, both parameters will be identical, since both models are analytically equivalent. They allow for the same parameter shifts, have the same number of degrees of freedom, and have the same residuals. The error sum of squares in the two-equation specification is the sum of the ESSs for each equation. Thus, while testing subsets of coefficients will not in general be the same as testing for the equality of coefficients between equations, the two are identical when one introduces dummy variables so that *all* parameters in the model change.




**FIGURE 5.2**
Piecewise linear regression model.

## 5.4 PIECEWISE LINEAR REGRESSION

Most of the econometric models we have studied have been continuous, with small changes in one variable having a measurable effect on another variable. This framework was modified when we used dummy variables to account for shifts in slope or intercept or both. It is therefore reasonable to extend the analysis one further step by allowing for changes in slope, with the restriction that the line being estimated be continuous. A simple example is drawn in Fig. 5.2. The true model is continuous, with a *structural break.* If we were explaining consumption as a function of income, for example, the structural break might occur sometime during World War II (or there might be two breaks, one at the beginning and one at the end). Note that there is no discontinuity or shift in the consumption level from year to year. This *piecewise linear model* consists of two straight-line segments.

Piecewise linear models are special cases of a much larger set of models or relationships called *spline functions.* Spline functions have distinct pieces, but the curve representing each piece is a continuous function and not necessarily a straight line. In a typical case, the spline is chosen to be a polynomial of the third degree and the procedure guarantees that the first and second derivatives will be continuous.[15]

To estimate the model given in Fig. 5.2, consider the expression

$$C_t = \beta_1 + \beta_2 Y_t + \beta_3 (Y_t - Y_{t_0}) D_t + \varepsilon_t \tag{5.26}$$

[15] See D. J. Poirier, *The Econometrics of Structural Change* (Amsterdam: North-Holland, 1976), or D. Suits, A. Mason, and L. Chan, "Spline Functions Fitted by Standard Regression Methods," *Review of Economics and Statistics,* vol. LX, pp. 132–139, February 1978.

where $C_t$ = consumption
$Y_t$ = income
$Y_{t_0}$ = income in year in which structural break occurs

and
$$D_t = \begin{cases} 1 & \text{if } t > t_0 \\ 0 & \text{otherwise} \end{cases}$$

For years before and including the break, $D_t = 0$, so that

$$E(C_t) = \beta_1 + \beta_2 Y_t \tag{5.27}$$

However, after the break, $D_t = 1$, so that

$$E(C_t) = \beta_1 + \beta_2 Y_t + \beta_3 Y_t - \beta_3 Y_{t_0}$$

or
$$E(C_t) = (\beta_1 - \beta_3 Y_{t_0}) + (\beta_2 + \beta_3) Y_t \tag{5.28}$$

Before the break the line has slope $\beta_2$, but the slope changes to $\beta_2 + \beta_3$ afterward (and the intercept changes as well). Note, however, that there is no discontinuity since

$$E(C_{t_0}) = \beta_1 + \beta_2 Y_{t_0} \qquad \text{from Eq. (5.27)}$$
$$= (\beta_1 - \beta_3 Y_{t_0}) + (\beta_2 + \beta_3) Y_{t_0} = \beta_1 + \beta_2 Y_{t_0} \qquad \text{from Eq. (5.28)}$$

Note also that when $\beta_3 = 0$, the consumption equation reduces to a single straight-line segment, so that a $t$ test of $\hat{\beta}_3 = 0$ provides a simple test for structural change.

What if there were two structural breaks, occurring at times $t_0$ and $t_1$? The appropriate model then would be

$$C_t = \beta_1 + \beta_2 Y_t + \beta_3 (Y_t - Y_{t_0}) D + \beta_4 (Y_t - Y_{t_1}) D' + \varepsilon_t$$

where $Y_{t_1}$ represents the income at which a second structural break occurs, and

$$D' = \begin{cases} 1 & \text{if } t > t_1 \\ 0 & \text{otherwise} \end{cases}$$

The equations of each of the three line segments are then

$$E(C_t) = \begin{cases} \beta_1 + \beta_2 Y_t & 0 < t \le t_0 \\ (\beta_1 - \beta_3 Y_{t_0}) + (\beta_2 + \beta_3) Y_t & t_0 \le t \le t_1 \\ (\beta_1 - \beta_3 Y_{t_0} - \beta_4 Y_{t_1}) + (\beta_2 + \beta_3 + \beta_4) Y_t & t > t_1 \end{cases}$$

### 5.4.1 Switching Regression Method

There may be situations in which it is no longer appropriate to assume that the regression model is continuous. In the more general *switching regression model* the variance of the error term is assumed to be the same throughout the time period being studied but both the intercept and the slope may change at the point of structural break. When the breakpoint is known, the regression model can be written as

$$C_t = \beta_1 + \beta_2 Y_t + \beta_3 D_t + \beta_4 D_t Y_t + \varepsilon_t \qquad (5.29)$$

which is the model that was originally presented as case IV in Section 5.2 on the use of dummy variables.

When the breakpoint is not known, the breakpoint as well as the regression parameters can be estimated by using the method of maximum likelihood.[16] Assuming that the error variance is equal for the entire period of study, this involves estimating Eq. (5.29) for different values of the point of structural break $t_0$. We choose as the breakpoint the value of $t_0$ that minimizes the sum-of-squared residuals from the regression (or alternatively that maximizes $R^2$).

## 5.5 THE MULTIPLE REGRESSION MODEL WITH STOCHASTIC EXPLANATORY VARIABLES

To this point we have assumed that the independent variables in the multiple regression model were fixed, i.e., nonstochastic. At times, however (as when the researcher samples values for both $X$ and $Y$), it will be more appropriate to assume that the $X$'s are drawn at random from a probability distribution. Fortunately, we can do this and still maintain most of the previous results. We make the following assumptions:

1. The distribution of each of the explanatory variables is independent of the true regression parameters.
2. Each of the explanatory variables is distributed independently of the errors in the model.

All the basic properties of the least-squares estimators continue to hold. However, we now think of the regression parameters as being estimated *conditional* on the given values of the $X$'s.

If we examine the unconditional properties of the OLS estimator, lack of bias is no longer guaranteed. Fortunately, however, it is still possible to show

[16] The method works by maximizing the usual likelihood function (see Appendix 2.2) and by searching over all possible breakpoints. For further details, see S. M. Goldfeld and R. E. Quandt, "The Estimation of Structural Shifts by Switching Regressions," *Annals of Economics and Social Measurement*, vol. 2, pp. 475–485, October 1973. One interesting application that treats markets in disequilibrium is discussed in R. C. Fair and D. M. Jaffee, "Methods of Estimation for Markets in Disequilibrium," *Econometrica*, vol. 40, pp. 497–514, 1972.

that OLS is consistent and for large samples (asymptotically) efficient. Finally, it is also true that least-squares estimators are the maximum-likelihood estimators of the true regression parameters.

Because of the preceding results concerning stochastic explanatory variables (and the fact that estimators are often biased for other reasons), econometricians tend to focus on such large-sample properties of estimators as consistency. We will generally do the same, especially in Chapter 12, where simultaneous-equation models are discussed.

## APPENDIX 5.1 Tests Involving Dummy-Variable Coefficients

In multiple regression analysis, the coefficients on each dummy variable measure the differential impact between the included category (receiving a value of 1) and the category or dummy which has been dropped from the regression. As a result, the *t* test evaluates the null hypothesis that membership in the included and excluded categories will have an identical impact. When there are two or more *sets* of dummy variables, however, the regression results become more difficult to interpret and test. As an example, assume that we are predicting total expenditures on housing as a function of income and number of children, each of which has been classified into a number of categories. To be specific, let

$H$ = annual expenditures on housing

$$I_1 = \begin{cases} 1 & \text{if income} \le \$10{,}000 \text{ (low income)} \\ 0 & \text{otherwise} \end{cases}$$

$$I_2 = \begin{cases} 1 & \text{if income} > \$10{,}000 \text{ but} \le \$20{,}000 \text{ (middle income)} \\ 0 & \text{otherwise} \end{cases}$$

$$I_3 = \begin{cases} 1 & \text{if income} > \$20{,}000 \text{ (high income)} \\ 0 & \text{otherwise} \end{cases}$$

$$C_1 = \begin{cases} 1 & \text{if no children} \\ 0 & \text{otherwise} \end{cases}$$

$$C_2 = \begin{cases} 1 & \text{if 1 or 2 children} \\ 0 & \text{otherwise} \end{cases}$$

$$C_3 = \begin{cases} 1 & \text{if more than 2 children} \\ 0 & \text{otherwise} \end{cases}$$

When we drop the first dummy variable in each category but include a constant term, the model specification is

$$H = \alpha + \beta_2 I_2 + \beta_3 I_3 + \gamma_2 C_2 + \gamma_3 C_3 + \varepsilon$$

With this specification $\beta_2$ measures the differential expenditures on housing for an individual with no children and a middle income relative to an individual with no children and a low income. The $t$ test evaluates the null hypothesis that housing expenditures are equal for both groups. The comparison is thus made relative to *all* categories represented by dummies that have been dropped from the model. Frequently this comparison will not be a particularly useful one. A more constructive analysis might involve the measurement of the differential expenditures on housing of a middle-income individual relative to a low-income individual, both of whom have the same number of children as the *average* of all individuals in the sample.

To see how the multiple regression can be adapted to handle this situation, consider the following variables and the revised model specification:

$$J_1 = \begin{cases} 1 & \text{if low income} \\ 0 & \text{if middle income} \\ -1 & \text{if high income} \end{cases} \qquad J_2 = \begin{cases} 1 & \text{if middle income} \\ 0 & \text{if low income} \\ -1 & \text{if high income} \end{cases}$$

$$D_1 = \begin{cases} 1 & \text{if no children} \\ 0 & \text{if 1 or 2} \\ -1 & \text{if more than 2} \end{cases} \qquad D_2 = \begin{cases} 1 & \text{if 1 or 2 children} \\ 0 & \text{if none} \\ -1 & \text{if more than 2} \end{cases}$$

$$H = a + b_1 J_1 + b_2 J_2 + c_1 D_1 + c_2 D_2 + \varepsilon$$

For all possible combinations of family characteristics the expected value of the dependent variable is as follows:

| Category | Expected value $E(H)$ |
|---|---|
| Low income, 0 children | $a + b_1 + c_1$ |
| Middle income, 0 children | $a + b_2 + c_1$ |
| High income, 0 children | $a - b_1 - b_2 + c_1$ |
| Low income, 1 or 2 children | $a + b_1 + c_2$ |
| Middle income, 1 or 2 children | $a + b_2 + c_2$ |
| High income, 1 or 2 children | $a - b_1 - b_2 + c_2$ |
| Low income, more than 2 children | $a + b_1 - c_1 - c_2$ |
| Middle income, more than 2 children | $a + b_2 - c_1 - c_2$ |
| High income, more than 2 children | $a - b_1 - b_2 - c_1 - c_2$ |

If we then sum over all nine categories, we find that the overall expected value (the average effect) is equal to $a$, the constant term. If we sum all categories taken in combinations of three (for example, 0 children, 1 or 2 children, more than 2 children), we can find the average effect for each category or group.

The interpretation of the coefficients is straightforward. For example, $b_1$ measures the extent to which low-income individuals spend differentially on housing *relative to the average individual in the sample.* $c_1$ measures the differential spending associated with having no children. For individuals with no children and low incomes, the differential is $b_1 + c_1$. The $t$ test associated with $b_1$ then

provides a test of the null hypothesis that the spending of low-income individuals is different from the average, while the $t$ test associated with $c_1$ tests whether families with no children spend differently from the average.

There is, of course, a close relationship between the coefficients in both models. In particular,

$$\beta_2 = b_2 - b_1 \qquad \beta_3 = -2b_1 - b_2$$

$$\gamma_2 = c_2 - c_1 \qquad \gamma_3 = -2c_1 - c_2 \qquad \alpha = a + b_1 + c_1$$

Which specification of the form for dummy variables should one choose? The answer depends on which null hypothesis one would like to test. In many cases the null hypotheses associated with the alternative specification are more appropriate than are the ones arising directly from the usual dummy-variable specification. In fact, the newer specification can be especially useful when there are large sets of dummy-variable predictors, because it makes their interpretation straightforward. However, when one or more of the predictors is a continuous variable, the interpretation becomes more difficult and the advantage of the procedure is limited.

## EXERCISES

**5.1** Given the model

$$\log Y = \beta_1 + \beta_2 \log X_2 + \beta_3 \log X_3 + \varepsilon$$

prove that the estimated regression coefficients are the elasticities associated with $Y$ and each of the $X$'s and that these elasticities are constant over the regression line.

**5.2** We wish to analyze student housing demand in the Ann Arbor campus area from the rental data given in Table 2.1. As a measure of the demand for a unit's services, construct the variables RENT PER and ROOM PER, defined as follows: RENT PER = RENT (per unit)/NO (number of persons in unit). (RENT PER is listed as RPP in Chapter 2.) ROOM PER = RM (rooms)/NO (number of persons). Then estimate the models:

I $\quad \text{RENT PER} = \beta_1 + \beta_2(\text{SEX}) + \beta_3(\text{ROOM PER}) + \beta_4(\text{DIST}) + \varepsilon$

II $\quad \text{RENT PER} = \beta_1 + \beta_3(\text{ROOM PER}) + \beta_4(\text{DIST}) + \varepsilon$

(In model II, $\beta_2$ is constrained to be zero.)

(*a*) In model I, test the hypothesis that $\beta_3 = 0$ (as opposed to $\beta_3 > 0$). Is this what you would expect?

(*b*) In model I, test the hypothesis that $\beta_4 = 0$ (as opposed to $\beta_4 < 0$). Is this what you would expect?

(*c*) In model I, use a $t$ test to test the hypothesis that $\beta_2 = 0$. Now, using the sum of squared residuals from the estimates of models I and II, do an $F$ test to test the hypothesis that $\beta_2 = 0$. You should recall that if $X = (\text{ESS}_{\text{II}} - \text{ESS}_{\text{I}})/(\text{ESS}_{\text{I}}/(32\text{-}4))$, $X$ follows an $F$ distribution with (1, 28) degrees of freedom. How are the two tests related?

**5.3** It is suggested that men and women may not have the same appreciation for spaciousness (as measured by ROOM PER) or for proximity to campus (as measured by DIST). Estimate model III.

III $$\text{RENT PER} = \beta_1 + \beta_2(\text{SEX}) + \beta_3(\text{ROOM PER}) + \beta_4(\text{DIST}) + \beta_5[(\text{ROOM PER})(\text{SEX})] + \beta_6[(\text{DIST})(\text{SEX})] + \varepsilon$$

(*a*) Test separately the hypotheses that $\beta_5 = 0$ and that $\beta_6 = 0$.
(*b*) Use an $F$ test to test the joint hypothesis that $\beta_5 = \beta_6 = 0$.
(*c*) Compute $R^2$ for models I, II, and III.

**5.4** The results from Exercise 5.3 suggest that the demand for housing by men and women is fundamentally different. To see just how different it is, do the following. Divide the data into two groups according to sex and estimate the models:

IV $$\text{RENT PER} = \alpha_0 + \alpha_1(\text{ROOM PER}) + \alpha_2(\text{DIST}) + \varepsilon \qquad \text{males only}$$

V $$\text{RENT PER} = \gamma_0 + \gamma_1(\text{ROOM PER}) + \gamma_2(\text{DIST}) + \varepsilon \qquad \text{females only}$$

(*a*) Test separately the hypotheses that $\gamma_1 = 0$ and that $\gamma_2 = 0$.
(*b*) Test the joint hypothesis that $\gamma_1 = \gamma_2 = 0$.

**5.5** How can you recover the estimates of $\gamma_0$, $\gamma_1$, $\gamma_2$ (Exercise 5.4) from the estimates of $\beta_1$, $\beta_2$, $\beta_3$, $\beta_4$, $\beta_5$, and $\beta_6$ in model III?
**5.6** How would you interpret (economically) the coefficients $\gamma_1$ and $\gamma_2$ (from Exercise 5.5)? Why might $\gamma_2$ be positive?
**5.7** In model I (Exercise 5.2), compute the standardized coefficients associated with each explanatory variable.
**5.8** In this problem you will study the time-series variation in consumption expenditures in the United States over the period from 1977 (1st quarter) to 1988 (1st quarter). A standard macroeconomic model explains consumption as a general function of disposable income and previous consumption values. However, some opposing points of view are as follows:

1. Consumption is an interstellar process, of which economists know very little, and so it is better to explain consumption by an interstellar activity proxy such as UFO sightings.
2. Changes in consumption are an interstellar activity, so that consumption should be explained by previous consumption values as well as UFO sightings.
3. When people decide how much to spend, they consider only their current income, and so consumption should be explained by disposable income only.
4. People revise their consumption plans via a random process, so that consumption should equal past consumption plus a disturbance.
5. Consumption is a function of both past consumption and income, so that a dollar increase in income has the same effect as a dollar increase in past consumption.

Use the following regression equation to investigate these various views:

$$Y_t = \beta_1 + \beta_2 X_{2t} + \beta_3 X_{3t} + \beta_4 X_{4t} + \varepsilon_t$$

where $Y_t$ = U.S. consumption in time $t$
$X_{2t}$ = U.S. disposable personal income in time $t$
$X_{3t}$ = U.S. consumption in time $t - 1$
$X_{4t}$ = U.S. UFO sightings in time $t$
$\varepsilon_t$ = error term

(*a*) Estimate the above equation, using the data from Example 4.3 and your own estimate of UFO sightings.
(*b*) Test the following hypotheses by using the appropriate $t$ tests.
  i. $\beta_4 = 0$ (traditional model)
  ii. $\beta_2 = 0$ (2)
(*c*) Test the following hypotheses by using the appropriate $F$ tests.
  i. $\beta_2 = \beta_3 = 0$ (View 1)
  ii. $\beta_3 = \beta_4 = 0$ (View 3)
  iii. $\beta_3 = 1, \beta_2 = \beta_4 = 0$ (View 4)
  iv. $\beta_4 = 0, \beta_2 = \beta_3$ (View 5)
  v. $\beta_2 = \beta_3 = \beta_4 = 0$ (No explanatory power from any of the $X$'s)

Indicate the restricted model appropriate for each of these hypotheses.

**5.9** You are soon to be interviewed for the position of political analyst for one of the local TV stations. Since all TV stations are devoting a great deal of air time to election coverage, your worldly knowledge will not suffice to land you this position. Consequently, you should consider how to use a regression model to back your opinions regarding the 1996 congressional elections.

To fill up air time, you will need three models. All the models will try to explain differences across states in the percentage of votes received by Democatic candidates among all votes cast for House of Representatives candidates in each state. Therefore, the dependent variable has 50 observations, one for each state. You have four types of explanatory variables:

1. The unemployment rate in each state
2. Regional dummy variables for whether the state is in the northeast, south, midwest, or west
3. A dummy variable for whether Bill Clinton appeared in that state to campaign for congressional candidates
4. Interaction terms between the regional dummies and the Clinton dummy

Your three models differ only in the explanatory variables that they contain:
Model I contains variables (1) and (2).
Model II contains variables (1), (2), and (3).
Model III contains variables (1) and (4).

(*a*) Write out each model in a regression equation. This can be done in more than one way; pick any formulation you like. Be sure to define all notation, and describe how the explanatory variables will discern the effects of interest, by interpreting the effects to be estimated.
(*b*) Using the variables in these models, indicate how you would test the following hypotheses. If you propose an $F$ test, give the restricted and unrestricted regression equations.

i. Clinton's appearance doesn't matter.
ii. Regionalism is insignificant: the entire country voted uniformly, with no regional differences.
iii. The northeast and the midwest (the "frostbelt") voted uniformly.
iv. The frostbelt voted uniformly, the "sunbelt" (the south and the west) voted uniformly, but the frostbelt and the sunbelt combined did not necessarily vote uniformly.
v. Clinton's appearance had the same effect in all regions.

CHAPTER 6

# SERIAL CORRELATION AND HETEROSCEDASTICITY

Now that we have completed a discussion of the classical normal linear regression model, it seems natural to review each of the model's assumptions in turn. Our goal is to determine those situations in which the assumptions are violated and find estimation procedures which improve on the ordinary least-squares procedure when such violations occur. The assumptions are as follows:

**1.** The model is specified as

$$Y_i = \beta_1 + \beta_2 X_{2i} + \beta_3 X_{3i} + \cdots + \beta_k X_{ki} + \varepsilon_i \tag{6.1}$$

**2.** The *X*'s are fixed. No linear relationship exists between two or more of the independent variables.

**3.** The errors are independently distributed from a normal population with 0 expected value and constant variance.

The assumption that the model is correct as specified in Eq. (6.1) is an important one and is the focus of Chapter 7. The problem of collinearity has been detailed in Chapter 4. The third assumption consists of several important parts. Even without normality, it is possible to prove that least-squares regression estimates of the true parameters are unbiased as well as consistent. However, without normality one cannot perform statistical tests using the standard formulas for the $t$ and $F$ distributions. Fortunately, standard statistical tests are approximately correct for reasonably large sample sizes.

While there are statistical methods which allow one to test for normality