UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER; SHANNA ORLICH; ALLISON GAMBA; and MARY DE LUIS,

Plaintiffs,

-against-

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

Defendants.

No. 10-cv-6950-AT-RWL

**DECLARATION OF KELLY M. DERMODY IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY**

I, Kelly M. Dermody, declare:

1. I am an attorney at Lieff Cabraser Heimann & Bernstein, LLP, Class Counsel for Plaintiffs and the Class in the above-captioned class action. I am a member in good standing of the bar of California, and I have been admitted to this case *pro hac vice*. This Declaration is submitted in support of Plaintiffs' Motion to Exclude Expert Testimony. I make these statements based on personal knowledge and would so testify if called as a witness.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the April 19, 2021 Expert Report of Sarah Butler, as corrected June 11, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the January 15, 2021 Work Analysis Expert Report of Eric Dunleavy (redacted).

4. Attached hereto as **Exhibit 3** is a true and correct copy of the April 19, 2021 Expert Rebuttal Report of Eric Dunleavy.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the January 15, 2021 Expert Report of Brian Dunn (redacted).

6. Attached hereto as **Exhibit 5** is a true and correct copy of the April 19, 2021 Expert Rebuttal Report of Henry Farber, as corrected May 11, 2021 (redacted).

7. Attached hereto as **Exhibit 6** is a true and correct copy of the January 15, 2021 Expert Report of Caren Goldberg, as corrected February 4, 2021 (redacted).

8. Attached hereto as **Exhibit 7** is a true and correct copy of the April 19, 2021 Reply Expert Report of Caren Goldberg (redacted).

9. Attached hereto as **Exhibit 8** is a true and correct copy of the March 19, 2021 Expert Rebuttal Report of Leaetta Hough.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the March 19, 2021 Expert Report of Kathryn Shaw (redacted).

11. Attached hereto as **Exhibit 10** is a true and correct copy of the March 19, 2021 Expert Rebuttal Report of Margaret Stockdale (redacted).

12. Attached hereto as **Exhibit 11** is a true and correct copy of the March 19, 2021 Expert Report of David Yermack (redacted).

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the transcript of the transcript of the May 28, 2021 Deposition of Eric Dunleavy.

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of the transcript of the May 11, 2021 Deposition of Brian Dunn.

15. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of the transcript of the May 18, 2021 Deposition of Henry Farber.

16. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the transcript of the June 4, 2021 Deposition of Leaetta Hough.

17. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the transcript of the of the June 18, 2021 Deposition of Kathryn Lee Shaw.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the excerpted transcript of the June 3, 2021 Deposition of Margaret Stockdale.

19. Attached hereto as **Exhibit 18** is a true and correct copy of Ronald A. Ash, *Job Elements for Task Clusters: Arguments for Using Multi-Methodological Approaches to Job Analysis and a Demonstration of Their Utility*, 11 PUBLIC PERS. MANAGE. 80, (1982).

20. Attached hereto as **Exhibit 19** is a true and correct copy of James P. Clifford, *Job Analysis: Why Do It, and How Should It Be Done?*, 23 PUBLIC PERS. MANAGE. 321 (1994).

21. Attached hereto as **Exhibit 20** is a true and correct copy of Amy M. DuVernet et al., *Exploring Factors That Influence Work Analysis Data: A Meta-Analysis of Design Choices, Purposes, and Organizational Context*, 100 J. APPL. PSYCHOL. 1603 (2015).

22. Attached hereto as **Exhibit 21** is a true and correct copy of Sidney Gael, *Interviews, Questionnaires, and Checklists, in* 1 THE JOB ANALYSIS HANDBOOK FOR BUSINESS, INDUSTRY, AND GOVERNMENT 391 (Sidney Gael ed., John Wiley & Sons, Inc. 1998).

23. Attached hereto as **Exhibit 22** is a true and correct copy of Peter D. Bachiochi & Sara P. Weiner, *Qualitative Data Collection and Analysis*, *in* HANDBOOK OF RESEARCH METHODS IN INDUSTRIAL AND ORGANIZATIONAL PSYCHOLOGY Ch. 8, 227 (Steven G. Rogelberg ed., Blackwell Publishing 2004).

24. Attached hereto as **Exhibit 23** is a true and correct copy of Paul R. Sackett et al., *Job and Work Analysis*, *in* 12 HANDBOOK OF PSYCHOLOGY: INDUSTRIAL AND ORGANIZATIONAL PSYCHOLOGY 61 (Neal W. Schmitt & Scott Highouse eds., 2nd ed., John Wiley & Sons, Inc. 2013).

25. Attached hereto as **Exhibit 24** is a true and correct copy of Kayo Sady, Eric Dunleavy & Mike Aamo, *UGESP Series #6 – The Purpose and Importance of Job Analysis Research,* DCI CONSULTING GROUP (Nov. 12, 2013), https://blog.dciconsult.com/blog/ugesp-series-6-the-purpose-and-importance-of-job-analysis-research.

26. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts of backup files associated with the August 29, 2018 Expert Report of Michael P. Ward.

27. Attached hereto as **Exhibit 26** is a true and correct copy of the January 15, 2021 Job Relatedness Expert Report of Eric Dunleavy, as corrected April 23, 2021.

28. Attached hereto as **Exhibit 27** is a true and correct copy of the April 19, 2021 Expert Sur-Rebuttal Report of Eric Dunleavy.

29. Attached hereto as **Exhibit 28** is a true and correct copy of Alexandra Kalev et al., *Best Practices or Best Guesses? Assessing the Efficacy of Corporate Affirmative Action and Diversity Policies*, AMERICAN SOCIOLOGICAL REVIEW, 71(4) (2006).

30. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts of the transcript of the June 11, 2021 deposition of Eric Dunleavy.

31. Attached hereto as **Exhibit 30** is a true and correct copy of Jeffrey S. Shippmann et al., *The Practice of Competency Modeling*, 53 PERSONNEL PSYCHOLOGY 703 (2000).

32. Attached hereto as **Exhibit 31** is a true and correct copy of Ruther Bender, *Executive Compensation Consultants,* EXECUTIVE COMPENSATION AND CORPORATE GOVERNANCE CONFERENCE, UNIVERSITY OF GENOA (March 12, 2011).

33. Attached hereto as **Exhibit 32** is a true and correct copy of Robert A. Giacalone et al., *Assessing Intended Employee Behavior in Exit Interviews: Attitudinal and Status Effects*, ROBINS SCHOOL OF BUSINESS WHITE PAPER SERIES E.C.R.S.B. 88–5 (1988).

34. Attached hereto as **Exhibit 33** is a true and correct copy of Margaret Stockdale's March 2019 to April 2021 invoices to Goldman Sachs & Co., produced in this litigation.

35. Attached hereto as **Exhibit 34** is a true and correct copy of Cornerstone Research's April 2019 to April 2021 invoices Goldman Sachs & Co., produced in this litigation.

* * *

I declare under penalty of perjury under the laws of the United States, the State of New York, and the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in San Francisco, California on July 12, 2021.

*s/ Kelly M. Dermody*
Kelly M. Dermody