# EXHIBIT 18

# Job Elements for Task Clusters: Arguments for Using Multi-Methodological Approaches to Job Analysis and a Demonstration of Their Utility[1]

by

Ronald A. Ash[2]

University of South Florida

## The Arguments

Most of us are in the business of personnel selection in one form or another, and because we are in the personnel selection business, we are also in the selection procedure validation business, in one form or another. Furthermore, because we are in the selection and validation business, the dictates of good professional practice and the *Uniform Guidelines on Employee Selection Procedures* (EEOC et al., 1978) require us to be in the business of job analysis also, in one form or another.

A literal interpretation of the *Uniform Guidelines* might lead to the conclusion that the focus and form of job analysis should vary as a function of the validation strategy to be used. That is, "any method of job analysis may be used if it provides the information required for the specific validation strategy used" (p. 38300). In terms of job analysis for content validity, the guidelines state that the job analysis "should focus on the work behavior(s) and the tasks associated with them," particularly "those aspects of the behavior(s) that can be observed and the observed work products" (p. 38302). For construct validity studies, the job analysis "should show the work behavior(s) required for successful performance on the job, or the groups of jobs being studied, the critical or important work behavior(s) in the job or group of jobs being studied, and an identification of the construct(s) believed to underlie successful performance of these critical or important work behaviors in the job or jobs in question" (p. 38303). For criterion-related validation, the *Uniform Guidelines* suggest "a review of job information to determine measures of work behavior(s) or performance that are relevant to the job or group of jobs in question," and that "these measures or criteria are relevant to the extent that they represent critical or important job duties, work behaviors or work outcomes" (p. 38300). Figure 1 summarizes the foci of job analysis as a function of the validation strategy to be used, according to the *Uniform Guidelines*.

My own conceptualization of validity differs somewhat from that promulgated by the guidelines, and is similar to the positions adopted by such noted educational and industrial psychologists as Ebel (1977), Guion (1977), Landy and Trumbo (1980), and Tenopyr (1977). The Division of Industrial-Organizational Psychology of the American Psychological Association summarizes the positions quite nicely in its *Principles for the Validation and Use of Personnel Selection Procedures* (1980):

**FIGURE I** The Focus of Job Analysis as a Function of Validation Strategy According to the Uniform Guidelines

| | |
|---|---|
| Content Validation | —Observed Work Behaviors,<br>—Tasks,<br>—Observed Work Products |
| Construct Validation | —Work Behaviors,<br>—Underlying Constructs |
| Criterion-Related | —Measures of Work Behaviors or Performance Representing Important Job Duties, Work Behaviors, or Work Outcomes |

> Validity is the degree to which inferences from scores on tests or assessments are justified or supported by evidence . . . In planning validation it is not appropriate to think of validity as a single number or other result of a set of procedures . . . A particular problem is the compartmentalization of validity into the categories of criterion-related, content, and construct. The three are really inseparable aspects of validity, not discrete types of validity. Although the three may represent differences in strategy, they do not necessarily indicate differences in concept. . . . many times in methodology, the three cannot be logically separated (pp. 2–3).

Given that it may be unwise, illogical, and even unrealistic to compartmentalize validity into three categories, it may also be dysfunctional to consider the focus of job analysis as a function of separate validation strategies. Yet, the fact remains that different major methods of job analysis do vary in terms of focus. Unfortunately, various authors describe these foci in somewhat different ways, often using essentially synonymous terminology. In the words of Kershner (1955), this often leaves us "floundering in a morass of semantic confusion."

McCormick (1959) distinguishes between job-oriented and worker-oriented foci. The job-oriented focus consists of descriptions of job content that have a dominant association with and typically characterize the technological aspects of jobs, and commonly reflect what is achieved by the worker. The job-oriented focus is typically reflected by the use of specific task statements such as those embodied in job or task inventories. The worker-oriented focus consists of descriptions that tend to characterize the generalized human behaviors involved in the jobs under analysis, if not directly, then by strong inference. The items or elements of McCormick's *Position Analysis Questionnaire* (PAQ) (McCormick, Jeanneret, and Mecham, 1969) are worker-oriented.

Prien (1977) describes worker-oriented job analysis methods a bit differently, and contrasts them with task-oriented methods. He notes that worker-oriented methods, such as McCormick's PAQ and Fleishman's (1975) *Ability Requirements Scales* (ARS), are based on the notion that there exists a finite set of dimensions—a taxonomy of aptitudes, abilities, or characteristics—which can be used to describe a job and which accounts for the variability in job performance. Task-oriented methods use questionnaires such as job inventories or checklists of occupational tasks composed of items describing the work activities of a family of jobs. Examples include Hemphill's (1960) *Executive Position Description Questionnaire*, Lawshe's (1955) *Clerical Task Inventory*, and the numerous task inventories being analyzed by the now popular *Task Inventory-Comprehensive Occupational Data Analysis Programs* (TI-CODAP) (Christal, 1974).

Levine and Weiner (1980) differentiate between *worker*-oriented and *work*-oriented job analysis methods. They note that the worker-oriented approaches look at the human attributes required to perform a job, or the behaviors required of the worker. Outcomes from worker-oriented approaches include knowledges, skills, abilities, and other characteristics (KSAs) the worker has and how important these KSAs are for job performance, and may also include information-receiving and processing activities along with worker responses called for by the job. Work-oriented approaches, on the other hand, are concerned with what gets done on the job and with the methods, materials, and equipment used. The primary outcome from work-oriented methods is a description of the observable tasks, duties, and activities which are performed on the job. However, these authors note further that work-oriented methods may also include a set of ratings on various components of the job, and that they sometimes deal with human attributes needed for task performance, but only after job tasks have been determined and evaluated.

Lewin (1976) describes three main categories of job analysis techniques: (1) those techniques which deal primarily with the duties or tasks performed by job incumbents and which also employ a standardized vocabulary for writing the tasks, (2) techniques which deal directly with the KSAs necessary to perform the job duties, and (3) techniques employing structured questionnaires consisting of pre-established items.

In my own research work on job analysis methods, I have found it useful to distinguish among job analysis methods *not* so much on their focus or what it is that is analyzed by the methods, but rather on the type of information yielded by the methods. The trichotomy of task-based, behavior-based, and attribute-based information seems most appropriate. Figure 2 presents seven major methods of job analysis classified by the type of information obtained from each. For most purposes relative to human resources planning/development/utilization, task/behavior/attribute or KSA information is either necessary or useful. Furthermore, the applications of different job analysis methods yield different types of information about jobs, and these different types of information are useful and/or complementary for different purposes (Sistrunk, Levine, and Ash, 1980).

Even for the single purpose of personnel selection, all three types of information are useful. For test planning, Lewin (1976) recommends obtaining KSA information from analyzing tasks, evaluating the KSAs, and referencing them to at least one related duty or task. Prien (1977) recommends that a multi-methodological job analysis approach including both task- and worker-oriented methods be used in selection research. In a paper presented at this con-

**FIGURE II** Major Methods of Job Analysis Classified by the Type of Information Obtained

| Task-Based | Behavior-Based | Attribute-Based |
|---|---|---|
| —Functional Job Analysis | —Critical Incident Technique | —Functional Job Analysis |
| —Task Inventory/ Comprehensive Occupational Data Analysis Programs | —Position Analysis Questionnaire | —Position Analysis Questionnaire |
| —Dept. of Labor Task Analysis | | —Job Element Method |
| | | —Ability Requirements Scales |

ference in 1976, when it was known as the Selection Specialist's Symposium of IPMA, Brumback discussed seven approaches to job analysis for selection purposes, noting the strengths and weaknesses of each. He concludes that no method by itself is sufficient. As a minimum, he recommends the use of a task checklist, the critical incident technique (Flanagan, 1954), and a modified job element method (Primoff, 1975), tacitly recognizing the need for task-based, behavior-based, and attribute-based information.

The courts have also recognized the need for these several types of job analysis information. In *U.S. v. Connelie* (1979), the Federal District Court in the Northern District of New York rejected the claim of content validity for the job element-based exam used for the selection of New York State Police recruits. In noting the lack of evidence that the subelements identified through the job analysis were necessary for critical or important job behaviors, the Court cited the absence of both a task-oriented job analysis and documented linkage between the content domain of the examination and the actual tasks, duties, and activities of the job.

While multi-methodological job analysis may be necessary for compliance and other purposes, it can also be quite expensive. For this reason, Ash and Levine (1980) recommend that information gathered from systematic job analysis serve as a basis for a variety of organizational programs and functions. Personnel managers need to take a total organizational view when they select job analysis methods, and they should base this selection on both the objectives the information will serve, and the organization-specific practicality. Ash and Levine suggest a framework for evaluating job analysis methods as a function of both the uses to be made of the information, and organization-specific practicality factors. Soon, Levine, Ash, Hall, and Sistrunk (1981) will present the data necessary to operationalize the evaluative framework.

## The Demonstration

In 1979 and 1980, the Center for Evaluation Research of the University of South Florida conducted a multi-methodological job analytic study of condominium management in Florida (Ash, Horney, Sistrunk, Raich, and Ellis, 1980). The job analysis methods used were task inventory, the Job Element Method (JEM), and the Position Analysis Questionnaire (PAQ). Data from two of these methods, the task inventory and the Job Element Method, were used to identify knowledges, skills, and abilities (KSAs) for purposes of selection, performance appraisal, and training of condominium managers. Furthermore, this data was collected and analyzed in such a way as to permit the tailoring of selection, performance appraisal, and training programs to individual condominium management jobs by means of a relatively simple job component approach.

*The Task Inventory.* One hundred and fifty-nine task inventory statements were gleaned from various sources including books and reports on condominium management, job descriptions, and preliminary surveys and condominium associations. The task statements were grouped into five major areas: administrative, fiscal, physical maintenance, legal, and social. Each task was rated on three eight-point rating scales by approximately 52 professional condominium managers. The scales were relative time spent, relative importance, and extent of responsibility.

Means and standard deviations for each task were computed on all three scales. The standard deviations were relatively high for the most part, typically exceeding 1.5 and ranging as high as 2.8, thereby indicating a substantial amount of variability in the ratings. Inspection of the ranges for the task ratings confirmed the large amount of variability; 62%, 94%,

and 97% of the task ratings covered the full range of the rating scale for relative time spent, importance, and extent of responsibility, respectively. The large amount of variability in the task ratings was interpreted as an indication of significant differences among condominium management jobs, and this interpretation was instrumental in the decision to utilize the Job Element Method to determine KSAs on a component by component basis, rather than for the job as a whole.

Correlations among the mean values for each of the three rating scales were computed. The results for relative time spent and the relative importance scales correlated very highly at $r = .948$. Extent of responsibility correlated with relative time spent at $r = .810$, and with relative importance at $r = .864$. These high correlations were interpreted as indications that the three scales measure essentially the same construct, at least in this study. Because relative time spent and relative importance scales correlated so highly, they were summed to form a more reliable index, composite task importance. This index was used in all subsequent analyses.

*Task Clusters*. Task-task intercorrelations were computed for the tasks within each of the five divisions of the inventory (i.e., administrative, fiscal, physical maintenance, legal, and social). The five task-task intercorrelation matrices were subjected to elementary linkage analysis (McQuitty, 1957) for data reduction purposes. This cluster analysis technique was chosen over factor analysis because of the low subjects-to-variables ratio (Nunnally, 1978; Weiss, 1976). Nine task clusters were obtained for the administrative division, nine for the fiscal division, 17 for the physical maintenance division, three for the legal division, and four for the social division, resulting in a total of 42 task clusters. The researchers inspected the internal consistency coefficients for the clusters and the intercorrelation patterns within and among clusters within divisions. These two indicators, in conjunction with the judgmental criterion of "making sense," were used in combining certain clusters and reformulating others. This process resulted in six task clusters in the administrative division, three in the fiscal division, five in the physical maintenance division, two in the legal division, and three in the social division, for a total of 19 task clusters. (One task was not included in any of the clusters and was dropped from further analyses. It correlated substantially with only one other task in the fiscal division, and there was reason to believe that a large portion of that correlation was due to proximity of the tasks—they were adjacent—in the inventory.)

These 19 task clusters were used as the basis of the 19 job/task dimensions for condominium management shown in Table 1. The importance index shown for each dimension was computed by averaging the mean composite importance scores for the tasks included in the respective dimensions. Note that some of the internal consistency coefficients are rather low (i.e., .36, .38, .41, etc.). This results from using the judgmental criterion of "making sense" in formulating the final clusters. It is often necessary to use judgment in order to obtain logically meaningful clusters because empirically it is possible for logically and functionally unrelated tasks to correlate highly with one another in terms of their respective task importance ratings. In the present study, this undesirable possibility was controlled for to some extent by pre-sorting tasks into the five broad areas (administrative, fiscal, etc.), and applying the cluster analysis technique only to tasks within a given area. It may be desirable to pre-sort tasks into more narrowly defined subsets on a logical or functional basis prior to applying a data reduction technique.

*Job Elements for Task Clusters*. Primoff's (1975) Job Element Method was used to determine KSAs for each of the 19 job/task dimensions derived from the cluster analysis of the task inventory data. That is, 18 subject matter experts (condominium managers, association

**TABLE I** Task Dimensions for Condominium Management

| Dimension Name | Importance Index* | Internal Consistency | Number of Tasks |
|---|---|---|---|
| Administrative | | | |
| 1. Personnel and General Management | 5.8 | .36 | 12 |
| 2. Report, Record, and File Maintenance | 6.9 | .53 | 11 |
| 3. Insurance Coverage and Settlements | 4.7 | .57 | 6 |
| 4. Coordination of Association Meetings | 3.9 | .50 | 5 |
| 5. Advice and Consultation | 7.8 | .53 | 3 |
| 6. Transition of Control from Developer to Association | 2.7 | .70 | 5 |
| Fiscal | | | |
| 7. General Financial Management and Record Keeping | 6.2 | .46 | 20 |
| 8. Assessment/Fee Collection and Record Keeping | 7.6 | .74 | 5 |
| 9. Tax Management | 4.5 | .66 | 4 |
| Physical Maintenance | | | |
| 10. Services/Maintenance Contracting and Management | 6.9 | .38 | 16 |
| 11. Groundskeeping | 6.3 | .68 | 9 |
| 12. Exterior Maintenance | 5.3 | .41 | 11 |
| 13. Interior Maintenance | 4.6 | .48 | 21 |
| 14. Security | 4.6 | .89 | 3 |
| Legal | | | |
| 15. Knowledge of Relevant Codes, Laws, and Ordinances | 6.0 | .49 | 5 |
| 16. Handling Liens and Foreclosures | 4.4 | .51 | 4 |
| Social | | | |
| 17. Rule Enforcement and Handling of Complaints | 7.3 | .42 | 6 |
| 18. Facilitation of Interpersonal Relations | 4.6 | .53 | 5 |
| 19. General Assistance and Coordination | 4.5 | .41 | 7 |

*The importance index is the mean of the mean composite task importance scores of the tasks in each respective dimension.

board members, regulators, and condominium consultants) first generated job elements for each of the 19 job/task dimensions, and then rated each job element using Primoff's four scales (barely acceptable, superior, trouble likely, and practical). Group sums and trans-

muted scale values were computed, and the total value, item index, and training value scores were obtained according to Primoff's instructions. Next, Primoff's decision rules utilizing the various index values were used to identify the job elements related to selection, training, and performance appraisal for each job/task dimension independently.

*The Products.* KSAs to be incorporated in selection procedures, KSAs of potential value for inclusion in training programs, and KSAs useful in developing performance appraisal forms were identified for the job of condominium manager, and, in addition, were linked to specific job/task dimensions. Figures 3 through 7 present related results for job/task dimension A-1, Personnel and General Management. Figure 3 shows the 12 tasks in the dimension. Figure 4 shows the dimension definition developed from the task listing. Figure 5 shows seven dimension specific KSAs for potential use in selection. Figure 6 shows eight dimension specific KSAs for potential inclusion in a training program. Note that several of the KSAs are identified as important for both selection and training. There are KSAs which distinguish among barely acceptable and superior workers, but which are relatively uncommon in the typical pool of applicants for the job in question. Thus, the employer should attempt to select applicants with sufficient amounts of these KSAs, but will most likely have to provide training for them. Figure 7 shows a performance appraisal form developed for the job/task dimension. Similar information exists for the other 18 job/task dimensions, all of which was obtained from a multi-methodological job analysis consisting of a task inventory and the Job Element Method.

**FIGURE III** Condominium Management Job/Task Dimensions and Associated Tasks

**A-1. Personnel and General Management (5.8)**

—Maintain 24-hour call service

—Hire employees

—Train employees

—Supervise employees

—Evaluate employees

—Establish job descriptions

—Develop fringe benefits package for employees

—Provide on-going educational program for employees

—Monitor architectural control requirements

—Assign qualified property manager to supervise and administer the day-to-day on-site activities

—Coordinate volume purchasing

—Develop cost savings procedures

**FIGURE IV** Condominium Management Job/Task Dimension Definition

**A-1. Personnel and General Management**

Establishment of procedures to monitor and/or regulate the activities and tasks of subordinates. Included here would be tasks such as hiring, training, supervising, and evaluating employees.

(12 tasks in this dimension)

**FIGURE V** Knowledges, Skills, and Abilities for Condominium Manager Selection by Job/Task Dimension

**A-1. Personnel and General Management**

1. Knowledge of personnel procedures (hiring, training, supervising, etc.)
2. Ability to give direction
3. Ability to relate to and motivate people
4. Ability to define job tasks
5. Ability to determine performance standards
6. Ability to fire employees
7. Knowledge of general business management techniques and generally accepted business practice

**FIGURE VI** Knowledges, Skills, and Abilities for Potential Inclusion in Condominium Management Training Programs by Job/Task Dimension

**A-1. Personnel and General Management**

1. Knowledge of personnel procedures (hiring, training, supervising, etc.)
2. Ability to give direction
3. Knowledge of time management technique
4. Ability to relate to and motivate people
5. Ability to define job tasks
6. Ability to evaluate performance
7. Ability to determine performance standards
8. Knowledge of general business management techniques and generally accepted business practices

**FIGURE VII**

**Dimension A-1.**

**Personnel and General Management**

Rating: ______________________

Rating Period:
From ____________ to ____________

Rater: ______________________

OVERALL RATING on performance of tasks involved in: the establishment of procedures to monitor and/or regulate the activities and tasks of subordinates. Included are tasks such as hiring, training, supervising, and evaluating employees.

| [1] | [2] | [3] | [4] | [5] |
|---|---|---|---|---|
| Totally Inadequate | Needs Improvement | Acceptable | Good | Clearly Superior |

| ELEMENT RATINGS | Totally Inadequate | | | | Clearly Superior |
|---|---|---|---|---|---|
| 1. Ability to relate to and motivate people | [1] | [2] | [3] | [4] | [5] |
| 2. Ability to determine performance standards | [1] | [2] | [3] | [4] | [5] |

1. Sum the ELEMENT RATINGS.
2. Divide the sum by the number of elements to get the Average Element Rating.
3. Add the Average Element Rating to the OVERALL RATING, and divide this sum by 2 to get the Dimension Rating.
4. Post the Dimension Rating at the top right of the page.

There are at least two additional uses of job analysis information collected and analyzed in the manner just described. First, the job/task dimension definitions developed from the tasks which compose each dimension can be used directly in writing a lucid job description which can be augmented by the related KSAs as appropriate. In addition, the dimension definitions can be used to conduct a simple job analysis of individual positions, the results of which can be used to tailor selection, training, and performance appraisal to individual positions or selective subclasses. If certain of the job/task dimensions apply for particular positions or subclasses and not others, it is a simple matter to tailor job descriptions, selection, training, and performance appraisal to these positions and subclasses due to the fact that the elements for job descriptions and the KSAs are tied directly to individual job components.

*Conclusions.* Systematic job analysis information can have a positive influence on the effective functioning of organizations. Judging by the increasing amount of journal space being devoted to the topic and the proliferation of job analysis workshops, more formal job analyses are being conducted than ever before. There is general concensus in the literature that

multi-methodological approaches to job analysis are necessary and desirable. Hopefully, the demonstration of the multiplicity of organizational uses for the information obtained from the relatively simple multi-methodological job analysis approach described in this paper will serve to stimulate carefully planned and systematic multi-methodological job analysis efforts in organizations.

## Notes

[1]This paper was presented at the Annual Conference of the International Personnel Management Association Assessment Council. The research reported here was supported in part by the State University System of Florida STAR Grant 79-061. The views expressed herein are those of the author and do not necessarily reflect the views of the International Personnel Management Association or the State University System of Florida.

[2]Correspondence related to this article should be directed to Ronald A. Ash, University of Kansas, School of Business, Lawrence, Kansas 66045.

## References

American Psychological Association, Division of Industrial-Organizational Psychology. *Principles for the validation and use of personnel selection procedures.* (Second edition) Berkeley, CA: Author, 1980.

Ash, R. A. and Levine, E. L. A framework for evaluating job analysis methods. *Personnel*, 1980, *57*, 53–59.

Brumback, G. B. *One method is not enough: An overview of selection oriented job analysis methodology.* Paper presented at the Selection Specialists' Symposium of the International Personnel Management Association, Chicago, July 6–9, 1976.

Christal, R. E. The United States Air Force occupational research project. *JSAS Catalog of Selected Documents in Psychology*, 1974, *4*, 61.

Ebel, R. L. Comments on some problems of employment testing. *Personnel Psychology*, 1977, *30*, 55–63.

Equal Employment Opportunity Commission, Civil Service Commission, Department of Labor, and Department of Justice. Uniform guidelines on employee selection procedures (1978). *Federal Register*, 1978, *43*, (166), 38290–38315.

Flanagan, J. C. The critical incident technique. *Psychological Bulletin*, 1954, *51*, 327–358.

Fleishman, E. A. Toward a taxonomy of human performance. *American Psychologist*, 1975, *30*, 1127–1149.

Guion, R. M. Content validity: The source of my discontent. *Applied Psychological Measurement*, 1977, *1*, 1–10.

Hemphill, J. K. *Dimensions of executive positions*. Research Monograph No. 89, Bureau of Business Research, The Ohio State University, 1960.

Kershner, A. M. *A report on job analysis*. Washington, D.C.: Office of Naval Research, ONR Report ACR-5, 1955.

Landy, F. J. and Trumbo, D. A. *Psychology of work behavior*. Homewood, Illinois: Dorsey Press, 1980.

Lawshe, C. H. *Individual's job questionnaire checklist of office operations*. West Lafayette, Indiana: Purdue University Bookstore, 1955.

Levine, E. L., Ash, R. A., Hall, H. L., and Sistrunk, F. Evaluation of seven job analysis methods by experienced job analysts. In E. L. Levine (Chair), *Job analysis/job families: Current perspective on research and application*. Symposium to be presented at the meeting of the American Psychological Association, Los Angeles, August, 1981.

Levine, E. L. and Weiner, H. R. Review of work-oriented job analysis methods: Functional job analysis, task analysis, and related techniques. In F. Sistrunk and P. L. Smith (Eds.), *Human resources in criminal justice: Volume II. Critiques of job analysis methods*. Tampa, FL: University of South Florida, Center for Evaluation Research, June, 1980.

Lewin, D. Cautions in using job analysis data for test planning. *Public Personnel Management*, 1976, *5*, 255–257.

McCormick, E. J. The development of processes for indirect or synthetic validity: III. Applications of job analysis to indirect validity. A symposium. *Personnel Psychology*, 1959, *12*, 402–413.

McCormick, E. J., Jeanneret, P. R., and Mecham, R. C. *Position analysis questionnaire*. West Lafayette, Indiana. Purdue Research Foundation, 1969.

McQuitty, L. L. Elementary linkage analysis for isolating orthogonal and oblique types and typal relevancies. *Educational and Psychological Measurement*, 1957, *17*, 207–229.

Nunnally, J. C. *Psychometric theory*. New York: McGraw-Hill, 1978.

Prien, E. P. The function of job analysis in content validation. *Personnel Psychology*, 1977, *30*, 167–174.

Primoff, E. S. *How to prepare and conduct job element examinations*. (Technical Study 75-1, U.S. Civil Service Commission.) Washington, D.C.: U.S. Government Printing Office, 1975.

Sistrunk, F., Levine, E. L., and Ash, R. A. Volume I. Methods for human resources in the criminal justice system: A feasibility study. In F. Sistrunk and P. L. Smith (Eds.), *Human resources in criminal justice*. Tampa, FL: University of South Florida, Center for Evaluation Research, June, 1980.

Tenopyr, M. L. Content-construct confusion. *Personnel Psychology*, 1977, *30*, 47–54.

U.S. v. State of New York; Connelie et al. *BNA Daily Labor Report*, No. 180, D-1–D-40, September 14, 1979.

Weiss, D. J. Multivariate procedures. In M. D. Dunnette (Ed.), *Handbook of industrial and organizational psychology*. Chicago: Rand McNally, 1976.

*Modular police and fire tests tailored to the needs of individual departments. Departments never receive the same test twice.*

**Personnel Assessment Corporation**

2371 Dahlia Street, Denver CO 80207
(303) 321-7296

HAY

**HAY ASSOCIATES**
**PUBLIC SECTOR GROUP OFFICES**

**Chicago** One East Wacker Drive Illinois 60601 312-644-5700
**Dallas** 12700 Park Central Pl., Suite 1411 Texas 75251 214-233-9767
**Los Angeles** 700 Flower Street California 90017 213-629-3921
**Washington** 1110 Vermont Avenue, N.W. D.C. 20005 202-833-9250

- Job Evaluation & Position Classification
- Cash And Noncash Compensations
- Applied Behavioral Sciences
- Manpower Assessment & Development
- National, Regional, & Local Salary Surveys
- Organization Design
- Exam Program Validation
- EEOC & Affirmative Action
- Training & Communications
- Personnel Information Systems