# EXHIBIT 19

# Job Analysis: Why Do It, and How Should It Be Done?

**"Any validity study should be based upon a review of information about the job for which the selection procedure is to be used. The review should include a job analysis..."** ***Uniform Guidelines 1978***

**By**
**James P. Clifford**

There is an established legal need for job analysis. In an article entitled *Selection's Uniform Guidelines Help, Hindrance, or Irrelevancy?* Christopher Daniel points out, "Courts continue to decide selection cases, often deferring to The Uniform Guidelines on Employee Selection Procedures" (1989, p.68). The Uniform Guidelines published in the Federal Register has a great deal to say about the legal need for job analysis. As stated in the Guidelines, job analysis is a critical element to the three types of validation: content, criterion-related, and construct. If an employer wishes to demonstrate to the courts that the selection process used for an employment decision was valid, the employer will need to start from the basis of a current job analysis.

Not only are there legal reasons for job analysis but there are also important management considerations as well. Long before the August 1978 publication of the Guidelines and the legal significance attached to job analysis, there was considerable published data and information on the subject. The *ASPA Handbook of Personnel and Industrial Relations* (1974 PP. 4-43, 4-81) cites a variety of methods for conducting job analysis. Functional Job Analysis, Task Inventories, Job Information Matrix System (JIMS), Position Analysis Questionnaire (PAQ) are some of the approaches discussed. The U.S. Department of Labor published the *Handbook for Analyzing Jobs* (1972) which served as the "bible" for job analysis. Health Education and Welfare published the *National Task Bank* (1975), a significant contribution of eight volumes to list the tasks in social welfare. Dr. Eleanor Gilpatrick director of the *Health Services Mobility Study* (1971), analyzed the work of the health system for the purpose of developing critical training programs. The *United States Air Force Occupational Research Project* (1973), headed by Raymond E. Christal, conducted job surveys of occupations in the Air Force.

The desire by business and government to manage work and the human resources of an organization requires the study, analysis, and organization of work activities which make up jobs. The need to manage work activities established a need for job analysis before the Uniform Guidelines called attention to its legal significance.

An important question to consider is: will compliance with the Guidelines not only result in a "legal" personnel system but an improved process

James P. Clifford is a Partner in the Human Resources Systems Institute. He has worked in city government for over twenty years, holding the positions of Human Resources Director, Grants Management Director, and the Director of Employee Development. He has a Master's Degree from Michigan State University in Labor and Industrial Relations and teaches a graduate course in Human Resources Management. He is an active member of; International Personnel Management Association, American Society of Training Developers, American Society for Public Administration, and the Industrial Relations Research Association.

for obtaining, retaining and managing an organization's work and its human resources? This question raises for consideration the issue of the quality of job analysis practices prior to the Guidelines. How well do the job analysis techniques developed prior to the guidelines comply with the standards set by the guidelines? Many of the job analysis procedures developed prior to the Uniform Guidelines are very complicated. They included elements such as traits, aptitudes, and interests which put the job analysis process in the criteria-related or construct categories of the Guidelines. Because job analysis procedures developed before the Guidelines used these complicated concepts, they require very difficult and costly validation procedures.

## Job Analysis Principles

It is important to take note that the Uniform Guidelines (1978) state, "Any job analysis should focus on the work behavior(s) and the tasks associated with them. If work behavior(s) are not observable, the job analysis should identify and analyze those aspects of the behavior(s) that can be observed and the observed work products" (1978, p.38302). The above reference comes from the technical standards for content validity of the Guidelines. This description is very important for establishing what is meant by job analysis. According to the Guidelines, job analysis is a record of observable behaviors or observable work products. Job analysis is not a record of thought processes, attitudes, traits, constructs or initiatives. This definition is a significant departure from much of the job analysis procedures which preceded the Guidelines. The Department of Labor approach to job analysis includes "Worker Traits" which contain aptitudes including intelligence; temperaments, including adaptability; and interests which includes "a tendency to become absorbed in an experience" (1972 pp 8-9). These worker traits are outside the restrictions of observable behaviors or observable work products. The Uniform Guidelines call for a different approach to job analysis than those practiced in the past.

With nearly fourteen years experience analyzing jobs based on "content valid" criteria, a number of fundamental principles concerning jobs and the process of analyzing them have been identified.

These principles are:

1. All jobs can be analyzed and recorded.

2. Job analysis can enhance communication.

3. The process of analyzing jobs can easily accommodate change.

4. The process can be clear enough so employees and employers can understand and contribute to the process.

5. The process can be designed so that all major personnel decisions can be based on the resulting data.

6. Skill, knowledge, and ability can be defined in operational terms.

7. Job analysis based on observable behaviors and work products contributes to efficient human resources management.

8. Nearly everything that needs to be written to explain the work of a job is already written.

## 1. All jobs can be analyzed

Job analysis is the process of defining the work, activities, tasks, products, services, or processes performed by or produced by an employee or employees. Often employees express the opinion that they know what they do; but it is too complex, or too abstract, to be written down or defined. Based on experience of analyzing managerial, technical, clerical, and labor jobs, this assumption is not accurate for the following reasons. The work of all jobs is performed by people. People do not behave in random fashion. People are reasonable and systematic. People are continuously adjusting their jobs to be more efficient. People, when asked, can talk about their jobs in a very organized, systematic manner. When employees review a written job description of their duties three to six months after the analysis was performed, they readily recognize the description as their job. Finally, all employees at every level in an organization are trained to do their job. That training could not occur if it were not possible to analyze and define jobs.

## 2. Job analysis can enhance communication

This principle has evolved from the review of a number of different approaches to job analysis. Some procedures are very complicated. Gilpatrick's work for example, may comprise six or seven typed lines just for the name of the task (1972, p Aj-1). That type of detail documentation overwhelms the employee and employer and will obstruct communication. While that type of detail may be helpful to the researcher or the personnel expert, it is not very helpful to the employee or the employer.

The Department of Labor and the work done by the Air Force used simple sentences or phrases to define tasks. The Department of Labor breaks the sentence into: Verb, Immediate Object, and Infinitive Phrase (1972, p.7). The Air Force uses a simple phrase. This concept suggests, job analysis should record what the employee should do, to what or to whom, and at what level of quality. Job analysis should respond to that basic question asked by all employees at one time or another, "what do you want me to do"?

If the job analysis does not improve communication and the understanding of what is to be done, it impedes communication and may be more

detrimental than beneficial to the organization. Good quality job analysis can and should improve communication in the organization.

### 3. The Process Can Accommodate Change

Job analysis has been and still is tedious work. Organizations tend to avoid conducting job analysis because of the amount of resources necessary to do it and do it well. Jobs are dynamic and constantly undergoing change. Job analysis systems have to address this fact of change. Data about jobs that are out of date are not valid and may be misleading. If the data are not valid, any employment decisions based on that data may be suspect. Job analysis data should periodically be reviewed by employers and revised to reflect the changes which occur over time.

The system for analyzing jobs should be designed to take full advantage of computer technology. Job analysis is an ideal use for personal or main frame computers. Changes over time can easily be made to the data base and updated job descriptions produced relatively easily and quickly. Technologically there is no reason for an organization not to have current, comprehensive job analysis data and job descriptions.

### 4. Employees and Employers Can Understand the Process

Based on the experience of analyzing many different jobs at a variety of levels in an organization, it has been established that employees can identify anywhere from a hundred to three hundred tasks per job. The Air Force has found that they have approximately five hundred tasks per job (1974, p. 3). Over time the number of tasks may grow, but it is unlikely that there is a need for the average employer to identify more than three hundred tasks per job to manage the work of the organization.

Employees and employers understand that these tasks will vary widely in terms of level of difficulty and the amount of time required to perform them. When provided a relative scale, employees have been able to rank hundreds of tasks in terms of relative frequency and relative difficulty. The concepts for relative frequency and relative difficulty seem to be understood by employees and employers better than absolute frequency or difficulty. Relative frequency and relative difficulty provide an excellent method for defining critical aspects of the job.

With hundreds of tasks, when scored for difficulty and frequency, there will result a great deal of data on a single job. If there are proficiency statements or quality dimensions set for a large number of the tasks, the data will further increase. If minimum skill levels are set for the tasks, there will be additional data generated for each job. If there are 100 jobs in an organization, it is clear that job analysis will generate a tremendous amount of data. It is, therefore, important that each of the steps or processes be

reasonable and simple. Employees will understand the process and have confidence in it. Managers and supervisors who oversee the work will understand how the information can help them accomplish their objectives.

### 5. Job Analysis Can Be the Basis for All Major Personnel Decisions

Quality job analysis data can and should contribute greatly to; selection and hire, performance evaluation, training and development, compensation, job design, work force projections, and work force reduction or expansion decisions. There should be an audit trail from the job analysis to the decision. The selection of an individual should be based on the individual's ability to do the critical tasks of the job.

Performance evaluation should also have an audit trail to the critical tasks of the job. There should be quality standards or level of proficiency statements for critical tasks of the job. The primary question of performance evaluation is, did the employee do what the employee was asked to do? The secondary question is, did the employee do it at an acceptable quality level? If the information is in the job analysis, both what is to be done and at what quality level then these questions should be relatively easy to answer.

Compensation decisions should have an audit trail back to the critical tasks. There are a number of factors which may be used to determine relative compensation. In his book, *Occupational Job Evaluation*, Wilfredo Manese lists 14 factors (1988 pp. 26-27). Many of those factors have to do with skills required to do the job. A question that needs to be answered for setting relative compensation in an organization then is: What skills are required to perform the work of various jobs? Jobs requiring higher skill levels usually receive higher levels of compensation. There are other factors used in setting compensation, of course, such as, the external labor market, longevity, and working conditions; but relative skill level is very important for setting relative compensation. The job analysis process should establish relative skill levels among the jobs in an organization.

A job analysis should be an essential element to the development of an efficient training program. It should serve as the basis for the needs analysis which is the first step in developing training programs. It can be used to identify the different skills needed for each job and the marginal skill differences between different jobs. Employees, as well as the employer, should understand the marginal skills necessary to be proficient at different jobs in an organization. Information about the marginal skills will help employees plan their own professional development. It will also help the employer develop training programs to meet skill shortages in various jobs.

Detailed job analysis is essential to good work force planning and utilization. As organizations are forced to react to an ever-changing economy, they will often be confronted by questions of reduction or expansion of their work force. It is important that organizations identify core functions that must be maintained and the skills required to carry out these functions. It will also be necessary for companies to have plans in place on how they are going to staff up rapidly to take advantage of favorable economies and how they will reduce and consolidate jobs when the economy slows down.

### 6. Skills, Knowledge and Ability Can Be Operationally Defined

Skills, knowledge and ability can and should be operationally defined. This is another area where the Uniform Guidelines have made a drastic departure from past practice. The Guidelines state that if these terms are used in assessment they must be operationally defined (1978, p.38302). Skills, knowledge, and ability have been widely used in a variety of applications in personnel work in the past. These terms are used in determining relative compensation and in the area of human resources development, as well as other areas of human resources management. The Guidelines are requiring justification for the use of these terms.

An approach which works well is to use these terms in a hierarchical order. For example, skill is having performed the work; knowledge is knowing how to perform the work but not having performed it; and ability is having the physical, emotional, intellectual, and psychological ability to perform the work but neither having done the work nor having been trained to do the work. By way of analogy, the skilled person is proficient at driving a car. The knowledgeable person has taken courses in driving the car but has not actually driven a car. The able person is someone who has the potential to drive a car but has neither been trained nor demonstrated proficiency at driving a car. Given these definitions most employers will hire a skilled person if skilled persons are available. If skilled persons are not available, then the employer would hire the knowledgeable person, understanding that the person will require more support than the skilled person to be successful. Finally, the employer will only hire the able person if neither the skilled nor the knowledgeable person is available.

Determining minimum skill levels for a job should track back to the minimum skill requirement for the individual tasks in the job analysis. This can be accomplished relatively simply with a skill taxonomy. An organization may develop a series of skill categories which meets its needs. A taxonomy may include, for example, physical skills, interpersonal skills, planning skills, mathematical skills, and language skills. Each of these categories may consist of a number of different levels. These skill levels may be of a hierarchical nature; that is, if the skill to multiply is required, it also requires the lower level skills of counting and adding. Or the skill

levels may be unique such as the physical category. For instance, one task may require the ability to hear and speak but may not require the manipulation of items, while another task may require the manipulation of items and the ability to hear but not to speak. By having a list of skills, a skill taxonomy, the organization will be able to score each critical task of the job. The composite of the skills for each task establishes the minimum skill requirements for a job. The minimal skills required for a job are the maximum combination of scores of all the skills required for all critical tasks.

### 7. Job Analysis Based on Observable Behaviors and Work Products Contributes to Efficient Human Resources Management

By recording behavior and work products in the job analysis, an organization concentrates its attention on those aspects which the organization and the employee can manage. They can be understood and measured by both parties. Training programs can be developed based on these tangible elements of the work, and learning can be measured. For example if the job requires an individual to drive a truck, it is possible to develop a truck driver training program and then have the person demonstrate their truck driving ability to measure whether or not they learned how to drive a truck. This approach of concentrating on the tangible elements of the job avoids becoming immersed in the less tangible aspect of jobs such as traits and constructs.

The real saving to any organization is selecting a skilled person the first time. There is a much greater probability of this happening by concentrating on behaviors and work products than by concentrating on traits and constructs unless they have been thoroughly validated.

### 8. Everything That Needs To Be Written for the Job Is Already Written

Several years ago while developing a training program for building maintenance personnel, it became apparent that most jobs are already supported by a great deal of written documentation. After some inquiry I received a 17 volume series of manuals on building maintenance. It seems reasonable that if building maintenance is so clearly defined, most likely there will be something written for every job. This principle has proven to be true and has resulted in saving a great deal of time and effort. Based on this principle, the function of a job analyst is one of gathering information, organizing it, and referencing it so it can be used by employees and employers.

## Introduction

The data collected from the job analysis has to serve many purposes. It is important to know how the data will ultimately be used since that will affect, not only the data collected, but also how it should be recorded and stored. If the data are to be used only for selection purposes, then the data collected should be sufficient to meet that need. If it is to be used for performance evaluation, training and development, compensation, and job structuring in addition to selection, then the uses for the data will be much greater.

With the advent of the personal computer and the availability of powerful software programs, much of the tedious work of job analysis can now be more efficiently managed. Like the binary principle of the computer, job analysis can be the collection of lots of simple data in a well organized manner rather than the collection of small amounts of very complex data.

Managers as well as those employees who perform the work of the job need to understand the process and the logic upon which the job analysis process is based. They need to have confidence that the resulting data from the process will represent the work of the job. The initial data collection, the interviews of incumbents and supervisors, the designation of critical tasks, the assignment of skills, knowledge, and ability, and quality standards all need to be reasonable and understandable to all parties. This reasonableness is a central concern for job analysis and for good human resources management.

## The Interview (Initial Data Collection)

There are two different types of jobs: the newly created job and the job with a history. The two types of jobs call for slightly different methods of job analysis. The newly created job is different from the established job in that it has no history. It requires speculation, albeit informed speculation. There is no incumbent from whom to gather data. The job analysis of the newly created job should be conducted with the person creating the new job or the person who is to supervise the new job. The initial data collection process should be similar to that for an established position. The Uniform Guidelines makes no distinctions between new and old jobs as far as essential evidence for validity is concerned. From the perspective of good management, new jobs should be carefully analyzed and defined so it is clear to the organization as well as applicants and employees what is expected and how the new job will interface with other jobs in the organization.

The initial data collection of the established job is achieved through interviews with one or more incumbents in the job. It is assumed that incumbents are the most knowledgeable people about the duties and responsibilities of the job. It is possible that an incumbent may not be knowledgeable of all aspects of the job or may even be doing the job wrong. There will be opportunities for management to monitor the data at a variety of steps in the process to correct for errors. If there are a large number of people who do similar jobs, it is not necessary for all of them to be involved in the initial interview. Three to five people who are very familiar with the job seem to work well. The initial interview data should be entered into a computer. A computer print-out of the initial interview data can be distributed to everyone in the job, so they can revise the data according to their perception and experience with the job.

The job analyst or interviewer asks the incumbents to talk about what they do. Incumbents should be informed that they will have more than one opportunity to provide information on their work. Should they fail to mention something during the first interview, there will be additional opportunities to revise the data.

If the interviewer does not understand what the incumbent is talking about, it is very important to ask for clarification. Terminology is often unique to the job and subtle differences can be significant. It is also important for the interviewer to watch for duplication and overlap. Terminology and processes can creep into a job and take on an existence of their own. If the analyst or interviewer asks clarifying questions, the incumbents should be able to explain why things are done as they are on the job. When an interviewee defends a process with the statement, "that's the way we've always done it," the interviewer should make a note to check out the rationale for the process or procedure with another person such as a supervisor. Incumbents should be provided plenty of time to talk about their job. In some cases, this initial interview may take up to four hours. If there is more than one incumbent in the initial interview, the incumbents should be encouraged to talk among themselves during the interview. The primary concern is to record as accurately as possible the tasks the employees perform.

Management should review the data from the initial interview to answer the questions: A. Does the data reflect the work being done by the employees, and B. Are the employees doing what they should be doing? Managers and supervisors who are responsible for the quantity and quality of the work need to know that they are an integral part of the job analysis process.

## Verify The Information

Once the initial list of tasks has been compiled, the list should be sent to all of the incumbents in the job. It provides an opportunity for all employees to have input into the process. Frequently, additional information will come to light about the job. Jobs are dynamic and ever-changing. Different patterns of how to do the work and different activities may be discovered. Subtle differences in activities may surface. At this point in the process, it is better to err in the direction of including more information rather than less.

One question which needs to be addressed is: What level of detail is necessary for a good job analysis? For most jobs, "drive a car" or "operate an automobile" should be sufficient. It is not necessary to describe step by step the activities required to drive a car, i.e., open the door, insert the key, etc. There is an element of reasonable judgment here. A good rule of thumb is, if the employee understands the statement, then it is most likely at a sufficient level of detail. More complicated and less well known activities may require a greater delineation of details. This is especially true if these activities are central to the job and likely to be part of future performance assessment. If an employee is required to operate a variety of machines, it is well to identify each piece of machinery separately rather than a broad statement such as "operate equipment."

## Critical Work Behaviors or Work Products

The *Uniform Guidelines for Employee Selection* uses the phrase "work outcome(s) and measures of their criticality and/or importance" (1978, p.38304). There can be a number of variables used to establish this "criticality." Some of the more common are: time, frequency, difficulty, and consequence of error.

Relative frequency and relative difficulty are recommended for this job analysis model based on Raymond E. Christal's findings (1974 p.8) (1974 p 14). Once the list of tasks has been agreed to, the next step is to ask the incumbents in the position to score each of the tasks for relative frequency and relative difficulty. The incumbents are given a copy of the scoring instructions and told to score each task for frequency and difficulty with a number from 0 to 7. Since these are relative scores, the employee needs to identify those tasks which are performed most often relative to all of the tasks in the job and give them a score of 6 or 7. Next, the employee is asked to identify those tasks which are performed infrequently relative to all of the tasks in the job, and score them 1 or 2. Since these are relative scores there should be approximately the same number of tasks with high scores as tasks with low scores.

Once the employees have scored the list of tasks for frequency and difficulty, it is a simple matter to establish which tasks are critical. The employer uses these scores as a guide to establish a cut-off score. A cut-off score of four or five is simply a statement by the employer that, if the employee can perform the critical tasks, those with combined scores of five or six and higher; then it is assumed the employee will be able to perform the lesser tasks.

Once the scores are received from the incumbents in the job, they can easily be entered into the computer. The computer can sum frequency and difficulty for each task. It can sum and average the frequency and difficulty columns and the combined column. The computer can then sort those tasks which meet or surpass the cut-off score and print out the list of critical tasks. In some cases management may elect to designate high scoring tasks as non-critical tasks because only a small number of employees preform these specialized tasks. It will be the list of critical tasks which will be the basis for all future personnel decisions.

## Skills, Knowledge and Ability

As stated in the Uniform Guidelines, "In the case of a selection procedure measuring a knowledge, skill, or ability, the knowledge, skill, or ability being measured should be operationally defined" (1978, p. 38302). This area of knowledge, skills, and ability, (KSA's) is uncharted territory in the sense of the Uniform Guidelines. What is meant by "operationally defined" is not clear. To answer this question it is important to review how these terms have been used in the past and how that use supports or detracts from the issue of "valid process". In his article on *The Factor Ranking System* (1977 p. 136), Harold Suskin identified 32 job factors used in establishing job evaluation plans. Some of the items in the list were: skill, analytical ability, and creative ability as well as initiative, judgment, aptitude for learning and ingenuity. These, along with other factors, were used in determining relative job ranking. KSA's have often been used to support relative standing of one job to another. Jobs with lesser KSA's tend to be lower in the organization than jobs with greater KSA's. They are the basis for supporting relative levels of compensation within an organization. The Guidelines classify terms such as intelligence, aptitude, personality, common sense, judgment, leadership, and spatial ability as traits or constructs and further state that, "Construct validation is a relatively new and developing procedure in the employment field and there is at present a lack of substantial literature extending the concept to employment practices" (1987, p. 38303). The way these terms have been used in the past will not meet the validity standards set down by the Guidelines without significant statistical documentation.

Determining relative compensation for jobs within an organization is without a doubt a very important function. In order to make this relative

compensation determination among jobs, a valid process will be necessary to measure each job with the same criteria. It will also be necessary to establish what it is in each job that justifies the rating it receives.

### The Skill Taxonomy

Each of the jobs in the organization should be measured by the same criteria when establishing minimum skill requirements. An organization can develop a list of skills, a skill taxonomy. This taxonomy should include a number of categories such as: general, physical, interpersonal, language, mathematics, and planning. Each of these categories can in turn be subdivided. Physical can include sight, hearing, speech, taste, self-mobility, and the manipulation of items. Mathematics may be subdivided into counting, adding and subtracting, multiplying and dividing, fractions and percentages, fiscal and activity budgets, central tendencies and variances, and cost/benefit projections. Each of these skills can be coded A1, A2, A3 and so on.

The skill taxonomy may be unique for each organization. The skill taxonomy for an engineering firm may be considerably different from that of a manufacturing firm. It will be necessary for each item to be defined so the employer and the employees will know what is meant by the terms. Employees can then score each of the critical tasks for skill levels. Once all of the tasks are scored, the highest skill score for any task becomes the minimum skill level for the job. For example, if three tasks require writing skills at level three and all the rest of the tasks require level two or lower, the minimum writing skill level for the job is established at level three. If all jobs are scored based on the same taxonomy, each job will be subject to the same criteria and their relative skill level will be established. This activity will also provide an audit trail back to the task(s) which established the minimum skill level for the job. The work of the task can be reviewed to verify the skill level awarded. This process operationally defines skills for the employer.

Once all of the jobs in an organization have been scored for skill level and those scores have been entered into a computer, it is possible to have the computer sort the jobs by skill level. This will provide relative standing of jobs by skill levels in the organization. There is need at this point for administrative judgment regarding the importance of one skill over the other. For example, if one job is scored a three for writing and a two for reading and another job is scored a two for writing and a three for reading, what should be the relative standing of the two jobs? Should one be higher than the other or should they both be equal? Whatever the answer, the decision should be adhered to throughout the review of other jobs. These administrative decisions should be recorded and available to people who will need to make decisions about relative standing in the future so that

continuity and integrity of the process is maintained. A typical job analyzed with this job analysis system is illustrated in Appendix A.

## Personnel Decisions

### Recruitment and hire

This process of job analysis identifies not only the critical tasks but also those tasks which require high skill levels. Recruitment and hiring procedures can be developed around these high level skills with a clear audit trail back to the critical tasks included in the initial job analysis data. Job announcements and summary job descriptions can also be developed based on the critical tasks. Performance exams can be developed using material from the tasks with the corresponding high skill scores.

### Training and development

This model of job analysis clearly establishes the skills needed for a job. It also establishes the different skills required for each of the jobs in the organization. For example if a company has a series of jobs such as Building Maintenance Worker I, II, and III, this process of job analysis will not only establish the skills required for each of the jobs; but it will also establish the different skill levels, "marginal skill levels", between each of these jobs. It is then possible to develop training programs based on the specific tasks unique to the job as well as those similar tasks required by other jobs.

At a time when jobs are changing relatively quickly, this information about marginal differences between jobs will be invaluable to the development of efficient, effective training programs. This information about marginal skill requirements and marginal behaviors and work products will be helpful in the maintenance of high-quality human capital for an organization.

### Compensation

Another benefit from this approach to job analysis is that it can signal when compensation for a job should be reviewed. Jobs are dynamic and always changing. The question of when these changes are significant enough to result in a change in compensation is important. Since this job analysis model is designed to take advantage of computer technology, it is relatively easy to periodically update the tasks of jobs. Tasks of a job may change but that does not necessarily mean that the minimum skills have changed. Relative frequency and relative difficulty may change but that does not necessarily mean that minimum skills have changed. When the change in the job results in a change in critical tasks which result in changes

to minimum skill levels, then the job should be reviewed to determine if compensation for the job should be adjusted. This process provides documentation to support adjustments to compensation based on changes in minimum skill levels.

### Work force planning and utilization

This approach to job analysis will identify which tasks in a job require the highest skills. Management will be able to use that information to structure jobs. If there are only a few tasks requiring high skill levels, it may be more efficient for the organization to shift those tasks to another job which already requires those skills. This allows the organization to develop specialized jobs and hire employees with an emphasis on those skills. The corollary is the concept of hiring generalists. The company may want to develop employees who are competent in a variety of areas and will be able to perform a wide variety of tasks. In many organizations, there will be a need for both specialists and generalists. This model approach to job analysis will help the organization document where the specialists are and why, as well as where the generalists are and why.

The organization will be able to demonstrate job ladders and lattices which is very important for career planning by employees as well as the employer. Employers will be in a better position to show which jobs require on-the-job training, which require employer sponsored training and which require training through some other institution. Employees will have access to very important information to decide whether or not they want to expend the time and energy needed to obtain the skills for other jobs in the organization.

The organization can also use the job analysis information for projecting work force needs. By observing how jobs change over time, an organization will be in a better position to predict how jobs are likely to change in the future. Employers should be in a better position to project lead time needed to bring an employee to the level of full productivity. As organizations decide their future human resource needs, the information obtained through this job analysis model should aid the organization in developing a plan to meet those needs.

## Summary

The Uniform Guidelines attached a significant legal importance to the process of job analysis. The Guidelines expanded the role of job analysis to all major employment decisions. Job analysis is necessary for selection, training, compensation, performance appraisal and separation decisions. It is necessary for defining business necessity, and "essential functions"

referenced in the American's with Disability Act. The Guidelines state that job analysis is critical to establishing all three types of validation.

A job analysis process needs to be designed to meet all of these needs. In addition to being legal, a job analysis process should improve communication, should accommodate change, should contribute to improved human resource management and should be cost effective.

The process needs to improve communication. It has to be understood by employers and employees. It needs to be a tool for both parties in managing their work and their future. The process needs to be valid, it needs to do what it says it is doing. Employees and employers need to know they are using the same definitions and the same measures. Concentration should be directed at observable behaviors and work outputs and away from abstract concepts which are difficult to define and measure.

Jobs are dynamic and undergo constant change. A job analysis process needs to be designed to accommodate that change. Job analysis is an ideal application for the computer. By recording the data in a computer, adjustments in the job can be easily recorded and updated. Changes in the work of the job can be examined to determine if the change justifies adjustment in job structuring, training or compensation. These changes then can be integrated into the human resources management system when they occur rather than waiting an extended period of time to do an organization-wide job analysis. Gradual change is much easier for an organization to absorb than massive change every five or ten years. It is important for the job analysis model be planned to accommodate change.

Job analysis should assist an organization in obtaining and retaining high-quality human resources. It should help the organization manage its human resources development program. It should help the organization define career ladders and lattices. Both the organization and the employees should be in a better position to manage careers as a result of the job analysis process.

In the end, any job analysis process should be cost effective, be it public or a private organization. There is, of course, considerable financial benefits to an organization if its job analysis process meets the essential evidence requirements of the Uniform Guidelines since it provides legal protection. A process which contributes to improved utilization and development of the organization's human resources will be cost effective. If the process meets this criteria, it is a benefit; if not, it is a cost. A simple and accurate test is, do the employees use it or do they avoid it. If the process works in one department and other departments hear about it and ask to use it then, there is a strong indication that it is working. Employees will tend to avoid what they do not understand. They will avoid what hinders them from getting their job done. On the other hand, employees will

accept, seek out and implement practices which help them do their job and achieve their objectives.

The job analysis model presented in Appendix A was developed over many years. Three years ago it was applied to the development of a training program for the position of Assistant Water System Mechanic. It met with considerable success. During recent contract negotiations, it was agreed that the process should be extended to sixteen additional jobs. It has successfully been used for; job restructuring, performance evaluation, human resource development, defining critical job duties, test construction and grievance resolution. The end result of any job analysis process should be improved management and effectiveness of the organization's work force. The model system discussed here has met that requirement.

## References


Christal, Raymond E. *The United States Air Force Occupational Research Project*, Occupation Research Division, Air Force Human Resources Laboratory (AFSC) Lackland AFB, Texas, 1974.

Daniel, Christopher, *Selection's Uniform Guidelines Help, Hindrance, or Irrelevancy?*, Review of Public Personnel Administration, Spring 1989.

Gail, Sidney, *Job Analysis*, San Fransico, 1987.

Gilpatrick, Eleanor, *A Job Analysis Method for Developing Job Ladders and for Manpower Planning*, The Research Foundation, City University of New York, 1971.

Kearney, Thomas J., Bessie J. Kuhn, Irene Lopez, Earl Lee, William Machintosh, Harry Nussberger, and Barbara Taylor, *Handbook For Analyzing Jobs*, Washington D.C. 1972.

Manese, Wilfredo R., *Occupational Job Evaluation A Research-Based Approach To Job Classification*, New York, 1988.

*National Task Bank, Tasks in Social Welfare*, U.S. Department of Health, Education, and Welfare Social and Rehabilitation Service State Manpower Development Staff, Washington D.C. November 1975.

*Uniform Guidelines on Employee Selection Procedures* (1978), Federal Register, Friday August 25, 1978 Part IV.

Yoder, Dale, Herbert G. Heneman, Jr., *Staffing Policies and Strategies*, ASPA Handbook of Personnel and Industrial Relations, Vol. 1, Washington D.C., 1974.

**Appendix A List of Tasks with Frequency, difficulty and Skill Scores**

**TASK LIST-With Frequency, Difficulty and Summary Ratings –With Maximum Skill Level Ratings-**

| No. | Does What | To What or Whom | Level of Proficiency | Freq. | Diff. | Sum | Interaction Skill | Language Skill | Math Skill |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Operates | Portable Generator | Per Operators Manual | 2 | 3 | 5 | | | |
| 2. | Sets up | Truck | Necessary Tools & Supplies | 6 | 2 | 8 | 2 | 2 | 2 |
| 3. | Reads | Street Map | To organize jobs | 4 | 2 | 6 | 1 | 2 | 1 |
| 4. | Connects | Trailer | Implement all safety measures | 3 | 2 | 5 | 2 | 2 | |
| 5. | Disconnects | Trailer | Check all safety measures | 3 | 2 | 5 | 2 | 2 | |
| 6. | Reads | Water main blueprints | To understand work | 5 | 5 | 10 | 2 | 2 | 2 |
| 7. | Locates | Trench | Determine consistency with prints | 4 | 3 | 7 | 2 | 2 | |
| 8. | Operates | Valves | Insure proper working order | 5 | 3 | 8 | 2 | 2 | 2 |
| 9. | Attaches | Hoses to stand pipe | Proper & secure connections | 4 | 2 | 6 | 2 | 2 | |
| 10. | Starts | Pump (8 h.p. motor, pull start) | Motor & Pump working properly | 5 | 2 | 7 | 2 | 2 | |
| 11. | Checks | Hydrants & valves | Properly connected | 4 | 2 | 6 | 2 | 2 | |
| 12. | Conducts | Pressure hydraulic test | 160 lbs. per square inch | 4 | 5 | 9 | 2 | 2 | |
| 13. | Conducts | Chlorinated bleach test | Pipes disinfected properly | 4 | 4 | 8 | 2 | 2 | 1 |
| 14. | Attaches | Hoses to 5 gallon drum of chlorine | Properly connected and secured | 4 | 2 | 6 | 2 | 2 | |
| 15. | Primes | Hydrostatic pump | Proper Operation | 4 | 2 | 6 | 2 | 2 | |
| 16. | Attaches | Hoses to tree on stand pipe | Proper fit of connections | 4 | 2 | 6 | 2 | 2 | |
| 17. | Checks | Hose connections | Secure connections | 4 | 2 | 6 | 2 | 2 | |
| 18. | Checks | Pressure gauge | Determination of static pressure | 4 | 2 | 6 | 2 | 2 | 1 |
| 19. | Conducts | Water meter test to determine loss | Water loss standard (Book written) | 4 | 3 | 7 | 2 | 2 | 1 |
| 20. | Shuts off | Valves | Reduce water pressure to 0 p.s.i. | 4 | 3 | 7 | 2 | 2 | 1 |
| 21. | Pumps | Clean water through pump system | Chlorine rinsed out completely | 4 | 2 | 6 | 2 | 2 | 1 |
| 22. | Disconnects | Hoses from pump | No chlorine spillage | 3 | 2 | 5 | 2 | 2 | |
| 23. | Immerses | Hoses in water | Protection of hoses - deterioration | 3 | 2 | 5 | 2 | 2 | |
| 24. | Rolls up | Fire hose | Stored on truck | 5 | 2 | 7 | 2 | | |

*continued*

***Appendix A — continued***

| No. | Does What | To What or Whom | Level of Proficiency | Freq. | Diff. | Sum | Interaction Skill | Language Skill | Math Skill |
|---|---|---|---|---|---|---|---|---|---|
| 25. | Stores | Other 1" hoses | In truck properly | 5 | 2 | 7 | 2 | | |
| 26. | Picks up | Equipment | Stored on truck & worksite clean | 5 | 3 | 8 | 2 | | |
| 27. | Cleans | Main prior to cutting hole | Clean of rust & dirt | 5 | 2 | 7 | 2 | | |
| 28. | Sets up | 1" machine or (2) 1.5-2" machines | Dependent upon size of main | 4 | 4 | 8 | 2 | 2 | 1 |
| 29. | Inserts | Corporation (tap) (valve) | Work order instructions | 3 | 4 | 7 | 2 | 2 | |
| 30. | Watches for | Danger of cave-in | Observe safety procedures | 6 | 4 | 10 | 2 | 2 | |
| 31. | Hands | Tools & equipment requested to | Water Service Worker II | 6 | 4 | 10 | | | |
| 32. | Checks | Corporation for leaks | No leakage permitted | 4 | 3 | 7 | 2 | | |
| 33. | Measures & Records | Location of corporation on main | Permanent record of new corporation | 4 | 4 | 8 | 2 | 2 | 1 |
| 34. | Cleans up | Equipment & worksite | No lost equipment | 6 | 3 | 9 | 2 | 2 | |
| 35. | Organizes | Work schedule by location & time | Most efficient work performance | 5 | 3 | 8 | 2 | 2 | 1 |
| 36. | Explains | To customer reason for being there | Customer is aware of call | 5 | 2 | 7 | 2 | 2 | |
| 37. | Informs | Customer of plumbing problem if | Customer responsible for repair | 3 | 3 | 6 | 2 | 2 | |
| 38. | Checks | For leaks | Determine no leakage exists | 5 | 3 | 8 | 2 | 2 | |
| 39. | Installs | 4"-10" meters | Couplings secure - no leaks | 2 | 6 | 8 | | | |
| 40. | Inspects | Large meter installation | Proper operation | 2 | 1 | 3 | | | |
| 41. | Locates | Curb cock w/ magnetic locator | Water shut-off necessary | 5 | 4 | 9 | 2 | 2 | |
| 42. | Uncovers | Curb cock cover | Access to curb cock | 5 | 2 | 7 | 2 | 2 | |
| 43. | Determines | Location of leak is or is not | Responsibility of the City | 5 | 4 | 9 | 2 | 2 | |
| 44. | Operates | Dump truck | Per operators manual | 7 | 3 | 10 | 2 | 2 | 1 |
| 45. | Operates | Pick-up truck | Per operators manual | 7 | 3 | 10 | 2 | 2 | 1 |
| 46. | Operates | Boom truck | Per operators manual | 7 | 5 | 12 | 2 | 2 | 1 |
| 47. | Reads | Water distribution map | Determine location of water main | 5 | 4 | 9 | 2 | 2 | |

*continued*

***Appendix A -- continued***

| No. | Does What | To What or Whom | Level of Proficiency | Freq. | Diff. | Sum | Interaction Skill | Language Skill | Math Skill |
|---|---|---|---|---|---|---|---|---|---|
| 48. | Sets up | Traffic pattern | For safe traffic flow | 6 | 5 | 11 | 2 | 2 | 1 |
| 49. | Operates | Jackhammer or rotary drill | Per safe operation | 5 | 5 | 10 | 2 | 2 | |
| 50. | Operates | Boom | Per operators manual | 3 | 3 | 6 | 2 | 2 | |
| 51. | Determines | Type of leak | | 7 | 4 | 11 | 2 | 2 | |
| 52. | Determines | Tools needed | To repair leak | 7 | 5 | 12 | 2 | 2 | |
| 53. | Operates | Chipping hammer | Per safe operation | 3 | 2 | 5 | 2 | 2 | |
| 54. | Determines | Location of nearest landfill | | 7 | 2 | 9 | 2 | 2 | |
| 55. | Checks | For obstructions | Prior to uncovering main | 7 | 4 | 11 | 2 | 2 | 2 |
| 56. | Uncovers | Water main | | 7 | 4 | 11 | 2 | 2 | |
| 57. | Determines | Valves to operate | Shut-down of main | 7 | 5 | 12 | | | |
| 58. | Identifies | Location of the valve in the street | Shut-down of main | 7 | 3 | 10 | | | |
| 59. | Operates | Valves to | Stop water flow to leak | 7 | 2 | 9 | 2 | 2 | 1 |
| 60. | Cleans | Main | Avoid getting dirt in main | 5 | 2 | 7 | 2 | 2 | |
| 61. | Installs | Stainless steel clamp | To stop leak | 4 | 4 | 8 | 2 | 2 | 1 |
| 62. | Inspects | Repair | | 3 | 1 | 4 | 2 | 2 | |
| 63. | Operates | Hydraulic cutters | Per operators manual | 4 | 5 | 9 | 2 | 2 | |
| 64. | Operates | Wheel cutters | Per operators manual | 3 | 3 | 6 | 2 | 2 | |
| 65. | Operates | German saw | Per operators manual | 4 | 4 | 8 | 2 | 2 | |
| 66. | Measures | Length of replacement pipe | | 5 | 3 | 8 | 2 | 2 | |
| 67. | Installs | Replacement pipe | | 5 | 3 | 8 | 2 | 2 | |
| 68. | Secures | Mechanical joint sleeves | | 6 | 3 | 9 | 2 | 2 | 1 |
| 69. | Operates | Hand held grinder | Per operators manual | 3 | 4 | 7 | 2 | 2 | |
| 70. | Back-fills | Hole with sand | | 7 | 3 | 10 | 2 | 2 | 1 |
| 71. | Covers | Hole | Matches surrounding surface | 7 | 4 | 11 | 2 | 2 | 1 |
| 72. | Operates | Corporation | Determine proper operation | 5 | 1 | 6 | 2 | 2 | |
| 73. | Shut-offs | Water service at main | | 4 | 3 | 7 | 2 | 2 | |
| 74. | Restores | Water service at main | | 4 | 3 | 7 | 2 | 2 | |
| 75. | Attaches | New water service to the main | | 4 | 3 | 7 | 2 | 2 | |
| 76. | Repairs | Sanitary sewer | | 2 | 3 | 5 | 2 | 2 | 2 |

*continued*

***Appendix A – continued***

| No. | Does What | To What or Whom | Level of Proficiency | Freq. | Diff. | Sum | Interaction Skill | Language Skill | Math Skill |
|---|---|---|---|---|---|---|---|---|---|
| 77. | Replaces | Curb cocks | | 3 | 3 | 6 | 2 | 2 | 1 |
| 78. | Repairs | Hydrant | | 5 | 5 | 10 | 2 | 2 | 1 |
| 79. | Replaces | Hydrant nipples | | 4 | 5 | 9 | 2 | 2 | 1 |
| 80. | Replaces | Hydrant | | 6 | 4 | 10 | 2 | 2 | |
| 81. | Replaces | Hydrant insert | | 6 | 3 | 9 | 2 | 2 | |
| 82. | Pours | Lead joints | | 1 | 6 | 7 | 2 | 2 | |
| 83. | Inspects | Chambers | | 4 | 2 | 6 | 2 | 2 | |
| 84. | Mixes | Mortar | | 4 | 2 | 6 | 2 | 2 | |
| 85. | Installs | New brick | | 4 | 2 | 6 | 2 | 2 | 1 |
| 86. | Installs | Ring for manhole covers | | 3 | 2 | 5 | 2 | 2 | |
| 87. | Maintains | Trucks | Per maintenance schedule | 7 | 2 | 9 | 2 | 2 | |
| 88. | Maintains | Equipment | Per maintenance schedule | 7 | 2 | 9 | 2 | 2 | |
| 89. | Operates | Air analyzer | | 5 | 5 | 10 | 2 | 2 | 1 |
| 90. | Operates | Burner | To melt lead | 4 | 7 | 11 | 2 | 2 | 1 |
| 91. | Operates | Boiler | To thaw hydrants | 5 | 5 | 10 | 2 | 2 | |
| 92. | Seals | By-passes on meter settings | | 2 | 3 | 5 | 2 | 2 | |
| 93. | Uses | Hand shovel | To clean out backhoe dig | 7 | 5 | 12 | 2 | 2 | |
| 94. | Assists | Water Service Worker II&III | Handling heavy pipe | 7 | 3 | 10 | 2 | 2 | |
| 95. | Uses | Air compressor | To blow dirt out of curb box | 5 | 3 | 8 | 2 | 2 | 1 |
| 96. | Notifies | Resident | Of need to shut water off | 3 | 2 | 5 | 2 | 2 | |
| 97. | Uncovers | Curb box | | 3 | 3 | 6 | | | |
| 98. | Repairs | Curb box | | 3 | 5 | 8 | | | |
| 99. | Raises | Curb box | | 2 | 3 | 5 | | | |
| 100. | Operates | Fork lift | Per operators manual | 4 | 7 | 11 | | | |
| 101. | Sets | Valve box | | 2 | 6 | 8 | | | |
| 102. | Repairs | Valve box | | 2 | 6 | 8 | | | |
| 103. | Draws | Water sample of main | According to proper technique | 1 | 5 | 6 | | | |
| 104. | Determines | Amount of water loss in main | At acceptable levels | 1 | 5 | 6 | | | |
| 105. | Determines | Work is complete enough | Before leaving the job | 1 | 2 | 3 | | | |
| 106. | Determines | Job site is properly prepared | To minimize hazards | 1 | 1 | 2 | | | |
| 107. | Determines | Chlorine distribution in pipes | To disinfect properly | 1 | 2 | 3 | | | |
| 108. | Determines | Chlorine distribution in main | To disinfect properly | 1 | 2 | 3 | | | |
| 109. | Trains | In treating injuries | To First Aid standards | 1 | 4 | 5 | | | |