# EXHIBIT 20

Journal of Applied Psychology
2015, Vol. 100, No. 5, 1603–1631

© 2015 American Psychological Association
0021-9010/15/$12.00 http://dx.doi.org/10.1037/a0039084

# Exploring Factors That Influence Work Analysis Data: A Meta-Analysis of Design Choices, Purposes, and Organizational Context

Amy M. DuVernet
Training Industry, Inc., Cary, North Carolina

Erich C. Dierdorff
DePaul University

Mark A. Wilson
NC State University

Work analysis is fundamental to designing effective human resource systems. The current investigation extends previous research by identifying the differential effects of common design decisions, purposes, and organizational contexts on the data generated by work analyses. The effects of 19 distinct factors that span choices of descriptor, collection method, rating scale, and data source, as well as project purpose and organizational features, are explored. Meta-analytic results cumulated from 205 articles indicate that many of these variables hold significant consequences for work analysis data. Factors pertaining to descriptor choice, collection method, rating scale, and the purpose for conducting the work analysis each showed strong associations with work analysis data. The source of the work analysis information and organizational context in which it was conducted displayed fewer relationships. Findings can be used to inform choices work analysts make about methodology and postcollection evaluations of work analysis information.

*Keywords:* work analysis, job analysis, competency modeling

*Supplemental materials:* http://dx.doi.org/10.1037/a0039084.supp

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Work analysis is the systematic investigation of work activities, worker attributes, and the context in which work roles are enacted (Morgeson & Dierdorff, 2010). It is often said that work analysis forms the foundation on which all human resource systems are built because the data produced through work analysis are the fundamental input used to design these personnel systems (Brannick, Levine, & Morgeson, 2007). Moreover, a substantial body of research demonstrates that the human resource systems built on work analysis data, such as recruitment, selection, compensation systems, are associated with more effective organizational performance (Combs, Liu, Hall, & Ketchen, 2006; Huselid, 1995). For these reasons, examining the various factors that affect work analysis information seems particularly pertinent to individuals, organizations, and the systems that connect them.

The process of conducting work analysis necessarily entails a host of choices on the part of the practitioner. These choices comprise determining the intended use of the work analysis data as well as the approaches taken to collect such data (Sackett & Laczo, 2003). Prior research and theory suggest that these choices can influence the quality of generated data. For example, collecting different types of information (e.g., tasks or traits) and using different sources (e.g., incumbents or professional analysts) have been shown to affect the reliability of work analysis data (Dierdorff & Morgeson, 2009; Dierdorff & Wilson, 2003; Voskuijl & van Sliedregt, 2002). In addition, work analysis theory purports a number of other factors that could influence work analysis information, including social and cognitive variables, rater attributes, and the broader organizational context (Morgeson & Campion, 1997; Morgeson & Dierdorff, 2010).

Yet despite ample reasons that various design choices could affect work analysis information, a systematic examination of this central question remains absent from the work analysis literature (Manson, Levine, & Brannick, 2000; Morgeson & Dierdorff, 2010). This issue is important to practice, as evidence of varying effects across different work analysis choices can inform the manner with which work analysis projects are designed and conducted. With this in mind, we investigated the potential effects of various work analysis choices on the quality of the information produced. We use the term "quality" in the broader multidimensional conceptualization of the term, which encompasses more specific concerns such as reliability, validity, and accuracy. Although most prior empirical work has focused exclusively on reliability, discussions of work analysis data quality have clearly emphasized its multifaceted nature (see Manson et al., 2000; Morgeson & Campion, 2012; Morgeson & Dierdorff, 2010; Sanchez & Levine, 2012). As mentioned, conducting work analysis

This article was published Online First April 13, 2015.

Amy M. DuVernet, Training Industry, Inc., Cary, North Carolina; Erich C. Dierdorff, Department of Management, Driehaus College of Business, DePaul University; Mark A. Wilson, Department of Psychology, NC State University.

This research was based in part on Amy M. DuVernet's doctoral dissertation conducted at NC State University under Mark A. Wilson.

Correspondence concerning this article should be addressed to Erich C. Dierdorff, Department of Management, Driehaus College of Business, DePaul University, 1 East Jackson Boulevard, Chicago, IL 60604. E-mail: edierdor@depaul.edu

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

necessitates particular choices. This reality makes it more difficult to examine the consequences of design decisions in a single work analysis study. Therefore, we used meta-analysis to more comprehensively examine the extent to which design decisions are associated with the quality of work analysis data.

It is important to note at this point that not all work analysis scholars unanimously view estimates of reliability, validity, and accuracy as indicators of data quality. There continues to be debate with regard to which particular indices (if any) represent data quality. For example, some scholars argue that differences in reliability and agreement indices are better conceptualized as true differences in the way people perform their work rather than indicators of data quality (e.g., Sanchez & Levine, 2000).This has led these scholars to question the utility of within-title estimates of reliability and agreement among incumbents (e.g., Sanchez & Levine, 2000, 2012), especially because such estimates do not take into account that error variance may contain both random and systematic components. Other scholars have taken a less restrictive approach and include reliability, validity, and accuracy as components of data quality (e.g., Morgeson & Dierdorff, 2010). Although we fully recognize existing differences of opinion on whether or not estimates of reliability or agreement can reflect data quality in work analysis, we refer to these indicators more broadly under the quality label throughout the manuscript.[1]

Because previous work analysis research includes two meta-analyses (i.e., Dierdorff & Wilson, 2003; Voskuijl & van Sliedregt, 2002), it is important to briefly outline how the current study differs from these efforts. Both Dierdorff and Wilson's (2003) and Voskuijl and van Sliedregt's (2002) meta-analyses only examined data reliability. Such an exclusive focus is valuable given that reliability reflects data quality and certainly affects the efficacy of the systems predicated on work analysis information (Harvey & Wilson, 2000). However, reliability is only one component of data quality (Morgeson & Campion, 1997). In the current meta-analysis we not only examine reliability, but also extend our examination to other quality indicators such as validity and accuracy indices. Also of note is the substantial amount of new scholarship conducted in the decade since these prior meta-analyses, including dozens of published articles, multiple reviews (e.g., Sanchez & Levine, 2012), and several books (e.g., Brannick et al., 2007). The present meta-analysis includes nearly five times the number of articles as prior meta-analyses, representing a considerable amount of new data.

In the paragraphs below we first discuss the variety of ways quality has been described in the work analysis literature including the indicators we were able to incorporate in the current meta-analysis based on available information. We next present a framework that organizes the types of choices that coincide with conducting work analysis and discuss how these choices can affect the quality of data generated by work analysis. Finally, we use meta-analysis to review the research literature and quantitatively summarize consequences of design choices on data quality.

## Work Analysis Data Quality

The quality of work analysis data has been conceptualized and operationalized in a variety of ways (Morgeson & Dierdorff, 2010). For example, in their seminal article, Morgeson and Campion (1997) described six distinct indicators of work analysis data quality.[2] These comprised interrater reliability, interrater agreement, between-job discriminability, factor structure confirmation, mean ratings, and completeness. Interrater reliability is an index of the consistency of ratings across raters and indicates that the rank orders among raters are consistent across items (Shrout & Fleiss, 1979). Interrater agreement is an index of absolute agreement among raters and indicates that raters make similar judgments across items, speaking to both the rank order and magnitude of ratings (Aguinis, Henle, & Ostroff, 2001). Between-job discriminability reflects the extent to which raters distinguish between different jobs when analyzing work. Factor structure confirmation is an index of the complexity of the factor structure of a work analysis instrument or dataset and indicates the extent to which the predicted structure is observed in the data. Mean ratings reflect the extent to which ratings are elevated or depressed and can indicate that certain types of rater biases are operating (e.g., leniency, severity, etc.). Completeness represents the extent to which the collected work analysis data inclusively or comprehensively describe the focal role (i.e., the data are not "deficient" in describing the role).

Beyond the six aspects of quality described by Morgeson and Campion (1997), work analysis researchers have used several other indicators of quality. For example, other forms of consistency that have been used to index data quality include intrarater reliability, intrarater agreement, and rate-rerate reliability. Intrarater reliability and intrarater agreement refer to consistency within a rater; these types of quality indices provide an index of the degree to which individuals rate the same items similarly (Viswesvaran, Ones, & Schmidt, 1996; Wilson, Harvey, & Macy, 1990). Intrarater reliability refers to consistency in the rank orders of items provided by the same rater, whereas intrarater agreement provides an index of the amount of absolute agreement provided by the same rater across similar items. Rate-rerate reliability refers to the correlation between observed item ratings across more than one administration of those items (Dierdorff & Wilson, 2003). In addition to these consistency indices, work analysis researchers have also taken a within-person approach by directly assessing quality using various "distractor" or "veracity" indices (Green & Stutzman, 1986; McCormick, 1960; Morgeson, Delaney-Klinger, Mayfield, Ferrara, & Campion, 2004; Pine, 1995), where distractors are bogus items that are unrelated to the focal role and veracity items are those considered requisite to the role. Finally, the variance of a person's ratings on a set of items, which reflects the degree a rater discriminates among distinct items (Dierdorff & Rubin, 2007), has been used to indicate quality.

In the present meta-analysis, we were able to operationalize nine of the quality indicators discussed above. These quality indices are summarized in Table 1. In the following section we describe the

[1] It is important to note that regardless of whether or not specific estimates of reliability, validity, or accuracy are viewed as indicators of data quality such estimates are the outcomes of any work analysis effort. Our meta-analysis thus shows the consequences of various design choices on the data produced by work analysis.

[2] Morgeson and Campion (1997) used the term "accuracy" when describing various indices. The indices they identified, however, spanned reliability, validity, and accuracy measures. In addition, we include other indices not discussed by these authors. Thus, we elected to use the broader term of "quality" to refer to the constellation of metrics that can be used to index work analysis data.

Table 1
*Indicators of Work Analysis Data Quality*

| Indicator | Definition | Operational definition |
|---|---|---|
| Interrater reliability | Index of the consistency of ratings across raters | Correlation and/or intraclass correlation (ICC) across raters |
| Interrater agreement | Index of absolute agreement among raters | Percent agreement, Cohen's (1960) κ, and/or James, Demaree, and Wolf's (1984) $r_{wg}$ |
| Intrarater reliability | Index of the consistency of the rank orders of items within the same rater | Correlation between the same or similar items within raters |
| Intrarater agreement | Index of the amount of absolute agreement provided by the same rater across similar items | Percent agreement, Cohen's (1960) κ, and/or James, Demaree, and Wolf's (1984) $r_{wg}$ |
| Rate-rerate reliability | Index of the correlation between the observed item ratings across more than one administration of those items | Correlation between rater responses across administrations |
| Factor structure confirmation | Index of how well the hypothesized factor structure underlying a work analysis instrument fits the observed factor analytic results | Absolute value of the difference between the proposed number of factors and the observed number of factors |
| Endorsement of distractor items | Index of the extent to which raters endorse bogus items or tasks that are not considered a part of the job in question | Average instances of distractor item endorsement within the sample being studied divided by the number of distractor items presented |
| Mean ratings | Average work analysis ratings provided by the sample across the entire instrument | Standardized mean rating provided by the sample |
| Discriminability | Index of the extent to which individual raters show variability in their work analysis ratings | Average variance or standard deviation of ratings across the entire sample of ratings |

*Note.* Factor confirmation is operationalized such that accuracy is highest when this variable equals 0.

types of choices concomitant with work analysis and discuss how these choices could affect work analysis data quality. Because quality is best conceptualized as a unitary concept represented by multiple indicators, our subsequent examinations focus on the effects of particular choices on overall quality rather than differential effects across the nine indicators.

It is important to recognize that in our quantitative review we take the perspective that work analysis quality can be quantified using the various indices outlined in Table 1. That is, we view these indices as outcomes of any work analysis effort. We recognize, however, that all work analysis scholars do not necessarily share our view. We see this as all the more reason to conduct a broader examination of quality by including multiple indicators that span reliability, accuracy, and validity. Furthermore, when one considers that human resource systems require work analysis data to be effective, issues of data quality carry significant practical value (Dierdorff & Morgeson, 2009; Harvey & Wilson, 2000; Morgeson & Campion, 2000).

## Choices in Work Analysis

No matter the organization or focal role investigated, all work analysis projects entail particular design choices. In the optimal situation, such choices are predicated on the intended purpose or purposes of the information to be collected (Brannick et al., 2007). Morgeson and Dierdorff (2010) summarized the types of choices required in work analysis according to four general categories: (a) the descriptor to be used; (b) the method of data collection; (c) the scale on which data are judged or rated; and, (d) the source from which the data are collected. These authors further add that work analysis does not occur in isolation but rather is influenced by contextual features, which would include characteristics of the organization in which the work analysis is conducted. Taken collectively, this means that when examining the potential influences of different design choices on the quality of work analysis data it is also important to take into account the purpose of the work analysis and the broader context in which the effort is undertaken. Table 2 provides a summary of these factors and the specific variables associated with these factors that we were able to operationalize in our meta-analysis.

### Descriptor Decisions

There are a variety of data that can be collected when analyzing work. These data can span work activities, worker attributes, and facets of work context (Fine & Cronshaw, 1999; Sanchez & Levine, 2012). Although understanding work context is clearly in the purview of work analysis, in practice, the focus is most often on collecting work and worker oriented information (Morgeson & Dierdorff, 2010). Work-oriented information focuses solely on role activities, referring to the tasks, responsibilities, and procedures that make up the role being analyzed (Dierdorff & Wilson, 2003; Sanchez & Levine, 2001). In contrast, worker-oriented information refers to the types of attributes (e.g., knowledge, skills, abilities, and other characteristics like traits; KSAO) that are required for an employee to successfully complete work tasks (Sackett & Lazco, 2003). Work activities are more objective and verifiable than worker attributes, as the tasks or behaviors that are completed within a given role tend to be relatively concrete and observable (Dierdorff & Morgeson, 2009; Dierdorff & Wilson, 2003). In contrast, information related to worker attributes required by the role may be more subjective and require a number of inferences on the part of the work analysis respondent (Gatewood & Feild, 1994; Morgeson & Campion, 1997; Sanchez & Levine, 2001). Because the reliance on inferences introduces the possibility of errors in judgment, it seems reasonable to expect differences in data quality when work analysis information is collected on attributes compared to activities. For example, prior research has found evidence of higher reliability for work activities compared to worker attributes (Dierdorff & Morgeson, 2009).

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Table 2
*Moderator Variables Reflecting Work Analysis Choices, Purposes, and Context*

| Moderator variable | Definition | Operational definition |
|---|---|---|
| Descriptor choices | | |
| Type of data | Type of data collected during work analysis | Coded as either (1) worker-oriented, (2) work-oriented, or (3) blended information |
| Specificity of activities | Level of specificity of activity data collected during work analysis | Coded as either (1) task, (2) task cluster, (3) duty, or (4) job |
| Specificity of attributes | Level of specificity of attribute data collected during work analysis | Coded as either (1) skill, (2) knowledge, (3) ability (4) personality, (5) mixed, or (6) other |
| Collection method choices | | |
| Number of methods | Use of one or more methods for collecting work analysis information | Coded as either (1) used one method, or (2) used more than one method |
| Overall analytical approach | Approach used (i.e., competency modeling or traditional approach) | Coded as either (0) does not mention "competency," or (1) mentions competency when describing the work analysis |
| Type of system | Source of work analytic inventory used to collect data | Coded as either (0) study specific measure, or (1) standardized, previously developed measure |
| Rater training | Whether or not training was provided to raters before data collection | Coded as either (0) training not provided, or (1) training provided |
| Length | Number of items included in the work analysis inventory | Recorded the actual number of items in the work analysis inventory |
| Rating scale decisions | | |
| Type of scale | Type of scale on which data were rated | Coded as (1) frequency, (2) time spent, (3) importance, (4) difficulty, (5) required, (6) consequence of error, (7) difficult to learn, (8) mixed, and (9) other |
| Subjectivity of scale | Amount of inference required by the specific rating scale used | Coded as either (0) objective (frequency, time spent, and perform/required by job), or (1) subjective (importance, difficulty, difficult to learn, and consequence of error) |
| Data source decisions | | |
| Respondent type | Respondent class used to collect work analysis information | Coded as (1) professional analyst, (2) supervisor, (3) incumbent, (4) technical expert, (5) student, or (6) mixed source |
| Age | Variability in age within respondents asked to provide work analytic data | Standard deviation of age within the sample of SMEs |
| Sex | Variability in sex within respondents asked to provide work analytic data | Absolute value of the difference between the percent of the sample that is male and 50%[a] |
| Race | Variability in race within respondents asked to provide work analytic data | Gibbs and Martin's (1962) index of diversity |
| Tenure | Variability in tenure within respondents asked to provide work analytic data | *SD* of tenure within the sample of SMEs |
| Work analysis purpose | | |
| Intended use | Reason or purpose for the work analysis project | Coded as (1) compensation, (2) training, (3) selection, (4) certification, (5) work design, (7) research, (8) mixed, and (9) other |
| Personal relevance of the purpose | Indication of the personal relevance of the purpose for conducting a work analysis | Coded as either (0) Not personally relevant (i.e., developing selection systems or certification procedures, and research purposes) or (1) personally relevant (i.e., determining compensation levels or developing training programs, promotional systems, performance appraisal measures, work design) |
| Organizational context | | |
| Organizational size | Number of individuals employed by the organization | Coded as (1) small (100 or less employees), (2) medium (101–499 employees), (3) large (500–999 employees), or (4) very large (1,000 employees or more) |
| Organizational dispersion | Geographic dispersion of the organization | Coded as (1) low (all operations in one location/city), (2) medium (operations in a few locations regionally), (3) high (operations in many locations nationally), or (4) very high (operations in many locations internationally) |

[a] Sex diversity is operationalized such that the sample is the most diverse when this variable equals 0.

**Research Question 1:** Are there data quality differences associated with conducting work-oriented, activity-focused work analyses compared to worker-oriented, attribute-focused work analyses?

In addition to the broad bifurcation of activity versus attribute work analysis data, there are differences within each category of information. In particular, descriptors can vary in the level of specificity with which they depict activities or attributes (Dierdorff

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

& Morgeson, 2009), reflecting the extent to which the descriptor represents a discrete unit of work (McCormick, 1979). Descriptors of high specificity are likely to be linked only to particular roles, whereas descriptors of low specificity tend to be applicable to a broader range of roles (Mumford & Peterson, 1999). Research has shown that the level of specificity can influence reliability estimates such that more specific levels tend to produce higher reliability estimates (Butler & Harvey, 1988; Dierdorff & Wilson, 2003; Harvey & Wilson, 2000; Sanchez & Levine, 1994). One reason for this effect on reliability is that lower descriptor specificity is associated with higher proportions of idiosyncratic variance, suggesting that work analysis respondents have more difficulty rating less specific descriptors (Dierdorff & Morgeson, 2009).

Levels of specificity for activity descriptors typically span tasks, task clusters, responsibilities, and the overall role itself (Campion, Mumford, Morgeson, & Nahrgang, 2005; Dierdorff & Morgeson, 2007; Morgeson & Campion, 2002). Tasks are very specific and distinct behavioral activities (e.g., consult with team members to determine their needs; Fine & Getkate, 1995; Morgeson & Campion, 2002) and, thus, provide the most detailed information about the role. Task clusters consist of a limited group of relatively interdependent tasks that are performed by one person and generally make up a whole portion of work (e.g., identify and communicate team resource requirements; Campion et al., 2005) and, thus, are more general than tasks. Responsibilities (or duties) represent the next level of specificity and are aggregations of task clusters that taken together are a major portion of work (e.g., ensure proper team functioning; Campion et al., 2005; Jeanneret, Borman, Kubisiak, & Hanson, 1999). Finally, descriptors of the overall role are one of the broadest levels at which activities are collected, as these descriptors focus on information about the role as a whole unit (Campion et al., 2005).

**Research Question 2:** Is the specificity of activity descriptors related to work analysis quality?

Levels of specificity for attribute descriptors typically span knowledge, skills, abilities, and other traits (Brannick et al., 2007). Knowledge is a collection of discrete but related information about a particular domain (Costanza, Fleishman, & Marshall-Mies, 1999). Skills represent individuals' capabilities for behavioral acquisition (Ackerman, 1987; Mumford, Peterson, & Childs, 1999). Abilities are unobservable attributes of individuals' capacity to perform a wide range of activities (Fleishman, Costanza, & Marshall-Mies, 1999). Traits are other personal attributes and usually include personality or motivational characteristics presumed to affect performance (Dierdorff & Morgeson, 2009). Although specificity certainly varies across these attributes, the discrete ordering of specificity among them is less clear. For example, both knowledge and skill can be developed through learning or experience (Costanza et al., 1999) and are more variable and malleable than abilities and traits. Abilities and traits are enduring personal characteristics that represent hypothetical constructs not subject to direct observation (Dierdorff & Morgeson, 2009). Unlike knowledge and skills, abilities and traits are less situation-specific and variable over time (Fleishman et al., 1999; Mumford & Peterson, 1999). Thus, although knowledge and skills appear to be at a higher level of specificity than abilities and traits, finer-grained differences among these four types of attributes is difficult to render.

**Research Question 3:** Is the specificity of attribute descriptors related to work analysis quality?

## Collection Method Decisions

There are many different methods that can be used to collect work analysis information (Ash, 1988). Typical methods include direct observation, individual interviews, panel interviews, and questionnaires (Brannick et al., 2007; Sanchez & Levine, 2001). In work analysis practice the use of multiple methods is generally recommended to reduce systematic biases, which may occur when only one technique is used (Brannick et al., 2007; Morgeson & Campion, 1997). For example, panel interviews may be subject to biases related to group dynamics (Maurer & Tross, 2000; Morgeson & Campion, 1997), direct observation may not capture the entire nature of the role if tasks vary over time (Brannick et al., 2007), and individual interviews may be subject to selective recall or self-presentation bias (Morgeson et al., 2004). Although some research has shown that various methods tend to produce similar results (Maurer & Tross, 2000; Tannenbaum & Wesley, 1993), direct suggestions to use multiple methods persist (e.g., Brannick et al., 2007; Morgeson & Campion, 2012). One reason for such guidance is that using multiple methods allows for "triangulation" of the collected data, which could enhance quality.

**Research Question 4:** Is work analysis data quality improved by using multiple data collection methods?

Beyond the specific techniques used to collect work, worker, and work context information, there are broader differences in the overall approach utilized to accomplish this analytical undertaking. One distinction that has received substantial attention in the human resource management literature is between a competency modeling approach and a more traditional work analysis approach (Sanchez & Levine, 2012). Similar to worker-oriented work analyses, competency modeling has been described as a method of gathering information used to describe a role in terms of the worker attributes necessary for distinguishing optimal performance from average performance (Campion et al., 2011). Key differences between competency modeling and more traditional approaches to work analysis include the focus, purpose, and time orientation of the project (Lievens & Sanchez, 2007; Sanchez & Levine, 2009). Although traditional work analysis approaches tend to focus solely on the role being analyzed, competency modeling generally embodies a macro level focus that emphasizes the importance of the role to organizational goals and systems. Sanchez and Levine (2009) suggested that the primary purpose of competency modeling is to influence the manner with which work assignments are performed to enhance strategic alignment between individual and organizational effectiveness, whereas the purpose of work analysis is to better understand and measure work assignments. For these reasons, many have argued that work analysis and competency modeling are distinctive endeavors with the former best positioned as applied measurement and the latter as a mechanism of informal control (Sanchez & Levine, 2012).

Although only a handful of studies have empirically investigated the quality of information gathered through competency modeling, it is commonly thought that this information is of lower quality than that of traditional work analysis because competency modeling is considered less rigorous in terms of data collection, level of detail, assessment of reliability, and documentation of the

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

process (Sanchez & Levine, 2012; Shippmann et al., 2000). The small group of studies that has investigated this possibility has tended to conclude that data derived from a competency modeling approach is less accurate (e.g., Lievens & Sanchez, 2007; Lievens, Sanchez, & De Corte, 2004; Morgeson et al., 2004).

**Research Question 5:** Are data derived from competency modeling of lower quality than data gathered through traditional work analytic approaches?

In addition to specific techniques and broader approaches to collecting work-related information, practitioners must also choose to either use an existing work analysis system or develop an organization- or study-specific system. Existing work analysis systems have been systematically developed through extensive research and generally take the form of standardized inventories that are broadly applicable to a wide variety of occupational roles (Dierdorff, 2012). Some of the most commonly discussed systems in the work analysis literature include the Position Analysis Questionnaire (PAQ), Occupation Information Network (O*NET), and the Job Components Inventory (JCI). In contrast to these generic systems, inventories developed in particular studies tend to be situation specific, focusing only on the role under examination, or within the particular confines of the employing organization. One potential advantage of study-specific systems is that the descriptors used may be more directly relevant and readily applicable to the host organization's roles, which might enhance data quality. However, the wealth of research and development commensurate with generic work analysis systems, such as the PAQ, O*NET, or JCI, likely bolsters the quality of data that are produced from using these systems.

**Research Question 6:** Are data derived from generic work analysis systems (e.g., PAQ) of higher quality than data gathered through study-specific approaches?

Whether one takes a competency modeling or traditional work analysis approach, uses an existing work analysis system or develops an organization-specific system, an additional methodological choice entails the provision of respondent training before the data collection effort. Many work analysis efforts include training to increase the possibility that the collected information will be of high quality (Brannick et al., 2007). Research evidence regarding the effectiveness of training has been somewhat mixed. Voskuijl and van Sliedregt (2002) failed to find an effect of training on the reliability of work analysis data. However, other recent studies using frame-of-reference training find increases in the reliability and accuracy of work analysis data (Aguinis, Mazurkiewicz, & Heggestad, 2009; Lievens & Sanchez, 2007).

**Research Question 7:** Does providing respondent training improve the quality of work analysis data?

A final methodological choice that work analysis practitioners face deals with the overall length of the inventory or questionnaire used to collect data. Longer surveys have the potential to fatigue respondents (Aguinis et al., 2001), which is thought to result in careless responding and decreased information accuracy (Morgeson & Campion, 2012). In contrast, however, the supposition from classical psychometric theory stipulates that longer questionnaires will be more reliable than shorter questionnaires (Nunnally & Bernstein, 1994; Woods & Hampson, 2005). Moreover, long inventories may provide more accurate information if short inventories fail to fully capture the domain of requirements for the focal role (i.e., deficient in scope). This suggests the possibility that the relationship between inventory length and the quality of work analysis data is nonlinear. That is, increasing length with more items could result in higher quality data, but such increases may reach a point of diminishing returns whereby data quality suffers.

**Research Question 8:** How does inventory length relate to work analysis data quality?

## Rating Scale Decisions

The choice of rating scale used in work analysis may influence subsequent data quality. Work analysis inventories generally ask respondents to rate activities or attributes on a number of scales, such as the frequency with which the task is performed or the importance of the attribute to the job (Dierdorff & Wilson, 2003; Manson et al., 2000). Other common scales include difficulty, time spent, and needed at entry (Morgeson & Dierdorff, 2010). Research has suggested that the type of rating scale used influences data reliability (Dierdorff & Wilson, 2003; McCormick & Ammerman, 1960; Morsh, 1964; Wilson et al., 1990). One explanation for this effect is that different rating scales are thought to invoke different inferential lenses through which respondents judge role requirements (Dierdorff & Morgeson, 2009). Certain rating scales require fairly objective and verifiable judgments, such as time spent on the task and frequency of task performance (Morgeson & Campion, 1997). In contrast, other rating scales require more subjective judgments, such as the importance of an attribute or task to performance (Lindell, Clause, Brandt, & Landis, 1998). Judgments about objective properties could be less susceptible to rater biases and information processing limitations than judgments about subjective properties (Conte, Dean, Ringenbach, Moran, & Landy, 2005; Dierdorff & Surface, 2007).

**Research Question 9:** How do rating scales relate to work analysis data quality?

## Data Source Decisions

A variety of data sources are available for conducting work analysis. Most commonly used are role incumbents, supervisors, technical experts, and professional analysts (Morgeson & Dierdorff, 2010; Sanchez & Levine, 2001). Different sources can hold different perspectives on the role (Meyer, 1959) and could be susceptible to a number of social and cognitive biases. For example, it has been proposed that incumbents might be susceptible to various self-presentation biases, supervisors may suffer from memory and recall limitations, technical experts might emphasize optimal rather than typical role performance, and analysts might fall prey to stereotyping (Morgeson & Campion, 1997; Morgeson & Dierdorff, 2010). Previous meta-analyses have shown some evidence of reliability differences across sources, with professional analysts producing the highest interrater reliability estimates and incumbents producing the lowest estimates (Dierdorff & Wilson, 2003; Voskuijl & van Sliedregt, 2002).

**Research Question 10:** How does respondent type relate to work analysis data quality?

Another design implication in work analysis practice corresponds to the composition of the respondents. Samples of work analysis respondents are often quite diverse on a number of variables such as age, sex, race, work experience, and tenure. A large body of work analysis research has examined the relationship

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

between demographic variables and work analysis data. However, the results of these investigations have been generally equivocal, with some studies indicating that demographic variables influence work analysis ratings (e.g., Arvey, Passino, & Lounsbury, 1977; Fried & Ferris, 1986; Silverman, Wexley, & Johnson, 1984), and others finding no differences across demographic groups (e.g., Aamodt, Kimbrough, Keller, & Crawford, 1982; Landy & Vasey, 1991). The majority of these investigations have focused on broader differences, comparing one group to another in terms of overall rating discrepancies (e.g., mean level ratings), rather than more specific examinations of the consequences of variability or heterogeneity in a respondent sample on the quality of the data produced. Demographic variability in the sample of respondents may result in lower data quality because of differing perspectives and perceptions about the focal role (Aamodt et al., 1982). This is consistent with research that has found demographic variables, such as sex, age, and experience, can shape the manner with which individuals view their roles at work (Bedeian & Mossholder, 2000; Chatman & Flynn, 2001; Jehn, Northcraft, & Neale, 1999; Valenti & Rockett, 2008).

**Research Question 11:** Is demographic variability related to work analysis data quality?

## Work Analysis Purposes

Work analysis is conducted for a host of different purposes. Among the most common purposes are the development of selection systems or training programs, and the determination of compensation levels (Brannick et al., 2007). These different intended uses of work analysis data entail different types of inferences, of which some inferences are thought to be more complex than others (Morgeson & Campion, 2000; Morgeson & Dierdorff, 2010). Because quality is likely affected by the complexity of the inferences required to generate the data (Dierdorff & Morgeson, 2009), it is likely that the intended purpose of a work analysis will influence the quality of data it produces. The purpose of conducting a work analysis could also influence the motivation of respondents (Morgeson & Campion, 2012). When work analysis is conducted for less personally relevant reasons (e.g., designing selection systems or conducting research), incumbents may not be motivated to provide high quality ratings, as they may be aware that resulting decisions will not affect them directly (Morgeson & Campion, 1997). At the same time, more personally relevant purposes could increase self-presentation bias (Morgeson et al., 2004).

**Research Question 12:** How do different purposes or uses relate to work analysis data quality?

## Organizational Context

Contextual variables could influence work analysis quality. Morgeson and Campion (1997) assert that socially desirable responding in work analysis (i.e., responding in a manner that reflects socially and culturally accepted standards) can act as a reflection of the organizational context; as such context provides guidance about organizationally appropriate behaviors and beliefs. Some research, however, has indicated that organizational context may not play a large role in work analysis (e.g., Van Iddekinge, Putka, Raymark, & Eidson, 2005). Thus, the influence of organizational context on work analysis data warrants further investigation.

The overall size of an organization as well as its dispersion might influence work analysis data quality. Organizations that use a large number of individuals may exhibit different types of organizational contexts than do organizations with fewer employees. For example, meta-analytic research has shown organizational size is associated with less centralization (Donaldson, 1986) and increased innovation (Damanpour, 1992). With more innovation and decentralized decision-making, equivalent roles in larger organizations might exhibit more variability than in smaller organizations, which could relate to the quality of work analysis data. Similarly, when organizations are highly geographically dispersed, perceptions of the same role may vary because of actual and subjectively perceived differences in the role. Actual differences could arise from variation in task demands across geographic regions, whereas perceived differences might result from regional differentiation in the way individuals perceive their roles. Work analysis research has produced some related evidence for geographic dispersion. Taylor, Li, Shi, and Borman (2008) found some small effects on work analysis data across different international locations. Shin, Morgeson, and Campion (2007) also found significant effects on work analysis data from employees of a single organization across 156 different countries.

**Research Question 13:** Does organizational size relate to work analysis data quality?

**Research Question 14:** Does organizational dispersion relate to work analysis data quality?

# Method

## Literature Search

To be included in this analysis studies were required to: (a) have conducted a work analysis on one or more roles; (b) present an estimate of one or more of the indicators of quality investigated in the study (see Table 1); and, (c) present information relevant to at least one of the variables thought to influence work analysis quality (see Table 2).

Several keyword searches of a number of electronic databases were conducted (i.e., PsycINFO, PsycARTICLES, Military and Government Collection, Business Source Premier, and Web of Science), using the following search terms: *job analysis*, *work analysis*, *job information accuracy*, and *competency modeling*. To decrease the possibility of publication bias related to the "file-drawer" problem, we also attempted to locate studies not catalogued within the aforementioned electronic databases (i.e., unpublished manuscripts, conference presentations, etc.), by sending email requests to a number of authors actively researching in the field of work analysis, posting requests to listservs managed by relevant organizations, examining the recent conference proceedings of relevant organizations, and reviewing the bibliographies of previous quantitative and qualitative reviews of work analysis.

These efforts yielded 2,418 articles. The titles and abstracts of these articles were reviewed and those that did not meet the inclusion criteria were eliminated from further review. Based on this step, 943 articles were obtained and thoroughly examined to determine if they provided enough information to be included in this analysis. The final sample consisted of 205 articles, 55 (27%)

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

of which were unpublished. Of note is the difference between the number of included articles in this analysis and those included in previous meta-analyses on this topic. Voskuijl and van Sliedregt (2002) and Dierdorff and Wilson (2003) included 38 and 46 articles in their analyses, respectively. This large discrepancy is evidence of the noticeable progress made by electronic databases in terms of indexing citations on this topic. Further, this discrepancy can also be attributed to the broader scope of the current study. For instance, Dierdorff and Wilson included only work analysis articles that examined tasks or activities, which excluded other descriptors such as knowledge, skills, abilities, and so forth.

## Variable Coding

Table 1 provides the operational definitions that were used to define and code each index of work analysis quality. It should be noted that several of the indices were represented by more than one statistic (e.g., interrater reliability as a correlation or an intraclass correlation). The first author coded the type of statistic reported to examine differences in the main effects produced. Table 2 reviews the operational definition of each moderator variable investigated. The categories used to code moderator variables were partially data driven, as we were limited to categories that were present in the population of studies included in the analysis. To ensure coding reliability, a random sample of 50% of the articles (103 articles) was selected and recoded by the second author. Intercoder agreement was .96, an estimate that is comparable to other published meta-analyses (e.g., Nahrgang, Morgeson, & Hofmann, 2011). Discrepancies were discussed and resolved through a consensus meeting. Supplemental Appendix A details all relevant information for each study included in our analysis, such as sample sizes, moderator codes, and effect sizes. Supplemental Appendix B lists all studies considered for inclusion and details why each was not included in the final analysis.

## Analysis Approach

Mason, Allam, and Brannick's (2007) Monte Carlo study revealed that Hunter and Schmidt's (2004) method of meta-analysis produces the most accurate main effect estimates of coefficients of stability. Therefore, their random-effects method of analysis was used to correct each study individually for sampling error by weighting each quality indicator with the product of its sample size before aggregating across results. No other study corrections were applied. Further, when studies contained more than one effect per quality indicator, these effects were combined to meet the meta-analytic assumption of independence of observations. Before investigating the relationships between various work analysis choices and each quality indicator, we first tested for heterogeneity in each index using Hunter and Schmidt's (2004) $\chi^2$ test for homogeneity. When this value is significant, it indicates that subpopulation values of a quality index exist (Hunter & Schmidt, 2004). For indicators exhibiting a significant $\chi^2$ value, moderator analyses were used to examine the influence of each moderator variable on the quality index.

Weighted least squares (WLS) multiple regression analyses were used to investigate the influence of continuous moderator variables (i.e., variables that were of ordinal, interval, or ratio levels of measurement) following Hedges and Olkin's (1985), Steel and Kammeyer-Mueller's (2002), and Mason et al.'s (2007) recommendations. Moderator variables were standardized before entry. To investigate Research Question 8, the nonlinear relationship between inventory length and each of the indices of quality was tested using a quadratic regression equation. For this test, a statistically significant quadratic effect provides support for the curvilinear relationship between length and quality. Because a number of the variables were categorical, and thus, did not lend themselves to regression analyses, categorical moderator variables were tested using Hunter and Schmidt's (2004) subgroup method of moderator analysis. When subgroups exhibited different effect size estimates, we examined confidence intervals, which estimate the remaining variance around the work analytic effect after removing variance because of sampling error. When the 95% confidence intervals of two or more levels of a moderator did not overlap, we concluded that the variable showed significant association and that the average work analytic effect differs across those levels of the moderator variable.

# Results

Table 3 presents the average values of each quality indicator in the population of studies. Meta-analytic estimates of work analysis data interrater reliability was .73 ($k$ = 439) and .67 ($k$ = 64) for interrater agreement. Intrarater estimates were .64, .75, and .78 for rate-rerate, intrarater reliability, and intrarater agreement, respectively. As can be seen in Table 3, all $\chi^2$ tests, with the exception of the test of $\kappa$ estimates, produced significant results indicating that a search for potential moderators was warranted. Only two studies presented information for intrarater agreement; therefore, moderator tests of this index could not be conducted. Tables 4 and 5 present the results of the WLS regression analyses by quality index. Tables 6–13 present the results of the subgroup moderator analyses by quality index.[3]

## Descriptor Decisions

**Type of data.** Research Question 1 examined differences between work-oriented (activity) data and worker-oriented (attribute) data. Interrater and rate-rerate reliability estimates were higher, and mean ratings lower, when work-oriented data were collected rather than worker-oriented data (see Table 6, 9, and 12). However, interrater agreement indices were lower, factor structures were less likely to be confirmed, and discriminability was reduced when work-oriented data were collected (see Tables 7, 10, and 13).[4]

**Specificity of activities.** Research Question 2 examined if the specificity of activity descriptors related to data quality.

[3] There were two large-scale studies that included interrater reliability data from incumbent samples contained in the O*NET database (Dierdorff & Morgeson, 2007, 2009). This prompted us to reexamine interrater reliability without these two studies. This exclusion generally increased reliability estimates. Interrater reliability for activity, attribute, and mixed descriptors was .86, .76, and .71, respectively. For task and duty level data, interrater reliability was .88 and.70, whereas for skill, personality, and other attribute descriptors the estimates were .82, .82, and .84, respectively. The most noticeable increase was that for ratings on personality traits, where incumbent interrater reliability increased from .47 to .84.

[4] An anonymous reviewer observed that increased discriminability when using "mixed" descriptors could be because of the fact that items are more discriminable to begin with, rather than that raters are providing more discriminating ratings across different items.

Case 1:10-cv-06950-AT-RWL Document 1192-20 Filed 07/13/21 Page 10 of 30



Table 3
*Main Effect Results*

| Indicator | No. of studies | *k* | *N* | Effect | *SD* | % var | 95% CI | $\chi^2$ |
|---|---|---|---|---|---|---|---|---|
| Reliability and agreement indices | | | | | | | | |
| Interrater reliability | 88 | 439 | 107,938 | .73 | .15 | 4 | .724–.731 | 11028.46* |
| Correlation | 43 | 183 | 80,955 | .69 | .12 | 4 | .683–.694 | 4461.86* |
| ICC | 38 | 238 | 25,547 | .85 | .17 | 3 | .843–.860 | 9426.65* |
| Other/unknown | 12 | 18 | 1,436 | .74 | .12 | 18 | .722–.763 | 109.04* |
| Interrater agreement | 22 | 64 | 2,922 | .67 | .25 | 11 | .649–.693 | 587.11* |
| Percent agreement | 9 | 20 | 763 | .73 | .14 | 30 | .694–.757 | 71.27* |
| Cohen's κ | 4 | 8 | 157 | .64 | .03 | 100 | .630–.657 | .41 |
| $r_{wg}$ | 6 | 25 | 1,466 | .67 | .31 | 5 | .573–.776 | 479.33* |
| Other/unknown | 5 | 11 | 536 | .59 | .19 | 25 | .519–.667 | 45.74* |
| Intrarater reliability | 8 | 15 | 3,952 | .75 | .07 | 15 | .735–.768 | 93.34* |
| Intrarater agreement | 2 | 3 | 1,372 | .78 | .29 | 0 | .495–1.05 | 702.32* |
| Rate-rerate reliability | 18 | 50 | 7,516 | .64 | .09 | 29 | .631–.651 | 182.36* |
| Other quality indices | | | | | | | | |
| Factor structure confirmation | 21 | 43 | 10,967 | 2.76 | 3.93 | 1 | 2.399–3.132 | 3830.60* |
| Endorsement of distractor items | 5 | 16 | 2,519 | .19 | .29 | 7 | .077–.303 | 225.46* |
| Mean ratings | 87 | 318 | 97,539 | .00 | 1.00 | 0 | −.029–.029 | 157966.70* |
| Discriminability | 76 | 291 | 93,022 | .00 | 1.00 | 0 | −.025–.025 | 90838.58* |

*Note.* k = number of effects; CI = confidence interval; ICC = intraclass correlation; effects are uncorrected sample size weighted effect sizes; % var = percentage of variance due to sampling error.
* $p < .05$.

Task data showed the highest interrater reliability estimates (see Table 6) and higher discriminability than duty-level data (see Table 13). Task clusters produced the lowest levels of inflation (see Table 12). Duty-level data had higher intrarater reliability and less inflation than task data (see Tables 8 and 12), but showed less discriminability (see Table 13). No differences in factor confirmation were evident when comparing task and job-level data (see Table 10). Finally, interrater agreement was lower for task data compared with more general activity descriptors (see Table 8).

**Specificity of attributes.** Research Question 3 pertained to the relationship between attribute descriptor specificity and data quality. This question could only be adequately examined for four of the eight quality indices. Interrater reliability estimates were lowest for personality descriptors and highest for ability descriptors; however, confidence intervals indicated that interrater reliability was comparable for skills and abilities (see Table 6). As for mean ratings, abilities showed the highest inflation, but both skills and personality traits displayed the least inflation (see Table 12). Finally, results indicated that ability descriptors resulted in the highest discriminability, with knowledge descriptors producing the least (see Table 13).

## Data Collection Method Decisions

**Number of collection methods.** Research Question 4 pertained to the consequences of using multiple methods of data collection. Results revealed that only one of six possible effects was statistically significant; using more methods increased discriminability (see Tables 4 and 5).

**Overall analytical approach.** Research Question 5 examined quality differences between traditional work analysis and competency modeling approaches. Data were only available for four of the eight quality indicators. Competency modeling approaches showed lower interrater reliability and higher inflation (see Tables 6 and 12). However, interrater agreement and discriminability were higher for competency modeling than they were for traditional approaches (see Tables 7 and 13).

**Type of system.** Research Question 6 asked if work analyses using generic systems would produce different levels of data quality than study-specific work analyses. Results revealed that interrater reliability, rate-rerate reliability, and discriminability were higher with generic systems (see Tables 6, 9, and 13). In contrast, intrarater reliability was higher, factor structures were more likely to be confirmed, and mean ratings were less inflated with study-specific measures (see Tables 8, 10, and 12). It should be noted that over one fifth of interrater reliability estimates were from studies using the PAQ, some of which may have included "does-not-apply" ratings, which have been found to inflate reliability (Butler & Harvey, 1988).

**Respondent training.** Research Question 7 examined if the provision of training to the respondents participating in work analysis was associated with data quality. Relevant data were available for only three of the eight quality indices. Here, results provided limited support for relationships with rater training, with training associated with greater discriminability (see Table 13), but no differences in interrater reliability or mean ratings (see Tables 7 and 12).

**Length.** Research Question 8 examined relationships between inventory length and data quality. Results in Tables 4 and 5 show that length exhibited positive linear and negative quadratic effects on discriminability and intrarater reliability, suggesting that length increases these quality indicators up to a certain point at which this relationship diminishes. Length was significantly and linearly related to interrater agreement. Finally, length exhibited a significant negative linear association on interrater reliability and a significant positive quadratic effect, indicating that the negative association begins to lessen after length reaches a certain threshold.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Table 4
*Weighted Least Squared Regression Results for Reliability and Agreement Indicators*

| Moderator | Interrater reliability | | | Interrater agreement | | | Intrarater reliability | | | Rate-rerate reliability | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $k$ | β | $R^2$ | $k$ | β | $R^2$ | $k$ | β | $R^2$ | $k$ | β | $R^2$ |
| Data source decisions | | | | | | | | | | | | |
| Age | — | — | — | 5 | .62 | .39 | — | — | — | — | — | — |
| Sex | 35 | −.28 | .08 | 7 | −.55 | .31 | — | — | — | — | — | — |
| Race | 9 | .79 | .63 | — | — | — | — | — | — | — | — | — |
| Tenure | 4 | .54 | .29 | — | — | — | — | — | — | — | — | — |
| Collection method choices | | | | | | | | | | | | |
| Number of methods | 310 | −.13 | .02 | 52 | −.18 | .03 | — | — | — | 44 | −.38 | .15 |
| Length | 375 | −.48* | .13 | 63 | 1.31* | .83 | 15 | 1.53* | .57 | 35 | −.03 | .02 |
| Length − quadratic effect | | .23* | | | −.45 | | | −1.65* | | | .17 | |
| Organizational context | | | | | | | | | | | | |
| Organizational size | 208 | −.02 | .00 | 18 | −.40 | .16 | — | — | — | — | — | — |
| Organizational dispersion | 223 | .06 | .00 | 22 | −.93* | .87 | 10 | .44 | .20 | 36 | −.14 | .02 |

*Note.* k = number of effects. The β weight associated with sex has been reversed for conceptual clarity.
* $p < .05$.

## Rating Scale Decisions

Research Question 9 examined if the various ratings scales used in work analysis were related to data quality differences. Results showed significant variability in all quality indices across rating scales with the majority of confidence intervals not overlapping across particular quality indices (see Tables 6–13). Findings showed that interrater reliability, rate-rerate reliability, and discriminability were higher, and factor structures more likely confirmed, when objective scales were used (see Table 6, 9, 10, and 13). No significance differences were found for intrarater reliability, distractor item endorsement, and mean ratings (see Tables 8, 11, and 12). In contrast, interrater agreement was higher with more subjective scales (see Table 7).

## Data Source Decisions

**Source of the work analysis information.** Research Question 10 asked if different respondent types would relate to different levels of data quality. Significant variability in quality indices across respondent types was found. Results revealed that technical experts and supervisors displayed the highest interrater reliability, followed by professional analysts (see Table 6). Incumbents showed the highest interrater agreement and provided data more likely to confirm factor structures (see Tables 7 and 10). Professional analysts and supervisors showed higher rate-rerate reliability than incumbents (see Table 9). Supervisors also provided ratings that were less inflated than incumbents (see Table 12). Finally, data from professional analysts showed the highest discriminability, followed by supervisors and incumbents (see Table 13).

**Demographic variability.** Research Question 11 examined if work analysis quality was related to the demographic heterogeneity of respondent samples. From Table 5, sample heterogeneity in regard to sex was associated with lower factor structure confirmation. Sample heterogeneity in regard to tenure was associated with higher mean ratings (more inflation).

Table 5
*Weighted Least Squared Regression Results for Other Quality Indicators*

| Moderator | Factor structure | | | Distractor endorsement | | | Mean ratings | | | Discriminability | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $k$ | β | $R^2$ | $k$ | β | $R^2$ | $k$ | β | $R^2$ | $k$ | β | $R^2$ |
| Data source decisions | | | | | | | | | | | | |
| Age | — | — | — | — | — | — | 35 | −.42 | .17 | 34 | .19 | .04 |
| Sex | 8 | −.92* | .84 | 15 | −.60 | .37 | 87 | −.04 | .00 | 81 | −.14 | .02 |
| Race | 6 | −.48 | .23 | 12 | .17 | .03 | 41 | −.26 | .07 | 40 | .36 | .13 |
| Tenure | — | — | — | — | — | — | 25 | .66* | .44 | 25 | .02 | .00 |
| Collection method choices | | | | | | | | | | | | |
| Number of methods | 73 | −.22 | .05 | — | — | — | 302 | −.08 | .01 | 276 | .24* | .06 |
| Length | 41 | −.31 | .32 | 16 | −.82 | .37 | 301 | −.13 | .11 | 277 | 1.97* | .62 |
| Length − quadratic effect | | .31 | | | .42 | | | −.22 | | | −1.84* | |
| Organizational context | | | | | | | | | | | | |
| Organizational size | 67 | .02 | .00 | — | — | — | 193 | −.61* | .37 | 186 | .27 | .08 |
| Organizational dispersion | 38 | −.94* | .89 | 7 | −.41 | .17 | 206 | −.38* | .14 | 194 | −.15 | .02 |

*Note.* k = number of effects. The β weight associated with sex has been reversed for conceptual clarity.
* $p < .05$.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Table 6
*Results of Subgroup Moderator Analysis of Interrater Reliability*

| Moderator | *k* | *n* | Effect | *SD* | % var | 95% CI | $\chi^2$ |
|---|---|---|---|---|---|---|---|
| Type of data | | | | | | | |
| Activity | 218 | 43,460 | .84 | .13 | 3 | .837–.850 | 8387.72* |
| Mixed | 51 | 15,642 | .67 | .12 | 7 | .661–.683 | 725.47* |
| Attribute | 131 | 45,085 | .63 | .14 | 5 | .622–.643 | 2560.44* |
| Specificity of activities | | | | | | | |
| Task | 204 | 21,091 | .85 | .12 | 5 | .839–.855 | 4066.79* |
| Task cluster | 5 | 5,555 | .80 | .04 | 7 | .780–.815 | 53.95 |
| Duty | 39 | 6,773 | .67 | .09 | 22 | .647–.689 | 164.30* |
| Job | 34 | 2,138 | .57 | .29 | 9 | .530–.601 | 393.83* |
| Specificity of attributes | | | | | | | |
| Skill | 6 | 9,286 | .69 | .03 | 20 | .671–.712 | 33.15* |
| Ability | 26 | 4,129 | .73 | .13 | 8 | .682–.783 | 320.36* |
| Personality | 17 | 15,330 | .47 | .07 | 14 | .439–.495 | 126.25* |
| Mix | 43 | 1,983 | .56 | .27 | 14 | .510–.606 | 305.57* |
| Other | 33 | 16,021 | .72 | .14 | 2 | .704–.742 | 1332.44* |
| Overall analytical approach | | | | | | | |
| Traditional approach | 426 | 107,397 | .73 | .15 | 4 | .726–.733 | 10562.61* |
| Competency | 13 | 412 | .31 | .36 | 21 | .134–.489 | 66.88* |
| Type of system | | | | | | | |
| Study specific | 188 | 72,156 | .67 | .09 | 10 | .664–.675 | 1702.20* |
| Standardized | 183 | 12,998 | .77 | .22 | 5 | .766–.789 | 3808.91* |
| Rater training | | | | | | | |
| No training | 277 | 93,340 | .70 | .13 | 5 | .698–.706 | 6466.62* |
| Training | 81 | 3,115 | .69 | .17 | 25 | .671–.709 | 313.24* |
| Subjectivity of the rating scale | | | | | | | |
| Objective | 104 | 14,851 | .91 | .13 | 1 | .902–.921 | 8272.43* |
| Subjective | 191 | 81,060 | .70 | .12 | 4 | .692–.705 | 4277.82* |
| Rating scale | | | | | | | |
| Frequency | 7 | 377 | .93 | .01 | 100 | .924–.938 | 4.14 |
| Time | 43 | 6,672 | .90 | .15 | 1 | .876–.924 | 3923.46* |
| Importance | 101 | 77,212 | .69 | .11 | 3 | .682–.700 | 3565.71* |
| Difficulty | 14 | 507 | .84 | .05 | 98 | .814–.874 | 11.85 |
| Mixed | 14 | 4,353 | .88 | .10 | 2 | .860–.897 | 898.28 |
| Required | 40 | 2,597 | .81 | .13 | 11 | .776–.848 | 363.07* |
| Rating scale | | | | | | | |
| Error | 34 | 1,172 | .88 | .00 | 0 | .878–.879 | .02 |
| Difficult to learn | 24 | 1,274 | .92 | .09 | 6 | .880–.968 | 478.4* |
| Other | 66 | 8,559 | .83 | .22 | 2 | .813–.852 | 4601.92* |
| Respondent type | | | | | | | |
| Incumbent | 147 | 77,151 | .67 | .10 | 6 | .668–.680 | 2819.98* |
| Supervisor | 62 | 12,886 | .89 | .05 | 8 | .883–.900 | 640.03* |
| Professional analyst | 52 | 705 | .72 | .13 | 100 | .710–.735 | 51.65* |
| Technical expert | 29 | 1,453 | .85 | .03 | 100 | .839–.861 | 14.87 |
| Student | 40 | 1,817 | .69 | .26 | 9 | .651–.722 | 422.47* |
| Mixed | 83 | 3,636 | .59 | .24 | 17 | .572–.612 | 505.61* |
| Intended use | | | | | | | |
| Compensation | 9 | 305 | .77 | .08 | 79 | .722–.821 | 10.85* |
| Selection | 52 | 3,327 | .51 | .20 | 22 | .462–.549 | 241.56* |
| Training | 53 | 3,645 | .86 | .09 | 12 | .834–.893 | 449.09* |
| Certification | 6 | 3,133 | .97 | .04 | 0 | .952–.993 | 190897* |
| Work design | 4 | 1,621 | .71 | .09 | 8 | .654–.773 | 55.36* |
| Research | 176 | 80,815 | .70 | .13 | 3 | .689–.702 | 4863.64* |
| Mixed purpose | 16 | 692 | .93 | .09 | 5 | .845–1.02 | 309.91* |
| Other | 10 | 9,971 | .90 | .02 | 9 | .894–.902 | 136.28* |
| Personal relevance | | | | | | | |
| Not relevant | 302 | 101,027 | .72 | .15 | 3 | .719–.728 | 9962.07* |
| Relevant | 28 | 2,477 | .78 | .14 | 9 | .760–.808 | 305.82* |

*Note*. Moderator variables and moderator levels that could not be tested because of insufficient data are not included in the table. k = number of effects; CI = confidence interval; % var = percentage of variance due to sampling error.
* $p < .05$.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Table 7
*Results of Subgroup Moderator Analyses of Interrater Agreement*

| Moderator | *k* | *n* | Effect | *SD* | % var | 95% CI | $\chi^2$ |
|---|---|---|---|---|---|---|---|
| Type of data | | | | | | | |
| Activity | 27 | 1,318 | .53 | .15 | 48 | .485–.570 | 202.91* |
| Mixed | 9 | 672 | .79 | .05 | 77 | .760–.811 | 12.34 |
| Attribute | 27 | 930 | .79 | .15 | 19 | .744–.842 | 151.20* |
| Specificity of activities | | | | | | | |
| Task | 18 | 1,035 | .65 | .18 | 18 | .618–.675 | 94.02* |
| Job | 19 | 1,277 | .84 | .05 | 52 | .821–.862 | 40.22* |
| Overall analytical approach | | | | | | | |
| Traditional approach | 57 | 2,524 | .65 | .26 | 11 | .625–.676 | 500.59* |
| Competency | 7 | 398 | .80 | .08 | 36 | .720–.884 | 22.04* |
| Type of system | | | | | | | |
| Study specific | 27 | 1,592 | .63 | .29 | 7 | .561–.703 | 370.08* |
| Standardized | 34 | 923 | .72 | .20 | 22 | .692–.752 | 161.34* |
| Subjectivity of rating scale | | | | | | | |
| Objective | 14 | 692 | .66 | .13 | 39 | .611–.709 | 34.10* |
| Subjective | 27 | 990 | .81 | .15 | 15 | .763–.847 | 176.48* |
| Rating scale | | | | | | | |
| Time | 4 | 311 | .55 | .16 | 25 | .448–.653 | 16.05* |
| Importance | 11 | 571 | .79 | .12 | 19 | .730–.848 | 58.33* |
| Mixed | 5 | 370 | .59 | .20 | 15 | .490–.690 | 36.60* |
| Other | 27 | 1,208 | .83 | .12 | 15 | .812–.849 | 168.32* |
| Respondent type | | | | | | | |
| Incumbent | 14 | 1,255 | .70 | .22 | 6 | .648–.745 | 237.26* |
| Professional analyst | 16 | 272 | .55 | .28 | 39 | .492–.616 | 46.48* |
| Student | 10 | 292 | .32 | .28 | 36 | .183–.452 | 27.73* |
| Mixed | 6 | 525 | .67 | .14 | 18 | .605–.741 | 34.24* |
| Intended use | | | | | | | |
| Training | 4 | 58 | .41 | .13 | 100 | .291–.525 | 1.45 |
| Research | 25 | 1,716 | .68 | .25 | 7 | .623–.733 | 374.60* |
| Other | 4 | 315 | .53 | .15 | 30 | .435–.623 | 12.78* |
| Personal relevance | | | | | | | |
| Not relevant | 33 | 2,113 | .66 | .25 | 8 | .630–.695 | 425.61* |
| Relevant | 8 | 190 | .64 | .05 | 100 | .592–.694 | 1.62 |

*Note.* Moderator variables and moderator levels that could not be tested because of insufficient data are not included in the table. k = number of effects; CI = confidence interval; % var = percentage of variance due to sampling error.
* $p < .05$.

No other significant effects for demographic variability were evident.

## Work Analysis Purpose

Research Question 12 examined the relationships between work analysis purpose and data quality. Significant variability in all quality indices across purposes and a majority of nonoverlapping confidence intervals within quality indices were found. Higher interrater reliability, rate-rerate reliability, and discriminability, and lower distractor endorsement were found, when data were collected for more personally relevant purposes (see Tables 6, 9, 11, and 13). In contrast, ratings were more likely to be inflated and factors structures less likely to be confirmed when collected for personally relevant purposes (see Tables 10 and 12).

## Organizational Context

Research Questions 13 and 14 examined organizational size and geographic dispersion, respectively. From results in Tables 4 and 5, size was significantly related with only mean ratings such that work analysis projects in larger organizations were associated with less inflation. Dispersion was negatively related with interrater agreement and mean ratings such that agreement was higher and rating inflation lower, when organizations were less geographically dispersed. However, factor structures were more likely to be confirmed for work analyses conducted in more geographically dispersed organizations.

## Additional Moderators

Of note is the finding that $\chi^2$ tests within many levels of the moderator variables tended to produce significant results, indicating that although many of the moderator variables showed significant relationships, additional variance in work analytic outcomes may be explained by the existence of additional moderators or interactions between those variables. Unfortunately, limited numbers of studies within cross-levels of these variables prevented an examination of potential interaction effects on work analysis outcomes. This limitation and directions for future research are discussed below.

# Discussion

To our knowledge, this study represents the first comprehensive examination of work analysis quality across the variety of indices typically used in research and practice. This breadth of assessment

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Table 8
*Results of Subgroup Moderator Analysis of Intrarater Reliability*

| Moderator | *k* | *n* | Effect | *SD* | % var | 95% CI | $\chi^2$ |
|---|---|---|---|---|---|---|---|
| Specificity of activities | | | | | | | |
| Task | 10 | 2,943 | .72 | .02 | 100 | .704–.727 | 3.90 |
| Duty | 2 | 77 | .88 | .01 | 100 | .873–.883 | .05 |
| Type of system | | | | | | | |
| Study specific | 2 | 77 | .88 | .01 | 100 | .873–.883 | .05 |
| Standardized | 12 | 3,475 | .73 | .04 | 47 | .715–.748 | 28.94* |
| Subjectivity of rating scale | | | | | | | |
| Objective | 8 | 1,508 | .71 | .03 | 100 | .688–.740 | 4.49 |
| Subjective | 3 | 1,534 | .72 | .02 | 100 | .709–.734 | 2.54 |
| Rating scale | | | | | | | |
| Importance | 3 | 1,534 | .72 | .02 | 100 | .709–.734 | 2.54 |
| Mixed | 3 | 477 | .90 | .01 | 100 | .891–.902 | .86 |
| Intended use | | | | | | | |
| Research | 2 | 470 | .90 | .01 | 100 | .890–.904 | .62 |
| Other | 3 | 2,795 | .73 | .04 | 15 | .686–.771 | 23.94* |
| Mixed | 7 | 372 | .78 | .00 | 100 | .781–.787 | .03 |

*Note*. Moderator variables and moderator levels that could not be tested because of insufficient data are not included in the table. k = number of effects; CI = confidence interval; % var = percentage of variance due to sampling error.
* $p < .05$.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

allows the current meta-analysis to significantly extend two previous meta-analyses that exclusively focused on the reliability of work analysis data (Dierdorff & Wilson, 2003; Voskuijl & van Sliedregt, 2002). We further sought to go beyond estimating overall levels of work analysis quality by also identifying factors associated with differences in quality. This primary goal led us to consider the effects of the types of design decisions and purposes that are concomitant with conducting work analysis. In total, 205 articles and 1,239 quality estimates were meta-analytically combined to investigate 14 research questions. Our results collectively reveal at least three broad conclusions. First, quality in work analysis is clearly multifaceted, as reflected in the numerous ways it has been assessed in prior research (see Table 1). Second, the choices one must make when conducting work analysis, as well as its purpose and organizational context, are associated with the quality of the data that are produced. Third, the overall results are fairly mixed across the nine quality indices. This suggests that, with a few notable exceptions that we discuss below, the results do not offer an abundance of clear directions for practice; a situation that is especially concerning because work analysis is commonly seen as the foundation of human resource management. Thus, despite substantial research, the stark fact is that much still remains to be understood about the processes associated with generating work analysis information as well as the consequences for data-driven decisions based on this practice.

In the paragraphs that follow, we first describe a few trends that emerged in our results and are congruent with expectations from prior work analysis scholarship whereas at the same time depicting quality trade-offs associated with different design choices. We next highlight several specific results, with an emphasis on those that were somewhat surprising in the sense that they were different from prior research or inconsistent with commonly held assumptions in the work analysis domain. Third, we describe areas where our results can offer guidance for designing future work analyses. Finally, we turn to a discussion of what the body of these results means for conducting work analysis and offer recommendations for future work analysis scholarship.

Our meta-analysis demonstrates that work analysis designs are associated with differences in data outcomes. Table 14 provides a broad synopsis of the effects uncovered across quality indices. As shown, the majority of variables (63%) for which sufficient data were available to be meta-analyzed displayed significant effects. Across design choice categories, most showed a majority of significant effects. For example, 94% of the effects pertaining to descriptor choice displayed associations, whereas 57% and 69% of the effects pertaining to choices of collection method and rating scale showed relationships, respectively. The purpose of work analysis held consequences for data quality, with 73% significant effects. Data source designs and organizational context displayed fewer relationships, where 46% and 29% of the possible effects were significant, respectively. Taken collectively, these results confirm the point previously raised by many work analysis scholars (e.g., Morgeson & Campion, 1997; Sanchez & Levine, 2000) that not all of the variability in work analysis data is attributable to random error.

A number of trends are evident in specific relationships between design choices and work analysis data outcomes. For example, our findings show that work analyses focusing on activities tend to have greater consensus and consistency across raters as well as less inflation in ratings compared with those focusing on attributes, which is consistent with the stipulation that such descriptors require less difficult inferences on the part of raters (Dierdorff & Morgeson, 2009). Results also indicate that rating scales requiring more objective judgments generally produce data of higher reliability and discriminability, and are more likely to confirm proposed factor structures, compared with those requiring more subjective judgments. Such findings are congruent with the notion that scales create distinct inferential lenses through which to judge work roles (Dierdorff & Rubin, 2007). Data collected on more abstract attributes result in some quality costs, such as personality traits showing decreased consensus and abilities and knowledge descriptors showing increased mean ratings, both of which support the idea that rating more abstract worker requirements presumed necessary for performance is somehow more

Table 9
*Results of Subgroup Moderator Analyses of Rate-Rerate Reliability*

| Moderator | *k* | *n* | Effect | *SD* | % var | 95% CI | $\chi^2$ |
|---|---|---|---|---|---|---|---|
| Type of data | | | | | | | |
| Activity | 27 | 2,950 | .69 | .07 | 52 | .676–.705 | 57.21* |
| Mixed | 11 | 1,072 | .66 | .01 | 100 | .649–.677 | .74 |
| Attribute | 8 | 2,854 | .56 | .06 | 37 | .518–.599 | 23.60* |
| Specificity of activities | | | | | | | |
| Task | 15 | 3,387 | .62 | .07 | 34 | .595–.635 | 45.06* |
| Duty | 4 | 1,465 | .57 | .06 | 35 | .509–.623 | 10.80* |
| Job | 3 | 104 | .86 | .03 | 100 | .829–.895 | 1.89 |
| Type of system | | | | | | | |
| Study specific | 25 | 5,173 | .60 | .07 | 41 | .585–.617 | 66.59* |
| Standardized | 10 | 781 | .77 | .06 | 60 | .740–.797 | 15.8 |
| Subjectivity of rating scale | | | | | | | |
| Objective | 11 | 1,427 | .73 | .05 | 68 | .716–.749 | 17.20 |
| Subjective | 15 | 1,387 | .65 | .16 | 14 | .610–.681 | 108.29* |
| Rating scale | | | | | | | |
| Frequency | 3 | 636 | .72 | .05 | 44 | .687–.750 | 6.34* |
| Time | 4 | 655 | .72 | .05 | 57 | .698–.743 | 6.18 |
| Importance | 10 | 742 | .78 | .06 | 58 | .750–.808 | 16.83 |
| Difficulty | 2 | 554 | .49 | .05 | 84 | .440–.532 | 2.17 |
| Mixed | 7 | 1,469 | .60 | .06 | 54 | .582–.627 | 12.40* |
| Other | 6 | 195 | .71 | .16 | 30 | .632–.792 | 21.66* |
| Respondent type | | | | | | | |
| Incumbent | 39 | 6,558 | .62 | .08 | 35 | .612–.637 | 119.07* |
| Supervisor | 2 | 82 | .79 | .08 | 55 | .714–.866 | 3.67 |
| Professional analyst | 2 | 40 | .78 | .06 | 100 | .719–.837 | 1.05 |
| Mixed | 5 | 340 | .72 | .10 | 35 | .615–.818 | 15.55 |
| Intended use | | | | | | | |
| Research | 20 | 2,927 | .66 | .04 | 100 | .635–.675 | 14.75 |
| Other | 8 | 738 | .80 | .06 | 39 | .783–.823 | 21.63* |
| Personal relevance | | | | | | | |
| Not relevant | 27 | 3,745 | .68 | .06 | 58 | .669–.694 | 54.33* |
| Relevant | 3 | 162 | .88 | .03 | 100 | .845–.911 | 3.55 |

*Note*. Moderator variables and moderator levels that could not be tested because of insufficient data are not included in the table. k = number of effects; CI = confidence interval; % var = percentage of variance due to sampling error.
* $p < .05$.

difficult for respondents (Harvey & Wilson, 2000). Finally, given that only 2 of 17 effects were significant, our results for the influence of respondent demographics not only corroborate the generally equivocal effects from previous studies, but also confirm that these types of investigations are unlikely to be useful for future research and should be replaced by more theoretically substantive variables, such as career identity and work experience (Sanchez & Levine, 2012).

Other results depicted unexpected or surprising relationships. For example, increased specificity of activities (e.g., tasks vs. duties) does not appear to exert consistent directional effects, which is a finding that stands in contrast to research that finds a positive relationship between activity specificity and data quality (e.g., Dierdorff & Morgeson, 2009; Dierdorff & Wilson, 2003). These results are likely because of the more expansive examination we undertook that not only included more data, but also more levels of specificity than prior studies could examine. We also find very little support for the quality benefits of using multiple methods, which is a common design recommendation thought to enrich the scope of work analysis projects and to promote data quality. It is possible that the lack of effect we find is because many studies used multiple methods, but simply did not report this information. It is also possible that particular combinations of methods produce higher levels of quality than others, such as direct observation coupled with surveys, but available data did not permit testing these configurations.

Our meta-analysis further reveals that competency modeling, while resulting in lower interrater reliability and higher inflation, appears to have higher discriminability compared with more traditional approaches. Higher inflation is congruent with the notion that competency modeling often emphasizes ill-defined attributes (Campion et al., 2011) and is consistent with the widely held view of many work analysis scholars that competency modeling is less rigorous (Shippmann et al., 2000). However, the favorable quality consequences for competency modeling we found contrast this prevailing view. It may be that more recent competency modeling efforts have responded to previous critiques and thus are producing higher quality data. Yet, it is also possible that our findings are because of reporting conventions, as many of the articles using traditional work analysis approaches reported work analysis information as a side note rather than as the focus of the study. If competency modeling is more likely to be the focus of an article, it is possible that only high quality competency modeling studies have made it to publication and were, therefore, more likely to be identified for inclusion in our analyses.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Table 10
*Results of Subgroup Moderator Analyses of Factor Structure Confirmation*

| Moderator | *k* | *n* | Effect | *SD* | % var | 95% CI | $\chi^2$ |
|---|---|---|---|---|---|---|---|
| Type of data | | | | | | | |
| Activity | 29 | 6,029 | 4.78 | 4.24 | 13 | 4.087–5.471 | 235.57* |
| Mixed | 6 | 1,330 | 0.24 | 0.99 | 0 | −.239–.728 | 1465.36* |
| Attribute | 7 | 3,159 | 0.09 | 0.2 | 5 | −.003–.191 | 125.33* |
| Specificity of activities | | | | | | | |
| Task | 26 | 4,587 | 4.85 | 4.89 | 12 | 3.807–5.890 | 216.73* |
| Job | 5 | 975 | 3.94 | 2.71 | 15 | 2.719–5.160 | 33.90* |
| Type of system | | | | | | | |
| Study specific | 11 | 4,575 | 0.99 | 2.02 | 0 | .432–1.566 | 169664.39* |
| Standardized | 26 | 2,642 | 5.09 | 5.02 | 24 | 4.048–6.133 | 107.44* |
| Subjectivity of rating scale | | | | | | | |
| Objective | 9 | 3,174 | 0.24 | 0.37 | 2 | .061–.426 | 495.86* |
| Subjective | 23 | 3,857 | 5.68 | 4.94 | 24 | 4.722–6.564 | 99.19* |
| Rating scale | | | | | | | |
| Time | 9 | 3,174 | 0.24 | 0.37 | 2 | .061–.426 | 495.86* |
| Importance | 13 | 3,283 | 6.46 | 4.92 | 27 | 5.384–7.545 | 47.73* |
| Mixed | 3 | 903 | 3.48 | 0.5 | 100 | 3.251–3.724 | 1.81 |
| Other | 2 | 635 | 5.69 | 1.33 | 100 | 5.903–5.474 | 1.15 |
| Respondent type | | | | | | | |
| Incumbent | 16 | 9,263 | 1.75 | 2.96 | 0 | 1.389–2.116 | 18995.65* |
| Professional analyst | 3 | 642 | 5.69 | 1.21 | 100 | 5.369–6.008 | 0.95 |
| Intended use | | | | | | | |
| Research | 7 | 1,561 | 2.18 | 1.83 | 2 | 1.591–2.784 | 366.96* |
| Other | 4 | 834 | 1.10 | 0.83 | 0 | .284–1.918 | 12945.55* |
| Personal relevance | | | | | | | |
| Not relevant | 25 | 2,868 | 1.90 | 1.84 | 2 | 1.494–2.296 | 1449.34* |
| Relevant | 7 | 1,486 | 3.10 | 2.49 | 6 | 1.901–4.292 | 124.14* |

*Note.* Moderator variables and moderator levels that could not be tested because of insufficient data are not included in the table. k = number of effects; CI = confidence interval; % var = percentage of variance due to sampling error.
* $p < .05$.

Finally, results indicating that rater training has only minimal effects on quality were rather unexpected. We found that rater training only increases discriminability in the data and has no effects on inflation and interrater reliability. While consistent with prior meta-analytic evidence from Voskuijl and van Sliedregt (2002), these results at first glance seem to contradict more recent research showing the benefits of rater training (e.g., Aguinis et al., 2009; Lievens & Sanchez, 2007). It is likely that this discrepancy stems from the type of training provided, which we could not sufficiently code. Past studies showing supportive evidence for rater training have specifically used frame-of-reference training. Thus, one conclusion from our results is that simply providing any form of rater training is unlikely to improve overall quality, such as training on the

Table 11
*Results of Subgroup Moderator Analyses of Distractor Item Endorsement*

| Moderator | *k* | *n* | Effect | *SD* | % var | 95% CI | $\chi^2$ |
|---|---|---|---|---|---|---|---|
| Subjectivity of rating scale | | | | | | | |
| Objective | 3 | 275 | .49 | .35 | 12 | .154–.827 | 57.03* |
| Subjective | 11 | 914 | .26 | .39 | 15 | .005–.512 | 158.81* |
| Rating scale | | | | | | | |
| Time | 3 | 275 | .49 | .35 | 12 | .154–.827 | 57.03* |
| Importance | 11 | 914 | .26 | .39 | 15 | .005–.512 | 158.81* |
| Mixed | 2 | 1,330 | .08 | .03 | 100 | .053–.107 | 1.09 |
| Respondent type | | | | | | | |
| Incumbent | 12 | 986 | .08 | .06 | 100 | .044–.115 | 3.04 |
| Mixed | 3 | 1,533 | .26 | .35 | 12 | −.081–.602 | 215.02* |
| Personal relevance | | | | | | | |
| Not relevant | 3 | 501 | .68 | .34 | 12 | .349–1.011 | 198.27* |
| Relevant | 10 | 1,640 | .06 | .02 | 100 | .036–.077 | .76 |

*Note.* Moderator variables and moderator levels that could not be tested because of insufficient data are not included in the table. k = number of effects; CI = confidence interval; % var = percentage of variance due to sampling error.
* $p < .05$.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Table 12
*Results of Subgroup Moderator Analyses of Mean Ratings*

| Moderator | *k* | *n* | Effect | *SD* | % var | 95% CI | $\chi^2$ |
|---|---|---|---|---|---|---|---|
| Type of data | | | | | | | |
| Activity | 157 | 37,432 | −.79 | 1.29 | 0 | −.839–−.740 | 440625.35* |
| Mixed | 40 | 9,561 | .56 | 1.01 | 0 | .438–.686 | 20990.94* |
| Attribute | 119 | 48,909 | −.25 | 1.09 | 0 | −.317–−.191 | 66379.74* |
| Specificity of activities | | | | | | | |
| Task | 158 | 14,894 | −.20 | .78 | 61 | −.245–−.158 | 9843.10* |
| Task cluster | 2 | 5,507 | −2.55 | .07 | 100 | −2.612–−2.478 | 1.00* |
| Duty | 30 | 18,947 | −.77 | 1.30 | 0 | −.920–−.619 | 193903.14* |
| Job | 18 | 4,343 | .15 | .55 | 30 | .035–.274 | 1379.75* |
| Specificity of attributes | | | | | | | |
| Skill | 17 | 15,701 | −.33 | .88 | 77 | −.501–−.157 | 15229.09* |
| Knowledge | 10 | 11,029 | .17 | .46 | 21 | −.052–.394 | 2422.83* |
| Ability | 21 | 1,775 | 1.11 | .40 | 16 | .849–1.376 | 5110.54* |
| Personality | 12 | 15,877 | −.44 | 1.89 | 0 | −.898–.026 | 86122.04* |
| Mix | 31 | 5,273 | .49 | .88 | 77 | .349–.638 | 7215.32* |
| Other | 11 | 3,522 | .52 | .52 | 27 | .371–.663 | 1784.83* |
| Overall analytical approach | | | | | | | |
| Traditional | 300 | 92,174 | −.42 | 1.22 | 0 | −.450–−.386 | 202630.41* |
| Competency | 15 | 5,127 | .66 | .59 | 35 | .558–.770 | 5813.98* |
| Type of system | | | | | | | |
| Study specific | 91 | 67,524 | −.64 | 1.25 | 0 | −.739–−.551 | 308812.66* |
| Standardized | 213 | 27,814 | .34 | .90 | 81 | .313–.375 | 29072.13* |
| Rater training | | | | | | | |
| No training | 976 | 95,247 | −.36 | 1.23 | 0 | −.392–−.331 | 190862.01* |
| Training | 32 | 1,555 | −.30 | .96 | 92 | −.570–−.031 | 1746.33* |
| Subjectivity of rating scale | | | | | | | |
| Objective | 70 | 8,764 | −.33 | .67 | 45 | −.371–−.285 | 5011.99* |
| Subjective | 201 | 81,306 | −.40 | 1.31 | 0 | −.437–−.356 | 197221.99* |
| Rating scale | | | | | | | |
| Frequency | 27 | 3,254 | .00 | .76 | 58 | −.102–.085 | 1895.56* |
| Time | 23 | 3,170 | −.59 | .33 | 11 | −.666–−.521 | 837.81* |
| Importance | 125 | 74,360 | −.34 | 1.34 | 0 | −.383–−.292 | 171311.26* |
| Difficulty | 12 | 702 | −.88 | .80 | 64 | −1.275–−.494 | 9431.90* |
| Rating scale | | | | | | | |
| Perform | 8 | 638 | −.26 | .65 | 42 | −.670–.165 | 306.56* |
| Mixed | 12 | 912 | −.65 | .82 | 67 | −.913–−.380 | 1794.17* |
| Required | 4 | 985 | −.95 | .57 | 32 | −1.232–−.670 | 35714.24* |
| Error | 24 | 1,349 | −.41 | .84 | 71 | −.960–.141 | 1382.95* |
| Learn | 23 | 1,748 | −.90 | .44 | 19 | −1.191–−.617 | 10150.76* |
| Other | 59 | 10,795 | −.29 | .92 | 85 | −.380–−.209 | 10910.78* |
| Respondent type | | | | | | | |
| Incumbent | 163 | 84,612 | −.38 | 1.26 | 0 | −.418–−.345 | 184166.66* |
| Supervisor | 82 | 5,257 | −.70 | 1.54 | 0 | −.855–−.554 | 49155.58* |
| Professional analyst | 52 | 3670 | −.41 | .43 | 18 | −.552–−.270 | 988.32* |
| Student | 7 | 691 | −.47 | .51 | 26 | −.719–−.217 | 297.88* |
| Mixed | 12 | 1,518 | .68 | .60 | 36 | .472–.863 | 1768.32* |
| Intended use | | | | | | | |
| Selection | 82 | 4,842 | .41 | .81 | 66 | .269–.557 | 4585.53* |
| Training | 54 | 4,973 | −.63 | 1.04 | 0 | −.858–−.404 | 14951.95* |
| Certification | 11 | 5,074 | 1.11 | .26 | 7 | 1.034–1.182 | 6846.87* |
| Work design | 5 | 2,393 | −.15 | .31 | 10 | −.295–.006 | 234.83* |
| Research | 60 | 64,081 | −.70 | 1.24 | 0 | −.788–−.601 | 68861.30* |
| Mixed Purpose | 24 | 4,451 | .91 | .43 | 18 | .745–1.079 | 28644.54* |
| Other | 8 | 2,351 | .48 | .79 | 62 | .173–.794 | 2509.66* |
| Personal relevance | | | | | | | |
| Not relevant | 216 | 81,397 | −.49 | 1.27 | 0 | −.537–−.452 | 228704.60* |
| Relevant | 28 | 6,610 | .65 | .60 | 36 | .507–.802 | 7311.56* |

*Note*. Moderator variables and moderator levels that could not be tested because of insufficient data are not included in the table. k = number of effects; CI = confidence interval; % var = percentage of variance due to sampling error.
* $p < .05$.

purpose of the work analysis or how to use the instrument. Instead, it may be that only particular forms of rater training hold influence. Considering the significant effort required to develop and deliver frame-of-reference training, future research that comparatively examines other forms of rater training, such as instruction similar to performance dimension training (see

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Table 13
*Results of Subgroup Moderator Analyses of Discriminability*

| Moderator | *k* | *n* | Effect | *SD* | % var | 95% CI | $\chi^2$ |
|---|---|---|---|---|---|---|---|
| Type of data | | | | | | | |
| Activity | 141 | 35,183 | −.76 | .66 | 0 | −.789–−.729 | 84699.47* |
| Mixed | 33 | 7,622 | .57 | 1.31 | 0 | .358–.786 | 28976.44* |
| Attribute | 115 | 48,580 | −.65 | .64 | 0 | −.686–−.608 | 59257.50* |
| Specificity of activities | | | | | | | |
| Task | 148 | 13,327 | −.02 | .71 | 2 | −.065–.024 | 6734.58* |
| Duty | 25 | 18,587 | −.86 | .53 | 0 | −.932–−.784 | 75108.06* |
| Job | 18 | 4,343 | −.03 | .29 | 5 | −.093–.032 | 358.60* |
| Specificity of attributes | | | | | | | |
| Skill | 10 | 11,029 | −.64 | .57 | 0 | −.922–−.364 | 10379.77* |
| Knowledge | 12 | 15,877 | −1.14 | .42 | 0 | −1.244–−1.037 | 31426.22* |
| Ability | 18 | 1,337 | .19 | .17 | 44 | .025–.351 | 40.24* |
| Personality | 17 | 15,701 | −.33 | .53 | 0 | −.430–−.223 | 5531.63* |
| Mix | 25 | 4,106 | −.40 | .42 | 2 | −.491–−.310 | 1004.68* |
| Other | 8 | 2,537 | −.01 | .51 | 1 | −.212–.188 | 662.98* |
| Overall analytical approach | | | | | | | |
| Traditional | 277 | 88,517 | −.62 | 1.47 | 0 | −.660–−.572 | 494737.09* |
| Competency | 11 | 4,267 | .25 | .33 | 2 | .174–.318 | 529.04* |
| Type of system | | | | | | | |
| Study specific | 89 | 67,465 | −.77 | .81 | 0 | −.834–−.702 | 262510.62* |
| Standardized | 188 | 23,356 | −.05 | .55 | 3 | −.075–−.030 | 7137.52* |
| Rater training | | | | | | | |
| No training | 252 | 91,017 | −.58 | .81 | 0 | −.603–−.557 | 135873.63* |
| Training | 29 | 1,268 | −.42 | .36 | 12 | −.532–−.299 | 237.74* |
| Subjectivity of rating scale | | | | | | | |
| Objective | 66 | 7,979 | .26 | .59 | 2 | .217–.300 | 3223.40* |
| Subjective | 180 | 78,305 | −.71 | .66 | 0 | −.735–−.688 | 138043.69* |
| Rating scale | | | | | | | |
| Frequency | 25 | 2,728 | .21 | .62 | 2 | .123–.297 | 1157.88* |
| Time | 22 | 3,136 | .16 | .42 | 4 | .064–.249 | 594.95* |
| Importance | 106 | 71,651 | −.76 | .63 | 0 | −.788–−.737 | 164564.33* |
| Difficulty | 12 | 702 | .31 | .67 | 3 | −.013–.640 | 385.15* |
| Perform | 8 | 638 | 1.40 | .61 | 3 | 1.00–1.80 | 254.37* |
| Rating scale | | | | | | | |
| Mixed | 11 | 905 | −.28 | .28 | 13 | −.387–−.167 | 84.31* |
| Required | 10 | 985 | −.25 | .18 | 28 | −.342–−.166 | 36.74* |
| Learn | 23 | 1,748 | −.45 | .62 | 2 | −.849–−.045 | 1036.06* |
| Other | 57 | 9,846 | .04 | .65 | 0 | −.031–.104 | 4217.91* |
| Respondent type | | | | | | | |
| Incumbent | 143 | 80,586 | −.67 | .75 | 0 | −.692–−.641 | 147173.16* |
| Supervisor | 76 | 4,800 | −.28 | 1.11 | 1 | −.396–−.155 | 6910.64* |
| Professional analyst | 52 | 3,670 | .65 | .59 | 1 | .453–.840 | 3807.50* |
| Student | 7 | 691 | −.53 | .53 | 2 | −.788–−.269 | 374.85* |
| Mixed | 11 | 1,484 | −.51 | .37 | 3 | −.633–−.390 | 377.00* |
| Intended use | | | | | | | |
| Training | 53 | 4,921 | −.27 | .71 | 2 | −.442–−.095 | 2869.94* |
| Selection | 74 | 3,825 | .52 | .77 | 2 | .349–.685 | 4247.58* |
| Certification | 10 | 4,350 | −.15 | .36 | 2 | −.271–−.036 | 588.36* |
| Work design | 2 | 1,626 | −.41 | .04 | 53 | −.449–−.366 | 4.28* |
| Research | 60 | 64,081 | −.86 | .56 | 0 | −.907–−.822 | 314296.17* |
| Mixed purpose | 7 | 1,832 | −.74 | .28 | 1 | −.873–−.603 | 669.51* |
| Other | 20 | 4,139 | .39 | .26 | 5 | .266–.517 | 379.48* |
| Personal relevance | | | | | | | |
| Not relevant | 203 | 78,325 | −.69 | .81 | 0 | −.717–−.657 | 182673.59* |
| Relevant | 23 | 6,291 | −.01 | .59 | 1 | −.200–.184 | 2177.14* |

*Note*. Moderator variables and moderator levels that could not be tested because of insufficient data are not included in the table. k = number of effects; CI = confidence interval; % var = percentage of variance due to sampling error.
* $p < .05$.

Roch, Woehr, Mishra, & Kieszczynaska, 2012; Woehr & Huffcutt, 1994), would be beneficial. Moreover, sufficient data were only available for three of the quality indicators and none were accuracy indices that are commonly included in frame-of-reference training research.

## Implications for Work Analysis Practice

The centrality of work analysis to human resource management decisions is recognized by both regulatory agency and professional society guidelines. The *Uniform Guidelines on Employee Selection*

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Table 14
*Synopsis of Major Findings Across Quality Indices and Design Choices, Purpose, and Context*

| Variable | Interrater reliability | Interrater agreement | Intrarater reliability | Rate-rerate reliability | Factor structure | Distractor endorsement | Mean ratings | Discriminability |
|---|---|---|---|---|---|---|---|---|
| Descriptor | | | | | | | | |
| Type of data | Y | Y | n/a | Y | Y | n/a | Y | Y |
| Activity specificity | Y (4) | Y (2) | Y (2) | Y (3) | N (2) | n/a | Y (4) | Y (3) |
| Attribute specificity | Y (5) | n/a | n/a | n/a | n/a | n/a | Y (6) | Y (6) |
| Collection method | | | | | | | | |
| Number of methods | N | N | n/a | N | N | n/a | N | Y |
| Analytical approach | Y | Y | n/a | n/a | n/a | n/a | Y | Y |
| Type of system | Y | N | Y | Y | Y | n/a | Y | Y |
| Rater training | N | n/a | n/a | n/a | n/a | n/a | N | Y |
| Length | Y | Y | Y | N | N | N | N | Y |
| Rating scale | | | | | | | | |
| Subjectivity of scale | Y | Y | N | Y | Y | N | N | Y |
| Type of scale | Y (9) | Y (4) | Y (2) | Y (6) | Y (4) | N (3) | N (10) | Y (9) |
| Data source | | | | | | | | |
| Respondent type | Y (6) | Y (4) | n/a | N (4) | Y (2) | N (2) | Y (5) | Y (5) |
| Demographics | N (3) | N (2) | n/a | n/a | Y (2) | N (2) | N (4) | N (4) |
| Work analysis purpose | | | | | | | | |
| Intended use | Y (8) | Y (3) | Y (3) | Y (2) | N (2) | N | Y (7) | Y (7) |
| Personal relevance | Y | N | n/a | Y | N | Y | Y | Y |
| Organizational context | | | | | | | | |
| Size | N | N | n/a | N | N | n/a | Y | N |
| Dispersion | N | Y | N | N | Y | N | Y | N |

*Note*. "Y" indicates that 50% or more of the confidence intervals for significant effects (regardless of direction) are nonoverlapping when two or more variable categories were available to analyze; n/a = insufficient or absent data for meta-analysis; when applicable, number of variable categories analyzed are shown in parentheses; the term "quality" is used to broadly refer work analysis outcomes; however, this is not a universal view (see the section below about the notion of quality in work analysis for an alternate perspective).

*Procedures* stipulate that decision-making procedures must be demonstrably linked to critical job requirements (Equal Employment Opportunity Commission, 1978), meaning that work analysis data should be essential building blocks of any human resource system. The importance of assessing and documenting work analysis quality is specifically noted in the *Principles for the Validation and Use of Personnel Selection Procedures* where it is written, "any methods used to obtain information about work or workers should have reasonable psychometric characteristics . . . Lack of consensus about the information contained in the analysis of work should be noted and considered further" (p. 11; Society for Industrial and Organizational Psychology, 2003). If one accepts the view that the types of outcomes we examined are indicative of quality, a view we clearly hold but one that is not necessarily held by all work analysis scholars, then the lack of data quality has significant practical implications for those who design, and are affected by, human resource systems (Brannick et al., 2007).

This study clearly demonstrates that work analysis designs have different consequences depending on the quality index examined. This information is useful to practice because it can inform the likely consequences that would be associated with design choices for future work analysis efforts. For example, the current evidence first suggests that a sole focus on activities tends to produce data of high reliability and low inflation, but will not be as useful for understanding the underlying structure of work or for revealing fine-grained differences in a work role. Second, a sole focus on attributes is likely to be more useful for understanding the latent structure of work and can reduce inflation, but also is likely to result in lower reliability and less discriminability. However, mixing these two categories of data likely improves discriminability and reliability, but comes at the cost of inflated ratings. Third, practitioners using competency modeling will likely reap data of low interrater reliability and inflated ratings, but of increased discriminability. Fourth, using generic systems (e.g., O*NET or PAQ) should provide data of higher reliability and discriminability, as well as reduce the time and resources needed to develop organization-specific instruments. However, our results also suggest the costs of building organization-specific tools may be worthwhile, as data are more likely to show consistency over time, lead to a more accurate understanding of work, and have less inflation.

In addition to the types of data and collection methods used, quality differences across respondent types indicates that using multiple types is advisable whenever possible. For instance, our evidence indicates that professional analysts and supervisors generally provide data of higher reliability and discriminability than incumbents. Given that incumbents are often the most readily available respondents and boost the "face validity" of work analysis results, it seems that their heavy use is unlikely to subside. A practical remedy is to include other sources, such as analysts or technical experts, to complement incumbents. Moreover, it may be useful to constrain certain respondents to particular types of data, such as not having incumbents rate trait descriptors (Dierdorff & Morgeson, 2009). Finally, increasing the demographic diversity of respondents is often a goal of work analysis to enhance fairness and representativeness. Our results suggest that such choices will not detract from data quality.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

The purposes for which work analysis is conducted are also associated with different data consequences. Our results indicate increased interrater reliability for certification and training, and decreased interrater reliability for personnel selection; lower inflation for work design and training uses and higher inflation for certification and personnel selection uses; and, higher discriminability for personnel selection. Such differences hold important practical consequences, especially in "high stakes" contexts (e.g., promotion systems), when work analysis is used to isolate specific influences on work-related outcomes (e.g., attitudes, performance, etc.), or when creating systems that require substantial investment of resources (e.g., training programs).

In personnel selection contexts, for example, inflation can lead to incorrect predictor choices, whereas low levels of consistency or reliability could raise legal concerns if work analysis results are challenged. Our results indicate that when the purpose is personnel selection work analysis data show favorable discriminability, but low interrater reliability ($r$ = .51), and ways to counteract this quality loss include using professional analysts and developing organization-specific work analyses. If only incumbents are available, results suggest that discussing the personal relevance of the work analysis (i.e., better selection leads to hiring better coworkers) would be beneficial. For compensation system designs, where differentiation between and within specified compensable factors is important for building effective and fair systems, consequences such as inflation, distractor endorsement, and factor confirmation appear especially pertinent. Our findings suggest that for this purpose data quality could be improved by including activity descriptors and ratings from supervisors, emphasizing skills (if attributes are included), and incorporating more objective rating scales (e.g., frequency or time spent). When the purpose of work analysis is to inform training and development, quality indices such as discriminability and reliability are particularly salient to ensure the correct training needs are subsequently incorporated into training designs. Here, results indicate favorable interrater reliability ($r$ = .86) and that inflation is not problematic. However, results also show that discriminability is diminished. Tactics to counteract this loss could be the use of professional analysts or technical experts and the inclusion of a mix of activities and attributes, preferably tasks and skills (as opposed to knowledge descriptors). Finally, when multiple purposes are intended for work analysis our results indicate that consensus is improved ($r$ = .93); however, this situation also leads to inflation and reduced discriminability. Potential tactics to counteract this loss include communicating the relevance of the purposes, using supervisors or professional analysts, using objective scales, and blending standardized instruments with study specific tools.

It is important to realize that all of the purposes of work analysis entail a consideration of the effectiveness of the decisions that are based on the data that are produced. Given the noticeable differences in data outcomes across different intended uses, future research that examines the effects of these informational consequences on the subsequent decisions that are required by different work analysis purposes is particularly needed. Although conceptual treatments of such "consequential validity" (see Sanchez & Levine, 2000) have been long offered, to date, research on this topic is extremely scant (Sanchez & Levine, 2012).

## The Notion of Quality in Work Analysis and Future Scholarship

As we noted at the beginning of the manuscript, there is not uniform agreement among work analysis scholars regarding the assessment of data quality, and some even question whether there is such a notion as quality in work analysis. For instance, whereas one view is that low reliability and agreement estimates indicate that the data gathered are of low quality, another view is that such estimates reflect actual differences in tasks across incumbents who share the same work role or, in the case of rate-rerate reliability, signify changes in the role over time. A lack of consensus or factor structure confirmation may indicate that some of the activities performed by incumbents are not necessarily included in what the organization or analyst believe to be part of the work role, or could even reflect real differences in role enactment. It is questions such as these that have led some scholars to question the meaning of any within-title estimates of reliability or agreement among incumbents (e.g., Sanchez & Levine, 2000, 2012). It is important to point out that although we take the position that each index in the aggregate indicates work analysis quality, we agree with scholars who posit that none of these indices provides irrefutable evidence of inaccurate information (Dierdorff & Wilson, 2003; Morgeson & Campion, 1997).

In our minds, one risk of this debate in the work analysis domain is an oversimplification of quality in work analysis. We fully concur with other scholars that the notion of a classical true score in work analysis can be problematic and that variability in work analysis data may reflect actual differences in the way individuals perform the same work role (Morgeson & Dierdorff, 2010; Sanchez & Levine, 2012). At the same time, one must recognize that there are ample situations where requisite activities, and attributes required to perform such activities, do indeed exist for all incumbents in a given role. For example, it is certainly reasonable to expect that all "translators" need to translate one language into another language and must possess foreign language fluency skills to do so; therefore, incumbent data indicating that such tasks and skills are unimportant or infrequently performed are clearly of low quality. We believe that at least part of the conceptual divide reflected in this debate about quality can be explained by the differing concerns of work analysis science and work analysis practice. As it should, scientific scholarship directly focuses on gaining a deeper understanding of why and where variability exists in work analysis data. The emphasis in work analysis practice, on the other hand, is on the use of data for managerial systems and interventions, and thus data quality concerns hold significant import. However, there exists a tangible connection between science and practice because a deeper understanding of variability in work analysis data informs work analysis practice by depicting where to expect quality differences, why they exist, and how to address them in a managerial sense (e.g., as inaccuracies to be ignored or as pertinent differences in work role performance).

Deepening our understanding of variance in work analysis data holds important implications for future work analysis scholarship. For example, it is clear that we need research to gain a better understanding of variability in incumbent ratings. Two prior studies have shown error variance in incumbent ratings is attributable to idiosyncratic and random components (Dierdorff & Morgeson, 2009; Lievens, Sanchez, Bartram, & Brown, 2010). This suggests

that some variability could reflect "true" differences in the way the same job is performed, which is consistent with the speculation of many work analysis scholars (Morgeson & Campion, 2000; Sanchez & Levine, 2000). However, it is important to note that the field currently lacks empirical evidence to support the notion that idiosyncratic variance actually reflects true performance differences—in the absence of systematic relationships to performance variance, it could just as plausibly reflect judgmental error. Thus, more critical questions are "how much" of the nonshared variance in incumbent ratings reflects true differences in performance, random error, and other systematic influences (e.g., environmental factors), as well as what underlies these observed differences.

Along these lines, we echo recent calls by Sanchez and Levine (2012) and Morgeson and Dierdorff (2010) for a more theoretical approach to examining factors that might explain idiosyncratic variance in work analysis data. Further, there are several theories that seem particularly relevant for such future research. Perhaps the most obvious is the detailed conceptual framework offered by Morgeson and Campion (1997) that hypothesized well over a dozen effects across a host of social and cognitive factors. However, with only two exceptions (Dierdorff & Rubin, 2007; Morgeson et al., 2004), the vast majority of these hypotheses have not yet been empirically investigated. In addition to this framework, Morgeson and Dierdorff (2010) note that future research would be well served by integrating scholarship from the broader I/O psychology and management domains, where studies of other substantive variables related to role enactment, such as work attitudes, relationships with peers and supervisors, work experience, and ability, suggest a potential to account for variability in work analysis information and a deeper understanding of why and when such variability is likely to occur.

Another theoretical lens that seems especially pertinent comes from the literature on "job crafting," where incumbents are conceptualized as actively revising the task and social boundaries of their work roles (Wrzesniewski & Dutton, 2001). This notion opens interesting and important ramifications for future work analysis scholarship. For example, as mentioned earlier, at least some of the idiosyncratic variance in work analysis data could be attributable to job crafting. However, to ascertain whether or not idiosyncratic variance is reflective of job crafting, future research must establish evidence of systematic relationships with other meaningful variables, such as differences across occupations, work designs, or organizations, as well as differences in performance outcomes across incumbents (e.g., supervisor ratings of effectiveness, citizenship, etc.). Such relationships would help demonstrate that variance in work analysis ratings is not merely random error or simply differences in perception, but rather captures meaningful differences in job crafting behavior. Another ramification of applying job crafting theory to future work analysis research is that it naturally emphasizes a person-centric approach to understanding how individuals experience and ultimately enact their roles, which should provide insight into between-incumbent differences in work analysis results (Sanchez & Levine, 2012). Further, the job crafting literature reveals a number of factors that seem relevant to work analysis and thus could be integrated into future research. For example, individual differences in prosocial values (Grant, 2007), perceived control (Lyons, 2008), and role orientation (Parker, 2007), as well as contextual factors like autonomy (Ohly, Sonnentag, & Pluntke, 2006), have been shown to predict job crafting and might explain differences in work analysis outcomes.

Finally, questions about quality in work analysis inevitably entail issues regarding the consequences of different work analysis data outcomes. The need for future research on these issues of consequential validity (Sanchez & Levine, 2000) simply cannot be overstated and have, for far too long, failed to receive empirical attention. Here, organizational role theory (Katz & Kahn, 1978) can provide broader guidance and identify areas in need of study. For instance, a fundamental tenet of role theory is that consensus among role holders leads to more effective integration of social systems (Biddle, 1979). This suggests that interrater reliability or agreement should lead to positive higher-level outcomes, such as team, unit, or organizational performance. However, this tenet has yet to be empirically established. Moreover, this role theory stipulation implies that a lack of consensus, which can be reflected in low reliability or even inaccurate data (i.e., endorsement of distractor items), may result in undesirable work-related consequences. The fact that some research has already uncovered relationships between work analysis ratings and job performance (e.g., Dierdorff, Rubin, & Bachrach, 2012) suggests that these cross-level relationships are likely and that role theory is a useful framework to apply in future examinations.

## Limitations

This study is not without limitations. First, as with any meta-analysis, results are limited to the population of identified studies. It is possible that the studies included in this analysis systematically differ from studies that were not publically available. For example, the vast majority of studies used a traditional work analysis approach rather than a competency modeling approach. Given the popularity of competency modeling, it is surprising that more studies were not uncovered, as every effort was made to obtain studies from unpublished sources. In addition, we focused exclusively on work analysis of individual work roles, which may be qualitatively different than work analysis focused on teams (see Arthur, Villado, & Bennett, 2012).

Second, although the framework we used to organize our investigation (see Table 2) is based on existing work analysis theory (Morgeson & Dierdorff, 2010), the specific facets of the framework's dimensions are not exhaustive, but instead were derived from the available data provided in the population of studies. For example, we only examined organizational context along two basic dimensions (size and dispersion) and found some effects for these facets. However, there are certainly other features of organizational context (e.g., structure, culture, etc.), which could affect work analysis quality and should be examined by future research.

Third, we were unable to investigate the influence of many moderator variables on specific quality indices because of an insufficient number of studies reporting the necessary results (see Table 14). The vast majority of studies provided estimates of interrater reliability, means, or discriminability of work analysis data. Far fewer studies reported information pertaining to intrarater reliability, intrarater agreement, and distractor item endorsement. Additionally, many of our results are based on a relatively small number of studies. Readers are thus cautioned

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Case 1:10-cv-06950-AT-RWL Document 1192-20 Filed 07/13/21 Page 22 of 30



This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

to interpret findings in light of the characteristics on which each result is based. It is clear that more primary research is needed to investigate some of the research questions of the present study.

Fourth, another limitation stemming from the insufficient number of studies reporting pertinent information is that we were unable to investigate interactions between moderator variables. It is highly likely that various design decisions and purposes of work analysis interact with each other to influence quality; the finding that many $\chi^2$ tests of between-study variance remained significant after the effects of individual moderator variables were taken into account serves as evidence of this possibility. For example, work analysis purposes may be more likely to influence respondents' motivations when they are incumbents or supervisors, rather than professional analysts. The type of descriptors used in work analysis could also exhibit interactive effects with other design decisions on data quality. It may be that particular sources provide higher quality data on certain descriptors, such as professional analysts rating abstract abilities, or using certain rating scales, such as supervisors rating work roles on consequence of error or required for performance scales. This limitation highlights the need for future research that directly compares design choices and investigates potential interactions on work analysis quality.

## Conclusion

It has been over a decade since Dierdorff and Wilson's (2003) call for more empirical research on the determinants of work analysis quality. The importance of work analysis as the foundation of nearly all human resource systems is axiomatic. We would further add that work analysis is the bedrock of applied psychology and management in general, primarily because nearly all of the phenomena we seek to understand, predict, and shape deal in some form with how people interact with their work. Our study advances the field of work analysis by identifying the effects of common design decisions, purposes, and organizational contexts on the quality of data that are ultimately produced. It is our hope that these results will be used by practitioners for gaining a better understanding of how their particular design choices are associated with various data outcomes related to quality. Moreover, the results of this study provide guidance and impetus for future work analysis scholarship. There yet remains much to be learned about the processes and outcomes of this core discipline of organizational management.

## References

* References marked with an asterisk indicate studies included in the meta-analysis.

Aamodt, M. G., Kimbrough, W. W., Keller, R. J., & Crawford, K. J. (1982). Relationship between sex, race, and job performance level and the generation of critical incidents. *Educational Psychology Review, 2,* 227–234.

*Abbott, S. L. (1996). Forming and enacting job perceptions: An investigation of personality determinants and job performance outcomes. *Dissertation Abstracts International: Section B: The Sciences and Engineering, 57,* 2193.

Ackerman, P. L. (1987). Individual differences in skill learning: An integration of psychometric and information processing perspectives. *Psychological Bulletin, 102,* 3–27. http://dx.doi.org/10.1037/0033-2909.102.1.3

Aguinis, H., Henle, C., & Ostroff, C. (2001). Measurement in work and organizational psychology. In N. Anderson, D. S. Onez, H. C. Sinangil, & C. Visweswaran (Eds.), *International handbook of work and organizational psychology* (Vol. 1, pp. 27–50). West Sussex, England: Wiley.

*Aguinis, H., Mazurkiewicz, M. D., & Heggestad, E. D. (2009). Using web-based frame-of-reference training to decrease biases in personality-based job analysis: An experimental field study. *Personnel Psychology, 62,* 405–438. http://dx.doi.org/10.1111/j.1744-6570.2009.01144.x

*Albertsson, C. K. (1991). The effect of job gender on job analysis in the job evaluation process. *Dissertation Abstracts International, 52,* 2334.

*Alexander, L. D. (1979). The effect level in the hierarchy and functional area have on the extent Mintzberg's roles are required by managerial jobs. *Academy of Management Proceedings,* 186–189.

*Algera, J. A. (1983). Objective and perceived task characteristics as a determinant of reactions by task performers. *Journal of Occupational Psychology, 56,* 95–107. http://dx.doi.org/10.1111/j.2044-8325.1983.tb00117.x

*Allen-Meares, P. (1994). Social work services in schools: A national study of entry-level tasks. *Social Work, 39,* 560–565.

*Allworth, E., & Hesketh, B. (2000). Job requirements biodata as a predictor of performance in customer service roles. *International Journal of Selection and Assessment, 8,* 137–147. http://dx.doi.org/10.1111/1468-2389.00142

*Anderson, G. S., Plecas, D., & Segger, T. (2001). Police officer physical ability testing: Re-validating a selection criterion. *Policing: An International Journal of Police Strategies & Management, 24,* 8–31. http://dx.doi.org/10.1108/13639510110382232

*Andersson, B., & Nilsson, S. (1964). Studies in the reliability and validity of the critical incident technique. *Journal of Applied Psychology, 48,* 398–403. http://dx.doi.org/10.1037/h0042025

*Arneson, S. T. (1987). The Worker Characteristics Inventory: A methodology for assessing personality during job analysis. *Dissertation Abstracts International, 48,* 2128.

Arthur, W., Jr., Villado, A. J., & Bennett, W., Jr. (2012). Innovation in team task analysis. Identifying team-based task elements, tasks and jobs. In M. A. Wilson, W. Bennett, S. G. Gibson, & G. M. Alliger (Eds.), *The handbook of work analysis: Methods, systems, applications, and science of work measurement in organizations* (pp. 641–661). New York, NY: Routledge.

Arvey, R. D., Passino, E. M., & Lounsbury, J. W. (1977). Job analysis results as influenced by sex of incumbent and sex of analyst. *Journal of Applied Psychology, 62,* 411–416. http://dx.doi.org/10.1037/0021-9010.62.4.411

*Arvey, R. D., Salas, E., & Gialluca, K. A. (1992). Using task inventories to forecast skills and abilities. *Human Performance, 5,* 171–190. http://dx.doi.org/10.1207/s15327043hup0503_1

*Ash, P. (1948). The reliability of job evaluation rankings. *Journal of Applied Psychology, 32,* 313–320. http://dx.doi.org/10.1037/h0063107

Ash, R. A. (1988). Job analysis in the world of work. In S. Gael (Ed.), *The job analysis handbook for business, industry, and government* (Vol. 1, pp. 3–13). New York, NY: Wiley.

*Ash, R. A., Levine, E. L., Higbee, R. H., & Sistrunk, F. (March, 1982). *Comparison of task ratings from subject matter experts vs. job incumbents.* Paper presented at the annual meeting of the Southeastern Psychological Association, New Orleans, LA.

*Ballentine, R. D. (1990). Numerical classification of U.S. Air Force enlisted jobs: An application of the General Work Inventory. *Dissertation Abstracts International, 50,* 4257–4258.

*Banks, M. H., Jackson, P. R., Stafford, E. M., & Warr, P. B. (1983). The Job Components Inventory and the analysis of jobs requiring limited skill. *Personnel Psychology, 36,* 57–66. http://dx.doi.org/10.1111/j.1744-6570.1983.tb00502.x

*Banks, M. H., & Miller, R. L. (1984). Reliability and convergent validity of the Job Components Inventory. *Journal of Occupational Psychology, 57,* 181–184. http://dx.doi.org/10.1111/j.2044-8325.1984.tb00160.x

*Baranowski, L. E., & Anderson, L. E. (2005). Examining rating source variation in work behavior to KSA linkages. *Personnel Psychology, 58,* 1041–1054. http://dx.doi.org/10.1111/j.1744-6570.2005.00234.x

*Bayer, A. (1993). Factors affecting human judgments regarding the ability requirements of jobs. *Dissertation Abstracts International, 53,* 6020.

*Beardsley, M. M., & Matkin, R. E. (1984). The Abbreviated Task Inventory: Implications for future role and function research. *Rehabilitation Counseling Bulletin, 27,* 232–245.

Bedeian, A. G., & Mossholder, K. W. (2000). On the use of the coefficient of variation as a measure of diversity. *Organizational Research Methods, 3,* 285–297. http://dx.doi.org/10.1177/109442810033005

*Bentley, D. A. (1991). Quantified analysis of student affairs position tasks. *Dissertation Abstracts International, 52,* 804.

Biddle, B. J. (1979). *Role theory: Expectations, identities, and behavior*. New York: Academic Press.

*Birt, J. A. (1968). The effect of consistency of job inventory information upon simulated airmen reassignment. *Dissertation Abstracts International, 29,* 3121.

*Bjerke, N. B., Fabrey, L. J., Johnson, C. B., Bennett, G., Schollenberger, D., Jacobsen, D., . . . Pirwitz, S. (1993). Job analysis 1992: Infection control practitioner. *American Journal of Infection Control, 21,* 51–57. http://dx.doi.org/10.1016/0196-6553(93)90224-R

*Borman, W. C., Dorsey, D., & Ackerman, L. (1992). Time-Spent responses as time allocation strategies: Relations with sales performance in a stockbroker sample. *Personnel Psychology, 45,* 763–777. http://dx.doi.org/10.1111/j.1744-6570.1992.tb00967.x

Brannick, M. T., Levine, E. L., & Morgeson, F. P. (2007). *Job analysis: Methods, research, and applications for Human Resource Management* (2nd ed.). Thousand Oaks, CA: Sage. http://dx.doi.org/10.4135/9781483329505

*Buhler, M. S. (1983). The ideal head nurse role as defined through Delphi process by head nurses. *Dissertation Abstracts International, 44,* 455.

*Butler, S. K., & Harvey, R. J. (1988). A comparison of holistic versus decomposed rating of position analysis questionnaire work dimensions. *Personnel Psychology, 41,* 761–771. http://dx.doi.org/10.1111/j.1744-6570.1988.tb00652.x

*Campion, M. A. (1988). Interdisciplinary approaches to job design: A constructive replication with extensions. *Journal of Applied Psychology, 73,* 467–481. http://dx.doi.org/10.1037/0021-9010.73.3.467

Campion, M. A., Fink, A. A., Ruggeberg, B. J., Carr, L., Phillips, G. M., & Odman, R. B. (2011). Doing competencies well: Best practices in competency modeling. *Personnel Psychology, 64,* 225–262. http://dx.doi.org/10.1111/j.1744-6570.2010.01207.x

Campion, M. A., Mumford, T. V., Morgeson, F. P., & Nahrgang, J. D. (2005). Work redesign: Eight obstacles and opportunities. *Human Resource Management, 44,* 367–390. http://dx.doi.org/10.1002/hrm.20080

Chatman, J. A., & Flynn, F. J. (2001). The influence of demographic heterogeneity on the emergence and consequences of cooperative norms in work teams. *Academy of Management Journal, 44,* 956–974. http://dx.doi.org/10.2307/3069440

*Chiu, C. K., Lai, G., & Snape, E. (1997). Differences in job perception. *Personnel Review, 26,* 132–142. http://dx.doi.org/10.1108/00483489710157832

*Christal, R. E. (1971). *Stability of consolidated job descriptions based on task inventory survey information*. (AFHRL No. TR-71–48; NTIS No. AD-734–739). Lackland Air Force Base, TX: Personnel Research Laboratory.

Cohen, J. (1960). A coefficient of agreement for nominal scales. *Educational and Psychological Measurement, 20,* 37–46. http://dx.doi.org/10.1177/001316446002000104

Combs, J., Liu, Y., Hall, A., & Ketchen, D. (2006). How much do high-performance work practices matter? A meta-analysis of their effects on organizational performance. *Personnel Psychology, 59,* 501–528. http://dx.doi.org/10.1111/j.1744-6570.2006.00045.x

*Conley, P. R., & Sackett, P. R. (1987). Effects of using high- versus low-performing job incumbents as sources of job-analysis information. *Journal of Applied Psychology, 72,* 434–437. http://dx.doi.org/10.1037/0021-9010.72.3.434

*Conte, J. M. (1998). Time orientation, biodata, and personality predictors of multiple performance criteria. *Dissertation Abstracts International: Section B: The Sciences and Engineering, 58,* 3951.

*Conte, J. M., Dean, M. A., Ringenbach, K. L., Moran, S. K., & Landy, F. J. (2005). The relationship between work attitudes and job analysis ratings: Do rating scale type and task discretion matter? *Human Performance, 18,* 1–21. http://dx.doi.org/10.1207/s15327043hup1801_1

*Conway, J., & Kearin, M. (2007). The contribution of the Patient Support Assistant to direct patient care: An exploration of nursing and PSA role perceptions. *Contemporary Nurse, 24,* 175–188. http://dx.doi.org/10.5172/conu.2007.24.2.175

*Cooke, C. A. (2007). Connecticut human resource director standards: A content validation study. *Dissertation Abstracts International: Section A: The Humanities and Social Sciences, 68,* 1740.

*Cornelius, E. T., & Lyness, K. S. (1980). A comparison of holistic and decomposed judgment strategies in job analyses by job incumbents. *Journal of Applied Psychology, 65,* 155–163. http://dx.doi.org/10.1037/0021-9010.65.2.155

*Cornelius, E. T., Schmidt, F. L., & Carron, T. J. (1984). Job classification approaches and the implementation of validity generalization results. *Personnel Psychology, 37,* 247–260. http://dx.doi.org/10.1111/j.1744-6570.1984.tb01448.x

Costanza, D. P., Fleishman, E. A., & Marshall-Mies, J. C. (1999). Knowledges. In N. Peterson, M. Mumford, W. Borman, P. Jeanneret, & E. Fleishman (Eds.), *An occupational information system for the 21st century: The development of O*NET* (pp. 71–90). Washington, DC: American Psychological Association. http://dx.doi.org/10.1037/10313-005

*Costin, L. B. (1969). School social work: Analysis of function. *Psychology in the Schools, 6,* 347–352. http://dx.doi.org/10.1002/1520-6807(196910)6:4<347::AID-PITS2310060405>3.0.CO;2-4

*Cragun, J. R., & McCormick, E. J. (1967). *Job inventory information: Task and scale reliabilities and scale interrelationships* (PRL No. TR-76–15; NTIS No. AD-681–509). Lackland Air Force Base. TX: Personnel Research Laboratory.

*Cronin, B. E. (2006). The impact of rater goals on job analysis ratings. *Dissertation Abstracts International: Section B: The Sciences and Engineering, 66,* 4520.

*Cucina, J. M., Vasilopoulos, N. L., & Sehgal, K. G. (2005). Personality-based job analysis and the self-serving bias. *Journal of Business and Psychology, 20,* 275–290. http://dx.doi.org/10.1007/s10869-005-8264-2

*Cue, D. (2002). The expanded role of personality variables in the prediction of job success: Using job analytically derived personality predictors of task, contextual, and overall job performance. *Dissertation Abstracts International: Section B: The Sciences and Engineering, 63,* 575.

*Cunningham, J. W., Boese, R. R., Neeb, R. W., & Pass, J. J. (1983). Systematically derived work dimensions: Factor analyses of the Occupation Analysis Inventory. *Journal of Applied Psychology, 68,* 232–252. http://dx.doi.org/10.1037/0021-9010.68.2.232

*Cunningham, J. W., Wimpee, W. E., & Ballentine, R. D. (1990). Some general dimensions of work among U.S. Air Force enlisted occupations. *Military Psychology, 2,* 33–45.

Damanpour, F. (1992). Organizational size and innovation. *Organization Studies, 13,* 375–402. http://dx.doi.org/10.1177/017084069201300304

*Davis, K. R., Jr., & Sauser, W. I., Jr. (1991). Effects of alternative weighting methods in a policy-capturing approach to job evaluation: A

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

review and empirical investigation. *Personnel Psychology, 44,* 85–127. http://dx.doi.org/10.1111/j.1744-6570.1991.tb00692.x

*DeNisi, A. S., Cornelius, E. T., & Blencoe, A. G. (1987). Further investigation of common knowledge effects on job analysis ratings. *Journal of Applied Psychology, 72,* 262–268. http://dx.doi.org/10.1037/0021-9010.72.2.262

Dierdorff, E. C. (2012). Using secondary sources of work information to improve work analysis. In M. A. Wilson, W. Bennett, S. G. Gibson, & G. M. Alliger (Eds.), *The handbook of work analysis: Methods, systems, applications, and science of work measurement in organizations* (pp. 81–92). New York, NY: Routledge.

*Dierdorff, E. C., Carter, L. A., & Wilson, M. A. (2001). *An SBI field agent selection system* (Tech. Rep. No. 2000–0700). Raleigh, NC: North Carolina State University.

*Dierdorff, E. C., & Morgeson, F. P. (2007). Consensus in work role requirements: The influence of discrete occupational context on role expectations. *Journal of Applied Psychology, 92,* 1228–1241. http://dx.doi.org/10.1037/0021-9010.92.5.1228

*Dierdorff, E. C., & Morgeson, F. P. (2009). Effects of descriptor specificity and observability on incumbent work analysis ratings. *Personnel Psychology, 62,* 601–628. http://dx.doi.org/10.1111/j.1744-6570.2009.01151.x

*Dierdorff, E. C., & Rubin, R. S. (2007). Carelessness and discriminability in work role requirement judgments: Influences of role ambiguity and cognitive complexity. *Personnel Psychology, 60,* 597–625. http://dx.doi.org/10.1111/j.1744-6570.2007.00085.x

Dierdorff, E. C., Rubin, R. S., & Bachrach, D. G. (2012). Role expectations as antecedents of citizenship and the moderating effects of work context. *Journal of Management, 38,* 573–598. http://dx.doi.org/10.1177/0149206309359199

*Dierdorff, E. C., Rubin, R. S., & Morgeson, F. P. (2009). The milieu of managerial work: An integrative framework linking work context to role requirements. *Journal of Applied Psychology, 94,* 972–988. http://dx.doi.org/10.1037/a0015456

*Dierdorff, E. C., & Surface, E. A. (2007). Assessing training needs: Do work experience and capability matter? *Human Performance, 21,* 28–48. http://dx.doi.org/10.1080/08959280701522072

Dierdorff, E. C., & Wilson, M. A. (2003). A meta-analysis of job analysis reliability. *Journal of Applied Psychology, 88,* 635–646. http://dx.doi.org/10.1037/0021-9010.88.4.635

Donaldson, L. (1986). Size and bureaucracy in East and West: A preliminary meta analysis. In S. Clegg, D. Dunphy, & S. Redding (Eds.), *The enterprise and management in East Asia* (pp. 67–91). Hong Kong: University of Hong Kong Press.

*Doverspike, D., & Barrett, G. V. (1984). An internal bias analysis of a job evaluation instrument. *Journal of Applied Psychology, 69,* 648–662. http://dx.doi.org/10.1037/0021-9010.69.4.648

*Dunnette, M. D., & Kirchner, W. K. (1959). A check list for differentiating different kinds of sales jobs. *Personnel Psychology, 12,* 421–429. http://dx.doi.org/10.1111/j.1744-6570.1959.tb01334.x

*Eades, S. L. (1984). The high school assistant principalship: Present and ideal roles and needed changes. *Dissertation Abstracts International, 45,* 1250.

*Earles, J. A., Driskill, W. E., & Dittmar, M. J. (1996). Methodology for identifying abilities for job classification: An application of job analysis. *Military Psychology, 8,* 179–193. http://dx.doi.org/10.1207/s15327876mp0803_4

*Edwards, J. R., Scully, J. A., & Brtek, M. D. (1999). The measurement of work: Hierachical representation of the Multimethod Job Design Questionnaire. *Personnel Psychology, 52,* 305–334. http://dx.doi.org/10.1111/j.1744-6570.1999.tb00163.x

*Elliot, S. M. (1987). An assessment of the validity of the job analysis survey instrument used to define the content of tests used for a statewide teacher certification program. *Dissertation Abstracts International, 48,* 372–373.

*Emener, W. G., & Spector, P. E. (1985). Rehabilitation case management: An empirical investigation of selected rehabilitation counselor job skills. *Journal of Applied Rehabilitation Counseling, 16,* 11–12.

Equal Employment Opportunity Commission EEOC, Civil Service Commission, Department of Labor, and Department of Justice. (August 25, 1978). Uniform guidelines on employee selection procedures. *Federal Registry, 43,* 38290–38309.

Fine, S. A., & Cronshaw, S. F. (1999). *Functional job analysis: A foundation for human resource management*. Mahwah, NJ: Erlbaum.

Fine, S. A., & Getkate, M. (1995). *Benchmark tasks for job analysis: A guide for functional job analysis (FJA) scales*. Mahwah, NJ: Erlbaum.

*Fitzgerald, L. F., & Osipow, S. H. (1986). An occupational analysis of counseling psychology. How special is the specialty? *American Psychologist, 41,* 535–544. http://dx.doi.org/10.1037/0003-066X.41.5.535

Fleishman, E. A., Costanza, D. P., & Marshall-Mies, J. (1999). Abilities. In N. Peterson, M. Mumford, W. Borman, P. Jeanneret, & E. Fleishman (Eds.), *An occupational information system for the 21st century: The development of O*NET* (pp. 175–195). Washington, DC: American Psychological Association. http://dx.doi.org/10.1037/10313-010

*Fletcher, J. A. M. (1994). The validation of the work inventory for severely disabled. *Dissertation Abstracts International: B. The Sciences and Engineering, 55,* 1213.

*Fraboni, M. F. (1996). Personality-oriented job analysis. *Dissertation Abstracts International: Section B: The Sciences and Engineering, 57,* 741.

Fried, Y., & Ferris, G. R. (1986). The dimensionality of job characteristics: Some neglected issues. *Journal of Applied Psychology, 71,* 419–426. http://dx.doi.org/10.1037/0021-9010.71.3.419

*Friedman, L. (1986). Can realistic job description information and practice enable naive raters to provide Position Analysis Questionnaire (PAQ) ratings comparable to those of experts? *Dissertation Abstracts International, 47,* 2209.

*Friedman, L., & Harvey, R. J. (1986). Can raters with reduced job descriptive information provide accurate Position Analysis Questionnaire (PAQ) ratings? *Personnel Psychology, 39,* 779–789. http://dx.doi.org/10.1111/j.1744-6570.1986.tb00594.x

*Frieling, E., Kannheiser, W., & Lindberg, R. (1974). Some results with the German form of the Position Analysis Questionnaire (PAQ). *Journal of Applied Psychology, 59,* 741–747. http://dx.doi.org/10.1037/h0037500

Gatewood, R. D., & Feild, H. S. (1994). *Human resource selection*. Chicago: The Dryden Press.

*Geyer, P. D., Hice, J., Hawk, J., Boese, R., & Brannon, Y. (1989). Reliabilities of ratings available from the Dictionary of Occupational Titles. *Personnel Psychology, 42,* 547–560. http://dx.doi.org/10.1111/j.1744-6570.1989.tb00668.x

Gibbs, J. P., & Martin, W. T. (1962). Urbanization, technology and the division of labor. *American Sociological Review, 27,* 667–677.

*Gibson, S. G. (2003). Call me old fashioned: Is my job analysis accurate or not? *Dissertation Abstracts International: Section B: The Sciences and Engineering, 64,* 2967.

*Gibson, S. G., Harvey, R. J., & Harris, M. L. (2007). Holistic versus decomposed ratings of general dimensions of work activity. *Management Research News, 30,* 724–734. http://dx.doi.org/10.1108/01409170710823449

*Goffin, R. D., & Woycheshin, D. E. (2006). An empirical method of determining employee competencies/KSAOs from task-based job analysis. *Military Psychology, 18,* 121–130. http://dx.doi.org/10.1207/s15327876mp1802_2

*Gomez-Mejia, L. R., Page, R. C., & Tornow, W. W. (1982). A comparison of practical utility of traditional, statistical and hybrid job evaluation approaches. *Academy of Management Journal, 25,* 790–809. http://dx.doi.org/10.2307/256099

Grant, A. M. (2007). Relational job design and the motivation to make a prosocial difference. *Academy of Management Review, 32,* 393–417.

*Grant, L. D., & Wilson, M. A. (1996). *An officer and development system: Part B performance measurement Part C promotion system*. (Tech Rep. No. 2972–00-95–0222). Raleigh, NC: North Carolina State University.

*Gray, J. P. (1994). Effects of varying job analysis rating scales on profiles of èssential’ job functions. *Dissertation Abstracts International: Section B: The Sciences and Engineering, 54,* 5970.

*Green, S. B., & Stutzman, T. (1986). An evaluation of methods to select respondents to Structured Job-Analysis Questionnaires. *Personnel Psychology, 39,* 543–564. http://dx.doi.org/10.1111/j.1744-6570.1986.tb00952.x

*Grisez, M. L. (1997). Potential sources of error in job analysis ratings: A preliminary model of the job analysis rating process. *Dissertation Abstracts International: Section B: The Sciences and Engineering, 57,* 7259.

*Hahn, D. C., & Dipboye, R. L. (1988). Effects of training and information on the accuracy and reliability of job evaluations. *Journal of Applied Psychology, 73,* 146–153. http://dx.doi.org/10.1037/0021-9010.73.2.146

*Hartman, E. A., Mumford, M. D., & Mueller, S. (1992). Validity of job classifications: An examination of alternative indicators. *Human Performance, 5,* 191–211. http://dx.doi.org/10.1207/s15327043hup0503_2

*Harvey, R. J., Friedman, L., Hakel, M. D., & Cornelius, E. T. (1988). Dimensionality of the Job Element Inventory, a simplified worker-oriented job analysis questionnaire. *Journal of Applied Psychology, 73,* 639–646. http://dx.doi.org/10.1037/0021-9010.73.4.639

Harvey, R. J., & Wilson, M. A. (2000). Yes Virginia, there is an objective reality in job analysis. *Journal of Organizational Behavior, 21,* 829–854. http://dx.doi.org/10.1002/1099-1379(200011)21:7<829::AID-JOB30>3.0.CO;2-4

*Hazel, J. R., Madden, J. M., & Christal, R. E. (1964). Agreement between worker-supervisor descriptions of the worker’s job. *Journal of Industrial Psychology, 2,* 71–79.

Hedges, L. V., & Olkin, I. (1985). *Statistical methods for meta-analysis*. Orlando, FL: Academic Press.

*Henry, M. S., & Morris, S. B. (April, 2000). *Incumbent performance level as a predictor of job analysis ratings*. Paper presented at the 15th annual conference of the Society for Industrial and Organizational Psychology, New Orleans, LA.

*Hoffman, C. C., Valle, C., Orozco-Atienza, G. R., & Tashima, C. C. (April, 2008). *Stability of job analysis findings and test plans over time*. Paper presented at the 24th annual conference of the Society for Industrial and Organizational Psychology, New Orleans, LA.

*Hogan, J., Hogan, R., & Busch, C. M. (1984). How to measure service orientation. *Journal of Applied Psychology, 69,* 167–173. http://dx.doi.org/10.1037/0021-9010.69.1.167

*Huber, V. L. (1991). Comparison of supervisor-incumbent and female-male multi-dimensional job evaluation ratings. *Journal of Applied Psychology, 76,* 115–121. http://dx.doi.org/10.1037/0021-9010.76.1.115

*Hughes, G. L., & Prien, E. P. (1989). Evaluation of task and job skill linkage judgments used to develop test specifications. *Personnel Psychology, 42,* 283–292. http://dx.doi.org/10.1111/j.1744-6570.1989.tb00658.x

Hunter, J. E., & Schmidt, F. L. (2004). *Methods of meta-analysis: Correcting error and bias in research findings* (2nd ed.). Thousand Oaks, CA: Sage.

Huselid, M. A. (1995). The impact of human resource management practices on turnover, productivity, and corporate financial performance. *Academy of Management Journal, 38,* 635–672. http://dx.doi.org/10.2307/256741

James, L. R., Demaree, R. G., & Wolf, G. (1984). Estimating within-group interrater reliability with and without response bias. *Journal of Applied Psychology, 69,* 85–98. http://dx.doi.org/10.1037/0021-9010.69.1.85

Jeanneret, P. R., Borman, W. C., Kubisiak, U. C., & Hanson, M. A. (1999). Generalized work activities. In N. Peterson, M. Mumford, W. Borman, P. Jeanneret, & E. Fleishman (Eds.), *An occupational information system for the 21st century: The development of O*NET* (pp. 105–125). Washington, DC: American Psychological Association. http://dx.doi.org/10.1037/10313-007

Jehn, K. A., Northcraft, G. B., & Neale, M. A. (1999). Why differences make a difference: A field study of diversity, conflict, and performance in workgroups. *Administrative Science Quarterly, 44,* 741–763. http://dx.doi.org/10.2307/2667054

*Jelley, B. R. (2007, October). *Police management job analysis and leadership needs assessment*. Ontario, Canada: Ontario Police College. Retrieved from http://www.opconline.ca/promo/2008/Police%20Management%20Job%20Analysis%20and%20%20Leadership%20Needs%20Assesment%20%28OCT%202007,%20R.%20Blake%20Jelley,%20PhD%29.pdf

*Johnson, C. D., & King, J. (2002). Are we properly training future HR/IR practitioners? A review of the curricula. *Human Resource Management Review, 12,* 539–554. http://dx.doi.org/10.1016/S1053-4822(02)00076-1

*Jones, A. P., Main, D. S., Butler, M. C., & Johnson, L. A. (1982). Narrative job descriptions as potential sources of job analysis ratings. *Personnel Psychology, 35,* 813–828. http://dx.doi.org/10.1111/j.1744-6570.1982.tb02224.x

*Jones, R. G., Sanchez, J. I., Parameswaran, G., Phelps, J., Shoptaugh, C., Williams, M., & White, S. (2001). Selection or training? A two-fold test of the validity of job-analytic ratings of trainability. *Journal of Business and Psychology, 15,* 363–389. http://dx.doi.org/10.1023/A:1007804815480

*Kallio, M., Viikari-Juntura, E., II, Häkkänen, M., & Takala, E. P. (2000). Assessment of duration and frequency of work tasks by telephone interview: Reproducibility and validity. *Ergonomics, 43,* 610–621. http://dx.doi.org/10.1080/001401300184288

Katz, D., & Kahn, R. (1978). *The social psychology of organizations* (2nd ed.). New York: Wiley.

*Keenan, L. (1964). A job analysis of school-psychologists in the public-schools of Massachusetts. *Psychology in the Schools, 1,* 185–186.

*Kelley, J. A. (2006). The effect of number of rating scales on response rate, response error, and reliability for credentialing job analysis surveys. *Dissertation Abstracts International: Section A: The Humanities and Social Sciences, 66,* 2901.

*Koch, A., Strobel, A., Kici, G., & Westhoff, K. (2009). Quality of the Critical Incident Technique in practice: Interrater reliability and users’ acceptance under real conditions. *Psychology Science, 51,* 3–15.

*Kraut, A. I., Pedigo, P. R., McKenna, D. D., & Dunnette, M. D. (2005). The role of the manager: What’s really important in different management jobs. *The Academy of Management Executive, 19,* 122–129. http://dx.doi.org/10.5465/AME.2005.19417914

*Kunkle-Miller, C. (1986). Competencies for art therapists whose clients have physical, cognitive or sensory disabilities. *Dissertation Abstracts International, 47,* 2170.

*Kunzo, J. P. (1994). Field data on the assessment of incumbent expertise in job analysis. *Dissertation Abstracts International: Section B: The Sciences and Engineering, 55,* 1214.

*Lance, C. E., Kavanagh, M. J., & Gould, R. B. (1993). Development and convergent validation of a methodology for estimating cross-job retraining times. *Journal of Business and Psychology, 8,* 67–90. http://dx.doi.org/10.1007/BF02230394

Landy, F. J., & Vasey, J. (1991). Job analysis: The composition of SME samples. *Personnel Psychology, 44,* 27–50. http://dx.doi.org/10.1111/j.1744-6570.1991.tb00689.x

*Lavely, C., Berger, N., Blackman, J., Bullock, D., Follman, J., Kromrey, J., & Shibutani, H. (1990). Factor analysis of importance of teacher initial certification test competency ratings by practicing Florida teach-

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

ers. *Educational and Psychological Measurement, 50,* 161–165. http://dx.doi.org/10.1177/0013164490501019

*Lawshe, C. H., & Farbro, P. C. (1949). Studies in job evaluation; the reliability of an abbreviated job evaluation system. *Journal of Applied Psychology, 33,* 158–166. http://dx.doi.org/10.1037/h0058592

*Lawshe, C. H., Jr., Dudek, E. E., & Wilson, R. F. (1948). Studies of job evaluation; a factor analysis of two point rating methods of job evaluation. *Journal of Applied Psychology, 32,* 118–129. http://dx.doi.org/10.1037/h0060634

*Leahy, M. J., Shapson, P. R., & Wright, G. N. (1987). Rehabilitation practitioner competencies by role and setting. *Rehabilitation Counseling Bulletin, 31,* 119–130.

*Leahy, M. J., & Wright, G. N. (1988). Professional competencies of the vocational evaluator. *Vocational Evaluation & Work Adjustment Bulletin, 21,* 127–132.

*Levine, E. L., & Dickey, M. T. (1990, August). *Measuring task importance: A replication and extension*. Poster presented at the 98th Annual Convention of the American Psychological Association, Boston, MA.

*Li, W. D., Lu, J. F., Tjsvold, D., & Shi, K. (2009, April). *The effect of social interdependence on incumbents' job analysis ratings and their perceptions of role breadth and job complexity*. Paper presented to the 24th annual meeting of the Society for Industrial and Organizational Psychology, New Orleans, LA.

*Li, W., Wang, Y., Taylor, P., Shi, K., & He, D. (2008). The influence of organizational culture on work-related personality requirement ratings: A multilevel analysis. *International Journal of Selection and Assessment, 16,* 366–384. http://dx.doi.org/10.1111/j.1468-2389.2008.00442.x

*Lievens, F., & Sanchez, J. I. (2007). Can training improve the quality of inferences made by raters in competency modeling? A quasi-experiment. *Journal of Applied Psychology, 92,* 812–819. http://dx.doi.org/10.1037/0021-9010.92.3.812

Lievens, F., Sanchez, J. I., Bartram, D., & Brown, A. (2010). Lack of consensus among competency ratings of the same occupation: Noise or substance? *Journal of Applied Psychology, 95,* 562–571.

*Lievens, F., Sanchez, J. I., & De Corte, W. (2004). Easing the inferential leap in competency modeling: The effects of task-related information and subject matter expertise. *Personnel Psychology, 57,* 881–904. http://dx.doi.org/10.1111/j.1744-6570.2004.00009.x

*Lindell, M. K., Clause, C. S., Brandt, C. J., & Landis, R. S. (1998). Relationship between organizational context and job analysis task ratings. *Journal of Applied Psychology, 83,* 769–776. http://dx.doi.org/10.1037/0021-9010.83.5.769

*Locklear, T. S. (1992). The exploration and evaluation of an index to detect inaccurate respondents to structured job analysis questionnaires. *Dissertation Abstracts International, 53,* 2572.

*Lozada-Larsen, S. (1990). Going beyond criticism: Management work theory and research. *Dissertation Abstracts International, 50,* 5913.

*Ludlow, L. H. (1999). The structure of the job responsibilities scale: A multimethod analysis. *Educational and Psychological Measurement, 59,* 962–975. http://dx.doi.org/10.1177/0013164499596006

*Lynskey, M. C. (1990). Toward definition of the structure of work: The development of a general-purpose job analysis instrument. *Dissertation Abstracts International, 50,* 5913.

Lyons, P. (2008). The crafting of jobs and individual differences. *Journal of Business and Psychology, 23,* 25–36.

*Lysaght, R., Shaw, L., Almas, A., Jogia, A., & Larmour-Trode, S. (2008). Towards improved measurement of cognitive and behavioural work demands. *Work, 31,* 11–20.

*Mackinney, A. C., & Dunnette, M. D. (1964). The industrial psychologist's job. *Personnel Psychology, 17,* 271–280. http://dx.doi.org/10.1111/j.1744-6570.1964.tb00067.x

*Mahoney, T. A., & Blake, R. H. (1987). Judgments of appropriate occupational pay as influenced by occupational characteristics and sex characterisations. *Applied Psychology, 36,* 25–38. http://dx.doi.org/10.1111/j.1464-0597.1987.tb00372.x

*Mailhot, E. K. (1996). Incumbents as job experts: Effects of individual and group characteristics on job analysis results. *Dissertation Abstracts International: Section B: The Sciences and Engineering, 57,* 2199.

*Mallamad, S. M., Levine, J. M., & Fleishman, E. A. (1980). Identifying ability requirements by decision flow diagrams. *Human Factors, 22,* 57–68.

*Manson, T. M., Levine, E. L., & Brannick, M. T. (2000). The construct validity of task inventory ratings: A multitrait-multimethod analysis. *Human Performance, 13,* 1–22. http://dx.doi.org/10.1207/S15327043HUP1301_1

Mason, C., Allam, R., & Brannick, M. T. (2007). How to meta-analyze coefficient-of-stability estimates: Some recommendations based on Monte Carlo studies. *Educational and Psychological Measurement, 67,* 765–783. http://dx.doi.org/10.1177/0013164407301532

*Matkin, R. E. (1983). The roles and functions of rehabilitation specialists in the private sector. *Journal of Applied Rehabilitation Counseling, 14,* 14–27.

*Maurer, T. J., & Tarulli, B. A. (1997). Managerial work, job analysis, and Holland's RIASEC vocational environment dimensions. *Journal of Vocational Behavior, 50,* 365–381. http://dx.doi.org/10.1006/jvbe.1996.1549

*Maurer, T. J., & Tross, S. A. (2000). SME committee vs. field job analysis ratings: Convergence, cautions, and a call. *Journal of Business and Psychology, 14,* 489–499. http://dx.doi.org/10.1023/A:1022936418249

*McCormick, E. J. (1960). Effect of amount of job information required on reliability of incumbents' checklist reports. *USAF Wright Air Development Division Technical Note,* 60–142.

McCormick, E. J. (1979). *Job analysis: Methods and applications*. New York, NY: AMACOM.

*McCormick, E. J., & Ammerman, H. L. (1960). *Development of worker activity checklists for use in occupational analysis* (WADD No. TR-60–77; NTIS No. AD-248–385). Lackland Air Force Base. TX: Personnel Research Laboratory.

*McCormick, E. J., & North, W. E. (1954). The analysis of an experimental job evaluation system as applied to enlisted naval jobs. *Journal of Applied Psychology, 38,* 233–237. http://dx.doi.org/10.1037/h0060987

*McCormick, E. J., & Tombrink, K. B. A. (1960). *A comparison of three types of work activity statements in terms of the consistency of job information reported by incumbents*. (WADD No. TR-60–80; NTIS No. AD-248–386). Lackland Air Force Base. TX: Personnel Research Laboratory.

Meyer, H. H. (1959). A comparison of foreman and general foreman conceptions of the foreman's job responsibility. *Personnel Psychology, 12,* 445–452. http://dx.doi.org/10.1111/j.1744-6570.1959.tb01336.x

*Meyer, K. D. (2008). Refinements to ASA research: Shifting the focus to focal traits. *Dissertation Abstracts International: Section B: The Sciences and Engineering, 69,* 1995.

*Miles, M. C. (1952). Studies in job evaluation. 9. Validity of a check list for evaluating office jobs. *Journal of Applied Psychology, 36,* 97–102. http://dx.doi.org/10.1037/h0062206

*Moncrief, W. C. (1986). Selling activity and sales position taxonomies for industrial salesforces. *Journal of Marketing Research, 23,* 261–270. http://dx.doi.org/10.2307/3151484

*Moreland, K. L., Eyde, L. D., Robertson, G. J., Primoff, E. S., & Most, R. B. (1995). Assessment of test user qualifications: A research-based measurement procedure. *American Psychologist, 50,* 14–23. http://dx.doi.org/10.1037/0003-066X.50.1.14

Morgeson, F. P., & Campion, M. A. (1997). Social and cognitive sources of potential inaccuracy in job analysis. *Journal of Applied Psychology, 82,* 627–655. http://dx.doi.org/10.1037/0021-9010.82.5.627

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Morgeson, F. P., & Campion, M. A. (2000). Accuracy in job analysis: Toward an inference-based model. *Journal of Organizational Behavior, 21,* 819–827.

*Morgeson, F. P., & Campion, M. A. (2002). Minimizing tradeoffs when redesigning work: Evidence from a longitudinal quasi-experiment. *Personnel Psychology, 55,* 589–612. http://dx.doi.org/10.1111/j.1744-6570.2002.tb00122.x

Morgeson, F. P., & Campion, M. A. (2012). A framework of sources of inaccuracy in job analysis. In M. Wilson, R. Harvey, G. Alliger, & W. Bennett (Eds.), *The handbook of work analysis: The methods, systems, applications, and science of work measurement in organizations*. New York, NY: Psychology Press/Taylor and Francis Group.

*Morgeson, F. P., Delaney-Klinger, K., Mayfield, M. S., Ferrara, P., & Campion, M. A. (2004). Self-presentation processes in job analysis: A field experiment investigating inflation in abilities, tasks, and competencies. *Journal of Applied Psychology, 89,* 674–686. http://dx.doi.org/10.1037/0021-9010.89.4.674

Morgeson, F. P., & Dierdorff, E. C. (2010). Work analysis: From technique to theory. In S. Zedeck (Ed.), *APA handbook of industrial and organizational psychology* (Vol. 2, pp. 3–41). Washington, DC: American Psychological Association.

*Morgeson, F. P., & Humphrey, S. E. (2006). The Work Design Questionnaire (WDQ): Developing and validating a comprehensive measure for assessing job design and the nature of work. *Journal of Applied Psychology, 91,* 1321–1339. http://dx.doi.org/10.1037/0021-9010.91.6.1321

*Mori, K., & Kikuchi, Y. (1993). Investigation and research on classification of productive skills (2): Cluster structure of productive skills in the car manufacturing industry. *Journal of Human Ergology, 22,* 141–149.

Morsh, J. E. (1964). Job analysis in the United States Air Force. *Personnel Psychology, 17,* 7–17. http://dx.doi.org/10.1111/j.1744-6570.1964.tb00047.x

*Mueller, M. (2000). Observed divergence in the attitudes of incumbents and supervisors as subject matter experts in job analysis: A study of the fire captain rank. *Public Personnel Management, 29,* 529–556.

*Mulder, M., Wesselink, R., & Bruijstens, H. C. J. (2005). Job profile research for the purchasing profession. *International Journal of Training and Development, 9,* 185–204. http://dx.doi.org/10.1111/j.1468-2419.2005.00230.x

Mumford, M. D., & Peterson, N. G. (1999). The O*NET content model: Structural consideration in designing jobs. In N. Peterson, M. Mumford, W. Borman, P. Jeanneret, & E. Fleishman (Eds.), *An occupational information system for the 21st century: The development of O*NET* (pp. 21–30). Washington, DC: American Psychological Association. http://dx.doi.org/10.1037/10313-002

Mumford, M. D., Peterson, N. G., & Childs, R. A. (1999). Basic and cross-functional skills. In N. Peterson, M. Mumford, W. Borman, P. Jeanneret, & E. Fleishman (Eds.), *An occupational information system for the 21st century: The development of O*NET* (pp. 49–69). Washington, DC: American Psychological Association. http://dx.doi.org/10.1037/10313-004

*Murphy, K. F. (2002). An examination of factors affecting the accuracy, reliability and validity of job analysis task ratings. *Dissertation Abstracts International: Section B: The Sciences and Engineering, 62,* 6008.

*Muthard, J. E., & Salomone, P. R. (1969). The roles and functions of the rehabilitation counselor. *Rehabilitation Counseling Bulletin, 13,* 81–168.

Nahrgang, J. D., Morgeson, F. P., & Hofmann, D. A. (2011). Safety at work: A meta-analytic investigation of the link between job demands, job resources, burnout, engagement, and safety outcomes. *Journal of Applied Psychology, 96,* 71–94. http://dx.doi.org/10.1037/a0021484

*Nelson, E. C., Jacobs, A. R., & Breer, P. E. (1975). A study of the validity of the task inventory method of job analysis. *Medical Care, 13,* 104–113. http://dx.doi.org/10.1097/00005650-197502000-00002

*Norback, J. S., & Wattay, D. (1994). Job analysis of the knowledge important for newly licensed physical-education teachers. *Journal of Teaching in Physical Education, 14,* 60–84.

Nunnally, J. C., & Bernstein, I. H. (1994). *Psychometric theory* (3rd ed.). New York, NY: McGraw-Hill.

*O'Connor, P., O'Dea, A., Flin, R., & Belton, S. (2008). Identifying the team skills required by nuclear power plant operations personnel. *International Journal of Industrial Ergonomics, 38,* 1028–1037. http://dx.doi.org/10.1016/j.ergon.2008.01.014

Ohly, S., Sonnentag, S., & Pluntke, F. (2006). Routinization, work characteristics and their relationships with creative and proactive behaviors. *Journal of Organizational Behavior, 27,* 257–279. http://dx.doi.org/10.1002/job.376

Parker, S. K. (2007). "That is my job": How employees' role orientation affects their job performance. *Human Relations, 60,* 403–434.

*Patrick, J., & Moore, A. K. (1985). Development and reliability of a job analysis technique. *Journal of Occupational Psychology, 58,* 149–158. http://dx.doi.org/10.1111/j.2044-8325.1985.tb00190.x

*Patterson, F., Ferguson, E., & Thomas, S. (2008). Using job analysis to identify core and specific competencies: Implications for selection and recruitment. *Medical Education, 42,* 1195–1204. http://dx.doi.org/10.1111/j.1365-2923.2008.03174.x

*Pellino, T. A., Willens, J., Polomano, R. C., & Heye, M. (2002). The American Society of Pain Management Nurses practice analysis: Role delineation study. *Pain Management Nursing, 3,* 2–15. http://dx.doi.org/10.1053/jpmn.2002.29013

*Petty, D. M. (1987). The identification and perceived importance of special competencies for deafness rehabilitation specialists. *Dissertation Abstracts International, 48,* 629–630.

*Pine, D. E. (1995). Assessing the validity of job ratings: An empirical-study of false reporting in task inventories. *Public Personnel Management, 24,* 451–460.

*Pinto, P. R., & Tornow, W. W. (1975). Job descriptions for executives-Revisited. *Academy of Management Proceedings, 22,* 8–230.

*Prien, E. P. (1963). Development of a supervisor position description questionnaire. *Journal of Applied Psychology, 47,* 10–14. http://dx.doi.org/10.1037/h0041308

*Prien, E. P., & Hughes, G. L. (2004). A content-oriented approach to setting minimum qualifications. *Public Personnel Management, 33,* 89–98.

*Prien, K. O., Prien, E. P., & Wooten, W. (2003). Interrater reliability in job analysis: Differences in strategy and perspective. *Public Personnel Management, 32,* 125–141.

*Rafilson, F. M. (1997). Variations in police officer job profiles as a result of incumbent versus supervisory ratings on a task based job analysis questionnaire. *Dissertation Abstracts International: Section A: The Humanities and Social Sciences, 58,* 1366.

*Raymark, P. H., Schmit, M. J., & Guion, R. M. (1997). Identifying potentially useful personality constructs for employee selection. *Personnel Psychology, 50,* 723–736. http://dx.doi.org/10.1111/j.1744-6570.1997.tb00712.x

*Reynolds, A. (1993). *Knowledge and skills for the beginning German teacher. The Praxis Series: Professional Assessments for Beginning Teachers* (ETS Research Report No. 94–35). Princeton, NJ: Educational Testing Service.

*Reynolds, A., Laabs, G. J., & Harris, D. A. (1996). Occupational genealogies: Using job family characteristics in personnel research. *Military Psychology, 8,* 195–217. http://dx.doi.org/10.1207/s15327876mp0803_5

*Reynolds, D. H. (1990). Factors affecting judgments of attribute requirements. *Dissertation Abstracts International, 50,* 4805.

*Robertson, L. N., & Pogson, C. (2009). *Individual differences in competency ratings*. Poster presented at the 24th Annual Society for Industrial Organizational Psychology conference, New Orleans, LA.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Roch, S. G., Woehr, D. J., Mishra, V., & Kieszczynaska, U. (2012). Rater training revisited: An updated meta-analytic review of frame-of-reference training. *Journal of Occupational and Organizational Psychology, 85,* 370–395. http://dx.doi.org/10.1111/j.2044-8325.2011.02045.x

*Ronan, W. W., Albert, T. L., & Mullet, G. M. (1977). Prediction of job performance dimensions: Police officers. *Public Personnel Management, 6,* 173–180.

*Rosenfeld, M., Shimberg, B., & Thornton, R. (1984). Job analysis of licensed psychologists: II. Analysis and conclusions. *Professional Practice of Psychology, 5,* 1–20.

*Ross, R. R., & Altmaier, E. M. (1990). Job analysis of psychology internships in counseling-center settings. *Journal of Counseling Psychology, 37,* 459–464. http://dx.doi.org/10.1037/0022-0167.37.4.459

*Rothpletz-Puglia, P. (2004). The nutrition care process of front-line pediatric HIV providers. *Dissertation Abstracts International: Section B: The Sciences and Engineering, 65,* 2877.

*Ruck, H. W., Thompson, N. A., & Stacy, W. J. (1987, August). *Task training emphasis for determining training priority* (AFHRLTP 86–65). Brooks Air Force Base, TX: Manpower and Personnel Division.

*Russell, T. L., Crafts, J. L., Tagliareni, F. A., McCloy, R. A., & Barkley, P. (1994). *Job analysis of special forces jobs* (FR-PRD-94–19). Alexandria, VA: U.S. ARMY Research Institute for the Behavioral and Social Sciences.

Sackett, P. R., & Laczo, R. M. (2003). Job and work analysis. In W. Borman, D. Ilgen, & R. Klimoski (Eds.), *Comprehensive handbook of psychology: Industrial and organizational psychology* (Vol. 12, pp. 21–37). New York: John Wiley & Sons.

*Sanchez, J. I., & Fraser, S. L. (1992). On the choice of scales for task analysis. *Journal of Applied Psychology, 77,* 545–553. http://dx.doi.org/10.1037/0021-9010.77.4.545

*Sanchez, J. I., & Levine, E. L. (1989). Determining important tasks within jobs: A policy-capturing approach. *Journal of Applied Psychology, 74,* 336–342. http://dx.doi.org/10.1037/0021-9010.74.2.336

*Sanchez, J. I., & Levine, E. L. (1994). The impact of raters cognition on judgment accuracy: An extension to the job analysis domain. *Journal of Business and Psychology, 9,* 47–57. http://dx.doi.org/10.1007/BF02230986

Sanchez, J. I., & Levine, E. L. (2000). Accuracy or consequential validity: Which is the better standard for job analysis data? *Journal of Organizational Behavior, 21,* 809–818.

Sanchez, J. I., & Levine, E. L. (2001). The analysis of work in the 20th and 21st centuries. In N. Anderson, D. S. Ones, H. K. Sinangil, & C. Viswesvaran (Eds.), *International handbook of industrial, work and organizational psychology* (Vol. 1, pp. 71–89). Thousand Oaks, CA: Sage. http://dx.doi.org/10.4135/9781848608320.n5

Sanchez, J. I., & Levine, E. L. (2009). What is (or should be) the difference between competency modeling and traditional job analysis? *Human Resource Management Review, 19,* 53–63. http://dx.doi.org/10.1016/j.hrmr.2008.10.002

Sanchez, J. I., & Levine, E. L. (2012). The rise and fall of job analysis and the future of work analysis. *Annual Review of Psychology, 63,* 397–425. http://dx.doi.org/10.1146/annurev-psych-120710-100401

*Sanchez, J. I., Prager, I., Wilson, A., & Viswesvaran, C. (1998). Understanding within-job title variance in job-analytic ratings. *Journal of Business and Psychology, 12,* 407–419. http://dx.doi.org/10.1023/A:1025046921171

*Schmitt, N., & Cohen, S. A. (1989). Internal analyses of task ratings by job incumbents. *Journal of Applied Psychology, 74,* 96–104. http://dx.doi.org/10.1037/0021-9010.74.1.96

*Schmitt, N., & Fine, S. A. (1983). Inter-rater reliability of judgments of functional levels and skill requirements of jobs based on written task statements. *Journal of Occupational Psychology, 56,* 121–127. http://dx.doi.org/10.1111/j.2044-8325.1983.tb00119.x

*Schultz, D. G., & Siegel, A. I. (1964). The analysis of job performance by multi-dimensional scaling techniques. *Journal of Applied Psychology, 48,* 329–335. http://dx.doi.org/10.1037/h0041802

*Scorzelli, J. F. (1995). The use of a job task analysis in assessing the perceptions of human resource managers on the role of the rehabilitation counselor in industry. *Journal of Applied Rehabilitation Counseling, 26,* 47–50.

*Sherer, M. (1986). Diffusion of roles: An analysis of social work practice. *Administration in Social Work, 10,* 55–66. http://dx.doi.org/10.1300/J147v10n01_06

*Sherer, M. (1986). Job analysis of paraprofessional practice in Israel. *Administration in Social Work, 10,* 65–80. http://dx.doi.org/10.1080/03643108609511112

*Sherer, M., & Peleg-Oren, N. (2005). Differences of teachers', field instructors', and students' views on job analysis of social work students. *Journal of Social Work Education, 41,* 315–328. http://dx.doi.org/10.5175/JSWE.2005.200300352

*Shetterly, D. R., & Krishnamoorthy, A. (2008). Job characteristics of officers and agents: Results of a national job analysis. *Public Personnel Management, 37,* 111–131.

*Shin, S. J., Morgeson, F. P., & Campion, M. A. (2007). What you do depends on where you are: Understanding how domestic and expatriate work requirements depend upon the cultural context. *Journal of International Business Studies, 38,* 64–83. http://dx.doi.org/10.1057/palgrave.jibs.8400247

Shippmann, J. S., Ash, R. A., Battista, M., Carr, L., Eyde, L. D., Hesketh, B., . . . Sanchez, I. (2000). The practice of competency modeling. *Personnel Psychology, 53,* 703–740. http://dx.doi.org/10.1111/j.1744-6570.2000.tb00220.x

*Shippmann, J. S., Vinchur, A. J., Smalley, M. D., & Prien, E. P. (1988). Using structured multidomain job analysis to develop training and evaluation specifications for clinical psychologists. *Professional Psychology, Research and Practice, 19,* 141–147. http://dx.doi.org/10.1037/0735-7028.19.2.141

*Shook, G. L., Johnston, J. M., & Mellichamp, F. H. (2004). Determining essential content for applied behavior analyst practitioners. *The Behavior Analyst, 27,* 67–94.

Shrout, P. E., & Fleiss, J. L. (1979). Intraclass correlations: Uses in assessing rater reliability. *Psychological Bulletin, 86,* 420–428. http://dx.doi.org/10.1037/0033-2909.86.2.420

*Siegel, A. I., & Pfeiffer, M. G. (1965). Factorial congruence in criterion development. *Personnel Psychology, 18,* 267–279. http://dx.doi.org/10.1111/j.1744-6570.1965.tb00285.x

Silverman, S. B., Wexley, K. N., & Johnson, J. C. (1984). The effects of age and job experience on employee responses to a structured job analysis questionnaire. *Public Personnel Management, 13,* 355–359.

*Smith, J. E., & Hakel, M. D. (1979). Convergence among data sources, response bias, and reliability and validity of a structured job analysis questionnaire. *Personnel Psychology, 32,* 677–692. http://dx.doi.org/10.1111/j.1744-6570.1979.tb02340.x

Society for Industrial and Organizational Psychology (SIOP). (2003). *Principles for the validation and use of personnel selection procedures* (4th ed.). Bowling Green, OH: Author.

*Sparrow, J. (1989). The utility of PAQ in relating job behaviours to traits. *Journal of Occupational Psychology, 62,* 151–162. http://dx.doi.org/10.1111/j.2044-8325.1989.tb00486.x

*Sparrow, J., Patrick, J., Spurgeon, P., & Barwell, F. (1982). The use of job component analysis and related aptitudes in personnel selection. *Journal of Occupational Psychology, 55,* 157–164. http://dx.doi.org/10.1111/j.2044-8325.1982.tb00089.x

*Stallings, C. F. (2000). The identification of paraprofessional training needs within the context of inclusive education. *Dissertation Abstracts International: Section A: The Humanities and Social Sciences, 61,* 2188.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Steel, P. D., & Kammeyer-Mueller, J. D. (2002). Comparing meta-analytic moderator estimation techniques under realistic conditions. *Journal of Applied Psychology, 87,* 96–111.

*Stratford, R., & Sigston, A. (1994). From job analysis to competency: A quantitative approach to the work of educational psychologists. *Educational and Child Psychology, 11,* 30–43.

*Stuempges, R. N. (1984). Identification, classification, and comparison of the work performance requirements and actual work performance of elementary school counselors in Pennsylvania. *Dissertation Abstracts International, 44,* 2365.

*Sümer, H. C., Sumer, N., Demirutku, K., & Cifci, O. S. (2001). Using a personality-oriented job analysis to identify attributes to be assessed in officer selection. *Military Psychology, 13,* 129–146. http://dx.doi.org/10.1207/S15327876MP1303_1

*Surrette, M. A., Aamodt, M. G., & Johnson, D. L. (1990). Effects of analyst training and amount of available job related information on job analysis ratings. *Journal of Business and Psychology, 4,* 439–451. http://dx.doi.org/10.1007/BF01013607

*Taber, T. D., & Peters, T. D. (1991). Assessing the completeness of a job analysis procedure. *Journal of Organizational Behavior, 12,* 581–593. http://dx.doi.org/10.1002/job.4030120703

*Tallarigo, R. S. (1989). Implications of method-based differences in measuring job characteristics. *Dissertation Abstracts International, 49,* 5557.

*Tannenbaum, R. J., & Rosenfeld, M. (1994). Job analysis for teacher competence testing - identification of basic skills important for all entry-level teachers. *Educational and Psychological Measurement, 54,* 199–211. http://dx.doi.org/10.1177/0013164494054001026

*Tannenbaum, R. J., & Wesley, S. (1993). Agreement between committee-based and field-based job analyses: A study in the context of licensure testing. *Journal of Applied Psychology, 78,* 975–980. http://dx.doi.org/10.1037/0021-9010.78.6.975

*Taylor, L. R. (1978). Empirically derived job families as a foundation for the study of validity generalization: Study 1. The construction of job families based on the component and overall dimensions of the PAQ. *Personnel Psychology, 31,* 325–340. http://dx.doi.org/10.1111/j.1744-6570.1978.tb00450.x

*Taylor, L. R., & Colbert, G. A. (1978). Empirically derived job families as a foundation for the study of validity generalization: Study II. The construction of job families based on company-specific PAQ job dimensions. *Personnel Psychology, 31,* 341–353. http://dx.doi.org/10.1111/j.1744-6570.1978.tb00451.x

*Taylor, L. R., & Colbert, G. A. (1978). Empirically derived job families as a foundation for the study of validity generalization: Study III. Generalization of selection test validity. *Personnel Psychology, 31,* 341–353. http://dx.doi.org/10.1111/j.1744-6570.1978.tb00451.x

*Taylor, P. J., Li, W., Shi, K., & Borman, W. C. (2008). The transportability of job information across countries. *Personnel Psychology, 61,* 69–111. http://dx.doi.org/10.1111/j.1744-6570.2008.00106.x

*Tennyson, W. W., Miller, G. D., Skovholt, T. G., & Williams, R. C. (1989). Secondary school counselors: What do they do? What is important? *School Counselor, 36,* 253–259.

*Tross, S. A., & Maurer, T. J. (2000). The relationship between SME job experience and job analysis ratings: Findings with and without statistical control. *Journal of Business and Psychology, 15,* 97–110. http://dx.doi.org/10.1023/A:1007770919305

*Tross, S. A., & Maurer, T. J. (2002). Supervisors as SMEs: The relationship between supervisor job experience and ratings of subordinate skill importance. *Journal of Business and Psychology, 16,* 413–430. http://dx.doi.org/10.1023/A:1012825024364

*Truxillo, D. M., Paronto, M. E., Collins, M., & Sulzer, J. L. (2004). Effects of subject matter expert viewpoint on job analysis results. *Public Personnel Management, 33,* 33–46.

*Turner, J. G., Kolenc, K. M., & Docken, L. (1999). Job analysis 1996: Infection control professional. *American Journal of Infection Control, 27,* 145–157. http://dx.doi.org/10.1016/S0196-6553(99)70091-X

Valenti, M. A., & Rockett, T. (2008). The effects of demographic differences on forming intragroup relationships. *Small Group Research, 39,* 179–202. http://dx.doi.org/10.1177/1046496408315981

*Van Iddekinge, C. H., Putka, D. J., Raymark, P. H., & Eidson, C. E., Jr. (2005). Modeling error variance in job specification ratings: The influence of rater, job, and organization-level factors. *Journal of Applied Psychology, 90,* 323–334. http://dx.doi.org/10.1037/0021-9010.90.2.323

Viswesvaran, C., Ones, D. S., & Schmidt, F. L. (1996). Comparative analysis of the reliability of job performance ratings. *Journal of Applied Psychology, 81,* 557–574. http://dx.doi.org/10.1037/0021-9010.81.5.557

*Voskuijl, O. F., & Meyer, J. (1999). The use of student data in job analysis research. *European Journal of Psychological Assessment, 15,* 127–132. http://dx.doi.org/10.1027//1015-5759.15.2.127

Voskuijl, O. F., & van Sliedregt, T. (2002). Determinants of interrater reliability of job analysis: A meta-analysis. *European Journal of Psychological Assessment, 18,* 52–62. http://dx.doi.org/10.1027//1015-5759.18.1.52

*Walker, H. A., Gerjuoy, H., & Burstein, G. (1974). Occupational-therapy: Job analysis of tasks of certified assistants and registered therapists. *Perceptual and Motor Skills, 39,* 907–914. http://dx.doi.org/10.2466/pms.1974.39.2.907

*Warr, P., & Pennington, J. (1994). Occupational age-grading: Jobs for older and younger nonmanagerial employees. *Journal of Vocational Behavior, 45,* 328–346. http://dx.doi.org/10.1006/jvbe.1994.1039

*Wehrle, L. (2005). Foundations of the certification program. *Contract Management, 45,* 62–65.

*Wei, J., & Salvendy, G. (2000). Development of the Purdue Cognitive Job Analysis Methodology. *International Journal of Cognitive Ergonomics, 4,* 277–295. http://dx.doi.org/10.1207/S15327566IJCE0404_1

*Wesley, S. (1993). *Job analysis of the knowledge important for newly licensed teachers of English. The Praxis Series: Professional Assessments for Beginning Teachers* (ETS Research Report No. 93–24). Princeton, NJ: Educational Testing Service.

*Wexley, K. N., & Silverman, S. B. (1978). Examination of differences between managerial effectiveness and response patterns on a structured job analysis questionnaire. *Journal of Applied Psychology, 63,* 646–649. http://dx.doi.org/10.1037/0021-9010.63.5.646

*Whitely, W. T. (1978). Nature of managerial work revisited. *Academy of Management Proceedings,* 195–199.

*Whitely, W. (1985). Managerial work behavior: An integration of results from two major approaches. *Academy of Management Journal, 28,* 344–362. http://dx.doi.org/10.2307/256205

*Wiley, L., & Jenkins, W. S. (1963). Method for measuring bias in raters who estimate job qualifications. *Journal of Individual Psychology, 1,* 16–22.

*Williams, E. R. (1998). Essential functions worksheet. *Journal of Rehabilitation Administration, 22,* 123–128.

Wilson, M. A., & Harvey, R. J. (1990). The value of relative-time-spent ratings on task-oriented job analysis. *Journal of Business and Psychology, 4,* 453–461. http://dx.doi.org/10.1007/BF01013608

*Wilson, M. A., Harvey, R. J., & Macy, B. A. (1990). Repeating items to estimate the test-retest reliability of task inventory ratings. *Journal of Applied Psychology, 75,* 158–163. http://dx.doi.org/10.1037/0021-9010.75.2.158

*Wilson, M. A., Johnson, E. C., & DuVernet, A. M. (2008). *Job analysis Tech. Rep.* Raleigh, NC: North Carolina State Highway Patrol.

*Wilson, M. A., & Zalewski, M. A. (1994). An expert-system for abilities-oriented job analysis. *Computers in Human Behavior, 10,* 199–207. http://dx.doi.org/10.1016/0747-5632(94)90003-5

Woehr, D. J., & Huffcutt, A. I. (1994). Rater training for performance appraisal: A quantitative review. *Journal of Occupational and Organi-*

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Case 1:10-cv-06950-AT-RWL Document 1192-20 Filed 07/13/21 Page 30 of 30



*zational Psychology, 67,* 189–205. http://dx.doi.org/10.1111/j.2044-8325.1994.tb00562.x

Woods, S. A., & Hampson, S. E. (2005). Measuring the big five with single items using a bipolar response scale. *European Journal of Personality, 19,* 373–390. http://dx.doi.org/10.1002/per.542

*Wooten, W., & Prien, E. P. (2007). Synthesizing minimum qualifications using an occupational area job analysis questionnaire. *Public Personnel Management, 36,* 307–314.

Wrzesniewski, A., & Dutton, J. E. (2001). Crafting a job: Revisioning employees as active crafters of their work. *Academy of Management Review, 26,* 179–201.

*Zrebiec, J., & the National Certification Board for Diabetes Educators. (2001). A national job analysis of certified diabetes educators by the National Certification Board for Diabetes Educators. *The Diabetes Educator, 27,* 694–702. http://dx.doi.org/10.1177/014572170102700510

Received August 26, 2013
Revision received January 14, 2015
Accepted February 13, 2015 ■

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

**Members of Underrepresented Groups:
Reviewers for Journal Manuscripts Wanted**

If you are interested in reviewing manuscripts for APA journals, the APA Publications and Communications Board would like to invite your participation. Manuscript reviewers are vital to the publications process. As a reviewer, you would gain valuable experience in publishing. The P&C Board is particularly interested in encouraging members of underrepresented groups to participate more in this process.

If you are interested in reviewing manuscripts, please write APA Journals at Reviewers@apa.org. Please note the following important points:

- To be selected as a reviewer, you must have published articles in peer-reviewed journals. The experience of publishing provides a reviewer with the basis for preparing a thorough, objective review.
- To be selected, it is critical to be a regular reader of the five to six empirical journals that are most central to the area or journal for which you would like to review. Current knowledge of recently published research provides a reviewer with the knowledge base to evaluate a new submission within the context of existing research.
- To select the appropriate reviewers for each manuscript, the editor needs detailed information. Please include with your letter your vita. In the letter, please identify which APA journal(s) you are interested in, and describe your area of expertise. Be as specific as possible. For example, "social psychology" is not sufficient—you would need to specify "social cognition" or "attitude change" as well.
- Reviewing a manuscript takes time (1–4 hours per manuscript reviewed). If you are selected to review a manuscript, be prepared to invest the necessary time to evaluate the manuscript thoroughly.

APA now has an online video course that provides guidance in reviewing manuscripts. To learn more about the course and to access the video, visit http://www.apa.org/pubs/authors/review-manuscript-ce-video.aspx.