# EXHIBIT 21

# THE JOB ANALYSIS HANDBOOK FOR BUSINESS, INDUSTRY, AND GOVERNMENT

## VOLUME I

*Edited by*

**SIDNEY GAEL**

*NYNEX Corporation*
*White Plains, New York*

**JOHN WILEY & SONS**

**New York • Chichester • Brisbane • Toronto • Singapore**

Copyright © 1988 by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of this work beyond that permitted by Section 107 or 108 of the 1976 United States Copyright Act without the permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Permissions Department, John Wiley & Sons, Inc.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought. *From a Declaration of Principles jointly adopted by a Committee of the American Bar Association and a Committee of Publishers.*

***Library of Congress Cataloging in Publication Data:***

The Job analysis handbook for business, industry, and government.

Bibliography: p.
1. Job analysis. I. Gael, Sidney.
HF5549.5.J6J63 1987    658.3'06    87-8233
ISBN 0-471-63173-6 (v. I)
ISBN 0-471-63172-8 (v. II)
ISBN 0-471-87237-7 (Two-volume set)

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1