# EXHIBIT 22

Blackwell Handbooks of Research Methods in Psychology

*Handbook of Research Methods in*

# INDUSTRIAL AND ORGANIZATIONAL PSYCHOLOGY




*Edited by*

**Steven G. Rogelberg**

Blackwell Publishing

Spendolini, M. J. (1992. *The benchmarking book* . New York: AMACOM .
Stanton, J. M. (1998). *An empirical assessment of data collection using the internet* . *Personnel Psychology* , (51) (3), 709 25.
Stanton, J. M. and Rogelberg, S. G. (2001). *Using Internet/Intranet web pages to collect organizational research data* . *Organizational Research Methods* , (4) , 199 216.
Strack, F., Schwarz, N., and Gschneidinger, E. (1985). *Happiness and reminiscing: The role of time perspective, mood, and mode of thinking* . *Journal of Personality and Social Psychology* , (49) , 1460 9.
Tabachnick, B. G. and Fidell, L. S. (1989). *Using multivariate statistics* (2nd edn). New York: Harper and Row .
Tomaskovic-Devey, D., Leiter, J., and Thompson, S. (1994). *Organizational survey nonresponse* . *Administrative Science Quarterly* , (39) , 439 57.
Tourangeau, R. and Rasinski, K. A. (1988). *Cognitive processes underlying context effects in attitude measurement* . *Psychological Bulletin* , (103) , 299 314.
Viswesvaran, C., Barrick, M. R., and Ones, D. S. (1993). *How definitive are conclusions based on survey data: Estimating robustness to nonresponse* . *Personnel Psychology* , (46) (3), 551 67.

# Chapter Eight. Qualitative Data Collection and Analysis

**Peter D. Bachiochi and Sara P. Weiner**

**Subject** **Applied Psychology** » **Organizational**

**Key-Topics** **data structures**, **industrial**, **qualitative methods**, **research methods**

**DOI: 10.1111/b.9781405127004.2004.00010.x**

## Introduction

The rich legacy of qualitative research has yielded a wide variety of approaches and methods (grounded theory, ethnography, action research, focus groups, interviews, case studies, etc.). This chapter will summarize specific steps from the traditions of grounded theory, ethnography, and other schools of thought that have emerged from the fields of sociology, anthropology, and psychology. Our specific focus will be on the methods we believe are most useful and frequently used in organizations. These methods can be combined to create an approach tailored to the research question and situation. In fact, triangulation of results from multiple approaches can yield more reliable and valid conclusions (Tucker, Powell, and Meyer, 1995) and is particularly important when results will be used for decisions that may have significant risk attached (e.g., attraction and

retention strategies, implementation of a new performance appraisal system). Because systematic approaches can enhance the reliability and validity of conclusions drawn from qualitative research, we hope to strike a balance between standardization and the flexibility that has been the hallmark of many qualitative researchers and theorists (e.g., Glaser and Strauss, 1967).

In this chapter, guidelines for choosing when qualitative research may be most appropriate and recommendations for how to collect and analyze qualitative research in organizations will be provided. Our purpose is *not* to provide an exhaustive description of different qualitative research approaches, because there are already several definitive sources for each technique. We direct the reader to Lee (1999) or Symon and Cassell (1998) for overviews of organizational applications of multiple methods, to Creswell (1998) or Maxwell (1996) for a more general review of qualitative research, and to Miles and Huberman (1994) for data analysis techniques. While we will be faithful to these original sources, which are often oriented to the academic researcher, we will also provide a perspective intended for the organizational researcher. Thus, unique situations and constraints on research in organizations will be covered as the specific steps and techniques are summarized. To facilitate this process, the topic of employee retention and attrition will provide a running context for our recommendations.

The different approaches available also involve varying levels of participant involvement, which can be a significant factor in selecting a method. In this chapter, the approaches will be discussed starting with the highest level of participant involvement. For instance, focus groups require active involvement of the participants in the data collection process. Observational studies may vary widely in the level of involvement and potentially the degree to which participants are aware of the research being conducted. Case studies, especially if they rely heavily on written or archival records, could require very little participant involvement. Finally, some of the overarching issues that impact any research approach: reliability, validity, and ethics, will also be presented in the context of conducting qualitative research.

**When to use qualitative research**

Qualitative research is often juxtaposed against quantitative research and although there are important differences between the two, both contribute in unique yet complementary ways to theory generation and testing. Knowledge of the differences should guide one to select the most appropriate tools. Lee (1999) provided a thorough summary of how previous authors (Cassell and Symon, 1994; Creswell, 1994; Kvale, 1996) have distinguished between qualitative and quantitative approaches to research. Each has moved beyond the simplistic “numbers versus no numbers” distinction. Differences in philosophical orientation, question development, involvement of the researcher, tools, flexibility, and contextual influences were all outlined as areas in which the two may differ. The reader is directed to the above sources for more background on how the differences influence the choice of research approach. Locke and Golden-Biddle (chapter 5 in this volume) also provide additional historical and philosophical background to guide your decision.

Ultimately, qualitative and quantitative approaches can complement each other and provide researchers with a unique opportunity to strengthen their conclusions. The two approaches allow the researcher to take steps toward triangulation of results. For instance, although different data collection approaches may be taken, each approach can provide confirmation of a theory or a hypothesis. There are four types of triangulation: data triangulation involves using multiple sources of data; investigator triangulation uses more than one researcher; theory triangulation relies on more than one theory to interpret findings; and methodological triangulation utilizes more than one method to address the research question (Tucker et al., 1995).

The use of qualitative research methods is driven primarily by the type of research question being asked. There are several criteria for determining if qualitative methods are most appropriate for the research question being addressed. The answers to each of the following questions will guide the researcher toward the most appropriate methods.

**Is the context central to the research question?**

One of the potential weaknesses of qualitative research is the limited generalizability of the findings, but generalizability may be sacrificed for greater in-depth knowledge of the participants, processes, or industries being studied. For example, employee retention provides a rich context. The information technology industry has been hit particularly hard by labor market conditions resulting in a shortage of highly skilled workers. Research that focuses on this industry in particular (and perhaps even an individual company) may not generalize to other industries, but can provide readily useful information on how to retain key talent in that industry (or company). If the specific context of the study is a key driver in the research process and/or interpretation of the findings, then a more qualitative approach may be most appropriate in spite of the reduced generalizability of the findings.

**Is the participant's interpretation central to the research question(s)?**

Simply put, closed-ended questions often do not provide the research participant with the opportunity to explain fully why they feel the way they do. Rather than the researcher imposing structure a priori on the participants by using multiple-choice Likert-type responses, many qualitative approaches (e.g., interviews, focus groups) allow the participant to provide interpretations often not anticipated by the researcher. For example, participants in a focus group may indicate that the main reasons they are considering leaving a company are not due to salary or benefits, but rather to not enough skill development opportunities or too little coaching by their supervisor. These factors may not have been expected by the investigator or identified in previous quantitative research (e.g., a survey) where these causes of attrition were not included in the question set.

**Is depth/richness of data essential?**

Although it seems obvious that rich data are better data, practicality may place restrictions on the level of detail possible. However, there are often research questions

that demand more depth and less breadth (e.g., diversity, retention). When greater depth is required, case studies, interviews, or focus groups provide the opportunity for probing for greater detail at the individual, group, and organizational levels. For example, employees in one-on-one interviews can provide significantly more information about the type of career mentoring they may require, or specific reasons for their departure from an organization - details not likely to arise in a survey. A combination of approaches (e.g., interviews followed by a survey) can yield the depth needed, guide survey question development, and provide the sample size for broader conclusions (when followed by a survey).

**Is the research exploratory?**

Very often the nature of the research question does not lend itself readily to clear operational definitions, especially if a new area of research is explored. For example, the high-tech labor shortage prevalent in the 1990s is a phenomenon that many companies and researchers are only now exploring. As such, the steps required to deal with such a shortage (new recruiting, hiring, and retention approaches) are relatively poorly studied or documented. Similarly, the meaning of the terms “job satisfaction,” “job security,” and “loyalty” seems to be changing as a result of this new employment landscape. Another aspect to consider is whether the topic may cause some level of discomfort (e.g., sexual harassment or downsizing). If yes, then a qualitative approach may elicit findings that otherwise might be missed. In a survey, participants may just skip uncomfortable questions and valuable data would be lost.

If a qualitative approach is deemed most appropriate after consideration of the above issues, and sufficient resources are available for this typically labor-intensive type of research, the subsequent sections in this chapter provide guidance for next steps. The potential pitfalls of several methods will be provided as well as the steps one should follow in conducting a qualitative research study within an organization. In addition, the culture or climate of the organization (e.g., level of trust between management and employees) must be considered to determine the type of research that will be most appropriate.

The remaining sections of the chapter will review the steps involved in some of the most useful qualitative methods in organizational research: focus groups, interviews, open-ended questions in surveys, observation, and case studies. Discussions of data analysis techniques, the key concepts of reliability and validity, and the ethical issues that arise in qualitative research will follow. The more comprehensive sources on qualitative data collection and analysis that are cited should also be reviewed to prepare for a qualitative research project.

## Focus Groups and Interviews

The discussion below provides guidelines for planning and conducting successful qualitative research using focus groups and interviews. Greenbaum (1998), Kvale (1996), Morgan (1997, 1998), or Stewart and Shamdasani (1990), are additional sources of

information about conducting focus groups or interviews. In addition, the authors' experience has contributed to these guidelines.

Although focus groups and interviews differ from each other, this section will highlight both the similarities and relevant differences. We will cover the typical components of organizational research using focus groups and interviews: sampling, instrument design, conducting the sessions, and analyzing the results (writing a report is covered at the end of the chapter). Focus groups are a method for qualitative data collection in which pre-selected groups of people have a facilitated discussion with the purpose of answering specific research questions. Interviews are one-on-one sessions between an interviewer and an interviewee, typically for the same purpose. Participants in either type of research can be subject matter experts, key stakeholders in a project, or more randomly selected employees who can contribute to the research. Focus groups or interviews can provide rich sources of qualitative information when development or testing of new theories is needed or when in-depth discussion would provide clarity on an issue. Focus groups and interviews are often used prior to a quantitative study to identify critical topics to include in the research or at the conclusion of a quantitative study when findings need further exploration. Focus groups and interviews are also useful for gaining a general understanding of an issue without involving the numbers of people needed for a statistically representative survey.

Although focus groups and interviews can be used for stand-alone research, generally they are not methods intended to provide representative data for a large population. Therefore, the findings must be used within the confines of their limitations by avoiding weighting single comments too heavily or generalizing findings too broadly. For example, a particularly disgruntled former employee may be quite eloquent in describing why he or she left an employer. Although it is tempting to include the most quotable quotes, it is critical to summarize findings and choose quotes representative of comments heard from many participants rather than from one exceptionally verbose or articulate participant.

**Sampling (participant selection)**

Ideally, the number of sessions conducted should be enough to achieve theoretical saturation (Lee, 1999), which is the point at which new sessions are not adding new knowledge. Practical considerations include the number of people available to conduct sessions and the amount of time available for the project. A focus group should be planned to include 8–10 participants to facilitate the best level of group interaction.

Key subgroups (e.g., managers) should be identified and it should be determined whether to conduct sessions with them separately. For example, for a topic such as a manager's role in career development and its impact on retention, managers and subordinates should not be combined in one group. Or, a study on gender differences would, typically, use separate male and female groups. However, across focus groups (and interviews), heterogeneity of participants generally should be maximized (Lee, 1999).

Recruiting participants is often the weakest link in the process (Morgan, 1998). Participants should be chosen randomly if possible and if needed. For practical reasons, a convenience sample may be necessary and can be perfectly appropriate. Fees or entry in a lottery for a prize may be considered to encourage participation. For example, all those who participate could fill out a postcard to be entered in a prize draw. However, given tax implications and legal restrictions across countries and across states in the USA, it is important to consult with legal counsel before proceeding.

**Instrument design (facilitator's guide)**

A facilitator's guide is the script for conducting focus groups or interviews. Structured guides will include introductory statements (the purpose of the research and how results will be used), directions for participants (encouraging candor, and in focus groups asking participants to maintain the confidentiality of the session), an icebreaker exercise (e.g., informal discussion with the interviewee or brief introductions by each participant in a focus group), questions to ask participants (open-ended questions with probes to ensure the session stays focused), and closing information (thanking participants, reminding them about confidentiality, restating how the results will be used, etc.). In addition, the format of the guide should be structured with more general questions first, followed by more specific or more sensitive questions later in the session (see Gummesson, 1991; Stewart and Shamdasani, 1990; or Symon and Cassell, 1998 for additional information on designing the research protocol).

A structured discussion guide helps in several ways. It will keep the focus group or interview focused on the topics of interest, facilitate coding of the responses later in the process, and enhance the consistency of the data collection process. An unstructured format (e.g., the facilitator/interviewer poses a general question at the start of the session and guides a more open-ended discussion) may be used when new theories are being formulated or the research is very exploratory; but the more unstructured the format, the more skilled the facilitator/interviewer must be.

**Conducting the sessions**

This section will outline some of the critical considerations for an internal researcher. Greenbaum (1998), Krueger (1998a), Morgan (1997), and Stewart and Shamdasani (1990) provide additional details about conducting focus groups.

**Pre-session arrangements**

Dates and sites for the sessions must be chosen, invitations should be sent 7–14 days prior to the session, and responses from participants must be managed. Invitations should contain: the session date, time, and location; the purpose of the research; the voluntary nature of participation; the response deadline (time should be allowed so others may be contacted as substitutes if needed); any additional instructions; and a contact person. Sometimes it is useful to include the discussion questions in advance. If the research is

being conducted in an organization, an invitation signed by a senior leader is likely to encourage greater participation.

**Running the session**

Excellent facilitation skills are critical for conducting successful focus groups and interviews, and, often, subject matter expertise is required (Morgan, 1998). The facilitator should be objective, avoid engaging in a dialogue with participants, and maintain the flow of the discussion. Lee (1999) recommends three approaches for facilitators: reiterating participants' comments, asking a participant to clarify a point, and summarizing statements to keep the discussion moving. Facilitators should be comfortable with brief silences, control verbose participants and encourage the shy or restrained, and be flexible regarding the "script." One approach to assist with content coding is to leave time at the end of the session to ask participants for their summary of the main findings from the group/interview. The facilitator must also manage time well to get to all the discussion points without running over. Generally, 60–90-minute sessions are reasonable in organizational settings.

**Recording or notes?**

A live note-taker can be used, or sessions can be audio- or videotaped where verbatim comments are later transcribed. Privacy laws vary around the world with regard to gathering information via focus groups or interviews and, specifically, to the recording of sessions. In addition, cultural differences require sensitivity about what it is appropriate to ask or how it will be recorded. Audio or video recording is not usually appropriate for very sensitive topics. Local laws and company policies must be followed, and permission to tape (informed consent) must be obtained from all participants prior to each session. Exactly how the tapes will be handled after the session also should be clearly communicated. See the ethics section in this chapter for more information.

There are advantages and disadvantages to using recording devices during focus groups or interviews. One advantage is that the moderator/interviewer can focus exclusively on the flow and content of the discussion. It is quite difficult to take comprehensive notes and effectively facilitate an interview or focus group simultaneously. However, it is quite common for an interviewer to record a session and also take some notes. Other advantages of audio or video recording include *not* having to rely solely on faulty human note-taking, and in the case of videotaping having the ability to later code all non-verbal behavior accurately. However, recording devices may make some participants uncomfortable or self-conscious and therefore inhibit candid responses or active participation, or actually result in different behaviors on the part of participants than would otherwise be observed. Obtaining high-quality transcriptions of sessions can also be very costly.

If recording devices are to be used, plans for mechanical failure should be allowed for ahead of time (e.g., bringing extra batteries or equipment) and confirmation of how the

technology works in the room that will be used should be sought in advance (e.g., placement of microphone for clarity, access to connections needed).

**Recommendations for note-takers**

If recording devices are *not* to be used, the following list of recommendations should be considered: (a) draw a "map" of participants, assigning a number to each (but no name) so comments can be associated with individuals, thereby avoiding weighting verbose participants' comments too heavily; (b) record as much verbatim as possible and do not try to summarize or formulate conclusions during the session; (c) record relevant non-verbal behavior (e.g., head-nodding indicating agreement among participants).

**Post-session wrap-up**

After each session, the major messages should be summarized by the facilitator (and note-taker if present). These summary notes, written when memory is fresh, will be useful during report-writing. After the focus group or interview is over, a "thank you" note and a later summary of the findings from the research are critical to ensure participants see the value of their participation, and should be an encouragement to them to participate in future research.

**Alternative approaches**

Alternatives to in-person sessions include telephone interviews or teleconferences. Teleconferences still allow live group interaction, but they will have less dynamic group interaction than in-person groups. Also, they are much smaller (typically up to three participants), so fewer people may be included in the research overall. Again, a note-taker in addition to a facilitator is preferable if recording devices are not to be used.

Software applications can also be used to conduct focus groups. For example, employees whom an organization does not want to lose could be invited to participate in a session about important factors in retaining them. They could remain individually (and anonymously) at their own work stations, be linked to a website with group software, and respond to questions posed by a moderator that are seen simultaneously by all participants. Other group software is available where participants can be in a room together with work stations set up for this purpose, but where they can still type their comments anonymously. One advantage is that greater candor may result because of anonymity, while some benefits of group interaction are obtained when participants respond to comments made by others during the session; another is that responses are captured in a soft copy text file, so only a moderator is needed. Most of the guidelines discussed above are also applicable to telefocus groups or groups using software applications.

**Content analysis**

Data analysis for qualitative research should apply rigorous, systematic approaches and usually entails content analysis. Content analysis is useful for any research approach that yields textual data (transcripts, field notes, etc.) and, as such, later in this chapter, we will refer you back to this section during discussions of observational and case studies. This section focuses on two common approaches for summarizing qualitative data: meaning condensation and meaning categorization. Assessing reliability is also discussed. The authors' experience contributed to some suggestions and Stewart and Shamdasani (1990) and Potter and Levine-Donnerstein (1999) provide more complete treatments of content analysis.

**Meaning condensation and categorization**

The purpose of meaning condensation and categorization is to reduce the content of the sessions into meaningful categories. Several steps are involved. First, the focus group or interview notes from each session should be reread and the summary notes written after each session. Next, common themes in the comments should be identified by using a coding scheme based on the theoretical framework for the research, or, if developing or testing a new theory, the questions asked in the session should be used to develop a coding scheme by an iterative coding process. Finally, each comment in each session should be coded according to the category scheme (for further details, see Lee, 1999; Morgan, 1997). For focus groups, findings of the group as a whole should be captured in addition to findings from individuals, and it is important not to weight comments of a verbose participant too heavily.

It is necessary to distinguish between the number of comments and the number of individual participants. The percentage of comments in a particular category is determined by dividing the number of comments coded in that category by the total number of comments (not the number of participants). Lee identifies three frequency measurements that can be used with focus group or interview results either within a predetermined theoretical framework or to develop a new framework:

(a) absolute frequency (the total number of times [a key topic] is mentioned by any person), (b) frequency by individual persons (the average number of times the topic is mentioned by particular persons), and (c) frequency by individual focus group [or interview] (the average number of times the topic is mentioned by a group).

(1999, p. 74)

To enhance inter-rater reliability of the categories, it is best to have independent coders assist in category development in addition to the facilitator (and note-taker if used). Each would identify categories separately, and then come to an agreement about the final categories and sub-categories. Once the categories and sub-categories have been agreed upon, independent coders review the session notes and assign each comment into a category. To save time, coders can categorize different sessions; however, for higher reliability, the best approach would be to have each code all the sessions and then come to an agreement on any coding discrepancies.

There are several other methods that can be used when analyzing qualitative findings such as narrative structuring (restructuring what was said across interviews to formulate a complete story), hermeneutic meaning interpretation (where the researcher interprets the data based on perspectives of noted theories), and ad hoc methods, which are used alone or in combination depending on the researcher's preference (Lee, 1999). The reader is also directed to the section on assessing reliability later in this chapter for information on standardizing the interpretation process.

# Open-Ended Survey Questions

Another common means of collecting qualitative data from organization members is by using open-ended questions in employee surveys (Edwards, Thomas, Rosenfeld, and Booth-Kewley, 1997). One strength of open-ended questions is that they allow researchers to obtain answers that were unanticipated (Fowler, 1993). As such, open-ended questions are typically asked in organizations when solutions to a unique problem are needed, or when a topic is new enough that closed-ended choices are not yet clear. For example, “What single suggestion do you have for improving cross-organizational teamwork in our company?” or, “What is the most difficult barrier to meeting your customers’ needs?”

Providing the opportunity for an open-ended response at the end of a list of closed-ended options is also a way to ensure researchers capture all possible answers. For example, in answer to the question: “What was the main reason you decided to leave the company?” closed-ended responses can range from “better career opportunity,” to “better compensation,” to “greater flexibility.” “Other” can be offered as a final option, with those respondents asked to explain their answer in a write-in response.

Asking one catch-all question at the end of the survey (e.g., “Do you have any additional comments on topics covered or not covered in this survey?”) ensures respondents have an opportunity to share an opinion they have no other place in the survey to share. Perhaps most importantly, especially in the context of this chapter, open-ended survey questions allow people to respond “from their own unique perspective instead of being forced into the response options that are driven by the paradigm of the survey practitioner or design team” (Church and Waclawski, 1998, p. 49).

**Analysis of open-ended responses**

Data analysis for open-ended questions is similar to analysis of focus group and interview summaries, but because of the generally larger volume of responses it can be even more labor-intensive and time-consuming. Text-mining computer programs can drastically reduce the amount of time spent reading and categorizing comments. Software programs have been developed to identify words and phrases and categorize them into themes. Some programs are able to graphically depict the relationship between themes, including the strength of the relationship, as well as analyze comments in multiple languages (e.g., IBM, 1998). See Hanges, Lord, Godfrey, and Raver (chapter 21 in this volume) for more information on data-mining.

If text-mining software is not available, or cannot analyze all the languages of the responses, then manual content coding of all or a sample of the responses is necessary. Identification of native speakers for analysis of multiple languages should be done as early in the project as possible. Here are some suggested steps for analyzing open-ended comments:

- • ensure the context is understood through a thorough understanding of the purpose and content of the entire survey;
- • choose a reasonable number of comments to sample by using either a percentage of respondents or a fixed number of comments; generally, 400 respondents per question will provide a representative sample of comments (at the 95 percent confidence interval with a margin of error of +/- 5 percent) for any size population (Cozby, 2000);
- • read 75–100 responses for one question to identify most of the categories and sub-categories that will be used in subsequent coding;
- • differentiate and track the number of respondents and the number of comments being coded because one respondent may write about multiple issues;
- • avoid over-weighting one person's opinions in the findings;
- • distinguish between negative and positive comments even if in the same category (e.g., employee compensation);
- • use percentages to describe the results if a statistically representative sample has responded to a survey.

In an academic paper, where details can be provided on analysis techniques, quantitative analysis is appropriate and expected. However, in an organization report, using phrases such as “many also commented,” “most stated,” or “a minority said” are preferable unless the survey respondents are indeed a representative sample (see section below on report writing). For an in-depth discussion of statistical techniques for analyzing qualitative data such as chi-squares, correlations, and regression, see Miles and Huberman (1994).

# Observation-Based Approaches

Observational research in organizations is an extension of ethnographic approaches used by anthropologists and sociologists. However, expectations that use of ethnography is very time-intensive (some studies taking years) may have limited the greater adoption of this research approach (Bastin, 1985). Organizational ethnography has been defined as an attempt to uncover and explicate the ways in which people in particular work settings come to understand, account for, and take action within their day-to-day work situation (Van Maanen, 1979, p. 540). In fact, ethnographic approaches have been used in critical incident approaches in job analysis. By observing the behaviors necessary for the target job, or by actually doing the job themselves, researchers have identified the critical skills and abilities of employees. However, job analysis is merely one example of the way observational approaches can be used in organizational research. Observational research could be used to study the effectiveness of coaching styles, to study the use of specific safety procedures, or many other behavior-based phenomena.

**The issue of disclosure**

One of the first issues the researcher must address is the extent to which their presence will be acknowledged to those being observed. Although several distinctions exist, Gold (1958) provided the most lasting framework outlining four levels of observation. The "complete participant" would participate fully as an organizational member, not disclosing his or her identity as a researcher or the research purpose to those being observed; the "participant as observer" would participate in the role of researcher as an observer and would disclose his or her identity and research purpose; the "observer as participant" would participate as if an organizational member, while also observing, with full disclosure; and the "complete observer" is entirely unobtrusive, with no social interaction.

Some researchers have argued that "it is difficult to imagine a situation in which no participation whatsoever takes place" (Nason and Goldberg, 1999, p. 238), but it is important to minimize the impact an observer/researcher may have upon the situation being observed. The Hawthorne studies (Roethlisberger and Dickson, 1939) provided a lasting legacy illustrating the unintended effects that researchers might have just by their presence. Stoddart (1986) provides several ways in which the researcher can become "invisible" to organization members. The first four address *disattending*, the process by which a researcher becomes less noticeable. The last two address *misrepresentation* by the researcher:

- • erosion of visibility by time: with time researchers become less salient;
- • erosion of visibility by display of no symbolic detachment: in this case, the researcher eventually fits in;
- • erosion of visibility by display of symbolic attachment: the researcher is accepted as a member of the group by participating in the trenches with them;
- • erosion of visibility by personalizing the researcher-informant relationship: the group becomes less concerned with the research because they like the researcher;
- • masking real research interests: the researcher misleads the group observed by presenting them with alternate research purposes;
- • masking identity of researcher: the researchers conduct their study covertly.

The ethical issues involved with misrepresentation are clear, and Berg (1998) provides a helpful discussion of the dangers of conducting research invisibly (violating the trust of participants, becoming over-involved, learning more than you want to know, etc.). Ultimately, it is the researcher's responsibility to weigh the ethical risks in the research against the potential benefit of its contribution. For instance, in the case of retention research, masking the identity of an internal researcher could be viewed as an overt act of deceit on the part of the sponsoring organization, leading to resentment, a loss of trust, and perhaps even contribute to attrition.

**Observational data collection**

Observational research is a process of watching and listening. Perhaps an organization wants insight into the practices of a manager who has been particularly successful in retaining critical talent. The first steps of the process involve becoming acquainted with the setting. Berg (1998) provides four general steps:

- 1. *Taking in the physical setting* is accomplished by walking around, taking some initial notes, and perhaps mapping out the physical layout of the organization. This process is intended to help with preliminary logistics, getting to know members of the organization, and drawing some first impressions. In our example, this would operationalize as getting to know where department members are located, where breaks are taken, etc.
- 2. *Developing relationships with inhabitants* is a process of identifying potential guides and informants. Often the guide may be the primary contact for the research project. However, the initial walk through the location may have created relationships simply through a smile and an informal greeting. These initial relationships can then be used to establish additional useful relationships. The manager being studied may not be the most important source of information. Senior members of the department may provide unique and valuable insights into the climate and/or culture of the department.
- 3. *Tracking, observing, eavesdropping, and asking questions* is the next step. Tracking involves following a guide or informant and observing interactions and behaviors. Although eavesdropping is generally frowned upon, much can be learned from what is overheard in the course of a day. Ethical considerations must again be weighed against the value the observation will bring to the research.
- 4. *Locating subgroups and stars* is a matter of identifying cliques (groups that tend to spend more time together) and social networks. The central figures in these subgroups have been called stars, and developing relationships with stars can be a very valuable source of data (information as well as access to information) for the researcher. In our example, very often the "key talent" in the department (i.e., those employees the company most wants to retain) may be the stars that will provide critical pieces of information.

The data collection formats for observational research can take on many forms, but the two most frequently used methods are checklists or field notes. The key to both approaches is to be as systematic as possible. If the research is intended to verify the existence or frequency of certain behaviors or events, detailed checklists can be created and used by the researcher. The Position Analysis Questionnaire (PAQ) (McCormick, Jeanneret, and Mecham, 1972) is one example of a very detailed list that can be used for job analysis. The use of a checklist not only focuses the attention of the researcher; it also reduces the masses of data that might be collected. The researcher's hypotheses may drive the development of behavioral checklists that can then be used by multiple raters. The use of multiple raters also allows for reliability checks during data analysis and is one of the methods to accomplish triangulation.

When the research questions are more exploratory, or the research location and context preclude the use of checklists, field notes are the primary means of recording data. Some

researchers suggest writing complete records immediately after leaving the research site (Bogdan, 1972), while others suggest jotting down notes on site and later creating the complete record (Festinger, Riecken, and Schacter, 1956). Burgess (1991) stated that note-taking is a function of the research context, the researcher's objectives, and the relationship with informants. Based on the social context, the researcher may use tape recorders (or perhaps videotape), take extensive notes, or simply jot down phrases. The researcher should try to take down as much as possible and aim for verbatim accounts of conversations. Whenever possible, accounts of the times of events or conversations should also be part of the notes. The researcher's opinions, impressions, and feelings are also worth recording.

Whichever note-taking method is used, several problems arise. The selective (or failing) memory of the researcher creates validity problems. Experienced researchers develop tricks to enhance their memory. Berg (1998) recommends the following memory-enhancing steps:

- 1. *Record key words and key phrases while on location*. These words and phrases will act as cues later to recreate the conversation. Carrying a small notepad can facilitate this process without being too disruptive.
- 2. *Make notes about the sequence of events*. The sequence of events facilitates the identification of important patterns that may be critical in final data analyses. For instance, the steps that employees go through in their socialization into a department could be particularly critical to their acclimatizion and subsequent retention.
- 3. *Limit the time you remain in the setting*. To facilitate memory and emphasize the importance of note reconstruction, Berg (1998) suggested a 1:4 ratio of field time to subsequent note-writing.
- 4. *Write the full notes immediately after leaving the location* to minimize the opportunity for memory erosion.
- 5. *Get your notes written before sharing them with others* to avoid forgetting and unintended embellishment of actual events. Especially if working as part of a research team, your memory of events can be influenced by what your teammates might share with you about their observations.

Hand-held personal computers that are easily transported and concealed hold particular promise for facilitating data recording in the field. And again, ethical and legal issues must be considered in using any technology-based recording equipment.

**Analyzing results of observational/ethnographic research**

Although organizational ethnography is more often concerned with creating hypotheses than testing them, analysis of the data collected is essential. Consistent with the ethnographic philosophy, qualitative analyses are most appropriate for this research. As such, data reduction techniques, discussed in the earlier section on content analysis, are particularly appropriate. This analysis will identify themes and patterns in the data collected and provide the information needed for a detailed report.

Observational research may also start with surveys or interviews to gather basic demographic information and social conditions (Bastin, 1985), and when quantitative data are gathered, they can be compared to the more qualitative findings from the observations. For instance, in cases where behavioral checklists are used, the frequency of specific behaviors can be compared across groups by the use of chi-square analyses.

Case material (i.e., multiple observations at different points in time) can also be gathered, which lends itself well to longitudinal analyses. For instance, in the case of the manager who is very successful at retention, his or her behaviors could be observed at multiple performance feedback sessions over time to test the hypothesis that effective feedback is a critical factor in retention. Further elaboration of the case approach is required before the details of these longitudinal analyses are provided.

# Case Studies

Case studies have been used extensively in psychology, primarily in clinical research. They can also provide organizational researchers with a wealth of information. Yin (1984, 1994) has become the definitive source for designing, conducting, and analyzing case studies. He distinguished case studies from other research approaches by defining the former as “an empirical inquiry that (1) investigates a contemporary phenomenon within its real-life context; when (2) the boundaries between phenomenon and context are not clearly evident; and in which (3) multiple sources of evidence are used” (1984, p. 23). Although case studies are often criticized for their limited generalizabil-ity, Yin points out that “case studies, like experiments, are generalizable to theoretical propositions and not to populations or universes” (ibid., p. 21). Although case studies often open the way for discoveries (Shaughnessy and Zechmeister, 1990), they should not be relegated to exploratory purposes only. The focus of case studies, like most other qualitative research, is to expand and generalize theories rather than enumerate frequencies.

**Preliminary issues to address**

Before beginning a case study, the researcher must define the type of study to be conducted, which in turn defines what the term “case” will mean in the study. A single detailed interview may yield enough information. A broader investigation may be necessary because (1) the research question itself may focus on a broad area such as a complex network of relationships, or (2) the research cannot be addressed without accounting for the interconnected nature of organizational life (Berg, 1998). As a result, the researcher must determine if a single case or multiple cases will be used and how many levels of analysis will be investigated. There are compelling reasons for using a single case. A single organization or process could contain all the components needed to test a particular theory. Similarly, an organization could be so extreme or unique that it provides valuable insights into a new innovation or management technique. The same study can also investigate more than one case. By using multiple cases (if they are available), the researcher has the opportunity to replicate findings from the first case, and perhaps revise the theory/model before applying it to other cases (or even reapplied to the

original case). Multiple cases can provide a richer research context that provides for greater reliability and validity of conclusions/inferences.

Defining the number of levels of analysis, though, is primarily a function of the research questions to be addressed. A study could focus solely on the organization as the level of analysis. For example, a company with exceptionally low unwanted attrition could be studied to identify the components of its success. However, an embedded approach could be taken that focuses on the organization as an entity, but also studies separate divisions within that organization, and perhaps even individual managers in those divisions. Multiple levels of analysis can be analyzed in either single cases or within multiple cases, but again the research question(s) to be addressed should guide that decision.

**Designing and conducting case studies**

The first step in case study research is to develop a protocol that contains the instruments, procedures, and ground rules for collecting data. In many respects, the protocol is similar in purpose to an interview or focus group facilitator's guide (see Yin (1994) for more details on designing the protocol). As stated earlier, several sources can be used for data collection in case studies. Documentation such as annual reports, general memoranda, news stories, and articles in magazines, or other formal reports on the organization could be valuable sources of information about an organization. Archival records such as previous survey results or personnel records could also provide detailed background about corporate climate or culture. Interviews, as discussed earlier, will provide current information. Direct observation or participant observation are both sources of first-hand data. Physical artifacts, such as well-worn areas of facilities, or even the number of irreverent business-related comics posted in offices, provide additional insights that might not be gained from the other sources.

Yin (1994) also outlines three principles of case study data collection. The first is to use multiple sources of information. One of the particular strengths of the case approach is the access to multiple types of data. Survey data, interviews with supervisors and subordinates, and observation of day-to-day activities can yield information about why a manager may be excellent at retaining key talent. This richer data allows for greater insight and also facilitates triangulation of conclusions. The second principle is creating a case study database that contains both documents and narratives collected as well as the notes of the investigator. A combination of a spreadsheet containing dates and sources that is linked to a database (Access, SPSS, word-processing files, etc.) can provide this structure. Again, maintaining a structured approach is as important in qualitative research as any other kind of research. The database also allows for the third principle: maintaining a chain of evidence. In other words, if another investigator were to view the data collected, they should be able to draw the same conclusions or at least see the logical chain of events that led to the conclusions.

As we study our target manager, we will have a record of the survey data (and when it was gathered) that indicates exceptional managerial skills. The comments of his or her supervisors and subordinates (and ideally a content analysis of those comments) should

corroborate the survey results. Finally, an analysis of the supervisor's activities with subordinates can provide the triangulation of findings. A clear record of these results will allow replication by others.

**Analyzing case study data**

Generally, case studies are going to yield overwhelming amounts of data. Miles and Huberman (1984) recommend several possible steps for managing the data: put information into arrays, make a matrix of categories and place data in relevant categories, use flow charts or other graphics, tabulate frequencies, or put information in chronological order. Due to typically small sample sizes, case studies are usually analyzed using two primary approaches: pattern-matching or explanation-building. Pattern-matching includes two strategies. The first assesses if the multiple outcomes occur as predicted by the guiding theory or model of the research. Similarly, the pattern of rival outcomes (that would contradict the guiding theory or model) should not be found. The combination provides strong evidence of validity of the findings. While this first pattern-matching strategy focuses on outcomes, or dependent variables, the second strategy focuses on rival patterns of independent variables. To carry out this strategy, competing theoretical explanations, each with mutually exclusive combinations of predictors, must be compared to see which best fits the data collected. Again, the focus is on the overall pattern of results.

Explanation-building is similar to pattern-matching, but borrows from the grounded theory orientation of Glaser and Strauss (1967). It is a more iterative process of making theoretical statements, testing them against a case, revising the original statement if necessary, and retesting it with other cases. A more detailed description of the process is provided in Yin (1984).

Finally, when a longitudinal component is part of the research design, a time-series analysis can be conducted. The basic approach compares an observed trend to a theoretically meaningful trend as well as to a competing or contradicting trend. The specifics of the analyses will not be outlined here, but the reader is directed to Cromwell, Labys, Hannan, and Terraza (1994), Cromwell, Labys, and Terraza (1994), or Ostrom (1990) for further detail on time-series analyses.

## Reliability and Validity

Regardless of the type of approach used in collecting and analyzing qualitative data, the reliability and validity of the process must always be a primary consideration. Reliability allows the inferences from a particular study to be accepted as more than just the opinions or observations of a single researcher. Triangulation (the integration of multiple sources/methods of data collection) is a critical element in maintaining both the reliability and validity of the process. Webb, Campbell, Schwartz, and Sechrest stated: “When a hypothesis can survive the confrontation of a series of complementary methods of testing, it contains a degree of validity unattainable by one tested within the more constricted framework of a single method” (1966, p. 174). To ensure the validity of a study's

inferences, one must have a sufficient theoretical orientation to know what data are important. Prior to drawing any conclusions, one must also make a large investment of time in the field and in conducting adequate analyses (Kirk and Miller, 1986). The following sections address some of the key issues regarding the reliability and validity of qualitative research.

**Assessing reliability**

There are a number of methods for assessing the reliability of one's conclusions, particularly when content coding is used (e.g., Potter and Levine-Donnerstein, 1999). Reliability can be determined by judging the accuracy or the reproducibility of inferences from the data. Depending on the type of content being coded, different methods for assessing reliability are needed. For example, with manifest content, where simple counting of unambiguous behaviors or events is possible (e.g., a videotape of the number of times an interviewee nods their head in agreement), determining inter-coder reliability simply requires comparing the facts of the content to their reports. In the case of latent pattern content, where patterns of connections underlying surface behaviors or events are determined by experts, the threat to reliability can be inaccurate use of the coder's protocol provided by the researchers. Finally, in the case of projective content, the coders are asked to use their own experiences and knowledge to make judgments of the content, which, if found to be consistent across coders, indicates interpretive congruence and can lead to the establishment of agreement.

There are statistical methods for determining reliability in content analysis (see Potter and Levine-Donnerstein (1999) for a good review), but they also have their disadvantages. A phi-coefficient (the chi-square corrected for number of observations) could be calculated, but it does *not* correct for chance agreement. However, several other measures do correct for chance agreement. Scott (1955) developed the proportional reduction of error (PRE) formula that accounts for chance agreement among coders:
[8.1] where $P_o$ is the observed percentage of agreement and $P_e$ is the percentage of agreement expected by chance. This measure is considered to be very conservative and can only be used with pairs of raters. Cohen's (1960) Kappa can be used with multiple raters. The formula is: [8.2] where N is the total number of judgments made by each coder, $F_o$ is the number of judgments on which the coders agree, and $F_c$ is the number of judgments for which agreement is expected by chance. Kappa, however, overcorrects to a greater extent as the number of coders increases beyond two. Krippendorf's (1980) alpha can be used in more situations, but is very difficult to calculate and use, so we refer you to the original source for greater detail.

**Validity**

Historically, qualitative research has been strongly influenced by postmodern views of reality as a social construction (i.e., a function of an individual's personal interpretation). As such, the concept of validity can be controversial. However, qualitative research is particularly susceptible to the biases of the researcher and, as such, requires rigorous vigilance on the part of the researcher. In addition, the culture of an organization affects

the trust participants have about the research, which influences their honesty, thus affecting the validity of the findings: “The validity of the data gathered from employees is directly tied to their perception of trust toward the organization” (Kuhnert and McCauley, 1996, p. 238).

Establishing the validity of qualitative findings can be accomplished in several ways. Face, predictive, and construct validity can all be applied to qualitative research (Potter and Levine-Donnerstein, 1999). Various methods have been discussed in the literature, including refutability, plausibility, credibility, statistical confirmation, analytic induction for testing hypotheses, triangulation, and others. Marshall and Rossman (1995) have suggested four “criteria for soundness” that guide assessment of validity:

- 1. Credibility is a function of the accuracy with which the participants’ view has been successfully conveyed.
- 2. Transferability is an indication of the extent to which the study's design will allow generalizing to other settings or populations.
- 3. Confirmability is the extent to which other people could confirm your findings.
- 4. Replicability is the extent to which findings can be recreated, even given the dynamic nature of situations and people.

Maxwell (1996) provides eight tactics to enhance the validity of qualitative studies. One of these revolves around keeping alternative explanations or discrepant cases in the forefront of the analyses and interpretations. For example, researchers should not ignore the person or two for whom interesting work is not a significant recruiting factor. They must develop a theoretical explanation or framework that also explains those discrepant feelings. Another tactic, collecting rich data from multiple sources, allows for triangulation and quantification. Allowing participants and/or a third party to react to the conclusions may provide clarification, but also provides an important devil's advocate to challenge the researcher's assumptions. A final tactic, staying on top of other research, strengthens the theoretical base of the study. Adhering to these proscriptions will help the researcher to convey most clearly the message that the research setting or participants communicate.

# Report Writing

All reports will highlight the major findings from the research and include conclusions and recommendations for next steps. However, academic and organizational reports will differ greatly. Academic papers allow for more specific explanations of procedures and the rigor involved in analyses, so informed readers can better interpret the findings. Golden-Biddle and Locke (1997) provide helpful suggestions on writing up qualitative research. Lee, Mitchell, and Sablynski (1999) made recommendations on what to cover in academic reports on interviews, which can be expanded to include most qualitative research. Reports should include: the reason participants were selected (the sampling plan); the extent the research was structured; the number of researchers and steps taken to ensure consistency among them; and whether the location and/or time of day affected the

participants' responses/behavior. Including appropriate quantitative results is also acceptable, and often expected, in academic reports.

For summaries in organizations, a succinct, cohesive report highlighting the method used and major issues identified, with few, if any, numbers is typically preferred. Fink (1995) and Krueger (1998b) provide some useful guidelines. However, we would like to provide suggestions from our experience. One of the most important considerations in organizations is that people who are inexperienced with the nature of content coding can easily ignore the limitations of qualitative research (e.g., lack of representativeness or limited generalizability) when results are quantified. The report audience can intentionally or unintentionally translate the findings in ways the researcher does not intend and that are inappropriate. For example, in a report on research using focus groups in which important retention factors were discussed, if it is stated that "60 percent of participants cited mentoring as the most critical factor in staying with the company," then that percentage could be quoted and presumed to be statistically representative of the entire target population. Emphasizing the context and limitations of the research along with using phrases such as "most participants felt," "many reported," "few agreed," and verbatim comments that support the findings, all minimize the problems of findings being inappropriately interpreted, generalized, or applied.

## Ethical Considerations

The ethical guidelines for conducting research in organizations, based on the American Psychological Association's ethical principles for psychologists, are presented by Lowman(1998), and should be reviewed carefully by all researchers. Specific guidelines are provided concerning confidentiality, informed consent, and record maintenance. Further, Sashkin and Prien (1996) outline specific concerns for researchers, including unintentional errors or blunders, and intentional breeches of ethics by "bounders." The discussion here is limited to broad considerations for the qualitative researcher who is encouraged to seek other sources, including consultation with experienced professionals and trusted research organizations, in ensuring ethical research practices are followed.

In most qualitative research it is required that the participant be known to the researcher at some point in the process of collecting data. The ethical standards for conducting research in organizations (Lowman, 1998) has at least four basic requirements: first, that no harm should come to an individual due to his or her participation in a research study; second, that the participant is fully informed of any potential consequences of his/her participation (informed consent); third, that invitees understand their participation is voluntary; and, fourth, that all reasonable measures are taken to ensure the anonymity and confidentiality of the data are maintained. See cases 13 and 18 in Lowman (1998) for further elucidation on the right to not participate in research, and responsibilities regarding confidentiality.

Confidentiality should be assured, and the researcher must clearly inform participants how their responses will be used (e.g., aggregated responses will be summarized in a report to management) and stored (e.g., description of the information that will be stored,

who will have access, whether names will be linked after the data are stored). The culture of the organization in which the research is conducted also will contribute to the informed consent description. For example, in an organization where trust between management and employees is poor, very specific details of how the data will be handled may either reassure participants or may invoke unnecessary suspicion. Fully understanding the culture is a prerequisite to designing the appropriate communications. Informed consent must always be obtained and what is promised to participants must be rigorously enforced.

In addition, if a third party vendor is used, then the contract must be explicit to ensure ethical management of the data collected (e.g., not sharing the data with the vendor's other clients, maintaining a promise of keeping responses anonymous from the sponsoring organization). The principle here is to "not cede control over survey data" (Sashkin and Prien, 1996, p. 396) to anyone other than those identified in the informed consent as having control of the data.

Legal and ethical challenges may present themselves to the researcher in the process of protecting data gathered from individuals (see Kvale, 1996). As Sashkin and Prien argue, "promises of anonymity are … voided when there is evidence of illegal or dangerous behavior" (1996, p. 394). For example, when a serious threat is made, the researcher is likely justified (and even obligated) to make that threat known to management. However, if there is any ambiguity about what to do, consultation with a knowledgeable professional colleague should happen to ensure a justified and ethical course of action is taken.

Another aspect of ethical organizational research concerns the interpretation of data. Researchers must not extend the data in ways that are unreasonable in order to support conclusions that may be desirable (for example, to support the paying client's views, or to lead to actions that may benefit the researcher). A professional and ethical approach to analysis of qualitative data requires valid interpretations of the meaning of comments. Furthermore, any statistics chosen for data analysis must of course be appropriate. Sashkin and Prien state the following relevant principle: "You shall not make extravagant claims in the absence of scientific evidence to document them" (1996, p. 386). Qualitative research often does not include enough participants to be statistically representative of a particular population and generalizability may be limited due to the smaller samples typically used. Therefore, in light of the limitations of qualitative research, careful interpretation of the findings is required regarding representativeness and generalizability, and the context and limitations of the study must be presented clearly in any report. Conversely, enough information must be provided in the interpretation of the results for them to be meaningful and useful.

## Summary

In this chapter we have covered critical issues in the use of qualitative research in organizations, as well as some guidelines for conducting that research. We discussed how to decide if a research question would be answered effectively using qualitative research.

We provided steps for conducting focus groups, interviews, surveys, observational studies, and case studies. Guidance for conducting content analysis and considerations regarding the concepts of reliability and validity were covered. Finally, report writing and ethical considerations were discussed. Throughout this chapter, we have also offered references to other sources for a more complete picture of requirements for conducting sound studies leading to meaningful conclusions.

Qualitative research may be a rich source of data that can supplement the findings of a quantitative study, or stand alone as a theory-generating or theory-testing tool. Like all research, there are theoretical, design, analysis, and ethical issues. Whatever the purpose of the research, the steps outlined in this chapter should facilitate conducting systematic and informative studies.

The authors would like to thank Tom Lee of the University of Washington and Joe Colihan of IBM Global Employee Research for their thoughtful feedback on earlier versions of this chapter. We would also like to thank our reviewers, Jeff Stanton and Steven Rogelberg of Bowling Green State University, whose input and recommendations contributed greatly to the final version of the chapter.

# Reference

Bastin, R.(1985). *Participant observation in social analysis* . In R. Walker (ed.), *Applied qualitative research* Brookfield, VT: Gower Publishing , 92 100.
Berg, B. L.(1998). *Qualitative research methods for the social sciences* (3rd edn). Boston: Allyn and Bacon .
Bogdan, R.(1972. *Participant observation in organizational settings* . Syracuse, NY: Syracuse University Press .
Burgess, R. G.(1991). *Keeping field notes* . In R. G. Burgess (ed.), *Field research: A sourcebook and field manual* . New York: Routledge .
Cassell, C. and Symon, G.(1994). *Qualitative research in work contexts* . In C. Cassell and G. Symon (eds.), *Qualitative methods in organizational research: A practical guide* . London, England: Sage , 1 13.
Church, A. H. and Waclawski, J.(1998. *Designing and using organizational surveys* . Hampshire, England: Gower Publishing .
Cohen, J.(1960). *A coefficient of agreement for nominal scales* . *Educational and Psychological Measurement* , (20) , 37 46.
Cozby, P. C.(2000). *Methods in behavioral research* (7th edn). Mountain View, CA: Mayfield Publishing .
Creswell, J. W.(1994. *Research design* . Thousand Oaks, CA: Sage .
Creswell, J. W.(1998. *Qualitative inquiry and research design* . Thousand Oaks, CA: Sage .
Cromwell, J. B., Labys, W. C., Hannan, M. J., and Terraza, M.(1994. *Multivariate tests for time series models* . Thousand Oaks, CA: Sage .
Cromwell, J. B., Labys, W. C., and Terraza, M.(1994. *Univariate tests for time series models* . Thousand Oaks, CA: Sage .

Edwards, J. E., Thomas, M. D., Rosenfeld, P., and Booth-Kewley, S.(1997. *How to conduct organizational surveys: A step-by-step guide* . Thousand Oaks, CA: Sage .
Festinger, L., Riecken, H. W., and Schacter, S.(1956). *When prophecy fails* . New York: Harper and Bros .
Fink, A.(1995. *How to report on surveys* . Thousand Oaks, CA: Sage .
Fowler, F. J.(1993). *Survey research methods* (2nd edn). Newbury Park, CA: Sage .
Glaser, B. G. and Strauss, A. L.(1967). *The discovery of grounded theory: Strategies for qualitative research* .Chicago: Aldine .
Gold, R. L.(1958). *Roles in sociological field observations* . *Social Forces* , (36) , 217 23.
Golden-Biddle, K. and Locke, K. D.(1997. *Composing qualitative research* . Thousand Oaks, CA: Sage .
Greenbaum, T. L.(1998. *The handbook for focus group research* . Thousand Oaks, CA: Sage .
Gummesson, E.(1991. *Qualitative methods in management research* . Newbury Park, CA: Sage Publications .
IBM(1998). *Text Mining Software. IBM Best Knowledge Services* . Somers, NY: IBM .
Kirk, J. and Miller, M. L.(1986. *Reliability and validity in qualitative research* . Beverly Hills, CA: Sage .
Krippendorf, K.(1980. *Content analysis: An introduction to its methodology* . Beverly Hills, CA: Sage .
Krueger, R. A.(1998a. *Moderating focus groups* . Thousand Oaks, CA: Sage .
Krueger, R. A.(1998b. *Analyzing and reporting focus group results* . Thousand Oaks, CA: Sage .
Kuhnert, K. and McCauley, D. P.(1996). *Applying alternative survey methods* . In A. I. Kraut (ed.), *Organizational surveys: Tools for assessment and change* . San Francisco: Jossey-Bass .
Kvale, S.(1996. *Interviews: An introduction to qualitative research interviewing* . Thousand Oaks, CA: Sage .
Lee, T. W.(1999. *Using qualitative methods in organizational research* . Thousand Oaks, CA: Sage .
Lee, T. W., Mitchell, T. R., and Sablynski, C. J.(1999). *Qualitative research in organizational and vocational psychology, 1979-1999* . *Journal of Vocational Behavior* , (55) , 161 87.
Lowman, R. L.(1998). *The ethical practice of psychology in organizations* .Washington, DC: American Psychological Association .
Marshall, C. and Rossman, G. B.(1995). *Designing qualitative research* (2nd edn). Thousand Oaks, CA: Sage .
Maxwell, J. A.(1996). *Qualitative research design* . Thousand Oaks, CA: Sage .
McCormick, E. J., Jeanneret, P. R., and Meachem, R C.(1972). *A study of job characteristics and job dimensions as based on the position analysis questionnaire (PAQ)* . *Journal of Applied Psychology* , (56) , 347 68.
Miles, M. B. and Huberman, A. M.(1984. *Qualitative data analysis: A sourcebook of new methods* . Beverly Hills, CA: Sage .
Miles, M. B. and Huberman, A. M.(1994). *Qualitative data analysis: An expanded sourcebook* (2nd edn). Thousand Oaks, CA: Sage .
Morgan, D. L.(1997). *Focus groups as qualitative research* . Thousand Oaks, CA: Sage .

Morgan, D. L.(1998). *The focus group guidebook* . Thousand Oaks, CA: Sage .
Nason, J. and Goldberg, D.(1998). *Approaching observation* . In G. Symon and C. Cassell (eds.), *Qualitative methods and analysis in organizational research: A practical guide* . Thousand Oaks, CA: Sage , 234 49.
Ostrom, C. W.(1990). *Time series analysis: Regression techniques* (2nd edn). Thousand Oaks, CA: Sage .
Potter, W. J. and Levine-Donnerstein, D.(1999). *Rethinking validity and reliability in content analysis* . *Journal of Applied Communication Research* , (27) , 2258 84.
Roethlisberger, F. J. and Dickson, W. J.(1939). *Management and the worker* . Cambridge, MA: Harvard University Press .
Sashkin, M. and Prien, E. P.(1996). *Ethical concerns and organizational surveys* . In A. I. Kraut (ed.), *Organizational surveys: Tools for assessment and change* . San Francisco, CA: Jossey-Bass .
Scott, W. A.(1955). *Reliability of content analysis: The case of nominal scale coding* . *Public Opinion Quarterly* , (19) , 321 5.
Shaughnessy, J. J. and Zechmeister, E. B.(1990). *Research methods in psychology* . New York: McGraw-Hill .
Stewart, D. W. and Shamdasani, P. N.(1990). *Focus groups: Theory and practice* . Newbury Park, CA: Sage Publications .
Stoddart, K.(1986). *The presentation of everyday life* . *Urban Life* , (15) , 103 21.
Symon, G. and Cassell, C.(1998). *Qualitative methods and analysis in organizational research: A practical guide* . London: Sage .
Tucker, M. L., Powell, K. S., and Meyer, D. G.(1995). *Qualitative research in business communication: A review and analysis* . *Journal of Business Communication* , (32) (4), 383 99.
Van Maanen, J.(1979). *The fact of fiction in organizational ethnography* . *Administrative Science Quarterly* , (24) , 539 50.
Webb, E. J., Campbell, D. T., Schwartz, R. D., and Sechrest, L.(1966). *Unobtrusive measures* . Chicago: Rand McNally .
Yin, R. K.(1984). *Case study research: Design and methods* . Beverly Hills, CA: Sage .
Yin, R. K.(1994). *Case study research: Design and methods* (2nd edn). Thousand Oaks, CA: Sage .

# Chapter Nine. Computational Modeling

**Michael J. Zickar and Jerel E. Slaughter**

**Subject** **Applied Psychology** » **Organizational**

**Key-Topics** **computational methods and data processing**, **industrial**, **research methods**

**DOI: 10.1111/b.9781405127004.2004.00011.x**