# EXHIBIT 23

# HANDBOOK OF PSYCHOLOGY

## VOLUME 12: INDUSTRIAL AND ORGANIZATIONAL PSYCHOLOGY

Second Edition

*Volume Editors*

NEAL W. SCHMITT AND SCOTT HIGHHOUSE

*Editor-in-Chief*

IRVING B. WEINER

WILEY

John Wiley & Sons, Inc.

This book is printed on acid-free paper. ♾

Copyright © 2013 by John Wiley & Sons, Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering professional services. If legal, accounting, medical, psychological or any other expert assistance is required, the services of a competent professional person should be sought.

The contents of this work are intended to further general scientific research, understanding, and discussion only and are not intended and should not be relied upon as recommending or promoting a specific method, diagnosis, or treatment by physicians for any particular patient. The publisher and the author make no representations or warranties with respect to the accuracy or completeness of the contents of this work and specifically disclaim all warranties, including without limitation any implied warranties of fitness for a particular purpose. In view of ongoing research, equipment modifications, changes in governmental regulations, and the constant flow of information relating to the use of medicines, equipment, and devices, the reader is urged to review and evaluate the information provided in the package insert or instructions for each medicine, equipment, or device for, among other things, any changes in the instructions or indication of usage and for added warnings and precautions. Readers should consult with a specialist where appropriate. The fact that an organization or Web site is referred to in this work as a citation and/or a potential source of further information does not mean that the author or the publisher endorses the information the organization or Web site may provide or recommendations it may make. Further, readers should be aware that Internet Web sites listed in this work may have changed or disappeared between when this work was written and when it is read. No warranty may be created or extended by any promotional statements for this work. Neither the publisher nor the author shall be liable for any damages arising herefrom.

Designations used by companies to distinguish their products are often claimed as trademarks. In all instances where John Wiley & Sons, Inc. is aware of a claim, the product names appear in initial capital or all capital letters. Readers, however, should contact the appropriate companies for more complete information regarding trademarks and registration.

For general information on our other products and services please contact our Customer Care Department within the United States at (800) 762-2974, outside the United States at (317) 572-3993 or fax (317) 572-4002.

Wiley publishes in a variety of print and electronic formats and by print-on-demand. Some material included with standard print versions of this book may not be included in e-books or in print-on-demand. If this book refers to media such as a CD or DVD that is not included in the version you purchased, you may download this material at http://booksupport.wiley.com. For more information about Wiley products, visit www.wiley.com.

***Library of Congress Cataloging-in-Publication Data:***

Handbook of psychology / Irving B. Weiner, editor-in-chief. – 2nd ed.
v. cm.
Includes bibliographical references and index.
ISBN 978-0-470-61904-9 (set) – ISBN 978-0-470-76887-7 (cloth : v. 12); ISBN 978-1-118-28200-7 (ebk); ISBN 978-1-118-28378-3 (ebk); ISBN 978-1-118-28539-8 (ebk)
1. Psychology. I. Weiner, Irving B.
BF121.H213 2013
150–dc23

2012005833

Printed in the United States of America
10 9 8 7 6 5 4 3 2 1

CHAPTER 4

# Job and Work Analysis

PAUL R. SACKETT, PHILIP T. WALMSLEY, AND ROXANNE M. LACZO

**OVERVIEW: JOB ANALYSIS REQUIRES MANY CHOICES** 62
**JOB ANALYSIS METHODS MUST ALIGN WITH PURPOSE: ONE SIZE DOES NOT FIT ALL** 63
**FROM THE *DICTIONARY OF OCCUPATIONAL TITLES* TO THE O*NET** 65
**JOB ANALYSIS FOR IDENTIFYING PERSONALITY DIMENSIONS RELEVANT TO JOB PERFORMANCE** 68
**COMPETENCY MODELING** 69
**COGNITIVE TASK ANALYSIS** 73
**STRATEGIC JOB ANALYSIS** 75
**ACCURACY IN JOB ANALYSIS** 76
**CONCLUSION** 78
**REFERENCES** 79

*Job analysis* is a broad term commonly used to describe a wide variety of systematic procedures for examining, documenting, and drawing inferences about work activities, worker attributes, and work context. In light of recent workplace changes that deemphasize traditional conceptions of rigidly defined jobs, the broader term *work analysis* is sometimes advocated (Morgeson & Dierdorff, 2010; Pearlman & Sanchez, 2010; Sanchez & Levine, 1999). We see the tools and techniques developed under the job analysis label as applicable to changing work structures, and the use of the term "job analysis" is not meant to convey a narrow focus on rigidly prescribed jobs.

There has been criticism in recent years of job analysis as an outdated concept; our sense is that that criticism is based on one narrow purpose of job analysis, namely, the formalization of job duties through a written job description, resulting in a rigid prescription of job duties. Job analysis is generally viewed within industrial–organizational (I-O) psychology as a foundational activity carried out to support some organizational activity requiring job information (e.g., developing a selection system, designing a training program). That jobs are becoming more flexible and less prescribed does not negate or even reduce the need for the work of I-O psychologists in these domains, and we see no reduction in the need for or importance of job analysis in the work of I-O psychologists.

In this chapter, we open with a conceptual overview of the range of choices facing the individual conducting a job analysis. We do not attempt to detail the extensive array of available job analytic techniques; Gael's (1988) two-volume handbook remains the most detailed available source of information; Brannick, Levine, and Morgeson's (2007) book presents a range of job analysis methods based on a review of common practice issues. Harvey (1991), Sanchez and Levine (2001), and Morgeson and Dierdorff (2010) wrote other handbook chapters on the topic. Building on our chapter in the first edition of this *Handbook* (Sackett & Laczo, 2003), we then discuss a set of topics that reflect important changes and challenges to job analysis that have emerged over the past decade. The chapter is of necessity selective; we cannot review all job analysis research in the space available here.

The first topic is the development and recent evaluation of the Occupational Information Network (O*NET; Peterson, Mumford, Borman, Jeanneret, & Fleishman, 1999), a comprehensive job analysis system designed to replace the *Dictionary of Occupational Titles* (DOT; U.S. Department of Labor, 1991). It represents an ongoing major effort to develop a comprehensive and flexible set of job descriptors. Second, we discuss the growing trend toward the incorporation of personality variables in job analysis, paralleling the growth of interest in personality within the field of I-O psychology overall. Third, we examine the growth of competency modeling, which is often presented as an alternative to or replacement for job analysis. Fourth, we review fundamental principles in the field of

cognitive task analysis, which involve efforts to understand unobservable cognitive processes. Fifth, we examine the growth of strategic job analysis, which focuses on analysis for changing job situations and projections about work in the future. Sixth, and finally, we discuss recent developments focusing on the topic of sources of inaccuracy in job analysis.

## OVERVIEW: JOB ANALYSIS REQUIRES MANY CHOICES

When one encounters job analysis for the first time, one often confronts a seemingly bewildering array of methods and techniques. They vary on a number of dimensions that we will briefly outline here to set the stage for a discussion of why and how choices are made among these techniques.

### *Activity Versus Attribute*

Perhaps the most fundamental distinction in job analysis is between a focus on the activities performed by the worker and a focus on the attributes contributing to successful performance of these activities. A focus on activities is sometimes labeled *work-oriented* and involves an examination of the tasks or behaviors performed on the job. A focus on attributes is sometimes labeled *worker-oriented* and involves an examination into characteristics (e.g., knowledge, skills, abilities) that contribute to successful job performance. Some techniques focus solely on activities (e.g., task inventory approaches), while others focus solely on attributes (e.g., Fleishman's Ability Requirements Scale; Fleishman, Quaintance, & Broedling, 1984). Other approaches incorporate separate analyses of both activities and attributes, followed by some process for linking activities and attributes (i.e., determining which attributes contribute to the performance of which activities). Thus, the choice can be made to focus solely on activities or solely on attributes, or to incorporate both in the analysis.

### *General Versus Specific*

In either activity- or attribute-oriented job analysis, decisions have to be made as to level of detail and specificity needed. For example, job activities of a child welfare caseworker can be described in highly specific terms (e.g., interviews child to determine whether the child is being physically or sexually abused), in moderately specific terms (e.g., conducts interviews), or in very general terms (e.g., gathers information verbally). All three of these do indeed describe the job: it is not that one is more "correct" than another. The degree of detail needed may vary from one application to another, and thus a critical decision to be made in any job analysis application is the determination of the position on the specificity–generality continuum that is most appropriate.

### *Qualitative Versus Quantitative*

A job can be described qualitatively, as in the case of a narrative description of job duties, or quantitatively, as in methods that involve numeric evaluations on a fixed set of scales. For example, one standardized job analysis questionnaire, the Position Analysis Questionnaire (PAQ; McCormick & Jeanneret, 1988), involves rating the degree to which 187 statements are descriptive of the job in question. Thus, the same job can be described qualitatively via a narrative or a listing of job activities and/or attributes, or quantitatively as a profile of rating on the 187 PAQ items (or a smaller set of dimensions derived from these 187 items). Critical incidents (Flanagan, 1954), which involve descriptions of effective and ineffective worker behavior, represent another technique that can be used both qualitatively and quantitatively.

### *Taxonomy-Based Versus Blank Slate*

Quantitative approaches to job analysis, as introduced in the preceding section, can make use of preestablished taxonomies of job characteristics; alternatively, they may be developed without the use of such taxonomies. The PAQ, as noted above, is one example of a taxonomy-based approach, working at the level of relatively general work activities applicable across a broad range of jobs. An example at the level of job attributes is the Fleishman Ability Requirements Scales; with these scales, jobs can be rated regarding how much each of 52 abilities is needed for job performance. In contrast are approaches that use observers or informants (e.g., incumbents or supervisors) to generate lists of job activities or attributes; once developed, such lists may be rated on time spent, criticality, or other dimensions as a means of narrowing the list to the most critical activities or attributes. Because these blank slate approaches develop activity and/or attribute lists for specific jobs or job families, they have the potential for a higher degree of detail and specificity than taxonomy-based approaches.

### *Observer-Based Versus Informant-Based*

Information about work activities and attributes is sometimes obtained via direct observations of the work by a trained job analyst, who then distills these observations

into qualitative descriptions or qu ations of work activities or attributes. In otl es, information comes directly from informants, most commonly job incumbents or their direct supervisors, who may be asked to list job activities and attributes, or to evaluate activities and attributes on a variety of scales (e.g., the frequency with which an activity is performed, or the criticality of an attribute to effective job performance). The use of multiple informants (at times, hundreds or thousands of incumbents) permits the examination of consistency in responding and the identification of clusters of respondents with differing patterns of work activities.

### *KSA Versus KSAO*

There is a long tradition of focusing on knowledge, skills, and abilities (KSA) in conducting attribute-oriented job analysis. This perspective is seen by some as limiting, in that it does not include other personal characteristics linked to job performance or valued by the organization, such as personality traits, attitudes, and values. Adding "other personal characteristics" to the KSA acronym results in a broader range of attributes being included in the picture of the job that emerges from the analysis. Broadening job analysis to incorporate the full range of these "other" characteristics is one hallmark of techniques labeled *competency modeling*, which have gained in popularity recently and are viewed by some as supplanting "traditional" job analysis; we treat competency modeling in detail later in this chapter.

### *Single Job Versus Job Comparison*

In some applications, the focus is on a single job, as in the case of an assignment to develop a selection system for an entry-level firefighter. In other cases, the focus is on documenting similarities and differences between jobs or positions. Examples include comparing jobs within an organization to determine whether multiple jobs can be treated as the same for some given purpose (e.g., can the same selection system be used for multiple job titles?), documenting job similarity across firms for purposes of transporting some human resource (HR) system (e.g., can a selection system developed in one firm be used in another?), and examining commonalities and interrelationships among jobs in a firm for internal staffing purposes (e.g., promotions, career ladders).

### *Descriptive Versus Prescriptive*

There is a long tradition of viewing job analysis as a set of methods for describing a job as currently constituted. Also worthy of recognition, however, are a variety of situations in which the goal is to be prescriptive rather than descriptive. Examples include scenarios where the work of one or more expert performers is studied with the goal of prescribing procedures to be followed by others, or prescriptions about activities or attributes for an about-to-be-created job that does not currently exist. Strategic job analysis, discussed later in this chapter, is also an example of a job analysis technique used for the purpose of forecasting future job requirements.

## JOB ANALYSIS METHODS MUST ALIGN WITH PURPOSE: ONE SIZE DOES NOT FIT ALL

Any given job analysis application can be classified in terms of the preceding categories. Note that these choices are not orthogonal. In some cases, a decision about one of the above variables constrains choices on others. The "KSA vs. KSAO" distinction, for example, comes into play only if one has chosen to conduct an attribute-oriented job analysis, rather than solely an activity-oriented analysis. As another example, the "qualitative vs. quantitative" distinction may be a choice when one's objective is the analysis of a single job; when comparing multiple jobs, however, a quantitative approach is a virtual necessity. If, say, each of 50 jobs is described in terms of a profile of ratings of attribute requirements using a common set of attribute requirement scales, the comparison of various jobs is manageable, which it would not be if 50 separate qualitative analyses had been conducted.

One set of key points we wish to emphasize early in this chapter is that job analysis is not a mechanical, off-the-shelf, routine activity. Neither is it a one-size-fits-all activity, where a single type of job analysis data, once obtained, can be used to support virtually any HR activity. Clearly inappropriate is the position that one can identify a preferred job analysis method and apply it to any situation. We believe that these points are not well appreciated, and develop in this chapter a series of examples to illustrate the complexities of job analysis and the need for careful professional judgment in the choice of a job analysis method for a particular application.

The first example, dealing with the theme of generality versus specificity in the choice of the job descriptor, involves a job analysis of the job "psychologist," as described by Sackett (1991). A dispute had arisen as to whether different specialties within psychology—clinical, counseling, I-O, and school—were similar enough that a common licensing exam was appropriate for these four specialties. The Educational Testing Service (ETS)

was commissioned to conduct a comparative job analysis of these four areas (Rosenfeld, Shimberg, & Thornton, 1983). An inventory of 59 responsibilities and 111 techniques and knowledge areas was designed and mailed to a carefully selected sample of licensed psychologists. The study found a common core of responsibilities among all four specialties and chided various practice areas for emphasizing the uniqueness of their own group.

We assert that a survey instrument could have been designed that would have produced different results. The more general the data collected, the more likely it is that jobs will appear similar; conversely, the more specific the inventory items, the greater the apparent differences among jobs. The art of job analysis lies in determining a level of specificity that meets the purposes of the particular job analysis application. Consider some of the statements comprising the ETS inventory. Responsibility 1 reads: "Conduct interviews with client/patient, family members or others to gain an understanding of an individual's perceived problem." This is endorsed by a high proportion of respondents from all specialties, yet it can mean dramatically different things, from interviewing a corporate executive to gain insight into an organization's incentive pay plan to interviewing a 7-year-old suspected victim of child abuse. Other examples include: "Observe the behavior of individuals who are the focus of concern," and "Formulate a working hypothesis or diagnosis regarding problems or dysfunctions to be addressed." Again, these can refer to dramatically different activities. More to the point, given that the purpose of the job analysis was to support the creation of one or more licensing exams, these can require different skills, abilities, training, and experience. By being more specific and rephrasing Responsibility 1 as multiple tasks ("interview business clients," "interview adult patients," "interview children"), the chances of concluding that the jobs are different increase. By getting even more general ("gather information verbally"), the chances of concluding that the jobs are similar increase. Each of these levels of specificity present information that is true. However, the question of which level of specificity is appropriate depends on the purpose for which the information is being collected.

A second example, also from Sackett (1991), illustrates that one may reach different conclusions if different categories of job descriptors are chosen (e.g., focusing on job activities versus focusing on abilities required for job performance). In a multiorganization study of bank teller and customer service jobs (Richardson, Bellows, Henry, & Co., 1983), a 66-item activity questionnaire (e.g., "cashes savings bonds," "verifies signatures," "types entries onto standardized forms") and a 32-item ability requirement questionnaire (e.g., "ability to sort and classify forms," "ability to compute using decimals," "ability to pay attention to detail") were administered. Although the vast majority of incumbents held the title "paying and receiving teller," 20 other job titles were found (e.g., new accounts representative, customer service representative, drive-in teller, safe deposit custodian). The issue was whether these 20 jobs were sufficiently similar to the job of paying and receiving teller that a selection test battery developed for the paying and receiving tellers could also be used for the other jobs. A correlation between each job and the paying and receiving teller was computed, first based on the activity ratings, and then based on the ability ratings. In a number of cases, dramatically different findings emerged. The new accounts representative, customer service representative, and safe deposit custodian correlated 0.21, 0.14, and 0.09, respectively, with the paying and receiving teller when comparing the jobs based on similarity of rated activities. These same three jobs correlated 0.90, 0.92, and 0.88 with the paying and receiving teller when comparing the jobs based on similarity of rated ability requirements. Thus, the use of different job descriptors leads to different conclusions about job similarity. Conceptually, one could argue that for purposes of developing an ability test battery, the ability requirements data seem better suited. If data on these same jobs were being collected to determine whether a common training program for new hires was feasible, one might argue that the activity data seem better suited. The question "Which jobs are sufficiently similar that they can be treated the same?" cannot be answered without information as to the purpose for which the jobs are being compared.

As a third example, consider one additional aspect of the choice of the job descriptor, namely, the nature of the data to be collected about the descriptor chosen. It is common to ask job experts to rate the importance of each job component. However, importance can be conceptualized in a number of ways, three of which are discussed here. Using abilities as an example, one approach to importance is in terms of time: what proportion of total time on the job is spent using the ability in question. A second approach is in terms of contribution to variance in job performance: to what extent does the ability in question contribute to differentiating the more successful employees from the less successful. A third approach is in terms of level: what degree of a given ability is needed for successful job performance. Conceptually, it is clear that these three can be completely independent. The abilities that are used most frequently may be possessed by virtually all incumbents

and thus not contribute to variance in job performance. A given ability may contribute equally to variance in job performance in two jobs, yet the level of ability needed may differ dramatically across the jobs. Thus, even if it were agreed that abilities required is the appropriate job descriptor for a particular application, operationalizing ability as importance, frequency of use, contribution to variance in performance, or level required can lead to different conclusions.

The use of one operationalization of importance where another seems better suited is found in Arvey and Begalla's (1975) examination of the job of homemaker. They compared the PAQ profile for the position of "homemaker" with each of the large number of profiles in the PAQ database. These comparisons were made to determine which jobs were amenable to entry by homemakers. Jobs most similar in PAQ profiles were patrolman, home economist, airport maintenance chief, and kitchen helper; a number of supervisory positions followed closely (electrician foreman, gas plant maintenance foreman, fire captain) in the list of the 20 most similar positions. Arvey and Begalla note that a major theme running through many of the occupations listed was a trouble-shooting emergency handling orientation.

Based on this list of most similar occupations, it is not clear that the goal of identifying jobs amenable to entry by homemakers was met. Arvey and Begalla (1975) note this and interpret their findings with appropriate caution. The rating scales used in the PAQ typically reflect time spent. We would hypothesize that different patterns of similarity would be found if "level required" rather than "time spent" were used to rate items. Conceptually, level required seems better suited to the tasks of identifying jobs amenable to entry by homemakers. Jobs very similar in the amount of time spent on the PAQ dimension "processing information" may be very different in the level of information processing involved.

In sum, careful alignment of the needs of a specific job analysis application with the various choices made in conducting job analysis is at the heart of successful job analysis. We turn now to a discussion of a variety of recent developments in job analysis.

## FROM THE *DICTIONARY OF OCCUPATIONAL TITLES* TO THE O*NET

For decades, the *Dictionary of Occupation Titles* was the most comprehensive source of occupational information available, containing information on over 12,000 jobs. However, as Dunnette (1999) noted, a number of features limited its usefulness, including (a) a focus on occupation-specific narrative information, thus limiting the opportunities for cross-job comparison; (b) a focus on tasks, rather than worker attributes; and (c) difficulties in keeping the information current due to the time and expense involved in updating job information. In the early 1990s, an advisory panel was constituted to review the DOT.

In 1993, the Advisory Panel for the *Dictionary of Occupational Titles* (APDOT) released its final report, offering a detailed blueprint for a replacement for the existing DOT (APDOT, 1993). They offered a number of recommendations, including recommendations that the DOT should cover all occupations in the U.S economy; that a single occupational classification system should be used; that structured job analysis questionnaires be the primary strategy for data collection; and that a flexible, automated, readily accessible database be created, among others.

Two additional recommendations will be singled out here as of exceptional importance. The first is that the information to be obtained about each occupation should be based on what APDOT called its "Content Model." The Content Model calls for collecting broad information about each occupation, falling into four categories:

1. Worker Attributes, including aptitudes, occupation-specific knowledge and skill, and personal qualities.
2. Work Context, including information about the organizational context (such as organizational culture) and the work context (such as physical working conditions).
3. Labor Market Context, including future employment prospects for the occupation.
4. Work Content and Outcomes, including tasks performed, services rendered, and products produced.

Within this Content Model, the Worker Attributes category is of particular importance, as it reflects APDOT's recommendations as to the basis for content-oriented occupational clustering. Of particular interest is a set of five descriptors that APDOT offered as an approximate hierarchy from generality to specificity:

1. Aptitudes and abilities, including cognitive, spatial/perceptual, psychomotor, sensory, and physical abilities.
2. Workplace basic skills, defined as developed abilities required to some degree in virtually all jobs, including reading, writing, and arithmetic. APDOT acknowledged the close relationship of these to the aptitude/ability category above.

3. Cross-functional skills, defined as developed generic skills required across broad ranges of jobs. Examples include information gathering, negotiating, and organizing and planning.
4. Occupation-specific skills, defined as ability to perform activities that are relatively job specific, such as reading blueprints, repairing electrical appliances, and operating a milling machine.
5. Occupation-specific knowledge, defined as understanding of facts, principles, processes, and methods specific to a particular subject area. Examples include knowledge of patent law, knowledge of financial planning, and knowledge of spreadsheet software.

Pearlman (1993), a member of APDOT, argues persuasively for the adoption of the APDOT Content Model in addressing questions about skill requirements. He notes that the term *skills* is used by different people to refer to virtually every category within the Worker Attributes section of the Content Model. Pearlman concludes that the skills literature "is in fact a veritable 'Tower of Babel,'" with the term *skills* used to refer to everything from basic abilities to workforce basic skills to cross-functional generic skills to occupation-specific skills. In many cases, the term is extended to what the Content Model calls *personal qualities*, such as responsibility, sociability, and honesty. Thus, the adoption of the terminology of the Content Model would permit progress to be made by ensuring that there is a common understanding when talking about "closing the skills gap" or "setting skill standards."

What is significant is rather than choosing among these different levels of attribute requirements, APDOT called for obtaining information about attribute requirements at each of these levels. This leads to the second APDOT recommendation to be singled out as of particular importance, namely, that the information about occupations be detailed and the database be sufficiently flexible to permit differentiation and clustering of occupations based on user needs. Thus, APDOT recognized the key point that purpose must drive occupational clustering, and that if the DOT is to meet multiple purposes, then information about attribute requirements must be available at multiple levels, and user-specific clustering must be available.

Ideally, an occupational database would permit infinite flexibility in occupational clustering. A user could identify the set of descriptors that meet the purpose at hand and generate occupational clusters based specifically on the chosen set of descriptors. A counselor working with an individual job seeker could choose a set of descriptors that reflect the skills, experience, education, and interests of the job seeker and identify the occupations with requirements that closely match the job seeker. An educational institution providing training in particular skills could identify occupations requiring those skills. An employer considering eliminating a particular job could identify jobs with similar requirements to determine whether redeployment was a viable alternative to downsizing. The ongoing development of the O*NET reflects continuing efforts to bring this ideal to reality.

An extensive program of research that refined the APDOT Content Model and developed and evaluated an extensive series of job analysis questionnaires to tap each component of the model is described in a book summarizing the O*NET research, edited by Peterson et al. (1999). Figure 4.1 presents the O*NET Content Model that served as the organizing blueprint for the program of research.

The O*NET research illustrates many of what we view as the crucial issues in job analysis highlighted in the opening section of this chapter. The O*NET researchers developed nine separate questionnaires to assess abilities, skills, knowledge, training and education requirements, generalized work activities, work context, organizational context, occupational values, and work styles. They recognized the central premise that the purpose of job analysis drives the information needed; thus, in order to serve multiple purposes, a wide range of types of information was needed. They also recognized the importance of the differing scales on which job activities and attributes could be rated, and thus gave careful attention to the choice of the rating scales used for each questionnaire. For example, skills were evaluated on three scales: level needed, importance, and whether the skill is needed at point of job entry, thus permitting the user to determine which descriptor best fits the needs of a particular application.

For each of the nine questionnaires, initial data from multiple incumbents in each of roughly 30 occupations was obtained (as discussed below, data on many more occupations have been gathered since this initial work). For each questionnaire, interrater agreement was examined, as was the factor structure of the questionnaire items. Agreement between incumbents and job analysts was examined for some of the questionnaires. Across the nine questionnaires, over 300 pieces of job information were collected; the separate factor analyses of each questionnaire produced a total of 38 factors. These 38 were used as the basis for cross-domain comparison; a second-order




**Figure 4.1** O*NET content model. Taken from Peterson et al. (1999, p. 25). Reprinted with permission.

factor analysis of these 38 factors produced four factors: management/achievement, manual/physical, office work, and technical vs. interpersonal. Thus, an occupation can be characterized at varying levels of detail: 300 individual ratings, 38 first-order factor scores, or 4 broad second-order factor scores.

All of this information is contained in a relational database, accessible to the general public at www.online.onetcenter.org. The system has considerable flexibility. One can start with a skill or ability profile and find occupations matching the profile; alternately, one can start with an occupation and find occupations with similar characteristics.

Several comments about O*NET are in order. First, because of the overarching interest in comparing occupations, the O*NET focuses on job information that is applicable across occupations, rather than occupationally specific information (e.g., detailed task information). In addition, it uses an occupational classification system that currently results in 1,102 occupations, as opposed to the roughly 12,000 occupational groupings in the DOT. Thus, the information is relatively general. It is certainly possible that work within a given occupation varies in important ways in any single organization from the occupational profile for the occupation contained in the O*NET, and individual organizations or individuals using O*NET might for a variety of purposes wish to examine similarities and differences between O*NET ratings and firm-specific ratings. Some of the individual items reflect features that surely vary across organizations (e.g., the work values item "workers on this job have coworkers who are easy to get along with").

Second, the O*NET remains a work in progress. In 2008, approximately 10 years after the O*NET launch, a National Research Council panel was convened to evaluate the O*NET and make recommendations about its future directions (National Research Council, 2010). More specifically, the panel was charged with inventorying and evaluating the uses of O*NET, exploring the linkages of O*NET with the Standard Occupational Classification (SOC) system and other datasets, and identifying ways to improve O*NET in terms of cost-effectiveness, efficiency, and currency. To accomplish these tasks, the panel obtained O*NET information from the Department of Labor and other sources, reviewed relevant published and unpublished literature, and held a series of workshops in which experts presented perspectives on O*NET. The general conclusion is that the O*NET provides a useful database that is frequently accessed by a broad array of users. Notably, the panel also concluded that two key

priorities are a continued emphasis on data quality and enhancement of service to users.

In terms of research use, the O*NET data, content model, and questionnaires have been used for a number of studies since the publication of the initial database. For example, either O*NET data or its corresponding SOC has been used for studies on topics such as job component validation of assessments (Jeanneret & Strong, 2003; LaPolice, Carter, & Johnson, 2008), role theory in managerial jobs (Dierdorff, Rubin, & Morgeson, 2009), career guidance (Converse, Oswald, Gillespie, Field, & Bizot, 2004), Web-based job analysis (Reiter-Palmon, Brown, Sandall, Buboltz, & Nimps, 2006), and expatriate assignment effectiveness (Shin, Morgeson, & Campion, 2007). We anticipate that the breadth of data and its accessibility will allow for much future research.

As described above, at the outset of the O*NET program, only a small number of occupations were thoroughly examined. As of the writing of this chapter, the current database, O*NET 15.0, contains updated information on 855 of the 1,102 occupations, with 217 occupations having been updated a second time. Despite this, there remain 137 occupations for which data have not been collected. Additionally, subsequent to the development of the prototype Content Model, the O*NET Center has made changes to components of the Content Model, along with evaluating methods by which the database is populated. For example, the initial databases were populated with data from ratings by job analysts based on written job information. A central concern was that analysts may have relied in part on job stereotypes in the absence of sufficient job detail, and thus that the ratings reflect raters' implicit theories about the structure of work. Currently, ratings are gathered from different sources (job incumbents, analysts, or occupational experts) depending on the type of descriptor in the Content Model. Aside from documented issues with various data sources in job analysis (see Morgeson & Dierdorff, 2010, for a recent review), it is sometimes the case that a single database contains ratings from these different sources. Finally, it is worth noting that initial SOC coding resulted in 1,122 occupational units; revisions sponsored by the O*NET Center in 2006 and 2009 now arrange the data into 1,102 occupations. Further details on these changes are beyond the scope of this chapter and can be explored in more detail in the series of reports archived at www.onetcenter.org. These caveats aside, the O*NET does represent a major achievement in its design of a comprehensive framework for conceptualizing occupational information.

## JOB ANALYSIS FOR IDENTIFYING PERSONALITY DIMENSIONS RELEVANT TO JOB PERFORMANCE

The well-documented revival of interest in personality as a determinant of job performance within I/O psychology has also had an impact on job analysis. At least one commentator (Jackson, 1990) has posited that the failure to incorporate personality in the scope of job analytic efforts was an important contributor to the long period of dormancy in the use of personality measures. We discuss here a variety of ways in which personality variables have recently been incorporated into job analytic work.

The first is the use of a job analytic tool to directly evaluate the job relevance of each dimension within a multidimensional instrument. As an example, the well-known NEO Personality Inventory (NEO-PI), has an instrument labeled the NEO Job Profiler (Costa, McCrae, & Kay, 1995). The NEO-PI has 6 subdimensions for each of the Big 5 personality dimensions, resulting in a total of 30 subdimensions. The Profiler lists and defines each subdimension, and each is rated separately on a dichotomous job relevance scale; the relevant dimensions are then rated on a desirability–undesirability continuum. Thus, this approach represents direct ratings of the relevance of personality dimensions for the job in question.

The second approach is also linked to a specific personality instrument, but involves rating whether job behaviors that have been linked to the personality dimensions of interest are part of the job in question. An example of this is the use of a behavioral rating form linked to the Personnel Decisions International Employment Inventory (EI; Paajanen, Hansen, & McClellan, 1993). The EI measures factors in the domain of dependability, responsibility, and conscientiousness. An extensive list of work behaviors reflecting manifestations of these factors was developed, and ratings of the relevance of those behaviors for the job in question helps determine the applicability of the EI to the situation at hand. This behavioral rating form is also used for criterion development purposes: the subset of behaviors rated by managers as relevant to the target job become the basis for a criterion instrument whereby supervisors rate employees on each of the behaviors. Thus, for criterion-related validation purposes, the EI is correlated with ratings on a job-specific set of behaviors initially rated as relevant to the situation. In sum, the first approach above involves direct rating of the relevance of personality dimensions; the second approach outlined here involves ratings by managers of the relevance of job behaviors, which have been linked