# EXHIBIT 25

# Investment Banking Division – Vice Presidents

[redacted]

[redacted]

# Investment Banking Division – Associates

[redacted]

[redacted]

# Securities Division – Vice Presidents

[redacted]

# Securities Division – Associates

[redacted]

[redacted]

# Investment Management Division – Vice Presidents

[redacted]

[redacted]

[redacted]