# EXHIBIT 26

# EXPERT REPORT

***Chen-Oster, et al. v.***

***Goldman, Sachs & Co. and The Goldman Sachs Group, Inc.***

**(Case number 10-CV-06950)**

**Eric M. Dunleavy, Ph.D.**

**DCI Consulting Group**

**January 15, 2021**

**(as corrected April 23, 2021)**

# Table of Contents

**EXECUTIVE SUMMARY AND SUMMARY OF OPINIONS** .......... 1

**CHAPTER 1: INTRODUCTION** .......... 5

*A. My Background and Qualifications* .......... 5

*B. The Value of Psychology in this Matter* .......... 6

*C. Materials Considered* .......... 7

**CHAPTER 2: A PRIMER ON VALIDITY, RELIABILITY, AND RELATED TECHNICAL AUTHORITIES** .......... 8

*A. Validity of Selection Procedures* .......... 8

*B. Reliability of Assessment Tools* .......... 9

*C. Relationship Between Validity and Reliability* .......... 10

*D. Common Validation Strategies* .......... 11

*E. Technical Authorities on Validity and Reliability* .......... 13

*F. Chapter 2 Summary* .......... 14

**CHAPTER 3: GOLDMAN SACHS APPROPRIATELY USES MANAGERIAL JUDGMENT IN HR DECISION MAKING** .......... 15

*OPINION 1: The exercise of managerial judgment in the 360 Feedback Review, Manager Quartiling, and Cross-Ruffing processes is necessary and appropriate, operated within a job-related content framework, and is guided by process characteristics that enhance reliablity and validity* .......... 15

**CHAPTER 4: GOLDMAN SACHS' 360 FEEDBACK REVIEW PROCESS** .......... 17

*OPINION 2: Goldman Sachs' 360 Feedback Review Process is Reliable, Valid, and Job Related* .......... 17

*A. Background on 360 Degree Feedback Mechanisms* .......... 17

*B. Oveview of Goldman Sachs' 360 Feedback Review Process* .......... 18

*C. Basis for My Opinion That Goldman Sachs' 360 Feedback Review Process is Reliable, Valid, and Job Related* .......... 20

*D. Chapter 4 Summary* .......... 40

**CHAPTER 5: SUMMARY AND EVALUATION OF GOLDMAN SACHS' MANAGER QUARTILING PROCESS** .......... 41

*OPINION 3: Goldman Sachs' Manager Quartiling Process is Reliable, Valid, and Job Related* .......... 41

*A. Background on Relative Performance Evaluations* .......... 41

*B. Oveview of Goldman Sachs' Manager Quartiling Process* .......... 42

*C. Basis for My Opinion That Goldman Sachs' Manager Quartiling Process is Reliable, Valid, and Job Related* .......... 44

*D. Chapter 5 Summary* .......... 68



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**CHAPTER 6: SUMMARY AND EVALUATION OF GOLDMAN SACHS' CROSS-RUFFING PROCESS FROM VICE PRESIDENT TO EXTENDED MANAGING DIRECTOR ........ 69**

*OPINION 4: Goldman Sachs' Cross-Ruffing Process is Reliable, Valid, and Job Related* ... 69

*A. Oveview of Goldman Sachs' Cross-Ruffing Process* ........ 69

*B. Basis for My Opinion That Goldman Sachs' Cross-Ruffing Process is Reliable, Valid, and Job Related* ........ 71

*C. Chapter 6 Summary* ........ 85

**REFERENCES ........ 86**



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## List of Appendices

**APPENDIX 1A** Dunleavy Curriculum Vita ........ 1A

**APPENDIX 1B** Materials Considered ........ 1B

**APPENDIX 4A** Consensus Study 1: Comparison of PDI and APTMetrics Competency Validation Reports to Relevant Portions of the Uniform Guidelines ........ 4A

**APPENDIX 4B** Consensus Study 2: Comparison of PDI and APTMetrics Competency Validation Reports with Competency Model Recommended Practices ........ 4B

**APPENDIX 4C** 360 Feedback Review Recommended Practices ........ 4C

**APPENDIX 4D** 360 Feedback Review Process Guardrails that Promote Accountability ........ 4D

**APPENDIX 4E** Statistical Study 1: Examination of the Interrater Agreement of the 360 Feedback Review Details and Results ........ 4E

**APPENDIX 4F** Statistical Study 2: Examination of the Intra-Rater Temporal Consistency of the 360 Feedback Review Ratings Details and Results ........ 4F

**APPENDIX 5A** Consensus Study 3: Comparison of Performance and Contribution Factors to Competency Model ........ 5A

**APPENDIX 5B** Quartiling Recommended Practices ........ 5B

**APPENDIX 5C** Consensus Study 4: Comparison of Goldman Sachs' Conceptualization of Potential to the Literature ........ 5C

**APPENDIX 5D** Manager Quartiling Process Guardrails ........ 5D

**APPENDIX 5E** Statistical Study 3: Examination of the Intra-Rater Temporal Consistency of Manager Quartile Assignments Details and Results ........ 5E

**APPENDIX 5F** Statistical Study 4: Examination of the Relationship Between 360 Feedback Review Ratings and Manager Quartile Assignments Details and Results ........ 5F

**APPENDIX 5G** Statistical Study 5: Examination of Relationships of 360 Feedback Review Ratings and Manager Quartile Assignments with Division-Specific Metrics Details and Results ........ 5G

**APPENDIX 6A** Summary of the Cross-Ruffing Process ........ 6A

**APPENDIX 6B** Consensus Study 5: Comparison of Cross-Ruffing Interview Criteria to the Validated Competency Model ........ 6B

**APPENDIX 6C** Promotion Recommended Practices ........ 6C

**APPENDIX 6D** Summary of Cross-Ruffing Promotion Criteria ........ 6D

**APPENDIX 6E** Cross-Ruffing Process Guardrails ........ 6E

**APPENDIX 6F** Statistical Study 6: Examination of Relationships of 360 Feedback Review Ratings and Manager Quartile Assignments with Promotion Outcomes Details and Results ........ 6F



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## List of Tables

**Table 4.1** Comparison of Competency Model Recommended Practies with the Goldman Sachs Models and Applications ........ 25

**Table 4.2** Average Agreement ($r_{WG}$) for the 360 Feedback Review Overall Score for All Reviewers Group ........ 38

**Table 4.3** Average Temporal Consistency (Pearson Correlations) for 360 Feedback Review Overall Score for All Reviewers Group ........ 40

**Table 5.1** Comparison of Performance and Contribution Factors to Competency Model for the Corporate Title of Associate ........ 46

**Table 5.2** Comparison of Performance and Contribution Factors to Competency Model for the Corporate Title of Vice President ........ 46

**Table 5.3** Illustration of the Anchors for Performance and Potential for Manager Quartiles ... 48

**Table 5.4** Silzer and Church (2009) Model of Potential ........ 50

**Table 5.5** Temporal Consistency (Spearman Correlations) of Manager Quartile Assignment . 58

**Table 5.6** Spearman Correlations Between 360 Feedback Review Overall Score and Manager Quartile Assignment ........ 60

**Table 5.7** Correlations Between Supervisory Performance Ratings and Objective Performance Measures Reported in the Empirical Literature ........ 63

**Table 5.8** Spearman Correlations for 360 Feedback Review Overall Score and Manager Quartile Assignments with IBD Production Metric ........ 64

**Table 5.9** Spearman Correlations for 360 Feedback Review Overall Score and Manager Quartile Assignments with IMD Production Metric ........ 65

**Table 5.10** Spearman Correlations for 360 Feedback Review Overall Score and Manager Quartile Assignments with Securities Production Metric ........ 67

**Table 6.1** Comparison Between Validated Competencies for Extended Managing Director Roles and Cross-Ruffing Interview Criteria ........ 72

**Table 6.2** Correlations Between Supervisory Performance Ratings and Promotion Reported in the Empirical Literature ........ 82

**Table 6.3** Spearman Correlations of 360 Feedback Review Overall Score with Extended Managing Director Promotion Outcomes ........ 83

**Table 6.4** Spearman Correlations of Manager Quartile Asignment with Extended Managing Director Promotion Outcomes ........ 84


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## List of Figures

**Figure 2.1.** Dart Board Examples Demonstrating Reliability and Validity ............................... 11

**Figure 6.1.** Overview of the Cross-Ruffer Role in the Cross-Ruffing Process .......................... 70



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## Executive Summary and Summary of Opinions

I am an Industrial/Organizational (I/O) psychologist and was retained by Sullivan & Cromwell LLP, counsel for the defense, in *Chen-Oster, et al. v. Goldman, Sachs & Co. and The Goldman Sachs Group, Inc.,* (Case number 10-CV-06950). Counsel asked me to evaluate two research questions. First, I was asked to determine whether professionals holding the corporate titles of Associate and Vice President in the Investment Banking Division (IBD), Investment Management Division (IMD), and Securities Division ("Divisions") perform the same work activities (e.g., responsibilities, tasks), have the same worker characteristics (e.g., knowledges, skills, abilities, and personal attributes), and the same contextual work factors (e.g., interactions with others, work environment, structural job characteristics). Second, I was asked to evaluate the job relatedness of Goldman Sachs' (1) 360 Feedback Review process, (2) Manager Quartiling process,[1] and (3) Cross-Ruffing process related to promotion of Vice Presidents to Extended Managing Directors ("the Challenged Processes"). This report addresses the second research question. My analyses of and opinions concerning the first research question are summarized in a separate report, entitled "*Work Analysis of the Goldman Sachs Corporate Titles of Associate and Vice President in the Investment Banking Division, Investment Management Division, and Securities Division"* dated January 15, 2021.[2]

Job related refers to "[t]he inference that scores on a selection procedure are relevant to performance or other behavior on the job; job relatedness may be demonstrated in a variety of ways, including appropriate criterion-related validity coefficients or by gathering evidence of the job relevance of the content of the selection instrument, or of the construct measured" (*SIOP Principles*, 2018, p.90). When considering the job relatedness of human resources (HR) processes, it is critical to understand that Goldman Sachs is a large and complex organization in which employees perform many roles, with extensive variability in work and worker characteristics and

[1] Both the 360 Feedback Review and Manager Quartiling are measures of employee performance.

[2] As stated in that report, it is my opinion that the professionals holding the corporate titles of Associate and Vice President perform myriad roles requiring various work activities, worker characteristics, and contextual work factors and, as such, they cannot be considered fungible within each corporate title. These corporate titles themselves represent job levels and not actual jobs. Differences exist by function within and across Divisions and across a wide range of job elements, including educational background/licensure, area of specialization, major responsibilities, tasks performed (and the frequency of performance), worker characteristics (i.e., knowledges, skills, abilities, and personal attributes), work context, decision making latitude, type of client served, tools used to accomplish work, performance metrics, and transferability of skills. For example, some roles are technical in nature (e.g., Strats), some roles provide client service, some roles are sales oriented, some roles deliver investment strategies, and other roles focus on product development. Professionals in these corporate titles perform different work activities, interface with different client bases, have different levels of autonomy and decision making authority, and are accountable for different types of work products or deliverables.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

that multiple thousands of HR decisions are made annually about this diverse set of employees. The company has developed and implemented the complex HR processes mentioned above to help make these thousands of HR decisions. The key question is whether managerial judgment in decision making is structured enough to provide adequate reliability and validity. I address this question in assessing the job relatedness of the HR processes at issue, and I summarize my opinions as follows:

1. It is my opinion that the exercise of managerial judgment in the 360 Feedback Review, Manager Quartiling, and Cross-Ruffing processes is necessary and appropriate, operates within a job-related content framework, and is guided by process characteristics that enhance reliability and validity. I reach this opinion based on my evaluation of the Challenged Processes, results of empirical studies I conducted, the structural guardrails in place for each process, and the alignment of the processes with recommendations from the academic literature.
2. It is my opinion that the 360 Feedback Review process is reliable, valid, and job related. I reach this opinion based on (i) validation studies conducted by Personnel Decisions International (PDI) and APTMetrics, (ii) independent linkage research that I conducted supporting 360 Feedback Review content, (iii) my assessment of the alignment between Goldman Sachs' 360 Feedback Review practices and recommendations from the I/O psychology literature related to reliability and validity, (iv) guardrails related to the 360 Feedback Review process that promote accountability and enhance reliability and validity, and (v) my empirical evaluation of the 360 Feedback Review process, which provides direct and unequivocal evidence of validity and reliability.
3. It is my opinion that the Manager Quartiling process is reliable, valid, and job related. I reach this opinion based on (i) validation studies conducted by PDI and APTMetrics, (ii) my assessment of the alignment between Goldman Sachs' Manager Quartiling process and recommendations from the I/O psychology literature related to reliability and validity, (iii) independent linkage research that I conducted supporting manager quartiling content, (iv) guardrails related to the Manager Quartiling process that promote accountability and enhance reliability and validity, and (v) my empirical evaluation of Manager Quartile assignments, which provides direct and unequivocal evidence of validity and reliability.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

4. It is my opinion that the Cross-Ruffing process is reliable, valid, and job related. I reach this opinion based on (i) validation studies conducted by PDI and APTMetrics, (ii) my assessment of the alignment between Goldman Sachs' Cross-Ruffing process and recommendations from the I/O psychology literature related to reliability and validity, (iii) guardrails related to the Cross-Ruffing process that promote accountability and enhance reliability and validity, (iv) independent linkage research that I conducted supporting Cross-Ruffing content and (v) my empirical evaluation of Cross-Ruffing, which provides direct and unequivocal evidence of validity and reliability.

Goldman Sachs' HR processes at issue in this matter are founded on a competency model that is based on job analysis research and was validated by multiple I/O psychologists over time. In other words, the actual content measured by the Challenged Processes has been supported by multiple studies conducted by I/O psychologists, and as such, is job related. Moreover, the Challenged Processes incorporate and rely on managerial judgment in ways that are necessary, appropriate, and consistent with recommendations from the I/O psychology literature. In addition, guardrails have been put in place that increase the reliability and validity of the Challenged Processes, and Goldman Sachs has made changes over time to enhance these characteristics.

The content and process characteristics I describe in the previous paragraph provide support sufficient for me to conclude that the Challenged Processes are job related. Nevertheless, as noted in summarizing my opinions, I also evaluated the job relatedness of the Challenged Processes as they are implemented at Goldman Sachs by means of empirical studies. In my experience this level of local operational (i.e., as implemented at Goldman Sachs) evaluation is rare, particularly as it relates to performance measures. For example, evaluating the reliability of operational performance measures does not happen frequently because organizations are generally not required to conduct this type of analysis and do not regularly have the necessary data in a readily available format to do so. Specifically, I was able to conduct the following research:

- **360 Feedback Review.** I examined (i) inter-rater agreement (i.e., the extent to which multiple reviewers of the same reviewee in the same year provided similar ratings) of the 360 Feedback Review ratings, (ii) intra-rater temporal consistency (i.e., the extent to which multiple reviewers provided similar ratings of reviewees over time) of the 360 Feedback Review ratings, (iii) correlations between 360 Feedback Review ratings and Manager Quartile assignments, (iv) correlations between the 360 Feedback Review ratings and Division-specific objective metrics, and (v) correlations between 360 Feedback Review ratings and promotion outcomes. These studies show high inter-rater agreement and intra-rater temporal consistency, as well as statistically significant correlations in a positive direction

between the 360 Feedback Review and Manager Quartiling, the 360 Feedback Review and Division-specific objective metrics, and the 360 Feedback Review and promotion outcomes. These relationships corresponded with or exceeded values reported in the I/O psychology literature. These results provide direct empirical evidence that the 360 Feedback Review process is reliable and valid.

- **Manager Quartiling Assignments.** I examined (i) intra-rater temporal consistency of Manager Quartile assignments, (ii) correlations between 360 Feedback Review ratings and Manager Quartile assignments, (iii) correlations between Manager Quartiling assignments and Division-specific objective metrics, and (iv) correlations between Manager Quartiling assignments and promotion outcomes. These studies show high intra-rater temporal consistency, as well as statistically significant correlations in a positive direction between Manager Quartiling and the 360 Feedback Review, Manager Quartiling and Division-specific objective metrics, and Manager Quartiling and promotion outcomes. These relationships corresponded with or exceeded values reported in the I/O psychology literature. These results provide direct empirical evidence that Manager Quartile assignments are reliable and valid.

- **Cross-Ruffing.** I examined the relationships of 360 Feedback Review ratings and Manager Quartile assignments with promotion to Extended Managing Director. These studies show statistically significant relationships in a positive direction that corresponded with or exceeded values reported in the I/O psychology literature, providing additional direct empirical evidence that the Cross-Ruffing process is reliable and valid.

In summary, my opinions that the Challenged Processes are reliable, valid, and job related as designed and as implemented are supported by my review of process content, implementation guardrails, consistency with recommended I/O psychology practice, and a number of empirical research studies using Goldman Sachs' data.

# Chapter 1: Introduction

## A. My Background and Qualifications

I am an I/O psychologist and Director of the Employment and Litigation Support (ELS) division at DCI Consulting Group, Inc. (DCI), which is an HR consulting firm headquartered in Washington, D.C. I am involved in a wide variety of applied research projects related to core HR practices such as employee selection, performance evaluation, and compensation. I have been with DCI for 13 years and founded the ELS division which now has 18 consulting staff with a range of education backgrounds and specialized knowledge of personnel selection, psychological measurement, statistics, and equal employment opportunity analytics.

I received my M.A. and Ph.D. in I/O psychology from the University of Houston. Since then I have conducted applied research in many contexts and for a wide range of clients. I have consulted with both large and small private sector and federal agency clients. These clients represent a mix of industries, including financial services, travel, automotive, consumer goods/products, defense, retail, and information technology services. I have also performed work for the Department of Justice, the U.S. Census Bureau, and various federal financial regulatory agencies. My work for these organizations has focused on the analysis of job requirements, the development, evaluation and/or validation of selection procedures and other measurement systems, and analytics related to employment outcomes. Projects for both private and federal agency clients have focused on the evaluation of performance evaluation processes.

I have been an active member of the Society of Industrial and Organizational Psychology (SIOP) for almost 20 years. In 2011, I received the first *Distinguished Early Career Contributions Award - Practice* awarded by SIOP. In 2015, I was elected a SIOP Fellow, which is a designation representing outstanding contributions to the profession. In 2016, I testified before the Equal Employment Opportunity Commission (EEOC) on matters related to HR analytics in employment. In 2016, I was one of eleven I/O psychologists chosen to participate on the SIOP committee responsible for revising the *Principles for the Validation and Use of Personnel Selection Procedures* (SIOP, 2018) (*SIOP Principles*). I was selected to serve on this three-year committee in part because of my knowledge of personnel selection in the context of equal employment opportunity. I have recently served as a consulting or testifying expert on matters related to employment discrimination laws and regulations such as Title VII, Age Discrimination in Employment Act, and Executive Order 11246, and involving various employment outcomes such


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

as hiring, promotion, and compensation.

I have taught graduate coursework as adjunct faculty at both George Mason University and the University of Maryland at Baltimore County, including courses on Multivariate Statistics, Applied Psychological Techniques, and Legal, Professional, and Ethical Issues. I have published articles in and been a reviewer for peer-reviewed journals that focus on I/O psychology and HR and have written book chapters for edited volumes on a variety of topics related to job analysis, employee selection, and HR analytics. I recently edited (with Scott B. Morris) the book "*Adverse Impact Analysis: Understanding Data, Statistics and Risk*" (2017). In 2020, this book was cited in regulatory guidance by the U.S. Department of Labor's Office of Federal Contract Compliance Programs (OFCCP) as an authoritative resource on practical significance.

My curriculum vita, which includes cases I have testified in during the last four years, is contained in **Appendix 1A**. My time is billed at $450/hour for general work and $600/hour for testimony.

### B. The Value of I/O Psychology in this Matter

I/O psychology is the scientific study of behavior at work and the application of that science to workplace issues faced by individuals, teams, and organizations. This discipline lies at the crossroads of business and psychology, and I/O psychologists apply the scientific method to investigate issues of interest, which may include hiring, promoting, evaluating, motivating, training, and otherwise understanding people at work.[3] Many I/O psychologists study what work duties are required on a job and what characteristics are important for succeeding in that job and accomplishing other important organizational outcomes (e.g., client service, sales). I/O psychologists frequently assess the job relatedness of HR processes, including selection and performance assessment, among others. I/O psychologists are uniquely qualified to understand the intersection of work and human behavior and are often involved in the development, evaluation, and/or validation of HR processes.

As noted, I/O psychology practice takes many forms. I typically focus on the development, implementation, and evaluation of HR processes used to make employment decisions (e.g., hiring, promotion, performance assessment). These processes are often complex and designed to achieve a wide variety of organizational goals. Toward that end, I regularly help organizations evaluate the

[3] https://www.siop.org/Research-Publications/SIOP-Brochures


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

design and implementation of their HR processes. When designing hiring procedures for a specific job, for example, I frequently analyze the job's requirements in terms of work behaviors and worker characteristics by means of a work analysis study. This analysis may include reviewing documents, performing job observations, conducting structured interviews, conducting focus groups with subject matter experts, and/or administering surveys. As a next step, I frequently evaluate the characteristics of the selection tools (i.e., tools used by companies to hire and promote employees) being considered relative to recommendations from the I/O psychology literature that impact job relatedness. I also often perform on-site research to evaluate: 1) the relationship between the selection procedures being considered and the knowledge, skills, abilities, and other characteristics initially identified as germane to the job, and/or 2) whether the processes implemented are meeting their intended objectives through statistical evaluation of the relationship between the procedures and important work outcomes. These are examples of what I/O psychologists refer to as validation research, which is a concept I discuss in more detail later in the report.

### C. Materials Considered

Voluminous materials were considered in the preparation of this report. These included organizational charts, organizational communications, policies, procedures, training materials, Individual Review Books (i.e., 360 Feedback Review reports), job requisitions, depositions, declarations, legal filings, and reports produced by experts for both the plaintiffs and defense. As part of my research, I requested and received data pertaining to the 360 Feedback Review, Manager Quartiling, and Cross-Ruffing processes. I had access to all documents produced by the parties in this case. I also reviewed the empirical research literature and other articles identified from literature reviews. In reviewing relevant scientific literature, I used standard electronic search engines, including PsycINFO,[4] Google Scholar, and EBSCO. I also relied on my education and experience in forming my opinions. **Appendix 1B** identifies the materials I considered in forming the opinions expressed in this report. I was supported by a team of I/O psychologists on my staff and consultants from Cornerstone Research who worked under my direction.

---

[4] PsycINFO is a database of abstracts of psychological literature from the 1880s to the present. PsycINFO contains more than 4,679,354 million records of journal articles, book chapters from authored and edited books, and authored and edited books. 99% of its journals are peer-reviewed. PsycINFO is produced and copyrighted by the American Psychological Association (http://www.apa.org/pubs/databases/psycinfo/index?tab=3).



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# Chapter 2: A Primer on Validity, Reliability, and Related Technical Authorities

As noted above, part of my assignment was to assess the job relatedness of the three HR processes at issue — 360 Feedback Review, Manager Quartiling, and Cross-Ruffing. A process is said to be job related if "scores on a selection procedure are relevant to performance or other behavior on the job" (*SIOP Principles*, 2018, p.48). Two other psychological constructs, validity and reliability, often bear on this question. As explained in detail below, a process is valid if "accumulated evidence and theory support specific interpretations of scores from a selection procedure entailed by the proposed use of that selection procedure" (*SIOP Principles*, 2018, p.50), and is reliable if "scores for a group of assessees are consistent over one or more potential sources of error (e.g., time, raters, items, conditions of measurement) in the application of a measurement procedure" (*SIOP Principles*, 2018, p.49). In short, reliability is concerned with *consistency* of measurement and validity is concerned with *accuracy* of measurement. They are interrelated concepts because reliability is a necessary but not sufficient condition for validity. Valid inferences of job relatedness cannot be derived from scores on a selection procedure if the underlying measurement procedure is not reliable.

I analyze the validity and reliability of all three Challenged Processes. Although these concepts are well grounded in the social sciences and are addressed by various technical authorities, including the *SIOP Principles* and the Uniform Guidelines on Employee Selection Procedures (1978) (*Uniform Guidelines)*, which I discuss in more detail below, the technical authorities primarily address validity of *selection* procedures, as opposed to *performance assessment* procedures. This is an important distinction because the 360 Feedback Review and Manager Quartiling processes are performance assessments and thus aspects of the validation paradigm for selection procedures (i.e., what I/O psychologists use to assess validity) are not applicable. Before assessing the validity and reliability of the 360 Feedback Review, Manager Quartiling, and Cross-Ruffing processes, I first provide background on validity and reliability, common methods used to assess validity, and related technical authorities regarding validity and reliability.

## A. Validity of Selection Procedures

In a perfect world, an employer would have applicants perform a job for a significant period of time, perhaps months, and then evaluate performance to determine whether to hire the applicant.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Obviously, this is not possible. Instead, employers must develop selection procedures, which are intended to *predict* job performance, and make hiring decisions based on the results of those selection procedures. The EEOC's *Uniform Guidelines*, a federal regulation written over 40 years ago and focused on selection procedures, define a selection procedure as, "Any measure, combination of measures, or procedure used as a basis for any employment decision. Selection procedures include the full range of assessment techniques from traditional paper and pencil tests, performance tests, training programs, or probationary periods and physical, educational, and work experience requirements through informal or casual interviews and unscored application forms" (Section 16, Q). According to this definition, Cross-Ruffing would be considered a selection procedure (i.e., selection to Extended Managing Director), but neither the 360 Feedback Review nor Manager Quartiling would be considered selection procedures *per se*. Unlike a selection procedure, which is intended to *predict* performance, performance assessment tools like the 360 Feedback Review and Manager Quartiling are intended to measure performance itself.

The process for validating selection procedures attempts to answer the question: "Is there a relationship between the selection procedure and job performance?" This is what I refer to as a "two-variable" validation framework derived from Binning and Barrett (1989). In contrast, in the context of performance assessment tools, only one variable is relevant — job performance — and the question is whether there is a relationship between the performance assessment procedure and job performance. This must be taken into account when evaluating the HR processes at issue.

### B. Reliability of Assessment Tools

Reliability refers to the extent to which a measure is consistent or free from extraneous errors that are unrelated to the characteristic that is being evaluated (Furr & Bacharach, 2008). Extraneous factors, which the researcher did not originally intend to measure, represent noise or measurement error. Even if all extraneous factors are held constant, measurement error will exist to a lesser or greater degree depending on how easily the construct[5] can be estimated and how effective the predictor measure is at tapping into the construct. Reliability, thus, is the consistency of measurement relative to the noise.

Although the goal is to minimize the extent to which error influences selection procedure results, practitioners recognize that no procedure is perfectly reliable or entirely free of error (Furr & Bacharach, 2008). However, the research literature has identified guardrails that employers can

[5] A construct refers to a "concept or characteristic of individuals inferred from empirical evidence or theory" (*SIOP Principles*, 2018, p.46).



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

implement to enhance the reliability of an assessment such as structuring the content and process characteristics of interviews (Campion, Palmer, & Campion, 1997). In fact, because direct evaluation of reliability is often not feasible, an important element in evaluating reliability entails scrutinizing the extent to which an employer has implemented these measurement-enhancing mechanisms. To the extent an employer has implemented these practices, there is greater likelihood that the assessment will be more reliable. This is particularly useful when a direct evaluation of reliability is not feasible, which is common in my experience.

### C. Relationship Between Validity and Reliability

As previously described, validity and reliability are distinct yet related concepts. It is well established that reliability is a prerequisite to validity (Carmines & Zeller, 1979). That is to say, an assessment tool must be minimally reliable in order to statistically relate to other concepts (i.e., establish validity), such as work performance or tenure (Furr & Bacharch, 2008). This is mathematically proven and indisputable. Reliability is necessary, but in and of itself it is not sufficient for validity. Thus, a procedure cannot be valid if it is not reliable. This concept can be demonstrated using a game of darts analogy. Assume that the purpose of the game of darts is to get as many darts as one can in the bullseye and that multiple darts are thrown. **Figure 2.1** depicts three player profiles where reliability and validity vary:

- An unreliable player (left board in Figure 2.1) sprays the darts far apart from each other all over the dartboard and they do not hit the bullseye more than once. This pattern indicates that there is neither reliability (darts are not in a similar location) nor validity (most darts are not near the bullseye).

- A reliable player (middle board in Figure 2.1) throws darts that land in a similar place on the board, but that place is not the bullseye. This pattern indicates that there is reliability (darts are in a similar location) but not validity (darts are not near the bullseye).

- A reliable *and* valid player (right board in Figure 2.1) wins the game because the darts land in a similar place on the board and that place is in the bullseye. The darts are reliably clustered together in the bullseye. This pattern indicates that there is both reliability (darts are in a similar location) and validity (most darts are in or near the bullseye).


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Figure 2.1. Dart Board Examples Demonstrating Reliability and Validity**




Another mathematical point can be illustrated by the darts analogy – if there is a significant degree of validity (i.e., darts tend to be in or near the bullseye) then there necessarily must also be a reasonable degree of reliability (i.e., the darts must be in a relatively similar location). This is the case when the correlation between any two variables (e.g., a selection procedure and job performance) is evaluated. In other words, if a procedure is not reliable, then a statistically significant and practically meaningful correlation with anything else is unlikely to exist or would be mathematically improbable.

**D. Common Validation Strategies**

Gathering evidence of validity can take many forms in practice. There are different approaches that can be used when validating selection procedures. Various approaches can also be applied to assess the validity of performance assessment tools.

1. *Content-Oriented Validity*

In my experience, the most commonly used approach for gathering evidence of validity is a content-oriented validation strategy, which evaluates the extent to which assessment content overlaps with job content (e.g., work behaviors, required knowledge, skills, and abilities) (*SIOP Principles*, 2018; Stelly & Goldstein, 2007). An example of a content-oriented approach to validation of a selection procedure would be linking a data entry test which is a component of the hiring process to the responsibilities of a clerical job that requires data entry. In this instance, the


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

content of the test (i.e., entering data from a hard copy into a software program) mirrors the content of the job. To establish this evidence, a job analysis methodology may be used to identify the frequency and importance of tasks related to data entry, and the test may be designed to ensure that candidates are required to enter similar information at a similar pace relative to the job. Content-oriented validation can also effectively evaluate the use of more abstract predictors such as knowledge required to perform the job (Stelly & Goldstein, 2007).

A content-oriented validation approach can also be applied to a one-variable framework,[6] like the 360 Feedback Review and Manager Quartiling processes. For example, a clerical job may include typing speed and accuracy. A performance measure would then be supported by content validity if it assessed typing speed and accuracy. Similarly, an accounting job may include analyzing financial statements and reconciling discrepancies and preparing tax returns. A performance measure that assesses knowledge of accounting principles and current tax laws, analytical skills, skill in accounting software, and attention to detail would demonstrate content validity.

2. *Criterion-Related Validity*

Another commonly used evidence gathering strategy is called criterion-related validity. This approach evaluates the extent to which a selection procedure predicts important organizational outcomes (e.g., employee performance, productivity, and turnover). These outcomes may equate to a variety of metrics the organization deems most valuable (Guion, 1998; Van Iddekinge & Ployhart, 2008). To illustrate, if an employer uses a cognitive ability test to select applicants for a cognitively demanding job, some applicants will score higher than others on the test. The employer would be inclined to select higher scoring applicants because they are believed to have greater cognitive ability and thus are more likely to be better performers. To verify that this is correct, the organization can empirically examine the relationship (e.g., correlations, group comparisons) between the test scores and measures of job performance. If the results show that higher scores on the cognitive ability test are, in fact, associated with higher job performance at statistically significant and practically meaningful levels, the employer has statistical evidence supporting the validity of its test. By demonstrating that the test is operating as predicted, the employer can be confident that it is interpreting the test correctly and consequently making

[6] Compared to Binning and Barret's (1989) "two-variable framework," in the context of performance assessment tools, only one variable is relevant — job performance — and the question is whether there is a relationship between the performance assessment procedure and job performance.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

appropriate hiring decisions that will enhance employee and organizational performance. The *SIOP Principles* (2018) broadly conceptualize this approach as validity based on relationships with other variables (p.9). I apply both approaches – content-oriented and criterion-oriented – to assessing the validity of the 360 Feedback Review, Manager Quartiling, and Cross-Ruffing processes, as explained in detail below.

### E. Technical Authorities on Validation and Reliability

As noted earlier, reliability and validity are long-standing social science concepts, and federal agencies and professional organizations like SIOP have incorporated them into technical authorities. The *Uniform Guidelines* discuss the concepts of reliability and validity as they existed forty years ago, which in many ways has not changed, and describe specific validation "types" including content validity and criterion validity, which I explain above.

The *SIOP Principles* also provide useful guidance related to the concepts of reliability and validity. The *SIOP Principles* describe contemporary recommendations for validation and considerations related to reliability and were most recently revised in 2018 by a committee of 11 I/O psychologists, including me. I view this resource as the single most useful and scientifically contemporary authority related to these topics. The *SIOP Principles* were written to be consistent with other professional standards in psychology, including the *Standards for Educational and Psychological Testing* developed jointly by the American Educational Research Association, the American Psychological Association, and the National Council on Measurement in Education.

Similar to the *Uniform Guidelines*, the *SIOP Principles* focus on selection procedures rather than performance evaluation procedures, but unlike the *Uniform Guidelines*, the *SIOP Principles* also consider the practical complexities of applied research in organizations. Context greatly affects whether it is feasible to directly assess reliability and validity in a particular situation. This is a notion that the *SIOP Principles* explicitly address: "*[C]ircumstances in any individual validation effort or application affect the relevance of a specific principle or the feasibility of its implementation*" and *"it may not be applicable to every situation"* (p.2). It is in part for this reason that the *SIOP Principles*: 1) do not mandate specific approaches or actions, 2) are intended to be aspirational, and 3) are not intended to provide advice on complying with laws. Factors such as the type of HR procedure being evaluated, the elements of the job of interest, the availability and quality of data, and the nature of the characteristics being assessed can greatly influence the feasibility of research. For instance, if a researcher wants to quantitatively evaluate


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

the reliability of performance measures, the ability to do so may be constrained simply because data are not available. This highlights the fact that practical constraints, as opposed to any inherent defects in an assessment procedure, may limit the extent to which researchers can directly evaluate validity and/or obtain meaningful results. As the *SIOP Principles* note, I/O psychologists must consider this fact when they design and perform applied research.

### F. Chapter 2 Summary

Validity (whether inferences about scores on a selection procedure are supported by evidence) and reliability (consistency of measurement) are important concepts in assessing the job relatedness of HR processes. Various technical authorities discuss these concepts, although all are rooted specifically in the context of selection processes, as opposed to performance evaluation procedures. Unlike Cross-Ruffing, which is a selection procedure, the 360 Feedback Review and Manager Quartiling procedures at Goldman Sachs are performance measures, and as such, only some aspects of the validation framework apply. I apply two common approaches for gathering evidence of validity — content and criterion — to evaluate whether that the 360 Feedback Review, Manager Quartiling, and Cross-Ruffing processes are reliable, valid, and job related.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# Chapter 3: Goldman Sachs Appropriately Uses Managerial Judgment in HR Decision Making

**OPINION 1: The exercise of managerial judgment in the 360 Feedback Review, Manager Quartiling, and Cross-Ruffing processes is necessary and appropriate, operates within a job-related content framework, and is guided by process characteristics that enhance reliability and validity.**

Performance management requires management to consistently focus on company objectives and goals and to consider how best to achieve them. Thus, performance management is a vital part of organizational functioning and essential for high performing organizations (Pulakos, 2009). When done effectively, performance management can clarify performance standards, motivate employees, improve productivity, ensure employees have the skills and capabilities to perform to their fullest potential, align performance with organizational strategy and values, and provide a basis for making human capital decisions (e.g., pay) (Pulakos, 2009). Identifying individuals who have the ability to advance and grow is of critical importance for organizations to achieve competitive advantage in the marketplace (Silzer & Borman, 2017; Silzer & Church, 2009).

Managerial judgment is necessary and important in the measurement of performance, in part because objective measures (i) often do not fully measure performance, (ii) may not be within the individual's control, for example if a particular economic sector has a poor year, and (iii) may in part be subjective themselves. Psychologists recognize that managerial judgment, often referred to as "expert judgment," is a ubiquitous and unavoidable element in personnel decisions, and particularly so in large organizations with a wide variety of job functions, like Goldman Sachs. Guion (2011), an eminent I/O psychologist, acknowledged this by stating, "Judgment is always a necessary part of a personnel decision…" (p.411).

Importantly, "subjective" decision making is not synonymous with "unreliable" decision making. As Rosse and Levin (1997) aptly note:

> "In truth, subjectivity has been given a bad rap. It simply means making decisions based on your perceptions and judgments. Obviously, you make subjective decisions all the time; making quality decisions with insufficient time and information, as you do in hiring or other business decisions, might be considered the hallmark of a manager's job. Subjectivity itself is not the problem with interviews. It is the *lack of structure* with which the subjective judgments are reached, and a resultant lack of focus on critical outcomes, that can be the downfall



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

> of interviews….The challenge in making decisions based on subjective factors is to structure the decision process so that it is driven primarily by relevant decision factors, and minimally by irrelevant ones" (pp.163-164).

Indeed, objective measures are not superior to managerial judgments because, despite their logical appeal, they are not necessarily more reliable. Regarding performance assessments, Hennessey and Bernardin (2003) state,

> "'Subjectivity' in performance appraisal is obviously a matter of degree. Truly objective performance criteria *do* exist, usually in the form of independently counted units of tangible output produced in specified periods of time. Their focus is almost exclusively on the quantity of work performed. For the majority of jobs, however, the output of work is either intangible or incremental, or the quality of the work is not easily measured in discrete units. Qualitative dimensions of work performance can be very difficult to measure in truly objective terms. By their very nature, these qualitative dimensions must be assessed using subjective criteria…" (p.145).

Managerial judgment with structural guardrails is an appropriate framework — perhaps the only realistic framework — for a complex organization with a wide variety of jobs whose performance is measured in a wide variety of ways. Campbell (1990) asserted that there is probably no such thing as an "objective" performance measure because even quantifiable metrics such as sales records involve subjective judgments about how to calculate them. As Landy and Conte (2010) point out, Campbell was correct to argue that bottom line objective measures are frequently far removed from individual performance and that supervisory ratings and other judgmental measures are more likely to capture the nuances and complexity of work performance than objective measures. Importantly, there is little scientific support for the assertion that subjective judgments are more prone to bias than objective measures (Bernardin, Hennessey, & Peyrefitte, 1995; Hennessey & Bernardin, 2003; McEvoy & Cascio, 1989).

In my opinion, for the reasons above, it is necessary and appropriate for Goldman Sachs' 360 Feedback Review, Manager Quartiling, and Cross-Ruffing processes to rely on both managerial judgment and structure in decision making. In addition, I conclude that those processes appropriately balance managerial judgment and structure/guardrails in decision making and are reliable and valid, as explained in the following sections for each Challenged Process.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# Chapter 4: Goldman Sachs' 360 Feedback Review Process

**OPINION 2**: **Goldman Sachs' 360 Feedback Review Process is Reliable, Valid, and Job-Related.**

I reach this opinion based on (i) validation studies conducted by Personnel Decisions International (PDI) and APTMetrics, which provide the foundation for the 360 Feedback Review, (ii) independent linkage research that I conducted supporting 360 Feedback Review content (i.e., Consensus Studies 1 and 2 comparing the validation studies with the *Uniform Guidelines* and recommended practices), (iii) my assessment of the alignment between Goldman Sachs' 360 Feedback Review practices and recommendations from the I/O psychology literature related to reliability and validity, (iv) guardrails related to the 360 Feedback Review process that promote accountability and enhance reliability and validity, and (v) empirical evidence supporting the validity and reliability of the 360 Feedback Review process (i.e., Statistical Studies 1 and 2 examining inter-rater agreement and intra-rater temporal consistency, and Statistical Studies 4, 5, and 6, which examine (a) the correlation between the 360 Feedback Review ratings and Manager Quartile assignments, (b) the correlation between both 360 Feedback Review ratings and Manager Quartile assignments and Division-specific objective metrics, and (c) the correlation between both 360 Feedback Review ratings and Manager Quartiling assignments and promotion to Extended Managing Director). I discuss each of these in turn in this chapter[7] after providing background information on 360 degree feedback mechanisms and an overview of Goldman Sachs' 360 Feedback Review process.

## A. Background on 360 Degree Feedback Mechanisms

Multi-source or 360 degree feedback mechanisms refer to performance measurement approaches that solicit and combine information from multiple sources (i.e., from multiple co-workers) at varying levels (i.e., from more junior employees, peers, more senior employees, and supervisors) (Church, Bracken, Fleenor, & Rose, 2019). Scholars have empirically evaluated these feedback procedures since the 1990s and they are widely accepted in practice (Bracken, Rose, & Church, 2016). A review of recent benchmark studies shows that more than 50% of organizations implement some type of 360 feedback process (Church et al., 2019). In fact, other estimates

[7] Statistical Studies 4 and 5 are discussed in Chapter 5, and Statistical Study 6 is discussed in Chapter 6.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

suggest that approximately 90% of Fortune 500 companies have implemented some form of 360 feedback for evaluating managers (Maylett, 2009).

This widespread adoption of 360 feedback systems is not surprising since they typically provide value in multiple ways. For example, this feedback, which supplies information from more than the immediate supervisor, enables a more detailed understanding of employee performance because supervisors often see only limited portions of an individual's work experience (Atwater, Waldman, & Brett, 2002; Campion, Campion, & Campion, 2015). The use of information from multiple sources also reduces the extent to which idiosyncratic viewpoints skew performance evaluations, which promotes perceptions of fairness (Campion et al., 2015). Further, 360 feedback can increase awareness of others' expectations (Antonioni, 1996), encourage employee involvement (Bernardin & Beatty, 1987), and increase the extent to which management learns about its workforce (Morgeson, Mumford, & Campion, 2005). Importantly, the 360 degree feedback system is a framework that can be applied to many different roles, which is imperative in complex organizations like Goldman Sachs.

### B. Overview of Goldman Sachs' 360 Feedback Review Process

Goldman Sachs' 360 Feedback Review has been used for primarily developmental purposes but prior to 2016 it was also used in an evaluative manner. Goldman Sachs' 360 Feedback Review gathers information from multiple sources (i.e., different reviewers) with the intention of developing professionals and reinforcing positive behaviors.[8] To begin the annual 360 Feedback Review process, a professional creates a list of reviewers in the Firmwide Review System.[9] The Firmwide Review System is an automated electronic data management system that facilitates the management of the 360 Feedback Review process from end-to-end and houses all related information.[10] Managers review these reviewer lists to ensure they include a mix of colleagues who can speak to projects the reviewees worked on during the year and they include reviewers who have moderate to extensive interaction with reviewees. Reviewees are encouraged to select a group of reviewers that include peers, junior colleagues, and senior colleagues.[11]

Reviewers rate professionals on competencies that comprise Goldman Sachs' competency model. As explained in detail below, these competencies were determined to be applicable to

---

[8] GS0113317-326 at 317.
[9] GS0005301-335.
[10] Deposition of Mahesh Raj, 4/29/13, p.6.
[11] GS0004775; GS0000388-391.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

professionals at Goldman Sachs, including professionals in IBD, IMD, and Securities holding the corporate titles of Associate and Vice President.[12] In other words, reviewers provide ratings about the extent to which professionals exhibit competencies that have a demonstrated linkage to job performance (i.e., job related by virtue of content validation as described below).

Reviewers use the Firmwide Review System to provide their assessments of reviewees' performance. Specifically, a reviewer logs into the portal to see a list of professionals requesting ratings. Reviewers then provide each reviewee with feedback regarding how the individual performed relative to defined competencies that are automatically populated within the Firmwide Review System. As appropriate, written comments can be entered. Primary managers can use the Firmwide Review System to review all the ratings and comments that their subordinates have received. These reviews in conjunction with the manager's evaluation of reviewee's performance, serve as the foundation of the Manager Summary, which the manager creates for each subordinate.[13] The manager ultimately shares this feedback with the reviewee through a one-on-one discussion.[14]

It is important to emphasize that although the 360 Feedback Review process was implemented throughout the Firm, the way it was applied varied by Division and individual manager.[15] For example, at certain points during the relevant period Divisions had the flexibility to add or modify competencies to underscore important Divisional behaviors.[16] For example, the Securities Division included a Franchise Contribution competency for years 2006-2010 to capture important Division-specific information.[17] Divisions also tailored training for their employees to include Division-specific vignettes and examples.[18] Additionally, Divisions had the authority to determine whether comments were attributed (i.e., associated with a particular reviewer) or unattributed when viewed by the manager. Comments within IBD and Securities were attributed whereas comments within IMD were unattributed prior to 2012.[19] Throughout the class period managers had the flexibility to exercise judgment in how to how to apply the competencies to professionals they supervised. As an example, managers may have placed more weight on

---

[12] GS0116319-445; GS1043555-752.
[13] GS0005301-335.
[14] GS0003314-316; GS0380339-353 at 341.
[15] Deposition of Sally Boyle, 6/14/12, pp.48-49.
[16] Deposition of David Landman, 9/5/13, pp.76-77; Deposition of Lloyd Blankfein, 11/16/20, pp.74-75.
[17] Deposition of Caroline Heller Sberloti, 7/11/13, pp.282-283; GS0373899-919.
[18] Deposition of Caroline Heller Sberloti, 7/11/13, pp.272-274, 291.
[19] Deposition of Jessica Kung, 8/1/13, pp.287, 397; GS0003293-296 at 294; GS0003319-322 at 320; GS0003404-407 at 405; GS0119456-459 at 456.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

feedback related to certain competencies over others corresponding to the business and particular role held by the reviewee. In other words, commercial contribution may be more important for those in sales roles who make sales pitches to financial advisors whereas technical knowledge may be more important for product developers who strategize about product choice, product development, positioning products, and driving products to the field.[20] These examples highlight customizations within an overall framework, which is an important and pragmatic feature in a complex organization such as Goldman Sachs.

### C. Basis for My Opinion That Goldman Sachs' 360 Feedback Review Process is Reliable, Valid, and Job Related.

#### *1. The PDI and APTMetrics Studies Validated the Competencies that Provide the Foundation for the 360 Feedback Review (as well as the Manager Quartiling and Cross-Ruffing Processes, discussed below) Using Content-Oriented Validation Studies.*

In 2003, Goldman Sachs engaged PDI, an HR consulting firm, to conduct a job analysis and develop a model that captured the competencies relevant to the numerous roles in the corporate titles of Analyst, Associate, and Vice President. Core competencies define skills and behaviors required by the organization for all employees that reflect both business strategies and values. For example, "organizations that view marketing and sales as a competitive advantage will likely have competencies promoting market analysis and creating sales strategies, whereas organizations that view engineering as a critical skill will favor competencies that highlight engineering design and testing" (Campion, Fink, Ruggeberg, Carr, Phillips, & Odman, 2011, p.231). Broad competencies reflecting the goals of the organization are then operationalized for various roles. Competency models are used for a variety of HR practices including recruitment, talent management, and performance evaluation. PDI's assignment was to establish an integrated competency framework to serve as the foundation for employee assessment and development to enhance job performance and provide opportunities for growth and development.[21] This competency model, which was re-validated in 2011 by APTMetrics, another HR consulting firm, is the foundation for and underlies each of the Challenged Processes. Thus, if PDI and APTMetrics developed and validated the competency model consistent with professional standards, that is a strong basis to conclude that the content measured across various HR processes is job related. As explained below, I find that they did.

---

[20] Declaration of James McNamara, 6/30/14, para 15-16.
[21] GS0116319-445 at 322.

PDI began by interviewing senior business leaders including those in the three relevant Divisions[22] to learn about the businesses and work context. PDI created an initial competency framework by means of focus groups with Associate and Vice President incumbents to review the responsibilities for each level and the competency requirements for satisfactory and superior job performance. Next PDI held focus groups with senior managers to confirm the recommended competency architecture. Lastly, a survey was administered to a representative sample of over 1,000 supervisors, including those from the three relevant Divisions, that confirmed the focus group findings and captured ratings for behavioral indicators (i.e., descriptive examples of the competency stated in behavioral terms) of each competency on importance and difficulty relative to the Associate and Vice President roles. In this way, PDI ensured that only behavioral indicators with sufficiently high importance ratings were included in the competency model. Focus group participants were presented with the preliminary set of competencies and asked to identify any critical competencies they believed were missing. This ensured that there were no deficiencies in the competency framework. This multiple-source process for conducting a job analysis is consistent with contemporary recommendations (Gutman & Dunleavy, 2013) and PDI's job analysis represents a professionally acceptable methodology. PDI ultimately defined job-relevant competencies that provided the foundation for the 360 Feedback Review and Manager Quartiling throughout the class period.

Subsequently in 2011, Goldman Sachs engaged APTMetrics to re-validate the competencies that comprised the 360 Feedback Review process. The competencies that were in place in 2011 were based on the 2003 competency model developed by PDI and remained the foundation for Manager Quartiling and Cross-Ruffing. APTMetrics implemented various job-analytic procedures to refine and streamline the competency model and provide content validity evidence for the competencies under examination. APTMetrics reviewed existing competency information, held focus groups with subject matter experts[23] to learn about competency requirements, and surveyed a representative sample of Associates, Vice Presidents, and Extended Managing Directors, including those in the three relevant Divisions, who verified the importance and relevance of the competencies for each corporate title (i.e., Associate, Vice President, and Extended Managing Director). This multisource effort also adhered to contemporary

[22] Equities and Fixed Income, Currency, and Commodities were subsequently combined into the Securities Division.

[23] Priority was given to ensure gender and minority representation, high performer representation, and a minimum number of participants from each Division.

recommendations related to job analysis, and APTMetrics' (2011) findings thus supported the continued use of the competencies in the performance review process. More specifically, APTMetrics concluded: "The results support the use of the competency behaviors for Goldman Sachs' performance management processes."[24,25]

In my experience, the level of effort exercised by Goldman Sachs in the development of its competency model is rare. Its undertaking to develop and validate a competency model in 2003 (prior to the filing of this lawsuit) and then its revalidation effort in 2011 to reevaluate it in the context of business evolution shows great diligence. The engagement of PDI and APTMetrics, both reputable consulting firms who had previous experience working with Goldman Sachs, was vetted by I/O psychologists within the Talent Assessment Group.[26]

Although it would be acceptable in I/O psychology discipline for me to review the PDI and APTMetrics studies myself and assess whether they are consistent with the *Uniform Guidelines* and recommended practice, because many of the issues I/O psychologists study have complex subjective elements, a more exacting approach methodologically is not to rely on the opinion of a single expert but rather to convene a panel of experts to provide judgments using a consensus methodology (Allen, Tsacoumis, & McCloy, 2011; Fleisher & Tsacoumis, 2012; Meyer & Booker, 2001; Yoe, 2019).[27] I have used expert panels of I/O psychologists to make similar professional judgments and linkages in both proactive consulting and multiple litigation matters. Given the importance of these judgments and resulting conclusions, I determined that the more rigorous expert panel consensus approach was both feasible and a more conservative methodology upon which to rely, and therefore most appropriate in this context.

Accordingly, as an additional line of research to evaluate both the PDI (2003) and APTMetrics (2011) studies for professional competence and technical appropriateness, I convened a panel of five I/O psychologists to perform, under my direction, two consensus studies to more

---

[24] GS1043555-752 at 570.

[25] As noted in his 2014 report, Dr. Cascio reviewed both of these studies. He had no criticisms of either study in terms of methodology or results. In fact, his only comment noted that neither study formally assessed rater operational agreement, which they were not intended to do. Specifically, Dr. Cascio, stated "…while both of Goldman Sachs' validity studies addressed the inter-rater *reliability* of the competency behaviors in the 360-review instrument, neither study addressed the inter-rater *agreement* of the five or nine dimension ratings assigned to employees by their raters. That was not within the scope of those studies. …" (Cascio Expert Report, 2/18/14, para 53). I conducted empirical studies that address 360 Feedback Review ratings agreement and results are presented in Chapter 4.

[26] Interview of David Landman, 8/10/20 and Interview of Steve Lindia, 8/6/20.

[27] Consensus studies are frequently used by I/O psychologists to arrive at collective judgments of agreement (Allen, Tsacoumis, & McCloy, 2011; Fleisher & Tsacoumis, 2012). At a high level, a consensus study entails convening a panel of professionals, collecting individual ratings on content, and then discussing any disparate viewpoints until consensus or agreement is reached on the judgments of interest.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

formally evaluate the extent to which the studies meet the requirements of relevant sections of the *Uniform Guidelines* and recommended practice. All members of the panel had experience in job analysis, validation, and competency modeling, and each was required to thoroughly review the PDI and APTMetrics reports as a prerequisite, with particular attention to the content-oriented validation strategy used by each firm in its research. Since all of the expert panel consensus studies contained in this report were performed under my direction, I was the ultimate arbiter and I agree with all methodological approaches and results.

**Consensus Study 1:** *Comparison of PDI and APTMetrics Competency Validation Reports to Relevant Portions of the Uniform Guidelines.*

Consensus Study 1 was designed to evaluate the extent to which the job analysis and content-oriented research performed by PDI (2003) and APTMetrics (2011) met accepted methodological standards in the field of I/O psychology. The study compared relevant portions of the *Uniform Guidelines* that describe content-oriented validation studies to the PDI and APTMetrics studies. To ensure a rigorous approach to the review I developed a rating system and rating matrix (see **Appendix 4A**) for the panel of I/O psychologists ("raters") to use to compare the relevant portions of the *Uniform Guidelines* with the research described in the PDI and APTMetrics reports. This kind of rating matrix and rating scale is commonly used in making these types of linkages (Robinson-Morral, Hendrickson, Gilbert, Myers, Simpson, & Loignon, 2018; Russell, Rohrback, Nee, Crafts, Peterson, & Mael, 1995). After development of the rating matrix and rating scale, all five raters participated in a two-hour frame-of-reference training. Following the training session, each rater completed independent ratings. The ratings were then collected into a single file to identify any linkages that required further discussion through a consensus process.[28]

The results of Consensus Study 1 showed consistent ratings across the panel of raters and very high agreement that the approach taken by PDI and APTMetrics and their interpretation of the results achieved were consistent with the *Uniform Guidelines.* Importantly, there were no excerpts of the *Uniform Guidelines* that were judged as having no evidence of conformance within the validation studies. Specifically, for 11 of 16 excerpts from the *Uniform Guidelines,* raters had 100% agreement that the validation studies had sufficient evidence of conformance with the *Uniform Guidelines* and the remaining 5 of 16 excerpts were supported by at least some evidence of conformance with the *Uniform Guidelines*. This demonstrates that the job analysis and content-

[28] A consensus meeting was scheduled but ultimately cancelled because there were no differences of more than one point on the rating scale and thus a consensus meeting was not necessary.

oriented research conducted by PDI and APTMetrics conformed with the recommendations in the *Uniform Guidelines* related to content validation. I provide a more detailed account of the study and results of Consensus Study 1 in **Appendix 4A**.

**Consensus Study 2:** *Comparison of PDI and APT*Metrics *Competency Validation Reports with Competency Model Recommended Practices.*

To further assess Goldman Sachs' competency model and the PDI (2003) and APTMetrics studies, a second consensus study was performed under my direction to evaluate whether Goldman Sachs' development and implementation of its competency model was consistent with competency modeling recommended practice. Campion et al. (2011) summarized what they referred to as "best practices" in competency modeling based on applied, academic, and professional literature. The authors organized 20 best practices into three categories: 1) analyzing competency information, 2) organizing and presenting competency information, and 3) using competency information. Consensus Study 2 was conducted following the same protocol as Consensus Study 1 and using the same panel of five I/O psychologists. A consensus meeting was not necessary because there were no ratings with a difference of more than one point on the rating scale (i.e., No Overlap, Moderate Overlap, Extensive Overlap). Complete details and results of Consensus Study 2 are presented in **Appendix 4B** but as shown in **Table 4.1,** Goldman Sachs' competency model and applications align with the majority of these recommendations. Specifically, 17 of 20 (85.0%) are considered to have Extensive Overlap and 1 of 20 (5.0%) has Moderate Overlap, while only 2 of 20 (10.0%) have No Overlap. This indicates substantial overlap of the Goldman Sachs competency model and applications with recommended practice.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Table 4.1 Comparison of Competency Model Recommended Practices with the Goldman Sachs Models and Applications | |
|---|---|
| **Practice Category 1: Analyzing Competency Information (Identifying Competencies)** | **Extent of Overlap** |
| 1. Considering organizational context | **Extensive** |
| 2. Linking competency models to organizational goals and objectives | **Extensive** |
| 3. Start at the top | **Extensive** |
| 4. Using rigorous job analysis methods to develop competencies | **Extensive** |
| 5. Considering future-oriented job requirements | **Extensive** |
| 6. Using additional unique methods | **None** |
| **Practice Category 2: Organizing and Presenting Competency Information** | |
| 7. Defining the anatomy of a competency (the language of competencies) | **Extensive** |
| 8. Defining levels of proficiency on competencies | **Extensive** |
| 9. Using organizational language | **Extensive** |
| 10. Including both fundamental (cross-job) and technical (job-specific) competencies | **Moderate** |
| 11. Using competency libraries | **Extensive** |
| 12. Achieving the proper level of granularity (number of competencies and amount of detail) | **Extensive** |
| 13. Using diagrams, pictures, and heuristics to communicate competency models to employees | **None** |
| **Practice Category 3: Using Competency Information** | |
| 14. Using organizational development techniques to ensure competency modeling acceptance and use | **Extensive** |
| 15. Using competencies to develop HR systems (hiring, appraisal, promotion) | **Extensive** |
| 16. Using competencies to align the HR system | **Extensive** |
| 17. Using competencies to develop a practical "theory" of effective job performance tailored to the organization | **Extensive** |
| 18. Using information technology to enhance the usability of competency models | **Extensive** |
| 19. Maintaining the currency of competencies over time | **Extensive** |
| 20. Using competency modeling for legal defensibility (e.g., test validation) | **Extensive** |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Based on my personal review of the PDI and APTMetrics studies in conjunction with the results of Consensus Studies 1 and 2, I endorse the conclusions of PDI and APTMetrics regarding the content validity of the competency model developed for Goldman Sachs. Since the competency models validated by PDI and APTMetrics form the foundation of the competencies used in the 360 Feedback Review, Manager Quartiling, and Cross-Ruffing processes, taken together, the content validity evidence provided in the PDI and APTMetrics reports and the results of Consensus Studies 1 and 2 provide strong evidence that these processes are job related, valid, and consistent with both authoritative guidance and recommended practices.

2. *The Competencies Validated by APT and PDI as Job Related have Continued to be Used in the 360 Feedback Review Throughout the Relevant Period, Despite Some Changes to the Process.*

Goldman Sachs has used a 360 Feedback Review process since at least 2002, but elements of this process have evolved through continuous improvement efforts. As David Landman (Head of the Talent Assessment Group within Human Capital Management) noted, "Goldman Sachs is a very self-critical organization and is always looking for what it can do better" and "They are always looking to utilize the 360 Feedback Review as a means to convey important Firm expectations and guide employees through improving in those areas."[29] To that end, Goldman Sachs looked for process improvements and ways to make the 360 Feedback Review simpler, easier, better, more streamlined, and more useful.[30] This is typical for HR procedures that are used for many years. In addition, Goldman Sachs has continued to implement incremental improvements to the 360 Feedback Review to reflect changes in the business and the external landscape (e.g., regulatory changes).[31] For example, in 2010 a Risk Management rating category was introduced as well as actions to take to improve diversity at the Firm.[32] In 2014, a Manager Effectiveness evaluation for all Vice Presidents with three or more direct reports was implemented. These professionals are now evaluated on behaviors and skills that are indicative of effective managers. Examples of criteria include "Communicates a strategic vision and drives execution" and "Inspires, and motivates performance; binds people to the firm."[33]

Additionally, when the 2015 People Survey results revealed that the workforce wanted more real-time and candid feedback, Goldman Sachs responded by implementing its Ongoing

[29] Interview of David Landman, 8/10/20.
[30] Interview of David Landman, 8/10/20.
[31] Interview of David Landman, 8/10/20.
[32] GS0004149-154 at 150.
[33] GS0375609-611; Declaration of David Landman, 10/13/17, para 18.

Feedback 360+ program in 2016.[34] Beginning in 2016, the 360 Feedback Review process became primarily developmental and Feedback 360+ was launched, which emphasized qualitative feedback. The nine-point numerical rating scale was replaced with a categorical scale (i.e., Outstanding, Good, Needs Improvement). Reviewees are required to provide commentary for any rating of "Needs Improvement." Additionally, reviewers provide comments noting the reviewee's top strengths and areas for improvement ("What is at least one thing this person should consider doing differently?") related to the validated competencies. Managers then summarize the feedback into an overall rating and a narrative summary and provide their own perspective on the employee's strengths and areas for development. Also in 2016, categories for Risk Management, Reputation, Culture, Compliance and Conduct were standardized to reflect the importance of handling risk correctly in response to guidance from the Federal Reserve and because of greater internal focus on those issues.[35] None of these changes impact the validity of the competency model.

*3. The 360 Feedback Review Process Aligns with Recommendations from I/O Psychology Literature Related to Reliability and Validity.*

The alignment between 360 Feedback Review procedures and recommendations from the I/O psychology literature related to reliability and validity (described more fully below) is an additional basis for my opinion that the 360 Feedback Review process is reliable, valid, and job related. **Appendix 4C** summarizes Goldman Sachs' 360 Feedback Review procedures as they relate to recommended practices from the I/O psychology literature.

**The 360 Feedback Review process is aligned with the Firm's strategic goals**. As Aguinis (2019) aptly noted, "Only human capital can produce a sustainable competitive advantage. And performance management systems are the key tools that can be used to transform people's talent and motivation into a strategic business advantage" (p.xiii). Contemporary recommendations in I/O psychology emphasize that organizations should align their HR procedures (e.g., feedback process) with organizational requirements, goals, and strategy (Aguinis, 2009; Bracken, 2019; Bracken & Rotolo, 2019; Campion, Campion, & Campion, 2019; Dalessio, 1998; Tornow & Tornow, 2001). The first purpose of performance management systems is to help top management achieve strategic business objectives and by linking the organization's goals with individual and team goals, the performance management system reinforces behaviors consistent

[34] GS0376074-087.
[35] Declaration of David Landman, 10/12/17, para 8.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

with the attainment of organizational goals (Aguinis, 2019). Often this alignment is achieved by connecting organizational practices to competency models (Bracken et al., 2016; Bracken & Rotolo, 2019; Bracken & Timmreck, 2001; Fleenor, 2019). As explained by Fleenor (2019), "If the competencies being measured are not related to success, then the process is invalid. Alignment is optimal when the strategies, values, and goals of the organization are translated into a set of competencies for the entire organization" (p.239).

Here, PDI's validation work demonstrates that Goldman Sachs' 360 Feedback Review is aligned with its strategic goals. That work included interviews with senior leaders to determine the trends affecting the industry, key business strategies, and where the Firm wanted to be in five years' time.[36] Based on that analysis, PDI identified key competencies needed in the workforce to achieve those goals.[37] By building those competencies into the 360 Feedback Review, Goldman Sachs has aligned its performance feedback mechanisms with its strategic goals.

**Goldman Sachs clearly communicates the purpose of its 360 Feedback Review**. In Firmwide emails, organizational leaders such as the Chief Executive Officer and Global Head of Human Capital Management have emphasized the purpose and importance of the 360 Feedback Review and directed individuals to resources that explain how the process operates.[38] These actions correspond to recommendations from the literature indicating that organizations should explain the purpose of a 360 program to employees and communicate the importance of participation (Antonioni, 1996; Atwater, Brett, & Charles, 2007; Bracken et al., 2016; Bracken & Rotolo, 2019; Bracken & Timmreck, 2001; Campion et al., 2019; Fleenor, 2019; Pulakos & Rose, 2019). Ratings are impacted by the purpose for which they will be used (Pulakos & Rose, 2019). Therefore, communications must ensure reviewers understand the purpose of their ratings as a baseline for enhanced reliability and validity.

**The 360 Feedback Review competencies are described as observable behaviors.** Reliance on observable work behaviors is especially important because recommended practice emphasizes linking 360 competencies to concrete behaviors in order to minimize the introduction of individual biases or rating errors (Campion et al., 2019; Dalessio, 1998; Fleenor, 2019). Describing competencies in behavioral terms increases the relevance and reliability of ratings (Bracken & Timmreck, 2001). Consistent with this recommended practice, 360 competencies are

[36] GS0116319-445 at 324.
[37] GS0116319-445 at 328.
[38] GS0376074-087; GS0376024; GS0376244-256 at 246; GS0377267; GS0378071; GS0845287.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

defined in terms of behavioral statements, and reviewers were asked to evaluate reviewees on competencies corresponding to behavioral benchmarks.[39] Indeed, during the identification of competencies, PDI and APTMetrics also scrutinized the competency behaviors to ensure that they were clear, accurate, and specified in discrete behavioral terms when possible.[40] As an illustration, Commercial Effectiveness was described using the following behaviorally-based descriptors (i.e., observable work behaviors):

- Demonstrates professional excellence (i.e., high quality service, responsiveness, and outstanding execution).
- Contributes to team's/Division's results.
- Identifies problems and creative solutions.
- Uses resources efficiently.
- Suggests improvements to existing products, services, and processes.[41]

**The 360 Feedback Review uses narrative comments.** Use of narrative comments is an important way to ensure that reviewers are able to substantiate their ratings with job-related examples. The use of narrative comments motivates managers to recall concrete performance examples, which facilitates rating accuracy (Pulakos, 2009). The utility of narrative comments at Goldman Sachs is increased by the fact that Goldman Sachs University offers instruction on how to write effective feedback.[42] This training provides questions reviewers should consider as they evaluate other professionals and provides instruction on writing effective feedback.[43]

**The 360 Feedback Review uses rating scales with the goal of distinguishing between performance levels**. A measure of performance has no utility if it does not attempt to distinguish between levels of performance and the use of rating scales is a mechanism that enables such differentiation. Thus, the ability to distinguish between levels of performance is critical for making valid judgments about performance. One mechanism for identifying individual differences in performance is the use of ratings scale (Dalessio, 1998). Although the 360 Feedback Review ratings scales have evolved over time, they have consistently defined varying levels of performance. For instance, prior to 2010 Goldman Sachs used a five-point scale to distinguish between performance levels, whereas in 2010, in response to concerns about rating compression

[39] GS0375541-542.
[40] GS0116319-445 at 325; GS1043555-752 at 561.
[41] GS0375541-542.
[42] GS0119440-452.
[43] GS0119440-452.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

and inflation, a nine-point scale was implemented to increase differentiation. With the transition to a qualitative system in 2016, the three categorical ratings (i.e., Outstanding, Good, and Needs Improvement) continued to distinguish between levels of performance.[44] These scales adhere to recommended practice indicating that ratings should differentiate between performance levels (Aguinis, 2009; Campion et al., 2019).

**The 360 Feedback Review identifies the reviewer's level of interaction.** Recommended practices emphasize that the selection of reviewers in multisource feedback should take level of interaction into account. In other words, reviewers should have had adequate opportunity to observe performance in order to rate performance if they are to offer reliable feedback (Bernardin & Tyler, 2001; Bracken & Rotolo, 2019; Bracken & Timmreck, 2001; Campion et al., 2019; Dalessio, 1998; Farr & Newman, 2001; Fleenor, 2019). The level of interaction between reviewers and reviewees is thus an important consideration for a multisource feedback program. The reliability of ratings is expected to be enhanced by more frequent interactions with the reviewee. Further, research suggests that the reviewers who provide the most accurate (i.e., valid) ratings are those who have the most interaction with the reviewees (Fleenor, 2019).

As noted previously, reviewees are instructed to request feedback from colleagues with whom they interact regularly. When assigning ratings, reviewers are instructed to indicate the extent to which they have interacted with the reviewee (using the categories "Limited," "Moderate," and "Extensive").[45] Level of interaction (i.e., Limited, Moderate, Extensive) is thus directly identified on the 360 Feedback Review forms and associated with each score and comment, and primary managers are able to consider this in making their overall judgments.[46,47] For example, Marie Louise Kirk, Participating Managing Director in Fixed Income, Currencies, and Commodities Strategist Business Unit in Securities, stated, "I generally place less weight on feedback from individuals with a limited or moderate level of interaction with the reviewee in question."[48]

Safeguards are also in place to help ensure that those who provide ratings do so based on adequate direct observation of behaviors. Professionals are instructed to reject the invitation to provide feedback if they have not had sufficient interaction to provide meaningful feedback.[49]

---

[44] GS0382320-338; GS0375609-611.

[45] This was in place for a portion of the class period. These interaction levels were not used since the introduction of Feedback 360+.

[46] GS0375110-228; GS0375127-144.

[47] This varied by Division and year.

[48] Declaration of Marie Louise Kirk, 7/2/14, footnote 3, p.6.

[49] GS0125006-008 at 007.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Additionally, in some Divisions reviewers indicating 'Limited' exposure only completed narrative comments.[50] There is also an "Unable to judge" scale point if the reviewer has not had meaningful interaction with the reviewee to rate a specific competency.[51]

**Reviewees select reviewers (with manager oversight).** Recommended practice indicates that reviewees and management should both provide input into the composition of any particular professional's reviewer group, but that management should have oversight on final selections to ensure appropriateness of raters and that correct procedures are being followed (Campion et al., 2019; Farr & Newman, 2001; Fleenor, 2019). For example, manager oversight of reviewer selections can ensure reviewees are not selecting only those reviewers they feel will give them favorable ratings (Antonioni, 1996) but rather are choosing the most appropriate reviewers (i.e., those most familiar with the reviewee's performance) who are in the best position to provide the most reliable and valid ratings (Fleenor, 2019) based on extent of interaction and opportunity to observe work (Antonioni, 1996).

Consistent with this recommended practice, as noted above, reviewees can use the Firmwide Review System to select a list of reviewers, and this list is submitted to a manager who reviews it and has the ability to edit it.[52]

**The 360 Feedback Review solicits reviews from a number of reviewers, which enhances reliability.** The use of multiple reviewers enhances reliability beyond that achieved by a single rater (Bracken & Timmreck, 2001; Campion et al., 2019; Pulakos, 2009). This is aptly noted by Church and Bracken (1997) who stated, "…observations obtained from multiple sources will yield more valid and reliable (and therefore more meaningful and useful) results for the individual" (p.150). Consistent with recommended practice, which suggests using multiple reviewers to enhance reliability over a single rater, managers at Goldman Sachs are cautioned not to draw conclusions from ratings derived from fewer than three reviewers.[53] Input from multiple reviewers also supports reviewer anonymity (i.e., it is harder for a reviewee to determine who provided ratings when there are many reviewers) (Atwater, Brett, & Charles, 2007; Bracken & Rotolo, 2019; Bracken & Timmreck, 2001; Campion et al., 2019; Fleenor, 2019; Pulakos, 2009;

[50] GS0119427-439 at 430.

[51] GS0375127-144; GS0375541-542; GS0375721; GS0375755-756; GS0113317-326 at 325; GS0119440-452 at 447; GS0121626-643 at 631; GS0121436-454 at 441; GS0375541-542; GS0375821-825.

[52] GS0003404-407 at 405; GS0119395; GS0380339-353 at 343; GS0380242-243; GS0380337-388; Deposition of Caroline Heller Sberloti, 7/11/13, p.265; Deposition of David Landman, 4/3/18, pp.139-140; Declaration of Jean Bohm, 6/5/15, para 10; Declaration of Nora Creedon, 6/30/14, para 7; Declaration of Stephanie Cohen, 7/1/14, para 8, Declaration of Susan Benz, 7/3/14, para 26; GS0003293-296 at 294; GS0003319-322 at 320; GS0113357-358 at 357; GS0120025-043 at 028; GS0377537-538 at 537.

[53] GS0119427-439 at 429, 435.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Pulakos & Rose, 2019; Van Velsor & Leslie, 2001).

**The 360 Feedback Review protects the anonymity of reviewers**. Recommended practice indicates that anonymity precautions enhance the quality of 360 programs because reviewers are more likely to provide honest feedback when they believe their identities will not be revealed (Bracken et al., 2016; Campion et al., 2019; Dalessio, 1998; Fleenor, 2019). Indeed, reviewers are more likely to provide accurate and valid ratings when they know their ratings will remain anonymous (Fleenor, 2019; Pulakos, 2009). The guardrails at Goldman Sachs ensuring reviewer anonymity are consistent with recommendations from the literature. Specifically, delivery of feedback via the Manager Summary protects the anonymity of reviewers, ratings are aggregated in summary reports, and managers do not share the identities of those providing comments with subordinates.[54]

**The managers who communicate 360 Feedback Reviews serve as gatekeepers who integrate and interpret feedback**. Recommended practice emphasizes that managers should serve as gatekeepers and integrate the feedback received from different sources before delivering feedback to direct reports (Campion et al., 2019; Pulakos, 2009). Managers are able to consider information from all sources, judge its credibility and quality, and balance that against other available information to arrive at an overall judgment (Pulakos, 2009). This integration and synthesis of reviewer information functions to appropriately weigh the experience and ability of reviewers to provide useful ratings. This is a quality check on the data that supports reliability and validity. At Goldman Sachs, managers receive a detailed report of all comments and ratings for a reviewee, which is incorporated into a summary that is provided to the reviewee. The feedback report also includes the manager's feedback, known as the Manager Summary.[55] This summarization procedure aligns with the gatekeeper recommendation.

**360 Feedback reviewers receive training and written instructions**. Training improves the quality, effectiveness, and utility of performance ratings (Antonioni & Woehr, 2001; Campion et al., 2019; Dalessio, 1998; Malos, 1998). Thus, training is directly related to both the reliability and validity of performance ratings. Consequently, recommended practice emphasizes training 360 reviewers because it enhances the quality of ratings. Training topics should include the purpose of the rating program, relevant performance standards, the composition of narrative comments, and the interpretation of feedback from many sources (Antonioni & Woehr, 2001;

[54] GS0003404-407 at 405; GS0375110-228 at 116, 118.
[55] GS0113317-326 at 324; GS0380387-388; GS0003498-532 at 519.

Bernardin & Tyler, 2001; Bracken & Timmreck, 2001; Campion et al., 2019; Dalessio, 1998; Fleenor, 2019; Lepsinger & Lucia, 2001; Pulakos & Rose, 2019; Scott, Scott, & Foster, 2019). Consistent with recommended practice, Goldman Sachs University offered training related to the assessment of performance, the delivery of feedback, and the process of writing effective feedback.[56] Training was offered in many different modalities including e-learning modules, tip sheets, classroom based instruction involving experiential exercises (e.g., pairs of trainees practiced review writing based on a sample Individual Review Book), mock video with group discussion, case studies, and live feedback role plays.[57] Similarly, Human Capital Management provided training on key changes from year to year[58] and writing effective performance reviews.[59] Goldman Sachs also published written descriptions of the rating scales (e.g., Performance Review Ratings Scale Guide),[60] and instructed managers on how to interpret ratings that their direct reports received from other reviewers.[61] Moreover, professionals were reminded of these training resources by email at the start of the feedback process.[62] As the Firm transitioned to a qualitative feedback system focused on development, it continued to offer training to reviewers that explained the new feedback process[63] and described how to deliver effective feedback.[64] Managers confirmed that they received training on completing the 360 Feedback Review and delivering feedback.[65]

#### 4. *The 360 Feedback Review Contains Guardrails that Promote Accountability and Enhance Reliability and Validity.*

There are many recognized methods for enhancing the reliability and validity of HR procedures that rely on subjective judgment (Campion et al., 1997). These are often referred to as structural guardrails or accountabilities, and they function as checks and balances to increase accountability in HR decision making and to ensure that decisions are not overly subjective. They

[56] GS0119440-452; GS0122537-558; GS0004221; GS0113277; GS0005049-066; GS0005436-462; GS0113277; GS0113348; GS0251447-489; GS0005067-103; GS0113331-344 at 333; GS0119848; GS0122499-508; GS0122868-883; GS0190107-118; GS0122499-508; GS0184678-680.

[57] Deposition of David Landman, 4/3/18, pp.285, 291-292; GS0005067-103; GS0392044-153 at 079; GS0399865-932 at 892-893; GS0251447-489; GS0164703-721; GS0113277; GS0216499-506 at 502.

[58] GS0004149-154; GS0113306-312.

[59] GS0165361-393; GS0287727-743; GS0543168-205.

[60] GS0005816; GS0101944-948 at 944; GS0102295-299; GS0105107-115; GS0375721; GS0375755-756; GS0375821-825.

[61] GS0119427-439; GS0005436-462; GS0005781; GS0119453; GS0122499-508 at 501; GS0122509-514; GS0005380-391; GS0184554-582.

[62] GS0015829-830.

[63] GS0380339-353; GS0380242; GS0380337-338.

[64] GS0377328.

[65] Declaration of Jean Bohm, 6/5/14, para 12; Declaration of Nora Creedon, 6/30/14 para 7; Declaration of Samantha Davidson, 7/1/14, para 9.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

ultimately enhance the likelihood that decisions have positive outcomes for the organization and employees. Evidence suggests that accountability can motivate people to become more vigilant, thorough, and self-critical in their information processing (Tetlock & Kim, 1987). For example, when reviewers know they must justify their ratings or when ratings have important consequences such as promotion, reviewers perform the task more carefully and provide more accurate ratings (Mero & Motowidlo, 1995).

Goldman Sachs has implemented various guardrails and accountabilities in the 360 Feedback Review process, many of which also align with recommendations from I/O psychology literature and are discussed above. The guardrails and accountabilities are summarized in **Appendix 4D**, but to highlight a few examples:

- If individuals have questions about this rating process, they are encouraged to take advantage of various resources by contacting the Reviews Hotline[66] or Human Capital Management partners,[67] or by leveraging online resources (e.g., training videos)[68] and frequently asked questions.[69]

- The Firm also provides formal training regarding 360 Feedback Reviews developed and/or delivered by Divisional Human Capital Management teams, Talent Assessment Group, and Goldman Sachs University. A variety of relevant training modules are offered, including those focused on creating a reviewer list, reviewing direct reports' reviewer lists, interpreting feedback, and writing and delivering feedback.[70] Moreover, Goldman Sachs' professionals are consistently reminded of these trainings and related resources by email.[71]

- Managers also have oversight over, and the ability to edit, a professional's reviewer list.[72] The intent is to ensure that professionals adhere to correct procedures (i.e.,

[66] GS0003297-300; GS0005425-427; GS0003293-296 at 296; GS0003319-322 at 322; GS0003404-407 at 407; GS0004275-276; GS0004309; GS0113348-356 at 356; GS0377537-538 at 537; GS0004309; GS0004275.

[67] Deposition of David Landman, 9/5/13, pp.73, 143; Deposition of Caroline Heller Sberloti, 7/11/13, pp.275-276, 295; GS0003293-296 at 296; GS0003319-322 at 322; GS0003404-407 at 407; GS0005067-103 at 103; GS0113348-356 at 356; GS0377537-538 at 537.

[68] GS0376216-217; GS0375970-971.

[69] GS0566726-732; GS0380250.

[70] GS0004221; GS0119440-452; GS0122537-558; GS0113277; GS0005049-066; GS0005436-462; GS0113277; GS0113348; GS0251447-489; GS0005067-103; GS0113331-344 at 333; GS0119848; GS0122499-508; GS0122868-883; GS0251447-489; GS0190107-118; GS0122499-508; GS0005380-391; Deposition of Caroline Heller Sberloti, 7/11/13, pp.271-275.

[71] GS0000388-391; GS0003392-395; GS0003297-300; GS0003314-316; GS0377267.

[72] GS0119395; GS0003404-340; GS0380339-353 at 343; GS0380242; GS0380337; GS0003404-407.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

selecting a range of appropriate reviewers who have worked with the reviewee in different contexts) (Campion, et al., 2019).

- Because the 360 Feedback Review solicits ratings from different sources (i.e., self, supervisors, subordinates, peers) a heightened level of accountability exists (London, Smither, & Adsit, 1997).
- All Goldman Sachs professionals are subject to the Equal Employment Opportunity (EEO) and Affirmative Action policy, which promulgates the core value of meritocracy by prohibiting discrimination and encouraging employees to raise concerns about EEO.[73]

In addition, the administrative architecture imposed by the Firmwide Review System, an automated electronic data management system that manages the feedback process, serves as a guardrail ensuring consistency in the 360 Feedback Review process. The Firmwide Review System facilitates the creation and approval of reviewer lists, the collection of ratings, and the production of feedback reports (called Individual Review Books) for managers to review. It is also accompanied by guidance on ratings (i.e., Performance Review Ratings Scale Guide).[74] The structure and guidance inherent in the Firmwide Review System is a characteristic that is viewed as essential for effective 360 feedback programs (Campion et al., 2019). However, it also permits the necessary latitude for Divisions to refine or interpret competencies to reflect important Divisional behaviors, and for managers to give more weight to feedback related to certain competencies over others depending on the nature of the business and the professional's role.

*5. Empirical Evidence Demonstrates That the 360 Feedback Review Process Is Reliable, Valid, and Job Related.*

In the preceding sections, I focused on prior validation studies supporting the competencies measured as part of the 360 Feedback Review, as well as the structural components that enhance the reliability and validity of this process. In my opinion, this evidence alone justifies my opinion that the 360 Feedback Review is reliable, valid, and job related. It is rare to be able to go one step further to assess actual operational reliability. In my experience, direct, empirical evaluation of psychometric characteristics (e.g., reliability, validity) of operational processes like the 360 Feedback Review and Manager Quartiling is uncommon and often infeasible. If performed, such assessments are most likely conducted under privilege and not published in the empirical literature.

[73] GS0247595; GS0119559.
[74] GS0005816.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Data are often not available to conduct a direct evaluation of reliability and validity. And in the case of multi-source tools like 360 reviews, the situation is often even more complex and the data can be challenging to interpret because differences across reviewers may reflect real differences in reviewee performance as opposed to evidence of inadequate psychometric characteristics.

In summary, evaluating the operational reliability of performance measures does not happen frequently because it is hard to do, organizations are generally not required to do it, and organizations do not regularly have the necessary data in a readily available format. However, this is the exceptional instance where such a direct, empirical evaluation of operational reliability was feasible, and that evaluation allowed me to confirm that the 360 Feedback Review is reliable, valid, and job related. As explained in detail later in this Chapter and Chapter 5, I conducted a total of five statistical studies that directly evaluated rater consistency for 360 Feedback Review scores and Manager Quartiling assignments (see Chapter 5) as implemented in practice at Goldman Sachs. The results are persuasive evidence of the consistency in 360 Feedback Review ratings and Manager Quartiling assignments. These studies also directly rebut Dr. Cascio's earlier criticisms that the 360 Feedback Review and Manager Quartiling processes are not reliable and valid as implemented.

**Statistical Study 1:** *Examination of the Inter-Rater Agreement (i.e., the extent to which multiple reviewers of the same reviewee provided similar ratings) of the 360 Feedback Review.*

Statistical Study 1 examined the inter-rater agreement of 360 Feedback Review ratings for a given year. Rater agreement refers to the extent to which multiple reviewers of the same reviewee provide similar ratings. Perfect agreement is not expected because, for example, performance may differ across projects or reviewers may observe different aspects of performance. The most commonly used index of agreement is called $r_{WG}$, which is a comparison of observed variance in ratings relative to a hypothetical variance associated with complete lack of agreement (James, Demaree, & Wolf, 1993). For various reasons rater agreement (as opposed to inter-rater reliability) is the most appropriate index of measurement consistency for 360 Feedback Review ratings across raters in this context.[75]

[75] Dr. Cascio agrees with this approach based on his earlier work in this matter. For example, in his report (2/18/14, pp.20-21), he notes: "…Interrater reliability and inter-rater agreement are often treated as if they were the same thing, but they are different. Raters agree if they make the same ratings; they are reliable if they put ratees in roughly the same relative order. While both provide useful information, agreement is more important if the ratings are used for decisions based on level of proficiency." (citations omitted.)


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

To analyze rater agreement, I used a database with 360 Feedback Review ratings for each reviewee by each reviewer from 2003 to 2015.[76] In the dataset, there were a total of 13 rated competencies throughout the time period.[77] The dataset also contained a 360 Feedback Review overall score that was an average of all of the competencies rated by a reviewer.[78] In total, there were 363,423 records of reviewer ratings (corresponding to 8,417 reviewees available in the dataset for conducting inter-rater agreement analyses).

Although there are no definitive standards for identifying adequate levels of agreement across research settings, the I/O psychology literature provides some useful comparator rules of thumb. For example, according to LeBreton and Senter (2008) general thresholds for interpreting results of $r_{WG}$ analyses are as follows:

| **Level of Agreement** | **$r_{WG}$** |
|---|---|
| Lack of agreement | .00 to .30 |
| Weak agreement | .31 to .50 |
| Moderate agreement | .51 to 70 |
| Strong agreement | .71 to .90 |
| Very strong agreement | .91 to 1.0 |

**Table 4.2** presents agreement indices for 360 Feedback Review overall scores by year. These values represent strong to very strong agreement as defined by LeBreton and Senter (2008). Every average agreement index computed in Statistical Study 1 met the benchmark for either "strong agreement" or "very strong agreement." Clearly these results correspond favorably to thresholds of agreement in the literature indicating strong rater agreement in 360 Feedback Review ratings. As indicated previously, rater agreement is a necessary antecedent for validity. Dr. Cascio agrees. In fact, he wrote that it is critical to have reliable data if one wants to assert that a process is valid.[79] Statistical Study 1 provides direct evidence that the operational 360 Feedback Review

[76] Data from 2003 was insufficient for analysis. Beginning in 2016 categorical ratings were used for primarily developmental purposes.
[77] Not every competency was used every year, but the dataset contains all 13 competencies rated across years.
[78] In 2004 and 2005, the overall score was calculated using only three rated competencies (even when more than three were rated). From 2006 forward, the overall score was calculated using 9 or 10 rated competencies.
[79] Cascio Expert Report, 10/30/13, p.22.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

ratings are reliable. A more detailed explanation of Statistical Study 1, with supporting tables and results, is included in **Appendix 4E**.

**Table 4.2. Average Agreement ($r_{WG}$) for the 360 Feedback Review Overall Score for All Reviewers* Group**

| Year | IBD | | IMD | | Securities | |
|---|---|---|---|---|---|---|
| | Associate | Vice President | Associate | Vice President | Associate | Vice President |
| 2004 | | | .77 | .81 | .80 | .80 |
| 2005 | .75 | .80 | .81 | .81 | .81 | .81 |
| 2006 | .82 | .84 | .85 | .84 | .85 | .87 |
| 2007 | .81 | .83 | .84 | .85 | .85 | .87 |
| 2008 | .87 | .87 | .85 | .86 | .88 | .88 |
| 2009 | .89 | .89 | .86 | .87 | .91 | .91 |
| 2010 | .85 | .87 | .85 | .86 | .89 | .89 |
| 2011 | .91 | .93 | .90 | .91 | .94 | .94 |
| 2012 | .94 | .94 | .92 | .93 | .96 | .96 |
| 2013 | .95 | .96 | .93 | .94 | .97 | .97 |
| 2014 | .96 | .97 | .93 | .94 | .97 | .97 |
| 2015 | .97 | .97 | .93 | .95 | .97 | .97 |
| **Average** | **.88** | **.90** | **.87** | **.88** | **.90** | **.90** |
| **Average 5-point Scale** | **.83** | **.85** | **.83** | **.84** | **.85** | **.86** |
| **Average 9-point Scale** | **.93** | **.94** | **.91** | **.92** | **.95** | **.95** |

Note: 1) *All Reviewers Group includes Managers/Co-Managers, More Senior, Peer, and More Junior reviewers. 2) A 5-point scale was used from 2004-2009 and a 9-point scale was used from 2010-2015.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Statistical Study 2**: *Examination of the Intra-Rater Temporal Consistency of the 360 Feedback Review Ratings.*

Using the same dataset as Statistical Study 1, Statistical Study 2 examined the intra-rater reliability in 360 Feedback Review ratings over time, otherwise known as temporal consistency. Temporal consistency is another method of evaluating reliability of performance ratings. Importantly, perfect temporal consistency is not expected because employee performance is dynamic and may change from year to year. Since the 1950s I/O psychology research has recognized that individual job performance may be dynamic (e.g., Ghiselli, 1956; Ghiselli & Haire, 1960; Ployhart & Hakel, 1998; Sturman, Cheramie, & Cashen, 2005). Alvares and Hulin (1972; 1973) show that an individual's job performance may change over time because of changes in motivation, the acquisition of job knowledge, and/or changes in the predictors of performance. Sturman, Cheramie, and Cashen (2005) note that "[A]bundant empirical evidence has verified that job performance measurements are not perfectly correlated over time (e.g., Austin, Humphreys, & Hulin, 1989; Barrett & Alexander, 1989; Barrett, Caldwell, & Alexander, 1985; Ghiselli & Haire, 1960; Ployhart & Hakel, 1998; Rambo, Chomiak, & Price, 1983; Sturman & Trevor, 2001)" (p.269).

My team and I reviewed the data to identify instances in which the same reviewee was rated by the same reviewer (manager) in consecutive year pairings (e.g., ratings in both 2010 and 2011, ratings in both 2011 and 2012). **Table 4.3** provides temporal consistency statistics (Pearson correlations) for the overall score for each combination of Division, Corporate Title, and Year pairing when sample sizes permitted. Notably, all correlations are statistically significant. Once again, the I/O psychology literature provides some useful comparator rules of thumb for interpreting these results. For example, Sturman, et al. (2005), found an average estimate of temporal consistency over a one-year period for subjective ratings of jobs with high complexity (roles in the corporate titles of Associate and Vice President at Goldman Sachs are considered to be highly complex) of .59. Using this as a benchmark, the results of Statistical Study 2 provide strong evidence of temporal consistency in the 360 Feedback Review overall score. A more detailed explanation of Statistical Study 2, including similar calculations for individual competencies, appears in **Appendix 4F**.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Table 4.3. Average Temporal Consistency (Pearson Correlations) for 360 Feedback Review Overall Score for All Reviewers Group | | | | | | |
|---|---|---|---|---|---|---|
| **Year Pairing** | **IBD** | | **IMD** | | **Securities** | |
| | **Associate** | **Vice President** | **Associate** | **Vice President** | **Associate** | **Vice President** |
| 2004-2005 | | | | | .63 | .63 |
| 2005-2006* | | | | | | |
| 2006-2007 | | .79 | | | .62 | .55 |
| 2007-2008 | | .77 | | | .58 | .64 |
| 2008-2009 | .42 | .56 | | | .64 | .71 |
| 2009-2010 | .71 | .70 | | | .45 | .59 |
| 2010-2011 | | .76 | .67 | .77 | .68 | .69 |
| 2011-2012 | .63 | .65 | | | .58 | .70 |
| 2012-2013 | .76 | .79 | | | | |
| 2013-2014 | | .52 | | | | |
| 2014-2015 | | .64 | .73 | .79 | .74 | .65 |
| **Average** | **.63** | **.69** | **.70** | **.78** | **.61** | **.65** |

Note: Analyses were conducted only when the sample size for a given strata was 30 or more; blank cells indicate insufficient data. This minimum sample size was derived using a power analysis ($\alpha = .05$, $\beta = .80$, estimated correlation = .50).[80] 2) All individual correlations in this table are statistically significant ($p < .01$). 3) * For overall score, Time 1 – Time 2 correlations were not calculated for 2005-2006 because the number of competencies on which the overall score was calculated changed from three to nine (this does not apply to individual competency correlations).

## D. Chapter 4 Summary

In summary, the academic literature and my research supports the reliability, validity, and job relatedness of the 360 Feedback Review in design and in application. Empirical evaluation of the reliability of the 360 Feedback Review provides direct evidence that (1) raters strongly agreed with each other and (2) ratings of the same reviewee were consistent over time. As described next in Chapters 5 and 6, additional analyses of Goldman Sachs data show that 360 Feedback Review ratings correlate with (1) other managerial judgments of performance (i.e., Manager Quartiling), (2) various Divisional productivity metrics, and (3) promotion outcomes stemming from Cross-Ruffing at statistically significant levels, and at magnitudes similar to, or exceeding, what is typical in the I/O psychology literature, further supporting the reliability and validity of the 360 Feedback Review.

[80] Although there is no absolute standard regarding minimum cell size, in this context I did not analyze cells with fewer than 30 observations. This applies to the tables presented for all of the statistical studies.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# Chapter 5: Summary and Evaluation of Goldman Sachs' Manager Quartiling Process

## OPINION 3: Goldman Sachs' Manager Quartiling Process is Reliable, Valid, and Job Related.

I reach this opinion based on (i) validation studies conducted by PDI and APTMetrics, which provide the foundation for the Manager Quartiling process, (ii) independent linkage research that I conducted supporting Manager Quartiling content (i.e., Consensus Studies 3 and 4 comparing elements of Manager Quartiling to the competency model and the I/O psychology literature), (iii) my assessment of the alignment between Goldman Sachs' Manager Quartiling practices and recommendations from the I/O psychology literature related to reliability and validity, (iv) guardrails related to the Manager Quartiling process that promote accountability and enhance reliability and validity, and (v) empirical evidence supporting reliability and validity (i.e., Statistical Studies 3 through 6, (a) the correlation between Manager Quartile assignments and 360 Feedback Review ratings, (b) the correlation between both Manager Quartile assignments and 360 Feedback Review ratings and Division-specific objective metrics, and (c) the correlation between both Manager Quartile assignments and 360 Feedback Review ratings and promotion to Extended Managing Director). I discuss each of these in turn in this chapter[81] after providing background information on relative performance evaluations and an overview of Goldman Sachs' 360 Manager Quartiling process.

### A. Background on Relative Performance Evaluations

Manager Quartiling is a type of relative performance evaluation. Relative rating systems are used "pervasively" in organizations and "are helpful in making employment decisions" (Cascio & Aguinis, 2014, p.88). Manager Quartiling represents a specific type of relative performance evaluation known as a forced distribution method (Dominick, 2009). Like any HR procedure, this method has strengths and weaknesses. A key advantage of forced distributions is that they alleviate leniency issues that may exist in absolute rating measurement systems (Dominick, 2009; Stewart, Gruys, & Storm, 2010). Leniency often results from the fact that managers may be hesitant to rate individuals as less effective (compared to a defined benchmark) because they want to avoid potential conflict with subordinates who are dissatisfied with evaluations (Dominick, 2009). Consequently, all individuals may receive high ratings. Empirical evidence suggests that the

[81] Statistical Study 6 is discussed in Chapter 6.

introduction of forced ranking can serve as a performance incentive by eliminating this leniency (Berger, Harbring, & Sliwka, 2013). Other empirical research has recognized performance improvements resulting from forced distributions (Scullen, Bergey, & Aiman-Smith, 2005), and scholars have also identified beneficial effects that extend beyond on-the-job performance and into recruitment. According to Blume, Rubin, and Baldwin (2013), "What stands out most in our findings is that those high in cognitive ability were significantly more attracted to organisations utilising FDS [Forced Distribution Systems] than those with lower aptitude" (p.371). Clearly research has highlighted the benefits that forced systems can provide. However, such systems have received negative publicity in the popular press particularly because forced distributions were a poor fit with the culture of some organizations (Dominick, 2009). These concerns have recently reduced the popularity of forced distribution procedures in practice.

However, the use of an absolute approach and relative approach in conjunction is recommended (Campion et al., 2019). This may be particularly beneficial in complex organizations such as Goldman Sachs. Weatherly (2004) indicates that relative approaches: "… should not be a substitute or a replacement for an organization's individual performance review system, but a system that runs in parallel with it." Since absolute and relative approaches are complementary, one approach can offset weaknesses inherent in the other. The relative evaluation of a forced distribution system can alleviate leniency issues present in absolute evaluation such as multisource feedback, whereas absolute evaluation can provide developmental feedback that is not part of forced distribution methods.

## B. Overview of Goldman Sachs' Manager Quartiling Process

Independent of and complementary to the 360 Feedback Review, Goldman Sachs conducts an evaluation called Manager Quartiling in which supervisors assign professionals to quartiles or performance buckets that assess performance relative to the professional's "level of experience, position, and peer group."[82] The purpose of performance buckets is to identify top, middle, and bottom performers. Goldman Sachs' Manager Quartile assignments, like 360 Feedback Reviews, serve as non-formulaic inputs to other talent management decisions (e.g., promotions, professional development, compensation recommendations, business reorganization decisions).[83] Since 2008, there have been either four or five quartiles. For example, in 2008, there were five quartiles with Quartile 1 reflecting the top 25%, Quartiles 2 and 3 reflecting 26-75%, Quartile 4 reflecting the

[82] GS0375658–665 at 659.
[83] GS0378427-436 at 428; GS0113930.

bottom 11-25%, and Quartile 5 reflecting the bottom 10%. In 2015, the number of quartiles was changed to four, with equal distributions of 25% in each bucket.[84] Those assigning Manager Quartiles are instructed to consider each professional's Performance and Contribution and Potential,[85] which I discuss below.

To begin its Manager Quartile assignment process, Divisional Human Capital Management determines the population that is eligible, which is derived after consideration of tenure (e.g., new hires and employees with known future termination dates are not included) and peer group (i.e., title within Business Unit; for larger Business Units it may be title within department or other subgroup).[86] Human Capital Management provides training materials and guidance for managers to review before they make their assignments (these are discussed more below). The process for Manager Quartiling differs by Division and Business Unit, but generally primary managers, senior leaders, or Business Unit Heads in each Business Unit assign Manager Quartiles for professionals within the Business Unit, at the discretion of the Business Unit Head. Managers typically discuss their Manager Quartile assignments with more senior managers and the Business Unit Head before they are finalized. Samantha Davidson, a Senior Portfolio Manager in Global Portfolio Solutions, in Goldman Sachs Asset Management subdivision of the IMD, explained the process as "…I make initial recommendations for manager quartiles for the professionals on my team. I then discuss my recommendations with my manager, and we then discuss with other managers in the Business Unit."[87]

During the relevant period, managers were not required to precisely comply with the specified distribution. As described by David Landman, Head of Talent Assessment Group, an informal policy of "'soft shoulders' allowed the Divisions to deviate from recommended quartile distributions for their Vice Presidents and Associates" until 2015.[88] He further explained the policy was formalized in 2015 to allow a 2% deviation from the 25% distribution per quartile with "no questions asked" and to allow "further deviations" if "further flexibility is at the Business Unit level."[89]

---

[84] GS0109390-399; GS0109406-410; GS0109424-429; GS0109443-448; GS0375451-457; GS0375318-322; GS0375285-293; GS0375277-284; GS0375658-665.

[85] GS0375277-284 at 279; GS0375658-665 at 660.

[86] Deposition of Jessica Kung, 8/1/13, p.302; Deposition of Caroline Heller Sberloti, 7/11/13, p.313.

[87] Declaration of Samantha Davidson, 7/1/14, para 12.

[88] Declaration of David Landman, 10/12/17, para 27.

[89] Declaration of David Landman, 10/12/17, para 27.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Managers at Goldman Sachs find Manager Quartiling to be valuable in assessing the multi-dimensional aspects of relative performance:

- "[T]he Quartiling process is a helpful tool for differentiating professionals in my Business Unit according to their relative performance."[90]
- "I believe [the manager quartiling process] is an important tool because it allows managers to evaluate a professional's performance relative to his or her peers based on a variety of factors."[91]
- "The manager quartiling process is an excellent opportunity to think critically and productively about the talent of professionals on my team and their career paths."[92]

In fact, as explained by David Landman, Head of Talent Assessment Group in Human Capital Management, for managers, "doing the quartiling process right will help them both retain their top performers [and] help them manage their business."[93]

### C. Basis for My Opinion that Goldman Sachs' Manager Quartiling Process is Reliable, Valid, and Job Related.

1. *The PDI and APTMetrics Studies Validated the Competencies that Provide the Foundation for the Manager Quartiling Process Using Content-Oriented Validation Studies.*

As stated in Chapter 4, it is my opinion that the validation studies conducted by PDI and APTMetrics form the foundation of job relatedness for the 360 Feedback Review, Manager Quartiling, and Cross-Ruffing processes. I explain the basis for this opinion as to Manager Quartiling in this section. As stated above, those assigning Manager Quartiles are instructed to consider each professional's Performance and Contribution and Potential, and are given guidance on how to perform that task.

*Performance and Contribution*

In assessing Performance and Contribution for the purpose of assigning Manager Quartiles, managers are instructed to consider how professionals have performed relative to criteria that are anchored in the competency model.[94] In the early portion of the class period, Performance and Contribution was defined as quality of performance (based on 360 Feedback Review as well as the manager's view of accomplishments), long-term commercial impact/contribution, diversity,

---

[90] Declaration of Susan Benz, 7/3/14, para 19.
[91] Declaration of Susan Jane Scher, 6/27/14, para 8.
[92] Declaration of Brendan McGovern, 5/22/18, para 9.
[93] Deposition of David Landman, 10/10/13, p.31.
[94] GS0375277-284 at 279; GS0375658-665 at 660.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

and citizenship-related activities.[95] In 2014, the definition was expanded to more closely align with the re-validated competency model and included Client Focus, Commercial Impact, Leadership, Diverse and Inclusive Environment, Risk Management and Firm Reputation, Communication, Culture Carrier, People Development, Judgment, Functional and Technical Skills, and Manager Effectiveness (if applicable). These criteria were modified only slightly in subsequent years.

**Consensus Study 3:** *Comparison of Performance and Contribution Factors to Competency Model.*

To more formally evaluate the overlap between Performance and Contribution and the validated competency model, I convened a panel of I/O psychologists to independently evaluate the linkage between the competencies from the APTMetrics study and the Manager Quartiling Performance and Contribution dimensions.[96] Consensus Study 3 was conducted under my direction following the same protocol as Consensus Study 1 and using the same panel of five I/O psychologists. Complete details and results of Consensus Study 3 are presented in **Appendix 5A,** but **Tables 5.1** and **5.2** illustrate how the Performance and Contribution criteria correspond to the Goldman Sachs validated competency model. For the corporate title of Associate, 11 of 11 (100%) Performance and Contribution factors were rated as either “Related” or “Strongly Related” to competencies defined in the APTMetrics report. Similarly, for the corporate title of Vice President, 12 of 12 (100%) Performance and Contribution factors were rated as either “Related” or “Strongly Related” to the competencies defined in the APTMetrics report. These results provide strong evidence of the content validity of the Manager Quartiling Performance and Contribution factors for professionals holding the corporate titles of both Associate and Vice President.

[95] Capability (technical/functional expertise and leadership/management skills), as a separate factor, was also considered, but subsequently eliminated prior to 2014.

[96] Performance and Contribution factors were first defined behaviorally in 2014 therefore they were linked to the APT*Metrics* (2011) competency model.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| **Table 5.1. Comparison of Performance and Contribution Factors to Competency Model for the Corporate Title of Associate** | | |
|---|---|---|
| **Associate Competencies based on APTMetrics Validation Report (2011)** | **Factors to Consider while Evaluating Performance and Contribution[97]** | **Extent of Overlap** |
| • Client Focus (External/ Business Partners) | • Client Focus | **Strongly Related** |
| • Commercial Effectiveness | • Commercial Contributions | **Strongly Related** |
| • Communication Effectiveness | • Communication | **Strongly Related** |
| • Reputational Judgment and Compliance | • Compliance | **Related** |
| • Culture and Values<br>• Diversity and Inclusion | • Culture Carrier and Code of Conduct | **Strongly Related** |
| • Technical/Functional Effectiveness | • Functional and Technical Skills | **Strongly Related** |
| • Reputational Judgment and Compliance | • Judgment | **Related** |
| • Leadership and People Management | • Leadership | **Strongly Related** |
| • Leadership and People Management | • People Development | **Strongly Related** |
| • Risk Management | • Risk Management/Firm Reputation | **Related** |
| • Risk Management | • Sensitivity to Risk (Revenue) | **Related** |

| **Table 5.2. Comparison of Performance and Contribution Factors to Competency Model for the Corporate Title of Vice President** | | |
|---|---|---|
| **Vice President Competencies based on APTMetrics Validation Report (2011)** | **Factors to Consider while Evaluating Performance and Contribution[98]** | **Extent of Overlap** |
| • Client Focus (External/ Business Partners) | • Client Focus | **Strongly Related** |
| • Commercial Effectiveness | • Commercial Contributions | **Strongly Related** |
| • Communication Effectiveness | • Communication | **Strongly Related** |
| • Reputational Judgment and Compliance | • Compliance | **Related** |
| • Culture and Values | • Culture Carrier and Code of Conduct | **Strongly Related** |

[97] GS0375658-665.
[98] GS0375658-665.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Table 5.2. Comparison of Performance and Contribution Factors to Competency Model for the Corporate Title of Vice President | | |
|---|---|---|
| **Vice President Competencies based on APTMetrics Validation Report (2011)** | **Factors to Consider while Evaluating Performance and Contribution[98]** | **Extent of Overlap** |
| • Diversity and Inclusion | | |
| • Technical/Functional Effectiveness | • Functional and Technical Skills | **Strongly Related** |
| • Reputational Judgment and Compliance | • Judgment | **Related** |
| • Leadership and People Management | • Leadership | **Strongly Related** |
| • Leadership and People Management | • People Development | **Strongly Related** |
| • Risk Management | • Risk Management/Firm Reputation | **Related** |
| • Risk Management | • Sensitivity to Risk (Revenue) | **Related** |
| • Leadership and People Management | • Manager Effectiveness (if applicable) | **Strongly Related** |

*Potential*

Similar to Performance and Contribution, the definition of Potential evolved over the class period. Between 2008-2012, it was defined as the "potential to assume increasing responsibility."[99] In 2013, the definition was expanded to include navigating adversity and difficult business cycles, using judgment to anticipate issues, and determining appropriate solutions.[100] The definition of Potential was further expanded in 2015 to include the ability to learn and adapt, the capacity to build and lead teams, depth of subject matter expertise, commitment to professional growth, and past performance.[101] In short, Potential is an assessment of the professional's future trajectory.

In conjunction with Performance and Contribution, Potential is another factor managers consider when making Manager Quartile assignments. In assessing Potential, managers rely on information from the 360 Feedback Review as well as their own perspective on the individual's performance and potential based on their observations while interacting with and managing the professional. Specifically, an evaluation of Potential might involve a consideration of the 360 Feedback Review feedback as well as an assessment of how successful the individual has been

[99] GS0109390-399 at 391; GS0426037-043 at 038.
[100] GS0375451-457 at 452.
[101] GS0375285-293 at 286.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

when given stretch opportunities or increased responsibility.[102] Individuals with the strongest performance and greatest potential for future success are assigned to Quartile 1 whereas those with the lowest performance and least potential for future success are assigned to Quartile 4 (or Quartile 5). **Table 5.3** provides an illustration of the anchors that guide managers in applying performance and Potential to each Manager Quartile.[103] In connection with this report, I interviewed David Landman, Head of the Talent Assessment Group and an I/O psychologist and internal technical expert who has overseen the Manager Quartiling process since 2007. He stated that managers understand the concept of Potential (in his position, if managers did not understand the concept of Potential he would have been aware of it) and he has no reason to believe managers do not have the capability to assess Potential in the context it is used for Manager Quartiling.[104]

**Table 5.3. Illustration of the Anchors for Performance and Potential for Manager Quartiles**

| | |
|---|---|
| **Q1 (Top 25th percentile)** | **Strongest performance and potential relative to peers** |
| **Q2 (Top 26th to 50th percentile)** | **Strong performance and potential relative to peers** |
| **Q3 (51st to 75th percentile)** | **Lower performance and potential relative to peers; however, on absolute basis may be a good performer with upside potential** |
| **Q4 (Bottom 25th percentile)** | **Lowest performance and potential relative to peers** |

**Consensus Study 4:** *Comparisons of Goldman Sachs' Conceptualization of Potential to the Literature.*

Although conceptualizations of Potential vary throughout the field of I/O psychology, Goldman Sachs' definition overlaps with models that have attempted to integrate current views of the construct. Identifying individuals who have the ability to advance and grow is of critical importance for organizations to achieve competitive advantage in the marketplace (Silzer &

[102] Deposition of David Landman, 10/10/13, pp.29, 46.
[103] The number of Manager Quartiles varied throughout the class period and in some years five Manager Quartiles were used.
[104] Interview of David Landman, 8/10/20.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Borman, 2017; Silzer & Church, 2009). This is especially true for performance-driven companies in highly competitive and demanding industries such as Goldman Sachs. It is thus necessary that in assessing the relative value of its employees, Goldman Sachs take into account not just past performance but also potential to grow. By assessing behaviors that the field of I/O psychology has deemed to be relevant to the construct of interest (i.e., Potential), Goldman Sachs is able to accomplish this goal.

To more formally evaluate Goldman Sachs' criteria for evaluating potential, I convened a panel of I/O psychologists to independently evaluate the linkage between Goldman Sachs' conceptualization of Potential over different periods of time during the relevant period and conceptualizations from the literature**.** Silzer and Church (2009) created a comprehensive model of Potential that captures the complex and multidimensional nature of the construct. The model contains three broad dimensions that subsume 27 sub-components. The first dimension, known as the Foundational Dimension, is composed of stable individual difference characteristics such as cognitive and personality traits. The second dimension, entitled Growth, is comprised of learning-related and motivational traits that allow one to develop in certain areas. The third dimension, Career, is composed of characteristics that are important for career progress, such as leadership, past performance, job knowledge, and values. **Table 5.4** below presents the Silzer and Church (2009) model of Potential in its entirety. To ensure a common understanding of the 27 sub-components, definitions were obtained from the psychology literature that were then reviewed by the I/O panel who reached consensus on the appropriateness of each definition for each construct. **Appendix 5C** contains the Silzer and Church (2009) model of Potential and corresponding definitions.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Table 5.4. Silzer and Church (2009) Model of Potential | | |
|---|---|---|
| **DIMENSION** | **CHARACTERISTIC** | **COMPONENT** |
| **Foundational Dimension** | **Cognitive** | 1. Conceptual or strategic thinking<br>2. Cognitive Abilities<br>3. Dealing with Complexity |
| | **Personality** | 1. Interpersonal Skills<br>2. Sociability<br>3. Dominance<br>4. Emotional Stability<br>5. Resilience |
| **Growth Dimension** | **Learning** | 1. Adaptability<br>2. Learning Orientation<br>3. Openness to Feedback |
| | **Motivation** | 1. Drive<br>2. Energy<br>3. Achievement Orientation<br>4. Career Ambition<br>5. Risk Taking<br>6. Results Orientation |
| **Career Dimension** | **Leadership** | 1. Leadership capabilities,<br>2. Managing people (general)<br>3. Developing Others<br>4. Influencing<br>5. Challenging status quo<br>6. Change Management |
| | **Performance** | 1. Performance Record – Career Relevant<br>2. Career Experiences |
| | **Knowledge, Values** | 1. Technical-Functional Skills & Knowledge<br>2. Cultural Fit |

As with Consensus Study 1, under my direction a rating matrix and rating scale were developed by two I/O psychologists; the study was then conducted following the same protocol as Consensus Study 1 and using the same panel of five I/O psychologists. A detailed explanation of the methodology and results of Consensus Study 4 is also contained in **Appendix 5C**. The results of Consensus Study 4 demonstrate that nearly 90% of the linkages support that the Goldman Sachs descriptors were either "Related" or "Strongly Related" to I/O psychology conceptualizations of Potential. Importantly, even the most streamlined operationalization of Potential used early in the class period was, on average, rated "Related" or higher for all linkages. This linkage study provides


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

strong evidence that the Goldman Sachs' use of Potential in the Manager Quartiling process throughout the class period adheres to a recognized model of Potential in I/O psychology.

2. *The Competencies Validated by APT*Metrics *and PDI as Job Related Have Continued to be Used in the Manager Quartiling Process Throughout the Relevant Period, Despite Some Changes to the Process.*

Throughout the class period, although Goldman Sachs made continuous improvements to the Manager Quartiling process, the process was always based on the validated competency model. I characterize the changes as both procedural (e.g., number of quartiles, use of categorical versus numerical 360 Feedback review ratings) and structural (i.e., content-based) however, it is my opinion that none of these changes affected the validity of Manager Quartiling. For example, similar to the changes made to the 360 Feedback Review, Risk Management and Reputational Excellence were added to Factors to Consider in 2010 and Managerial Effectiveness was introduced in 2014.[105] All modifications and additions of Performance and Contribution factors were consistent with the validated competency model. Further, "Additional Factors to Consider" were provided as guidance that was intended to mitigate the potential for bias beginning in 2015. Examples include instructions not to place a disproportionate emphasis on a small amount of positive or negative feedback and to consider that affinities (e.g., similar personalities, backgrounds, experiences) may influence perceptions of performance and lead to more positive perceptions of a professional's capabilities.[106]

Regarding changes to the framework, the number of Manager Quartiles or performance buckets changed across time. Initially, the number of Manager Quartiles and corresponding distributions was five but later changed to four. For example, in 2008, there were five Manager Quartiles with Quartile 1 reflecting the top 25% and Quartile 5 reflecting the bottom 10%. In some Divisions, Quartile 2 and Quartile 3 were combined into one larger bucket (comprising the middle 50% of professionals). In 2015, the number of Manager Quartiles was changed to four, with equal distributions of 25% in each bucket.[107] As mentioned previously, in 2015, Goldman Sachs formalized its policy allowing for slight deviations from the proportions allocated to each quartile. Such structural changes would not be expected to and did not impact reliability and validity. In addition, as shown below, Statistical Study 3 demonstrates strong evidence of temporal consistency in Manager Quartile assignments.

---

[105] GS0375318-322 at 319.
[106] GS0375285-293 at 287.
[107] GS0375285-293 at 288.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

### 3. *The Manager Quartiling Process Aligns with Recommendations from I/O Psychology Literature Related to Reliability and Validity.*

Various characteristics of the Manager Quartiling process enhance reliability and validity, promote job relatedness, and are consistent with recommendations from the I/O psychology literature.[108] **Appendix 5B** summarizes the Manager Quartiling process as it relates to recommended practices.

**Manager Quartiling assignments work in tandem with and complement the 360 Feedback Review ratings and comments**. Research indicates that multiple sources of information, such as 360 multisource results, should be considered in quartile assignments (Dominick, 2009) and that forced distributions should run in parallel with other performance management systems (Weatherly, 2004). Because the 360 Feedback Review and Manager Quartiling processes evaluate performance in different ways, using both processes in conjunction facilitates a comprehensive evaluation of performance, supporting validity by more fully measuring the entire performance domain. Consistent with these recommendations organizational guidance for managers emphasizes that Manager Quartiling is not identical to the 360 Feedback Review effort, although managers must be prepared to explain inconsistencies between a professional's 360 Feedback Review score and Manager Quartile assignment.[109] And managers' declarations indeed state that 360 Feedback Reviews were considered (prior to 2016) while assigning professionals to Manager Quartiles.[110] Testimony likewise confirms that both the ratings and comments made in the 360 Feedback Review inform Manager Quartiling assignments:

- "In most cases, I find the written commentary to be most helpful because it reflects what the individuals are doing on a day-to-day basis. It provides me with useful insight into how others perceive the reviewed individual, but it is not a substitute for the manager's judgment of relative performance."[111]
- "I also consider 360 reviews when making manager quartiling decisions, but I place much more emphasis on the comments than the scores…"[112]

---

[108] Although I recognize that researchers have evaluated other considerations related to forced distribution methods, the discussion herein focuses on characteristics relevant to reliability and validity, which are the considerations relevant to my opinion on job relatedness.

[109] GS0375285-293 at 291; Deposition of Jessica Kung, 8/1/13, p.322.

[110] Declaration of Susan Benz, 7/3/14, para19; Declaration of Donald Casturo, 6/27/14, footnote 4, p.8; Declaration of Darren Cohen, 7/1/14, para15; Declaration of Celeste Guth, 6/30/14, para 13; Declaration of Marie Louise Kirk, 7/2/14, footnote 3, p.6; Declaration of John Levene, 6/30/14, footnote 2; Declaration of Todd Lopez, 7/1/14, para 10; Declaration of James McNamara, 6/30/14, footnote 4; Declaration of Craig Packer, 7/2/14, para 13; Declaration of Stephen Pierce, 7/2/14, para 14; Declaration of Peter Craig Russell, 6/30/14, footnote 2.

[111] Declaration of John Levene, 6/20/14, footnote 2.

[112] Declaration of James McNamara, 6/30/14, footnote 4.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

In summary, consistent with recommendations from the literature, Manager Quartiling operates in tandem with the 360 Feedback Review process.

**Manager Quartiling assignments are based on organizational needs and job-related criteria.** Recommended practices emphasize that forced distributions should be (i) based on job-relevant criteria (e.g., behaviors), and (ii) aligned with organizational needs and values (Dominick, 2009; Grote, 2002). The Manager Quartiling process corresponds to both recommended practices. First, as explained above, the criteria considered when making Manager Quartiling assignments are tied to competencies from the validated competency model.[113] Second, the key inputs to Manager Quartiling assignments — Performance and Contribution and Potential — are job-relevant and important for organizations that want to enhance performance.[114] Understanding employee potential is of crucial significance to employers (Silzer & Borman, 2017; Silzer & Church, 2009) and this characteristic can be evaluated in assigning forced distributions (Dominick, 2009). Further, it is recognized that past performance is a strong indicator of future performance (Gordon & Fitzgibbons, 1982; Heneman, Judge, & Kammeyer-Mueller, 2015) and due to its predictive power, it is viewed as an essential input to promotion (Gordon & Fitzgibbons, 1982). As Hough (2010) noted, "Virtually everyone – the general public, scientists, practitioners, young, and old – accepts past behavior as a powerful predictor of future behavior" (p.109).

In addition, declarations from managers show that metrics relevant to specific roles within the corporate titles Associate and Vice President are considered in making Manager Quartiling assignments. For example, managers use production numbers as inputs to quartiling assignments for those in sales roles.[115] As another example, in the U.S. Third Party Distribution Business Unit in IMD, "[w]hen making manager quartiling decisions, the factors we consider vary by channel, just as with compensation. For example, for those in Product Strategy/Product Development, we consider factors such as: how many products they have developed, how well they present the products, and how much sub-advisors they reach out to; whether they leverage the Firm appropriately; their presentation skills; their technical expertise; their ability to drive agendas; and how commercially-minded they are."[116] Moreover, managers also consider other factors specific to different roles in making Manager Quartiling assignments.[117] For example, a Participating

[113] GS0375277-284 at 279; GS0378427-436 at 428; *see also* Consensus Study 3.
[114] GS0375658-665 at 660; GS0375277-284 at 279; GS0375285-293 at 286.
[115] Declaration of Todd Lopez, 7/1/14, para 10; Declaration of Peter Craig Russell, 6/30/14, para 10.
[116] Declaration of James McNamara, 6/30/14, para 18.
[117] Declaration of Donald Casturo, 6/27/14, footnote 4; Declaration of Celeste Guth, 6/30/14, para 13; Declaration of Stephen Pierce, 7/2/14, para 14.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Manager Director for Global Third Party Distribution within GSAM stated, "The weight I put on the feedback also varies by individual based on their business and role. For example, commerciality is more important for my wholesalers and technical knowledge is critical for my product developers."[118]

Goldman Sachs' reliance on job-relevant characteristics (e.g., validated competencies) and its use of widely accepted constructs, such as past performance and potential, is consistent with I/O psychology literature and supports the job relatedness of its Manager Quartiling process.

**Goldman Sachs provides training and guidance to managers before they participate in the Manager Quartiling process.** As with the 360 Feedback Review, training improves the understanding of criteria and consistency of ratings (Amalfe & Steiner, 2005; Dominick, 2009). Thus, training is directly related to both the reliability and validity of Manager Quartile assignments. As noted above, the training materials provided to managers describe the purpose of Manager Quartiling, the criteria for evaluation, administrative concerns (e.g., timelines), and provide answers to frequently asked questions.[119] The importance of training for effective performance management and forced distributions applies to Manager Quartiling as well as to the 360 Feedback Review (Dominick, 2009; Grote, 2002; Stewart et al., 2010).

**Goldman Sachs monitors the results of Manager Quartiling.** Recommendations from the literature stress the significance of developing formal monitoring mechanisms for forced ranking programs (Amalfe & Steiner, 2005; Dominick, 2009; Guralnik, Rozmarin, & So, 2005). Although not directly related to reliability and validity, monitoring is important to assess whether the overall strategic objectives of the system are being met, ensure its alignment with other HR systems, and that it is being implemented in a nondiscriminatory manner (Guralnik et al., 2005). Managers are asked to substantiate differences between Manager Quartiling and 360 Feedback Review results[120] which demonstrates the Firm's intent to maintain consistency among its HR processes.

---

[118] Declaration of James McNamara, 6/30/14, footnote 4.

[119] GS0109390-399; GS0109406-410; GS0109424-429; GS0109443-448; GS0375451-457; GS0375318-322; GS0375285-293; GS0375277-284; GS0375658-665; GS0378427-436.

[120] GS0109390-399 at 393; GS0109406-410 at 408; GS0109424-429 at 426; GS0109443-448 at 445; GS0375451-457 at 454; GS0375318-322 at 321; GS0375285-293 at 291; GS0375277-284 at 283; GS0375658-665 at 664.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

4. *The Manager Quartiling Process Contains Guardrails that Promote Accountability and Enhance Reliability and Validity.*

As with its other HR processes, Goldman Sachs established various guardrails in the Manager Quartiling process that promote accountability and enhance reliability and validity, many of which also align with recommendations from I/O psychology literature discussed above. The guardrails and accountabilities are summarized in **Appendix 5D**, but to highlight a few examples:

- The use of multiple managerial perspectives in making Manager Quartiling assignments serves as a guardrail. Managers may rely on the recommendations and feedback from other managers that report to them when making Manager Quartile assignments.[121] Managers also discuss their Manager Quartile assignments with more senior managers and Business Unit Heads to reach consensus and ensure that relevant context (e.g., business, role) is appropriately considered (and sometimes discuss with professionals in Human Capital Management).[122] The involvement of multiple managers in a decision-making process reduces the potential impact of any idiosyncratic perspectives of individual managers and promotes the fair treatment of professionals, because decision makers are likely to discuss and reach consensus about their Manager Quartile assignments (Campion et al., 1997; Stumpf & London, 1981).

- Goldman Sachs has incorporated multiple levels of review of Manager Quartiling results into its process as another guardrail. As explained, precise processes differ by Division and Business Unit, but generally to the extent direct managers are involved, they meet with Business Unit Heads to review and finalize Manager Quartile assignments.[123] As stated above, if a professional's Manager Quartile assignment seems inconsistent with his or her 360 Feedback Review score, managers are asked to justify the difference.[124] Generally, managers must show that the Manager Quartile

[121] Declaration of Susan Benz, 7/3/14, para 19; Declaration of Jean Marie Bohm, 6/5/14, para 13; Declaration of Jacqueline Cassidy, 5/23/18, para 8; Declaration of Nora Creedon, 6/30/14, para 8; Declaration of Samantha Davidson, 7/1/14, para 12; Declaration of Marie Louise Kirk, 7/2/14, footnote 3, p.6; Declaration of John Levene, 6/30/14, para 19; Declaration of Todd Lopez, 7/1/15, para 9; Declaration of James McNamara, 6/30/14, para 18; Declaration of Craig Packer, 7/2/14, para 13; Declaration of Stephen Pierce, 7/2/14, para 14; Declaration of Lora Robertson, 6/26/14, para 9; Declaration of Luke Sarsfield, 5/22/18, para 12.

[122] Deposition of Jessica Kung, 8/1/13, pp.381-382; Deposition of David Landman, 4/3/18, pp.98-99; Deposition of Caroline Heller Sberloti, 7/10/13, pp.85-86.

[123] Deposition of Caroline Heller Sberloti, 7/10/13, p.86.

[124] GS0109390-399 at 393; GS0109406-410 at 408; GS0109424-429 at 426; GS0109443-448 at 445; GS0375451-457 at 454; GS0375318-322 at 321; GS0375285-293 at 291; GS0375277-284 at 283; GS0375658-665 at 664.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

assignments are fair and factually grounded.[125] Additionally, managers or Business Unit Heads may be contacted by Divisional Human Capital Management, Employee Relations, or Legal to explain the reasoning for their recommended Manager Quartile assignments.[126] Thus, oversight exists and managers are held accountable for their Manager Quartile assignments.[127]

- Managers responsible for assigning Manager Quartiles are also provided with relevant training and guidance.[128] Training materials describe the purpose of Manager Quartiling, the criteria for evaluation, and administrative concerns (e.g., timelines).[129] These materials also contain answers to frequently asked questions for managers to use as they prepare for Manager Quartiling.[130]

- Beginning in 2015, managers received increased guidance regarding "Additional Factors to Consider," which instructs managers to be cognizant of the factors that may influence their perceptions of performance in order to mitigate the potential of bias.[131] For example, managers are instructed to evaluate employees based on specific examples and first-hand experiences when available, to ensure they are able to substantiate any discrepancies between the 360 Feedback Review and Manager Quartile assignment, to recognize that performance and contribution must be evaluated in the context of region and office, and to seek additional information when they do not have the necessary facts to make a fair, objective, and balanced assessment of

---

[125] GS0109390-399 at 393; GS0109406-410 at 408; GS0109424-429 at 426; GS0109443-448 at 445; GS0375451-457 at 454; GS0375318-322 at 321; GS0375285-293 at 291; GS0375277-284 at 283; GS0375658-665 at 664.

[126] GS0109390-399 at 393; GS0109406-410 at 408; GS0109424-429 at 426; GS0109443-448 at 445; GS0375451-457 at 454; GS0375318-322 at 321; GS0375285-293 at 291; GS0375277-284 at 283; GS0375658-665 at 664.

[127] Declaration of Jacqueline Cassidy, 5/23/18, para 8; Declaration of Samantha Davidson, 7/1/14, para 12; GS0109353-365 at 362; GS0109390-399 at 393-394; GS0109443-448 at 445-446; GS0113935-939 at 937-938; GS0113942-947 at 944-945; GS0375277-284 at 283; GS0375285-293 at 291; GS0375318-322 at 321-322; GS0375451-457 at 454-455; GS0375658-665 at 664-665.

[128] GS0109353-365; GS0109390-399; GS0109406-410; GS0109402-403; GS0109421-422; GS0109424-429; GS0109443-448; GS0113935-939; GS0113942-947; GS0122587-588; GS0122593-598; GS0375451-457; GS0375318-322; GS0375285-293; GS0375277-284; GS0375285-293; GS0375318-322; GS0375658-665; GS0378427-436; GS0380246-247; GS0413359-360; GS0426037-043; GS0437992-993; GS0445646-648; GS0153032-033; Deposition of Caroline Heller Sberloti, 7/10/13, p.89.

[129] GS0109390-399 at 391; GS0109406-410 at 407; GS0109424-429 at 425; GS0109443-448 at 444; GS0375451-457 at 452; GS0375318-322 at 319; GS0375285-293 at 286-288; GS0375277-284 at 278-279; GS0375658-665 at 659-660; GS0378427-436 at 428-429.

[130] GS0109390-399 at 393-397; GS0109406-410 at 408-409; GS0109424-429 at 426-428; GS0109443-448 at 445-447; GS0375451-457 at 454-456; GS0375318-322 at 320-322; GS0375285-293 at 290-293; GS0375277-284 at 282-284; GS0375658-665 at 663-665; GS0378427-436 at 431; GS0228943-944.

[131] GS0375277-284 at 280; GS0375285-293 at 287.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

performance. Further, the recommendations emphasize that managers should be attuned to cultural differences and affinities that may impact the perception of employee capabilities.[132]

- Human Capital Management partners were (and remain) available to answer questions about training and Manager Quartiling more generally.[133] These trainings and guidance help hold managers accountable for Manager Quartile assignments and increase the reliability and validity of the process.
- Throughout the relevant period, disseminated policies such as the EEO and Affirmative Action Policy, which explicitly promulgate equal employment opportunity and forbid discrimination based on any category prohibited by law,[134] as well as diversity training[135] have acted as guardrails.

5. *Empirical Evidence Demonstrates that the Manager Quartiling Process is Reliable, Valid, and Job Related.*

In addition to Consensus Study 4, I also conducted a direct, empirical evaluation of the reliability and validity of the Manager Quartiling process. Once again, in my experience this type of operational research is rarely feasible. Specifically, I examined (1) the relationship of Manager Quartile assignments at Time 1 and Time 2 (intra-rater temporal consistency), (2) the relationship between contemporaneous Manager Quartile assignments and 360 Feedback Review ratings (convergent validity related to two measures of performance), and (3) the relationship between Manager Quartiling assignments and 360 Feedback Review ratings and contemporaneous Division-specific performance metrics (validity).

**Statistical Study 3:** *Examination of the Intra-Rater Temporal Consistency of Manager Quartile Assignments.*

Analogous to Statistical Study 2, the temporal consistency of Manager Quartile assignments was evaluated in Statistical Study 3 by correlating the Manager Quartile assignment of a reviewee in one year with the Manager Quartile assignment in the following year. As explained in Statistical Study 2, temporal consistency is an approach to evaluating reliability, and perfect temporal consistency is not expected because performance is dynamic and may change

[132] GS0375277-284 at 280; GS0375285-293 at 287.
[133] GS0375658-665; Deposition of Jessica Kung, 8/1/13, p.367.
[134] GS0247595; GS0119559.
[135] GS0122537-558 at 541; GS0113331-344 at 334, 336; GS0399865-932 at 892; GS0119848.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

from year to year. The results of this analysis appear in **Table 5.5**.

As with the previous analyses, all correlations were statistically significant and in a positive direction and consistent with reliability. Once again, the magnitude of these results comports with what is typically observed in the I/O psychology literature. As noted earlier, Sturman et al. (2005), found an average estimate of temporal consistency over a one-year period for subjective ratings of jobs with high complexity (roles in the corporate titles of Associate and Vice President at Goldman Sachs are considered to be highly complex) of .59. Using this as a benchmark, the results of Statistical Study 3 provide strong evidence of temporal consistency in Manager Quartile assignments. A detailed explanation of the dataset and analyses is provided in **Appendix 5E**.

**Table 5.5 Temporal Consistency (Spearman Correlations) of Manager Quartile Assignment**

| Year Pairing | IBD | | IMD | | Securities | |
|---|---|---|---|---|---|---|
| | Associate | Vice President | Associate | Vice President | Associate | Vice President |
| 2003-2004 | | | | | .67 | .67 |
| 2005-2006 | .55 | .63 | | | | |
| 2006-2007 | | | | | .58 | .63 |
| 2007-2008 | .56 | .53 | .52 | .62 | .52 | .57 |
| 2008-2009 | .41 | .35 | .37 | .58 | .47 | .60 |
| 2009-2010 | .58 | .54 | .53 | .63 | .60 | .66 |
| 2010-2011 | .70 | .57 | .61 | .65 | | |
| 2011-2012 | .72 | .66 | | | .62 | .70 |
| 2012-2013 | .69 | .64 | .68 | .73 | .62 | .76 |
| 2013-2014 | .51 | .67 | .57 | .76 | .56 | .71 |
| 2015-2016 | .58 | .65 | .38 | .71 | .63 | .70 |
| 2016-2017 | .63 | .69 | .68 | .77 | .65 | .73 |
| 2017-2018 | .58 | .65 | .62 | .75 | .57 | .68 |
| **Average** | **.59** | **.60** | **.55** | **.69** | **.59** | **.67** |

Note: 1) Blank cells indicate insufficient data. 2) All individual correlations in this table are statistically significant ($p < .01$).


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Statistical Study 4:** *Examination of the Correlation Between 360 Feedback Review Ratings and Manager Quartile Assignments.*

Statistical Studies 1 through 3 provide support for the reliability of the 360 Feedback Review ratings and Manager Quartile assignments. Statistical Study 4 evaluated both the reliability and validity of the 360 Feedback Review and the Manager Quartile assignments. Specifically, analyses for Statistical Study 4 correlate 360 Feedback Review scores with Manager Quartile assignments to examine the extent to which they are related. The concept of convergent evidence can be applied logically to the relationship between the 360 Feedback Review score and the Manager Quartile assignment. According to the *SIOP Principles* (2018), convergent evidence is "Evidence based on the relationship between test scores and other measures of the same or related construct" (p.47). Although the 360 Feedback Review score was an input into the Manager Quartile assignment, both procedures were intended to capture how well an individual was performing (i.e., they were both measures of job performance). Since both are measures of performance, it is reasonable to expect that they would be correlated. A statistically significant correlation in the positive direction would provide evidence of convergent[136] or construct validity for both the 360 Feedback Review and the Manager Quartile assignments.

**Table 5.6** provides the Spearman correlations between the 360 Feedback Review overall score and Manager Quartile assignment for each combination of Division, Corporate Title, and Year when sample sizes permitted.[137]

[136] A common indicator of validity is the extent to which a measure relates to other measures of the same (or similar) underlying construct or object. This concept is referred to as convergent validity (Campbell & Fiske, 1959; Watson, 2012).

[137] Because a lower Manager Quartile assignment indicates higher performance, Manager Quartile assignment was reverse coded for statistical analyses so that it could be interpreted in the same manner as the 360 Feedback Review (i.e., higher Manager Quartile assignment reflects higher performance).



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Table 5.6. Spearman Correlation Between 360 Feedback Review Overall Score and Manager Quartile Assignment**

| Year | IBD | | IMD | | Securities | |
|---|---|---|---|---|---|---|
| | Associate | Vice President | Associate | Vice President | Associate | Vice President |
| 2003 | | | | | .77 | .69 |
| 2004 | | | | | .67 | .74 |
| 2005 | .86 | .72 | | | | |
| 2006 | .79 | .65 | | | .62 | .71 |
| 2007 | .73 | .66 | .42 | .47 | .68 | .70 |
| 2008 | .64 | .60 | .50 | .45 | .60 | .66 |
| 2009 | .70 | .64 | .52 | .50 | .57 | .66 |
| 2010 | .62 | .63 | .48 | .54 | .56 | .56 |
| 2011 | .73 | .57 | .49 | .57 | .60 | .61 |
| 2012 | .74 | .66 | .51 | .52 | .52 | .59 |
| 2013 | .72 | .63 | .54 | .59 | .59 | .62 |
| 2014 | .70 | .64 | .63 | .66 | .60 | .65 |
| 2015 | .72 | .69 | .59 | .65 | .54 | .63 |
| **Average** | **.72** | **.64** | **.52** | **.55** | **.61** | **.65** |

Note: 1) Blank cells indicate insufficient data. 2) All individual correlations in this table are statistically significant ($p < .01$).

As shown in Table 5.6, average correlations for Associates ranged from .42 to .86 and average correlations for Vice Presidents ranged from .45 to .74. Once again, the I/O psychology literature offers useful comparators. The results from this study are comparable to, or higher than, typical empirical findings (Goffin, Gellatly, Paunonen, Jackson, and Meyer, 1996; Goffin Jelley, Powell, and Johnson, 2009; King, Hunter, and Schmidt, 1980) that reported correlations that ranged from .34 to .64 between absolute (e.g., 360 Feedback Review) and relative (e.g., Manager Quartile) performance evaluations.[138] The results from this study unequivocally support both the reliability and validity of these performance measures. More specifically, despite the use of

[138] Specifically, Goffin, Gellatly, Paunonen, Jackson, and Meyer (1996) reported a correlation of .34 between a behavioral observation scale (absolute) and relative percentile method (relative). Goffin, Jelley, Powell, and Johnson (2009) reported a correlation of .64 between a non-comparative composite rating (absolute) and a social-comparative global rating (relative). And King, Hunter, and Schmidt (1980) reported a correlation of .49 between peer ratings (absolute) and commander rankings (relative) and .30 between supervisory ratings (absolute) and commander rankings (relative).

different methods that might attenuate the observed relationship or correlation, there is clear, strong evidence of convergent validity between the 360 Feedback Review overall scores and the Manager Quartile assignments. Further, these results demonstrate that the 360 Feedback Review overall scores and the Manager Quartile assignments are reliable in and of themselves since the correlation between the two measures is bound by the reliability of each measure individually. In other words, correlations of this magnitude literally could not be present if either performance measure were fatally unreliable. A more detailed explanation of Statistical Study 4 and the results is contained in **Appendix 5F**.

**Statistical Study 5:** *Examination of Relationships of 360 Feedback Review Ratings and Manager Quartile Assignments with Division-Specific Objective Metrics.*

Statistical Study 5 evaluated whether 360 Feedback Review ratings and Manager Quartile assignments relate to available Division-specific objective metrics. The 360 Feedback Review ratings and Manager Quartile assignments both represent managerial judgments of performance, and Division-specific objective metrics provide an alternative quantifiable measure of performance in the form of productivity. Since all these metrics are intended to capture performance, there is a theoretical basis for the expectation that they would correlate at statistically significant levels in the positive direction which would support the validity of the 360 Feedback Review ratings and Manager Quartile assignments. Thus, the quality of the managerial judgments regarding performance is supported to the extent that there are significant and meaningful relationships with other indicators of performance.[139]

I requested productivity metrics data and was provided with available data related to the following Division-specific objective metrics:

- **Daily IBD Production** is based on the total revenue from all projects on which the professional worked.[140] Importantly, revenue from a given project is allocated evenly to all bankers who worked on the project; in other words, for each professional who worked on the project, "production" includes the total revenue from that project. The production of every individual who works on a project includes the total revenue from that project. Thus, everyone assigned to a project

[139] As noted earlier, objective metrics can provide useful performance information but can also be limited in certain ways, including consistency of measurement and failure to account for all aspects of performance. I expect this situation to be no different. It is reasonable to assess whether reliable managerial judgments of overall performance correlate with objective metrics and also to expect that the correlations will not be perfect.

[140] From 2003–2011, this was calculated based on project-level revenue data. From 2012–2018, the "Accrued [Revenue] Inc Mark" field recorded in the Banker Profile Summaries is used. This production measure is available for both Junior Bankers and Senior Bankers prior to 2012 and is only available for Senior Bankers from 2012–2018.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

receives equal credit for revenue.[141]

- **IMD GSAM Composite** is an "investment composite score" which is a measure of performance for professionals in the portfolio management business.[142] The composite score combines information from two intermediate metrics: the "alpha and risk" score, which reflects portfolio returns and risk management, and the "investment culture" score, which reflects contributions to the overall "quality of investment services" provided to clients.[143] Because the investment culture score is a managerial evaluation, the GSAM Composite is not purely an objective measure.

- **Securities Production** corresponds to P&L for traders and sales credits for salespeople.[144] Securities Division guidelines indicate that production a key measure of employee performance.[145]

Importantly, because the work varies significantly by (and within) Division, the ability to quantify productivity also differs and it is evident that the importance of these metrics is widely divergent.

To evaluate the relationships between 360 Feedback Review scores or Manager Quartile assignments and the Division-specific production metrics, Spearman correlations were calculated. Moreover, although there is no absolute standard for interpreting the magnitude of the correlations between managerial judgments and objective metrics, an examination of the empirical literature provides a benchmark against which to compare the results of my statistical studies. Empirical research has examined the correlation between measures of managerial judgment (i.e., supervisor ratings of performance) and objective performance metrics (e.g., dollar value of sales). Meta-analytic[146] research on the relationship between supervisory ratings and objective performance measures has found low to modest correlations. In a meta-analysis of 23 independent studies, Heneman (1986) reported a correlation of approximately .27. In a subsequent meta-analysis,

---

[141] Data for Daily IBD client rep production (IBD REP) were also provided and considered for analysis. Upon examination, small sample sizes resulted in insufficient statistical power to analyze and, as such, this production outcome is not included in the current report.

[142] GS0113911-923 at 918.

[143] Goldman Sachs – IMD Production Data__SENSITIVE_CONFIDENTIAL_DATA.xlsx, Tab "2014_ICE" ("Alpha and Risk scores reflect both historical contribution to risk-adjusted excess returns, as well as managers' evaluation of impact on research (future alpha), and investment risk management (100% = best, 0% = worst). Investment Culture includes managers' evaluation of broader contributions to the quality of investment services we provide our clients, including accuracy in execution, efficient use of team resources, clients support, effective management of operational risk and compliance (100% = best, 0% = worst). Investment Composite Score Percentile Rank incorporates Alpha and Risk, and Investment Culture. Scores are weighted to reflect Business Unit priorities: the relative importance of a characteristic change across functions, over time and across different Business Units. Scores are percentile ranked within the relevant Business Unit (100% = best, 0% = worst).")

[144] Deposition of Caroline Hellber Sberloti, 7/10/13, p.78.

[145] GS0113896-910 at 898.

[146] Meta-analysis is the quantitative combination of information from multiple empirical studies to produce an estimate of the typical magnitude of the relationship among variables (Rothstein, 2003).

Bommer, Johnson, Rich, Podsakoff, and MacKenzie (1995) found a correlation of .39 across 50 independent studies. Similarly, a targeted examination of studies conducted in the banking and insurance industries found correlations between supervisor ratings and more objective–metrics ranging from a low of .07 to a high of .48 (Arneson, Millikin-Davies, & Hogan, 1993; Blau, 1993; Hogan, 1987; MacKenzie, Podsakoff, & Fetter, 1991; Vecchio & Gobdel, 1984) with an average correlation across all studies of .26, as presented in **Table 5.7**. Results of my statistical studies correspond with or exceed these benchmarks and are presented separately by Division below.

**Table 5.7. Correlations Between Supervisory Performance Ratings and Objective Performance Measures Reported in the Empirical Literature**

| Study | Correlational Magnitude(s) |
|---|---|
| Arneson, Millikin-Davies, and Hogan (1993) | .07 |
| Blau (1993) | .17 and .22 |
| Bommer, Johnson, Rich, Podsakoff, and MacKenzie (1995) | .39 |
| Heneman (1986) | .27 |
| Hogan (1987) | .16 |
| MacKenzie, Podsakoff, and Fetter (1991) | .48 |
| Vecchio and Gobdel (1984) | .28 and .33 |
| **Average** | **.26** |

*IBD Statistical Study 5 Results*

**Table 5.8** presents the Spearman correlations of the 360 Feedback Review overall score and the Manager Quartile assignment with the Daily IBD Production metric for each combination of Corporate Title and Year when sample size permitted. For Associates in IBD, the correlations between the Daily IBD Production metric and the 360 Feedback Review overall score ranged from .08 to .21 with an average of .14. The majority of correlations were statistically significant and all were in a positive direction. For Vice Presidents in IBD, the correlations between the Daily IBD Production metric and the 360 Feedback Review overall score ranged from .10 to .43 with an average of .25. Once again, the majority of correlations were statistically significant and all were in a positive direction for the corporate titles of Associate and Vice President.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

A similar pattern of results was observed between the Daily IBD Production metric and the Manager Quartile assignments. Specifically, correlations for Associates in IBD ranged from .03 to .26 with an average of .14. For Vice Presidents in IBD, correlations ranged from .07 to .27 with an average of .18. Once again, the majority of correlations were statistically significant and all were in a positive direction.

The correlations between objective IBD metrics and the 360 Feedback Review overall ratings and Manager Quartile assignments fall within the range of findings reported in the empirical literature and thus support the reliability and validity of Goldman Sachs' performance assessment processes.

**Table 5.8 Spearman Correlations for 360 Feedback Review Overall Score and Manager Quartile Assignments with IBD Objective Metric**

| | 360 Feedback Review Overall Score | | | | Manager Quartile Assignment | | | |
|---|---|---|---|---|---|---|---|---|
| | Associate | | Vice President | | Associate | | Vice President | |
| Year | N | Spearman Correlation | N | Spearman Correlation | N | Spearman Correlation | N | Spearman Correlation |
| 2005 | | | | | 110† | .26** | 123 | .18* |
| 2006 | 179 | .09 | 223 | .43** | 179 | .07 | 223 | .25** |
| 2007 | 254 | .09 | 246 | .29** | 221 | .16* | 245 | .17** |
| 2008 | 193 | .08 | 191 | .13 | 195 | .09 | 230 | .21** |
| 2009 | 202 | .17** | 185 | .11 | 201 | .03 | 185 | .10 |
| 2010 | 189 | .21** | 207 | .10 | 189 | .18* | 207 | .07 |
| 2011 | 220 | .21** | 237 | .20** | 220 | .17** | 237 | .17* |
| 2012 | | | 160 | .36** | | | 160 | .22** |
| 2013 | | | 156 | .36** | | | 156 | .25** |
| 2014 | | | 159 | .26** | | | 160 | .13 |
| 2015 | | | 179 | .29** | | | 179 | .21** |
| 2016 | | | | | | | 151 | .27** |
| 2017 | | | | | | | 179 | .21** |
| 2018 | | | | | | | 150 | .14 |
| **Average** | | **.14** | | **.25** | | **.14** | | **.18** |

Note: 1) Blank cells indicate insufficient data. 2) Cells denoted by a † indicate that the corresponding Spearman correlation coefficients were included even though the sample size was smaller than the 120 threshold, which was derived using a power analysis ($\alpha = .05$, $\beta = .80$, estimated correlation = .25, two-tailed test) as described more fully in Appendix 5G. 3) Cells denoted by a * indicate a correlation is statistically significant at $p < .05$, and ** indicates a correlation is statistically significant at $p < .01$.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

*IMD Statistical Study 5 Results*

**Table 5.9** presents the Spearman correlations of the 360 Feedback Review overall score and the Manager Quartile assignment with the IMD Goldman Sachs Asset Management (GSAM) Composite metric. Since this metric is only available for Vice Presidents, the correlations are presented for Vice Presidents in each year permitted by sample size. The correlations between the GSAM Composite metric and the 360 Feedback Review overall score ranged from .29 to .47 with an average of .36. All results were statistically significant and in a positive direction. The relationships between the GSAM Composite metric and the Manager Quartile assignment yielded a similar pattern of results with correlations that ranged from .28 to .54 with an average of .39. Similarly, all results were statistically significant and in a positive direction. These results compare favorably to the benchmark empirical studies with correlations that are larger in magnitude than the average correlation in benchmark empirical studies. This is strong evidence supporting the reliability and validity of the 360 Feedback Review and Manager Quartiling.

**Table 5.9 Spearman Correlations for 360 Feedback Review Overall Score and Manager Quartile Assignments with IMD Objective Metric**

| Year | 360 Feedback Review Overall Score | | Manager Quartile Assignment | |
|---|---|---|---|---|
| | Vice President | | Vice President | |
| | N | Spearman Correlation | N | Spearman Correlation |
| 2010 | 125 | .29** | 125 | .54** |
| 2011 | 109† | .31** | 109† | .48** |
| 2012 | 110† | .30** | 110† | .44** |
| 2013 | 124 | .35** | 124 | .43** |
| 2014 | 144 | .41** | 144 | .32** |
| 2015 | 163 | .47** | 163 | .38** |
| 2016 | | | 159 | .28** |
| 2017 | | | 180 | .31** |
| 2018 | | | 174 | .29** |
| **Average** | | **.36** | | **.39** |

Note: 1) Blank cells indicate insufficient data. 2) Cells denoted by a † indicate that the corresponding Spearman correlation coefficients were included even though the sample size was smaller than the 120 threshold. 3)


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Cells denoted by a * indicate a correlation is statistically significant at p < .05, and ** indicates a correlation is statistically significant at p < .01.

*Securities Statistical Study 5 Results*

**Table 5.10** presents the Spearman correlations of the 360 Feedback Review overall score and the Manager Quartile assignment with the Daily Securities Production metric for each combination of Corporate Title and Year when sample size permitted. For Associates in Securities, the correlations between the Daily Securities Production metric and the 360 Feedback Review overall score ranged from .23 to .52 with an average of .38. All results were statistically significant and in a positive direction. For Vice Presidents in Securities, the correlations between the Daily Securities Production metric and the 360 Feedback Review overall score ranged from .31 to .51 with an average of .42. Once again, all results were statistically significant and in a positive direction.

The relationships between the Daily Securities Production metric and Manager Quartile assignment exhibit a similar pattern of results. Specifically, correlations for Associates in Securities ranged from .13 to .51 with an average of .32. All but one correlation was statistically significant and all were in a positive direction. For Vice Presidents in Securities, correlations ranged from .38 to .50 with an average of .44. All correlations were statistically significant and in a positive direction. Here, too, these results compare favorably to the benchmark empirical studies with correlations that are larger in magnitude than the average correlation in benchmark empirical studies, supporting the reliability and validity of the 360 Feedback Review and Manager Quartiling.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| 5.10 Spearman Correlations for 360 Feedback Review Overall Score and Manager Quartile Assignments with Securities Objective Metric | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Year | 360 Feedback Review Overall Score | | | | Manager Quartile Assignment | | | |
| | Associate | | Vice President | | Associate | | Vice President | |
| | N | Spearman Correlation | N | Spearman Correlation | N | Spearman Correlation | N | Spearman Correlation |
| 2005 | 158 | .41** | 345 | .31** | | | | |
| 2006 | 175 | .23** | 484 | .39** | 175 | .27** | 484 | .42** |
| 2007 | 192 | .38** | 516 | .40** | 191 | .42** | 512 | .46** |
| 2008 | 191 | .29** | 513 | .34** | 174 | .27** | 513 | .45** |
| 2009 | 188 | .35** | 459 | .38** | 188 | .21** | 461 | .40** |
| 2010 | 154 | .37** | 462 | .42** | 154 | .33** | 462 | .41** |
| 2011 | 148 | .45** | 440 | .44** | 148 | .42** | 440 | .48** |
| 2012 | 143 | .44** | 414 | .51** | 143 | .24** | 414 | .46** |
| 2013 | 129 | .37** | 411 | .49** | 129 | .34** | 411 | .48** |
| 2014 | 122 | .52** | 412 | .49** | 122 | .42** | 412 | .44** |
| 2015 | 163 | .39** | 558 | .44** | 162 | .31** | 558 | .41** |
| 2016 | | | | | 137 | .13 | 332 | .38** |
| 2017 | | | | | 102† | .31** | 226 | .50** |
| 2018 | | | | | 95† | .51** | 215 | .48** |
| **Average** | | **.38** | | **.42** | | **.32** | | **.44** |

Note: 1) Blank cells indicate insufficient data. 2) Cells denoted by a † indicate that the corresponding Spearman correlation coefficients were included even though the sample size was smaller than the 120 threshold. 3) Cells denoted by a * indicate a correlation is statistically significant at $p < .05$, and ** indicates a correlation is statistically significant at $p < .01$.

For all three Divisions, statistically significant correlations were observed in a positive direction between the 360 Feedback Review overall ratings and Division-specific performance metrics and between the Manager Quartile assignments and Division-specific performance metrics. Relationship magnitudes were similar to, or exceeded, comparators from the literature. These results provide strong evidence of reliability, validity, and job relatedness for the 360 Feedback Review overall scores and the Manager Quartile assignments for Associates and Vice Presidents in relation to Division-specific performance metrics. A more detailed explanation of this study and the results is presented in **Appendix 5G**.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

### D. Chapter 5 Summary

In summary, the academic literature and my research supports the reliability, validity, and job relatedness of Manager Quartiling in design and in application. Empirical evaluation of the reliability of Manager Quartiling provides evidence that (1) Manager Quartile assignments of the same reviewee were consistent over time, (2) Manager Quartile assignments correlate in a positive direction with other managerial judgments of performance (i.e., 360 Feedback Review), and (3) Manager Quartile assignments (and 360 Feedback Review overall scores) correlate in a positive direction with objective performance metrics for all three Divisions.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# Chapter 6: Summary and Evaluation of Goldman Sachs' Cross-Ruffing Process from Vice President to Extended Managing Director

**OPINION 4: Goldman Sachs' Cross-Ruffing Process is Reliable, Valid, and Job Related.**

I reach this opinion based on (i) validation studies conducted by PDI and APTMetrics, which provide the foundation for the Cross-Ruffing process, (ii) independent linkage research that I conducted supporting Cross-Ruffing content (i.e., Consensus Study 5 comparing the Cross-Ruffing interview criteria to the validated competency model), (iii) my assessment of the alignment between Goldman Sachs' Cross-Ruffing practices and recommendations from the I/O psychology literature related to reliability and validity, (iv) guardrails related to the Cross-Ruffing process that promote accountability and enhance reliability and validity, and (v) empirical evidence supporting reliability and validity (i.e., Statistical Study 6 examining the relationships of 360 Feedback Review ratings and Manager Quartile assignments with promotion to Extended Managing Director). I discuss each of these in turn in this chapter after providing an overview of Goldman Sachs' Cross-Ruffing process.

## A. Overview of Goldman Sachs' Cross-Ruffing Process

Promotions from Vice President to Extended Managing Director involve a process called "Cross-Ruffing" that capitalizes on the perspectives of many senior managers to provide a comprehensive evaluation of candidates.[147] Teams of Managing Directors and Partners serve as interviewers (i.e., Cross-Ruffers) who conduct structured interviews of senior professionals regarding the historical performance and future career potential of promotional candidates. **Appendix 6A** provides a summary of the various steps involved in this process and **Figure 6.1** illustrates the Cross-Ruffer role in the Cross-Ruffing process. A similar approach is commonly used in other professional services firms (Broderick, 2010; McGinn & Milkman, 2013).

[147] In 2013, Goldman Sachs decided to move to a biennial Cross-Ruffing process. "Biennial process will allow us to invest more in the Managing Director selection process so that it will continue to be a disciplined and rigorous exercise. This will help us to ensure that the managing director title remains as aspirational as it should be for our top performers" GS0951589-022 at 589.002.

**Figure 6.1 Overview of the Cross-Ruffer Role in the Cross-Ruffing Process**




Promotions to Extended Managing Director are high-stakes decisions that necessitate the consideration of many factors, including many that depend on the role of the candidate. Examples of role-dependent factors are considering commercial contributions in the context of local markets[148] and whether professionals are internal producers or external producers.[149] Considering role-dependent factors inherently requires senior manager judgments that are informed by in-depth assessments of each candidate on job-related competencies along with an understanding of the relevant organizational context. Given such diversified role and contextual specifics, promotional decisions cannot be expected to conform to a narrowly constrained process that assumes one-size-fits-all, and, indeed, Cross-Ruffing is not such a process.

Additionally, Cross-Ruffing has incorporated input from thousands of Goldman Sachs professionals over the relevant period. From 2004 to 2018 1,342 Vice Presidents were Cross-

[148] GS0109235-255 at 244.
[149] GS0109273-298 at 288; GS0109299-328 at 312.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Ruffed 1,754 times[150] which means that thousands of senior level Cross-Ruffers and interviewees have participated in Cross-Ruffing. Correspondingly, thousands of judgments have been made. Considering that there are generally 10 to 12 interviewees per candidate who possess varying types of information about the candidates (with different work roles/worker characteristics/performance indicators), the use of an overly rigid procedural framework would be infeasible.

### B. Basis for My Opinion that the Goldman Sachs' Cross-Ruffing Process is Reliable, Valid, and Job Related.

#### 1. *The APTMetrics Study Validated the Competencies that Provide the Foundation for the Cross-Ruffing Process Using Content-Oriented Validation.*[151]

As stated in Chapter 4, it is my opinion that the validation studies conducted by PDI and APTMetrics form the foundation of job relatedness for the 360 Feedback Review, Manager Quartiling, and Cross-Ruffing processes. I explain the basis for that opinion as it relates to Cross-Ruffing in this section. As shown below, APTMetrics' validated competency model served as the basis for the interview questions and promotional criteria used in Cross-Ruffing. In fact, core questions for the Cross-Ruffing interviews are generally based on criteria directly drawn from Managing Director 360 Feedback Review Forms.[152] Therefore, the interview questions and criteria directly reflect competencies that are important to the Extended Managing Director roles (i.e., they are job related). To evaluate this overlap more formally, I convened a panel of I/O psychologists to independently evaluate the linkage between promotional criteria and Extended Managing Director competencies.

**Consensus Study 5**: *Comparison of Cross-Ruffing Interview Criteria to the Validated Competency Model.*

Consensus Study 5 was conducted under my direction following the same protocol as Consensus Study 1 and using the same panel of five I/O psychologists. A consensus meeting was not necessary because no ratings were widely divergent. Complete details and results of Consensus Study 5 are presented in **Appendix 6B,** but **Table 6.1** illustrates how the Cross-Ruffing interview criteria correspond to the Goldman Sachs validated competency model. Specifically, 9 of 10 (90.0%) Cross-Ruffing selection criteria are considered to be "Related" or "Strongly Related" to

[150] The majority (N = 978) of professionals were Cross-Ruffed once, 319 were Cross-Ruffed twice, 42 were Cross-Ruffed three times, and 3 were Cross-Ruffed four times.
[151] The 2003 PDI validation did not include Extended Managing Directors.
[152] GS0003547-569.

an Extended Manager Director competency, indicating a high degree of consistency between the competencies necessary for successful performance and the competencies used to make promotional decisions (i.e., indicating validity).

**Table 6.1. Comparison Between Validated Competencies for Extended Managing Director Roles and Cross-Ruffing Interview Criteria**

| Validated Competencies for Extended Managing Director (2011)* | Cross-Ruffing Selection Criteria** | Extent of Overlap |
|---|---|---|
| **Commercial Effectiveness** | | |
| • Commercial Effectiveness | • Commercial Contributions | **Strongly Related** |
| • Client Focus (External/Business Partners) | • Client Focus | **Strongly Related** |
| • No comparable competency | • Functional and Technical Skills | **Not Applicable** |
| • Reputational Judgment and Compliance | • Judgment | **Related** |
| • Risk Management | • Risk Management and Firm Reputation | **Related** |
| **Management, Leadership, and Culture** | | |
| • Communication Effectiveness | • Communication | **Related** |
| • Culture and Values | • Culture Carrier | **Strongly Related** |
| • Diversity and Inclusion | • Diverse and Inclusive Environment | **Strongly Related** |
| • Leadership and People Management | • Leadership | **Strongly Related** |
| • Leadership and People Management | • Management | **Strongly Related** |

* GS1043555-752 and ** GS0375264-276.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

2. *The Cross-Ruffing Process Aligns with Recommendations from I/O Psychology Literature Related to Reliability and Validity.*

Examples of how the Cross-Ruffing process is job related and aligned with recommended practices from the literature are presented below, and **Appendix 6C** contains a more comprehensive summary. The following characteristics of the Cross-Ruffing process also support reliability and/or the content validity by ensuring that the criteria assessed competencies needed for the Extended Managing Director roles into which Vice Presidents are promoted. This includes not only the knowledge and skill requirements but also considerations about work context and complexity.

**Cross-Ruffing is tailored to Extended Managing Director roles and organizational context**. I/O psychologists recognize that promotional processes must be tailored to the job itself and the organizational context in which the job is performed, and more complex jobs demand more intricate assessment criteria (Glueck, 1974; Guion, 1998). Promotion processes for managers thus should differ from, and be more complex than, those for non-managers (Glueck, 1974), and Cross-Ruffing comports with this recommended practice. Specifically, unlike Goldman Sachs' approach to promoting Associates to the Vice President corporate title, which occurs essentially in non-competitive lockstep (assuming satisfactory performance) based on tenure,[153] Goldman Sachs' promotional process to Extended Managing Director is highly complex, mirroring the complexity and importance of Extended Managing Director roles. The thorough and structured interview procedure allows for the evaluation of a broad range of characteristics that are associated with the increasingly complex work of professionals holding the corporate title Extended Manager Director. Cross-Ruffing supplements the decision making process with in-depth feedback from multiple individuals who have had extensive interaction with the candidate which allows for a triangulation of information and viewpoints.[154]

**Cross-Ruffing is based on job-related content.** Assessment content should be based on job-relevant factors to enhance validity; for example, promotional criteria should align with the activities required for the target position (Erker, Cosentino, & Tamanini, 2010; Guion, 1998; Maier & Verser, 1982). Similarly, assessment methods used during a promotional process (e.g., interview) should be job relevant and based on the worker characteristics demanded by the role (Dipboye et al., 2004; Gatewood & Feild, 2001; Heneman et al., 2015; Rosse & Levin, 1997; *SIOP*

[153] Deposition of Gargi Banerjee, 3/4/14, p.274; Deposition of Bruce Larson, 6/12/13, p.295.
[154] Interview of David Landman, 8/10/20.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

*Principles*, 2018; *Uniform Guidelines*, Section 14C, 1978). Job analysis research, the systematic evaluation of a job's behaviors and worker characteristics, is an effective mechanism to ensure this relevance (Dipboye, Wooten, & Halverson, 2004; Heneman, et al., 2015). Moreover, job-analytic methods often create the foundation for the validity of assessment strategies (Arvey & Sackett, 1993; Campion et al., 1997). Extended Managing Director candidates are evaluated against criteria in Goldman Sachs' validated competency model,[155] as shown in **Appendix 6D**. Goldman Sachs' efforts to base its Cross-Ruffing process on job relevant content (e.g., its validated competency model) demonstrate alignment with this recommended practice. By connecting its Cross-Ruffing process to important competencies identified by systematic job-analytic research, Goldman Sachs has enhanced the content validity of the process.

**Cross-Ruffing leverages subject matter experts to make decisions**. Research supports the notion that HR decisions, such as promotions, should be informed by the opinions of those who can assess the individual's capability for the role in question. Individuals in more senior levels of management are often the most appropriate resource for this purpose (Gatewood & Feild, 2001; Guion, 1998; Heneman et al., 2015; London, 1978; Scanlan, 1973; Stumpf & London, 1981). Conceptually, senior professionals at Goldman Sachs with extensive knowledge of Extended Managing Director roles and the organizational context in which they are performed would make more reliable and accurate assessments of candidates. Cross-Ruffing comports with this recommended practice. Senior managers (e.g., Extended Managing Directors and Partners) in the relevant Division serve as Cross-Ruffers; they obtain information through structured interviews about promotional candidates from other senior managers. These interviewees are not only familiar with the candidates and their abilities, but they also understand the demands of the high-level Extended Managing Director leadership roles. Additionally, Division Heads who have clear insight into their business needs are involved to achieve consensus regarding whom to promote.[156]

**Cross-Ruffing incorporates multiple interviewees' perspectives regarding each candidate, which enhances reliability and validity.** The research literature unambiguously indicates that the use of multiple assessors (in this instance I consider interviewees to be assessors since they are evaluating the candidate) produces more reliable and valid ratings (Campion, Pursell, & Brown, 1988; Huffcutt & Woehr, 1999; Stumpf & London, 1981). As previously indicated, Cross-Ruffers interview 10-12 interviewees about a single candidate. Using more than

---

[155] GS1043555-752.
[156] Deposition of Caroline Heller Sberloti, 7/10/13, p.230.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

one assessor, in this case the interviewees, is an empirically demonstrated way to offset individual rater biases, errors of observation, and unreliability of individual ratings (Campion et al., 1988).

**Cross-Ruffing includes an evaluation of past performance**. It is no surprise that research supports the concept that past job performance is an important consideration for promotion decisions. Relatedly, past performance is a strong indicator of future performance (Gordon & Fitzgibbons, 1982; Heneman et al., 2015); indeed, due to its predictive power it is viewed as a particularly important input to promotion decisions (Gordon & Fitzgibbons, 1982). Stated differently, past performance is commonly used as a predictor of future performance because of its robust validity. The Cross-Ruffing process incorporates evaluations of candidate past performance and thus is in alignment with recommended practice. To be cross-ruffed for promotion to Extended Managing Director, a professional must be performing at a level and in a manner consistent with what is expected of an Extended Managing Director in his or her respective role.[157] Thus a critical consideration is historical performance, as measured by 360 Feedback Reviews, Manager Quartile assignment, and information gathered through the Cross-Ruffing process from senior professionals who have interacted with and have knowledge of the promotional candidate.[158]

**Cross-Ruffing interviews are structured.** Huffcutt and Youngcourt (2007) note that "the most important characteristic of interviews (at least in terms of reliability and validity) appears to be structure" (p.186).[159] Decades of research has demonstrated that structured interviews result in higher levels of reliability and validity compared to interviews that lack such structure (Biddle, 2006; Conway, Jako, Goodman, 1995; Dipboye et al., 2004; EEOC, 1997; Gatewood & Feild, 2001; Heneman et al., 2015; Huffcutt & Youngcourt, 2007; Macan, 2009; McCarthy, Van Iddekinge, & Campion, 2010; McDaniel Whetzel, Schmidt, & Maurer, 1994; Rosse & Levin, 1997). It is thus firmly established in the empirical literature by both large-scale meta-analytic studies and smaller individual studies that structured interviews demonstrate higher reliability and validity than unstructured interviews for predicting job performance (Conway, Jako, & Goodman, 1995; Dipboye et al., 2004; Huffcutt & Arthur, 1994; Huffcutt & Youngcourt, 2007; McDaniel, Whetzel, Schmidt, & Maurer, 1994). Interview structure enhances both reliability and validity

[157] Deposition of Bruce Larson, 6/12/13, p.297; Deposition of Caroline Heller Sberloti, 7/10/13, p.206.
[158] Deposition of Bruce Larson, 6/12/13, pp.237, 297; GS0935385-388 at 387.
[159] I/O psychologists refer to interview characteristics used to enhance measurement properties as interview structure. Structure typically emphasizes that questions, scoring, and context should controlled by the interviewer and consistent for all candidates (Campion, et al., 1997).


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

because:

> "The standardization afforded by structured interviews tends to make the process more job related and more consistent, and helps to filter out the typical information-processing tendencies (e.g., contrast, similarity) that plague low-structure interviews (Latham, Wexley, & Pursell, 1975; Wexley, Sanders, & Yukl, 1973)" (Huffcutt & Youngcourt, 2007, p.187).

Consistent with recommended practice, not only are the Cross-Ruffing interviews based on job-relevant factors, but the interviews are also structured in ways that promote both reliability and validity. For example, Cross-Ruffers are provided with interview questions and ratings are made following a defined scoring scheme.[160]

**Cross-Ruffers are trained.** The literature indicates that interviewer training increases the likelihood that other structural characteristics of the interview are implemented effectively (Campion et al., 1997; Chapman & Zweig, 2005). As Heneman et al. (2015) note, "Training is a way of introducing [interviewers] to the process, and it is another means of increasing the validity of structured interviews" (pp.463-464). Research supports that training typically serves to enhance interview reliability and validity (Conway et al., 1995; Dipboye & Gaugler, 1993; Gatewood & Feild, 2001; Heneman et al., 2015; Huffcutt & Woehr, 1999). Goldman Sachs adheres to recommended practice by training Cross-Ruffers thereby enhancing the reliability and validity of the Cross-Ruffing process. Cross-Ruffers attend an orientation or workshop prior to engaging in the Cross-Ruffing process which includes: 1) instruction on effective interview practices (e.g., asking appropriate follow-up questions), 2) record retention, and 3) discussion about the importance of diversity.[161] Cross-Ruffers also receive detailed written materials on "best practices" which include instructions for how to prepare for, conduct, and summarize interviews.[162]

**Cross-Ruffers take notes during interviews.** Empirical literature has also identified the importance of note taking as it relates to enhancing the reliability and validity of interviews (Arvey & Sackett, 1993; Campion et al., 1997; Dipboye & Gaugler, 1993; Dipboye et al., 2004; Gatewood

---

[160] GS0113548-567; GS0109256-272; GS0109329-349; GS0109273-298; GS0109299-328; GS0004990-016; GS0004777-798; GS0003547-569; GS0004705-729; GS0109235-255; GS0375517-540; GS0375294-317; GS0375741-754; GS0375264-276.

[161] GS0113548-567; GS0109256-272; GS0109329-349; GS0109273-298; GS0109299-328; GS0004990-016; GS0004777-798; GS0003547-569; GS0004705-729; GS0109235-255; GS0375517-540; GS0375294-317; GS0375741-754; GS0375264-276.

[162] GS0113548-567; GS0109256-272; GS0109329-349; GS0109273-298; GS0109299-328; GS0004990-016; GS0004777-798; GS0003547-569; GS0004705-729; GS0109235-255; GS0375517-540; GS0375294-317; GS0375741-754; GS0375264-276.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

& Feild, 2001; Middendorf & Macan, 2002; Rosse & Levin, 1997). Specifically, note taking should make ratings more consistent, thus improving reliability. Additionally, note taking facilitates more accurate recall and therefore leads to higher validity (Arvey & Sackett, 1993). Cross-Ruffing best practice workshop materials instruct Cross-Ruffers to take thorough, detailed contemporaneous interview notes on the note taking forms provided.[163] This instruction adheres to recommended practice and improves the reliability and validity of the interviews.

**The Cross-Ruffing process includes a combination of independent ratings, discussion, and consensus judgments.** These three elements contribute to the reliability and validity of a selection process. Empirical research is equivocal regarding whether the clinical (judgmental) combination of interview scores (Cross-Ruffing model) or a mechanical approach, in which numerical ratings are mathematically combined across dimensions, or a combination of both is preferred under particular circumstances. Some research has found that interviews scored in a mechanical fashion can provide higher reliability and validity compared to a clinical approach (Dipboye et al., 2004; Gatewood & Feild, 2001). Other research has reported that mechanical approach validities were similar to those derived by clinical judgment/consensus (Pulakos, Schmitt, Whitney, & Smith, 1996; Pynes & Bernardin, 1992). Still other research has found that a consensus process following individual ratings may represent the best of both clinical and mechanical approaches (Campion et al., 1997). A consensus model offers additional advantages because it necessarily involves multiple decision makers, which, as noted above, reduces the likelihood that outcomes will be affected by any possibility of bias on the part of any individual interviewer (Campion et al., 1997; Campion et al., 2019). In using a combination of independent ratings, discussion, and then consensus judgments the Cross-Ruffing process capitalizes on beneficial aspects of both clinical and mechanical combination of ratings and aligns with the research literature. This aspect of the rating process serves to enhance its reliability and validity.

As a practical matter, organizations often employ a combination of mechanical and clinical approaches (Wunder, Thomas, & Luo, 2010). Some of the advantages of a hybrid approach are noted by Kleinmuntz (1990). For example, decision makers can identify situations when the mechanical results omit job-relevant information or cannot account for contextual factors that affect interpretation of the mechanical results (e.g., the financial crisis of 2008-2009 may have differentially impacted Business Units within the Firm). To determine which Vice Presidents to

---

[163] GS0109329-349 at 338; GS0109273-298 at 285; GS0109299-328 at 309; GS0004990-016 at 500; GS0004777-798 at 789; GS0004705-729 at 717; GS0109235-255 at 240, 246; GS0375517-540 at 522, 528; GS0375294-317 at 299, 306; GS0375741-754 at 745; GS0375264-276 at 266.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

promote to Extended Managing Director, Goldman Sachs relies on (i) individual interview ratings and (ii) consensus judgment of a diverse group of stakeholders (i.e., Cross-Ruffers). This hybrid approach comports with research that indicates that consensus represents the best aspects of both clinical and mechanical judgment. Cross-Ruffers independently evaluate candidates on two broad competencies, arrive at an overall rating,[164] and then Cross-Ruffers and other stakeholders engage in discussions to reach consensus on a rank ordered list of candidates.[165]

3. *The Cross-Ruffing Process Contains Guardrails that Promote Accountability and Enhance Reliability and Validity.*

As I noted earlier in this report, when implementing HR procedures in the real-world versus the pristine environment of theory, attempts to enhance standardization must be balanced against the unique characteristics of the many Vice President roles[166] from which candidates originated and the many Extended Managing Director roles for which candidates were being considered. Given this complexity, it is not only appropriate but also necessary to use a procedural framework that allows for informed judgment within appropriate guardrails. In my opinion, the Cross-Ruffing procedure includes guardrails that conform to professional and scientific standards and promote accountability and enhance reliability and validity.

Guardrails enhance the likelihood that decisions by the Cross-Ruffing teams and Division Heads were based on job-related factors. Process-based guardrails also increase the likelihood that bias in decision making was mitigated. I present illustrative guardrails below. **Appendix 6E** illustrates the many guardrails that prevented the operation of excessive subjectivity in promotions to Extended Managing Director.

As one example, Cross-Ruffers are limited to Managing Directors and Partners[167] and they

---

[164] These ratings have been primarily categorical in nature. An exception occurred in 2008 when ratings were scaled on a continuum.

[165] GS0109256-272 at 268, 271; GS0109329-349 at 342; GS0109273-298 at 291, 297; GS0109299-328 at 316, 320; GS0004990-016 at 006, 010; GS0003547-569 at 562-564; GS0004705-729 at 720-724; GS0109235-255 at 249-250; GS0375517-540 at 538-539; GS0375294-317 at 314-315; GS0375741-754 at 752-753; GS0375264-276 at 274-275; Deposition of Bruce Larsen, 6/12/13, p.244; Deposition of Caroline Heller Sberloti, 7/10/13, p.226.

[166] Importantly, the results of the work analysis study I performed reveals extensive variation in the roles performed by Vice Presidents. For example, Vice President P5 specializes in loan origination for construction lending; Vice President 18 works in a bond structuring role; Vice President 61 works in a trading role; Vice President 75 works in a product development and sales role; Vice President 76 works in a strategist role; and Vice President 81 works in a stewardship role.

[167] Deposition of Jessica Kung, 8/1/13, p.406; Deposition of Bruce Larson, 6/12/13, p.251; Deposition of Caroline Heller Sberloti, 7/10/13, p.214.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

only interview other Managing Directors and Partners to learn about candidates.[168] This guardrail promotes objectivity because the senior professionals who are interviewed are instructed to provide unbiased, fact-based views of the candidates. Candidates, in contrast, are self-interested and may be motivated to embellish their accomplishments in an interview. In addition, when senior managers are interviewed, they are probed with follow-up questions and challenged to support their evaluations with facts rather than perceptions. Further, Cross-Ruffers cannot cross-ruff candidates from an area/function they work with regularly or over which they have direct influence,[169] which promotes impartiality and minimizes advocacy.

Another important guardrail is the training Cross-Ruffers receive in effective interview practices. This training includes proper preparation, reviewing selection criteria and definitions in advance, adhering to questions based on job-related competencies, being aware of information processing errors, and leveraging probing techniques.[170] For example, Cross-Ruffers are cautioned against allowing affinity based on similar background to impact their evaluations. Cross-Ruffers are also instructed to avoid disproportionate emphasis on small amounts of either positive or negative information.[171] Relatedly, Cross-Ruffers are instructed to consider whether an interviewee's own leadership style or relationship to the candidate influences their perceptions of a candidate.[172] Also, Cross-Ruffers are reminded that candidates need not conform to a single profile of how a Managing Director looks or acts.[173] Additionally, Cross-Ruffers are also instructed to obtain details, specific examples, and hard metrics from interviewees – to assess facts rather than perceptions – by probing as necessary.[174] Training in these procedures and techniques serves as a guardrail by encouraging interviewers to gather information associated with job-related competencies rather than extraneous information, thus promoting reliability and validity. For instance, probing improves the accuracy of information gathered in an interview by allowing interviewers to delve deeper into responses to seek additional explanation, clarification, and justification (Levashina, Hartwell, Morgeson, & Campion, 2014). Relatedly, obtaining "hard"

---

[168] GS0109273-298 at 276; GS0109299-328 at 302; GS0004990-016 at 993; GS0004777-798 at 782; GS0003547-569 at 551; GS0004705-729 at 709; GS0109235-255 at 239; GS0375517-540 at 521; GS0375294-317 at 298; GS0375741-754 at 744; GS0375264-276 at 266.

[169] GS0375294-317.

[170] GS0375517-540 at 529; GS0375294-317 at 307; GS0375741-754 at 745; GS0375264-276 at 267.

[171] GS0375517-540 at 529; GS0375294-317 at 307; GS0375741-754 at 745; GS0375264-276 at 267.

[172] GS0375741-754 at 745; GS0375264-276 at 267.

[173] GS0109299-328 at 310; GS0004705-729 at 719; GS0109235-255 at 248; GS0375517-540 at 529; GS0375294-317 at 007; GS0004990-5016 at 001; GS0004777-798 at 791; GS0375294-317 at 307; GS0375264-276 at 267.

[174] GS0375264-276 at 267.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

performance metrics when available[175] that support an interviewees' assessment of a candidate further contributes to the accuracy of ratings.

The use of multiple assessors who must reach consensus serves as a guardrail by increasing accountability. That guardrail, too, is in place at Goldman Sachs, where multiple Cross-Ruffers must arrive at agreement on candidate ratings. According to Stumpf and London (1981) such group decisions are more likely to encourage fair treatment of employees because they require group members to justify their opinions. Stumpf and London (1981) also observe that, as is the case with complex and judgmental Cross-Ruffing decisions, "Group decisions are likely to be superior to individual decisions when information is dispersed, the decision task is complex and judgmental, and the group members share the organization's goals (Vroom & Yetton, 1973)" (p.544). Powell and Butterfield (1997) similarly note that "when promotion decisions are made by a panel of individuals and decision makers are held accountable for their decisions, behavior may be different from what it is when decisions are made by a sole individual and are not subject to scrutiny" (p.113).

In a similar vein, requiring assessors to justify their decisions also improves accountability which, again, serves as a guardrail. Mero and Motowidlo (1995) found that raters who were made to feel accountable by having to justify their ratings in writing generated more accurate ratings. Goldman Sachs requires this precise justification from its Cross-Ruffers. At the conclusion of all interviews, Cross-Ruffers prepare a one-page summary documenting their views on the candidate. These summaries may be provided to the candidate's manager as a follow up and are also provided to Human Capital Management as documentation. This requirement for justifying ratings serves as a guardrail that promotes both accountability and accuracy.

As an additional guardrail, various stakeholders, including Extended Managing Directors in each Division, Human Capital Management, and the Executive Office review the lists of promotional candidates to ensure gender representation.[176] In addition to Cross-Ruffers discussing their candidate rankings among themselves throughout the consensus process, they also discuss their candidate rankings with Human Capital Management partners.[177] The large number of senior managers, as well as Human Capital Management, involved in the Cross-Ruffing process at

[175] GS0003547-569.

[176] Deposition of Jessica Kung, 8/1/13, p.459; Deposition of Bruce Larson, 6/12/13, p.240; Deposition of Caroline Heller Sberloti, 7/10/13, pp.207-211; GS0109273-298 at 286; GS0109299-328 at 310; GS0004990-016 at 001; GS000477-798 at 790; GS0003547-569 at 559; GS0004705-729 at 718; GS0109235-255 at 247.

[177] Deposition of Bruce Larson, 6/12/13, p.244.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

different stages enhances the accuracy of ratings and serves as a guardrail by limiting the likelihood that a single, biased rater could negatively influence the outcome against a candidate.

Although not a formal guardrail, it is important to note that Goldman Sachs engages in efforts to promote diversity in promotions to Extended Managing Director. For example, the best practice guides emphasize that supporting a diverse and inclusive Extended Managing Director population is a strategic priority, partially because the Firm's ability to maintain and sharpen its competitive edge requires a globally diverse workforce.[178] Cross-Ruffers are reminded that the Extended Managing Director promotion process is one of the most critical ways the Firm can reaffirm its commitment to the diversity and fairness principles that are integral to success.[179] Cross-Ruffers are also selected who are diverse in terms of gender and race.[180] A key component of Cross-Ruffing is oversight from multiple stakeholders who are sensitive to the importance of diverse representation in leadership positions. Extended Managing Director advocacy/sponsorship efforts also support diverse candidates.[181]

4. *Empirical Evidence Demonstrates that the Cross-Ruffing Process is Reliable, Valid, and Job Related.*

**Statistical Study 6:** *Examination of Relationships of 360 Feedback Review Ratings and Manager Quartile Assignments with Promotion Outcomes.*

I was also able to conduct a direct, empirical evaluation of the Cross-Ruffing process. Specifically, Statistical Study 6 evaluated whether 360 Feedback Review overall ratings and Manager Quartile assignments relate to promotion from Vice President to Extended Managing Director. As noted previously, the 360 Feedback Review ratings and Manager Quartile assignments both represent managerial judgments of performance and thus should be correlated with Cross-Ruffing outcomes.

Scholars have performed empirical research examining the relationships between measures based on managerial judgment (e.g., supervisor performance ratings) and outcomes related to advancement (e.g., nomination, promotion). In terms of promotion, the studies I reviewed specifically focused on a binary (yes, no) promotion outcome. In a study in an investment banking

---

[178] GS0109329-349 at 339; GS0109273-298 at 286; GS0109299-328 at 310; GS0004990-016 at 001; GS0004777-798 at 790; GS0003547-569 at 559; GS0004705-729 at 718; GS0109235-255 at 247.

[179] GS0109299-328 at 310; GS0004777-798 at 790; GS0004990-016 at 001; GS0003547-569 at 559; GS0004705-729 at 718; GS0109235-255 at 247.

[180] Deposition of Jessica Kung, 8/1/13, pp.401-402, 404-406, 409-414; Deposition of Caroline Heller Sberloti, 7/10/13, p.217.

[181] GS0004777-798 at 791.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

division of a financial services firm, Bidwell (2011) found a correlation of .07 between performance evaluation ratings and promotions and a correlation of .08 between ranked performance (relative performance rating) and promotions. In a study of archival data from a financial services firm, Speer (2018) reported a correlation of .12 between performance ratings and promotion. Similarly, another study of archival data in a professional services firm reported a correlation of .19 between performance evaluation ratings and promotion (Bergeron, Shipp, Rosen, & Furst-Holloway, 2013). In a study involving bank tellers, Schaubroeck and Lam (2002) found a correlation of .44 between performance judgments and promotion. Arnold, Van Iddekinge, Campion, Bauer, and Campion (2020) found a correlation of .04 between supervisory ratings and promotion in a retail organization. When considering promotions for high-ranking managers in the federal government, Powell and Butterfield (1994 and 1997, respectively) reported correlations of .09 and .11 between ratings of performance and nomination and .10 and .14 between ratings of performance and promotion. Finally, DeOrtentiis, Van Iddekinge, Ployhart, and Heetderks (2018) reported a negative relationship (-.07) between performance ratings and promotion. With the exception of Schauenbroeck and Lam (2002) which addresses promotions for individuals performing a relatively simple job (bank tellers), it is apparent that correlational magnitudes often do not reach .20. These studies provide a benchmark for comparing the Study 6 results and are summarized in Table 6.2 below.

**Table 6.2. Correlations Between Supervisory Performance Ratings and Promotion Reported in the Empirical Literature**

| Study | Correlation(s) |
|---|---|
| Arnold, Van Iddekinge, Campion, Bauer, and Campion (2020) | .04 |
| Bergeron, Shipp, Rosen, and Furst-Holloway (2013) | .19 |
| Bidwell (2011) | .07 and .08 |
| DeOrtentiis, Van Iddekinge, Ployhart, and Heetderks (2018) | -.07 |
| Powell and Butterfield (1994) | .10 |
| Powell and Butterfield (1997) | .14 |
| Schaubroeck and Lam (2002) | .44 |
| Speer (2018) | .12 |
| **Average** | **.12** |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

To evaluate the relationships between 360 Feedback Review overall scores or Manager Quartile assignments and promotion outcomes, Spearman correlations were calculated. **Appendix 6F** contains a more detailed description of Statistical Study 6 and the results. **Table 6.3** provides the correlations of the 360 Feedback Review overall scores with promotion outcome (i.e., either promoted to Extended Managing Director or not promoted) across the three relevant Divisions.

**Table 6.3 Spearman Correlations of 360 Feedback Review Overall Score with Extended Managing Director Promotion Outcomes**

| Year | IBD | | | IMD | | | Securities | | |
|---|---|---|---|---|---|---|---|---|---|
| | N Total | N Promoted | Spearman Correlation | N Total | N Promoted | Spearman Correlation | N Total | N Promoted | Spearman Correlation |
| 2003 | | | | | | | 386 | 12 | .21** |
| 2004 | | | | 162 | 13 | .34** | 648 | 37 | .33** |
| 2005 | 88† | 8 | .39** | 422 | 14 | .22** | 719 | 38 | .33** |
| 2006 | 173 | 24 | .40** | 454 | 20 | .22** | 772 | 43 | .28** |
| 2007 | 194 | 30 | .37** | 492 | 16 | .20** | 840 | 41 | .27** |
| 2008 | 124 | 27 | .43** | 487 | 18 | .17** | 857 | 46 | .28** |
| 2009 | 115† | 22 | .31** | 533 | 18 | .17** | 798 | 40 | .29** |
| 2010 | 133 | 22 | .20* | 545 | 26 | .21** | 830 | 52 | .33** |
| 2011 | 142 | 13 | .27** | 581 | 25 | .28** | 792 | 32 | .30** |
| 2012 | 173 | 26 | .39** | 632 | 29 | .25** | 751 | 37 | .27** |
| 2013 | 167 | 23 | .42** | 715 | 27 | .25** | 696 | 43 | .32** |
| 2015 | 198 | 50 | .48** | 886 | 36 | .28** | 664 | 43 | .34** |
| **Average** | | | **.37** | | | **.23** | | | **.30** |

Note: 1) Blank cells indicate insufficient data. 2) Cells denoted by a † indicate that the corresponding Spearman correlation coefficients were included even though the sample size was smaller than the 120 threshold. 3) Cells denoted by a * indicate a correlation is statistically significant at $p < .05$, and ** indicates a correlation is statistically significant at $p < .01$.

Across all three Divisions, there is a consistent pattern of statistically significant, positive relationships between 360 Feedback Review overall scores and promotion outcomes. Examining the results of promotion outcomes for IBD across the years, correlations range from .20 to .48 with an average of .37. For IMD, the correlations range from .17 to .34 with an average of .23. And, for Securities, the correlations range from .21 to .34 with an average of .30. In summary, all correlations are statistically significant in a positive direction and magnitudes far exceed typical correlation magnitudes in the empirical literature. These results show that Vice Presidents with higher ratings were more likely to be promoted.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Similar analyses were conducted for Manager Quartile assignments. **Table 6.4** provides the correlations with the promotion outcome across the three relevant Divisions.

**Table 6.4. Spearman Correlations of Manager Quartile Assignment with Extended Managing Director Promotion Outcomes**

| Year | IBD | | | IMD | | | Securities | | |
|---|---|---|---|---|---|---|---|---|---|
| | N Total | N Promoted | Spearman Correlation | N Total | N Promoted | Spearman Correlation | N Total | N Promoted | Spearman Correlation |
| 2003 | | | | | | | 700 | 21 | .23** |
| 2004 | | | | | | | 639 | 37 | .32** |
| 2005 | 142 | 25 | .49** | | | | | | |
| 2006 | 161 | 24 | .36** | | | | 765 | 43 | .33** |
| 2007 | 190 | 30 | .44** | 481 | 16 | .25** | 813 | 41 | .31** |
| 2008 | 150 | 27 | .61** | 525 | 18 | .25** | 846 | 46 | .32** |
| 2009 | 115† | 22 | .54** | 536 | 18 | .25** | 805 | 40 | .31** |
| 2010 | 133 | 22 | .57** | 545 | 26 | .29** | 827 | 52 | .33** |
| 2011 | 141 | 13 | .38** | 590 | 25 | .28** | 787 | 32 | .27** |
| 2012 | 172 | 26 | .52** | 628 | 29 | .28** | 749 | 37 | .29** |
| 2013 | 168 | 23 | .47** | 711 | 27 | .26** | 693 | 43 | .33** |
| 2015 | 198 | 50 | .65** | 887 | 36 | .28** | 665 | 43 | .35** |
| 2017 | 197 | 55 | .67** | 1,003 | 38 | .26** | 589 | 50 | .39** |
| **Average** | | | **.52** | | | **.27** | | | **.31** |

Note: 1) Blank cells indicate insufficient data. 2) Cells denoted by a † indicate that the corresponding Spearman correlation coefficients were included even though the sample size was smaller than the 120 threshold. 3) Cells denoted by a * indicate a correlation is statistically significant at $p < .05$, and ** indicates a correlation is statistically significant at $p < .01$.

In examining the relationships between the Manager Quartile assignments and nomination and promotion outcomes a similar, consistent pattern of statistically significant correlations in a positive direction is observed. Specifically, the correlation results for IBD across promotion outcomes range from .36 to .67 with an average of .52. For IMD, the correlations range from .25 to .29 with an average of .27. And, for Securities, the correlations range from .23 to .39 with an average of .31. As with the 360 Feedback Review results, the Manager Quartile assignment results yield correlations with magnitudes that are significant and, again, far exceed correlations found in the empirical literature. These results show that professionals in higher Manager Quartiles were more likely to be promoted.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

### C. Chapter 6 Summary

To summarize, the academic literature and my research supports the reliability, validity, and job relatedness of the Cross-Ruffing process in design and in application. Results of my empirical studies found all correlations of the 360 Feedback Review overall scores with promotion to Extended Managing Director were statistically significant and in a positive direction. Likewise, all correlations for Manager Quartile assignments with promotion to Extended Managing Director were statistically significant and in a positive direction. The magnitude of these correlations are comparable to or exceed what is reported in the empirical literature. These results provide strong evidence of the validity of the Cross-Ruffing process. Importantly, because valid measures must be reliable the validity of the Cross-Ruffing process also establishes its underlying reliability. These studies, therefore, support my conclusion that Cross-Ruffing is reliable, valid, and job related.

**Signed this 15th day of January 2021**

**Eric M. Dunleavy, Ph.D.**


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# References

Aguinis, H. (2009). An expanded view of performance management. In J.W. Smither & M. London (Eds.), *Performance Management: Putting Research into Action* (pp.1-43). San Francisco: Jossey-Bass.

Aguinis, H. (2019). *Performance Management (4th ed.).* Chicago, IL: Chicago Business Press.

Allen, M.T., Tsacoumis, S., & McCloy, R.A. (January 2011). *Updating Occupational Ability Profiles with O*NET Content Model Descriptors, Volume 1: Report.* Alexandria, VA: HumRRO.

Alvares, K.M., & Hulin, C.L. (1972). Two explanations of temporal changes in ability-skill relationships: A literature review and theoretical analysis. *Human Factors, 14(4),* 295-308.

Alvares, K.M., & Hulin, C.L. (1973). An experimental evaluation of a temporal decay in the prediction of performance. *Organizational Behavior and Human Performance*, *9*, 169-185.

Amalfe, C.A., & Steiner, E.Q. (2005). Forced ranking systems: Yesterday's legal target? *New Jersey Law Journal*, VOL. CLXXIX – NO. 13 – INDEX 1289, 1-3.

Antonioni, D. (1996). Designing an effective 360-degree appraisal feedback process. *Organizational Dynamics*, *25*, 24-38.

Antonioni, D., & Woehr, D.J. (2001). Improving the quality of multisource rater performance. In D.W. Bracken, C.W. Timmreck, & A.H. Church (Eds.), *The Handbook of Multisource Feedback: The Comprehensive Resource for Designing and Implementing MSF Processes (*pp.114-129*).* San Francisco: Jossey-Bass.

Arneson, S., Millikin-Davies, M., & Hogan, J. (1993). Validation of personality and cognitive measures for insurance claims examiners. *Journal of Business and Psychology,* 7, 459-473.

Arnold, J.D., Van Iddekinge, C.H., Campion, M.C., Bauer, T.N., & Campion, M.A. (2020). Welcome back? Job performance and turnover of boomerang employees compared to internal and external hires. *Journal of Management, in press,* 1-28.

Arvey, R.D., & Sackett, P.R. (1993). Fairness in selection: Current developments and perspectives. In N. Schmitt and W.C. Borman (Eds.), *Personnel Selection in Organizations (*pp.171-202*).* San Francisco: Jossey-Bass Publishers.

Atwater, L.E., Brett, J.F., & Charles, A.C. (2007). Multisource feedback: Lessons learned and implications for practice. *Human Resource Management, 46,* 285-307.

Atwater, L.E., Waldman, D.A., & Brett, J.F. (2002). Understanding and optimizing multisource feedback. *Human Resource Management, 41,* 193-208.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Berger, J., Harbring, C., & Sliwka, D. (2013). Performance appraisals and the impact of forced distribution - An experimental investigation. *Management Science, 59,* 54-68.

Bernardin, H.J., & Beatty, R.W. (1987). Can subordinate appraisals enhance managerial productivity? *Sloan Management Review, 28,* 63-69.

Bergeron, D.M., Shipp, A.J., Rosen, B., & Furst-Holloway, S. (2013). Organizational citizenship behavior and career outcomes: The cost of being a good citizen. *Journal of Management, 39*, 958-984.

Bernardin, H.J., Hennessey, H.W., & Peyrefitte, J. (1995). Age, racial, and gender bias as a function criterion specificity: A test of expert testimony. *Human Resource Management Review, 5,* 63-77.

Bernardin, H.J., & Tyler, C.L. (2001). Legal and ethical issues in multisource feedback. In D.W. Bracken, C.W. Timmreck, & A.H. Church (Eds.), *The Handbook of Multisource Feedback: The Comprehensive Resource for Designing and Implementing MSF Processes* (pp.447-462*).* San Francisco: Jossey-Bass.

Bernardi, L.M. (1997). Selecting star performers. *The Canadian Manager, 22,* 14-16.

Biddle, D. (2006). *Adverse impact and test validation: A practitioner's guide to valid and defensible employment testing*. Burlington, VT: Gower.

Bidwell, M. (2011). Paying more to get less: The effects of external hiring versus internal mobility. *Administrative Science Quarterly*, *56,* 369-407.

Binning, J.F., & Barrett, G.V. (1989). Validity of personnel decisions: A conceptual analysis of the inferential and evidential bases. *Journal of Applied Psychology, 74,* 478-494.

Blau, G. (1993). Testing the relationship of locus of control to different performance dimensions. *Journal of Occupational and Organizational Psychology*, 66, 125-138.

Blume, B.D., Rubin, R.S., & Baldwin, T.T. (2013). Who is attracted to an organization using a forced distribution performance management system? *Human Resource Management Journal, 23,* 360-378.

Bommer, W.H., Johnson, J.L., Rich, G.A., Podsakoff, P.M., & MacKenzie, S.B. (1995). On the interchangeability of objective and subjective measures of employee performance: A meta-analysis. *Personnel Psychology, 48,* 587-605.

Bracken, D.W. (2019). What is 'strategic 360 feedback'? In A.H. Church, D.W. Bracken, J.W. Fleenor, & D.S. Rose (Eds.), *The Handbook of Strategic 360 Feedback (pp.11-16).* New York: Oxford University Press.

Bracken, D.W., Rose, D.S., & Church, A.H. (2016). The evolution and devolution of 360° feedback. *Industrial and Organizational Psychology*, *9,* 761–794.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Bracken, J.W., & Rotolo, C.T. (2019). Can we improve rater performance? In A.H. Church, D.W. Bracken, J.W. Fleenor, & D.S. Rose (Eds.), *The Handbook of Strategic 360 Feedback* (pp. 257-292). New York: Oxford University Press.

Bracken, D.W., & Timmreck, C.W. (2001). Appendix: Guidelines for multisource feedback when used for decision making. In D.W. Bracken, C.W. Timmreck, & A.H. Church (Eds.), The Handbook of Multisource Feedback: The Comprehensive Resource for Designing and Implementing MSF Processes (pp.495-510). San Francisco: Jossey-Bass.

Broderick, M. (2010). *The Art of Managing Professional Services: Insights from Leaders of the World's Top Firms*. Upper Saddle River, New Jersey: Prentice Hall.

Campbell, J.P. (1990). The role of theory in industrial and organizational psychology. In M.D. Dunnette & L.M. Hough (Eds.), *Handbook of Industrial and Organizational Psychology* (pp.39-74). Palo Alto, CA: Consulting Psychologists Press.

Campbell, D. T., & Fiske, D. W. (1959). Convergent and discriminant validation by the multitrait-multimethod matrix. *Psychological Bulletin, 56*, 81-105.

Campion, M.A., Pursell, E.D., & Brown, B.K. (1988). Structured interviewing: Raising the psychometric properties of the employment interview. *Personnel Psychology, 41,* 25-42.

Campion, M. C., Campion, E. D., & Campion, M. A. (2015). Improvements in performance management through the use of 360 feedback. *Industrial and Organizational Psychology: Perspectives on Science and Practice*, *8*, 85–93

Campion, E.D., Campion, M.C., & Campion, M.A. (2019). Best practices when using 360 feedback for performance appraisal. In A.H. Church, D.W. Bracken, J.W. Fleenor, & D.S. Rose (Eds.), *The Handbook of Strategic 360 Feedback* (pp.19-59). New York: Oxford University Press.

Campion, M.A., Fink, A.A., Ruggeberg, B.J., Carr, L., Phillips, G.M., & Odman, R.B. (2011). Doing competencies well: Best practices in competency modeling. *Personnel Psychology, 64,* 225-262.

Campion, M.A., Palmer, D.K., & Campion, J.E. (1997). A review of structure in the selection interview. *Personnel Psychology, 50,* 655-701.

Carmines, E., & Zeller, R. (1979). *Reliability and validity assessment*. Beverly Hills, CA: Sage.

Cascio, W.F., & Aguinis, H.A. (2014). *Applied Psychology in Human Resource Measurement (7th ed.)*. Harlow, Essex: Pearson Education Limited.

Chapman, D.S., & Zweig, D.I. (2005). Developing a nomological network for interview structure: Antecedents and consequences of the structured selection interview. *Personnel Psychology, 58,* 673-702.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Church, A.H., & Bracken, D.W. (1997). Advancing the state or the art of 360-degree feedback: Guest editors' comments on the research and practice of multirater assessment methods. *Group and Organizational Management, 22,* 149-161.

Church, A.H., Bracken, D.W., Fleenor, J.W., & Rose, D.S. (2019). Introduction and overview to the Handbook of Strategic 360 Feedback. In A.H. Church, D.W. Bracken, J.W. Fleenor, & D.S. Rose (Eds.), *The Handbook of Strategic 360 Feedback* (pp. 1-10). New York: Oxford University Press.

Conway, J.M., Jako, R.A., & Goodman, D.F. (1995). A meta-analysis of interrater and internal consistency reliability of selection interviews. *Journal of Applied Psychology, 80,* 565-579.

Dalessio, A.T. (1998). Using multisource feedback for employee development and personnel decisions. In J.W. Smither (Ed.), *Performance Appraisal: State of the Art in Practice* (pp.278-330). San Francisco: Jossey-Bass Publishers.

DeOrtentiis, P.S., Van Iddekinge, C.H., Ployhart, R.E., & Heetderks, T.D. (2018). Build or buy? The individual and unit-level performance of internally versus externally selected managers over time. *Journal of Applied Psychology, 103,* 916-928.

Dipboye, R.L., & Gaugler, B.B. (1993). Cognitive and behavioral processes in the selection interview. In N. Schmitt and W.C. Borman (Eds.), *Personnel Selection in Organizations* (pp.135-170*)*. San Francisco: Jossey-Bass.

Dipboye, R.L., Wooten, K., & Halverson, S.K. (2004). Behavioral and situational interviews. In J.C. Thomas (Ed.), *Comprehensive Handbook of Psychological Assessment: Industrial and Organizational Assessment, Vol. 4* (pp.297-316). Hoboken, NJ: Wiley.

Dominick, P. G. (2009). Forced rankings: Pros, cons, and practices. In J. W. Smither & M. London (Eds.), *Performance management: Putting Research Into Practice.* (pp. 411- 444*)* San Francisco: Jossey-Bass.

Equal Employment Opportunity Commission, Civil Service Commission, Department of Labor, & Department of Justice (1978). Uniform guidelines on employee selection procedures. *Federal Register, 43(166),* 38290-38315.

Erker, S.C, Cosentino, C.J., & Tamanini, K.B. (2010). Selection methods and desired outcomes: Integrating assessment content and technology to improve entry- and mid-level leadership performance. In J.L. Farr & N.T. Tippins (Eds.), *Handbook of Employee Selection* (pp.721-740). New York: Routledge.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Farr, J.L., & Newman, D.A. (2001). Rater selection: Sources of feedback. In D.W. Bracken, C.W. Timmreck, & A.H. Church (Eds.), *The Handbook of Multisource Feedback: The Comprehensive Resource for Designing and Implementing MSF Processes* (pp.96-113*).* San Francisco: Jossey-Bass.

Fleenor, J.W. (2019). Factors affecting the validity of strategic 360 feedback processes. In A.H. Church, D.W. Bracken, J.W. Fleenor, & D.S. Rose (Eds.), *The Handbook of Strategic 360 Feedback* (pp. 237-245). New York: Oxford University Press.

Fleisher, M.S., & Tsacoumis, S. (February 2012). *O*NET Analyst Occupational Skills Ratings: Procedures Update.* Alexandria, VA: HumRRO.

Furr, R.M., & Bacharach, V.R. (2008). *Psychometrics: An introduction*. Thousand Oaks, CA: Sage Publications, Inc.

Gatewood, R.F., & Feild, H.S. (2001). *Human Resource Selection (5th ed.).* Mason, OH: South-Western.

Ghiselli, E.E. (1956). Dimensional problems of criteria. *Journal of Applied Psychology, 40,* 1-4.

Ghiselli, E.E., & Haire, M. (1960). The validation of selection tests in the light of the dynamic character of criteria. *Personnel Psychology, 19*, 225-231.

Glueck. W.F. (1974). *Personnel: A Diagnostic Approach.* Dallas, TX: Business Publications, Inc.

Goffin, R.D., Gellatly, I.R., Paunonen, S.V., Jackson, D.N., & Meyer, J.P. (1996). Criterion validation of two approaches to performance appraisal: The behavioral observation scale and the relative percentile method. *Journal of Business and Psychology, 11,* 23-33.

Goffin, R.D., Jelley, R.B., Powell, D.M., & Johnston, N.G. (2009). Taking advantage of social comparisons in performance appraisal: The relative percentile method. *Human Resource Management, 48,* 251-268.

Gordon, M.E., & Fitzgibbons, W.J. (1982). Empirical test of the validity of seniority as a factor in staffing decisions. *Journal of Applied Psychology, 67,* 311-319.

Grote, D. (2002). Forced ranking: Behind the scenes. *Across the Board*, *November-December,* 40-45.

Guion, R. M. (1998). *Assessment, measurement, and prediction for personnel decisions.* Mahwah, NJ: Lawrence Erlbaum Associates.

Guion, R. M. (2011). *Assessment, measurement, and prediction for personnel decisions*. (2nd ed.). New York, NY: Routledge.

Guralnik, O., Rozmarin, E., & So, A. (2005). Forced distribution: Is it right for you? *Human Resource Development Quarterly, 15,* 339-345.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Gutman, A., & Dunleavy, E.M. (2013). Documenting work analysis projects: A review of strategy and legal defensibility for personnel selection. In M.A. Wilson, W. Bennett, Jr., S.G. Gibson, & G.M. Alliger (Eds.), *The Handbook of Work Analysis: Methods, Systems, Applications and Science of Work Measurement in Organizations* (pp. 139-168). New York, NY: Routledge.

Heneman, R.L. (1986). The relationship between supervisory ratings and results-oriented measures of performance: A meta-analysis. *Personnel Psychology, 39,* 811-826.

Heneman, H.G., Judge, T.A., & Kammeyer-Mueller, J. (2015). *Staffing Organizations (8th ed.).* Mishawaka, IN: Pangloss Industries.

Hennessey, H.W., & Bernardin, H.J. (2003). The relationship between performance appraisal criterion specificity and statistical evidence of discrimination. *Human Resource Management, 42,* 143-158.

Hogan, E. A. (1987). Effects of prior expectations on performance ratings: A longitudinal study. *Academy of Management Journal*, 30, 354-368.

Hough, L. M. (2010). Assessment of background and life experience: The past as prologue. In J. Scott & D. Reynolds (Eds.), *Handbook of workplace assessment: Evidence-based practices for selecting and developing organizational talent* (pp. 109–139). New York, NY: Wiley.

Huffcutt, A.I., & Arthur, W.A., Jr. (1994). Hunter and Hunter (1984) revisited: Interview validity for entry-level jobs. *Journal of Applied Psychology, 79,* 184-190.

Huffcutt, A.I., & Woehr, D. (1999). Further analysis of interview validity: A quantitative evaluation of interviewer-related structuring methods. *Journal of Organizational Behavior, 20,* 549-560.

Huffcutt, A.I., & Youngcourt, S.S. (2007). Employment interviews. In D.L. Whetzel and G.R. Wheaton (Eds.), *Applied Measurement: Industrial Psychology in Human Resources Management* (pp.181-199). New York: Taylor & Francis Group.

James, L. R., Demaree, R. G., & Wolf, G. (1993). rwg: An assessment of within-group interrater agreement. *Journal of Applied Psychology, 78(2),* 306–309.

King, L.M., Hunter, J.E., & Schmidt, F.L. (1980). Halo in a multidimensional forced-choice performance evaluation scale. *Journal of Applied Psychology, 65,* 507-516.

Kleinmuntz, B. (1990). Why we still use our heads instead of formulas: Toward an integrative approach. *Psychological Bulletin, 107,* 296-310.

Landy, F.J., & Conte, J. (2010). *Work in the 21st Century: An Introduction to Industrial and Organizational Psychology (3rd ed.).* Hoboken, NJ: John Wiley & Sons.

LeBreton, J. M., & Senter, J.L. (2008). Answers to 20 questions about interrater reliability and interrater agreement. *Organizational Research Methods, 11,* 815-852.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Lepsinger, R. and Lucia, A.D. (2001). Performance management and decision making. In Bracken, D., Timmreck, C. & Church, A. (Eds.), *The Handbook of Multisource Feedback: The Comprehensive Resource for Designing and Implementing MSF Processes* (pp. 318–334). San Francisco, CA: Jossey-Bass.

Levashina, J.L., Hartwell, C.J., Morgeson, F.P., & Campion, M.A. (2014). The structured employment interview: Narrative and quantitative review of the research literature. *Personnel Psychology, 67,* 241-293.

London, M. (1978). What every personnel director should know about management promotion decisions. *Personnel Journal, 57,* 550-555.

London, M. Smither, J.W., & Adsit, D.J. (1997). Accountability: The Achilles' heel of multisource feedback. *Group and Organization Management, 22,* 162-184.

Macan, T. (2009). The employment interview: A review of current studies and directions for future research. *Human Resource Management Review, 19,* 203-218.

MacKenzie, S. B., Podsakoff, P. M., & Fetter, R. (1991). Organizational citizenship behavior and objective productivity as determinants of managerial evaluations of salespersons' performance. *Organizational behavior and human decision processes, 50*, 123-150.

Maier, N.R.F., & Verser, G.C. (1982). *Psychology in Industrial Organizations (5th ed.).* Boston: Houghton Mifflin.

Malos, S.B. (1998). Current legal issues in performance appraisal. In J.W. Smither (Ed.), *Performance Appraisal: State of the Art in Practice (pp.49-94).* San Francisco: Jossey-Bass Publishers.

Maylett, T. (2009). 360-degree feedback revisited: The transition from development to appraisal. *Compensation and Benefits Review, September-October,* 52-59.

McCarthy, J.M., Van Iddekinge, C.H., & Campion, M.A. (2010). Are highly structured job interviews resistant to demographic similarity effects? *Personnel Psychology, 63,* 325-359.

McDaniel, M.A., Whetzel, D.L, Schmidt, F.L., & Maurer, D.L. (1994). The validity of employment interviews: A comprehensive review and meta-analysis. *Journal of Applied Psychology, 79*, 599-616.

McEvoy, G.M., & Cascio, W.F. (1989). Cumulative evidence of the relationship between employee age and job performance. *Journal of Applied Psychology, 74,* 11-17.

McGinn, K. L., & Milkman, K. L. (2013). Looking up and looking out: Career mobility effects of demographic similarity among professionals. *Organization Science*, *24*, 1041-1060.

Mero, N.P., & Motowidlo, S.J. (1995). Effects of rater accountability on the accuracy and favorability of performance ratings. *Journal of Applied Psychology, 80,* 517-524.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Meyer, M.A., & Booker, J.M. (2001). *Eliciting and Analyzing Expert Judgment: A Practical Guide*. Philadelphia, PA: Society for Industrial and Applied Mathematics and the American Statistical Association.

Middendorf, C.H., & Macan, T.H. (2002). Note-taking in the employment interview: Effects on recall and judgments. *Journal of Applied Psychology, 87,* 293-303.

Morgeson, F.P., Mumford, T.V., & Campion, M.A. (2005). Coming full circle using research and practice to address 27 questions about 360-degree feedback programs. *Consulting Psychology Journal: Practice and Research, Vol. 57,* 196–209

Ployhart, R.E., & Hakel, M.D. (1998). The substantive nature of performance variability: Predicting interindividual differences in intraindividual performance. *Personnel Psychology, 51,* 859-901.

Powell, G. N., & Butterfield, D. A. (1994). Investigating the "glass ceiling" phenomenon: An empirical study of actual promotions to top management. *Academy of Management Journal*, *37*, 68-86.

Powell, G. N., & Butterfield, D. A. (1997). Effect of race on promotions to top management in a federal department. *Academy of Management Journal*, *40*, 112-128.

Pulakos, E.D. (2009). *Performance Management: A New Approach for Driving Business Results.* Malden, MA: Wiley-Blackwell.

Pulakos, E.D., & Rose, D.S. (2019). Is 360 feedback a predictor or criterion measure: In A.H. Church, D.W. Bracken, J.W. Fleenor, & D.S. Rose (Eds.), *The Handbook of Strategic 360 Feedback* (pp.309-324*).* New York: Oxford University Press.

Pulakos, E. D., Schmitt, N., Whitney, D., & Smith, M. (1996). Individual differences in interviewer ratings: The impact of standardization, consensus discussion, and sampling error on the validity of a structured interview. *Personnel Psychology*, *49*, 85-102.

Pynes, J., & Bernardin, H. J. (1992). Mechanical vs consensus-derived assessment center ratings: A comparison of job performance validities. *Public Personnel Management*, *21*, 17-28.

Robinson-Morral, E.J., Hendrickson, C., Gilbert, S., Myers, T., Simpson, K., & Loignan, A.C. (2018). Practical considerations for conducting job analysis linkage exercises. *Journal of Personnel Psychology, 17,* 12-21.

Rosse, J., & Levin, R. (1997). *High-impact Hiring: A Comprehensive Guide to Performance Based Hiring.* San Francisco: Jossey-Bass Publishers.

Rothstein, H.R. (2003). *Validity Generalization: A Critical Review.* New York: Psychology Press.

Russell, T.L., Rohrback, M.R., Nee, M.T., Crafts, J.L., Peterson, N.G., & Mael, F.A. (October 1995). *Development of a Roadmap for Special Forces Selection and Classification Research.* Alexandria, VA: HumRRO.

Scanlan, B.K. (1973). *Principles of Management and Organizational Behavior*. New York: John Wiley & Sons.

Schaubroeck, J., & Lam, S. S. (2002). How similarity to peers and supervisor influences organizational advancement in different cultures. *Academy of Management Journal*, *45*, 1120-1136.

Scott, J.C, Scott, J.M., & Foster, K.E. (2019). The legal environment for 360 feedback. In A.H. Church, D.W. Bracken, J.W. Fleenor, & D.S. Rose (Eds.), *The Handbook of Strategic 360 Feedback* (pp.479-501). New York: Oxford University Press.

Scullen, S.E., Bergey, P.K., & Aiman-Smith, L. (2005). Forced distribution rating systems and the improvement of workforce potential: A baseline simulation. *Personnel Psychology*, *58*, 1-32.

Silzer, R., & Borman, W.C. (2017). The potential for leadership. In D.G. Collings, K. Mellahi, & W.F. Cascio (Eds.), *The Oxford Handbook of Talent Management* (pp.87-114). Oxford: Oxford University Press.

Silzer, R., & Church, A.H. (2009). The pearls and perils of identifying potential. *Industrial and Organizational Psychology, 2,* 377-412.

Society for Industrial and Organizational Psychology (2018). *Principles for the Validation and Use of Personnel Selection Procedures (5th ed.).* Bowling Green, OH: Author.

Speer, A.B. (2018). Quantifying with words: An investigation of the validity of narrative-derived performance scores. *Personnel Psychology, 71*, 299-333.

Stelly, D.J., & Goldstein, H.W. (2007). Application of content validation methods to broader constructs. In S.M. McPhail (Ed.), *Alternative Validation Strategies: Developing New and Leveraging Existing Validity Evidence (pp.252-316).* San Francisco: John Wiley & Sons, Inc.

Stewart, S.M., Gruys, M.L., & Storm, M. (2010). Forced distribution performance evaluation systems: Advantages, disadvantages and keys to implementation. *Journal of Management & Organization, 16,* 168-179.

Stumpf, S., & London, M. (1981). Management promotion: Individual and organization factors influencing the decision process. *Academy of Management Review, 6,* 539-549.

Sturman, M.C., Cheramie, R.A., & Cashen, L.H. (2005). Temporal consistency, stability, and test-retest reliability of employee job performance ratings. *Journal of Applied Psychology, 90,* 269-283.

Tetlock, P.E., & Kim, J.I. (1987). Accountability and judgment processes in a personality prediction task. *Journal of Personality and Social Psychology, 52,* 700–709.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Tornow, W.W., & Tornow, C.P. (2001). Linking multisource feedback content with organizational needs. In D.W. Bracken, C.W. Timmreck, & A.H. Church (Eds.), *The Handbook of Multisource Feedback: The Comprehensive Resource for Designing and Implementing MSF Processes (pp.48-62).* San Francisco: Jossey-Bass.

Van Iddekinge, C.H., & Ployhart, R.E. (2008). Developments in the criterion-related validation of selection procedures: A critical review and recommendations for practice. *Personnel Psychology, 61,* 871–925.

Van Velsor, E., & Leslie, J.B. (2001). Selecting a multisource feedback instrument. In D.W. Bracken, C.W. Timmreck, & A.H. Church (Eds.), *The Handbook of Multisource Feedback: The Comprehensive Resource for Designing and Implementing MSF Processes* (pp.63-78). San Francisco: Jossey-Bass.

Vecchio, R. P., & Gobdel, B. C. (1984). The vertical dyad linkage model of leadership: Problems and prospects. *Organizational Behavior and Human Performance*, 34

Watson, D. (2012). Objective tests as instruments of psychological theory and research. In H. Cooper, P. M. Camic, D. L. Long, A. T. Panter, D. Rindskopf, & K. J. Sher (Eds.), *APA Handbook of Research Methods in Psychology. Vol. 1: Foundations, Planning, Measures, and Psychometrics* (pp. 349-369). Washington, DC: American Psychological Association.

Weatherly, L. A. (2004). Performance management series part I: Comparative performance appraisal methods. SHRM Briefly Stated. Retrieved August 19, 2012, from www.shrm.org/Research/Articles/Articles/Pages/Performance_20Management_20Series_20Part_20I__20Comparative_20Performance_20Appraisal_20Methods.aspx

Wunder, R.S., Thomas, L.L., & Luo, Z. (2010). Administering assessments and decision-making. In J.L. Farr & N.T. Tippins (Eds.), *Handbook of Employee Selection* (pp. 377-398). New York: Routledge.

Yoe. C. (2019). *Principles of Uncertainty: Decision Making Under Uncertainty (2nd ed.)*. Boca Raton, FL: CRC Press.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 1A

# DUNLEAVY CURRICULUM VITA

**ERIC M. DUNLEAVY, PH.D.**

Director of Employment and Litigation Services

DCI Consulting Group

## BIOGRAPHY

**Eric M. Dunleavy, Ph.D.** is an Industrial/Organizational (I/O) Psychologist and Director of Employment and Litigation Services at DCI Consulting Group, where he leads a division of Psychologists and Labor Economists involved in a wide variety of personnel selection, workforce analytics, and litigation support services. Dr. Dunleavy has particular expertise in the areas of equal employment opportunity (EEO) analytics, job analysis, psychological measurement, and selection procedure development, evaluation and validation. He has conducted applied research for private, federal and public sector organizations during his career.

Dr. Dunleavy received his M.A. (2002) and Ph.D. (2004) in Industrial/Organizational Psychology from the University of Houston. Since then he has conducted high stakes applied research on employment outcomes such as hiring, promotion, and pay in various contexts and for broad range of clients. He has also published articles in various journals and recently co-edited (with Scott B. Morris) the book *"Adverse Impact Analysis: Understanding Data, Statistics and Risk"* (Taylor & Francis, 2017). He has been adjunct faculty and taught graduate level courses at both George Mason University and the University of Maryland at Baltimore Country. He is also a faculty member of the Institute for Workplace Equality. Before joining DCI, Dr. Dunleavy worked for the American Institutes for Research, where he was involved in large-scale social science and personnel selection research for medical, educational, and federal agency clients.

In 2011 Dr. Dunleavy received the first *Distinguished Early Career Contributions Award - Practice* from the *Society for Industrial-Organizational Psychology (SIOP)*. In 2015 he was elected a *SIOP Fellow*. In 2016 he testified before the Equal Employment Opportunity Commission (EEOC) on matters related to big data/people analytics in employment and was one of eleven I/O Psychologists selected to a SIOP task force responsible for revising the *SIOP Principles*. He has recently chaired a SIOP task force responsible for dialogue on topics of mutual interest with EEOC and presented an invited session to the National Academy of Sciences. Dr. Dunleavy has served as a consulting or testifying expert on matters related to Title VII, ADEA, and Executive Order 11246, and involving outcomes including hiring, promotion, performance measurement and pay. He has worked as an appointed I/O Psychology expert responsible for conducting research in the context of numerous equal employment opportunity settlements.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## EDUCATION

| | | |
|---|---|---|
| • **Ph.D.** Industrial-Organizational Psychology | 2004 | University of Houston |
| • **M.A.** Industrial-Organizational Psychology | 2002 | University of Houston |
| • **B.A.** Psychology | 2000 | Saint Anselm College |

## PROFESSIONAL EXPERIENCE

**DCI Consulting Group** **2007 - Present**

- Director of Employment and Litigation Services (ELS)
- Principal Consultant
- Senior Consultant

**University of Maryland Baltimore County, Psychology Department** **2010 - 2013**

- Adjunct Faculty

**George Mason University, Psychology Department** **2005, 2011**

- Adjunct Faculty

**American Institutes for Research (AIR)** **2004 - 2007**

- Senior Research Scientist
- Research Scientist

**Jeanneret & Associates** **2003 - 2004**

- Doctoral Intern

**Assessment & Development Inc., Galveston, TX** **2002 - 2004**

- Personnel Psychology Consultant

**University of Houston** **2000 - 2004**

- Teaching Assistantships, Teaching Fellowships


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## PROFESSIONAL AFFILIATIONS AND SERVICE

- Society for Industrial-Organizational Psychology (SIOP)
  - Member
  - Fellow (2015)
  - Conference Submission reviewer
  - Awards Committee (2011-2014)
  - Theme Track Committee (2011)
  - Professional Practice Committee (2012-2016)
  - Chair, SIOP task force on contemporary selection recommendations to EEOC (2013-2016).
  - Member, SIOP task force revising the Principles for Use and Validation of Employee Selection Procedures (2016-2018)
- Personnel Testing Council of Washington DC (PTC/MW)
  - Past President
  - Vice President
  - Legal Chair
  - Member
- American Psychological Association (APA)
  - Member
- Society for Human Resource Management (SHRM)
  - Member
- Editorial Board Member
  - The Industrial-Organizational Psychologist (2007-2014)
- Journal Reviewer
  - Journal of Applied Psychology
  - International Journal of Selection and Assessment
  - Journal of Business and Psychology
  - The Industrial/Organizational Psychologist


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## SELECTED CLIENTS

- Abbott Labs
- Accenture
- Alamo Group
- Altria
- American Airlines
- Anne Arundel County
- Arkansas Electric
- Association of American Medical Colleges
- Bank of America
- BlueCross BlueShield of South Carolina
- BlueLabs
- Boeing
- Booz Allen Hamilton
- Boston Consulting Group
- C&S Wholesale
- Cargill
- Center for Substance Abuse Treatment
- Chrysler
- Cintas
- City of New York
- Coca Cola
- Consumer Financial Protection Board (CFPB)
- Continental Tires
- Costco
- Dell
- Delta Airlines
- Department of Justice
- Department of the Treasury
- Dish network
- Dollar General
- Dollar Tree
- Emerson Electric
- Fed Ex
- Federal Aviation Association
- Federal Deposit Insurance Corporation
- Federal Housing Finance Agency
- Federation of State Board of Physical Therapy
- FedEx Express
- FirstBank
- Foreign Credentialing Commission on Physical Therapy
- General Motors
- Hilton
- Honeywell
- Huntington Ingalls


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- Huntington Ingalls Shipbuilding
- Huntington Ingalls Newport News
- Indianapolis Light and Power
- Intel
- Jackson Life
- JBS
- KPMG
- Marathon
- Marriott
- MassMutual
- McKesson
- Microsoft
- National Center for Educational Statistics
- National Credit Union Administration
- National Elevator Industry Education Program
- National Heath Care Service Corps
- Northrop Grumman
- Norton Healthcare
- Office of the Comptroller of the Currency
- Orlando Utilities Commission
- PepsiCo
- Performance Food Group
- Prudential
- Robbins Gioia
- Sallie Mae Bank
- Smuckers
- Society for Human Resource Management
- Stryker
- Sysco
- Texas Instruments
- The Hartford
- T-Mobile
- Transportation and Security Administration
- Tyson Foods
- Union Pacific
- United Airlines
- US Census
- US Department of the Navy
- US Foods
- USAA
- Vail
- Verizon Wireless
- Walmart
- Wells Fargo
- Washington Metropolitan Area Transit Authority
- Woodforest Bank


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## BIBLIOGRAPHY – LAST 10 YEARS

***Books, Book Chapters, and Journal Articles***


Cohen, D. B., Aamodt, M. G., & Dunleavy, E. M. (2010). *A Technical Advisory Committee Report on Best Practices in Adverse Impact Analysis*. Published by the Center for Corporate Equality at www.cceq.org

Cohen, D. B. & Dunleavy, E. M. (2010). A Review of OFCCP Enforcement Statistics for Fiscal Year 2008. Published by the *The Center for Corporate Equality at* www.cceq.org.

Dunleavy, E. M. (2010). What is in a name? Learning from the SIOP name change. *Personnel Testing Council of Metropolitan Washington D.C. Quarterly,* 6, 1, 12-14.

Dunleavy, E. M. (2010). Keeping up with the Courts: Three themes to note. *Personnel Testing Council of Metropolitan Washington D.C. Quarterly*, 6, 2, 1-4.

Dunleavy, E. M. (2010). Debating the future of the Uniform Guidelines. *Personnel Testing Council of Metropolitan Washington D.C. Quarterly, 6, 3*, 1. 12-15.

Dunleavy, E. M. (2010). The year that was. *Personnel Testing Council of Metropolitan Washington D.C. Quarterly*.

Dunleavy, E. M. (2016). Written testimony to the Equal Employment Opportunity Commission (EEOC) on behalf of the Society for Human Resource Management (SHRM). Public Meeting on big data in the workplace (10/13/2016).

Dunleavy, E. M., Aamodt, M. G., Gutman, A., Morgan, D., & Cohen, D. B. (2011). Standards, Guidelines and Principles: Why can't they all just get along? *Industrial and Organizational Psychology: Perspectives on Science and Practice.* 4, 515-520.

Dunleavy, E. M., & Gutman, A. (2010). On the Legal Front: Lewis vs. City of Chicago: What is a Timely Claim of Adverse Impact? *The Industrial-Organizational Psychologist, 47, 37-46.*

Dunleavy, E. M., Gutman, A., & Outtz, J. L. (2010). On the Legal Front: Remembering Frank and a Settlement in Bridgeport, Ct. *The Industrial-Organizational Psychologist, 47*, 75-81.

Dunleavy, E. M., & Gutman, A. (2010). On the Legal Front: A Medley of Summer EEO Updates. *The Industrial-Organizational Psychologist, 48*, 86-92.

Dunleavy, E. M. & Gutman, A. (2011). On the Legal Front: An update on the statistical versus practical significance debate: A Review of Stagi v. Amtrak (2010). *The Industrial-Organizational Psychologist, 49,* 121-130.

Dunleavy, E. M. & Gutman, A. (2013). On the Legal Front: The latest EEO Challenges to Background Checks. *The Industrial-Organizational Psychologist, 51, 106-118.*



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Dunleavy, E. M. & Gutman, A. (2014). On the Legal Front: New EEO/AA Regulations for Individuals with Disabilities and Protected Veterans. *The Industrial-Organizational Psychologist, 51, 173-181.*

Gabbard, R. M., Sharrer, D. D., Dunleavy, E. M., & Cohen, D. (2014). New Self-Identification Regulations for Individuals With Disabilities: Will a Compliance-Focused Approach Work? *Industrial and Organizational Psychology, 7*(02), 227-231.

Gutman, A. & Dunleavy, E. M. (2010). On the Legal Front: OFCCP Settlement Review: What was the Burden on Bank of America? *The Industrial-Organizational Psychologist,* 48, 73-80.

Gutman, A. & Dunleavy, E. M. (2011). On the Legal Front: Supreme Court Hears Oral Arguments in Wal-Mart v Dukes. *The Industrial-Organizational Psychologist,* 49, 49-54.

Gutman, A. & Dunleavy, E. M. (2011). On the Legal Front: A Review of the Supreme Court Ruling Wal-Mart v Dukes: Too Big to Succeed? *The Industrial-Organizational Psychologist,* 49, 75-80.

Gutman, A., & Dunleavy, E. M. (2011). On the Legal Front: Supreme Court to hear two retaliation cases. *The Industrial-Organizational Psychologist. 49,* 123-128.

Gutman, A., & Dunleavy, E. M. (2012). Documenting Work Analysis Projects. *The Handbook of Work Analysis: Methods, Systems, Applications and Science of Work Measurement in Organizations*, 139-167.

Gutman, A. & Dunleavy, E. M. (2012). On the Legal Front: Understanding Grant v. Metro: Wards Cove Reloaded? *The Industrial-Organizational Psychologist. 49*, 73-80.

Gutman, A. & Dunleavy, E. M. (2012). On the Legal Front: Reflections on Ricci. *The Industrial-Organizational Psychologist. The Industrial-Organizational Psychologist. 49,* 73-77.

Gutman, A. & Dunleavy, E. M. (2012). On the Legal Front: Supreme Court to Rule on *Fisher v. University of Texas*: Is *Grutter* in Trouble? *The Industrial-Organizational Psychologist, 50,* 105-113.

Gutman, A. & Dunleavy, E. M. (2012). On the Legal Front: Summertime Blues. *The Industrial-Organizational Psychologist, 50,* 105-111.

Gutman, A. & Dunleavy, E. M. (2012). On the Legal Front: Thirteen years of on the legal front. *The Industrial-Organizational Psychologist, 50,* 125-133.

Gutman, A., & Dunleavy, E. M. (2013). Contemporary Title VII Enforcement: The Song Remains the Same? *Journal of Business and Psychology, 28*(4), 487-503.

Gutman, A. & Dunleavy, E. M. (2012). On the Legal Front: US and Vulcan Society v NYC: Can Disparate Impact become a Pattern or Practice of Discrimination? *The Industrial-Organizational Psychologist, 51,* 96-100.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Gutman, A., & Dunleavy, E. (2015). A Comparison of EEO Law on Workforce Aging Across English-Speaking Countries. *Facing the Challenges of a Multi-Age Workforce: A Use-Inspired Approach*, 283-309.

Gutman, A., Outtz, J. L., & Dunleavy, E. M. (2016). An Updated Sampler of Legal Principles in Employment Selection. In Farr, J. L., & Tippins, N. T. (Eds.). Handbook of Employee Selection. (2nd ed.). (pp. 631-658). New York. Routledge.

Howard, L., Morris, S. B., & Dunleavy, E. M. (2017). Generalizability vs. Situational Specificity in Adverse Impact Analysis: Issues in Data Aggregation. Industrial and Organizational Psychology: Perspectives on Science and Practice. 10, 495-501.

Kantrowitz, T., Dunleavy, E. M., & Tonowski, R. (2013). SIOP Task Force Begins Dialogue with Equal Employment Opportunity Commission (EEOC) (2013). *The Industrial-Organizational Psychologist, 50,* 150-154.

King, E. B., Dunleavy, D. G., Dunleavy, E. M., Jaffer, S., Morgan, W. B., Elder, K., & Graebner, R. (2011). Discrimination in the 21st century: Are science and the law aligned? *Psychology, Public Policy, and Law, 17*(1), 54-75.

Lindsey, A., King, E., McCausland, T., Jones, K., & Dunleavy, E. (2013). What we know and don't: Eradicating employment discrimination 50 years after the Civil Rights Act. *Industrial and Organizational Psychology, 6*(4), 391-413.

Morgan, W. B., Dunleavy, E., & DeVries, P. D. (2015). Using Big Data to Create Diversity and Inclusion in Organizations. *Big Data at Work: The Data Science Revolution and Organizational Psychology*, 310-335.

Morris, S. B., & Dunleavy, E. M. (2016). *Adverse Impact Analysis: Understanding Data, Statistics and Risk.* New York, NY: Routledge.

Morris. S. B., & Dunleavy, (2016). An introduction to adverse impact measurement in the EEO context (pp. 1-28). In Morris, S.B., & Dunleavy, E.M. (eds.), *Adverse Impact Analysis: Understanding Data, Statistics, and Risk.* NY: Routledge.

Morris. S. B., & Dunleavy, (2016). Some conclusions and emerging issues in adverse impact measurement (pp. 363-372). In Morris, S.B., & Dunleavy, E.M. (eds.), *Adverse Impact Analysis: Understanding Data, Statistics, and Risk.* NY: Routledge.

Morris. S. B., Dunleavy, E. M., & Lee, M. (2016). Many 2x2 table: Understanding multiple events in adverse impact analyses (pp. 147-168). In Morris, S.B., & Dunleavy, E.M. (eds.), *Adverse Impact Analysis: Understanding Data, Statistics, and Risk.* NY: Routledge.

Morris, S., Dunleavy, E. M., & Howard, L. (2015). Measuring adverse impact in selection decisions. In Sady, K., & Hanvey, C. (2015). *HR Practitioner's Guide to Legal Issues in Organizations:* Research Methods for Practical Problems. New York: Springer Publishing. 1-27.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Oswald, F. L., Dunleavy, E. M., & Shaw, A. (2016). Measuring Practical Significance in Adverse Impact Analysis (pp. 92-112). In Morris, S.B., & Dunleavy, E.M. (eds.), *Adverse Impact Analysis: Understanding Data, Statistics, and Risk.* NY: Routledge.

Pryor, K., Dunleavy, E.M., & Cohen, D. B. (2014). Funny you should mention it: new disability EEO/AA regulations finalized for Federal contractors. Accepted to *Industrial and Organizational Psychology: Perspectives on Science and Practice. 2, 220-224.*

Pryor, K., Haimann, C., & Dunleavy, E.M. (2020). Ethical Considerations Associated with Exploration and Analog Environment Research. In Landon, L.B., Slack, K.J., & Salas, E. eds. Psychology and Human Performance in Space Programs. Vol 2: Extreme Applications. Taylor & Francis.

Sady. K., Dunleavy, E. M., & Gutman, A. (2013). On the Legal Front: Pattern-or-Practice Dressed as Disparate Impact? A Review of Chin v. Port Authority. *The Industrial-Organizational Psychologist, 50,* 47-53.

***Conference and Other Invited Presentations***

Aamodt, M., A., & Dunleavy, E. M. (2010) Best Practices in Conducting Adverse Impact Analyses. Presentation at the first annual International Personnel Assessment Council (IPAC) Conference. Newport Beach, California.

Aamodt, M. A., & Dunleavy, E. M. (2012). Contemporary Pay Equity Analyses: What federal contractors need to know. Presentation at the Southwest and Rocky Mountain Region (SWARM) Industry Liaison Group (ILG) Annual Conference. San Antonio, TX.

Bischoff, K., & Dunleavy, E. M. (2019). Gamification in Employee Recruiting and Selection. Presentation at 13th annual American Bar Association Labor and Employment Law Conference. New Orleans, LA.

Boyce, A., Dunleavy, E. M., Outtz, J. L., & Gutman, A. (2015). Legal Defensibility of Selection Procedures. Community of interest during the 30th annual SIOP conference. Philadelphia, PA.

Bradley, E., Dunleavy, E. M., & Tison, E. B. (2016). *Pay Data Audits: How to Review Compensation Practices to Avoid Equal Pay Act Claims.* Presentation at the 21st annual Advanced Employment Issues Symposium (AEIS). Las Vegas, NV.

Brannick, J. P., Tonowski, R. F., Reynolds, D. H., & Dunleavy, E. M. (2013). *SIOP and EEOC: Developing contemporary guidance.* Special event at the 28th annual SIOP conference, Houston. TX.

Cohen, D. B., Aamodt, M. G., & Dunleavy, E. M. (2010). Results of A Technical Advisory Committee on Best Practices in Adverse Impact Analysis. Presentation at the National Industry Liason Group (NILG) Conference. Las Vegas, NV.

Cohen, D. B., & Dunleavy, E. M. (2010). A Review of OFCCP Enforcement Statistics and some other CCE projects. Presentation at the SWARM ILG Annual Conference. Houston, TX.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Cohen, D. B., Dunleavy, E. M., Biddle, D., Fortney, D., Geier, J., Lakis, J., & Silberman, M. (2011). Navigating the Landscape of OFCCP Compliance. Panel presented at the annual NILG Conference. New Orleans, LA.

Cohen, D. B., Dunleavy, E. M., Aamodt, M. G., Baker, M., Geier, J., Mueller, L., Silberman, M., Sinar, E. (2011). Recommendations of a Technical Advisory Committee on Adverse Impact. Panel Presented at the 26th Annual SIOP Conference. Chicago, IL.

Cohen, D. B., Liakos, C., Simpson, M., Tonowski, R., Wilkinson, C., Morris, S. B., & Dunleavy, E.M., (2019). Contemporary Issues in Pay Equity Analysis: A Cross-Disciplinary Discussion. Panel Presented at the 34th annual SIOP Conference. Washington, D.C.[182]

Dunleavy, E. M. (2010) A Review of OFCCP Settlements from Fiscal Year 2008. Presentation at the Quarterly Board of the Northeastern Corporate (NERC) Industrial Liaison Group Meeting. New York, NY.

Dunleavy, E. M. (2010) Best Practices in Conducting Adverse Impact Analyses. Presentation at annual Mid-Atlantic Personnel Assessment Council (MAPAC) Conference. Silver Spring, Maryland.

Dunleavy, E. M. (2010). A Review of OFCCP Settlements from FY 2009. Presentation to the Minnesota Affirmative Action Compliance Council (MAACC). Minneapolis, MN.

Dunleavy, E. M. (2012). Distinguished Early Career Contributions Award (Practice): Navigating the Maze of Early Career Practice: Scientist–Practitioner Reflections. Special Event presentation at the 27th annual SIOP conference. San Diego, CA.

Dunleavy, E. M. (2014). EEO/AA under the Obama Administration: What you need to know. Presentation at the 38th Annual Edison Electric Conference. Denver, CO.

Dunleavy, E. M. (2013). *Moving the state of adverse impact measurement forward (Chair).* Panel at the 28th annual SIOP conference. Houston, TX.

Dunleavy, E. M. (2015). Legal concerns in removing formal PM components. Presentation given at the SIOP Leading Edge Consortium. Building a High Performance Organization: A fresh look at performance management. Boston, MA.

Dunleavy, E. M., Biddle, D., Patchell, H., Speer, M., & Tonowski, R. (2014). Testing and selection essentials and the Uniform Guidelines. Panel presented at the annual NILG Conference. Washington, DC.

Dunleavy, E. M., Cohen, D. B., & Colosimo, J. (2011). A "Modern" Twist on Adverse Impact Analysis...or is it? In Dunleavy, E. M. (Chair), Adverse Impact Analysis: Contemporary Perspectives and Practices. Panel at the 26th Annual SIOP Conference. Chicago, IL.

Dunleavy, E. M. & Gutman, A. (2010). Legal Front Update: Ricci, OFCCP Enforcement and Implications for Selection. Master Tutorial at 25th Annual SIOP conference. Atlanta, GA.

[182] Combined with Cohen, D. B., Dunleavy, E. M., & Morris, S. B. (2019). Pay Equity Research: Instruction in the Legal and Statistical Frameworks. Master Tutorial accepted to the 34th Annual SIOP Conference. Washington, D.C.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Dunleavy, E. M., & Gutman, A. (2012). EEO/Employment Law. Community of Interest hosted at the 27th Annual SIOP conference. San Diego, CA.

Dunleavy, E. M., & Gutman, A. (2014). On the Legal Front: An Essential Toolkit for Surviving EEO Challenges. Pre-conference workshop at the 29th Annual SIOP Conference. Honolulu, HI.

Dunleavy, E. M., & Gutman, A., Johnson, J., Outtz, J. L., & Sackett, P. (2014). Cruising the Validity Transportation Highway: Are We There Yet? Panel at the 29th Annual SIOP Conference. Honolulu, HI.

Dunleavy, E. M., Hennen, M. E., & Lustenberger, D. (2019). The diversity characteristic that affects us all...*eventually***:** A Primer on contemporary EEO issues related to age. Invited workshop presented at the Personnel Testing Council of Metropolitan Washington D.C. (PTCMW).

Dunleavy, E.M., Lustenberger, D., Hennen, M. E., & Willner, K. (2019). Committee on the Consideration of Generational Issues in Workforce Management and Employment Practices: Legal Perspective. Invited presentation given to the above Committee at The National Academies of Sciences, Engineering and Medicine.

Dunleavy, E. M., & Mehri, C. (2012). Legal Update Workshop: EEO Best Practices from plaintiff, employer, and agency perspectives. Preconference workshop at the 27th annual SIOP Conference. San Diego, CA.

Dunleavy, E. M., Morgan, D. M., & Clavette, M. (2010). Practical Significance: A Concept Whose Time has come in adverse impact analyses. In Morrison, J., & Sinar, E. (Moderator), Symposium at the 25th annual SIOP conference. Atlanta, GA.

Dunleavy, E. M., Morris, S. B., Mehri, C. & Ross, D. B. (2017). Legal update: plaintiff and defense attorney perspectives on data, statistics, and risk. Pre-conference workshop at the 32nd annual SIOP conference.Orlando, FL.

Dunleavy, E. M., Sady, K., Aamodt, M., Gutman, A., & Converse, P. (2015). Developing a Biodata Profile to Predict Turnover – Lessons Learned. In Cucina, J. & Dunleavy, E. M. (Co-Chairs), Novel research and advances in biodata. Symposium at the 30th annual SIOP conference. Philadelphia, PA.

Dunleavy, E. M. & Tison, E. B. (2015). A primer on job-relatedness and reasonable alternatives. Half-day workshop at the Annual IPAC conference. Atlanta, GA.

Dunleavy, E. M. & Tison, E. B. (2015). Legal Update: what you need to know as a HR selection and assessment professional. Half-day workshop at the Annual IPAC conference. Atlanta, GA.

Dunleavy, E.M. & Tison, E. B. (2016). Cognitive Computing: Potential Legal Consequences of Using Big Data. Presentation at the 21st annual Advanced Employment Issues Symposium (AEIS). Las Vegas, NV.

Dunleavy, E.M. & Tison, E. B., Ruan, N., & Meade, K. (2019). Legal Update: Contemporary EEO Developments that IOs need to know. Pre-conference workshop at the 34th annual SIOP conference. Washington, D.C.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Foster, L. L., Dunleavy, E.M., King, E.B., Oswald, F., Trindel, K. (2019). Emerging Technology and Predictive Analytics: Fairness Concerns and Opportunities. Panel at the 34th Annual SIOP Conference. Washington, D.C.

Foster, L., Autor, D., Dunleavy, E. M., Polli, F., & Yang, J. (2020). Automation (In)Equality and the Future of Work: Interdisciplinary Perspectives. Panel at the 35th Annual SIOP Conference. Austin, TX (virtual).

Hanvey, C., Frizell, J., Girouard, Hennen, M. E., & Dunleavy, E. M. (2019). Grasping at Straw Men: Implications of Novel Title VII: Allegations. Panel at the 34th Annual SIOP Conference. Washington, D.C.

Herleman, H.A., Gilbert, S. N., Pearlman, K., Dunleavy, E. M., Hayes, T. L., Hendrickson, C., & Tsacoumis, S. (2011). Conducting KSAO and Competency-based Job Analyses: Advice from the field. Panel at the 26th Annual SIOP Conference. Chicago, IL.

Illingworth, J. A., Dunleavy, E.M., Morgan, H., Park, A. Y., & Schmidt, D. B. (2016). Opening the Black Box: Legal Implications of Big Data Algorithms. Panel at the 31st Annual SIOP Conference. Anaheim, CA.

Kantrowitz, T., Dunleavy, E. M., Fuller, J., Gutman, A., Lahti, K., & Ramsey, M. (2014). Recruitment of Individuals with Disabilities: Regulatory, Research, and Employer Perspectives. Panel at the 29th Annual SIOP Conference. Honolulu, HI.

Miller, A. A., Kurtessis, J. N., Dunleavy, E. M., Buonasera, A. K., & Hall. S. (2017). I/O's role in advancing HR in the big data charge. Panel at the 32nd annual SIOP conference. Orlando, FL.

Morris, S. B., & Dunleavy, E. M. (2015). Data aggregation in adverse impact analyses: The song remains the same? In D. Dubin & K. Sady (Co- Chairs), Faces in a crowd: Data aggregation issues in legal scenarios. Symposium at the 30th annual SIOP Conference. Philadelphia, PA.

Morris, S. B., Dunleavy, E. M., Deere, D. R., Kuang, D. C., Oswald, F., & Tonowski, R. F. (2017). Innovative approaches to adverse impact analysis. Panel at the 32nd Annual SIOP Conference. Orlando, FL.

Munson, L. J., Alonso, A., Driggers, R. I., Dunleavy, E. M., & Mueller, L. M. (2014). Making the Most of SMEs: Strategies for Managing SME Interactions. Panel at the 29th Annual SIOP Conference. Honolulu, HI.

Oppler, S., Mitchell, K., Mueller, L., Dunleavy, E., & Glenn-Dunleavy, D (2010). A Comparison of MCAT Validity across Standard and Accommodated Administrations. Poster presentation at 25th Annual SIOP conference. Atlanta, GA.

Oppler, S. Dunleavy, D., Mueller, L, & Dunleavy, E. M. (2012). The role of differential prediction in the consideration of alternatives. In Hough, L. (Chair) *Racial Differences in Personnel Selection: Complex Findings and Ongoing Research*. Symposium at the 27th Annual SIOP conference. San Diego, CA.

Outtz, J. L. & Dunleavy, E. M. (2012). Settling Workplace discrimination claims: The Do's, Don'ts, Costs and Benefits. Theme Track Symposium at the 27th Annual SIOP conference. San Diego, CA.

Polli, F., Yoo, J., Taylor, B., Eigen, Z., & Dunleavy, E. M. (2017). People Analytics Panel. Presented at the EEODATANET Conference: Building an Interdisciplinary Equal Employment Opportunity Research Network and Data Capacity.

Sady, K., Shapiro, A.R., & Dunleavy, E. M. (2013). Standard deviation versus standard error: Proliferation of a misnomer in EEO litigation. In Hanvey, C., & Sady, K. (Co-Chairs), *I-O in the legal context: Inconsistencies in understanding and application*. Symposium at the 28th annual SIOP conference. Houston, TX.

Stockdale, P., Banks, C.G., Dunleavy, E. M., Goldberg, C., Gutman, A. (2016). Competencies and Content Expertise for I-O Psychology. Panel at the 31st Annual SIOP Conference. Anaheim, CA.

Trindel, K. & Dunleavy, E. M. (2017). Big Data, Big Deal? Understanding Big Data and Potential EEO Consequences. Presentation at the 2017 National Industry Liaison Group (NILG) Annual Conference. San Antonio, TX.

Trindel, K. & Dunleavy, E. M. (2018). EEO and the use of Predictive analytics tools. Presentation at the 2018 Predictive Analytics World Conference. Las Vegas, NV.

***Selected Technical Reports and Public Comments***

The Center for Corporate Equality. (2010). Comment submitted to DOL in response to proposed Affirmative Action and Nondiscrimination Obligations of Contractors and Subcontractors; Evaluation of Affirmative Action Provisions Under Section 503 of the Rehabilitation Act. RIN #1250-AA02.

The Center for Corporate Equality. (2011). Comment (suggesting that the Uniform Guidelines on Employee Selection Procedures be reviewed) submitted jointly to DOL, EEOC and DOJ in response to the Request for Public Comment on Plan for Retrospective Analysis of Significant Regulations pursuant to Executive Order 13563, which applies across the federal government. 76 Fed. Reg. 3821 (Jan. 21, 2011).

The Center for Corporate Equality. (2011). Comment submitted to DOL in response to Affirmative Action and Nondiscrimination Obligations of Contractors and Subcontractors Regarding Protected Veterans; Proposed Rule. Identification number (RIN): 1250-AA00.

The Center for Corporate Equality. (2011). Comment submitted to DOL in response to the Notice of Proposed Rescission with respect to the Interpretive Standards for Systemic Compensation Discrimination ("Standards") and Voluntary Guidelines for Self-Evaluation of Compensation Practices ("Guidelines") Under Executive Order 11246 ("Executive Order") by the U.S. Department of Labor (the "Department" or the "DOL"). Reference: 1250-ZNE.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

The Center for Corporate Equality. (2011). Comment submitted to DOL in response to the proposed extension of the approval of information Collection Requirements (OMB Control Number 1250-0003).

The Center for Corporate Equality. (2011). Comment submitted to DOL in response to the final notice on the extension of the approval of information Collection Requirements (OMB Control Number 1250-0003.

The Center for Corporate Equality. (2012). Comment submitted to DOL in response to final notice of Affirmative Action and Nondiscrimination Obligations of Contractors and Subcontractors; Evaluation of Affirmative Action Provisions under Section 503 of the Rehabilitation Act. RIN #1250-AA02.

DCI Consulting Group (2014). An analysis of gender, race and age differences in Performance ratings of Employees. Report submitted to a Federal Agency (1 of 6).

DCI Consulting Group (2014). An analysis of gender, race and age differences in Performance ratings of Employees. Technical report submitted to a Financial Regulatory Federal Agency (2 of 6).

DCI Consulting Group (2014). An analysis of gender, race and age differences in Performance ratings of Employees. Technical report submitted to a Financial Regulatory Federal Agency (3 of 6).

DCI Consulting Group (2014). An analysis of gender, race and age differences in Performance ratings of Employees. Technical report submitted to a Financial Regulatory Federal Agency (4 of 6).

DCI Consulting Group (2014). An analysis of gender, race and age differences in Performance ratings of Employees. Technical report submitted to a Financial Regulatory Federal Agency (5 of 6).

DCI Consulting Group (2014). An analysis of gender, race and age differences in Performance ratings of Employees. Technical report submitted to a Financial Regulatory Federal Agency (6 of 6).

Equal Employment Advisory Council, U.S. Chamber of Commerce, National Association of Manufacturers, Center for Corporate Equality, HR Policy Association, and The Associated General Contractors of America. (2011). Comment submitted jointly to DOL in response to the Advance Notice of Proposed Rulemaking: Non-Discrimination in Compensation; Compensation Data Collection Tool (RIN 1250–AA03).

Morris, S. B. & Dunleavy, E.M. (2014). A Primer on Data Aggregation in Adverse Impact Analysis. A white paper written for the SIOP Task Force on Contemporary Selection Recommendations (CSR).

## LITIGATION SUPPORT – LAST FOUR YEARS

**Testifying Expert**

*Kelli Smith et al., v. Merck & Co., Inc., et al.,* Case No. 13-cv-2970-MAS-LHG.

*Laryssa Jock, et al. v. Sterling Jewelers Inc.* (AAA Case No. 11 160 00655 08) and Equal Employment Opportunity Commission v. Sterling Jewelers Inc. (W.D.N.Y. Case No. 08-CV-0706 (A)(M)).

Meeting of October 13, 2016 - Big Data in the Workplace: Examining Implications for Equal Employment Opportunity Law. https://www.eeoc.gov/eeoc/meetings/10-13-16/

*Ellis et al., vs. Google*, LLC, Case No. CGC-17-561299

**Selected Consulting Expert Work**

*Houser et al. v. Pritzker,* 28 F.Supp.3d 222 (SDNY 2014)

*Houser et al. v. Pritzker*, 28 F.Supp.3d 222 (SDNY 2014) (expert for settlement work)

*Ellis et al. v. Costco Wholesale*, No. 07–15838 (expert for settlement work)

Various OFCCP audit, Early Resolution Conciliation Agreement (ERCA), and litigation matters.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 1B

# MATERIALS CONSIDERED


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Materials Considered**

*Chen-Oster, et al. v. Goldman, Sachs & Co. and The Goldman Sachs Group, Inc.*
(Case number 10-CV-06950)

## I. Case Documents (legal filings)

- Memorandum in Support of Plaintiff's Motion for Class Certification, "2014-05-19 - Plaintiffs Memo for Class Cert.pdf," 5/19/14.
- Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, "2014-07-03 - Defendants Memo Opposing Class Cert.pdf," 7/3/14.
- Memorandum and Order from James C. Francis IV: Motion to Exclude Expert Testimony, "2015-03-10 - Magistrate Order Re Motion to Exclude Expert Testimony [dckt 363].pdf," 3/10/15.
- Report and Recommendation from James C. Francis IV: Denial of Class Certification, "2015-03-10 - Magistrate Recommendation Class Cert be Denied [dckt 364].pdf," 3/10/15.
- Defendants' Memorandum on the Impact of Material Changes to Goldman Sachs' challenged Processes for Evaluating Professionals on Class Certification Discovery and Briefing from Defendant Attorney Robert J. Giuffra, Jr., "Defs MOL on Material Changes (ECF 545).pdf," 10/13/17.
- Opinion and Order on Class Certification from Analisa Torres, "2018-03-30 - Opinion and Order on Class Cert.pdf," 3/30/18.
- Memorandum In Support Of Plaintiffs' Motion to Modify Schedule from Plaintiff's Attorney Kelly M. Dermody, "Plaintiffs MOL ISO Motion to Modify Schedule.pdf," 4/18/18.
- Plaintiffs' Responses and Objections to Defendants' Third Set of Interrogatories from Kelly M. Dermody, "2019-04-10 - Plaintiffs' Objections and Responses to Defendants' Third Set of Interrogatories.pdf," 4/10/19.
- Amended Pre-trial Schedule from Robert W. Lehrburger, "2020-01-23 Amended [dckt 943_0].pdf," 1/23/20.
- Declaration of Susan Benz, "Benz Declaration.pdf," 7/3/14.
- Declaration of Jean Marie Bohm, "Bohm Declaration.pdf," 6/5/14.
- Declaration of Jacqueline Cassidy, "Cassidy Declaration.pdf," 5/23/18.
- Declaration of Donald Casturo, "Casturo Declaration.pdf," 6/27/14.
- Declaration of Darren Cohen, "Cohen, Darren Declaration.pdf," 7/1/14.
- Declaration of Stephanie Cohen, "Cohen, Stephanie Declaration.pdf," 7/1/14.
- Declaration of Darren Cohen, "Cohen, Darren Declaration.pdf," 5/22/18.
- Declaration of Nora Creedon, "Creedon Declaration.pdf," 6/30/14.
- Declaration of Arianne Criqui, "Criqui Declaration.pdf," 7/2/14.
- Declaration of Samantha Davidson, "Davidson Declaration.pdf," 7/1/14.
- Declaration of Ashley Eckhard, "Eckhard Declaration.pdf," 6/26/14.
- Declaration of Celeste Guth, "Guth Declaration.pdf," 6/30/14.
- Declaration of Aime Hendricks, "Hendricks Declaration.pdf," 7/1/14, and exhibits.
- Declaration of Susan Jane Scher, "Scher Declaration.pdf," 6/27/14.
- Declaration of Ritu Kalra, "Kalra Declaration.pdf," 7/2/14.
- Declaration of Marie Louise ("Malou") Kirk, "Kirk Declaration.pdf," 7/2/14.
- Declaration of David Landman, "Landman Declaration 2015-06-04.pdf," 6/4/15.
- Declaration of David Landman, "Landman Declaration 2017-05-25.pdf," 5/25/17.
- Declaration of David Landman, "10.13.2017 Landman Declaration (ECF 546).pdf," 10/12/17.
- Declaration of John Levene, "Levene Declaration.pdf," 6/30/14.
- Declaration of John Levene, "Levene Declaration.pdf," 5/23/18.
- Declaration of Todd Lopez, "Lopez Declaration.pdf," 7/1/14.
- Declaration of Brendan McGovern, "McGovern Declaration.pdf," 5/22/18.
- Declaration of James McNamara, "McNamara Declaration.pdf," 6/30/14.
- Declaration of Alice Merrill Chester "Chester Declaration.pdf," 6/30/14.
- Declaration of Cathy Obradovich, "Obradovich Declaration.pdf," 6/12/14.
- Declaration of Craig Packer, "Packer Declaration.pdf," 7/2/14.
- Declaration of Michael Perloff, "133 Declaration of Michael Perloff.pdf," 6/4/15.
- Declaration of Stephen Pierce, "Pierce Declaration.pdf," 7/2/14.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- Declaration of Lora Robertson, "Robertson Declaration.pdf," 6/24/14.
- Declaration of Peter Craig Russell, "Russell Declaration.pdf," 6/30/14.
- Declaration of Carolyn Sabat, "Sabat Declaration.pdf," 6/26/14.
- Declaration of Luke Sarsfield, "Sarsfield Declaration.pdf," 5/22/18.
- Declaration of Clare Scherrer, "Scherrer Declaration.pdf," 6/27/14.
- Declaration of Megan Taylor, "Taylor Declaration.pdf," 6/30/14.
- Declaration of Kirstine Wilson, "Wilson Declaration.pdf," 6/30/14.

## II. Depositions

- Deposition of Michael Campion, 12/30/13, and exhibits.
- Deposition of Jennifer Chatman, 1/8/14, and exhibits.
- Deposition of Henry Farber, 11/19/13, and exhibits.
- Deposition of Pamela Tolbert, 3/21/14, and exhibits.
- Deposition of Wayne Cascio, 11/16/13, and exhibits.
- Deposition of Wayne Cascio, 7/31/18, and exhibits.
- Deposition of Henry Farber, 8/14/18, and exhibits.
- Deposition of Gargi Banerjee, 3/4/13, and exhibits.
- Deposition of Lloyd Blankfein, 11/16/20, and exhibits.
- Deposition of Stephanie Blinder, 4/30/13, and exhibits.
- Deposition of Sally Boyle, 6/14/12, and exhibits.
- Deposition of Erika Irish Brown, 11/13/20, and exhibits.
- Deposition of Edith Cooper, 9/9/20, and exhibits.
- Deposition of Elizabeth Cogan, 2/21/13, and exhibits.
- Deposition of Gary Cohn, 11/20/20, and exhibits.
- Deposition of Lisa Donovan, 7/1/13, and exhibits.
- Deposition of Lisa Donovan, 7/2/13, and exhibits.
- Deposition of Genevieve Felix, 6/21/12, and exhibits.
- Deposition of Allison Gamba, 6/18/14, and exhibits.
- Deposition of Justin Gmelich, 11/11/20, and exhibits.
- Deposition of Aime Hendricks, 9/13/12, and exhibits.
- Deposition of Dane Holmes, 10/22/20, and exhibits.
- Deposition of Edith Hunt, 9/30/20, and exhibits.
- Deposition of Kevin Kennedy, 11/12/20, and exhibits.
- Deposition of Jessica Kung, 7/31/13, and exhibits.
- Deposition of Jessica Kung, 8/1/13, and exhibits.
- Deposition of David Landman, 10/10/13, and exhibits.
- Deposition of David Landman, 4/3/18, and exhibits.
- Deposition of David Landman, 9/5/13, and exhibits
- Deposition of Bruce Larson, 6/12/13, and exhibits.
- Deposition of John Lauto, 11/12/20, and exhibits.
- Deposition of Scott Mehling, 5/20/13, and exhibits.
- Deposition of Rodney Miller, 6/20/12, and exhibits.
- Deposition of Mahesh Raj, 4/29/13, and exhibits.
- Deposition of Caroline Heller Sberloti, 7/10/13, and exhibits.
- Deposition of Caroline Heller Sberloti, 7/11/13, and exhibits.
- Deposition of Denise Shelley, 6/19/14, and exhibits.
- Deposition of David Sweezey, 11/20/20, and exhibits.
- Deposition of Anilu Vazquez-Ubarri, 8/13/20, and exhibits.
- Deposition of C. Howard Weitschner, 11/13/20, and exhibits.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- Deposition of Cristina Chen-Oster, 12/8/11, and exhibits.
- Deposition of Cristina Chen-Oster, 12/9/11, and exhibits.
- Deposition of Shanna Orlich, 7/11/11, and exhibits.
- Deposition of Lisa Parisi, 6/16/14, and exhibits.

## III. Internal Documents

- Email Re: Reminder - Feedback Discussions, "134 GS0375995-GS0375996 Email subject Reminder Feedback Discussions.pdf," 10/10/17, GS0375995 - GS0375996.
- Email Re: Reminder - Manager Summary Writing, "135 GS0376026.pdf Email subject Reminder Manager Summary Writing.pdf," 8/2/16, GS0376026.
- Email Re: Changes to Feedback at Goldman Sachs, "136 GS0376131 Email subject Changes to Feedback at Goldman Sachs.pdf," 5/25/16, GS0376131.
- Email Re: Annual and Ongoing Feedback360+ Updates, "137 GS0376132-GS0376133.pdf Email subject Annual and Ongoing Feedback360+ Updates.pdf," 5/18/17, GS0376132 - GS0376133.
- Email Re: Reminder - Manager Summary Writing, "138 GS0377452-GS0377453.pdf Email subject Reminder Manager Summary Writing.pdf," 8/9/16, GS0377452 - GS0377453.
- Performance Quartiling - Process Overview, "140 Old Quartiling Training_ GS0139255_GS0139260 (Production)..pdf," 10/10, GS0139255 - GS0139260.
- Edith Cooper Discussing the Importance of 360 Performance Reviews, "142 Edith Cooper.wmv - Edith Cooper discussing the importance of 360 Performance reviews.wmv."
- Sally Boyle Discussing Maximizing your Performance Review Discussion, "143 Maximizing your Performance Review Discussions with Sally Boyle.wmv."
- 2017 Annual Feedback Summary for Managers - Feedback "144 GS0382356 Sample 360 Feedback Summary (IBD Associate 2017).pdf," GS0382356 - GS0382372.
- 2017 Annual Feedback Summary for Managers - Feedback "145 GS0382320 Sample 360 Feedback Summary (IMD VP 2017).pdf," GS0382320 - GS0382338.
- 2017 Annual Feedback Summary for Managers - Feedback "146 GS0382339 Sample 360 Feedback Summary (Securities Associate 2017).pdf," GS0382339 - GS0382355.
- 2011 Investment Management Annual Performance Review Process, "GS0375110.pdf," 9/10/11, GS0375110 - GS0375228.
- 2013 Development Review - Revenue Associate - Peer (360) Feedback, "GS0375541.pdf," GS0375541 - GS0375542.
- 2014 Development Review - Analyst and Associate - Peer (360) Feedback, "GS0375721.pdf," GS0375721.
- 2016 Annual 360 Feedback: Select Changes to Highlight for Business Partners, "GS0378297.pdf," GS0378297.
- 2016 Feedback - FAQ: Request Feedback, "GS0380242.pdf," GS0380242 - GS0380243.
- 2017 Annual Feedback Summary for Managers - Feedback 360+, "GS0375722.pdf," GS0375722 - GS0375740.
- 360 Feedback Discussion on the Firm's Approach to Feedback, "GS0376244.pdf," 02/17, GS0376244 - GS0376256.
- Email Re: Annual and Ongoing Feedback360+ Updates, "GS0376132.pdf," 5/18/17, GS0376132 - GS0376133.
- Feedback at Goldman Sachs: Drivers for Change, Future State, and Key Milestones, "GS0378300.pdf," GS0378300 - GS0378309.
- Feedback360+ Delivering Effective Feedback, "GS0377328.pdf," GS0377328.
- New Approach to Feedback: Summary of Key Changes, "GS0382262.pdf," 05/16, GS0382262 - GS0382266.
- Ongoing Feedback360+, "GS0376074.pdf," GS0376074 - GS0376087
- 2003 - HCM IBD Organization Chart, "HCM IBD Organization Chart as of December 19, 2003 (GS0116555 - GS0116555).pdf," 12/19/03, GS0116555.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- 2004 - HCM IBD Organization Chart "HCM IBD Organization Chart as of July 23, 2004 (GS0116551 - GS0116551).pdf," 7/23/04, GS0116551.
- 2005 - IBD and MBD HCM Team, "2005 IBDMBD HCM Team (GS0116550 - GS0116550).pdf," GS0116550.
- 2005 - Overview of the Investment Banking Division, "IBD Org Chart 2005 (GS0112923 - GS0112923).pdf," 08/05, GS0112923.
- 2006 - IBD HCM Global Team, "IBD HCM Team Global Team Org Chart - November 2006 (GS0116543 - GS0116544).pdf," 11/06, GS0116543 - GS0116544.
- 2006 - Investment Management Division Organizational Chart, "IMD Org Chart 2006 (GS0112720 - GS0112720).pdf," 05/06, GS0112720.
- 2006 - Overview of the Investment Banking Division, "IBD Org Chart 2006 (GS0112920 - GS0112920).pdf," GS0112920.
- 2007 - IBD HCM Global Team and Employee Counts, "2007 IBD HCM Global Team.pdf," December 2017, GS0116562-GS0116563.
- 2007 - Investment Management Division (IMD) Asset Management Overview, "IMD - GSAM Org Chart 2007 (GS0112721 - GS0112721).pdf," GS0112721.
- 2007 - Investment Management Division (IMD) Organizational Chart "IMD Org Chart 2007 (GS0112718 - GS0112719).pdf," 11/07, GS0112718 - GS0112719.
- 2007 - Investment Management Division (IMD) Organizational Chart "IMD Org Chart 2007 (GS0112898 - GS0112901).pdf," 05/07, GS0112898 - GS0112901.
- 2007 - Overview of the Investment Banking Division, "IBD Org Chart January 2007 (GS0112918 - GS0112919).pdf," 01/07, GS0112918 - GS0112919.
- 2007 - Overview of the Investment Banking Division, "IBD Org Chart July 2007 (GS0112921 - GS0112922).pdf," 07/07, GS0112921 - GS0112922.
- 2008 - IBD/MBD HCM Global Team, "IBD HCM Team Organization Chart December 16, 2008 (GS0116556 - GS0116561).pdf," 12/08, GS0116556 - GS0116561.
- 2008 - Overview of the Investment Banking Division, "IBD Org Chart June 2008 (GS0100618 - GS0100618).pdf," 06/08, GS0100618.
- 2009 - Investment Management Division (IMD) Organizational Chart, "IMD Org Chart 2009 (GS0112715 - GS0112715).pdf," 04/09, GS0112715.
- 2010 - IBD/IMD HCM Global Generalists Organizational Chart, "IBD-MBD HCM Global Generalists (GS0116552 - GS0116554).pdf," 10/10, GS0116552 - GS0116554.
- 2010 - Investment Management Division (IMD) Organizational Chart, "IMD Org Chart 2010 (GS0112897 - GS0112897).pdf," 02/10, GS0112897.
- 2010 - Investment Management Division (IMD) Organizational Chart, Goldman Sachs Asset Management (GSAM), and Private Wealth Management (PWM), "IMD Org Chart 2010 (GS0112709 - GS0112709).pdf," 05/10, GS0112709.
- 2010 Employee Relations New Hire Toolkit, including the Human Capital Management Operating "2010 New Hire Kit- HCM Operating Committee org chart (GS0003860 - GS0004118).pdf," September 2010, GS0003860 - GS0004118.
- 2011 - Global Securities Division Leadership, "2011 Global Securities Division org chart (GS0005048 - GS0005048).pdf," GS0005048.
- 2011 - IBD/IMD HCM Generalists Organizational Chart, "IBD-MBD HCM Generalists (GS0116545 - GS0116546).pdf," 07/11, GS0116545 - GS0116546.
- 2011 - IBD/IMD HCM Global Generalists Organizational Chart, "IBDMBD HCM Team Global Team Org Chart - June 2009 (GS0116547 - GS0116549).pdf," 07/11, GS0116547 - GS0116549.
- 2011 - Investment Management Division (IMD) Organizational Chart, "IMD Org Chart 2011 (GS0112710 - GS0112710).pdf," 04/11, GS0112710.
- 2011 - Overview of the Investment Banking Division, "IBD Org Chart 2011 (GS0112896 - GS0112896).pdf," 12/11, GS0112896.
- 2011 - Tree Flat View Component, "IMD Org Tree from Jessica King June 2011 (GS0099689 - GS0099733).pdf," 6/22/11, GS0099689 - GS0099733.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- 2012 - Global IMD HCM Organizational Chart, "IMD HCM Global Org Chart 2012 (GS0112711 - GS0112714).pdf," 5/2/12, GS0112711 - GS0112714.
- 2012 - Investment Management Division (IMD) Organizational Chart, "IMD Org Chart 2012 (GS0112716 - GS0112716).pdf," GS0112716.
- 2012 - Organizational Tree, "IBD Org Tree 2012 (GS0112826 - GS0112880).pdf," GS0112826 - GS0112880.
- 2012 - Overview of the Investment Banking Division, "IBD Org Charts 2012 (GS0112881 - GS0112882).pdf," 05/12, GS0112881 - GS0112882.
- 2012 IBD/MBD HCM Generalists Organizational Chart, "MBD Org Tree 2012 (GS0112883 - GS0112884).pdf," 05/12, GS0112883 - GS0112884.
- Equities Leadership Organizational Chart - North America, "Equities Leadership Org Chart (GS0112904 - GS0112904).pdf," GS0112904.
- HRWW Organizational Tree "HRWW Org Tree 5-31-2012 (GS0112658 - GS0112708).pdf," GS0112658 - GS0112708.
- Goldman Sachs Management Committee Org Chart, "Profile of GS (spokes org chart) (GS0112765 - GS0112765).pdf," GS0112765.
- Goldman Sachs Management Committee Org Chart and List of Management Committee Members, "Profile of GS (spokes org chart) and Management Committee (GS0112795 - GS0112796).pdf," GS0112795 - GS0112796.
- 2001 MD Selection Cross-ruffing Orientation Meeting, "MD Selection Cross-Ruffing Orientation Meeting Book (GS0113531 - GS0113547).pdf," 7/31/01, GS0113531 - GS0113547.
- 2001 MD Selection Cross-ruffing Orientation Meeting, "MD Selection Cross-Ruffing Orientation Meeting Book FINAL.pdf," 7/31/01, GS0113531 - GS0113547.
- 2012 - Global Securities Division Leadership, "Divisional Org Chart PMDs 2012.pdf," GS0391523.
- 2013 - Securities Division - Leadership Organization Chart, "Divisional Org Chart PMDs 2013.pdf," GS0391522.
- 2014 - Securities Division - Leadership Organization Chart, "Divisional Org Chart PMDs 2014.pdf," GS0391521.
- 2015 - Securities Division - Leadership Organization Chart, "Divisional Org Chart PMDs 2015.pdf," GS0391520.
- 2016 - Securities Division - Leadership Organization Chart, "Divisional Org Chart PMDs 2016.pdf," GS0391519.
- 2017 - Securities Division - Leadership Organization Chart, "Divisional Org Chart PMDs 2017.pdf," GS0391518.
- 2018 - Securities Division - Leadership Organization Chart, "Divisional Org Chart PMDs 2018.pdf," GS0391517.
- 2004 - U.S. Equities Sales - Updated Organizational Chart, "US Equities Sales Org Chart 2004 (GS0112924 - GS0112924).pdf," GS0112924.
- 2005 - Fixed Income, Currency, and Commodities Division and Equities Division Organizational Charts, "Securities Division Org Charts 2005 (GS0112909 - GS0112910).pdf," GS0112909 - GS0112910.
- 2006 - FICC and Equities Organizational Chart - Divisional Leadership, "Securities Org Chart 2006 (GS0112905 - GS0112905).pdf," GS0112905.
- 2007 - Equities and FICC Divisions: Organizational Structure, "Securities Org Chart 2007 (GS0112906 - GS0112908).pdf," GS0112906 - GS0112908.
- 2008 - Securities Division Leadership, "Securities Division Leadership Org Chart 2008 (GS0112895 - GS0112895).pdf," GS0112895.
- 2008 - Securities Division Leadership, "Securities Division Leadership Org Chart 2008 (GS0112902 - GS0112902).pdf," GS0112902.
- 2008 - Securities Division Structure, "Securities Division Structure Org Chart 2008 (GS0112903 - GS0112903).pdf," GS0112903.
- 2010 - Global Securities Division Leadership, "Securities Org Chart 2010 (GS0112892 - GS0112892).pdf," GS0112892.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- 2010 - Securities Division Leadership "Securities Division Leadership Org Chart 2010 (GS0112911 - GS0112911).pdf," GS0112911.
- 2010 - Tree View for FICC and Equities, "Securities Division Org Tree 2010 (GS0109030 - GS0109129).pdf," GS0109030 - GS0109129.
- 2010 - Tree View for FICC and Equities, "Securities Division Org Tree 2010 (GS0109148 - GS0109234).pdf," GS0109148 - GS0109234.
- 2012 - Global Securities Division Leadership, "Securities Org Chart 2012 (GS0112717 - GS0112717).pdf," 4/18/12, GS0112717.
- 2012 - Global Securities Division Leadership, "Securities Org Chart 2012 (GS0112722 - GS0112722).pdf," GS0112722.
- 2012 - Securities Division HCM, "Securities Division HCM Org Chart Feb 2012 (GS0109350 - GS0109350).pdf," GS0109350.
- Fixed Income, Currency, and Commodities Division and Equities Division Organizational Charts, "Securities Org Chart Undated (GS0112890 - GS0112891).pdf," GS0112890 - GS0112891.
- Presentation to Moody's on Securities Division, "Presentation to Moody's on Securities Organization Structure 2010 (GS0112912 - GS0112917).pdf," 5/25/10, GS0112912 - GS0112917.
- Securities Division - Leadership Organization Chart, "Securities Division Leadership Org Chart (GS0005637 - GS0005637).pdf," GS0005637.
- Tree View for FICC and Equities, "Securities Org Tree (GS0002975 - GS0003061).pdf," GS0002975 - GS0003061.
- Understanding the Strats Organization PowerPoint, "Understanding the Strats Organization (GS0116446 - GS0116464).pdf," 4/22/10, GS0116446 - GS0116464.
- Understanding the Strats Organization PPT, "Understanding the Strats Organization.pdf," 4/22/10, GS0116446 - GS0116464.
- Annual Global Organizational Chart - Investment Banking Division "Global IBD Organizational Charts (Dec. 2012 - Oct. 2018).pdf," 12/12 – 10/18, GS0391524 - GS0391530.
- 2009 GSAM Global Third Parties and Global Institutional Organizational Charts, "GSAM Global Third Parties and Global Institutional Organizational Charts 2009 (GS0112893 - GS0112894).pdf," GS0112893 - GS0112894.
- 2010 and 2011 Firmwide Organizational Charts, "Organizational Charts for Partnership and Management Committees and Divisions - Revenue and Federation 2010-2011 (GS0100596 - GS0100610).pdf," 11/10 and 2/11, GS0100596 - GS0100610.
- 2011 Firmwide Organizational Charts, "GS Organization Charts Presentation - All divisions 2/11 (GS0003212 - GS0003226).pdf," 2/11, GS0003212 - GS0003226.
- 2012 Firmwide Organizational Charts, "Global Organizational Chart December 2012.pdf," 12/12.
- 2012 Firmwide Organizational Charts, "2012 GS Firmwide Organizational Charts - 2012 Current Organizational Chart from GS Web from David Meikson (GS0109130 - GS0109144).pdf," 1/12, GS0109130 - GS0109144.
- 2013 Firmwide Organizational Charts, "Global Organizational Chart December 2013.pdf," 12/13.
- 2014 Firmwide Organizational Charts, "Global Organizational Chart December 2014.pdf," 12/14.
- 2015 Firmwide Organizational Charts, "Global Organizational Chart December 2015.pdf," 12/15.
- 2016 Firmwide Organizational Charts, "Global Organizational Chart December 2016.pdf," 12/16.
- 2017 Firmwide Organizational Charts, "Global Organizational Chart December 2017.pdf," 12/17.
- 2018 Firmwide Organizational Charts, "Global Organizational Chart October 2018.pdf," 10/18.
- 2006 Firmwide Organizational Charts, "GS Web Org Charts 2006 (GS0112752 - GS0112764).pdf," 07/06, GS0112752 - GS0112764.
- 2007 Firmwide Organizational Charts, "GS Web Org Charts 2007 (GS0112781 - GS0112794).pdf," 08/07, GS0112781 - GS0112794.
- 2008 Firmwide Organizational Charts, "GS Web Org Charts 2008 (GS0112797 - GS0112810).pdf," 08/08, GS0112797 - GS0112810.
- 2008 Human Capital Management Organizational Chart, "GS Web Org Charts 2008 (GS0112889 - GS0112889).pdf," 07/08, GS0112889.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- 2009 Firmwide Organizational Charts, "GS Web Org Charts 2009 (GS0112811 - GS0112825).pdf," 04/09, GS0112811 - GS0112825.
- 2010 Firmwide Organizational Charts, "GS Web Org Charts 2010 (GS0112766 - GS0112780).pdf," 05/10, GS0112766 - GS0112780.
- 2006 - EQ - GSOE Organizational Chart Report, "GSOE Org Chart Report - Equities Sept 2006 (GS0112567 - GS0112577).pdf," 9/26/06, GS0112567 - GS0112577.
- 2006 - FICC GSOE Organizational Chart Report, "GSOE Org Chart Report - FICC Sept 2006 (GS0112594 - GS0112602).pdf," 9/26/06, GS0112594 - GS0112602.
- 2007 - EQ - GSOE Organizational Chart Report, "GSOE Org Chart Report - Equities Sept 2007 (GS0112538 - GS0112550).pdf," 9/25/07, GS0112538 - GS0112550.
- 2007 - FICC GSOE Organizational Chart Report, "GSOE Org Chart Report - FICC Sept 2007 (GS0112633 - GS0112641).pdf," 9/25/07, GS0112633 - GS0112641.
- 2008 - EQ - GSOE Organizational Chart Report, "GSOE Org Chart Report - Equities Sept 2008 (GS0112463 - GS0112477).pdf," 9/30/08, GS0112463 - GS0112477.
- 2008 - FICC GSOE Organizational Chart Report, "GSOE Org Chart Report - FICC Sept 2008 (GS0112494 - GS0112506).pdf," 9/30/08, GS0112494 - GS0112506.
- 2009 - EQ - GSOE Organizational Chart Report, "GSOE Org Chart Report - Equities Sept 2009 (GS0112522 - GS0112537).pdf," 9/29/09, GS0112522 - GS0112537.
- 2009 - FICC GSOE Organizational Chart Report, "GSOE Org Chart Report - FICC Sept 2009 (GS0112603 - GS0112616).pdf," 9/29/09, GS0112603 - GS0112616.
- 2010 - EQ - GSOE Organizational Chart Report, "GSOE Org Chart Report - Equities Sept 2010 (GS0112551 - GS0112566).pdf," 9/28/10, GS0112551 - GS0112566.
- 2010 - FICC GSOE Organizational Chart Report, "GSOE Org Chart Report - FICC Sept 2010 (GS0112507 - GS0112521).pdf," 9/28/10, GS0112507 - GS0112521.
- 2011 - EQ - GSOE Organizational Chart Report, "GSOE Org Chart Report - Equities Sept 2011 (GS0112578 - GS0112593).pdf," 9/27/11, GS0112578 - GS0112593.
- 2011 - FICC GSOE Organizational Chart Report, "GSOE Org Chart Report - FICC Sept 2011 (GS0112642 - GS0112657).pdf," 9/27/11, GS0112642 - GS0112657.
- 2012 - EQ - GSOE Organizational Chart Report, "GSOE Org Chart Report - Equities Jan 2012 (GS0112617 - GS0112632).pdf," 1/3/12, GS0112617 - GS0112632.
- 2012 - FICC GSOE Organizational Chart Report, "GSOE Org Chart Report - FICC Jan 2012 (GS0112478 - GS0112493).pdf," 1/3/12, GS0112478 - GS0112493.
- Employee Relations Americas Client Assignments, "Americas Client Assignments Org Chart Feb 2012 (GS0109146 - GS0109146).pdf," GS0109146.
- Employee Relations Americas Client Assignments, "Americas Client Assignments Org Chart Jan 2012 (GS0109145 - GS0109145).pdf," 1/1/12, GS0109145.
- Employee Relations Americas Client Assignments, "Americas Client Assignments Org Chart Mar 2012 (GS0109029 - GS0109029).pdf," 3/1/12, GS0109029.
- Employee Relations Americas Client Assignments, "Americas Client Assignments Org Chart Oct 2011 (GS0109147 - GS0109147).pdf," 10/1/11, GS0109147.
- Americas EMEA Organization Chart "Americas EMEA Organization Chart (GS0003207 - GS0003207).pdf," GS0003207.
- New York Employee Relations Organizational Chart, "New York Employee Relations Organizational Chart April 2009 (GS0000394).pdf," 04/09, GS0000394.
- New York Employee Relations Client Assignments, "NY ER Client Assignments (Org Chart) May 2008 (GS0100611 - GS0100611).pdf," 05/08, GS0100611.
- New York Employee Relations Client Assignments, "NY ER Client Assignments (Org Chart) Sept 2007 (GS0100613 - GS0100613).pdf," 09/01/07 - 09/30/07, GS0100613.
- New York Employee Relations Client Assignments, "NY ER Client Assignments (Org Chart) Jan. 2007 (GS0100612 - GS0100612).pdf," 01/07, GS0100612.
- New York Employee Relations Client Assignments, "NY ER Client Assignments (Org Chart) January 2007 (GS0003291 - GS0003291).pdf," 01/07, GS0003291.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- New York Employee Relations Client Assignments, “NY ER Client Assignments (Org Chart) July 2008 (GS0003335 - GS0003335).pdf,” 07/08, GS0003335.
- New York Employee Relations Client Assignments, “NY ER Client Assignments (Org Chart) July 2008 (GS0100616 - GS0100616).pdf,” 07/08, GS0100616.
- New York Employee Relations Client Assignments, “NY ER Client Assignments (Org Chart) July 2009 (GS0003333 - GS0003333).pdf,” 07/09, GS0003333.
- New York Employee Relations Client Assignments, “NY ER Client Assignments (Org Chart) July 2009 (GS0100615 - GS0100615).pdf,” 07/09, GS0100615.
- New York Employee Relations Client Assignments, “NY ER Client Assignments (Org Chart) May 2008 (GS0003284 - GS0003284).pdf,” 05/08, GS0003284.
- New York Employee Relations Client Assignments, “NY ER Client Assignments (Org Chart) Oct 2007 (GS0100595 - GS0100595).pdf,” 04/09, GS0100595.
- New York Employee Relations Client Assignments, “NY ER Client Assignments (Org Chart) Oct 2007 (GS0100614 - GS0100614).pdf,” 10/1/07, GS0100614.
- New York Employee Relations Client Assignments, “NY ER Client Assignments (Org Chart) summer 2007 (GS0100617 - GS0100617).pdf,” 3/1/07, GS0100617.
- 2006 Manager Guidelines for Manager Performance Rank and Compensation Proposals - New Procedures, “GS0122590.pdf,” GS0122590 - GS0122590.
- 2005 - The State of Women, “GS0205124.pdf,” 4/20/05, GS0205118 - GS0205138.
- Goldman, Sachs & Co. Affirmative Action Program for Minorities and Women, January 1, 2014 to December 31, 2014, “GS0392044 2014 AAP document discussing Feedback Skills Workshop.pdf,” GS0392044-GS0392153.
- Goldman, Sachs & Co. Affirmative Action Program for Minorities and Women, January 1, 2018 to December 31, 2018, “GS0399865 2018 Affirmative Action Plan.pdf,” GS0399865-GS0399932.
- 2014 PMD Selection - Cross-Ruffing Best Practices, “2014 Cross Ruffing Best Practices GS0568294.pdf,” GS0568294.
- 2016 Partner Selection - Cross-Ruffing Best Practices Guide, “GOLP016_00507827.pdf,” GS0485999 - GS0486013.
- 2010 Year-End Nomination Criteria - IMD Vice President/ED, Associate, Senior Analyst Promotions, “GS0119970.pdf,” GS0119970.
- Email re: MD selection website enhancements, “GS0935385 2015 Emails about historical.pdf” GS095385-GS095387.
- 2003 Quartiling Process Memo, “2003 Quartiling Process Memo to Managers – GS0228943.pdf,” GS0228943-GS0228944.
- Manager Guidelines for Determining Quartiles and Compensation, “2004 Manager Guidelines – GS0445646-GS0445648.pdf,” GS0445646-GS0445648.
- 2012 IMD Quartiling Process Overview for MD Managers, “2012 IMD Quartiling Process – Overview for MD Managers – GS0437992.pdf,” GS0437992-GS0437993.
- 2012 Manager Performance Quartiling – Process Overview, “2012 Manager Quartiling Process Overview – GS0413359-GS0413360.pdf,” GS0413359-GS0413360.
- Performance Quartiling Overview, October 2012, “2012 Performance Quartiling Manager Toolkit – GS0426037.pdf,” GS0426037-GS0426043.
- Manager Performance Rank Frequently Asked Questions, “Undated Manager Performance Rank FAQ – GS0122593.pdf,” GS0122593-GS0122598.
- Email re: Quartile Submissions, “2003 IMD kickoff email GS0288015-GS0288016.pdf,” GS0288015-GS0288016.
- Email re: IMD 2004 Compensation Process – Quartile Submissions, “2004 IMD Quartiling Process Email – GS0135930.pdf,” GS0135930-GS0135932.
- Email: re IBD Year-end Process, “2005 Quartiling Email GS0276648,” GS0276648-GS0276649.
- Introduction to Compensation Quartile, “2006 Introduction to Compensation Quartile – GS0337466.pdf,” GS0337466-GS0337473.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- Email re: Compensation Quartile Reporting, "2006 Compensation Quartile Reporting – Tools for analysis – GS0337464.pdf," GS0337464-GS0337465.
- Email re: Year end Quartiling, "2007 Email re IBD Quartiling – GS0295670," GS0295670- GS0295671.
- 2008 Manager Performance Quartiling Process, "2008 IBD Quartiling Metrics – GS0242632," GS0242632-GS0242638.
- 2009 Manager Performance Quartiling Process, "2009 IBD Quartiling Metrics – GS0212705," GS0212705-GS0212724.
- IMD 2009 Manager Quartiling Process, "2009 IMD Population – GS0119978-GS0119997," GS0119978-GS0119997.
- IMD 2009 Manager Quartiling Population Targets, "2009 IMD Population Targets – GS0119998," GS0119998.
- IMD 2009 Manager Quartiling Process, "2009 IMD Quartile Metrics – GS0337930."
- Email re 2009 Quartiling Process – PWM US, "2009 PWA Quartiling Email – GS0119971-GS0119972," GS0119971-GS0119972.
- IMD 2010 Manager Quartiling and Non-MD Promotions Processes, "2010 IMD Population – GS0119918-GS0119962," GS0119918-GS0119962.
- IMD 2010 Manager Quartiling Process Population Targets, "2010 IMD Population Targets – GS0119963," GS0119963.
- Email re 2010 Quartiling and Non-MD Promotion Processes – Global PWM, "2010 Quartiling Email – GS0119916-GS0119917," GS0119916-GS0119917.
- IMD 2011 Manager Quartiling and Non-MD Promotion Process – Global ISG, "2011 IMD Population – GS0120003-GS012 - - 14," GS0120003-GS0120014.
- IMD 2011 Manager Quartiling Processes Population Targets – Global ISG, "2011 IMD Population Targets – GS0120015-GS0120016," GS0120015-GS0120016.
- Securities 2011 Manager Performance Rank Summary, "2011 Securities Manager Performance Rank – GS0554871."
- Email re Clean Tech -2012 Manager Performance Quartiles, "2012 IBD Quartiling Email – GS0864034," GS0864034- GS0864035.
- IMD 2012 Manager Quartiling Process Population, "2012 IMD Population – GS0830854," GS0830854-GS0830865.
- 2012 IMD Quartiling Process Overview for MD Managers, "2012 IMD Quartiling Process – Overview for MD Managers – GS0437992.pdf," GS0437992- GS0437993.
- 2013 IBD Year end Quartiling Process Population, "2013 IBD Quartiling Results – GS0450008."
- Email re 2013 Manager Performance Quartiles Fixed Income, "2013 IMD Quartiling Email – GS0378225," GS0378225- GS0378226.
- Securities 2013 Manager Performance Rank Summary, "2013 Securities Manager Performance Rank – GS0890677."
- Email re Manager Performance Quartiling Deadline Change and Reminders, "2014 Reminder Email – GS0375949," GS0375949.
- Email re Securities Manager Performance Quartiling and Non-MD Promotion, "2014 Securities Division Email – GS0382041," GS0382041- GS0382046.
- Securities 2014 Manager Performance Rank Summary, "2014 Securities Manager Performance Rank – GS0414527."
- Diversity Review of 2015 Manager Quartiling, "2015 Diversity Review of Manager Quartiling – GS0611358," GS0611358- GS0611362.
- Email re 2015 Manager Performance Quartiles, "2015 Email re IBD Manager Performance Quartiling – GS0580692," GS0580692-GS0580693.
- Securities 2015 Manager Performance Rank Summary, "2015 Securities Manager Performance Rank – GS0871547."
- Diversity Review of 2016 Manager Quartiling, "2016 Diversity Review of Manager Quartiling – GS0584476," GS0584476- GS0584476.009.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- Email re VP and Associate 2016 Quartiles, "2016 IBD Quartiling Email – GS0630401," GS0630401-GS0630403.
- 2016 Performance Quartile Distributions, "2016 Performance Quartile Distributions – GS0836129," GS0836129- GS0836134.
- Diversity Review of 2017 Manager Quartiling and Compensation, "2017 Diversity Review of Manager Quartiling – GS0543284," GS0543284- GS0543284.014.
- Email re 2017 IBD Quartiling Kickoff, "2017 IBD Quartiling Kickoff Email – GS0539240," GS0539240-GS0539241.
- 2017 Performance Quartile Distributions, "2017 Performance Quartile Distributions – GS1022832," GS1022832- GS1022845.
- Email re 2018 IBD Quartiling Kickoff, "2018 Email re IBD Quartiling Kick Off – GS0533383," GS0533383-GS0533385.
- Email re 2018 Manager Quartiling Philosophy, "2018 Email re Manager Quartiling Philosph – GS0596833," GS0596833.
- Manager Performance Quartiling 2018, "2018 Manager Performance Quartiling – GS0626041," GS0626041-GS0626048.
- 2018 Performance Quartile Distributions, "2018 Performance Quartile Distributions – GS1043178," GS1043178- GS1043192.
- Manager Performance Rank Frequently Asked Questions, "Undated Manager Performance Rank FAQ – GS0122593," GS0122593- GS0122598.
- Compensation Terms and Definitions, "GS0122533.pdf," GS0122533 - GS0122536.
- Performance Rank and Compensation Recommendations, "Undated Performance Rank uses – GS0122592.pdf," GS0122592.
- Email chain Re: 360 feedback reviews, "GS0216793.pdf," 9/10/08, GS0216793 - GS0216794.
- IBD Performance Reviews Changes for 2006, "2006 IBD Performance Reviews – GS0181235," GS0181235-GS0181245.
- Email re Launch of Ongoing Feedback 360+, "2017 Email re Launch of Ongoing Feedback360+ - GS0376261," GS0376261.
- Email re Feedback 360+ Update, "2017 Feedback 360+ Update Email – GS0375925," GS0375925.
- Email re IMD 2003 Feedback Books, "2003 IMD Feedback Books are Now Available – GS0171321," GS0171321- GS0171322.
- Email re Performance Review Manager Tips and Training, "2003 IMD Performance Review Manager Tips and Training – GS0246181," GS0246181- GS0246183.
- Email re Review System Now Available for Review Writing, "2003 IMD Review System Now Available – GS0322025," GS0322021-GS0322027.
- Email re IBD 360 Feedback Process Review List Creation, "2004 IBD 360 Degree Feedback Process Review List Creation – GS0125391," GS0125391- GS0125393.
- Email re 2004 IBD Manager Summary Process, "2004 IBD 360 Feedback Process – Manager Summary Process – GS0125479," GS0125479- GS0125480.
- Email re Manager Summaries Due, "2004 IMD Manager Summaries -GS0135998," GS0135998-GS0136000.
- Email re 2005 IBD Annual Performance Review Process, "2005 IBD Annual Performance Review Process – GS0150071," GS0150071- GS0150077.
- Email re Review List Due, "2005 IBD Final Reminder Review List Due – GS01540000," GS01540000-GS01540005.
- Email re Manager Summaries and Review Delivery Due Date, "2005 IMD Manager Summaries and Review Due – GS0136862," GS0136862- GS0136864.
- Email re Manager Summary Submission Deadline, "2005 Manager Summary Submissions Deadline – GS0125455," GS0125455- GS0125459.
- Email re 2006 Non-MD Performance Review Process, "2006 IBD Non-MD Performance Review Process – GS0125466," GS0125466- GS0125471.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- Email re Manager Summaries and Review Delivery Due, "2006 IMD Manager Summaries and Review Delivery Due – GS0127699," GS0127699- GS0127701.
- Email re Performance Review Feedback Books and Review Delivery, "2006 Performance Reviews – Feedback Books & Review Delivery – GS0312633," GS0312633- GS0312634.
- Email re Reminder Review Lists Due, "2006 Review Lists Due June 15 – GS0127874.pdf," GS0127874- GS0127875.
- Email re Final Reminder Non-MD Manager Summaries and Review Delivery, "2007 Final Reminder Non-MD Manager Summaries and Reviews Due – GS0133758.pdf," GS0133758- GS0133764.
- Email re 2007 IMD Performance Review Process Launch, "2007 IMD Performance Review Process Launch – GS0130314.pdf," GS0130314- GS0130315.
- Email re 2007 Non-MD Annual Performance Review Process, "2007 Non-MD Performance Review Process – GS0314338.pdf," GS0314338- GS0314340.
- Email re Reminder: Non-Managing Director Review Lists Due June 15, "2007 Non-MD Review Lists Due – GS0131045.pdf," GS0131045- GS0131046.
- Email re Action Required: Review Writing Begins June 25, " 2007 Review Writing Begins – GS0170053- GS0170054.
- Email re Action Required: Manager Summaries & Review Delivery Due September 30, "2008 Manager Summaries & Reviews for IMD – GS0168931.pdf," GS0168931- GS0168932.
- Email re Securities Division 2008 Annual Performance Review Process, "2008 Securities Division 2008 Process Review Kick-off – GS0045659.pdf," GS0045659- GS0045661.
- Email re 2008 Performance Review Process – Review Writing, "2008 Securities Division Review Writing – GS0039516.pdf," GS0039516- GS0039517.
- Email re 2009 Performance Review Process, "2009 Performance Review Process – gS0156318.pdf," GS0156318- GS0156320.
- Email re Reminder – Performance Reviews Due, "2009 Performance Reviews Due – GS0125006.pdf," GS0125006- GS0125008.
- Email re 2009 Performance Reviews List Creation, "2009 Performance Reviews Review List Creation GS0156122.pdf," GS0156122- GS0156125.
- Email re Reminder Performance Reviews Review Writing, "2009 Reminder on Performance Review Writing – GS0156313.pdf," GS0156313- GS0156315.
- Email re 2010 Performance Reviews Changes to Process, "2010 Performance Reviews – Changes to the Process – GS0320668.pdf," GS0320668- GS0320669.
- Email re 2010 Performance Reviews Launch of Manager Summary Writing, "2010 Performance Reviews – Launch of Manager Summary Writing – GS0138965.pdf," GS0138965- GS0138968.
- Email re 2010 Performance Reviews Launch of Manager Summary Writing, "2010 Performance Reviews – Launch of Manager Summary Writing GS0144155.pdf," GS0144155- GS0144156.
- Email re 2010 Performance Reviews Overview of Changes, "2010 Performance Reviews – Overview of Changes – GS0143812," GS0143812- GS0143813.
- Email re 2010 Performance Reviews Review List Approval Reminder, "2010 Performance Reviews Approval Reminder – GS0155754.pdf," GS0155754- GS0155756.
- Email re 2010 Performance Reviews Reminder, "2010 Performance Reviews Reminder – Review Writing Closes September 13 – GS0155823.pdf," GS0155823-GS0155825.
- Email re 2011 Performance Reviews Feedback Reports Now Available, "2011 Performance Reviews – Feedback Reports Now Available – GS0409269.pdf," GS0409269-GS0409270.
- Email re 2011 Performance Reviews Manager Summaries, "2011 Performance Reviews – Manager Summaries – GS0155619.pdf," GS0155619-GS0155621.
- Email re 2011 Performance Reviews Review List Creation, "2011 Performance Reviews – Reviewer List Creation – GS0156524," GS0156524-GS0156527.
- Email re 2011 Performance Reviews Review Writing. "2011 Performance Reviews – Review Writing – GS0155957," GS0155957-GS0155959.
- Email re IMD Performance Review Changes, "2012 IMD Performance Review Changes – GS0377302," GS0377302.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- Email re 2012 Performance Reviews Select Your Reviewers, “2012 Performance Review – Reminder to Select Your Reviewers – GS0500697,” GS0500697-GS0500699.
- Email re 2013 Performance Reviews, “2013 IMD Best Practices and Guidelines – GS0376269,” GS0376269-GS0376270.
- Email re 2013 Performance Reviews Review Writing, “2013 Performance Reviews – Review Writing – GS0377471,” GS0377471- GS0377472.
- Email re 2013 Performance Reviews Select Your Reviewers, “2013 Performance Reviews – Select Your Reviewers – GS0377511.”
- Email re 2013 Register Now IMD Performance Review Orientation for New Managers, “2013 Register Now IMD Performance Review Orientation for New Managers – GS0378443.”
- Email re 2014 Performance Reviews Reminder to Write Manager Summaries, “2014 – GS0376209,” GS0376209- GS0376210.
- Email re 2014 Performance Reviews Approve Reviewer Lists, “2014 Approve Reviewer Lists – GS0376142,” GS0376142- GS0376143.
- Email re 2014 Performance Reviews Reminder to Have Review Discussions, “2014 Email Chain GS0375997,” GS0375997-GS0375998.
- Email re Performance Reviews Executive Summary, “2014 Email Chain GS0376010,” GS0376010-GS0376011.
- Email re 2014 Performance Reviews Review Discussion, “2014 Email Chain GS0376013,” GS0376013-GS0376014.
- Email re 2014 Performance Reviews Reminder to Have Discussions, “2014 Email Chain GS0376022,” GS0376022-GS0376023.
- Email re Performance Reviews HCM December Update, “2014 Email Chain GS0376035,” GS0376035-GS0376036.
- Email re Goldman Sachs Performance Reviews, “2014 Email Chain GS0376051,” GS0376051.
- Email re 2014 Performance Reviews Review Discussions Begin Today, “2014 Email Chain GS0376052,” GS0376052- GS0376053.
- Email re Performance Reviews HCM Update, “2014 Email Chain GS0376054,” GS0376054-GS0376055.
- Email re 2014 Performance Reviews Release of the Performance Review Handout, “2014 Email Chain GS0376056,” GS0376056.
- Email re Measuring Manager Effectiveness Through Performance Reviews, “2014 Email Chain GS0376066,” GS0376066.
- Email re 2014 Performance Reviews Manager Summaries Due, “2014 Email Chain GS0376088,” GS0376088-GS0376089.
- Email re 2014 Performance Reviews Approve Reviewer Lists, “2014 Email Chain GS0376113,” GS0376113-GS0376114.
- Email re Register for Performance Reviews Training Your Role as a Manager, “2014 Email Chain GS0376124,” GS0376124-GS0376125.
- Email re Reminder Register for Performance Reviews Training Your Role as a Manager, “2014 Email Chain GS0376126,” GS0376126- GS0376127.
- Email re 2014 Performance Reviews Review Discussions, “2014 Email Chain GS0376129,” GS0376129-GS0376130.
- Email re 2014 Performance Reviews View Your Performance Review Handout, “2014 Employee Feedback Book Email – GS0375960,” GS0375960-GS0375961.
- Email re 2014 Performance Reviews Review Discussions Begin Today, “2014 Feedback Discussions Email – GS0375886-GS0375887.pdf,” GS0375886-GS0375887.
- Email re 2014 Performance Reviews Review Discussions, “2014 Feedback Discussions Email –GS0375890-GS0375891.pdf,” GS0375890-GS0375891.
- Email re 2014 Performance Reviews Reminder to Have Review Discussions, “2014 Feedback Discussions – GS0376223,” GS0376223-GS0376224.
- Email re 2014 Performance Reviews Review Discussions Timeline, “2014 Feedback Discussions Timeline Email – GS0375888-GS0375889,” GS0375888-GS0375889.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- Email re 2014 Performance Reviews Review Discussion Begin October 23, "2014 Review Discussions Email – GS0375953," GS0375953-GS0375954.
- Email 2014 Performance Reviews Reminder to Approve Reviewer Lists, "2014 Reviewer Approval Reminder Email – GS0375970-GS0375971.pdf," GS0375970-GS0375971.
- Email re 2014 Performance Reviews Select Your Reviewers, "2014 Reviewer Selection Email – GS0375884-GS0375885.pdf," GS0375884-GS0375885.
- Email re 2014 Performance Reviews Reminder to Select Your Reviewers, "2014 Reviewer Selection Reminder Email – GS0375968-GS0375969," GS0375968-GS0375969.
- Email re Reminder Performance Reviews Training, "2014 Write Manager Summaries – GS0376202.pdf," GS0376202-GS0376203.
- Email re 2014 Performance Reviews Write Manager Summaries, "2014 Write Manager Summaries – GS0376221," GS0376221- GS0376222.
- Email re 2014 Performance Reviews Write Reviews, "2014 Write Reviews – GS0376216.pdf," GS0376216-GS0376217.
- Email re 2014 Performance Reviews Reminder to Write Reviews, "2014 Writing Reviews Email – GS0375910-GS0375911.pdf," GS0375910-GS0375911.
- Email re Review Writing Extended Until August 30, "2015 Email Chain GS0375993," GS0375993.
- Email re Blind Spot Session Follow-up Best Practices for Managers, "2015 Email Chain GS0376018," GS0376018-GS0376019.
- Email re 2015 Performance Reviews Review Discussions Begin Today, "2015 Email Chain GS0376028," GS0376028- GS0376029.
- Email re Reminder Approve Reviewer Lists, "2015 Email Chain GS0376064," GS0376064- GS0376065.
- Email re 2015 Performance Reviews Write Manager Summaries, "2015 Email Chain GS0376067.pdf," GS0376067-GS0376068.
- Email re View Your 2015 Performance Review Handout, "2015 Email Chain GS0376136," GS0376136-GS0376137.
- Email re 2015 Performance Reviews Review Discussions, "2015 Feedback Discussions – GS0376267," GS0376267-GS0376268.
- Email re 2015 Performance Reviews Release of the Performance Review Handout, "2015 Performance Review Handout – GS0376212," GS0376212-GS0376213.
- Email re Goldman Sachs Performance Reviews, "2015 Performance Reviews – GS0377252-GS077252.pdf," GS0377252.
- Email re 2015 Performance Reviews Select Your Reviewers, "2015 Reviewer Selection Email – GS0375865-GS0375866.pdf," GS0375865-GS0375866.
- Email re 2015 Performance Reviews Approve Reviewer Lists, "2015 Reviewer Selection Manager Approval Email – GS0375879-GS0375880.pdf," GS0375879-GS0375880.
- Email re 2015 Performance Reviews Write Reviews, "2015 Writing Review Email – GS0375966," GS0375966-GS0375967.
- Email re Give Feedback by July 7, "2016 Email Chain GS0375999," GS0375999.
- Email re View Your 2016 Employee Handout, "2016 Email Chain GS0376003," GS0376003.
- Email re Feedback Discussions, "2016 Email Chain GS0376015," GS0376015.
- Email re Pilot Checkpoint Participate in Ongoing Feedback 360+, "2016 Email Chain GS0376033," GS0376033-GS0376034.
- Email re Give Feedback Fewer Than Two Days Remaining, "2016 Email Chain GS0376038," GS0376038.
- Email re Feedback Discussions, "2016 Email Chain GS0376058," GS0376058.
- Email re Reminder Manager Summary Writing and Partner/Managing Director Feedback Discussions, "2016 Email Chain GS0376090," GS0376090.
- Email re Reminder Manager Summary Writing and Partner/Managing Director Feedback Discussions, "2016 Email Chain GS0376135," GS0376135.
- Email re Reminder Feedback Discussions, "2016 Feedback Discussions Email – GS0375894," GS0375894.
- Email re Reminder Manager Summary Writing and Partner/Managing Director Feedback Discussions, "2016 Manager Summary & Feedback Discussion Email – GS0375892.pdf," GS0375892.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- Email re Pilot Checkpoint Participate in Ongoing Feedback 360+, "2016 Ongoing Feedback – GS0376205," GS0376205-GS0376206.
- Email re Share Your Ongoing Feedback 360+ Pilot Experience, "2016 Ongoing Feedback Pilot Email – GS0375951.pdf," GS0375951.
- Email re Feedback 360+, "2016 Rate Employees – GS0376258.pdf," GS0376258.
- Email re Reminder Request Feedback, "2016 Reviewer Selection & Approval Email – GS0375939.pdf," GS0375939.
- Email re Reminder Approve Feedback Lists, "2016 Reviewer Selection & Approval Reminder Email – GS0375962.pdf," GS0375962.
- Email re Manager Summary Writing and Partner/Managing Director Feedback Discussions Begin Today, "2016 Write Manager Summaries – GS0376257.pdf," GS0376257.
- Email re Manager Summary Writing Key Steps, "2016 Write Manager Summaries – GS0376259.pdf," GS0376259-GS0376260.
- Email re Reminder Feedback Discussions, "2017 Email Chain GS0376001," GS0376001-GS0376002.
- Email re Give Feedback by Tuesday July 11, "2017 Email Chain GS0376021," GS0376021.
- Email re Feedback Discussions Begin Today, "2017 Email Chain GS0376041," GS0376041.
- Email re Feedback Discussion Begin Today, "2017 Email Chain GS0376046," GS0376046-GS0376047.
- Email re Reminder Feedback Discussions, "2017 Email Chain GS0376049," GS0376049-GS0376050.
- Email re View Your 2017 Employee Handout, "2017 Email Chain GS0376061," GS0376061.
- Email re Reminder Manager Summary Writing and Partner/Managing Director Feedback Discussions "2017 Email Chain GS0376072," GS0376072.
- Email re Reminder Request Feedback, "2017 Email Chain GS0376098," GS0376098.
- Email re Reminder Manager Summary Writing and Partner/Managing Director Feedback Discussions Begin Today, "2017 Email Chain GS0376099," GS0376099.
- Email re Reminder Request and Approve Feedback, "2017 Email Chain GS0376103," GS0376103.
- Email re Reminder Manager Summary Writing and Partner/Managing Director Feedback Discussions "2017 Email Chain GS0376104," GS0376104.
- Email re Reminder Manager Summary Writing and Partner/Managing Director Feedback Discussions, "2017 Email Chain GS0376106," GS0376106.
- Email re Reminder Give Feedback by Tuesday July 11, "2017 Email Chain GS0376128," GS0376128.
- Email re Reminder Feedback Discussions, "2017 Feedback Discussions Email – GS0375867," GS0375867-GS0375868.
- Email re Feedback Discussion Begin Today, "2017 Feedback Discussion – GS0376140," GS0376140-GS0376141.
- Email re Feedback Discussion Begin Today, "2017 Feedback Discussion – GS0376215," GS0376215.
- Email re Reminder Give Feedback by Tuesday July 11, "2017 Feedback Discussions Reminder Email – GS0375895," GS0375895.
- Email re Reminder Feedback Discussion, "2017 Feedback Discussion Reminder Email – GS0375898," GS0375898-GS0375899.
- Email re Reminder Give Feedback by Tuesday July 11, "2017 Feedback Reminder Email – GS0375948," GS0375948.
- Email re Reminder Manager Summary Writing and Partner/Managing Director Feedback Discussions, "2017 Manager Summary & Feedback Discussions Email – GS0375896," GS0375896.
- Email re Launch of Ongoing Feedback 360+, "2017 Ongoing Feedback Launch Email – GS0375941," GS0375941.
- Email re Ongoing Feedback 360+ Manager Action, "2017 Ongoing Feedback Manager Action Email – GS0375963," GS0375963.
- Email re Reminder Request and Approve Feedback, "2017 Request Feedback – GS0376139," GS0376139.
- Email re Request Feedback and Approve Feedback Lists, "2017 Reviewer Selection & Approval Email – GS0375947," GS0375947.
- Email re Reminder Give Feedback by Tuesday July 11, "2017 Write Reviews – GS0376214," GS0376214.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- Using Ongoing Feedback 360+, "Email Chain Attachment – GS0375985," GS0375985-GS0375986.
- 2004 Firmwide Review Process FAQs, "2004 Firmwide Process FAQs – GS0119396," GS0119396-GS0119398.
- 2005 Firmwide Review Process FAQs, "2005 Firmwide Process FAQs – GS0215648," GS0215648-GS0215651.
- 2006 Firmwide Review Process FAQs, "2006 Firmwide Review Process FAQs – GS0119456," GS0119456-GS0119459.
- Frequently Asked Questions – Firmwide Review System, "2007 FAQs Firmwide Review System – GS0003404," GS0003404- GS0003407.
- Frequently Asked Questions – Firmwide Review System, "2008 FAQs Firmwide Review System – GS0003319," GS0003319-GS0003322.
- Frequently Asked Questions – Firmwide Review System, "2009 FAQs Firmwide Review System – GS0003293," GS0003293- GS0003296.
- Firmwide Review System Frequently Asked Policy, Data & Reporting Questions, "2009 Frequently Asked Policy, Data & Reporting Questions – GS0003383," GS0003383-GS0003391.
- 2010 Performance Reviews – Milestones, Overview of Changes and FAQs, "2010 Performance Reviews – Milestones, Overview of Changes and FAQs – GS0182203," GS0182203-GS0182210.
- Email re Release of the Performance Review Handout, "2014 Employee Feedback Book Release FAQ – GS0375957," GS0375957- GS0375959.
- 2014 Performance Reviews Frequently Asked Questions, "2014 Performance Review FAQ – GS0566726.pdf," GS0566726-GS0566732.
- 2014 Performance Reviews Frequently Asked Questions, "2014 Performance Reviews – FAQ Updated FINAL 5.21.14 – GS0380320," GS0380320- GS0380326.
- 2015 Performance Reviews Frequently Asked Questions, "2015 Performance Reviews – FAQ _ 07.14.15_ FINAL – GS0380250."
- 2015 Performance Reviews Frequently Asked Questions, "2017 Performance Review FAQ GS0470941.pdf," GS0470941-GS0470947.
- Associate and VP Review Feedback, "2013 Associate and VP Review Feedback – GS0204343," GS0204343-GS0204352.
- 2017 Feedback360+ Timeline, "2017 Fedback360+ Timeline GS0376134," GS0376134.
- Annual 360 Feedback, "2018 Edits to Annual 360 Feedback – GS0615179," GS0615179- GS0615180.
- 2018 Feedback 360+ Timeline, "2018 Feedack360+ Timeline – GS0847452," GS0847452.
- 360 Degree Feedback Form – Manager Summary Form (for all except Banker VPs), "2004 360 Degree Feedback Form – GS0182767," GS0182767-GS0182770.
- 360 Degree Feedback Form – Manager Feedback Form (for all VPs) "2004 Manager Feedback VP Review Form – GS0182766," GS0182766.
- IMD GSAM Associate Co-Manager Feedback, "2010 IMD Associate Co-Manager GS0106739," GS0106739- GS0106748.
- EQ Assoc Co-Manager Feedback, "EQ Assoc Co-Manager Feedback – GS0003604-GS0003611," GS0003604-GS0003611.
- EQ VP Manager Feedback, "Equities VP Manager Feedback – GS0005261," GS0005261- GS0005268.
- FICC Assoc Sales Manager Feedback, "FICC Assoc Manager Feedback Form – GS0003540-GS0003546," GS0003540-GS0003546.
- FICC Associate Trader Manager Feedback, "FICC Associate Manager Feedback – GS0004152-GS0004148," GS0004142-GS0004148.
- FICC VP Manager Feedback, "FICC VP– GS0102061," GS0102030-GS0102033.
- VP GSAM Manager Feedback, "VP GSAM – GS0106427," GS0106427-GS0106436.
- IMD GSAM VP Co-Manager Feedback, "VP GSAM CoManager – GS0106619," GS0106619-GS0106628.
- 360 Degree Feedback Form – Manager Summary Form (for Banker VPs) "2004 Manager Summary VP Review Form – GS0182667," GS0182667- GS0182671.
- 360 Degree Feedback Form – Manager Summary Form (for all except Banker VPs), "2004 Manager Summary VP Review Form – GS0182767," GS0182767- GS0182770.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- 2006 Performance Reviews Manager Summary for Allison Gamba, "Equities 2006 – GS0373830," GS0373830-GS0373850.
- Manager Summary, "post-2016 IBD VP Manager Summary Review Form – GS0590786," GS0590786-GS0590792.
- IBD-Banker_Assoc_Amer_04 Peer Feedback Form, "2004 IBD Associate Peer Review Form – GS0183384.pdf," GS0183384- GS0183389.
- VP 360 Degree Feedback Form – Regular Feedback Form, "2004 Regular VP Review Form – GS015024.pdf," GS015024- GS015030.
- 2011 Managing Director – Peer (360) Feedback, "2011 MD Peer Feedback – GS0652423.pdf," GS0652423-GS0652424.
- 2011 Revenue Vice President – Peer (360) Feedback, "2011 Revenue Associate GS0632092," GS0632092-GS0632093.
- 2012 Managing Director – Peer (360) Feedback, "2012 MD Feedback – GS0566572.pdf," GS0566572-GS0566573.
- 2012 Revenue Associate – Peer (360) Feedback, "2012 Revenue Associate – GS0382126," GS0382126-GS0382127.
- 2014 Vice President – Peer 360 Feedback Development Review, "2014 VP Peer Review Form – GS0375657," GS0375657.
- 2015 Senior Banker Midyear Feedback Form, "2015 Senior Banker Midyear Form – GS0375809," GS0375809.
- EQ VP Peer Feedback, "EQ VP Peer Feedback – GS0003582-GS0003589," GS0003582-GS0003589.
- Equities Associate Peer Feedback, "Equities Associate Peer Review Form – GS0004119," GS0004119-GS0004125.
- FICC Associate Peer Feedback, "FICC Assoc Peer Feedback – GS0003590-GS0003596," GS0003590-GS0003596.
- FICC Associate Peer Feedback, "FICC Associate Peer Feedback – GS0004135," GS0004135-GS0004141.
- IMD – GSAM – VP – Self-Evaluation, "2010 IMD VP Self Evaluation – GS0106762," GS0106762-GS0106774.
- EQ-VP - Self-Evaluation, "EQ VP Self Eval – GS0003571-GS0003579," GS0003571-GS0003579.
- FICC-Assoc-Inv Bkr/Deal Orig – Self-Evaluation, "FICC Associate Self Eval – GS0004413," GS0004413-GS0004421.
- 2012 IBD 360 Feedback Report, "2012 IBD Feedback Report – GS0587642," GS0587642-GS0587659.
- 2012 Securities Annual 360 Feedback Report, "2012 Securities Feedback Report – GS0644114," GS0644114-GS0644130.
- 2013 Managing Director 360 Degree Feedback Report, "2013 Feedback Report – GS0393816-GS0393846," GS0393816-GS0393846.
- 2013 Managing Director 360 Degree Feedback Report, "2013 Feedback Report – GS0393847-GS0393877," GS0393847-GS0393877.
- 2013 Managing Director 360 Degree Feedback Report, "2013 Feedback Report – GS0393878-GS0393908," GS0393878-GS0393908.
- 2013 Managing Director 360 Degree Feedback Report, "2013 Feedback Report – GS0393909-GS393939," GS0393909-GS393939.
- 2013 Managing Director 360 Degree Feedback Report, "2013 Feedback Report GS0393940-GS0393970.
- 2013 Managing Director 360 Degree Feedback Report, "2013 Feedback Report – GS0393971-GS0394001," GS0393971-GS0394001.
- 2013 Managing Director 360 Degree Feedback Report, "2013 Feedback Report GS0394002-GS0394034," GS0394002-GS0394034.
- 2013 Managing Director 360 Degree Feedback Report, "2013 Feedback Report GS0394035-GS0394065," GS0394035-GS0394065
- 2013 Managing Director 360 Degree Feedback Report, "2013 Feedback Report GS0394066-GS0394095," GS0394066-GS0394095.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- 2013 Managing Director 360 Degree Feedback Report, "2013 Feedback Report GS0394096-GS0394130," GS0394096-GS0394130.
- 2013 Managing Director 360 Degree Feedback Report, "2013 Feedback Report GS0394131-GS0394160," GS0394131-GS0394160.
- 2013 Managing Director 360 Degree Feedback Report, "2013 Feedback Report GS0394161-GS0394191," GS0394161-GS0394191.
- 2013 Managing Director 360 Degree Feedback Report, "2013 Feedback Report GS0394192-GS0394222," GS0394192-GS0394222.
- 2013 Managing Director 360 Degree Feedback Report, "2013 Feedback Report GS0394223-GS0394253," GS0394223-GS0394253.
- 2013 Managing Director 360 Degree Feedback Report, "2013 Feedback Report Securities GS0393878," GS0393878-GS0393908.
- 2014 Managing Director Performance Review Feedback Report for Joshua Schriffrin, "2014 Feedback Report Securities - GS0394321," GS0394321- GS0394351.
- 2014 Managing Director Performance Review Feedback Report for Joseph Camarda, "2014 Feedback Report GS0394254-GS0394288," GS0394254-GS0394288.
- 2014 Managing Director Performance Review Feedback Report for Gregory Ferrero, "2014 Feedback Report GS0394289-GS0394320," GS0394289-GS0394320.
- 2014 Managing Director Performance Review Feedback Report for Joshua Schriffrin, "2014 Feedback Report GS0394321-GS0394351," GS0394321-GS0394351.
- 2014 Managing Director Performance Review Feedback Report for Leland Hensch, "2014 Feedback Report GS0394352-GS0394380," GS0394352-GS0394380.
- 2014 Managing Director Performance Review Feedback Report for Trey Griggs, "2014 Feedback Report GS0394381-GS0394406," GS0394381-GS0394406.
- 2014 Managing Director Performance Review Feedback Report for Jasdep Meghara, "2014 Feedback Report GS0394407-GS0394438," GS0394407-GS0394438.
- 2014 Managing Director Performance Review Feedback Report for Thomas Fruge, "2014 Feedback Report GS0394439-GS0394469," GS0394439-GS0394469.
- 2014 Managing Director Performance Review Feedback Report for Matthew Schwab, "2014 Feedback Report GS0394470-GS0394497," GS0394470-GS0394497.
- 2014 Managing Director Performance Review Feedback Report for Anastassia Fragoudaki, "2014 Feedback Report GS0394498-GS0394519," GS0394498-GS0394519.
- 2014 Managing Director Performance Review Feedback Report for Aya Hamilton, "2014 Feedback Report GS0394520-GS0394553," GS0394520-GS0394553.
- 2015 Performance Review Feedback Report Examples, "2015 Feedback Report Examples GS0488409.pdf," GS0488409- GS0488436.
- 2015 Managing Director Performance Review Feedback Report for Joseph Camarda, "2015 Feedback Report GS0394554-GS0394588," GS0394554-GS0394588.
- 2015 Managing Director Performance Review Feedback Report for Gregory Ferrero, "2015 Feedback Report GS0394589-GS0394622," GS0394589-GS0394622.
- 2015 Managing Director Performance Review Feedback Report for Christina Minnis, "2015 Feedback Report GS0394623-GS0394653," GS0394623-GS0394653.
- 2015 Managing Director Performance Review Feedback Report for Ryan Boucher, "2015 Feedback Report GS0394654-GS0394684," GS0394654-GS0394684.
- 2015 Managing Director Performance Review Feedback Report for Kara Saxon, "2015 Feedback Report GS0394685-GS0394714," GS0394685-GS0394714.
- 2015 Managing Director Performance Review Feedback Report for Chris Taendler, "2015 Feedback Report GS0394715-GS0394744," GS0394715-GS0394744.
- 2015 Managing Director Performance Review Feedback Report for Michael Dawley, "2015 Feedback Report GS0394745-GS0394774," GS0394745-GS0394774.
- 2015 Managing Director Performance Review Feedback Report for Beatriz Sanchez, "2015 Feedback Report GS0394775-GS0394806," GS0394775-GS0394806.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- 2015 Managing Director Performance Review Feedback Report for Thomas Tormey, “2015 Feedback Report GS0394807-GS0394835,” GS0394807-GS0394835.
- 2015 Managing Director Performance Review Feedback Report for Ronald Hua, “2015 Feedback Report GS0394836-GS0394864,” GS0394836-GS0394864.
- 2015 Performance Review Feedback Report for Chris Taendler, “2015 Performance Review Feedback Report - GS0394715,” GS0394715- GS0394744.
- 2015 Performance Review Feedback Report for Mary DeLuis, “2015 Performance Review Feedback Report GS0375197,” GS0375197- GS0375228.
- 2016 Annual Feedback Summary for Manager(s) Christopher Lvoff, “2016 Feedback Report GS0394865-GS0395882,” GS0394865-GS0395882.
- 2016 Annual Feedback Summary for Manager(s) Brian Kennedy, “2016 Feedback Report GS0394883-GS0395902,” GS0394883-GS0395902.
- 2017 Annual Feedback Summary for Manager(s) Stacy Bash-Polley, “2017 Feedback Report GS0394903-GS0394917,” GS0394903-GS0394917.
- 2017 Annual Feedback Summary for Manager(s) Kristen Grippi, “2017 Feedback Report GS0394918-GS0394933,” GS0394918-GS0394933.
- 2017 Annual Feedback Summary for Manager(s) John Tousley, “2017 Feedback Report GS0394934-GS0394950,” GS0394934-GS0394950.
- 2017 Annual Feedback Summary for Manager(s) Brian Kennedy, “2017 Feedback Report GS0394951-GS0394969,” GS0394951-GS0394969.
- 2018 Annual Feedback Summary for Manager(s) Example, “2018 Annual Feedback Summary GS0397102,” GS0397102- GS0397120.
- Delivering Effective Performance Feedback Best Practices, “2003 Delivering Feedback Training – GS0190107-GS0190118,” GS0190107-GS0190118.
- Performance Review Writing Briefing Session, “2003 Performance Review Writing Briefing Session – GS0165429,” GS0165429- GS0165450.
- Email re IMD’s Getting the Most Out of Your Performance Review Tips, “2003.09.05 IMD Performance Review – Tips – GS0271552.pdf,” GS0271552- GS0271553.
- Delivering Effective Performance Feedback Best Practices, “2004 Delivering Effective Performance Feedback Best Practices – GS0122499,” GS0122499-GS0122508.
- Email re IMD Panel Discussion on Getting the Most Out of Your Performance Review, “2004 IMD Panel Discussion – Evaluation Results – GS0269902.pdf,” GS0269902-GS0269907.
- IMD Women’s Network Speaker Series on Getting the Most Out of Your Performance Review, “2004 IMD Women’s Network Speaker Series – GS0250922.pdf,” GS0250922-GS0250936.
- Manager Summary Best Practices, “2005 Manager Summary – Best Practices GS0279701,” GS0279701.
- Performance Review Best Practices Highlights from Pine Street Panels, “2005 Performance Review Best Practices – GS0153345,” GS0153345-GS0153347.
- Goldman Sachs University Delivering Performance Reviews Agenda, “2006 Delivering Feedback Training GS0251444,” GS0251444.
- Delivering Performance Reviews Best Practices, “2006 Delivering Feedback Training – GS0251528-GS0251529,” GS0251528-GS0251529.
- Delivering Performance Reviews, “2006 Delivering Performance Reviews Training GS0184375,” GS0184375-GS0184416.
- Interpreting the Feedback Book and Writing a Manager Summary, “2006 Feedback Book Interpretation & Manager Summary Training – GS0164703-GS0164721,” GS0164703-GS0164721.
- Interpreting the Feedback Book and Writing a Manager Summary, “2006 Feedback Book Interpretation & Manager Summary Training – GS0165079-GS0165100,” GS0165079-GS0165100.
- Interpreting the Feedback Book and Writing Manager Summaries, “2006 Interpreting Feedback Books – GS0184554,” GS0184554-GS0184582.
- Writing Effective Performance Feedback, “2006 Writing Effective Performance Feedback – GS0184585,” GS0184585- GS0184622.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- IMD Getting the Most of Your Performance Review, "2007 IMD Getting the most out of your Performance Review – GS0130955.pdf," GS0130955-GS0130956.
- IMD Panel Discussion on Getting the Most Out of Your Performance Review, "2007 IMD Panel Discussion – GS0271756.pdf," GS0271756-GS0271770.
- Interpreting the Feedback Book and Writing a Manager Summary, "2007 Interpreting the Feedback Book & Writing A Manager Summary – GS0216799," GS0216799- GS0216817.
- Overview of Goldman Sachs Annual Review Process, "2007 Overview of Goldman Sachs' Annual Review Process – GS0216499," GS0216499-GS0216506.
- Performance Review Manager Training Guide August 2006, "2008 IMD Performance Review Manager Training Guide – GS0153398," GS0153398-GS0153421.
- Making the Most of the Goldman Sachs Performance Review Process, "2009 Making the Most of the GS Performance Review Process 2009 – GS0204085," GS0204085-GS0204099.
- Interpreting Feedback Books and Writing Manager Summaries, "2010 Interpreting Feedback Books and Writing Manager Summaries Presentation Training – GS0253132.pdf," GS0253132-GS0253179.
- List of Performance Review Training in Learning Management System, "2010 List of Performance Reviews Training in Learning Management System – GS0184678.pdf," GS0184678-GS0184680.
- Writing Effective Performance Feedback, "2010 Writing Effective Performance Feedback – GS0184779.pdf," GS0184779-GS0184808.
- Email re GSU Training Opportunities, "2011 Email re GSU Training Opportunities – GS0263588," GS0263588-GS0263591.
- Interpreting Feedback Books and Writing Manager Summaries, "2011 Interpreting Feedback Books & Writing Manager Summaries – GS0153183," GS0153183-GS0153231.
- Email re Performance Review Training Key 2011 Changes and Best Practices, "2010 Performance Review Training – Key Changes and Best Practices – GS0135320," GS0135320-GS0135321.
- Writing Effective Performance Feedback, "2011 Writing Effective Performance Feedback – GS0153100," GS0153100- GS0153129.
- Getting the Most Out of Your Performance Review, "2012 Getting the Most Out of Your Performance Review – GS0490472," GS0490472-GS0490487.
- Manager Effectiveness Discussion on Performance Reviews, "2013 Manager Effectiveness – Discussion on Performance Reviews – GS0530964," GS0530964-GS0530982.
- Manager Training, "2013 Manager Training – GS0123790-GS0123791," GS0123790-GS0123791.
- Performance Reviews Summary of Best Practices, "2013 Performance Reviews – Summary of Best Practices – GS0123792-GS0123793," GS0123792-GS0123793.
- 2014 Performance Reviews Business Partner Toolkit, "2014 Performance Review – Business Partner Toolkit GS1006193," GS1006193- GS1006211.
- 2014 Performance Review Manager Training, "2014 Performance Review – Manager Training – GS0638279," GS0638279- GS0638289.
- Email re IMD New Hire Introduction to Performance Review Process and Review, "2015 IMD New Hire Introduction to Performance Review Process and Review – GS0377357," GS0377357.
- 2015 Performance Reviews Writing and Delivering Effective Manager Summaries, "2015 Performance Reviews – Writing and Delivering Effective Manager Summaries – GS0858881," GS0858881-GS0858921.
- 2015 Performance Reviews Global Investment Research Writing and Delivering Effective Manager Summaries, "2015 Writing Performance Reviews for GIR Managers – GS0478251.pdf," GS0478251-GS0478279.
- Your Review Your Career Training Slides, "2015 Your Review. Your Career Training Slides – GS0859130.pdf," GS0859130-GS0859138.
- Manager Summary Writing Reference Sheet, "2016 Manager Summary Writing Reference Sheet – GS0380328," GS0380328-GS0380329.
- Ongoing Feedback 360+ Pilot, "2016 Ongoing Feedback Pilot Presentation – GS0375902-GS0375909," GS0375902-GS0375909.
- Ongoing Feedback 360+ System Overview and Best Practices, "2017 Ongoing Feedback 360+ Presentation – GS0376170," GS0376170-GS0376176.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- Ongoing Feedback 360+ Business Partner Toolkit, "2017 Ongoing Feedback Presentation Business Partner Toolkit – GS0376234," GS0376234-GS0376243.
- Ongoing Feedback 360+ System Overview and Best Practices, "2017 Ongoing Feedback Presentation – GS0376227," GS0376227-GS0376233.
- Ongoing Feedback 360+, "2017 Ongoing Feedback 360+ - GS0377995," GS0377995-GS0377998.
- Email Content re Ongoing Feedback 360+, "2017 Series of Champion Emails on Feedback 360+ - GS0376118," GS0376118-GS0376119.
- 2018 Annual Feedback 360+ Rollout, "2018 Feedback 360+ Rollout – GS0443381," GS0443381-GS0443407.
- Experienced Hire Symposium Managing Your Performance, "Experienced Hire Training – GS0123777-GS0123783," GS0123777-GS0123783.
- IMD Performance and Professional Development Website, "IMD Performance and Professional Development Website – GS0113317," GS0113317.
- IMD Women's Network Event Senior Panel Q&A, "IMD Women's Network – Senior Panel Q&A – GS0250919.pdf," GS0250919- GS0250920.
- Interpreting Feedback Books and Writing Manager Summaries Best Practices, "Interpreting Feedback Books and Writing Manager Summaries – GS0119453," GS0119453.
- Performance Review Rating Scale Guide, "Performance Reviewing Rating Scales Guide – GS0005816," GS0005816.
- Securities Division Training Calendar, "Securities Division Training Calendar – GS0003581.pdf," GS0003581.
- 2006 Investment Management Annual Performance Review Process, "GS0120203.pdf," GS0120195 - GS0120225.
- 2007 Manager Performance Rating Toolkit, "GS0153007.pdf," September 2007, GS0153007 - GS0153018.
- 2011 Investment Management Annual Performance Review Process, "2011 360 Degree Feedback Report GS0375110.pdf," 9/10/11, GS0375110 - GS0375126.
- 2012 Investment Management Annual Performance Review Process, "2012 360 Degree Feedback Report GS0375127.pdf," 9/12/12, GS0375127 - GS0375144.
- 2012 Investment Management Annual Performance Review Process, "2012 IMD 360 Degree Feedback Report GS0375127.pdf," 9/12/12, GS0375127 - GS0375144.
- 2012 Partner and MD Selection: Cross-Ruffing Best Practices, "GS0375517.pdf," GS0375517 - GS0375540.
- 2013 Investment Management Annual Performance Review Process, "2013 360 Degree Feedback Report GS0375145.pdf," 9/5/13, GS0375145 - GS0375168.
- 2013 MD Selection: Cross-Ruffing Best Practices, "GS0375294.pdf," GS0375294 - GS0375317.
- 2014 Investment Management Annual Performance Review Process, "2014 Performance Review Feedback Report GS0375169.pdf," 9/11/14, GS0375169 - GS0375196.
- 2015 Investment Management Annual Performance Review Process, "2015 Performance Review Feedback Report GS0375197.pdf," 9/18/15, GS0375197 - GS0375228.
- 2015 Managing Director Selection: Cross-Ruffing Best Practices Guide, "GS0375741.pdf," GS0375741 - GS0375754.
- 2017 Annual Feedback Summary for Managers - Feedback "360 Output 1 of 4 GS0382320.pdf," GS0382320 - GS0382338.
- 2017 Annual Feedback Summary for Managers - Feedback "360 Output 2 of 4 GS0382339.pdf," GS0382339 - GS0382355.
- 2017 Annual Feedback Summary for Managers - Feedback "360 Output 3 of 4 GS0382356.pdf," GS0382356 - GS0382372.
- 2017 Feedback - FAQ: Request Feedback, "GS0380337.pdf," GS0380337 - GS0380338.
- 2017 Manager Performance Quartiling, "GS0375658.pdf," GS0375658 - GS0375665.
- 2017 Managing Director Selection: Cross-Ruffing Best Practices Guide, "GS0375264.pdf," GS0375264 - GS0375276.
- Annual 360 Feedback, "360 Output 4 of 4 GS0382373.pdf," GS0382373.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- 2017 Manager Performance Quartiling, "Manager Performance Quartiling CF No. 598-10.pdf," GS0375658 - GS0375665.
- Feedback at Goldman Sachs: Drivers for Change, Future State, and Key Milestones, "Feedback at Goldman Sachs Drivers for Change ECF No. 598-11.pdf," GS0378300 - GS3078309.
- 360 Feedback Discussion on the Firm's Approach to Feedback, "Feedback 360 Discussions ECF No. 598-12.pdf," 02/17, GS0376244 - GS0376256.
- Email from Edith Cooper Re: Changes to Feedback at Goldman Sachs, "Message from E. Cooper ECF No. 598-13.pdf," 5/26/16, GS0377267.
- 2016 Quartiling Guidelines and Best Practices, "2016 Quartiling Guidelines and Best Practices ECF No. 598-14.pdf," 09/16, GS0378427 - GS0378436.
- 360 Feedback Discussion with the Partnership Committee, "Feedback 360 Discussion ECF No. 598-2.pdf," 02/17, GS0376157 - GS0376169.
- Lloyd Blankfein Re: Ongoing Feedback at Goldman Sachs, "Message from L. Blankfein, D. Solomon, H. Schwartz ECF No. 598-3.pdf," 4/13/17, GS0376024.
- Annual Feedback 360 Rollout, "Annual Feedback 360 Rollout ECF No. 598-4.pdf," Summer 2017, GS0380339 - GS0380353.
- Global HCM Townhall, "Global HCM Townhall ECF No. 598-7.pdf," 4/15/14, GS0382285 - GS0382307.
- New Approach to Feedback: Summary of Key Changes, "New Approach to Feedback ECF No. 598-8.pdf," 05/16, GS0382262 - GS0382266.
- Email from Kevin Navikas Re: Feedback360+ Digest - July 25, "Message from K. Navikas ECF No. 598-9.pdf," 7/25/16, GS0380334 - GS0380336.
- Performance Quartiling and "At Risk" Flagging: Process Overviews, 09/08, GS0109390-GS0109399; GS0109406-GS0109410; GS0109424-GS0109429; GS0109443-GS0109448; GS0375451-GS0375457; GS0375318-GS0375322; GS0375285-GS0375293; GS0375277-GS0375284; GS0375658-GS0375665
- Investment Banking Individual Review Book, 2008, GS0120172 - GS0375631.
- Interpreting Feedback Books and Writing Manager Summaries, GS0005436-462; GS0005761-772; GS0109027-028; GS0122499-508; GS0122559-571; GS0153478-479; GS0375629-631; GS0380249.
- Feedback360+ Data Usage, "GS0380249.pdf," GS0380249.
- Manager Performance Rank Frequently Asked Questions "GS0153290.pdf," GS0153290 - GS0153295.
- Ongoing Feedback360+, "Ongoing Feedback360+ GS0376074.pdf," GS0376074 - GS0376087.
- Firmwide Review System – Frequently Asked Questions, "GS0003293 2010 Firmwide FAQs.pdf," GS0003293-GS0003296
- Memo from Lloyd Blankfein and Gary Cohn re: Changes to Feedback at Goldman Sachs, "GS0845287 May 2016 Memo to All Goldman Sachs.pdf," GS0845287.
- Memo from Lloyd Blankfein and Gary Cohn re: Goldman Sachs Performance Reviews, "GS0378071 May 2014 Memo to All Goldman Sachs," GS0378071.
- Delivering Effective Performance Feedback Best Practices 2004, "GS0122499 2004 Presentation titled Delivering Effective Performance Feedback Best Practices.pdf," GS0122499-GS0122508.
- Goldman Sachs University Diversity & Inclusion, "GS0119848 part of 2011 AAP exhibits.pdf," GS0119848.
- Performance Review Writing Briefing Session, "GS0165361 2006 Performance Review Writing Briefing Session.pdf," GS0165361-GS0165393.
- Performance Review Writing, "GS0287727 Undated Performance Review Writing presentation.pdf," GS0287727-GS0287743.
- 2015 Performance Review, Writing and Delivering Effective Manager Summaries, "GS0543168 2015 Performance Review – Writing and Delivering Effective Manager Summaries presentation.pdf," GS0543168-GS054205.
- 2010 Development Review for Alex Smith, "2010 Self.360.Manager Summary (MD) Review Forms - GOLP07_03692945.pdf," GS0182136 - GS0182138.
- 2014 Managing Director and Vice President - Manager Effectiveness Evaluation, "2014 MD and Vice President Manager Effectiveness- GS0375516.pdf," GS0375516.
- 2014 Manager Effectiveness Evaluation - Managing Director and Vice President, "GS0375516.pdf," GS0375516.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- 2015 Associate - Peer (360) Feedback - Development Review, "2015 AS Peer Review Forms - Vice President.MD Manager Effectiveness - GS0375821.pdf," GS0375821 - GS0375825.
- 2013 Revenue Associate - Peer (360) Feedback, "360 Review Form (Old) ECF No. 598-5.pdf," GS0375541 - GS0375542.
- Investment Banking - Annual 360 Feedback, Manager Effectiveness, and Manager Summary for Vice President, "360 Feedback Form (New) ECF No. 598-6.pdf," GS0375609 - GS0375611.
- Investment Banking - Annual 360 Feedback, Manager Effectiveness, and Manager Summary for Vice President, "Current 360 Form GS0375629.pdf," GS0375629 - GS0375631.
- Associate 360 Degree Feedback Form - Regular Full (i.e., Peer) Feedback Form, "GOLP07_03693249 - GS0182750.pdf," 3/4/04, GS0182750 - GS0182757.
- 2013 Development Review - Revenue Vice President - Peer (360) Feedback, "GS0375755.pdf," GS0375755 - GS0375756.
- Post-2016 Annual 360 Feedback, Manager Effectiveness, and Manager Summary for Vice President - Investment Banking, "post-2016 360 Feedback Form GS0375629.pdf," GS0375629 - GS0375631.
- Post-2016 Annual 360 Feedback, "post-2016 360 Feedback Form GS0382373.pdf," Sample Completed Feedback Form, GS0382373.
- EQ-Associate - Self-Evaluation, "GS0100629.pdf," GS0100629 - GS0100634.
- EQ-Associate - Self-Evaluation, "GS0100635.pdf," GS0100635 - GS0100640.
- EQ-Associate-Client Services/Ops - Self-Evaluation, "GS0100641.pdf," GS0100641 - GS0100646.
- EQ-Associate-Client Services/Ops - Self-Evaluation, "GS0100647.pdf," GS0100647 - GS0100652.
- EQ-Associate-Sales - Self-Evaluation, "GS0100653.pdf," GS0100653 - GS0100658.
- EQ-Associate-Sales - Self-Evaluation, "GS0100659.pdf," GS0100659 - GS0100664.
- EQ-Associate-Trader - Self-Evaluation, "GS0100665.pdf," GS0100665 - GS0100670.
- EQ-Associate-Trader - Self-Evaluation, "GS0100671.pdf," GS0100671 - GS0100676.
- EQ-Associate - Peer Feedback, "GS0100677.pdf," GS0100677 - GS0100681.
- EQ-Associate - Peer Feedback, "GS0100682.pdf," GS0100682 - GS0100686.
- EQ-Associate-Client Services/Ops - Peer Feedback, "GS0100687.pdf," GS0100687 - GS0100691.
- EQ-Associate-Client Services/Ops - Peer Feedback, "GS0100692.pdf," GS0100692 - GS0100696.
- EQ-Associate-Sales - Peer Feedback, "GS0100697.pdf," GS0100697 - GS0100701.
- EQ-Associate-Sales - Peer Feedback, "GS0100702.pdf," GS0100702 - GS100706.
- EQ-Associate-Trader - Peer Feedback, "GS0100707.pdf," GS0100707 - GS100711.
- EQ-Associate-Trader - Peer Feedback, "GS0100712.pdf," GS0100712 - GS100716.
- EQ-Associate - Client Feedback, "GS0100717.pdf," GS0100717 - GS100721.
- EQ-Associate - Client Feedback, "GS0100722.pdf," GS0100722 - GS100726.
- EQ-Associate-Client Services/Ops - Client Feedback, "GS0100727.pdf," GS0100727 - GS100731.
- EQ-Associate-Client Services/Ops - Client Feedback, "GS0100732.pdf," GS0100732 - GS100736.
- EQ-Associate-Sales - Client Feedback, "GS0100737.pdf," GS0100737 - GS100741.
- EQ-Associate-Sales - Client Feedback, "GS0100742.pdf," GS0100742 - GS100746.
- EQ-Associate-Trader - Client Feedback, "GS0100747.pdf," GS0100747 - GS100751.
- EQ-Associate-Trader - Client Feedback, "GS0100752.pdf," GS0100752 - GS100756.
- EQ-Associate - Manager Feedback, "GS0100757.pdf," GS0100757 - GS100761.
- EQ-Associate - Manager Feedback, "GS0100762.pdf," GS0100762 - GS100766.
- EQ-Associate-Client Services/Ops - Manager Feedback, "GS0100767.pdf," GS0100767 - GS100771.
- EQ-Associate-Client Services/Ops - Manager Feedback, "GS0100772.pdf," GS0100772 - GS100776.
- EQ-Associate-Sales - Manager Feedback, "GS0100777.pdf," GS0100777 - GS100781.
- EQ-Associate-Sales - Manager Feedback, "GS0100782.pdf," GS0100782 - GS100786.
- EQ-Associate-Trader - Manager Feedback, "GS0100787.pdf," GS0100787 - GS100791.
- EQ-Associate-Trader - Manager Feedback, "GS0100792.pdf," GS0100792 - GS100796.
- EQ-Associate - Limited, "GS0100797.pdf," GS0100797.
- EQ-Associate-Client Services/Ops - Limited, "GS0100798.pdf," GS0100798.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- EQ-Associate-Sales - Limited, “GS0100799.pdf,” GS0100799.
- EQ-Associate-Trader - Limited, “GS0100800.pdf,” GS0100800.
- EQ-Vice President - Self-Evaluation, “GS0100801.pdf,” GS0100801 - GS100805.
- EQ-Vice President - Self-Evaluation, “GS0100806.pdf,” GS0100806 - GS100810.
- EQ-Vice President-Client Services/Ops - Self-Evaluation, “GS0100811.pdf,” GS0100811 - GS100815.
- EQ-Vice President-Client Services/Ops - Self-Evaluation, “GS0100816.pdf,” GS0100816 - GS100820.
- EQ-Vice President-Research - Self-Evaluation, “GS0100821.pdf,” GS0100821 - GS100825.
- EQ-Vice President-Research - Self-Evaluation, “GS0100826.pdf,” GS0100826 - GS100830.
- EQ-Vice President-Sales - Self-Evaluation, “GS0100831.pdf,” GS0100831 - GS100835.
- EQ-Vice President-Sales - Self-Evaluation, “GS0100836.pdf,” GS0100836 - GS100840.
- EQ-Vice President-Trader- Self-Evaluation, “GS0100841.pdf,” GS0100841 - GS100845.
- EQ-Vice President-Trader- Self-Evaluation, “GS0100846.pdf,” GS0100846 - GS100850.
- EQ-Vice President - Peer Feedback, “GS0100851.pdf,” GS0100851 - GS100854.
- EQ-Vice President-Client Services/Ops - Peer Feedback, “GS0100855.pdf,” GS0100855 - GS100858.
- EQ-Vice President-Research - Peer Feedback, “GS0100859.pdf,” GS0100859 - GS100862.
- EQ-Vice President-Sales - Peer Feedback, “GS0100863.pdf,” GS0100863 - GS100866.
- EQ-Vice President-Trader- Peer Feedback, “GS0100867.pdf,” GS0100867 - GS100870.
- EQ-Vice President - Manager Feedback, “GS0100871.pdf,” GS0100871 - GS100874.
- EQ-Vice President-Client Services/Ops - Manager Feedback, “GS0100875.pdf,” GS0100875 - GS100878.
- EQ-Vice President-Client Services/Ops - Manager Feedback, “GS0100879.pdf,” GS0100879 - GS100882.
- EQ-Vice President-Research - Manager Feedback, “GS0100883.pdf,” GS0100883 - GS100886.
- EQ-Vice President-Sales - Manager Feedback, “GS0100887.pdf,” GS0100887 - GS100890.
- EQ-Vice President-Trader- Manager Feedback, “GS0100891.pdf,” GS0100891 - GS100894.
- EQ-Vice President_Client Services/Ops - Client Feedback, “GS0100895.pdf,” GS0100895 - GS100898.
- EQ-Vice President_Client Services/Ops - Client Feedback, “GS0100899.pdf,” GS0100899 - GS100902.
- EQ-Vice President - Client Feedback, “GS0100903.pdf,” GS0100903 - GS100906.
- EQ-Vice President-Research - Client Feedback, “GS0100907.pdf,” GS0100907 - GS100910.
- EQ-Vice President-Sales - Client Feedback, “GS0100911.pdf,” GS0100911 - GS100914.
- EQ-Vice President-Trader - Client Feedback, “GS0100915.pdf,” GS0100915 - GS100918.
- EQ-Vice President - Limited, “GS0100919.pdf,” GS0100919.
- EQ-Vice President-Client Services/Ops - Limited, “GS0100920.pdf,” GS0100920.
- EQ-Vice President-Research - Limited, “GS0100921.pdf,” GS0100921.
- EQ-Vice President-Sales - Limited, “GS0100922.pdf,” GS0100922.
- EQ-Vice President-Trader - Limited, “GS0100923.pdf,” GS0100923.
- EQ-Associate - Manager Summary, “GS0100924.pdf,” GS0100924.
- EQ-Associate-Client Services/Ops - Manager Summary, “GS0100925.pdf,” GS0100925 - GS0100929.
- EQ-Associate-Sales - Manager Summary, “GS0100930.pdf,” GS0100930 - GS100934.
- EQ-Vice President - Manager Summary, “GS0100935.pdf,” GS0100935.
- EQ-Vice President-Client Services/Ops - Manager Summary, “GS0100936.pdf,” GS0100936 - GS100940.
- EQ-Vice President-Sales - Manager Summary, “GS0100941.pdf,” GS0100941 - GS100945.
- EQ-Vice President-Research - Manager Summary, “GS0100946.pdf,” GS0100946 - GS100950.
- EQ-Associate-Trader - Manager Summary, “GS0100951.pdf,” GS0100951 - GS100955.
- EQ-Vice President-Trader - Manager Summary, “GS0100956.pdf,” GS0100956 - GS100960.
- EQ-Associate - Limited, “GS0100961.pdf,” GS0100961.
- EQ-Associate - Manager Summary, “GS0100962.pdf,” GS0100962.
- EQ-Associate-Client Services/Ops - Limited, “GS0100963.pdf,” GS0100963.
- EQ-Associate-Sales - Limited, “GS0100964.pdf,” GS0100964.
- EQ-Associate-Trader- Limited, “GS0100965.pdf,” GS0100965.
- EQ-Vice President - Manager Summary, “GS0100966.pdf,” GS0100966.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- EQ-Vice President - Limited, “GS0100967.pdf,” GS0100967.
- EQ-Vice President-Client Services/Ops - Limited, “GS0100968.pdf,” GS0100968.
- EQ-Vice President-Research - Limited, “GS0100969.pdf,” GS0100969.
- EQ-Vice President-Sales- Limited, “GS0100970.pdf,” GS0100970.
- EQ-Vice President-Trader- Limited, “GS0100971.pdf,” GS0100971.
- EQ-Vice President-Client Services/Ops - Manager Summary, “GS0100972.pdf,” GS0100972 - GS100976.
- EQ-Vice President-Research - Manager Summary, “GS0100977.pdf,” GS0100977 - GS100981.
- EQ-Vice President-Sales - Manager Summary, “GS0100982.pdf,” GS0100982 - GS100986.
- EQ-Vice President-Trader - Manager Summary, “GS0100987.pdf,” GS0100987 - GS100991.
- EQ-Associate-Client Services/Ops - Manager Summary, “GS0100992.pdf,” GS0100992 - GS100996.
- EQ-Associate-Sales - Manager Summary, “GS0100997.pdf,” GS0100997 - GS101001.
- EQ-Vice President-Trader - Manager Summary, “GS0101002.pdf,” GS0101002 - GS101006.
- EQ-Associate-Research- Peer Feedback, “GS0101007.pdf,” GS0101007 - GS101011.
- EQ-Associate-Research-Client Feedback, “GS0101012.pdf,” GS0101012 - GS101016.
- EQ-Associate-Research-Limited, “GS0101017.pdf,” GS0101017 - GS101017.
- EQ-Associate-Research-Manager-Summary, “GS0101018.pdf,” GS0101018 - GS101022.
- EQ-Associate-Research-Self Evaluation, “GS0101023.pdf,” GS0101023 - GS101028.
- EQ-Associate-Client-Research, “GS0101029.pdf,” GS0101029 - GS101033.
- EQ-Associate-Manager Feedback, “GS0101034.pdf,” GS0101034 - GS101037.
- EQ-Associate-Peer Feedback, “GS0101038.pdf,” GS0101038 - GS101042.
- EQ-Associate-Self-Evaluation, “GS0101043.pdf,” GS0101043 - GS101048.
- EQ-Associate-Client-Services-Ops-Client Feedback, “GS0101049.pdf,” GS0101049 - GS101053.
- EQ-Associate-Client-Services-Ops-Manager Feedback, “GS0101054.pdf,” GS0101054 - GS101057.
- EQ-Associate-Client-Services-Ops-Peer Feedback, “GS0101058.pdf,” GS0101058 - GS101062.
- EQ-Associate-Client-Services-Ops-Self-Evaluation, “GS0101063.pdf,” GS0101063 - GS101068.
- EQ-Associate-Research-Manager Feedback, “GS0101069.pdf,” GS0101069 - GS101072.
- EQ-Associate-Sales-Client Feedback, “GS0101073.pdf,” GS0101073 - GS101077.
- EQ-Associate-Sales-Manager Feedback, “GS0101078.pdf,” GS0101078 - GS101081.
- EQ-Associate-Sales-Peer Feedback, “GS0101082.pdf,” GS0101082 - GS101086.
- EQ-Associate-Sales-Self-Evaluation, “GS0101087.pdf,” GS0101087 - GS101092.
- EQ-Associate-Trade-Client Feedback, “GS0101093.pdf,” GS0101093 - GS101097.
- EQ-Associate-Trade-Manager Feedback, “GS0101098.pdf,” GS0101098 - GS101101.
- EQ-Associate-Trade-Peer Feedback, “GS0101102.pdf,” GS0101102 - GS101106.
- EQ-Associate-Trade-Self-Evaluation, “GS0101107.pdf,” GS0101107 - GS101112.
- EQ-Vice President-Client Feedback, “GS0101113.pdf,” GS0101113 - GS101117.
- EQ-Vice President-Manager Feedback, “GS0101118.pdf,” GS0101118 - GS101121.
- EQ-Vice President-Peer Feedback, “GS0101122.pdf,” GS0101122 - GS101126.
- EQ-Vice President-Client-Services-Ops-Client Feedback, “GS0101127.pdf,” GS0101127 - GS101131.
- EQ-Vice President-Self-Evaluation, “GS0101132.pdf,” GS0101132 - GS101137.
- EQ-Vice President-Client-Services-Ops-Manager Feedback, “GS0101138.pdf,” GS0101138 - GS101141.
- EQ-Vice President-Research-Peer Feedback, “GS0101142.pdf,” GS0101142 - GS101146.
- EQ-Vice President-Client-Services-Ops-Self-Evaluation, “GS0101147.pdf,” GS0101147 - GS101152.
- EQ-Vice President-Research-Manager Feedback, “GS0101153.pdf,” GS0101153 - GS101156.
- EQ-Vice President-Research-Peer Feedback, “GS0101157.pdf,” GS0101157 - GS101161.
- EQ-Vice President-Research-Client Feedback, “GS0101162.pdf,” GS0101162 - GS101166.
- EQ-Vice President-Research-Self-Evaluation, “GS0101167.pdf,” GS0101167 - GS101172.
- EQ-Vice President-Sales-Client Feedback, “GS0101173.pdf,” GS0101173 - GS101177.
- EQ-Vice President-Sales-Manager Feedback, “GS0101178.pdf,” GS0101178 - GS101181.
- EQ-Vice President-Sales-Peer Feedback, “GS0101182.pdf,” GS0101182 - GS101186.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- EQ-Vice President-Sales-Self-Evaluation, “GS0101187.pdf,” GS0101187 - GS101193.
- EQ-Vice President-Trader-Client Feedback, “GS0101194.pdf,” GS0101194 - GS101198.
- EQ-Vice President-Trader-Manager Feedback, “GS0101199.pdf,” GS0101199 - GS101202.
- EQ-Vice President-Trader-Peer Feedback, “GS0101203.pdf,” GS0101203 - GS101207.
- EQ-Vice President-Trader-Self-Evaluation, “GS0101208.pdf,” GS0101208 - GS101213.
- EQ-Assoc-Client Feedback, “GS0101214.pdf,” GS0101214 - GS101220.
- EQ-Assoc-Manager Feedback, “GS0101221.pdf,” GS0101221 - GS101227.
- EQ-Assoc-Limited, “GS0101228.pdf,” GS0101228 - GS101228.
- EQ-Assoc-Peer Feedback, “GS0101229.pdf,” GS0101229 - GS101235.
- EQ-Assoc-Self-Evaluation, “GS0101236.pdf,” GS0101236 - GS101244.
- EQ-Assoc-Manager Summary, “GS0101245.pdf,” GS0101245 - GS101245.
- EQ-Assoc-Client Services/Ops-Client Feedback, “GS0101246.pdf,” GS0101246 - GS101252.
- EQ-Assoc-Client Services/Ops-Manager Summary, “GS0101253.pdf,” GS0101253 - GS101258.
- EQ-Assoc-Research-Manager Summary, “GS0101259.pdf,” GS0101259 - GS101264.
- EQ-Assoc-Client Services/Ops-Manager Feedback, “GS0101265.pdf,” GS0101265 - GS101271.
- EQ-Assoc-Client Services/Ops-Peer Feedback, “GS0101272.pdf,” GS0101272 - GS101278.
- EQ-Assoc-Client Services/Ops-Self Evaluation, “GS0101279.pdf,” GS0101279 - GS101287.
- EQ-Assoc-Client Services/Ops-Limited, “GS0101288.pdf,” GS0101288 - GS101288.
- EQ-Assoc-Research-Limited, “GS0101289.pdf,” GS0101289 - GS101289.
- EQ-Assoc-Research-Client Feedback, “GS0101290.pdf,” GS0101290 - GS101296.
- EQ-Assoc-Sales-Manager Feedback, “GS0101297.pdf,” GS0101297 - GS101303.
- EQ-Assoc-Research-Manager Feedback, “GS0101304.pdf,” GS0101304 - GS101310.
- EQ-Assoc-Research-Peer Feedback, “GS0101311.pdf,” GS0101311 - GS101317.
- EQ-Assoc-Research-Self-Evaluation, “GS0101318.pdf,” GS0101318 - GS101326.
- EQ-Assoc-Sales-Peer Feedback, “GS0101327.pdf,” GS0101327 - GS101333.
- EQ-Assoc-Sales-Self-Evaluation, “GS0101334.pdf,” GS0101334 - GS101342.
- EQ-Assoc-Trader-Manager Feedback, “GS0101343.pdf,” GS0101343 - GS101349.
- EQ-Assoc-Sales-Client Feedback, “GS0101350.pdf,” GS0101350 - GS101356.
- EQ-Assoc-Sales-Limited, “GS0101357.pdf,” GS0101357 - GS101357.
- EQ-Assoc-Sales-Manager Summary, “GS0101358.pdf,” GS0101358 - GS101363.
- EQ-Assoc-Trader-Self-Evaluation, “GS0101364.pdf,” GS0101364 - GS101372.
- EQ-Assoc-Trader-Manager Summary, “GS0101373.pdf,” GS0101373 - GS101378.
- EQ-Assoc-Trader-Client Feedback, “GS0101379.pdf,” GS0101379 - GS101385.
- EQ-Assoc-Trader-Peer Feedback, “GS0101386.pdf,” GS0101386 - GS101392.
- EQ-Assoc-Trader-Limited, “GS0101393.pdf,” GS0101393 - GS101393.
- EQ-Vice President-Peer Feedback, “GS0101394.pdf,” GS0101394 - GS101401.
- EQ-Vice President-Client Feedback, “GS0101402.pdf,” GS0101402 - GS101409.
- EQ-Vice President-Manager Feedback, “GS0101410.pdf,” GS0101410 - GS101417.
- EQ-Vice President-Manager Summary, “GS0101418.pdf,” GS0101418 - GS101418.
- EQ-Vice President-Limited, “GS0101419.pdf,” GS0101419 - GS101419.
- EQ-Vice President-Self-Evaluation, “GS0101420.pdf,” GS0101420 - GS101428.
- EQ-Vice President-Research-Manager Feedback, “GS0101429.pdf,” GS0101429 - GS101436.
- EQ-Vice President-Client Services/Ops - Limited, “GS0101437.pdf,” GS0101437 - GS101437.
- EQ-Vice President-Client Services/Ops - Client Feedback, “GS0101438.pdf,” GS0101438 - GS101445.
- EQ-Vice President-Client Services/Ops - Manager Feedback, “GS0101446.pdf,” GS0101446 - GS101453.
- EQ-Vice President-Client Services/Ops - Self-Evaluation, “GS0101454.pdf,” GS0101454 - GS101462.
- EQ-Vice President-Client Services/Ops - Manager Summary, “GS0101463.pdf,” GS0101463 - GS101468.
- EQ-Vice President-Client Services/Ops - Peer Feedback, “GS0101469.pdf,” GS0101469 - GS101476.
- EQ-Vice President-Sales - Manager Summary, “GS0101477.pdf,” GS0101477 - GS101484.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- EQ-Vice President-Research - Limited, “GS0101485.pdf,” GS0101485 - GS101490.
- EQ-Vice President-Sales - Self-Evaluation, “GS0101491.pdf,” GS0101491 - GS101491.
- EQ-Vice President-Research - Self-Evaluation, “GS0101492.pdf,” GS0101492 - GS101500.
- EQ-Vice President-Research - Self-Evaluation, “GS0101501.pdf,” GS0101501 - GS101509.
- EQ-Vice President-Research - Client Feedback, “GS0101510.pdf,” GS0101510 - GS101517.
- EQ-Vice President-Research - Peer Feedback, “GS0101518.pdf,” GS0101518 - GS101525.
- EQ-Vice President-Trader - Client Feedback, “GS0101526.pdf,” GS0101526 - GS101533.
- EQ- Vice President-Trader - Peer Feedback, “GS0101534.pdf,” GS0101534 - GS101541.
- EQ-Vice President-Trader - Self-Evaluation, “GS0101542.pdf,” GS0101542 - GS101550.
- EQ-Vice President-Sales - Client Feedback, “GS0101551.pdf,” GS0101551 - GS101558.
- EQ-Vice President-Trader - Manager Feedback, “GS0101559.pdf,” GS0101559 - GS101566.
- EQ-Vice President-Trader - Limited, “GS0101567.pdf,” GS0101567 - GS101567.
- EQ-Vice President-Sales - Manager Summary, “GS0101568.pdf,” GS0101568 - GS101573.
- EQ-Vice President-Sales - Peer Feedback, “GS0101574.pdf,” GS0101574 - GS101581.
- EQ-Vice President-Sales - Limited, “GS0101582.pdf,” GS0101582 - GS101582.
- EQ-Vice President-Trader - Manager Summary, “GS0101583.pdf,” GS0101583 - GS101588.
- EQ-Assoc - Manager Feedback, “GS0101589.pdf,” GS0101589 - GS101595.
- EQ-Assoc - Limited, “GS0101596.pdf,” GS0101596 - GS101596.
- EQ-Assoc - Self-Evaluation, “GS0101597.pdf,” GS0101597 - GS101605.
- EQ-Assoc - Peer Feedback, “GS0101606.pdf,” GS0101606 - GS101612.
- EQ Assoc - Client Feedback, “GS0101613.pdf,” GS0101613 - GS101619.
- EQ-Vice President - Manager Feedback, “GS0101620.pdf,” GS0101620 - GS101627.
- EQ-Vice President - Peer Feedback, “GS0101628.pdf,” GS0101628 - GS101635.
- EQ Vice President - Client Feedback, “GS0101636.pdf,” GS0101636 - GS101643.
- EQ-Vice President - Limited, “GS0101644.pdf,” GS0101644 - GS101644.
- EQ-Vice President - Self-Evaluation, “GS0101645.pdf,” GS0101645 - GS101653.
- EQ-Assoc - Self-Evaluation, “GS0101654.pdf,” GS0101654 - GS101662.
- EQ-Assoc - Manager Summary, “GS0101663.pdf,” GS0101663 - GS101663.
- EQ-Assoc - Manager Feedback, “GS0101664.pdf,” GS0101664 - GS101670.
- EQ-Assoc - Peer Feedback, “GS0101671.pdf,” GS0101671 - GS101677.
- EQ-Assoc - Limited, “GS0101678.pdf,” GS0101678 - GS101678.
- EQ Assoc - Co-Manager Feedback, “GS0101679.pdf,” GS0101679 - GS101685.
- EQ-Vice President - Self-Evaluation, “GS0101686.pdf,” GS0101686 - GS101695.
- EQ-Vice President - Co-Manager Feedback, “GS0101696.pdf,” GS0101696 - GS101703.
- EQ-Vice President - Manager Feedback, “GS0101704.pdf,” GS0101704 - GS101711.
- EQ-Vice President - Manager Summary, “GS0101712.pdf,” GS0101712 - GS101712.
- EQ-Vice President - Limited, “GS0101713.pdf,” GS0101713 - GS101713.
- EQ-Vice President - Peer Feedback, “GS0101714.pdf,” GS0101714 - GS101721.
- EQ-Assoc - Limited, “GS0101722.pdf,” GS0101722 - GS101722.
- EQ-Assoc - Self-Evaluation, “GS0101723.pdf,” GS0101723 - GS101732.
- EQ-Assoc - Manager Summary, “GS0101733.pdf,” GS0101733 - GS101733.
- EQ-Assoc - Peer Feedback, “GS0101734.pdf,” GS0101734 - GS101742.
- EQ-Vice President - Self-Evaluation, “GS0101743.pdf,” GS0101743 - GS101753.
- EQ-Vice President - Manager Feedback, “GS0101754.pdf,” GS0101754 - GS101762.
- EQ-Vice President - Co-Manager Feedback, “GS0101763.pdf,” GS0101763 - GS101771.
- EQ-Vice President - Limited, “GS0101772.pdf,” GS0101772 - GS101772.
- EQ-Vice President - Manager Summary, “GS0101773.pdf,” GS0101773 - GS101774.
- EQ-Vice President - Peer Feedback, “GS0101775.pdf,” GS0101775 - GS101783.
- EQ-Assoc - Manager Feedback, “GS0101784.pdf,” GS0101784 - GS101791.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- EQ-Assoc - Co-Manager Feedback, “GS0101792.pdf,” GS0101792 - GS101799.
- FICC-Assoc - Limited, “GS0101800.pdf,” GS0101800 - GS101804.
- FICC-Assoc - Client Feedback, “GS0101805.pdf,” GS0101805 - GS101805.
- FICC-Assoc - Manager Feedback, “GS0101806.pdf,” GS0101806 - GS101810.
- FICC-Assoc - Peer Feedback, “GS0101811.pdf,” GS0101811 - GS101815.
- FICC-Assoc - Self-Evaluation, “GS0101816.pdf,” GS0101816 - GS101821.
- FICC-Assoc-Inv Bkr/Deal Orig - Client Feedback, “GS0101822.pdf,” GS0101822 - GS101826.
- FICC-Assoc-Inv Bkr/Deal Orig - Limited, “GS0101827.pdf,” GS0101827 - GS101827.
- FICC-Assoc-Inv Bkr/Deal Orig - Manager Feedback, “GS0101828.pdf,” GS0101828 - GS101832.
- FICC-Assoc-Inv Bkr/Deal Orig - Peer Feedback, “GS0101833.pdf,” GS0101833 - GS101837.
- FICC-Assoc-Inv Bkr/Deal Orig - Self-Evaluation, “GS0101838.pdf,” GS0101838 - GS101843.
- FICC-Assoc-Research - Client Feedback, “GS0101844.pdf,” GS0101844 - GS101848.
- FICC-Assoc-Research - Limited, “GS0101849.pdf,” GS0101849 - GS101849.
- FICC-Assoc-Research - Manager Feedback, “GS0101850.pdf,” GS0101850 - GS101854.
- FICC-Assoc-Research - Client Feedback, “GS0101855.pdf,” GS0101855 - GS101859.
- FICC -Assoc - Limited, “GS0101860.pdf,” GS0101860 - GS101860.
- FICC-Assoc - Manager Feedback, “GS0101861.pdf,” GS0101861 - GS101865.
- FICC-Assoc - Peer Feedback, “GS0101866.pdf,” GS0101866 - GS101870.
- FICC-Assoc - Self-Evaluation, “GS0101871.pdf,” GS0101871 - GS101876.
- FICC-Assoc-Research - Peer Feedback, “GS0101877.pdf,” GS0101877 - GS101881.
- FICC-Assoc-Inv Bkr/Deal Orig - Client Feedback, “GS0101882.pdf,” GS0101882 - GS101886.
- FICC-Assoc-Inv Bkr/Deal Orig - Limited, “GS0101887.pdf,” GS0101887.
- FICC-Assoc-Research - Self-Evaluation, “GS0101888.pdf,” GS0101888 - GS101893.
- FICC-Assoc-Inv Bkr/Deal Orig - Manager Feedback, “GS0101894.pdf,” GS0101894 - GS101898.
- FICC-Assoc-Sales - Client Feedback, “GS0101899.pdf,” GS0101899 - GS101903.
- FICC-Assoc-Sales - Limited, “GS0101904.pdf,” GS0101904.
- FICC-Assoc-Inv Bkr/Deal Orig - Peer Feedback, “GS0101905.pdf,” GS0101905 - GS101909.
- FICC-Assoc-Sales - Manager Feedback, “GS0101910.pdf,” GS0101910 - GS101914.
- FICC-Assoc-Sales - Peer Feedback, “GS0101915.pdf,” GS0101915 - GS101919.
- FICC-Assoc-Inv Bkr/Deal Orig - Self-Evaluation, “GS0101920.pdf,” GS0101920 - GS101925.
- FICC-Assoc-Sales - Self-Evaluation, “GS0101926.pdf,” GS0101926 - GS101931.
- FICC-Assoc-Research - Client Feedback, “GS0101932.pdf,” GS0101932 - GS101936.
- FICC-Assoc-Research - Limited, “GS0101937.pdf,” GS0101937 - GS101937.
- FICC-Assoc-Trader - Client Feedback, “GS0101938.pdf,” GS0101938 - GS101942.
- FICC-Assoc-Trader - Limited, “GS0101943.pdf,” GS0101943 - GS101943.
- FICC-Assoc-Trader - Manager Feedback, “GS0101944.pdf,” GS0101944 - GS101948.
- FICC-Assoc-Trader - Peer Feedback, “GS0101949.pdf,” GS0101949 - GS101953.
- FICC-Assoc-Trader - Self Evaluation, “GS0101954.pdf,” GS0101954 - GS101959.
- FICC-Assoc-Research - Manager Feedback, “GS0101960.pdf,” GS0101960 - GS101964.
- FICC-Assoc-Research - Peer Feedback, “GS0101965.pdf,” GS0101965 - GS101969.
- FICC-Assoc-Research - Self-Evaluation “GS0101970.pdf,” GS0101970 - GS101975.
- FICC-Assoc-Sales - Client Feedback, “GS0101976.pdf,” GS0101976 - GS101980.
- FICC-Assoc-Sales - Limited, “GS0101981.pdf,” GS0101981 - GS101981.
- FICC-Assoc-Sales - Manager Feedback, “GS0101982.pdf,” GS0101982 - GS101986.
- FICC-Assoc-Sales - Peer Feedback, “GS0101987.pdf,” GS0101987 - GS101991.
- FICC-Assoc-Sales - Self-Evaluation, “GS0101992.pdf,” GS0101992 - GS101997.
- FICC-Assoc-Trader - Client Feedback, “GS0101998.pdf,” GS0101998 - GS102002.
- FICC-Assoc-Trader - Limited, “GS0102003.pdf,” GS0102003.
- FICC-Assoc-Trader - Manager Feedback, “GS0102004.pdf,” GS0102004 - GS102008.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- FICC-Assoc-Trader - Peer Feedback, “GS0102009.pdf,” GS0102009 - GS102013.
- FICC-Assoc-Trader - Self-Evaluation, “GS0102014.pdf,” GS0102014 - GS102019.
- FICC -Assoc - Manager Summary, “GS0102020.pdf,” GS0102020.
- FICC-Vice President - Self-Evaluation, “GS0102021.pdf,” GS0102021 - GS102025.
- FICC-Vice President - Peer Feedback, “GS0102026.pdf,” GS0102026 - GS102029.
- FICC-Vice President - Manager Feedback, “GS0102030.pdf,” GS0102030 - GS102033.
- FICC-Vice President - Client Feedback, “GS0102034.pdf,” GS0102034 - GS102037.
- FICC-Vice President - Limited, “GS0102038.pdf,” GS0102038 - GS102038.
- FICC-Vice President-Inv Bkr/Deal Orig - Client Feedback, “GS0102039.pdf,” GS0102039 - GS102042.
- FICC-Vice President-Inv Bkr/Deal Orig - Limited, “GS0102043.pdf,” GS0102043 - GS102043.
- FICC-Vice President-Inv Bkr/Deal Orig - Manager Feedback, “GS0102044.pdf,” GS0102044 - GS102047.
- FICC-Vice President-Inv Bkr/Deal Orig - Peer Feedback, “GS0102048.pdf,” GS0102048 - GS102051.
- FICC-Vice President-Inv Bkr/Deal Orig - Self-Evaluation, “GS0102052.pdf,” GS0102052 - GS102055.
- FICC-Vice President-Research - Client Feedback, “GS0102056.pdf,” GS0102056 - GS102059.
- FICC-Vice President-Research - Limited, “GS0102060.pdf,” GS0102060.
- FICC-Vice President-Research - Manager Feedback, “GS0102061.pdf,” GS0102061 - GS102064.
- FICC-Vice President-Research - Peer Feedback, “GS0102065.pdf,” GS0102065 - GS102068.
- FICC-Vice President-Research - Self-Evaluation, “GS0102069.pdf,” GS0102069 - GS102073.
- FICC-Vice President-Research - Client Feedback, “GS0102074.pdf,” GS0102074 - GS102077.
- FICC-Vice President-Sales - Limited, “GS0102078.pdf,” GS0102078 - GS102078.
- FICC-Vice President-Sales - Manager Feedback, “GS0102079.pdf,” GS0102079 - GS102082.
- FICC-Vice President-Sales - Peer Feedback, “GS0102083.pdf,” GS0102083 - GS102086.
- FICC-Vice President-Sales - Self-Evaluation, “GS0102087.pdf,” GS0102087 - GS102091.
- FICC-Vice President-Trader - Client Feedback, “GS0102092.pdf,” GS0102092 - GS102095.
- FICC-Vice President-Trader - Limited, “GS0102096.pdf,” GS0102096 - GS102096.
- FICC-Vice President-Trader - Manager Feedback, “GS0102097.pdf,” GS0102097 - GS102100.
- FICC-Vice President-Trader - Peer Feedback, “GS0102101.pdf,” GS0102101 - GS102104.
- FICC-Vice President-Trader - Self-Evaluation, “GS0102105.pdf,” GS0102105 - GS102109.
- FICC-Assoc - Manager Feedback, “GS0102110.pdf,” GS0102110.
- FICC-Vice President - Manager Feedback, “GS0102111.pdf,” GS0102111.
- FICC-Vice President - Self-Evaluation “GS0102112.pdf,” GS0102112 - GS102116.
- FICC-Vice President - Peer Feedback, “GS0102117.pdf,” GS0102117 - GS102120.
- FICC-Vice President - Manager Feedback, “GS0102121.pdf,” GS0102121 - GS102124.
- FICC-Vice President - Client Feedback, “GS0102125.pdf,” GS0102125 - GS102128.
- FICC-Vice President - Limited, “GS0102129.pdf,” GS0102129 - GS102129.
- FICC-Vice President-Inv Bkr/Deal Orig - Client Feedback, “GS0102130.pdf,” GS0102130 - GS102133.
- FICC-Vice President-Inv Bkr/Deal Orig - Limited, “GS0102134.pdf,” GS0102134 - GS102134.
- FICC-Vice President-Inv Bkr/Deal Orig - Manager Feedback, “GS0102135.pdf,” GS0102135 - GS102138.
- FICC-Vice President-Inv Bkr/Deal Orig - Peer Feedback, “GS0102139.pdf,” GS0102139 - GS102142.
- FICC-Vice President-Inv Bkr/Deal Orig - Self-Evaluation, “GS0102143.pdf,” GS0102143 - GS102147.
- FICC-Vice President-Research - Client Feedback, “GS0102148.pdf,” GS0102148 - GS102151.
- FICC-Vice President-Research - Limited, “GS0102152.pdf,” GS0102152.
- FICC-Vice President-Research - Manager Feedback, “GS0102153.pdf,” GS0102153 - GS102156.
- FICC-Vice President-Research - Peer Feedback, “GS0102157.pdf,” GS0102157 - GS102160.
- FICC-Vice President-Research - Self-Evaluation, “GS0102161.pdf,” GS0102161 - GS102165.
- FICC-Vice President-Sales - Client Feedback, “GS0102166.pdf,” GS0102166 - GS102169.
- FICC-Vice President-Sales - Limited, “GS0102170.pdf,” GS0102170.
- FICC-Vice President-Sales - Manager Feedback, “GS0102171.pdf,” GS0102171 - GS102174.
- FICC-Vice President-Sales - Peer Feedback, “GS0102175.pdf,” GS0102175 - GS102178.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- FICC-Vice President-Sales - Self-Evaluation, "GS0102179.pdf," GS0102179 - GS102183.
- FICC-Vice President-Trader - Client Feedback, "GS0102184.pdf," GS0102184 - GS102187.
- FICC-Vice President-Trader - Limited, "GS0102188.pdf," GS0102188 - GS102188.
- FICC-Vice President-Trader - Manager Feedback, "GS0102189.pdf," GS0102189 - GS102192.
- FICC-Vice President-Trader - Peer Feedback, "GS0102193.pdf," GS0102193 - GS102196.
- FICC-Vice President-Trader - Self-Evaluation, "GS0102197.pdf," GS0102197 - GS102201.
- FICC-Vice President - Manager Summary, "GS0102202.pdf," GS0102202 - GS102202.
- FICC-Assoc-Inv Bkr/Deal Orig - Manager Summary, "GS0102203.pdf," GS0102203 - GS102207.
- FICC-Assoc-Research - Manager Summary, "GS0102208.pdf," GS0102208 - GS102212.
- FICC-Assoc-Sales - Manager Summary, "GS0102213.pdf," GS0102213 - GS102217.
- FICC-Assoc-Trader Manager Summary, "GS0102218.pdf," GS0102218 - GS102222.
- FICC-Vice President-Inv Bkr/Deal Orig - Manager Summary, "GS0102223.pdf," GS0102223 - GS102227.
- FICC-Vice President-Research - Manager Summary, "GS0102228.pdf," GS0102228 - GS102232.
- FICC-Vice President-Sales - Manager Summary, "GS0102233.pdf," GS0102233 - GS102237.
- FICC-Vice President-Trader - Manager Summary "GS0102238.pdf," GS0102238 - GS102242.
- FICC-Assoc-Inv Bkr/Deal Orig - Manager Summary, "GS0102243.pdf," GS0102243 - GS102247.
- FICC-Assoc-Research - Manager Summary, "GS0102248.pdf," GS0102248 - GS102252.
- FICC-Assoc-Sales - Manager Summary, "GS0102253.pdf," GS0102253 - GS102257.
- FICC-Assoc-Trader - Manager Summary, "GS0102258.pdf," GS0102258 - GS102262.
- FICC-Vice President-Inv Bkr/Deal Orig - Manager Summary, "GS0102263.pdf," GS0102263 - GS102267.
- FICC-Vice President-Research - Manager Summary, "GS0102268.pdf," GS0102268 - GS102272.
- FICC-Vice President-Sales - Manager Summary, "GS0102273.pdf," GS0102273 - GS102277.
- FICC-Vice President-Trader - Manager Summary "GS0102278.pdf," GS0102278 - GS102282.
- FICC-Assoc - Limited, "GS0102283.pdf," GS0102283.
- FICC-Assoc - Manager Summary, "GS0102284.pdf," GS0102284.
- FICC-Vice President-Inv Bkr/Deal Orig - Limited, "GS0102285.pdf," GS0102285.
- FICC-Assoc-Research - Limited, "GS0102286.pdf," GS0102286.
- FICC-Assoc-Sales - Limited, "GS0102287.pdf," GS0102287.
- FICC-Assoc-Trader - Limited, "GS0102288.pdf," GS0102288.
- FICC-Vice President - Limited, "GS0102289.pdf," GS0102289.
- FICC-Vice President - Manager Summary, "GS0102290.pdf," GS0102290.
- FICC-Vice President-Inv Bkr/Deal Orig - Limited, "GS0102291.pdf," GS0102291.
- FICC-Vice President-Research - Limited, "GS0102292.pdf," GS0102292.
- FICC-Vice President-Sales - Limited, "GS0102293.pdf," GS0102293.
- FICC-Vice President-Trader - Limited, "GS0102294.pdf," GS0102294.
- FICC-Assoc - Peer Feedback, "GS0102295.pdf," GS0102295 - GS102299.
- FICC-Assoc - Client Feedback, "GS0102300.pdf," GS0102300 - GS102304.
- FICC-Assoc-Inv Bkr/Deal Orig - Manager Feedback, "GS0102305.pdf," GS0102305 - GS102308.
- FICC-Assoc-Inv Bkr/Deal Orig - Manager Summary, "GS0102309.pdf," GS0102309 - GS102313.
- FICC-Assoc-Inv Bkr/Deal Orig - Peer Feedback, "GS0102314.pdf," GS0102314 - GS102318.
- FICC-Assoc-Inv Bkr/Deal Orig - Client Feedback, "GS0102319.pdf," GS0102319 - GS102323.
- FICC-Assoc-Research - Manager Feedback, "GS0102324.pdf," GS0102324 - GS102327.
- FICC-Assoc-Research - Manager Summary, "GS0102328.pdf," GS0102328 - GS102332.
- FICC-Assoc-Research - Peer Feedback, "GS0102333.pdf," GS0102333 - GS102337.
- FICC-Assoc-Research - Client Feedback, "GS0102338.pdf," GS0102338 - GS102342.
- FICC-Assoc-Research - Self-Evaluation, "GS0102343.pdf," GS0102343 - GS102348.
- FICC-Assoc-Sales - Manager Feedback, "GS0102349.pdf," GS0102349 - GS102352.
- FICC-Assoc-Sales - Manager Summary, "GS0102353.pdf," GS0102353 - GS102357.
- FICC-Assoc-Sales - Peer Feedback, "GS0102358.pdf," GS0102358 - GS102362.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- FICC-Assoc-Sales Client Feedback, "GS0102363.pdf," GS0102363 - GS102367.
- FICC-Assoc-Trader - Manager Feedback, "GS0102368.pdf," GS0102368 - GS102371.
- FICC-Assoc-Trader - Manager Summary, "GS0102372.pdf," GS0102372 - GS102376.
- FICC-Assoc-Trader - Peer Feedback, "GS0102377.pdf," GS0102377 - GS102381.
- FICC-Assoc-Trader - Client Feedback, "GS0102382.pdf," GS0102382 - GS102386.
- FICC-Assoc-Trader - Self-Evaluation, "GS0102387.pdf," GS0102387 - GS102392.
- FICC-Vice President-Inv Bkr/Deal Orig - Manager Summary, "GS0102393.pdf," GS0102393 - GS102397.
- FICC-Vice President-Research - Manager Summary, "GS0102398.pdf," GS0102398 - GS102402.
- FICC-Vice President-Sales - Manager Summary, "GS0102403.pdf," GS0102403 - GS102407.
- FICC-Vice President-Trader - Manager Summary "GS0102408.pdf," GS0102408 - GS102412.
- FICC-Vice President - Self-Evaluation, "GS0102413.pdf," GS0102413 - GS102419.
- FICC-Vice President - Peer Feedback, "GS0102420.pdf," GS0102420 - GS102424.
- FICC-Vice President - Client Feedback, "GS0102425.pdf," GS0102425 - GS102429.
- FICC-Vice President - Manager Feedback, "GS0102430.pdf," GS0102430 - GS102434.
- FICC-Vice President-Inv Bkr/Deal Orig - Manager Feedback, "GS0102435.pdf," GS0102435 - GS102438.
- FICC-Vice President-Inv Bkr/Deal Orig - Client Feedback, "GS0102439.pdf," GS0102439 - GS102443.
- FICC-Vice President-Inv Bkr/Deal Orig - Peer Feedback, "GS0102444.pdf," GS0102444 - GS102448.
- FICC-Vice President-Inv Bkr/Deal Orig - Self Evaluation, "GS0102449.pdf," GS0102449 - GS102455.
- FICC-Vice President-Research - Peer Feedback, "GS0102456.pdf," GS0102456 - GS102460.
- FICC-Vice President-Research - Manager Feedback, "GS0102461.pdf," GS0102461 - GS102464.
- FICC-Vice President-Research - Self-Evaluation, "GS0102465.pdf," GS0102465 - GS102471.
- FICC-Vice President-Research - Client Feedback, "GS0102472.pdf," GS0102472 - GS102476.
- FICC-Vice President-Sales - Peer Feedback, "GS0102477.pdf," GS0102477 - GS102481.
- FICC-Vice President-Sales - Manager Feedback, "GS0102482.pdf," GS0102482 - GS102485.
- FICC-Vice President-Sales - Self-Evaluation, "GS0102486.pdf," GS0102486 - GS102492.
- FICC-Vice President-Sales - Client Feedback, "GS0102493.pdf," GS0102493 - GS102497.
- FICC-Vice President-Trader - Client Feedback, "GS0102498.pdf," GS0102498 - GS102502.
- FICC-Vice President-Trader - Manager Feedback, "GS0102503.pdf," GS0102503 - GS102506.
- FICC-Vice President-Trader - Self-Evaluation, "GS0102507.pdf," GS0102507 - GS102513.
- FICC-Vice President-Trader - Peer Feedback, "GS0102514.pdf," GS0102514 - GS102518.
- FICC-Assoc - Manager Feedback, "GS0102519.pdf," GS0102519 - GS102522.
- FICC-Assoc - Self-Evaluation, "GS0102523.pdf," GS0102523 - GS102528.
- FICC-Assoc - Ind Bkr/Deal Orig - Self-Evaluation, "GS0102529.pdf," GS0102529 - GS102534.
- FICC-Assoc - Sales - Self-Evaluation, "GS0102535.pdf," GS0102535 - GS102540.
- FICC-Assoc - Self-Evaluation, "GS0102541.pdf," GS0102541 - GS102549.
- FICC-Assoc - Limited, "GS0102550.pdf," GS0102550.
- FICC-Assoc - Manager Summary, "GS0102551.pdf," GS0102551.
- FICC-Assoc - Client Feedback, "GS0102552.pdf," GS0102552 - GS102558.
- FICC-Assoc - Manager Feedback, "GS0102559.pdf," GS0102559 - GS102565.
- FICC-Assoc - Peer Feedback, "GS0102566.pdf," GS0102566 - GS102572.
- FICC-Assoc -Inv Bkr/Deal Orig - Self-Evaluation, "GS0102573.pdf," GS0102573 - GS102581.
- FICC-Assoc -Inv Bkr/Deal Orig - Manager Summary, "GS0102582.pdf," GS0102582 - GS102587.
- FICC-Assoc -Inv Bkr/Deal Orig - Limited, "GS0102588.pdf," GS0102588 - GS102588.
- FICC-Assoc -Inv Bkr/Deal Orig - Client Feedback, "GS0102589.pdf," GS0102589 - GS102595.
- FICC-Assoc -Inv Bkr/Deal Orig - Manager Feedback, "GS0102596.pdf," GS0102596 - GS102602.
- FICC-Assoc-Research - Manager Feedback, "GS0102603.pdf," GS0102603 - GS102609.
- FICC-Assoc-Research - Self-Evaluation, "GS0102610.pdf," GS0102610 - GS102618.
- FICC-Assoc-Research - Peer Feedback, "GS0102619.pdf," GS0102619 - GS102625.
- FICC-Assoc-Research - Manager Summary, "GS0102626.pdf," GS0102626 - GS102631.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- FICC-Assoc -Inv Bkr/Deal Orig - Peer Feedback, “GS0102632.pdf,” GS0102632 - GS102638.
- FICC-Assoc-Research - Client Feedback, “GS0102639.pdf,” GS0102639 - GS102645.
- FICC-Assoc-Sales - Self-Evaluation, “GS0102646.pdf,” GS0102646 - GS102654.
- FICC-Assoc-Sales - Limited, “GS0102655.pdf,” GS0102655.
- FICC-Assoc-Sales - Manager Summary, “GS0102656.pdf,” GS0102656 - GS102661.
- FICC-Assoc-Sales - Client Feedback, “GS0102662.pdf,” GS0102662 - GS102668.
- FICC-Assoc-Sales - Manager Summary, “GS0102669.pdf,” GS0102669 - GS102675.
- FICC-Assoc-Research - Limited, “GS0102676.pdf,” GS0102676 - GS102676.
- FICC-Assoc-Sales - Peer Feedback, “GS0102677.pdf,” GS0102677 - GS102683.
- FICC-Assoc-Trader - Limited, “GS0102684.pdf,” GS0102684.
- FICC-Assoc-Trader - Manager Feedback, “GS0102685.pdf,” GS0102685 - GS102691.
- FICC-Assoc-Trader - Manager Summary, “GS0102692.pdf,” GS0102692 - GS102697.
- FICC-Assoc-Trader - Peer Feedback, “GS0102698.pdf,” GS0102698 - GS102704.
- FICC-Assoc-Trader - Client Feedback, “GS0102705.pdf,” GS0102705 - GS102711.
- FICC-Assoc-Trader - Self-Evaluation, “GS0102712.pdf,” GS0102712 - GS102720.
- FICC-Vice President - Client Feedback, “GS0102721.pdf,” GS0102721 - GS102728.
- FICC-Vice President - Manager Feedback, “GS0102729.pdf,” GS0102729 - GS102736.
- FICC-Vice President - Limited, “GS0102737.pdf,” GS0102737 - GS102737.
- FICC-Vice President - Self-Evaluation, “GS0102738.pdf,” GS0102738 - GS102746.
- FICC-Vice President - Manager Summary, “GS0102747.pdf,” GS0102747 - GS102747.
- FICC-Vice President - Peer Feedback, “GS0102748.pdf,” GS0102748 - GS102755.
- FICC-Vice President -Inv Bkr/Deal Orig - Client Feedback, “GS0102756.pdf,” GS0102756 - GS102763.
- FICC-Vice President -Inv Bkr/Deal Orig - Manager Summary, “GS0102764.pdf,” GS0102764 - GS102769.
- FICC-Vice President -Inv Bkr/Deal Orig - Peer Feedback, “GS0102770.pdf,” GS0102770 - GS102777.
- FICC-Vice President -Inv Bkr/Deal Orig - Self-Evaluation, “GS0102778.pdf,” GS0102778 - GS102786.
- FICC-Vice President -Inv Bkr/Deal Orig - Limited, “GS0102787.pdf,” GS0102787.
- FICC-Vice President -Inv Bkr/Deal Orig - Manager Feedback, “GS0102788.pdf,” GS0102788 - GS102795.
- FICC-Vice President-Research - Manager Feedback, “GS0102796.pdf,” GS0102796 - GS102803.
- FICC-Vice President-Research - Manager Summary, “GS0102804.pdf,” GS0102804 - GS102809.
- FICC-Vice President-Research - Self-Evaluation, “GS0102810.pdf,” GS0102810 - GS102818.
- FICC-Vice President-Research - Client Feedback, “GS0102819.pdf,” GS0102819 - GS102826.
- FICC-Vice President-Research - Limited, “GS0102827.pdf,” GS0102827 - GS102827.
- FICC-Vice President-Sales - Peer Feedback, “GS0102828.pdf,” GS0102828 - GS102835.
- FICC-Vice President-Research - Peer Feedback, “GS0102836.pdf,” GS0102836 - GS102843.
- FICC-Vice President-Sales - Self-Evaluation, “GS0102844.pdf,” GS0102844 - GS102852.
- FICC-Vice President-Sales - Manager Feedback, “GS0102853.pdf,” GS0102853 - GS102860.
- FICC-Vice President-Sales - Client Feedback, “GS0102861.pdf,” GS0102861 - GS102868.
- FICC-Vice President-Trader - Limited, “GS0102869.pdf,” GS0102869.
- FICC-Vice President-Sales - Limited, “GS0102870.pdf,” GS0102870.
- FICC-Vice President-Trader - Manager Feedback, “GS0102871.pdf,” GS0102871 - GS102878.
- FICC-Vice President-Trader - Manager Summary “GS0102879.pdf,” GS0102879 - GS102884.
- FICC-Vice President-Trader - Client Feedback, “GS0102885.pdf,” GS0102885 - GS102892.
- FICC-Vice President-Sales - Manager Summary, “GS0102893.pdf,” GS0102893 - GS102898.
- FICC-Vice President-Trader - Self-Evaluation, “GS0102899.pdf,” GS0102899 - GS102907.
- FICC-Vice President-Trader - Peer Feedback, “GS0102908.pdf,” GS0102908 - GS102915.
- FICC-Assoc - Manager Feedback, “GS0102916.pdf,” GS0102916 - GS102922.
- FICC-Assoc - Limited, “GS0102923.pdf,” GS0102923 - GS102923.
- FICC-Assoc - Peer Feedback, “GS0102924.pdf,” GS0102924 - GS102930.
- FICC-Assoc - Client Feedback, “GS0102931.pdf,” GS0102931 - GS102937.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- FICC-Assoc - Self-Evaluation, "GS0102938.pdf," GS0102938 - GS102946.
- FICC-Vice President - Peer Feedback, "GS0102947.pdf," GS0102947 - GS102954.
- FICC-Vice President - Self-Evaluation, "GS0102955.pdf," GS0102955 - GS102963.
- FICC-Vice President - Manager Feedback, "GS0102964.pdf," GS0102964 - GS102971.
- FICC-Vice President - Limited, "GS0102972.pdf," GS0102972 - GS102972.
- FICC-Vice President - Client Feedback, "GS0102973.pdf," GS0102973 - GS102980.
- FICC-Vice President-Winter - Manager Feedback, "GS0102981.pdf," GS0102981 - GS102988.
- FICC-Vice President-Winder - Self-Evaluation, "GS0102989.pdf," GS0102989 - GS102997.
- FICC-Assoc-Winter - Limited, "GS0102998.pdf," GS0102998.
- FICC-Vice President-Winter - Peer Feedback, "GS0102999.pdf," GS0102999 - GS103006.
- FICC-Vice President-Winder - Limited, "GS0103007.pdf," GS0103007.
- FICC-Assoc-Winter - Manager Feedback, "GS0103008.pdf," GS0103008 - GS103014.
- FICC-Assoc-Winter - Peer Feedback, "GS0103015.pdf," GS0103015 - GS103021.
- FICC-Assoc-Winter - Self-Evaluation "GS0103022.pdf," GS0103022 - GS103030.
- FICC-Assoc - Manager Feedback, "GS0103031.pdf," GS0103031 - GS103037.
- FICC-Assoc - Limited, "GS0103038.pdf," GS0103038.
- FICC-Assoc - Peer Feedback, "GS0103039.pdf," GS0103039 - GS103045.
- FICC-Assoc - Co-Manager Feedback, "GS0103046.pdf," GS0103046 - GS103052.
- FICC-Assoc - Manager Summary, "GS0103053.pdf," GS0103053.
- FICC-Assoc - Self-Evaluation, "GS0103054.pdf," GS0103054 - GS103062.
- FICC-Vice President - Manager Feedback, "GS0103063.pdf," GS0103063 - GS103070.
- FICC-Vice President - Limited, "GS0103071.pdf," GS0103071 - GS103071.
- FICC-Vice President - Co-Manager Feedback, "GS0103072.pdf," GS0103072 - GS103079.
- FICC-Vice President - Manager Summary, "GS0103080.pdf," GS0103080.
- FICC-Vice President - Self-Evaluation, "GS0103081.pdf," GS0103081 - GS103089.
- FICC-Vice President - Peer Feedback, "GS0103090.pdf," GS0103090 - GS103097.
- Winter-FICC-Vice President - Manager Feedback, "GS0103098.pdf," GS0103098 - GS103105.
- Winter-FICC-Vice President - Limited, "GS0103106.pdf," GS0103106 - GS103106.
- Winter-FICC-Assoc - Peer Feedback, "GS0103107.pdf," GS0103107 - GS103113.
- Winter-FICC-Assoc - Manager Summary, "GS0103114.pdf," GS0103114.
- Winter-FICC-Assoc - Self-Evaluation, "GS0103115.pdf," GS0103115 - GS103123.
- Winter-FICC-Vice President - Self-Evaluation, "GS0103124.pdf," GS0103124 - GS103132.
- Winter-FICC-Assoc - Manager Feedback, "GS0103133.pdf," GS0103133 - GS103139.
- Winter-FICC-Vice President - Manager Summary, "GS0103140.pdf," GS0103140.
- Winter-FICC-Vice President - Limited, "GS0103141.pdf," GS0103141.
- Winter-FICC-Vice President - Peer Feedback, "GS0103142.pdf," GS0103142 - GS103149.
- FICC-Assoc - Manager Summary, "GS0103150.pdf," GS0103150.
- FICC-Assoc - Limited, "GS0103151.pdf," GS0103151.
- FICC-Assoc - Self-Evaluation, "GS0103152.pdf," GS0103152 - GS103161.
- FICC-Assoc - Peer Feedback, "GS0103162.pdf," GS0103162 - GS103170.
- FICC-Vice President - Manager Feedback, "GS0103171.pdf," GS0103171 - GS103179.
- FICC-Vice President - Co-Manager Feedback, "GS0103180.pdf," GS0103180 - GS103188.
- FICC-Vice President - Self-Evaluation, "GS0103189.pdf," GS0103189 - GS103199.
- FICC-Vice President - Limited, "GS0103200.pdf," GS0103200.
- FICC-Vice President - Manager Summary, "GS0103201.pdf," GS0103201 - GS103202.
- FICC-Vice President - Peer Feedback, "GS0103203.pdf," GS0103203 - GS103212.
- FICC-Assoc - Manager Feedback, "GS0103213.pdf," GS0103213 - GS103220.
- FICC-Assoc - Co-Manager Feedback, "GS0103221.pdf," GS0103221 - GS103228.
- GSJBW-IBD-Banker_Assoc_05 - Manager Summary, "GS0103229.pdf," GS0103229 - GS103230.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- GSJBW-IBD-Banker_Assoc_05 - Client Feedback, "GS0103231.pdf," GS0103231 - GS103235.
- GSJBW-IBD-Banker_Assoc_05 - Limited, "GS0103236.pdf," GS0103236 - GS103239.
- GSJBW-IBD-Banker_Assoc_05 - Manager Summary, "GS0103240.pdf," GS0103240 - GS103241.
- GSJBW-IBD-Banker_Assoc_05 - Peer Feedback, "GS0103242.pdf," GS0103242 - GS103246.
- GSJBW-IBD-Banker_Assoc_05 - Self-Evaluation, "GS0103247.pdf," GS0103247 - GS103251.
- GSJBW-IBD-Banker_Assoc_05 - Client Feedback, "GS0103252.pdf," GS0103252 - GS103256.
- GSJBW-IBD-Banker_Vice President_05 - Limited, "GS0103257.pdf," GS0103257 - GS103260.
- GSJBW-IBD-Banker_Vice President_05 - Manager Summary, "GS0103261.pdf," GS0103261 - GS103262.
- GSJBW-IBD-Banker_Vice President_05 - Peer Summary, "GS0103263.pdf," GS0103263 - GS103267.
- GSJBW-IBD-Banker_Vice President_05 - Self-Evaluation, "GS0103268.pdf," GS0103268 - GS103272.
- GSJBW-IBD-NonBanker_Assoc_05 - Client Feedback, "GS0103273.pdf," GS0103273 - GS103277.
- "GS0103278.pdf," GS0103278 - GS103283.
- GSJBW-IBD-NonBanker_Assoc_05 - Manager Feedback, "GS0103284.pdf," GS0103284 - GS103285.
- GSJBW-IBD-NonBanker_Assoc_05 - Peer Feedback, "GS0103286.pdf," GS0103286 - GS103290.
- GSJBW-IBD-NonBanker_Assoc_05 - Self-Evaluation, "GS0103291.pdf," GS0103291 - GS103295.
- "GS0103296.pdf," GS0103296 - GS103306.
- GSJBW-IBD-NonBanker_Vice President_05 - Limited, "GS0103307.pdf," GS0103307 - GS103310.
- GSJBW-IBD-NonBanker_Vice President_05 - Manager Summary, "GS0103311.pdf," GS0103311 - GS103312.
- GSJBW-IBD-NonBanker_Vice President_05 - Peer Feedback, "GS0103313.pdf," GS0103313 - GS103317.
- "GS0103318.pdf," GS0103318 - GS103326.
- IBD-Banker_Assoc_05 - Client Feedback, "GS0103327.pdf," GS0103327 - GS103331.
- "GS0103332.pdf," GS0103332 - GS103337.
- IBD-Banker_Assoc_05 - Manager Summary, "GS0103338.pdf," GS0103338 - GS103339.
- "GS0103340.pdf," GS0103340 - GS103348.
- IBD-Banker_Assoc_05 - Self-Evaluation, "GS0103349.pdf," GS0103349 - GS103353.
- IBD-Banker_InvBkr_05 - Client Feedback, "GS0103354.pdf," GS0103354 - GS103358.
- IBD-Banker_Assoc_InvBkr_05 - Limited, "GS0103359.pdf," GS0103359 - GS103362.
- IBD-Banker_Assoc_InvBkr_05 - Manager Summary, "GS0103363.pdf," GS0103363 - GS103367.
- IBD-Banker_Assoc_InvBkr_05 - Peer Feedback, "GS0103368.pdf," GS0103368 - GS103372.
- IBD-Banker_Assoc_InvBkr_05 - Self-Evaluation, "GS0103373.pdf," GS0103373 - GS103377.
- IBD-Banker_Vice President_05 - Client Feedback, "GS0103378.pdf," GS0103378 - GS103382.
- IBD-Banker_Vice President_05 - Limited, "GS0103383.pdf," GS0103383 - GS103386.
- IBD-Banker_Vice President_05 - Manager Summary, "GS0103387.pdf," GS0103387 - GS103388.
- IBD-Banker_Vice President_05 - Peer Feedback, "GS0103389.pdf," GS0103389 - GS103393.
- IBD-Banker_Vice President_05 - Self-Evaluation, "GS0103394.pdf," GS0103394 - GS103398.
- IBD-NonBanker_Assoc_05 - Client Feedback, "GS0103399.pdf," GS0103399 - GS103403.
- IBD-NonBanker_Assoc_05 - Limited, "GS0103404.pdf," GS0103404 - GS103407.
- IBD-NonBanker_Assoc_05 - Manager Summary, "GS0103408.pdf," GS0103408 - GS103409.
- IBD-NonBanker_Assoc_05 - Peer Feedback, "GS0103410.pdf," GS0103410 - GS103414.
- IBD-NonBanker_Assoc_05 - Self-Evaluation, "GS0103415.pdf," GS0103415 - GS103419.
- IBD-NonBanker_Vice President_05 - Client Feedback, "GS0103420.pdf," GS0103420 - GS103424.
- IBD-NonBanker_Vice President_05 - Limited, "GS0103425.pdf," GS0103425 - GS103428.
- IBD-NonBanker_Vice President_05 - Manager Summary, "GS0103429.pdf," GS0103429 - GS103430.
- IBD-NonBanker_Vice President_05 - Peer Feedback, "GS0103431.pdf," GS0103431 - GS103435.
- IBD-NonBanker_Vice President_05 - Self-Evaluation, "GS0103436.pdf," GS0103436 - GS103440.
- IBD-Banker_Vice President_InvBkr_05 - Client Feedback, "GS0103441.pdf," GS0103441 - GS103445.
- IBD-Banker_Vice President_InvBkr_05 - Limited, "GS0103446.pdf," GS0103446 - GS103449.
- IBD-Banker_Vice President_InvBkr_05 - Manager Summary, "GS0103450.pdf," GS0103450 - GS103454.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- IBD-Banker_Vice President_InvBkr_05 - Peer Feedback, “GS0103455.pdf,” GS0103455 - GS103459.
- IBD-Banker_Vice President_InvBkr_05 - Self-Evaluation, “GS0103460.pdf,” GS0103460 - GS103464.
- SJV-Banker_Assoc_05 - Client Feedback, “GS0103465.pdf,” GS0103465 - GS103469.
- “GS0103470.pdf,” GS0103470 - GS103475.
- SJV-Banker_Assoc_05 - Manager Summary, “GS0103476.pdf,” GS0103476 - GS103477.
- SJV-Banker_Assoc_05 - Peer Feedback, “GS0103478.pdf,” GS0103478 - GS103482.
- SJV-Banker_Assoc_05 - Self-Evaluation, “GS0103483.pdf,” GS0103483 - GS103487.
- SJV-Banker_Vice President_05 - Client Feedback, “GS0103488.pdf,” GS0103488 - GS103493.
- SJV-Banker_Vice President_05 - Limited, “GS0103494.pdf,” GS0103494 - GS103497.
- SJV-Banker_Vice President_05 - Manager Summary, “GS0103498.pdf,” GS0103498 - GS103499.
- SJV-Banker_Vice President_05 - Peer Feedback, “GS0103500.pdf,” GS0103500 - GS103504.
- GSJBW-IBD-Banker_Assoc_06 - Limited, “GS0103505.pdf,” GS0103505 - GS103505.
- GSJBW-IBD-Banker_Assoc_06 - Client Feedback, “GS0103506.pdf,” GS0103506 - GS103509.
- GSJBW-IBD-Banker_Assoc_06 - Manager Feedback, “GS0103510.pdf,” GS0103510 - GS103513.
- GSJBW-IBD-Banker_Assoc_06 - Manager Summary, “GS0103514.pdf,” GS0103514 - GS103514.
- GSJBW-IBD-Banker_Assoc_06 - Peer Feedback, “GS0103515.pdf,” GS0103515 - GS103518.
- GSJBW-IBD-Banker_Assoc_06 - Self-Evaluation, “GS0103519.pdf,” GS0103519 - GS103523.
- GSJBW-IBD-Banker_Vice President_06 - Client Feedback, “GS0103524.pdf,” GS0103524 - GS103528.
- GSJBW-IBD-Banker_Vice President_06 - Limited, “GS0103529.pdf,” GS0103529 - GS103529.
- GSJBW-IBD-Banker_Vice President_06 - Manager Feedback, “GS0103530.pdf,” GS0103530 - GS103534.
- GSJBW-IBD-Banker_Vice President_06 - Manager Summary, “GS0103535.pdf,” GS0103535 - GS103535.
- GSJBW-IBD-Banker_Vice President_06 - Peer Feedback, “GS0103536.pdf,” GS0103536 - GS103540.
- GSJBW-IBD-Banker_Vice President_06 - Self-Evaluation, “GS0103541.pdf,” GS0103541 - GS103546.
- GSJBW-IBD-NonBanker_Assoc_06 - Client Feedback, “GS0103547.pdf,” GS0103547 - GS103550.
- GSJBW-IBD-NonBanker_Assoc_06 - Limited, “GS0103551.pdf,” GS0103551 - GS103551.
- GSJBW-IBD-NonBanker_Assoc_06 - Manager Summary, “GS0103552.pdf,” GS0103552 - GS103552.
- GSJBW-IBD-NonBanker_Assoc_06 - Manager Feedback, “GS0103553.pdf,” GS0103553 - GS103556.
- GSJBW-IBD-NonBanker_Assoc_06 - Peer Feedback, “GS0103557.pdf,” GS0103557 - GS103560.
- GSJBW-IBD-NonBanker_Assoc_06 - Self-Evaluation, “GS0103561.pdf,” GS0103561 - GS103565.
- “GS0103566.pdf,” GS0103566 - GS103577.
- GSJBW-IBD-NonBanker_Vice President_06 - Limited, “GS0103578.pdf,” GS0103578 - GS103578.
- “GS0103579.pdf,” GS0103579 - GS103589.
- GSJBW-IBD-NonBanker_Vice President_06 - Manager Summary “GS0103590.pdf,” GS0103590 - GS103590.
- GSJBW-IBD-NonBanker_Vice President_06 - Peer Feedback, “GS0103591.pdf,” GS0103591 - GS103595.
- GSJBW-IBD-NonBanker_Vice President_06 - Self-Evaluation, “GS0103596.pdf,” GS0103596 - GS103601.
- IBD-Banker_Assoc_06 - Client Feedback, “GS0103602.pdf,” GS0103602 - GS103605.
- IBD-Banker_Assoc_06 - Limited, “GS0103606.pdf,” GS0103606 - GS103606.
- IBD-Banker_Assoc_06 - Manager Feedback, “GS0103607.pdf,” GS0103607 - GS103610.
- “GS0103611.pdf,” GS0103611 - GS103612.
- IBD-Banker_Assoc_06 - Peer Feedback, “GS0103613.pdf,” GS0103613 - GS103616.
- IBD-Banker_Assoc_06 - Self-Evaluation, “GS0103617.pdf,” GS0103617 - GS103621.
- “GS0103622.pdf,” GS0103622 - GS103631.
- IBD-Banker_Assoc_InvBkr_06 - Limited, “GS0103632.pdf,” GS0103632 - GS103632.
- IBD-Banker_Assoc_InvBkr_06 - Manager Feedback, “GS0103633.pdf,” GS0103633 - GS103636.
- IBD-Banker_Assoc_InvBkr_06 - Manager Summary, “GS0103637.pdf,” GS0103637 - GS103640.
- IBD-Banker_Assoc_InvBkr_06 - Peer Feedback, “GS0103641.pdf,” GS0103641 - GS103644.
- IBD-Banker_Assoc_InvBkr_06 - Self-Evaluation, “GS0103645.pdf,” GS0103645 - GS103649.
- IBD-Banker_Assoc_Research_06 - Limited, “GS0103650.pdf,” GS0103650 - GS103650.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- IBD-Banker_Assoc_Research_06 - Client Feedback, “GS0103651.pdf,” GS0103651 - GS103654.
- IBD-Banker_Assoc_Research_06 - Manager Feedback, “GS0103655.pdf,” GS0103655 - GS103658.
- IBD-Banker_Assoc_Research_06 - Manager Summary, “GS0103659.pdf,” GS0103659 - GS103662.
- IBD-Banker_Assoc_Research_06 - Peer Feedback, “GS0103663.pdf,” GS0103663 - GS103666.
- IBD-Banker_Assoc_Research_06 - Self-Evaluation, “GS0103667.pdf,” GS0103667 - GS103671.
- IBD-Banker_Assoc_Sales_06 - Limited, “GS0103672.pdf,” GS0103672 - GS103672.
- “GS0103673.pdf,” GS0103673 - GS103682.
- IBD-Banker_Assoc_Sales_06 - Manager Feedback, “GS0103683.pdf,” GS0103683 - GS103686.
- IBD-Banker_Assoc_Sales_06 - Manager Summary, “GS0103687.pdf,” GS0103687 - GS103690.
- IBD-Banker_Assoc_Sales_06 - Peer Feedback, “GS0103691.pdf,” GS0103691 - GS103694.
- “GS0103695.pdf,” GS0103695 - GS103706.
- IBD-Banker_Assoc_Trader_06 - Limited, “GS0103707.pdf,” GS0103707 - GS103707.
- “GS0103708.pdf,” GS0103708 - GS103717.
- IBD-Banker_Assoc_Trader_06 - Manager Feedback, “GS0103718.pdf,” GS0103718 - GS103721.
- IBD-Banker_Assoc_Trader_06 - Manager Summary, “GS0103722.pdf,” GS0103722 - GS103725.
- IBD-Banker_Assoc_Trader_06 - Peer Feedback, “GS0103726.pdf,” GS0103726 - GS103729.
- IBD-Banker_Assoc_Trader_06 - Self_Evaluation, “GS0103730.pdf,” GS0103730 - GS103734.
- IBD-Banker_Vice President_06 - Client Feedback, “GS0103735.pdf,” GS0103735 - GS103739.
- IBD-Banker_Vice President_06 - Limited, “GS0103740.pdf,” GS0103740.
- IBD-Banker_Vice President_06 - Manager Summary, “GS0103741.pdf,” GS0103741.
- IBD-Banker_Vice President_06 - Manager Feedback, “GS0103742.pdf,” GS0103742 - GS103746.
- IBD-Banker_Vice President_06 - Peer Feedback, “GS0103747.pdf,” GS0103747 - GS103751.
- IBD-Banker_Vice President_06 - Self-Evaluation, “GS0103752.pdf,” GS0103752 - GS103757.
- IBD-Banker_Vice President_InvBkr_06 - Limited, “GS0103758.pdf,” GS0103758.
- IBD-Banker_Vice President_InvBkr_06 - Client Feedback, “GS0103759.pdf,” GS0103759 - GS103763.
- IBD-Banker_Vice President_InvBkr_06 - Manager Feedback, “GS0103764.pdf,” GS0103764 - GS103768.
- IBD-Banker_Vice President_InvBkr_06 - Manager Summary, “GS0103769.pdf,” GS0103769 - GS103772.
- IBD-Banker_Vice President_InvBkr_06 - Peer Feedback, “GS0103773.pdf,” GS0103773 - GS103777.
- IBD-Banker_Vice President_InvBkr_06 - Self-Evaluation, “GS0103778.pdf,” GS0103778 - GS103783.
- IBD-Banker_Vice President_Research_06 - Client Feedback, “GS0103784.pdf,” GS0103784 - GS103788.
- IBD-Banker_Vice President_Research_06 - Limited, “GS0103789.pdf,” GS0103789.
- IBD-Banker_Vice President_Research_06 - Manager Feedback, “GS0103790.pdf,” GS0103790 - GS103794.
- IBD-Banker_Vice President_Research_06 - Manager Summary, “GS0103795.pdf,” GS0103795 - GS103798.
- IBD-Banker_Vice President_Research_06 - Peer Feedback, “GS0103799.pdf,” GS0103799 - GS103803.
- IBD-Banker_Vice President_Research_06 - Self-Evaluation, “GS0103804.pdf,” GS0103804 - GS103809.
- IBD-Banker_Vice President_Sales_06 - Limited, “GS0103810.pdf,” GS0103810.
- IBD-Banker_Vice President_Sales_06 - Client Feedback, “GS0103811.pdf,” GS0103811 - GS103815.
- “GS0103816.pdf,” GS0103816 - GS103826.
- IBD-Banker_Vice President_Sales_06 - Manager Summary, “GS0103827.pdf,” GS0103827 - GS103830.
- IBD-Banker_Vice President_Sales_06 - Peer Feedback, “GS0103831.pdf,” GS0103831 - GS103835.
- IBD-Banker_Vice President_Sales_06 - Self-Evaluation, “GS0103836.pdf,” GS0103836 - GS103841.
- IBD-Banker_Vice President_Trader_06 - Client Feedback, “GS0103842.pdf,” GS0103842 - GS103846.
- IBD-Banker_Vice President_Trader_06 - Limited, “GS0103847.pdf,” GS0103847.
- IBD-Banker_Vice President_Trader_06 - Manager Feedback, “GS0103848.pdf,” GS0103848 - GS103852.
- IBD-Banker_Vice President_Trader_06 - Peer Feedback, “GS0103853.pdf,” GS0103853 - GS103857.
- IBD-Banker_Vice President_Trader_06 - Self-Evaluation, “GS0103858.pdf,” GS0103858 - GS103863.
- IBD-NonBanker_Assoc_06 - Limited, “GS0103864.pdf,” GS0103864.
- IBD-NonBanker_Assoc_06 - Feedback, “GS0103865.pdf,” GS0103865 - GS103869.
- IBD-NonBanker_Assoc_06 - Manager Feedback, “GS0103870.pdf,” GS0103870 - GS103873.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- IBD-NonBanker_Assoc_06 - Manager Summary, "GS0103874.pdf," GS0103874.
- IBD-NonBanker_Assoc_06 - Peer Feedback, "GS0103875.pdf," GS0103875 - GS103878.
- IBD-NonBanker_Assoc_06 - Self-Evaluation, "GS0103879.pdf," GS0103879 - GS103883.
- IBD-NonBanker_Assoc_06 - Client Feedback, "GS0103884.pdf," GS0103884 - GS103888.
- IBD-NonBanker_Vice President_06 - Limited, "GS0103889.pdf," GS0103889.
- IBD-NonBanker_Vice President_06 - Manager Feedback, "GS0103890.pdf," GS0103890 - GS103894.
- IBD-NonBanker_Vice President_06 - Manager Summary, "GS0103895.pdf," GS0103895.
- IBD-NonBanker_Vice President_06 - Peer Feedback, "GS0103896.pdf," GS0103896 - GS103900.
- IBD-NonBanker_Vice President_06 - Self-Evaluation, "GS0103901.pdf," GS0103901 - GS103906.
- SJV-IBD-Banker_Assoc_06 - Client Feedback, "GS0103907.pdf," GS0103907 - GS103911.
- SJV-IBD-Banker_Assoc_06 - Limited, "GS0103912.pdf," GS0103912.
- SJV-IBD-Banker_Assoc_06 - Manager Feedback, "GS0103913.pdf," GS0103913 - GS103916.
- SJV-IBD-Banker_Assoc_06 - Manager Summary, "GS0103917.pdf," GS0103917.
- SJV-IBD-Banker_Assoc_06 - Peer Feedback, "GS0103918.pdf," GS0103918 - GS103921.
- SJV-IBD-Banker_Assoc_06 - Self-Evaluation, "GS0103922.pdf," GS0103922 - GS103926.
- SJV-IBD-Banker_Assoc_06 - Client Feedback, "GS0103927.pdf," GS0103927 - GS103931.
- SJV-IBD-Banker_Vice President_06 - Limited, "GS0103932.pdf," GS0103932.
- SJV-IBD-Banker_Vice President_06 - Manager Feedback, "GS0103933.pdf," GS0103933 - GS103937.
- SJV-IBD-Banker_Vice President_06 - Manager Summary, "GS0103938.pdf," GS0103938.
- SJV-IBD-Banker_Vice President_06 - Peer Feedback, "GS0103939.pdf," GS0103939 - GS103943.
- SJV-IBD-Banker_Vice President_06 - Self-Evaluation, "GS0103944.pdf," GS0103944 - GS103949.
- SJV-IBD-NonBanker_Assoc_06 - Client Feedback, "GS0103950.pdf," GS0103950 - GS103953.
- SJV-IBD-NonBanker_Assoc_06 - Limited, "GS0103954.pdf," GS0103954.
- SJV-IBD-NonBanker_Assoc_06 - Manager Feedback, "GS0103955.pdf," GS0103955 - GS103958.
- SJV-IBD-NonBanker_Assoc_06 - Manager Summary, "GS0103959.pdf," GS0103959.
- SJV-IBD-NonBanker_Assoc_06 - Peer Feedback, "GS0103960.pdf," GS0103960 - GS103963.
- SJV-IBD-NonBanker_Assoc_06 - Self-Evaluation, "GS0103964.pdf," GS0103964 - GS103968.
- SJV-IBD-NonBanker_Assoc_06 - Limited, "GS0103969.pdf," GS0103969.
- SJV-IBD-NonBanker_Assoc_06 - Client Feedback, "GS0103970.pdf," GS0103970 - GS103974.
- SJV-IBD-NonBanker_Vice President_06 - Manager Feedback, "GS0103975.pdf," GS0103975 - GS103979.
- "GS0103980.pdf," GS0103980 - GS103981.
- SJV-IBD-NonBanker_Vice President_06 - Peer Feedback, "GS0103982.pdf," GS0103982 - GS103986.
- SJV-IBD-NonBanker_Vice President_06 - Self-Evaluation, "GS0103987.pdf," GS0103987 - GS103992.
- GSJBW-IBD-Banker_Assoc_07 - Manager Feedback, "GS0103993.pdf," GS0103993 - GS104001.
- GSJBW-IBD-Banker_Assoc_07 - Self-Evaluation, "GS0104002.pdf," GS0104002 - GS104011.
- GSJBW-IBD-Banker_Assoc_07 - Peer Feedback, "GS0104012.pdf," GS0104012 - GS104021.
- GSJBW-IBD-Banker_Assoc_07 - Limited, "GS0104022.pdf," GS0104022.
- GSJBW-IBD-Banker_Vice President_07 - Manager Feedback, "GS0104023.pdf," GS0104023 - GS104032.
- GSJBW-IBD-Banker_Vice President_07 - Client Feedback, "GS0104033.pdf," GS0104033 - GS104042.
- GSJBW-IBD-Banker_Assoc_07 - Manager Summary, "GS0104043.pdf," GS0104043 - GS104044.
- GSJBW-IBD-Banker_Vice President_07 - Self-Evaluation, "GS0104045.pdf," GS0104045 - GS104056.
- GSJBW-IBD-Banker_Vice President_07 - Peer Feedback, "GS0104057.pdf," GS0104057 - GS104067.
- GSJBW-IBD-Banker_Vice President_07 - Limited, "GS0104068.pdf," GS0104068.
- GSJBW-IBD-Banker_Vice President_07 - Client Feedback, "GS0104069.pdf," GS0104069 - GS104079.
- GSJBW-IBD-Banker_Vice President_07 - Manager Summary, "GS0104080.pdf," GS0104080 - GS104081.
- GSJBW-IBD-NonBanker_Assoc_07 - Manager Feedback, "GS0104082.pdf," GS0104082 - GS104089.
- GSJBW-IBD-NonBanker_Assoc_07 - Manager Summary, "GS0104090.pdf," GS0104090 - GS104091.
- GSJBW-IBD-NonBanker_Assoc_07 - Client Feedback, "GS0104092.pdf," GS0104092 - GS104099.
- GSJBW-IBD-NonBanker_Assoc_07 - Peer Feedback, "GS0104100.pdf," GS0104100 - GS104107.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- GSJBW-IBD-NonBanker_Assoc_07 - Self-Evaluation, “GS0104108.pdf,” GS0104108 - GS104119.
- GSJBW-IBD-NonBanker_Assoc_07 - Limited, “GS0104120.pdf,” GS0104120.
- GSJBW-IBD-NonBanker_Vice President_07 - Peer Feedback, “GS0104121.pdf,” GS0104121 - GS104131.
- GSJBW-IBD-NonBanker_Vice President_07 - Limited, “GS0104132.pdf,” GS0104132.
- GSJBW-IBD-NonBanker_Vice President_07 - Manager Summary, “GS0104133.pdf,” GS0104133 - GS104134.
- GSJBW-IBD-NonBanker_Vice President_07 - Client Feedback, “GS0104135.pdf,” GS0104135 - GS104145.
- GSJBW-IBD-NonBanker_Vice President_07 - Self-Evaluation, “GS0104146.pdf,” GS0104146 - GS104157.
- GSJBW-IBD-NonBanker_Vice President_07 - Manager Feedback, “GS0104158.pdf,” GS0104158 - GS104167.
- IBD-Banker_Assoc_07 - Manager Feedback, “GS0104168.pdf,” GS0104168 - GS104176.
- IBD-Banker_Assoc_InvBkr_07 - Manager Feedback, “GS0104177.pdf,” GS0104177 - GS104185.
- IBD-Banker_Assoc_07 - Manager Summary, “GS0104186.pdf,” GS0104186 - GS104187.
- IBD-Banker_Assoc_07 - Limited, “GS0104188.pdf,” GS0104188.
- IBD-Banker_Assoc_07 - Client Feedback, “GS0104189.pdf,” GS0104189 - GS104198.
- IBD-Banker_Assoc_07 - Peer Feedback, “GS0104199.pdf,” GS0104199 - GS104208.
- IBD-Banker_Assoc_07 - Self-Evaluation, “GS0104209.pdf,” GS0104209 - GS104218.
- IBD-Banker_Assoc_InvBkr_07 - Manager Summary, “GS0104219.pdf,” GS0104219 - GS104225.
- IBD-Banker_Assoc_InvBkr_07 - Peer Feedback, “GS0104226.pdf,” GS0104226 - GS104235.
- IBD-Banker_Assoc_InvBkr_07 - Client Feedback, “GS0104236.pdf,” GS0104236 - GS104245.
- IBD-Banker_Assoc_InvBkr_07 - Self-Evaluation, “GS0104246.pdf,” GS0104246 - GS104255.
- IBD-Banker_Assoc_InvBkr_07 - Manager Summary, “GS0104256.pdf,” GS0104256 - GS104257.
- IBD-Banker_Assoc_InvBkr_07 - Limited, “GS0104258.pdf,” GS0104258 - GS104258.
- IBD-Banker_Assoc_Vice President_07 - Manager Feedback, “GS0104259.pdf,” GS0104259 - GS104268.
- IBD-Banker_Vice President_07 - Client Feedback, “GS0104269.pdf,” GS0104269 - GS104279.
- IBD-Banker_Vice President_07 - Peer Feedback, “GS0104280.pdf,” GS0104280 - GS104290.
- IBD-Banker_Vice President_07 - Limited, “GS0104291.pdf,” GS0104291 - GS104291.
- IBD-Banker_Vice President_InvBkr_07 - Manager Feedback, “GS0104292.pdf,” GS0104292 - GS104301.
- IBD-Banker_Vice President_InvBkr_07 - Self-Evaluation, “GS0104302.pdf,” GS0104302 - GS104313.
- IBD-Banker_Vice President_07 - Self-Evaluation, “GS0104314.pdf,” GS0104314 - GS104325.
- IBD-Banker_Vice President_InvBkr_07 - Peer Feedback, “GS0104326.pdf,” GS0104326 - GS104336.
- IBD-Banker_Vice President_InvBkr_07 - Limited, “GS0104337.pdf,” GS0104337.
- IBD-Banker_Vice President_InvBkr_07 - Client Feedback, “GS0104338.pdf,” GS0104338 - GS104348.
- IBD-Banker_Vice President_InvBkr_07 - Manager Summary, “GS0104349.pdf,” GS0104349 - GS104355.
- IBD-NonBanker_Vice President_07 - Manager Summary, “GS0104356.pdf,” GS0104356 - GS104357.
- IBD-NonBanker_Vice President_07 - Peer Feedback, “GS0104358.pdf,” GS0104358 - GS104368.
- IBD-NonBanker_Vice President_07 - Limited, “GS0104369.pdf,” GS0104369.
- IBD-NonBanker_Vice President_07 - Client Feedback, “GS0104370.pdf,” GS0104370 - GS104380.
- IBD-NonBanker_Vice President_07 - Self-Evaluation, “GS0104381.pdf,” GS0104381 - GS104392.
- IBD-NonBanker_Vice President_07 - Manager Feedback, “GS0104393.pdf,” GS0104393 - GS104402.
- SJV-IBD-Banker_Assoc_07 - Manager Feedback, “GS0104403.pdf,” GS0104403 - GS104411.
- SJV-IBD-Banker_Assoc_07 - Self-Evaluation, “GS0104412.pdf,” GS0104412 - GS104421.
- SJV-IBD-Banker_Assoc_07 - Manager Summary, “GS0104422.pdf,” GS0104422 - GS104423.
- SJV-IBD-Banker_Assoc_07 - Client Feedback, “GS0104424.pdf,” GS0104424 - GS104433.
- SJV-IBD-Banker_Assoc_07 - Manager Feedback, “GS0104434.pdf,” GS0104434 - GS104443.
- SJV-IBD-Banker_Vice President_07 - Manager Feedback, “GS0104444.pdf,” GS0104444 - GS104444.
- SJV-IBD-Banker_Vice President_07 - Peer Feedback, “GS0104445.pdf,” GS0104445 - GS104454.
- SJV-IBD-Banker_Vice President_07 - Client Feedback, “GS0104455.pdf,” GS0104455 - GS104465.
- SJV-IBD-Banker_Vice President_07 - Limited, “GS0104466.pdf,” GS0104466.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- SJV-IBD-Banker_Vice President_07 - Manager Summary, “GS0104467.pdf,” GS0104467 - GS104468.
- SJV-IBD-Banker_Vice President_07 - Peer Feedback, “GS0104469.pdf,” GS0104469 - GS104479.
- SJV-IBD-Banker_Vice President_07 - Self-Evaluation, “GS0104480.pdf,” GS0104480 - GS104491.
- SJV-IBD-NonBanker_Vice President_07 - Manager Feedback, “GS0104492.pdf,” GS0104492 - GS104501.
- SJV-IBD-NonBanker_Vice President_07 - Client Feedback, “GS0104502.pdf,” GS0104502 - GS104512.
- SJV-IBD-NonBanker_Vice President_07 - Self-Evaluation, “GS0104513.pdf,” GS0104513 - GS104524.
- SJV-IBD-NonBanker_Vice President_07 - Peer Feedback, “GS0104525.pdf,” GS0104525 - GS104535.
- SJV-IBD-NonBanker_Vice President_07 - Limited, “GS0104536.pdf,” GS0104536.
- SJV-IBD-NonBanker_Vice President_07 - Manager Summary, “GS0104537.pdf,” GS0104537 - GS104538.
- IBD-Banker_Assoc_08 - Self-Evaluation, “GS0104539.pdf,” GS0104539 - GS104548.
- IBD-Banker_Assoc_08 - Manager Summary, “GS0104549.pdf,” GS0104549 - GS104550.
- IBD-Banker_Assoc_08 - Peer Feedback, “GS0104551.pdf,” GS0104551 - GS104560.
- IBD-Banker_Assoc_08 - Client Feedback, “GS0104561.pdf,” GS0104561 - GS104570.
- IBD-Banker_Assoc_08 - Limited, “GS0104571.pdf,” GS0104571.
- IBD-Banker_Assoc_InvBkr_08 - Peer Feedback, “GS0104572.pdf,” GS0104572 - GS104581.
- IBD-Banker_Assoc_InvBkr_08 - Self-Evaluation, “GS0104582.pdf,” GS0104582 - GS104591.
- IBD-Banker_Assoc_InvBkr_08 - Manager Summary, “GS0104592.pdf,” GS0104592 - GS104593.
- IBD-Banker_Assoc_InvBkr_08 - Limited, “GS0104594.pdf,” GS0104594.
- IBD-Banker_Assoc_InvBkr_08 - Client Feedback, “GS0104595.pdf,” GS0104595 - GS104604.
- IBD-Banker_Vice President_08 - Client Feedback, “GS0104605.pdf,” GS0104605 - GS104615.
- IBD-Banker_Vice President_08 - Self-Evaluation, “GS0104616.pdf,” GS0104616 - GS104627.
- IBD-Banker_Vice President_08 - Peer Feedback, “GS0104628.pdf,” GS0104628 - GS104638.
- IBD-Banker_Vice President_08 - Manager Summary, “GS0104639.pdf,” GS0104639 - GS104640.
- IBD-Banker_Vice President_08 - Limited, “GS0104641.pdf,” GS0104641 - GS104641.
- IBD-Banker_Vice President_InvBkr_08 - Self-Evaluation, “GS0104642.pdf,” GS0104642 - GS104653.
- IBD-Banker_Vice President_InvBkr_08 - Peer Feedback, “GS0104654.pdf,” GS0104654 - GS104664.
- IBD-Banker_Vice President_InvBkr_08 - Limited, “GS0104665.pdf,” GS0104665 - GS104665.
- IBD-Banker_Vice President_InvBkr_08 - Manager Summary, “GS0104666.pdf,” GS0104666 - GS104667.
- IBD-Banker_Vice President_InvBkr_08 - Client Feedback, “GS0104668.pdf,” GS0104668 - GS104678.
- IBD-NonBanker_Vice President_08 - Manager Summary, “GS0104679.pdf,” GS0104679 - GS104680.
- IBD-NonBanker_Vice President_08 - Peer Feedback, “GS0104681.pdf,” GS0104681 - GS104691.
- IBD-NonBanker_Vice President_08 - Self-Evaluation, “GS0104692.pdf,” GS0104692 - GS104703.
- IBD-NonBanker_Vice President_08 - Client Feedback, “GS0104704.pdf,” GS0104704 - GS104714.
- IBD-NonBanker_Vice President_08 - Limited, “GS0104715.pdf,” GS0104715 - GS104715.
- IBD-SJV-Banker_Assoc_08 - Self-Evaluation, “GS0104716.pdf,” GS0104716 - GS104725.
- IBD-SJV-Banker_Assoc_08 - Client Feedback, “GS0104726.pdf,” GS0104726 - GS104735.
- IBD-SJV-Banker_Assoc_08 - Manager Summary, “GS0104736.pdf,” GS0104736 - GS104737.
- IBD-SJV-Banker_Assoc_08 - Limited, “GS0104738.pdf,” GS0104738 - GS104738.
- IBD-SJV-Banker_Assoc_08 - Peer Feedback, “GS0104739.pdf,” GS0104739 - GS104748.
- IBD-SJV-Banker_Vice President_08 - Manager Summary, “GS0104749.pdf,” GS0104749 - GS104750.
- IBD-SJV-Banker_Vice President_08 - Self-Evaluation, “GS0104751.pdf,” GS0104751 - GS104762.
- IBD-SJV-Banker_Vice President_08 - Peer Feedback, “GS0104763.pdf,” GS0104763 - GS104773.
- IBD-SJV-Banker_Vice President_08 - Limited, “GS0104774.pdf,” GS0104774 - GS104774.
- IBD-SJV-Banker_Vice President_08 - Client Feedback, “GS0104775.pdf,” GS0104775 - GS104785.
- IBD-SJV-NonBanker_Vice President_08 - Self-Evaluation, “GS0104786.pdf,” GS0104786 - GS104797.
- IBD-SJV-NonBanker_Vice President_08 - Limited, “GS0104798.pdf,” GS0104798.
- IBD-SJV-NonBanker_Vice President_08 - Manager Summary, “GS0104799.pdf,” GS0104799 - GS104800.
- IBD-SJV-NonBanker_Vice President_08 - Peer Feedback, “GS0104801.pdf,” GS0104801 - GS104811.
- IBD-SJV-NonBanker_Vice President_08 - Client Feedback, “GS0104812.pdf,” GS0104812 - GS104822.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- IBD-Banker_Assoc_08 - Manager Feedback, “GS0104823.pdf,” GS0104823 - GS104831.
- IBD-Banker_Assoc_InvBkr_08 - Manager Feedback, “GS0104832.pdf,” GS0104832 - GS104840.
- IBD-SJV-Banker_Assoc_08 - Manager Feedback, “GS0104841.pdf,” GS0104841 - GS104849.
- IBD-SJV-NonBanker_Vice President_08 - Manager Feedback, “GS0104850.pdf,” GS0104850 - GS104859.
- IBD-Banker_Vice President_08 - Manager Feedback, “GS0104860.pdf,” GS0104860 - GS104869.
- IBD-NonBanker_Vice President_08 - Manager Feedback, “GS0104870.pdf,” GS0104870 - GS104879.
- IBD-Banker_Vice President_InvBkr_08 - Manager Feedback, “GS0104880.pdf,” GS0104880 - GS104889.
- IBD-SJV-Banker_Vice President-08 - Manager Feedback, “GS0104890.pdf,” GS0104890 - GS104899.
- IBD-1YrAssoc_Global_08 (winter) - Self-Evaluation, “GS0104900.pdf,” GS0104900 - GS104904.
- IBD-1YrAssoc_Global_08 (winter) - Manager Feedback, “GS0104905.pdf,” GS0104905 - GS104909.
- IBD-1YrAssoc_Global_08 (winter) - Peer Feedback, “GS0104910.pdf,” GS0104910 - GS104914.
- IBD-1YrAssoc_Global_08 (winter) - Limited, “GS0104915.pdf,” GS0104915 - GS104915.
- IBD-Banker_Assoc - Self-Evaluation, “GS0104916.pdf,” GS0104916 - GS104925.
- IBD-Banker_Assoc - Manager Feedback, “GS0104926.pdf,” GS0104926 - GS104934.
- IBD-Banker_Vice President - Manager Feedback, “GS0104935.pdf,” GS0104935 - GS104944.
- IBD-Banker_Vice President - Peer Feedback, “GS0104945.pdf,” GS0104945 - GS104955.
- IBD-Banker_Vice President - Manager Summary, “GS0104956.pdf,” GS0104956 - GS104957.
- IBD-Banker_Vice President - Self-Evaluation, “GS0104958.pdf,” GS0104958 - GS104969.
- IBD-Banker_Vice President - Limited, “GS0104970.pdf,” GS0104970.
- IBD-Banker_Assoc - Peer Feedback, “GS0104971.pdf,” GS0104971 - GS104980.
- IBD-Banker_Assoc - Manager Feedback, “GS0104981.pdf,” GS0104981 - GS104982.
- IBD-Banker_Assoc - Co-Manager Feedback, “GS0104983.pdf,” GS0104983 - GS104992.
- IBD-Banker_Vice President - Co-Manager Feedback, “GS0104993.pdf,” GS0104993 - GS105003.
- IBD-Banker_Assoc - Limited, “GS0105004.pdf,” GS0105004 - GS105004.
- IBD-NonBanker_Vice President - Self-Evaluation, “GS0105005.pdf,” GS0105005 - GS105016.
- IBD-NonBanker_Vice President - Manager Feedback, “GS0105017.pdf,” GS0105017 - GS105026.
- IBD-NonBanker_Vice President - Peer Feedback, “GS0105027.pdf,” GS0105027 - GS105037.
- IBD-NonBanker_Vice President - Co-Manager Feedback, “GS0105038.pdf,” GS0105038 - GS105048.
- IBD-NonBanker_Vice President - Manager Summary, “GS0105049.pdf,” GS0105049 - GS105050.
- IBD-NonBanker_Vice President - Limited, “GS0105051.pdf,” GS0105051 - GS105051.
- IBD-SJV-Banker_Vice President - Manager Feedback, “GS0105052.pdf,” GS0105052 - GS105061.
- IBD-SJV-Banker_Assoc - Co-Manager Feedback, “GS0105062.pdf,” GS0105062 - GS105071.
- IBD-SJV-Banker_Vice President - Self-Evaluation, “GS0105072.pdf,” GS0105072 - GS105083.
- IBD-SJV-Banker_Assoc - Self-Evaluation, “GS0105084.pdf,” GS0105084 - GS105093.
- IBD-SJV-Banker_Assoc - Limited, “GS0105094.pdf,” GS0105094 - GS105094.
- IBD-SJV-Banker_Assoc - Manager Summary, “GS0105095.pdf,” GS0105095 - GS105096.
- IBD-SJV_Assoc - Peer Feedback, “GS0105097.pdf,” GS0105097 - GS105106.
- IBD-SJV-Banker_Assoc - Manager Summary, “GS0105107.pdf,” GS0105107 - GS105115.
- IBD-SJV-Banker_Vice President - Manager Summary, “GS0105116.pdf,” GS0105116 - GS105117.
- IBD-SJV-Banker_Vice President - Peer Feedback, “GS0105118.pdf,” GS0105118 - GS105128.
- IBD-SJV-Banker_Vice President - Limited, “GS0105129.pdf,” GS0105129 - GS105129.
- IBD-SJV-Banker_Vice President - Co-Manager Feedback, “GS0105130.pdf,” GS0105130 - GS105140.
- IBD-SJV-NonBanker_Vice President - Limited, “GS0105141.pdf,” GS0105141.
- IBD-SJV-NonBanker_Vice President - Manager Summary, “GS0105142.pdf,” GS0105142 - GS105143.
- IBD-SJV-NonBanker_Vice President - Peer Feedback, “GS0105144.pdf,” GS0105144 - GS105154.
- IBD-SJV-NonBanker_Vice President - Co-Manager Feedback, “GS0105155.pdf,” GS0105155 - GS105165.
- IBD-SJV-NonBanker_Vice President - Self-Evaluation, “GS0105166.pdf,” GS0105166 - GS105177.
- IBD-SJV-NonBanker_Vice President - Manager Feedback “GS0105178.pdf,” GS0105178 - GS105187.
- IBD-Banker_Vice President - Manager Feedback, “GS0105188.pdf,” GS0105188 - GS105199.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- IBD-Banker_Vice President - Self-Evaluation, "GS0105200.pdf," GS0105200 - GS105213.
- IBD-Banker_Vice President - Co-Manager Feedback, "GS0105214.pdf," GS0105214 - GS105225.
- IBD-Banker_Vice President - Limited, "GS0105226.pdf," GS0105226.
- IBD-Banker_Vice President - Peer Feedback, "GS0105227.pdf," GS0105227 - GS105239.
- IBD-Banker_Vice President - Manager Summary, "GS0105240.pdf," GS0105240 - GS105241.
- IBD-NonBanker_Vice President - Manager Summary, "GS0105242.pdf," GS0105242 - GS105243.
- IBD-NonBanker_Vice President - Self-Evaluation, "GS0105244.pdf," GS0105244 - GS105257.
- IBD-NonBanker_Vice President - Manager Feedback, "GS0105258.pdf," GS0105258 - GS105269.
- IBD-NonBanker_Vice President - Limited, "GS0105270.pdf," GS0105270.
- IBD-NonBanker_Vice President - Co-Manager Feedback, "GS0105271.pdf," GS0105271 - GS105282.
- IBD-SJV-Banker_Vice President - Manager Feedback, "GS0105283.pdf," GS0105283 - GS105294.
- IBD-SJV-Banker_Vice President - Self-Evaluation, "GS0105295.pdf," GS0105295 - GS105308.
- IBD-SJV-Banker_Vice President - Limited, "GS0105309.pdf," GS0105309.
- IBD-SJV-Banker_Vice President - Manager Summary, "GS0105310.pdf," GS0105310 - GS105311.
- IBD-SJV-Banker_Vice President - Co-Manager Feedback, "GS0105312.pdf," GS0105312 - GS105323.
- IBD-SJV-Banker_Vice President - Peer Feedback, "GS0105324.pdf," GS0105324 - GS105336.
- IBD-SJV-NonBanker_Vice President - Manager Summary, "GS0105337.pdf," GS0105337 - GS105338.
- IBD-SJV-NonBanker_Vice President - Manager Feedback "GS0105339.pdf," GS0105339 - GS105350.
- IBD-SJV-NonBanker_Vice President - Self-Evaluation, "GS0105351.pdf," GS0105351 - GS105364.
- IBD-SJV-NonBanker_Vice President - Peer Feedback, "GS0105365.pdf," GS0105365 - GS105377.
- IBD-SJV-NonBanker_Vice President - Co-Manager Feedback, "GS0105378.pdf," GS0105378 - GS105389.
- IBD-SJV-NonBanker_Vice President - Limited, "GS0105390.pdf," GS0105390.
- IBD-Banker_Assoc - Limited, "GS0105391.pdf," GS0105391.
- IBD-Banker_Assoc - Peer Feedback, "GS0105392.pdf," GS0105392 - GS105403.
- IBD-Banker_Assoc - Manager Summary, "GS0105404.pdf," GS0105404.
- IBD-Banker_Assoc - Self-Evaluation, "GS0105405.pdf," GS0105405 - GS105416.
- IBD-SJV-Banker_Assoc - Self-Evaluation, "GS0105417.pdf," GS0105417 - GS105428.
- IBD-SJV-Banker_Assoc - Limited, "GS0105429.pdf," GS0105429.
- IBD-SJV-Banker_Assoc - Manager Summary, "GS0105430.pdf," GS0105430.
- IBD-SJV-Banker_Assoc - Peer Feedback, "GS0105431.pdf," GS0105431 - GS105442.
- IBD-Banker_Assoc - Manager Feedback, "GS0105443.pdf," GS0105443 - GS105452.
- IBD-Banker_Assoc - Co-Manager Feedback, "GS0105453.pdf," GS0105453 - GS105462.
- IBD-NonBanker_Vice President - Peer Feedback, "GS0105463.pdf," GS0105463 - GS105475.
- IBD-SJV-Banker_Assoc - Manager Feedback, "GS0105476.pdf," GS0105476 - GS105485.
- IBD-SJV-Banker_Assoc - Co-Manager Feedback, "GS0105486.pdf," GS0105486 - GS105495.
- Vice President-PM Investor - Manager Summary "GS0105496.pdf," GS0105496 - GS105497.
- Vice President-Client Adviser-PM Investor - Manager Summary, "GS0105498.pdf," GS0105498 - GS105499.
- Vice President-Asset/Port Mgr-PM Investor - Self-Evaluation, "GS0105500.pdf," GS0105500 - GS105507.
- Vice President-Client Adviser-PM Investor - Self-Evaluation, "GS0105508.pdf," GS0105508 - GS105515.
- Vice President-PM Investor - Self-Evaluation, "GS0105516.pdf," GS0105516 - GS105523.
- Vice President-Asset/Port Mgr-PM Investor - Peer Feedback, "GS0105524.pdf," GS0105524 - GS105531.
- Vice President-Asset/Port Mgr-PM Investor - Client Feedback, "GS0105532.pdf," GS0105532 - GS105539.
- Vice President-Asset/Port Mgr-PM Investor - Manager Feedback, "GS0105540.pdf," GS0105540 - GS105547.
- Vice President-Client Adviser-PM Investor - Client Feedback, "GS0105548.pdf," GS0105548 - GS105555.
- Vice President-Client Adviser-PM Investor - Manager Feedback, "GS0105556.pdf," GS0105556 - GS105563.
- Vice President-Client Adviser-PM Investor - Peer Feedback, "GS0105564.pdf," GS0105564 - GS105571.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- Vice President-PM Investor - Client Feedback, "GS0105572.pdf," GS0105572 - GS105579.
- Vice President-PM Investor - Manager Feedback, "GS0105580.pdf," GS0105580 - GS105587.
- Vice President-PM Investor - Peer Feedback, "GS0105588.pdf," GS0105588 - GS105595.
- Vice President-Asset/Port Mgr-PM Investor - Manager Summary, "GS0105596.pdf," GS0105596 - GS105601.
- Vice President-Asset Port Mgr-PM Investor - Client Feedback, "GS0105602.pdf," GS0105602 - GS105607.
- Vice President-Asset Port Mgr-PM Investor - Manager Feedback, "GS0105608.pdf," GS0105608 - GS105613.
- "GS0105614.pdf," GS0105614 - GS105621.
- Vice President-Asset Port Mgr-PM Investor - Peer Feedback, "GS0105622.pdf," GS0105622 - GS105627.
- Vice President-Client Advisor-PM Investor - Client Feedback, "GS0105628.pdf," GS0105628 - GS105633.
- Vice President-Client Advisor-PM Investor - Manager Feedback, "GS0105634.pdf," GS0105634 - GS105639.
- Vice President-Client Advisor-PM Investor - Manager Summary, "GS0105640.pdf," GS0105640 - GS105644.
- Vice President-Client Advisor-PM Investor - Peer Feedback, "GS0105645.pdf," GS0105645 - GS105650.
- Vice President-Client Advisor-PM Investor - Self-Evaluation, "GS0105651.pdf," GS0105651 - GS105657.
- Vice President-PM Investor - Client Feedback, "GS0105658.pdf," GS0105658 - GS105663.
- Vice President-PM Investor - Manager Feedback, "GS0105664.pdf," GS0105664 - GS105669.
- Vice President-PM Investor - Manager Summary "GS0105670.pdf," GS0105670 - GS105671.
- Vice President-PM Investor - Peer Feedback, "GS0105672.pdf," GS0105672 - GS105677.
- Vice President-PM Investor - Self-Evaluation, "GS0105678.pdf," GS0105678 - GS105684.
- Vice President-Asset Port Mgr-PM Investor - Manager Summary, "GS0105685.pdf," GS0105685 - GS105692.
- Vice President-Client Advisor-PM Investor - Manager Summary, "GS0105693.pdf," GS0105693 - GS105699.
- Vice President-PM Investor - Manager Summary "GS0105700.pdf," GS0105700 - GS105701.
- Vice President-Asset Port Mgr-PM Investor - Client Feedback, "GS0105702.pdf," GS0105702 - GS105713.
- Vice President-Asset Port Mgr-PM Investor - Self-Evaluation, "GS0105714.pdf," GS0105714 - GS105726.
- Vice President-Asset Port Mgr-PM Investor - Manager Feedback, "GS0105727.pdf," GS0105727 - GS105738.
- Vice President-Asset Port Mgr-PM Investor - Peer Feedback, "GS0105739.pdf," GS0105739 - GS105750.
- Vice President-Client Advisor-PM Investor - Manager Feedback, "GS0105751.pdf," GS0105751 - GS105762.
- Vice President-Client Advisor-PM Investor - Client Feedback, "GS0105763.pdf," GS0105763 - GS105774.
- Vice President-Client Advisor-PM Investor - Peer Feedback, "GS0105775.pdf," GS0105775 - GS105786.
- Vice President-Client Advisor-PM Investor - Self-Evaluation, "GS0105787.pdf," GS0105787 - GS105799.
- Vice President-PM Investor - Manager Feedback, "GS0105800.pdf," GS0105800 - GS105811.
- Vice President-PM Investor - Peer Feedback, "GS0105812.pdf," GS0105812 - GS105823.
- Vice President-PM Investor - Self-Evaluation, "GS0105824.pdf," GS0105824 - GS105836.
- Vice President-PM Investor - Client Feedback, "GS0105837.pdf," GS0105837 - GS105848.
- Associate-GSAM - Manager Summary, "GS0105849.pdf," GS0105849 - GS105850.
- Vice President-GSAM - Manager Summary, "GS0105851.pdf," GS0105851 - GS105852.
- Associate-GSAM - Self-Evaluation, "GS0105853.pdf," GS0105853 - GS105859.
- Associate-Client Adviser-GSAM - Self-Evaluation, "GS0105860.pdf," GS0105860 - GS105866.
- Associate-Asset/Port Mgr-GSAM - Self-Evaluation, "GS0105867.pdf," GS0105867 - GS105873.
- Associate-Asset/Port Mgr-GSAM - Peer Feedback, "GS0105874.pdf," GS0105874 - GS105879.
- Associate-Client Adviser-GSAM - Peer Feedback, "GS0105880.pdf," GS0105880 - GS105885.
- Associate-GSAM - Peer Feedback, "GS0105886.pdf," GS0105886 - GS105891.
- Associate-Asset/Port Mgr-GSAM - Manager Feedback, "GS0105892.pdf," GS0105892 - GS105897.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- Associate-Client Adviser-GSAM - Manager Feedback, “GS0105898.pdf,” GS0105898 - GS105903.
- Associate-GSAM - Manager Feedback, “GS0105904.pdf,” GS0105904 - GS105909.
- Associate-Asset/Port Mgr-GSAM - Client Feedback, “GS0105910.pdf,” GS0105910 - GS105915.
- Associate-Client Adviser-GSAM - Client Feedback, “GS0105916.pdf,” GS0105916 - GS105921.
- Associate-GSAM- Client Feedback, “GS0105922.pdf,” GS0105922 - GS105927.
- Associate-Client Adviser-GSAM - Manager Summary, “GS0105928.pdf,” GS0105928 - GS105933.
- Vice President-Client Adviser-GASM - Manager Summary, “GS0105934.pdf,” GS0105934 - GS105939.
- Vice President-Asset/Port Mgr-GSAM - Self-Evaluation, “GS0105940.pdf,” GS0105940 - GS105946.
- Vice President-Client Adviser-GSAM - Self-Evaluation, “GS0105947.pdf,” GS0105947 - GS105953.
- Vice President-GSAM - Self-Evaluation, “GS0105954.pdf,” GS0105954 - GS105960.
- Vice President-Asset/Port Mgr-GSAM - Peer Feedback, “GS0105961.pdf,” GS0105961 - GS105967.
- Vice President-Asset/Port Mgr-GSAM - Manager Feedback, “GS0105968.pdf,” GS0105968 - GS105974.
- Vice President-Client Adviser-GSAM - Client Feedback, “GS0105975.pdf,” GS0105975 - GS105981.
- Vice President-Client Adviser-GSAM - Manager Feedback, “GS0105982.pdf,” GS0105982 - GS105988.
- Vice President-Client Adviser-GSAM - Peer Feedback, “GS0105989.pdf,” GS0105989 - GS105995.
- Vice President-GSAM - Client Feedback, “GS0105996.pdf,” GS0105996 - GS106002.
- Vice President-GSAM - Manager Feedback, “GS0106003.pdf,” GS0106003 - GS106009.
- Associate-Asset/Port Mgr-GSAM - Manager Summary, “GS0106010.pdf,” GS0106010 - GS106015.
- Vice President-Asset/Port Mgr-GSAM - Manager Summary, “GS0106016.pdf,” GS0106016 - GS106021.
- Associate-Asset Port Mgr-GSAM - Client Feedback, “GS0106022.pdf,” GS0106022 - GS106026.
- Associate-Asset Port Mgr-GSAM - Manager Feedback, “GS0106027.pdf,” GS0106027 - GS106031.
- Associate-Asset Port Mgr-GSAM - Manager Summary, “GS0106032.pdf,” GS0106032 - GS106036.
- Associate-Asset Port Mgr-GSAM - Peer Feedback, “GS0106037.pdf,” GS0106037 - GS106041.
- Associate-Asset Port Mgr-GSAM - Self-Evaluation, “GS0106042.pdf,” GS0106042 - GS106046.
- Associate-Client Advisor-GSAM - Client Feedback, “GS0106047.pdf,” GS0106047 - GS106051.
- Associate-Client Advisor-GSAM - Manager Feedback, “GS0106052.pdf,” GS0106052 - GS106056.
- Associate-Client Advisor-GSAM - Manager Summary, “GS0106057.pdf,” GS0106057 - GS106061.
- Associate-Client Advisor-GSAM - Peer Feedback, “GS0106062.pdf,” GS0106062 - GS106066.
- Associate-Client Advisor-GSAM - Self-Evaluation, “GS0106067.pdf,” GS0106067 - GS106071.
- Associate-GSAM - Client Feedback, “GS0106072.pdf,” GS0106072 - GS106076.
- Associate-GSAM - Manager Feedback, “GS0106077.pdf,” GS0106077 - GS106081.
- Associate-GSAM - Manager Summary, “GS0106082.pdf,” GS0106082 - GS106083.
- Associate-GSAM - Peer Feedback, “GS0106084.pdf,” GS0106084 - GS106088.
- Associate-GSAM - Self-Evaluation, “GS0106089.pdf,” GS0106089 - GS106093.
- Vice President-Asset Port Mgr-GSAM - Client Feedback, “GS0106094.pdf,” GS0106094 - GS106098.
- Vice President-Asset Port Mgr-GSAM - Manager Feedback, “GS0106099.pdf,” GS0106099 - GS106103.
- Vice President-Asset Port Mgr-GSAM - Manager Summary, “GS0106104.pdf,” GS0106104 - GS106108.
- Vice President-Asset Port Mgr-GSAM - Peer Feedback, “GS0106109.pdf,” GS0106109 - GS106113.
- Vice President-Asset Port Mgr-GSAM - Self-Evaluation, “GS0106114.pdf,” GS0106114 - GS106119.
- Vice President-Client Advisor-GSAM - Client Feedback, “GS0106120.pdf,” GS0106120 - GS106124.
- Vice President-Client Advisor-GSAM - Manager Feedback, “GS0106125.pdf,” GS0106125 - GS106129.
- Vice President-Client Advisor-GSAM - Manager Summary, “GS0106130.pdf,” GS0106130 - GS106134.
- Vice President-Client Advisor-GSAM - Peer Feedback, “GS0106135.pdf,” GS0106135 - GS106139.
- Vice President-Client Advisor-GSAM - Self-Evaluation, “GS0106140.pdf,” GS0106140 - GS106145.
- Vice President-GSAM - Client Feedback, “GS0106146.pdf,” GS0106146 - GS106150.
- Vice President-GSAM - Manager Feedback, “GS0106151.pdf,” GS0106151 - GS106155.
- Vice President-GSAM - Manager Summary, “GS0106156.pdf,” GS0106156 - GS106157.
- Vice President-GSAM - Peer Feedback, “GS0106158.pdf,” GS0106158 - GS106162.
- Vice President-GSAM - Self-Evaluation, “GS0106163.pdf,” GS0106163 - GS106168.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- Associate-Asset Port Mgr-GSAM - Self-Evaluation, “GS0106169.pdf,” GS0106169 - GS106178.
- Associate-Asset Port Mgr-GSAM - Peer Feedback, “GS0106179.pdf,” GS0106179 - GS106187.
- Associate-Asset Port Mgr-GSAM - Manager Feedback, “GS0106188.pdf,” GS0106188 - GS106196.
- Associate-Asset Port Mgr-GSAM - Manager Summary, “GS0106197.pdf,” GS0106197 - GS106204.
- Associate-Asset Port Mgr-GSAM - Client Feedback, “GS0106205.pdf,” GS0106205 - GS106213.
- Associate-Client Advisor-GSAM - Manager Feedback, “GS0106214.pdf,” GS0106214 - GS106222.
- Associate-Client Advisor-GSAM - Client Feedback, “GS0106223.pdf,” GS0106223 - GS106231.
- Associate-Client Advisor-GSAM - Peer Feedback, “GS0106232.pdf,” GS0106232 - GS106240.
- Associate-Client Advisor-GSAM - Self-Evaluation, “GS0106241.pdf,” GS0106241 - GS106250.
- Associate-Client Advisor-GSAM - Manager Summary, “GS0106251.pdf,” GS0106251 - GS106257.
- Associate-GSAM - Self-Evaluation, “GS0106258.pdf,” GS0106258 - GS106267.
- Associate-GSAM - Manager Feedback, “GS0106268.pdf,” GS0106268 - GS106276.
- Associate-GSAM - Client Feedback, “GS0106277.pdf,” GS0106277 - GS106285.
- Associate-GSAM - Manager Summary, “GS0106286.pdf,” GS0106286 - GS106287.
- Associate-GSAM - Peer Feedback, “GS0106288.pdf,” GS0106288 - GS106296.
- Vice President-Asset Port Mgr-GSAM - Self-Evaluation, “GS0106297.pdf,” GS0106297 - GS106307.
- Vice President-Asset Port Mgr-GSAM - Manager Summary, “GS0106308.pdf,” GS0106308 - GS106315.
- Vice President-Asset Port Mgr-GSAM - Manager Feedback, “GS0106316.pdf,” GS0106316 - GS106325.
- Vice President-Asset Port Mgr-GSAM - Peer Feedback, “GS0106326.pdf,” GS0106326 - GS106335.
- Vice President-Asset Port Mgr-GSAM - Client Feedback, “GS0106336.pdf,” GS0106336 - GS106345.
- Vice President-Client Advisor-GSAM - Peer Feedback, “GS0106346.pdf,” GS0106346 - GS106355.
- Vice President-Client Advisor-GSAM - Manager Feedback, “GS0106356.pdf,” GS0106356 - GS106365.
- Vice President-Client Advisor-GSAM - Manager Summary, “GS0106366.pdf,” GS0106366 - GS119969.
- 2003 Equities Annual Performance Review Process, “Equities 2003 - GS0121743.pdf,” GS0121743 - GS0121758.
- 2004 Equities Annual Performance Review Process, “Equities 2004 - GS0121644.pdf,” GS0121644 - GS0121660.
- 2005 Equities Annual Performance Review Process, “Equities 2005 - GS0120226.pdf,” GS0120226 - GS0120246.
- 2005 Equities Annual Performance Review Process, “Equities 2005 - GS0121458.pdf,” GS0121458 - GS0121479.
- 2006 Equities Annual Performance Review Process, “Equities 2006 - GS0120523.pdf,” GS0120523 - GS0121547.
- 2006 Equities Annual Performance Review Process, “Equities 2006 - GS0121313.pdf,” GS0121313 - GS0121333.
- 2007 Equities Annual Performance Review Process, “Equities 2007 - GS0120135.pdf,” GS0120135 - GS0120157.
- 2007 Equities Annual Performance Review Process, “Equities 2007 - GS0121684.pdf,” GS0121684 - GS0121706.
- 2008 Equities Annual Performance Review Process, “Equities 2008 - GS0120687.pdf,” GS0120687 - GS0120709.
- 2008 Equities Annual Performance Review Process, “Equities 2008 - GS0121798.pdf,” GS0121798 - GS0121814.
- 2009 Equities Annual Performance Review Process, “Equities 2009 - GS0120754.pdf,” GS0120754 - GS0120773.
- 2009 Equities Annual Performance Review Process, “Equities 2009 - GS0121556.pdf,” GS0121556 - GS0121574.
- 2003 FICC Review, “FICC 2003 - GS0120124.pdf,” GS0120124 - GS0120134.
- 2003 FICC Review, “FICC 2003 - GS0121297.pdf,” GS0121297 - GS0121312.
- 2004 Fixed Income, Currency and Commodities Annual Performance Review Process, “FICC 2004 - GS0120044.pdf,” GS0120044 - GS0120062.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- 2004 Fixed Income, Currency and Commodities Annual Performance Review Process, "FICC 2004 - GS0121015.pdf," GS0121015 - GS0121039.
- 2005 Fixed Income, Currency and Commodities Annual Performance Review Process, "FICC 2005 - GS0121722.pdf," GS0121722 - GS0121742.
- 2006 Fixed Income, Currency and Commodities Annual Performance Review Process, "FICC 2006 - GS0121383.pdf," GS0121383 - GS0121403.
- 2007 Fixed Income, Currency and Commodities Annual Performance Review Process, "FICC 2007 - GS0121661.pdf," GS0121661 - GS0121683.
- 2008 Fixed Income, Currency and Commodities Annual Performance Review Process, "FICC 2008 - GS0121480.pdf," GS0121480 - GS0121503.
- 2009 Fixed Income, Currency and Commodities Annual Performance Review Process, "FICC 2009 - GS0121597.pdf," GS0121597 - GS0121615.
- 2003 IBD/ECM Annual Performance Review Process, "IBD 2003 - GS0120158.pdf," GS0120158 - GS0120171.
- 2003 IBD/ECM Annual Performance Review Process, "IBD 2003 - GS0120907.pdf," GS0120907 - GS0120920.
- 2004 IBD Annual 360 Degree Feedback Process, "IBD 2004 - GS0120653.pdf," GS0120653 - GS0120686.
- 2004 IBD Annual 360 Degree Feedback Process, "IBD 2004 - GS0120653_Duplicate.pdf," GS0120653 - GS0120686.
- 2004 IBD Annual 360 Degree Feedback Process, "IBD 2004 - GS0121355.pdf," GS0121355 - GS0121382.
- 2005 Investment Banking Annual Performance Review Process, "IBD 2005 - GS0120774.pdf," GS0120774 - GS0120806.
- 2005 IBD Annual 360 Degree Feedback Process, "IBD 2005 - GS0120967.pdf," GS0120967 - GS0120988.
- 2006 Investment Banking Annual Performance Review Process, "IBD 2006 - GS0120828.pdf," GS0120828 - GS0120853.
- 2006 Performance Reviews, "IBD 2006 - GS0121404.pdf," GS0121404 - GS0121426.
- 2007 Investment Banking Annual Performance Review Process, "IBD 2007 - GS0120326.pdf," GS0120326 - GS0120346.
- 2007 Investment Banking Annual Performance Review Process, "IBD 2007 - GS0121759.pdf," GS0121759 - GS0121776.
- 2008 Investment Banking Annual Performance Review Process, "IBD 2008 - GS0120172.pdf," GS0120172 - GS0120194.
- 2008 Investment Banking Annual Performance Review Process, "IBD 2008 - GS0120942.pdf," GS0120942 - GS0120966.
- 2009 Investment Banking Annual Performance Review Process, "IBD 2009 - GS0120710.pdf," GS0120710 - GS0120730.
- 2009 Investment Banking Annual Performance Review Process, "IBD 2009 - GS0121624.pdf," GS0121624 - GS0121643.
- 2010 Investment Banking Annual Performance Review Process, "IBD 2010 - GS0120063.pdf," GS0120063 - GS0120101.
- 2011 Investment Banking.Annual Performance Review Process, "IBD 2011 - GS0121075.pdf," GS0121075 - GS0121094.
- 2003 Investment Management Annual Performance Review Process, "IMD 2003 - GS0120731.pdf," GS0120731 - GS0120753.
- 2003 Investment Management Annual Performance Review Process, "IMD 2003 - GS0121243.pdf," GS0121243 - GS0121264.
- 2004 Investment Management Annual Performance Review Process, "IMD 2004 - GS0120410.pdf," GS0120410 - GS0120428.
- 2004 Investment Management Annual Performance Review Process, "IMD 2004 - GS0121334.pdf," GS0121334 - GS0121354.
- 2005 Investment Management Annual Performance Review Process, "IMD 2005 - GS0120454.pdf," GS0120454 - GS0120479.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- 2005 Investment Management Annual Performance Review Process, "IMD 2005 - GS0120989.pdf," GS0120989 - GS0121014.
- 2006 Investment Management Annual Performance Review Process, "IMD 2006 - GS0120195.pdf," GS0120195 - GS0120225.
- 2006 Investment Management Annual Performance Review Process, "IMD 2006 - GS0120854.pdf," GS0120854 - GS0120888.
- 2007 Investment Management Annual Performance Review Process, "IMD 2007 - GS0120620.pdf," GS0120620 - GS0120652.
- 2007 Investment Management Annual Performance Review Process, "IMD 2007 - GS0121144.pdf," GS0121144 - GS0121166.
- 2008 Investment Management Annual Performance Review Process, "IMD 2008 - GS0120293.pdf," GS0120293 - GS0120325.
- 2008 Investment Management Annual Performance Review Process, "IMD 2008 - GS0120921.pdf," GS0120921 - GS0120941.
- 2009 Investment Management Annual Performance Review Process, "IMD 2009 - GS0120429.pdf," GS0120429 - GS0120453.
- 2009 Investment Management Annual Performance Review Process, "IMD 2009 - GS0121575.pdf," GS0121575 - GS0121596.
- 2010 Investment Management Annual Performance Review Process, "IMD 2010 - GS0120347.pdf," GS0120347 - GS0120385.
- 2010 Investment Banking Annual Performance Review Process, "IMD 2010 - GS0121212.pdf," GS0121212 - GS0121242.
- 2010 Investment Management Annual Performance Review Process, "IMD 2010 - GS0121427.pdf," GS0121427 - GS0121457.
- 2011 Investment Management Annual Performance Review Process, "IMD 2011 - GS0120889.pdf," GS0120889 - GS0120906.
- 2010 Securities Annual Performance Review Process, "Securities 2010 - GS0120548.pdf," GS0120548 - GS0120579.
- 2010 Securities Annual Performance Review Process, "Securities 2010 - GS0121040.pdf," GS0121040 - GS0121074.
- 2011 Securities Annual Performance Review Process, "Securities 2011 - GS0120025.pdf," GS0120025 - GS0120043.
- 2011 Securities Annual Performance Review Process, "Securities 2011 - GS0121616.pdf," GS0121616 - GS0121623.
- Goldman Sachs Competency Behavior Validation Technical Documentation by APTMetrics, Inc., "GS0112986.pdf," 6/11, GS0112986 - GS0113194.
- Goldman Sachs Competency Behavior Validation Technical Documentation by APTMetrics, Inc., "GS1043555 APT Study (reproduced).pdf," GS1043555-GS1043752.
- Goldman Sachs Development of a Global Competency Framework for Analysts, Associates, and Vice Presidents/Eds by Personnel Decisions International (PDI), "GS0116319-445.pdf," 3/23/03, GS0116319 - GS0116445.
- Goldman Sachs Validation of Compensation Metrics Technical Report by APTMetrics, "GS0143885 - GS0143913.pdf," 10/18/12, GS0143885 - GS0143913.
- GS0116444.pdf
- 2007 to 2010 Job Requisitions, "GS0003613-GS0003859.pdf," GS0003613-GS0003859.
- 2010-2017 Job Requisitions for TAM and iCIMS, "TAM - iCIMS Job Description Details 2010 - 2017_3-20-2018.xlsx," 3/20/18, GS0382023.
- 2018 Job Requisitions for IBD, CIMD, Securities, Associates and Vice Presidents, "Job Reqs for Litigation_2018.xlsx," GS0772535.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## III. Expert Reports

- Expert report of Michael Campion, 12/11/13, appendix, and documents cited in this report.
- Sur-Rebuttal Report of Michael Campion, 5/7/14.
- Expert Report of Jennifer Chatman, 12/11/13.
- Expert Report of Michael Ward, 12/13/13.
- Expert Report of Michael Ward, 8/29/18
- Expert Report of Wayne Cascio, 10/30/13, and documents cited in this report.
- Expert Report of Wayne Cascio, 2/18/14, and documents cited in this report.
- Rebuttal Expert Report of Wayne Cascio, 7/25/14.
- Expert Report of Wayne Cascio, 6/29/18, and appendix.
- Expert Report of Pamela Tolbert, 2/18/14.
- Declaration of Kathleen Lundquist, 5/23/18, and documents cited.
- Declaration of Michael Ward, 5/23/18.
- Declaration of Dr. Henry Farber, 6/29/18.

## IV. Data

- Gender Class main.xlsx (produced November 12, 2012).
- Gender Class - Main File (3-1-2018)_SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced March 6, 2018).
- Final File - Main_SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced April 29, 2019).
- Indicative_1_Feb.13.2013.xlsx (produced February 15, 2013).
- Performance_Feb.13.2013.xlsx (produced February 15, 2013).
- Goldman Sachs CRS Data Production - CRS_Query1_SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced March 28, 2018).
- CRS_query1 Updated_SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced August 23, 2019).
- CRS_query1_Part2_SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced August 29, 2019).
- 2008TermsData.xlsx (produced October 3, 2013).
- FRSDataFile_2003_Summer.accdb (produced February 15, 2013).
- FRSDataFile_2004_Summer.accdb (produced February 15, 2013).
- FRSDataFile_2004_Win FRSDataFile_2005_Summer.accdb (produced February 15, 2013).
- FRSDataFile_2005_Summer.accdb (produced February 15, 2013).
- FRSDataFile_2005_Winter.accdb (produced February 15, 2013).
- FRSDataFile_2006_Summer.accdb (produced February 15, 2013).
- FRSDataFile_2006_Winter.accdb (produced March 27, 2013).
- FRSDataFile_2007_Summer.accdb (produced February 15, 2013).
- FRSDataFile_2007_Winter.accdb (produced February 15, 2013).
- FRSDataFile_2008_Summer.accdb (produced February 15, 2013).
- FRSDataFile_2008_Winter.accdb (produced February 15, 2013).
- FRSDataFile_2009_Summer.accdb (produced February 15, 2013).
- FRSDataFile_2009_Winter.accdb (produced February 15, 2013).
- FRSDataFile_2010_Summer.accdb (produced February 15, 2013).
- FRSDataFile_2010_Winter.accdb (produced February 15, 2013).
- FRSDataFile_2011_Summer.accdb (produced February 15, 2013).
- FRSDataFile_2011_Winter.accdb (produced February 15, 2013).
- Goldman Sachs Production - Legal_Req_2012_Summer_SENSITIVE_CONFIDENTIAL_ DATA.accdb (produced March 30, 2018).
- Goldman Sachs Production - Legal_Req_2012_Winter_SENSITIVE_CONFIDENTIAL_ DATA.accdb (produced March 30, 2018).


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- Goldman Sachs Production - Legal_Req_2013_Summer_SENSITIVE_CONFIDENTIAL_DATA.accdb (produced March 30, 2018).
- Goldman Sachs Production - Legal_Req_2013_Winter_SENSITIVE_CONFIDENTIAL_DATA.accdb (produced March 30, 2018).
- Goldman Sachs Production - Legal_Req_2014_Summer_SENSITIVE_CONFIDENTIAL_DATA.accdb (produced March 30, 2018).
- Goldman Sachs Production - Legal_Req_2014_Winter_SENSITIVE_CONFIDENTIAL_DATA.accdb (produced March 30, 2018).
- Goldman Sachs Production - Legal_Req_2015_Summer_SENSITIVE_CONFIDENTIAL_DATA.mdb (produced March 30, 2018).
- Goldman Sachs Production - Legal_Req_2015_Winter_SENSITIVE_CONFIDENTIAL_DATA.accdb (produced March 30, 2018).
- Goldman Sachs Production - Score_Tables_15S_And_16W_SENSITIVE_CONFIDENTIAL_DATA.accdb (produced May 3, 2018).
- MDSelectionDataFile_2002_to_2011.accdb (produced February 15, 2013).
- Goldman Sachs Production - 2012 EMD Candidate List_SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced March 29, 2018).
- Goldman Sachs Production - 2013 EMD Candidate List_SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced March 29, 2018).
- Goldman Sachs Production - 2015 EMD Candidate List_SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced March 29, 2018).
- Goldman Sachs Production - 2017 EMD Candidate List_SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced March 29, 2018).
- IBD Analysis 2002 to 2011 (SENSITIVE CONFIDENTIAL DATA).xlsx (produced October 9, 2013).
- GS IBD Productivity Metrics (Sensitive Confidential Data).xlsx (produced March 1, 2013).
- Goldman Sachs Production - 2012 - 2017 IBD Production_SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced March 20, 2018).
- Goldman Sachs Production - UAT_2012_BUL_Banker_Profile_Summary_SENSITIVE_CONFIDENTIAL_DATA.xls (produced March 20, 2018).
- Goldman Sachs Production -UAT_2013_BUL_Banker_Profile_Summary_SENSITIVE_CONFIDENTIAL_DATA.xls (produced March 20, 2018).
- Goldman Sachs Production - UAT_2014_BUL_Banker_Profile_Summary_SENSITIVE_CONFIDENTIAL_DATA.xls (produced March 20, 2018).
- Goldman Sachs Production - UAT_2015_BUL_Banker_Profile_Summary_SENSITIVE_CONFIDENTIAL_DATA.xls (produced March 20, 2018).
- Goldman Sachs Production - UAT_2016_BUL_Banker_Profile_Summary_SENSITIVE_CONFIDENTIAL_DATA.xls (produced March 20, 2018).
- Goldman Sachs Production - UAT_2017_BUL_Banker_Profile_Summary_SENSITIVE_CONFIDENTIAL_DATA.xls (produced March 20, 2018).
- Goldman Sachs Production - 2018 Year End Compensation Process IBD_SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced April 29, 2019).
- Goldman Sachs Production - BUL_Banker_Profile_Summary 2018 (ASSC-VP) SENSITIVE_CONFIDENTIAL_DATA.xls (produced April 29, 2019).
- GS IMD ICE Metrics (Sensitive Confidential Data).xlsm (produced February 21, 2013).
- Goldman Sachs - IMD Production Data__SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced March 22, 2018).
- Goldman Sachs - For 2018 - IMD Production Data__SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced April 29, 2019).

- 2005 Securities Final Comp Download (SENSITIVE CONFIDENTIAL DATA).xlsx (produced September 24, 2013).
- 2006 Securities Final Comp Download (SENSITIVE CONFIDENTIAL DATA).xlsx (produced September 24, 2013).
- 2007 Securities Final Comp Download (SENSITIVE CONFIDENTIAL DATA).xls (produced September 24, 2013).
- 2008 Securities Final Comp Download (SENSITIVE CONFIDENTIAL DATA).xls (produced September 24, 2013).
- 2009 Securities Final Comp Download (SENSITIVE CONFIDENTIAL DATA).xlsx (produced September 24, 2013).
- 2010 Securities Final Comp Download (SENSITIVE CONFIDENTIAL DATA).xlsx (produced September 24, 2013).
- 2011 Securities Final Comp Download (SENSITIVE CONFIDENTIAL DATA).xlsx (produced September 24, 2013).
- GS Securities Division Production (Sensitive Confidential Data).XLSX (produced February 21, 2013).
- Americas 2012 Final Comp Download_SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced March 9, 2018).
- Americas 2013 Final Comp Download_SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced March 9, 2018).
- Americas 2014 Final Comp Download_SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced March 9, 2018).
- Americas 2015 Final Comp Download_SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced March 9, 2018).
- Americas 2016 Final Comp Download_SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced March 9, 2018).
- Americas 2017 Final Comp Download_SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced March 9, 2018).
- 2018 Final Comp Download_SENSITIVE_CONFIDENTIAL_DATA.xlsx (produced April 29, 2019)


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 4A

## CONSENSUS STUDY 1: COMPARISON OF PDI AND APTMETRICS COMPETENCY VALIDATION REPORTS TO RELEVANT PORTIONS OF THE UNIFORM GUIDELINES


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 4A

## Consensus Study 1: Comparison of PDI and APTMetrics Competency Validation Reports to Relevant Portions of the Uniform Guidelines

Consensus Study 1 was designed and conducted under my direction to determine whether the content-oriented research performed by PDI (2003) and APTMetrics (2011), in the development of competency models for Goldman Sachs, met accepted methodological standards in the field of I/O psychology. I consider the *Uniform Guidelines* as directly relevant to job relatedness, although I have discussed the *Uniform Guidelines*' emphasis on selection procedures as opposed to performance measures and/or competency models. To this end, the *Uniform Guidelines'* description of content-oriented studies was compared to the PDI and APTMetrics studies.[183] To ensure a rigorous approach in the review of the two competency development and validation studies against the recommendations for content validation strategies put forth in the *Uniform Guidelines*, a rating process was created whereby raters compared descriptions of content-oriented validation from the *Uniform Guidelines* with the research described in the PDI and APTMetrics reports. A rating matrix was designed for the raters to use when making their comparisons and to document the findings.

The first column of the rating matrix contained quoted excerpts from the content-oriented validation approach described in the *Uniform Guidelines*. Because the quotes were kept intact, they contained information about many facets of the validation process. In order to ensure all raters were focusing on the same aspect of the quote, a specific topic was identified for each passage. In some cases, more than one topic statement was prepared for a quote. A Ph.D.-level I/O psychologist reviewed the *Uniform Guidelines* statements in the matrix and then chose a specific aspect of the quote for the raters to consider. This information was entered into the second column of the matrix. There were four quoted excerpts from the *Uniform Guidelines* for which ratings were not collected because they were not applicable, but they are still included in the table below. Another Ph.D.-level I/O psychologist reviewed the specific statements to determine whether she concurred with the focus and wording related to the *Uniform Guidelines* quotes. Two more columns were added to the matrix: one for the rating of the linkage between the *Uniform*

[183] GS0116319-445; GS0112986-194.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

*Guidelines* and the PDI report and a second column for a rating of the linkage between the *Uniform Guidelines* and APTMetrics report.

The same two I/O psychologists conferred on an appropriate rating scale and identified the most useful scale as Level of Agreement with three scale points: 1 = Do not agree with statement, 2 = Agree somewhat with statement: There is some evidence that the vendor study complies with this aspect of the *Uniform Guidelines*, and 3 = Agree with statement: There is sufficient evidence that the vendor study complies with this aspect of the *Uniform Guidelines*.

I convened a rating panel comprised of five I/O psychologists on my staff. All members had significant experience in job analysis and validation generally, and competency modeling specifically. Each of the panel members was required to thoroughly read and digest the PDI and APTMetrics reports with particular attention to the content-oriented validation strategy used by each consulting firm in their research.

All raters participated in a two-hour frame-of-reference training. During this session, the rating task was described, the rating scale was reviewed, the consensus process was explained, and practice ratings were made independently and then discussed collectively. The consensus discussion resulted in further explication of the items to be rated and the application of the rating scale. As part of training sample ratings were collected from all panel members for three linkages. Any differences in ratings were resolved through discussion and consensus. Each time there was a difference, panel members described their rationales for the ratings they had assigned. This consensus process ensured that a common frame-of-reference was achieved among the panel members prior to the actual rating task.

Independent ratings were completed subsequent to the training session. The ratings were collected into a single Excel file to identify any linkages that required discussion during a consensus process. A consensus meeting was scheduled but ultimately cancelled because there were no differences of more than one point. In fact, there was very high agreement. Contributing factors to the agreement among the ratings of the panel members were that a common frame-of-reference appeared to be achieved in training, the rating task relied on an easily interpretable rating scale, and there was a high likelihood that the professionally reputable firms that employ I/O psychologists like PDI and APTMetrics would attempt to comply with the *Uniform Guidelines* in their competency validation process. Due to high agreement among the raters, analyses that statistically evaluate consistency in responding were not necessary.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

A priori, I established one criterion for evaluating the ratings – there must be no rating differences of more than one point. I calculated how many of the 40 possible ratings (i.e., 5 raters and 8 statements from the *Uniform Guidelines* recommendations) for each study received the same exact rating. For the PDI study, 33 of the 40 ratings received a value of 3 (Agree with statement: There is sufficient evidence that the vendor study complies with this aspect of the *Uniform Guidelines*) across all raters. In other words, more than 80% of the responses were identical. Moreover, there were no responses of 1 (Do not agree with statement). For the APTMetrics study, 36 of the 40 ratings received a value of 3, meaning that 90% of responses had the same value. Again, there were no ratings of 1. These results indicated that the five raters provided highly consistent responses in the evaluation of both competency development and validation studies. These ratings also provide evidence that the two studies commissioned by Goldman Sachs to validate its competency model strongly aligned with the recommendations for content-related validation in the *Uniform Guidelines*. The table presented below establishes that, as described earlier, the two competency model development and validation studies followed the recommendations in the *Uniform Guidelines.*


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| *Uniform Guidelines* (1978) Standards in 14 (C) | Description of specific aspect to be rated. | PDI (2003) Ratings | APTMetrics (2011) Ratings |
|---|---|---|---|
| 1. Users choosing to validate a selection procedure by a content validity strategy should determine whether it is appropriate to conduct such a study in the particular employment context. A selection procedure can be supported by a content validity strategy to the extent that it is a representative sample of the content of the job. Selection procedures which purport to measure knowledges, skills, or abilities may in certain circumstances be justified by content validity, although they may not be representative samples, if the knowledge, skill, or ability measured by the selection procedure can be operationally defined as provided in paragraph 14C (4) of this section, and if that knowledge, skill, or ability is a necessary prerequisite to successful job performance. | The study included data gathering of evidence to support the premise that the competencies in the model were necessary for successful performance in the roles within the corporate titles of Associate and Vice President. | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br><br>**Mean = 3.0**<br>Standard Deviation = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br><br>**Mean = 3.0**<br>Standard Deviation = 0 |
| | Competencies were operationally defined. | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br><br>**Mean = 3.0**<br>Standard Deviation = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br><br>**Mean = 3.0**<br>Standard Deviation = 0 |
| 2. There should be a job analysis which includes an analysis of the important work behavior(s) required for successful performance and their relative importance and, if the behavior results in work product(s), an analysis of the work product(s). Any job analysis should focus on the work behavior(s) and the tasks associated with them. If work behavior(s) are not observable, the job analysis should identify and analyze those aspects of the behavior(s) that can be observed and the observed work products. The work behavior(s) selected for measurement should be critical work behavior(s) and/or important work behavior(s) constituting most of the job. | Recognizing that competency modeling is not focused on specification of work behaviors/tasks per se, the study design included consideration of whether the competencies were critical to success. | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br><br>**Mean = 3.0**<br>Standard Deviation = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br><br>**Mean = 3.0**<br>Standard Deviation = 0 |
| 3. A selection procedure designed to measure the work behavior may be developed specifically from the job and job analysis in question, or may have been previously developed by the user, or by other users or by a test publisher. | The competencies identified in the study were derived from the results of job analyses for the roles within the corporate titles of Associate and Vice President. | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br><br>**Mean = 3.0**<br>Standard Deviation = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br><br>**Mean = 2.6**<br>Standard Deviation = 0.5 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| *Uniform Guidelines* (1978) Standards in 14 (C) | Description of specific aspect to be rated. | PDI (2003) Ratings | APTMetrics (2011) Ratings |
|---|---|---|---|
| 4. To demonstrate the content validity of a selection procedure, a user should show that the behavior(s) demonstrated in the selection procedure are a representative sample of the behavior(s) of the job in question or that the selection procedure provides a representative sample of the work product of the job. In the case of a selection procedure measuring a knowledge, skill, or ability, the knowledge, skill, or ability being measured should be operationally defined. In the case of a selection procedure measuring a knowledge, the knowledge being measured should be operationally defined as that body of learned information which is used in and is a necessary prerequisite for observable aspects of work behavior of the job. In the case of skills or abilities, the skill or ability being measured should be operationally defined in terms of observable aspects of work behavior of the job. For any selection procedure measuring a knowledge, skill, or ability the user should show that (a) the selection procedure measures and is a representative sample of that knowledge, skill, or ability; and (b) that knowledge, skill, or ability is used in and is a necessary prerequisite to performance of critical or important work behavior(s). In addition, to be content valid, a selection procedure measuring a skill or ability should either closely approximate an observable work behavior, or its product should closely approximate an observable work product. If a test purports to sample a work behavior or to provide a sample of a work product, the manner and setting of the selection procedure and its level and complexity should closely approximate the work situation. The closer the content and the context of the selection procedure are to work samples or work behaviors, the stronger is the basis for showing content validity. As the content of the selection procedure less resembles a work behavior, or the setting and manner of the administration of the selection procedure less resemble the work situation, or the result less resembles a work product, the less likely the selection procedure is to be content valid, and the greater the need for other evidence of validity. | The collection of behavioral indicators, resulted in competencies that were defined in terms of observable aspects of the work. | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 3<br><br>**Mean = 2.8**<br>Standard Deviation = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br><br>**Mean = 3.0**<br>Standard Deviation = 0 |
| 5. The reliability of selection procedures justified on the basis of content validity should be a matter of concern to the user. Whenever it is feasible, appropriate statistical estimates should be made of the reliability of the selection procedure. | Retrospective analyses conducted under my direction demonstrate the reliability of the 360 Feedback Review. | | |
| 6. A requirement for or evaluation of a specific prior training or experience based on content validity, including a specification of level or amount of training or experience, should be justified on the basis of the relationship between the content of the training or experience and the content of the job for which the training or experience is to be required or evaluated. | Not Applicable | | |
| 7. Where a measure of success in a training program is used as a selection procedure and the content of a training program is justified on the basis of content validity, the use should be justified on the relationship between the content of the training program and the content of the job. | Not Applicable | | |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| *Uniform Guidelines* (1978) Standards in 14 (C) | Description of specific aspect to be rated. | PDI (2003) Means | APTMetrics (2011) Means |
|---|---|---|---|
| 8. A selection procedure which is supported on the basis of content validity may be used for a job if it represents a critical work behavior (i.e., a behavior which is necessary for performance of the job) or work behaviors which constitute most of the important parts of the job. | The vendor collected evidence that demonstrated the job relatedness of the competency model. | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 2<br><br>**Mean = 2.4**<br>Standard Deviation = 0.5 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br><br>**Mean = 3.0**<br>Standard Deviation = 0 |
| | The vendor collected ratings on the importance of the competencies. | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br><br>**Mean = 3.0**<br>Standard Deviation = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br><br>**Mean = 3.0**<br>Standard Deviation = 0 |
| | The vendor collected evidence that demonstrated that the competencies addressed most of the important parts of the-roles within the corporate titles of Associate and Vice president. | Rater 1 = 2<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 2<br><br>**Mean = 2.4**<br>Standard Deviation = 0.5 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br><br>**Mean = 2.6**<br>Standard Deviation = 0.5 |
| 9. If a user can show, by a job analysis or otherwise, that a higher score on a content valid selection procedure is likely to result in better job performance, the results may be used to rank persons who score above minimum levels. Where a selection procedure supported solely or primarily by content validity is used to rank job candidates, the selection procedure should measure those aspects of performance which differentiate among levels of job performance. | Not Applicable | | |

# APPENDIX 4B

## CONSENSUS STUDY 2: COMPARISON OF PDI AND APTMETRICS COMPETENCY VALIDATION REPORTS WITH COMPETENCY MODEL RECOMMENDED PRACTICES


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 4B

## Consensus Study 2: Comparison of PDI and APTMetrics Competency Validation Reports with Competency Model Recommended Practices

Consensus Study 2 was conducted under my direction to evaluate whether Goldman Sachs' development and implementation of its competency model was consistent with competency modeling recommended practice from the I/O psychology literature. Consensus Study 2 was conducted following the same protocol as Consensus Study 1 with the same panel of five I/O psychologists. Campion, Fink, Ruggeberg, Carr, Phillips and Odman (2011) summarized what they referred to as "best practices" in competency modeling based on applied, academic, and professional literature. The authors organized 20 best practices into three categories: 1) analyzing competency information, 2) organizing and presenting competency information, and 3) using competency information. Each of the 20 recommended competency model practices was individually compared to Goldman Sachs' competency model to answer the question, "What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model / practice?" Ratings were made according to the following scale: 1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap. The table below provides each of the 20 recommended practices and the corresponding Goldman Sachs' practice as well as the individual ratings, means, and standard deviations. It is evident that the Goldman Sachs competency model and applications align with the majority of recommended practices. Specifically, 17 of 20 (85.0%) are considered to have Extensive Overlap and 1 of 20 (5.0%) has Moderate Overlap, while only 2 of 20 (10.0%) have No Overlap. This demonstrates substantial overlap of the Goldman Sachs competency model and applications with recommended practice from the I/O psychology literature.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Campion, Fink, Ruggeberg, Carr, Phillips, and Odman (2011) Recommended Competency Model Practice | Goldman Sachs' Competency Model and Practice |
|---|---|
| **Practice Category 1: Analyzing Competency Information (Identifying Competencies)** | |
| **1. Considering organizational context**<br><br>**What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?**<br>**1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap**<br><br>Rater 1 = 3, Rater 2 = 3, Rater 3 = 3, Rater 4 = 3, Rater 5 = 3<br><br>**Mean = 3.0**<br>Standard Deviation = 0 | |
| • Highly tailored to the organization | • 2003 and 2011: Developed specifically for Goldman Sachs [A, B] |
| • Competencies align with corporate strategy and foster competitive advantage | • 2003: Considered corporate strategy and competitive differentiation [C] |
| **2. Linking competency models to organizational goals and objectives**<br><br>**What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?**<br>**1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap**<br><br>Rater 1 = 3, Rater 2 = 3, Rater 3 = 3, Rater 4 = 3, Rater 5 = 3<br><br>**Mean = 3.0**<br>Standard Deviation = 0 | |
| • Definition of organizational goals and objectives. | • 2003: Competency framework intended to serve as a platform for the selection and development of people equipped to meet the future needs of the business [D]<br>• 2011: Review, streamline, and validate the competency behaviors [E] |
| • Competencies are linked to business objectives and strategies. | • 2003: Recommended competency architecture emerging from the focus groups was shared with senior managers to ensure that the competencies were in line with management's views regarding the current and future needs of the business [F]<br>• 2011: Competency behaviors were enhanced to focus on strategic future-oriented behaviors [G] |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Campion, Fink, Ruggeberg, Carr, Phillips, and Odman (2011) Recommended Competency Model Practice | Goldman Sachs' Competency Model and Practice |
|---|---|
| **Practice Category 1: Analyzing Competency Information (Identifying Competencies)** | |
| **3. Start at the top**<br><br>**What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?**<br>**1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap**<br><br>Rater 1 = 3, Rater 2 = 3, Rater 3 = 3, Rater 4 = 3, Rater 5 = 3<br><br>**Mean = 3.0**<br>Standard Deviation = 0 | |
| • Involvement of senior leaders. | • 2003: Conducted interviews with senior leadership [F]<br>• 2011: Involvement of Partners, Managing Directors, and Senior leaders within Human Capital Management [H] |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Campion, Fink, Ruggeberg, Carr, Phillips, and Odman (2011) Recommended Competency Model Practice | Goldman Sachs' Competency Model and Practice |
|---|---|
| **Practice Category 1: Analyzing Competency Information (Identifying Competencies)** | |
| **4. Using rigorous job analysis methods to develop competencies**<br><br>**What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?**<br>**1 = No Overlap**<br>**2 = Moderate Overlap**<br>**3 = Extensive Overlap**<br><br>Rater 1 = 3, Rater 2 = 3, Rater 3 = 3, Rater 4 = 3, Rater 5 = 3<br><br>**Mean = 3.0**<br>Standard Deviation = 0 | |
| • Establish a project advisory group that can guide the process, make critical decisions, ensure buy in, and garner support. | • 2003: International project team [I]<br>• 2011: Senior leaders in Human Capital Management made final determinations of the competency behaviors [J] |
| • Use of multiple data collection methods such as observations, SME interviews, and structured brainstorming methods in focus groups to identify potential competency information. | • 2011: Used interviews, focus groups, and surveys [G]<br>• 2011: Used focus groups, surveys, and follow-up discussions [K] |
| • Use of clear construct definitions in the competencies and linkages to theory and literature. | • 2003: Competency definitions provided [L] |
| • Use of survey methodology to empirically identify the critical competencies and to differentiate the job grades where specific competencies emerge as most important. | • 2003: Importance and Difficulty ratings obtained via surveys for the corporate titles of Associate and Vice President [M]<br>• 2011: Importance ratings obtained via surveys for the corporate titles of Associate, Vice President, and Managing Director [N] |
| • Use of sampling techniques. | • 2003: Random sample of supervisors from all Divisions and Regions and attempted to ensure adequate gender and ethnic representation [O]<br>• 2011: Random sample of Vice Presidents and Managing Directors ensuring representation across regions and performance within each Division; females and minorities were over sampled to ensure adequate representation [P] |
| • Use of appropriate statistical techniques. | • 2003: Reported means [Q]<br>• 2011: Reported means and standard deviations [R] |
| • Assessment of reliability and other psychometric quality checks. | • 2003: Reliability reported across Divisions and Region [S]<br>• 2011: Assessed inter-rater reliability using the $r_{WG}$ statistic and all surveys were examined for out of range values and incomplete data [T] |
| • Validation of models against important organizational criteria (e.g., differences in the job performance of employees) and the validation of models across sources of information or job groups. | • 2003: Validated for the corporate titles of Associate and Vice President [A]<br>• 2011: Validated for the corporate titles of Associate, Vice President, and Managing Director [B] |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| **Campion, Fink, Ruggeberg, Carr, Phillips, and Odman (2011) Recommended Competency Model Practice** | **Goldman Sachs' Competency Model and Practice** |
|---|---|
| **Practice Category 1: Analyzing Competency Information (Identifying Competencies)** | |
| **5. Considering future-oriented job requirements**<br><br>**What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?**<br>**1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap**<br><br>Rater 1 = 3, Rater 2 = 2, Rater 3 = 3, Rater 4 = 3, Rater 5 = 3<br><br>**Mean = 2.8**<br>Standard Deviation = 0.4 | |
| • Internal research on the organizations future business strategy and analysis of the organizational attributes required to successfully meet those challenges. | • 2003: Senior leaders were asked what the business would look like in five years [U]<br>• 2011: Competency behaviors were enhanced to focus on strategic future-oriented behaviors [V] |
| **Practice Category 1: Analyzing Competency Information (Identifying Competencies)** | |
| **6. Using additional unique methods**<br><br>**What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?**<br>**1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap**<br><br>Rater 1 = 1, Rater 2 = 1, Rater 3 = 1, Rater 4 = 1, Rater 5 = 1<br><br>**Mean = 1.0**<br>Standard Deviation = 0 | |
| • Behavioral events interview, employee surveys, or the study contrasting groups of employees such as highly successful employees and more average employees. | • Additional methods not used. |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Campion, Fink, Ruggeberg, Carr, Phillips, and Odman (2011) Recommended Competency Model Practice | Goldman Sachs' Competency Model and Practice |
|---|---|
| **Practice Category 2: Organizing and Presenting Competency Information** | |
| **7. Defining the anatomy of a competency (the language of competencies)**<br><br>**What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?**<br><br>**1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap**<br><br>Rater 1 = 3, Rater 2 = 2, Rater 3 = 3, Rater 4 = 3, Rater 5 = 3<br><br>**Mean = 2.8**<br>Standard Deviation = 0.4 | |
| • Descriptive label or title. | • 2003: Competency title [L]<br>• 2011: Competency title [W] |
| • Definition describing how the competency appears on the job in detailed behavioral terms. | • 2003: Competency definitions [L] |
| • Detailed description of the levels of proficiency on the competency. | • 2003: Behavioral indicators by proficiency level [X,Y]<br>• 2011: Behavioral indicators by corporate title for Associate and Vice President [N] |
| **Practice Category 2: Organizing and Presenting Competency Information** | |
| **8. Defining levels of proficiency on competencies**<br><br>**What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?**<br><br>**1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap**<br><br>Rater 1 = 3, Rater 2 = 3, Rater 3 = 3, Rater 4 = 3, Rater 5 = 3<br><br>**Mean = 3.0**<br>Standard Deviation = 0 | |
| • Competency levels are usually defined in terms of observable behaviors and may include contextual factors and contingencies. | • 2003: Behavioral indicators for each competency by proficiency level for Associate and Vice President [X, Y]<br>• 2011: Behavioral indicators for each competency for Associate and Vice President [N] |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| **Campion, Fink, Ruggeberg, Carr, Phillips, and Odman (2011) Recommended Competency Model Practice** | **Goldman Sachs' Competency Model and Practice** |
| --- | --- |
| **Practice Category 2: Organizing and Presenting Competency Information** | |
| **9. Using organizational language**<br><br>**What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?**<br>**1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap**<br><br>Rater 1 = 3, Rater 2 = 3, Rater 3 = 3, Rater 4 = 3, Rater 5 = 3<br><br>**Mean = 3.0**<br>Standard Deviation = 0 | |
| • Language uniquely tailored to the organization. | • 2011: Included appropriate Goldman Sachs' terminology [Z] |
| **Practice Category 2: Organizing and Presenting Competency Information** | |
| **10. Including both fundamental (cross-job) and technical (job-specific) competencies**<br><br>**What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?**<br>**1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap**<br><br>Rater 1 = 2, Rater 2 = 2, Rater 3 = 2, Rater 4 = 2, Rater 5 = 2<br><br>**Mean = 2.0**<br>Standard Deviation = 0 | |
| • When developing competency models that span across jobs, it may be necessary to include both common or cross-job competencies (sometimes called "fundamental" competencies because they refer to basic capabilities) and unique or job-specific competencies (sometimes called "technical" competencies because they often refer to specific technical knowledge). | • Intent was to build a global competency framework but managers could consider it differently for different roles[AA] |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| **Campion, Fink, Ruggeberg, Carr, Phillips, and Odman (2011) Recommended Competency Model Practice** | **Goldman Sachs' Competency Model and Practice** |
|---|---|
| **Practice Category 2: Organizing and Presenting Competency Information** | |
| **11. Using competency libraries**<br><br>**What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?**<br>**1 = No Overlap, 2 = Moderate Overlap, 3 = Extensive Overlap**<br><br>Rater 1 = 3, Rater 2 = 3, Rater 3 = 2, Rater 4 = 3, Rater 5 = 2<br><br>**Mean = 2.6**<br>Standard Deviation = 0.5 | |
| • Use lists of competencies to select from when developing the model. | • 2003: Used PDIs competency library [D] |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Practice Category 2: Organizing and Presenting Competency Information | |
|---|---|
| **12. Achieving the proper level of granularity (number of competencies and amount of detail)**<br><br>**What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?**<br><br>**1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap**<br><br>Rater 1 = 3, Rater 2 = 3, Rater 3 = 3, Rater 4 = 3, Rater 5 = 3<br><br>**Mean = 3.0**<br>Standard Deviation = 0 | |
| • Limit the total number of competencies to a reasonable number, often those considered most important to distinguishing superior from average performance. | • 2003: 17 competencies were identified for the overarching framework for the corporate title of Associate and 19 competencies were identified for the overarching framework were identified for the corporate title of Vice President [Y, BB]<br>• 2011: 7 competencies were identified for the corporate titles of Associate and Vice President [W] |
| • Usually each competency is described with a fair amount of detail. | • 2003: Competencies are well described [I]<br>• 2011: Competencies are well described [N] |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Campion, Fink, Ruggeberg, Carr, Phillips, and Odman (2011) Recommended Competency Model Practice | Goldman Sachs' Competency Model and Practice |
|---|---|
| **Practice Category 2: Organizing and Presenting Competency Information** | |
| **13. Using diagrams, pictures, and heuristics to communicate competency models to employees**<br>**What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?**<br>**1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap**<br>Rater 1 = 1, Rater 2 = 1, Rater 3 = 1, Rater 4 = 1, Rater 5 = 1<br>**Mean = 1.0** and Standard Deviation = 0 | |
| • Visual portrayals of competency models to enhance memorableness. | • Not included in documentation provided. |
| **Practice Category 3: Using Competency Information** | |
| **14. Using organizational development techniques to ensure competency modeling acceptance and use**<br>**What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?**<br>**1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap**<br>Rater 1 = 3, Rater 2 = 3, Rater 3 = 3, Rater 4 = 3, Rater 5 = 3<br>**Mean = 3.0** and Standard Deviation = 0 | |
| • Widespread involvement of employees in the creation of the competency model. | • 2003: Approximately 1500 employees were involved representing all major geographic regions [CC]<br>• 2011: Large representative sample of 1299 survey respondents [DD] |
| • Based on behavioral science. | • 2003 and 2011: Followed accepted I/O psychology research approach to competency model development [A, B] |
| • Adaptive and iterative process. | • 2003 and 2011: Successive studies indicative of an adaptive and iterative process [A, B] |
| • Extensive stakeholder involvement. | • 2003: Conducted interviews with senior leadership [E]<br>• 2011: Involvement of Partners, Managing Directors, and Senior leaders within Human Capital Management [H] |
| • Project includes model implementation as well as model development | • The competency model formed the basis of the 360 Feedback Review which was an input to Manager Quartiling and Cross-Ruffing. |
| • Focuses both on employee satisfaction and organizational effectiveness | • Conducted People Survey that assessed, in part, employee satisfaction with the 360 Feedback Review [EE] |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

<table>
<tr><th>Campion, Fink, Ruggeberg, Carr, Phillips, and Odman (2011) Recommended Competency Model Practice</th><th>Goldman Sachs' Competency Model and Practice</th></tr>
<tr><td colspan="2">Practice Category 3: Using Competency Information</td></tr>
<tr><td colspan="2">15. Using competencies to develop HR systems (hiring, appraisal, promotion, compensation)<br><br>What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?<br>1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap<br><br>Rater 1 = 3, Rater 2 = 3, Rater 3 = 3, Rater 4 = 3, Rater 5 = 3<br><br>Mean = 3.0<br>Standard Deviation = 0</td></tr>
<tr><td>• Level descriptions can be easily converted into rating scales for structured interviews, performance appraisals, measures of promotion readiness, career development guides, etc.</td><td>• 2003: Model could be used as the foundation for HR systems (e.g., 360 Feedback Review, Cross-Ruffing) [FF]</td></tr>
<tr><td colspan="2">Practice Category 3: Using Competency Information</td></tr>
<tr><td colspan="2">16. Using competencies to align the HR system<br><br>What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?<br>1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap<br><br>Rater 1 = 2, Rater 2 = 2, Rater 3 = 3, Rater 4 = 3, Rater 5 = 3<br><br>Mean = 2.6<br>Standard Deviation = 0.5</td></tr>
<tr><td>• Competency model helps align the HR systems in terms of the same set of Knowledges, Skills, Abilities, and Other Attributes (KSAOs) and the same language. Each of the systems reinforces the others such that an organization hires, trains, appraises, develops, promotes, and pays in terms of the same KSAOs.</td><td>• Relationship between 360 Feedback Review and Manager Quartiling assignments (Performance and Contribution criteria correspond to the Goldman Sachs validated competency model). Relationship between 360 Feedback Review and Cross-Ruffing Criteria (Cross-Ruffing interview questions based on criteria from Managing Director 360 Feedback Review) [GG]<br>• 360 Feedback Review informs Manager Quartiling assignments [HH]</td></tr>
</table>


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

<table>
<tr><th>Campion, Fink, Ruggeberg, Carr, Phillips, and Odman (2011) Recommended Competency Model Practice</th><th>Goldman Sachs' Competency Model and Practice</th></tr>
<tr><td colspan="2">Practice Category 3: Using Competency Information</td></tr>
<tr><td colspan="2">17. Using competencies to develop a practical "theory" of effective job performance tailored to the organization<br><br>What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?<br>1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap<br><br>Rater 1 = 3, Rater 2 = 3, Rater 3 = 3, Rater 4 = 2, Rater 5 = 3<br><br>Mean = 2.8 and Standard Deviation = 0.4</td></tr>
<tr><td>• Competency models explain the nature of effective performance. They describe what really matters in terms of job performance and how to be successful.</td><td>• 2003: Inherent in the behavioral descriptors for each competency [X]<br>• 2011: Inherent in the behavioral descriptors for each competency [N]</td></tr>
<tr><td colspan="2">Practice Category 3: Using Competency Information</td></tr>
<tr><td colspan="2">18. Using information technology to enhance the usability of competency models<br><br>What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?<br>1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap<br><br>Rater 1 = 3, Rater 2 = 3, Rater 3 = 3, Rater 4 = 3, Rater 5 = 3<br><br>Mean = 3.0 and Standard Deviation = 0</td></tr>
<tr><td>• Information technology is often used to make competency models more useable in many ways including:<br>  ○ Providing a place to store the competency model that is available electronically to organizational members.<br>• Facilitating the use of the competency model by housing the HR applications that derive from the model (e.g., selection procedures, performance appraisals, career development tools).<br>• Developing the competency models (e.g., collecting ratings, providing a lexicon for writing competencies, soliciting reviews and revisions of the model).</td><td>• 360 Feedback Review information is housed in the Firmwide Review System which is the automated process by which information is collected [II]</td></tr>
</table>


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Campion, Fink, Ruggeberg, Carr, Phillips, and Odman (2011) Recommended Competency Model Practice | Goldman Sachs' Competency Model and Practice |
|---|---|
| **Practice Category 3: Using Competency Information** | |
| **19. Maintaining the currency of competencies over time**<br>**What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?**<br>**1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap**<br>Rater 1 = 3, Rater 2 = 3, Rater 3 = 3, Rater 4 = 3, Rater 5 = 3<br>**Mean = 3.0** and Standard Deviation = 0 | |
| • Consideration should be given to maintaining the currency and usefulness of the models over time. Many aspects of competency models can change over time, such as organizational objectives, senior management, environment, likely future, and language. | • 2003: PDI recommended the competency framework be continuously monitored and updated with new behaviors that emerge as a result of changing business requirements [JJ]<br>• 2010: A Risk Management competency was introduced [KK]<br>• 2011: APTMetrics conducted a subsequent competency study in 2011[B]<br>• 2014: Added Managerial Effectiveness competency for Vice Presidents and Managing Directors with 3 or more direct reports [LL] |
| **Practice Category 3: Using Competency Information** | |
| **20. Using competency modeling for legal defensibility (e.g., test validation)**<br>**What is the extent of overlap between the recommended practice category (subsumes bullets) and Goldman Sachs' model/practice?**<br>**1 = No Overlap, 2 = Moderate Overlap, and 3 = Extensive Overlap**<br>Rater 1 = 3, Rater 2 = 3, Rater 3 = 3, Rater 4 = 3, Rater 5 = 3<br>**Mean = 3.0** and Standard Deviation = 0 | |
| • There are at least three major advantages of competency models for validation purposes. First, they are linked to organizational goals and objectives, thus their "business necessity" should be more obvious and easier to document as required by the Uniform Guidelines (1978). Second, because competencies are usually described in terms of observable on-the-job behaviors, they may be more useful for showing content validity than many lists of KSAOs that result from job analysis. Third, because competency lists are usually shorter and broader than job analysis lists, it may be easier to show their linkages to HR systems and be more obvious to laypersons. When coupled with more traditional job analysis approaches (e.g., use of incumbent surveys to identify critical KSAOs), competency models provide a more comprehensive demonstration of job relevance than use of job analysis alone. | • Goldman Sachs' competency model was based on a validated competency model framework derived from multiple, professionally conducted job analysis studies performed by I/O psychologists and possesses these advantages. |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Sources:**

[A] GS0116319-445

[B] GS1043555-752

[C] GS0116319-445 at 324, 406, 409

[D] GS0116319-445 at 322

[E] GS1043555-752 at 558

[F] GS0116319-445 at 322, 324

[G] GS1043555-752 at 560

[H] GS1043555-752 at 565, 567

[I] GS0116319-445 at 424-426

[J] GS1043555-752 at 570

[K] GS1043555-752 at 560, 563, 567

[L] GS0116319-445 at 324-326

[M] GS0116319-445 at 327, 331-336

[N] GS1043555-752 at 613-632

[O] GS0116319-445 at 322, 326, 397

[P] GS1043555-752 at 563

[Q] GS0116319-445 at 331

[R] GS1043555-752 at 613-632

[S] GS0116319-445 at 428

[T] GS1043555-752 at 564-565

[U] GS0116319-445 at 324

[V] GS1043555-752 at 560

[W] GS1043555-752 at 569

[X] GS0116319-445 at 429-433


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

[Y] GS0116444

[Z] GS1043555-752 at 561

[AA] Deposition of David Landman, 4/3/18, pp.82-84.

[BB] GS0116319-445 at 429-433; GS0116439-444

[CC] GS0116319-445 at 336, 321

[DD] GS1043555-752 at 565

[EE] GS0376244-256 at 245

[FF] GS0116319-445 at 337-338

[GG] GS0375658-665 at 660; GS0003547-569 at 554

[HH] GS0109390-399 at 391; GS0109406-410 at 407; GS0109424-429 at 425; GS0109443-448 at 444; GS0375451-457 at 452; GS0375318-322 at 319; GS0375285-293 at 286; GS0375277-284 at 279; GS0375658-665 at 660

[II] GS0005301-335

[JJ] GS0116319-445 at 338

[KK] GS0004149-154 at 150

[LL] Declaration of David Landman, 10/12/17, para 18

**Reference**

Campion, M.A., Fink, A.A., Ruggeberg, B.J., Carr, L., Phillips, G.M., & Odman, R.B. (2011). Doing competencies well: Best practices in competency modeling. *Personnel Psychology, 64,* 225-262.

# APPENDIX 4C

## 360 FEEDBACK REVIEW RECOMMENDED PRACTICES


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

<table>
<tr><th colspan="3">360 FEEDBACK REVIEW</th></tr>
<tr><th>RECOMMENDED PRACTICE</th><th>GOLDMAN SACHS' PRACTICE</th><th>AUTHORITY</th></tr>
<tr><td colspan="3">1. Purpose</td></tr>
<tr><td>• Designed to align with the strategic needs of the business.</td><td>• Originally designed to be congruent with organizational needs such as improving the quality and efficiency of the development of human capital.<br>• Modified as the business landscape changed and to reinforce Goldman Sachs' culture.<br>Attributions:<br>o GS0116319-445; GS1043555-752; GS0376074-087.</td><td>Aguinis (2009)<br>Bracken (2019)<br>Bracken, Rose, and Church (2016)<br>Bracken and Rotolo (2019)<br>Bracken, Timmreck, Fleenor, and Summers (2001)<br>Campion, Campion, and Campion (2019)<br>Dalessio (1998)<br>Fleenor (2019)<br>Tornow & Tornow (2001)</td></tr>
<tr><td>• Clearly define and communicate purpose.</td><td>• In Firmwide emails, organizational leaders (e.g., Chief Executive Officer and Global Head of Human Capital Management) conveyed messaging about the purpose of 360 Feedback Review initiatives and their importance to the Firm.<br>Attributions:<br>o GS0376024; GS0377267; GS0376244-256; GS0376074-087.</td><td>Antonioni (1996)<br>Atwater, Brett, and Charles (2007)<br>Bracken, Rose, and Church (2016)<br>Bracken and Rotolo (2019)<br>Bracken and Timmreck (2001)<br>Campion, Campion, and Campion (2019)<br>Fleenor (2019)<br>Pulakos and Rose (2019)</td></tr>
</table>


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| 360 FEEDBACK REVIEW | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **2. Content** | | |
| • **Based on job analysis.** | • 360 Feedback Review competencies are based on validated competency models.<br><br>Attributions:<br>o GS0116319-445<br>  o Developed a global, cross-divisional competency framework for selection and development (at 322).<br>o GS1043555-752<br>  o Revised and validated the competency behaviors for use in annual performance reviews (at 569).<br>  o Job analysis procedures were designed and executed to provide content validation evidence of the competency behaviors (at 562-563). | Bracken, Rose, and Church (2016)<br>Bracken and Timmreck (2001)<br>Campion, Campion, and Campion (2019)<br>Dalessio (1998)<br>Scott, Scott, and Foster (2019) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| 360 FEEDBACK REVIEW | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **2. Content (Continued)** | | |
| • **Competencies should describe observable behavior.** | • Competencies include behavioral descriptors. For example, for 2013 Revenue Associate:<br><br>**Commercial Effectiveness**<br>• Demonstrates professional excellence (i.e., high quality service, responsiveness, and outstanding execution).<br>• Contributes to team's/division's results.<br>• Identifies problems and creative solutions.<br>• Uses resources efficiently.<br>• Suggests improvements to existing products, services, and processes.<br><br>**Technical/Functional Effectiveness**<br>• Ensures the accuracy of own and others' work.<br>• Persists in the face of obstacles or setbacks; maintains a positive attitude.<br>• Takes initiative to broaden his/her knowledge; helps others broaden technical knowledge.<br>• Is knowledgeable about the team's products and services.<br>• Successfully manages multiple projects, resources and competing priorities.<br>• Demonstrates and helps others obtain key technical/financial/analytical skills.<br><br>Attributions:<br>o GS0375541-432. | Campion, Campion, and Campion (2019)<br>Dalessio (1998)<br>Fleenor (2019) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

<table>
<tr><th colspan="3">360 FEEDBACK REVIEW</th></tr>
<tr><th>RECOMMENDED PRACTICE</th><th>GOLDMAN SACHS’ PRACTICE</th><th>AUTHORITY</th></tr>
<tr><td colspan="3">2. Content (Continued)</td></tr>
<tr><td><ul><li>Ratings should be supported by narrative comments.</li></ul></td><td><ul><li>Reviewers are instructed to provide narrative comments that identify and describe specific actions and behaviors that support the ratings they provide.</li></ul>Attributions:<ul><li>GS0375110-126 at 113-115; GS0382320-338 at 322-323; GS0119440-452.</li></ul></td><td>Antonioni (1996)<br>Bracken, Rose, and Church (2016)<br>Campion, Campion, and Campion (2019)<br>Dalessio (1998)<br>Fleenor (2019)<br>Pulakos (2009)</td></tr>
<tr><td><ul><li>Purpose influences rating scale choice:<ul><li>For decision making, numerical scales are best.</li><li>For development, categorical scales are best.</li></ul></li></ul></td><td><ul><li>Prior to 2016, the 360 Feedback Review involved numerical ratings which were considered as non-formulaic input to administrative actions such as Manager Quartiling assignment and compensation decisions.</li><li>In 2016, Goldman Sachs transitioned to a 360 Feedback Review focusing on developmental feedback and implemented categorical ratings.</li></ul>Attributions:<ul><li>GS0377267; GS0376244-256.</li></ul></td><td>Bracken and Rotolo (2019)<br>Pulakos (2009)</td></tr>
</table>


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| 360 FEEDBACK REVIEW | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **3. Administration** | | |
| • **Rating process should be standardized to ensure reliability.** | • Firmwide Review System (FRS) is a firmwide automated electronic data management system that manages the 360 Feedback Review process from end-to-end and houses all information.<br>○ Manages the review list creation and approvals.<br>○ Manages the collection of ratings.<br>○ Produces standardized feedback reports (called Individual Review Books) for managers to review.<br>○ Guidance on ratings is provided (i.e., Performance Review Ratings Scale Guide).<br><br>Attributions:<br>○ GS0003498-532; GS0005816; Deposition of Mahesh Raj, 4/29/13, p.6). | Aguinis (2009)<br>Bracken and Timmreck (2001)<br>Campion, Campion, and Campion (2019)<br>Malos (1998)<br>Pulakos and Rose (2019)<br>Scott, Scott, and Foster (2019) |
| • **Managers should integrate feedback.** | • Managers reference the feedback report to create a summary of each reviewee's performance using the scores and comments. The Manager's Summary includes the manager's own assessment of the reviewee's performance and development needs.<br><br>Attributions:<br>○ GS0380387-388; GS0113317-326; GS0003498-532. | Campion, Campion, and Campion (2019)<br>Pulakos (2009) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| 360 FEEDBACK REVIEW | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **4. Raters** | | |
| • **Raters have adequate opportunity to observe performance of the employee.** | • Instruction is provided on best practices for selecting whom to request feedback from including selecting reviewers with whom the reviewee has "had extensive and meaningful interactions" as well as reaching agreement with a reviewee's manager on whom to include as reviewers.<br><br>• Reviewees are instructed to create and submit a review list of 8-12 individuals that includes an appropriate balance of reviewers who are more senior, more junior (if applicable), peers, and internal clients, and should represent those with whom you have had moderate to extensive interaction.<br><br>• Level of interaction with the reviewee is included in the 360 Feedback Review with the categories of "limited," "moderate," and "extensive" so the manager can evaluate the extent of the reviewer's opportunity to observe the reviewee's behavior.<br><br>• Guardrails are in place to ensure that only raters who have had some opportunity to observe behaviors provide ratings. Reviewers should have enough exposure to judge performance accurately. For example, reviewers (depending on the Division) indicating 'Limited' exposure may only complete narrative comments and there is an "unable to judge" scale point if the reviewee has not had meaningful interaction with the ratee to rate a specific competency.<br><br>Attributions:<br>o GS0380339-353; GS0375127-144 at 128; GS0119427-439; GS0113317-326 GS0375541-GS03755432; GS0375721; GS0375755-756; GS0121626-643 at 631; GS0121436-454 at 441; GS0375541-542; GS0375821-825. | Bernardin and Tyler (2001)<br>Bracken and Rotolo (2019)<br>Bracken and Timmreck (2001)<br>Bracken, Timmreck, Fleenor, and Summers (2001)<br>Campion, Campion, and Campion (2019)<br>Dalessio (1998)<br>Farr and Newman (2001)<br>Fleenor (2019)<br>Lepsinger and Lucia (2001)<br>Pulakos and Rose (2019) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| 360 FEEDBACK REVIEW | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **4. Raters (Continued)** | | |
| • **Ratees should have input into the selection of raters, with management oversight.** | • Reviewees are instructed to discuss their reviewer list with their manager prior to submitting it.<br>• A reviewee must submit his/her review list to his/her manager for approval.<br>• The Primary Manager has the ability to approve/disapprove and/or edit review lists.<br>Attributions:<br>○ GS0119395; GS0003404-407; GS0380339-353; GS0380242-243; GS0380337-338. | Bracken and Timmreck (2001)<br>Campion, Campion, and Campion (2019)<br>Farr and Newman (2001)<br>Fleenor (2019) |
| • **Ratings collected from multiple raters of each type in order to protect anonymity and enhance reliability.** | • Managers are cautioned not to draw conclusions about ratings unless there are multiple raters of the same/similar review types.<br>Attributions:<br>○ GS0119427-439 at 429, 435 | Atwater, Brett, and Charles (2007)<br>Bracken and Rotolo (2019)<br>Bracken and Timmreck (2001)<br>Campion, Campion, and Campion (2019)<br>Fleenor (2019)<br>Lepsinger and Lucia (2001)<br>Pulakos (2009)<br>Pulakos and Rose (2019)<br>Taylor (2011)<br>Van Velsor and Leslie (2001) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

<table>
<tr><th colspan="3">360 FEEDBACK REVIEW</th></tr>
<tr><th>RECOMMENDED PRACTICE</th><th>GOLDMAN SACHS' PRACTICE</th><th>AUTHORITY</th></tr>
<tr><td colspan="3">4. Raters (Continued)</td></tr>
<tr><td>• Anonymity of reviewers.</td><td>• Guardrails are in place to protect the anonymity of reviewers.<br>○ The delivery of feedback via the Manager Summary protects the anonymity of individual raters.<br>○ Ratings are aggregated.<br>○ Managers may share comments during review delivery without attribution as to who wrote them.<br>○ If there are fewer than four reviewers in any particular direction (i.e., More Senior, Peer or More Junior), comments are displayed by collapsing review directions such that the combined group meets or exceeds a four-reviewer threshold. The sole exception to this 'combining' rule involves More Junior and More Senior reviewers; these two groups are never merged without the Peer group. This combining is done to protect the anonymity of reviewers.<br><br>Attributions:<br>○ GS0003404-407; GS0375110-126 at 116, 118</td><td>Bracken, Rose, and Church (2016)<br>Bracken, Timmreck, Fleenor, and Summers (2001)<br>Campion, Campion, and Campion (2019)<br>Dalessio (1998)<br>Fleenor (2019)<br>Taylor (2011)</td></tr>
</table>


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

<table>
<tr><th colspan="3">360 FEEDBACK REVIEW</th></tr>
<tr><th>RECOMMENDED PRACTICE</th><th>GOLDMAN SACHS' PRACTICE</th><th>AUTHORITY</th></tr>
<tr><td colspan="3">5. Training</td></tr>
<tr><td>• Raters receive training and/or written instructions, especially first time raters.</td><td>• Goldman Sachs University offers a number of training programs and resources to assist employees and managers through the key stages of the 360 Feedback Review process:<br>o Firmwide Review System training module that teaches professionals how to use the on-line Firmwide Review System.<br>o Best Practice Guides.<br>o Performance Review Ratings Scale Guide.<br>o eLearning modules.<br>o Getting the Most Out of Your Performance Review.<br>o Writing Effective Performance Feedback.<br>o TIP sheets.<br>o Selecting Your Review List.<br><br>Attributions:<br>o GS0119427-439; GS0122537-558; GS0119440-452; GS0380339-353; GS0015829-830; GS0113277; GS0005816; GS0004221</td><td>Antonioni and Woehr (2001)<br>Bernardin and Tyler (2001)<br>Bracken and Timmreck (2001)<br>Campion, Campion, and Campion (2019)<br>Dalessio (1998)<br>Fleenor (2019)<br>Lepsinger and Lucia (2001)<br>Malos (1998)<br>Scott, Scott, and Foster (2019)</td></tr>
</table>


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| 360 FEEDBACK REVIEW | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **5. Training (Continued)** | | |
| • **Managers should be trained on how to interpret and provide feedback.** | • Goldman Sachs University offers a number of programs and resources to assist employees and managers through the key stages of the 360 Feedback Review process:<br>o Firmwide Review System training module that teaches professionals how to use the on-line Firmwide Review System.<br>o *Best Practice Guides*<br>o Writing and delivering effective feedback (Securities specific)<br>o Performance Review Ratings Scale Guide<br>o Delivering Effective Performance Feedback Best Practices<br>o *eLearning modules*<br>o Getting the Most Out of Your Performance Review.<br>o Writing Effective Performance Feedback.<br>o Interpreting Feedback Reports and Writing Manager Summaries.<br>o Delivering Performance Reviews.<br>o *TIP sheets*<br>o Feedback 360+: Delivering Effective.<br>o Selecting Your Review List.<br>o Writing Effective Feedback.<br>o Feedback Report Interpretation Guide.<br>o Feedback 360+: Delivering Effective Feedback. | Campion, Campion, and Campion (2019)<br>Fleenor (2019)<br>Pulakos and Rose (2019) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| | | |
|---|---|---|
| | Attributions:<br><br>○ GS0119427-439; GS0122537-558; GS0119440-452; GS0005816; GS0380339-353; GS0015829-830; GS0113277; GS0004221; GS0122499-508; GS0005436-462; GS0377328; GS0190107-118; GS0122499-508; GS0005380-391. | |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| 360 FEEDBACK REVIEW | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **5. Training (Continued)** | | |
| • **Ratees should be trained on receiving feedback.** | • Guidance is provided regarding receiving feedback. Employees are encouraged to prepare in advance for the feedback session, participate by sharing one's experiences and asking questions to make sure they understand the feedback, and to summarize key takeaways to ensure the professional is on the same page as their manager.<br><br>Attributions:<br>○ GS0005761-772; GS0380339-353 at 352 | Bernardin and Tyler (2001)<br>Bracken and Timmreck (2001)<br>Campion, Campion, and Campion (2019) |
| **6. Rating Scales** | | |
| • **Rating scales should distinguish between levels of performance.** | • The 360 Feedback Review rating scales evolved across time but were designed to define varying levels of performance.<br><br>• Beginning in 2004 a 5-point numerical scale was used:<br>5 = Substantially Exceeds Expectations<br>4 = Exceeds Expectations<br>3 = Meets Expectations<br>2 = Partially Meets Expectations<br>1 = Needs Improvement<br>N/A = Unable to Judge | Aguinis (2009)<br>Campion, Campion, and Campion (2019) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- Beginning in 2011 a 9-point numerical scale was used:

  9 – **Outstanding:** Consistently performs at an extremely high level on all bullets; almost nothing to suggest in the way of development.

  8 – **Exceptional:** Consistently performs far above average on all bullets; very little to suggest in the way of development.

  7 – **Excellent:** Consistently performs above average on most bullets; room for development on at least one bullet.

  6 – **Very Good:** Consistently performs somewhat higher than average on most bullets; room for development on one or more bullets.

  5 – **Good:** Performs well on some bullets and average on others; room for development on one or more bullets.

  4 – **Satisfactory:** Performs at an average level on most bullets; room for development on several bullets.

  3 – **Fair:** Performs at an adequate level on some bullets; moderate development needed across many bullets.

  2 – **Needs Improvement:** Performance generally not adequate on most bullets; significant development needed.

  1 – **Unsatisfactory:** Consistently performs at a low level on all bullets; substantial development needed.

  **Unable to Judge:** Have not had meaningful interaction with person to rate.

- Beginning in 2016, a 3-point categorical scale was used:
  - Outstanding
  - Good
  - Needs Improvement

Attributions:

- GS0098006-026; GS0109027; GS0382320-338; GS0375609-611.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| 360 FEEDBACK REVIEW | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **7. Statistical Analysis and Monitoring** | | |
| • **If used for decision making, reliability analyses of 360 ratings should be conducted.** | • I have conducted my own reliability analyses of the 360 Feedback Review for the corporate titles of Associate and Vice President from 2004 to 2015 and there is strong and unequivocal evidence of reliability. See Chapter 4 for a detailed description. | Aguinis (2009)<br>Bracken, Timmreck, Fleenor, and Summers (2001)<br>Campion, Campion, and Campion (2019)<br>Fleenor (2019)<br>Pulakos and Rose (2019) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**REFERENCES**


Aguinis, H. (2009). An expanded view of performance management. In J.W. Smither & M. London (Eds.), *Performance Management: Putting Research into Action (pp.1-43).* San Francisco: Jossey-Bass.

Antonioni, D. (1996). Designing an effective 360-degree appraisal feedback process. *Organizational Dynamics, 25,* 24-38.

Antonioni, D., & Woehr, D.J. (2001). Improving the quality of multisource rater performance. In D.W. Bracken, C.W. Timmreck, & A.H. Church (Eds.), *The Handbook of Multisource Feedback: The Comprehensive Resource for Designing and Implementing MSF Processes (pp.114-129).* San Francisco: Jossey-Bass.

Atwater, LE., Brett, J.F., & Charles, A.C. (2007). Multisource feedback: Lessons learned and implications for practice. *Human Resource Management, 46,* 285-37.

Bernardin, H.J., & Tyler, C.L. (2001). Legal and ethical issues in multisource feedback. In D.W. Bracken, C.W. Timmreck, & A.H. Church (Eds.), *The Handbook of Multisource Feedback: The Comprehensive Resource for Designing and Implementing MSF Processes (pp.447-462).* San Francisco: Jossey-Bass.

Bracken, D.W. (2019). What is 'strategic 360 feedback'? In A.H. Church, D.W. Bracken, J.W. Fleenor, & D.S. Rose (Eds.), *The Handbook of Strategic 360 Feedback (pp.11-16).* New York: Oxford University Press.

Bracken, D.W., Rose, D.S., & Church, A.H. (2016). The evolution and devolution of 360° feedback. *Industrial and Organizational Psychology, 9,* 761-794.

Bracken, D.W., & Rotolo, C.T. (2019). Can we improve rater performance? In A.H. Church, D.W. Bracken, J.W. Fleenor, & D.S. Rose (Eds.), *The Handbook of Strategic 360 Feedback (pp.255-289).* New York: Oxford University Press.

Bracken, D.W., & Timmreck, C.W. (2001). Appendix: Guidelines for multisource feedback when used for decision making. In D.W. Bracken, C.W. Timmreck, & A.H. Church (Eds.), *The Handbook of Multisource Feedback: The Comprehensive Resource for Designing and Implementing MSF Processes (pp.495-510).* San Francisco: Jossey-Bass.

Bracken, D.W., Timmreck, C.W., Fleenor, J.W., & Summers, L. (2001). 360 feedback from another angle. *Human Resource Management, 40,* 3-20.

Campion, E.D., Campion, M.C., & Campion, M.A. (2019). Best practices when using 360 feedback for performance appraisal. . In A.H. Church, D.W. Bracken, J.W. Fleenor, & D.S. Rose (Eds.), *The Handbook of Strategic 360 Feedback (pp.19-59).* New York: Oxford University Press.

Dalessio, A.T. (1998). Using multisource feedback for employee development and personnel decisions. In J.W. Smither (Ed.), *Performance Appraisal: State of the Art in Practice (pp.278-330).*San Francisco: Jossey-Bass Publishers.




CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Farr, J.L., & Newman, D.A. (2001). Rater selection: Sources of feedback. In D.W. Bracken, C.W. Timmreck, & A.H. Church (Eds.), *The Handbook of Multisource Feedback: The Comprehensive Resource for Designing and Implementing MSF Processes (pp.96-113).* San Francisco: Jossey-Bass.

Fleenor, J.W. (2019). Factors affecting the validity of strategic 360 feedback processes. . In A.H. Church, D.W. Bracken, J.W. Fleenor, & D.S. Rose (Eds.), *The Handbook of Strategic 360 Feedback (pp.237-254).* New York: Oxford University Press.

Lepsinger, R., & Lucia, A.D. (2001). Performance management and decision making. In D.W. Bracken, C.W. Timmreck, & A.H. Church (Eds.), *The Handbook of Multisource Feedback: The Comprehensive Resource for Designing and Implementing MSF Processes (pp.318-334).* San Francisco: Jossey-Bass.

Malos, S.B. (1998). Current legal issues in performance appraisal. In J.W. Smither (Ed.), *Performance Appraisal: State of the Art in Practice (pp.49-94).* San Francisco: Jossey-Bass Publishers.

Pulakos, E.D. (2009). *Performance Management: A New Approach for Driving Business Results.* Malden, MA: Wiley-Blackwell.

Pulakos, E.D., & Rose, D.S. (2019). Is 360 feedback a predictor or criterion measure? In A.H. Church, D.W. Bracken, J.W. Fleenor, & D.S. Rose (Eds.), *The Handbook of Strategic 360 Feedback (pp.309-324).* New York: Oxford University Press.

Scott, J.C, Scott, J.M., & Foster, K.E. (2019). The legal environment for 360 feedback. In A.H. Church, D.W. Bracken, J.W. Fleenor, & D.S. Rose (Eds.), *The Handbook of Strategic 360 Feedback (pp.479-501).* New York: Oxford University Press.

Taylor, S. (July 12, 2011). Assess pros and cons of 360-degree performance appraisal. Retrieved June 16, 2020 from www.shrm.org/ResourcesAndTools/hr-topics/employee-relations/Pages/360DegreePerformance.aspx

Tornow, W.W., & Tornow, C.P. (2001). Linking multisource feedback content with organizational needs. In D.W. Bracken, C.W. Timmreck, & A.H. Church (Eds.), *The Handbook of Multisource Feedback: The Comprehensive Resource for Designing and Implementing MSF Processes (pp.48-62).* San Francisco: Jossey-Bass.

Van Velsor, E., & Leslie, J.B. (2001). Selecting a multisource feedback instrument. In D.W. Bracken, C.W. Timmreck, & A.H. Church (Eds.), *The Handbook of Multisource Feedback: The Comprehensive Resource for Designing and Implementing MSF Processes (pp.63-78).* San Francisco: Jossey-Bass.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 4D

## 360 FEEDBACK REVIEW PROCESS GUARDRAILS THAT PROMOTE ACCOUNTABILITY


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## 360 Feedback Review Process Guardrails that Promote Accountability





CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Source:**

1. GS0005301-335; GS0004149-154 at 154 GS0000388-391; GS0004775
2. GS0116319-445; GS1043555-752
3. GS0005425-427; GS0003297
4. Deposition of Caroline Heller Sberloti, 7/11/13, pp.275-276, 295.
5. GS0121243-264 at 244; Deposition of Caroline Heller Sberloti, 7/11/13, p.302.
6. GS0004221-222; Deposition of Caroline Heller Sberloti, 7/11/13, pp.271-275.
7. GS0000388-391; GS0003392-395; GS0003297-000; GS0003314-316; GS0377267
8. Deposition of Jessica Kung, 8/1/13, pp.330-337.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 4E

## STATISTICAL STUDY 1: EXAMINATION OF THE INTERRATER AGREEMENT OF THE 360 FEEDBACK REVIEW DETAILS AND RESULTS


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 4E

## Statistical Study 1: Examination of the Inter-Rater Agreement (i.e., the extent to which multiple reviewers of the same reviewee provided similar ratings) of the 360 Feedback Review Details and Results

In my report, I focused on underlying research supporting the competencies measured as part of the 360 Feedback Review and Manager Quartile assignments, as well as the structural components that enhance the psychometric characteristics of these procedures. In my opinion, the available evidence is persuasive enough to expect adequate reliability. I also noted the difficulty of directly assessing the psychometric characteristics of operational performance measures. For various reasons, data are often not available to conduct a direct evaluation. In the case of multi-source measures like 360 reviews, the situation is often even more complex because the traditional notion of consistency of measurement has natural tension with the notion that different reviewers may have differential access to employee performance, which is one purpose of multi-source models. In other words, differences across reviewers likely reflect real differences in reviewee performance as opposed to evidence of inadequate psychometric characteristics. For these reasons, in my experience, direct evaluation of psychometric characteristics of operational processes like the 360 Feedback Review and Manager Quartiling is rare and often infeasible. Yet this is the exceptional instance where such an analysis was feasible, and I describe the methods used to conduct those analyses and corresponding results in this appendix.

### A Primer on Psychometric Evaluations of Rating Processes

In Chapter 2, I introduced the concept of consistency of measurement in assessment. As noted earlier, this topic is nuanced, and specific approaches to evaluating measurement characteristics are in part a function of the type of procedure being evaluated, the data structure being analyzed, and the research question being asked. In the context of multi-source ratings of performance, two psychometric concepts are most commonly considered: rater agreement and rater reliability (LeBreton, Burgess, Kaiser, Atchley, & James, 2003; LeBreton & Senter, 2008).

Rater agreement refers to the extent to which multiple reviewers of the same reviewee are providing similar ratings. In this context, agreement indices indicate whether there is consensus in ratings between multiple raters of the same ratee. The most commonly used index of agreement is


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

called $r_{WG}$, which is a comparison of observed variance in ratings relative to a hypothetical variance associated with complete lack of agreement (James, Demaree, & Wolf, 1993).

Rater reliability refers to the extent to which there is relative consistency in the ratings provided by raters (e.g., temporal consistency, inter-rater reliability). In the context of multiple raters of the same ratee, inter-rater reliability indices evaluate whether raters provide similar rank-ordering of ratees. For example, is there consistency in the patterns of ratings without concern for whether the absolute magnitude of ratings is similar? As such, if raters generally have ratees ranked in similar order, but some raters rarely use the low end or the high end of the scale, while other raters do use extreme ends, inter-rater reliability would still be adequate. In the context of intra-rater temporal consistency, reliability refers to the level of consistency of the same rater rating a ratee multiple times over a period of time. The most commonly used index of reliability in this context is the Pearson product moment correlation, which is essentially a correlation of ratings between raters across multiple targets (or ratings from the same rater across time).

Agreement and reliability are related yet distinct concepts and determining which is most appropriate depends on a variety of factors (Kozlowski & Hattrup, 1992). As LeBreton et al., (2008) note, each of these statistics furnishes slightly different information about rating consistency, and each statistic has its strengths and limitations. When proficiency level is an input to administrative decisions, Guion (1988) indicates that agreement is a more important consideration than reliability. Moreover, measures of reliability can be artificially deflated when variance between targets is restricted (Kozlowski & Hattrup, 1992). When there is restricted variability in performance ratings, low reliability can occur in spite of high agreement (Kozlowski & Hattrup, 1992; LeBreton et al., 2003). In this situation, LeBreton et al. (2008) state that interrater reliability coefficients computed on severely restricted data are potentially misleading indicators of rating consistency because results using correlational measures are a function of statistical artifact and not actual rating consistency. **Table 4E.1** below demonstrates this phenomenon using a small hypothetical dataset.

Table 4E.1 depicts a hypothetical situation in which the same five individuals are reviewed by five raters on a 5-point scale. Table 4E.1 facilitates the examination of situations in which agreement and reliability statistics converge or diverge.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- **High agreement and high reliability (Raters 1 and 2):** The magnitude of ratings assigned to each ratee by Rater 1 and Rater 2 is the same (i.e., no variability), which means that an agreement index will be 1.0. Rater 1 and Rater 2 assign identical scores to each ratee which means that the ratees are in the same rank-order for both raters thus yielding a reliability coefficient of 1.0.

- **High agreement and low reliability (Raters 4 and 5):** The magnitude of ratings assigned to each ratee by Rater 4 and Rater 5 is very similar, but they have very different rank-orders for the ratees. The agreement index is high because the ratings of each ratee made by Rater 4 are similar in magnitude to the ratings of each ratee made by Rater 5. However, the reliability coefficient is 0.0 because the rank ordering of ratees is very different for Rater 4 and Rater 5.

- **Low agreement and high reliability (Raters 1 and 3):** The magnitude of ratings assigned to each ratee is very different because Rater 3 always assigns a rating 2 points lower than Rater 1. Thus, the agreement index will be very low. On the other hand, Rater 1 and Rater 3 have identical rank-orders for the ratees, which results in a reliability coefficient of 1.0.

- **Low agreement and low reliability (Raters 3 and 4):** Finally, Rater 3 and Rater 4 have very different magnitudes of ratings assigned to each ratee, as well as very different rank-orderings of the ratees. This yields a very low agreement index, as well as a very low reliability coefficient.

This demonstrates the subtle but important differences in the manifestation of rating patterns with agreement and reliability statistics. Ratings in 360 feedback systems generally have limited variability, which can attenuate correlation-based analyses of reliability (LeBreton et al., 2003). This can lead to situations in which one may see high inter-rater agreement but lower inter-rater reliability. High inter-rater agreement occurs when similar ratings are assigned to the same ratees by different raters. Lower inter-rater reliabilities, however, may be a statistical artifact whereby restriction of variation among ratings suppresses the calculated reliabilities (as seen when comparing the hypothetical ratings of Rater 4 and Rater 5 in Table 4E.1).


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Table 4E.1. Hypothetical Ratings | | | | | |
|---|---|---|---|---|---|
| | **Rater 1** | **Rater 2** | **Rater 3** | **Rater 4** | **Rater 5** |
| **Ratee 1** | 5 | 5 | 3 | 4 | 5 |
| **Ratee 2** | 4 | 4 | 2 | 5 | 4 |
| **Ratee 3** | 3 | 3 | 1 | 4 | 5 |
| **Ratee 4** | 3 | 3 | 1 | 5 | 4 |
| **Ratee 5** | 4 | 4 | 2 | 4 | 4 |
| **Ratee 6** | 5 | 5 | 3 | 5 | 5 |
| **Ratee 7** | 4 | 4 | 2 | 4 | 4 |
| **Ratee 8** | 4 | 4 | 2 | 5 | 5 |

Given this context, I designed three studies to directly evaluate the degree of rating consistency of the 360 Feedback Review and Manager Quartile assignments, as implemented. The first of these, Statistical Study 1, is presented here and examined the inter-rater agreement of 360 Feedback Review ratings for a given year. As noted earlier, rater agreement refers to the extent to which multiple reviewers of the same reviewee provide similar ratings. Rater agreement (as opposed to inter-rater reliability) is the most appropriate index of measurement consistency for 360 Feedback Review ratings across reviewers in this context.[184]

[184] Dr. Cascio agrees with this approach based on his earlier work in this matter. For example, in his report (2/18/14, pp.20-21), he notes: "…Interrater reliability and inter-rater agreement are often treated as if they were the same thing, but they are different. Raters agree if they make the same ratings; they are reliable if they put ratees in roughly the same relative order. While both provide useful information, agreement is more important if the ratings are used for decisions based on level of proficiency." (citations omitted.) Interrater reliability and inter-rater agreement are often treated as if they were the same thing, but they are different. Raters agree if they make the same ratings; they are reliable if they put ratees in roughly the same relative order. Although both agreement and reliability provide useful information, agreement is more important if the ratings are used for decisions based on level of proficiency.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

As noted above, agreement analyses evaluate the consensus of rating values assigned by different raters to the same ratees. The $r_{WG}$ statistic evaluates the agreement in ratings of the same ratee by multiple raters and compares this to a null (hypothetical) distribution in which there is no agreement between raters beyond chance.[185] Values of the $r_{WG}$ statistic range from 0 to 1.0. An $r_{WG}$ statistic close to 0 means the level of rater agreement is no different than chance, whereas an $r_{WG}$ statistic close to 1.0 means complete agreement that is not attributable to chance. Although there are no definitive standards for identifying adequate levels of agreement across research settings, the I/O psychology literature provides some useful comparator rules of thumb. For example, according to LeBreton and Senter (2008) general thresholds for interpreting results of $r_{WG}$ analyses are as follows:

| **Level of Agreement** | **$r_{WG}$** |
|---|---|
| Lack of agreement | .00 to .30 |
| Weak agreement | .31 to .50 |
| Moderate agreement | .51 to 70 |
| Strong agreement | .71 to .90 |
| Very strong agreement | .91 to 1.0 |

[185] Note that in most agreement studies, the $r_{WG}$ statistic is calculated by comparing the observed variance in ratings to a uniform null distribution that assumes ratings are random and each rating is equally likely. Adopting a conservative analysis approach, the observed variances were instead compared against a slightly (negatively) skewed null distribution. Although variance for a uniform null distribution is 2.00 and 6.67 for 5-point and 9-point scales, respectively, the analyses in this study used slightly skewed variances of 1.72 and 5.66 for 5-point and 9-point scales, respectively, for the null distribution. By comparing against a slightly skewed null distribution, which has a smaller expected variance than a null distribution, the observed variance must be smaller (i.e., raters must be in more agreement) to achieve the same result as one would find when comparing to a uniform null distribution (LeBreton & Senter, 2008).


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Data**

I analyzed a database with 360 Feedback Review ratings from 2003 to 2015.[186] The dataset also contained a 360 Feedback Review overall score that was an average of the competencies rated by a reviewer. In total, there were 363,423 records of reviewer ratings (corresponding to 8,417 reviewees) available in the dataset for conducting inter-rater agreement analyses. The dataset contained the following competencies:

1. Client (e.g., Client Focus, Client Focus (Internal/External Business Partners)).
2. Commercial (e.g., Commercial Contributions, Commercial Effectiveness, Commercial Impact).
3. Communication (e.g., Communication Skills, Communication Effectiveness).
4. Compliance (e.g., Compliance, Reputational Judgment/Compliance, Reputational Excellence).
5. Culture (e.g., Culture and Values, Culture Carrier).
6. Diversity (e.g., Diverse and Inclusive Environment, Diversity and Equitable Treatment, Diversity and Inclusion).
7. Judgment (e.g., Judgment, Judgment/Problem Solving).
8. Leadership (e.g., Leadership, Leadership Skills, Leadership and People Management).
9. People (e.g., People Development, People Management).
10. Professional Performance (e.g., Overall Professional Performance).
11. Risk Management (e.g., Risk Management, Reputational Excellence: Risk Management, Risk Management and Firm Reputation).
12. Teamwork.
13. Technical (e.g., Functional and Technical Skills, Technical/Functional Effectiveness).

---

[186] Ratings from 2003 were insufficient for analysis. In 2004 and 2005, the overall score was calculated using only three rated competencies (even when more than three were rated). From 2006 forward, the overall score was calculated using all (9 or 10) competencies rated. Beginning in 2016 categorical ratings were used for primarily developmental purposes.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

14. Overall score (average of competencies rated by a reviewer).

Further, the dataset included variables that allowed for identifying appropriate strata:

- Corporate Title: Associate or Vice President.
- Division: IBD, IMD, Securities.
- Feedback review year: 2004 to 2015.
- Variables were included that allowed for identifying appropriate reviewer groups for analyses. Specifically, the position of the reviewer relative to the reviewee (i.e., More Senior, Peer, More Junior), in conjunction with the review category (which identified whether the rating was provided by the Manager or Co-Manager), was used to create five different reviewer groups for analysis purposes:[187]
    - All Reviewers (includes Managers/Co-Managers, More Senior, Peer, and More Junior).
    - More Senior Reviewers.
    - Manager and Co-Manager Reviewers.
    - Peer Reviewers.
    - More Junior Reviewers.

Finally, the database included variables that could be used to identify records that should be included or excluded from analyses (e.g., review category, reviewer relationship). The most frequent reasons records were excluded from analyses were the following:

- Missing all competency ratings and an overall rating.
- Review category of Self-Review or Manager Summary.
- Reviewer relationship of Client.
- A reviewee was rated by only a single reviewer in a given year such that the computation of agreement analyses was not possible.

[187] This categorization was developed to evaluate whether the reviewer group performing the ratings impacted psychometric characteristics.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Table 4E.2** presents the number of reviewees with an overall score by Division, Reviewer Group, and Year for Associates, and **Table 4E.3** presents the same information for Vice Presidents. This provides a general understanding of sample sizes available for analyses.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Table 4E.2. Number of Reviewees with Overall Scores by Division, Reviewer Group, and Year for Associates**

| Division | Reviewer Group | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBD | All Reviewers | | 40 | 199 | 262 | 181 | 178 | 172 | 201 | 205 | 212 | 216 | 250 |
| | More Senior | | 40 | 195 | 260 | 181 | 178 | 170 | 200 | 205 | 212 | 216 | 250 |
| | Manager/Co-Manager | | | | | | | | | | | 65 | 104 |
| | Peer | | | 52 | 70 | 41 | 47 | 35 | 38 | 52 | 51 | 49 | 81 |
| | More Junior | | 36 | 187 | 236 | 169 | 163 | 144 | 186 | 185 | 191 | 192 | 228 |
| IMD | All Reviewers | 52 | 132 | 178 | 201 | 184 | 193 | 241 | 285 | 245 | 232 | 259 | 274 |
| | More Senior | 51 | 116 | 149 | 183 | 169 | 192 | 239 | 284 | 243 | 232 | 259 | 274 |
| | Manager/Co-Manager | | | | | | | | | | | 67 | 53 |
| | Peer | 40 | 114 | 146 | 149 | 130 | 144 | 191 | 223 | 164 | 178 | 180 | 189 |
| | More Junior | 44 | 108 | 143 | 152 | 142 | 108 | 138 | 175 | 108 | 96 | 98 | 119 |
| Securities | All Reviewers | 477 | 595 | 583 | 559 | 455 | 316 | 272 | 254 | 206 | 180 | 163 | 148 |
| | More Senior | 457 | 568 | 562 | 534 | 450 | 316 | 272 | 254 | 206 | 180 | 163 | 148 |
| | Manager/Co-Manager | | | | | | | 105 | 90 | 85 | | 62 | 47 |
| | Peer | 397 | 526 | 508 | 485 | 390 | 273 | 193 | 168 | 132 | 100 | 85 | 80 |
| | More Junior | 353 | 425 | 429 | 351 | 285 | 149 | 96 | 89 | 76 | 78 | 66 | 71 |

Note: 1) The Manager/Co-Manager distinction was only available from 2010 to 2015. 2) A blank cell indicates a sample size of less than 30. 3) Values do not add up to the total number of reviewees because data from a reviewee may exist in multiple years.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Table 4E.3. Number of Reviewees with Overall Scores by Division, Reviewer Group, and Year for Vice Presidents**

| Division | Reviewer Group | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBD | All Reviewers | | 242 | 246 | 284 | 197 | 194 | 217 | 251 | 277 | 265 | 262 | 324 |
| | More Senior | | 221 | 241 | 269 | 188 | 194 | 215 | 248 | 271 | 259 | 257 | 323 |
| | Manager/Co-Manager | | | | | | | | | | | 139 | 179 |
| | Peer | | 171 | 174 | 180 | 116 | 114 | 115 | 168 | 173 | 170 | 165 | 232 |
| | More Junior | | 230 | 237 | 269 | 193 | 189 | 203 | 235 | 264 | 250 | 244 | 299 |
| IMD | All Reviewers | 180 | 462 | 554 | 591 | 579 | 596 | 669 | 686 | 721 | 843 | 903 | 1,007 |
| | More Senior | 164 | 259 | 249 | 282 | 272 | 309 | 484 | 526 | 404 | 473 | 758 | 817 |
| | Manager/Co-Manager | | | | | | | | | | | 210 | 216 |
| | Peer | 173 | 450 | 548 | 580 | 559 | 586 | 658 | 674 | 705 | 834 | 882 | 991 |
| | More Junior | 96 | 405 | 482 | 496 | 496 | 510 | 540 | 553 | 569 | 673 | 712 | 805 |
| Securities | All Reviewers | 816 | 941 | 944 | 1,077 | 1,126 | 983 | 1,030 | 946 | 866 | 805 | 785 | 756 |
| | More Senior | 804 | 851 | 832 | 885 | 945 | 842 | 916 | 866 | 773 | 611 | 727 | 695 |
| | Manager/Co-Manager | | | | | | | 414 | 387 | 330 | 53 | 273 | 273 |
| | Peer | 788 | 922 | 928 | 1,049 | 1,116 | 977 | 1,018 | 937 | 857 | 796 | 768 | 736 |
| | More Junior | 543 | 836 | 839 | 938 | 962 | 818 | 785 | 684 | 630 | 559 | 502 | 546 |

Note: 1) The Manager/Co-Manager distinction was only available from 2010 to 2015. 2) A blank cell indicates a sample size of less than 30. 3) Values do not add up to the total number of reviewees because data from a reviewee may exist in multiple years.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Before examining inter-rater agreement statistics, it is useful to first examine some basic descriptive statistics related to the 360 Feedback Reviews. **Tables 4E.4 and 4E.5** include descriptive statistics for the 360 Feedback Review ratings for each competency, as well as the Overall Score. Further, in 2010, the rating scale was modified from a 5-point scale to a 9-point scale so descriptive statistics are provided separately for each scale.

The 360 Feedback Review ratings tend to have distributions with averages that are above the scale midpoint and that are somewhat negatively skewed. This pattern is consistent across Associates and Vice Presidents, and, for both corporate titles, the skew is a bit more pronounced for the 9-point scale compared to the 5-point scale. These patterns are consistent with typical 360 degree feedback rating distributions. Also, as noted previously, 360 degree feedback ratings often have restricted variance in ratings, and the results here are no exception. It is also useful to examine rating intercorrelations to understand the magnitude of relationship between competencies. It is common for review ratings to be moderately to strongly intercorrelated. This was the case in the current dataset as well in that the individual competency ratings tended to correlate highly with one another. Intercorrelations for Associates ranged from .50 to .96, with an average of .79. Intercorrelations for Vice Presidents ranged from .46 to .96, with an average of .79.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Table 4E.4. Descriptive Statistics for 360 Feedback Review Ratings for Associates**

| | 5-Point Rating Scale (2004-2009) | | | | | 9-Point Rating Scale (2010-2015) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Competencies** | **N** | **Mean** | **SD** | **Skew** | **Kurtosis** | **N** | **Mean** | **SD** | **Skew** | **Kurtosis** |
| **Client** | | | | | | 34,140 | 8.36 | 0.81 | -1.55 | 4.19 |
| **Commercial** | 51,692 | 4.13 | 0.73 | -0.50 | 0.07 | 41,494 | 8.09 | 1.01 | -1.39 | 2.83 |
| **Communication** | 54,640 | 4.07 | 0.77 | -0.51 | 0.12 | 43,022 | 8.02 | 1.04 | -1.36 | 2.83 |
| **Compliance** | 47,575 | 4.09 | 0.75 | -0.25 | -0.85 | 25,752 | 8.24 | 0.96 | -1.43 | 2.33 |
| **Culture** | | | | | | 35,179 | 8.37 | 0.82 | -1.73 | 5.52 |
| **Diversity** | 45,719 | 4.20 | 0.75 | -0.44 | -0.68 | 37,553 | 8.38 | 0.88 | -1.69 | 3.70 |
| **Judgment** | 53,851 | 4.11 | 0.75 | -0.51 | 0.02 | 20,332 | 8.13 | 1.06 | -1.47 | 2.56 |
| **Leadership** | 50,227 | 3.91 | 0.76 | -0.29 | -0.03 | 40,136 | 7.88 | 1.06 | -1.19 | 2.31 |
| **People** | | | | | | | | | | |
| **Professional Performance** | 54,436 | 4.21 | 0.71 | -0.63 | 0.44 | 7,180 | 7.74 | 1.17 | -1.05 | 1.30 |
| **Risk Management** | | | | | | 37,690 | 8.27 | 0.92 | -1.48 | 2.90 |
| **Teamwork** | 54,184 | 4.31 | 0.75 | -0.97 | 0.90 | 7,141 | 7.86 | 1.23 | -1.25 | 1.88 |
| **Technical** | 54,274 | 4.23 | 0.74 | -0.68 | 0.22 | 42,586 | 8.16 | 1.02 | -1.51 | 3.10 |
| **Overall Score** | 54,962 | 4.12 | 0.62 | -0.65 | 0.50 | 43,395 | 8.16 | 0.82 | -1.66 | 4.14 |

Note: 1) N's are larger because they reflect the total number of ratings made by reviewers (not the number of reviewees). 2) Blank cells indicate there were no data on which to compute descriptive statistics.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Table 4E.5. Descriptive Statistics for 360 Feedback Review Ratings for Vice Presidents**

| | 5-Point Rating Scale (2004-2009) | | | | | 9-Point Rating Scale (2010-2015) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Competencies** | **N*** | **Mean** | **SD** | **Skew** | **Kurtosis** | **N** | **Mean** | **SD** | **Skew** | **Kurtosis** |
| **Client** | | | | | | 104,050 | 8.47 | 0.72 | -1.46 | 3.36 |
| **Commercial** | 127,179 | 4.29 | 0.69 | -0.70 | 0.43 | 126,922 | 8.22 | 0.88 | -1.29 | 2.37 |
| **Communication** | 126,509 | 4.19 | 0.73 | -0.63 | 0.28 | 129,592 | 8.08 | 0.95 | -1.23 | 2.36 |
| **Compliance** | 112,431 | 4.19 | 0.73 | -0.40 | -0.69 | 78,291 | 8.27 | 0.89 | -1.37 | 2.25 |
| **Culture** | | | | | | 106,121 | 8.36 | 0.78 | -1.51 | 4.47 |
| **Diversity** | 105,230 | 4.25 | 0.72 | -0.53 | -0.45 | 112,794 | 8.32 | 0.86 | -1.46 | 2.65 |
| **Judgment** | 127,084 | 4.24 | 0.71 | -0.63 | 0.22 | 64,418 | 8.21 | 0.95 | -1.40 | 2.27 |
| **Leadership** | 124,311 | 4.06 | 0.75 | -0.47 | 0.15 | 122,388 | 7.92 | 0.98 | -1.09 | 2.14 |
| **People** | 81,545 | 4.12 | 0.74 | -0.62 | 0.60 | 55,470 | 8.02 | 1.02 | -1.31 | 2.46 |
| **Professional Performance** | 129,896 | 4.31 | 0.67 | -0.72 | 0.60 | 21,713 | 7.90 | 1.03 | -0.93 | 0.87 |
| **Risk Management** | | | | | | 118,481 | 8.30 | 0.85 | -1.37 | 2.39 |
| **Teamwork** | 127,595 | 4.33 | 0.74 | -1.00 | 1.09 | 21,704 | 7.90 | 1.15 | -1.13 | 1.35 |
| **Technical** | 125,860 | 4.34 | 0.69 | -0.74 | 0.20 | 128,364 | 8.31 | 0.86 | -1.44 | 2.83 |
| **Overall Score** | 131,181 | 4.23 | 0.58 | -0.78 | 0.88 | 130,555 | 8.22 | 0.72 | -1.48 | 3.28 |

Note: 1) N's are larger because they reflect the total number of ratings made by reviewers (not the number of reviewees). 2) Blank cells indicate there were no data on which to compute descriptive statistics.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

To analyze the 360 Feedback Review for agreement, inter-rater agreement ($r_{WG}$) statistics were calculated. For analysis purposes, data subsets were created for each reviewer group. A reviewer might be in more than one dataset (e.g., a manager's rating may be included in the Manager/Co-Manager review group, the More Senior review group, and the All Reviewers group). Within each dataset, records were uniquely identified as belonging in an analysis strata based on the combination of Division, Corporate Title, and Year. Further, analyses were conducted by competency (for each of the 13 competency areas in the dataset) and for the Overall Score. In other words, analyses were conducted for each combination of Division, Corporate Title, Year, and for each competency within each of the reviewer group datasets.

Before summarizing results of the analyses, it is important to discuss three topics that can assist with interpretation. First, given how agreement is evaluated, an $r_{WG}$ statistic must be calculated for each reviewee in each strata. To calculate an $r_{WG}$ statistic, it was necessary for the reviewee within the strata to be reviewed by at least two reviewers. For example, for 360 Feedback Review overall scores in IBD (Division) for Associates (Corporate Title) in 2012 (Year), and considering All Reviewers (reviewer group), each professional in this particular data subset who had at least two reviewers providing ratings, had an $r_{WG}$ statistic calculated. As such, this statistic represents the extent of agreement among any reviewee's reviewers, and resulted in the calculation of well over one million $r_{WG}$ statistics. For the purpose of evaluating results, the $r_{WG}$ statistics were aggregated for any strata in which there were 30 or more reviewees to allow for interpretation of the overall agreement level (Blaikie, 2003; Office of Federal Contracts Compliance Programs, 2018; Sirkin, 2006; Suter, 2012). Thirty is a common minimum sample size guideline because at this point computed averages stabilize and resemble the population distribution. Results are aggregated across this set of statistics to the various levels of reporting.

Second, single ratings (e.g., ratings for an individual competency) tend to be less stable than those based on multiple ratings (e.g., overall score).[188] This is a long-standing psychometric principle articulated by many professionals in the I/O and psychometric fields (Mosier, 1943; Nunnally & Bernstein, 1994; Wang & Stanley, 1970). As such, I expected that agreement would be higher for ratings that incorporate multiple data points (i.e., 360 Feedback Review overall scores

[188] Single competency ratings are commonly used across a wide range of HR procedures and can be both valuable and job related but the overall scores may be used operationally as inputs.

that combine multiple ratings) than for single ratings (i.e., individual competency ratings).

Third, as alluded to above, different rater groups may be more or less similar. As such, reviewers may have varying opportunity to observe the performance continuum of reviewees. Conway and Huffcutt (1997) examined consistency of feedback ratings provided by different types of reviewers and found that supervisors had more consistency in ratings than did peers or subordinates. Their meta-analytic average reliability of ratings provided by subordinates was .30, by peers was .37, and by supervisors was .50. Similarly, Viswesvaran, Ones, and Schmidt (1996) noted that the meta-analytic reliability of peer-based ratings was .45 while supervisor-based ratings was .52. These results make intuitive sense because supervisors are more likely to have a more comprehensive and similar view of ratee performance. As such, it is expected that reviewers who are more similar (e.g., Managers/Co-Managers) will have more agreement than reviewers who are less similar (e.g., all reviewers at varying levels, including peers and subordinates).

**Analyses and Results: Agreement for 360 Feedback Review Overall Score**

**Table 4E.6** presents agreement indices[189] for 360 Feedback Review overall scores by year. The magnitude of the agreement statistics when All Reviewers are analyzed together is very high. The aggregate $r_{WG}$ indices ranged from .75 to .97, with an average $r_{WG}$ of .88 for Associates, and ranged from .80 to .97 with an average $r_{WG}$ of .89 for Vice Presidents. This pattern of results indicates strong agreement across the most disparate group of reviewers. Interestingly, the shift to a 9-point scale generally increased the agreement among reviewers (i.e., the variance observed between reviewers of the same reviewee is lower relative to the null distribution variance for the 9-point scale than for the 5-point scale). Clearly these results correspond favorably to thresholds of agreement in the literature indicating strong rater agreement in 360 Feedback Review ratings. Every average agreement index computed in Statistical Study 1 met the benchmark for either "strong agreement" or "very strong agreement." This evidence supports consistency in rater agreement in 360 Feedback Review ratings. As indicated previously, rater agreement is a necessary antecedent for validity. Dr. Cascio agrees. In fact, he wrote that it is critical to have reliable data if one wants to assert that a process is valid.[190] Statistical Study 1 provides direct evidence that the operational 360 Feedback ratings are reliable.

[189] These summary tables present mean agreement indices. Median agreement indices were also computed and results were very similar to mean indices. These small differences do not impact my opinion in any way.

[190] Cascio Expert Report, 10/30/13, p.22.

| Table 4E.6. Average Agreement ($r_{WG}$) for the 360 Feedback Review Overall Score for All Reviewers Group | | | | | | |
|---|---|---|---|---|---|---|
| Year | IBD | | IMD | | Securities | |
| | Associate | Vice President | Associate | Vice President | Associate | Vice President |
| 2004 | | | .77 | .81 | .80 | .80 |
| 2005 | .75 | .80 | .81 | .81 | .81 | .81 |
| 2006 | .82 | .84 | .85 | .84 | .85 | .87 |
| 2007 | .81 | .83 | .84 | .85 | .85 | .87 |
| 2008 | .87 | .87 | .85 | .86 | .88 | .88 |
| 2009 | .89 | .89 | .86 | .87 | .91 | .91 |
| 2010 | .85 | .87 | .85 | .86 | .89 | .89 |
| 2011 | .91 | .93 | .90 | .91 | .94 | .94 |
| 2012 | .94 | .94 | .92 | .93 | .96 | .96 |
| 2013 | .95 | .96 | .93 | .94 | .97 | .97 |
| 2014 | .96 | .97 | .93 | .94 | .97 | .97 |
| 2015 | .97 | .97 | .93 | .95 | .97 | .97 |
| **Average** | **.88** | **.90** | **.87** | **.88** | **.90** | **.90** |
| **Average 5-point Scale** | **.83** | **.85** | **.83** | **.84** | **.85** | **.86** |
| **Average 9-point Scale** | **.93** | **.94** | **.91** | **.92** | **.95** | **.95** |

Note: A 5-point scale was used from 2004-2009 and a 9-point scale was used from 2010-2015.

**Table 4E.7** provides agreement statistics for 360 Feedback Review overall scores for More Senior reviewers. As noted above, based on the research literature, higher levels of agreement would be expected for this group based on the notion that they are in a better position to rate a similar continuum of performance relative to all raters combined. The magnitude of the agreement statistics when All Reviewers are analyzed together is high. The aggregate $r_{WG}$ indices for overall 360 scores ranged from .76 to .97, with an average $r_{WG}$ of .89 for Associates, and ranged from .79 to .98 with an average $r_{WG}$ of .91 for Vice Presidents. This set of results is very similar to results


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

that combined All Reviewers, with a slightly higher average $r_{WG}$. Once again, the pattern of results indicates strong agreement across raters for overall 360 Feedback Review scores. Every average agreement index met the benchmark for either "strong agreement" or "very strong agreement" with most values being in the "very strong agreement" category.

**Table 4E.7. Average Agreement ($r_{WG}$) for Overall Score for More Senior Reviewer Group by Division, Corporate Title, and Year**

| Year | IBD | | IMD | | Securities | |
|---|---|---|---|---|---|---|
| | Associate | Vice President | Associate | Vice President | Associate | Vice President |
| 2004 | | | .81 | .79 | .79 | .79 |
| 2005 | .76 | .84 | .84 | .84 | .83 | .81 |
| 2006 | .86 | .87 | .86 | .88 | .87 | .89 |
| 2007 | .85 | .89 | .85 | .87 | .88 | .89 |
| 2008 | .89 | .91 | .85 | .88 | .89 | .90 |
| 2009 | .90 | .92 | .87 | .89 | .91 | .92 |
| 2010 | .86 | .89 | .86 | .87 | .89 | .90 |
| 2011 | .93 | .94 | .91 | .92 | .94 | .95 |
| 2012 | .94 | .95 | .91 | .94 | .96 | .97 |
| 2013 | .95 | .96 | .93 | .96 | .97 | .97 |
| 2014 | .97 | .97 | .94 | .94 | .97 | .97 |
| 2015 | .97 | .98 | .94 | .96 | .97 | .97 |
| **Average** | **.90** | **.92** | **.88** | **.89** | **.91** | **.91** |
| **Average 5-point scale** | **.85** | **.89** | **.85** | **.86** | **.86** | **.87** |
| **Average 9-point scale** | **.94** | **.95** | **.91** | **.93** | **.95** | **.96** |

Note: A 5-point scale was used from 2004-2009 and a 9-point scale was used from 2010-2015.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Table 4E.8** provides agreement statistics for 360 Feedback Review overall scores when only Manager/Co-Manager reviewers[191] are aggregated across individuals for each strata. This subset of reviewers may be most similarly situated, based on the rationale they are in the best position to rate a similar continuum of performance relative to any other set of reviewers. The aggregate $r_{WG}$ indices ranged from .91 to .98, with an average $r_{WG}$ of .96 for Associates, and ranged from .92 to .99 with an average $r_{WG}$ of .97 for Vice Presidents. Once again, results indicate very high levels of agreement on 360 Feedback Review overall scores. Given the data available for Manager/Co-Manager reviewers, it may be particularly useful to compare other rater group results for the years that used only the 9-point scale. In this subset, aggregate $r_{WG}$ indices for All Reviewers between 2010 and 2015 ranged from .85 to .97 with an average $r_{WG}$ of .93 for Associates, and ranged from .86 to .97, with an average $r_{WG}$ of .94 for Vice Presidents. Aggregate $r_{WG}$ indices for More Senior reviewers between 2010 and 2015 ranged from .86 to .97 with an average $r_{WG}$ of .93 for Associates, and ranged from .87 to .98 with an average $r_{WG}$ of .95 for Vice Presidents. Thus, the Manager/Co-Manager agreement presented below is the highest of all rater groups, which is consistent with what one would expect given the relationship between managers and reviewees.

**Table 4E.8. Average Agreement ($r_{WG}$) for Overall Score for Manager/Co-Manager Reviewer Group by Division, Corporate Title, and Year**

| Year | IBD | | IMD | | Securities | |
|---|---|---|---|---|---|---|
| | Associate | Vice President | Associate | Vice President | Associate | Vice President |
| 2010 | | | | | .91 | .92 |
| 2011 | | | | | .93 | .96 |
| 2012 | | | | | .97 | .97 |
| 2013 | | | | | | .98 |
| 2014 | .98 | .98 | .97 | .96 | .98 | .97 |
| 2015 | .98 | .99 | .98 | .97 | .98 | .98 |
| **Average** | **.98** | **.98** | **.98** | **.97** | **.95** | **.97** |

Note: 1) The Manager/Co-Manager distinction was only available from 2010 to 2015. 2) Blank cells indicate insufficient data.

[191] The Manager/Co-Manager distinction was available from 2010-2015.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Table 4E.9** provides average agreement statistics across years for overall 360 Feedback Review scores for each reviewer group, Division, and corporate title. As the data show, agreement is high in every single case. This is the result even for More Junior and Peer reviewer groups, where it may be reasonable to expect the most dissimilarity in access to the full continuum of performance.

**Table 4E.9. Average Overall Score Agreement ($r_{WG}$) Results Across All Available Years**

| Reviewer Group | Scale | IBD | | IMD | | Securities | | All Divisions | |
|---|---|---|---|---|---|---|---|---|---|
| | | Associate | Vice President | Associate | Vice President | Associate | Vice President | Associate | Vice President |
| **All Reviewers** | 5-point | .83 | .85 | .83 | .84 | .85 | .86 | .84 | .85 |
| | 9-point | .93 | .94 | .91 | .92 | .95 | .95 | .93 | .94 |
| **More Senior** | 5-point | .85 | .89 | .85 | .86 | .86 | .87 | .85 | .87 |
| | 9-point | .94 | .95 | .91 | .93 | .95 | .96 | .93 | .95 |
| **Manager / Co-Manager** | 5-point | NA | NA | NA | NA | NA | NA | NA | NA |
| | 9-point | .98 | .98 | .98 | .97 | .95 | .97 | .96 | .97 |
| **Peer** | 5-point | .85 | .87 | .82 | .85 | .85 | .86 | .84 | .86 |
| | 9-point | .94 | .95 | .92 | .92 | .95 | .95 | .94 | .94 |
| **More Junior** | 5-point | .81 | .83 | .83 | .84 | .85 | .86 | .83 | .84 |
| | 9-point | .94 | .94 | .93 | .93 | .97 | .96 | .94 | .94 |

Note: Averages are for a 5-point scale and a 9-point scale when the reviewer group spanned both time periods. Since the Manager/Co-Manager distinction was only available from 2010 to 2015, the agreement can only be calculated for the 9-point scale and results for the 5-point scale are denoted with NA.

In summary, rater agreement on overall 360 Feedback Review scores is high for all reviewer groups. There is no set of reviewers for which extent of agreement is a concern. Even when using the more conservative approach of comparing agreement relative to a slightly skewed distribution and evaluating groups of reviewers that differ in terms of being similarly situated, the agreement statistics for the overall score were high. Using the interpretive guidance from LeBreton and Senter (2008), every single aggregate $r_{wg}$ index met the standard for strong agreement or very strong agreement.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Analyses and Results: Agreement for Individual Competencies**

In evaluating the individual competencies rather than the overall 360 Feedback Review score, $r_{wg}$ statistics were calculated for the same strata for each of the individual competencies. This approach produced 13 sets of analyses that paralleled the analyses for the 360 Feedback Review overall score. Given the volume of $r_{WG}$ statistics calculated, once again it was appropriate to aggregate across individual competencies and report average agreement indices. Since individual competency ratings are expected to be less stable than a 360 Feedback Review overall score because they represent a single data point instead of multiple data points, I expected that the agreement statistics would be lower for these analyses. Once again, I expected higher levels of agreement for reviewers that were more likely to be similarly situated (e.g., Manager/Co-Managers) than those that were less likely to be similarly situated (e.g., All Raters).

**Table 4E.10** provides the average agreement statistics across all reviewees and across all individual competencies for All Reviewers at each strata of interest. The aggregate $r_{WG}$ indices ranged from .70 to .95 with an average $r_{WG}$ of .82 for Associates, and ranged from .72 to .94 with an average $r_{WG}$ of .82 for Vice Presidents. These results indicate strong agreement.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Table 4E.10. Average Agreement ($r_{WG}$) for Individual Competencies for All Reviewers by Division, Corporate Title, and Year | | | | | | |
|---|---|---|---|---|---|---|
| Year | IBD | | IMD | | Securities | |
| | Associate | Vice President | Associate | Vice President | Associate | Vice President |
| 2004 | .75 | .78 | .74 | .75 | .73 | .72 |
| 2005 | .70 | .73 | .73 | .73 | .74 | .74 |
| 2006 | .70 | .73 | .74 | .73 | .75 | .76 |
| 2007 | .70 | .72 | .73 | .74 | .75 | .76 |
| 2008 | .76 | .76 | .75 | .75 | .79 | .79 |
| 2009 | .80 | .79 | .76 | .76 | .82 | .82 |
| 2010 | .77 | .80 | .79 | .78 | .83 | .83 |
| 2011 | .86 | .88 | .84 | .86 | .90 | .91 |
| 2012 | .90 | .90 | .87 | .88 | .93 | .93 |
| 2013 | .92 | .92 | .88 | .90 | .93 | .94 |
| 2014 | .93 | .93 | .89 | .90 | .94 | .94 |
| 2015 | .94 | .94 | .88 | .90 | .95 | .94 |
| **Average** | **.81** | **.82** | **.80** | **.81** | **.84** | **.84** |
| **Average 5-point Scale** | **.74** | **.75** | **.74** | **.74** | **.76** | **.76** |
| **Average 9-point Scale** | **.89** | **.89** | **.86** | **.87** | **.91** | **.91** |

Note: A 5-point scale was used from 2004-2009 and a 9-point scale was used from 2010-2015.

**Table 4E.11** provides the average agreement statistics across all reviewees and across all individual competencies for More Senior reviewers at each strata of interest. The aggregate $r_{WG}$ indices ranged from .72 to .94 with an average $r_{WG}$ of .83 for Associates, and ranged from .72 to .95 with an average $r_{WG}$ of .85 for Vice Presidents. Again, results support high agreement.

| Table 4E.11. Average Agreement ($r_{WG}$) for Individual Competencies for More Senior Reviewers by Division, Corporate Title, and Year | | | | | | |
|---|---|---|---|---|---|---|
| Year* | IBD | | IMD | | Securities | |
| | Associate | Vice President | Associate | Vice President | Associate | Vice President |
| 2004 | .77 | .81 | .74 | .73 | .72 | .72 |
| 2005 | .73 | .78 | .77 | .78 | .76 | .76 |
| 2006 | .75 | .78 | .76 | .78 | .76 | .78 |
| 2007 | .75 | .79 | .75 | .78 | .78 | .79 |
| 2008 | .79 | .81 | .76 | .78 | .80 | .81 |
| 2009 | .81 | .82 | .77 | .80 | .82 | .82 |
| 2010 | .79 | .83 | .80 | .81 | .83 | .84 |
| 2011 | .89 | .89 | .85 | .87 | .90 | .91 |
| 2012 | .90 | .92 | .87 | .90 | .92 | .93 |
| 2013 | .91 | .93 | .88 | .92 | .94 | .93 |
| 2014 | .93 | .94 | .89 | .90 | .93 | .94 |
| 2015 | .93 | .95 | .89 | .92 | .94 | .94 |
| **Average** | **.83** | **.86** | **.81** | **.83** | **.84** | **.85** |
| **Average 5-point Scale** | **.77** | **.80** | **.76** | **.77** | **.77** | **.78** |
| **Average 9-pt Scale** | **.89** | **.91** | **.86** | **.89** | **.91** | **.92** |

Note: A 5-point scale was used from 2004-2009 and a 9-point scale was used from 2010-2015.

**Table 4E.12** provides the average agreement statistics across all reviewees and across all individual competencies for Managers/Co-Manager raters at each strata of interest. The aggregate $r_{WG}$ indices ranged from .86 to .95 with an average $r_{WG}$ of .93 for Associates, and ranged from .88 to .96 with an average $r_{WG}$ of .93 for Vice Presidents. Once again, results support high agreement. In comparing the Manager/Co-Manager results to All Reviewers and More Senior reviewers, in years in which the 9-point scale was used, agreement statistics for the Manager/Co-Manager group is, on average, higher.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Table 4E.12. Average Agreement ($r_{WG}$) for Individual Competencies for Manager/Co-Managers by Division, Corporate Title, and Year | | | | | | |
|---|---|---|---|---|---|---|
| Year | IBD | | IMD | | Securities | |
| | Associate | Vice President | Associate | Vice President | Associate | Vice President |
| 2010 | | | | | .86 | .88 |
| 2011 | | | | | .89 | .92 |
| 2012 | | | | | .93 | .93 |
| 2013 | | | | | .94 | .94 |
| 2014 | .95 | .95 | .94 | .92 | .94 | .94 |
| 2015 | .95 | .96 | .94 | .93 | .95 | .95 |
| **Average** | **.95** | **.95** | **.94** | **.93** | **.92** | **.93** |

Note: 1) The Manager/Co-Manager distinction was only available from 2010 to 2015. 2) Blank cells indicate insufficient data.

**Table 4E.13** provides average agreement statistics across years and across the relevant individual competencies for each reviewer group, Division, and corporate title. Once again, agreement statistics are high for All Reviewers, More Senior reviewers, and Manager/Co-Managers. As expected, rater agreement indices for Peer and More Junior reviewers were slightly lower compared to other more similarly situated raters (e.g., Manager/Co-Manager), yet still indicative of high agreement from an absolute standard. Again, as expected, average agreement statistics across the individual competencies were smaller in magnitude than those for the overall 360 Feedback Review score, yet still indicative of strong agreement from an absolute standard. These results are even more persuasive considering the use of a more conservative skewed distribution variance term in the $r_{WG}$ calculation.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Table 4E.13. Average Agreement ($r_{WG}$) for Individual Competencies Across All Years | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Reviewer Group** | **Scale** | **IBD** | | **IMD** | | **Securities** | | **All Divisions** | |
| | | **Associate** | **Vice President** | **Associate** | **Vice President** | **Associate** | **Vice President** | **Associate** | **Vice President** |
| **All Reviewers** | 5-point | .74 | .75 | .74 | .74 | .76 | .76 | .75 | .75 |
| | 9-point | .89 | .89 | .86 | .87 | .91 | .91 | .89 | .89 |
| **More Senior** | 5-point | .77 | .80 | .76 | .77 | .77 | .78 | .77 | .79 |
| | 9-point | .89 | .91 | .86 | .89 | .91 | .92 | .89 | .90 |
| **Manager / Co-Manager** | 5-point | NA | NA | NA | NA | NA | NA | NA | NA |
| | 9-point | .95 | .95 | .94 | .93 | .92 | .93 | .93 | .93 |
| **Peer** | 5-point | .75 | .78 | .75 | .76 | .77 | .77 | .76 | .77 |
| | 9-point | .90 | .91 | .88 | .88 | .92 | .92 | .90 | .90 |
| **More Junior** | 5-point | .73 | .73 | .75 | .75 | .77 | .78 | .75 | .75 |
| | 9-point | .90 | .90 | .89 | .88 | .94 | .93 | .91 | .90 |

Note: Averages are for a 5-point scale and a 9-point scale when the reviewer group spanned both time periods. Since the Manager/Co-Manager distinction was only available from 2010 to 2015, the agreement can only be calculated for the 9-point scale and results for the 5-point scale are denoted with NA.

**A Note on Inter-Rater Reliability**

As noted above, agreement is a more useful metric for evaluating the psychometric characteristics of multi-source processes. This is in part a function of the limitations of correlation indices when ratings are restricted in variability, which is commonly the case with multi-source 360 ratings. This scenario attenuates any correlation-based analyses of inter-rater reliability and may result in what LeBreton and colleagues (2003) refer to as "misleading" inter-rater reliability results (e.g., the high agreement and low reliability, Raters 4 and 5, example demonstrated in Table 4E.1). With that context in mind, it was simple to compute indices of both agreement and reliability. Again, I focus on agreement as the more useful metric, and do not interpret reliability results outside the context of the agreement results summarized above.

Inter-rater reliability is quantified by considering how consistent the rank-ordering of ratees is by the same raters. Typically, inter-rater reliability is evaluated using intra-class correlation statistics (Shrout & Fleiss, 1979) on a dataset in which a set of raters is rating the same set of targets in a fully-crossed model (i.e., all raters rate all targets – there are no or relatively few cells


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

with missing data). However, when considering the structure of the Goldman Sachs 360 Feedback Review, data, a fully crossed reviewer-reviewee structure is, by design, absent (i.e., all raters do not rate all ratees). For analyses of this type of dataset, a more generalized intra-class correlation, such as the G(q,k) statistic, accounts for this design structure (Putka, Le, McCloy, & Diaz, 2008). The range of G(q,k) values is the same as any intra-class correlation statistic – from 0.0 (no reliability – where rank orders do not correspond at all) to 1.0 (perfect reliability – where rank orders are identical regardless of magnitude).

Given the level of restriction in rating variability, it is important to consider the typical magnitude of inter-rater reliability coefficients for 360 ratings. As presented earlier, researchers have reported meta-analytic average reliability ratings of .30 for subordinates, .37 and .45 for peers, and .50 and .52 for supervisors (Conway & Huffcutt, 1997; Viswesvaran, Ones, & Schmidt, 1996). Strict adherence to these values as bright-line thresholds is not appropriate, but they provide relevant and valuable comparative context to assist in interpreting whether local results are in line with results found in the empirical literature.

The inter-rater reliability analyses were performed for the same strata as those used in the inter-rater agreement analyses, without the need to conduct analyses "by reviewee." Thus, approximately 3,000 G(q,k) statistics were calculated. The magnitudes of the inter-rater reliability statistics correspond with the findings from the I/O psychology literature, and averages were similar to or higher than those meta-analytic based comparators described above. Aggregated inter-rater reliabilities for overall 360 Feedback Review scores for All Reviewers ranged from .58 to .84, with an average G(q,k) of .70 for Associates, and ranged from .46 to .79, with an average G(q,k) of .63 for Vice Presidents. Reliabilities for More Senior reviewers ranged from .41 to .79, with an average G(q,k) of .62 for Associates, and ranged from .29 to .64, with an average G(q,k) of .46 for Vice Presidents. Reliabilities for Manager/Co-Manager reviewers ranged from .33 to .68, with an average G(q,k) of .51 for Associates, and ranged from .43 to .63, with an average G(q,k) of .54 for Vice Presidents.

Again, these values are typical for inter-rater reliability of supervisor ratings. It is interesting that the highest reliability (average of .70 for Associates and average of .62 for Vice Presidents) was observed for All Reviewers. This highlights the statistical artifacts discussed earlier. More specifically, this is the reviewer group with the least restriction in rating variability,


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

thus it has the least attenuation of the inter-rater reliability coefficients in spite of including potentially dissimilar raters. Finally, the average reliability statistics across the individual competencies were smaller in magnitude (about .10 lower on average for both Associates and Vice Presidents) than those for the overall score, but were still consistent with expectations based on the I/O psychology literature (Mosier, 1943; Nunnally & Bernstein, 1994; Wang & Stanley, 1970). As previously noted, lower reliabilities were expected because individual competency ratings are less stable than an overall score (based on multiple competency ratings). Considering the contextual factors, the inter-rater reliability results observed in this study, in spite of being misleading measures of rater consistency, are comparable to typical inter-rater reliabilities reported in the I/O psychology literature (Conway & Huffcutt, 1997; Viswesvaran, Ones, & Schmidt, 1996). Once again, agreement is the more probative metric, yet the fact that reliability results were generally consistent with what is expected from the meta-analytic literature only further supports the psychometric characteristics of the Goldman Sachs' 360 Feedback Review ratings.

**Appendix 4E Summary**

I conducted inter-rater agreement analyses on Goldman Sachs' 360 Feedback Review scores using operational data. Rater agreement on 360 Feedback Review overall scores and competency-specific scores was high regardless of how the data were analyzed. A conservative distribution variance term was used in computing agreement indices. Agreement was analyzed by Division, Corporate Title, and Year, as well as for different reviewer groups that vary on the extent to which they were similarly situated. Results suggested high agreement across these sets of analyses. Results were consistent with expectations related to how well-designed measures typically function from a psychometric perspective (i.e., raters had higher agreement when overall scores, leveraging multiple data points, were analyzed as compared with single data point competency ratings; raters had higher agreement when they were likely more similarly situated relative to ratee performance as compared with raters that were likely less similarly situated). Using the interpretive recommendations from LeBreton and Senter (2008), every single aggregate agreement index computed met the standard for strong agreement or very strong agreement. This evidence supports consistency in operational 360 Feedback Review ratings, is overwhelmingly persuasive, and directly responds to Dr. Cascio's earlier criticisms. These findings render his criticisms inconsequential.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# References


Blaikie, N. (2003). *Analyzing Quantitative Data.* London: SAGE Publications.

Conway, J.M., & Huffcutt, A.I. (1997). Psychometric Properties of Multisource Performance Ratings: A meta-Analysis of Subordinate, Supervisor, Peer, and Self-Ratings, *Human Performance, 10*, 331-360.

Guion, R. M. (1998). *Assessment, measurement, and prediction for personnel decisions.* Mahwah, NJ: Lawrence Erlbaum Associates.

James*, L. R.,* Demaree*, R. G., &* Wolf*, G. (*1993*). rwg: An assessment of within-group interrater* agreement. *Journal of Applied Psychology, 78,* 306–309.

Kozlowski, S.W., & Hattrup, K. (1992). A disagreement about within-group agreement: Disentangling issues of consistency versus consensus. *Journal of Applied Psychology, 77,* 161–167.

LeBreton, J.M., Burgess, J.R.D., Kaiser, R.B., Atchley, E.K., & James, L.R. (2003). The restriction of variance hypothesis and interrater reliability and agreement: Are ratings from multiple sources really dissimilar? *Organizational Research Methods*, *6,* 80-128.

LeBreton, J. M., & Senter, J.L. (2008). Answers to 20 questions about interrater reliability and interrater agreement. *Organizational Research Methods, 11,* 815-852.

Mosier, C.I. (1943). On the reliability of a weighted composite. *Psychometrika, 8*, 161-168.

Nunnally, J.C. & Bernstein, I.H. (1994). *Psychometric Theory* (3rd ed.). New York: McGraw-Hill, Inc.

Office of Federal Contracts Compliance Programs (2018). *Frequently Asked Questions Analysis of Contractor Compensation Practices During a Compliance Evaluation.* Washington, DC: Author.

Putka, D.J., Le, H., McCloy, R.A., & Diaz, T. (2008). Ill-Structured measurement designs in organizational research: implications for estimating interrater reliability. *Journal of Applied Psychology, 93,* 959–981.

Shrout, P. E., & Fleiss, J. L. (1979). Intraclass correlations: Uses in assessing rater reliability. *Psychological Bulletin, 86,* 420-428.

Sirkin, R.M. (2006). *Statistics for the Social Sciences*. London: SAGE Publications.

Suter, W.N. (2012). *Introduction to Educational Research: A Critical Thinking Approach (2nd ed.)*. London: SAGE Publications.




CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Wang, M.W., & Stanley, J.C. (1970). Differential weighting: A review of methods and empirical studies. *Review of Educational Research, 40*, 663-705.

Viswesvaran, C., Ones, D.S., & Schmidt, F.L. (1996). Comparative analysis of the reliability of job performance ratings. *Journal of Applied Psychology, 81,* 557–574.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 4F

# STATISTICAL STUDY 2: EXAMINATION OF THE INTRA-RATER TEMPORAL CONSISTENCY OF THE 360 FEEDBACK REVIEW RATINGS

# DETAILS AND RESULTS


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 4F

## Statistical Study 2: Examination of the Intra-Rater Temporal Consistency of the 360 Feedback Review Ratings Details and Results

Using the same dataset as Statistical Study 1, Statistical Study 2 examined the intra-rater reliability in 360 Feedback Review ratings over time, otherwise known as temporal consistency. Temporal consistency is another approach to assessing the reliability of 360 Feedback Review ratings. Importantly, perfect temporal consistency is not expected because performance is dynamic and may change from year to year. Since the 1950s I/O psychology research has recognized that individual job performance may be dynamic (e.g., Ghiselli, 1956; Ghiselli & Haire, 1960; Ployhart & Hakel, 1998; Sturman, Cheramie, & Cashen, 2005). Alvares and Hulin (1972; 1973) show that an individual's job performance may change over time because of changes in motivation, the acquisition of job knowledge, and/or changes in the predictors of performance. Sturman et al. (2005) note that "…abundant empirical evidence has verified that job performance measurements are not perfectly correlated over time (e.g., Austin, Humphreys, & Hulin, 1989; Barrett & Alexander, 1989; Barrett, Caldwell, & Alexander, 1985; Ghiselli & Haire, 1960; Ployhart & Hakel, 1998; Rambo, Chomiak, & Price, 1983; Sturman & Trevor, 2001)" (p.269). For these reasons, perfect temporal consistency is unrealistic.

Specifically, the temporal consistency in 360 Feedback Review ratings made by the same reviewer (manager) of the same reviewee (incumbent) in consecutive years was examined. This involved correlating ratings by the same reviewer of the same reviewee in one year with those same ratings provided in the following year. An examination of the temporal consistency of scores provides insight into the intra-rater reliability of the 360 Feedback Reviews.

When evaluating correlations between variables at two points in time there are a number of factors that can influence the magnitude of the observed relationship and they may place an artificial ceiling on the observed magnitude. One factor related to performance measurement concerns actual change over time. For example, as mentioned above, individuals change over time and their performance can improve because they acquire more knowledge and skills (Alvarez & Hulin, 1972). Job performance and evaluations of job performance are expected to change to some degree from year to year as reviewees adjust their behavior in response to feedback to improve their performance. An individual demonstrating performance improvement would be expected to


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

have different performance evaluations across time, which would affect temporally based correlations. Therefore, lower correlations may represent true change in performance instead of a lack of temporal consistency in ratings.

A second factor affecting the correlation between variables over time is the time interval between measurements. The longer the time interval the higher the likelihood that the observed relationship between variables may degrade (Humphreys, 1960; Sturman et al., 2005; Van Iddekinge & Ployhart, 2008). For example, a correlation between two variables measured a month apart will generally be higher than if they were measured a year apart. This factor is often considered when conducting predictive validation studies in which there is a time lapse between collecting selection procedure (e.g., a job knowledge test) and work outcome (e.g., performance) data. Hulin, Henry, and Noon (1990) commented on this, noting that "commonly used predictors show decreasing validities for the prediction of temporally more remote performance assessment" (p.1). In the context of reliability measurement, Sturman et al. (2005) provided complementary findings in a meta-analysis demonstrating that the temporal consistency of performance ratings decreases as the length of time between consecutive performance evaluations increases. In other words, the relationships between performance evaluations taken six months apart were stronger than those for evaluations taken three years apart.

A third factor, also noted with respect to Statistical Study 1, is that restricted variance in ratings (i.e., range restriction) can produce a statistical artifact that attenuates the magnitude of observed correlation-based statistics. Again, this limitation is a function of using correlational indices to assess measurement consistency, as LeBreton, Burgess, Kaiser, Atchley, & James (2003) describe.

**Data**

The dataset used for these analyses is the same as Statistical Study 1, so only differences relevant to Statistical Study 2 analyses are described. Given the temporal nature of this study, cases were identified in which the same reviewee was rated by the same reviewer (manager) in consecutive year pairings (e.g., ratings in both 2010 and 2011, ratings in both 2011 and 2012). If the reviewee did not have data for both years in the pairing, that reviewee's data were excluded from that specific analysis stratum.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

All data cleaning steps described in Statistical Study 1 were also used in Statistical Study 2, except for the exclusion of reviewees only rated by a single manager (since analyses are intra-rater and not inter-rater). Additionally, records were excluded from the analysis dataset for the following reasons:

- The review category specified was not "Manager Feedback."
- The reviewee did not have records in both years of a year pairing.
- The Manager (reviewer), Corporate Title, or Division changed between years in a pairing. For example, if the reviewee was in IBD in year 1 and year 2, and in Securities in year 3 and year 4, then only records for the year 1 – year 2 pair and year 3 – year 4 pair were used in analyses. The year 2 – year 3 pair was excluded because the reviewee changed Division between rating intervals.

**Analyses and Results**

Once the Time 1 to Time 2 pairings were established, the degree of temporal consistency was evaluated using Pearson (r) correlations (range from -1.0 to 1.0). A correlation coefficient that is near 0 indicates that there is no relationship between two variables (i.e., change in variable A is not related to change in variable B) whereas a correlation coefficient that is near 1.0 (or -1.0) indicates that there is a perfect relationship between two variables (i.e., change in variable A is accompanied by a change variable B). A positive correlation coefficient indicates that both variables tend to increase or decrease together, and a negative correlation coefficient indicates that as one variable increases, the other tends to decrease, and vice versa.

A correlation coefficient may be evaluated in terms of its magnitude relative to expectations based on empirical literature or on its probability of a relationship existing (i.e., statistical significance testing). To interpret the magnitude of the observed correlations (outside of an evaluation of statistical significance), Sturman et al. (2005) evaluated temporal consistency of test scores (i.e., test-retest reliability) under a variety of conditions in their meta-analysis. The condition most similar to the current study was for subjective measures for highly complex jobs over a one-year timeframe, where the authors reported that typical temporal consistency was .59 (95% confidence interval for meta-analytic estimate of .55 to .62).

The analysis strata for Study 2 were comprised of the unique combination of Division, Corporate Title, and Year pairing, and Competency (13 individual ratings and one overall score). Analyses were conducted only when the sample size for a given strata was 30 or more. This


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

minimum sample size was derived, in part, using a power analysis ($\alpha = .05$, $\beta = .80$, estimated correlation = .50). This resulted in the calculation of 141 Time 1 – Time 2 correlation coefficients for Associates and the calculation of 203 Time 1 – Time 2 correlation coefficients for Vice Presidents. In total, 7,134 records containing Time 1 – Time 2 data across 3,738 reviewees[192] were available for conducting analyses. **Table 4F.1** presents the number of reviewees with an overall score by analysis strata. This provides a general understanding of sample sizes available for analyses.

**Table 4F.1. Number of Reviewees with An Overall Score by Division, Corporate Title, and Year Pairing**

| Year Pairing | IBD | | IMD | | Securities | |
|---|---|---|---|---|---|---|
| | Associate | Vice President | Associate | Vice President | Associate | Vice President |
| 2004-2005 | | | | | 181 | 308 |
| 2005-2006* | | | | | 167 to 209 | 327 to 375 |
| 2006-2007 | | 104 | | | 128 | 435 |
| 2007-2008 | | 50 | | | 102 | 400 |
| 2008-2009 | 38 | 67 | | | 98 | 418 |
| 2009-2010 | 35 | 97 | | | 80 | 541 |
| 2010-2011 | | 94 | 78 | 356 | 76 | 541 |
| 2011-2012 | 33 | 121 | | | 71 | 430 |
| 2012-2013 | 37 | 131 | | | | |
| 2013-2014 | | 92 | | | | |
| 2014-2015 | | 121 | 86 | 635 | 41 | 407 |

Note: 1) Blank cells indicate insufficient data. 2) *Values in these cells represent the range of N sizes for the individual competency correlations in the 2005-2006 year pairing. This is because the overall score was based on three competencies in 2005 and nine competencies in 2006, so the overall score temporal consistency correlations were not analyzed for this specific year pairing only.

[192] A reviewee was included in multiple strata, for example, if Manager, Corporate Title, and Division remained the same and ratings were available for 2009, 2010, and 2011. The reviewee would have one record in the 2009-2010 analysis and one record in the 2010-2011 analysis, with data from the relevant years included as Time 1 or Time 2.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

It is important to note that the same a priori expectations about the temporal consistency of single competency scores versus an overall score, which were described in Study 1, apply here as well. Specifically, temporal consistency is expected to be higher for analyses using more stable, composite ratings (i.e., overall score) compared to those focused on less stable, single ratings (i.e., individual competency ratings).

**Table 4F.2** provides temporal consistency statistics for the 360 Feedback Review overall score by Division, Corporate Title, and Year pairing.

**Table 4F.2. Average Temporal Consistency (Pearson Correlations) for 360 Feedback Review Overall Score**

| Year Pairing | IBD | | IMD | | Securities | |
|---|---|---|---|---|---|---|
| | Associate | Vice President | Associate | Vice President | Associate | Vice President |
| 2004-2005 | | | | | .63 | .63 |
| 2005-2006* | | | | | | |
| 2006-2007 | | .79 | | | .62 | .55 |
| 2007-2008 | | .77 | | | .58 | .64 |
| 2008-2009 | .42 | .56 | | | .64 | .71 |
| 2009-2010 | .71 | .70 | | | .45 | .59 |
| 2010-2011 | | .76 | .67 | .77 | .68 | .69 |
| 2011-2012 | .63 | .65 | | | .58 | .70 |
| 2012-2013 | .76 | .79 | | | | |
| 2013-2014 | | .52 | | | | |
| 2014-2015 | | .64 | .73 | .79 | .74 | .65 |
| **Average** | **.63** | **.69** | **.70** | **.78** | **.61** | **.65** |

Note: Blank cells indicate insufficient data. 2) All individual correlations in this table are statistically significant ($p < .01$). 3) *For overall score, Time 1 – Time 2 correlations were not calculated for 2005-2006 because the number of competencies on which the overall score was calculated changed from three to nine (this does not apply to individual competency correlations).


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

The overall score temporal consistency correlations in Table 4F.2 for Associates ranged from .42 to .76, with an average of .63, and for Vice Presidents ranged from .52 to .79, with an average of .68. These results are similar to what is typical in the empirical literature suggesting that there is sufficient temporal consistency of the overall score in the 360 Feedback Reviews.

In evaluating individual 360 Feedback Review competencies, Pearson correlations were calculated for the same strata for each of the 13 competencies when the competency was relevant and in both years of the pairing. **Table 4F.3** provides the average temporal consistency (Pearson correlations) for the 360 Feedback Review individual competencies by Division, Corporate Title, and Year Pairing.

**Table 4F.3. Average Temporal Consistency for 360 Feedback Review Individual Competencies by Division, Corporate Title, and Year Pairing**

| Year Pairing | IBD | | IMD | | Securities | |
|---|---|---|---|---|---|---|
| | Associate | Vice President | Associate | Vice President | Associate | Vice President |
| 2004-2005 | | | | | .56 | .53 |
| 2005-2006 | | | | | .50 | .52 |
| 2006-2007 | | .61 | | | .54 | .48 |
| 2007-2008 | | .57 | | | .47 | .51 |
| 2008-2009 | .31 | .47 | | | .43 | .53 |
| 2009-2010 | .56 | .55 | | | .40 | .47 |
| 2010-2011 | | .59 | .58 | .62 | .56 | .56 |
| 2011-2012 | .52 | .54 | | | .47 | .54 |
| 2012-2013 | .49 | .63 | | | | |
| 2013-2014 | | .36 | | | | |
| 2014-2015 | | .44 | .58 | .63 | .55 | .49 |
| **Average** | **.47** | **.53** | **.58** | **.63** | **.50** | **.51** |

Note: 1) Blank cells indicate insufficient data. 2) 120 of the 127 (94.5%) underlying correlations that were incorporated into the averages for Associates are statistically significant ($p < .05$) and 183 of the 184 (99.5%) underlying correlations that were incorporated into the averages for Vice Presidents are statistically significant ($p < .05$).


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

The average cross-competency temporal consistency correlations in Table 4F.3 for Associates ranged from .31 to .58, with an average of .50, and for Vice Presidents ranged from .36 to .63, with an average of .53. Once again, these results correspond with typical findings from the I/O psychology literature. Although the average statistical values across the individual competencies were smaller in magnitude than those for the overall score (which was expected), the correlations indicate reasonable temporal consistency.

**Appendix 4F Summary**

I conducted intra-rater reliability analyses of the 360 Feedback Review scores across a one-year time interval to evaluate temporal consistency. Like many variables used in the context of HR management, some variability in 360 Feedback Review scores over time was expected because individuals and their performance have a natural tendency to change. However, the field recognizes that some degree of consistency is typical, which serves as an indication of reliability. To evaluate this temporal consistency, 360 Feedback Review scores from year to year were compared using Pearson correlations. For the 360 Feedback Review overall score, the average magnitude of these correlations was .63 and .68 for Associates and Vice Presidents, respectively. The current study results 1) were consistent with typical findings from the I/O psychology literature and 2) indicated that the 360 Feedback Review displayed strong temporal consistency.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**References**

Alvares, K.M., & Hulin, C.L. (1972). Two explanations of temporal changes in ability–skill relationships: A literature review and theoretical analysis. *Human Factors, 14,* 295–308.

Alvares, K.M., & Hulin, C.L. (1973). An experimental evaluation of temporal decay in the prediction of performance. *Organizational Behavior and Human Performance, 9,* 169-185.

Ghiselli, E.E. (1956). Dimensional problems of criteria. *Journal of Applied Psychology, 40,* 1-4.

Ghiselli, E.E., & Haire, M. (1960). The validation of selection tests in the light of the dynamic character of criteria. *Personnel Psychology, 19*, 225-231.

Hulin, C. L., Henry, R. A., Noon, S. L. (1990). Adding a dimension: Time as a factor in the generalizability of predictive relationships. *Psychological Bulletin, 107*, 328-340.

LeBreton, J. M., Burgess, J.R.D., Kaiser, R. B., Atchley, E.K.P., & James, L. R. (2003). The restriction of variance hypothesis and interrater reliability and agreement: Are ratings from multiple sources really dissimilar? *Organizational Research Methods, 6,* 80-128.

Ployhart, R.E., & Hakel, M.D. (1998). The substantive nature of performance variability: Predicting interindividual differences in intraindividual performance. *Personnel Psychology, 51,* 859-901.

Sturman, M.C., Cheramie, R.A., & Cashen, L.H. (2005). Temporal consistency, stability, and test-retest reliability of employee job performance ratings. *Journal of Applied Psychology, 90,* 269-283.

Van Iddekinge, C.H., & Ployhart, R.E. (2008). Developments in the criterion-related validation of selection procedures: A critical review and recommendations for practice. *Personnel Psychology, 61,* 871–925.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 5A

## CONSENSUS STUDY 3: COMPARISON OF PERFORMANCE AND CONTRIBUTION FACTORS TO COMPETENCY MODEL


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**APPENDIX 5A**

**Consensus Study 3: Comparison of Performance and Contribution Factors to Competency Model**

Consensus Study 3 was undertaken to more formally evaluate the overlap between Performance and Contribution and the validated competency model. I convened a rating panel to independently evaluate the linkage between the competencies from the APTMetrics study and the Manager Quartiling Performance and Contribution dimensions. As with the other consensus studies, Consensus Study 3 was conducted under my direction following the same protocol as Consensus Study 1 and using the same panel of five I/O psychologists. Linkages were performed for Associate and Vice President competencies based on the APTMetrics report (2011) in relation to the Performance and Contribution factors to consider in making Manager Quartiling assignments. Extent of overlap was assessed using the following rating scale: 999 = Insufficient Information to Provide a Rating, 0 = Unrelated, 1 = Related, and 2 = Strongly Related. The tables below provide the competencies based on the APTMetrics reports with the corresponding Performance and Contribution factors, the rating scale, individual ratings, means, and standard deviations for Associate and Vice President. These tables illustrate that for the corporate title of Associate, 11 of 11 (100%) Performance and Contribution factors were rated as either "Related" or "Strongly Related" to competencies defined in the APTMetrics report. Similarly, for the corporate title of Vice President, 12 of 12 (100%) Performance and Contribution factors were rated as either "Related" or "Strongly Related" to the competencies defined in the APTMetrics report. These results provide strong evidence of the content validity of the Manager Quartiling Performance and Contribution factors for professionals holding the corporate titles of both Associate and Vice President.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Associate Competencies based on APTMetrics Report (2011)* | Performance and Contribution Factors to Consider in Making Manager Quartiling Assignments** | EXTENT OF OVERLAP: HOW RELATED ARE THESE TWO COMPETENCIES? | Ratings |
|---|---|---|---|
| • **Client Focus (External/Business Partners)**<br>○ Escalates issues as appropriate.<br>○ Assesses and understands clients' needs; is responsive to client requests and follows-up to ensure expectations are met.<br>○ Enhances client service and builds strong relationships and trust.<br>○ Puts our clients' long-term interests first. | • **Client Focus**<br>○ Develops long-term client relationships.<br>○ Prioritizes long-term client interests. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br>**UNRELATED (0)**<br>**RELATED (1)**<br>**STRONGLY RELATED (2)** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>Standard Deviation = 0 |
| • **Commercial Effectiveness**<br>○ Demonstrates professional excellence (i.e., high quality service, responsiveness and outstanding execution).<br>○ Identifies problems and creative solutions.<br>○ Contributes to the team's/division's results.<br>○ Uses resources efficiently.<br>○ Suggests improvements to existing products, services, and processes. | • **Commercial Contributions**<br>○ Contributes to the firm's results.<br>○ Facilitates commercial outcomes. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br>**UNRELATED (0)**<br>**RELATED (1)**<br>**STRONGLY RELATED (2)** | Rater 1 = 2<br>Rater 2 = 1<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 1.8**<br>Standard Deviation = 0.4 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Associate Competencies based on APTMetrics Report (2011)* | Performance and Contribution Factors to Consider in Making Manager Quartiling Assignments** | EXTENT OF OVERLAP: HOW RELATED ARE THESE TWO COMPETENCIES? | Ratings |
|---|---|---|---|
| • **Communication Effectiveness**<br>○ Communicates clearly and effectively both verbally and in writing.<br>○ Listens effectively; asks appropriate questions and seeks to understand.<br>○ Shares important and relevant information with others, as appropriate.<br>○ Communicates complex concepts and ideas simply and clearly.<br>○ Delivers effective presentations. | • **Communication**<br>○ Communicates clearly, concisely and with impact. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br><br>**UNRELATED (0)**<br><br>**RELATED (1)**<br><br>**STRONGLY RELATED (2)** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br><br>**Mean = 2.0**<br>Standard Deviation = 0 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Associate Competencies based on APTMetrics Report (2011)* | Performance and Contribution Factors to Consider in Making Manager Quartiling Assignments** | EXTENT OF OVERLAP: HOW RELATED ARE THESE TWO COMPETENCIES? | Ratings |
|---|---|---|---|
| • **Culture and Values**<br>○ Demonstrates the highest ethical standards; acts with integrity.<br>○ Treats others with respect and dignity; respects diverse perspectives.<br>○ Acts in accordance with the Business Principles.<br>○ Acts according to and continues to learn about the firm's culture.<br>○ Contributes time to recruiting, training and other citizenship-related activities.<br><br>• **Diversity and Inclusion**<br>○ Supports an inclusive environment; ensures team members are supported and can express diverse perspectives.<br>○ Demonstrates a respect for diversity; avoids and discourages stereotyping.<br>○ Is sensitive to cross-cultural issues; leads across regional/global businesses in an inclusive manner.<br>○ Hires, develops, and retains diverse employees.<br>○ Participates in and is an effective advocate for diversity-related activities.<br>○ Communicates the business case for diversity. | • **Culture Carrier and Code of Conduct**<br>○ Acts as a role model, promotes teamwork and citizenship activities.<br>○ Creates a diverse and inclusive environment.<br>○ Encourages diversity of thought.<br>○ Adheres to our business principles and the code of conduct. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br><br>**UNRELATED (0)**<br><br>**RELATED (1)**<br><br>**STRONGLY RELATED (2)** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br><br>**Mean = 2.0**<br>Standard Deviation = 0 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Associate Competencies based on APTMetrics Report (2011)* | Performance and Contribution Factors to Consider in Making Manager Quartiling Assignments** | EXTENT OF OVERLAP: HOW RELATED ARE THESE TWO COMPETENCIES? | Ratings |
|---|---|---|---|
| • **Technical/Functional Effectiveness**<br>○ Persists in the face of obstacles or setbacks; maintains a positive attitude.<br>○ Is knowledgeable about the team's products and services.<br>○ Successfully manages multiple projects, resources and competing priorities.<br>○ Takes initiative to broaden his/her knowledge; helps others broaden technical knowledge.<br>○ Demonstrates and helps others obtain key technical/financial/analytical skills. | • **Functional and Technical Skills**<br>○ Demonstrates subject matter/technical expertise. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br><br>**UNRELATED (0)**<br><br>**RELATED (1)**<br><br>**STRONGLY RELATED (2)** | Rater 1 = 2<br>Rater 2 = 1<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br><br>**Mean = 1.8**<br>Standard Deviation = 0.4 |
| • **Leadership and People Management**<br>○ Takes accountability for his/her actions; readily admits mistakes and helps others learn from them.<br>○ Supports and helps others understand the team's goals.<br>○ Is respectful of others' time; leverages people effectively.<br>○ Provides feedback and support to help team members develop.<br>○ Effectively delegates with appropriate supervision, where applicable.<br>○ Effectively coaches and mentors others. | • **Leadership**<br>○ Influences and motivates.<br>○ Takes accountability. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br><br>**UNRELATED (0)**<br><br>**RELATED (1)**<br><br>**STRONGLY RELATED (2)** | Rater 1 = 2<br>Rater 2 = 1<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br><br>**Mean = 1.8**<br>Standard Deviation = 0.4 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Associate Competencies based on APTMetrics Report (2011)* | Performance and Contribution Factors to Consider in Making Manager Quartiling Assignments** | EXTENT OF OVERLAP: HOW RELATED ARE THESE TWO COMPETENCIES? | Ratings |
|---|---|---|---|
| • **Leadership and People Management**<br>○ Takes accountability for his/her actions; readily admits mistakes and helps others learn from them.<br>○ Supports and helps others understand the team's goals.<br>○ Is respectful of others' time; leverages people effectively.<br>○ Provides feedback and support to help team members develop.<br>○ Effectively delegates with appropriate supervision, where applicable.<br>○ Effectively coaches and mentors others. | • **People Development**<br>○ Coaches and develops others. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br>**UNRELATED (0)**<br>**RELATED (1)**<br>**STRONGLY RELATED (2)** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>Standard Deviation = 0 |
| • **Risk Management**<br>○ No behavioral indicators. | • **Risk Management/Firm Reputation**<br>○ Balances risk and reward, protects the firm's reputation and escalates appropriately. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br>**UNRELATED (0)**<br>**RELATED (1)**<br>**STRONGLY RELATED (2)** | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>Standard Deviation = 0 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Associate Competencies based on APTMetrics Report (2011)* | Performance and Contribution Factors to Consider in Making Manager Quartiling Assignments** | EXTENT OF OVERLAP: HOW RELATED ARE THESE TWO COMPETENCIES? | Ratings |
|---|---|---|---|
| • **Reputational Judgment and Compliance**<br>○ No behavioral indicators. | • **Judgment**<br>○ Demonstrates sound judgment and integrity. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br><br>**UNRELATED (0)**<br><br>**RELATED (1)**<br><br>**STRONGLY RELATED (2)** | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br><br>**Mean = 1.0**<br>Standard Deviation = 0 |
| • **Reputational Judgment and Compliance**<br>○ No behavioral indicators. | • **Compliance**<br>○ Demonstrates a commitment to compliance with the firm's policies, including by recognizing, escalating, and proactively seeking guidance on issues. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br><br>**UNRELATED (0)**<br><br>**RELATED (1)**<br><br>**STRONGLY RELATED (2)** | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br><br>**Mean = 1.0**<br>Standard Deviation = 0 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Associate Competencies based on APTMetrics Report (2011)* | Performance and Contribution Factors to Consider in Making Manager Quartiling Assignments** | EXTENT OF OVERLAP: HOW RELATED ARE THESE TWO COMPETENCIES? | Ratings |
|---|---|---|---|
| • **Risk Management**<br>○ No behavioral indicators. | • **Sensitivity to Risk (Revenue)**<br>○ Appropriately sensitive to risk and control related issues, including by proactively soliciting and respecting control-side input, being inclusive in decision making and escalating concerns. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br><br>**UNRELATED (0)**<br><br>**RELATED (1)**<br><br>**STRONGLY RELATED (2)** | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br><br>**Mean = 1.0**<br>Standard Deviation = 0 |

Note. Control-side Empowerment is also a factor to consider while assigning Manager Quartile; however, it applies to non-revenue professionals, who are not relevant to this matter.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Vice President Competencies based on APTMetrics Report (2011)* | Performance and Contribution Factors to Consider in Making Manager Quartiling Assignments** | EXTENT OF OVERLAP: HOW RELATED ARE THESE TWO COMPETENCIES? | RATINGS |
|---|---|---|---|
| • **Client Focus (External/Business Partners)**<br>○ Escalates issues as appropriate.<br>○ Enhances client service; builds strong relationships and acts in a manner that demonstrates respect and strengthens clients' trust.<br>○ Puts our clients' long-term interests first; focuses beyond immediate commercial impact.<br>○ Assesses and understands clients' needs and whether their expectations are being met; implements strategic changes as needed. | • **Client Focus**<br>○ Develops long-term client relationships.<br>○ Prioritizes long-term client interests. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br><br>**UNRELATED (0)**<br><br>**RELATED (1)**<br><br>**STRONGLY RELATED (2)** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br><br>**Mean = 2.0**<br>Standard Deviation = 0 |
| • **Commercial Effectiveness**<br>○ Demonstrates professional excellence (i.e., high quality service, responsiveness, thoughtful advice and outstanding execution).<br>○ Contributes to the firm's results; exhibits a commercial mindset.<br>○ Leverages the firm's resources effectively to ensure commercial impact.<br>○ Delivers creative solutions based on clients' needs.<br>○ Identifies and implements new ways to improve products, services, and processes. | • **Commercial Contributions**<br>○ Contributes to the firm's results.<br>○ Facilitates commercial outcomes. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br><br>**UNRELATED (0)**<br><br>**RELATED (1)**<br><br>**STRONGLY RELATED (2)** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br><br>**Mean = 2.0**<br>Standard Deviation = 0 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Vice President Competencies based on APTMetrics Report (2011)* | Performance and Contribution Factors to Consider in Making Manager Quartiling Assignments** | EXTENT OF OVERLAP: HOW RELATED ARE THESE TWO COMPETENCIES? | RATINGS |
|---|---|---|---|
| • **Communication Effectiveness**<br>○ Communicates what is relevant and important in a clear and concise manner.<br>○ Listens effectively; engages others and ensures common understanding.<br>○ Communicates complex concepts and ideas simply and clearly.<br>○ Provides persuasive arguments; is a strategic influencer.<br>○ Effectively tailors the content and style of communications to the audience.<br>○ Delivers impactful, persuasive presentations.<br>○ Shares relevant information and new ideas within the Division and across the firm, as appropriate. | • **Communication**<br>○ Communicates clearly, concisely and with impact. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br>**UNRELATED (0)**<br>**RELATED (1)**<br>**STRONGLY RELATED (2)** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>Standard Deviation = 0 |
| • **Reputational Judgment and Compliance**<br>○ No behavioral indicators. | • **Compliance**<br>○ Demonstrates a commitment to compliance with the firm's policies, including by recognizing, escalating and proactively seeking guidance on issues. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br>**UNRELATED (0)**<br>**RELATED (1)**<br>**STRONGLY RELATED (2)** | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>Standard Deviation = 0 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Vice President Competencies based on APTMetrics Report (2011)* | Performance and Contribution Factors to Consider in Making Manager Quartiling Assignments** | EXTENT OF OVERLAP: HOW RELATED ARE THESE TWO COMPETENCIES? | RATINGS |
|---|---|---|---|
| • **Culture and Values**<br>○ Demonstrates the highest ethical standards; acts with integrity.<br>○ Acts in accordance with the Business Principles and encourages others to do the same.<br>○ Supports and promotes a culture of dignity and respect.<br>○ Acts according to and helps to reinforce the firm's culture.<br>○ Contributes time to recruiting, training and other citizenship-related activities.<br><br>• **Diversity and Inclusion**<br>○ Supports an inclusive environment; ensures team members are supported and can express diverse perspectives.<br>○ Demonstrates a respect for diversity; avoids and discourages stereotyping.<br>○ Is sensitive to cross-cultural issues; leads across regional/global businesses in an inclusive manner.<br>○ Hires, develops, and retains diverse employees.<br>○ Participates in and is an effective advocate for diversity-related activities.<br>○ Communicates the business case for diversity. | • **Culture Carrier and Code of Conduct**<br>○ Acts as a role model, promotes teamwork and citizenship activities.<br>○ Creates a diverse and inclusive environment.<br>○ Encourages diversity of thought.<br>○ Adheres to our business principles and the code of conduct. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br><br>**UNRELATED (0)**<br><br>**RELATED (1)**<br><br>**STRONGLY RELATED (2)** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br><br>**Mean = 2.0**<br>Standard Deviation = 0 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Vice President Competencies based on APTMetrics Report (2011)* | Performance and Contribution Factors to Consider in Making Manager Quartiling Assignments** | EXTENT OF OVERLAP: HOW RELATED ARE THESE TWO COMPETENCIES? | RATINGS |
|---|---|---|---|
| • **Technical/Functional Effectiveness**<br>o Uses appropriate judgment.<br>o Ensures the accuracy of own and others' work.<br>o Is seen as a subject matter/ technical expert; is a trusted advisor.<br>o Successfully manages multiple, complex projects and competing priorities within agreed timeframes and budget constraints.<br>o Takes initiative to broaden his/her knowledge; provides technical recommendations and advice.<br>o Ensures work aligns with the broader divisional and firmwide strategies. | • **Functional and Technical Skills**<br>o Demonstrates subject matter/technical expertise. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br><br>**UNRELATED (0)**<br><br>**RELATED (1)**<br><br>**STRONGLY RELATED (2)** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br><br>**Mean = 2.0**<br>Standard Deviation = 0 |
| • **No comparable competency.** | • **Judgment**<br>o Demonstrates sound judgment and integrity. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br><br>**UNRELATED (0)**<br><br>**RELATED (1)**<br><br>**STRONGLY RELATED (2)** | **Not Applicable** |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Vice President Competencies based on APT*Metrics* Report (2011)* | Performance and Contribution Factors to Consider in Making Manager Quartiling Assignments** | EXTENT OF OVERLAP: HOW RELATED ARE THESE TWO COMPETENCIES? | RATINGS |
|---|---|---|---|
| • **Leadership and People Management**<br>○ Takes accountability for his/her actions; maintains an environment that promotes and reinforces accountability.<br>○ Strikes a proper balance between delegating responsibility and appropriate supervision.<br>○ Provides candid, constructive, and timely feedback to help team members develop.<br>○ Is respectful of others' time; leverages people effectively.<br>○ Effectively coaches and mentors others.<br>○ Recruits, manages, and develops team members effectively.<br>○ Provides others with opportunities for development, visibility to senior people and a platform to achieve their career goals.<br>○ Builds support for the strategic vision; provides clear direction based on business goals. | • **Leadership**<br>○ Influences and motivates.<br>○ Takes accountability. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br><br>**UNRELATED (0)**<br><br>**RELATED (1)**<br><br>**STRONGLY RELATED (2)** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br><br>**Mean = 2.0**<br>Standard Deviation = 0 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Vice President Competencies based on APTMetrics Report (2011)* | Performance and Contribution Factors to Consider in Making Manager Quartiling Assignments** | EXTENT OF OVERLAP: HOW RELATED ARE THESE TWO COMPETENCIES? | RATINGS |
|---|---|---|---|
| • **Leadership and People Management**<br>○ Takes accountability for his/her actions; maintains an environment that promotes and reinforces accountability.<br>○ Strikes a proper balance between delegating responsibility and appropriate supervision.<br>○ Provides candid, constructive, and timely feedback to help team members develop.<br>○ Is respectful of others' time; leverages people effectively.<br>○ Effectively coaches and mentors others.<br>○ Recruits, manages, and develops team members effectively.<br>○ Provides others with opportunities for development, visibility to senior people and a platform to achieve their career goals.<br>○ Builds support for the strategic vision; provides clear direction based on business goals. | • **People Development**<br>○ Coaches and develops others. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br>**UNRELATED (0)**<br>**RELATED (1)**<br>**STRONGLY RELATED (2)** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>Standard Deviation = 0 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Vice President Competencies based on APTMetrics Report (2011)* | Performance and Contribution Factors to Consider in Making Manager Quartiling Assignments** | EXTENT OF OVERLAP: HOW RELATED ARE THESE TWO COMPETENCIES? | RATINGS |
|---|---|---|---|
| • **Risk Management**<br>○ No behavioral indicators. | • **Risk Management/Firm Reputation**<br>○ Balances risk and reward, protects the firm's reputation and escalates appropriately. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br><br>**UNRELATED (0)**<br><br>**RELATED (1)**<br><br>**STRONGLY RELATED (2)** | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br><br>**Mean = 1.0**<br>Standard Deviation = 0 |
| • **Risk Management**<br>○ No behavioral indicators. | • **Sensitivity to Risk (Revenue)**<br>○ Appropriately sensitive to risk and control related issues, including by proactively soliciting and respecting control-side input, being inclusive in decision making and escalating concerns. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br><br>**UNRELATED (0)**<br><br>**RELATED (1)**<br><br>**STRONGLY RELATED (2)** | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br><br>**Mean = 1.0**<br>Standard Deviation = 0 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Vice President Competencies based on APTMetrics Report (2011)* | Performance and Contribution Factors to Consider in Making Manager Quartiling Assignments** | EXTENT OF OVERLAP: HOW RELATED ARE THESE TWO COMPETENCIES? | RATINGS |
|---|---|---|---|
| • **Leadership and People Management**<br>○ Takes accountability for his/her actions; maintains an environment that promotes and reinforces accountability.<br>○ Strikes a proper balance between delegating responsibility and appropriate supervision.<br>○ Provides candid, constructive, and timely feedback to help team members develop.<br>○ Is respectful of others' time; leverages people effectively.<br>○ Effectively coaches and mentors others.<br>○ Recruits, manages, and develops team members effectively.<br>○ Provides others with opportunities for development, visibility to senior people and a platform to achieve their career goals.<br>○ Builds support for the strategic vision; provides clear direction based on business goals. | • **Manager Effectiveness (if applicable)*****<br>○ Communicates a strategic vision and drives execution.<br>○ Inspires and motivates performance; binds people to the firm.<br>○ Fosters the firm's apprenticeship culture by coaching, developing and mentoring people.<br>○ Provides feedback to team members that is constructive, candid, and timely.<br>○ Delegates authority and decision making with appropriate oversight; holds people accountable.<br>○ Demonstrates a commitment to developing a diverse team and brings out the best in all employees.<br>○ Cascades relevant information to team members.<br>○ Credits the team, provides exposure to senior leaders and creates appropriate platforms.<br>○ Respects peoples' time, emphasizes productivity over face time; supports flexibility.<br>○ Accessible; listens well and elicits diverse perspectives. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING (999)**<br><br>**UNRELATED (0)**<br><br>**RELATED (1)**<br><br>**STRONGLY RELATED (2)** | Rater 1 = 2<br>Rater 2 = 1<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br><br>**Mean = 1.8**<br>Standard Deviation = 0.4 |

Note: Control-side Empowerment is also a factor to consider while assigning Manager Quartile; however, it applies to non-revenue professionals, who are not relevant to this matter.

* Source: GS0112986-194 and ** Source: GS0375658-665


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 5B

## QUARTILING RECOMMENDED PRACTICES


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| QUARTILING PROCESS | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **1. Implementation** | | |
| • **Implement ranking systems in cultures that are performance driven and competitive.** | • Meritocracy is a core value of Goldman Sachs as stated in its EEO and AAP Policy: "Meritocracy – the concept that career success at Goldman Sachs depends solely on ability and motivation – is a core value that has been and remains critical to the firm's long term success."<br><br>*Attributions:*<br>○ GS0247595; GS0119559. | Dominick (2009)<br>Guralnik, Rozmarin, and So (2004)<br>Stewart, Gruys, and Storm (2010) |
| • **Ranking should work in tandem with or complement the individual performance review system.** | • Manager Quartiling is a different assessment than the 360 Feedback Review. Scores on the 360 Feedback Review system were (prior to 2016) one input into Manager Quartile assignments.<br>• Manager Quartiling is a relative assessment that reflects an overall assessment of Performance and Contribution, Potential and capability relative to one's peers. The 360 Feedback Review is an absolute assessment that reflects feedback primarily from others on the employee's performance.<br>• As of 2016, the 360 Feedback Review was used primarily for developmental purposes only, whereas Manager Quartiling continues to be used as an input to talent management decisions (e.g., promotions nominations, professional development, promotions).<br><br>*Attributions:*<br>○ GS0378427-436; GS0375291-292; GS0375278. | Campion, Campion, and Campion (2019)<br>Dominick (2009)<br>Grote (2002)<br>Guralnik, Rozmarin, and So (2004)<br>Hazels and Sasse (2008)<br>Weatherly (2004) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| QUARTILING PROCESS | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **1. Implementation (Continued)** | | |
| • **Ranking should work in tandem with or complement the individual performance review system.** | • Manager Quartiling is a different assessment than the 360 Feedback Review. Scores on the 360 Feedback Review system were (prior to 2016) one input into Manager Quartile assignments.<br>• Manager Quartiling is a relative assessment that reflects an overall assessment of Performance and Contribution, Potential and capability relative to one's peers. The 360 Feedback Review is an absolute assessment that reflects feedback primarily from others on the employee's performance.<br>• As of 2016, the 360 Feedback Review was used primarily for developmental purposes only, whereas Manager Quartiling continues to be used as an input to talent management decisions (e.g., promotions nominations, professional development, promotions).<br><br>*Attributions:*<br>○ GS0378427-436; GS0375291-292; GS0375278. | Campion, Campion, and Campion (2019)<br>Dominick (2009)<br>Grote (2002)<br>Guralnik, Rozmarin, and So (2004)<br>Hazels and Sasse (2008)<br>Weatherly (2004) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| QUARTILING PROCESS | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **2. Structural Elements of Forced Ranking** | | |
| • **Criteria for making comparisons include job-related behaviors and traits.** | • Performance and Contribution is an input to Manager Quartiling and, was based on the 360 Feedback Review categories (i.e., client focus, commercial contributions, culture carrier and code of conduct, leadership, people development, judgment, and compliance). These categories reflect validated (job-related) competencies.<br><br>• 360 Feedback Review criteria were inputs to Manager Quartiling assignments. The review criteria are based on competencies validated by PDI and APTMetrics.<br><br>*Attributions:*<br><br>○ GS0378427-436 at 428; GS0109390-399 at 391; GS0109406-410 at 407; GS0109424-429 at 425; GS0109443-448 at 444; GS0375451-457 at 452; GS0375318-322 at 319; GS0375285-293 at 286; GS0375277-284 at 279; GS0375658-665 at 660; GS0109352-369; GS0116319-445; GS1043555-752 | Dominick (2009) |
| • **Criteria for evaluation should be job related and aligned with organizational needs.** | • Manager Quartile assignments are based, in part, on competencies in the 360 Feedback Review. These competencies have been identified as critical to performance in the roles of Associates and Vice Presidents in multiple validation studies.<br><br>• Goldman Sachs' consideration of Potential is intended to identify professionals with the ability to progress to roles of increased scope and complexity.<br><br>*Attributions:*<br><br>○ GS0116319-445; GS1043555-752; GS0375658-665 at 660. | Dominick (2009)<br>Grote (2002)<br>Silzer and Borman (2017)<br>Silzer and Church (2009) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| QUARTILING PROCESS | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **2. Structural Elements of Forced Ranking (Continued)** | | |
| • **Ranking decisions should be made by those with direct knowledge of those being ranked.** | • Manager Quartile assignments are made by Business Unit leaders with input from direct managers.<br>• Managers with intimate knowledge of people's day-to-day activities convene for Manager Quartiling discussions.<br><br>*Attributions:*<br><br>○ Declaration of Jean Marie Bohm, 6/5/14, para 13.<br>○ Declaration of Nora Creedon, 6/30/14, para 8.<br>○ Declaration of Samantha Davidson, 7/1/14, para 12.<br>○ Declaration of John Levene, 6/30/14, para 19.<br>○ Declaration of Todd Lopez, 7/1/14, para 9.<br>○ Declaration of James McNamara, 6/30/14, para 18.<br>○ Deposition of Caroline Heller Sberloti, 7/11/13, p.315. | Dominick (2009) |
| • **Rankings should involve manager collaboration and/or consensus.** | • Precise processes differ by Division and Business Unit, but generally to the extent direct managers are involved, they meet with Business Unit Heads to review and finalize Manager Quartile assignments.<br><br>*Attributions:*<br><br>○ Deposition of Caroline Heller Sberloti, 7/10/13, pp.85-86; 314-316. | Grote (2002)<br>Weatherly (2004) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| QUARTILING PROCESS | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **2. Structural Elements of Forced Ranking (Continued)** | | |
| • **Potential is commonly assessed during ranking.** | • Consideration of Potential has been an input to Manager Quartiling assignments throughout the class period.<br>*Attributions:*<br>○ GS0109390-399 at 391; GS0109406-410 at 407; GS0109424-429 at 425; GS0109443-448 at 444; GS0375451-457 at 452; GS0375318-322 at 319; GS0375285-293 at 286; GS0375277-284 at 279; GS0375658-665 at 660. | Dominick (2009)<br>Grote (2002) |
| **3. Training** | | |
| • **Train managers on use of the ranking system.** | • Training was provided to managers in the form of annual written guidance (e.g., Process Overviews and FAQs, Manager Toolkits), email communications, and through discussion with Human Capital Management and other managers.<br>*Attributions:*<br>○ GS0109352-369; GS0378427-436; GS0109390-399; GS0109406-410; GS0109424-429; GS0109443-448; GS0375451-457; GS0375318-322; GS0375285-293; GS0375277-284; GS0375658-665; GS0109353-365; Deposition of David Landman, 4/3/18, p.265 | Amalfe and Steiner (2005)<br>Dominick (2009)<br>Grote (2002)<br>Stewart, Gruys, and Storm (2010) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## REFERENCES


Amalfe, C. A., & Steiner, E. Q. (2005). Forced ranking systems: Yesterday's legal target? *The New Jersey Law Journal*, *13*, 1-3.

Campion, E.D., Campion, M.C., & Campion, M.A. (2019). Best practices when using 360 feedback for performance appraisal. In A.H. Church, D.W. Bracken, J.W. Fleenor, & D.S. Rose (Eds.), *The Handbook of Strategic 360 Feedback* (pp.19-59). New York: Oxford University Press.

Dominick, P. G. (2009). Forced rankings: Pros, cons, and practices. In J. W. Smither & M. London (Eds.), *Performance Management: Putting Research into Action* (pp.411–443). San Francisco, CA: Jossey-Bass.

Grote, D. (2002). Forced ranking: Behind the scenes. *Across the Board Magazine, Nov/Dec,* 40-45.

Guralnik, O., Rozmarin, E., & So, A. (2004). Forced distribution: Is it right for you? *Human Resource Development Quarterly*, *15*, 339-345.

Hazels, B., & Sasse, C.M. (2008). Forced ranking: A review. *SAM Advanced Management Journal, 73,* 35-39.

Silzer, R. F., & Borman, W.C. (2017). The potential for leadership. In. D.G. Collings, K. Mellahi., & W. Cascio (Eds.). *The Oxford Handbook of Talent Management* (pp. 87-114). Oxford, U.K.: Oxford University Press.

Silzer, R., & Church, A.H. (2009). The pearls and perils of identifying potential. *Industrial and Organizational Psychology, 2,* 377-412.

Stewart, S. M., Gruys, M. L., & Storm, M. (2010). Forced distribution performance evaluation systems: Advantages, disadvantages and keys to implementation. *Journal of Management & Organization*, *16*, 168-179.

Weatherly, L. A. (2004). Performance management series part I: Comparative performance appraisal methods. SHRM Briefly Stated. Retrieved August 19, 2012, from www.shrm.org/Research/Articles/Articles/Pages/Performance_20Management_20Series_20Part_20I__20Comparative_20Performance_20Appraisal_20Methods.aspx



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 5C

## CONSENSUS STUDY 4: COMPARISON OF GOLDMAN SACHS' CONCEPTUALIZATION OF POTENTIAL TO THE LITERATURE


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## APPENDIX 5C

### Consensus Study 4: Comparison of Goldman Sachs' Conceptualization of Potential to the Literature

Goldman Sachs' operational definition of Potential evolved over time as it continuously sought to improve its HR processes. To evaluate the extent to which the operationalization of Potential by Goldman Sachs corresponded to contemporary views of Potential in the research literature in I/O psychology, a panel of I/O psychologists was convened to link the Potential descriptors as they existed at different points in time (early in the class period, the middle of the class period, and late in the class period) to a comprehensive model of Potential from I/O psychology.

Silzer and Church (2009) created a comprehensive model of Potential that captures the multidimensional nature of the construct. It contains three broad dimensions that each subsume a subset of characteristics. The first dimension, known as the Foundational Dimension, is composed of stable individual difference characteristics such as cognitive and personality traits. The second dimension, entitled Growth, is comprised of traits that allow one to develop in certain areas. Growth consists of learning-related and motivational characteristics. The third dimension, Career, is composed of characteristics that are important for career progress, such as leadership, past performance, job knowledge, and values. The table below presents the Silzer and Church (2009) model of Potential in its entirety showing these three high-level dimensions which are further explicated by 27 more specific components. To ensure a common understanding of the 27 components, definitions were obtained from the psychology literature for the Silzer and Church (2009) constructs. Specifically, one Ph.D.-level I/O psychologist searched online psychological research databases to identify definitions that then were reviewed by the I/O panel who reached consensus on the appropriateness of each definition for each construct. The Silzer and Church (2009) model of Potential and corresponding definitions are provided in **Table 4B.1**.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Table 4B.1. Silzer and Church (2009) Components of Potential and Corresponding Definitions**

| Foundational Dimension | | | |
|---|---|---|---|
| | **Component** | **Definition** | **Source** |
| **Cognitive** | **Conceptual or Strategic Thinking** | "Strategic thinking at the individual level comprises three main elements:<br>• a holistic understanding of the organization and its environment<br>• creativity<br>• a vision for the future of the organization" | Bonn (2001), p.64 |
| **Cognitive** | **Cognitive Abilities** | "Abilities that influence the acquisition and application of knowledge in problem solving." | O*NET www.onetonline.org/find/descriptor/browse/Abilities/1.A.1/ |
| **Cognitive** | **Dealing with Complexity** | "As 'complex cognition' we define all mental processes that are used by individuals for deriving new information out of given information, with the intention to solve problems, make decision, and plan actions. The crucial characteristic of 'complex cognition' is that it takes place under complex conditions in which a multitude of cognitive processes interact with one another or with other noncognitive processes." | Knauff and Wolf, (2010), p.100 |
| **Personality** | **Interpersonal Skills** | "This refers to skills related to social sensitivity, relationship building, working with others, listening, and communication." | Lievens and Sackett, (2012), p.460 |
| **Personality** | **Sociability** | "Most of the prominent models of temperament and personality have included sociability as a characteristic, trait or facet and its operationalization revolves around the definition of 'a preference for being with others rather than being alone." | Brook and Schmidt, (2020), p.1 |
| **Personality** | **Dominance** | "The personality trait dominance involves the tendency to behave in assertive, forceful, and self-assured ways." | Anderson and Kilduff (2009), p.491 |
| **Personality** | **Emotional Stability** | Emotional stability refers to the personality trait of being calm, secure, and unemotional. | Barrick, Mount, and Gupta (2003), p.47 |
| **Personality** | **Resilience** | The "…capacity to rebound or bounce back from adversity, conflict, and failure or even positive events, progress, and increased responsibility." | Youssef and Luthans, (2007), p.778 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Growth Dimension | | | |
|---|---|---|---|
| **Learning** | **Adaptability** | Adaptability/Flexibility – being open to change (positive or negative) and to considerable variety in the workplace. | O*NET https://www.onetonline.org/find/descriptor/browse/Work_Styles/ |
| | **Learning Orientation** | Learning orientation is characterized by "… a concern for, and dedication to, developing one's competence." | Gong, Huang, and Farh (2009), p.765 |
| | **Openness to Feedback** | Openness to feedback is characterized by "…an individual's overall receptivity to feedback." | Linderbaum and Levy (2010), p.1372 |
| **Motivation** | **Drive** | "Individual's disposition to work long hours and extend oneself, when needed, to meet job demands and achieve job success." | Lounsbury, Gibson, and Hamrick (2004), p.427 |
| | **Energy** | "Energy or energetic arousal (Thayer, 1989) is the feeling that one is eager to act and capable of acting." | Quinn and Dutton (2005), p.36 |
| | **Achievement Orientation** | "Achievement orientation is conceptualized as a perceptual-cognitive framework that influences how individuals approach, interpret, and respond to achievement activities (Brett & VandeWalle, 1999; Dweck & Leggett, 1988; Elliot & Harackiewicz, 1996). Dweck (1986, 1989) identified two distinct achievement goal orientations: … (b) performance orientation, which focuses on the demonstration of one's ability relative to others." | Kozlowski and Bell (2006), p.902 |
| | **Career Ambition** | Career ambition is characterized by the "…intention to fulfill a top position in the future, to have a high-status position, and to strive for making promotions in their job." | Judge, Van Vianen, and De Pater (2004), p.336 |
| | **Risk Taking** | Risk taking refers "to a specific choice that created a behavioral manifestation of the willingness to be vulnerable." | Colquitt, Scott, and LePine (2007), p.914 |
| | **Results Orientation** | Results orientation is characterized by "being motivated to consistently deliver high-quality results." | Dries and Pepermans (2012), p.365 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Career Dimension | | | |
|---|---|---|---|
| Leadership | **Leadership Capabilities** | Leadership capability is demonstrated by those who "…initiate ideas, informally interact with subordinates, stand up for and support subordinates, take responsibility, develop a group atmosphere, organize and structure work, communicate formally with subordinates, reward and punish subordinates, set goals, make decisions, train and develop employee skills, solve problems, generate enthusiasm." | Aadmodt (2007), p.417 |
| | **Managing People (General)** | A managerial taxonomy includes managing people: guiding, directing, and motivating subordinates and providing feedback; training coaching, and developing subordinates; maintaining good working relationships; coordinating subordinates and other resources; staffing; delegating. | Borman and Brush (1993), pp.11-14 |
| | **Developing Others** | Coaching and Developing Others – developing others is characterized by "… Identifying the developmental needs of others and coaching, mentoring, or otherwise helping others to improve their knowledge or skills." | O*NET https://www.onetonline.org/find/descriptor/browse/Work_Activities/4.A.4/ |
| | **Influencing** | Selling or Influencing Others – influencing is characterized by "… Convincing others to buy merchandise/goods or to otherwise change their minds or actions." | O*NET https://www.onetonline.org/find/descriptor/browse/Work_Activities/4.A.4/ |
| | **Challenging Status Quo** | Proactive behavior is defined as "taking initiative in improving current circumstances; it involves challenging the status quo rather than passively adapting to present conditions." | Ohly and Fritz (2007), p.623 |
| | **Change Management** | Change management is characterized by "… the ability to develop and communicate a vision, as well as skills in making the broad strategic, structural, and policy changes called for by the vision." | Zaccaro and Banks (2004), p.368 |
| Performance Relevant Career Record | **Performance Record Career Relevant** | A performance record is documentation of an employee's work performance, which is defined as "behaviors or actions that are relevant to the goals of the organization in question." | McCloy, Campbell, and Cudeck (1994), p.493 |
| | **Career Experiences** | Career experiences are characterized by the "…sequence of positions, jobs, or occupations that one person engages in during his or her working life." | Cascio and Aguinis (2005), p.212 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Career Dimension (Continued) | | | |
|---|---|---|---|
| Knowledge, Values | **Technical-Functional Skills & Knowledge** | "These capabilities operate in the same way as the leadership skills. They focus on the early indicators that an individual has the preliminary skills for a successful leadership career. The two core functional/technical skill dimensions most relevant to leadership potential (Silzer & Church, 2009) are:<br>• Technical/functional skills in a given area of expertise<br>• Business knowledge (both company and industry specific as well as broader knowledge)<br>Skills in these areas are often specific to a particular career, such as a finance leader or a marketing leader."<br><br>"Functional skills are task-related competencies that are not limited to any particular setting. They include informational and interpersonal skills which are transferable across specific job classifications. Sample functional skills are questioning, organizing, analyzing, listening, forecasting, and decision making." | Church and Silzer (2014), p.55<br><br>Murphy and Jenks (1983), p.81 |
| | **Cultural Fit** | "The extent to which organizational members' behaviors are normatively compliant." | Goldberg, Srivastava, Manian, Monroe, and Potts (2016), pp.1193 |

To examine the degree of overlap, a rating matrix was created that contained the Goldman Sachs' definitions of Potential and the Silzer & Church (2009) components. The Goldman Sachs' definitions of Potential are the following:

- Early Part of Class Period (e.g., 2008):[193]
  - Potential to assume increasing responsibility.
- Middle of Class Period (e.g., 2013):
  - Demonstrated Potential to assume increasing responsibility.
  - Ability to handle and navigate adversity; weathering difficult business cycles.

[193] Other definitions of Potential existed as early as 2007 (GS0109353-365 at 355) but the 2008 definition included in the study was intended to capture the full spectrum of operational definitions.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

  - Judgment in anticipating issues and determining appropriate solutions.
- Late in the Class Period (e.g., 2017):
  - Ability to learn and adapt.
  - Capacity to build and lead teams.
  - Depth of subject matter expertise.
  - Commitment to professional growth.
  - Past performance (Note: When assessing Potential, past performance is an important consideration; however, it is critical to acknowledge that Potential is forward looking and performance is retrospective.)

Two Ph.D.-level I/O psychologists developed a rating scale to capture the extent of the overlap. The scale was comprised of the following three points: 1 = Unrelated, 2 = Related, and 3 = Strongly Related. The I/O panel was asked to identify the strength of the relationship between each Goldman Sachs descriptor of Potential and each of the 27 components of Potential from Silzer and Church (2009). In total, each rater provided 243 ratings (i.e., 9 Goldman Sachs descriptors x 27 Potential constructs from Silzer and Church (2009)).

The five I/O psychologists who participated in Consensus Studies 1-3 also completed this linkage study. The same frame of reference training process that was implemented for Consensus Study 1 was also followed although adapted for this content. Following training, all panel members provided independent ratings that were combined into one Excel file for analysis. Certain a priori criteria were established to determine which ratings required discussion during a consensus meeting. Specifically, linkages for which all panel members provided the same rating were not discussed. Similarly, linkages that contained a combination of only 2s and 3s were not discussed because both ratings indicated that there was a relationship between the descriptors. Linkages consisting of both 1s and 2s, but no 3s, were scrutinized in the consensus meeting since this indicated that the raters did not agree on whether the two constructs were related. Linkages with a two-point difference between ratings were also reviewed (i.e., if any rater provided a rating of 3 while another provided a rating of 1). Complete agreement was achieved for 92 of 243 (38%) linkages, 84 linkages (35%) consisted of 2s and 3s, and 47 (19%) linkages were a combination of 1s and 2s. Lastly, 20 (8%) linkages had two-point differences for which at least one panel member provided a rating of "3 = Strongly Related" while another rater indicated a "1 = Unrelated."

During the consensus meeting, for any linkage with a two-point difference, the I/O psychologists shared their perspectives and continued discussion until they all agreed that the two-


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

point difference could be reduced to a one-point difference or no difference. Likewise, when linkages contained a combination of 1s and 2s, the group discussed their perspectives until consensus was achieved (i.e., ratings of either all 1s or all 2s). All modifications in ratings were incorporated into the Excel file.

**Table 4B.2** presents the post-consensus linkage ratings and means. Of note, 70 linkages (29%) consisted entirely of 3s while 99 (41%) linkages contained both 2s and 3s (i.e., no 1s). Ten percent (10%) of the linkages were all 1s. Moreover, 213 linkages (88%) contained either all 2s, a combination of 2s and 3s, or all 3s. In other words, nearly 90% of the linkages were "Related" or "Strongly Related." Importantly, even the most streamlined operationalization of Potential used early in the class period received average ratings of 2 or higher for all linkages. This linkage study provides strong evidence that the Goldman Sachs' operationalizations of Potential throughout the class period were related to a recognized model of Potential in I/O psychology (Silzer & Church, 2009).


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Table 4B.2. Goldman Sachs' Operationalizations of Potential Compared to Silzer and Church (2009) Components of Potential: Linkage Ratings, Means, and Standard Deviations**

| | | Early in Class Period (e.g., 2008) | Middle of Class Period (e.g., 2013) | | | Late in Class Period (e.g., 2017) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **Potential to assume increasing responsibility** | **Demonstrated potential to assume increasing responsibility** | **Ability to handle and navigate adversity; weathering difficult business cycles** | **Judgment in anticipating issues and determining appropriate solutions** | **Ability to learn and adapt** | **Capacity to build and lead teams** | **Depth of subject matter expertise** | **Commitment to professional growth** | **Past performance (Note: When assessing potential, past performance is an important consideration; however, it is critical to acknowledge that potential is forward looking and performance is retrospective.)** |
| **Foundational: Cognitive** | **Conceptual or Strategic Thinking** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.4**<br>SD = 0.5 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.4**<br>SD = 0.5 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 |
| | **Cognitive Abilities** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.2**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 |
| | **Dealing with Complexity** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.2**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| | | Early in Class Period (e.g., 2008) | Middle of Class Period (e.g., 2013) | | | Late in Class Period (e.g., 2017) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **Potential to assume increasing responsibility** | **Demonstrated potential to assume increasing responsibility** | **Ability to handle and navigate adversity; weathering difficult business cycles** | **Judgment in anticipating issues and determining appropriate solutions** | **Ability to learn and adapt** | **Capacity to build and lead teams** | **Depth of subject matter expertise** | **Commitment to professional growth** | **Past performance** (Note: When assessing potential, past performance is an important consideration; however, it is critical to acknowledge that potential is forward looking and performance is retrospective.) |
| **Foundational: Personality** | **Interpersonal Skills** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.2**<br>SD = 0.4 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.2**<br>SD = 0.4 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.4**<br>SD = 0.5 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 2<br>**Mean = 2.6**<br>SD = 0.5 |
| | **Sociability** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.6**<br>SD = 0.5 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 |
| | **Dominance** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.2**<br>SD = 0.4 | Rate 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.6**<br>SD = 0.5 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 |
| | **Emotional Stability** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.4**<br>SD = 0.5 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.6**<br>SD= 0.5 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 |
| | **Resilience** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.4**<br>SD = 0.5 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.6**<br>SD = 0.5 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean= 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| | | Early in Class Period (e.g., 2008) | Middle of Class Period (e.g., 2013) | | | Late in Class Period (e.g., 2017) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **Potential to assume increasing responsibility** | **Demonstrated potential to assume increasing responsibility** | **Ability to handle and navigate adversity; weathering difficult business cycles** | **Judgment in anticipating issues and determining appropriate solutions** | **Ability to learn and adapt** | **Capacity to build and lead teams** | **Depth of subject matter expertise** | **Commitment to professional growth** | **Past performance (Note: When assessing potential, past performance is an important consideration; however, it is critical to acknowledge that potential is forward looking and performance is retrospective.)** |
| **Growth: Learning** | **Adaptability** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.6**<br>SD = 0.5 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.4**<br>SD = 0.5 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 |
| | **Learning Orientation** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.6**<br>SD = 0.5 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 |
| | **Open to Feedback** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.2**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.2**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.6**<br>SD = 0.5 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| | | Early in Class Period (e.g., 2008) | Middle of Class Period (e.g., 2013) | | | Late in Class Period (e.g., 2017) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **Potential to assume increasing responsibility** | **Demonstrated potential to assume increasing responsibility** | **Ability to handle and navigate adversity; weathering difficult business cycles** | **Judgment in anticipating issues and determining appropriate solutions** | **Ability to learn and adapt** | **Capacity to build and lead teams** | **Depth of subject matter expertise** | **Commitment to professional growth** | **Past performance** (Note: When assessing potential, past performance is an important consideration; however, it is critical to acknowledge that potential is forward looking and performance is retrospective.) |
| **Growth: Motivation** | **Drive** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.2**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>**SD = 0.4** | Rater 1 =2<br>Rater 2 =2<br>Rater 3 =2<br>Rater 4 =2<br>Rater 5 = 3<br>**Mean = 2.2**<br>**SD = 0.4** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 2<br>**Mean = 2.6**<br>SD = 0.5 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 |
| | **Energy** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 =2<br>Rater 2 =2<br>Rater 3 =3<br>Rater 4 =2<br>Rater 5 = 3<br>**Mean = 2.4**<br>SD = 0.5 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.2**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.6**<br>SD = 0.5 | Rater 1 =2<br>Rater 2 =2<br>Rater 3 =2<br>Rater 4 =2<br>Rater 5 = 3<br>**Mean = 2.2**<br>SD = 0.4 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 |
| | **Achievement Orientation** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.6**<br>SD = 0.5 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 |
| | **Career Ambition** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.2**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 |
| | **Risk Taking** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.6**<br>SD = 0.5 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.2**<br>SD = 0.4 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.4**<br>SD = 0.5 |
| | **Results Orientation** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| | | Early in Class Period (e.g., 2008) | Middle of Class Period (e.g., 2013) | | | Late in Class Period (e.g., 2017) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **Potential to assume increasing responsibility** | **Demonstrated potential to assume increasing responsibility** | **Ability to handle and navigate adversity; weathering difficult business cycles** | **Judgment in anticipating issues and determining appropriate solutions** | **Ability to learn and adapt** | **Capacity to build and lead teams** | **Depth of subject matter expertise** | **Commitment to professional growth** | **Past performance** (Note: When assessing potential, past performance is an important consideration; however, it is critical to acknowledge that potential is forward looking and performance is retrospective.) |
| **Career: Leadership** | **Leadership Capabilities** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 |
| | **Managing People (general)** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 =3<br>Rater 2 =3<br>Rater 3 =2<br>Rater 4 =3<br>Rater 5 = 2<br>**Mean = 2.6**<br>SD = 0.5 |
| | **Developing Others** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.6**<br>SD = 0.5 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 =3<br>Rater 2 =3<br>Rater 3 =2<br>Rater 4 =2<br>Rater 5 = 2<br>**Mean = 2.4**<br>SD = 0.5 |
| | **Influencing** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.2**<br>SD = 0.4 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.4**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.4**<br>SD = 0.5 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.4**<br>SD = 0.4 |
| | **Challenging Status Quo** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.4**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.6**<br>SD = 0.5 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.4**<br>SD = 0.5 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.4**<br>SD = 0.4 |
| | **Change Management** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.4**<br>SD = 0.4 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.4**<br>SD = 0.5 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| | | Early in Class Period (e.g., 2008) | Middle of Class Period (e.g., 2013) | | | Late in Class Period (e.g., 2017) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **Potential to assume increasing responsibility** | **Demonstrated potential to assume increasing responsibility** | **Ability to handle and navigate adversity; weathering difficult business cycles** | **Judgment in anticipating issues and determining appropriate solutions** | **Ability to learn and adapt** | **Capacity to build and lead teams** | **Depth of subject matter expertise** | **Commitment to professional growth** | **Past performance** (Note: When assessing potential, past performance is an important consideration; however, it is critical to acknowledge that potential is forward looking and performance is retrospective.) |
| **Career: Performance** | **Performance Record - Career Relevant** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.2**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.2**<br>SD = 0.4 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.2**<br>SD = 0.4 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 |
| | **Career Experiences** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.6**<br>SD = 0.5 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.6**<br>SD = 0.5 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.4**<br>SD = 0.5 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 2<br>**Mean = 2.8**<br>SD = 0.4 |
| **Career: Knowledge, Values** | **Technical - Functional Skills & Knowledge** | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 2<br>Rate 5 = 2<br>**Mean = 2.2**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.8**<br>SD = 0.4 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 3<br>Rater 5 = 3<br>**Mean = 3.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 3<br>Rater 2 = 3<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.6**<br>SD = 0.5 |
| | **Cultural Fit** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.2**<br>SD = 0.4 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 3<br>**Mean = 2.2**<br>SD = 0.4 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean = 1.0**<br>SD = 0 | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 3<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.2**<br>SD = 0.4 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**References**

Aamodt, M. G. (2007). *Industrial/Organizational Psychology: An Applied Approach*. Belmont, CA: Thomas Learning Inc.

Anderson, C., & Kilduff, G. J. (2009). Why do dominant personalities attain influence in face-to-face groups? The competence-signaling effects of trait dominance. *Journal of Personality and Social Psychology*, *96*, 491-503.

Barrick, M. R., Mount, M. K., & Gupta, R. (2003). Meta-analysis of the relationship between the five-factor model of personality and Holland's occupational types. *Personnel Psychology*, 56, 45-74.

Bonn, I. (2001). Developing strategic thinking as a core competency. *Management Decision*, *39*, 63-71.

Borman, W. C., & Brush, D. H. (1993). More progress toward a taxonomy of managerial performance requirements. *Human Performance*, *6*, 1-21.

Brook, C. A., & Schmidt, L. A. (2020). Lifespan trends in sociability: Measurement invariance and mean-level differences in ages 3 to 86 years. *Personality and Individual Differences*, *152*, *109579*, 1-9.

Cascio, W.F., & Aguinis, H. (2005). *Applied Psychology in Human Resource Management (6th ed.).* Upper Saddle River, NJ: Pearson Prentice Hall.

Church, A. H., & Silzer, R. (2014). Going behind the corporate curtain with a blueprint for leadership potential. *People & Strategy*, *36*(4), 50-58.

Colquitt, J. A., Scott, B. A., & LePine, J. A. (2007). Trust, trustworthiness, and trust propensity: A meta-analytic test of their unique relationships with risk taking and job performance. *Journal of Applied Psychology*, *92*, 909-927.

Dries, N., & Pepermans, R. (2012). How to identify leadership Potential: Development and testing of a consensus model. *Human Resource Management*, *51*, 361-385.

Goldberg, A., Srivastava, S. B., Manian, V. G., Monroe, W., & Potts, C. (2016). Fitting in or standing out? The tradeoffs of structural and cultural embeddedness. *American Sociological Review*, *81*(6), 1190-1222.

Gong, Y., Huang, J. C., & Farh, J. L. (2009). Employee learning orientation, transformational leadership, and employee creativity: The mediating role of employee creative self-efficacy. *Academy of Management Journal*, 52, 765-778.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Judge, T.A., Van Vianen, A.E. M., & De Pater, I.E. (2004) Emotional Stability, Core Self-Evaluations, and Job Outcomes: A Review of the Evidence and an Agenda for Future Research. *Human Performance, 17*, 325-346.

Knauff, M., & Wolf, A. G. (2010). Complex cognition: the science of human reasoning, problem-solving, and decision-making. *Cognitive Processing, 11*, 99–102.

Kozlowski, S. W. J., & Bell, B. S. (2006) Disentangling achievement orientation and goal setting: Effects on self-regulatory processes. *Journal of Applied Psychology, 91*, 900-916.

Lievens, F., & Sackett, P. R. (2012). The validity of interpersonal skills assessment via situational judgment tests for predicting academic success and job performance. *Journal of Applied Psychology*, *97*, 460 - 468.

Linderbaum, B. A., & Levy, P. E. (2010). The development and validation of the Feedback Orientation Scale (FOS). *Journal of Management*, *36*, 1372-1405.

Lounsbury, J. W., Gibson, L. W., & Hamrick, F. L. (2004). The development and validation of a personological measure of work drive. *Journal of Business and Psychology*, *18*, 427-451.

McCloy, R. A., Campbell, J. P., & Cudeck, R. (1994). A confirmatory test of a model of performance determinants. *Journal of Applied Psychology, 79*, 493–505.

Murphy, C., & Jenks, L. (1983). Getting a Job After College—What Skills are Needed? *Journal of Career Education*, *10*(2), 80-93.

Ohly, S., & Fritz, C. (2007). Challenging the status quo: What motivates proactive behaviour? *Journal of Occupational and Organizational Psychology*, *80*, 623-629.

O*NET https://www.onetonline.org/find/descriptor/browse/Abilities/1.A.1/; accessed 1/28/20.

O*NET https://www.onetonline.org/find/descriptor/browse/Work_Styles/; accessed 1/28/20.

O*NET https://www.onetonline.org/find/descriptor/browse/Work_Activities/4.A.4/; accessed 1/28/20.

Quinn, R. W., & Dutton, J. E. (2005). Coordination as energy-in-conversation. *Academy of Management Review*, *30*, 36-57.

Silzer, R., & Church, A.H. (2009). The pearls and perils of identifying potential. *Industrial and Organizational Psychology, 2,* 377-412.

Youssef, C. M., & Luthans, F. (2007). Positive organizational behavior in the workplace: The impact of hope, optimism, and resilience. *Journal of Management*, *33*, 774-800.

Zaccaro, S. J., & Banks, D. (2004). Leader visioning and adaptability: Bridging the gap between research and practice on developing the ability to manage change. *Human Resource Management Journal*, 43, 367–380.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 5D

## MANAGER QUARTILING PROCESS GUARDRAILS


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# Manager Quartiling Guardrails

**Policy:**

- **Requirement to Conform to Manager Quartile distribution (+/- 2%)** [1]
- **EEO Policy**[2]
- **AA Policy**[2]

**Guidance/ Training:**

- **Human Capital Management Available to Answer Questions**[3]
- **Firmwide Guidance Issued**[4]**:**
  - Performance Quartiling and "At Risk" Flagging: Process Overview
  - Manager Performance Rating Toolkit
  - 2016 Quartiling Guidelines & Best Practices
  - Manager Performance Quartiling (2017)
- **Additional Factors to Consider (guidance provided to managers to mitigate bias)**[5]

**Oversight:**

- **Business Unit Head Review**[7]
- **Divisional Review**[3]
- **Divisional Human Capital Management Review**[6]

**Performance and Contribution** + **Potential** = **Manager Performance Quartile**


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Sources**

1. GS0153476-489
2. GS0247595; GS0119559
3. GS0375658-665 at 664
4. GS0109390-399; GS0109406-410; GS0109424-429; GS0109443-448; GS0375451-457; GS0375318-322; GS0375285-293; GS0375277-284; GS0375658-665; GS0109352-369; GS0378427-436
5. GS0375277-284 at 280
6. GS0375451-457 at 454
7. Deposition of Caroline Heller Sberloti, 7/10/2013, p.86


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 5E

## STATISTICAL STUDY 3: EXAMINATION OF THE INTRA-RATER TEMPORAL CONSISTENCY OF MANAGER QUARTILE ASSIGNMENTS DETAILS AND RESULTS


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 5E

## Statistical Study 3: Examination of Intra-Rater Temporal Consistency of Manager Quartile Assignments Details and Results

The Manager Quartile is a categorical assignment of professionals to one of the quartiles or performance buckets based on experience, position, and peer group. Managerial Quartile assignment represents relative performance rather than absolute performance. While 360 Feedback Review ratings may be clustered at the upper end of a scale (i.e., negatively skewed), the use of a quartile-based mechanism produces separation at the upper end of the performance continuum. Analogous to Statistical Study 2, the temporal consistency of Manager Quartile assignments was evaluated in Statistical Study 3 by correlating the Manager Quartile assignment of a reviewee in one year with the Manager Quartile assignment in the following year. As explained in Statistical Study 2, this is an approach to evaluating the reliability of Manager Quartile assignments. These analyses provided an indication of the degree of temporal consistency of the Manager Quartile assignments. Once again, perfect temporal consistency is not expected because performance is dynamic and may change from year to year.

The same factors described in Statistical Study 2, again, may influence the magnitude of the observed relationship between variables at two points in time as described for Statistical Study 2. Especially relevant for these analyses is that some degree of Manager Quartile assignment change over time was expected based on a variety of factors (e.g., reviewees' development of skillsets, changes in business conditions from year to year, fluctuations in reviewee performance from year to year). No change in Manager Quartile assignment from year to year would potentially suggest a concerning level of organizational rigidity. Some amount of movement in Manager Quartile assignments from year to year was expected, which consequently results in a lower magnitude of temporal consistency.

### Data

I analyzed data from 2003 to 2018 with the following variables used in this study:

- Employee ID – a unique employee identifier.
- Year – fiscal year associated with Manager Quartile assignment.
- Corporate Title (i.e., Associate, Vice President).


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- Division (i.e., IBD, IMD, Securities).
- Manager Quartile – quartile assigned.

There were contextual factors that were important to ensuring the appropriate analyses were conducted. First, the use of Manager Quartiles that can be analyzed (as opposed to categorizations of primarily 1's and 5's) began in different years for each Division:

- IBD Manager Quartiles data can be analyzed from 2005 forward.
- IMD Manager Quartiles data can be analyzed from 2008 forward.
- Securities Manager Quartiles data can be analyzed in 2003-2004 and from 2006 forward.

Data outside of these years for each Division did not conform to the prevailing Manager Quartile assignment designations of the last decade and thus only data in the years specified above through 2018 are meaningful for addressing the question of temporal consistency. Second, Manager Quartiles were implemented using either four or five groupings. Although the groupings were quartile-based (i.e., target roughly 25% in each), there were specific timeframes in which the percentages associated with each of the groupings differed. A designation of Q1 always indicated the top 25% of performers (i.e., strongest performance and potential relative to peers), but designations of Q2 or Q3 (indicating the two middle quartiles) were either used as separate categories or combined into a Q2/3 designation depending on the year. Similarly, the bottom 25% was either a single category (Q4, indicating the bottom quartile) or divided into two groupings for which a Q5 designation indicated the bottom 10% and a Q4 designation indicated the remainder of the bottom quartile. The following quartile groupings were used:

- Five quartiles: Managers assigned professionals to Q1 (1st – 25th percentile), Q2 (26th – 50th percentile), Q3 (51st – 75th percentile), Q4 (76th – 89th percentile), and Q5 (90th – 99th percentile).
- Four quartiles (with Q2/3 combined): Managers assigned professionals to Q1 (1st – 25th percentile), Q2/3 (26th – 75th percentile), Q4 (76th – 89th percentile), and Q5 (90th – 99th percentile).
- Four quartiles: Managers assigned professionals to Q1 (1st – 25th percentile), Q2 (26th – 50th percentile), Q3 (51st – 75th percentile), and Q4 (76th – 99th percentile).


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- 2015 to 2018: All three Divisions allowed managers to assign professionals to Q1 (1st – 25th percentile), Q2 (26th – 50th percentile), Q3 (51st – 75th percentile), and Q4 (76th – 99th percentile).

These four or five category designations were the operational standard for specific ranges of years within each Division as follows:

- IBD used five quartiles prior to 2007, four quartiles (with Q2/3 combined) from 2007 to 2014, and four quartiles from 2015 forward.
- IMD used four quartiles (with 2/3 combined) from 2007 to 2011, five quartiles from 2012 to 2014, and four quartiles from 2015 forward.
- Securities used five quartiles in 2003 and 2004, four quartiles (with Q2/3 combined) from 2006 to 2010, five quartiles from 2011 to 2014, and four quartiles from 2015 forward.[194]

To ensure proper comparison of assignments at two points in time, it was necessary that the quartile framework was the same at both points in time (i.e., without a similar framework, it was not possible to determine if a reviewee remained in the same assigned quartile or changed assigned quartiles from Time 1 to Time 2). When the quartile groupings changed, a "transition year" was identified for which analyses were not feasible. For example, in IBD the year pairings of 2006-2007 and 2014-2015 were considered transition years because the number of quartile groupings changed, and an analysis of temporal consistency would be confounded. The transition years were excluded in year-to-year analyses and only those timeframes in which the groupings remained the same were analyzed. In preparing the dataset for analyses, these contextual factors were taken into account. Additionally, data quality was evaluated to identify whether any records should be excluded from the analysis dataset. Records were excluded for the following reasons:

- In a given year, the Manager Quartile assignment was missing.
- Manager Quartile assigned did not correspond to the prevailing groupings of that year (e.g., assigned a Q2/3 in 2015 to 2018 when only Q1, Q2, Q3, and Q4 were used).
- Reviewee did not have records in both years of a year pairing.

[194] Manager Quartile data for 2005 in Securities had no assignments made to Q2, Q3, or Q2/3. This deviated from what is typical and expected for quartile assignments and, as such, this specific year was excluded from quartile analyses for the Securities division.

- Reviewee only had one record in the dataset (which did not allow for comparison of assignments at two different times).
- The reviewee's Division or Corporate Title changed between years in a pairing.

**Analyses and Results**

Once the Time 1 to Time 2 year pairings were established, the degree of temporal consistency was evaluated using Spearman correlations. This metric ranges from -1.0 to 1.0 and is interpreted the same as Pearson correlations. The Spearman correlation is a non-parametric indicator of the strength and direction of a monotonic relationship between two ordinal variables. In my experience, the choice between Spearman and Pearson metrics very rarely impacts conclusions, but because ordinal variables such as the Manager Quartile assignments often do not follow a normal distribution, and may violate assumptions of a parametric statistical test, the use of non-parametric statistics that do not rely on a specific distribution is often preferred. Thus, the Spearman correlation was used for these analyses because the Manager Quartiles represented ordinal categories into which individuals were placed.

The analysis strata for Statistical Study 3 were comprised of the unique combination of Division, Corporate Title, and Year Pairing. Analyses were conducted only when the sample size for a given strata was 30 or more. This minimum sample size was derived, in part, using a power analysis ($\alpha$=.05, $\beta$=.80, estimated correlation=.50). This resulted in the calculation of 31 Time 1 – Time 2 correlation coefficients for Associates and the calculation of 31 Time 1 – Time 2 correlation coefficients for Vice Presidents. In total, 20,551 records containing Time 1 – Time 2 data for 7,260 reviewees[195] were available for conducting quartile-based analyses. **Table 5E.1** presents the number of reviewees by analysis strata. Year pairings that had no data for any Division or that were part of a transition as noted above are not included in the table since analyses could not be performed.

[195] A reviewee was included in multiple strata, for example, if Manager, Corporate Title, and Division stayed the same and ratings were available for 2009, 2010, and 2011 then the reviewee would have one record in the 2009-2010 analysis and one record in the 2010-2011 analysis, with data from the relevant years included as Time 1 or Time 2.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Table 5E.1. Number of Reviewees by Division, Corporate Title, and Year Pairing | | | | | | |
|---|---|---|---|---|---|---|
| **Year Pairing** | **IBD** | | **IMD** | | **Securities** | |
| | **Associate** | **Vice President** | **Associate** | **Vice President** | **Associate** | **Vice President** |
| 2003-2004 | | | | | 316 | 596 |
| 2005-2006 | 78 | 165 | | | | |
| 2006-2007 | | | | | 342 | 752 |
| 2007-2008 | 101 | 168 | 112 | 479 | 305 | 793 |
| 2008-2009 | 104 | 144 | 115 | 515 | 227 | 773 |
| 2009-2010 | 119 | 150 | 124 | 509 | 197 | 802 |
| 2010-2011 | 131 | 178 | 149 | 579 | | |
| 2011-2012 | 134 | 208 | | | 158 | 730 |
| 2012-2013 | 130 | 211 | 142 | 618 | 140 | 701 |
| 2013-2014 | 135 | 187 | 123 | 740 | 103 | 599 |
| 2015-2016 | 166 | 207 | 157 | 893 | 113 | 544 |
| 2016-2017 | 220 | 229 | 175 | 963 | 141 | 550 |
| 2017-2018 | 147 | 195 | 148 | 964 | 146 | 511 |

Note: 1) Analyses were conducted only when the quartile process remained the same for a year pairing. 2) Blank cells indicate insufficient data.

**Table 5E.2** provides temporal consistency statistics for the Manager Quartile assignment for each combination of Division, Corporate Title, and Year pairing when sample sizes permitted.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| **Table 5E.2. Temporal Consistency (Spearman Correlations) of Manager Quartile Assignment** | | | | | | |
|---|---|---|---|---|---|---|
| **Year Pairing** | **IBD** | | **IMD** | | **Securities** | |
| | **Associate** | **Vice President** | **Associate** | **Vice President** | **Associate** | **Vice President** |
| 2003-2004 | | | | | .67 | .67 |
| 2005-2006 | .55 | .63 | | | | |
| 2006-2007 | | | | | .58 | .63 |
| 2007-2008 | .56 | .53 | .52 | .62 | .52 | .57 |
| 2008-2009 | .41 | .35 | .37 | .58 | .47 | .60 |
| 2009-2010 | .58 | .54 | .53 | .63 | .60 | .66 |
| 2010-2011 | .70 | .57 | .61 | .65 | | |
| 2011-2012 | .72 | .66 | | | .62 | .70 |
| 2012-2013 | .69 | .64 | .68 | .73 | .62 | .76 |
| 2013-2014 | .51 | .67 | .57 | .76 | .56 | .71 |
| 2015-2016 | .58 | .65 | .38 | .71 | .63 | .70 |
| 2016-2017 | .63 | .69 | .68 | .77 | .65 | .73 |
| 2017-2018 | .58 | .65 | .62 | .75 | .57 | .68 |
| **Average** | **.59** | **.60** | **.55** | **.69** | **.59** | **.67** |

Note: 1) Blank cells indicate insufficient data. 2) All individual correlations in this table are statistically significant ($p < .01$).

For Associates, the magnitude of the individual correlations in Table 5E.2 ranged from .37 to .72, with an average of .58 and for Vice Presidents, the magnitude of the individual correlations ranged from .35 to .77, with an average of .65. These results comport with what is typically observed in the I/O psychology literature. For example, Sturman, Cheramie, and Cashen (2005), found an average estimate of temporal consistency over a one year period for subjective ratings of a jobs with high complexity (roles in the corporate titles of Associate and Vice President are considered to be highly complex) of .59 (95% confidence interval for meta-analytic estimate of .55 to .62). Using this as a benchmark, the results of Statistical Study 3 provide strong evidence of temporal consistency in Manager Quartile assignments. Given the variability naturally expected from the time interval and managerial judgment involved in making Manager Quartile


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

assignments, these data suggest that there is sufficient temporal consistency of the Manager Quartile assignments.[196]

**Appendix 5E Summary**

I conducted intra-rater reliability analyses of Manager Quartile assignments across a one-year time interval to evaluate temporal consistency. Some variance over time was expected and was appropriate; however, a sufficient degree of consistency is also desirable according to common expectations in the field. To evaluate this temporal consistency, Spearman correlations were computed by comparing Manager Quartile assignments from year to year. As with the previous analyses, all correlations were statistically significant. Once again, the magnitude of these results comports with what is typically observed in the I/O psychology literature. The results of Statistical Study 3 provide strong evidence of temporal consistency in Manager Quartile assignments.

[196] Although the Spearman correlation is the most appropriate statistic for these analyses, I also calculated Pearson correlations to examine the extent to which these different analysis methods converged. As expected, for both Associates and Vice Presidents, respectively, there was a high degree of correspondence (i.e., within +/- .05 of each other) of Manager Quartile-based intra-rater reliability estimates regardless of whether Spearman or Pearson correlations were calculated.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## References

Sturman, M.C., Cheramie, R.A., & Cashen, L.H. (2005). Temporal consistency, stability, and test-retest reliability of employee job performance ratings. *Journal of Applied Psychology, 90,* 269-283.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 5F

## STATISTICAL STUDY 4: EXAMINATION OF THE RELATIONSHIP BETWEEN 360 FEEDBACK REVIEW RATINGS AND MANAGER QUARTILE ASSIGNMENTS DETAILS AND RESULTS


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 5F

## Statistical Study 4: Examination of the Relationship Between the 360 Feedback Review Overall Scores and Manager Quartile Assignments Details and Results

Statistical Studies 1 through 3 all provide support for the reliability of the 360 Feedback Review and Manager Quartile assignments. Statistical Study 4 was conducted to evaluate evidence relevant to both the reliability and validity of the 360 Feedback Review and the Manager Quartile assignments. Specifically, analyses for Statistical Study 4 correlate 360 Feedback Review scores with Manager Quartile assignments to examine the extent to which they are related.

If variables are measured in a considerably unreliable way, this would attenuate the relationship and make it difficult to impossible to find a significant and meaningful correlation between the two measures. In other words, unreliable measures mathematically limit the magnitude of a correlation between two variables. Given this fact, the analyses conducted in Statistical Study 4 provide insight into the reliability of these two performance measures and can be interpreted in conjunction with the findings from Statistical Studies 1, 2, and 3.

Analyses in this study can also further substantiate the validity of the 360 Feedback Review and Manager Quartile assignments. Validity evidence may be accumulated in many forms. A common indicator of validity is the extent to which a measure relates to other measures of the same (or similar) underlying construct or object. This concept is referred to as convergent validity (Campbell & Fiske, 1959; Watson, 2012). To illustrate this concept, suppose a researcher develops a new assessment intended to measure the underlying construct of conscientiousness (a personality trait). To determine if there is evidence that the assessment is measuring conscientiousness, the researcher has individuals take the new assessment, as well as a second established assessment that is also intended to measure conscientiousness. If a significant correlation (in a positive direction) is found between scores for the same people on these two assessments, this provides evidence of convergent validity (i.e., evidence that the new assessment is measuring the intended, underlying construct of conscientiousness).

This concept of convergent validity can intuitively be applied to the relationship between the 360 Feedback Review score and the Manager Quartile assignment. According to the *SIOP Principles* (2018), convergent evidence is "Evidence based on the relationship between test scores and other measures of the same or related construct" (p.47). Although the 360 Feedback Review


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

score was an input into the Manager Quartile assignment, both procedures were intended to capture how well an individual was performing (i.e., they were both measures of job performance). Since both are measures of performance, it is reasonable to expect that scores from these two procedures would be correlated. A statistically significant correlation in the positive direction would provide evidence of convergent (construct) validity for both the 360 Feedback Review and the Manager Quartile assignments.

Even though a significant correlation is anticipated based on theory, the magnitude of this correlation may be attenuated by the fact that they measure different aspects of performance since Manager Quartiling assesses both Performance and Contribution (similar to the 360 Feedback Review) and Potential (not directly measured in the 360 Feedback Review). The correlation may also be attenuated because the 360 Feedback Review and Manager Quartile assignments measure performance using different methods. The 360 Feedback Review requires managers to evaluate individuals in relation to an absolute standard defined by the rating scale, while the Manager Quartile assignments represent a relative performance evaluation. A correlation created between measures derived from different methods will likely be lower than one derived based on measures using the same method (Watson, 2012). Given the methodological differences, the magnitude of the observed convergent validity correlations may be smaller, however, a significant correlation between the 360 Feedback Review and Manager Quartile assignment is still consistent with theory.

The empirical literature provides typical estimates of the expected magnitude of this relationship. For example, Goffin, Gellatly, Paunonen, Jackson, and Meyer (1996) correlated absolute measures of performance with measures where individuals were compared to each other (i.e., relative ratings). They obtained correlations ranging from .20 to .37. In a later study, Goffin and his colleagues again examined the relationship between absolute and relative measures and found correlations ranging from .61 to .78 (Goffin, Jelley, Powell, & Johnston, 2009). Relatedly, King, Hunter, and Schmidt (1980) studied police officers and found that Commander rankings correlated .30 with a performance graphical rating scale (an absolute measure). These studies provide a general indication of the typical magnitude of correlations that have been observed in field studies.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Data**

The dataset used was the same as Statistical Study 3. Statistical Study 4 also used a 360 Feedback Review overall score (based on a 5-point scale prior to 2010 and a 9-point scale from 2010 onward). Some of the same considerations applied to prior studies are also relevant in Study 4 (e.g., the years in which each Division began using Manager Quartiles). On the other hand, considerations inherent to the temporal consistency study design (e.g., factors related to analyzing data in consecutive years) are not relevant here because the analyses in Statistical Study 4 are conducted using data from the same time period. For Statistical Study 4, the primary requirement was that, in a given year, a reviewee must have a 360 Feedback Review overall score and a Manager Quartile assignment score.

As with prior studies, data quality was evaluated to determine if any records should be excluded from the analyses. Reasons for excluding records include the following:

- In a given year, either the 360 Feedback Review overall score or the Manager Quartile assignment was missing.
- Manager Quartile assigned did not correspond to the prevailing groupings of that year (e.g., assigned a Q2/3 in 2015 to 2018 when only 1, 2, 3, and 4 were to be used).
- Years when the Manager Quartile process did not conform to quartile assignment designations, as described in Study 3 (i.e., IBD prior to 2005, IMD prior to 2007, Securities prior to 2005).
- Years in which a quantitative 360 Feedback Review overall score was not available (i.e., 2016 forward).

**Analyses and Results**

The relationship between an individual's 360 Feedback Review overall score and a Manager Quartile assignment was evaluated using a Spearman correlation. As noted in Statistical Study 3, the Spearman was appropriate to use because of the ordinal characteristics of the Manager Quartile assignment variable. Also similar to prior studies, analyses were conducted for each strata based on the unique combination of Division, Corporate Title, and Year. Analyses were conducted only when the sample size for a given strata was 30 or more. This minimum sample size was derived, in part, using a power analysis ($\alpha$=.05, $\beta$=.80, estimated correlation=.50). This resulted in the calculation of 32 correlation coefficients for Associates and the calculation of 32 correlation


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

coefficients for Vice Presidents. In total, 28,843 records, spanning 8,337 reviewees[197] were available for conducting the analyses. **Table 5F.1** presents the number of reviewees analyzed in each strata.

| Table 5F.1. Number of Reviewees by Division, Corporate Title, and Year | | | | | | |
|---|---|---|---|---|---|---|
| Year | IBD | | IMD | | Securities | |
| | Associate | Vice President | Associate | Vice President | Associate | Vice President |
| 2003 | | | | | 162 | 439 |
| 2004 | | | | | 529 | 787 |
| 2005 | 42 | 103 | | | | |
| 2006 | 182 | 240 | | | 671 | 958 |
| 2007 | 250 | 274 | 209 | 574 | 639 | 1,073 |
| 2008 | 170 | 195 | 189 | 583 | 503 | 1,083 |
| 2009 | 210 | 198 | 209 | 606 | 396 | 985 |
| 2010 | 214 | 229 | 255 | 680 | 343 | 1,009 |
| 2011 | 241 | 250 | 292 | 682 | 322 | 945 |
| 2012 | 230 | 273 | 263 | 727 | 275 | 890 |
| 2013 | 241 | 265 | 239 | 840 | 234 | 810 |
| 2014 | 265 | 265 | 263 | 913 | 224 | 790 |
| 2015 | 312 | 320 | 292 | 1,028 | 218 | 761 |

Note: 1) Blank cells indicate insufficient data.

**Table 5F.2** provides the Spearman correlations between the 360 Feedback Review overall score and Manager Quartile assignment for each combination of Division, Corporate Title, and Year when sample sizes permitted.

[197] A reviewee could be included in multiple strata, for example, an individual may have records from multiple years (e.g., 2007, 2008, and 2009) that would be analyzed within the respective strata.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Table 5F.2. Spearman Correlation Between 360 Feedback Review Overall Score and Manager Quartile Assignment | | | | | | |
|---|---|---|---|---|---|---|
| Year | IBD | | IMD | | Securities | |
| | Associate | Vice President | Associate | Vice President | Associate | Vice President |
| 2003 | | | | | .77 | .69 |
| 2004 | | | | | .67 | .74 |
| 2005 | .86 | .72 | | | | |
| 2006 | .79 | .65 | | | .62 | .71 |
| 2007 | .73 | .66 | .42 | .47 | .68 | .70 |
| 2008 | .64 | .60 | .50 | .45 | .60 | .66 |
| 2009 | .70 | .64 | .52 | .50 | .57 | .66 |
| 2010 | .62 | .63 | .48 | .54 | .56 | .56 |
| 2011 | .73 | .57 | .49 | .57 | .60 | .61 |
| 2012 | .74 | .66 | .51 | .52 | .52 | .59 |
| 2013 | .72 | .63 | .54 | .59 | .59 | .62 |
| 2014 | .70 | .64 | .63 | .66 | .60 | .65 |
| 2015 | .72 | .69 | .59 | .65 | .54 | .63 |
| **Average** | **.72** | **.64** | **.52** | **.55** | **.61** | **.65** |

Note: 1) Blank cells indicate insufficient data. 2) All individual correlations in this table are statistically significant ($p < .01$).

As shown in Table 5F.2, the magnitude of the individual correlations for Associates ranged from .42 to .86, with an average of .62. For Vice President, the magnitude of the individual correlations ranged from .45 to .74, with an average of .62. These results are comparable to, or higher than, the typical empirical findings from the I/O psychology literature cited previously.[198]

[198] Although the Spearman correlation is the most appropriate statistic for these analyses, I also calculated Pearson correlations to examine the extent to which these different analysis methods converged. There was a high degree of correspondence. The average correlation for Associates for the Pearson values was .61 while the average correlation for the Spearman values was .62, and the average correlation for Vice Presidents for the Pearson values was .60 while the average correlation for the Spearman values was .62.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Appendix 5F Summary**

These results from this study unequivocally support both the reliability and validity of the 360 Feedback Review and Manager Quartile assignments. More specifically, despite the use of different methods that might attenuate the observed relationship, there is clear, strong evidence of convergent validity between the 360 Feedback Review overall scores and the Manager Quartile assignments. Further, these results demonstrate that the 360 Feedback Review overall scores and the Manager Quartile assignments are reliable in and of themselves since the correlation between the two measures is bound by the reliability of each measure individually. In other words, correlations of this magnitude literally could not be present if either performance measure were fatally unreliable.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## References

Campbell, D. T., & Fiske, D. W. 1959. Convergent and discriminant validation by the multitrait-multimethod matrix. *Psychological Bulletin, 56*, 81-105.

Goffin, R. D., Gellatly, I. R., Paunonen, S. V., Jackson, D. N., & Meyer, J. P. (1996). Criterion validation of two approaches to performance appraisal: The behavioral observation scale and the relative percentile method. *Journal of Business and Psychology, 11*, 23–33.

Goffin, R. D., Jelley, B. R., Powell, D. M., & Johnston, N. G. (2009). Taking advantage of social comparisons in performance appraisal: The relative percentile method. *Human Resource Management, 48*, 251–268.

King, L. M., Hunter, J. E., & Schmidt, F. L. (1980). Halo in a multidimensional forced-choice performance evaluation scale. *Journal of Applied Psychology, 65*, 507-516.

Watson, D. (2012). Objective tests as instruments of psychological theory and research. In H. Cooper, P. M. Camic, D. L. Long, A. T. Panter, D. Rindskopf, & K. J. Sher (Eds.), *APA Handbook of Research Methods in Psychology. Vol. 1: Foundations, Planning, Measures, and Psychometrics* (pp. 349-369). Washington, DC: American Psychological Association.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 5G

## STATISTICAL STUDY 5: EXAMINATION OF RELATIONSHIPS OF 360 FEEDBACK REVIEW RATINGS AND MANAGER QUARTILE ASSIGNMENTS WITH DIVISION-SPECIFIC METRICS DETAILS AND RESULTS


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 5G

## Statistical Study 5: Examination of Relationships of 360 Feedback Review Ratings and Manager Quartile Assignments with Division-Specific Metrics

## Details and Results

Statistical Study 5 evaluated whether 360 Feedback Review ratings and Manager Quartile assignments relate to available Division-specific objective metrics. The 360 Feedback Review ratings and Manager Quartile assignments both represent managerial judgments of performance, and Division-specific objective metrics provide an alternative quantifiable measure of performance. Since all of these metrics are intended to capture performance, there is a theoretical basis for the expectation that they would be correlated, and that statistically significant correlations in a positive direction would support the validity of the 360 Feedback Review ratings and Manager Quartile assignments. Thus, the quality of the managerial judgments regarding performance will be supported to the extent that there are significant and meaningful relationships with other indicators of performance.[199]

I requested performance metrics data and was provided with available data related to the following Division-specific performance metrics:

- **Daily IBD Production** is based on the total revenue from all projects on which the professional worked.[200] Importantly, revenue from a given project is allocated evenly to all bankers who worked on the project; in other words, for each professional who worked on the project, "production" includes the total revenue from that project. The production of every individual who works on a project includes the total revenue from that project. Thus, everyone assigned to a project receives equal credit for revenue.

- **IMD GSAM Composite** is an "investment composite score" which is a measure of performance for professionals in the portfolio management business.[201] The composite score combines information from two intermediate metrics: the "alpha and risk" score, which reflects portfolio returns and risk management, and the "investment culture" score, which reflects contributions to the overall "quality of

[199] As noted earlier, objective metrics can provide useful performance information but can also be limited in certain ways, including consistency of measurement. I expect this situation to be no different. It is reasonable to assess whether reliable managerial judgments of overall performance correlate with broad objective metrics of performance.

[200] From 2003–2011, this was calculated based on project-level revenue data. From 2012–2018, the "Accrued [Revenue] Inc Mark" field recorded in the Banker Profile Summaries is used. This production measure is available for both Junior Bankers and Senior Bankers prior to 2012 and is only available for Senior Bankers from 2012–2018.

[201] GS0113911-23 at GS0113918.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

investment services" provided to clients.[202] Because the investment culture score is a managerial evaluation, the GSAM Composite is not purely an objective measure.

- **Securities Production** corresponds to P&L for traders and sales credits for salespeople.[203] Securities Division guidelines indicate that production a key measure of employee performance.[204]

Importantly, because the type of work activities vary within and across Divisions, the ability to quantify performance also differs and it is evident these performance metrics are widely divergent.

To evaluate the relationships between 360 Feedback Review scores or Manager Quartile assignments and the Division-specific production metrics, Spearman correlations were calculated. Moreover, although there is no absolute standard for interpreting the magnitude of the correlations between managerial judgments and objective measures of performance, an examination of the empirical literature provides a benchmark against which to compare the results of my statistical studies. Empirical research has examined the correlation between measures of managerial judgment (i.e., supervisor ratings of performance) and objective performance metrics (e.g., dollar value of sales). Meta-analytic[205] research on the relationship between supervisory ratings and objective performance measures has found low to modest correlations. In a meta-analysis of 23 independent studies, Heneman (1986) reported a correlation of approximately .27. In a subsequent meta-analysis, Bommer, Johnson, Rich, Podsakoff, and MacKenzie (1995) found a correlation of .39 across 50 independent studies. Similarly, a targeted examination of studies conducted in the banking and insurance industries found correlations between supervisor ratings and more objective metrics ranging from a low of .07 to a high of .48 (Arneson, Millikin-Davies, & Hogan, 1993; Blau, 1993; Hogan, 1987; MacKenzie, Podsakoff, & Fetter, 1991; Vecchio & Gobdel, 1984) with

[202] Goldman Sachs – IMD Production Data__SENSITIVE_CONFIDENTIAL_DATA.xlsx, Tab "2014_ICE" ("Alpha and Risk scores reflect both historical contribution to risk-adjusted excess returns, as well as managers' evaluation of impact on research (future alpha), and investment risk management (100% = best, 0% = worst). Investment Culture includes managers' evaluation of broader contributions to the quality of investment services we provide our clients, including accuracy in execution, efficient use of team resources, clients support, effective management of operational risk and compliance (100% = best, 0% = worst). Investment Composite Score Percentile Rank incorporates Alpha and Risk, and Investment Culture. Scores are weighted to reflect Business Unit priorities: the relative importance of a characteristic change across functions, over time and across different Business Units. Scores are percentile ranked within the relevant Business Unit (100% = best, 0% = worst).")

[203] Deposition of Caroline Hellber Sberloti, 7/10/13, p.78.

[204] GS0113896-910 at GS0113898.

[205] Meta-analysis is the quantitative combination of information from multiple empirical studies to produce an estimate of the typical magnitude of the relationship among variables (Rothstein, 2003).


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

an average correlation across all studies of .26 as presented in **Table 5G.1**. Results of my statistical studies compare favorably to these benchmarks and are presented separately by Division below.

**Table 5G.1. Correlations Between Supervisory Performance Ratings and Objective Performance Measures Reported in the Empirical Literature**

| Study | Correlational Magnitude(s) |
|---|---|
| Arneson, Millikin-Davies, and Hogan (1993) | .07 |
| Blau (1993) | .17 and .22 |
| Bommer, Johnson, Rich, Podsakoff, and MacKenzie (1995) | .39 |
| Heneman (1986) | .27 |
| Hogan (1987) | .16 |
| MacKenzie, Podsakoff, and Fetter (1991) | .48 |
| Vecchio and Gobdel (1984) | .28 and .33 |
| **Average** | **.26** |

**Data**

I analyzed data from 2003 to 2018 with the following variables used in this study:

- Variables used to identify records, create strata, or clean the data:
    - Employee ID – a unique employee identifier.
    - Year – fiscal year associated with Manager Quartile assignment.
    - Corporate Title (i.e., Associate, Vice President).
    - Division (i.e., IBD, IMD, Securities).
    - Production for partial year – flag indicating records that had production values based on a full year (0) or a partial year (1) so that analyses could be conducted only for individuals with a full year of data (as adjusting metrics for individuals with only a partial year of data may be less accurate).
    - Variables that indicated if a production variable was missing and should not be included.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

- Variables being evaluated in this study:
    - **360 Feedback Review overall score.** This is an average of specific competency ratings made on a 5-point scale prior to 2010 and on a 9-point scale from 2010 to 2015.
    - **Manager Quartile assignment.** This is the quartile assigned, following the prevailing categories for the given year and division as described in Statistical Study 3.
    - **Daily IBD Production.** This is an IBD specific production variable that is described earlier. As such, this metric will more accurately represent contributions of Vice Presidents because their roles on projects tend to be larger and more impactful compared to Associates.
    - **GSAM Composite Score.** This is an IMD specific production variable that is described earlier.
    - **Daily Securities Production.** This is a Securities specific production variable that is described earlier. Although an objective metric, this variable does not necessarily capture all of the idiosyncrasies of the work context (e.g., a particular trading desk or seat may be more difficult for a variety of reasons, such as trading illiquid or over-the-counter securities versus trading highly liquid securities).[206]

Some of the same considerations that were relevant to Statistical Study 4 are also relevant to this study, such as the years in which each Division began using Manager Quartiles. Further, numeric 360 Feedback Review ratings were provided through 2015, so these could only be examined through 2015. However, Manager Quartile assignments and 360 Feedback Review ratings were evaluated separately, so the full range of years in which each had sufficient and available data was examined.

As with prior statistical studies, data quality was evaluated to determine if any records should be excluded from the analyses. Reasons for excluding records included the following:

- Excluded from all analyses (360 Feedback Review and Manager Quartile assignment).
    - Production for partial year was equal to one (indicating the record was not based on a full year of data, and an adjustment of the metric for individuals with only a partial year of data may be inaccurate).

[206] Declaration of Donald Casturo, 6/27/14, para 14-15; Declaration of Todd Lopez, 7/1/14, para 12-13; Declaration of James McNamara, 6/30/14, para 8.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

    - A record was missing production data for the professional's Division.
- Excluded from 360 Feedback Review analyses.
    - In a given year, the 360 Feedback Review score was missing.
    - Years in which quantitative 360 Feedback Review scores were not available (i.e., 2016 forward).
- Excluded from Manager Quartile assignment analyses.
    - Manager Quartile assigned did not correspond to the prevailing groupings of that year (e.g., assigned a Q2/3 in 2015 to 2018 when only 1, 2, 3, and 4 were designated categories).
    - Years when the Manager Quartile process did not conform to quartile assignment designations, as described in Statistical Study 3 (e.g., IBD prior to 2005).

To evaluate the relationships between 360 Feedback Review scores or Manager Quartile assignments and the Division-specific production metrics, Spearman rank-order correlations were calculated. The Spearman correlation is well suited to correlational analyses where one or more of the variables is ordinal (e.g., Manager Quartile assignments) or where one or more of the variables does not conform to a specific distribution that may be required by a parametric statistic (e.g., some production metrics do not approximate normal distributions). Similar to prior statistical studies, analysis strata were created based on the unique combinations of Division, Corporate Title, and Year. Analyses were conducted when the sample size for a given strata was 120 or more (with a few noted exceptions where sample size was reasonably close to this threshold). This sample size was derived using a power analysis ($\alpha$ = .05, $\beta$ = .80, estimated correlation = .25, two-tailed test).

In total, there were 10,732 records spanning 3,435 reviewees available for analyses of the 360 Feedback Review scores, and 12,548 records spanning 3,973 reviewees available for analyses of the Manager Quartile assignments. For Associates, a total of 17 correlation coefficients were calculated for 360 Feedback Review scores and 20 correlation coefficients were calculated for Manager Quartile assignments. For Vice Presidents, a total of 27 correlation coefficients were calculated for 360 Feedback Review scores and 36 correlation coefficients were calculated for Manager Quartile assignments.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**IBD Statistical Study 5 Results**

**Table 5G.2** presents the Spearman correlations for the 360 Feedback Review overall score and the Manager Quartile assignment with the Daily IBD Production metric for each combination of Corporate Title and Year when sample size permitted. For Associates in IBD, the correlations between the Daily IBD Production metric and the 360 Feedback Review overall score ranged from .08 to .21 with an average of .14 and 3 of 6 correlations demonstrating a statistically significant relationship. For Vice Presidents in IBD, the correlations between the Daily IBD Production metric and the 360 Feedback Review overall score ranged from .10 to .43 with an average of .25 and 7 of 10 correlations demonstrating a statistically significant relationship. All correlations were in a positive direction. Overall, the majority of correlations were statistically significant and all were in a positive direction for both corporate titles.

A similar pattern of results is observed between the Daily IBD Production metric and the Manager Quartile assignments. Specifically, correlations for Associates in IBD ranged from .03 to .26 with an average of .14 and 4 of 7 correlations demonstrating a statistically significant relationship. For Vice Presidents in IBD, correlations ranged from .07 to .27 with an average of .18 and 10 of 14 correlations demonstrating a statistically significant relationship. Once again, the majority of correlations were statistically significant and all correlations were in a positive direction. The correlations between objective IBD performance metrics and the 360 Feedback Review overall ratings and Manager Quartile assignments fall within the range of findings reported in the empirical literature and thus support the reliability and validity of Goldman Sachs' performance assessment processes.

As noted previously, this pattern of finding stronger relationships with the production metric for IBD Vice Presidents compared to IBD Associates was expected and reasonable. This was hypothesized because, in general, Vice Presidents play larger roles on fewer projects, while Associates tend to play smaller roles on more projects. This is consistent with the notion that responsibility increases at higher organizational levels (Bartol & Martin, 1998). Thus, the IBD production metric as operationalized, more accurately represented the meaningful contributions of Vice Presidents than of Associates and is, therefore, more closely aligned with other performance domain indicators in the nomological network.

Finally, when considering Division-centric metrics, it is useful to go beyond correlations to evaluate what these relationships mean in a practical sense. This could be done for all


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

correlations in **Table 5G.2**, however, an example is provided here to illustrate the practical impact of these correlations in terms of business outcomes. Consider the Manager Quartile assignment correlation for Vice Presidents in 2011 of 0.17. This is a modest, statistically significant correlation that is around the average correlation across years for this group. To further contextualize this relationship, one can examine the average performance on this metric of professionals who are in Quartile 1 (relatively higher performers) compared to those who are in Quartile 4 or 5 (relatively lower performers). In 2011, professionals who were assigned Quartile 1 averaged $94,791 on the Daily IBD production metric, while those who were assigned Quartile 4 or 5 averaged $59,737. This difference in raw averages ($35,054 per day) can translate into a seven-figure annual difference. Evaluating this difference statistically, a standardized difference between the averages of these two groups is $d$ = .45 which is considered a moderate-sized difference (Cohen, 1988) and is statistically significant ($t = 2.43$, $p<.05$).


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Table 5G.2. Spearman Correlations for 360 Feedback Review Overall Score and Manager Quartile Assignments with IBD Objective Metric | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 360 Feedback Review Overall Score | | | | Manager Quartile Assignment | | | |
| | Associate | | Vice President | | Associate | | Vice President | |
| Year | N | Spearman Correlation | N | Spearman Correlation | N | Spearman Correlation | N | Spearman Correlation |
| 2005 | | | | | 110† | .26** | 123 | .18* |
| 2006 | 179 | .09 | 223 | .43** | 179 | .07 | 223 | .25** |
| 2007 | 254 | .09 | 246 | .29** | 221 | .16* | 245 | .17** |
| 2008 | 193 | .08 | 191 | .13 | 195 | .09 | 230 | .21** |
| 2009 | 202 | .17* | 185 | .11 | 201 | .03 | 185 | .10 |
| 2010 | 189 | .21** | 207 | .10 | 189 | .18* | 207 | .07 |
| 2011 | 220 | .21** | 237 | .20** | 220 | .17** | 237 | .17** |
| 2012 | | | 160 | .36** | | | 160 | .22** |
| 2013 | | | 156 | .36** | | | 156 | .25** |
| 2014 | | | 159 | .26** | | | 160 | .13 |
| 2015 | | | 179 | .29** | | | 179 | .21** |
| 2016 | | | | | | | 151 | .27** |
| 2017 | | | | | | | 179 | .21** |
| 2018 | | | | | | | 150 | .14 |
| **Average** | | **.14** | | **.25** | | **.14** | | **.18** |

Note: 1) Blank cells indicate insufficient data. 2) Cells denoted by a † indicate that the corresponding Spearman correlation coefficients were included even though the sample size was smaller than the 120 threshold. 3) Cells denoted by a * indicate a correlation is statistically significant at $p < .05$, and ** indicates a correlation is statistically significant at $p < .01$.

### IMD Statistical Study 5 Results

**Table 5G.3** presents the Spearman correlations of the 360 Feedback Review overall score and the Manager Quartile assignment with the IMD Goldman Sachs Asset Management (GSAM) Composite metric. Since this metric is only available for Vice Presidents, the correlations are presented for Vice Presidents in each Year permitted by sample size. The correlations between the GSAM Composite metric and the 360 Feedback Review overall score ranged from .29 to .47 with an average of .36 and 6 of 6 correlations demonstrating a statistically significant relationship. All correlations were in the positive direction. The relationships between the GSAM Composite metric


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

and the Manager Quartile assignment yielded a similar pattern of results with correlations that ranged from .28 to .54 with an average of .39 and 9 of 9 correlations demonstrating a statistically significant relationship. All correlations were in a positive direction. These results compare very favorably to the benchmark empirical studies with correlations that are larger in magnitude than the average correlation in benchmark empirical studies. This is strong evidence supporting the reliability and validity of the 360 Feedback Review and Manager Quartiling.

Again, one can consider a non-correlation-based perspective that provides additional information about the magnitude of the relationships between the performance measures. Consider the Manager Quartile assignment correlation for Vice Presidents in 2017 of 0.31. This is a statistically significant correlation that is slightly below the average correlation across years for this group in **Table 5G.3**. The GSAM Composite score ranges from 0 to 1. In 2017, individuals who were assigned to Quartile 1, on average, received a GSAM composite score of 0.52, while those who were assigned to Quartile 4 or 5, on average, received a GSAM composite score of 0.27. Evaluating this difference statistically, a standardized difference between the averages of these two groups is $d$ = 1.01, which is considered a large difference (Cohen, 1988) and is statistically significant ($t = 4.86$, $p<.01$).


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Table 5G.3. Spearman Correlations for 360 Feedback Review Overall Score and Manager Quartile Assignments with IMD Objective Metric | | | | |
|---|---|---|---|---|
| Year | 360 Feedback Review Overall Score | | Manager Quartile Assignment | |
| | Vice President | | Vice President | |
| | N | Spearman Correlation | N | Spearman Correlation |
| 2010 | 125 | .29 | 125 | .54 |
| 2011 | 109† | .31 | 109† | .48 |
| 2012 | 110† | .30 | 110† | .44 |
| 2013 | 124 | .35 | 124 | .43 |
| 2014 | 144 | .41 | 144 | .32 |
| 2015 | 163 | .47 | 163 | .38 |
| 2016 | | | 159 | .28 |
| 2017 | | | 180 | .31 |
| 2018 | | | 174 | .29 |
| **Average** | | **.36** | | **.39** |

Note: 1) Blank cells indicate insufficient data. 2) Cells denoted by a † indicate that the corresponding Spearman correlation coefficients were included even though the sample size was smaller than the 120 threshold. 3) All correlations are statistically significant at $p < .01$.

**Securities Statistical Study 5 Results**

**Table 5G.4** presents the Spearman correlations of the 360 Feedback Review overall score and the Manager Quartile assignment with the Daily Securities Production metric for each combination of Corporate Title and Year when sample size permitted. For Associates in Securities, the correlations between the Daily Securities Production metric and the 360 Feedback Review overall score ranged from .23 to .52 with an average of .38 and 11 of 11 correlations demonstrating a statistically significant relationship. For Vice Presidents in Securities, the correlations between the Daily Securities Production metric and the 360 Feedback Review overall score ranged from .31 to .51 with an average of .42 and 11 of 11 correlations demonstrating a statistically significant relationship. All correlations were in the positive direction.

The relationships between the Daily Securities Production metric and Manager Quartile assignment exhibit a similar pattern of results. Specifically, correlations for Associates in Securities ranged from .13 to .51 with an average of .32 and 12 of 13 correlations demonstrating a statistically significant relationship. For Vice Presidents in Securities, correlations ranged from .38

to .50 with an average of .44 and 13 of 13 correlations demonstrating a statistically significant relationship. Here, too, these results compare very favorably to the benchmark empirical studies with correlations that are larger in magnitude than the average correlation in benchmark empirical studies, supporting the reliability and validity of the 360 Feedback Review and Manager Quartiling.

Considering the non-correlation-based perspective again provides additional interpretive context. Specifically, consider the Manager Quartile assignment correlation for Associates in 2014 of 0.42. This is a statistically significant correlation that is around the average correlation for this group in **Table 5G.4**. In 2014, individuals who were assigned Quartile 1 averaged $43,258 on the Daily Securities production metric, while those who were assigned Quartile 4 or 5 averaged $9,082. Evaluating this difference statistically, a standardized difference between the averages of these two groups is $d$ = 1.01, which is considered a large difference (Cohen, 1988) and is statistically significant ($t = 3.56$, $p<.01$).


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Table 5G.4. Spearman Correlations for 360 Feedback Review Overall Score and Manager Quartile Assignments with Securities Objective Metric**

| Year | 360 Feedback Review Overall Score | | | | Manager Quartile Assignment | | | |
|---|---|---|---|---|---|---|---|---|
| | Associate | | Vice President | | Associate | | Vice President | |
| | N | Spearman Correlation | N | Spearman Correlation | N | Spearman Correlation | N | Spearman Correlation |
| 2005 | 158 | .41** | 345 | .31** | | | | |
| 2006 | 175 | .23** | 484 | .39** | 175 | .27** | 484 | .42** |
| 2007 | 192 | .38** | 516 | .40** | 191 | .42** | 512 | .46** |
| 2008 | 191 | .29** | 513 | .34** | 174 | .27** | 513 | .45** |
| 2009 | 188 | .35** | 459 | .38** | 188 | .21** | 461 | .40** |
| 2010 | 154 | .37** | 462 | .42** | 154 | .33** | 462 | .41** |
| 2011 | 148 | .45** | 440 | .44** | 148 | .42** | 440 | .48** |
| 2012 | 143 | .44** | 414 | .51** | 143 | .24** | 414 | .46** |
| 2013 | 129 | .37** | 411 | .49** | 129 | .34** | 411 | .48** |
| 2014 | 122 | .52** | 412 | .49** | 122 | .42** | 412 | .44** |
| 2015 | 163 | .39** | 558 | .44** | 162 | .31** | 558 | .41** |
| 2016 | | | | | 137 | .13 | 332 | .38** |
| 2017 | | | | | 102† | .31** | 226 | .50** |
| 2018 | | | | | 95† | .51** | 215 | .48** |
| **Average** | | **.38** | | **.42** | | **.32** | | **.44** |

Note: 1) Blank cells indicate insufficient data. 2) Cells denoted by a † indicate that the corresponding Spearman correlation coefficients were included even though the sample size was smaller than the 120 threshold. 3) Cells denoted by a ** indicate a correlation is statistically significant at $p < .01$.

**Appendix 5G Summary**

For all three Divisions, statistically significant correlations were observed in the positive direction between the 360 Feedback Review overall ratings and Division-specific performance metrics and between the Manager Quartile assignments and Division-specific performance metrics. Relationship magnitudes were similar to, or exceeded, comparators from the literature. This is an important indication that the 360 Feedback Review and Manager Quartile operated as expected. These results provide strong evidence of validity for the 360 Feedback Review overall scores and the Manager Quartile assignments for Associates and Vice Presidents in relation to Division-specific performance metrics.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## References


Arneson, S., Millikin-Davies, M., & Hogan, J. (1993). Validation of personality and cognitive measures for insurance claims examiners. *Journal of Business and Psychology*, *7,* 459-473.

Bartol, K.M., & Martin, D.C. (1998). *Management (3rd ed.).* Boston, MA: McGraw-Hill.

Blau, G. (1993). Testing the relationship of locus of control to different performance dimensions. *Journal of Occupational and Organizational psychology, 66*, 125-138.

Bommer, W.H., Johnson, J.L., Rich, G.A., Podsakoff, P.M., & MacKenzie, S.B. (1995). On the interchangeability of objective and subjective measures of employee performance: A meta-analysis. *Personnel Psychology, 48,* 587-605.

Cohen, J. (1988). *Statistical Power Analysis for the Behavioral Sciences (2nd ed.).* Hillsdale, NJ: Lawrence Erlbaum Associates.

Heneman, R.L. (1986). The relationship between supervisory ratings and results-oriented measures of performance: A meta-analysis. *Personnel Psychology, 39,* 811-826.

Hogan, E. A. (1987). Effects of prior expectations on performance ratings: A longitudinal study. *Academy of Management Journal, 30*, 354-368.

MacKenzie, S. B., Podsakoff, P. M., & Fetter, R. (1991). Organizational citizenship behavior and objective productivity as determinants of managerial evaluations of salespersons' performance. *Organizational behavior and human decision processes, 50*, 123-150.

Rothstein, H.R. (2003). *Validity Generalization: A Critical Review.* New York: Psychology Press.

Vecchio, R. P., & Gobdel, B. C. (1984). The vertical dyad linkage model of leadership: Problems and prospects. *Organizational behavior and human performance, 34*, 5-20.




CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 6A

## SUMMARY OF THE CROSS-RUFFING PROCESS


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## Summary of the Cross-Ruffing Process[1]




1. **GS0375294-317**


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 6B

## CONSENSUS STUDY 5: COMPARISON OF CROSS-RUFFING INTERVIEW CRITERIA TO THE VALIDATED COMPETENCY MODEL


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 6B

## Consensus Study 5: Comparison of Cross-Ruffing Interview Criteria to the Validated Competency Model

Consensus Study 5 was conducted under my direction following the same protocol as Consensus Study 1 and using the same panel of five I/O psychologists. This study evaluated the extent to which the Cross-Ruffing interview criteria are related to the Goldman Sachs validated competency model. The rating scale was: 999 = Insufficient Information to Provide a Rating, 0 = Unrelated, 1 = Related, and 2 = Strongly Related. The table below provides the competencies for Extended Managing Director roles in column 1, the Cross-Ruffing selection criteria in column 2, the rating task and scale in column 3, and the individual ratings, means, and standard deviations for each comparison in column 4. As shown below, 9 of 10 (90.0%) Cross-Ruffing selection criteria were rated either "Related" or "Strongly Related" to a competency indicating the Cross-Ruffing selection criteria directly overlap with the validated competencies. This demonstrates that the Extended Managing Director promotional criteria correspond to the Extended Managing Director competencies. A high degree of correspondance exists between the competencies necessary for successful performance and the competencies used to make promotional decisions for Extended Managing Director.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| COMPETENCIES FOR EXTENDED MANAGING DIRECTOR ROLES (2011)* | CROSS-RUFFING INTERVIEW CRITERIA** | EXTENT OF OVERLAP<br>HOW RELATED ARE THESE TWO COMPETENCIES? | RATINGS |
|---|---|---|---|
| • **Commercial Effectiveness**<br>○ Demonstrates professional excellence (i.e., high quality service, responsiveness, thoughtful advice, and outstanding execution) and elicits the same from others.<br>○ Leverages the full resources of the firm to meet clients' needs and create new commercial opportunities.<br>○ Fosters a culture of innovation and growth.<br>○ Challenges others to achieve and sustain our competitive advantage. | • **Commercial Contributions**<br>○ Contributes to the Firm's results.<br>○ Facilitates commercial outcomes.<br>○ Demonstrates thought leadership.<br>○ Recognizes the commercial value of developing a diverse team and brings out the best in all employees. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING**<br>**UNRELATED**<br>**RELATED**<br>**STRONGLY RELATED** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br>**Mean = 2.0**<br>Standard Deviation = 0.0 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| COMPETENCIES FOR EXTENDED MANAGING DIRECTOR ROLES (2011)* | CROSS-RUFFING INTERVIEW CRITERIA** | EXTENT OF OVERLAP<br>HOW RELATED ARE THESE TWO COMPETENCIES? | RATINGS |
|---|---|---|---|
| • **Client Focus (External/Business Partners)**<br>○ Builds and reinforces a culture that solidifies strong client relationships and trust.<br>○ Encourages team members to escalate client issues.<br>○ Creates an environment where clients' long-term interests come first; focuses beyond immediate commercial impact.<br>○ Manages clients' expectations effectively and follows up to ensure clients are satisfied.<br>○ Partners with clients to understand their needs and develops strategies to achieve them.<br>○ Is transparent; makes sure the client understands the firm's/own role and responsibilities. | • **Client Focus**<br>○ Develops long-term client relationships.<br>○ Anticipates and responds to changing client needs.<br>○ Represents the Firm's brand and resources/solutions to clients.<br>○ Ensures transparency with clients. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING**<br><br>**UNRELATED**<br><br>**RELATED**<br><br>**STRONGLY RELATED** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br><br>**Mean = 2.0**<br>Standard Deviation = 0.0 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| COMPETENCIES FOR EXTENDED MANAGING DIRECTOR ROLES (2011)* | CROSS-RUFFING INTERVIEW CRITERIA** | EXTENT OF OVERLAP<br>HOW RELATED ARE THESE TWO COMPETENCIES? | RATINGS |
|---|---|---|---|
| • **No comparable competency** | • **Functional and Technical Skills**<br>○ Provides subject matter/technical expertise.<br>○ Effectively manages competing priorities. | INSUFFICIENT INFORMATION TO PROVIDE A RATING<br>UNRELATED<br>RELATED<br>STRONGLY RELATED | Rater 1 = 999<br>Rater 2 = 999<br>Rater 3 = 999<br>Rater 4 = 999<br>Rater 5 = 999<br>**Mean = Insufficient Information to Provide a Rating** |
| • **Reputational Judgment and Compliance**<br>○ Protects and enhances the reputation of the Firm.<br>○ Knows applicable laws, policies, and procedures.<br>○ Recognizes, escalates, and proactively seeks guidance on issues.<br>○ Contributes to the development of policies, procedures, and controls. | • **Judgment**<br>○ Exercises sound judgment when making decisions.<br>○ Champions and role models the highest ethical standards.<br>○ Balances risk and reward when making decisions. | INSUFFICIENT INFORMATION TO PROVIDE A RATING<br>UNRELATED<br>RELATED<br>STRONGLY RELATED | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 1<br>Rater 4 = 1<br>Rater 5 = 1<br>**Mean Rating = 1.0**<br>Standard Deviation = 0.0 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| COMPETENCIES FOR EXTENDED MANAGING DIRECTOR ROLES (2011)* | CROSS-RUFFING INTERVIEW CRITERIA** | EXTENT OF OVERLAP<br>HOW RELATED ARE THESE TWO COMPETENCIES? | RATINGS |
|---|---|---|---|
| • **Communication Effectiveness**<br>○ Represents the firm effectively both internally and externally.<br>○ Effectively delivers difficult messages.<br>○ Actively solicits and listens to others' viewpoints to engage, defuse conflict, and ensure common understanding.<br>○ Expresses ideas clearly and concisely across all communication channels.<br>○ Shares relevant information and new ideas within the division and across the firm, as appropriate.<br><br>• **Leadership and People Management**<br>○ Establishes, communicates, and executes the strategic vision; provides clear direction and appropriate resources. | • **Communication**<br>○ Communicates a strategic vision.<br>○ Cascades important messages; listens effectively.<br>○ Elicits alternative viewpoints. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING**<br><br>**UNRELATED**<br><br>**RELATED**<br><br>**STRONGLY RELATED** | Rater 1 = 1<br>Rater 2 = 1<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 1<br><br>**Mean Rating = 1.4**<br>Standard Deviation = 0.5 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| COMPETENCIES FOR EXTENDED MANAGING DIRECTOR ROLES (2011)* | CROSS-RUFFING INTERVIEW CRITERIA** | EXTENT OF OVERLAP HOW RELATED ARE THESE TWO COMPETENCIES? | RATINGS |
|---|---|---|---|
| • **Culture and Values**<br>○ Champions the highest ethical standards; acts with integrity.<br>○ Acts in accordance with the Business Principles and ensures the same in others.<br>○ Drives teamwork and collaboration.<br>○ Drives a culture that respects employees, clients, and other stakeholders.<br>○ Dedicates time and resources to recruiting, training and other citizenship-related activities. | • **Culture Carrier**<br>○ Role models the Business Principles.<br>○ Promotes teamwork and collaboration across the Firm.<br>○ Promotes a culture that respects employees, clients, and other stakeholders. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING**<br><br>**UNRELATED**<br><br>**RELATED**<br><br>**STRONGLY RELATED** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br><br>**Mean Rating = 2.0**<br>Standard Deviation = 0.0 |
| • **Diversity and Inclusion**<br>○ Establishes a culture of respect for diversity; avoids and proactively discourages stereotyping.<br>○ Promotes the growth of diverse employees through hiring, retention, and career development.<br>○ Is sensitive to cross-cultural issues; leads/engages across regional/global businesses in an inclusive manner.<br>○ Communicates and promotes the business case for diversity. | • **Diverse and Inclusive Environment**<br>○ Respects and promotes diverse and cross-regional perspectives and experiences.<br>○ Actively encourages an inclusive environment. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING**<br><br>**UNRELATED**<br><br>**RELATED**<br><br>**STRONGLY RELATED** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br><br>**Mean Rating = 2.0**<br>Standard Deviation = 0.0 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| COMPETENCIES FOR EXTENDED MANAGING DIRECTOR ROLES (2011)* | CROSS-RUFFING INTERVIEW CRITERIA** | EXTENT OF OVERLAP HOW RELATED ARE THESE TWO COMPETENCIES? | RATINGS |
|---|---|---|---|
| • **Leadership and People Management**<br>○ Builds and sustains an environment where the highest standards of accountability are the norm.<br>○ Establishes, communicates, and executes the strategic vision; provides clear direction and appropriate resources.<br>○ Coaches, develops, and mentors people to maximize their potential; provides ongoing feedback.<br>○ Delegates authority and decision-making with appropriate oversight.<br>○ Is respectful of others' time, leverages people effectively. | • **Leadership**<br>○ Effectively leads people, projects, and initiatives to achieve commercial outcomes.<br>○ Influences and motivates; takes accountability.<br>○ Role models inclusive leadership behavior and actions which promote diversity. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING**<br><br>**UNRELATED**<br><br>**RELATED**<br><br>**STRONGLY RELATED** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br><br>**Mean Rating = 2.0**<br>Standard Deviation = 0.0 |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| COMPETENCIES FOR EXTENDED MANAGING DIRECTOR ROLES (2011)* | CROSS-RUFFING INTERVIEW CRITERIA** | EXTENT OF OVERLAP HOW RELATED ARE THESE TWO COMPETENCIES? | RATINGS |
|---|---|---|---|
| • **Leadership and People Management**<br>○ Builds and sustains an environment where the highest standards of accountability are the norm.<br>○ Establishes, communicates, and executes the strategic vision; provides clear direction and appropriate resources.<br>○ Coaches, develops, and mentors people to maximize their potential; provides ongoing feedback.<br>○ Delegates authority and decision-making with appropriate oversight.<br>○ Is respectful of others' time, leverages people effectively. | • **Management**<br>○ Builds and manages an effective team.<br>○ Delegates authority and decision-making with appropriate oversight.<br>○ Provides candid and constructive feedback.<br>○ Credits the team and creates appropriate platforms.<br>○ Coaches and mentors others.<br>○ Respects people's time. | **INSUFFICIENT INFORMATION TO PROVIDE A RATING**<br><br>**UNRELATED**<br><br>**RELATED**<br><br>**STRONGLY RELATED** | Rater 1 = 2<br>Rater 2 = 2<br>Rater 3 = 2<br>Rater 4 = 2<br>Rater 5 = 2<br><br>**Mean Rating = 2.0**<br>Standard Deviation = 0.0 |

* Source: GS1043555-752

** Source: GS0375264-276

# APPENDIX 6C

## PROMOTION RECOMMENDED PRACTICES


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| PROMOTION RECOMMENDED PRACTICES | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **1. Process** | | |
| • **Promotion procedures should vary depending on the type, level, and requirements of the job.** | • The promotion process from Associate to Vice President is different than the promotion process from Vice President to Extended Managing Director.<br><br>• Promotion from Associate to Vice President is essentially lockstep (assuming satisfactory performance) based on class year or time within seat.<br><br>• Promotion from Vice President to Extended Managing Director is based upon the Cross-Ruffing process.<br><br>*Attribution:*<br><br>○ GS0113548-567; GS0109256-272; GS0109329-349; GS0109273-298; GS0109299-328; GS0004990-016; GS0004777-798; GS0003547-569; GS0004705-729; GS0109235-255; GS0375517-540; GS0375294-317; GS0375741-754; GS0375264-276; Deposition of Bruce Larson, 6/12/13, p. 295; Deposition of Gargi Banerjee, 3/4/14, p.274. | Glueck (1974)<br>Guion (1998)<br>Murphy (2004) |
| • **Promotion process should be standardized for all candidates for a specific position.** | • Cross-Ruffing promotion process included standardized interview questions and rating templates.<br><br>Attribution:<br><br>○ GS0113548-567; GS0109256-272; GS0109329-349; GS0109273-298; GS0109299-328; GS0004990-016; GS0004777-798; GS0003547-569; GS0004705-729; GS0109235-255; GS0375517-540; GS0375294-317; GS0375741-754; GS0375264-276. | Arvey and Sackett (1993)<br>Bernardi (1997)<br>Equal Employment Opportunity Commission (1978)<br>Gatewood and Feild (2001)<br>Guion (1998)<br>Jayne and Rauschenberger (2000)<br>Jordan (1997)<br>SIOP Principles (2018)<br>Uniform Guidelines (1978) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| PROMOTION RECOMMENDED PRACTICES | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **2. Selection Method** | | |
| • **Promotion criteria should be based on job-relevant and organizationally relevant factors.** | • Promotion criteria are based on Extended Managing Director performance review criteria, which include both job-relevant and organizationally relevant factors.<br><br>**Extended Managing Director Review Criteria:**<br>• Leadership Effectiveness<br>• Commercial Effectiveness<br>• Teamwork<br>• Communication Effectiveness<br>• Risk Management<br>• Reputational Judgment and Compliance<br>• Acts in accordance with the Firm's equal employment opportunity policies prohibiting discrimination and retaliation.<br><br>**Promotion Criteria:**<br>• Commercial Effectiveness<br>○ Commercial Contributions; Client Focus; Risk Management and Firm Reputation; Functional and Technical Skills; Judgment<br>• Management, Leadership, and Culture<br>○ Management; Leadership; Communication; Culture Carrier; Diverse and Inclusive Environment<br><br>• Cross-Ruffers are encouraged to solicit "hard metrics" when possible to support the evaluation of job-relevant performance.<br><br>*Attribution:*<br>○ GS1043555-752; GS0375264-276; GS0113548-567; GS0109256-272; GS0109329-349; GS0109273-298; GS0109299-328; GS0004990-016; GS0004777-798; GS0004705-729; GS0109235-255; GS0375517-540; GS0375294-317; GS0004149-154. | Erker, Cosentino, and Tamanini (2010)<br>Guion (1998)<br>Jayne and Rauschenberger (2000)<br>Maier and Verser (1982)<br>Murphy and Cleveland (1995)<br>Rosse and Levin (1997) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| PROMOTION RECOMMENDED PRACTICES | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **2. Selection Method (Continued)** | | |
| • **Interview questions should be job related and based on the knowledges, skills, abilities, and other characteristics required for the job.** | • Cross-Ruffing interview questions are based on criteria from Extended Managing Director 360 Feedback Review forms.<br><br>• Extended Managing Director 360 Feedback Review criteria are based on validated competencies initially identified by PDI and the subsequent APTMetrics competency model validation which included an analysis of the job.<br><br>• APTMetrics administered a job analysis survey to 126 Extended Managing Directors in 2011 to determine the competencies necessary for successful performance.<br><br>• Extended Managing Director competencies are: Culture and Values, Leadership and People Management, Client Focus, Commercial Effectiveness, Diversity and Inclusion, Communication Effectiveness, Technical/ Functional Effectiveness.<br><br>*Attributions:*<br><br>○ GS0113548-567; GS0109256-272; GS0109329-349; GS0109273-298; GS0109299-328; GS0004990-016 GS0004777-798; GS0003547-569; GS1043555-752 | Arvey and Sackett (1993)<br>Campion, Palmer, and Campion (1997)<br>Dipboye, Wooten, and Halverson (2004)<br>Gatewood and Feild (2001)<br>Heneman, Judge, and Kammeyer-Mueller (2015)<br>Rosse and Levin (1997) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| PROMOTION RECOMMENDED PRACTICES | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **2. Selection Method (Continued)** | | |
| • **If used, interviews should be structured:**<br>○ **Predetermined questions.**<br>○ **Same questions are asked of each candidate.**<br>○ **Discussion among panel members after ratings.** | • Cross-Ruffers are provided with interview questions.<br>• Interview ratings are made following a defined scoring scheme.<br>• Cross-Ruffers are trained on interviewing best practices.<br>• Cross-Ruffing teams meet to discuss results and achieve consensus on candidate rankings.<br>*Attribution:*<br>○ GS0113548-567; GS0109256-272; GS0109329-349; GS0109273-298; GS0109299-328; GS0004990-016; GS0004777-798; GS0003547-569; GS0004705-729; GS0109235-255; GS0375517-540; GS0375294-317; GS0375741-754; GS0375264-276 | Biddle (2006)<br>Campion, Palmer, and Campion (1997)<br>Conway, Jako, and Goodman (1995)<br>Dipboye, Wooten, and Halverson (2004)<br>Equal Employment Opportunity Commission (1997)<br>Gatewood and Feild (2001)<br>Guion (1998)<br>Heneman, Judge, and Kammeyer-Mueller (2015)<br>Huffcutt and Arthur (1994)<br>Huffcutt and Youngcourt (2007)<br>Macan (2009)<br>McCarthy, Van Iddekinge, and Campion (2010)<br>McDaniel, Whetzel, Schmidt, and Maurer (1994)<br>Rosse and Levin (1997) |
| • **Interviewers should take notes in order to facilitate accurate recall and justify ratings.** | • Cross-Ruffers attend an orientation/workshop prior to engaging in the Cross-Ruffing process. This includes instruction on note taking to increase recall and serve as documentation.<br>*Attribution*:<br>○ GS0113548-567; GS0109256-272; GS0109329-349; GS0109273-298; GS0109299-328; GS0004990-016; GS0004777-798; GS0003547-569; GS0004705-729; GS0109235-255; GS0375517-540; GS0375294-317; GS0375741-754; GS0375264-276 | Arvey and Sacket (1993)<br>Campion, Palmer, and Campion (1997)<br>Dipboye and Gaugler (1993)<br>Dipboye, Wooten, and Halverson (2004)<br>Gatewood and Feild (2001)<br>Middendorf and Macan (2002)<br>Rosse and Levin (1997) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| PROMOTION RECOMMENDED PRACTICES | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **2. Selection Method (Continued)** | | |
| • **Interviewers should take notes in order to facilitate accurate recall and justify ratings.** | • Cross-Ruffers attend an orientation/workshop prior to engaging in the Cross-Ruffing process. This includes instruction on note taking to increase recall and serve as documentation.<br><br>*Attribution*:<br><br>○ GS0113548-567; GS0109256-272; GS0109329-349; GS0109273-298; GS0109299-328; GS0004990-016; GS0004777-798; GS0003547-569; GS0004705-729; GS0109235-255; GS0375517-540; GS0375294-317; GS0375741-754; GS0375264-276 | Arvey and Sacket (1993)<br>Campion, Palmer, and Campion (1997)<br>Dipboye and Gaugler (1993)<br>Dipboye, Wooten, and Halverson (2004)<br>Gatewood and Feild (2001)<br>Middendorf and Macan (2002)<br>Rosse and Levin (1997) |
| • **Interviewers should be trained.** | • Cross-Ruffers attend an orientation/workshop prior to engaging in the Cross-Ruffing process. This includes training on interviewing best practices.<br><br>*Attribution:*<br><br>○ GS0109273-298; GS0109299-328; GS0004990-016 | Biddle (2006)<br>Campion, Palmer, and Campion (1997)<br>Cesare (1996)<br>Chapman and Zweig (2005)<br>Conway, Jako, and Goodman (1995)<br>Dipboye and Gaugler (1993)<br>Dipboye, Wooten, and Halverson (2004)<br>Equal Employment Opportunity Commission (1997)<br>Gatewood and Feild (2001)<br>Heneman, Judge, and Kammeyer-Mueller (2015)<br>Huffcutt and Woehr (1999)<br>Rosse and Levin (1997) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| PROMOTION RECOMMENDED PRACTICES | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **2. Selection Method (Continued)** | | |
| • **Structured interviews should be scored using a rating scale and combination of dimension scores should be made mechanically when feasible. However, some research has found similar prediction across clinical and mechanical methods and other literature has suggested a combination of the two approaches as a recommended practice.** | • Cross-Ruffers individually score interview responses using numerical or categorical ratings.<br>• Ratings are primarily categorical (i.e., only numerical in 2008).<br>• Consensus is achieved on ranked candidate list which eliminates the possibility of systemic bias.<br>*Attribution:*<br>○ GS0113548-567; GS0109256-272; GS0109329-349; GS0109273-298; GS0109299-328; GS0004990-016; GS0004777-798; GS0003547-569; GS0004705-729; GS0109235-255; GS0375517-540; GS0375294-317; GS0375741-754; GS0375264-276 | Arvey and Sackett (1993)<br>Biddle (2006)<br>Campion, Palmer, and Campion (1997)<br>Conway, Jako, and Goodman (1995)<br>Dipboye and Gaugler (1993)<br>Dipboye, Wooten, and Halverson (2004)<br>Gatewood and Field (2001)<br>Ganzach, Kluger, and Klayman (2000)<br>Guion (1998)<br>Kleinmuntz (1990)<br>Murphy and Davidshofer (2001)<br>Pynes and Bernardin (1992)<br>Wunder, Thomas, and Luo (2015) |
| **3. Decision Level** | | |
| • **Promotion decisions should be made at the organizational level where the decision maker has the most information about the job and the qualifications of the candidates.** | • High-performing Extended Managing Directors are selected to serve as Cross-Ruffers. As incumbents in the target jobs, they have the most information about the jobs and are uniquely qualified to assess candidates for these positions.<br>• Additionally, Division Heads and the Executive Office meet to achieve consensus as to whom to promote to Extended Managing Director. Typically, Division Heads have the best view of the right business decision for their business and communicate that to the Executive Office.<br>*Attribution:*<br>○ Deposition of Caroline Heller Sberloti, 7/10/13, pp.214, 230 | Gatewood and Feild (2001)<br>Glueck (1974)<br>Guion (1998)<br>Heneman, Judge, and Kammeyer-Mueller (2015)<br>Landy and Conte (2007)<br>London (1978)<br>Scanlan (1973)<br>Staiger (1980)<br>Stumpf and London (1981) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| PROMOTION RECOMMENDED PRACTICES | | |
|---|---|---|
| **RECOMMENDED PRACTICE** | **GOLDMAN SACHS' PRACTICE** | **AUTHORITY** |
| **4. Job Experience** | | |
| • **Consideration of past performance is an important input for promotion decisions.** | • Job performance is considered in that Goldman Sachs seeks to promote high-performing Vice Presidents whose contributions are in line with those in the position of Extended Managing Director.<br>• To be considered for promotion to Extended Managing Director, an employee must be a Vice President and generally needs to be performing at a high level and in a manner consistent with what is expected of a Managing Director.<br>• In evaluating candidates for promotion to Extended Managing Director, one of the considerations is historical performance which includes 360 Feedback Review, Manager Quartile assignment, and conversations with senior people within business units who have interacted with the individual.<br>*Attribution:*<br>○ Deposition of Bruce Larson, 6/12/13, pp.237, 297 | McDaniel, Schmidt, and Hunter (1988)<br>Gordon and Fitzgibbons (1982)<br>Heneman, Judge, and Kammeyer-Mueller (2015)<br>Landy, Gutman, and Outtz (2010)<br>Schmidt, Hunter, and Outerbridge (1986) |
| **5. Monitoring** | | |
| • **Promotion process should be monitored for adverse impact.** | • Executive Office Review: "The Executive Office reviews the results to ensure that all promotions are merit-based and that proper decisions are made with respect to people who are not in the majority demographic."<br>*Attribution:*<br>○ GS0109235-255 at 247 | Equal Employment Opportunity Commission (1978)<br>Gatewood and Field (2001)<br>Heneman, Judge, and Kammeyer-Mueller (2015)<br>Landy, Gutman, and Outtz (2010)<br>Rosse and Levin (1997)<br>Tippins (2010) |


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## REFERENCES

Arvey, R.D., & Sackett, P.R. (1993). Fairness in selection: Current developments and perspectives. In N. Schmitt and W.C. Borman (Eds.), *Personnel Selection in Organizations (pp.171-202)*. San Francisco: Jossey-Bass Publishers.

Bernardi, L.M. (1997). Selecting star performers. *The Canadian Manager, 22,* 14-16.

Biddle, D. (2006). *Adverse impact and test validation: A practitioner's guide to valid and defensible employment testing*. Burlington, VT: Gower.

Campion, M.A., Palmer, D.K., & Campion, J.E. (1997). A review of structure in the selection interview. *Personnel Psychology, 50,* 655-701.

Cesare, S.J. (1996). Subjective judgment in the selection interview: A methodological review. *Public Personnel Management, 25,* 291-306.

Chapman, D.S., & Zweig, D.I. (2005). Developing a nomological network for interview structure: Antecedents and consequences of the structured selection interview. *Personnel Psychology, 58,* 673-702.

Conway, J.M., Jako, R.A., & Goodman, D.F. (1995). A meta-analysis of interrater and internal consistency reliability of selection interviews. *Journal of Applied Psychology, 80,* 565-579.

Dipboye, R.L., & Gaugler, B.B. (1993). Cognitive and behavioral processes in the selection interview. In N. Schmitt and W.C. Borman (Eds.), *Personnel Selection in Organizations (pp.135-170)*. San Francisco: Jossey-Bass.

Dipboye, R.L., Wooten, K., & Halverson, S.K. (2004). Behavioral and situational interviews. In J.C. Thomas (Ed.), *Comprehensive Handbook of Psychological Assessment: Industrial and Organizational Assessment, Vol. 4 (pp.297-316)*. Hoboken, NJ: Wiley.

Equal Employment Opportunity Commission, Civil Service Commission, Department of Labor, & Department of Justice (1978). Uniform guidelines on employee selection procedures. *Federal Register, 43(166),* 38290-38315.

Equal Employment Opportunity Commission (1997). *Best Practices of Private Sector Employers*. Available at: www.eeoc.gov/eeoc_task_reports/best_practices.cfm

Erker, S.C, Cosentino, C.J., & Tamanini, K.B. (2010). Selection methods and desired outcomes: Integrating assessment content and technology to improve entry- and mid-level leadership performance. In J.L. Farr and N.T. Tippins (Eds.), *Handbook of Employee Selection (pp.721-740)*. New York: Routledge.

Ganzach, Y., Kluger, A.N., & Klayman, N. (2000). Making decisions from an interview: Expert measurement and mechanical combination. *Personnel Psychology, 53,* 1-20.



CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Gatewood, R.F., & Feild, H.S. (2001). *Human Resource Selection (5th ed.).* Mason, OH: South-Western.

Glueck. W.F. (1974). *Personnel: A Diagnostic Approach.* Dallas, TX: Business Publications, Inc.

Gordon, M.E., & Fitzgibbons, W.J. (1982). Empirical test of the validity of seniority as a factor in staffing decisions. *Journal of Applied Psychology, 67,* 311-319.

Guion, R.M. (1998). *Assessment, measurement, and prediction for personnel decisions.* Mahwah, NJ: Lawrence Erlbaum Associates.

Heneman, H.G., Judge, T.A., & Kammeyer-Mueller, J. (2015). *Staffing Organizations (8th ed.).* Mishawaka, IN: Pangloss Industries.

Huffcutt, A.I., & Arthur, W.A., Jr. (1994). Hunter and Hunter (1984) revisited: Interview validity for entry-level jobs. *Journal of Applied Psychology, 79,* 184-190.

Huffcutt, A.I., & Woehr, D. (1999). Further analysis of interview validity: A quantitative evaluation of interviewer-related structuring methods. *Journal of Organizational Behavior, 20,* 549-560.

Huffcutt, A.I., & Youngcourt, S.S. (2007). Employment interviews. In D.L. Whetzel and G.R. Wheaton (Eds.), *Applied Measurement: Industrial Psychology in Human Resources Management (pp.181-199).* New York: Taylor & Francis Group.

Jayne, M.E.A, & Rauschenberger, J.M. (2000). Demonstrating the value of selection in organizations. In J.F. Kehoe (Ed.), *Managing Selection in Changing Organizations (pp.123-157).* San Francisco: Jossey-Bass.

Jordan, K. (1997). Play fair and square when hiring from within. *HR Magazine, 42(1),* 49-51.

Landy, F.J., & Conte, J. (2004). *Work in the 21st Century: An Introduction to Industrial and Organizational Psychology.* New York: McGraw Hill.

Landy, F.J., & Conte, J. (2007). *Work in the 21st Century: An Introduction to Industrial and Organizational Psychology (2nd ed.).* Malden, MA: Blackwell Publishing.

Landy, F.J., Gutman, A., & Outtz, J.L. (2010). A sampler of legal principles in employment selection. In J.L. Farr and N.T. Tippins (Eds.), *Handbook of Employee Selection (pp.627-650).* New York: Routledge.

London, M. (1978). What every personnel director should know about management promotion decisions. *Personnel Journal, 57,* 550-555.

Macan, T. (2009). The employment interview: A review of current studies and directions for future research. *Human Resource Management Review, 19,* 203-218.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Maier, N.R.F., & Verser, G.C. (1982). *Psychology in Industrial Organizations (5th ed.).* Boston: Houghton Mifflin.

McCarthy, J.M., Van Iddekinge, C.H., & Campion, M.A. (2010). Are highly structured job interviews resistant to demographic similarity effects? *Personnel Psychology, 63,* 325-359.

McDaniel, M.A., Schmidt, F.L., & Hunter, J.E. (1988). Job experience correlates of job performance. *Journal of Applied Psychology, 73,* 327-330.

McDaniel, M.A., Whetzel, D.L, Schmidt, F.L., & Maurer, D.L. (1994). The validity of employment interviews: A comprehensive review and meta-analysis. *Journal of Applied Psychology, 79,* 599-616.

Middendorf, C.H., & Macan, T.H. (2002). Note-taking in the employment interview: Effects on recall and judgments. *Journal of Applied Psychology, 87,* 293-303.

Murphy, K.R. (2004). Assessment in work settings. In S.N. Haynes and E.M. Heiby (Eds.), *Comprehensive Handbook of Psychological Assessment (pp.346-364).* Hoboken, NJ: John Wiley & Sons.

Murphy, K.R., & Cleveland, J.N. (1995). *Understanding Performance Appraisal.* Thousand Oaks, CA: Sage.

Murphy, K.R., & Davidshofer, C.O. (2001). *Psychological Testing: Principles and Applications (5th ed.).* Upper Saddle River, NJ: Prentice-Hall.

Pynes, J., & Bernardin, H.J. (1992). Mechanical vs consensus-derived assessment center ratings: A comparison of job performance validities. *Public Personnel Management, 21,* 17-28.

Rosse, J., & Levin, R. (1997). *High-impact Hiring: A Comprehensive Guide to Performance Based Hiring.* San Francisco: Jossey-Bass Publishers.

Scanlan, B.K. (1973). *Principles of Management and Organizational Behavior*. New York: John Wiley & Sons.

Schmidt, F.L., Hunter, J.E., & Outerbridge, A.N. (1986). Impact of job experience and ability on job knowledge, work sample performance, and supervisory ratings of job performance. *Journal of Applied Psychology, 71,* 432-439.

Society for Industrial and Organizational Psychology (2018). *Principles for the Validation and Use of Personnel Selection Procedures (5th ed.).* Bowling Green, OH: Author.

Staiger, J.G. (1980). What cannot be decentralized. In H. Koontz, C. O'Donnell, and H. Weihrich (Eds.), *Management: A Book of Readings (5th ed.) (pp.319-321).* New York: McGraw-Hill Book Company.

Stumpf, S., & London, M. (1981). Management promotion: Individual and organization factors influencing the decision process. *Academy of Management Review, 6,* 539-549.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Tippins, N.T. (2010). Adverse impact in employee selection procedures from the perspective of an organizational consultant. In J.L. Outtz (Ed.), *Adverse Impact: Implications for Organizational Staffing and High Stakes Selection (pp.201-225)*. New York: Routledge.

Wunder, R.S., Thomas, L.L., & Luo, Z. (2010). Administering assessments and decision-making. In J.L. Farr and N.T. Tippins (Eds.), *Handbook of Employee Selection (pp.377-398)*. New York: Routledge.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## APPENDIX 6D

## SUMMARY OF CROSS-RUFFING PROMOTION CRITERIA


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# Selection Criteria for Promotions from Vice President to Extended Managing Director (2017)[1]

**Management, Leadership, and Culture** + **Commercial Effectiveness** = **Overall Recommendation**

**Management, Leadership, and Culture**

**Rating subsumes:**
- **Communication**
- **Culture Carrier**
- **Diverse and Inclusive Environment**
- **Leadership**
- **Management**

**Commercial Effectiveness**

**Rating subsumes:**
- **Client Focus**
- **Commercial Contributions**
- **Judgment**
- **Functional and Technical Skills**
- **Risk Management and Firm Reputation**

**Overall Recommendation**

- **Outstanding Candidate**
- **Strong Candidate**
- **Borderline Candidate**
- **No Promotion**

**Rating Scale**

**A** = Outstanding performance relative to expectations of a promote

**B+** = Strong performance relative to expectations of a promote

**B-** = Satisfactory performance relative to expectations of a promote

**C** = Below average performance relative to expectations of a promote

**Outstanding Candidate** = Promotion highly recommended

**Strong Candidate** = Promotion recommended

**Borderline Candidate** = Further consideration required

**No Promotion** = Promotion not recommended this year; may be considered in future years

1. GS0375264-776


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 6E

## CROSS-RUFFING PROCESS GUARDRAILS


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## Cross-Ruffing Process Guardrails* for Promotions from Vice President to Managing Director

**Guardrails**

- Defined nomination criteria and guidelines[2]
- Cross-Ruffer teams selected to ensure gender/ethnicity diversity[3]
- Only Managing Directors and Partners may be Cross-Ruffers[4]
- Only Managing Directors and Partners may be interviewed[1]
- To ensure impartiality and minimize advocacy, Managing Directors cannot cross-ruff candidates from an area/function they work with regularly or over which they have direct influence[1]
- Cross-Ruffers trained on interview best practices, including guidance on minimizing information processing errors[5]
- Summaries required to be objective and well documented[1]
- Solicit "hard metrics" from COO/CFO[6] (2009-2013)

**Process**

1. Divisions submit Cross-Ruffer lists[1]
2. Divisions submit candidate lists[1]
3. Cross-Ruffing Best Practices Workshop conducted by the Talent Assessment Group[1]
4. Cross-Ruffing Interviews Conducted[1]
5. Cross-Ruffing Team Rankings and Candidate One Page Summaries Submitted[1]
6. Division/Region Rankings Submitted[1]
7. Executive Office meetings with Partnership Committee captains, Divisional captains and Division heads[1]
8. Management Committee finalizes Managing Director class[1]
9. Managing Director Class Announced[1]

**Guardrails**

- Lists reviewed to ensure gender representation
  - Managing Director input[7]
  - Human Capital Management review[8]
  - Executive Office review[9]
- 10-12 interviews conducted per candidate[10]
- Standardized selection criteria[10]
- Standardized interview questions and rating scales[10]
- Detailed note taking encouraged[10]
- Human Capital Management (HCM) involvement (Cross-Ruffers meet with HCM to discuss candidate rankings)[11]
- Multiple levels of input and/or review:[10]
  - Division
  - Region
  - Executive Office
  - Management Committee
- Selection criteria based on validated global competency model[12]
- Oversight to ensure decisions are merit based, especially with regard to females and minorities[13]
- Managing Director Advocacy/Sponsorship efforts to promote diverse candidates[14]

Legend: [cyan] = process; [yellow] = guardrail

*Guardrails obtained from source documents from various years


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Sources**

1. GS0375294-317
2. Deposition of Jessica Kung, 8/1/13, pp.401-402, 404-406, 409-414; Deposition of Caroline Heller Sberloti, 7/10/13, p. 217
3. Deposition of Jessica Kung, 8/1/13, p.406; Deposition of Bruce Larson, 6/12/13, p. 251; Deposition of Caroline Heller Sberloti, 7/10/13, p.214
4. GS0109273-298; GS0109299-328; GS0004990-016; GS0004777-798; GS0003547-569; GS0004705-729; GS0109235-255; GS0375517-540; GS0375294-317; GS0375741-754; GS0375264-276
5. GS0109273-298
6. GS0003547-569
7. Deposition of Bruce Larson, 6/12/13, p.229
8. Deposition of Jessica Kung, 8/1/13, p.459; Deposition of Caroline Heller Sberloti, 7/10/13, pp.2017-211
9. Deposition of Caroline Heller Sberloti, 7/10/13, pp.207-211.
10. GS0375265-276
11. Deposition of Bruce Larson, 6/12/13, p.244
12. GS104355-752
13. GS0109329-349
14. GS0004777-798


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

# APPENDIX 6F

## STATISTICAL STUDY 6: EXAMINATION OF RELATIONSHIPS OF 360 FEEDBACK REVIEW RATINGS AND MANAGER QUARTILE ASSIGNMENTS WITH PROMOTION OUTCOMES DETAILS AND RESULTS


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

## APPENDIX 6F

### Statistical Study 6: Examination of Relationships of 360 Feedback Review Ratings and Manager Quartile Assignments with Promotion Outcomes Details and Results

The focus of Statistical Study 6 was to evaluate whether 360 Feedback Review ratings and Manager Quartile assignments relate to nomination and promotion from Vice President to Extended Managing Director. As noted previously, the 360 Feedback Review ratings and Manager Quartile assignments both represent managerial judgments of performance and because they are indicators of performance, there is a theoretical basis for the expectation that they would be correlated with Cross-Ruffing outcomes. This evidence would provide further support for the validity of the 360 Feedback Review ratings, Manager Quartile assignments, and Cross-Ruffing. The quality of these managerial judgments would be further supported if there are significant and meaningful relationships with nomination and promotion outcomes.

Empirical research examining the relationships between measures based on managerial judgment (e.g., supervisor performance ratings) and outcomes related to advancement (e.g., nomination, promotion) was reviewed. In terms of promotion, the studies I reviewed specifically focused on a binary (yes, no) promotion outcome. In a study in an investment banking division of a financial services firm, Bidwell (2011) found a correlation of .07 between performance evaluation ratings and promotions and a correlation of .08 between ranked performance (relative performance rating) and promotions. In a study of archival data from a financial services firm, Speer (2018) reported a correlation of .12 between performance ratings and promotion. Similarly, another study of archival data in a professional services firm reported a correlation of .19 between performance evaluation ratings and promotion (Bergeron, Shipp, Rosen, & Furst-Holloway, 2013). In a study involving bank tellers, Schaubroeck and Lam (2002) found a correlation of .44 between performance judgments and promotion. Arnold, Van Iddekinge, Campion, Bauer, and Campion (2020) found a correlation of .04 between supervisory ratings and promotion in a retail organization. When considering promotions for high-ranking managers in the federal government, Powell and Butterfield (1994 and 1997, respectively) reported correlations of .09 and .11 between ratings of performance and referral and .10 and .14 between ratings of performance and promotion. Finally, DeOrtentiis, Van Iddekinge, Ployhart, and Heetderks (2018) reported a negative relationship (-.07) between performance ratings and promotion. With the exception of


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

Schauenbroeck and Lam (2002), it is apparent that correlational magnitudes often do not reach .20. These studies provide a benchmark for comparing the Study 6 results and are summarized in **Table 6F.1.**

| **Table 6F.1. Correlations Between Supervisory Performance Ratings and Promotion Reported in the Empirical Literature** | |
|---|---|
| **Study** | **Correlation(s)** |
| Arnold, Van Iddekinge, Campion, Bauer, and Campion (2020) | .04 |
| Bergeron, Shipp, Rosen, and Furst-Holloway (2013) | .19 |
| Bidwell (2011) | .07 and .08 |
| DeOrtentiis, Van Iddekinge, Ployhart, and Heetderks (2018) | -.07 |
| Powell and Butterfield (1994) | .10 |
| Powell and Butterfield (1997) | .14 |
| Schaubroeck and Lam (2002) | .44 |
| Speer (2018) | .12 |
| **Average** | **.12** |

**Data**

I analyzed data from 2003 to 2018 with the following variables used in this study:

- Variables used to identify records, create strata, or clean the data:
    - Employee ID – a unique employee identifier.
    - Year – fiscal year associated with 360 Feedback Review and Manager Quartile assignment.
    - Corporate Title (i.e., Associate, Vice President).
    - Division (i.e., IBD, IMD, Securities).
    - **IBD Junior** – data field indicating professionals who were considered junior, and therefore unlikely to be nominated for promotion or to receive a promotion.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

    - **Time as a Vice President** – data field providing information on how long the professional had served as a Vice President, to be used to identify professionals in IMD and Securities who may be unlikely to be nominated or promoted due to less tenure/experience.

- Variables created to be evaluated for this study:
    - **360 Feedback Review overall score** – This is an average of specific competency ratings made on a 5-point scale prior to 2010 and on a 9-point scale from 2010 to 2015.
    - **Manager Quartile assignment** – This is the quartile assigned, following the prevailing categories for the given year and Division as described in Statistical Study 3.
    - **Nominated** – binary outcome indicating, for each year of data, whether the professional was nominated for promotion (1) or not nominated for promotion (0).
    - **Promoted** – binary outcome indicating, for each year of data, whether the professional was promoted (1) or not promoted (0).
    - **Promotion Status** – trichotomous outcome indicating, for each year of data for whether the professional was not nominated (0), nominated but not promoted (1), or promoted (2).

Some of the same considerations that are relevant to Statistical Studies 4 and 5 are also relevant to this study, such as the years in which each Division began using Manager Quartiles. Further, numeric 360 Feedback Review ratings were provided through 2015, so these could only be examined through 2015. However, Manager Quartile assignments and 360 Feedback Review ratings were evaluated separately, so the full range of years in which each had sufficient and available data was examined. As with the prior statistical studies, data quality was evaluated to determine if any records should be excluded from the analyses. Reasons for excluding records included the following:

- Excluded from all analyses (360 Feedback Review and Manager Quartile assignment):
    - With a shift to nominations and promotions occurring every other year, data from 2014, 2016, and 2018 were excluded because there were no instances of individuals being nominated or promoted in these years.
    - Records in which a professional was considered more junior in his/her role as Vice President were excluded because there was a very low likelihood that, regardless of 360 Feedback Review overall score or Manager Quartile

assignment, the individual would be considered for promotion due to less experience. Those classified as Junior Bankers in IBD and those in IMD and Securities with less than 1.5 years as a Vice President were excluded.

- Excluded from 360 Feedback Review analyses:
  - In a given year, missing the 360 Feedback Review overall score.
  - Years in which quantitative 360 Feedback Review overall scores were not available (i.e., 2016 forward).
- Excluded from Manager Quartile analyses:
  - Manager Quartile assignments that did not correspond to the prevailing groupings of that year (e.g., assigned a Q 2/3 in 2015 to 2018 when only 1, 2, 3, and 4 were designated categories).
  - Years when the Manager Quartile process did not conform to quartile assignment designations, as described in Statistical Study 3 (e.g., IBD prior to 2005).

**Analyses and Results**

To evaluate the relationships between 360 Feedback Review overall scores or Manager Quartile assignments and the binary or trichotomous outcomes, Spearman correlations were calculated. The Spearman correlation is well suited to correlational analyses where one or more of the variables is ordinal (e.g., Manager Quartile assignments) or where one or more of the variables does not conform to a specific distribution that may be required by a parametric statistic (e.g., promotion outcomes have low base rates and often do not approximate normal distributions as well as outcomes with more variability). Statistical Study 6 strata included Division and Year (corporate title was excluded since all records analyzed were for Vice Presidents). Analyses were conducted when the sample size for a given strata was 120 or more (with a few noted exceptions where sample size was close to this threshold). This sample size was derived using a power analysis ($\alpha = .05$, $\beta = .80$, estimated correlation = .25, two-tailed test).

In total, there were 16,169 records spanning 4,868 reviewees available for analyses of the 360 Feedback Review scores, and 16,551 records spanning 5,344 reviewees available for analyses of the Manager Quartile assignments. A total of 99 correlation coefficients were calculated for 360 Feedback Review scores (33 correlations for each of the three outcomes). A total of 96 correlation coefficients were calculated for Manager Quartile assignments (32 correlations for each of the three outcomes).


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Table 6F.2** provides the Spearman correlations of the 360 Feedback Review overall score with the binary nomination outcome for each combination of Division and Year. **Table 6F.3** provides the correlations with the binary promotion outcome, and **Table 6F.4** provides the correlations with the trichotomous promotion status outcome.

**Table 6F.2. Spearman Correlations of Overall 360 Feedback Review Overall Score with Nomination Outcome**

| Year | IBD | | | IMD | | | Securities | | |
|---|---|---|---|---|---|---|---|---|---|
| | N Total | N Nominated | Spearman Correlation | N Total | N Nominated | Spearman Correlation | N Total | N Nominated | Spearman Correlation |
| 2003 | | | | | | | 386 | 38 | .33** |
| 2004 | | | | 162 | 39 | .37** | 648 | 79 | .44** |
| 2005 | 88† | 22 | .51** | 422 | 69 | .33** | 719 | 110 | .46** |
| 2006 | 173 | 56 | .44** | 454 | 60 | .28** | 772 | 99 | .36** |
| 2007 | 194 | 59 | .46** | 492 | 51 | .18** | 840 | 109 | .36** |
| 2008 | 124 | 41 | .36** | 487 | 35 | .18** | 857 | 80 | .38** |
| 2009 | 115† | 34 | .26** | 533 | 36 | .23** | 798 | 65 | .33** |
| 2010 | 133 | 29 | .21* | 545 | 41 | .25** | 830 | 74 | .37** |
| 2011 | 142 | 32 | .22** | 581 | 38 | .33** | 792 | 54 | .34** |
| 2012 | 173 | 39 | .35** | 632 | 42 | .30** | 751 | 51 | .28** |
| 2013 | 167 | 38 | .42** | 715 | 42 | .29** | 696 | 69 | .38** |
| 2015 | 198 | 69 | .45** | 886 | 44 | .30** | 664 | 73 | .45** |
| **Average** | | | **.37** | | | **.28** | | | **.37** |

Note: 1) Blank cells indicate insufficient data. 2) Cells denoted by a † indicate that the corresponding Spearman correlation coefficients were included even though the sample size was smaller than the 120 threshold. 3) Cells denoted by a * indicate a correlation is statistically significant at p < .05, and ** indicates a correlation is statistically significant at p < .01.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Table 6F.3. Spearman Correlations of 360 Feedback Review Overall Score with Extended Managing Director Promotion Outcomes | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | IBD | | | IMD | | | Securities | | |
| | N Total | N Promoted | Spearman Correlation | N Total | N Promoted | Spearman Correlation | N Total | N Promoted | Spearman Correlation |
| 2003 | | | | | | | 386 | 12 | .21** |
| 2004 | | | | 162 | 13 | .34** | 648 | 37 | .33** |
| 2005 | 88† | 8 | .39** | 422 | 14 | .22** | 719 | 38 | .33** |
| 2006 | 173 | 24 | .40** | 454 | 20 | .22** | 772 | 43 | .28** |
| 2007 | 194 | 30 | .37** | 492 | 16 | .20** | 840 | 41 | .27** |
| 2008 | 124 | 27 | .43** | 487 | 18 | .17** | 857 | 46 | .28** |
| 2009 | 115† | 22 | .31** | 533 | 18 | .17** | 798 | 40 | .29** |
| 2010 | 133 | 22 | .20* | 545 | 26 | .21** | 830 | 52 | .33** |
| 2011 | 142 | 13 | .27** | 581 | 25 | .28** | 792 | 32 | .30** |
| 2012 | 173 | 26 | .39** | 632 | 29 | .25** | 751 | 37 | .27** |
| 2013 | 167 | 23 | .42** | 715 | 27 | .25** | 696 | 43 | .32** |
| 2015 | 198 | 50 | .48** | 886 | 36 | .28** | 664 | 43 | .34** |
| **Average** | | | **.37** | | | **.23** | | | **.30** |

Note: 1) Blank cells indicate insufficient data. 2) Cells denoted by a † indicate that the corresponding Spearman correlation coefficients were included even though the sample size was smaller than the 120 threshold. 3) Cells denoted by a * indicate a correlation is statistically significant at $p < .05$, and ** indicates a correlation is statistically significant at $p < .01$.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Table 6F.4. Spearman Correlations of Overall 360 Feedback Review Overall Score with Promotion Status Outcome**

| Year | IBD | | IMD | | Securities | |
|---|---|---|---|---|---|---|
| | N Total | Spearman Correlation | N Total | Spearman Correlation | N Total | Spearman Correlation |
| 2003 | | | | | 386 | .33** |
| 2004 | | | 162 | .39** | 648 | .45** |
| 2005 | 88† | .52** | 422 | .34** | 719 | .47** |
| 2006 | 173 | .47** | 454 | .29** | 772 | .37** |
| 2007 | 194 | .47** | 492 | .18** | 840 | .36** |
| 2008 | 124 | .40** | 487 | .18** | 857 | .38** |
| 2009 | 115† | .29** | 533 | .23** | 798 | .33** |
| 2010 | 133 | .21* | 545 | .25** | 830 | .37** |
| 2011 | 142 | .24** | 581 | .33** | 792 | .34** |
| 2012 | 173 | .37** | 632 | .30** | 751 | .29** |
| 2013 | 167 | .44** | 715 | .29** | 696 | .38** |
| 2015 | 198 | .48** | 886 | .30** | 664 | .45** |
| **Average** | | **.39** | | **.28** | | **.37** |

Note: 1) Blank cells indicate insufficient data. 2) Cells denoted by a † indicate that the corresponding Spearman correlation coefficients were included even though the sample size was smaller than the 120 threshold. 3) Cells denoted by a * indicate a correlation is statistically significant at $p < .05$, and ** indicates a correlation is statistically significant at $p < .01$.

Across all three Divisions, there is a consistent pattern of statistically significant, positive relationships between 360 Feedback Review overall scores and promotion outcomes. **Table 6F.5** provides a high level summary of the results by Division and promotion outcome that demonstrates this pattern of results.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Table 6F.5. Results Summarized by Division for the Relationship Between 360 Feedback Review Overall Scores and Promotion Outcomes | | | | | | |
|---|---|---|---|---|---|---|
| **Outcome** | **IBD** | | **IMD** | | **Securities** | |
| | **Average** | **Statistically Significant** | **Average** | **Statistically Significant** | **Average** | **Statistically Significant** |
| **Nominated** | .37 | 10 / 10 | .28 | 11 / 11 | .37 | 12 / 12 |
| **Promoted** | .37 | 10 / 10 | .23 | 11 / 11 | .30 | 12 / 12 |
| **Promotion Status** | .39 | 10 / 10 | .28 | 11 / 11 | .37 | 12 / 12 |
| **All Outcomes** | .38 | 30 / 30 | .26 | 33 / 33 | .35 | 36 / 36 |

In summary, all of the correlations between the 360 Feedback Review overall score and the three promotion-related outcomes are statistically significant, in the positive direction, and average magnitudes exceed typical correlation magnitudes in the empirical literature. These results show that Vice Presidents with higher 360 Feedback Review overall scores were more likely to be nominated and promoted.[207]

Similar analyses were conducted for Manager Quartile assignments. **Table 6F.6** provides the Spearman correlations of the Manager Quartile assignment with the binary nominated outcome for each combination of Division and Year. **Table 6F.7** provides the correlations with the binary promoted outcome, and **Table 6F.8** provides the correlations with the trichotomous promotion status outcome.

[207] I also explored performance variable relationships regarding promoted versus nominated but not promoted outcomes. However, the sample sizes were much smaller than those required for traditional criterion-related analyses. Despite these small sample sizes, exploratory results were consistent with the pattern of results described throughout this appendix. The majority of correlations were statistically significant and in a positive direction.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**Table 6F.6. Spearman Correlations of Manager Quartile Assignment with Nominated Outcome**

| Year | IBD | | | IMD | | | Securities | | |
|---|---|---|---|---|---|---|---|---|---|
| | N Total | N Nominated | Spearman Correlation | N Total | N Nominated | Spearman Correlation | N Total | N Nominated | Spearman Correlation |
| 2003 | | | | | | | 700 | 79 | .35 |
| 2004 | | | | | | | 639 | 79 | .40 |
| 2005 | 142 | 56 | .45 | | | | | | |
| 2006 | 161 | 54 | .45 | | | | 765 | 99 | .40 |
| 2007 | 190 | 59 | .42 | 481 | 51 | .29 | 813 | 106 | .40 |
| 2008 | 150 | 43 | .56 | 525 | 35 | .26 | 846 | 80 | .43 |
| 2009 | 115† | 34 | .53 | 536 | 36 | .34 | 805 | 65 | .39 |
| 2010 | 133 | 29 | .57 | 545 | 41 | .37 | 827 | 74 | .37 |
| 2011 | 141 | 32 | .39 | 590 | 38 | .34 | 787 | 54 | .33 |
| 2012 | 172 | 39 | .53 | 628 | 42 | .34 | 749 | 51 | .33 |
| 2013 | 168 | 38 | .49 | 711 | 42 | .32 | 693 | 69 | .42 |
| 2015 | 198 | 69 | .60 | 887 | 44 | .31 | 665 | 73 | .44 |
| 2017 | 197 | 66 | .68 | 1,003 | 49 | .29 | 589 | 71 | .46 |
| **Average** | | | **.52** | | | **.32** | | | **.39** |

Note: 1) Blank cells indicate insufficient data. 2) Cells denoted by a † indicate that the corresponding Spearman correlation coefficients were included even though the sample size was smaller than the 120 threshold. 3) All individual correlations in this table are statistically significant ($p < .01$).


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Table 6F.7. Spearman Correlations of Manager Quartile Assignment with Extended Managing Director Promotion Outcomes | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | IBD | | | IMD | | | Securities | | |
| | N Total | N Prom | Spearman Correlation | N Total | N Prom | Spearman Correlation | N Total | N Prom | Spearman Correlation |
| 2003 | | | | | | | 700 | 21 | .23 |
| 2004 | | | | | | | 639 | 37 | .32 |
| 2005 | 142 | 25 | .49 | | | | | | |
| 2006 | 161 | 24 | .36 | | | | 765 | 43 | .33 |
| 2007 | 190 | 30 | .44 | 481 | 16 | .25 | 813 | 41 | .31 |
| 2008 | 150 | 27 | .61 | 525 | 18 | .25 | 846 | 46 | .32 |
| 2009 | 115† | 22 | .54 | 536 | 18 | .25 | 805 | 40 | .31 |
| 2010 | 133 | 22 | .57 | 545 | 26 | .29 | 827 | 52 | .33 |
| 2011 | 141 | 13 | .38 | 590 | 25 | .28 | 787 | 32 | .27 |
| 2012 | 172 | 26 | .52 | 629 | 29 | .28 | 749 | 37 | .29 |
| 2013 | 168 | 23 | .47 | 711 | 27 | .26 | 693 | 43 | .33 |
| 2015 | 198 | 50 | .65 | 887 | 36 | .28 | 665 | 43 | .35 |
| 2017 | 197 | 55 | .67 | 1,003 | 38 | .26 | 589 | 50 | .39 |
| **Average** | | | **.52** | | | **.27** | | | **.31** |

Note: 1) Blank cells indicate insufficient data. 2) Cells denoted by a † indicate that the corresponding Spearman correlation coefficients were included even though the sample size was smaller than the 120 threshold. 3) All individual correlations in this table are statistically significant ($p < .01$).


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Table 6F.8. Spearman Correlations of Manager Quartile Assignment with Promotion Status Outcome | | | | | | |
|---|---|---|---|---|---|---|
| **Year** | **IBD** | | **IMD** | | **Securities** | |
| | **N Total** | **Spearman Correlation** | **N Total** | **Spearman Correlation** | **N Total** | **Spearman Correlation** |
| 2003 | | | | | 700 | .36 |
| 2004 | | | | | 639 | .40 |
| 2005 | 142 | .51 | | | | |
| 2006 | 161 | .47 | | | 765 | .41 |
| 2007 | 190 | .45 | 481 | .30 | 813 | .41 |
| 2008 | 150 | .60 | 525 | .26 | 846 | .43 |
| 2009 | 115† | .56 | 536 | .34 | 805 | .39 |
| 2010 | 133 | .58 | 545 | .37 | 827 | .37 |
| 2011 | 141 | .41 | 590 | .34 | 787 | .33 |
| 2012 | 172 | .55 | 628 | .34 | 749 | .33 |
| 2013 | 168 | .51 | 711 | .32 | 693 | .42 |
| 2015 | 198 | .65 | 887 | .31 | 665 | .44 |
| 2017 | 197 | .70 | 1,003 | .29 | 589 | .46 |
| **Average** | | **.54** | | **.32** | | **.39** |

Note: 1) Blank cells indicate insufficient data. 2) Cells denoted by a † indicate that the corresponding Spearman correlation coefficients were included even though the sample size was smaller than the 120 threshold. 3) All individual correlations in this table are statistically significant ($p < .01$).

Across all three Divisions, there is a consistent pattern of statistically significant, positive relationships between Manager Quartile assignments and promotion outcomes. **Table 6F.9** provides a high level summary of the results by Division and promotion outcome that demonstrates this pattern of results.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

| Table 6F.9. Results Summarized by Division for the Relationship Between Manager Quartile Assignments and Promotion Outcomes | | | | | | |
|---|---|---|---|---|---|---|
| **Outcome** | **IBD** | | **IMD** | | **Securities** | |
| | **Average** | **Statistically Significant** | **Average** | **Statistically Significant** | **Average** | **Statistically Significant** |
| **Nominated** | .52 | 11 / 11 | .32 | 9 / 9 | .39 | 12 / 12 |
| **Promoted** | .52 | 11 / 11 | .27 | 9 / 9 | .31 | 12 / 12 |
| **Promotion Status** | .54 | 11 / 11 | .32 | 9 / 9 | .39 | 12 / 12 |
| **All Outcomes** | .53 | 33 / 33 | .30 | 27 / 27 | .37 | 36 / 36 |

In summary, all of the correlations between the Manager Quartile assignments and the three promotion-related outcomes to Extended Managing Director are statistically significant, in the positive direction, and average magnitudes exceed what is found in the empirical literature. As with the 360 Feedback Review results, the Manager Quartile assignment results show that Vice Presidents with higher Manager Quartile assignments were more likely to be nominated and promoted.

**Appendix 6F Summary**

To summarize, all of the correlations of the 360 Feedback Review overall scores and the Manager Quartile assignments with the outcomes associated with promotion of Vice Presidents to Extended Managing Director were statistically significant. The magnitude of the correlations exceed what is reported in the empirical literature. These results provide strong evidence of the validity of the 360 Feedback Review overall scores, Manager Quartile assignments, and Cross-Ruffing. Such alignment is an important indication that the 360 Feedback Review and Manager Quartile processes operated as theoretically expected. Importantly, because valid measures must be reliable, the validity of the Cross-Ruffing process also provides evidence of its underlying reliability. These studies, therefore, support my conclusion that Cross-Ruffing is reliable, valid, and job related.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT

**References**

Arnold, J.D., Van Iddekinge, C.H., Campion, M.C., Bauer, T.N., & Campion, M.A. (2020). Welcome back? Job performance and turnover of boomerang employees compared to internal and external hires. *Journal of Management, in press,* 1-28.

Bidwell, M. (2011). Paying more to get less: The effects of external hiring versus internal mobility. *Administrative Science Quarterly*, *56,* 369-407.

Bergeron, D.M., Shipp, A.J., Rosen, B., & Furst-Holloway, S. (2013). Organizational citizenship behavior and career outcomes: The cost of being a good citizen. *Journal of Management, 39*, 958-984.

DeOrtentiis, P.S., Van Iddekinge, C.H., Ployhart, R.E., & Heetderks, T.D. (2018). Build or buy? The individual and unit-level performance of internally versus externally selected managers over time. *Journal of Applied Psychology, 103,* 916-928.

Powell, G. N., & Butterfield, D. A. (1994). Investigating the "glass ceiling" phenomenon: An empirical study of actual promotions to top management. *Academy of Management Journal*, *37*, 68-86.

Powell, G. N., & Butterfield, D. A. (1997). Effect of race on promotions to top management in a federal department. *Academy of Management Journal*, *40*, 112-128.

Schaubroeck, J., & Lam, S. S. (2002). How similarity to peers and supervisor influences organizational advancement in different cultures. *Academy of Management Journal*, *45*, 1120-1136.

Speer, A.B. (2018). Quantifying with words: An investigation of the validity of narrative-derived performance scores. *Personnel Psychology, 71*, 299-333.


CONFIDENTIAL PURSUANT TO COURT ORDER AND DATA HANDLING AGREEMENT