# EXHIBIT 29

SOUTHERN DISTRICT OF NEW YORK

_______________

H. CHRISTINA CHEN-OSTER, ) Volume 2
SHANNA ORLICH; ALLISON )
GAMBA; and MARY DE LUIS, )
)
Plaintiffs, ) Case No.
) 10-cv-6950-AT-RWL
vs. )
)
GOLDMAN SACHS & CO. and )
THE GOLDMAN SACHS GROUP, )
INC., )
)
Defendants. )
)

** HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY **

REMOTE VIDEOTAPED DEPOSITION
OF
ERIC MICHAEL DUNLEAVY, Ph.D.
Friday, June 11, 2021
Washington, D.C.

Reported by: B. Suzanne Hull, CSR No. 13495

BY MS. GEMAN:
Q. Do you see that, Dr. Dunleavy?
A. I'm rereading the paragraph.
Q. And I want to ask you what you mean by bias in this context.
A. I have -- I have read the paragraph.
Q. What do you mean by bias?
A. Yeah. In -- in -- in this context I think bias refers to noise around the -- the performance measure itself.
Q. Okay. Meaning aspects that detract from the accuracy of the metric?
A. No performance measure is -- is perfectly reliable. And whether we're talking about subjective judgment or objective metrics, that -- that is the reality that -- that we're faced with. The question becomes whether the metrics themselves are structured enough and -- and in control of the individual to -- to have enough reliability for analysis purposes. And, again, if -- if they -- if they were not, then the noise would drown out the signal, and we would not see the types of correlations that -- that I identified in my statistical studies.
Q. Are there particular biases you have observed in connection with the Goldman Sachs

challenge processes?
A. Well, again, in this context bias is a synonym for -- for noise or -- or unreliability. And that is something that I -- I evaluated directly and identified adequate -- adequate reliability. As I noted that there is no -- there is no such thing as a perfectly reliable outcome and, as such, we -- we do things like evaluate multiple outcomes to see if the pattern of statistics are consistent across the different studies.
Q. Please turn to Appendix 5G on Page 5G-2.
A. (Witness complies.)
Q. Now, this is the first of two studies that you offer that used the production data; correct?
A. You are referring to statistical study five and statistical study seven?
Q. Yes.
A. That sounds right, yes.
Q. All right. How did you -- were you the person who decided how to code and interpret the -- the division specific metrics?
A. The production metrics were -- were available in -- in the database, and as I thought through the different statistical studies that made sense, I -- I identified this type of a study as --

as potentially useful and relevant; so I instructed Cornerstone to identify data that mail out to these types of analyses; so the --

Q. And they used the -- uh-huh.

A. So that the -- the data that were provided included -- included these metrics among some -- some other -- some other variables that were either part of the metrics that I analyzed or were only available for a small enough percentage of employees that I really could not analyze them using a criterion study.

Q. How did you handle the existence of negative production credits?

A. You are talking about -- is that specific to securities?

Q. We can start there.

A. I don't -- I don't recall, as I sit here.

Is there a particular page of this appendix --

Q. No.

A. -- that you are referring to?

Q. I'm just trying to get a general understanding of how you interpreted the -- the data.

Would you agree that the division specific metric data was difficult to interpret on its face?

A. I don't -- I don't know if I say difficult to interpret. They were -- they were metrics that had meaning to Goldman Sachs. They were metrics that could be reasonably defined based on -- based on the definitions you see in my report. And two of the metrics were financial in nature and -- and the other metrics for IBD was a composite based on a zero-to-one scale.

Q. Do you know the extent to which your specifications differed from Dr. Shaw's, if at all?

A. I -- I don't know the answer to that question, no.

Q. Okay. Did -- did -- did Cornerstone basically give you the specifics?

MS. DAVIDOFF: Objection to form. Foundation.

THE WITNESS: Again, under my direction, Cornerstone produced these data that included the objective metrics in them.

BY MS. GEMAN:

Q. But that data was already populated with things like dummy variables and essentially on -- essentially had already been analyzed; correct?

MS. DAVIDOFF: Objection. Foundation.

THE WITNESS: In the sense that I did not

create the objective metrics from scratch myself, no. I did not.

BY MS. GEMAN:

Q. Different question.

You didn't examine -- or tell me otherwise.

You didn't examine the sort of raw data from Goldman Sachs; correct? You examined the data once Cornerstone had made the available pursuant to their specifics?

MS. DAVIDOFF: Objection. Foundation.

THE WITNESS: My understanding is that these metrics are -- are the ones that are used by Goldman Sachs. And I didn't create any of them.

BY MS. GEMAN:

Q. Okay. Different question.

Were you analyzing the -- the raw data from Goldman Sachs; so you essentially started from scratch on how to interpret missing data and so forth? Or were you using data that Cornerstone had already run specifications on to make more usable?

A. Again, my recollection is that these data were already populated --

Q. Okay.

A. -- when I was -- when I was provided the data in response to my request.

Q. I understand.

And did you inquire whether you agreed with the ways in which that data was populated by the consultants?

MS. DAVIDOFF: Objection. Foundation. Misstates testimony.

THE WITNESS: Again, there were general discussions around the -- the types of objective metrics that these were and -- and what they -- what they were representing.

Does that answer your question?

BY MS. GEMAN:

Q. No. I just want to make sure I understand.

Did you essentially -- well, let me ask it this way.

Did you make any changes to how Cornerstone had prepared the data?

A. Not that I can recall, as I sit here. Again, as -- as part of the -- the analysis process, the data were cleaned for all of the statistical studies. And I used cleaning factors, you know, based on my professional judgment.

But if -- if your question is whether I transformed the objective metrics into something else, no. Not that I can recall.

Q. Cornerstone had already done that, to your understanding?

MS. DAVIDOFF: Objection. Misstates testimony. Objection. Foundation.

THE WITNESS: Again, I'm not sure if the data were available in the database that was provided to me.

BY MS. GEMAN:

Q. Understand.

So you are not -- you are not sure whether you saw sort of raw data directly from Goldman or data that had already been worked on by Cornerstone or Dr. Shaw's personnel; correct?

MS. DAVIDOFF: Objection to form. Objection. Foundation. Objection. Misstates testimony.

THE WITNESS: I had never --

BY MS. GEMAN:

Q. That is what I was asking here.

A. I had never had any interaction with -- with Dr. Shaw --

Q. Okay.

A. -- so I have -- I have no idea of -- but again, the data were -- were provided to me. I'm not sure exactly how they were created, if there were

lower levels of raw data that were available.

Q. And how did you -- I'm sorry.

Did you consider including 360 data from after 2016?

A. That was not something that -- that I considered.

Q. Okay. You could have created a dummy variable -- right? -- for each of the three qualitative indicators?

A. If you are asking if I -- if you could have analyzed data --

Q. Yeah.

A. -- from 2016?

Potentially. I would -- I would -- again, I didn't -- that is not something that I considered; so I -- I would need to think through what that process would look like and would need to know, you know, more information about exactly how that -- how that system works. Dummy variables are something that obviously could be used for analysis purposes. But -- but, again, I am not -- I wasn't -- I wasn't asked to analyze those data. Based on what I know, they are developmental in nature, and that wasn't something --

Q. Okay.

A. -- I opined on.
Q. Were you only asked explicitly to analyze 2016 and earlier?
A. I was asked to evaluate the -- the 360 process when it was evaluative.
Q. Okay. Let's look at Page 5G-9, which is Table 5G-2.
A. (Witness complies.)
You said 5G-9?
Q. Page 5G-9, which has Table 5G-2.
A. I'm there.
Q. So is it correct that for the years 2005 to 2018 there was only a statistically significant Spearman correlation between the 360 and objective metrics for IBD associates for three out of the fourteen years, and for the other years there was no significance or analysis was not able to be run?
MS. DAVIDOFF: Objection to form.
THE WITNESS: So you -- your question is specific to associates in Table 5G-2?
BY MS. GEMAN:
Q. Yes.
A. I was able to conduct six analyses for associates. And, again, that was based in part -- that was based on sample size. And three of the six

STATE OF CALIFORNIA )
) ss.
COUNTY OF KERN )

I, B. Suzanne Hull, a Certified Shorthand Reporter in the State of California, holding Certificate Number 13495, do hereby certify that ERIC MICHAEL DUNLEAVY, Ph.D., the witness named in the foregoing deposition, was by me duly sworn; that said deposition, was taken Friday, June 11, 2021, at the time and place set forth on the first page hereof.

That upon the taking of the deposition, the words of the witness were written down by me in stenotypy and thereafter transcribed by computer under my supervision; that the foregoing is a true and correct transcript of the testimony given by the witness.

Pursuant to Federal Rule 30(e), transcript review was requested.

I further certify that I am neither counsel for nor in any way related to any party to said action, nor in any way interested in the result or outcome thereof.

///

Dated this 13th day of June, 2021, at Bakersfield, California.

B. Suzanne Hull, CSR No. 13495