# EXHIBIT 33

CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

March 2019 Invoice

| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
|---|---|---|---|---|---|
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| **Date** | **Activity** | **Time** | **Minutes** | **Other Expenses** | **Charge** |
| | | | | | |
| 3/28/2019 | File Organization | 7:45p-8:20p | 35 | | $347.20 |
| 3/30/2019 | Planning | 8:30a-9:20a | 50 | | $496.00 |
| 3/31/2019 | Planning | 11:30a-1:30p | 120 | | $1,190.40 |
| | | | | Total | $2,033.60 |

CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

April 2019 Invoice

| | | | | | |
|---|---|---|---|---|---|
| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| Date | Activity | Time | Minutes | Other Expenses | Charge |
| | | | | | |
| 4/8/2019 | Call | 7:00p-7:45p | 45 | | $446.40 |
| 4/10/2019 | Call | 11:25a-12:05; 4:00-4:20p | 60 | | $595.20 |
| 4/13/2019 | Document review | 1:20p-2:10p; 3:25p-5:00p | 145 | | $1,438.40 |
| 4/17/2019 | Document review | 2:45p-4:30p | 120 | | $1,190.40 |
| 20-Apr-19 | Document review | 12:30p-3:30 | 180 | | $1,785.60 |
| 4/23/2019 | Work on report | 7:45p-8:10 | 25 | | $248.00 |
| 4/24/2019 | Work on report. Call. | 7:55a-9:25; 12:30p-2:00; 3:30-4:30 | 240 | | $2,380.80 |
| 4/25/2019 | Call | 11:30a-12:00a | 30 | | $297.60 |
| 4/26/2019 | Review materials | 8:20a-8:50a; 4:00-5:00 | 90 | | $892.80 |
| 4/27/2019 | Review materials | 7:45a-10:00a; 11:30-2:00; 7:30p-9:00p | 375 | | $3,720.00 |
| 4/30/2019 | Review materials. Call. | 8:20a-10:30a; 11:15a-12:15; 3:45p-5:10p | 275 | | $2,728.00 |
| | | | | Total | $15,723.20 |

CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

May 2019 Invoice

| | | | | | |
|---|---|---|---|---|---|
| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| **Date** | **Activity** | **Time** | **Minutes** | **Other Expenses** | **Charge** |
| | | | | | |
| 5/1/2019 | Preparation for and participation in call | 2:00p-2:30p; 3:30-4:30p | 90 | | $892.80 |
| 5/2/2019 | Preparation for and participation in call | 2:30p-5:30 | 180 | | $1,785.60 |
| 5/9/2019 | Reviewing documents | 11:30a-1:00p | 90 | | $892.80 |
| 5/12/2019 | Review materials | 4:15p-4:45 | 30 | | $297.60 |
| 5/13/2019 | Review materials | 10:00a-11:30a | 90 | | $892.80 |
| 5/14/2019 | Review materials | 10:40a-12:15p | 95 | | $942.40 |
| 5/15/2019 | Preparation for and participation in call | 2:00pm-5:00 | 180 | | $1,785.60 |
| 5/18/2019 | Planning work | 3:00-3:30p | 30 | | $297.60 |
| 5/19/2019 | Research and planning | 9:45a-12:30p | 165 | | $1,636.80 |
| 5/20/2019 | Research and planning | 3:30p-4:45 | 75 | | $744.00 |
| 5/21/2019 | Research and planning | 10:10a-11:30 | 80 | | $793.60 |
| 5/22/2019 | Research and planning | 8:50a-11:30a | 160 | | $1,587.20 |
| 5/24/2019 | Review materials and call | 7:55a-12:10p; 12:55p-1:30; | 290 | | $2,876.80 |
| 5/29/2019 | Review materials, calls | 7:50a-10:30a; 11:50p-12:30; 2:15-3:20; 4:00-4:10 | 275 | | $2,728.00 |
| | | | | Total | $18,153.60 |

SA CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

June 2019 Invoice

| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
|---|---|---|---|---|---|
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| Date | Activity | Time | Minutes | Other Expenses | Charge |
| | | | | | |
| 6/12/2019 | Calls; review analysis | 1:00p-2:00p | 60 | | $595.20 |
| 6/14/2019 | Analyis | 11:10a - 2:00p; 2:30-3:15p | 215 | | $2,132.80 |
| 6/26/2019 | Call & preparation | 3:00p-5:30p | 150 | | $1,488.00 |
| 6/27/2019 | Call; review data | 10:00a-11:45 | 105 | | $1,041.60 |
| 6/29/2019 | Analyis | 3:30p-5:00p | 90 | | $892.80 |
| 6/30/2019 | Analyis | 7:55a-10:45a; 11:20a-2:45p | 375 | | $3,720.00 |
| | | | | Total | $9,870.40 |

sa CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

July 2019 Invoice

| | | | | | |
|---|---|---|---|---|---|
| | **Stockdale Expert Report: Chen-Oster v. Goldman Sachs** | | | | |
| | | | | | **Rate = $595/Hr ($9.92/Min.)** |
| | | | | | |
| **Date** | **Activity** | **Time** | **Minutes** | **Other Expenses** | **Charge** |
| | | | | | |
| 7/9/2019 | Analysis | 8:30a-11:30; 2:45p-5:15p | 360 | | $3,571.20 |
| 7/10/2019 | Analysis | 3:30p-5:15p | 105 | | $1,041.60 |
| 7/11/2019 | Analysis | 10:40a-12:30; 3:10p-4:00p | 160 | | $1,587.20 |
| 7/12/2019 | Analysis and calls | 7:20a - 8:30a; 10:30-11:30; 12:40p-3:30p | 300 | | $2,976.00 |
| 7/13/2019 | Analysis | 9:50a-10:50a; 11:00-11:50; 12:20p-2:10p | 220 | | $2,182.40 |
| 7/14/2019 | Analysis | 9:45a-11:55a; 3:30p-5:50p | 270 | | $2,678.40 |
| 7/15/2019 | Analysis | 9:05a - 11:45a; 12:35p-2:30p | 275 | | $2,728.00 |
| 7/18/2019 | Analysis | 8:10a: 11:00a | 170 | | $1,686.40 |
| 7/19/2019 | Analysis | 8:00a-9:00a; 9:15a-11:00a; 11:15a-12:30p | 240 | | $2,380.80 |
| 7/19/2019 | Analysis | 1:15p-2:15p; 3:50p-4:05p | 75 | | $744.00 |
| 7/22/2019 | Analysis | 7:50a-9:30p; 12:50p-2:05p | 175 | | $1,736.00 |
| 7/23/2019 | Analysis | 8:40a-11:00a; 12:55p-4:25p | 350 | | $3,472.00 |
| 7/24/2019 | Analysis and call | 8:30a- 10:30a | 120 | | $1,190.40 |
| 7/25/2019 | Analysis | 10:00a; 10:45a | 45 | | $446.40 |
| 7/31/2019 | Analysis and call | 9:00a-9:30a; 11:00a-11:30a; 11:45a-12:45p; 2:00p-5:15p | 315 | | $3,124.80 |
| | | | | **Total** | **$31,545.60** |

CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

# August 2019 Invoice

| | | | | | |
|---|---|---|---|---|---|
| | **Stockdale Expert Report: Chen-Oster v. Goldman Sachs** | | | | |
| | | | | | **Rate = $595/Hr ($9.92/Min.)** |
| | | | | | |
| **Date** | **Activity** | **Time** | **Minutes** | **Other Expenses** | **Charge** |
| | | | | | |
| 8/1/2019 | Analysis | 8:15a-10:30: 12:55p 2:00 p | 200 | | $1,984.00 |
| 8/2/2019 | Analysis | 12:30p-1:00; 3:00p-4:30 | 120 | | $1,190.40 |
| 8/14/2019 | Call | 2:30p - 4:00p | 90 | | $892.80 |
| 8/18/2019 | Lit review | 9:30a-11:30a | 120 | | $1,190.40 |
| 8/20/2019 | Call | 5:00-5:30 | 30 | | $297.60 |
| 8/21/2019 | Call | 3:00p-5:15 | 135 | | $1,339.20 |
| 8/22/2019 | Literature review | 7:45a-8:30a | 45 | | $446.40 |
| 8/23/2019 | Analysis; call | 11:15a-12:00p; 1:45-4:20p | 200 | | $1,984.00 |
| 8/25/2019 | Lit review | 9:35a-10:00; 12:15p-12:30p | 40 | | $396.80 |
| 8/26/2019 | Call, lit review | 12:30p - 1:30; 2:00-3:00 | 120 | | $1,190.40 |
| 8/27/2019 | Lit review | 1:40p-3:00 | 80 | | $793.60 |
| 8/28/2019 | Lit review | 11:55a -1:15p; 2:00p-4:30p | 230 | | $2,281.60 |
| | | | | Total | $13,987.20 |

CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

September 2019 Invoice

| | | | | | |
|---|---|---|---|---|---|
| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| Date | Activity | Time | Minutes | Other Expenses | Charge |
| | | | | | |
| 9/5/2019 | Document review and call | 7:45a - 11:30a; 2:00-3:30p | 315 | | $3,124.80 |
| 9/7/2019 | Lit review | 8:30a-9:20a; 2:30p-3:45p | 125 | | $1,240.00 |
| 9/8/2019 | Analysis | 1:30p-1:50p; 4:30-4:55 | 45 | | $446.40 |
| 9/9/2019 | Analysis; call; lit review | 9:10a-11:30a; 4:30p-4:55p | 165 | | $1,636.80 |
| 9/10/2019 | Lit review | 4:00p-5:00p | 60 | | $595.20 |
| 9/11/2019 | Lit review; draft | 1:00-1:15p; 6:20p - 7:25p; 7:40p-8:10p | 110 | | $1,091.20 |
| 9/12/2019 | Lit review, call | 1:00-1:15; 1:45p -2:00; 2:45p - 4:30; 5:15p - 5:45 | 225 | | $2,232.00 |
| 9/13/2019 | Lit review | 1:20p - 1:55p: 3:45p-4:45 | 95 | | $942.40 |
| 9/14/2019 | Lit review, analysis | 11:30a - 4:15p | 285 | | $2,827.20 |
| 9/15/2019 | Analysis | 12:00p-5:15p | 315 | | $3,124.80 |
| 9/16/2019 | Analysis | 1:35p-4:00p | 145 | | $1,438.40 |
| 9/17/2019 | Analysis | 8:30-8:45a; 10: 45a - 11:15a; 12:15p-3:25 | 235 | | $2,331.20 |
| 9/18/2019 | Call | 4:00p - 5:45p | 105 | | $1,041.60 |
| 9/23/2019 | Analysis | 3:30p-6:15p | 165 | | $1,636.80 |
| 9/24/2019 | Analysis | 9:30a - 3:30 | 360 | | $3,571.20 |
| 9/25/2019 | Analysis | 2:35p - 2:55p | 20 | | $198.40 |
| 9/26/2019 | Analysis | 1:50p - 3:30p | 100 | | $992.00 |
| 9/27/2019 | Analysis; call | 1:00p - 3:00p | 120 | | $1,190.40 |
| 9/28/2019 | Analysis | 1:50p - 3:00p | 70 | | $694.40 |
| 9/29/2019 | Site visit prep | 4:15p - 5:00p | 45 | | $446.40 |
| 9/30/2019 | Site visit prep; analysis | 3:20p - 5:00p | 100 | | $992.00 |
| | | | | Total | $31,793.60 |

CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

# October 2019 Invoice

| | | | | | |
|---|---|---|---|---|---|
| | **Stockdale Expert Report: Chen-Oster v. Goldman Sachs** | | | | |
| | | | | | **Rate = $595/Hr ($9.92/Min.)** |
| | | | | | |
| **Date** | **Activity** | **Time** | **Minutes** | **Other Expenses** | **Charge** |
| | | | | | |
| 10/1/2019 | Site visit prep; analysis | 1:35p - 3:30p | 115 | | $1,140.80 |
| 10/2/2019 | Calls | 3:25p - 5:00p | 95 | | $942.40 |
| 10/3/2019 | Call | 11:30p-12:30p | 60 | | $595.20 |
| 10/4/2019 | Analysis; call | 11:50a - 12:45p; 3:20p - 5:30p | 245 | | $2,430.40 |
| 10/5/2019 | Site visit prep | 8:30a - 9:30a; 12:00p - 12:35p; 1:00p - 2:30p | 155 | | $1,537.60 |
| 10/9/2019 | site visit prep | 11:20a - 12:20p; 2:00-2:30 | 90 | | $892.80 |
| 10/10/2019 | Site visit prep | 10:10a-11:45a; 5:30p - 6:15P | 140 | | $1,388.80 |
| 10/11/2019 | Site visit prep; call | 8:40a-9:45a | 65 | | $644.80 |
| 10/12/2019 | Site visit prep | 7:40a-8:50a; 1:05p-1:50p | 115 | | $1,140.80 |
| 10/13/2019 | Site visit prep | 10:30-1:00; | 150 | | $1,488.00 |
| 10/14/2019 | Site visit | 9:45-5:00p | 435 | | $4,315.20 |
| 10/15/2019 | Site visit | 8:45p-3:00p; 6:30p - 7:30p | 435 | | $4,315.20 |
| 10/15/2019 | Travel Expenses (Site Visit) | | | Hotel ($1,268.78); Airline ($1,331.20); Transportation ($128.17); Parking ($60.00) | $2,788.15 |
| 10/16/2019 | Lit review; Call | 9:00a-9:45a; 3:30-3:50p | 65 | | $644.80 |
| 10/17/2019 | Call; lit review | 2:25p - 4:00 | 95 | | $942.40 |
| | | | | **Total** | **$25,207.35** |

sa CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

November 2019 Invoice

| | | | | | |
|---|---|---|---|---|---|
| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| Date | Activity | Time | Minutes | Other Expenses | Charge |
| | | | | | |
| 11/14/2019 | Analysis, call | 8:00a-10:00a | 120 | | $1,190.40 |
| 11/17/2019 | Analysis | 7:00p - 7:45p | 45 | | $446.40 |
| 11/18/2019 | Call; analysis | 10:30a-11:30a; 12:00-12:30; 4:30-5:00 | 120 | | $1,190.40 |
| 11/19/2019 | Call; analysis | 9:20a - 9:50a: 11:55a - 1:30p; 2:30p - 3:00p; 4:10-5:00p | 205 | | $2,033.60 |
| 11/20/2019 | Report | 8:30a-9:00a; 2:30p - 3:20p | 80 | | $793.60 |
| 11/22/2019 | Call; analysis | 3:00p-3:30p | 30 | | $297.60 |
| | | | | Total | $5,952.00 |

sa CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

December 2019 Invoice

| | | | | | |
|---|---|---|---|---|---|
| | **Stockdale Expert Report: Chen-Oster v. Goldman Sachs** | | | | |
| | | | | | **Rate = $595/Hr ($9.92/Min.)** |
| | | | | | |
| **Date** | **Activity** | **Time** | **Minutes** | **Other Expenses** | **Charge** |
| | | | | | |
| 12/3/2019 | Analysis | 6:00pm-8:00pm | 120 | | $1,190.40 |
| 12/4/2019 | Analysis | 8:50a - 9:30a; 10:00a - 11:55a; 4:45p - 6:00p | 230 | | $2,281.60 |
| 12/8/2019 | Analysis | 8:25a-10:00a; 4:00p-5:00 | 155 | | $1,537.60 |
| 12/10/2019 | Analysis, call | 10:40a-3:00 | 260 | | $2,579.20 |
| 12/13/2019 | Analysis | 8:10a - 9:30a; 12:00p-1:00p 1:50p-3:15P | 225 | | $2,232.00 |
| 12/14/2019 | Analysis | 1:00p-3:00p | 120 | | $1,190.40 |
| 12/15/2019 | Analysis | 2:15p-3:45 | 90 | | $892.80 |
| 12/19/2019 | Call | 2:25p - 3:45p | 70 | | $694.40 |
| 12/21/2019 | Analysis | 12:40p-1:30p | 50 | | $496.00 |
| 12/22/2019 | Analysis | 1:00p-3:00p; 3:40-4:55 | 195 | | $1,934.40 |
| 12/23/2019 | Analysis | 8:15a-10:45a | 150 | | $1,488.00 |
| 12/24/2019 | Analysis, call | 10:10a - 11:40a; 2:25p-2:50p | 115 | | $1,140.80 |
| 12/26/2019 | Analysis | 1:55-2:30p | 35 | | $347.20 |
| 12/28/2019 | Analysis | 6:30a-7:45a; 8:50a:9:55; 10:20a-10:40a; 12:10p-4:00p; 5:50p-7:30 | 490 | | $4,860.80 |
| 12/29/2019 | Analysis | 8:15a-10:50; 1:50p-4:30p | 315 | | $3,124.80 |
| 12/30/2019 | Analysis | 8:15a-8:55a; 10:00a - 12:00p; 1:30p-4:40p | 350 | | $3,472.00 |
| 12/31/2019 | Analysis | 9:30a-12:00p; 12:35p-1:25p; 3:30p -4:00p | 230 | | $2,281.60 |
| | | | | **Total** | **$31,744.00** |

sa CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

January 2020 Invoice

| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
|---|---|---|---|---|---|
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| Date | Activity | Time | Minutes | Other Expenses | Charge |
| | | | | | |
| 1/1/2020 | Analysis | 11:00a - 12:30p; 1:15p-3:40p | 235 | | $2,331.20 |
| 1/2/2020 | Analysis, call | 8:20a -1:00; 4:00p-4:50p | 330 | | $3,273.60 |
| 1/3/2020 | Analysis | 5:30a - 6:30a | 60 | | $595.20 |
| 1/5/2020 | Analysis | 9:25a-10:20a; 1:00p-3:15; 4:20p-5:15 | 245 | | $2,430.40 |
| 1/6/2020 | Analysis | 2:00p-4:30p | 150 | | $1,488.00 |
| 1/7/2020 | Analysis, call | 7:30a-9:30a: 12:55p - 12:10pm | 195 | | $1,934.40 |
| 1/17/2020 | Analysis | 9:20A - 9:35a; 11:15-11:30 | 45 | | $446.40 |
| 1/18/2020 | Analysis | 8:25a: 9:50a: 10:30a-1:00; 2:50p - 3:20p | 265 | | $2,628.80 |
| 1/19/2020 | Analysis | 8:45a-12:30p; 4:30p-6:45p | 360 | | $3,571.20 |
| 1/20/2020 | Analysis, lit review | 6:55a- 8:05a; 11:10a-2:00p | 240 | | $2,380.80 |
| 1/20/2020 | Analysis | 9:10a-9:30a; 10:00a-12:00p | 140 | | $1,388.80 |
| 1/23/2020 | Analysis; call | 2:00-2:45p; 4:10p-5:05p | 100 | | $992.00 |
| 1/25/2020 | Analysis | 3:00p - 4:00p | 60 | | $595.20 |
| 1/31/2020 | Analysis | 7:25p-9:00p | 95 | | $942.40 |
| | | | | Total | $24,998.40 |

sa CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

February 2020 Invoice

| | | | | | |
|---|---|---|---|---|---|
| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| Date | Activity | Time | Minutes | Other Expenses | Charge |
| | | | | | |
| 2/1/2020 | Analysis | 7:45a-8:30a; 10:45a-1:00p; 8:30p-9:40 | 250 | | $2,480.00 |
| 2/2/2020 | Analysis | 11:45a-12:45p; 4:40p-6:30 | 170 | | $1,686.40 |
| 2/3/2020 | Analysis | 4:15p - 5:30 | 75 | | $744.00 |
| 2/4/2020 | Analysis | 7:20a - 8:50a | 90 | | $892.80 |
| 2/5/2020 | Analysis | 12:45p -2:15p | 90 | | $892.80 |
| 2/6/2020 | Call | 2:30-3:00 | 30 | | $297.60 |
| 2/8/2020 | Analysis | 9:00a-9:30a; 11:35a-1:45p; 2:30p-3:10p; 7:20p-8:00p | 240 | | $2,380.80 |
| 2/9/2020 | Analysis | 8:25a - 10:00a; 3:30p-4:30p | 155 | | $1,537.60 |
| 2/12/2020 | Analysis | 1:50p-4:00p; 7:10p-8:35 | 215 | | $2,132.80 |
| 2/15/2020 | Analysis | 2:15p-4:45p | 150 | | $1,488.00 |
| 2/16/2020 | Analysis | 3:25p - 5:45p | 140 | | $1,388.80 |
| | | | | Total | $15,921.60 |

SA CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

# March 2020 Invoice

| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
|---|---|---|---|---|---|
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| Date | Activity | Time | Minutes | Other Expenses | Charge |
| | | | | | |
| 3/10/2020 | Call, analysis | 3:00-3:30p | 30 | | $297.60 |
| 3/11/2020 | Analysis | 12:00p-1:00p | 60 | | $595.20 |
| 3/12/2020 | Analysis | 7:30p-9:10p | 100 | | $992.00 |
| 3/13/2020 | Analysis | 7:45a-9:50a | 120 | | $1,190.40 |
| 3/14/2020 | Analysis | 2:30p-5:10p | 160 | | $1,587.20 |
| 3/15/2020 | Analysis | 10:20a-12:10p; 12:50p-3:10 | 250 | | $2,480.00 |
| 3/16/2020 | Call | 2:00-2:45p | 45 | | $446.40 |
| 3/18/2020 | Analysis | 11:20a-1:20p | 120 | | $1,190.40 |
| 3/19/2020 | Analysis | 7:50a-10:45a | 175 | | $1,736.00 |
| 3/21/2020 | Analysis | 9:00a - 11:00 | 120 | | $1,190.40 |
| 3/22/2020 | Call, analysis | 11:00a- 12:45p; 2:10p-2:30 | 125 | | $1,240.00 |
| | | | | Total | $12,945.60 |

CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

April 2020 Invoice

| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
|---|---|---|---|---|---|
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| Date | Activity | Time | Minutes | Other Expenses | Charge |
| | | | | | |
| 4/7/2020 | Call | 11:00-11:30 | 30 | | $297.60 |
| 4/8/2020 | Analysis | 8:00p-8:15p | 15 | | $148.80 |
| 4/9/2020 | Lit review | 10:00a-11:20a | 80 | | $793.60 |
| 4/13/2020 | Lit review, call | 12:30p-2:10p; 2:30-3:30 | 160 | | $1,587.20 |
| 4/21/2020 | Analysis | 2:00p-3:20p | 80 | | $793.60 |
| 4/22/2020 | Analysis | 7:20a - 7:50a; 2:00p-2:45p | 75 | | $744.00 |
| 4/28/2020 | Call, analysis | 10:30-11:30a | 60 | | $595.20 |
| | | | | Total | $4,960.00 |

SA CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

May 2020 Invoice

| | | | | | |
|---|---|---|---|---|---|
| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| **Date** | **Activity** | **Time** | **Minutes** | **Other Expenses** | **Charge** |
| | | | | | |
| 5/1/2020 | Call, analysis | 9:00a-9:30a | 30 | | $297.60 |
| 5/2/2020 | Analysis | 7:30a-8:30a; 1:15p- | 135 | | $1,339.20 |
| 5/4/2020 | Call, lit review | 12:40p-2:30p; 4:35p - 6:00 | 195 | | $1,934.40 |
| 5/5/2020 | Call, analysis | 10:30a-11:30a | 60 | | $595.20 |
| 5/12/2020 | Analysis | 11:15a-12:30p | 75 | | $744.00 |
| 5/13/2020 | Analysis | 2:20p - 4:00p; 4:40-5:00p | 120 | | $1,190.40 |
| 5/17/2020 | Analysis | 3:45p-4:15p | 30 | | $297.60 |
| | | | | Total | $6,398.40 |

SA CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

June 2020 Invoice

| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
|---|---|---|---|---|---|
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| Date | Activity | Time | Minutes | Other Expenses | Charge |
| | | | | | |
| 6/5/2020 | Call, analysis | 3:00p-4:30p | 90 | | $892.80 |
| 6/6/2020 | Analysis | 12:15p-12:50: 5:20p-6:05 | 80 | | $793.60 |
| 6/7/2020 | Analysis | 9:00a-9:20a; 9:35-10:40a | 145 | | $1,438.40 |
| 6/12/2020 | Call, analysis | 1:00p-2:30p | 90 | | $892.80 |
| 6/14/2020 | Analysis | 9:00a - 9:45a | 45 | | $446.40 |
| 6/15/2020 | Analysis | 9:05a - 9:45a; 11:20a - 11:45a; 1:30p-1:50p; 2:10p-2:30 | 105 | | $1,041.60 |
| 6/16/2020 | Analysis | 4:10p - 4:45 | 106 | | $1,051.52 |
| 6/21/2020 | Analysis | 11:30a-12:00p; 1:20p-4:30 | 220 | | $2,182.40 |
| 6/22/2020 | Analysis | 3:10p - 4:20p | 70 | | $694.40 |
| 6/23/2020 | Analysis, call | 9:00a -10:00a; 10:30-11:30a | 90 | | $892.80 |
| 6/24/2020 | Analysis | 11:15a-1:15; 4:00-5:15p | 195 | | $1,934.40 |
| 6/25/2020 | Analysis, call | 3:15p-4:00p | 45 | | $446.40 |
| 6/29/2020 | Analysis | 1:10p-1:55p | 45 | | $446.40 |
| | | | | Total | $13,153.92 |

sa CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM
317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

July 2020 Invoice

| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
|---|---|---|---|---|---|
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| Date | Activity | Time | Minutes | Other Expenses | Charge |
| | | | | | |
| 7/1/2020 | Analysis | 8:15a-10:30a; 2:30-3:30 | 195 | | $1,934.40 |
| 7/4/2020 | Analysis | 11:10a-12:00p; 1:10p-1:35p; 2:10p-4:10 | 195 | | $1,934.40 |
| 7/5/2020 | Analysis | 8:45a - 10:45a | 120 | | $1,190.40 |
| 7/7/2020 | Analysis | 8:00a-10:00a | 120 | | $1,190.40 |
| 7/8/2020 | Analysis | 9:20a -12:00; 2:45p- | 220 | | $2,182.40 |
| 7/9/2020 | Analysis, call | 1:40p-2:40 | 60 | | $595.20 |
| 7/14/2020 | Analysis | 8:30a-10:15a; 3:15p-4:00p | 150 | | $1,488.00 |
| 7/26/2020 | Analysis | 9:50a - 1:50p | 240 | | $2,380.80 |
| 7/28/2020 | Analysis | 3:40p-4:40p | 60 | | $595.20 |
| 7/29/2020 | Analysis | 9:25a-10:30a; 1:40p-2:00; 3:45p-4:15p | 115 | | $1,140.80 |
| 7/30/2020 | Analysis | 8:00a-10:00a | 120 | | $1,190.40 |
| | | | | Total | $15,822.40 |

sa CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

August 2020 Invoice

| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
|---|---|---|---|---|---|
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| **Date** | **Activity** | **Time** | **Minutes** | **Other Expenses** | **Charge** |
| | | | | | |
| 8/11/2020 | Call | 1:00-2:00pm | 60 | | $595.20 |
| 8/29/2020 | Analysis | 9:15a-11:00a; 11:55a - 2:45p; 3:15p- 4:05pm | 325 | | $3,224.00 |
| 8/30/2020 | Analysis | 7:50a-9:30a; 9:50a - 11:00a | 170 | | $1,686.40 |
| 8/31/2020 | Analysis; call | 12:50p - 2:15p | 85 | | $843.20 |
| | | | | Total | $6,348.80 |

SA CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

September 2020 Invoice

| | | | | | |
|---|---|---|---|---|---|
| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| **Date** | **Activity** | **Time** | **Minutes** | **Other Expenses** | **Charge** |
| | | | | | |
| 9/16/2020 | Analysis; call | 11:30a-2:10p | 160 | | $1,587.20 |
| 9/20/2020 | Analysis | 10:45a - 1:15p | 150 | | $1,488.00 |
| 9/28/2020 | Analysis | 1:50p - 2:15; 3:00-3:45; 4:50-5:05 | 85 | | $843.20 |
| | | | | Total | $3,918.40 |

sa CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

October 2020 Invoice

| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
|---|---|---|---|---|---|
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| Date | Activity | Time | Minutes | Other Expenses | Charge |
| | | | | | |
| 10/3/2020 | Analysis | 4:15p - 5:05 | 50 | | $496.00 |
| 10/4/2020 | Analysis | 11:20a -1:05p | 105 | | $1,041.60 |
| 10/5/2020 | Analysis | 8:15p - 8:30p | 15 | | $148.80 |
| 10/11/2020 | Analysis | 4:00p - 4:30p | 30 | | $297.60 |
| 10/12/2020 | Analysis | 11:40a - 1:10 | 90 | | $892.80 |
| 10/13/2020 | Analysis/call | 12:50p - 2:25p; | 95 | | $942.40 |
| 10/14/2020 | Analysis/call | 8:40a - 9:20a | 40 | | $396.80 |
| 10/18/2020 | Analysis | 3:40p - 5:10p | 90 | | $892.80 |
| 10/21/2020 | Call | 10:30a - 11:00a | 30 | | $297.60 |
| 10/23/2020 | Analysis | 2:15p - 3:30 | 75 | | $744.00 |
| 10/25/2020 | Analysis | 12:30p - 12:45p; 2:50p - 3:35p; 4:10p: 4:35p; 5:15p - 5:25p | 95 | | $942.40 |
| 10/26/2020 | Analysis | 4:40p - 4:55p; 5:00p-5:25p | 40 | | $396.80 |
| 10/27/2020 | Analysis | 4:50p - 5:30p | 40 | | $396.80 |
| 10/28/2020 | Analysis | 12:35p-1:30p | 55 | | $545.60 |
| 10/30/2020 | Call | 3:30-4:00 | 30 | | $297.60 |
| | | | | Total | $8,729.60 |

CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

November 2020 Invoice

| | | | | | |
|---|---|---|---|---|---|
| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| Date | Activity | Time | Minutes | Other Expenses | Charge |
| | | | | | |
| 11/7/2020 | Analysis | 11:10a -11:30a; 3:00p - 4:00p | 80 | | $793.60 |
| 11/8/2020 | Analysis | 11:45a - 12:30a; 1:15p - 1:50p; 4:40p -5:30p | 130 | | $1,289.60 |
| 11/9/2020 | Analysis | 4:00pm- 5:10pm | 70 | | $694.40 |
| 11/10/2020 | Analysis | 8:00a - 10:05a; 11:45a - 1:00p; 3:15p - 5:00p | 305 | | $3,025.60 |
| 11/11/2020 | Analysis and call | 2:40pm - 4:20p: 4:45p - 5:05 | 120 | | $1,190.40 |
| 11/13/2020 | Analysis | 3:00-4:00p | 60 | | $595.20 |
| 11/14/2020 | Analysis | 2:30p - 3:40p | 70 | | $694.40 |
| 11/15/2020 | Analysis | 9:00am - 10:20am | 80 | | $793.60 |
| 11/18/2020 | Analysis and call | 12:20p - 2:00p; 3:00-3:30p | 130 | | $1,289.60 |
| 11/21/2020 | Analysis | 10:30a - 12:30p; 2:00p - 4:40p | 280 | | $2,777.60 |
| 11/22/2020 | Analysis | 9:45a - 1:45p | 240 | | $2,380.80 |
| 11/25/2020 | Analysis | 10:50a-12:00a; 3:40p - 4:00p | 90 | | $892.80 |
| 11/28/2020 | Analysis | 11:00a - 11:25a; 11:50a - 12:15p | 50 | | $496.00 |
| | | | | Total | $16,913.60 |

SA CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

# December 2020 Invoice

| | | | | | |
|---|---|---|---|---|---|
| | **Stockdale Expert Report: Chen-Oster v. Goldman Sachs** | | | | |
| | | | | | **Rate = $595/Hr ($9.92/Min.)** |
| | | | | | |
| **Date** | **Activity** | **Time** | **Minutes** | **Other Expenses** | **Charge** |
| | | | | | |
| 12/10/2020 | Call | 2:45p - 4:15p | 90 | | $892.80 |
| 12/14/2020 | Document review | 12:05p - 1:20p | 75 | | $744.00 |
| 12/16/2020 | Call | 2:45a - 4:20p | 95 | | $942.40 |
| 12/22/2020 | Analysis | 3:30p-5:15p | 105 | | $1,041.60 |
| 12/23/2020 | Analysis; call | 9:10a - 12:00p; 1:00p - 2:20p; 3:00-3:30p | 280 | | $2,777.60 |
| | | | | Total | $6,398.40 |

CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

January 2021 Invoice

| | | | | | |
|---|---|---|---|---|---|
| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| Date | Activity | Time | Minutes | Other Expenses | Charge |
| | | | | | |
| 1/3/2021 | Document review | 2:30p-3:30p | 60 | | $595.20 |
| 1/4/2021 | Document review | 10:10a-11:30a; 4:30p - 5:05p | 115 | | $1,140.80 |
| 1/6/2021 | Document review; call | 10:25a - 11:30a; 3:00p-4:30p | 155 | | $1,537.60 |
| 1/7/2021 | Analysis; documents | 3:00p-3:15p; 4:50p - 5:15p | 40 | | $396.80 |
| 1/13/2021 | Analysis; call; document review | 8:20a - 9:20a; 10:00a - 11:30p; 1:00p - 5:00p | 390 | | $3,868.80 |
| 1/15/2021 | document review | 3:20p - 4:30p | 70 | | $694.40 |
| 1/16/2021 | Expert reports review | 8:00a - 8:30p; 12:00p-1:00p; 4:25p - 5:35p | 160 | | $1,587.20 |
| 1/17/2021 | Expert reports review | 9:15a - 1:15a; 3:45p - 5:10p | 325 | | $3,224.00 |
| 1/18/2021 | Expert reports review | 8:45a: 11:00a; 1:30p - 1:45 | 150 | | $1,488.00 |
| 1/19/2021 | Expert reports review; call | 10:00a-12:00p; 1:00p - 3:00p | 240 | | $2,380.80 |
| 1/20/2021 | Expert reports review, document review, call | 10:00-11:30; 3:00-5:00p | 150 | | $1,488.00 |
| 1/21/2021 | Expert reports review, document review, call | 1:00-2:45p; 3:15-5:20p | 230 | | $2,281.60 |
| 1/24/2021 | report review | 2:20p-5:00p | 160 | | $1,587.20 |
| 1/27/2021 | Report, call | 11:15a - 12:15b; 3:00p - 4:30p | 150 | | $1,488.00 |
| 1/28/2021 | Report | 11:00a - 12:45p; 3:00-4:45p | 210 | | $2,083.20 |
| 1/29/2021 | Report, call | 8:30a - 9:00a; 11:00a - 12:00; 1:00-2:00; 2:30-4:30 | 270 | | $2,678.40 |
| 1/30/2021 | Report | 3:15p - 5:00p | 105 | | $1,041.60 |
| 1/31/2021 | Report | 9:30a - 10:30a; 11:25a - 12:10p; 12:30p -1:30p; 2:00p - 4:30p | 315 | | $3,124.80 |
| | | | | Total | $32,686.40 |

CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

February 2021 Invoice

| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
|---|---|---|---|---|---|
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| Date | Activity | Time | Minutes | Other Expenses | Charge |
| 2/1/2021 | Report | 11:00a - 11:20a; 11:45a - 12:00p; 1:15p -1:30p; 2:00-3:30p; 4:45p - 5:15p | 170 | | $1,686.40 |
| 2/2/2021 | Report | 11:25a - 2:15p; 3:35p - 4:45p | 240 | | $2,380.80 |
| 2/3/2021 | Report | 3:30p-4:45; 5:00p - 5:15p | 90 | | $892.80 |
| 2/4/2021 | Report | 7:50a -9:30a; 2:45p - 3:00p | 175 | | $1,736.00 |
| 2/5/2021 | calls; report | 11:00-11:15; 5:00-5:15 | 30 | | $297.60 |
| 2/7/2021 | Report | 10:00am-3:00 | 300 | | $2,976.00 |
| 2/9/2021 | Report, call | 8:30a - 9:30a; 10:45a - 11:50a; 3:10p - 3:45p; 4:45-5:45p | 220 | | $2,182.40 |
| 2/10/2021 | Report, call | 1:10p - 2:20; 3:00--6:00 | 240 | | $2,380.80 |
| 2/11/2021 | Report | 7:25a - 9:50a; 1:45p - 3:00; 4:00-4:45p | 265 | | $2,628.80 |
| 2/12/2021 | Report | 11:50a-1:30p; 4:40p - 6:20 | 200 | | $1,984.00 |
| 2/13/2021 | Report | 8:40a - 5:50p | 550 | | $5,456.00 |
| 2/14/2021 | Report | 9:00am - 2:30pm; 3:30pm -6:30pm | 510 | | $5,059.20 |
| 2/15/2021 | Report | 10:35a - 12:00; 2:45- 3:30; 8:20p - 9:10 | 180 | | $1,785.60 |
| 2/16/2021 | Report | 9:50am -11:00am | 70 | | $694.40 |
| 2/17/2021 | Call | 3:00-4:00 | 60 | | $595.20 |
| 2/18/2021 | Report | 7:35a - 12:00; 4:45p - 7:50p | 450 | | $4,464.00 |
| 2/19/2021 | Call, report | 3:30-4:15p | 45 | | $446.40 |
| 2/20/2021 | Report | 8:10a-9:20; 10:05a - 12:00p ; 1:05p - 5:00p | 420 | | $4,166.40 |
| 2/21/2021 | Report | 1:00p - 3:30p | 421 | | $4,176.32 |
| 2/23/2021 | Report | 12:50p - 1:30p; 2:35p - 4:45p | 170 | | $1,686.40 |
| 2/24/2021 | Report, call | 1:35p - 4:00p | 145 | | $1,438.40 |
| 2/25/2021 | Report | 10:30a - 11:50a; 12:55p - 4:15p | 250 | | $2,480.00 |
| 2/26/2021 | Report, call | 7:20a - 9:00a; 10:30a- 12:00p; 3:30-5:00 | 280 | | $2,777.60 |
| 2/27/2021 | Report | 8:00am-3:00pm | 420 | | $4,166.40 |
| 2/28/2021 | Report, call | 8:00a - 6:00p | 600 | | $5,952.00 |
| | | | | Total | $64,489.92 |

sa CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

March 2021 Invoice

| | | | | | |
|---|---|---|---|---|---|
| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| Date | Activity | Time | Minutes | Other Expenses | Charge |
| 3/2/2021 | Report | 10:00a - 10:55a | 55 | | $545.60 |
| 3/3/2021 | Call | 3:00-4:00 | 60 | | $595.20 |
| 3/4/2021 | Report | 10:10a - 3:00p; 4:00p-4:30p; 7:00p-7:45p; 8:20p -8:55p | 400 | | $3,968.00 |
| 3/5/2021 | Hendricks interview; Call | 1:30p-2:30p; 4:30p-6:00p | 150 | | $1,488.00 |
| 3/6/2021 | Report | 8:00a-9:00a; 12:00p - 12:55p; 1:15-1:30p; 1:45p - 4:30p | 295 | | $2,926.40 |
| 3/7/2021 | Report | 8:35a - 11:15a; 12:15p - 4:30p | 415 | | $4,116.80 |
| 3/9/2021 | Call; analysis | 9:30a-9:50a; 1:15p - 3:00p; 4:05p - 5:00 | 180 | | $1,785.60 |
| 3/10/2021 | Analysis; call | 7:50a - 8:10a; 12:25p - 2:00p; 3:00-4:15p | 190 | | $1,884.80 |
| 3/11/2021 | Report, call | 9:10a-9:40a; 3:30-6:30p | 210 | | $2,083.20 |
| 3/12/2021 | Call | 1:00-2:00p | 211 | | $2,093.12 |
| 3/13/2021 | Report | 10:25a - 11:00a | 35 | | $347.20 |
| 3/14/2021 | Report | 8:15a-9:15a; 9:30a - 10:30; 11:30a - 12:30p | 180 | | $1,785.60 |
| 3/15/2021 | Report, call | 10:30-12:00; 6:15-6:30p | 105 | | $1,041.60 |
| 3/16/2021 | Report, calls | 7:45a - 8:25a; 8:30a - 9:25a; 11:45-12:00; 1:00-1:30p; 2:30 - 6:00 | 350 | | $3,472.00 |
| 3/17/2021 | Report, call | 7:00a - 8:20a; 12:00p - 4:00p; 4:30p - 7:15p | 485 | | $4,811.20 |
| 3/18/2021 | Report | 7:20a - 8:40a | 80 | | $793.60 |
| 3/19/2021 | Report | 1:00-1:40p; 2:00-3:00p; 5:45-6:40p | 155 | | $1,537.60 |
| 3/22/2021 | Research | 8:15p - 8:30p | 15 | | $148.80 |
| 3/27/2021 | Review materials | 8:00a-9:45a | 105 | | $1,041.60 |
| 3/28/2021 | Review materials | 8:45a - 9:20a; 12:10p - 1:05; 4:45p - 6:00p | 165 | | $1,636.80 |
| | | | | Total | $38,102.72 |

sa CONSULTING

STOCKDALE & ASSOCIATES
MARGARET STOCKDALE, PH.D.
PRESIDENT, CEO
PEGGY.STOCKDALE@STOCKDALEANDASSOCIATES.COM

317-278-3838 (OFFICE)
618-201-9108 (CELLULAR)

# April 2021 Invoice

| | | | | | |
|---|---|---|---|---|---|
| | Stockdale Expert Report: Chen-Oster v. Goldman Sachs | | | | |
| | | | | | Rate = $595/Hr ($9.92/Min.) |
| | | | | | |
| **Date** | **Activity** | **Time** | **Minutes** | **Other Expenses** | **Charge** |
| | | | | | |
| 4/1/2021 | Review materials | 9:55am - 12:30p | 155 | | $1,537.60 |
| 4/2/2021 | Review materials | 9:30a - 10:00a; 11:35p - 12:00p; 2:00-2:30; 5:00-5:30 | 115 | | $1,140.80 |
| 4/3/2021 | Review materials | 10:20a - 11:00a; 12:10p - 1:00p | 90 | | $892.80 |
| 4/8/2021 | Review materials, call | 7:45a - 10:15a; 11:15a - 3:00p | 375 | | $3,720.00 |
| 4/12/2021 | Review materials | 3:00-3:30p; 5:00-6:00p | 90 | | $892.80 |
| 4/13/2021 | Review materials, call | 7:30a - 9:15a; 2:15p-6:00p | 330 | | $3,273.60 |
| 4/14/2021 | Call | 10:30-12:00p | 90 | | $892.80 |
| 4/18/2021 | Review materials | 9:10a - 11:20a; 11:50a - 1:00p | 200 | | $1,984.00 |
| 4/20/2021 | Reply reports | 8:00a - 2:20p; 4:45p - 5:45 | 440 | | $4,364.80 |
| 4/21/2021 | Reply reports, review materials | 9:40a -12:00p; 1:00p-4:30p | 350 | | $3,472.00 |
| 4/22/2021 | Reply reports, review materials | 7:30a - 8:30a; 1:00 - 3:25p | 205 | | $2,033.60 |
| 4/25/2021 | Review materials | 3:05p - 5:05p | 120 | | $1,190.40 |
| 4/26/2021 | Reply reports, research | 10:20a - 11:30a; 4:00p - 5:00p | 130 | | $1,289.60 |
| 4/27/2021 | Review materials, call | 11:00a- 1:15; 2:00-3:00 | 190 | | $1,884.80 |
| 4/28/2021 | Review materials | 9:55am - 11:30am; 2:30p - 4:30p | 215 | | $2,132.80 |
| 4/29/2021 | Review materials, call | 2:30p-5:00p | 150 | | $1,488.00 |
| | | | | Total | $32,190.40 |