# EXHIBIT 34

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

May 31, 2019

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 81808 for professional fees in April 2019 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

CORNERSTONE RESEARCH

May 31, 2019
Invoice#81808
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

April 2019

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 8.50 | $ 6,034.40 |
| Senior Manager / Manager / Associate | 65.50 | $ 31,627.40 |

**Total Professional Fees** **$ 37,661.80**

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

June 25, 2019

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 82192 for professional fees in May 2019 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

June 25, 2019
Invoice #82192
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

May 2019

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 17.70 | $ 12,680.60 |
| Senior Manager / Manager / Associate | 60.40 | $ 29,407.25 |
| **Total Professional Fees** | | **$ 42,087.85** |

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

July 22, 2019

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 82599 for professional fees in June 2019 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

July 22, 2019
Invoice #82599
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

June 2019

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 14.80 | $ 10,722.65 |
| Senior Manager / Manager / Associate | 60.40 | $ 29,304.65 |
| **Total Professional Fees** | | **$ 40,027.30** |

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

November 21, 2019

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 83932 for professional fees in July 2019 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric B. Bickford

Eric Bickford
Vice President

Enclosures

November 21, 2019
Invoice #83932
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

July 2019

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 14.20 | $ 10,253.35 |
| Senior Manager / Manager / Associate | 50.30 | $ 25,179.28 |
| **Total Professional Fees** | | **$ 35,432.63** |

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

November 22, 2019

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 83949 for professional fees in August 2019 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

Boston
Chicago
London
Los Angeles
New York
San Francisco
Silicon Valley
Washington, DC

November 22, 2019
Invoice #83949
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

August 2019

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 13.90 | $ 9,985.45 |
| Senior Manager / Manager / Associate | 74.70 | $ 36,320.40 |
| **Total Professional Fees** | | **$ 46,305.85** |

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

November 22, 2019

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 83937 for professional fees in September 2019 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

CORNERSTONE RESEARCH

November 22, 2019
Invoice # 83937
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

September 2019

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 23.40 | $ 16,843.03 |
| Senior Manager / Manager / Associate | 76.50 | $ 36,816.30 |
| **Total Professional Fees** | | **$ 53,659.33** |

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

November 25, 2019

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 84283 for professional fees in October 2019 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

CORNERSTONE RESEARCH

November 25, 2019
Invoice #84283
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

October 2019

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 9.80 | $ 7,055.65 |
| Senior Manager / Manager / Associate | 100.60 | $ 49,499.28 |
| **Total Professional Fees** | | **$ 56,554.93** |

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

December 19, 2019

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 84751 for professional fees in November 2019 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

CORNERSTONE RESEARCH

December 19, 2019
Invoice #84751
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

November 2019

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 5.00 | $ 3,633.75 |
| Senior Manager / Manager / Associate | 111.50 | $ 55,685.68 |
| **Total Professional Fees** | | **$ 59,319.43** |

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

January 15, 2020

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 85026 for professional fees in December 2019 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

CORNERSTONE RESEARCH

January 15, 2020
Invoice #85026
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

December 2019

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 13.00 | $ 9,447.75 |
| Senior Manager / Manager / Associate | 153.50 | $ 79,325.00 |

**Total Professional Fees** **$ 88,772.75**

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

June 3, 2020

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 87498 for professional fees in January 2020 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

CORNERSTONE RESEARCH

June 3, 2020
Invoice #87498
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

January 2020

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 10.50 | $ 7,826.28 |
| Senior Manager / Manager / Associate | 146.90 | $ 75,905.10 |
| **Total Professional Fees** | | **$ 83,731.38** |

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

June 3, 2020

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 87499 for professional fees in February 2020 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

CORNERSTONE RESEARCH

June 3, 2020
Invoice #87499
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

February 2020

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 4.00 | $ 2,981.44 |
| Senior Manager / Manager / Associate | 139.20 | $ 71,574.62 |

**Total Professional Fees** **$ 74,556.06**

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

May 29, 2020

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 87040 for professional fees in March 2020 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

CORNERSTONE RESEARCH

May 29, 2020
Invoice #87040
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

March 2020

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 15.70 | $ 11,547.71 |
| Senior Manager / Manager / Associate | 233.80 | $ 122,377.29 |
| **Total Professional Fees** | | **$ 133,925.00** |

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

June 3, 2020

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 87047 for professional fees in April 2020 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

CORNERSTONE RESEARCH

June 3, 2020
Invoice #87047
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

April 2020

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 29.90 | $ 22,114.66 |
| Senior Manager / Manager / Associate | 179.50 | $ 92,699.55 |

**Total Professional Fees** **$ 114,814.21**

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

June 16, 2020

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 87327 for professional fees in May 2020 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

CORNERSTONE RESEARCH

June 16, 2020
Invoice #87327
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

May 2020

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 8.90 | $ 6,496.42 |
| Senior Manager / Manager / Associate | 124.30 | $ 64,286.38 |
| **Total Professional Fees** | | **$ 70,782.80** |

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

July 13, 2020

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 87638 for professional fees in June 2020 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

CORNERSTONE RESEARCH

July 13, 2020
Invoice #87638
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

June 2020

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 19.40 | $ 14,442.82 |
| Senior Manager / Manager / Associate | 136.20 | $ 72,278.54 |
| **Total Professional Fees** | | **$ 86,721.36** |

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

August 24, 2020

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 88173 for professional fees in July 2020 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

CORNERSTONE RESEARCH

August 24, 2020
Invoice #88173
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

July 2020

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 8.40 | $ 5,614.22 |
| Senior Manager / Manager / Associate | 34.30 | $18,657.94 |

**Total Professional Fees** **$ 24,272.16**

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

September 10, 2020

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 88428 for professional fees in August 2020 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

CORNERSTONE RESEARCH

September 10, 2020
Invoice #88428
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

August 2020

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 29.20 | $ 18,240.11 |
| Senior Manager / Manager / Associate | 81.00 | $ 44,042.59 |

**Total Professional Fees** **$ 62,282.70**

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

October 14, 2020

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 88954 for professional fees in September 2020 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

Boston
Chicago
London
Los Angeles
New York
San Francisco
Silicon Valley
Washington, DC

CORNERSTONE RESEARCH

October 14, 2020
Invoice #88954
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

September 2020

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 38.00 | $ 24,918.08 |
| Senior Manager / Manager / Associate | 81.50 | $ 44,544.37 |
| **Total Professional Fees** | | **$ 69,462.45** |

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

November 13, 2020

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 89385 for professional fees in October 2020 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

CORNERSTONE RESEARCH

November 13, 2020
Invoice #89385
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

October 2020

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 9.80 | $ 6,789.73 |
| Senior Manager / Manager / Associate | 94.10 | $ 49,499.12 |
| **Total Professional Fees** | | **$ 56,288.85** |

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

December 4, 2020

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 89613 for professional fees in November 2020 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

December 4, 2020
Invoice #89613
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

November 2020

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 17.1 | $ 10,910.86 |
| Senior Manager / Manager / Associate | 80.8 | $ 42,945.06 |
| **Total Professional Fees** | | $ 53,855.92 |

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

January 15, 2021

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 90215 for professional fees in December 2020 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

CORNERSTONE RESEARCH

January 15, 2021
Invoice #90215
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 8.70 | $ 5,785.03 |
| Senior Manager / Manager / Associate | 104.60 | $ 54,879.62 |
| **Total Professional Fees** | | **$ 60,664.65** |

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

February 9, 2021

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 90779 for professional fees in January 2021 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

CORNERSTONE RESEARCH

February 9, 2021
Invoice #90779
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

January 2021

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 89.90 | $ 61,529.86 |
| Senior Manager / Manager / Associate | 252.90 | $ 130,430.43 |
| **Total Professional Fees** | | **$ 191,960.29** |

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

March 16, 2021

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 91106 for professional fees in February 2021 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

CORNERSTONE RESEARCH

March 16, 2021
Invoice #91106
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

February 2021

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 216.10 | $ 146,195.90 |
| Senior Manager / Manager / Associate | 464.60 | $ 242,737.09 |
| **Total Professional Fees** | | $ **388,932.99** |

CORNERSTONE RESEARCH
599 Lexington Avenue, 40th Floor
New York, NY 10022-7642
Tel 212 605 5000
Fax 212 759 3045
www.cornerstone.com

April 23, 2021

Gena Palumbo, Esq.
Goldman Sachs & Co.
200 West Street
New York, NY 10282

**Re: Goldman Sachs Employment Litigation - M. Stockdale Support (ELG-2010-001560_34410)**

Dear Gena:

Attached is our invoice number 91731 for professional fees in March 2021 in connection with the above matter.

Please let me know if you have any questions.

Sincerely,

Eric Bickford
Vice President

Enclosures

CORNERSTONE RESEARCH

April 23, 2021
Invoice #91731
Acct #28826
ELG-2010-001560_34410

***SUMMARY OF PROFESSIONAL FEES***

March 2021

| *Name* | *Hours* | *Fees* |
|---|---|---|
| Officer / Principal | 141.80 | $ 98,207.65 |
| Senior Manager / Manager / Associate | 590.30 | $ 293,085.94 |
| **Total Professional Fees** | | **$ 391,293.59** |