UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| H. CRISTINA CHEN-OSTER, SHANNA ORLICH, ALLISON GAMBA and MARY DE LUIS, <br><br> Plaintiffs, <br><br> v. <br><br> GOLDMAN SACHS & CO. and THE GOLDMAN SACHS GROUP, INC., <br><br> Defendants. | 10 Civ. 6950 (AT) (RWL) <br><br> **ORAL ARGUMENT REQUESTED** |

---

### DEFENDANTS' NOTICE OF MOTION FOR DECERTIFICATION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated July 22, 2021, the Declarations of Robert J. Giuffra Jr., Angela Abramian-Katz, Susan Benz, Thomas Brasco, Alex Chi, Darren Cohen, Stephanie Cohen, Louise Courtney, Suzanne Duffy, Virginia Féliz-Taveras, Nick Giovanni, Joshua Glassman, Cyril Goddeeris, Elizabeth Hammack, Geraldine Keefe, Jennifer Kopylov, Joanna Kozlowski, Jennifer Krevitt, Jessica Kung, Meena Lakdawala-Flynn, Deborah Leone, John Levene, Bozhena Lisko-Murphy, Brendan McGovern, Ricardo Mora, Sharmin Mossavar-Rahmani, Peter Craig Russell, Diana Patterson Sands, Susan Scher, and Clare Scherrer, and supporting documents filed therewith, and in accordance with the schedule adopted by the Court by Order dated July 30, 2020 (ECF No. 1050) (Lehrburger, J.), the undersigned counsel for Defendants Goldman Sachs & Co. and The Goldman Sachs Group, Inc. move this Court for an Order decertifying the class.

Dated: July 22, 2021
      New York, New York

                                                           Respectfully,

                                                           */s/ Robert J. Giuffra, Jr.*

| | |
|---|---|
| Barbara B. Brown (*admitted pro hac vice*) | Robert J. Giuffra, Jr. |
| Carson H. Sullivan (*admitted pro hac vice*) | Sharon L. Nelles |
| PAUL HASTINGS LLP | Ann-Elizabeth Ostrager |
| 875 15th Street, NW | Hilary M. Williams |
| Washington, DC  20005 | SULLIVAN & CROMWELL LLP |
| | 125 Broad Street |
| | New York, NY  10004 |
| Patrick W. Shea | (212) 558-4000 |
| PAUL HASTINGS LLP | |
| 200 Park Avenue | Amanda Flug Davidoff |
| New York, NY  10166 | SULLIVAN & CROMWELL LLP |
| | 1700 New York Avenue, N.W., Suite 700 |
| | Washington, D.C. 20006 |

*Attorneys for Defendants*
*Goldman Sachs & Co. and*
*The Goldman Sachs Group, Inc.*