**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| H. CRISTINA CHEN-OSTER, SHANNA ORLICH, ALLISON GAMBA and MARY DE LUIS,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDMAN SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>Defendants. | 10 Civ. 6950 (AT) (RWL) |

**DECLARATION OF ROBERT J. GIUFFRA, JR.**

I, Robert J. Giuffra, Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a partner of Sullivan & Cromwell LLP, attorneys for Defendants in this action and a member of the Bar of the State of New York. I submit this Declaration to place before this Court certain documents and information referenced in Defendants' Memorandum of Law in Support of Defendants' Motion for Decertification ("Motion").

2. Attached hereto as Appendix A is a collection of excerpts from witness testimony concerning the discretion exercised by professionals in the implementation of the 360 review process. This appendix was compiled from information in the declarations filed concurrently with Defendants' Motion and Exhibits 23, 27, 30, 33, 35, and 37.

3. Attached hereto as Appendix B is a collection of excerpts from witness testimony concerning the discretion exercised by managers in the implementation of the manager quartiling process. This appendix was compiled from information in the declarations filed concurrently with Defendants' Motion and Exhibits 23, 30–31, 34, 37, 55–65.

4. Attached hereto as Appendix C is a collection of excerpts from witness testimony concerning the discretion exercised by cross-ruffers in the implementation of the cross-ruffing process. This appendix was compiled from information in the declarations filed concurrently with Defendants' Motion and Exhibits 30 and 32.

5. Attached hereto as Appendix D is a collection of excerpts from witness testimony concerning the multitude of jobs performed by Associates and Vice Presidents in revenue-generating roles in the Investment Management, Investment Banking, and Securities Divisions at Goldman Sachs. This appendix was compiled from information in the declarations filed concurrently with Defendants' Motion and Exhibits 27, 38–39, 55–56, 58, and 61–63.

6. Voluminous data previously produced to Plaintiffs by Goldman Sachs shows the following regarding 360 review criteria used only by certain Divisions only in some years: in 2006–2010, "Creativity/Innovation" was used only in IBD and Securities; in 2005–2010, "Recruiting, Training, and Mentoring" was only for IMD and Securities; in 2005–2010, "Client/Business Focus," "Drive & Motivation," and "Influencing Outcomes" were used mainly in IBD and IMD, and never in Securities in 2005 or 2009; and in 2005–2010, "Managing Execution" and "Strategic Thinking & Planning" were used mainly in IBD and IMD, and never in Securities from 2005–2007 or in 2009.

7. Voluminous data previously produced to Plaintiffs by Goldman Sachs shows that Named Plaintiff Allison Gamba [redacted] and was the highest paid Vice President in her Business Unit in 2010.

8. Voluminous data previously produced to Plaintiffs by Goldman Sachs shows that Named Plaintiff Cristina Chen-Oster [redacted].

9. Voluminous data previously produced to Plaintiffs by Goldman Sachs shows that approximately 75 percent of class members gave a 360 review to another class member.

10. Voluminous data previously produced to Plaintiffs by Goldman Sachs shows that at least 8 percent of class members were performance managers for other class members or for female professionals in class-relevant roles and thus provided their 360 reviews.

11. Voluminous data previously produced to Plaintiffs by Goldman Sachs shows that more than 85 percent of vice presidents in the class were never nominated for promotion to managing director and thus were never cross-ruffed.

12. Voluminous data previously produced to Plaintiffs by Goldman Sachs shows that a total of 219 class members were promoted to managing director after being cross-ruffed.

13. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| 2003 Firmwide Review Process – FAQs (GS0119399) | Exhibit 1 |
| 2010 Performance Reviews: Milestones, Overview of Changes and Frequently Asked Questions, June 2010 (GS0004968) | Exhibit 2 |
| Feb. 8, 2010 email from Edith Cooper to "Goldman Sachs Americas" (GS0159476) | Exhibit 3 |
| Writing Effective Performance Feedback (GS0119440) | Exhibit 4 |
| Firmwide Review System: Frequently Asked Policy, Data & Reporting Questions, updated 5/12/09 (GS0003383) | Exhibit 5 |
| Feedback 360+: Annual Feedback 360+ Rollout, Summer 2017 (GS0380339) | Exhibit 6 |
| Frequently Asked Questions – Firmwide Review System, updated 1/15/2009 (GS0003293) | Exhibit 7 |
| 2014 Performance Reviews: Frequently Asked Questions (GS0566726) | Exhibit 8 |
| Performance Quartiling and "At Risk" Flagging: Process Overviews, September 2008 (GS0109390) | Exhibit 9 |
| Manager Performance Quartiling: 2017 (GS0375658) | Exhibit 10 |

| | |
|---|---|
| Manager Quartiling Guidelines: September 2015 (GS0375285) | Exhibit 11 |
| 2017 Managing Director Selection: Cross-Ruffing Best Practices Guide (GS0375264) | Exhibit 12 |
| Human Resources Workways Employee Profile: Mary De Luis (GS0375095) | Exhibit 13 |
| Email chain between Andrew Kaiser and Mary De Luis, dated March 1–May 3, 2016 (GS0377201) | Exhibit 14 |
| Handwritten notes of David Sweezey taken in connection with Mr. Sweezey's 2014 year-end compensation discussion with Mary De Luis, dated January 15, 2015 (GS0409230) | Exhibit 15 |
| 2000 Qualitative Evaluation of: Chen, H Cristina (GS0099544) | Exhibit 16 |
| 2001 Qualitative Report On: Chen-Oster, H Cristina (GS0099554) | Exhibit 17 |
| 2002 Equities Performance Development Reviews, Employee Reviewed: Chen-Oster, H Cristina (GS0099562) | Exhibit 18 |
| Human Resources Workways Employee Profile: H. Cristina Chen-Oster (GS0110211) | Exhibit 19 |
| Email from Cristina Chen-Oster dated August 16, 2004 (GS0089577) | Exhibit 20 |
| Email chain between Cristina Chen-Oster and third party dated February 16–17, 2005 (GS0090083) | Exhibit 21 |
| Email chain between Cristina Chen-Oster and third party dated March 6–10, 2005 (GS0080816) | Exhibit 22 |
| Transcript of the November 16, 2020 Deposition of Lloyd Blankfein | Exhibit 23 |
| Transcript of the June 14, 2012 Deposition of Sally Boyle | Exhibit 24 |
| Transcript of the December 8, 2011 Deposition of Cristina Chen-Oster | Exhibit 25 |
| Transcript of the August 3, 2018 Deposition of Mary De Luis | Exhibit 26 |
| Transcript of the June 21, 2012 Deposition of Genevieve Felix | Exhibit 27 |
| Transcript of the June 18, 2014 Deposition of Allison Gamba | Exhibit 28 |
| Transcript of the September 14, 2018 Deposition of Allison Gamba | Exhibit 29 |
| Transcript of the July 10, 2013 Deposition of Caroline Heller Sberlati | Exhibit 30 |
| Transcript of the July 11, 2013 Deposition of Caroline Heller Sberlati | Exhibit 31 |

| | |
|---|---|
| Transcript of the September 30, 2020 Deposition of Edith Hunt | Exhibit 32 |
| Transcript of the September 5, 2013 Deposition of David Landman | Exhibit 33 |
| Transcript of the October 10, 2013 Deposition of David Landman | Exhibit 34 |
| Transcript of the April 3, 2018 Deposition of David Landman | Exhibit 35 |
| Declaration of David Landman filed with Defendants' Memorandum of Law On the Impact of Material Changes to Goldman Sachs's Challenged Processes for Evaluating Professionals on Class Certification Discovery and Briefing, dated October 12, 2017 (ECF No. 546-1) | Exhibit 36 |
| Transcript of the June 12, 2013 Deposition of Bruce Larson | Exhibit 37 |
| Transcript of the November 12, 2020 Deposition of John Lauto | Exhibit 38 |
| Transcript of the June 20, 2012 Deposition of Rodney Miller | Exhibit 39 |
| Transcript of the July 12, 2011 Deposition of Shanna Orlich | Exhibit 40 |
| Expert Report of Wayne F. Cascio, Ph.D., dated January 15, 2021 and accompanying March 24, 2021 Errata | Exhibit 41 |
| Transcript of the November 16, 2013 Deposition of Wayne Cascio, Ph.D. | Exhibit 42 |
| Transcript of the July 31, 2018 Deposition of Wayne Cascio, Ph.D. | Exhibit 43 |
| Transcript of the June 9, 2021 Deposition of Wayne Cascio, Ph.D. | Exhibit 44 |
| Expert Report of Eric M. Dunleavy, Ph.D., dated January 15, 2021, as corrected April 23, 2021 | Exhibit 45 |
| Work Analysis of Goldman Sachs Professionals Holding the Corporate Titles of Associate and Vice President in the Investment Banking Division, Investment Management Division, and Securities Division by Eric M. Dunleavy, Ph.D., dated January 15, 2021 | Exhibit 46 |
| Expert Rebuttal Report of Eric M. Dunleavy, Ph.D., dated March 19, 2021 | Exhibit 47 |
| Expert Report of Brian Dunn, dated January 15, 2021 | Exhibit 48 |
| Expert Report of Henry S. Farber, dated January 15, 2021 | Exhibit 49 |
| Rebuttal Report of Henry Farber, dated April 19, 2021, as corrected May 11, 2021 | Exhibit 50 |
| Transcript of the May 18, 2021 Deposition of Henry Farber, Ph.D. | Exhibit 51 |

| | |
|---|---|
| Expert Report of Katherine Shaw, Ph.D., dated March 19, 2021, as revised March 24, 2021 | Exhibit 52 |
| Expert Report of David L. Yermack, dated March 19, 2021 | Exhibit 53 |
| Transcript of the May 6, 2021 Deposition of David Yermack, Ph.D. | Exhibit 54 |
| Declaration of Susan Benz in Opposition to Plaintiffs' Motion for Class Certification, dated July 3, 2014 (ECF No. 266) | Exhibit 55 |
| Declaration of Donald Casturo in Opposition to Plaintiffs' Motion for Class Certification, dated June 27, 2014 (ECF No. 268) | Exhibit 56 |
| Declaration of Nora Creedon in Opposition to Plaintiffs' Motion for Class Certification, dated June 30, 2014 (ECF No. 272) | Exhibit 57 |
| Declaration of Celeste Guth in Opposition to Plaintiffs' Motion for Class Certification, dated June 30, 2014 (ECF No. 276) | Exhibit 58 |
| Declaration of Marie Louise Kirk in Opposition to Plaintiffs' Motion for Class Certification, dated July 2, 2014 (ECF No. 279) | Exhibit 59 |
| Declaration of John Levene in Opposition to Plaintiffs' Motion for Class Certification, dated June 30, 2014 (ECF No. 280) | Exhibit 60 |
| Declaration of Todd Lopez in Opposition to Plaintiffs' Motion for Class Certification, dated July 1, 2014 (ECF No. 281) | Exhibit 61 |
| Declaration of James McNamara in Opposition to Plaintiffs' Motion for Class Certification, dated June 30, 2014 (ECF No. 282) | Exhibit 62 |
| Declaration of Craig Packer in Opposition to Plaintiffs' Motion for Class Certification, dated July 2, 2014 (ECF No. 284) | Exhibit 63 |
| Declaration of Stephen Pierce in Opposition to Plaintiffs' Motion for Class Certification, dated July 2, 2014 (ECF No. 285) | Exhibit 64 |
| Declaration of Peter Craig Russell in Opposition to Plaintiffs' Motion for Class Certification, dated June 30, 2014 (ECF No. 287) | Exhibit 65 |
| Transcript of Rule 23(f) Oral Argument in 18-1075 (2d Cir. Aug. 28, 2018) | Exhibit 66 |
| Expert Report of Wayne F. Cascio, Ph.D., dated February 18, 2014 | Exhibit 67 |

Executed on July 22, 2021 in New York, New York.

<u>*/s/ Robert J. Giuffra, Jr.*</u>
Robert J. Giuffra, Jr.