UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; SHANNA ORLICH; ALLISON GAMBA; and MARY DE LUIS,<br><br>Plaintiffs,<br><br>-against-<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>Defendants. | No. 10-cv-6950-AT-RWL |

**NOTICE OF MOTION FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' *PRIMA FACIE* CASE OF DISPARATE IMPACT**

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment, Plaintiffs' Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1, and the Declaration of Adam T. Klein and the Exhibits attached thereto, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion for Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56.

Dated: August 9, 2021     By:  /s/ Adam T. Klein
                                Adam T. Klein

Adam T. Klein
Cara E. Greene
Melissa L. Stewart
Christopher M. McNerney
Michael C. Danna
Sabine Jean
Maya S. Jumper
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017

Telephone: (212) 245-1000
Facsimile: (646) 509-2060

Kelly M. Dermody (*admitted pro hac vice*)
Anne B. Shaver (*admitted pro hac vice*)
Michael Levin-Gesundheit (*admitted pro hac vice*)
Michelle Lamy (*admitted pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Rachel Geman
Jessica A. Moldovan
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-9592
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Class Counsel*