# Exhibit 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

H. CRISTINA CHEN-OSTER; SHANNA
ORLICH; ALLISON GAMBA; and MARY DE
LUIS,

                         Plaintiffs,

            v.

GOLDMAN, SACHS & CO. and THE
GOLDMAN SACHS GROUP, INC.,

                      Defendants.

---------------------------------------------------------x

10 Civ. 6950 (AT) (JCF)

## DECLARATION OF DAVID LANDMAN

I, David Landman, state the following:

1.       I am a Vice President in the Human Capital Management Division ("HCM") of Goldman, Sachs & Co. ("Goldman Sachs" or the "Firm"). This Declaration is based on my personal knowledge, and I would be competent to testify to the following facts if called upon to do so.

2.       I have worked for the Firm since 2004, always within HCM, and am presently the Co-Head of Talent Development. As part of my role, I supervise the Firm's Talent Assessment function, and I am very familiar with the 360 Feedback and manager quartiling processes used at Goldman Sachs. I testified regarding these topics at 30(b)(6) depositions in this action in September and October 2013.

3.       Because the external landscape is always evolving, Goldman Sachs continually takes steps to improve its evaluation and developmental feedback processes, including by

monitoring changes in the financial services industry for evaluating the performance of bankers, traders, financial analysts and other professionals.

4.      In recent years, millennial job satisfaction has had a key impact across industries. A number of companies, primarily in consulting and technology, have shifted away from annual performance reviews in favor of more frequent feedback. In the United States, millennials account for 67% of the Firm's population. Recruiting, retaining and developing top talent is critical to Goldman Sachs' continued success in the market, and as such, since 2011 the Firm has changed and enhanced its feedback and evaluation processes in a number of respects. Most notably, the Firm has completely overhauled its 360 process, abandoned the use of numerical scores altogether, and now focuses the 360 entirely on qualitative feedback. And, as explained in more detail below, the Firm has also implemented a new "Ongoing Feedback" process to encourage professionals to seek and receive feedback at any time during the year, as well as a number of Divisional specific feedback processes.

5.      I describe below some of the post-2011 changes to the Firm's practices pertaining to the 360 and manager quartiling processes. This is not an exhaustive list of modifications that have been made, but these examples illustrate the way that these processes have changed and improved over time.

**Changes to the 360 Feedback Processes**

**Numerical Scoring Has Been Eliminated:**

6.      Though there were a number of changes to the 360 between 2011 and 2015, as stated above, the Firm rolled out a completely new and enhanced 360 process in 2016. Numerical scores have been eliminated. The 360's focus is now entirely on growth and

2

professional development. The entire purpose of the process is to collect and deliver feedback in order to support professionals' ongoing development.

7.      Because there are no more scores, the nine-point numerical ratings are no longer part of the 360. Instead, the new 360 Feedback form solicits open comments in two specific categories: "What are this person's top strengths?" and "What is at least one thing this person should consider doing differently?" The individual providing feedback is asked to designate the categories to which his or her answers to these questions are relevant. The categories include client focus, commercial contributions, culture carrier, risk management/firm reputation and judgment, among others.

8.      In addition to the responses to the two open questions, individuals separately provide feedback regarding risk management, reputation, culture, compliance and conduct. This reflects the increasing importance of handling risk correctly, both in response to general guidance from the Federal Reserve and because of greater internal focus on all of these issues. Specifically, in this new section, the feedback form asks to what extent the professional a) demonstrates effective risk management, including with respect to protecting the Firm's reputation, b) demonstrates a commitment to compliance with the Firm's policies, including by recognizing, escalating and proactively seeking guidance on issues, c) demonstrates appropriate sensitivity to risk and control related issues, including by proactively soliciting and respecting control-side input, being inclusive in decision-making and escalating concerns, and d) supports the Firm's culture, including by promoting teamwork and inclusion, and adhering to the Firm's business principles and the code of conduct. For each of these categories, the individual providing the feedback is asked to indicate whether the professional for whom they are providing

3

is outstanding, good, or needs improvement. If needs improvement is selected, commentary must be provided.

9.      Also new in the revised approach, the individual providing feedback is asked to provide an overall assessment by answering whether the professional's overall performance and contributions are outstanding, good, or needs improvement. All of this information is provided to the professional's manager in a newly designed comprehensive report.

**Increased Transparency in Process:**

10.      Transparency is now a hallmark of the 360 Feedback process. The level of transparency today is substantially greater than in 2011 and earlier years. Before 2011, although written manager summaries were made available to professionals in some Divisions, it was not the Firm's general practice to share the results of the 360 in written form with professionals across all Divisions. For example, professionals in the Securities Division did not receive any written feedback prior to 2011.

11.      Since 2014, however, annual Feedback summaries have been provided to all professionals in the Firm's Securities, Investment Management and Investment Banking Divisions. While the culmination of the 360 Feedback process has always been a meeting between the professional and his or her manager, all Vice Presidents and Associates are now provided with written feedback, which includes their manager's overall rating (of outstanding, good or needs improvement), as well as written feedback regarding their top strengths, what they should consider doing differently, and an assessment of their risk management, reputation, culture, compliance and conduct-related behaviors. The information included in this written feedback is now a focus of the review meeting between the professional and his or her manager.

4

**Onset of New Training and Messaging:**

12.     The messaging regarding the 2016 changes to the 360 and the new singular focus on qualitative feedback has been reiterated to the Firm's professionals via direct messaging (emails), videos (detailing the new process), and training materials.

13.     Talent Assessment has developed extensive training materials to familiarize the Firm's professionals with the new 360 Feedback process. We have created a new internal website with expanded resources available to all professionals. This website did not exist in 2011. We now call it the "Feedback360+" site. It allows professionals to familiarize themselves more efficiently with the new features and best practices for delivering feedback. It is also the website every professional accesses to provide feedback, and where managers go to review the feedback provided about their employees, create their manager summaries, and download feedback summaries to send to their direct reports.

14.     However, the internal website is not the only resource available to professionals. The Goldman Sachs University ("GSU") team, which helps deliver training, facilitates a Feedback Skills Workshop that is targeted to new and existing managers. Because of the major changes to the 360 Feedback process, this training is completely different than it was in 2011. This workshop is also included as part of New Manager Orientation / Leading People and Teams: New Manager Essentials, which was launched in 2016.

15.     Also, and though I am not directly involved in Divisional efforts, I know that some of the Divisional HCM teams have delivered separate guidance and training on the 360 Feedback process to individuals in their Divisions. For example, when the new process was rolled out in 2016, Securities HCM conducted what they called a "Roadshow" on the new

5

process, where they attended Business Unit meetings to go through the changes with Business Unit leaders and other managers.

### Introduction of the Ongoing Feedback System:

16.     Another major change to the Firm's overall feedback process is the introduction of the new "Ongoing Feedback" program. We piloted this program in 2016, and now have officially rolled it out in 2017. It is an open-all-the-time feedback system. The software was developed in-house by the Firm's engineers and it is accessible from mobile devices, including smartphones. This never existed at the Firm before the pilot in 2016 and has been recognized in the media as a new, emerging approach to employee performance evaluation processes.

17.     More specifically, this new Ongoing Feedback system was implemented in order to increase the amount of ongoing, informal feedback that Firm professionals receive throughout the year. The Firm recognizes that professionals want ongoing developmental feedback instead of just one annual discussion. The Ongoing Feedback system allows professionals and their managers the opportunity to request or provide feedback on any employee at any time. The person providing the feedback gives the context of the feedback (for example, that he or she is giving feedback related to a certain project or initiative) and provides written comments. The manager receives notification that the feedback is available, and is able to use it to facilitate discussions that take place organically and episodically instead of on a set schedule.

### New Evaluation Tool - Manager Effectiveness:

18.     Another feature of the 360 Feedback process that did not exist in 2011 is the Manager Effectiveness evaluation, which was added in 2014 for all Vice Presidents and Managing Directors who have three or more direct reports. The criteria for the Manager Effectiveness evaluation reflect the skills and behaviors that are most important for managers to

develop to effectively oversee their reports. The criteria include: "Communicates a strategic vision and drives execution; Inspires, and motivates performance; binds people to the firm; Fosters the firm's apprenticeship culture by coaching, developing and mentoring people; Provides feedback to team members that is constructive, candid, and timely; Delegates authority and decision-making with appropriate oversight; holds people accountable, Demonstrates a commitment to developing a diverse team, and brings out the best in all employees; Cascades relevant information to team members; Credits the team, provides exposure to senior leaders and creates appropriate platforms; Respects people's time, emphasizes productivity over face time; supports flexibility; and Listens well and elicits diverse perspectives." The Manager Effectiveness criteria are separate and apart from the other 360 Feedback criteria, although the results are delivered at the same time. This feedback, like the 360 Feedback, is assessed with Outstanding, Good and Needs Improvement categories.

### New IBD Evaluation Tool:

19.     Another change, specific to the Investment Banking Division, is a new process called the Senior Banker Review. The Senior Banker Review takes place separately from the 360 Feedback process (in the spring, as opposed to the summer). It allows junior bankers (including Associates) to evaluate senior bankers on eight criteria (Culture and Values, Leadership and People Management, Client Meeting Management, Team Guidance and Oversight, Teamwork and Collaboration, Focus on Professional Development, Personal Focus, and Social Events / Group Participation). "Senior Bankers" are considered to be second-year Vice Presidents and above. This new process, which was instituted in 2012, permits junior bankers to provide feedback to the senior bankers with whom they work about whether they are

7

providing sufficient support, training, and mentoring for junior bankers.[1]  It did not exist in, or prior to 2011.

### Changes to the Manager Quartiling Process

#### 360 Scores Are No Longer An Input:

20.     There have been a number of changes to the manager quartiling process since 2011. Most notably, now that the 360 Feedback process is used primarily as a developmental tool, it serves as a much more limited input into a manager's assessment of his or her employee's relative contributions.

21.     As managers are deciding quartile placement for their employees, they may certainly be informed by some of the developmental feedback their employees received during the 360 Feedback process, as well as the managers' overall assessment of their employees, but, as set forth in the guidance provided to managers, there are numerous other considerations to be taken into account in quartiling. There is no set weight that the managers must give to the 360 Feedback, nor could there be given the qualitative and developmental nature of the feedback.

#### Enhanced and Expanded Guidelines for Managers:

22.     The quartiling guidance given to managers has also increased significantly. Since 2011, Talent Assessment has revised and expanded the definitions of the criteria for "Performance and Contribution" and "Potential" in order to give managers additional guidance regarding how to exercise their discretion in placing professionals in the proper quartile.

---

[1] I am aware also that the Investment Banking Division has recently instituted a number of other processes designed to increase feedback to its professionals, including the "VP Checkpoint" process and a midyear feedback process for first year Associates. While I am not personally involved in these processes, I know that they did not exist in 2011.

23.     For example, in 2011, managers were provided with a short list of factors to consider, including Performance and Contribution, Potential, and Capability. "Potential" was defined merely as "Demonstrated potential to assume increased responsibility." Now, "Potential" is defined in much greater detail:

> – Assessment of the individual's future trajectory based on his/her ability to progress to roles of increased scope and complexity; considerations include the individual's:

- • Ability to learn and adapt
- • Capacity to build and lead teams
- • Depth of his/her subject matter expertise
- • Commitment to professional growth

> – Note: When assessing potential, past performance is an important consideration; however, it is critical to acknowledge that potential is forward looking and performance is retrospective

24.     This is just one example. In additional to "Potential," the 2017 manager performance quartiling guidelines now include thirteen separate criteria (each with its own definition) that a manager should consider when assessing relative Performance and Contribution.

25.     In addition to these changes, the guidelines provided to managers also include an entirely new section of "Additional Factors to Consider" that is separate and apart from "Performance and Contribution" and "Potential":

> – When assessing an employee's relative performance, contributions, potential and capability, you are expected to provide an objective and fully-informed viewpoint. It is important to bear in mind that certain factors can influence your perceptions of performance and potential. Therefore, it is critical to challenge perceptions by keeping in mind the following:

- • Evaluate employees based on specific examples, data, and first-hand feedback/experiences (where available)

9

- Ensure you are able to substantiate discrepancies between the manager's overall feedback and the recommended manager performance quartiles, and that the manager performance quartiles are fair and factually grounded

- Be considerate of the fact that you may not have as much information on the individual performances of employees in different geographical locations; it is important to recognize that performance and contribution need to be understood and evaluated in the context of region and office. Specifically, when you work in closer proximity to certain employees, you may be able to more easily recall their contributions

- Recognize that your standards, culture, and experiences may influence how you perceive employees' roles and impact; cultural, diversity and stylistic context must be considered when assessing employees, particularly in cultures where employees may downplay or emphasize personal contribution differently

- Remember that English language fluency and accents are not indicative of capability; some of the firm's top talent may not speak English as a first language or demonstrate a highly assertive interpersonal style

- Understand that different work and leadership styles can be equally commercially effective and make for outstanding performance. There is not a single profile of how a top manager performance quartile employee looks or acts

- Consider that affinities between yourself and employees (similar personalities, backgrounds, experiences, etc.) may influence your perceptions of employees' performances and lead to a more positive perception of some employees' capabilities

- Ensure that a disproportionate emphasis is not placed on a small amount of positive or negative, or recent feedback for a given employee; performance assessments should be based on balanced, sustained and ongoing feedback

- Given the above considerations, ensure that you have consistent information on all employees prior to determining manager performance quartile recommendations. Seek out additional information when you do not have all of the necessary facts to make a fair, objective and balanced relative performance assessment

These additional factors were not present in 2011.

### Additional Quartiling Changes:

26.     Manager quartiling has changed in a number of other ways since 2011. For

example, as of 2015, the way that the quartiles are configured has changed. There are no longer

five "quartiles"; there are only four. Previously, Quartile 5 represented the bottom 10% of the

population, and Quartile 4 was made up of the remaining 15% of the bottom quarter of the

population. Additionally, in the past some Divisions combined Quartiles 2 and 3 into one large group. Now those two groups are differentiated in order to be aware of those who are in the top half of the population as opposed to those below that 50% line. In sum, there are now four quartiles, each representing 25% of the population for each Division.

27.     Additionally, while there were previously "soft shoulders" that allowed the Divisions to deviate from recommended quartile distributions for their Vice Presidents and Associates, that concept has been formalized. As of 2015, the 25% distribution per quartile can be changed by 2% either way with "no questions asked." If further flexibility is needed at the Business Unit level, further deviations are possible where appropriate.

28.     Last, the Manager Effectiveness portion of 360 Feedback did not exist in 2011, so it could not have been an input into manager quartiling. Now that it exists, it is something that managers may take into account when assigning their employees to a particular quartile. The same is true in the Investment Banking Division of the Senior Banker Review.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      October 12, 2017

David Landman

11