FILED UNDER SEAL

# Exhibit 14