FILED UNDER SEAL

# Exhibit 19