FILED UNDER SEAL

# Exhibit 38