FILED UNDER SEAL

# Exhibit 45