UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER, LISA PARISI, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

Plaintiffs,

-against-

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/2021

10 Civ. 6950 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the Defendants' submissions at ECF Nos. 1246 and 1254. Defendants' requests to permit redactions are GRANTED.

SO ORDERED.

Dated: August 16, 2021
New York, New York

ANALISA TORRES
United States District Judge