**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; SHANNA ORLICH; ALLISON GAMBA; and MARY DE LUIS,<br><br>Plaintiffs,<br><br>-against-<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>Defendants. | No. 10 Civ. 6950 (AT)(RWL) |

**DECLARATION OF ADAM T. KLEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' *PRIMA FACIE* CASE OF DISPARATE IMPACT**

I, Adam T. Klein, declare as follows:

1. I am the Managing Partner of Outten & Golden LLP in New York, New York, which along with our co-counsel Lieff Cabraser Heimann & Bernstein LLP, are Plaintiffs' counsel herein. I am an attorney in good standing admitted to practice in the State of New York and before this Court. I make these statements based on personal knowledge in support of Plaintiffs' Motion for Summary Judgment on Plaintiffs' *Prima Facie* Case of Disparate Impact.

**Exhibits**

2. Attached are true and correct copies of the following documents:

a. Attached as Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the July 31, 2013 and August 1, 2013 Deposition of Jessica Kung.

b. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the July 10, 2013 & July 11, 2013 Deposition of Caroline Heller-Sherloti.

c. Attached hereto as Exhibit 3 is a true and correct copy of the transcript of the June 12, 2013 Deposition of Bruce Larson.

d. Attached hereto as Exhibit 4 is a true and correct copy of the transcript of the October 10, 2013 Deposition of David Landman.

e. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of David Landman, filed with the Court on October 13, 2017 as ECF No. 546-1.

f. Attached hereto as Exhibit 6 is a true and correct copy of the transcript of the August 13, 2020 Deposition of Anilu Vazquez-Ubarri.

g. Attached hereto as Exhibit 7 is a true and correct copy of a document entitled “Feedback360+ Data Usage”, bates stamped as GS0380249 to GS0380249.

h. Attached hereto as Exhibit 8 is a true and correct copy of a document entitled “2003 MD Reviews - Review Discussion Packet”, bates stamped as GS0098769 to GS0098792.

i. Attached hereto as Exhibit 9 is a true and correct copy of a document entitled “Firmwide Review System - Frequently Asked Policy, Data & Reporting Questions”, bates stamped as GS0003383 to GS0003391.

j. Attached hereto as Exhibit 10 is a true and correct copy of a document entitled “Investment Banking Individual Review Book”, bates stamped as GS0120172 to GS0120194.

k. Attached hereto as Exhibit 11 is a true and correct copy of a document entitled “2006 Performance Reviews”, bates stamped as GS0120195 to GS0120225.

l. Attached hereto as Exhibit 12 is a true and correct copy of a document entitled “Fixed Income, Currency and Commodities Individual Review Book”, bates stamped as GS0121383 to GS0121403.

m. Attached hereto as Exhibit 13 is a true and correct copy of a document entitled “Investment Banking Individual Review Book”, bates stamped as GS0120828 to GS0120853.

n. Attached hereto as Exhibit 14 is a true and correct copy of a document entitled “Equities Individual Review Book - [redacted]”, bates stamped as GS0110583 to GS0110602.

o. Attached hereto as Exhibit 15 is a true and correct copy of a document entitled “Equities Individual Review Book -[redacted]”, bates stamped as GS0110603 to GS0110625.

p. Attached hereto as Exhibit 16 is a true and correct copy of a document entitled “Firmwide Review System - Frequently Asked Policy, Data & Reporting Questions”, bates stamped as GS0005283 to GS0005291.

q. Attached hereto as Exhibit 17 is a true and correct copy of the March 19, 2021 Expert Report of Kathryn Shaw, Ph.D.

r. Attached hereto as Exhibit 18 is a true and correct copy of the January 15, 2021 Expert Report of Henry S. Farber.

s. Attached hereto as Exhibit 19 is a true and correct copy of a document entitled "Manager Guidelines for Determining Quartiles and Compensation", bates stamped as GS0155193 to GS0155195.

t. Attached hereto as Exhibit 20 is a true and correct copy of a document entitled "Manager Guidelines for Determining Quartiles and Compensation", bates stamped as GS0153032 to GS0153033.

u. Attached hereto as Exhibit 21 is a true and correct copy of a document entitled "Manager Performance Rank FAQs", bates stamped as GS0153290 to GS0153295.

v. Attached hereto as Exhibit 22 is a true and correct copy of a document entitled "(1) Manager Performance Rating Toolkit", bates stamped as GS0109353 to GS0109365.

w. Attached hereto as Exhibit 23 is a true and correct copy of a document entitled "2008 Performance Quartiling and Flagging Toolkit final", bates stamped as GS0109390 to GS0109399.

x. Attached hereto as Exhibit 24 is a true and correct copy of a document entitled "Performance Quartiling - Process Overview", bates stamped as GS0126057 to GS0126061.

y. Attached hereto as Exhibit 25 is a true and correct copy of a document entitled "Performance Quartiling - Process Overview", bates stamped as GS0136548 to GS0136553.

z. Attached hereto as Exhibit 26 is a true and correct copy of a document entitled "Performing Quartiling Overview", bates stamped as GS0153035 to GS0153040.

aa. Attached hereto as Exhibit 27 is a true and correct copy of a document entitled "2017 Manager Performance Quartiling", bates stamped as GS0450859 to GS0450866.

bb. Attached hereto as Exhibit 28 is a true and correct copy of an Email Thread with the subject line "re: Ranking Files", bates stamped as GS0153476 to GS0153476.

cc. Attached hereto as Exhibit 29 is a true and correct copy of a document entitled "Frequently Asked Questions and Timeline", bates stamped as GS0484728 to GS0484730.

dd. Attached hereto as Exhibit 30 is a true and correct copy of a document entitled "Partnership Committee Meeting, April 5, 2011", bates stamped as GS0637321 to GS0637323.

ee. Attached hereto as Exhibit 31 is a true and correct copy of a document entitled "Partnership Committee, 2011 Performance Reviews, April 5, 2011", bates stamped as GS0637303 to GS0637309.

ff. Attached hereto as Exhibit 32 is a true and correct copy of a document entitled "2017 Manager Performance Quartiling", bates stamped as GS0440622 to GS0440629.

gg. Attached hereto as Exhibit 33 is a true and correct copy of a document entitled "2018 Manager Performance Quartiling", bates stamped as GS0456223 to GS0456230.

hh. Attached hereto as Exhibit 34 is a true and correct copy of a document entitled "2006 Detailed Compensation Communication Guide for HCM", bates stamped as GS0113858 to GS0113882.

ii. Attached hereto as Exhibit 35 is a true and correct copy of a document entitled "Goldman Sachs Securities Division 2010 Compensation", bates stamped as GS0123223 to GS0123266.

jj. Attached hereto as Exhibit 36 is a true and correct copy of a document entitled "2010 IMD Year-End Compensation Committee Meetings", bates stamped as GS0123267 to GS0123294.

kk. Attached hereto as Exhibit 37 is a true and correct copy of a document entitled "2011 Compensation Round 1 Compensation Committee Meeting", bates stamped as GS0123295 to GS0123323.

ll. Attached hereto as Exhibit 38 is a true and correct copy of a document entitled "2000 MD & PCP Selection - Cross-ruffing Orientation Meeting", bates stamped as GS0113568 to GS0113589.

mm. Attached hereto as Exhibit 39 is a true and correct copy of a document entitled "2002 MD & PCP Selection - Cross-ruffing Workshop", bates stamped as GS0113548 to GS0113567.

nn. Attached hereto as Exhibit 40 is a true and correct copy of a document entitled “2003 MD Selection: Cross-ruffing Best Practice Workshop”, bates stamped as GS0109256 to GS0109272.

oo. Attached hereto as Exhibit 41 is a true and correct copy of a document entitled “2004 MD Selection - Cross-ruffing Best Practices Workshop”, bates stamped as GS0109329 to GS0109349.

pp. Attached hereto as Exhibit 42 is a true and correct copy of a document entitled “2005 MD Selection: Cross-ruffing Best Practices Workshop”, bates stamped as GS0109273 to GS0109298.

qq. Attached hereto as Exhibit 43 is a true and correct copy of a document entitled “2006 Partner and MD Selection: Cross-ruffing Best Practices Workshop”, bates stamped as GS0109299 to GS0109328.

rr. Attached hereto as Exhibit 44 is a true and correct copy of a document entitled “2007 MD Selection: Cross-Ruffing Best Practices Workshop”, bates stamped as GS0004990 to GS0005016.

ss. Attached hereto as Exhibit 45 is a true and correct copy of a document entitled “2008 Partner and MD Selection Cross-ruffing Best Practices”, bates stamped as GS0004777 to GS0004798.

tt. Attached hereto as Exhibit 46 is a true and correct copy of a document entitled “2009 MD Selection - Cross-ruffing Best Practices”, bates stamped as GS0003547 to GS0003569.

uu. Attached hereto as Exhibit 47 is a true and correct copy of a document entitled "2010 Partner and Managing Director Selection: Cross-Ruffing Best Practices", bates stamped as GS0004705 to GS0004729.

vv. Attached hereto as Exhibit 48 is a true and correct copy of a document entitled "2011 MD Selection: Cross-Ruffing Best Practices", bates stamped as GS0109235 to GS0109255.

ww. Attached hereto as Exhibit 49 is a true and correct copy of a document entitled "2012 Partner and MD Selection: Cross-Ruffing Best Practices", bates stamped as GS0375517 to GS0375540.

xx. Attached hereto as Exhibit 50 is a true and correct copy of a document entitled "2013 MD Selection: Cross-Ruffing Best Practices", bates stamped as GS0375294 to GS0375317.

yy. Attached hereto as Exhibit 51 is a true and correct copy of a document entitled "2015 Managing Director Selection: Cross-Ruffing Best Practices Guide", bates stamped as GS0375741 to GS0375754.

zz. Attached hereto as Exhibit 52 is a true and correct copy of a document entitled "2017 Managing Director Selection: Cross-Ruffing Best Practices Guide", bates stamped as GS0375264 to GS0375276.

aaa. Attached hereto as Exhibit 53 is a true and correct copy of a document entitled "2006 Managing Director Selection", bates stamped as GS0215973 to GS0215975.

bbb. Attached hereto as Exhibit 54 is a true and correct copy of a document entitled "2007 Managing Director Selection Memo and Milestones", bates stamped as GS0164972 to GS0164974.

ccc. Attached hereto as Exhibit 55 is a true and correct copy of a document entitled "Americas ME + 360 Diversity Analysis, October 2014", bates stamped as GS0621389 to GS0621406.

ddd. Attached hereto as Exhibit 56 is a true and correct copy of a document entitled "Americas Diversity Committee, November 20, 2014", bates stamped as GS0918243 to GS0918289.

eee. Attached hereto as Exhibit 57 is a true and correct copy of a document entitled "BUM Training Slide Notes", bates stamped as GS0176436 to GS0176448.

fff. Attached hereto as Exhibit 58 is a true and correct copy of the April 19, 2021 Rebuttal Report of Henry Farber.

ggg. Attached hereto as Exhibit 59 is a true and correct copy of an Email Thread with the subject line "Re: Firmwide Women"s Network Debrief", bates stamped as GS0204773 to GS0204774.

hhh. Attached hereto as Exhibit 60 is a true and correct copy of a document entitled "Diversity at Goldman Sachs", bates stamped as GS0954173 to GS0954173.039.

iii. Attached hereto as Exhibit 61 is a true and correct copy of a document entitled "2015 People Survey Results", bates stamped as GS1013182 to GS1013195.

jjj. Attached hereto as Exhibit 62 is a true and correct copy of a document entitled "Draft - Diversity at the Firm: Current State and Recommendations", bates stamped as GS0493421 to GS0493433.

kkk. Attached hereto as Exhibit 63 is a true and correct copy of a document entitled "Building a Meritocracy: Diversity as a Strategic Partner", bates stamped as GS0249588 to GS0249631.

lll. Attached hereto as Exhibit 64 is a true and correct copy of a document entitled "Investment Banking Division: 2008 EMD Selection", bates stamped as GS0219988 to GS0220024.

I declare under penalty of perjury under the laws of New York and the United States that the foregoing is true and correct.

Dated: August 17, 2021
New York, New York

By: ______________________
Adam T. Klein