UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER; SHANNA ORLICH; ALLISON GAMBA; and MARY DE LUIS,

Plaintiffs,

v.

GOLDMAN, SACHS & CO. and GOLDMAN SACHS & CO. LLC,

Defendants.

10 Civ. 6950 (AT) (RWL)

**DECLARATION OF ROBERT J. GIUFFRA, JR.**

I, Robert J. Giuffra, Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a partner of Sullivan & Cromwell LLP, attorneys for Defendants in this action and a member of the Bar of the State of New York. I submit this Declaration in order to place before this Court certain documents referenced in Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony.

2. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Excerpts of the Transcript of the June 18, 2021 Deposition of Kathryn Shaw, Ph.D. | Exhibit 1 |
| Excerpts of the Transcript of the May 18, 2021 Deposition of Henry S. Farber, Ph.D. | Exhibit 2 |
| Excerpts of the Transcript of the July 10, 2013 Deposition of Caroline Heller Sberlati | Exhibit 3 |
| Excerpts of the Transcript of the July 11, 2013 Deposition of Caroline Heller Sberlati | Exhibit 4 |
| Excerpts of the Transcript of the June 12, 2013 Deposition of Bruce Larson | Exhibit 5 |

| | |
|---|---|
| Excerpts of the Transcript of the June 3, 2021 Deposition of Margaret Stockdale, Ph.D. | Exhibit 6 |
| Excerpts of the Transcript of the May 28, 2021 Deposition of Eric Dunleavy, Ph.D. | Exhibit 7 |
| Excerpts of the Transcript of the May 25, 2021 Deposition of Caren Goldberg, Ph.D. | Exhibit 8 |
| Excerpts of the Transcript of the June 4, 2021 Deposition of Leaetta Hough, Ph.D. | Exhibit 9 |
| Excerpts of the Transcript of the June 15, 2021 Deposition of Sarah Butler | Exhibit 10 |
| Excerpts of the Transcript of the of May 6, 2021 Deposition of David Yermack, Ph.D. | Exhibit 11 |
| Excerpts of the Transcript of the June 9, 2021 Deposition of Wayne Cascio, Ph.D. | Exhibit 12 |
| Excerpts of the Expert Report of Henry S. Farber, Ph.D., dated October 30, 2013 | Exhibit 13 |
| Expert Report of Sarah Butler, dated April 19, 2021, as corrected June 11, 2021 | Exhibit 14 |
| Expert Report of Brian Dunn, dated April 19, 2021, as corrected May 25, 2021 | Exhibit 15 |
| Declaration of Leaetta Hough, Ph.D. in *Ellis* v. *Google*, CGC-17-561299 (Cal. Sup. Ct.), dated July 23, 2021 | Exhibit 16 |
| August 2019–May 2021 Invoices of Caren Goldberg, Ph.D. | Exhibit 17 |
| April 2021–May 2021 Invoices of Sarah Butler | Exhibit 18 |
| Investment Banking Division Compensation Guidelines: Compensation Managers, October 2018 (GS0400008) | Exhibit 19 |
| Securities Division Compensation Guidelines: Compensation Managers, December 2011 (GS0113896) | Exhibit 20 |
| Gary W. Heiman, *Basic Statistics for the Behavioral Sciences*, 176-77 (6th ed. 2015) | Exhibit 21 |
| David Dwertmann et al., *Disentangling the Fairness & Discrimination & Synergy Perspectives On Diversity Climate*, in "Journal of Mgmt.," at 1141–53 (2016) | Exhibit 22 |

| | |
|---|---|
| Farber et al., *Factors Determining Callbacks to Job Applications by the Unemployed*, in Russell Sage Found. J. of the Social Sciences, 184 (2017) | Exhibit 23 |
| American Bar Association, *Applying Econometrics to Address Class Certification*, in "Econometrics: Legal, Practical & Technical Issues," 358-59 | Exhibit 24 |
| Henry S. Farber, *Why You Can't Find a Taxi in the Rain and Other Labor Supply Lessons From Cab Drivers*, "The Quarterly Journal of Economics," 4 at n.27 (2015) | Exhibit 25 |
| James W. Drisko & Tina Maschi, *Content Analysis*, at 7 (2016) | Exhibit 26 |
| Kimberly A. Neuendorf, *Content Analysis – A Methodological Primer for Gender Research*, in "Generating Data, Volume III," 111 (2016) | Exhibit 27 |
| Kimberly A. Neuendorf, *The Content Analysis Guidebook*, 41, 159, 166 (2016) | Exhibit 28 |
| Todd D. Jick, *Mixing Qualitative & Quantitative Methods: Triangulation in Action,* in "Administrative Science Quarterly," 602-611 (1979) | Exhibit 29 |
| Christine Meyer, *A Case in Case Study Methodology*, in "Field Methods," 336 (2001) | Exhibit 30 |
| Hofhuis, J., *Diversity Climate Enhances Work Outcomes Through Trust & Openness In Workgroup Communication*, 714 (2016) | Exhibit 31 |
| Li, Y. Perera, *Inclusion Climate: A Multilevel Investigation Of Its Antecedents And Consequences*, in "Human Resource Mgmt.," 353-69 (2019) | Exhibit 32 |
| Alison T. Wynn & Shelley J. Correll, *Combating Gender Bias in Modern Workplaces*, in "Handbook of the Sociology of Gender," 514 (2018) | Exhibit 33 |
| Claudia Goldin & Lawrence F. Katz, *The Cost of Workplace Flexibility for High-Powered Professionals*, in "The Annals of the American Academy of Political & Social Science," 45-67 (2011) | Exhibit 34 |
| Alison Konrad, *Family Demands & Job Attribute Preferences*, in "Sex Roles," 35-46 (2003) | Exhibit 35 |
| Goldberg et al., *Employees' Perceptions of Their Leaders: Is Being Similar Always Better?*, in "Group & Organization Mgmt.," 338 (2008) | Exhibit 36 |
| P. Morrel-Samuels, *Getting the Truth into Workplace Surveys*, in "Harvard Business Review," 5 (2002) | Exhibit 37 |

| | |
|---|---|
| William H. Macey & Alexis A. Fink, *Employee Surveys & Sensing*, 246 (2020) | Exhibit 38 |
| Scott Coltrane, *Research on Household Labor: Modeling & Measuring the Social Embeddedness of Routine Family Work*, in "Journal of Marriage and the Family," 1208-1233 (2000) | Exhibit 39 |
| W.M. Gibson & J.A. Caplinger, *Transportation of Validation Results*, in "Alternative Validation Strategies," 29-81 (2007) | Exhibit 40 |
| Michael G. Aamodt, *Industrial/Org. Psychology: An Applied Approach*, 49, 54 (8th ed. 2016) | Exhibit 41 |
| Shari Seidman Diamond, *Reference Guide on Survey Research*, in "Reference Manual on Scientific Evidence," 413 (2011) | Exhibit 42 |
| Chester Hanvey, *Wage & Hour Law: Guide to Methods & Analysis*, 155 (2018) | Exhibit 43 |
| "Principles for the Validation and Use of Personnel Selection Procedures ("SIOP Principles"), American Psychological Association, 29 (5th ed. 2018) | Exhibit 44 |
| Arthur Gutman & Eric M. Dunleavy, *Documenting Work Analysis Projects*, in "The Handbook of Work Analysis," 147-48 (2012) | Exhibit 45 |

Executed on September 10, 2021 in New York, New York.

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.