# Exhibit 01

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
______________

H. CHRISTINA CHEN-OSTER, SHANNA ORLICH; ALLISON GAMBA; and MARY DE LUIS,

Plaintiffs,

vs.

GOLDMAN SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

Defendants.

Case No. 10-cv-6950-AT-RWL

** CONFIDENTIAL **

REMOTE VIDEOTAPED DEPOSITION
OF
KATHRYN LEE SHAW, Ph.D.
Friday, June 18, 2021
Menlo Park, California

Reported by: B. Suzanne Hull, CSR No. 13495

APPEARANCES

For Plaintiffs: Outten & Golden LLP
By MR. ADAM T. KLEIN
MR. MICHAEL C. DANNA
Attorneys at Law
685 Third Avenue
Twenty-Fifth Floor
New York, New York 10017
(212) 245-1000
(646) 509-2060
atk@outtengolden.com
mdanna@outtengolden.com
- and -
Lieff, Cabraser, Heimann & Bernstein, LLP
By MS. ANNE B. SHAVER
Attorney at Law
275 Battery Street
Twenty-Ninth Floor
San Francisco, California 94111
(415) 956-1000
mlamy@lchb.com
ashaver@lchb.com

For Defendants: Sullivan & Cromwell, LLP
By MS. AMANDA FLUG DAVIDOFF
Attorney at Law
1700 New York Avenue NW
Suite 700
Washington, D.C. 20006
(202) 956-7500
davidoffa@sullcrom.com
- and -
Paul Hastings
By MS. CARSON H. SULLIVAN
Attorney at Law
2050 M Street NW
Washington, D.C. 20036
(202) 551-1809
carsonsullivan@paulhastings.co

APPEARANCES (Continued)

| | |
|---|---|
| The Videographer: | David Walck |
| The Concierge: | Carissa Narciso |
| Also Present: | Brian Fryd |
| | Gena Palumbo |
| | Michael Lefors |
| | Ruth Gilgenbach |
| | Elisa Olivieri |
| | Peter Pai |

these materials. 08:49:42

Q. So which document or deposition or declaration did you skim versus read in full? Do you know? 08:49:42 08:49:47 08:49:50

A. Well, I mean, some of these are identical, you know. Securities -- you know, look at securities division compensation guidelines, compensation managers. You know, you look at one, and the next one is virtually identical. I mean, maybe I should say I read it. You know, you read it fast. I mean, they are very -- they are very -- they are very duplicative. 08:49:51 08:49:57 08:50:01 08:50:04 08:50:07 08:50:10 08:50:13 08:50:15

Q. And did you read the deposition of David Landman and exhibits dated September 5, 2013? 08:50:17 08:50:20

A. Yes. 08:50:24

Q. So you read that in its entirety? 08:50:25

A. Yes. 08:50:28

Q. And is that also true for the April 3rd, 2018, Landman deposition and exhibits on Page 188? You read that in its -- in its entirety? 08:50:28 08:50:32 08:50:37

A. I read everything when I began working on this project. 08:50:41 08:50:43

Q. Okay. And when did you begin working on this project? 08:50:44 08:50:47

A. I mean, I would have to check exactly. 08:50:48

I don't have it memorized. But I believe I worked -- I did it in 2018. 08:50:51 08:50:55
Q. And so your testimony here is that you either read or skimmed all of the materials that are listed in Appendix B? 08:50:56 08:51:05 08:51:08
A. Yes. 08:51:11
I mean, I -- I -- I read -- you know, I read them. Some I read rather quickly because these -- these are duplicative. 08:51:12 08:51:16 08:51:20
Q. If you turn to Page 170 of your report, this is the conclusion page. It is the signature page. 08:51:21 08:51:27
Do you see that? 08:51:31
A. Yes. 08:51:32
Q. Okay. And there is a signature at the bottom of that page, Page 170. 08:51:34 08:51:37
Do you see that? 08:51:40
A. That's right. 08:51:41
Q. And that is your signature? 08:51:42
A. That is my signature. 08:51:43
Q. Perfect. 08:51:46
And your testimony here today is that you personally wrote the entire report in front of you, what has been marked as Exhibit 242? 08:51:46 08:51:49 08:51:53
A. That's correct. 08:51:56
Q. It is 170 pages of text, single spaced; is 08:51:57

that right? 08:52:04
A. That's right. 08:52:04
Q. Plus the appendices -- appendices that go from 171 to 249? 08:52:05 08:52:10
A. You know, a detailed table would be prepared by -- by my team at my direction. I did not, you know -- did not run the code or produce the table, but it is my report. 08:52:12 08:52:16 08:52:19 08:52:22
Q. And you wrote every word in your report.
Is that your testimony here? 08:52:24 08:52:26
A. Yes. That's right. 08:52:28
Q. How long did that take you? 08:52:29
A. Many months. 08:52:31
Q. Do you know how many hours? 08:52:35
A. I would have to look up my invoices, but -- I would have to look up my invoices. 08:52:39 08:52:49
Q. Do you have an estimate in terms of the number of hours you devoted to this -- drafting this report, Exhibit 242? 08:52:51 08:52:54 08:52:58
A. If you would like me to estimate it, I think this spring I spent about 200 hours working on the report. But I really should look at my invoices if I want -- if you want an exact number, yeah. 08:53:00 08:53:03 08:53:09 08:53:14
Q. So your testimony here today is that no one else had any role in drafting your expert report in 08:53:17 08:53:22

this case. 08:53:27
Is that your testimony? 08:53:27
A. It is my report. 08:53:28
Q. That is not my question, Dr. Shaw. 08:53:29
I said did anyone have any role in drafting your report, Exhibit 242? 08:53:33 08:53:36
A. I wrote the report. The empirical work, I had the assistance of a team who knew the data well and produced the empirical results. 08:53:38 08:53:43 08:53:46
Q. Dr. Shaw, this is going to go a lot easier if you just simply answer my question. 08:53:49 08:53:52
My question was did somebody else help you prepare the text of your report, Exhibit 242? 08:53:54 08:53:58
MS. DAVIDOFF: Objection. Asked and answered many times. 08:54:00 08:54:01
MR. KLEIN: I didn't get an answer, Amanda. 08:54:02
BY MR. KLEIN: 08:54:06
Q. So could you answer my question, Dr. Shaw? 08:54:06
MS. DAVIDOFF: Objection. Asked and answered many times. 08:54:08 08:54:09
BY MR. KLEIN: 08:54:10
Q. You can answer. 08:54:11
Dr. Shaw? 08:54:12
A. Repeat the question. 08:54:16
Q. You don't remember my question from thirty 08:54:17

seconds ago? 08:54:19

MS. DAVIDOFF: Objection. Argumentative. 08:54:20

BY MR. KLEIN: 08:54:25

Q. Dr. Shaw, did somebody else help you write your expert report in this case, the text contained in this report? 08:54:26 08:54:28 08:54:33

A. I wrote the text. 08:54:34

MS. DAVIDOFF: Objection. Asked and answered numerous times. 08:54:35 08:54:38

BY MR. KLEIN: 08:54:39

Q. You wrote the text in its entirety or did somebody else assist you in drafting the report? 08:54:40 08:54:43

MS. DAVIDOFF: Objection. Asked and answered. 08:54:47 08:54:48

THE WITNESS: I wrote the text in its entirety. 08:54:48 08:54:50

BY MR. KLEIN: 08:54:50

Q. You wrote this entire report from start to finish from Page 1 to Page 170 by yourself with no one else's assistance. 08:54:50 08:54:53 08:54:58

Is that what are you telling me? 08:55:00

MS. DAVIDOFF: Objection. Asked and answered many times. 08:55:03 08:55:04

BY MR. KLEIN: 08:55:04

Q. You can answer, Dr. Shaw. 08:55:05

A. I wrote the report as -- I -- I wrote the text of the report. 08:55:07 08:55:10
Q. Did somebody else assist you in a draft version of your report in terms of the text? 08:55:14 08:55:18
MS. DAVIDOFF: Objection. Asked and answered. 08:55:21 08:55:22
BY MR. KLEIN: 08:55:27
Q. You can answer, Dr. Shaw. In fact, you can answer anytime there is an objection unless you are specifically directed not to by counsel. 08:55:28 08:55:31 08:55:35
A. The tables were literally produced through a computer. I did not produce those computerized tables. I discussed the results of the tables with my team, and I wrote the text. 08:55:37 08:55:40 08:55:45 08:55:48
Q. And did someone else at Cornerstone assist you in the preparation of your report, Exhibit 242? 08:55:51 08:56:00
MS. DAVIDOFF: Objection. Asked and answered. Harassment. 08:56:07 08:56:08
BY MR. KLEIN: 08:56:09
Q. You can answer, Dr. Shaw. 08:56:09
A. I just did. The tables were produced by my team. I did not use the computer to -- to do empirical analysis. They were produced under my direction and we discussed these and I wrote the report. 08:56:11 08:56:15 08:56:19 08:56:22 08:56:26

Q. And what team are you referring to, Dr. Shaw? 08:56:26 08:56:29
A. A group of professionals at Cornerstone. 08:56:30
Q. And who are those? 08:56:36
A. What? 08:56:39
Q. Who are those? Who are they? 08:56:40
A. You want their names? 08:56:44
Q. Yes, Dr. Shaw. I would like their names. Thank you. 08:56:46 08:56:50
A. Okay. 08:56:50
MS. DAVIDOFF: Excuse me. Consulting experts are not subject to disclosure. 08:56:51 08:56:53
Don't answer that question. 08:56:55
MR. KLEIN: Dr. Shaw just testified that she relied on the work of other people. I would like to know who they are. 08:56:57 08:56:59 08:57:02
MS. DAVIDOFF: And this -- 08:57:02
MR. KLEIN: And we answered that -- we answered that same question -- Dr. Farber answered the same exact question. I don't think this is a great mystery, folks. 08:57:03 08:57:05 08:57:07 08:57:09
MS. DAVIDOFF: Those are consulting experts. I don't have any problem with her testifying to the names. They are not disclosable. 08:57:11 08:57:13 08:57:15
///

BY MR. KLEIN: 08:57:18
Q. Dr. Shaw, did somebody assist you in the preparation of this report at Cornerstone? Yes or no? 08:57:19 08:57:21 08:57:24
A. A team from Cornerstone did. 08:57:24
MS. DAVIDOFF: Objection. Asked and answered. 08:57:26 08:57:29
BY MR. KLEIN: 08:57:29
Q. And who are they? 08:57:29
MS. DAVIDOFF: I withdraw my instruction, Dr. Shaw. You can answer the question. I simply note my objection that they are consulting experts and not -- not subject to disclosure, but -- 08:57:32 08:57:35 08:57:38 08:57:41
THE WITNESS: All right. Elisa Olivieri. And I don't know last names particularly well. Cavan. Kate. Graham. Brian. I believe that is it. 08:57:43 08:57:48 08:57:55
BY MR. KLEIN: 08:58:02
Q. And you don't know their last names? 08:58:04
A. Well, I -- you know, I can't -- it would take me a second, but -- we don't use last names; so it would take me a second to -- to find them. 08:58:06 08:58:12 08:58:16
Q. Well, let's mark the record and you can go back and provide the additional information. 08:58:23 08:58:26
(INFORMATION REQUESTED:______________________ 08:58:26
__________________________________________.) 08:58:26

BY MR. KLEIN: 08:58:26
Q. Okay. I want to direct your attention to 08:58:32
Page 243 of your report. This is captioned 08:58:43
Appendix -- I guess this is I. I'm not sure. And 08:58:47
analysis of 360 review scores. I'll give you 08:58:51
a moment to find it. 08:58:56
A. 243? 08:58:58
Q. Page 243; correct. 08:59:00
A. Yes. I have that. 08:59:03
Q. All right. And there are two exhibits on 08:59:04
this page; correct? 08:59:09
A. Yes. That's right. 08:59:11
Q. Exhibit 66 and 67? 08:59:12
A. That's right. 08:59:14
Q. Okay. Can you generally describe 08:59:16
Exhibits 66 and 67? 08:59:19
A. Yes. 08:59:21
The corrected regression model in 08:59:26
sixty-seven -- let me recall. This is -- this -- 08:59:36
this is the one we focused on. Let me recall. Yeah. 08:59:39
It has more extensive and -- it has a more extensive 08:59:49
regression in it. That is why it is called corrected 08:59:54
regression law. The -- 08:59:59
Q. You testified -- 08:59:59
A. -- other one says no controls -- 09:00:01

Are you familiar with the term analyst? 10:32:31
A. Yes, I am. 10:32:36
Q. What is an analyst at Goldman Sachs? 10:32:37
Sorry. I'm going to close the window. Somebody is weed whacking my yard. Sorry about that. The weed whackers come out on Fridays. 10:32:40 10:32:44 10:32:50
A. I mean, I didn't study analysts in this report; so I would have to speak broadly about my knowledge of what analysts do. It was not part of my report. 10:32:53 10:32:56 10:32:59 10:33:02
Q. Do you know whether analysts are assigned teams for -- 10:33:03 10:33:06
A. I -- 10:33:08
Q. -- production -- for production quartile purposes? 10:33:09 10:33:12
A. No, I don't. 10:33:12
Q. Now, that is not something you studied one way or the other? 10:33:14 10:33:17
A. That's correct. 10:33:18
Q. Are you familiar with the term managing director at Goldman Sachs? 10:33:19 10:33:21
A. Yes, I am. 10:33:22
Q. What is a managing director? 10:33:23
A. When -- when a vice president gets promoted to a higher-level position, such as EMD, it is 10:33:26 10:33:37

a higher-level position; so for example, when we look at promotions, we look at promotion to executive managing director. 10:33:41 10:33:46 10:33:50

Q. All right. Do you know whether managing director level employees may be on a team indicated in your production quartile measurement or IB meeting? 10:33:52 10:33:55 10:33:58 10:34:03

A. This data refers to junior and senior bankers, not managing directors. 10:34:05 10:34:13

Q. So it is possible that there are managing directors also on teams that include junior and senior bankers; correct? 10:34:14 10:34:17 10:34:21

MS. DAVIDOFF: Objection. Foundation. 10:34:22

THE WITNESS: I don't know one way or another. That would be speculation. 10:34:23 10:34:26

BY MR. KLEIN: 10:34:28

Q. Hmmm. 10:34:29

Do you know what managing directors do within IBD at Goldman Sachs? 10:34:30 10:34:32

A. Yes. 10:34:37

I mean, they are -- they are man- -- they are supervising groups below them. 10:34:39 10:34:41

Q. Would that include senior bankers? 10:34:42

A. Yes. 10:34:45

Managing directors -- you know, I don't know 10:34:49

the full breadth of what managing directors do. 10:34:52

Q. Okay. 10:34:56

A. I would have to look that up. But they -- you know, they -- that is a -- you know, you get promoted from vice president to managing director, but my analysis in this report has -- the scope of my analysis at no time was I asked to do -- to analyze what a managing director does. 10:34:56 10:35:02 10:35:04 10:35:08 10:35:15 10:35:19

Q. Okay. But for the purposes of -- of the IBD production variable that ran the production quartile -- or annualized production quartile, Page 206, the first one, they are -- they are -- these are -- these are team based; correct? 10:35:22 10:35:26 10:35:30 10:35:33 10:35:36

MS. DAVIDOFF: Objection to form. 10:35:42

THE WITNESS: These variables are what they state. They are the products pro- -- they are -- they are the -- the projects worked on by junior and senior bankers. 10:35:45 10:35:48 10:35:51 10:35:56

BY MR. KLEIN: 10:35:57

Q. So the answer is there are teams of junior and senior bankers who work on projects within IBD. 10:35:58 10:36:01

Is that what you are saying? 10:36:04

A. They could work individually or they could work together. This is the production data that we obtained from Goldman, and it is what they use. But 10:36:07 10:36:10 10:36:14

they also use many other things to determine compensation and 360 scores, et cetera. 10:36:18 10:36:21

Q. And so how do you assess or determine the particular value for any individual employee relating to the annualized production quartile? 10:36:24 10:36:32 10:36:36

A. It is a ranking based on the particular variable that we listed right there in that paragraph. 10:36:40 10:36:48 10:36:49

Q. And do you know what the actual variable is? Is it an integer or some other number? 10:36:50 10:36:53

A. Let me look back at that again. I somehow changed to a different page. Here. I have got it. 10:36:56 10:37:03

So this is -- when -- what it says here, a set of indicators for professionals production quartile; so as you can see, the variables here are -- are 140 to 144; so that would be five -- you know, five variables. And so because there is a -- also a missing indicator for the times when that production variable is not relevant; so these are indicator variables. 10:37:06 10:37:11 10:37:14 10:37:17 10:37:25 10:37:28 10:37:32 10:37:36

Q. Is there any indication in the data that would allow us to determine the number of team members associated with a particular project that is listed or specified in this particular production variable? 10:37:39 10:37:42 10:37:45 10:37:50 10:37:55

MS. DAVIDOFF: Objection to form. 10:37:56
THE WITNESS: We don't list it here. I'm not familiar. I would -- with such data. I don't know if it is variable. I would have to ask my team whether it is in some of our backup. 10:37:58 10:38:00 10:38:03 10:38:07
BY MR. KLEIN: 10:38:10
Q. In terms of assigning a value for the annualized production quartile, do you know whether all team members received the same score or a different score for the same project? 10:38:11 10:38:17 10:38:21 10:38:23
A. This is -- this is a personal value based on total number of projects for that year. And it is broken up into quartiles; so I'm not sure I understand your question. 10:38:26 10:38:33 10:38:39 10:38:43
Q. So is the fact that a particular employee is assigned to a project is what is being counted or is it some other value? What -- what is being captured by the quartile? 10:38:44 10:38:49 10:38:53 10:38:56
A. It is total revenue from all projects; so if -- if, you know, Mary Jane did a lot of projects that year and they earned revenue, that would be a measure of her performance that year. It would be one measure of her performance. 10:38:57 10:39:00 10:39:04 10:39:08 10:39:12
Q. So if two team members are on the same project, would they each get the same credit in that 10:39:14 10:39:17

scenario? 10:39:21
A. I would have to look at the notes that back this up. 10:39:22 10:39:25
Q. If I were to tell you the answer to that is yes, would that refresh your recollection? 10:39:25 10:39:29
A. I would have to look at the notes myself. 10:39:32
Q. What notes are you referring to? 10:39:35
A. That would be backup that is not in this report that explains how these calculations are made. 10:39:37 10:39:41
Q. So you -- sitting here today, you are not sure one way or the other whether -- if there were two or more people on this same team, whether they receive the same credit for the same revenue? 10:39:45 10:39:49 10:39:51 10:39:54
A. I would have to look at the documentation, which I don't have in front of me. 10:40:05 10:40:11
Q. Okay. Moving on. 10:40:13
The next one is lag. 10:40:19
And I think I understand it, but could you tell us what that means? 10:40:23 10:40:26
A. It is their performance, the same -- it is the same variable, only it is the variable for the year before. 10:40:27 10:40:31 10:40:34
Q. And is it specified in the same way as the preceding variable, the annualized production quartile? 10:40:35 10:40:42 10:40:46

A. Yes, it is. 10:40:46
Q. And is it quartiled as well? 10:40:46
A. Yes, it is. 10:40:49
Q. Okay. The next one is reg_rep. 10:40:50
Do you see that reference? 10:40:54
A. Yes, I do. 10:40:56
Q. Okay. What is the significance of reg_rep? 10:40:57
A. That is a variable when a senior banker 10:41:02 holds the job position of client representative. 10:41:08
Q. What is a client representative? 10:41:11
A. That, I would have to look up. I can -- you 10:41:15 know, to see. I -- there were -- there are many 10:41:20 documents underlying this report that define the 10:41:24 terminology and the way the human resource management 10:41:26 practices are implemented. I would have to look that 10:41:30 up. I would -- I could only say generally because 10:41:33 this is investment banking and their clients tend to 10:41:37 be companies that they would be representing one of 10:41:40 those clients in some way. But I -- I would have to 10:41:43 look up the variable definitions. 10:41:47
Q. So sitting here today, you are not sure what 10:41:50 reg_rep refers to; correct? 10:41:54
A. This is a variable provided to us by Goldman 10:41:56 as a measure of performance. 10:42:01
Q. And do you know whether or not reg_rep is 10:42:03

he when we refer to both genders, but yes. I should be saying he or she throughout my testimony. 10:45:56 10:45:59
Q. Okay. 10:46:02
A. My -- my deposition. 10:46:03
Q. We agree on that; so thank you for that correction. 10:46:04 10:46:07
In terms of use of the reg_rep, what is it that you are doing with reg_rep as an indicator for your regression analysis? 10:46:08 10:46:11 10:46:15
A. This is one of our production variables that we would put in our regression. 10:46:18 10:46:20
Q. And do you know if it has explanatory value in terms of your computation analyses? 10:46:23 10:46:25
A. I can show you that the set of production variables has explanatory power. 10:46:27 10:46:30
Q. What about this one in particular, reg_rep? As an isolated indicator, does that in isolation have explanatory power? 10:46:32 10:46:35 10:46:40
A. This is not in our report, but it is in our backup documents. 10:46:41 10:46:44
Q. So the answer is you don't know? 10:46:45
A. I -- I don't know right now, no. 10:46:48
MS. DAVIDOFF: Objection to form. 10:46:50
THE WITNESS: We -- we have looked at the set of -- we -- the -- the report can -- is already 10:46:51 10:46:53

250 pages long. I looked at the set of variables, and the set of product variables is statistically significant throughout. 10:46:56 10:47:01 10:47:05

BY MR. KLEIN: 10:47:09

Q. Moving on. 10:47:10

So the next one is l240_IBD - l244_IBD. 10:47:10

Do you see that? 10:47:20

A. Yes. 10:47:21

Q. And what is that? 10:47:22

A. It is another quartile measure. In this case they are measuring production as projects for which the professional is the client representative. 10:47:23 10:47:30 10:47:35

Q. And do you know what that means? 10:47:41

A. Once again, they have very important clients in investment banking. You know, they have firms that they are representing that could be huge. And client -- just the term client representative means that you are representing an important client. 10:47:45 10:47:50 10:47:53 10:47:57 10:48:01

And in this case what they are saying is that they are -- they are -- that a measure of performance is the production measured as a revenue from projects for which the professional is the client representative that year. 10:48:04 10:48:09 10:48:12 10:48:15 10:48:19

Q. All right. Do you know how the revenue is measured from this indicator? 10:48:22 10:48:24

A. I don't know how the revenue is measured, 10:48:36
but it does say revenue from projects that you bring 10:48:39
in; so for example, if you did an IPO and Goldman 10:48:42
earns income from that IPO, this would be some 10:48:53
measure of the revenue that Goldman -- or I -- that 10:48:57
is a general terminology. I would have to look at 10:49:02
backup data to be more specific. 10:49:05
Q. And do you know who is on teams associated 10:49:07
with this indicator? 10:49:09
MS. DAVIDOFF: Objection to form. 10:49:12
BY MR. KLEIN: 10:49:19
Q. I'll withdraw -- 10:49:19
A. That is not -- 10:49:19
Q. -- and restate. 10:49:20
A. Oh, pardon me? 10:49:20
Q. I'll withdraw and restate. I'll withdraw 10:49:22
and restate. 10:49:24
Do you know whether the -- the indicator we 10:49:24
are talking about, the annualized production quartile 10:49:26
240 to 244, let's call it -- 10:49:31
A. Right. 10:49:33
Q. -- the product of teams or individual 10:49:34
performance or revenue generation? 10:49:38
A. That information is not here. What is here 10:49:42
is these are the data that Goldman uses when making 10:49:45

key decisions on the individual's compensation. 10:49:51
Q. How do you know that, Dr. Shaw? Who did you talk to? 10:49:55 10:49:57
A. Because this is in the documents that we received from Goldman. I can't say who I -- you know, who on my team -- who my team spoke to, but these are the documents from Goldman. 10:49:58 10:50:02 10:50:08 10:50:16
Q. So you have no personal knowledge in terms of what other additional data Goldman Sachs may have that would elucidate or provide more detail relating to annualized production quartiling -- 10:50:17 10:50:20 10:50:23 10:50:28
MS. DAVIDOFF: Objection. 10:50:32
BY MR. KLEIN: 10:50:32
Q. -- is that correct? 10:50:32
MS. DAVIDOFF: Misstates the testimony. 10:50:33
THE WITNESS: We asked Goldman for their data, and this is the data they provided. I indicated broadly what it means. 10:50:35 10:50:37 10:50:40
BY MR. KLEIN: 10:50:42
Q. And when you say Goldman, they provided, who at Goldman provided it? Do you know? 10:50:43 10:50:45
A. I personally didn't work with people at Goldman, but my team did under my direction. 10:50:48 10:50:51
Q. And who would that be? 10:50:55
A. My team? Who would my team be? 10:50:57

Q. Who -- who was the person or people who obtained data from Goldman Sachs, yes? 10:51:03 10:51:04
MS. DAVIDOFF: Objection -- 10:51:07
THE WITNESS: The team -- 10:51:08
MS. DAVIDOFF: -- to form. 10:51:08
THE WITNESS: -- I am working with currently I have already given their -- their five names. 10:51:10 10:51:11
BY MR. KLEIN: 10:51:13
Q. The same team. 10:51:13
Okay. Are you familiar with Michael Ward? 10:51:15
A. Yes. 10:51:19
Q. And who is he? 10:51:19
A. I don't have much to do with him; so I can't accurately say what he is doing right now. But he is an economist who had -- who often act -- acts as an expert. 10:51:22 10:51:28 10:51:33 10:51:39
Q. And do you know if Dr. Ward had submitted a report in this case? 10:51:39 10:51:44
A. Yes. 10:51:45
Q. Do you know whether Dr. Ward obtained data from Goldman Sachs as part of that assignment? 10:51:46 10:51:51
A. I -- I -- I have no knowledge of how he worked. 10:51:54 10:51:59
Q. They -- the team that you described earlier that assisted you, do they all work at 10:52:00 10:52:05

Cornerstone Research? 10:52:10
A. Do they what? 10:52:11
Q. Work at Cornerstone Research. 10:52:12
A. Yes, they do. Yes, they do. 10:52:14
Q. Do you know whether Dr. Ward relied on anyone at Cornerstone Research in the -- 10:52:16 10:52:20
A. I don't know the answer. 10:52:26
Q. -- in working on this case? 10:52:26
A. I -- I don't know the answer. If I answer, it would just be speculation. 10:52:27 10:52:29
Q. Do you know whether your team at Cornerstone relied on any work performed by Dr. Ward and his team performed earlier in this case? 10:52:32 10:52:37 10:52:43
A. I don't know the answer. I am going to say we did our own work. 10:52:45 10:52:49
Q. So you or -- and/or your team obtained all the data from Goldman Sachs independent of any work performed by Dr. Ward. 10:52:50 10:52:57 10:53:00
Is that your testimony? 10:53:02
A. I can't give you a complete answer. We did our own work. We obtained our own data. 10:53:03 10:53:09
Q. How do you know that? 10:53:12
A. Because in working with my team and in directing my team, we discussed the data extensively. 10:53:16 10:53:20
Q. So going back to -- 10:53:25

UNIDENTIFIED SPEAKER: I don't know. 10:53:31
BY MR. KLEIN: 10:53:33
Q. -- the investment -- sorry. 10:53:33
A. I'm sorry. 10:53:34
What? 10:53:35
Q. Were you trying to supplement your answer? I heard you speak. 10:53:35 10:53:39
MS. DAVIDOFF: I think it was a different -- somebody else on the line. I'm not sure. 10:53:40 10:53:42
MR. KLEIN: Okay. Fair enough. 10:53:44
BY MR. KLEIN: 10:53:46
Q. Moving on. 10:53:46
So the last variable within IB- -- IBD, lag, 240, I assume it is an analogue to the lag that precedes it as a lag indicator for the -- for the annualized production quartile; is that right? 10:53:47 10:53:53 10:53:57 10:54:01
A. That's right. 10:54:03
Q. Do you know to what extent these two variables are -- 240 through 244 within the lag version exist or doesn't exist in the data? 10:54:04 10:54:13 10:54:18
A. I don't have it handy right now. 10:54:21
Q. You had -- you had mentioned earlier that -- or referred to work that Dr. Farber had generated in this same case. 10:54:28 10:54:30 10:54:35
Do you recall that? 10:54:36

A. Yes, I do. 10:54:38
Q. Okay. And he had generated a table listing the many various production data made available to you in this case; right? 10:54:39 10:54:43 10:54:48
A. Yes. 10:54:50
I don't -- I would have to be -- I would have to be reminded of where it is in the record. 10:54:53 10:54:56
Q. Understood. 10:55:00
Do you know whether or not Dr. Farber faithfully and accurately described the production data and its availability in this case? 10:55:00 10:55:03 10:55:06
A. No. 10:55:10
I am not part of his team. I don't know. I am just referring to his report. 10:55:11 10:55:13
Q. Right. 10:55:16
But there is -- is there any -- sitting here today, is there any reason to believe that what Dr. Farber determined in table three of his March 19th, 2021, report is inaccurate in any way? 10:55:17 10:55:19 10:55:22 10:55:26
MS. DAVIDOFF: Objection to form. Foundation. 10:55:31 10:55:33
BY MR. KLEIN: 10:55:37
Q. You didn't study it one way or the other, Dr. Shaw. 10:55:37 10:55:41
Is that what you are telling me? 10:55:42

A. But he doesn't have a March report. 10:55:43
MS. DAVIDOFF: It misstates the testimony. 10:55:43
THE WITNESS: He has an April report. 10:55:45
What -- what report -- 10:55:48
BY MR. KLEIN: 10:55:48
Q. Okay. 10:55:48
A. -- do you have in mind? 10:55:49
Q. Okay. We can show it to you. If we could go to supplemental report dated March 19th, that report. 10:55:50 10:55:53 10:55:57
A. Oh. 10:55:58
Q. I'm going to put it up. 10:56:00
A. I don't have it -- 10:56:01
Q. Well, hold on. 10:56:01
A. I don't -- 10:56:03
Q. Okay. 10:56:03
A. -- have that handy. 10:56:03
Q. Fair enough. 10:56:04
We will put that up on the Exhibit Share then. That is fine. It may take a second. I believe you have to refresh your browser. 10:56:05 10:56:09 10:56:15
I think it is up now. It is Exhibit 243. 10:56:26
And I will give you a second to find it, Dr. Shaw. 10:56:31 10:56:34
A. How -- how do I refresh in Veritext? 10:56:35

(Short recess taken.) 11:14:22
THE VIDEOGRAPHER: We are going back on the record at 11:27 a.m. 11:27:44 11:27:46
And this is the beginning of media unit four. 11:27:49 11:27:51
BY MR. KLEIN: 11:27:53
Q. And, Dr. Shaw, I understand you have now had an opportunity to print out Dr. Farber's March 19th, 2021, report; is that correct? 11:27:55 11:27:58 11:28:02
A. Yes. 11:28:07
I have a printed copy now. 11:28:07
Q. Perfect. 11:28:09
And if I could direct your attention to table three. This is the table that is labeled or captioned production availability. 11:28:10 11:28:12 11:28:15
Do you see that? 11:28:17
A. Yes. I see that. 11:28:19
Q. Okay. Terrific. 11:28:20
And then from left to right, division, metric level, et cetera. 11:28:21 11:28:24
Do you see those references? 11:28:27
A. Yes, I do. 11:28:28
Q. Okay. So have you had an opportunity to determine whether table three in Dr. Farber's report is an accurate description of the various production 11:28:30 11:28:34 11:28:39

variables and availability from the Goldman Sachs data set? 11:28:43 11:28:48

A. I understand, you know, from skimming through the report again, he says that in -- in a footnote he -- let me see. Where was that? 11:28:50 11:28:54 11:28:57

He says he had -- yes. I mean, he says: 11:29:08

In -- "in addition to raw files provided by Goldman, I used data processed by Goldman's expert, Michael Ward." 11:29:16 11:29:21 11:29:24

That is what I understand was produced in this report. 11:29:27 11:29:29

Q. Could you repeat the last twenty seconds or so? 11:29:32 11:29:41

A. Pardon me? 11:29:41

Q. Do you mind repeating the last thing you said? My microphone just -- 11:29:42 11:29:44

A. Yes. 11:29:44

I was reading footnote eight. 11:29:44

Q. Uh-huh. 11:29:47

A. And footnote eight -- 11:29:48

Q. Uh-huh. 11:29:50

A. -- describes where he got the data. And what it says -- let me get it again -- he -- the production data files he has in a backup -- in backup material. And then he says: 11:29:50 11:29:53 11:29:59 11:30:04

"In addition to raw files provided by Goldman, I also used data processed or extracted by Goldman's expert, Michael Ward." 11:30:05 11:30:07 11:30:11
That is where he says the data is from. 11:30:14
Q. Okay. 11:30:16
A. Yeah. 11:30:16
Q. Have you had any opportunity to determine whether information in table three is accurate or inaccurate in any way? 11:30:17 11:30:19 11:30:24
A. No. 11:30:26
I have not examined this -- you know, his sources for data for table three. 11:30:27 11:30:31
Q. Okay. Sitting here today, do you have any reason to believe that table three is inaccurate for some reason? 11:30:33 11:30:36 11:30:39
A. You know, footnote eight says see the data from -- from Goldman, so.... 11:30:39 11:30:44
Q. So is there -- is there an independent source that you can refer to which would provide this information, in particular the variables available to you from the production data and to what extent it is available or unavailable? 11:30:52 11:30:57 11:31:01 11:31:03 11:31:06
MS. DAVIDOFF: Objection to form. 11:31:09
THE WITNESS: I -- I don't know whether the -- what you mean by independent source. 11:31:10 11:31:10

BY MR. KLEIN: 11:31:13
Q. Is there anything in your backup or that 11:31:14
your team has which would provide additional insights 11:31:16
in terms of the various production data that is 11:31:19
available to you and to the extent it is available? 11:31:22
A. Well, you know, what I -- there is data that 11:31:25
I selected those is in my report, and that would be 11:31:30
described more fully in my backup materials. And 11:31:33
there is the data that Farber uses in -- in this 11:31:37
March 19th report. 11:31:40
Q. Okay. And I'm not sure I understood your 11:31:42
answer, but I'll move on. 11:31:48
A. All right. 11:31:48
Q. And so just looking at table three, it is 11:31:50
production performed by associates and 11:31:57
vice presidents; so analyzed associates and various 11:31:58
vice presidents. 11:32:03
Do you see that? 11:32:03
A. Yes, I do. 11:32:04
Q. Okay. And do you know, just turning back to 11:32:05
your investment banking production variables, where 11:32:08
the annualized production quartiling comes from in 11:32:13
terms of the listed production metrics in table 11:32:18
three? 11:32:21
A. I know that in looking -- in selecting our 11:32:23

production data for IBD we would have looked in the individual metrics category. These variable names are different from my variable names; so I can't tell you exactly which ones are -- are mine. 11:32:29 11:32:33 11:32:40 11:32:43
Q. So looking at the first panel -- this is IBD individual metrics for associates. 11:32:45 11:32:56
Do you see that? 11:32:59
A. Where it says this, yes. 11:33:00
Q. Okay. And going from top to bottom, from 2009 to 2011 do you see the first -- 11:33:02 11:33:05
A. Yes. 11:33:09
Q. -- to include -- exclude marks plus backlog records? 11:33:09 11:33:13
A. I see these variable labels. 11:33:13
Q. Okay. And there -- in a series of them, there are, I want to say -- I don't know -- twelve or fifteen in total for individual metrics for IBD. 11:33:16 11:33:20 11:33:21
Is that -- is that a fair statement? 11:33:25
A. Yes. 11:33:27
Q. Do you know what any of these mean? 11:33:28
A. I could not define these variables. These are just -- were not selected by me. I mean, they are not -- these variable -- I did not use these variable names. 11:33:32 11:33:37 11:33:41 11:33:45
Q. Why not? 11:33:45

A. Because the variable names that we were provided and we used don't match -- don't match what Farber has in this supplemental report. 11:33:46 11:33:51 11:33:56

Q. Okay. With the exception of -- or putting aside the names of the variables, is there a reason you didn't select any of these other production metrics, beyond what is listed in Page 206 of your report, specifically the 10 -- 140 and 240 indicators? 11:33:59 11:34:01 11:34:05 11:34:08 11:34:13 11:34:18

MS. DAVIDOFF: Objection. Foundation. Objection to form. 11:34:20 11:34:20

THE WITNESS: Overall, my production metrics were selected when they were used fairly widely so that they would tell us something about compensation that would be useful in the regressions and when we had data identified by individual. 11:34:23 11:34:28 11:34:35 11:34:39 11:34:42

BY MR. KLEIN: 11:34:45

Q. Okay. And so for data that is identified by individual metrics, in Panel A there are -- there are a number listed; correct? 11:34:48 11:34:51 11:34:59

A. That's right. 11:35:02

Q. And they were not used. 11:35:02

Is that what you are saying? 11:35:04

MS. DAVIDOFF: Objection. Foundation. Misstates testimony. 11:35:06 11:35:07

BY MR. KLEIN: 11:35:08
Q. Let me restate it. 11:35:09
Dr. Shaw, in your report on Page 206 for IBD 11:35:10
you listed two indicators for annualized production 11:35:14
quartile; correct? And then a reg_rep. And then 11:35:18
a lag for annualized production quartile; correct? 11:35:24
Those are the -- I'll call them the three -- three 11:35:30
buckets. 11:35:34
A. Okay. I am looking at -- yeah. I'm looking 11:35:35
at the -- the way I -- you know, the variables I use 11:35:39
are well -- you know, are defined, you know, 11:35:43
accurately. They are not -- you know, they don't say 11:35:49
every -- you know, there may be a fuller description 11:35:53
elsewhere, but yes. I have the production measures 11:35:57
from Page 206. 11:36:00
Q. Right. 11:36:01
And there were more production metrics that 11:36:02
were available to you within IBD that you chose not 11:36:04
to use; correct? 11:36:08
A. We used -- yes. There are some metrics that 11:36:11
have very, very small number of observations and, 11:36:15
therefore, would not contribute to the explanatory 11:36:21
power of our regression. 11:36:24
Q. And how did you know that? 11:36:26
A. When you have thousands of observations and 11:36:32

A. Across? 12:09:52
Q. Column Z, line three. 12:09:52
A. Yes. 12:09:55
I -- I see -- well, Column Z -- 12:09:56
Q. Is that a -- 12:09:56
A. -- are a column that says Incl mark. 12:10:10
What does that column mean? What does that mean? 12:10:15 12:10:17
Q. Do you know, Dr. Shaw? 12:10:18
A. This is a very, very, very detailed document. It is -- it is -- this is not something I could tell you off the top of my head. I would have to look at our back. 12:10:20 12:10:24 12:10:28 12:10:31
Q. So if I were to represent to you, Dr. Shaw, that this list is an Excel spreadsheet that Goldman Sachs produced to us, this is not something anyone created on our side, would that surprise you? 12:10:34 12:10:38 12:10:41 12:10:43
A. It says it is a Goldman Sachs document; so I -- I believe that that would be true. 12:10:51 12:10:54
Q. Okay. And you have not seen this before or a similar type of document before? 12:10:56 12:10:59
MS. DAVIDOFF: Objection to form. 12:11:01
THE WITNESS: I have looked at a lot of documents. You have selected one. 12:11:03 12:11:05
///

BY MR. KLEIN: 12:11:07
Q. Okay. Do you understand what total gross revenue refers to? 12:11:07 12:11:10
A. Conceptually, I understand the concept of total gross revenue. I would have to look at documentation from Goldman to see exactly what they are matching. 12:11:12 12:11:22 12:11:27 12:11:30
Q. Okay. And sitting here today, do you know if total gross revenue was included as a production variable for IBD? 12:11:31 12:11:33 12:11:37
A. We -- as you saw in the table six -- I mean on -- table on Page 206, we have total revenue from all projects. I cannot match, during this session, that measure to this very detailed document that you are showing to me right now. I would have to look at my backup documents, and I would have to take some time to do so. 12:11:40 12:11:46 12:11:52 12:11:58 12:12:03 12:12:07 12:12:10
Q. Okay. The next one over is 2018 year client activity by volume. 12:12:12 12:12:18
Do you see that? 12:12:20
A. What column are we in now? 12:12:22
Q. This is AH, roughly, and AI. 12:12:24
A. Yes. 12:12:30
Q. Okay. Are you -- 12:12:30
A. Volume -- I see volume. 12:12:31

Q. Are you familiar with that term? 12:12:34
A. As I said, I would have to look this up because you have opened a document that has -- you know, it may have definitions later in the document, but right now we are looking -- this document -- the very top of this document so far has seventy-five variables or more in a very detailed document. I can't be familiar with all seventy-five variables. 12:12:36 12:12:44 12:12:49 12:12:52 12:12:56 12:13:00 12:13:03
Q. And sitting here today, you are not sure which, or if any of these, production variables are included in your production controls for IBD; correct? 12:13:07 12:13:11 12:13:14 12:13:17
MS. DAVIDOFF: Objection to form. 12:13:18
THE WITNESS: I would have to look up my backup. As I said, there are many, many rows and nearly -- you know, it looks like around seventy-five columns. That is a lot of cells of particular variables. You have provided one document. I would have to look this up. 12:13:19 12:13:22 12:13:27 12:13:32 12:13:35 12:13:38
BY MR. KLEIN: 12:13:40
Q. Okay. The next one is 2018 year client activity by fees. 12:13:41 12:13:46
Do you see that? 12:13:48
A. What column are we in now? 12:13:49
Q. This is AW, line three. 12:13:52

A. I see something called total fees in AW. 12:13:55
Q. Yes. 12:14:06
Are you familiar with that? 12:14:10
A. There -- AW, yeah. It says 2018 year client activity by fees. That is what it says. 12:14:11 12:14:25
Q. All right. Do you know what that means? 12:14:28
A. This is a very specific measure. We're using terminology appropriate to this document. I would have to look up my backup to determine exactly what this one variable refers to. 12:14:31 12:14:44 12:14:49 12:14:52
Q. Okay. And I will generalize the next four there. I would describe it as several groupings where the header is client activity by deal count, by volume, by fees. 12:14:56 12:15:01 12:15:04 12:15:10
Do you see those references? 12:15:11
A. Yep. I see them. 12:15:14
Q. Okay. And is it the same answer? You don't know, sitting here today, whether these production variables were included in your regression analysis for indicating productivity for IBD employees? 12:15:16 12:15:19 12:15:22 12:15:24
A. I can tell you -- 12:15:30
MS. DAVIDOFF: Objection to form. 12:15:30
THE WITNESS: -- that I directed my team to get data that Goldman uses that is important data. If client activity by deal count is important data, 12:15:31 12:15:32 12:15:41

we would have used it. I do not know every variable in this very detailed backup exhibit that you are showing me. 12:15:46 12:15:51 12:15:57

BY MR. KLEIN: 12:15:57

Q. Okay. And then the last column is client relationships. 12:15:57 12:16:02

Do you see that? 12:16:02

A. The last column is client relationships. 12:16:03

So now we are into -- 12:16:09

Q. C18. 12:16:09

A. Yes. I see it. Columns -- yes. I see that. 12:16:13 12:16:16

Q. Do you know what that refers to? 12:16:16

A. I do not know what that term means. Again, I would have to look up the documentation. 12:16:20 12:16:23

Q. Do you know if client relations has anything to do with reg_rep as a variable in your regression? 12:16:25 12:16:29

A. I would have to look it up. We are also measuring work with clients for this division. 12:16:34 12:16:37

Q. So sitting here today, you are not sure to what extent client relationships listed in the document in front of you relates to reg_rep in your regression; correct? 12:16:42 12:16:44 12:16:49 12:16:53

A. I am confident that I directed my team to gather data for production. Using your detailed 12:16:56 12:16:58

Excel file with hundreds of rows and columns, I can't identify every variable that you have here. 12:17:07 12:17:13

Q. Do you know where reg_rep -- if I were to, you know, search for the variable where I would find reg_rep, do you know where that would be located within the database? 12:17:15 12:17:18 12:17:21 12:17:25

MS. DAVIDOFF: Objection to form. 12:17:26

BY MR. KLEIN: 12:17:27

Q. You can answer, Dr. Shaw. 12:17:27

A. I'm going to give the same answer, which is I would have to look up the backup to see exactly what these variables consist of. 12:17:30 12:17:34 12:17:41

Q. Okay. We're going to turn now to the compensation guideline for IBD, just to tell you. 12:17:45 12:17:49

A. Okay. So where are we looking? 12:17:54

Q. Give us a second. It should be populated as the next exhibit, 245, I believe. 12:17:57 12:18:06

(Deposition Exhibit Number 245 was marked for identification.) 12:18:09 12:18:14

BY MR. KLEIN: 12:18:14

Q. It should be now available to you. Let me know when you have it. 12:18:14 12:18:17

A. Nothing is happening here. The last one just populated automatically, but maybe there is something I need to do again. 12:18:40 12:18:54 12:18:58

MS. DAVIDOFF: Press F5, I think. 12:19:03
THE WITNESS: Oh, F5. F5. 12:19:05
Okay. All right. Yes. I have it. 12:19:22
BY MR. KLEIN: 12:19:24
Q. All right. Perfect. 12:19:25
Are you generally familiar with what is in front of you now? 12:19:26 12:19:28
A. Just a moment. Okay. 12:19:30
Q. Let me just describe the document first, Dr. Shaw. 12:19:32 12:19:35
A. Okay. 12:19:35
Q. Exhibit 245, it is captioned investment banking division compensation guideline, compensation managers, dated October 2018. 12:19:36 12:19:40 12:19:43
Are you familiar with this document? 12:19:45
A. It is very likely to be one of my backups. I -- you know, I -- but I can't tell you without looking through the long list of documents I used. 12:19:49 12:19:53 12:19:55
Q. Okay. Are you generally familiar with the division level compensation guidelines used by Goldman Sachs? 12:19:58 12:20:01 12:20:05
A. I'm -- I'm -- yes. I -- I certainly am -- in the course of this work I certainly am familiar with it. I would need to look at the details once again. 12:20:05 12:20:14 12:20:16 12:20:20

STATE OF CALIFORNIA )
) ss.
COUNTY OF KERN )

I, B. Suzanne Hull, a Certified Shorthand Reporter in the State of California, holding Certificate Number 13495, do hereby certify that KATHRYN LEE SHAW, Ph.D., the witness named in the foregoing deposition, was by me duly sworn; that said deposition, was taken Friday, June 18, 2021, at the time and place set forth on the first page hereof.

That upon the taking of the deposition, the words of the witness were written down by me in stenotypy and thereafter transcribed by computer under my supervision; that the foregoing is a true and correct transcript of the testimony given by the witness.

Pursuant to Federal Rule 30(e), transcript review was requested.

I further certify that I am neither counsel for nor in any way related to any party to said action, nor in any way interested in the result or outcome thereof.

///

///