# Exhibit 02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Civil Action No. 10-cv-6950-AT-RWL
----------------------------------------x
H. CHRISTINA CHEN-OSTER, SHANNA ORLICH,
ALLISON GAMBA, and MARY DE LUI,

Plaintiffs,

-against-

GOLDMAN SACHS & CO. and THE GOLDMAN
SACHS GROUP, INC.,
Defendants.
----------------------------------------x

May 18, 2021
8:08 a.m.

REMOTE VIDEOTAPED DEPOSITION of HENRY FARBER, Ph.D., an Expert Witness, located in New York, New York, taken via Zoom before Dawn Matera, a Certified Shorthand Reporter and Notary Public.

*   *   *

A P P E A R A N C E S :

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Attorneys for Plaintiff
275 Battery Street, 29th Floor
San Francisco, California 94111

By: ANNE SHAVER, ESQ.
ashaver@lchb.com

OUTTEN & GOLDEN
Attorneys for Plaintiffs
601 Massachusetts Ave, N.W.
Second Floor West Suite
Washington, D.C. 20001
By: ADAM KLEIN, ESQ.
atk@outtengolden.com
MICHAEL DANNA, ESQ.
mdanna@outtengolden.com

SULLIVAN & CROMWELL LLP
Attorneys for Defendants
1700 New York Avenue N.W.
Suite 700
Washington, D.C. 20006

By: AMANDA FLUGG DAVIDOFF, ESQ.
davidoffa@sullcrom.com
PETER PAI, ESQ.
pai@sullcrom.com
ROBERT J. GIUFFRA, ESQ.
giuffra@sullcrom.com
JOSHUA LEVY, ESQ.
jlevy@sullcrom.com

A P P E A R A N C E S :

PAUL HASTINGS LLP
Attorneys for Defendants
515 S Flower Street, 25th Floor
Los Angeles, California 90071

By: BARBARA B. BROWN, ESQ.

Also Present:
VINCENT MAGGIANO, Concierge
GENA PALUMBO, ESQ., Goldman Sachs
KATHRYN SHAW
ELISA OLIVIERI, Cornerstone Research
ROB RUDIS, Videographer
~oOo~

HENRY FARBER

(Exhibit 175, Expert Report dated April 19, 2021, was so marked for identification, as of this date.)

THE WITNESS: Is this where we go to mark exhibits? 08:19:57 08:19:59

MR. PAI: I will mark it right now. Just give me one moment. 08:20:00 08:20:01

Q. You have a copy that we sent to you of your report to make it a little bit easier. 08:20:09 08:20:11 08:20:12

A. Should I open the box? 08:20:15

Q. Sure, that would be great. 08:20:17

A. All right. That will take me a minute. I have to get my knife. 08:20:20 08:20:21

MR. GIUFFRA: Why don't we go off the record while you're unpacking your box. 08:20:25 08:20:26 08:20:28

THE VIDEOGRAPHER: Off the record at 8:13 a.m. 08:21:00 08:21:01

(Off the record.) 08:21:59

THE VIDEOGRAPHER: We are back on the record at 8:14, please proceed. 08:22:00 08:22:03

BY MR. GIUFFRA: 08:22:06

Q. Okay. Professor Farber, 08:22:06

HENRY FARBER

Appendix A to your expert report lists four cases. 08:22:08 08:22:26

MR. KLEIN: Sorry, Bob, can you direct me to what page you're referring to? It's a long report. 08:22:34 08:22:37 08:22:38

MR. GIUFFRA: At the very end there is an Appendix A. Appendix A is a list of, among other things, your curriculum vitae and at the end of that there is a part that comes after page 11, unnumbered, it says "Sworn testimony in the past four years." 08:22:40 08:22:41 08:22:44 08:22:47 08:22:48 08:22:54 08:22:56

(Witness reviews document.) 08:23:14

A. As best I can recall, that seems like the four cases -- that seems like a complete list of sworn testimony. 08:23:14 08:23:16 08:23:18

Q. In this case you have been retained by plaintiffs' counsel as a statistical expert in employment discrimination class action, correct? 08:23:20 08:23:30 08:23:33 08:23:36

A. Yes. 08:23:37

Q. And in the Microsoft case, which is listed in your curriculum vitae, you were retained by plaintiffs' counsel 08:23:38 08:23:39 08:23:42

HENRY FARBER

as a statistical expert in an employment discrimination class action, correct? 08:23:44 08:23:47

A. That's correct. 08:23:49

Q. Have you ever been retained by defendants in an employment class action? 08:23:49 08:23:53

A. Do you mean in a discrimination case? 08:23:57 08:24:16

Q. Yes. 08:24:17

A. Robert, I was trying to ask you, do you mean an employment discrimination case? 08:24:18 08:24:40 08:24:42

Q. Have you ever served as an expert for a defendant in an employment case of any sort? 08:24:44 08:24:47 08:24:51

A. Yes. 08:24:52

Q. And what case was that? 08:24:54

A. I can't remember the name of it. It involved Tyson Foods. This was many years ago. At least this is the one that I can remember. I don't remember all of my cases. But this is one involving a claim by a class of employees that Tyson Food had hired illegal immigrants with the effect of -- it was a 08:24:55 08:24:57 08:25:04 08:25:09 08:25:11 08:25:12 08:25:15 08:25:19

HENRY FARBER

RICO class action with the effect of holding their pay down. 08:25:22 08:25:24

Q. Was that an employment class action? 08:25:29 08:25:31

A. That's a legal term. I don't know how to understand it. It was about workers and pay and it was a class action. 08:25:31 08:25:35 08:25:36 08:25:38

Q. In the last 10 years, have you ever been retained by a defendant in an employment class action? 08:25:39 08:25:42 08:25:46

A. Not that I can recall. 08:25:47

Q. Would it be fair to say that your assignment in this case is the most significant assignment that you've had as an expert in the last 10 years in terms of your hourly commitment? 08:25:49 08:25:54 08:25:59 08:26:01 08:26:06

MR. KLEIN: Objection. 08:26:08

A. I don't know. I've had a couple of other cases. This case has gone on for so long, it seems to me that I have certainly put in a lot of hours. I can't tell you for sure without looking at my records that I've put in more hours 08:26:09 08:26:13 08:26:15 08:26:19 08:26:21 08:26:23

HENRY FARBER

in this case than any other case. 08:26:26
Q. What is a firm called 08:26:28
Ashenfelter & Ashmore? 08:26:32
A. This is a small litigation 08:26:44
support firm here in Princeton, New 08:26:46
Jersey that was -- that provides me with, 08:26:49
provides me with the backup support I 08:26:57
need to do this kind of work. 08:27:02
Q. Do you always use Ashenfelter & 08:27:04
Ashmore to provide backup to you in 08:27:06
connection with your work as a litigation 08:27:08
expert? 08:27:11
A. I have used other firms on 08:27:12
occasion. But I generally use 08:27:14
Ashenfelter and Ashmore. 08:27:16
Q. And do you supervise the 08:27:17
employees of Ashenfelter and Ashmore? 08:27:20
A. I supervise them when they are 08:27:23
doing work on cases involving me, yes. 08:27:26
Q. How do you supervise them? 08:27:28
A. Well, I have conversations with 08:27:30
them. We, you know, when we're doing the 08:27:32
work we meet regularly, nowadays by Zoom. 08:27:37
I ask questions. I look at material. 08:27:39

HENRY FARBER

They present me with analyses that I've asked them to do and we talk about the results, and I tell them other things I would like done. And so on. 08:27:42 08:27:45 08:27:47 08:27:49

Q. Now, you're aware that Ashenfelter & Ashmore have entered into an engagement letter with counsel for plaintiffs in this case, correct? 08:27:52 08:27:53 08:27:56 08:27:57

A. I assume they have. I have not seen such a letter. 08:27:59 08:28:02

Q. Now, do you receive a percentage of the revenue or profits of Ashenfelter & Ashmore in connection with their work in this case? 08:28:03 08:28:07 08:28:11 08:28:15

A. Yes. 08:28:16

Q. What percentage do you receive? 08:28:16

A. I don't remember. I don't know. 08:28:18 08:28:21

Q. Would it be -- and that percentage that you receive is on top of your hourly rate? 08:28:21 08:28:25 08:28:27

A. That's correct. 08:28:28

Q. And your hourly rate is $850 an hour? 08:28:30 08:28:32

HENRY FARBER

A. I believe so. 08:28:32
Q. And if we wanted to find out 08:28:36
what -- how much money you have received 08:28:39
in, as a percentage of the profits of 08:28:42
Ashenfelter & Ashmore, we would have to 08:28:45
speak to Mr. Klein; is that right? 08:28:49
A. I don't know who you would have 08:28:51
to speak with, but it wouldn't be me. 08:28:52
MR. GIUFFRA: Adam, we request 08:28:55
that you provide us with the 08:28:57
information about what percentage of 08:28:58
the revenue that's been paid to 08:28:59
Ashenfelter & Ashmore that was 08:29:03
provided to, as compensation to 08:29:05
Dr. Farber. 08:29:08
MR. KLEIN: Take it under 08:29:10
advisement. Thank you. 08:29:11
MR. GIUFFRA: It would great if 08:29:12
you could get us that information 08:29:14
before the deposition is over today. 08:29:15
Q. Do you know how many hours you 08:29:21
spent on your January 2021 report? 08:29:23
A. No, I would have to look at my 08:29:26
records. 08:29:28

HENRY FARBER

Q. Do you know how many hours you spent preparing for your deposition here today? 08:29:28 08:29:31 08:29:33

A. I did look that up. It seemed to me about 20 or 25 hours. 08:29:33 08:29:35

Q. And who did you meet with to prepare for your deposition? 08:29:37 08:29:40

A. Well, I met with my team at Ashenfelter & Ashmore. And I met with the attorneys Adam Klein, Michael Dana and Ann Shaver. 08:29:41 08:29:42 08:29:47 08:29:51

Q. And do you know how much money you have made in connection with your work as an expert in this case? 08:29:53 08:29:55 08:29:57

A. No. 08:29:59

Q. Would it be fair to say it's north of $100,000? 08:29:59 08:30:02

A. Probably, yes. 08:30:04

Q. North of $200,000? 08:30:05

A. I don't know. 08:30:07

Q. During the time you have been working on this case, would it be fair to say this has been your most significant assignment as an expert? 08:30:09 08:30:11 08:30:14 08:30:15

HENRY FARBER

MR. KLEIN: Objection. 08:30:17

A. I am not sure how to answer that. I don't know what the word "most significant" means. 08:30:17 08:30:24 08:30:26

Q. Well, would it be fair to say you earned more money as an expert from this case than any other that you served as an expert in since the start of this action? 08:30:27 08:30:29 08:30:31 08:30:35 08:30:37

A. I can't say for sure. I wouldn't be surprised because it's gone on so long and has so many iterations. 08:30:37 08:30:41 08:30:43

Q. Now, there is a case that's listed here which involves, and this is in your curriculum vitae, called New York State Division of Human Rights versus International Longshoremen's Association. Do you see that? 08:30:46 08:30:56 08:30:59 08:31:01 08:31:03 08:31:05

A. Yes. 08:31:06

Q. What was that case about? 08:31:08

A. Well, I was working for the defense in that case, which was the New York Shipping, which was the longshoring union and it was a case I believe that 08:31:09 08:31:11 08:31:15 08:31:20

HENRY FARBER

quartiling is essentially the rank. 09:09:33

So yes, they took their top 09:09:35
employees and put them in the top 09:09:37
quartile. 09:09:39

Q. In deciding which employees 09:09:39
belonged in the top quartile, do you know 09:09:41
whether managers, in any of the revenue 09:09:43
divisions of Goldman Sachs, used the same 09:09:46
criteria? 09:09:47

MR. KLEIN: Objection. 09:09:48

A. I did not examine the 09:09:49
assignments of any particular managers, 09:09:54
so I don't know that. 09:09:56

Q. Now, am I correct in evaluating 09:09:57
whether the challenged evaluation 09:10:09
processes had a discriminatory effect, 09:10:14
you developed a model? 09:10:17

MR. KLEIN: Objection. 09:10:25

A. Model of what? 09:10:26

Q. Well, didn't you use a 09:10:29
particular economic model to determine 09:10:32
whether these evaluation processes were 09:10:36
applied in a discriminatory way by 09:10:47
managers at Goldman Sachs? 09:10:49

HENRY FARBER

MR. KLEIN: Objection. 09:10:51
A. That's not quite what I did. 09:10:52
Q. Well, didn't you do a single pooled regression across all three revenue-producing divisions of Goldman Sachs? 09:11:01 09:11:02 09:11:05 09:11:08
MR. KLEIN: Objection. 09:11:08
A. Can you repeat that? 09:11:08
Q. Let me restate it. 09:11:11
In your own words, what did you do in this case in terms of assessing whether any of these evaluation processes, 360s, manager quartiling and manager processes, had a discriminatory effect? 09:11:15 09:11:17 09:11:19 09:11:26 09:11:29 09:11:33
MR. KLEIN: Objection. Compound. 09:11:33 09:11:34
A. Well, that's a multistage analysis. I can describe it to you. It will take a little while. 09:11:34 09:11:36 09:11:38
The first stage is to look at the -- well, you can do it in either order. But looking at the performance evaluations that workers receive. And 09:11:39 09:11:41 09:11:49 09:11:51

HENRY FARBER

you ask whether controlling for the observable characteristics of the workers, and including, you can have, you control for division. You can control in some models for business unit. You can control for division function. 09:11:54 09:11:56 09:12:04 09:12:08 09:12:11 09:12:13

You basically -- I would have to look at my report -- but basically what you do is ask whether there is a gender difference in the performance reviews that workers receive. Either the probability of being in the top quartile or your 360 score. And then we establish that yes, there is a difference in performance reviews. 09:12:16 09:12:18 09:12:22 09:12:24 09:12:26 09:12:28 09:12:30 09:12:33 09:12:37

And then the second step you say well, did those performance reviews have an effect on compensation. And to the extent they do, and they do, that implies that the disparity in the performance reviews for female employees translates directly into lower compensation for female employees. 09:12:38 09:12:39 09:12:41 09:12:44 09:12:46 09:12:49 09:12:53 09:12:55

Q. Did you use a single model in 09:12:59

HENRY FARBER

each division of Goldman Sachs that you evaluated? 09:13:05 09:13:08

MR. KLEIN: Objection. 09:13:08

A. A single model for what? 09:13:09

Q. Did you use the same model across all three divisions of Goldman Sachs in evaluating whether the challenged processes had a discriminatory effect on women? 09:13:11 09:13:16 09:13:18 09:13:20 09:13:23

MR. KLEIN: Objection. 09:13:25

A. Yes. 09:13:25

Q. And why did you use a single model? 09:13:26 09:13:30

A. Because the challenged process was a company-wide process with common guidelines across the divisions. 09:13:30 09:13:33 09:13:35

Q. Now, if the process was applied in a different way within a particular division versus another division, would you use a different model? 09:13:38 09:13:42 09:13:45 09:13:46

MR. KLEIN: Objection. 09:13:48

A. As I said, I did not examine that. What I was doing was I was looking at a challenged company-wide process, and 09:13:48 09:13:51 09:13:55

HENRY FARBER

looking for the average effect of that process on the evaluations and on compensation. 09:13:58 09:14:00 09:14:02

Q. Would it be fair to say that for purposes of your work in this case, you assumed that the 360 reviews were applied by managers in a consistent way across all three revenue-producing divisions that you looked at? 09:14:03 09:14:05 09:14:07 09:14:10 09:14:13 09:14:17

MR. KLEIN: Objection. 09:14:18

A. What I was doing was, it was not a question of assuming that what I was doing is estimating the average effect in the company of these policies. 09:14:20 09:14:22 09:14:23 09:14:25

Q. But in making -- in performing your work, would it be fair to say that you assumed that the 360 review process was applied in the same way in the Investment Banking division as the Securities division? 09:14:27 09:14:32 09:14:35 09:14:39 09:14:44 09:14:46

MR. KLEIN: Objection. 09:14:47

A. What I was saying is if it's applied in the same way, yes. 09:14:48 09:14:53

I am saying I am assuming it's 09:14:54

HENRY FARBER

applied in the same way and I am looking for the average effect of that policy across divisions. 09:14:56 09:14:58 09:15:00

Q. And within the Investment Banking division you're assuming that the 360 review process is applied the same way by all people who are using that process to all associates, right? 09:15:01 09:15:03 09:15:05 09:15:08 09:15:12

MR. KLEIN: Objection. 09:15:14

A. I need to -- frankly, I'm a little puzzled and I probably shouldn't have answered some of the earlier questions by what you mean by "in the same way." 09:15:20 09:15:23 09:15:24 09:15:26 09:15:27

Q. Well, let's use an example. If you have a discrimination case, say involving a test, right? And everyone takes the same test. You would agree with me that the results that come out of that test process would be the same, right? Everyone taking the same test, right? 09:15:32 09:15:33 09:15:35 09:15:38 09:15:43 09:15:45 09:15:47 09:15:50

MR. KLEIN: Objection. 09:15:51

A. Depends what the test is. 09:15:54

HENRY FARBER

Q. Well, if you give a -- let's take a case involving, you know, police officers who -- someone is looking to get hired as a police officer. Let me restate the question. 09:15:56 09:15:58 09:16:02 09:16:03 09:16:05

Have you ever done an analysis similar to the Goldman Sachs analysis that you have done involving a case involving a test? 09:16:06 09:16:08 09:16:10 09:16:11

MR. KLEIN: Objection. 09:16:18

A. I have done hiring cases involving a test. 09:16:20 09:16:21

Q. And when you do a hiring case involving a test, you assume the test is being applied consistently to all applicants in the pool, right? 09:16:22 09:16:24 09:16:26 09:16:29

A. That's correct. 09:16:30

MR. KLEIN: Objection. Hold on, objection. 09:16:31 09:16:32

Q. Okay. And why do you assume in a hiring case involving a test that the test is being applied consistently to all applicants in the pool? 09:16:33 09:16:35 09:16:38 09:16:42

MR. KLEIN: Objection. 09:16:43

HENRY FARBER

A. Because all applicants are taking the same test. 09:16:44 09:16:45

Q. And why is it important that all -- let me restate that. 09:16:47 09:16:50

In performing the analysis of whether a particular test is discriminatory or not, why is it important that all applicants are taking the same test? 09:16:53 09:16:54 09:16:55 09:16:57 09:17:00

MR. KLEIN: Objection. 09:17:01

A. I am using the test as an indicator of some part of the flow of applicants to the job. 09:17:02 09:17:15 09:17:18

Q. Would you agree that if in an applicant pool some applicants took one test and another applicant pool, part of the pool took a different test for the same job, you would have to do a separate analysis to determine whether a particular test had a discriminatory effect? 09:17:26 09:17:34 09:17:36 09:17:39 09:17:41 09:17:43 09:17:47 09:17:48

MR. KLEIN: Objection. 09:17:49

A. Well, I would want to know more about it. But I certainly would want to 09:17:49 09:17:55

HENRY FARBER

consider that, yes. 09:17:58

Q. Now, in this case -- let me restate that. 09:17:59 09:18:07

In this case, you did not do an analysis based just on -- let me restate that. 09:18:16 09:18:22 09:18:25

In assessing the 360 review process, let's say prior to 2016, in the Investment Banking division, you did not do any analysis to determine whether the 360 review process was performed in the same way across business units within the Investment Banking division, right? 09:18:25 09:18:33 09:18:38 09:18:43 09:18:47 09:18:50 09:18:53

MR. KLEIN: Objection. 09:18:55

A. I don't know what you mean by "in the same way." You know, going back to your example of the test for hiring, you know, what you're saying is look, the company said here is the test you need to put out there and maybe some employer substituted a different test. You know, we have company-wide guidelines in Goldman Sachs that say here is what you're doing. Here is the 360 process. 09:18:56 09:19:04 09:19:06 09:19:11 09:19:13 09:19:15 09:19:20 09:19:23 09:19:25 09:19:26

HENRY FARBER

methodology for evaluating final exams? 09:21:40
A. Well, yes. We have meetings 09:21:44
where we go over what things are worth 09:21:47
and I provide guidelines to the graders, 09:21:49
course-wide, and they are meant to apply 09:21:54
those standards. 09:21:57
And in fact we have them grade 09:21:57
a few and we go over them together to 09:21:59
make sure they are adhering to those 09:22:01
standards. 09:22:02
Q. You don't know whether each 09:22:03
teaching assistant is grading in 09:22:07
precisely the same way as another 09:22:09
teaching assistant? 09:22:11
MR. KLEIN: Objection. 09:22:15
A. They are taught to do so. You 09:22:16
used the term "precept." Are you a 09:22:17
Princeton graduate? 09:22:19
Q. Yes. And my daughter is going 09:22:21
there next year. 09:22:22
A. Okay. Maybe I'll see her. 09:22:23
Q. So you're assuming, you know, 09:22:27
for purposes of your -- to have a 09:22:31
consistent grading system, that everyone 09:22:33

HENRY FARBER

is applying the -- that everyone is reviewing the tests in the same way, right? 09:22:35 09:22:39 09:22:40

MR. KLEIN: Objection. 09:22:41

A. I'm sorry, I missed the question. 09:22:41 09:22:45

Q. In the case of a big class that you teach at Princeton, you're taking steps to ensure that the grade -- the tests are being evaluated by different graders in the same way? 09:22:46 09:22:48 09:22:51 09:22:53 09:22:57

A. Yes. 09:23:00

Q. And you're concerned that there might be differences in how particular graders might view tests, right? 09:23:01 09:23:03 09:23:08

A. So I have a course-wide policy, that's correct. 09:23:09 09:23:12

Q. Now, within Goldman Sachs, do you know of what processes are in place to ensure consistency in the application of 360s, say prior to 2015? 09:23:17 09:23:18 09:23:21 09:23:26

MR. KLEIN: Objection. 09:23:30

A. I know -- I know that there are -- I don't know, what do we call 09:23:31 09:23:33

HENRY FARBER

them? There are trainings that Goldman Sachs gives to managers in the performance system, so, there are some steps around to make sure that the performance evaluation system is done in a certain way. 09:23:38 09:23:40 09:23:42 09:23:50 09:23:52 09:23:56

Q. How would it affect the results of your analysis in this case if different managers within the Investment Banking division of Goldman Sachs applied 360 reviews differently from each other? 09:23:57 09:23:59 09:24:02 09:24:06 09:24:09

MR. KLEIN: Objection. 09:24:12

A. To be honest I am looking at average effects. I don't think it would affect my analysis, you know, in any fundamental way. 09:24:13 09:24:19 09:24:21 09:24:26

I am not saying that every manager evaluates exactly the same. But I am saying on average, here is what's going on. 09:24:29 09:24:30 09:24:32 09:24:34

Q. Let's take manager quartiling. Now, as you describe manager quartiling within Goldman Sachs, it involves the ranking of employees according to a 09:24:35 09:24:47 09:24:50 09:24:51

HENRY FARBER

scale, right? 09:24:54

A. Well, it involved putting employees in bins based on their ranking. 09:24:54 09:25:00

Q. Do you know what criteria managers in Goldman Sachs in the three revenue-producing divisions were trained to use in placing employees within particular bins, as you put it? 09:25:04 09:25:07 09:25:11 09:25:14 09:25:18

A. Not as I sit here. 09:25:20

Q. And sitting here today, have you taken any steps to ascertain whether managers in the three Goldman Sachs revenue-producing divisions applied consistent criteria in placing vice presidents in particular buckets in doing quartiling? 09:25:22 09:25:25 09:25:29 09:25:32 09:25:35 09:25:39 09:25:45

MR. KLEIN: Objection. 09:25:46

A. Can you repeat the first part of that? I'm sorry. 09:25:46 09:25:47

Q. Have you taken any steps to ascertain whether managers in the three Goldman Sachs revenue-producing divisions used consistent criteria in placing vice presidents in particular quartiles? 09:25:49 09:25:51 09:25:55 09:25:57 09:26:00

HENRY FARBER

A. No. 09:26:03

MR. KLEIN: Objection. 09:26:04

Q. Have you taken any steps to ascertain whether managers in the three revenue-producing divisions within Goldman Sachs used consistent criteria in placing associates in particular quartiles? 09:26:10 09:26:12 09:26:14 09:26:17 09:26:20 09:26:23

MR. KLEIN: Objection. 09:26:24

A. No. 09:26:24

Q. So would it be fair to say that your analysis assumes that managers in the three Goldman Sachs revenue-producing divisions used consistent criteria in placing vice presidents in particular quartiles? 09:26:25 09:26:27 09:26:30 09:26:34 09:26:39 09:26:42

MR. KLEIN: Objection. 09:26:43

A. I am saying that -- what I am saying is that there is company-wide guidance on how to do this and I am assuming that the managers follow that, yes. 09:26:43 09:26:49 09:26:51 09:26:53 09:26:54

Q. And let's assume individual managers don't follow the company-wide 09:26:54 09:26:56

HENRY FARBER

guidance; would that affect the results of your analysis? 09:26:59 09:27:02

MR. KLEIN: Objection. 09:27:03

A. Not directly, no, because I am looking for the average difference between men and women in the quartiling and the average difference in the quartiling on pay. 09:27:03 09:27:07 09:27:09 09:27:11 09:27:12

Q. Did you -- sitting here today, can you tell us anything about the company-wide guidance that was given to managers in applying the quartiling process during the period from 2002 to 2018? 09:27:15 09:27:20 09:27:21 09:27:23 09:27:26 09:27:29

A. Well, as I said, there are -- there was some training that the employees receive. I don't remember any particular -- any specific guidance. 09:27:29 09:27:38 09:27:38 09:27:41

I do believe I've seen some documentation on that but it was quite a while ago, perhaps as much as seven or eight years ago. 09:27:43 09:27:44 09:27:46 09:27:49

Q. Do you know whether the guidance was particularized or to the 09:27:50 09:27:52

HENRY FARBER

particular business unit that a manager was in -- let me restate that. 09:27:56 09:27:57

Can you tell us for the purposes of the record anything about the particular guidance that was given to managers in applying the manager quartiling processes between 2002 and 2018? 09:28:00 09:28:03 09:28:05 09:28:07 09:28:09 09:28:11

MR. KLEIN: Objection. Asked and answered. 09:28:12 09:28:14

A. I mean, basically what I said, there is company-wide guidance and in particular for the manager quartiling, they were instructed to put a certain fraction of employees in each of the bins. 09:28:14 09:28:17 09:28:20 09:28:22 09:28:23 09:28:25

Q. But sitting here today, you can't tell us anything about what factors managers were instructed to use in placing vice presidents in a particular quartile? 09:28:26 09:28:28 09:28:31 09:28:35 09:28:40

MR. KLEIN: Objection. 09:28:41

A. As I am sitting here today, no. That may be more memory than anything 09:28:41 09:28:47

HENRY FARBER

else. Lack of memory. 09:28:48

Q. Now, am I correct in evaluating each of the challenged processes, you averaged the results across all three revenue divisions? 09:28:50 09:29:02 09:29:14 09:29:17

MR. KLEIN: Objection. 09:29:19

A. I estimated a single model across all three divisions, that's correct. 09:29:20 09:29:25 09:29:27

Q. Can one single model measure whether disparities for each of the challenged processes for men and women differ by division? 09:29:27 09:29:36 09:29:38 09:29:41

A. No. 09:29:42

Q. Why not? 09:29:43

A. Because I estimated a single model across divisions relying on the fact that it's a company-wide policy. 09:29:45 09:29:48 09:29:51

Q. Do you know whether the -- let me restate that. 09:29:53 09:30:09

For any particular year, have you evaluated whether particular Goldman Sachs divisions were more profitable than other divisions? 09:30:10 09:30:12 09:30:15 09:30:17

HENRY FARBER

Q. You control for the same factors in both? 11:10:03 11:10:08

A. It doesn't matter. 11:10:08

Q. Am I correct that you can have a situation where, by combining groups together, you will create a difference when one in fact doesn't exist or you can combine numbers together and draw a conclusion of discrimination when there is no discrimination? 11:10:09 11:10:11 11:10:12 11:10:18 11:10:21 11:10:23 11:10:26

MR. KLEIN: Objection. Compound. 11:10:27 11:10:28

A. Again -- 11:10:33

Q. I will try to do this one more time, okay. 11:10:34 11:10:35

Two divisions, equal sum. You do all of your controls. In one division women get 20 percent less than men, okay, after applying the 360 review process. Let's take that. In your analysis you would say that the 360 process has a discriminatory effect on women, right? 11:10:37 11:10:40 11:10:43 11:10:48 11:10:51 11:10:55 11:11:00

MR. KLEIN: Objection. 11:11:02

A. I need you to repeat your 11:11:02

HENRY FARBER

premise. 11:11:06
Q. If you just use the example, if you have a division and you apply 360 review scores, right? 11:11:07 11:11:10 11:11:15
A. What do you mean by "apply 360 review scores"? 11:11:17 11:11:19
Q. Let me restate the question. I will restate it again. 11:11:20 11:11:28
Let's assume you have two divisions and you're applying an evaluation system to everyone in the division. And in one division women get 20 percent less than men. And then in the other division, women get 10 percent more than men. 11:11:29 11:11:30 11:11:32 11:11:34 11:11:38 11:11:42 11:11:44
A. In pay? In compensation? 11:11:45
Q. And everything is combined. Would you want to pool the -- or combine the results together in order to make an assessment as to whether a particular process that was used to set compensation had a discriminatory effect? 11:11:49 11:11:52 11:11:56 11:11:59 11:12:02 11:12:04
MR. KLEIN: Objection. 11:12:05
A. Let me say that is a very wide 11:12:06

HENRY FARBER

counterfactual. As my compensation analysis suggests, there are no divisions at Goldman where women earn more than men. I believe what I did was appropriate to come up with the effect of this common policy on compensation broadly defined at Goldman. 11:12:17 11:12:19 11:12:21 11:12:26 11:12:31 11:12:33 11:12:35

Q. Let me go back to my hypothetical. We are not talking about Goldman. 11:12:39 11:12:40 11:12:42

If you had two divisions and the same process was applied to everyone in setting compensation, but in one division women did better than men and in the other division men did better than women, would you want to combine the results for both divisions and would that allow you to make a conclusion about whether the process that was applied to set compensation was discriminatory? 11:12:43 11:12:46 11:12:51 11:12:53 11:12:55 11:12:57 11:12:59 11:13:02 11:13:04 11:13:05

MR. KLEIN: Objection. 11:13:08

A. Your hypothetical has nothing to do with whether the process is discriminatory. It's entirely possible 11:13:08 11:13:10 11:13:12

HENRY FARBER

that even in the division where women are earning more than men, they get lower performance evaluations, and then their pay should have been even higher. So the fact that they earn more than men is irrelevant. 11:13:14 11:13:20 11:13:23 11:13:27 11:13:29 11:13:32

So I don't have any problem with doing it on a common basis. 11:13:32 11:13:34

Q. When you say you didn't analyze cross-roughing, what do you mean by that? 11:13:38 11:13:43

A. Cross-roughing was part of the promotion process, but it's not the entire promotion process. And I analyzed the overall effect of the promotion process, not cross-roughing specifically. 11:13:45 11:13:47 11:13:50 11:13:52 11:13:54

Q. Now, in your analysis, did you assess whether the challenged employment processes had a common impact across all individuals in the three revenue-producing divisions? 11:13:57 11:14:09 11:14:14 11:14:17 11:14:18

MR. KLEIN: Objection. Asked and answered. 11:14:20 11:14:21

A. I don't understand the question. I simply looked at the overall 11:14:21 11:14:26

HENRY FARBER

effect of the challenged processes. 11:14:28

Q. Across all individuals in all 11:14:30
three divisions, correct? 11:14:32

A. Correct. 11:14:33

Q. Okay. 11:14:34

MR. GIUFFRA: Why don't we take 11:14:35
a break here for five minutes. Let's 11:14:36
make it 10 minutes, we'll make it 10. 11:14:39

THE VIDEOGRAPHER: Going off the 11:14:42
record at 11:07, this marks the end of 11:14:43
media unit number 2. Thank you. 11:14:45

(Off the record.) 11:30:39

THE VIDEOGRAPHER: We are back 11:30:40
on the record at 11:23. This mark the 11:30:41
beginning of media unit number 3. 11:30:44
Thank you. 11:30:45

BY MR. GIUFFRA: 11:30:48

Q. I just want to clarify 11:30:48
something to make sure I got it right. 11:30:50

In connection with your 11:30:52
analysis of the promotion process, you 11:30:52
didn't specifically analyze 11:30:56
cross-roughing, correct? 11:30:57

A. That's correct. 11:30:59

HENRY FARBER

Q. What aspects of the promotions process did you analyze? 11:31:01 11:31:03

A. I didn't analyze specific aspects of it. I analyzed overall, among the pool of people who were -- who I will call eligible to be promoted, I analyzed who got promoted and who didn't. 11:31:04 11:31:08 11:31:11 11:31:17 11:31:19

Q. So your analysis of the promotion process did not look at any aspect of that process in assessing whether the process had a disparate impact on women? 11:31:20 11:31:22 11:31:25 11:31:32 11:31:38

A. I analyzed whether overall the process, taken as a whole, had a disparate impact on women. 11:31:39 11:31:41 11:31:44

Q. But you didn't analyze any specific part of the process, right? 11:31:46 11:31:47

MR. KLEIN: Objection. Asked and answered. 11:31:50 11:31:50

A. As I said, I analyzed the overall process. 11:31:52 11:31:55

Q. Let's just talk a little bit about the divisions. 11:31:56 11:31:58

Now, you're aware that in the 11:32:02

HENRY FARBER

Securities division professionals are often traders? 11:32:03 11:32:08

A. I understand that some of the professionals are traders, yes. 11:32:11 11:32:12

Q. And you understand that if someone is a trader, their performance is often measured based on profits and losses, right? 11:32:14 11:32:16 11:32:21 11:32:22

A. I am not sure I would call it profits and losses. I would say it's based on their trading activity and I guess how that turns out. I don't know how to phrase it exactly. 11:32:24 11:32:27 11:32:29 11:32:30 11:32:33

Q. And would it be fair to say that if someone is an investment banker, they are evaluated more on making, you know, judgments in connection with a particular capital-raising transaction versus how well they perform in a quick-decision-making job like making a trading decision? 11:32:35 11:32:37 11:32:42 11:32:45 11:32:47 11:32:49 11:32:53 11:32:58

MR. KLEIN: Objection. 11:32:59

A. I understand that investment banking is about putting together deals. 11:33:00 11:33:02

HENRY FARBER

And they can take many years to come together and so on. So it's sort of a longer fuse on the business that they are producing. 11:33:05 11:33:07 11:33:09 11:33:11

Q. And you would agree that in the Investment Management division, an important criteria for evaluating professionals would be assets under management, right? 11:33:12 11:33:14 11:33:16 11:33:18 11:33:20

MR. KLEIN: Objection. 11:33:21

A. I honestly don't know the answer to that. I know that it's about client relationships and so on. 11:33:22 11:33:26 11:33:30

Q. Well, are aware that an Investment Management professional has more clients and more assets under management and would typically get paid more than someone with less assets under management? 11:33:33 11:33:36 11:33:38 11:33:40 11:33:44 11:33:45

MR. KLEIN: Objection. 11:33:45

A. I have not studied that. 11:33:46

Q. Okay. Are you aware of whether the same metrics are used for -- let me restate that. 11:33:48 11:33:57 11:34:00

HENRY FARBER

In applying the challenged processes, do you know whether evaluators in the three divisions use the same metrics? 11:34:00 11:34:03 11:34:06 11:34:10

MR. KLEIN: Objection. 11:34:14

A. I don't know what metrics they use. 11:34:15 11:34:20

Q. In any of the three business divisions, correct? 11:34:20 11:34:23

A. That's correct. 11:34:27

Q. Now, are you aware of the performance measure known as "production" at Goldman Sachs? 11:34:30 11:34:41 11:34:44

A. I don't believe there is a performance measure called "production." 11:34:45 11:34:47

Q. Well, do you have any understanding -- it's your testimony that the term "production" is not one that's used at Goldman Sachs? 11:34:49 11:35:08 11:35:09 11:35:11

A. No, I did not say that. 11:35:12

Q. Have you ever heard the term "production" used in this case? 11:35:14 11:35:17

A. Yes. 11:35:18

Q. And what's your understanding 11:35:18

HENRY FARBER

of "production" as used in this case? 11:35:20
A. Production is a broad term, as 11:35:23
I understand it, used to describe various 11:35:26
metrics that are available for a subset 11:35:29
of employees that are related to what 11:35:33
they do. 11:35:41
Q. Okay. So would it be fair to 11:35:41
say that for a subset of employees, 11:35:43
production metrics are important in 11:35:45
evaluating those employees? 11:35:47
MR. KLEIN: Objection. 11:35:49
A. I don't know. 11:35:50
Q. You don't know. 11:35:51
Now, are you aware that some of 11:35:52
the vice presidents in the three 11:35:58
revenue-producing units were 11:36:00
client-facing? 11:36:03
A. I have not studied 11:36:08
client-facing versus non-client-facing 11:36:11
workers. 11:36:14
Q. And are you aware of whether 11:36:15
there was any difference in how the 11:36:19
challenged processes were applied to 11:36:20
client-facing versus non-client-facing 11:36:23

HENRY FARBER

professionals in the three revenue-producing divisions of Goldman Sachs? 11:36:25 11:36:26 11:36:28

MR. KLEIN: Objection. 11:36:30

A. I have not studied that question. 11:36:30 11:36:36

Q. You obviously read Professor Shaw's report? 11:36:36 11:36:39

A. Yes, several months ago. 11:36:39

Q. And you consider her to be a highly skilled economist? 11:36:42 11:36:44

A. Dr. Shaw is a good labor economist, yes. 11:36:49 11:36:54

Q. One of the best in the country, right? 11:36:55 11:36:57

MR. KLEIN: Objection. 11:36:58

A. Kathryn, you're listening, yes, you're a terrific labor economist. 11:36:59 11:37:04

Q. Now, are you aware of the fact that there was a limited overlap of 360 reviewers across the three revenue divisions of Goldman Sachs? 11:37:06 11:37:12 11:37:15 11:37:17

A. Yes. 11:37:19

Q. And would it be fair to say 11:37:20

HENRY FARBER

that all other things being equal, greater differences among who the 360 reviewers were impacted whether the process was commonly applied across all three business units? 11:37:33 11:37:35 11:37:40 11:37:41 11:37:44

MR. KLEIN: Objection. 11:37:47

A. I believe that's an irrelevant consideration. In any organization where they are going to have an evaluation system, different people are going to be doing the evaluations. You couldn't have the same people doing the evaluations because they wouldn't be familiar with the individual's work. 11:37:47 11:37:50 11:37:55 11:37:57 11:37:59 11:38:00 11:38:02 11:38:06

The common policy is to give -- to establish a procedure, give a set of guidelines, and have the responsible people do the evaluations. 11:38:07 11:38:10 11:38:12 11:38:15

Q. But you haven't offered -- you're not prepared to offer any testimony whatsoever about whether the challenged processes were commonly applied across the three revenue-producing divisions, correct? 11:38:17 11:38:19 11:38:20 11:38:23 11:38:26 11:38:28

HENRY FARBER

MR. KLEIN: Objection. Asked and answered now many, many times. 11:38:30 11:38:31

A. You could refer to any one of my previous answers for that. 11:38:33 11:38:35

Q. Why don't you just give us one last time and I won't do it again. 11:38:36 11:38:37

A. This will be the last time, really? You know, again, I don't quite know what, you know, "applied in a common fashion" means. 11:38:39 11:38:40 11:38:45 11:38:51

It's basically you got a common policy that's set out. And again, it devolves on the individual evaluators and managers to implement that procedure, and that's a common procedure. 11:38:52 11:38:53 11:38:59 11:39:01 11:39:03

Q. But you haven't evaluated whether different managers implemented the 360 processes differently? 11:39:04 11:39:07 11:39:08

A. That's correct. 11:39:12

Q. And do you know of anyone in this case that has done -- let me restate that. 11:39:12 11:39:16 11:39:18

Are you aware of any expert retained by plaintiffs who has evaluated 11:39:19 11:39:21

HENRY FARBER

whether individual managers implemented the 360 process differently? 11:39:24 11:39:28

MR. KLEIN: Objection. 11:39:31

A. I have not read most of the expert -- I am not familiar with the work of other experts in this case. 11:39:31 11:39:43 11:39:47

I did look at a little bit of Dunleavy's (ph) report for a specific purpose. But I am not really aware of the range of opinions that have been given by other experts in this case. 11:39:50 11:39:55 11:39:58 11:40:00 11:40:02

Q. As a labor economist, if I wanted to determine whether individual managers implemented the challenged processes in the same way across all three business divisions of Goldman Sachs, how would you do that? 11:40:04 11:40:06 11:40:09 11:40:11 11:40:13 11:40:15

A. I have no idea how to do that because they are all evaluating different people. I really -- and honestly, I don't have an idea of how to do that. I wasn't tasked to do that, so I haven't given it any real thought. 11:40:16 11:40:20 11:40:21 11:40:25 11:40:32 11:40:33

But sitting here, in reasonable 11:40:35

HENRY FARBER

time, I don't know that I can answer that question. 11:40:37 11:40:38

Q. Well, I mean, if --if different evaluators are evaluating different people, how would one attempt to determine whether the method of evaluation was applied consistently from person to person? 11:40:42 11:40:46 11:40:48 11:40:53 11:40:54 11:40:58

MR. KLEIN: Objection. 11:41:00

A. I thought I answered that. I don't know how -- I haven't done that. I haven't thought about how to do that. 11:41:00 11:41:02 11:41:04

Q. Are you aware that each division within Goldman Sachs applied -- let me strike that. 11:41:06 11:41:18 11:41:20

Are you aware that each division of Goldman Sachs had a different method for applying the manager quartiling process? 11:41:21 11:41:26 11:41:32 11:41:34

MR. KLEIN: Objection. 11:41:35

A. I am not aware of the details at the divisional level. 11:41:36 11:41:41

Q. Are you aware that in certain years during the class period, some 11:41:42 11:41:45

HENRY FARBER

divisions used four quartiles while other divisions used five quartiles in the same year? 11:41:48 11:41:52 11:41:54

A. Yes. Let me expand on that a little built. It's not that they used four or five. A quartile is a fourth. Let's be clear about that. And what they did was they combined a couple of the quartiles in one of the divisions in some years. And we adjusted our analysis to account for that and create a common quartiling scheme across all years. 11:41:54 11:42:05 11:42:07 11:42:09 11:42:11 11:42:13 11:42:16 11:42:21 11:42:23

But it's not -- you know, it's basically like -- I think it was quartiles two and three, in particular, a certain division, I can't remember which one, combined quartiles two and three, which simply meant that our measure of quartiling was a little cruder than it might otherwise have been. But it wasn't that they were using a different quartiling scheme. They were just recording it a bit differently. 11:42:26 11:42:28 11:42:30 11:42:36 11:42:37 11:42:41 11:42:42 11:42:45 11:42:47 11:42:48 11:42:50

Q. So essentially what she did was 11:42:51

HENRY FARBER

-- let me restate that. 11:43:02

For years when, for example, the Securities division used this combined two-thirds quartile, that would be 2007 to 2010, you didn't apply the results that were generated by the company, but instead just created your own two to three quartile; is that right? 11:43:02 11:43:10 11:43:12 11:43:14 11:43:21 11:43:23 11:43:26

A. No. 11:43:31

Q. Am I correct that you did have to make an adjustment in the results that were obtained from the actual quartiling scores for the years when there was a two to three quartile used and actually in all three divisions at various points in time? 11:43:35 11:43:36 11:43:39 11:43:41 11:43:43 11:43:48 11:43:50

MR. KLEIN: Objection. 11:43:50

A. Let me be clear. Let be me clear. No one was moved to a different quartile than Goldman assigned them to. It's simply that the Securities division in the years that you mentioned combined quartiles two and three. We took people that were in quartiles in two and three 11:43:50 11:43:53 11:43:54 11:43:57 11:44:03 11:44:05 11:44:07

HENRY FARBER

Q. Are you aware of any committee in any of the three revenue-producing divisions that evaluates the manager quartiling results of associates? 11:55:28 11:55:32 11:55:33 11:55:35

A. I don't know the answer to that. 11:55:36 11:55:37

Q. Are you aware of any committee in any of the three revenue-producing divisions that evaluates the manager quartiling results of vice presidents? 11:55:38 11:55:39 11:55:42 11:55:44

A. I am not aware of that. 11:55:46

Q. Are you aware of any committee within Goldman Sachs that seeks to oversee the uniformity of the application of any of the three challenged processes in this case? 11:55:47 11:55:50 11:56:00 11:56:02 11:56:04

MR. KLEIN: Objection. 11:56:05

A. I don't really know how to even do that. I don't even know how to think about analyzing the uniformity. 11:56:05 11:56:09 11:56:10

With regard to this whole line of questioning, the fact that I am not aware doesn't mean it doesn't exist. It simply means I don't know about it. 11:56:14 11:56:15 11:56:17 11:56:19

HENRY FARBER

Q. Well, the fact, if it did exist, that would be evidence that there was at least a greater chance that the processes were being applied on a uniform basis across the firm, right? 11:56:26 11:56:29 11:56:31 11:56:33 11:56:35

MR. KLEIN: Objection. 11:56:37

A. I don't know what it means to be applied on a uniform basis across the firm. 11:56:37 11:56:43 11:56:45

Fundamentally the company sets out a process and then, you know, instructs down through the hierarchy people to implement this process. 11:56:46 11:56:47 11:56:49 11:56:52

Q. Isn't it a critical assumption to your analysis that the supposed process is applied in a uniform way across all three revenue-producing divisions? 11:56:54 11:56:57 11:57:01 11:57:04 11:57:11

MR. KLEIN: Objection. 11:57:12

A. I would not say it's an assumption. I would say that I thought -- I read what I could about the challenged processes. And what I determined was that it made sense that 11:57:12 11:57:14 11:57:16 11:57:20 11:57:25

HENRY FARBER

this is a common process in the company. 11:57:29

And it's not about how it's 11:57:30
implemented, it's about how it's overseen 11:57:35
and how it's stated. So I did what I 11:57:37
did. 11:57:40

Q. Well, you would agree with me 11:57:40
that there is a difference between 11:57:47
stating a process and implementing a 11:57:49
process, correct? 11:57:52

MR. KLEIN: Objection. 11:57:54

A. I don't know how to understand 11:57:54
that. They set up a whole process. They 11:57:56
have procedures. You showed me 11:57:59
documents. People look at them. And 11:58:01
they do what they are meant to do. 11:58:05

And there could be some 11:58:09
variation, but it's a common process. 11:58:10

Q. Your analysis involved no 11:58:12
analysis -- let me restate that. 11:58:18

You did not analyze whether 11:58:20
there was a common implementation of any 11:58:21
of the challenged processes across any of 11:58:23
the three revenue-producing divisions, 11:58:29
correct? 11:58:30

HENRY FARBER

MR. KLEIN: Objection. Asked and answered. 11:58:30 11:58:31

A. What I did was I controlled for differences across different parts of the company but analyzed it as a common process. 11:58:37 11:58:38 11:58:40 11:58:44

Q. Now, your January 2021 report did not include any separate model by division, correct? 11:58:59 11:59:01 11:59:03

A. I don't remember. I would have to look. That may be in my April report. 11:59:04 11:59:06

Q. Okay. I can represent to you that to the extent you did include any compensation models for division, it was included in your April report. Does that refresh your recollection? 11:59:10 11:59:12 11:59:16 11:59:18 11:59:20

A. Well, I would have to look at the tables in my report. If you would like me to do that, I will do that. 11:59:20 11:59:22 11:59:24

Q. Did you ever determine that the sample sizes in the divisions were too small to run your model separately by division? 11:59:26 11:59:27 11:59:30 11:59:32

A. No, I don't think that was an 11:59:32

HENRY FARBER

issue. 11:59:36

Q. In your April 2021 expert report you included compensation models for each division, right? 11:59:37 11:59:46 11:59:48

A. Yes, I did. 11:59:48

Q. Your analysis found no statistically significant pay disparity for female associates in the Investment Management division, correct? 11:59:49 11:59:51 11:59:56 11:59:59

A. I believe that's correct. 12:00:00

Q. Did you run separate models for each division for 360 reviews? 12:00:01 12:00:03

A. No, I did not. 12:00:04

Q. Did you run separate models for each division for manager quartiling? 12:00:05 12:00:07

MR. KLEIN: Objection. Asked and answered. 12:00:09 12:00:10

A. No, I did not. I thought you promised not to ask about that anymore. 12:00:10 12:00:13

Q. You could have measured the impact of 360 reviews and manager quartiling on compensation separately for each division, right? 12:00:20 12:00:33 12:00:36 12:00:38

MR. KLEIN: Objection. Asked 12:00:40

and answered. 12:00:41
A. That was not the goal of my 12:00:41
analysis. I was analyzing a company-wide 12:00:45
policy, so I chose not to do it 12:00:48
separately by division. 12:00:51
Q. But you could have done so, 12:00:53
right? 12:00:54
MR. KLEIN: Objection. 12:00:55
A. As I said, it was not something 12:00:55
I was -- I thought was relevant to the 12:01:03
analysis. 12:01:05
Q. Did counsel tell you that 12:01:07
running -- let me restate that. 12:01:12
Did counsel tell you that 12:01:15
running separate models for each division 12:01:15
for 360 reviews was not relevant to your 12:01:17
analysis? 12:01:20
MR. KLEIN: Objection. 12:01:21
A. No. 12:01:21
Q. You would agree that you had 12:01:21
the data to run separate models for each 12:01:26
division to test the impact of any 12:01:29
disparities for 360 reviews and manager 12:01:31
quartiling on compensation, right? 12:01:33

HENRY FARBER

MR. KLEIN: Objection. Asked and answered. 12:01:35 12:01:36
A. I estimated a model of the effect of 360 scores on compensation. I didn't have to do it separately by division. 12:01:36 12:01:42 12:01:44 12:01:46
Q. But you had the data to run the models separately for each division, right? 12:01:46 12:01:48 12:01:50
MR. KLEIN: Objection. 12:01:50
A. I knew what division people were in. 12:01:51 12:01:53
Q. So you could have run the model by division, correct? 12:01:54 12:01:57
MR. KLEIN: Objection. Asked and answered. 12:01:58 12:01:59
A. As I said, it was not my task to do that. 12:01:59 12:02:02
Q. But you could have run the model by division, correct? 12:02:03 12:02:05
MR. KLEIN: Objection. Asked and answered. 12:02:08 12:02:08
Q. If you answer the question, I won't ask it again. 12:02:12 12:02:13

HENRY FARBER

MR. KLEIN: You asked it many times, Bob. 12:02:14 12:02:15

A. As I said, we were analyzing a common company policy, and while I had the data, it was not something it occurred to me to do. 12:02:16 12:02:19 12:02:24 12:02:27

Q. Was the scope of your work determined by counsel for plaintiffs? 12:02:29 12:02:30

A. The scope of my work? I don't quite know how to answer that. 12:02:33 12:02:40

It's always the case that there is a set of questions that we would like to answer. And this case goes back a long way, and I wouldn't say it was determined by counsel. But there was a set of questions that they were interested in that we said "Yes, we can provide you with some information on that. We can do some analysis for you." 12:02:42 12:02:43 12:02:46 12:02:52 12:02:57 12:02:58 12:03:00 12:03:01 12:03:03

Q. You did not decide the questions that you were going to look at in this case in a vacuum, right? 12:03:05 12:03:06 12:03:08

MR. KLEIN: Objection. 12:03:11

A. That's correct. 12:03:11

HENRY FARBER

Whether the manager looks at it or not. 14:23:00

Q. So you think if a manager doesn't look at 360 reviews for individual employee in setting their compensation, the 360 review scores could still affect the compensation? 14:23:02 14:23:08 14:23:10 14:23:11 14:23:14

MR. KLEIN: Objection. 14:23:16

A. I am simply saying in the data it affects compensation. 14:23:16 14:23:17

Q. Well, let's just assume for purposes of my hypothetical that a manager doesn't look at the 360 review scores, could the 360 review score have an effect on an employee's compensation? 14:23:19 14:23:22 14:23:23 14:23:26 14:23:28

MR. KLEIN: Objection. 14:23:32

A. Given that the manager is potentially one of the people who did the 360 review, it could well be that the same factors that led to the lower 360 score for women, creep into the manager's decision process about how much to pay the worker. 14:23:32 14:23:44 14:23:50 14:23:51 14:23:54 14:23:57 14:23:58

Q. That is going to be a decision made by the individual manager who is 14:23:58 14:24:00

HENRY FARBER

making the assessment of what the employee's compensation recommendation should be, right? 14:24:02 14:24:03 14:24:05

MR. KLEIN: Objection. 14:24:06

A. Well, I am saying, we certainly agree that it's the manager who is making the compensation recommendation. And the managers -- I don't see any evidence that the managers don't see the 360 scores. Surely, they are available to them. 14:24:07 14:24:09 14:24:11 14:24:14 14:24:16 14:24:19

Q. My point is not that they don't see them. But if the person is ranked in the highest quartile, you don't know the extent to which a 360 score could have any possible effect -- a lower 360 score could have any affect on compensation? 14:24:22 14:24:25 14:24:26 14:24:29 14:24:34 14:24:38

A. I am simply saying in our statistical model -- I believe this is true, I would have to look at the backup to be sure -- but in the model that includes the quartile, the 360 score is still a factor related to compensation -- compensation is still related to the 360 score, even accounting for the quartile. 14:24:40 14:24:44 14:24:46 14:24:48 14:24:49 14:24:52 14:24:55 14:24:58

HENRY FARBER

You're representing to me that once you account for the quartile, there is no room for the 360. And I don't know that that's true. That's a question for the data. 14:24:59 14:25:01 14:25:02 14:25:06 14:25:12

Q. Would you agree with me that female professionals in the three revenue-producing divisions of Goldman Sachs had literally hundreds of managers between 2002 and 2018? 14:25:12 14:25:18 14:25:20 14:25:24 14:25:26

MR. KLEIN: Objection. 14:25:32

A. Had hundreds of managers, is that what you said? 14:25:32 14:25:35

Q. Yes. 14:25:36

A. I don't know. I haven't looked at how many managers they have. It wouldn't surprise me. But I haven't looked at that. 14:25:36 14:25:38 14:25:40 14:25:41

Q. But you would agree with me that individual manager quartiling decisions -- let me restate that. 14:25:42 14:25:44 14:25:46

You would agree with me that manager quartiling decisions were made by individual managers at Goldman Sachs, 14:25:49 14:25:50 14:25:52

HENRY FARBER

right? 14:25:53
    A. I don't know exactly how many 14:25:53
people were involved in any given 14:25:55
quartile. 14:26:02
    Q. As far as you know, there was 14:26:03
not a higher review process -- as far as 14:26:04
you know, was there a higher review 14:26:06
process to assess manager quartiles above 14:26:07
the manager level? 14:26:11
    A. Not that I am familiar with. 14:26:12
    Q. Let's talk about promotions, 14:26:15
just a little bit. Would you agree with 14:26:18
me that business unit heads provide 14:26:34
preliminary nominations for promotion 14:26:36
from vice president to managing director, 14:26:40
based on the discussions in the 14:26:41
employee's business unit? 14:26:44
        MR. KLEIN: Objection. 14:26:46
    A. As I understand it, that may be 14:26:46
right. But as I understand it, managing 14:26:48
directors can nominate vice presidents 14:26:49
for promotion to EMD. I don't know that 14:26:56
they are the head of the business unit. 14:27:01
I just know -- and I don't know that they 14:27:04

HENRY FARBER

are restricted to vice presidents in their business unit. It could be a managing director in one business unit used to work with a VP who he thinks is really good in another business unit and nominate that person for promotion. I don't know exactly how that's done. But I understand that managing directors do the first stage nominating. 14:27:06 14:27:10 14:27:11 14:27:13 14:27:16 14:27:18 14:27:25 14:27:26 14:27:30

Q. And the managing director who does the first stage nominating is the managing director who is the leader of the vice president's business unit, correct? 14:27:31 14:27:34 14:27:36 14:27:38 14:27:40

A. That's your statement. I don't know that that's true. 14:27:40 14:27:43

Q. You don't know one way or the other; is that right? 14:27:44 14:27:46

A. I don't know. 14:27:46

Q. Now, in your reports you include models of compensation at Goldman Sachs that don't control the business unit, right? 14:27:47 14:27:54 14:27:57 14:27:58

A. I do. 14:27:59

HENRY FARBER

Q. And which models for compensation at Goldman Sachs do not control the business units in your models? 14:28:00 14:28:04 14:28:07 14:28:09

A. If you want to look at particular tables and I can show you? 14:28:09 14:28:10

Q. Sure. I think it's going to be tab 1 of your report. 14:28:12 14:28:14

A. Table 1 of my April report? Okay. In table 1 of my April report, the first line, model 2, does not include business unit. 14:28:20 14:28:32 14:28:35 14:28:40

Q. Why would you not include business unit in that model? 14:28:42 14:28:43

A. We were trying to show a range of specifications. And, you know, one thing I'm concerned about is that business unit, and something I talked about earlier, is potentially a tainted variable in the sense that Goldman controls assignment to the business units, and they could potentially assign women to less lucrative business units. So that by controlling for business unit, 14:28:44 14:28:49 14:28:52 14:28:56 14:28:58 14:29:01 14:29:04 14:29:06 14:29:08 14:29:10

HENRY FARBER

you can hide some of the, some of the pay gap. 14:29:12 14:29:16

Q. Well, as far as you know, are plaintiffs alleging in this case that Goldman discriminatorily assigned women to business units? 14:29:17 14:29:19 14:29:21 14:29:25

A. No, I understand that's not an allegation in this case. I am simply -- you asked me a question why did I choose not to control for business unit in some analysis, and that's a reason why I did it. But model 3 right here controls the business unit. 14:29:25 14:29:27 14:29:30 14:29:32 14:29:34 14:29:36 14:29:39

Q. But you have no factual basis for making the assertion that Goldman Sachs engages in any discrimination in how it assigns women to business units, correct? 14:29:40 14:29:42 14:29:45 14:29:47 14:29:49

A. It's pretty clear that women tend to be in lower paid business units. Whether that's discrimination or not, I have no idea. 14:29:50 14:29:56 14:29:58 14:30:00

Q. Now, can your models that have a business unit variable measure gender 14:30:01 14:30:20

HENRY FARBER

gaps within a business unit? 14:30:22

A. No. 14:30:23

Q. Can they measure a variation in gender gaps across business units? 14:30:28 14:30:30

A. Let me actually backup. I don't know that I answered your first question accurately. 14:30:32 14:30:37 14:30:39

What the model with business units does is it measures the average gender gap that exists within business units okay, but it doesn't tell you business unit by business unit -- this is an answer to both of your questions now. 14:30:42 14:30:43 14:30:49 14:30:54 14:31:01 14:31:03

Model 3 -- let's look at table 2, model 3. It says that look, there is a gender gap of 24.4 log points. That's about a 21.6 percent lower pay for women within business units on average, once you account for differences in average pay across business units. 14:31:07 14:31:10 14:31:13 14:31:19 14:31:24 14:31:26 14:31:28

Q. While you're looking at table 2, what is a t-ratio? 14:31:32 14:31:34

A. You asked me about the t-test before. The t-ratio is the ratio of the 14:31:35 14:31:41

CERTIFICATION

I, DAWN MATERA, a Notary Public, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 19th day of May, 2021.

Dawn Matera

DAWN MATERA