# Exhibit 04

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
H. CRISTINA CHEN-OSTER; LISA PARISI;
and SHANNA ORLICH,
Plaintiffs,
- against -
GOLDMAN, SACHS & CO. and THE GOLDMAN
SACHS GROUP, INC.,
Defendants.
CASE NO.: 10-cv-06950 (LBS)(JCF)
---------------------------------------X

* * * C O N F I D E N T I A L * * *

250 Hudson Street
New York, New York
July 11, 2013
9:10 a.m.

CONTINUED DEPOSITION of CAROLINE HELLER SBERLOTI, pursuant to 30(b)(6) Notice, before Sophie Nolan, RPR, a Shorthand Reporter and Notary Public within and for the State of New York.

A P P E A R A N C E S:

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Attorneys for the Plaintiffs
250 Hudson Street
New York, New York 10013
BY: RACHEL GEMAN, ESQ.
PHONE 212-355-9500
FAX 212-355-9592
E-MAIL rgeman@lchb.com

SULLIVAN & CROMWELL, LLP
Attorneys for Defendants
125 Broad Street
New York, New York 10004
BY: SUHANA S. HAN, ESQ.
PHONE 212-558-4647
FAX 212-558-3588
E-MAIL hans@sullcrom.com

A P P E A R A N C E S (Cont'd):

PAUL HASTINGS, LLP
Attorneys for Defendants
875 15th Street, N.W.
Washington, DC 20005
BY: CARSON H. SULLIVAN, ESQ.
PHONE 202-551-1809
FAX 202-551-0209
E-MAIL carsonsullivan@paulhastings.com

ALSO PRESENT:
MARTIN L. SCHMELKIN, ESQ.

[redacted]

[redacted]
[redacted] [redacted]
[redacted] [redacted]
[redacted]
[redacted] [redacted]
[redacted]
[redacted] [redacted]
[redacted] [redacted]
[redacted]
[redacted] [redacted]
[redacted]

[redacted]

[redacted]
[redacted]
[redacted]
[redacted] [redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted] [redacted]
[redacted]
[redacted]
[redacted] [redacted]
[redacted]
[redacted]
[redacted]
[redacted] [redacted]
[redacted] [redacted]
[redacted] [redacted]
[redacted]
[redacted]
[redacted] [redacted]
[redacted]
[redacted] [redacted]
[redacted]
[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]