# Exhibit 05

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
H. CRISTINA CHEN-OSTER; LISA PARISI;
and SHANNA ORLICH,
Plaintiffs,
- against -
GOLDMAN, SACHS & CO. and THE GOLDMAN
SACHS GROUP, INC.,
Defendants.
CASE NO.: 10-cv-06950 (LBS)(JCF)
---------------------------------------X

* * * C O N F I D E N T I A L * * *

250 Hudson Street
New York, New York
June 12, 2013
9:37 a.m.

VIDEOTAPED DEPOSITION of BRUCE LARSON, taken by the Plaintiffs, pursuant to Notice, before Karen Perlman, RPR, CRR, a Shorthand Reporter and Notary Public within and for the State of New York.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]