# Exhibit 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Civil Action No. 10-cv-6950-AT-RWL
- - - - - - - - - - - - - - - - - - - - -x
H. CHRISTINA CHEN-OSTER, SHANNA ORLICH,
ALLISON GAMBA, and MARY DE LUI,

Plaintiffs,

-against-

GOLDMAN SACHS & CO. and THE GOLDMAN SACHS
GROUP, INC.,
Defendants.
- - - - - - - - - - - - - - - - - - - - -x

May 6, 2021
9:15 a.m.

VIDEOTAPED ZOOM DEPOSITION of DAVID YERMACK, Ph.D., an Expert Witness, located in New York, New York, taken in the above-entitled action, taken before Dawn Matera, a Certified Shorthand Reporter and Notary Public.

* * *

usually with reference to peers. And the very strong research result is that these peer groups are biased, and I've seen a lot of this data. I have been to enumerable conference presentations and peer-reviewed these papers and worked with some of the data myself.

Q. What type of compensation benchmarking data have you used in your work? In other words, compensation benchmarking data for what fields?

A. It spans all industries, really.

Q. Can you give some examples of fields from which you've used compensation benchmarking data?

A. I often work with, say the universe of the S&P 500. So you would have pharmaceutical companies. Software companies. Financial companies. You know, almost every industry you can think of would be represented by a number of firms in those 500.

Q. And there is a firm that provides compensation benchmarking data

for the S&P 500?
A. No. What actually has to be disclosed -- and this goes back to the Dodd Frank Act from about 10 years ago -- is that the firms themselves have to identify both the peer groups of comparator firms that they are using, as well as the identity of their compensation consultant.
And so what people have tended to do is collect and merge this data to see whether certain consultants provide biased or unbiased or complete or incomplete advice as a way of better understanding the dynamics of that industry.
Q. And you're referring to data about the most highly compensated executives in firms in the S&P 500; is that right?
A. That's correct. That's where the disclosure occurs is in the top ranks.
Q. Have you ever --
A. And it's understood, however,

that these firms often work lower down in the same firms. You know, that these are not the only positions for which they are benchmarking.

Q. Have you ever used in your work compensation benchmarking data for positions at the associate and vice president rank in the financial services industry?

A. No, I have not.

Q. Okay. Have you ever studied that data?

A. The reports that I've written would be the most I've engaged with this data. But the practice is very similar. We actually use this in the university. We benchmark professor salaries against a peer group in school. We go through a very similar exercise, but it's a different industry.

Q. But you didn't, at least you didn't cite any of the compensation benchmarking data in your report. Does that mean you didn't rely on it for purposes of your report?

A. Right. I did not read any specific commercial products, but I read Mr. Dunn's report. I cited the Wall Street comps website, and so forth.
Q. You make the claim that -- and this is in paragraph 42 of your report -- that "Market survey companies have a self-interest in amplifying the number of job variations they seek to survey. And thus that they can report out to employers."
Do you see that?
A. Yes.
Q. Have you done any analysis to support that opinion?
A. No, I am citing a third-party source for that. And relying on my knowledge of the dynamics of the industry.
Q. The third-party source you site is Bender 2011; is that right?
A. That's correct.
Q. And Bender 2011 relates to senior executive compensation; is that right?

A. Not entirely. They make the observation, like I did a moment ago, that these firms tend to work well down in the ranks of organizations. That they are multi-divisional organizations that are trying to cross-sell products and the disclosure, as I said a moment ago, tends to be at the highest levels, but the firms themselves, as discussed in this vendor source, are firms that have other product lines that often deal with mid-level compensation, as we're now discussing.

Q. Did Bender utilize compensation benchmarking data for associates and vice presidents in the financial services industry in that report?

A. The Bender study is a literature review of other studies. There is no primary data analysis in the Bender paper.

Q. Did any of the studies analyzed in the Bender study use associates -- use compensation benchmarking data for associates and vice presidents in

financial services firms?
A. Not to my knowledge. This data is usually not available in the public domain.
Q. Do companies typically aim to sell products that are useful?
A. It's a complicated question. They aim to sell as many products as possible. But it's hard to parse the sales strategies. And when you say useful, the question is useful for what?
Q. I didn't really think it was a hard question, but okay. I meant to ask do they typically aim to sell products that are useful to the companies they are seeking to sell them to?
A. You know we have a whole field called marketing that gets into some of the nuances of this. So it's not an straightforward question to answer.
Q. Fair enough.
A. You probably heard of cell phones where the battery begins to become obsolete in three years and forces you to buy a new phone. There are many

companies and marketing strategies that don't optimize the usefulness of the product with the goal of generating more follow-on sales while hooking the customer to the platform.

So it's very complicated. There is a lot of levels of complexity to marketing. And it's hard to agree unconditionally with a simple statement like that.

Q. Aside from Bender, what's the basis for your opinion that market survey companies have this self-interest in amplifying the number of job variations they seek to survey and can report out?

A. It is almost self-evident from the complexity of what they are handing over, that they are trying to get the client to rely upon a structure that they are introducing to them.

Q. You've never seen one of these reports?

A. No. I have seen some of the excerpts from Mr. Dunn's report, where he talks about literally thousands of jobs

in each business unit of Goldman Sachs. And it seems to be there is almost one job for every person, the way that they sorted it out. It becomes almost absurd.
Q. And what's the significance -- you said they are trying to get the client to rely on a structure that they are introducing to them. What did you mean by that?
A. They are trying to generate repeat sales, basically, so that they can come back next year and sell the same benchmarking tables to the same companies.
Q. What do you mean by the structure that they are introducing? Isn't this a structure that's from the company being studied?
A. I don't believe so. I think it's the other way around. That they, in fact, supply the company with this so-called matching guide. And ask them to put the people in different silos that may not exist in reality.
Q. So it's your understanding that

the compensation benchmarking companies create the structure, and the firms using their services have to sort of filter their employees into their structure?

A. I believe that's what I have said in my report, yes.

Q. And what's your basis for saying that?

A. Again, the intuition of the complexity that they are introducing, which seems greatly exaggerated with, you know, the matrixes of the numbers of roles greatly exceeding the number of available people.

Q. And how many roles do the compensation benchmarking companies create for associates and vice presidents?

A. Well, we have direct evidence on this and it's quoted in my report. So this would be paragraph 40, where in just this one fixed income currencies and commodities subdivision, there is 13 functions and 42 products. So if I multiply those together, there is 546

jobs, but then there is further differentiation based on the class year, based on the geographic area.

You quickly get into thousands of jobs, just in this one business unit, and there are many business units. So only 40,000 people work at Goldman Sachs, but if you take these tables seriously, like I said before, you're going to end up with, you know, almost more jobs than people. Every person is in their own category.

Q. If you wanted to assess the variability of jobs in the associate and vice president roles at Goldman Sachs, what information would be useful to you as an economist?

MS. LAMY: Object to form.

A. I am not sure what you're asking about the variability of jobs. To me there is the job of associate, and when you try to put boundaries between associate, I begin to have difficulty differentiating that. So I wouldn't even know how to go about that.

CERTIFICATION

I, DAWN MATERA, a Notary Public, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of May, 2021.

________________________

DAWN MATERA