# Exhibit 13

**EXPERT REPORT**
**of**
**HENRY S. FARBER**
**In Connection With**

**Chen-Oster v. Goldman Sachs**
**October 30, 2013**

reviews. For the 2011 summer cycle, the data identify only the top and the bottom quartiles, while "quartiles" 2 through 4 are combined.

**V. Methods**

32. In this section of my report, I provide a general description of my methods for testing for the presence of discrimination in pay. The methods I apply to both pay and promotion discrimination are standard among labor economists.

33. Economists define sex discrimination in pay to be differences in pay between men and women that cannot be explained by differences in productivity-related characteristics like education and work experience or differences in the type of work they perform.

34. An individual's education and work experience are related to his or her pay. Workers who are better educated earn more than those with less education, on average. Similarly, more experienced workers have higher average pay than workers with less experience. These differences reflect the increase in productivity that is associated with additional education or work experience.

35. Average pay also varies across types of jobs, even for workers with otherwise similar characteristics. For example, engineers typically earn more than librarians. This is true even for engineers and librarians with similar levels of education and work experience. These differentials result from differences in supply of workers to the different jobs relative to demand. For example, careers that are less popular, that

require unusual skills, or that are in particularly high demand need to offer higher wages in order to attract workers into that type of work.

36. Thus, in studying the salaries of male and female employees at Goldman, I adjusted for differences between them in education, work experience, and the type of work they do.

37. The key statistical technique I use is multiple regression analysis of pay. The first step in this analysis is to specify a model of pay determination that includes the factors that are related to pay and to generate measures of these factors. These factors include work experience at Goldman,[36] highest level of education, the office where the employee worked, the division in which the employee worked (including separate adjustments for FICC and Equities in addition to the adjustments for IMD, IBD, and MBD), job group, and whether the employee is a Vice President. All of my regression analyses also include factors that adjust for differences in pay over time. A multiple regression analysis yields an estimate for each factor of its impact on pay. These estimates are called the coefficients of the model.

38. While the factors listed in the previous paragraph are the central systematic factors that determine pay in a non-discriminatory compensation system, there is substantial variation in pay that is not accounted for by these factors. The multiple regression model accounts for these unmeasured factors through a random component.

---

[36] To allow for a non-linear relationship between experience and pay, my models include both work experience at Goldman and the square of work experience at Goldman.

39. The coefficients of the model are estimated using multiple regression analysis, and these estimated coefficients are used to compute a prediction of pay for each worker based strictly on the factors included in the model. Estimates of the unmeasured factors are then computed as the difference between the actual pay level and the predicted pay level. This difference is called the residual.

40. If pay is determined in a non-discriminatory fashion, then these residuals will not be systematically related to the sex of the worker. If it is found that there is a systematic relationship such that women are paid less, on average, than predicted by the factors included in the model, then I would conclude that the analysis provides statistical evidence of discrimination.

41. The actual calculation is done in a single step by including in the model a variable that indicates which observations relate to women. The central result of the multiple regression analysis in this case is an estimate of the effect of being a woman on pay, accounting for differences between men and women in all of the other factors included in the model. The estimated effect of being a woman on pay in this model is a measure of the relationship between sex and the unmeasured factors affecting compensation. If it is found that there is a statistically significant negative effect of being a woman on pay (an effect that was unlikely to have arisen by chance) after accounting for differences in the workers' characteristics and job characteristics included in the model, then I conclude that there is statistical evidence of discrimination against women in pay.

42. In order to draw an inference that there has been discrimination, it is important to determine how likely it would be to find the observed difference in pay if

there had not been discrimination. To make this clear, consider the following example. Suppose that, in fact, pay is non-discriminatory so that, all other things equal, men and women would earn the same level of pay. However, there are many factors that affect pay in any particular case. Some of these, such as education, experience, and job type, are measurable and appropriate to consider in pay determination. Others are not measured and assumed to be the same, on average, for men and women. These unmeasured characteristics are captured by the random component.

43. What this means is that, for any group of men and women who are paid on a non-discriminatory basis, there will be some average difference in pay due to variation in the random component even after accounting for individual and job characteristics. The multiple regression analysis provides a measure of how likely it is that the estimated average difference in pay accounting for the included factors is due to random variation (which is assumed equal on average for men and women) rather than to systematic variation in pay by sex (discrimination).

44. A statistic provided by the multiple regression analysis is called a "t-ratio" (sometimes called the “number of standard deviations”) on the estimated coefficient in the pay regression on the variable indicating being a woman (the average difference in pay between women and men accounting for the other factors). Larger absolute values of the t-ratio indicate that the estimated pay difference is less likely to have occurred by chance. The usual standard used by labor economists for a conclusion that an estimated pay difference is statistical evidence of discrimination is a t-ratio greater than 1.96 (in absolute

value), which indicates that the observed difference would have occurred randomly in the absence of discrimination less than five percent of the time.

## VI. Analysis of Pay Differences

45. In this section of my report, I describe the results of my analysis of differences in pay between men and women who were Associates or Vice Presidents at one of Goldman's US offices from 2005 through 2011 or those who were Associates or Vice Presidents at Goldman's New York office in 2003 or 2004.[37]

46. Rather than analyzing the dollar value of pay, I analyze the natural logarithm of that dollar value. This is standard practice among labor economists in the analysis of pay differences. Logarithms have the advantage that they allow the factors included in the model to have an approximately proportional effect on pay. For example, models that analyze the dollar value of pay implicitly assume that at each level of work experience additional years of work experience have the same dollar impact on pay for both relatively high paid workers and relatively low paid workers. Models that analyze the logarithm of pay allow the additional years of work experience (at each level of work experience) to have a larger dollar impact on pay for individuals who are paid more than for otherwise similar workers with lower pay.

47. I present basic summary statistics for the data I analyze in Tables 1 and 2 (attached). These summary statistics provide an introduction to the data and I do not draw

---

[37] While the class periods for the New York class and the national class begin in mid-year 2002 and 2004 respectively, I limit my analysis to those years for which all earnings are in the relevant period of time.