# Exhibit 17

## (Filed Under Seal)