# Exhibit 18

## (Filed Under Seal)