# Exhibit 19

# Investment Banking Division Compensation Guidelines: Compensation Managers

**October 2018**

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

## 3. Compensation Principles

Compensation determinations should be made in a manner consistent with the Firm's Compensation Principles:

- Encourage a real sense of teamwork and communication, binding individual short-term interests to the institution's long-term interests
- Evaluate performance on a multi-year basis
- Discourage excessive or concentrated risk taking
- Allow the Firm to attract and retain proven talent
- Align aggregate compensation for the Firm with performance over the cycle

These Guidelines follow directly from, and are intended to complement, these Compensation Principles.[1]

[1] The Firm's Compensation Principles are publicly available and set forth at: http://www.goldmansachs.com/investor-relations/corporate-governance/corporate-governance-documents/compensation-principles.pdf

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

- [redacted]
- [redacted]
  - [redacted]
  - [redacted]
  - [redacted]
  - [redacted]
  - [redacted]
- [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**d. Evaluation of Performance Reviews and Other Considerations**

*Performance Reviews*

For employees in the Investment Banking Division (as for employees throughout the Firm), the performance review is comprised of 360 degree review feedback, manager effectiveness feedback, and the Manager Performance Quartile ranking and, for any Covered Employee who is not a PMD or MD, a narrative Manager Summary that reflects the manager's individual assessment of the employee's performance, contribution and development. Manager Performance Quartile rankings and certain 360 degree review feedback are noted on employee summaries and are significant factors in the compensation process. Data derived from the 360 degree review process provides managers with broader information regarding employee performance than that afforded solely by their own observations and assists managers in identifying higher and lower employee performance.

Managers should be prepared to justify discrepancies between compensation determinations and Manager Performance Quartile rankings by reference to other metrics discussed in these Guidelines (or other dimensions of overall employee contribution). Higher compensation recommendations for employees with low Manager Performance Quartile rankings (or vice versa) are likely to receive scrutiny during the Divisional Compensation Committee review of compensation determinations.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Annex 1**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

| [redacted] | [redacted] | [redacted] |
|---|---|---|
| [redacted] | | |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | |
| [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] |
| [redacted] | | [redacted] |
| [redacted] | | |
| [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] |
| Performance Review | | |
| *360° Feedback* | | |
| *Risk Management & Firm Reputation* | | X |
| *Compliance* | | X |
| *Sensitivity to Risk & Control* | | X |
| *Culture & Conduct* | | X |

| METRIC | BUSINESS UNIT ALLOCATION | INDIVIDUAL ALLOCATION[1] |
|---|---|---|
| *Manager Performance Quartile* | | X |
| [redacted] | | |
| [redacted] | | [redacted] |
| [redacted] | | |
| [redacted] | [redacted] | |
| [redacted] | | [redacted] |
| [redacted] | | [redacted] |
| [redacted] | | [redacted] |
| [redacted] | | [redacted] |
| [redacted] | | [redacted] |
| [redacted] | | [redacted] |
| [redacted] | | [redacted] |
| [redacted] | | [redacted] |
| [redacted] | | [redacted] |
| [redacted] | | [redacted] |

Notes:

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**3. Performance Review**

***(a) 360 Degree Review***

360 degree reviews solicit feedback from supervisors, subordinates, and peers on an employee's performance, including the following criteria: culture carrier, leadership, client focus, commercial impact, diverse and inclusive environment, communication, risk management and firm reputation, judgment, compliance, and manager effectiveness.

Current and historic 360 degree review feedback is displayed on the employee summary, including for the following key metrics:

- **Risk Management and Firm Reputation**, which measures an employee's ability to:

— balance risk and reward

— protect the firm's reputation

— escalate appropriately

- **Compliance**, which measures an employee's ability to:

— know applicable laws, policies, and procedures

— recognize, escalate, and proactively seek guidance on issues

— contribute to the development and/or implementation of policies, procedures, and controls

- **Sensitivity to Risk & Control**, which measures an employee's ability to:

— demonstrate appropriate sensitivity to risk and control-related issues
— solicit and respect control-side input
— demonstrate inclusivity in decision making and escalating concerns

- **Culture & Conduct**, which measures an employee's ability to

— Support the firm's culture, including by promoting teamwork and inclusion
— Adhere to the firm's business principles and the code of conduct
—

***(b) Manager Effectiveness***

- Measures a manager's ability to:

— communicate a strategic vision and drive execution

— inspire and motivate performance; bind people to the firm

— foster the firm's apprenticeship culture by coaching, developing, and mentoring people

— provide feedback to team members that is constructive, candid, and timely

— delegate authority and decision making with appropriate oversight; hold people accountable

— demonstrate a commitment to developing a diverse team and bring out the best in all employees

— cascade relevant information to team members

— credit the team, provide exposure to senior leaders, and create appropriate platforms

— respect people's time, emphasize productivity over face time; support flexibility

— be accessible; listen well and elicit diverse perspectives

Appropriate individuals from Employee Relations, Employment Law Group, Risk, and/or Compliance examine reports of performance reviews. A "needs improvement" rating received in the 360 degree review with respect to compliance, control-side empowerment (Federation employees only), sensitivity to risk & control (Revenue employees only), or culture & conduct, or written comments provided by a reviewer containing sensitive words and phrases relating to any of the above categories, are flagged and receive follow-up by these compliance and control departments. In some cases, that follow-up may result in a conduct flag on the employee summary.

### *(c) Manager Performance Quartile Rank and Summary*

Employees (other than PMDs, Advisory Directors, certain new hires, and employees on extended leaves of absence) receive a yearly manager performance quartile rank of 1 (top performers), 2, 3, or 4 (lower-performers), which is based on a "Manager Review" that includes the manager's judgment as to many of the same risk-related factors as the 360 degree review and is subject to distribution requirements. In addition to performance and contribution, the annual manager performance quartile ranking process also takes into consideration capability, as well as potential to assume increasing responsibility.

Proposed manager quartiling ranks which diverge substantially from 360 degree review or manager effectiveness feedback (*e.g.*, high quartile rank and "needs improvement" on "Risk Management and Firm Reputation") are reviewed by HCM, Employee Relations and Employment Law Group, which may learn facts justifying the manager performance quartile rank or propose to the employee's manager that he or she adjust preliminary quartile rankings. These same control departments will document any relevant new information that comes to light for consideration in Divisional Compensation Committee meetings.

For any Covered Employee who is not a PMD or MD, 360 degree reviews also include a narrative "**Manager Summary**" which is intended to reflect the manager's individual assessment of the employee's performance and development over the past 12 months; provide guidance to the employee on strengths and areas of development, as well as how effective the employee is at managing risk and firm reputation, judgment, and compliance; and provide a basis for the performance review discussion. Managers may include in the Manager Summary unattributed quotes from the 360 degree review feedback to amplify key points.

[redacted]

## EMPLOYEE SUMMARY

REST OF THIS PAGE LEFT INTENTIONALLY BLANK