# Exhibit 20

# SECURITIES DIVISION COMPENSATION GUIDELINES: COMPENSATION MANAGERS

December 2011

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

REDACTED

[redacted]

[redacted]

**3. Compensation Principles and Framework**

Compensation determinations should be made in a manner consistent with the Firm's Compensation Principles:

- Encourage a real sense of teamwork and communication, binding individual short-term interests to the institution's long-term interests
- Evaluate performance on a multi-year basis
- Discourage excessive or concentrated risk taking
- Allow the Firm to attract and retain proven talent
- Align aggregate compensation for the Firm with performance over the cycle

These Guidelines follow directly from, and are intended to complement, these Principles.[1]

[1] The Firm's Compensation Principles are publicly available and set forth at: http://www2.goldmansachs.com/investor-relations/corporate-governance/compensation.html



REDACTED

[redacted]



REDACTED

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



REDACTED

○ [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



REDACTED

[redacted]

[redacted]

[redacted]

### 3. Evaluation of Performance Reviews and Other Considerations

*Performance Reviews*

For employees in the Securities Division (as for employees throughout the Firm) the performance review is comprised of 360 degree review feedback, the Manager Performance Quartile ranking and a narrative Manager Summary that reflects the manager's individual assessment of the employee's performance, contribution and development. Manager Performance Quartile rankings and Manager Summaries are noted on employee summaries and are significant factors in the compensation process. Data derived from the 360 degree review process provides managers with broader information regarding employee performance than that afforded solely by their own observations and assists managers in identifying higher and lower employee performance.

Managers should be prepared to justify discrepancies between compensation determinations and Manager Performance Quartile rankings by reference to other metrics discussed in these Guidelines (or other dimensions of overall employee contribution). Higher compensation recommendations for employees with low Manager Performance Quartile rankings (or vice versa) are likely to receive scrutiny during the Divisional Compensation Committee review of compensation determinations.

[redacted]

[redacted]



REDACTED

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



REDACTED

**Annex 1**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

| [redacted] | [redacted] | [redacted] | |
|---|---|---|---|
| | | [redacted] | [redacted] |
| [redacted] | | | |
| [redacted] | | | |
| [redacted] | [redacted] | | |
| [redacted] | | | |
| [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | |
| [redacted] | | [redacted] | |
| [redacted] | | [redacted] | |
| [redacted] | | | |
| [redacted] | [redacted] | | |
| [redacted] | [redacted] | | |
| [redacted] | | | |
| [redacted] | | | [redacted] |

REDACTED

| [redacted] | [redacted] | [redacted] | |
|---|---|---|---|
| | | [redacted] | [redacted] |
| [redacted] | | | [redacted] |
| [redacted] | | | |
| [redacted] | | | [redacted] |
| [redacted] | | | [redacted] |
| [redacted] | | | [redacted] |
| [redacted] | | | [redacted] |
| | | | [redacted] |
| [redacted] | | | [redacted] |
| [redacted] | | | [redacted] |
| [redacted] | | | [redacted] |
| [redacted] | | | [redacted] |
| [redacted] | | | [redacted] |

[redacted]

- [redacted]
- [redacted]

[redacted]

[redacted]

[redacted]

- [redacted]

[redacted]

[redacted]

[redacted]



REDACTED

[redacted]



REDACTED

[redacted]



REDACTED

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**3. Performance Review**

***(a) 360 Degree Review***

360 degree reviews solicit comments from supervisors, subordinates and peers on an employee's performance, including with respect to culture and values, leadership and people management, client focus, commercial effectiveness, diversity, communication effectiveness, risk management, and reputational judgment and compliance. Current and historic 360 degree review average ratings are displayed on the employee summary. Each employee summary includes the cumulative average score across all metrics, as well as both average score and manager score for the following key metrics:

- **Leadership and People Management**, which measures an employee's ability to:

  — strike a proper balance between delegating responsibility and appropriate supervision

  — provide candid, constructive and timely feedback to help team members develop



REDACTED

— effectively coach and mentor others, including delegating authority and decision making with appropriate oversight

— build and sustain an environment with the highest standards of accountability

- **Client Focus**, which measures an employee's ability to:

— build and reinforce a culture that solidifies strong client relationships and trust

— escalate issues as appropriate

— enhance client service

— manage client expectations effectively and follow up to ensure clients are satisfied

- **Risk Management**, which measures an employee's ability to:

— balance risk and reward when making decisions

— adhere to the Firm's risk management practices and controls

— identify and escalate areas of control risk both within his/her team(s) and teams impacted by his/her work

— engage all relevant parties in decision making

— contribute to the development of sound risk policies, controls, and infrastructure

- **Reputational Judgment and Compliance**, which measures an employee's ability to:

— protect and enhance the reputation of the Firm

— maintain awareness and adhere to all applicable laws, policies and procedures

— recognize, escalate and proactively seek guidance on issues

— contribute to the development and/or implementation of policies, procedures and controls

The Firm's Human Capital Management Division (HCM), together with Employee Relations, Employment Law, Risk Management and Compliance, analyzes the data from 360 degree reviews. Low ratings for certain 360 degree review scores, including on leadership and people management, client focus, risk management or reputational judgment and compliance, or written comments from peers and managers indicating certain concerns, are flagged and receive follow-up by these compliance and control



REDACTED

departments. In some cases, that follow-up may result in a conduct flag on the employee summary.

### *(b) Manager Performance Quartile Rank and Summary*

Employees (other than PMDs and certain new hires and employees on leave) receive a yearly manager performance quartile rank of 1 (top performers), 2/3, 4 or 5 (under-performers), which is based on a "Manager Review" that includes the manager's judgment as to many of the same risk-related factors as the 360 degree review and is subject to distribution requirements. In addition to performance, the annual manager performance quartile ranking process also takes into consideration key productivity, citizenship and conduct factors, as well as future potential to assume greater leadership responsibility.

Non-routine differences between 360 degree review results and the proposed manager performance quartile rank are noted and followed up on as necessary by HCM, Employee Relations and Employment Law, which may learn facts justifying the manager performance quartile rank or propose to the employee's manager that he or she adjust preliminary quartile rankings. These same control departments will document any relevant new information that comes to light for consideration in Divisional Compensation Committee meetings.

In addition to the numerical ratings, 360 degree reviews also include a narrative "**Manager Summary**" that reflects the manager's individual assessment of the employee's performance, contribution and development, including with respect to risk management and reputational judgment and compliance.

[redacted] [redacted]

[redacted]

[redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]

[redacted]



REDACTED

**<u>Annex 2</u>**

## EMPLOYEE SUMMARIES

REST OF THIS PAGE LEFT INTENTIONALLY BLANK

REDACTED