# Exhibit 21


GARY W. HEIMAN
Basic Statistics for the
Behavioral Sciences
SIXTH EDITION

SIXTH EDITION

# Basic Statistics for the Behavioral Sciences

**Gary W. Heiman**
*Buffalo State College*

WADSWORTH
CENGAGE Learning™

Australia • Brazil • Japan • Korea • Mexico • Singapore • Spain • United Kingdom • United States

WADSWORTH
CENGAGE Learning™

**Basic Statistics for the Behavioral Sciences, Sixth Edition**
**Gary W. Heiman**

Executive Editor: Jon-David Hague
Assistant Editor: Rebecca Rosenberg
Editorial Assistant: Alicia McLaughlin
Media Editor: Mary Noel
Marketing Manager: Kim Russell
Marketing Assistant: Anna Andersen
Marketing Communications Manager: Talia Wise
Content Project Manager: Charlene M. Carpentier
Creative Director: Rob Hugel
Art Director: Vernon Boes
Print Buyer: Karen Hunt
Rights Acquisitions Account Manager, Text: Bob Kauser
Rights Acquisitions Account Manager, Image: Robyn Young
Production Service: PrePressPMG
Text Designer: Lisa Henry
Illustrator: PrePressPMG
Cover Designer: Denise Davidson
Cover Image: John Foxx/Getty Images
Compositor: PrePressPMG

© 2011, 2006 Wadsworth, Cengage Learning

ALL RIGHTS RESERVED. No part of this work covered by the copyright herein may be reproduced, transmitted, stored, or used in any form or by any means graphic, electronic, or mechanical, including but not limited to photocopying, recording, scanning, digitizing, taping, Web distribution, information networks, or information storage and retrieval systems, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without the prior written permission of the publisher.

For product information and technology assistance, contact us at
**Cengage Learning Customer & Sales Support, 1-800-354-9706**
For permission to use material from this text or product,
submit all requests online at **www.cengage.com/permissions**
Further permissions questions can be e-mailed to
**permissionrequest@cengage.com**

Library of Congress Control Number: 2009936829

Student Edition:

ISBN-13: 978-0-8400-3143-3

ISBN-10: 0-8400-3143-2

Advantage Edition

ISBN-13: 978-0-495-90994-1

ISBN-10: 0-495-90994-7

**Wadsworth**
20 Davis Drive
Belmont, CA 94002-3098
USA

Cengage Learning is a leading provider of customized learning solutions with office locations around the globe, including Singapore, the United Kingdom, Australia, Mexico, Brazil, and Japan. Locate your local office at **www.cengage.com/global**.

Cengage Learning products are represented in Canada by Nelson Education, Ltd.

To learn more about Wadsworth, visit **www.cengage.com/Wadsworth**

Purchase any of our products at your local college store or at our preferred online store **www.ichapters.com**.

Printed in Canada
1 2 3 4 5 6 7 13 12 11 10 09

# 8 Linear Regression

## GETTING STARTED

***To understand this chapter, recall the following:***

- From Chapter 5, that when the mean is the predicted score, the variance reflects the "average error" in predictions.
- From Chapter 7, that the larger an *r*, the more consistent the relationship, so the closer the *Y* scores are to each other at an *X*, and the closer they are to the regression line. Also, the larger an *r*, the better we can predict *Y* scores and "account for variance."

***Your goals in this chapter are to learn***

- How a *regression line* summarizes a scatterplot.
- How the *regression equation* is used to predict the *Y* scores at a given *X*.
- How the *standard error of the estimate* measures the errors in prediction.
- How the strength of the relationship determines our accuracy in predicting *Y* scores.
- What the *proportion of variance accounted for* tells us and how to compute it.

Recall that, in a relationship, particular *Y* scores are naturally paired with certain *X* scores. Therefore, if we know an individual's *X* score and the relationship between *X* and *Y*, we can predict the individual's *Y* score. The statistical procedure for making such predictions is called *linear regression*. In the following sections, we'll examine the logic behind regression and see how to use it to predict scores. Then we'll look at ways of measuring the errors in prediction.

## NEW STATISTICAL NOTATION

We use the following symbols for distinguishing participants' actual scores from the scores that we predict for them: As usual, *Y* stands for a participant's actual score. The symbol for a **predicted *Y* score** is $Y'$. The "′" is called prime, so this symbol is pronounced "*Y* prime."

Also, for a sample of *Y* scores, we will discuss the mean $(\overline{Y})$, sample variance $(S_Y^2)$, and sample standard deviation $(S_Y)$. These involve the same formulas we used previously, except now we plug in *Y* scores.

Thus,

$$\overline{Y} = \frac{\Sigma Y}{N} \quad \text{and} \quad S_Y^2 = \frac{\Sigma Y^2 - \frac{(\Sigma Y)^2}{N}}{N} \quad \text{and} \quad S_Y = \sqrt{\frac{\Sigma Y^2 - \frac{(\Sigma Y)^2}{N}}{N}}$$

## WHY IS IT IMPORTANT TO KNOW ABOUT LINEAR REGRESSION?

A goal of research is to be able to predict when different behaviors will occur. This translates into predicting when someone has one score on a variable and when they have a different score. We use relationships to make these predictions. It's important that you know about linear regression because it is *the* statistical procedure for using a relationship to predict scores. Linear regression is commonly used in basic and applied research, particularly in educational, industrial and clinical settings. For example, the reason that students take the Scholastic Aptitude Test (SAT) when applying to some colleges is because, from previous research we know that SAT scores are somewhat positively correlated with college grades. Therefore, through regression techniques, the SAT scores of applying students are used to predict their future college performance. If the predicted grades are too low, the student is not admitted to the college. This approach is also used when people take a test when applying for a job so that the employer can predict who will be better workers, or when clinical patients are tested to identify those at risk of developing emotional problems.

*REMEMBER* The importance of *linear regression* is that it is used to predict unknown *Y* scores based on the *X* scores from a correlated variable.

## UNDERSTANDING LINEAR REGRESSION

Regression procedures center around drawing the linear regression line, the summary line drawn through a scatterplot. We use regression procedures in conjunction with the Pearson correlation. While *r* is the *statistic* that summarizes the linear relationship, the regression line is the *line* on the scatterplot that summarizes the relationship. Always compute *r* first to determine whether a relationship exists. If the correlation coefficient is not 0 and passes the inferential test, then perform linear regression to further summarize the relationship.

An easy way to understand a regression line is to compare it to a line graph of an experiment. In Chapter 4, we created a line graph by plotting the mean of the *Y* scores for each condition—each *X*—and then connecting adjacent data points with straight lines. The left-hand graph in Figure 8.1 shows the scatterplot and line graph of an experiment containing four conditions. Thus, for example, the arrows indicate that the mean of *Y* at $X_3$ is 3. Because the mean is the central score, we assume that those participants at $X_3$ scored *around* a *Y* of 3, so (1) 3 is our best single description of their scores, and (2) 3 is our best prediction for anyone else at that *X*.

It is difficult, however, to see the *linear* (straight-line) relationship in these data because the means do not fall on a straight line. Therefore, as in the right-hand graph in Figure 8.1, we summarize the linear relationship by drawing a regression line. Think of the regression line as a straightened-out version of the line graph: It is drawn so that it comes as close as possible to connecting the mean of *Y* at each *X* while still producing a straight line. Although not all means are on the line, the distance that some means are above the line averages out with the distance that other means are below the line. Thus, the regression line is called the *best-fitting* line because "on average" it passes through the center of the various *Y* means. Because each *Y* mean is located in the center of the corresponding *Y* scores, the regression line also passes through the center of the *Y* scores. Thus, the **linear regression line** is the straight line that summarizes the linear relationship in a scatterplot by, on average, passing through the center of the *Y* scores at each *X*.




***FIGURE 8.1***
Comparison of a line graph and a regression line
*Each data point is formed by an X–Y pair. Each asterisk (*) indicates the mean Y score at an X.*

As usual, this is another descriptive procedure that allows us to summarize and envision data. Think of the regression line as reflecting the linear relationship hidden in the data. Because the actual $Y$ scores fall above and below the line, the data only more or less fit this line. But we have no system for drawing a "more or less" linear relationship. Therefore, the regression line is how we envision what a perfect version of the linear relationship in the data would look like.

You should read the regression line in the same way that you read any graph: Travel vertically from an $X$ until you intercept the regression line. Then travel horizontally until you intercept the $Y$ axis. For example, the arrows in the right-hand graph of Figure 8.1 show that the value of $Y$ at $X_3$ is now 4. The symbol for this value is $Y'$ and it is our predicted $Y$ score. A $Y'$ is a summary of the $Y$ scores for that $X$, based on the entire linear relationship. Therefore, considering the entire relationship in Figure 8.1, those participants at $X_3$ scored around 4, so 4 is our best prediction for anyone scoring that $X$. Likewise, any $Y'$ is our best prediction of the $Y$ scores at a corresponding $X$, based on the linear relationship that is summarized by the regression line.

Recognize that the $Y'$ at any $X$ is the value of $Y$ falling *on* the regression line. The regression line therefore consists of the data points formed by pairing each possible value of $X$ with its corresponding value of $Y'$. If you think of the line as reflecting a perfect version of the linear relationship hidden in the data, then each $Y'$ is the $Y$ score everyone would have at a particular $X$ if a perfect relationship were present.

> ***REMEMBER*** The *linear regression line* summarizes the linear relationship in a sample and is used to obtain the $Y'$ at any $X$.

Now you can see how regression techniques are used to predict unknown scores. First, we establish the relationship in a sample. Then we use the regression line to determine the $Y'$ for each $X$. This is the $Y$ *around* which everyone scored when at an $X$ in our sample. For anyone else at that $X$, we'd assume they too would score around that $Y'$. Therefore, we can measure the $X$ scores of individuals who were not in our sample, and the corresponding $Y'$ is our best prediction of their $Y$ scores.

The emphasis on prediction in correlation and regression leads to two important terms. We'll discuss using the $X$ variable to predict $Y$ scores. (There are procedures out there for predicting $X$ scores from $Y$.) Therefore, as mentioned in the previous chapter, the $X$ variable is called the **predictor variable**. The $Y$ variable is called the **criterion variable**. Thus, when SAT scores are used to predict a student's future college grades,

SAT scores are the predictor variable, and college grade average is the criterion variable. (To remember *criterion,* remember that your predicted grades must meet a certain criterion for you to be admitted to the college.)

The first step in using regression techniques is to create the regression line. For that we use the *linear regression equation.*

## THE LINEAR REGRESSION EQUATION

To draw a regression line, we don't simply eyeball the scatterplot and sketch in something that looks good. Instead, we use the linear regression equation. The **linear regression equation** is the equation for a straight line that produces the value of $Y'$ at each $X$ and thus defines the straight line that summarizes a relationship. When we plot the data points formed by the $X$–$Y'$ pairs and draw a line connecting them, we have the regression line. The regression equation describes two characteristics of the regression line: its *slope* and its *Y intercept.*

The **slope** is a number that indicates how slanted the regression line is and the direction in which it slants. Figure 8.2 shows examples of regression lines having different slopes. When no relationship is present, the regression line is horizontal, such as line A, and the slope is zero. A positive linear relationship produces regression lines such as B and C; each of these has a slope that is a positive number. Because line C is steeper, its slope is a larger positive number. A negative linear relationship, such as line D, yields a slope that is a negative number.

The ***Y* intercept** is the value of $Y$ at the point where the regression line intercepts, or crosses, the $Y$ axis. In other words, the intercept is the value of $Y'$ when $X$ equals 0. In Figure 8.2, line B intercepts the $Y$ axis at $+2$, so the $Y$ intercept is $+2$. If we extended line C, it would intercept the $Y$ axis at a point below the $X$ axis, so its $Y$ intercept is a negative $Y$ score. Because line D reflects a negative relationship, its $Y$ intercept is the relatively high $Y$ score of 9. Finally, line A exhibits no relationship, and its $Y$ intercept equals $+8$. Notice that here the predicted $Y$ score for every $X$ is always $+8$.

**When there is no relationship, the regression line is flat and every $Y'$ equals the *Y* intercept.**

The regression equation works like this: The slope indicates the *direction* in which the *Ys* change as $X$ increases and the *rate* at which they change. In Figure 8.2, the steeply sloped line C reflects a relatively large increase in $Y$ for each increase in $X$, as

***FIGURE 8.2***

Regression lines having different slopes and *Y* intercepts

*Line A indicates no relationship, lines B and C indicate positive relationships having different slopes and Y intercepts, and line D indicates a negative relationship.*



compared to, line B. The $Y$ intercept indicates the starting point from which the $Y$ scores begin to change. Thus, together, the slope and intercept describe how, starting at a particular $Y$ score, the $Y$ scores tend to change by a specific amount as the $X$ scores increase. The summary of the new $Y$ scores at each $X$ is $Y'$.

The symbol for the slope of the regression line is $b$. The symbol for the $Y$ intercept is $a$. Then

**The linear regression equation is**

$$Y' = bX + a$$

This formula says that to find the value of $Y'$ for a given $X$, multiply the slope ($b$) times $X$ and then add the $Y$ intercept ($a$).

As an example, say that we have developed a test to identify (predict) those individuals who will be good or bad workers at a factory that makes "widgets." The first step is to determine the relationship between test scores and "widget-making." Therefore, say that we give the test to an unrealistically small $N$ of 11 people and then measure the number of widgets each makes in an hour. Figure 8.3 shows the raw scores and resulting scatterplot. The predictor ($X$) variable is participants' scores on the widget test, and the criterion ($Y$) variable is the number of widgets they produced.

The first step is to find $r$:

$$r = \frac{N(\Sigma XY) - (\Sigma X)(\Sigma Y)}{\sqrt{[N(\Sigma X^2) - (\Sigma X)^2][N(\Sigma Y^2) - (\Sigma Y)^2]}}$$

so

$$r = \frac{11(171) - (29)(58)}{\sqrt{[11(89) - 841][11(354) - 3364]}}$$

The result is $r = +.74$. This is a very strong, positive linear relationship, and so the test will be what researchers call "a good predictor" of widget-making. Therefore, the next step is to compute the linear regression equation. To do that, we compute the slope and the $Y$ intercept.

Compute the slope first.

## Computing the Slope

**The formula for the slope of the linear regression line is**

$$b = \frac{N(\Sigma XY) - (\Sigma X)(\Sigma Y)}{N(\Sigma X^2) - (\Sigma X)^2}$$

***FIGURE 8.3***
Scatterplot and data for widget study




| *Participant* | *Widget Test Score:* **X** | *Widgets per Hour:* **Y** | **XY** |
|---|---|---|---|
| 1 | 1 | 2 | 2 |
| 2 | 1 | 4 | 4 |
| 3 | 2 | 4 | 8 |
| 4 | 2 | 6 | 12 |
| 5 | 2 | 2 | 4 |
| 6 | 3 | 4 | 12 |
| 7 | 3 | 7 | 21 |
| 8 | 3 | 8 | 24 |
| 9 | 4 | 6 | 24 |
| 10 | 4 | 8 | 32 |
| 11 | 4 | 7 | 28 |
| $N = 11$ | $\Sigma X = 29$ | $\Sigma Y = 58$ | $\Sigma XY = 171$ |
| | $\Sigma X^2 = 89$ | $\Sigma Y^2 = 354$ | |
| | $(\Sigma X)^2 = 841$ | $(\Sigma Y)^2 = 3364$ | |
| | $\overline{X} = 29/11 = 2.64$ | $\overline{Y} = 58/11 = 5.27$ | |

*N* is the number of pairs of scores in the sample, and *X* and *Y* are the scores in the sample. This is not a difficult formula because we typically compute the Pearson *r* first. The numerator of the formula for *b* is the same as the numerator in the formula for *r,* and the denominator of the formula for *b* is the left-hand quantity in the denominator of the formula for *r*. [An alternative formula for the slope is $b = (r)(S_Y/S_X)$.]

For the widget study, substituting the appropriate values into the formula gives

$$b = \frac{N(\Sigma XY) - (\Sigma X)(\Sigma Y)}{N(\Sigma X^2) - (\Sigma X)^2} = \frac{11(171) - (29)(58)}{11(89) - 841}$$

After multiplying and subtracting in the numerator,

$$b = \frac{199}{11(89) - 841}$$

After completing the denominator,

$$b = \frac{199}{138} = +1.44$$

Thus, the slope of the regression line for the widget study is +1.44. This positive slope indicates a positive relationship, which fits with the positive $r$ of +.74. Had the relationship been negative, the formula would have produced a negative number here.

We are not finished yet. Now compute the $Y$ intercept.

## Computing the *Y* Intercept

> **The formula for the *Y* intercept of the linear regression line is**
>
> $$a = \overline{Y} - (b)(\overline{X})$$

First, multiply the mean of all $X$ scores times the slope of the regression line. Then subtract that quantity from the mean of all $Y$ scores.

For the widget study, $b$ is +1.44, and from the data in Figure 8.3, $\overline{Y}$ is 5.27 and $\overline{X}$ is 2.64. Filling in the above formula gives

$$a = 5.27 - (+1.44)(2.64)$$

After multiplying,

$$a = 5.27 - (+3.80) = +1.47$$

Thus, the $Y$ intercept of the regression line for the widget study is +1.47.

We're still not finished!

## Describing the Linear Regression Equation

Once you have computed the $Y$ intercept and the slope, rewrite the regression equation, substituting the computed values for $a$ and $b$. Thus, for the widget study,

$$Y' = +1.44X + 1.47$$

This is the finished regression equation that describes the linear regression line for the relationship between widget test scores and widgets-per-hour scores.

We're still not finished. Next we plot the regression line.

## Plotting the Regression Line

We use the finished regression equation to plot our linear regression line. To draw a line, we need at least two data points, so choose a low and high $X$ score, insert each into the regression equation, and compute the $Y'$ for that $X$. (Or, an easy low $X$ to use is 0 because then $Y'$ equals the $Y$ intercept.) We'll use the widget test scores of 1 and 4. We begin with our finished regression equation:

$$Y' = +1.44X + 1.47$$

For $X = 1$, we have

$$Y' = +1.44(1) + 1.47 = 2.91$$

Multiplying +1.44 times 1 and adding 1.47 yields a $Y'$ of 2.91. Likewise, for $X = 4$, $Y' = +1.44(4) + 1.47 = 5.76 + 1.47 = 7.23$.

**FIGURE 8.4**
Regression line for widget study

| *Widget Test Scores:* **X** | *Predicted Widgets per Hour:* **Y** |
|---|---|
| 1 | 2.91 |
| 2 | 4.35 |
| 3 | 5.79 |
| 4 | 7.23 |




To graph the regression line, plot the data points for the previous $X$–$Y'$ pairs and draw the line. As shown in Figure 8.4, our widget regression line passes through the center of the original scatterplot, showing the straight-line relationship hidden in the data.

(We're almost there!)

## Computing Predicted *Y* Scores

Remember that the regression line consists of all possible $X$–$Y'$ pairs. Therefore, we also use the finished regression equation to predict anyone's $Y$ score if we know their $X$ score. Thus, as we computed above, we will predict a $Y'$ of 2.91 for *anyone* scoring an $X$ of 1, and a $Y'$ of 7.23 for *anyone* scoring an $X$ of 4. Likewise, for the test scores of 2 and 3, we compute the $Y'$ scores of 4.35 and 5.79, respectively. As shown in Figure 8.4, these data points also fall on the regression. In fact, computing any $Y'$ using the equation is the equivalent of going to the graph and traveling vertically from the $X$ score up to the regression line and then left to the value of $Y'$ on the $Y$ axis.

We can compute $Y'$ for any value of $X$ that falls *within* the range of $X$s in our data, even if it's a score not found in the original sample: No one scored an $X$ of 1.5, but entering this in the regression equation yields a predicted $Y$ score of 3.63. Do not, however, make predictions using $X$ scores beyond the original scores. Our regression equation is based only on widget test scores between 1 and 4, so we shouldn't predict a $Y$ for an $X$ of, for example, 6. This is because we can't be sure what the nature of the relationship is at 6—maybe it's curvilinear or has a steeper slope.

Now we are finished (really). Putting all of this together, the preceding computations are summarized in Table 8.1.

**TABLE 8.1**
Summary of steps in Linear Regression

1. Compute $r$.
2. Compute the slope, $b$, where $b = \dfrac{N(\Sigma XY) - (\Sigma X)(\Sigma Y)}{N(\Sigma X^2) - (\Sigma X)^2}$
3. Compute the $Y$ intercept, $a$, where $a = \overline{Y} - (b)(\overline{X})$
4. Substitute the values of $a$ and $b$ into the formula for the regression equation:
$$Y' = (b)(X) + a$$
5. Plot the regression line.
6. Compute the predicted $Y'$ score for any $X$.

## A QUICK REVIEW

- The linear regression equation is used to predict $Y'$ scores based on $X$ scores from a correlated variable and to draw the linear regression line.
- The regression equation is $Y' = bX + a$, where $b$ is the slope and $a$ is the $Y$ intercept.

### More Examples

To use $X$ to predict $Y$ in these scores,

| X | Y |
|---|---|
| 1 | 3 |
| 1 | 2 |
| 2 | 4 |
| 2 | 5 |
| 3 | 5 |
| 3 | 6 |

Compute $b$: $\Sigma X = 12$, $\Sigma Y = 25$, $\Sigma X^2 = 28$, $\Sigma XY = 56$, and $N = 6$.

$$b = \frac{N(\Sigma XY) - (\Sigma X)(\Sigma Y)}{N(\Sigma X^2) - (\Sigma X)^2} = \frac{6(56) - (12)(25)}{6(28) - (12)^2}$$

$$= \frac{336 - 300}{168 - 144} = +1.5$$

Compute $a$: $b = +1.5$, $\bar{X} = 2$, and $\bar{Y} = 4.167$.

$$a = \bar{Y} - (b)(\bar{X}) = 4.167 - (+1.5)(2) = 1.167$$

After rounding $Y' = +1.5X + 1.17$.

Say we want to predict $Y$ for when $X = 2$. The $Y'$ is

$$Y' = +1.5(2) + 1.17 = 3 + 1.17 = 4.17.$$

### *For Practice*

1. We use linear regression when we want to ______.
2. The components of the regression equation to compute first are the ______ and ______.
3. Compute $b$ for the following scores:

| X | Y |
|---|---|
| 1 | 5 |
| 1 | 3 |
| 2 | 4 |
| 2 | 3 |
| 3 | 2 |
| 4 | 1 |

4. Compute $a$ for these scores.
5. What is the predicted $Y$ score for an $X$ of 2?

**Answers**

1. predict $Y$ scores using the relationship with $X$
2. slope and $Y$ intercept
3. $b = \dfrac{6(32) - (13)(18)}{6(35) - (13)^2} = -1.024$
4. $a = \bar{Y} - (b)(\bar{X}) = 3 - (-1.024)(2.167)$
   $= 3 - (-2.2.19) = +5.219$
5. $Y' - (-1.024)(2) + 5.219 = +3.171$

## DESCRIBING ERRORS IN PREDICTION

Not all relationships are the same and so not all $X$ variables are "good predictors." Therefore, a complete description of a relationship includes the descriptive statistics that summarize the error we have when using the relationship to predict $Y$ scores. To describe the amount of prediction error we expect when predicting unknown scores, we first determine how well we can predict the actual $Y$ scores in our sample: We pretend we don't know the scores, predict them, and then compare the predicted $Y'$ scores to the actual $Y$ scores.

The error in a single prediction is the amount that a participant's $Y$ score differs from the corresponding predicted $Y'$ score: In symbols this is $Y - Y'$, and it is literally the difference between the score a participant got and the score we predict he or she got. The predictions for some participants will be closer to their actual $Y$ scores than for others, so we would like to compute something like the *average error* across all predictions.

To find the average error, we first compute $Y'$ for everyone in the sample and subtract their $Y'$ from their actual $Y$ score. Statisticians equate errors with *deviations*, so

$Y - Y'$ equals the amount that $Y$ *deviates* from $Y'$. To get the average error, we would like to simply sum these deviations and then find the average, but we cannot. Recall that the regression line is in the center of the scatterplot. Therefore, the $Y$s are equally spread out *around* their $Y'$ scores, in the same way that previously we saw that $X$s are spread out *around* their $\overline{X}$. Because of this, like with the mean, the positive and negative deviations with $Y$ will cancel out, always producing a sum equal to zero. Therefore, the average deviation—the average error—will always equal zero.

To solve this problem, we *square* each deviation. The sum of the squared deviations of $Y - Y'$ is not necessarily zero, so neither is the average squared deviation. (Does this sound familiar?) When we find the average of the squared deviations, the answer is a type of *variance* that describes the "average" spread of the actual $Y$ scores around—above and below—their predicted $Y'$ scores.

### Computing the Variance of the *Y* Scores Around *Y'*

The **variance of the *Y* scores around *Y'*** is the average squared difference between the actual $Y$ scores and their corresponding predicted $Y'$ scores. The symbol for this *sample* variance is $S^2_{Y'}$. The $S^2$ indicates sample variance or error, and the subscript $Y'$ indicates that it is the error associated with using $Y'$ to predict $Y$ scores. The formula that defines the variance of the $Y$ scores around $Y'$ is

$$S^2_{Y'} = \frac{\Sigma(Y - Y')^2}{N}$$

Like other definitional formulas we've seen, this formula is important because it shows the core calculation involved: We subtract the $Y'$ predicted for each participant from his or her actual $Y$ score giving us a measure of our error. Then we square each deviation, sum the squared deviations, and divide by $N$. The answer is one way to measure roughly the "average" amount of error we have when we use linear regression to predict $Y$ scores.

*Note*: Among the approaches we might use, the regression procedures described in this chapter produce the smallest error in predictions possible, thereby producing the smallest sum of squared deviations possible. Researchers call this regression technique the "least-squares method." To get this name, they shorten "sum of squared deviations" to *squares,* and this method produces a sum that is the *least* it can be.

REMEMBER The *variance of the Y scores around Y'* ($S^2_{Y'}$) is one way to describe the average error when using linear regression to predict $Y$ scores.

Using the above definitional formula for $S^2_{Y'}$ is very time consuming. Thankfully, there is a better way. In the defining formula, we can replace $Y'$ with the formulas for finding $Y'$ (for finding $a$, $b$, and so on). Among all of these formulas we'll find the components for the following computational formula.

**The computational formula for the variance of the *Y* scores around *Y'* is**

$$S^2_{Y'} = S^2_Y(1 - r^2)$$

Much better! This formula uses $r$ (which we compute before doing regression anyway) and, in computing $r$, we compute the $\Sigma Y$ and $\Sigma Y^2$ needed for finding the variance in

the $Y$ scores. Therefore, finish the computations of $S_Y^2$ using the formula at the beginning of this chapter. Then this formula says to square $r$ and subtract the answer from 1. Multiply the result times $S_Y^2$. The answer is $S_{Y'}^2$.

In the widget study, the data back in Figure 8.3 produced $r = +.736$, with $\Sigma Y = 58$, $\Sigma Y^2 = 354$, and $N = 11$. Therefore, we find that $S_Y^2$ is

$$S_Y^2 = \frac{\Sigma Y^2 - \frac{(\Sigma Y)^2}{N}}{N} = \frac{354 - \frac{(58)^2}{11}}{11} = \frac{354 - -305.818}{11} = 4.380$$

Then the above formula gives

$$S_{Y'}^2 = 4.380(1 - .736^2)$$

After squaring $+.736$ and subtracting the result from 1, we have

$$S_{Y'}^2 = 4.380(.458) = 2.01$$

Thus, we are "off" by something like an "average" of 2.01 when we predict participants' widget-per-hour scores ($Y$) based on their widget test scores ($X$).

Although this variance is a legitimate way to compute the error in our predictions, it is only somewhat like the "average" error, because of the usual problems when interpreting variance. First, squaring each difference between $Y$ and $Y'$ produces an unrealistically large number, inflating our error. Second, squaring produces error that is measured in squared units, so our predictions above are off by 2.01 *squared* widgets. (This *must* sound familiar!) The solution is to find the square root of the variance, and the result is a type of standard deviation. To distinguish the standard deviation found in regression, we call it the *standard error of the estimate.*

## Computing the Standard Error of the Estimate

The **standard error of the estimate** is similar to a standard deviation of the $Y$ scores around their $Y'$ scores. It is the clearest way to describe the "average error" when using $Y'$ to predict $Y$ scores. The symbol for the standard error of the estimate is $S_{Y'}$. (Remember, $S$ measures the *error* in the sample, and $Y'$ is our *estimate* of a participant's $Y$ score.) The definitional formula for the standard error of the estimate is

$$S_{Y'} = \sqrt{\frac{\Sigma(Y - Y')^2}{N}}$$

This is the same formula used previously for the variance of $Y$ scores around $Y'$, except with the added square root sign. By computing the square root, the answer is a more realistic number and we are no longer dealing with a squared variable. The core calculation, however, is still to find the error between participants' actual $Y$ scores and their predicted $Y'$ scores, and this is as close as we will come to computing the "average error" in our predictions.

To create a computational formula for the standard error of the estimate, we find the square root of each component of the previous computational formula for the variance of $Y$ around $Y'$ and have

**The computational formula for the standard error of the estimate is**

$$S_{Y'} = S_Y\sqrt{1 - r^2}$$

Here we first compute the standard deviation of all $Y$ scores ($S_Y$) using the formula at the beginning of this chapter. Then we find the square root of the quantity $1 - r^2$ and then multiply it times the standard deviation of all $Y$ scores.

For the widget study, we computed that $r$ was $+.736$ and that the variance of all $Y$ scores ($S_Y^2$) was 4.380. The standard deviation of the $Y$ scores is the square root of the variance, so $S_Y = \sqrt{4.380} = 2.093$. Filling in the above formula gives

$$S_{Y'} = 2.093\sqrt{1 - .736^2}$$

Squaring $+.736$ yields .542, which subtracted from 1 gives .458. The square root of .458 is .677. Thus,

$$S_{Y'} = 2.093(.677) = 1.42$$

The standard error of the estimate is 1.42. Therefore, we conclude that when using the regression equation to predict the number of widgets produced per hour based on a person's widget test score, when we are wrong, we will be wrong by an "average" of about 1 .42 widgets per hour.

> *REMEMBER* The *standard error of the estimate* ($S_{Y'}$) is interpreted as describing the "average error" in our predictions when we use $Y'$ to predict $Y$ scores.

It is appropriate to compute the standard error of the estimate anytime you compute a correlation coefficient, even if you do not perform regression—it's still important to know the average prediction error that your relationship would produce.

## A QUICK REVIEW

- The variance of the $Y$ scores around $Y'$ ($S_{Y'}^2$) and the standard error of the estimate ($S_{Y'}$) measure the errors in prediction when using regression, which are the differences between participants' $Y$ and $Y'$ scores.

### More Examples

To compute $S_{Y'}$ first compute $S_Y$ and $r$. Say that $S_Y = 3.6$ and $r = -.48$. Then $S_{Y'} = S_Y\sqrt{1 - r^2} = 3.6\sqrt{1 - (-.48^2)} = 3.6\sqrt{1 - .2304} = 3.6\sqrt{.7696} = (3.6)(.877) = 3.1572 = 3.16$. Using this relationship produces an "average error" of 3.16. The variance of the $Y$ scores around $Y'$ $S_{Y'}^2$ is $(3.16)^2$, or 9.986.

### *For Practice*

1. The symbol for the variance of the $Y$ scores around $Y'$ is ______.
2. The symbol for the standard error of the estimate is ______.
3. The statistic we interpret as the "average error" in our predictions when using regression is ______.
4. If $S_Y = 2.8$ and $r = +.34$, then $S_{Y'}$ equals ______.

**Answers**

1. $S_{Y'}^2$
2. $S_{Y'}$
3. The standard error of the estimate, $S_{Y'}$
4. $S_{Y'} = 2.8\sqrt{1 - (.34^2)} = 2.8\sqrt{.8844} = 2.63$

## Interpreting the Standard Error of the Estimate

In order for $S_{Y'}$ (and $S_{Y'}^2$) to accurately describe our prediction error, and for $r$ to accurately describe the relationship, you should be able to assume that your data generally meet two requirements.

First, we assume homoscedasticity. **Homoscedasticity** occurs when the $Y$ scores are spread out to the same degree at every $X$. The left-hand scatterplot in Figure 8.5 shows

**FIGURE 8.5**

Illustrations of homoscedastic and heteroscedastic data

*On the left, the* Y*s have the same spread at each* X*; on the right they do not.*




homoscedastic data. Because the vertical spread of the $Y$ scores is constant at every $X$, the strength of the relationship is relatively constant at both low $X$s and at high $X$s, so $r$ will accurately describe the relationship for all $X$s. Further, the vertical distance separating a data point above or below the regression line on the scatterplot is a way to visualize the difference between someone's $Y$ and the $Y'$ we predict. When the spread is constant, the standard error of the estimate $(S_{Y'})$ will accurately describe our average error, regardless of whether predictions are based on low or high $X$s.

Conversely, the right-hand scatterplot in Figure 8.5 shows an example of heteroscedastic data. **Heteroscedasticity** occurs when the spread in $Y$ is not equal throughout the relationship. Now part of the relationship is very strong (forming a narrow ellipse) while part is much weaker (forming a fat ellipse). Therefore, $r$ will not accurately describe the strength of the relationship for all $X$s. Likewise the $S_{Y'}$ will not accurately describe our average error for predictions from both low and high $X$s.

Second, we assume that the $Y$ scores at each $X$ form an approximately normal distribution. That is, if we constructed a frequency polygon of the $Y$ scores at each $X$, we should have a normal distribution centered around $Y'$. Figure 8.6 illustrates this for the widget study. Meeting this assumption is important because $S_{Y'}$ is like a standard deviation. Recall that in a normal distribution approximately 68% of the scores fall between $\pm 1$ standard deviation from the mean. Therefore, approximately 68% of all $Y$ scores

**FIGURE 8.6**

Scatterplot showing normal distribution of *Y* scores at each *X*

*At each* X*, there is a normal distribution of* Y *scores centered around* Y′.



will be between $\pm 1S_{Y'}$ from the regression line. In the widget study, $S_{Y'}$ is 1.42, so we expect approximately 68% of the actual $Y$ scores to be between $\pm 1.42$ from each value of $Y'$. Thus, we know the size of over two-thirds of our errors.

## The Strength of a Relationship and Prediction Error

Finally, although the standard error of the estimate is the way to *quantify* our "average" prediction error, be sure you understand why this error is communicated by the size of $r$. A larger $r$ indicates a stronger relationship and *the strength of a relationship determines the amount of prediction error that occurs.* This is because the strength of a relationship is the amount of variability—*spread*—in the $Y$ scores at each $X$. For example, the left-hand scatterplot in Figure 8.7 shows a relatively strong relationship, with $r$ close to $-1$. Thus, there is small vertical spread in the $Y$s at each $X$, so the data points are close to the regression line. When the data points are close to the regression line it means that participants' actual $Y$ scores are relatively close to their corresponding $Y'$ scores. Therefore, we will find relatively small differences between the participants' $Y$ scores and the $Y'$ we predict for them, so we will have small error, and $S_{Y'}$ and $S^2_{Y'}$ will be small.

Conversely, the right-hand scatterplot in Figure 8.7 shows a weaker relationship, with $r$ closer to 0. This indicates that the $Y$ scores are more spread out vertically around the regression line. Therefore, more often, participants' actual $Y$ scores are farther from their $Y'$ scores, so we will have greater error, and $S_{Y'}$ and $S^2_{Y'}$ will be larger.

Thus, the size of $S_{Y'}$ and $S^2_{Y'}$ is *inversely* related to the size of $r$. This is why, as we saw in the previous chapter, the size of $r$ allows us to describe the $X$ variable as a good or poor "predictor" for predicting $Y$ scores. When $r$ is large, our prediction error, as measured by $S_{Y'}$ or $S^2_{Y'}$ is small, and so the $X$ variable is a good predictor. However, when $r$ is smaller, our error and $S_{Y'}$ or $S^2_{Y'}$ will be larger, so the $X$ variable is a poorer predictor.

> *REMEMBER* As the strength of the relationship increases, the actual $Y$ scores are closer to their corresponding $Y'$ scores, producing less prediction error and smaller values of $S_{Y'}$ and $S^2_{Y'}$.

*FIGURE 8.7*
Scatterplots of strong and week relationships



In science we need to be more precise than using only terms such as *good* or *poor* predictor. The next section shows how we can *quantify* how effective a predictor variable is by computing the statistic with the strange name of the "proportion of variance accounted for."

## COMPUTING THE PROPORTION OF VARIANCE ACCOUNTED FOR

The **proportion of variance accounted for** is the proportional improvement in the accuracy of our predictions produced by using a relationship to predict *Y* scores, compared to our accuracy when we do not use the relationship to predict *Y* scores. Understand that the term *proportion of variance accounted for* is a shortened version of "the proportion of variance in *Y* scores that is accounted for by the relationship with *X*." We "account" for variance in *Y* to the extent that the relationship allows us to accurately predict when different *Y* scores occur, resulting in less prediction error. Therefore, we will compute our "average" prediction error when we use regression and the relationship with *X* to predict *Y* scores as we've discussed. We will compare this error to our "average" error when we do not use regression and the relationship with *X* to predict *Y*.

To understand this, consider the scatterplots in Figure 8.8. In the graph on the left, we'll ignore that there is relationship with *X* for the moment. Without the relationship, our fall-back position is to compute the overall mean of all *Y* scores $(\overline{Y})$ and predict it as everyone's *Y* score. Here $\overline{Y} = 4$. On the graph, the mean is centered vertically among all *Y* scores, so it is as if we have the horizontal line shown: At any *X,* we travel vertically to the line and then horizontally to the predicted *Y* score, which in every case will be the $\overline{Y}$ of 4.

In Chapter 5 we saw that when we predict the mean score for everyone in a sample, our error in predictions is measured by computing the sample *variance*. Our error in one prediction is the difference between the actual *Y* score a participant obtains and the $\overline{Y}$ that we predict was obtained. In symbols, this error is $Y - \overline{Y}$. Then the sample variance of the *Y* scores $(S_Y^2)$ is somewhat like the average error in these predictions. On the left-hand graph in Figure 8.8, each error is the vertical distance a data point is above or below the horizontal line. The distance that *all Y* scores are spread out above and below the horizontal line determines the size of $S_Y^2$. Researchers can always measure a sample of scores, compute the mean, and use it to predict scores. Therefore, the $S_Y^2$ is the largest error we are forced to accept. Because this variance is the worst that we




***FIGURE 8.8***

Scatterplots showing predictions when using and not using a relationship.

*On the left, when a relationship is ignored, the mean of Y is always predicted; on the right, when using the relationship, the Y′ scores are predicted.*

can do, anything that improves the accuracy of our predictions is measured relative to this variance. This is the variance we "account for."

> REMEMBER When we do *not* use the relationship to predict scores, our error is $S_Y^2$ which is computed by finding each $Y - \overline{Y}$, the difference between the $Y$ score a participant actually obtained and the $\overline{Y}$ score we predict is obtained.

Now, let's use the relationship with $X$ to predict scores, as in the right-hand scatterplot back in Figure 8.8. Here, we have the actual regression line and, for each $X$, we travel up to it and then over to the $Y'$ score. Now our error is the difference between the actual $Y$ scores that participants obtained and the $Y'$ that we predict they obtained. In symbols, this is $Y - Y'$ for each participant. Based on this, as we saw earlier in this chapter, a way to measure our "average error" is the *variance of Y scores around Y′* or $S_{Y'}^2$. In the graph, our error will equal the distance the $Y$ scores are vertically spread out around each $Y'$ on the regression line.

> REMEMBER When we *do* use the relationship to predict scores, our error is $S_{Y'}^2$, which is computed by finding each $Y - Y'$, the difference between the $Y$ score a participant actually obtained and the $Y'$ we predict is obtained.

Notice that our error when using the relationship is always less than the error when we don't use the relationship. When we do not use the relationship, we cannot predict any of the differences among the $Y$ scores, because we continuously predict the same $\overline{Y}$ for everyone. Our error is always smaller when we use the relationship because then we predict different scores for different participants: We can, at least, predict a lower $Y$ score for those who tend to have lower $Y$s, a medium $Y$ score for those scoring medium, and so on. Therefore, to some extent, we're closer to predicting when participants have one $Y$ score and when they have different $Y$ scores. You can see this in Figure 8.8 because most data points tend to be vertically closer to the actual regression line (and closer to their $Y'$) than to the horizontal line that represents predicting the $\overline{Y}$ of 4 each time. Further, the stronger the relationship, the closer the $Y$ scores will be to the regression line so the greater the advantage of using the relationship to predict scores. Therefore, the stronger the relationship, the greater the proportion of variance accounted for.

We compute the proportion of variance accounted for by comparing the error produced when using the relationship (the $S_{Y'}^2$) to the error produced when not using the relationship (the $S_Y^2$). First, we will do this using the definitional formula. The definitional formula for the proportion of variance accounted for is

$$\text{Proportion of variance accounted for} = 1 - \left(\frac{S_{Y'}^2}{S_Y^2}\right)$$

The formula says to first make a ratio of $S_{Y'}^2/S_Y^2$. From the widget-making data back in Table 8.3, we know that when we predict the overall mean of $Y$ for participants, our "average error" is the $S_Y^2$ of 4.38. But, when we predict $Y'$ for participants, the "average error" is the $S_{Y'}^2$ of 2.01. Forming this ratio gives

$$\frac{S_{Y'}^2}{S_Y^2} = \frac{\text{error when using the relationship}}{\text{error when not using the relationship}} = \frac{2.01}{4.38} = .46$$

As shown, this is the ratio of our error when using the relationship to predict scores compared to our error when not using the relationship. The resulting proportion indicates

how much of the error that occurs when not using the relationship is still present when we use the relationship. Here, .46 of the error remains when we use the relationship.

But, if .46 of the error remains, then using the relationship *eliminates* .54 of the error that occurs when not using the relationship. As in the formula, this proportion is found by subtracting the ratio from 1. Altogether,

$$1 - \frac{2.01}{4.38} = 1 - .46 = .54$$

Thus, using this relationship eliminates .54, or 54%, of the error that we'd have when not using the relationship, so we are 54% more accurate with it. Essentially, this tells us that, in the graphs back in Figure 8.8, the data points are, on average, 54% closer to the regression line (and $Y'$) than they are to the horizontal line (and $\overline{Y}$). Therefore, if we know participants' $X$ score and use this relationship to predict their $Y$ scores, we are "on average" 54% closer to their actual $Y$ scores than if we don't use this relationship. In statistical terms, we describe this as the proportion of variance accounted for, and so here we account for .54 of the variance in widget-making ($Y$) scores.

*REMEMBER* The *proportion of variance accounted for* is the proportional improvement in accuracy when using the relationship with $X$ to predict $Y$ scores, compared to our accuracy when using the $\overline{Y}$ to predict $Y$ scores.

## Using *r* to Compute the Proportion of Variance Accounted For

Using the above definitional formula is rather time consuming. However, we've seen that the size of $r$ is related to the error in our predictions by the formula for the standard error of the estimate:

$$S^2_{Y'} = S^2_Y(1 - r^2)$$

In fact, this formula contains all of the components of the previous definitional formula for the proportion of variance accounted for. Rearranging them gives

$$r^2 = 1 - \frac{S^2_{Y'}}{S^2_Y}$$

On the right is the definitional formula for the proportion of variance accounted for, so

**The computational formula for the proportion of variance accounted for is**

$$\text{Proportion of variance accounted for} = r^2$$

Not too tough! All you do is compute $r$ (which you would anyway) and then square it. This gives you the proportion of variance in $Y$ scores that is accounted for by the relationship with $X$.

In the widget study, the $r$ was $+.736$. Therefore, the proportion of variance accounted for is $(.736)^2$, which is again .54.

Thus, although $r$ describes the overall consistency with which the $Y$ scores are paired with the $X$ scores, $r^2$ is slightly different. It reflects how much the *differences* among

the *Y* scores match with the different *X* scores, showing how much closer we get to knowing each different *Y* score when we know a participant's *X*. The $r^2$ can be as low as 0 (when $r = 0$), indicating that the relationship in no way helps us to predict *Y* scores. Or, $r^2$ may be as high as 1 (when $r = \pm 1$), indicating that, whatever our errors might be without the relationship, 100% of that error is eliminated when using the relationship, because then we predict *Y* scores with 100% accuracy.

> *REMEMBER* Compute $r^2$ whenever you find a relationship. This indicates the proportion of variance accounted for, which is the proportional improvement in accuracy achieved by using the relationship to predict *Y* scores, compared to not using the relationship.

*Note:* Sometimes $r^2$ is called the **coefficient of determination**. The proportion of variance *not* accounted for is called the **coefficient of alienation**.

**The computational formula for the proportion of variance not accounted for is**

$$\text{Proportion of variance not accounted for} = 1 - r^2$$

This is the proportion of the error we have without using the relationship that still remains when we use the relationship. In the widget study, $r^2 = .54$, so we still cannot account for $1 - .54 = .46$ of the variance in the *Y* scores.

Notice that $r^2$ describes the proportion of variance accounted for by the *sample* relationship. If the *r* passes the inferential statistical test, then $r^2$ is a *rough* estimate of the proportion of variance accounted for by the relationship in the population. Thus, we'd expect to be roughly 54% more accurate if we use the relationship and widget test scores to predict any other, unknown widget-making scores in the population.

## Applying the Proportion of Variance Accounted For

The reason we make such a big deal out of the proportion of variance accounted for is that it is *the* statistical measure of how "important" a particular relationship is. Remember that scores reflect behavior, so when we accurately predict different *Y* score, we are actually predicting different *behaviors*. The goal of behavioral research is to understand and predict differences in behavior. Therefore, the greater the proportion of variance accounted for, the more that the relationship enables us to do this, so the more scientifically important and informative the relationship is.

Thus, we can now complete our evaluation of the widget-making relationship, where *r* was $+.74$ and $S_{Y'}$ was 1.42. With $r^2$ equal to .54, we are .54, or 54%, better off using this relationship than if we did not. And, our average prediction error of 1.42 is 54% less than we'd have without using this relationship. This would be deemed an especially useful relationship in real research because, as we discussed in Chapter 7, we usually find *rs* between $\pm.30$ to $\pm.50$. Squaring these translates into accounting for between only .09 and .25 of the variance. Therefore, .54 is *very* large, so this is an important relationship, and the widget test should prove valuable for identifying successful widget makers.

We also use $r^2$ when comparing *different* relationships to see which is more informative. Say that we find a relationship between the length of a person's hair and his or her creativity, but $r$ is only $+.02$. Yes, this $r$ indicates a relationship, but such a weak one is virtually useless. The fact that $r^2 = .0004$ indicates that knowing someone's hair length improves our knowledge about their creativity by only four-hundredths of *one* percent! However, say that we also find a relationship between age and creativity, and here $r$ is $+.40$. This relationship is more important, at least in a statistical sense, because $r^2 = .16$. Age is the more important variable because knowing participants' ages gets us 16% closer to accurately predicting their creativity. Knowing their hair length gets us only .04% closer to predicting their creativity.

The logic of $r^2$ is applied to any relationship. For example, in the previous chapter, we discussed $r_S$. Squaring this coefficient also indicates the proportion of variance accounted for. (It is as if we performed the appropriate regression analysis, computed $S^2_{Y'}$ and so on.) Likewise, in later chapters, we will determine the proportion of variance accounted for in experiments. In all cases the answer indicates how useful the relationship is.

> *REMEMBER* Computing the proportion of variance accounted for is the way to evaluate the scientific importance of any relationship.

## A QUICK REVIEW

- $r^2$ is the proportion of variance accounted for: the proportional improvement in accuracy produced by using a relationship to predict $Y$ scores.
- The larger the proportion of variance accounted for, the greater the scientific importance of the relationship.

### More Examples

We correlate students' scores on the first exam with their scores on the final exam: $r = +.40$, so $r^2 = (.40)^2 = .16$. To predict final exam scores, we can ignore the relationship and predict that everyone scored at the mean of the final exam. Or we can use this relationship and regression techniques to compute $Y'$ for each student. By using the relationship, we will be "on average" 16% closer to each student's actual final exam score.

### *For Practice*

Relationship A has $r = +.30$; relationship B has $r = -.60$.

1. The relationship with the scatterplot that hugs the regression line more is _____.
2. The relationship with $Y$ scores closest to the $Y'$ scores that we'll predict for them is ______.
3. As compared to predicting the $\bar{Y}$ for participants, relationship A produces $Y'$ scores that are ______ closer to the $Y$ scores.
4. As compared to predicting the $\bar{Y}$ for participants, relationship B produces $Y'$ scores that are ______ closer to the $Y$ scores.
5. Using relationship B to predict scores will improve our accuracy by ______ times as much as will using relationship A.

**Answers**

1. B
2. B
3. .09
4. .36
5. 4

## A WORD ABOUT MULTIPLE CORRELATION AND REGRESSION

Sometimes we discover several $X$ variables that each help us to more accurately predict a $Y$ variable. For example, a positive correlation exists between height and ability to shoot baskets in basketball: The taller people are, the more baskets they tend to make. Also, a positive correlation exists between how much people practice basketball and their ability to shoot baskets: The more they practice, the more baskets they tend to make. Obviously, to be as accurate as possible in predicting how well people will shoot baskets, we should consider both how tall they are and how much they practice. This example has two predictor variables (height and practice) that predict one criterion variable (basket shooting). When we wish to simultaneously consider *multiple predictor variables* for *one criterion variable,* we use the statistical procedures known as multiple correlation and multiple regression. Although the computations involved in these procedures are beyond this text, understand that the **multiple correlation coefficient**, called the *multiple R*, indicates the strength of the relationship between the multiple predictors taken together, and the criterion variable. The **multiple regression equation** allows us to predict someone's $Y$ score by simultaneously considering his or her scores on all $X$ variables. The squared multiple $R$ is the proportion of variance in the $Y$ variable accounted for by using the relationship to predict $Y$ scores.

## STATISTICS IN PUBLISHED RESEARCH: LINEAR REGRESSION

In addition to multiple correlation, you may encounter studies that use other, advanced versions of correlation and regression. Understand that the basic approach in these procedures is also to summarize the strength and type of relationship that is present, and to use an $X$ score to predict a central, summary $Y$ score.

In reports of a regression analysis, you will sometimes see our $Y'$, but you may also see the symbol $\hat{Y}$. Our other symbols are generally also found in publications, but a variation of the slope—$b$—may be referred to as "beta" and "β." Also, when researchers discuss measures of prediction error, they often use the term *residual.* Finally, you may not always see scatterplots in published reports. Instead a graph showing only the regression line may be included, and from the size of $r$ and $S_{Y'}$, you must envision the general scatterplot.

### *PUTTING IT ALL TOGETHER*

This and the previous chapter introduced many new symbols and concepts. However, they boil down to four major topics:

1. *The correlation coefficient:* The correlation coefficient communicates the *type* and *strength* of a relationship. The larger the coefficient, the stronger is the relationship: the more consistently one value of $Y$ is paired with one value of $X$ and the closer the data come to forming a perfect straight-line relationship.
2. *The regression equation:* The regression equation allows you to draw the regression line through the scatterplot and to use the relationship with $X$ to predict any individual's $Y$ score.
3. *Errors in prediction:* The standard error of the estimate indicates the "average" amount your predictions will be in error when using a particular relationship.

4. The proportion of variance accounted for: By squaring a correlation coefficient, you know how much smaller the errors in predicting *Y* scores are when you use the relationship, compared to if you do not use the relationship.

**Using the SPSS Appendix** Appendix B.4 explains how to compute the components of the linear regression equation as well as the standard error of the estimate (although it is an estimated population version—as if in our defining formula for $S_{Y'}$ we divided by $N - 2$ instead of $N$).

## CHAPTER SUMMARY

1. *Linear regression* is the procedure for predicting unknown *Y* scores based on correlated *X* scores. It produces the *linear regression line,* which is the best-fitting straight line that summarizes a linear relationship.
2. The *linear regression equation* includes the *slope,* indicating how much and in what direction the regression line slants, and the *Y intercept,* indicating the value of *Y* when the line crosses the *Y* axis.
3. For each *X,* the regression equation produces $Y'$, which is the predicted *Y* score for that *X*.
4. The *standard error of the estimate* $(S_{Y'})$ is interpreted as the "average error" when using $Y'$ to predict *Y* scores. This error is also summarized by the *variance of the Y scores around* $Y'(S^2_{Y'})$.
5. With regression we assume that (1) the *Y* scores are *homoscedastic,* meaning that the spread in the *Y* scores around all $Y'$ scores is the same, and (2) the *Y* scores at each *X* are normally distributed around their corresponding value of $Y'$.
6. The stronger the relationship, the smaller are the values of $S_{Y'}$ and $S^2_{Y'}$ because then the *Y* scores are closer to $Y'$ and so the smaller the difference between *Y* and $Y'$.
7. The *proportion of variance accounted for* is the proportional improvement in accuracy that is achieved by using the relationship to predict *Y* scores, compared to using $\overline{Y}$ to predict scores. This *coefficient of determination* is computed by squaring the correlation coefficient.
8. The proportion of variance not accounted for—the *coefficient of alienation*—is the proportion of the prediction error that is not eliminated when $Y'$ is the predicted score instead of $\overline{Y}$.
9. The proportion of variance accounted for indicates the statistical importance of a relationship.
10. *Multiple correlation and multiple regression* are procedures for describing the relationship when multiple predictor $(X)$ variables are simultaneously used to predict scores on one criterion $(Y)$ variable.

## KEY TERMS

$Y'$ $b$ $a$ $S^2_{Y'}$ $S_{Y'}$ $r^2$
coefficient of alienation *177*
coefficient of determination *177*
criterion variable *162*
heteroscedasticity *172*
homoscedasticity *171*
linear regression equation *163*
linear regression line *161*
multiple correlation coefficient *179*
multiple regression equation *179*
predicted $Y$ score *161*
predictor variable *162*
proportion of variance accounted *174*
slope *163*
standard error of the estimate *170*
variance of the $Y$ scores around $Y'$ *169*
$Y$ intercept *163*

## REVIEW QUESTIONS

(Answers for odd-numbered questions are in Appendix D.)

***1.*** What is the linear regression line?
***2.*** What is the linear regression procedure used for?
***3.*** What is $Y'$ and how do you obtain it?
***4.*** What is the general form of the linear regression equation? Identify its component symbols.
***5.*** (a) What does the $Y$ intercept indicate? (b) What does the slope indicate?
***6.*** Distinguish between the *predictor variable* and the *criterion variable* in linear regression.
***7.*** (a) What is the name for $S_{Y'}$? (b) What does $S_{Y'}$ tell you about the spread in the $Y$ scores? (c) What does $S_{Y'}$ tell you about your errors in prediction?
***8.*** (a) What two assumptions must you make about the data in order for the standard error of the estimate to be accurate, and what does each mean? (b) How does heteroscedasticity lead to an inaccurate description of the data?
***9.*** How is the value of $S_{Y'}$ related to the size of $r$? Why?
***10.*** When are multiple regression procedures used?
***11.*** (a) What are the two statistical names for $r^2$? (b) How do you interpret $r^2$?

## APPLICATION QUESTIONS

***12.*** What research steps must you go through to use the relationship between a person's intelligence and grade average in high school so that, if you know a person's IQ, you can more accurately predict the person's grade average?
***13.*** We find that the correlation between math ability ($X$) and musical aptitude scores ($Y$) is $r = +.44$. The standard error of the estimate is $S_{Y'} = 3.90$. Bubbles has a math score of 60 and Foofy a score of 72. (a) Based on their math scores, who is predicted to have the higher music score and why? (b) What procedure would we use to predict their music scores? (c) If our predictions are wrong, what is the "average" amount we expect to be "off"? (d) How much smaller is this error than if we don't use math scores to predict music scores? (e) What is you answer in part (d) called?

***14.*** (a) Explain conceptually why the proportion of variance accounted for equals 1.0 with a perfect correlation. (b) Why should you expect most relationships to account for only about 9% to 25% of the variance?

***15.*** What do you know about a research project when you read that it employed multiple correlation and regression procedures?

***16.*** Poindexter finds $r = -.80$ when correlating number of hours studied and number of errors made on a statistics test. He also finds $r = +.40$ between speed of taking the test and number of errors on the test. He concludes that hours studied forms twice as strong a relationship and is therefore twice as important as the speed of taking the test. (a) Why is he correct or incorrect? (b) Compare these relationships and draw the correct conclusion.

***17.*** (a) In question 16 what advanced statistical procedures can Poindexter employ to improve his predictions about test errors even more? (b) Say that the resulting correlation coefficient is .67. Using the proportion of variance accounted for, explain what this means.

***18.*** A researcher finds that the correlation between variable A and variable B is $r = +.20$. She also finds that the correlation between variable C and variable B is $r = -.40$. Which relationship is scientifically more useful and by how much?

***19.*** You measure how much people are initially attracted to a person of the opposite sex and how anxious they become during their first date. For the following ratio data, answer the questions below.

| *Participant* | *Attraction* X | *Anxiety* Y |
|---|---|---|
| 1 | 2 | 8 |
| 2 | 6 | 14 |
| 3 | 1 | 5 |
| 4 | 3 | 8 |
| 5 | 6 | 10 |
| 6 | 9 | 15 |
| 7 | 6 | 8 |
| 8 | 6 | 8 |
| 9 | 4 | 7 |
| 10 | 2 | 6 |

(a) Compute the statistic that describes the relationship here. (b) Compute the linear regression equation. (c) What anxiety score do you predict for a person who has an attraction score of 9? (d) When using this relationship, what is the "average" amount of error you should expect in your predictions?

***20.*** (a) For the relationship in question 19, what is the proportion of variance accounted for? (b) What is the proportion of variance not accounted for? (c) Why is or is not this a valuable relationship?

***21.*** In question 19 of the Application Questions in Chapter 7, we correlated "burnout" scores ($X$) with absenteeism scores ($Y$). Using those data: (a) Compute the linear regression equation. (b) Compute the standard error of the estimate. (c) For a burnout of 4, what absence score is predicted? (d) How useful is knowing burnout scores for predicting absenteeism?

***22.*** A researcher measures how positive a person's mood is and how creative he or she is, obtaining the following interval scores:

| ***Participant*** | ***Mood*** **X** | ***Creativity*** **Y** |
|---|---|---|
| 1 | 10 | 7 |
| 2 | 8 | 6 |
| 3 | 9 | 11 |
| 4 | 6 | 4 |
| 5 | 5 | 5 |
| 6 | 3 | 7 |
| 7 | 7 | 4 |
| 8 | 2 | 5 |
| 9 | 4 | 6 |
| 10 | 1 | 4 |

(a) Compute the statistic that summarizes this relationship. (b) What is the predicted creativity score for anyone scoring 3 on mood? (c) If your prediction is in error, what is the amount of error you expect to have? (d) How much smaller will your error be if you use the regression equation than if you merely used the overall mean creativity score as the predicted score for all participants?

***23.*** Dorcas complains that it is unfair to use SAT scores to determine college admittance because she might do much better in college than predicted. (a) What statistic(s) will indicate whether her complaint is likely to be correct? (b) In reality, the positive correlation coefficient between SAT scores and college performance is only moderate. What does this tell you about how useful the SAT is for predicting college success?

## INTEGRATION QUESTIONS

***24.*** (a) How are experiments and correlational designs similar in their purpose? (b) What is the distinguishing characteristic between an experiment and a correlational study? (Chs. 2, 7)

***25.*** In the typical experiment, (a) Do we group the scores to summarize them, and if so how? (b) What are the two descriptive statistics we compute for the summary? (Chs. 4, 5)

***26.*** In the typical correlational design, (a) Do we group the scores to summarize them, and if so how? (b) What are the three descriptive statistics we compute for the summary? (Chs. 7, 8)

***27.*** In a typical experiment, a researcher says she has found a good predictor (a) What name do we give to this variable? (b) Scores on which variable are being predicted? (c) For particular participants, what score will be used as the predicted score? (d) What statistic describes the "average" error in predictions? (Chs. 4, 5)

***28.*** In a typical correlational study, a researcher says he has found a good predictor (a) What name do we give to this variable? (b) Scores on which variable are being predicted? (c) For a particular participant, what score will be the predicted score? (d) What statistic describes the "average" error in predictions? (Chs. 7, 8)

***29.*** You know that a relationship accounts for a substantial amount of variance. What does this tell you about (a) its strength? (b) the consistency that a particular *Y* is paired with only one *X*, (c) the variability in *Y* scores at each *X*? (d) how closely the scatterplot hugs the regression line? (e) the size of the correlation coefficient? (f) how well we can predict *Y* scores? (Chs. 7, 8)

## SUMMARY OF FORMULAS

1. The formula for the linear regression equation is

$$Y' = bX + a$$

2. The formula for the slope of the linear regression line is

$$b = \frac{N(\Sigma XY) - (\Sigma X)(\Sigma Y)}{N(\Sigma X^2) - (\Sigma X)^2}$$

3. The formula for the $Y$ intercept of the linear regression line is

$$a = \overline{Y} - (b)(\overline{X})$$

4. The formula for the variance of $Y$ scores around $Y'$ is

$$S_{Y'}^2 = S_Y^2(1 - r^2)$$

5. The formula for the standard error of the estimate is

$$S_{Y'} = S_Y\sqrt{1 - r^2}$$

6. The formula for the proportion of variance accounted for is

$$\text{Coefficient of determination} = r^2$$

7. The formula for the proportion of variance not accounted for is

$$\text{Coefficient of determination} = 1 - r^2$$