# Exhibit 28

# The Content Analysis Guidebook

## Second Edition

Kimberly A. Neuendorf
*Cleveland State University*

SAGE

Los Angeles | London | New Delhi
Singapore | Washington DC | Melbourne

SAGE

FOR INFORMATION:

SAGE Publications, Inc.
2455 Teller Road
Thousand Oaks, California 91320
E-mail: order@sagepub.com

SAGE Publications Ltd.
1 Oliver's Yard
55 City Road
London, EC1Y 1SP
United Kingdom

SAGE Publications India Pvt. Ltd.
B 1/I 1 Mohan Cooperative Industrial Area
Mathura Road, New Delhi 110 044
India

SAGE Publications Asia-Pacific Pte. Ltd.
3 Church Street
#10-04 Samsung Hub
Singapore 049483

Acquisitions Editor: Karen Omer
Editorial Assistant: Sarah Dillard
Production Editor: Libby Larson
Copy Editor: Amy Harris
Typesetter: C&M Digitals (P) Ltd.
Proofreader: Jennifer Grubba
Indexer: Jeanne R. Busemeyer
Cover Designer: Candice Harman
Marketing Manager: Amy Lammers

Copyright © 2017 by SAGE Publications, Inc.

All rights reserved. No part of this book may be reproduced or used in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Printed in the United States of America

*Library of Congress Cataloging-in-Publication Data*

Names: Neuendorf, Kimberly A., author.

Title: The content analysis guidebook / Kimberly A. Neuendorf, Cleveland State University, USA.

Description: Los Angeles : SAGE, [2017] | Earlier edition: 2002. | Second edition bibliographical references and index.

Identifiers: LCCN 2015044657 |
ISBN 9781412979474 (pbk. : alk. paper)

Subjects: LCSH: Sociology—Research—Methodology. | Content analysis (Communication)

Classification: LCC HM529 .N47 2017 | DDC 301.01—dc23
LC record available at http://lccn.loc.gov/2015044657

This book is printed on acid-free paper.

16 17 18 19 20 10 9 8 7 6 5 4 3 2 1

This material may be protected by Copyright law (Title 17 U.S. Code)



5. *Sampling:* Is a census of the content possible and desirable? (If yes, go to #6.) If not, how will you obtain a *probability sample* that is a *representative* subset of the *population* of content? This could be by time period, by individual speaker, by issue, by web page, by channel, and so forth.

6. *Training and pilot reliability.* During training sessions in which coders work together, find out whether they can agree on the coding of variables. Then, in an independent pilot coding test, note the intercoder *reliability* on each variable. Consider assessing intracoder reliability and unitizing reliability as needed. At each stage, *revise* the codebook and coding form as needed.

7a. *Coding:* Use at least two coders to establish intercoder reliability. Coding should be done independently, with at least 10% overlap for the reliability test.

7b. *Coding:* Apply dictionaries to the sample text to generate per-unit (e.g., per-news story) frequencies for each dictionary. Do some spot checking (e.g., using *KWIC*) for validation.

8. *Final reliability:* A second, "final" intercoder reliability check should be executed during the actual coding process. Calculate a reliability figure (Cohen's *kappa* and/or Lin's CCC concordance coefficient, for example) for each variable. Again, use intracoder and unitizing reliabilities as needed.

9. *Tabulation and reporting:* See various examples of content analysis results to identify the ways in which data can be analyzed and results can be reported. Figures and statistics may be reported one variable at a time (univariate), or variables may be cross-tabulated in different ways (bivariate and multivariate techniques). Over-time trends are also a common reporting method. In the long run, relationships between content analysis variables and other measures may establish *criterion and construct validity*.

a convention) and offer techniques of statistical control for such confounding influences.

## The Processes

The process of coder training is inextricably linked with the process of codebook development, at least for the development of an original codebook.

The intertwined processes may be long and arduous. What follows would be the extreme scenario, including all possible points for codebook revision in the process of the creation of an original coding scheme.

- ➔ Write codebook, with variable selection following guidelines in Chapter 4 and variable measurement following guidelines in this chapter
  - ➔ Coder training, with discussion
    - ➔ Coders practice code together, engaging in consensus-building discussion
      - ➔ Possible codebook revisions
        - ➔ Coder training on revisions
          - ➔ Coders practice code independently on a number of cases representing the variety of the population (including unitizing as needed)
            - ➔ Coders discuss results of independent practice coding
              - ➔ Possible codebook revisions
                - ➔ Coder training on revisions
                  - ➔ Coders code pilot subsample for reliability purposes (intercoder, plus intracoder and/or unitizing as needed; see Chapter 6)
                    - ➔ Researcher checks reliabilities
                      - ➔ Possible codebook revisions
                        - ➔ Coder training on revisions
                          - ➔ Final coding commences
                            - ➔ Independent coding for reliability optimally conducted on content throughout the final coding schedule (including final intercoder reliability checks, plus intracoder and/or unitizing reliability checks as needed)
                              - ➔ Coder "debriefing," which includes disclosing fully to the coders what the study was all about and may include asking coders to analyze their experiences

The coder debriefing process has proved to be a valuable tool for the long-term evolution of a coding scheme, providing the researcher with possible changes, additions, and deletions based on the experiences of the frontline workers, the coders (e.g., Capwell, 1997; Neuendorf et al., 2010). As noted earlier, coder debriefing also carries ethical overtones.

It should be noted that during practice coding, there may sometimes be additions made to the coding scheme in a "grounded" process, whereby constructs emerge from the content as salient, the coders take note of this, and the researcher makes the decision to add measures.

## Medium Modality and Coding

The medium in which the messages to be analyzed are stored or transmitted can have implications for the human-coding process.

The discussion in this chapter focuses on human coding techniques, with consideration given to how to achieve good intercoder reliability. The chapter presents a variety of intercoder reliability coefficients, including key formulas, and gives attention to the use of multiple human coders, a widely used technique that is often ignored in the methodology literature. Computer programs and applications that aid in the computation of intercoder reliability coefficients are summarized. A portion of this chapter deals with procedures for the treatment of variables that do not achieve acceptable levels of reliability. The chapter also mentions the rare but very real possibility of needing to drop a coder from a study. And this chapter considers extensions of the traditional ways of looking at reliability in content analysis by introducing issues such as coding stability (intracoder reliability), unitizing reliability, the establishment of confidence intervals around reliability coefficients, and building models that indicate sources of variation in human coding.

## Intercoder Reliability: An Introduction to Standards and Practices

Achieving an acceptable level of intercoder reliability is important for two reasons:

1. To provide basic validation of a coding scheme: That is, it must be established that more than one individual can use the coding scheme as a measurement tool, with similar results. Put a different way, it must be confirmed that the coding scheme is *not* limited to use by only one individual (that would be more along the lines of expert analysis and not a true content analysis; Carletta, 1996). As Tinsley and Weiss (1975) note, it is important to demonstrate that the "obtained ratings are not the idiosyncratic results of one rater's subjective judgment" (p. 359). This means that even if the principal investigator does all of the coding, a reliability check with a second coder is needed (Evans, 1996).
2. For the practical advantage of using multiple coders: Splitting up the coding task allows for more messages to be processed, as long as the two or more coders are "calibrated" against one another.

For reason Number 1, at least two coders need to participate in any human-coding content analysis. For Number 2, we may employ up to 30 or 40 different individuals (Potter & Levine-Donnerstein, 1999).

There is contemporary acknowledgment in the research literature that the establishment of intercoder reliability is essential, a necessary criterion for valid and useful research when human coding is employed. However, this has