# Exhibit 32

Check for updates

Author Manuscript

# Inclusion climate: A multilevel investigation of its antecedents and consequences

Yiqiong Li[1], Sanjee Perera[2], Carol Kulik[2], Isabel Metz[3]

[1] UQ Business School, University of Queensland, Australia

[2] UniSA Business School, University of South Australia, Australia

[3] Melbourne Business School, University of Melbourne, Australia

Correspondence: Dr Yiqiong Li, UQ Business School, University of Queensland (St Lucia Campus), QLD, Australia.

Telephone: 61-7- 3346 8078

Email: yiqiong.li@business.uq.edu.au

Bio:

YIQIONG LI received a PhD from the University of New South Wales. She is a lecturer at the University of Queensland Business School. Her research agenda focuses upon exploring how organizational and job factors as well as HRM practices influence work-related well-being and translating this knowledge into strategies to enhance employee health and safety.

SANJEEWA PERERA is a Lecturer in the School of Management, University of South Australia. She received her PhD from University of South Australia. Her research interests include workforce diversity and emotion in the workplace.

CAROL T. KULIK received a PhD from the University of Illinois at Urbana–Champaign. She is a Research Professor at the University of South Australia Business School. Her interests encompass cognitive processes, demographic diversity, and organizational fairness, and her research focuses on explaining how human resource management interventions affect the fair treatment of people in organizations.

ISABEL METZ received a PhD from Monash University. She is a professor of Organizational Behavior in the Melbourne Business School at the University of Melbourne. Her research examines how change and human resource management influence people and organization outcomes. Current research projects include investigating internal and external influences of diversity and inclusion practices in organizations.

This is the author manuscript accepted for publication and has undergone full peer review but has not been through the copyediting, typesetting, pagination and proofreading process, which may lead to differences between this version and the Version of Record. Please cite this article as doi: 10.1002/hrm.21956

This article is protected by copyright. All rights reserved.

Author Manuscript

**Inclusion climate: A multilevel investigation of its antecedents and consequences**

**ABSTRACT**

This study investigates the antecedents and consequences of organization-level inclusion climate. A national sample of human resource decision makers from 100 organizations described their firms' formal diversity management programs; 3,229 employees reported their perceptions of, and reactions to, their employers' diversity management. Multilevel analyses demonstrate that identity-conscious programs (programs that target specific identity groups) generate an inclusion climate. Moreover, the analyses provide evidence of multilevel mediation: In organizations with an inclusion climate, individual employees perceive the organization as fulfilling its diversity management obligations and respond with higher levels of affective commitment. This study represents an important step towards understanding how a shared perception of organizational inclusiveness develops and how inclusion climate facilitates the achievement of diversity management objectives. The findings also shed light on the important role of identity-conscious programs in promoting organizational commitment within a diverse workforce.

**Key words:**

Identity-conscious diversity management programs, inclusion climate, diversity promise fulfillment, affective commitment, multilevel mediation



This article is protected by copyright. All rights reserved.

**Acknowledgement:** This project was supported by Australian Research Council Linkage Projects grant LP0883701 in partnership with Diversity@Work and the Australian Senior Human Resources Roundtable.

Author Manuscript



This article is protected by copyright. All rights reserved.

Author Manuscript

**Inclusion climate: A multilevel investigation of its antecedents and consequences**

A committed workforce delivers many benefits to an employer. Employees who experience affective commitment bring high value to the employment relationship; they work hard to achieve high performance and they are likely to remain with their employer over the long term (Meyer, Stanley, Herscovitch, & Topolnytsky, 2002). Unfortunately, organizations are not always successful in inspiring commitment, especially within a diverse workforce. Diverse workforces are less cohesive, so employees in diverse organizations frequently report low commitment and high levels of inter-group conflict (Ali, Metz, & Kulik, 2015a; Jehn, Northcraft, & Neale, 1999). These negative outcomes are worrisome in an increasingly mobile and diverse workforce (Hays, 2013).

It is particularly difficult to garner commitment among employees whose social identity groups have been historically underrepresented in organizations. Some social identity groups (e.g., women, older workers, people of color) are associated with negative stereotypes that generate barriers to finding employment (Richardson, Webb, Webber, & Smith, 2013), advancing to senior levels (Windscheid, Bowes-Sperry, Mazei, & Morner, 2017), and receiving organizational rewards and benefits (Lazazzara, Karpinska, & Henkens, 2013). While many firms have made an effort to remove the most overt barriers and reduce employment discrimination (Ely & Thomas, 2001), subtle barriers built into organizational systems continue to privilege employees from dominant social groups (Noon, 2010). As a result, employees from historically disadvantaged social groups feel less valued than other employees (Kulik, 2015; Spedale, Coupland, & Tempest, 2014). They view their



This article is protected by copyright. All rights reserved.

Author Manuscript

organizations as less socially inclusive (Armstrong-Stassen, 2008) and are less likely to develop ties with coworkers from dominant identity groups (Konrad, Seidel, Lo, Bhardwaj, & Qureshi, 2017). Even within Fortune's "100 Best Companies to Work For", employees of color and White women perceive less organizational fairness and camaraderie than their White male colleagues (Carberry & Meyers, 2017). Today's workforce diversity presents a key challenge to researchers and practitioners: How can organizations create inclusive workplaces that fully engage all employees, including those from disadvantaged groups?

A large body of research demonstrates that a positive diversity climate is associated with greater organizational commitment (Buttner, Lowe, & Billings-Harris, 2010a; Hicks-Clarke & Iles, 2000; Hopkins, Hopkins, & Mallette, 2001; McKay et al., 2007; Triana, Garcia, & Colella, 2010). Diversity climate comprises employees' shared perceptions of how fair and inclusive their organization is (Mor Barak, Cherin, & Berkman, 1998). Thus, a positive diversity climate could address the commitment problem associated with employee diversity. But how can organizations create a positive diversity climate? While important positive effects of diversity climate have been demonstrated in research (see a meta-analytic review by Mor Barak et al., 2016), there has been surprisingly little progress toward understanding how diversity climates develop (Dwertmann, Nishii, & van Knippenberg, 2016; Kulik & Li, 2015; McKay & Avery, 2015). Further, once a diversity climate is established, how does it influence employee outcomes? We need a deeper understanding of the mechanism that converts organization-level diversity climate to an individual outcome such as employee commitment.

This study addresses these questions theoretically and empirically by focusing on one important but understudied dimension of diversity climate: inclusion climate. Specifically,



This article is protected by copyright. All rights reserved.

Author Manuscript

this study investigates the antecedent and consequences of organization-level inclusion climate (Figure 1). Employees from historically disadvantaged social groups are less likely to perceive their organization as fulfilling the obligations regarding diversity management (namely, diversity promise fulfillment) and subsequently are less affectively committed. Inclusion climate, and its antecedent programs, are proposed here as a remedy. We propose that an inclusion climate emerges when an organization's formal diversity management programs explicitly incorporate social identity into its human resource (HR) decisions (i.e., identity-conscious programs). These programs facilitate shared perceptions among employees that their social identities are valued and they are socially integrated; that is, they create an inclusion climate. The collective inclusion climate then encourages individual employees to perceive that the organization has fulfilled its diversity management obligations and to reciprocate by committing to the organization.

[Insert Figure 1 about here]

Our study contributes to the HR and diversity management literatures in three ways. First, by exploring the impact of identity-conscious programs on inclusion climate, we respond to recent calls for studies on antecedents of diversity climates, with the aim of "uncover[ing] the HR practices associated with pro-diversity climates" (Avery & McKay, 2010: 242). As pointed out by Shore, Cleveland, and Sanchez (2017) in their review of research on inclusion, "a key issue in the diversity and inclusion literature is to increase understanding of the role of various HR practices in creating experiences of inclusion for employees" (p.12). There are distinct approaches to diversity management: identity-blind (which does not target specific identity groups) and identity-conscious (which does target



This article is protected by copyright. All rights reserved.

Author Manuscript

specific identity groups) (Konrad & Linnehan, 1995). Most organizations choose the identity-blind option; this is the dominant approach to diversity management in practice and research (Ely & Thomas, 2001; Thomas & Ely, 1996). Thus, this study aims to deepen our understanding of the less popular (Kulik, Perera, & Cregan, 2016), but potentially more effective (Kalev, Dobbin, & Kelly, 2006; Windscheid et al., 2017), identity-conscious approach. We investigate the unique predictive capacity of identity-conscious programs in predicting inclusion climate, beyond the impact of identity-blind programs. In doing so, our study contributes to the evidence base related to identity-conscious programs.

Second, we investigate how an inclusion climate influences employees' affective commitment. Diversity climate's psychological mechanisms constitute a "black box" (Avery & McKay, 2010) largely neglected in diversity climate research (Singh, Winkel, & Selvarajan, 2013). Our study positions the fulfillment of employees' diversity management expectations (diversity promise fulfillment) as an important mediator.

Third, by examining the indirect relationship of identity-conscious programs and employee affective commitment via inclusion climate and employees' diversity promise fulfillment, this study presents an integrated picture of how diversity is managed in the eyes of both employers and employees. Our conceptual model flows first from *what the organization is doing* (formal diversity management programs) to *what employees perceive their organization is doing* (diversity climate) and then to *how employees psychologically* (diversity promise fulfillment) and *attitudinally* (affective commitment) *react to what they think* (Nishii, Khattab, Shemla, & Paluch, 2018). To achieve this, we adopt a multilevel design of employees nested within organizations, using data from multiple sources. HR



This article is protected by copyright. All rights reserved.

Author Manuscript

decision makers describe the formal diversity management programs adopted in their organization and employees report their perceptions of their employers' diversity management (inclusion climate). Therefore, our study distinguishes between different levels of HR systems (programs versus climate), using the most knowledgeable informants at each level (Arthur & Boyles, 2007).

## THE PROBLEM OF EMPLOYEE COMMITMENT

From a social exchange perspective, employees form expectations of what their employers are obligated to provide in the employment relationship. Fulfillment of that "psychological contract" is associated with more positive employee attitudes (Morrison & Robinson, 1997; Zhao, Wayne, Glibkowski, & Bravo, 2007). Diversity promise fulfillment is the achievement of a unique type of psychological contract that reflects employees' expectations of employer obligations regarding diversity management. These obligations include having a diverse and representative workforce, appreciating input from minority group members and supporting minority group issues (Chrobot-Mason, 2003). In general, employees both expect and desire inclusion in their workplaces (Shore et al., 2011). Moral principles sensitize people to fairness issues in organizations (Cropanzano, Goldman, & Folger, 2003; Folger, 2001), especially for people who place a positive personal value on diversity (Triana, Wagstaff & Kim, 2012). Therefore, diversity obligations are recognized by members of both minority and majority identity groups. However, employees from historically disadvantaged social groups are more vigilant about monitoring diversity signals and more sensitive to cues about whether organizations value their social identity (Walton, Murphy & Ryan, 2015). Therefore, they are less likely to perceive their organization as



This article is protected by copyright. All rights reserved.

Author Manuscript

meeting its diversity management obligations, thus reporting lower diversity promise fulfillment (Buttner, Lowe, & Billings-Harris, 2010b; Chrobot-Mason, 2003).

Existing research, mostly conducted in North America, shows that gender and racioethnic differences influence employee perceptions of their organizations' diversity management. In general, women and racioethnic minorities hold less favorable views of their organizations' diversity management; White men perceive higher organizational support for diversity. Based on a survey of 722 faculty employees at a large U.S. university, Kossek and Zonia (1993) found that women and racioethnic minorities reported less organizational support than White men. Similarly, in Mor Barak et al.'s (1998) study of 2,686 employees of an electronics company, Whites viewed the organization as fairer and more inclusive than Blacks and men perceived greater organizational fairness than women. Hicks-Clarke and Iles (2000) found that women were less likely than men to describe diversity as supported in their organization. Avery, McKay, Wilson and Tonidandel (2007) reviewed several studies confirming that minority employees perceive less organizational support than their White counterparts and argued that the lack of support leads to greater absenteeism among Black and Hispanic employees.

In Australia, where we conducted our research, managers are increasingly aware of gender, age, and cultural diversity (Hays, 2013). Moreover, recent trends on these demographic dimensions have heightened the urgency to address diversity and inclusion issues in Australia. In absolute terms, Australia's 2017 workforce displays the largest number of female employees in history (based on data from 2006-2007 to 2016-2017), and women constitute 46.2 percent of employees (ABS, 2017a). Between 2005-2006 and 2015-2016, the



This article is protected by copyright. All rights reserved.

Author Manuscript

participation rate for people aged 55-64 has exhibited higher increases than any other age group (ABS, 2016a). The federal government's plan to incrementally increase the official retirement age from 65 to 67 by 2023 will further extend employees' working lives (Australian Department of Human Services, 2017). In terms of cultural diversity, Australia has a small Indigenous population (about 2.8 percent) and a large migrant population (one third born overseas) (ABS, 2016b). Non-White migrants (from China, India, Philippines, Vietnam, South Africa and Malaysia) account for about a quarter of all migrants (ABS, 2017b). In particular, migrants from China and India have both more than doubled from 2006 to 2016. Despite Australia's diversity, women, older and ethnic minority workers have historically experienced disadvantage in their employment conditions. Women's labor force participation rate is still lower than men's and women are more likely to be in part-time and casual employment, or be under-employed, than men (ABS, 2017a). The average female wage is only 89 percent of the average male wage (ABS, 2017a). Older workers are less likely to be underemployed or unemployed than younger workers, but they remain underemployed and unemployed for longer periods (ABS, 2010). Migrant employees are less likely to be employed full time and have higher unemployment rates than Australia-born employees (ABS, 2016c). Ethnic minority candidates apply for many more jobs to receive the same number of interviews as candidates with Anglo-sounding names (Booth, Leigh, & Varganova, 2012).

Because of their experience with discrimination (Avery, McKay, & Wilson, 2008), employees of historically disadvantaged social groups are less likely to view their organization as supportive of diversity; i.e., they perceive a lower level of diversity promise fulfillment, in comparison with employees from the dominant social group. Based on the



This article is protected by copyright. All rights reserved.

Author Manuscript

social exchange perspective, we propose a mediation effect: Female, older, and ethnic minority employees are less likely to feel that diversity promises are fulfilled, which will make them less likely to reciprocate with organizational commitment.

*H1: Employees from historically disadvantaged social groups (female, older and ethnic minority employees) report lower levels of diversity promise fulfillment than other employees.*

*H2: Employees' diversity promise fulfillment is positively related to their affective commitment.*

*H3: Employees' diversity promise fulfillment mediates the relationship between employee demographics (gender, age and racioethnicity) and their affective commitment.*

## DIVERSITY CLIMATE AND ITS ANTECEDENT PROGRAMS AS A SOLUTION

### Diversity Climate: Definition and Dimensions

The evidence that disadvantaged employees are less committed suggests that organizations need to consider how they can structure their HR activities to meet employee expectations about diversity and generate commitment among diverse employees. However, these design issues demand attention to both what organizations actually do and what employees perceive their organizations to be doing. An HR system consists of five levels: principles, policies, programs, practices and climate (Arthur & Boyles, 2007). Organizations have values and beliefs that guide their HR activities (principles); they establish goals and objectives for what their HR activities should achieve (policies). Organizations adopt formal HR activities (programs) to meet their goals and objectives, but employees' experiences depend on whether, and how well, formal programs are implemented by lower-level managers



This article is protected by copyright. All rights reserved.

Author Manuscript

(practices). Climate reflects employees' shared perceptions and interpretations of the meaning of HR principles, policies, programs and practices they encounter in the organization. In this research, we focus on two conceptually distinct levels: programs (what the organization does) and climate (what employees collectively perceive). Based on signaling (Spence, 1973) and sensemaking (e.g., Weick, Sutcliffe, & Obstfeld, 2005) theories, we propose that programs shape climate. In the following sections, we first review the literature defining diversity climate and then review the literature on diversity climate's antecedents and consequences.

Organizational climate is "a set of shared perceptions regarding the policies, practices and procedures that an organization rewards, supports and expects" (Kuenzi & Schminke, 2009: 637). *Diversity* climate, in particular, is defined as employees' shared awareness and perceptions of their organization's diversity management system. More specifically, diversity climate reflects employees' perceptions and interpretation of "the extent to which their organizations value diversity" (Dwertmann et al., 2016: 1137) as evident in an organization's diversity management system.

One of the earliest, and still the most popular, measures of diversity climate (Mor Barak et al., 1998) distinguished between organizational fairness and inclusion dimensions. These two dimensions capture employees' two distinct reactions to their organization's diversity management system in relation to their personal identity and social identity (Mor Barak et al., 1998). A fairness climate reflects employees' perceptions about the extent to which their organization treats employees fairly regardless of their demographic characteristics. Employees perceive HR decisions (such as hiring and promotion) as fair when



This article is protected by copyright. All rights reserved.

Author Manuscript

they are based on individual merit and performance (personal identity) rather than their social identity (e.g., their gender, race, age or other demographics) (Derks, van Laar, & Ellemers, 2007). Thus, a fairness climate indicates that an employee's personal identity is affirmed. However, a fairness climate indicates only that social identity should not disadvantage employees. For example, employees might be aware that the organization has developed explicit criteria for hiring and promotion decisions, designed to apply consistent standards and reduce discrimination. A fair climate, although important, does not necessarily suggest that employees' social identities are valued and socially integrated, which is what underpins an inclusion climate (Nishii, 2013). Inclusion climate refers to the extent to which employees collectively perceive that the organization values differences, gives employees from all identity groups equal access to organizational resources, and creates opportunities to establish networks within a diverse workforce. In an inclusion climate, employees feel that their social identities are valued and celebrated. Taken together, the fairness and inclusion dimensions of diversity climate capture employees' reactions in relation to both their personal and social identities (Mor Barak et al., 1998; Kulik et al., 2016).

Unfortunately, most diversity research does not differentiate between the fairness and inclusion dimensions of diversity climate. Researchers either exclusively measure a fairness climate or combine fairness and inclusion items into a single climate measure. Moreover, most studies emphasize the fairness dimension leaving inclusion climate insufficiently investigated. Very few studies (only 2 of 45 quantitative studies reviewed by Dwertmann et al., 2016) explicitly focus on inclusion climate. Further, most diversity climate research has focused on the individual level of analysis, a methodological choice reflecting convenience



This article is protected by copyright. All rights reserved.

Author Manuscript

rather than theory (Dwertmann et al., 2016; McKay & Avery, 2015). Thirty-two of 45 empirical studies reviewed by Dwertmann et al. (2016) conceptualized diversity climate as individual perceptions. Given that climate is the property of a unit, it is conceptually valid to construct climate as *shared* perceptions that reflect the level of agreement among employees on the attributes of the work environment.

The academic literature demonstrates that diversity climate "matters," but to date it has offered very little evidence-based advice on how to generate a positive diversity climate. Empirical studies often treat diversity climate as a predictor or a moderator variable rather than an outcome variable, and so "little is known about how diversity strategies, espoused or enacted, contribute to building a…climate that is effective at attracting and retaining minority employees" (Buttner, Lowe, & Billings-Harris, 2012: 248). With very few exceptions (such as Boehm, Kunze, & Bruch, 2014; Herdman & McMillan-Capehart, 2010; Pugh, Dietz, Brief, & Wiley, 2008), theory and evidence exploring the antecedents of diversity climate are still underdeveloped. To fill this research gap, our study explores the role of formal diversity management programs. We explicitly distinguish between identity-blind and identity-conscious programs (Konrad & Linnehan, 1995) and highlight the unique value of identity-conscious programs in creating an inclusion climate.

**Antecedents of Diversity Climate**

In this research, we use signaling (Spence, 1973) and sensemaking (Weick, Sutcliffe, & Obstfeld, 1999, 2005) theories to understand the impact of an organization's formal diversity management programs on diversity climate. HR activities serve a signaling function; they communicate what an organization values by demonstrating how issues related to human



This article is protected by copyright. All rights reserved.

Author Manuscript

resources are prioritized and addressed (Bowen & Ostroff, 2004). Employees who experience these HR activities, or who observe others experiencing those activities, engage in continuous and socially based sensemaking processes in which they perceive, discuss, and interpret these signals (Weick et al., 1999, 2005). As a result of social sensemaking, employees gradually form a collective sense of the meaning of these signals and develop a shared perception of what behaviors are valued, supported and rewarded in the organization; i.e., organizational climate.

Formal diversity management programs, as one particular form of HR activities, send signals about how an employee's social identity is valued by the organization, with implications for the diversity climate that emerges. In response to equal opportunity legislation, most organizations have adopted identity-blind programs designed to remove the stereotypes, prejudice and barriers that block the progress of minority employees (Ely & Thomas, 2001). The focus is on providing equal opportunities in hiring and promotion, regardless of employees' social identities. Identity-blind programs intentionally signal that the organization's HR activities ignore an employee's social identity and place a higher value on merit (Ely & Thomas, 2001; Konrad & Linnehan, 1995). Such signals are expected to be interpreted by employees as indications that the organization treats each individual fairly, equitably and without bias. Thus, identity-blind programs are conducive to a fairness climate.

Most organizations choose to emphasize the sameness of employees (Plaut, 2010) and apply the same HR procedures and decision making processes to each individual (Konrad & Linnehan, 1995; Leventhal, 1976). These organizations will rely exclusively on identity-blind programs; identity-blind is the dominant approach to diversity management (Thomas & Ely,



This article is protected by copyright. All rights reserved.

Author Manuscript

1996). However, some organizations choose to embrace employees' differences; they believe that employees of all backgrounds bring important but different knowledge and perspectives that can generate learning and adaptive change (Ely & Thomas, 2001; Thomas & Ely, 1996). These organizations progress to a second, more proactive stage of diversity management (Metz & Kulik, 2014; Mor Barak & Travis, 2009) and add identity-conscious programs to their portfolio. Having addressed the discriminatory barriers that limited the organization's ability to attract and retain a diverse workforce, the organization begins to invest in more active forms of diversity management that affirm employees' social identities (Kulik et al., 2016) and "make these [identity] characteristics legitimate criteria" (Noon, 2010: 730) for HR decisions. For example, organizations might adopt formal plans or systems to monitor gender and race patterns in hiring, promotions, and resignations (Gallegos, 2014); identified imbalances might be deliberately corrected through preferential hiring (Heilman & Blader, 2001). Identity-conscious programs send explicit signals to employees that their social identities are respected: the insights, skills and experiences associated with their identity group membership are recognized and valued; their identity-based input is considered in decision making; and their efforts to share and integrate identity-based knowledge are appreciated (Bernstein & Bilimoria, 2013; Dwertmann et al., 2016; Nishii, 2013; Nishii & Rich, 2014; Shore et al., 2017). In response to identity-conscious programs, employees form a collective perception that their background differences are acknowledged and embraced rather than overlooked or ignored; an inclusion climate thus develops.

As a result of the two-stage process toward inclusion (Metz & Kulik, 2014; Mor Barak & Travis, 2009), identity-conscious programs differentiate organizations more than identity-



This article is protected by copyright. All rights reserved.

Author Manuscript

blind programs do. Most organizations adopt at least some identity-blind programs, but identity-conscious programs are less common (Ali et al., 2015a; Kulik & Li, 2015; Kulik et al., 2016). Identity-conscious programs are layered onto an identity-blind foundation, so the literature documents a positive correlation between identity-blind and identity-conscious programs (Jonasson, Lauring, & Guttormsen, 2018; Konrad & Linnehan, 1995; Kulik et al., 2016). Fairness and inclusion climates, therefore, emerge from two distinct, but partially overlapping, diversity management portfolios. An organization that adopts only identity-blind diversity programs may develop a fairness climate but it is unlikely to develop an inclusion climate. Only identity-conscious programs affirm employees' social identities, and so identity-conscious programs are an essential precondition of an inclusion climate. To demonstrate the unique predictive capacity of identity-conscious programs, we propose:

*H4: Identity-conscious programs are positively related to inclusion climate while controlling for identity-blind programs.*

**Consequences of Diversity Climate**

There is empirical support for the positive impact of diversity climate on employee attitudinal and behavioral outcomes. Positive diversity climates are associated with higher organizational commitment (Buttner et al., 2012; Gonzalez & DeNisi, 2009; Hicks-Clarke & Iles, 2000), lower turnover intentions (Buttner et al., 2012; Gonzalez & DeNisi, 2009) and better individual performance (McKay, Avery, & Morris, 2009). However, a black box of the underlying psychological processes still remains concerning *how* diversity climate influences employee outcomes (Avery & McKay, 2010).



This article is protected by copyright. All rights reserved.

Author Manuscript

In this study, we explore the role of diversity promise fulfillment as an important mediating mechanism. We propose that in an inclusion climate, both majority and minority employees experience respect and belongingness (Boehm & Dwertmann, 2015; Shore et al., 2011), facilitating the fulfillment of diversity-related expectations for both groups. On the one hand, an inclusion climate conveys the managerial philosophy that the different knowledge and insights gained from identity group membership are a source of competitive advantage. Therefore, inclusion climate specifically reflects a "business case" justification for managing a diverse workforce. Such justification is more positively received by majority groups compared to a moral or legal justification (Kidder, Lankau, Chrobot-Mason, Mollica, & Friedman, 2004). On the other hand, an inclusion climate demonstrates management's commitment to more inclusive attitudes (Wolsko, Park, & Judd, 2006), more positive evaluation of minority employees (Verkuyten, 2005; Vorauer, Gagnon, & Sasaki, 2009) as well as more effectiveness in increasing the proportion of women in upper management (Kalev et al., 2006; Windscheid et al., 2017) and the number of racioethnic minority workers (Konrad, Yang, & Maurer, 2016). Thus, an inclusion climate represents more genuine management commitment to value and support diversity (Konrad & Linnehan, 1995) and leads to less skepticism especially among minority employees (McKay & Avery, 2005; Plaut, Garnett, Buffardi, & Sanchez-Burks, 2011; Purdie-Vaughns, Steele, & Davies, 2008). An inclusion climate convinces both majority and minority employees that their organizations' diversity management efforts produce desirable outcomes and, thus, that their organizations fulfil their diversity management obligations. Therefore, we propose that inclusion climate leads to higher levels of diversity promise fulfillment.



This article is protected by copyright. All rights reserved.

Author Manuscript

*H5: Inclusion climate is positively related to employees' diversity promise fulfillment.*

Taken together, Hypotheses 2, 4 and 5 examine the top down effect of identity-conscious programs on employees' affective commitment through the sequential mediating effects of inclusion climate and employees' diversity promise fulfillment. Specifically, we expect that identity-conscious programs lead to a positive inclusion climate, which in turn fulfils employees' diversity expectations and results in higher affective commitment.

*H6: Identity-conscious programs are significantly related to affective commitment through (sequentially) inclusion climate and employees' diversity promise fulfillment.*

## METHOD

### Research Setting and Project Procedures

The present study was part of a large 3-year research project supported by an external grant to study diversity management. The first phase of the project involved an Employer Survey designed as a national audit of diversity management programs used by organizations in the public and private sectors. Industry partners associated with the grant (a professional association of senior HR managers and a diversity consultancy) invited their member and client organizations to participate. We also purchased the contact details of HR decision makers at 3,980 organizations from Dun and Bradstreet. The Employer Survey attracted 801 Australian organizations that were diverse in terms of industry, public/private sector, size, organization age, and headquarter locations.

In the Employer Survey, HR decision makers (a senior HR manager or another key manager responsible for the HR function) within the participating organizations were asked to indicate the extent to which a series of diversity management programs (both identity-blind



This article is protected by copyright. All rights reserved.

Author Manuscript

and identity-conscious) were adopted in their organizations. Preliminary data analysis demonstrated that participating organizations were consistent in their adoption of identity-blind programs; identity-blind programs displayed higher means and less variability than identity-conscious ones (refer to Table 1).

Organizations could respond anonymously to the Employer Survey or self-identify. We encouraged identification by promising a customized feedback report benchmarking the organization's diversity management programs against the full audit sample, and 496 organizations identified themselves. Those 496 organizations were then invited to participate in a subsequent Employee Survey in which employees would respond to questions concerning inclusion climate, diversity promise fulfillment and affective commitment. We liaised directly with the HR department or the key HR decision maker to distribute surveys to employees. Australia's economy is dominated by small workplaces; only 0.2 percent of organizations have 200 employees or more (ABS, 2017c). Smaller organizations were encouraged to distribute survey packets to their entire workforce; organizations with more than 300 employees were encouraged to invite at least 30% of their workforce. The survey was available in both hardcopy and online, and the HR decision maker chose the version most appropriate for the organization (e.g., depending on employee access to computers). The survey packet included an invitation letter and a research information sheet that described the nature of our research project and emphasized that employee participation was voluntary and anonymous. Hardcopy surveys were posted directly to the research team and online surveys were submitted directly to the team.

**Sample Characteristics**



This article is protected by copyright. All rights reserved.

Author Manuscript

Our starting sample consisted of 4,185 employees from 112 organizations participating in both the Employer Survey and the Employee Survey. The final dataset excluded 956 Employee Survey responses based on these criteria: (1) we received three or fewer employee responses from the organization[1]; (2) the responding employees constituted less than 10 percent of the organization's total workforce; or (3) there was missing data with respect to employee gender, age, or ethnic group. The final dataset includes 3,229 respondent employees from 100 organizations, with a mean response rate within organizations of 20.78 percent. The average number of respondents in the Employee Survey across all organizations was 32. One-way analysis of variance (ANOVA) results showed that there was no significant difference in affective commitment between these 956 participants who were excluded from the final dataset and the 3,229 respondents remaining in the dataset, $F(1, 3890) = .29$, $p$ = n.s.

The average organizational tenure of these 3,229 employees was 6.45 years (SD = 7.69). To confirm that the employee respondents in this study are representative of the Australian workforce, we compared the demographic characteristics of our sample with 2009 Australian labor market statistics (ABS, 2009), the year we launched the Employer Survey. A total of 1,464 respondents were male employees, which accounts for 45.3 percent of our sample in comparison to the national estimate of 54.6 percent. 35.52 percent of our sample were mature-age employees (45 years or older; defined by Australian Bureau of Statistics, 2004), while mature-age employees are 38.69 percent of the national workforce. The largest minority group within our sample was Asian (10.59 percent). This is consistent with evidence that, in 2010, people of Asian ancestry represented about 10 percent of the Australian



This article is protected by copyright. All rights reserved.

Author Manuscript

population (Myth Buster, 2011). Overall, our sample somewhat underrepresents males and mature-age workers compared to national workforce data.

Among the 100 organizations, 26 (26 percent) were public organizations and 74 (74 percent) were private organizations. The average number of employees was 534.80 (SD = 992.43). The average organization age was 42.93 years (SD = 39.63). Organization headquarters were located in Australia (87 percent), the U.S. (6 percent), Europe (4 percent) and Asia (3 percent). These organizations were engaged in 17 industries, including manufacturing, construction, retail, accommodation, finance and insurance, and government administration. We compared these organizational characteristics against the same variables reported in the Australian Workplace Relations Study (AWRS) 2014 (Fair Work Commission, 2016), a national survey of 3,057 Australian workplaces with at least 5 employees. A difference of proportions test revealed no significant difference between our sample and the AWRS2014 sample in terms of manufacturing industry (z = .97, *p* = n.s.), employment size between 20 and 199 employees (z = -.08, *p* = n.s.), or private sector representation (z = -1.71, *p* = n.s.).

**Measures**

In this study we focus on two levels of the HR system: diversity management programs (identity-blind and identity-conscious) and inclusion climate. Programs constitute a set of organization-level HR activities deliberately established by HR decision makers and formally adopted in the organization. Thus, HR decision makers are aware of these programs and able to report on their existence in the organization. In contrast, climate is employees' shared perceptions that develop from sensemaking, discussing, and sharing experiences of the



This article is protected by copyright. All rights reserved.

Author Manuscript

HR system. Importantly, since climate exists in the eyes and minds of employees, HR decision makers may not have full or accurate knowledge about climate (Arthur & Boyles, 2007). Thus, in this study, identity-blind and identity-conscious programs are assessed by HR decision makers and inclusion climate is sourced from employees. Employees also report their individual diversity promise fulfillment and affective commitment. Appendix 1 provides the full set of items associated with key measures. We also report the reliability (coefficient alpha) for each scale in the text below and in the appendix.

*Identity-blind programs* were measured by nine items adapted from Konrad and Linnehan (1995) and French (2001), on a scale ranging from 1 = not at all to 5 = a very large extent (Cronbach ± = .76). These items capture an organization's formal diversity management activities that apply the same HR procedures to all employees and provide equal opportunities in hiring and promotion. The items include formal policies or systems that address prejudice and discrimination (e.g., "A policy exists that forbids harassment and bullying of any demographic group") and formal activities that promote equal opportunity (e.g., "Job descriptions and selection criteria have been established for each position and any criteria not of direct relevance to the job have been removed").

*Identity-conscious programs* comprised six items adapted from Konrad and Linnehan (1995) and French (2001), assessing the use of formal identity-conscious diversity activities on a scale ranging from 1 = not at all to 5 = a very large extent (Cronbach ± = .83). These items capture an organization's deliberate attention to identity-conscious diversity management and align with the management belief that diversity is a valuable organization



This article is protected by copyright. All rights reserved.

Author Manuscript

asset (e.g., "An EO/diversity plan exists that specifies goals for the demographic composition of the workforce and strategies for achieving those goals").

The identity-blind and identity-conscious program measures align with their conceptual definitions. The identity-blind items describe standard procedures applied without taking identity groups into consideration but the identity-conscious items focus on specifically monitoring identity groups and ensuring representativeness. Further, the items reflect the two-stage process theorized to lead to inclusion (Metz & Kulik, 2014; Mor Barak & Travis, 2010) such that the identity-conscious activities deliberately monitor and influence the outcomes of "ostensibly fair" (Metz & Kulik, 2014: 11) identity-blind procedures.

*Inclusion climate* was measured using the four-item organizational inclusion factor developed by Mor Barak and colleagues (1998) (1 = strongly disagree; 5 = strongly agree) (Cronbach ± = .61). As recommended by Arthur and Boyles (2007), the climate items ask employees to report their awareness of management activities and their intended purposes. Three items ask about activities (mentoring programs, network groups, and diversity training) intended to value differences, give historically disadvantaged groups better access to organizational resources, and create opportunities to establish networks; one item assesses equality of access directly (e.g., whether an old boys' network operates).

*Diversity promise fulfillment* was measured by the five-item scale developed by Chrobot-Mason (2003). Employees rated their perceptions about the extent to which diversity promises have been fulfilled by their employers (1 = strongly disagree; 5 = strongly agree) (Cronbach ± = .82). The diversity promise fulfillment items capture employees' perceptions of the effectiveness or actual consequences of their organizations' diversity management.



This article is protected by copyright. All rights reserved.

Author Manuscript

Sample items are "This organization has successfully achieved diverse representation in the workforce" and "In this organization, input from minority group members is considered at all levels".

*Affective commitment* was measured with six items from Meyer, Allen, and Smith's (1993) Affective Commitment Scale; (1 = strongly disagree; 5 = strongly agree) (Cronbach ± = .80). Sample items are "I would be very happy to spend the rest of my career with this organization" and "This organization has a great deal of personal meaning for me".

*Demographics.* Gender was measured using a dichotomous variable (male = 0 and female = 1). Employees selected their age from a series of age ranges (1 = under 25 years; 2 = 25–29 years; 3 = 30–34 years; 4 = 35–39 years; 5 = 40–44 years; 6 = 45–49 years; 7 = 50–54 years; 8 = 55–59 years; 9 = 60–64 years; 10 = 65 years and over). Employees selected their ethnic group from options including Caucasian, African, Asian, Hispanic, Indigenous/Torres Strait Islander, Middle Eastern and Pacific Islander. Ethnic group was coded 0 = White if they chose the Caucasian option and 1 = ethnic minority if other options were chosen.

*Control variables.* We consider both organization- and individual-level control variables that might bias our findings. First, we assessed employees' employment status (0 = permanent and 1 = casual), because casual/temporary workers report lower affective commitment than permanent workers (Felfe, Schmook, Schyns, & Six, 2008). Organizational tenure is sometimes related to affective commitment (Meyer et al., 2002), but tenure was not included as a control in this study because it was highly correlated with employee age ($r = .44$, $p < .01$) and may result in a suppression effect. Second, at the organization level, we included organization type (public or private) as a control variable. In Australia, private sector



This article is protected by copyright. All rights reserved.

Author Manuscript

employees report higher affective commitment than public sector employees in response to public sector organizations' emphasis on hierarchy and role specialization (Zeffane, 1994). At the organization level, we also controlled for the impact of identity-blind programs on inclusion climate to discern the unique effect of identity-conscious programs on inclusion climate.

**Aggregation Test**

Inclusion climate scores were aggregated from individual employee ratings to the organization level. To justify the aggregation of inclusion climate to the group-level, we evaluated both within-group agreement and between-group variability. The average $r_{wg(j)}$ of climate across 100 organizations was .82, which meets the .70 within-group agreement criterion (James, Demaree, & Wolf, 1984) and indicates that employees have formed shared perceptions regarding their organization's inclusion climate. Additional support for aggregation was evidenced in interrater reliability indices (ICC[1] = .09 and ICC[2] = .75). In addition, ANOVA results showed significant differences in organization-level means of inclusion climate ratings, $F(99, 3127) = 4.06$, $p < .01$. Taken together, these results provide support for aggregation.

**Analytic Strategy**

The present study has a two level design: employees (Level 1, individual level) nested within organizations (Level 2, organization level). Using Krull and MacKinnon's (2001) typology, this model has a 2-2-1-1 design in which the influence of a Level 2 variable (identity-conscious programs) on a Level 1 outcome variable (affective commitment) is mediated by a sequence of a Level 2 variable (inclusion climate) and a Level 1 variable



This article is protected by copyright. All rights reserved.

Author Manuscript

(diversity promise fulfillment). To take account of the hierarchical data structure, data were analyzed via multilevel modelling to simultaneously test the hypothesized multilevel mediation relationships, as recommended by Preacher and colleagues (2010). Moreover, this approach decomposes the variance of Level 1 variables into within- and between-level components and can model independently and simultaneously the within- and between-level components at each level. This approach avoids conflation of the Level 1 and Level 2 relationships and allows for a more accurate examination of indirect effects.

The model was analyzed using Mplus 7.2 software with robust maximum likelihood (MLR) estimation. We simultaneously estimate (1) the within-level relationship between demographics and diversity promise fulfillment; (2) the relationship between diversity promise fulfillment and affective commitment (decomposed into its within- and between-level components); (3) the between-level relationship between identity-conscious programs and inclusion climate; and (4) the top-down relationship between inclusion climate and diversity promise fulfillment (estimated at the between level as suggested by Preacher et al. [2010]). The indirect effect between identity-conscious programs and affective commitment through inclusion climate and employees' diversity promise fulfillment was calculated using the product-of-coefficients method with the confidence intervals provided. Specifically, we multiply the three path coefficients among the Level 2 predictor (identity-conscious programs), the Level 2 mediator (inclusion climate), the between-level component of the Level 1 mediator (diversity promise fulfillment) and the between-level component of the Level 1 outcome (affective commitment). Moreover, employees' employment status was included as a control variable with fixed effect on affective commitment on Level 1. On Level



This article is protected by copyright. All rights reserved.

Author Manuscript

2, organizational type was included as a control variable on the Level 2 intercept of affective commitment. The effect of identity-blind programs controlled for inclusion climate. In our model, we specify random intercepts and fixed slopes because the model did not include a cross-level moderation effect.

## RESULTS

### Preliminary Analyses

Table 1 presents the study variable means, standard deviations and correlations. At the individual level, age was negatively related to diversity promise fulfillment (r = -.09, $p < .01$) and diversity promise fulfillment was positively related to affective commitment (r = .47, $p < .01$). At the organization level, identity-conscious programs were positively correlated with inclusion climate (r = .20, $p < .05$). Moreover, identity-blind and identity-conscious programs were positively related (r = .33, $p < .01$).

[Insert Table 1 about here]

### Discriminant Validity of the Constructs

Confirmatory factor analyses were conducted to examine the construct validity of employee-rated measures (i.e., inclusion climate, diversity promise fulfillment and affective commitment). A three-factor model was specified by loading items on their respective latent variables. Results showed that the three-factor model fit the data well, $\chi^2$ (87, N = 3,229) = 1338.53, CFI = .92, TLI = .90, SRMR = .04, and RMSEA = .07. Indicators all significantly loaded on their respective latent factors (standardized factor loadings ranged from .40 to .76). The correlations between the factors range from .25 to .35, supporting the discriminant validity of the measures. An alternative one-factor model was tested by loading all employee-



This article is protected by copyright. All rights reserved.

Author Manuscript

rated items onto a single latent factor. This one-factor model fit the data significantly worse than the three-factor model (” Ç$^2$(3) = 2418.55, N = 3,229, $p < .01$, CFI = .76, TLI = .72, SRMR = .08, RMSEA = .11).

We also conducted a multilevel CFA on the five substantive measures used in subsequent model testing: employee-rated measures (i.e., inclusion climate, diversity promise fulfillment and affective commitment) and employer-rated measures (identity-blind programs and identity-conscious programs). Results showed that the five-factor model fit the data well, Ç$^2$ (163, N = 3,229) = 1518.42, CFI = .92, TLI = .90, SRMR within = .05, SRMR between = .09 and RMSEA = .05. Therefore, results show that the measures captured distinctive constructs.

**Hypotheses Testing**

Our model included the testing of two mediation effects (H3 and H6). Following recommendations by Aguinis, Edwards and Bradley (2016), we tested the full mediation model as a baseline and then tested the consequences of including the direct effects on the fit of the model. Although all direct and indirect relationships are significant, the model fit of the multilevel full mediation model was not satisfactory (Ç$^2$ (11) = 154.78, CFI = .85, TLI = .72, SRMR within = .04, SRMR between = .12 and RMSEA = .06). Next, we included the direct effects of employee demographics (gender, age and racioethnicity) on affective commitment. Model fit was significantly improved (Ç$^2$ (8) = 34.30, CFI = .97, TLI = .93, SRMR within = .01, SRMR between = .12 and RMSEA = .03), as indicated by a significant scaled chi-square difference test (Satorra, 2000) (” Ç$^2_{scaled}$ (3) = 101.87, $p < .01$). This provides evidence for partial mediation in relation to H3. Based on this improved model, we then added the direct



This article is protected by copyright. All rights reserved.

Author Manuscript

effect of identity-conscious programs on affective commitment. Including this direct effect did not improve the model fit (Ç$^{2}$ (7) = 30.03, CFI = .98, TLI = .93, SRMR within = .01, SRMR between = .10 and RMSEA = .03) and the scaled chi-square difference test was not significant (" Ç$^{2}$ (1) = 3.82, $p$ = n.s.). This provides evidence for full mediation as suggested by H6. Based on the above model comparisons, we present the results of the model with partial mediation for H3 and full mediation for H6.

The results for all direct and indirect relationships are presented in Table 2. Unstandardized path coefficients associated with key relationships in the hypothesized model are also depicted in Figure 2. First, H1 predicted that employees from historically disadvantaged social groups would report lower levels of diversity promise fulfillment than other employees. Gender, age and racioethnicity were significantly related to diversity promise fulfillment, suggesting that female ($^{2}$ = -.07, $p < .01$), older ($^{2}$ = -.02, $p < .01$) and ethnic minority employees ($^{2}$ = -.10, $p < .05$) report lower levels of diversity promise fulfillment. These findings fully support H1. Second, H2 predicted a positive relationship between employees' diversity promise fulfillment and their affective commitment. As predicted, diversity promise fulfillment was significantly related to affective commitment at both the within- ($^{2}$ = .49, $p < .01$) and between-level of analysis ($^{2}$ = .65, $p < .01$), fully supporting H2. H3 predicted that employees' diversity promise fulfillment would mediate the relationship between employee demographics (gender, age and racioethnicity) and their affective commitment, which was tested by examining the indirect effects. The indirect effects of gender (unstandardized estimate of the product of coefficients = -.03, $p < .01$, 95% CI = -.06, -.01), age (unstandardized estimate of the product of coefficients = -.01, $p < .01$, 95%



This article is protected by copyright. All rights reserved.

Author Manuscript

CI = -.02, -.01) and racioethnicity (unstandardized estimate of the product of coefficients = -.05, $p < .05$, 95% CI = -.09, -.01) on affective commitment through diversity promise fulfillment were significant. The mediation effects suggested by H3 were fully confirmed.

[Insert Table 2 and Figure 2 about here]

At the organization level, H4 predicted a positive association between identity-conscious programs and inclusion climate. As predicted, identity-conscious programs uniquely contributed to the prediction of inclusion climate ($^2$ = .10, $p < .01$), while controlling for the impact of identity-blind programs on inclusion climate ($^2$ = -.14, $p < .05$). Thus H4 was fully supported. H5 predicted a positive relationship between inclusion climate and employees' diversity promise fulfillment. Inclusion climate was positively related to employees  diversity promise fulfillment ($^2$ = .86, $p < .01$), fully supporting H5. Moreover, H6 predicted that the relationship between identity-conscious programs and affective commitment would be sequentially mediated by inclusion climate and employees' diversity promise fulfillment. Identity-conscious programs had a positive and statistically significant indirect relationship with employees' affective commitment, through the chain of inclusion climate and employees' diversity promise fulfillment (unstandardized estimate of the product of coefficients = .06, $p < .01$, 95% CI = .02, .10), thus fully supporting the mediation effect suggested by H6.

## DISCUSSION

In this study, we investigated the multilevel mechanism through which identity-conscious programs are associated with employees' affective commitment. Our results documented the critical role of inclusion climate in linking antecedents (i.e., organizational



This article is protected by copyright. All rights reserved.

Author Manuscript

approaches to diversity management) and outcomes (i.e., employee reactions to these organizational approaches). Our study showed that employees from historically disadvantaged groups experience lower levels of diversity promise fulfillment. Fortunately, identity-conscious programs promote an inclusion climate. Inclusion climate is positively related to employees' diversity promise fulfillment which, in turn, is positively associated with affective commitment. Moreover, the multilevel mediation effect was supported, indicating that identity-conscious programs influence employees' affective commitment because employees *collectively* perceive their organizations as socially inclusive. Thus, employees believe their organizations' diversity obligations have been fulfilled.

This research highlights a key diversity management challenge: historically disadvantaged groups are less likely to be committed to their organizations, resulting from their experience of lower levels of diversity promise fulfillment. Organizational commitment has important implications, not only for organizations (i.e., higher attendance, performance, and organizational citizenship behavior), but also for employees (i.e., lower stress and less work–family conflict) (Meyer & Maltin, 2010; Meyer et al., 2002). Thus, organizations need to take appropriate organization-level actions to foster individual employees' commitment.

Our research shows that such organization-level actions should include the adoption of formal identity-conscious programs. The identity-conscious programs we investigated in this study focused on setting goals for the demographic composition of the workforce, measuring the achievement of diversity goals, auditing the demographic composition of the workforce and including the achievement of each department's diversity goals in line managers' performance indicators. These programs direct management's attention and resources to



This article is protected by copyright. All rights reserved.

Author Manuscript

diversity data collection and monitoring; discrepancies in the data can motivate managers to act in ways that align with diversity goals and improve the employment and career opportunities available to members of historically disadvantaged groups. Therefore, in organizations adopting identity-conscious programs, employees see more evidence of mentoring, network groups and diversity training, in comparison to employees in organizations without such programs. Employees gradually develop shared perceptions of organizational inclusiveness. These shared perceptions form the inclusion climate that, in turn, influences employees' psychological reactions (i.e., diversity promise fulfillment). Further, in line with the social exchange perspective, our results suggest that when employees perceive the organization has fulfilled its diversity obligations, they reciprocate by expressing higher affective commitment towards the organization. Thus, identity-conscious programs and the resulting inclusion climate could help address the commitment problem associated with employee diversity.

**Theoretical Implications**

The literature displays positive, negative and null effects of employees' demographic diversity (see meta-analytic or qualitative reviews by Bell, Villado, Lukasik, Belau, & Briggs, 2011; Guillaume, Dawson, Otaye-Ebede, Woods, & West, 2017; Joshi & Roh, 2009; van Dijk, van Engen, & van Knippenberg, 2012). Reconciling these mixed findings requires identifying the diversity management programs operating across organizations, and understanding how those programs are experienced and perceived by their employees. Our study makes four contributions to the diversity management and HR literatures.



This article is protected by copyright. All rights reserved.

Author Manuscript

First, we offer a deeper understanding of what shapes diversity climate in organizations. We empirically demonstrated that formally established diversity programs are the infrastructure that drive employee-level diversity outcomes in organizations. Employees' perceptions of diversity programs and practices constitute a diversity climate (Arthur & Boyles, 2007). Thus, our study fills an important gap in the diversity management literature by establishing diversity programs as antecedents of diversity climate (Avery & McKay, 2010). Most empirical research uses employee and supervisor demographics as predictors of diversity climate (e.g., Avery et al., 2007; Kossek & Zonia, 1993; Mor Barak et al., 1998) rather than the organization's diversity management activities.

Second, we distinguish between identity-blind and identity-conscious programs to document the unique value of identity-conscious programs in creating an inclusion climate. In our study, identity-blind and identity-conscious programs were positively correlated ($r = .33$), consistent with previous research (Konrad & Linnehan,1995; Kulik et al., 2016). This positive relationship suggests that organizations follow a two stage process (Metz & Kulik, 2014; Mor Barak & Travis, 2009), introducing identity-conscious programs after a foundation of identity-blind programs has been laid. In our analysis, identity-conscious programs had a positive effect on inclusion climate, but identity-blind programs had a negative one. Identity-blind programs do not necessarily lead to inclusion, and they can produce dysfunctional diversity outcomes. The success of identity-blind programs depends on decision-makers' ability to self-monitor their personal biases, but Castilla and Benard (2010) demonstrated that, ironically, managers whose organizations espoused identity-blind merit-based procedures were *especially* likely to make gender-biased promotion decisions. Further, organizations



This article is protected by copyright. All rights reserved.

Author Manuscript

adopting identity-blind programs in isolation may emphasize assimilation to a dominant majority group standard (e.g., White and male) (Ely & Thomas, 2001; Härtel, 2004) so that members of minority groups feel undermined, devalued and disrespected (Ely & Thomas, 2001). Incorporating identity-conscious programs into the organization's portfolio is more effective in generating an inclusion climate because identity-conscious programs monitor the outcomes produced by identity-blind programs and make managers accountable for progress toward diversity management goals.

Third, bridging organization- and individual-level research (Nishii et al., 2018), our multilevel and multisource model empirically supports the top-down effect linking organization-reported formal diversity management programs, employees' shared perceptions of formal diversity management programs, and employees' individual psychological and attitudinal reactions. Our study captures the integrated process of how a HR system functions, from what organizations do to what employees perceive (Arthur & Boyles, 2007), and then to how employees react (Nishii et al., 2018). Understanding this complete process will help researchers to identify critical variables and decisions at each stage. For example, without a clear understanding of the link between identity-conscious programs and diversity climate, we would fail to distinguish between cases where organizations adopt ineffective diversity management programs (i.e., send the wrong signals) or poorly implement the right ones (i.e., send the right, but weak, signals) (Kulik, 2014). Further, understanding climate's psychological path explains how employees respond to their assessments of organizational obligations. Organizations that recognize the importance of employees' diversity-related fulfillment are more likely to foster positive relationships with their employees, particularly



This article is protected by copyright. All rights reserved.

Author Manuscript

those from disadvantaged groups. Additionally, by investigating the role of inclusion climate in linking HR systems to individual-level outcomes, this study provides valuable insights into one mediating mechanism of the HR-performance relationship. In doing this, our study builds on Ostroff and Bowen's (2000) strategic HR framework that proposes the positive impact of HR systems on firm performance via organizational climate. Our study also brings diversity management research into the broader strategic HR dialogue on achieving competitive advantage through HR strategy.

Lastly, the literature linking employee diversity and organizational performance has historically adopted a static resource-based view that conceptualizes diversity as a resource that could lead to performance. However, a diverse workforce is not sufficient for value creation. Roberson, Holmes and Perry (2017) recommend an alternative framework that focuses on *how* organizations configure and deploy their diversity resources to shape dynamic capabilities that can influence firm performance. In line with this process-based perspective, our research demonstrates that organizations can leverage identity-conscious programs to generate positive consequences from a diverse workforce. Specifically, identity-conscious programs build a platform for diverse employees to utilize their identity-based knowledge, skills and experience in order to cultivate creativity, mutual learning and commitment. Through this process, organizations are better able to manage their human resources and improve organizational effectiveness.

**Practical Implications**

This study highlights several action steps HR professionals can take to make their organizations more inclusive. Past research has consistently demonstrated the value of



This article is protected by copyright. All rights reserved.

Author Manuscript

positive diversity climates, but was unable to deliver clear and specific recommendations to HR professionals on "which diversity practices should be used, how they should be implemented, for what purpose, and to what effect" (Nishii et al., 2018: 38). Most research evidence supports the adoption of identity-blind HR practices. For example, a strong body of research supports the adoption of high performance work systems (HPWS) (Appelbaum, Bailey, Berg, & Kalleberg, 2000; Boxall & Macky, 2009; Huselid, 1995) which apply to all employees regardless of their social identity (i.e., identity-blind: Konrad & Linnehan, 1995). HPWS have a "widespread popular appeal" and are adopted by both public and private sector organizations (Boxall, 2012: 171). Practitioners appreciate the value of such identity-blind programs and understand their importance in creating a fairness climate (e.g., Krieger, Best, & Edelman, 2015). Our results show that organizations hoping to create an inclusion climate need to adopt identity-conscious programs as well. By providing cross-organization empirical evidence of the positive impact of identity-conscious programs, this research may motivate organizations to broaden their diversity management portfolios with more identity-conscious programs. An integrated, embedded diversity management portfolio including identity-blind and identity-conscious programs can deliver significant and long-lasting impacts, even across changes in the management team (Kulik, 2014). This practical implication is relevant in any context but may be particularly important in Australia, where managers are not (yet) very engaged with diversity management (Davis, Frolova, & Callahan, 2016).

Moreover, by focusing on identity-conscious programs and inclusion climate, this study recommends designing and implementing proactive diversity management activities that go beyond legal compliance (Winters, 2014) and foster organizational effectiveness (Mor



This article is protected by copyright. All rights reserved.

Author Manuscript

Barak, 2015). Identity-conscious programs can transform organizations (Noon, 2010) by changing diversity management activities from reactive to proactive (Mor Barak, 2015), diversity management goals from attracting employee diversity to achieving synergy from that diversity (Dwertmann et al., 2016), and the strategic focus from reducing diversity problems to leveraging diversity to serve organizational objectives (Olsen & Martins, 2012). Well-designed and well-implemented identity-conscious programs are expected to foster more effective employee and organizational outcomes. We acknowledge that such change is not easy (Langevoort, 2004; Thomas & Ely, 1996). Thus, strong and unwavering top management support, such as persistent messaging and role modelling by the CEO and his/her direct reports, is needed to overcome resistance to change (Ng, 2008).

Finally, organizational attention to the role of diversity promise fulfillment is warranted. The study highlights the psychological mechanism that underlies the relationship between diversity climate and employee outcomes by establishing diversity promise fulfillment as a mediator. This evidence alerts organizational practitioners to the important role played by employees' diversity-related expectations and their perceptions of the organization's fulfillment of those expectations (Buttner et al., 2010b; Chrobot-Mason, 2003; Tufan, De Witte, & Wendt, 2017). We encourage practitioners to include a measure of diversity promise fulfillment in employee surveys. Further, we recommend that organizations compare and contrast survey responses of historically advantaged and disadvantaged groups. These data can be tracked over time and linked to the organization's diversity management activities.

**Limitations and Future Research**



This article is protected by copyright. All rights reserved.

Author Manuscript

The study exhibits methodological strengths, particularly its multisource, cross-organization dataset modelled by a multilevel analysis. Nonetheless, several limitations should be noted when interpreting the study's findings. First, all employee-sourced data were collected at the same time. The cross-sectional design prevents firm conclusions about causality. We hypothesized a top-down effect; inclusion climate leads to higher levels of diversity promise fulfillment. However, a bottom-up (emergent) process is also possible: individuals might express their personal perceptions of diversity fulfillment to colleagues in conversations and meetings; these interactions could create a shared perception of inclusiveness (Ostroff, Kinicki, & Muhammad, 2013).

Second, our measure of identity-conscious programs focused on the organization's monitoring of diversity goals and demographic composition. Research on a wider range of identity-conscious programs could extend the empirical evidence. For example, HR managers could be asked about the extent to which the organization monitors promotions, salaries and bonuses across identity groups, or monitors the impact of workforce reductions on identity groups (Konrad & Linnehan, 1995). Similarly, our measure of inclusion climate (Mor Barak et al., 1998) only addressed employee perceptions of the most common diversity management activities (such as mentoring and diversity training; Kulik & Roberson, 2008). We did not explicitly ask employees about inclusion in decision-making (e.g., Nishii, 2013).

Third, diversity climate distinguishes between fairness and inclusion dimensions (Dwertmann et al., 2016). Our results address inclusion climate: identity-blind programs in isolation discourage inclusion climate and identity-conscious programs encourage inclusion climate. However, our study did not include a measure of fairness climate. Therefore, we do



This article is protected by copyright. All rights reserved.

Author Manuscript

not know whether identity-blind and identity-conscious programs have complementary or opposing effects on the fairness dimension. Organizations that adopt identity-conscious programs may increase identity salience for members of the dominant group (Kulik & Li, 2015). If majority group members view identity-conscious programs as disadvantageous, the programs are unlikely to create a shared sense of fairness across employees.

Finally, in our study, HR decision makers described programs formally presented in their organizations and employees reported climate as seen through their eyes. We did not collect data from the line managers who implement, enact and enable formal HR programs. Line managers' implementation effectiveness heavily influences employees' shared perceptions of HR programs (Kuvaas, Dysvik, & Buch, 2014; Yanadori & van Jaarsveld, 2014).

Learning from these limitations, we suggest several directions for future research. First, future studies would benefit from examining all five levels of an HR system (principles, policies, programs, practices and climate) and using appropriate key informants to gather data at each level (Arthur & Boyles, 2007). In this study, we explored the relationship between programs and climate. Given that line managers are the linking-pins responsible for HR program implementation (e.g., Bond & Wise, 2003), future research might ask line managers to describe how they implement their organizations' diversity programs; this information can be linked upward to HR managers' motivation in establishing those programs and linked downward to employees' perceptions of the programs. Future research could also examine diversity management principles manifested as senior management's values, beliefs and norms about diversity management (Arthur & Boyles, 2007). Diversity principles precede and



This article is protected by copyright. All rights reserved.

Author Manuscript

drive the development of diversity management policies and programs. Accordingly, senior managers would be the appropriate informants. In large organizations, it would be desirable to collect this data from multiple senior managers. Second, longitudinal studies would deliver greater confidence in causal conclusions. However, longitudinal designs are inherently challenging. Researchers must make careful decisions about the most appropriate data collection points to capture temporal changes; it may take years for diversity management programs to make visible impacts (Ali, Metz, & Kulik, 2015b; Kalysh, Kulik, & Perera, 2016). Finally, more research is needed to compare and contrast different types of diversity management programs (e.g., identify blind and identity-conscious), their effectiveness and possible underlying mechanisms (Kulik, 2014).

## CONCLUSION

This study provided a multilevel investigation of the antecedents of inclusion climate and its consequences. Inclusion climate builds the bridge between what the organization is doing about diversity and how employees psychologically and attitudinally react. This bridge represents an important attempt to understand how shared perceptions of organizational inclusiveness develop and how inclusion climate facilitates the achievement of diversity management objectives. These findings shed light on the substantial role of identity-conscious programs in promoting positive outcomes when the workforce is diverse. Based on these findings, we offer specific recommendations to practitioners on how to create an inclusive work environment.



This article is protected by copyright. All rights reserved.

Author Manuscript

## REFERENCES


Aguinis, H., Edwards, J.R., & Bradley, K.J. (2017). Improving our understanding of moderation and mediation in strategic management research. Organizational Research Methods, 20(4), 665-685.

Ali, M., Metz, I., & Kulik, C. T. (2015a). Retaining a diverse workforce: the impact of gender-focused human resource management. Human Resource Management Journal, 25(4), 580-599.

Ali, M., Metz, I., & Kulik, C. T. (2015b). The impact of work-family programs on the relationship between gender diversity and performance. Human Resource Management, 54(4), 553-576.

Appelbaum, E., Bailey, T., Berg, P. B., Kalleberg, A. L., & Bailey, T. A. (2000). Manufacturing advantage: Why high-performance work systems pay off. Cornell University Press.

Armstrong-Stassen, M. (2008). Organizational practices and the post-retirement employment experience of older workers. Human Resource Management Journal, 18(1), 36-53.

Arthur, J. B., & Boyles, T. (2007). Validating the human resource system structure: A levels-based strategic HRM approach. Human Resource Management Review, 17(1), 77-92.

Australian Bureau of Statistics (ABS). (2004). Mature age workers – Australian social trends. Catalogue no. 4102.0. Canberra, ACT: Australian Bureau of Statistics.

Australian Bureau of Statistics (ABS). (2009). Australian labor market statistics. Catalogue no. 61052.0. Canberra, ACT: Australian Bureau of Statistics.

Australian Bureau of Statistics (ABS). (2010). Australian social trends. Catalogue no. 4102.0. Canberra, ACT: Australian Bureau of Statistics.

Australian Bureau of Statistics (ABS). (2016a). Gender indicators. Catalogue no. 4125.0. Canberra, ACT: Australian Bureau of Statistics.

Australian Bureau of Statistics (ABS). (2016b). Census reveals a fast changing, culturally diverse nation. Retrieved from http://www.abs.gov.au/ausstats/abs@.nsf/lookup/Media%20Release3

Australian Bureau of Statistics (ABS). (2016c). Characteristics of recent migrants, Australia. Catalogue no. 6250.0. Canberra, ACT: Australian Bureau of Statistics.

Australian Bureau of Statistics (ABS). (2017a). Gender indicators. Catalogue no. 4125.0. Canberra, ACT: Australian Bureau of Statistics.

Australian Bureau of Statistics (ABS). (2017b). Migration, Australia, 2015-2016. Catalogue no. 3412.0. Canberra, ACT: Australian Bureau of Statistics.

Australian Bureau of Statistics (ABS). (2017c). Counts of Australian businesses, including entries and exits, Jun 2012 to Jun 2016 gender indicators. Catalogue no. 8165.0. Canberra, ACT: Australian Bureau of Statistics.

Australian Department of Human Services. (2017). Increase the age pension qualifying age to 70 years – Budget 2014-15. Retrieved from https://www.humanservices.gov.au/organisations/about-us/budget/budget-2014-15/budget-measures/older-australians/increase-age-pension-qualifying-age-70-years




This article is protected by copyright. All rights reserved.

Author Manuscript

Avery, D. R., McKay, P., & Wilson, D. (2008). What are the odds? How demographic similarity affects the prevalence of perceived employment discrimination. Journal of Applied Psychology, 93(2), 235-249.

Avery, D. R., & McKay, P. F. (2010). Doing diversity right: An empirically based approach to effective diversity management. In G.P. Hodgkinson. & J.K. Ford (Eds.), International review of industrial and organizational psychology (pp. 227–252). Indianapolis, IN: Wiley.

Avery, D. R., McKay, P. F., Wilson, D. C., & Tonidandel, S. (2007). Unequal attendance: The relationships between race, organizational diversity cues, and absenteeism. Personnel Psychology, 60(4), 875-902.

Bell, S. T., Villado, A. J., Lukasik, M. A., Belau, L., & Briggs, A. L. (2011). Getting specific about demographic diversity variable and team performance relationships: A meta-analysis. Journal of Management, 37(3), 709-743.

Bernstein, S. R., & Bilimoria, D. (2013). Diversity perspectives and minority nonprofit board member inclusion. Equality, Diversity and Inclusion: An International Journal, 32(7), 636-653.

Boehm, S. A., & Dwertmann, D. J. G. (2015). Forging a single-edged sword: Facilitating positive age and disability diversity effects in the workplace through leadership, positive climates, and HR practices. Work, Aging and Retirement, 1(1), 41-63.

Boehm, S. A., Kunze, F., & Bruch, H. (2014). Spotlight on age-diversity climate: The impact of age-inclusive HR practices on firm-level outcomes. Personnel Psychology, 67(3), 667-704.

Bond, S., & Wise, S. (2003). Family leave policies and devolution to the line. Personnel Review, 32 (1), 58-72.

Booth, A. L., Leigh, A., & Varganova, E. (2012). Does ethnic discrimination vary across minority groups? Evidence from a field experiment. Oxford Bulletin of Economics and Statistics, 74(4), 547-573.

Bowen, D. E., & Ostroff, C. (2004). Understanding HRM-firm performance linkages: The role of the "strength" of the HRM system. The Academy of Management Review, 29(2), 203-221.

Boxall, P., & Macky, K. (2009). Research and theory on high-performance work systems: progressing the high-involvement stream. Human Resource Management Journal, 19(1), 3-23.

Boxall, P. (2012). High-performance work systems: what, why, how and for whom? Asia Pacific Journal of Human Resources, 50(2), 169-186.

Buttner, E. H., Lowe, K. B., & Billings-Harris, L. (2010a). Diversity climate impact on employee of color outcomes: does justice matter? Career Development International, 15(3), 239-258.

Buttner, E. H., Lowe, K. B., & Billings-Harris, L. (2010b). The impact of diversity promise fulfillment on professionals of color outcomes in the USA. Journal of Business Ethics, 91(4): 501-518.

Buttner, E. H., Lowe, K. B., & Billings-Harris, L. (2012). An empirical test of diversity climate dimensionality and relative effects on employee of color outcomes. Journal of Business Ethics, 110(3), 247-258.



This article is protected by copyright. All rights reserved.

Author Manuscript

Carberry, E. J., & Meyers, J. S. M. (2017). Are the "best" better for everyone? Demographic variation in employee perceptions of Fortune's "Best Companies to Work For". Equality, Diversity and Inclusion: An International Journal, 36(7), 647-669.

Castilla, E. J., & Benard, S. (2010). The paradox of meritocracy in organizations. Administrative Science Quarterly, 55(4), 543–676. doi:10.2189/asqu.2010.55.4.543

Chrobot-Mason, D. (2003). Keeping the promise: Psychological contract violations for minority employees. Journal of Managerial Psychology, 18(1), 22-45.

Cropanzano, R., Goldman, B., & Folger, R. (2003). Deontic justice: The role of moral principles in workplace fairness. Journal of Organizational Behavior, 24, 1019-1024.

Davis, P.J., Frolova, Y., & Callahan, W. (2016). Workplace diversity management in Australia: What do managers think and what are organizations doing? Equality, Diversity and Inclusion: An International Journal, 35(2), 81-98.

Derks, B., van Laar, C., & Ellemers, N., (2007). The beneficial effects of social identity protection on the performance motivation of members of devalued groups. Social Issues and Policy Review, 1(1), 217-256.

Dwertmann, D. J. G., Nishii, L. H., & van Knippenberg, D. (2016). Disentangling the fairness & discrimination and synergy perspectives on diversity climate: Moving the field forward. Journal of Management, 42(5), 1136-1168.

Ely, R. J., & Thomas, D. A. (2001). Cultural diversity at work: The effects of diversity perspectives on work group processes and outcomes. Administrative Science Quarterly, 46(2), 229-273.

Fair Work Commission. (2016). Australian workplace relations study first findings report 5 February 2016. Retrieved from https://www.fwc.gov.au/resources/research/australianworkplace-relations-study/first-findings-report.

Felfe, J., Schmook, R., Schyns, B., & Six, B. 2008. Does the form of employment make a difference?—Commitment of traditional, temporary, and self-employed workers. Journal of Vocational Behavior, 72(1): 81-94.

Folger, R. (2001). Fairness as deonance. In S. Gilliland, D. D. Steiner & D. P. Skarlicki (Eds.), Theoretical and cultural perspectives on organizational justice (pp. 3–31). Greenwich, CT: Information Age.

French, E. (2001). Approaches to equity management and their relationship to women in management. British Journal of Management, 12(4), 267-285.

Gallegos, P. V. (2014). The work of inclusive leadership. In B.M. Ferdman and B.R. Deane (Eds.), Diversity at work: The practice of inclusion (pp.177-202). San Francisco: John Wiley & Sons, Inc.

Gonzalez, J. A., & DeNisi, A. S. (2009). Cross-level effects of demography and diversity climate on organizational attachment and firm effectiveness. Journal of Organizational Behavior, 30(1), 21-40.

Guillaume, Y. R. F., Dawson, J. F., Otaye-Ebede, L., Woods, S. A., & West, M. A. (2017). Harnessing demographic differences in organizations: What moderates the effects of workplace diversity? Journal of Organizational Behavior, 38(2), 276-303.



This article is protected by copyright. All rights reserved.

Author Manuscript

Härtel, C. E. J. (2004). Towards a multicultural world: Identifying work systems, practices and employee attitudes that embrace diversity. Australian Journal of Management, 29(2), 189–200.

Hays. (2013). The balancing act: Creating a diverse workforce. Canberra: Hays.

Heilman, M. E., & Blader, S. L. (2001). Assuming preferential selection when the admissions policy is unknown: The effects of gender rarity. Journal of Applied Psychology, 86(2), 188-193.

Herdman, A. O., & McMillan-Capehart, A. (2010). Establishing a diversity program is not enough: Exploring the determinants of diversity climate. Journal of Business and Psychology, 25(1), 39-53.

Hicks-Clarke, D., & Iles, P. (2000). Climate for diversity and its effects on career and organizational attitudes and perceptions. Personnel Review, 29(3), 324-345.

Hopkins, W. E., Hopkins, S. A., & Mallette, P. (2001). Diversity and managerial value commitment: A test of some proposed relationships. Journal of Managerial Issues, 13(3), 288-306.

Huselid, M. A. (1995). The impact of human resource management practices on turnover, productivity, and corporate financial performance. Academy of Management Journal, 38(3), 635-672.

James, L. R., Demaree, R. G., & Wolf, G. (1984). Estimating within-group interrater reliability with and without response bias. Journal of Applied Psychology, 69(1), 85-98.

Jehn, K. A., Northcraft, G. B., & Neale, M. A. (1999). Why differences make a difference: A field study of diversity, conflict, and performance in workgroups. Administrative Science Quarterly, 44(4), 741-763.

Jonasson, C., Lauring, J., & Guttormsen, D. S. (2018). Inclusive management in international organizations: How does it affect local and expatriate academics?. Personnel Review, 47(2), 458-473.

Joshi, A., & Roh, H. (2009). The role of context in work team diversity research: A meta-analytic review. The Academy of Management Journal, 52(3), 599-627.

Kalev, A., Dobbin, F., & Kelly, E. (2006). Best practices or best guesses? Assessing the efficacy of corporate affirmative action and diversity policies. American Sociological Review, 71(4), 589-617.

Kalysh, K., Kulik, C. T., & Perera, S. (2016). Help or hindrance? Work–life practices and women in management. The Leadership Quarterly, 27(3), 504-518.

Kidder, D. L., Lankau, M. J., Chrobot-Mason, D., Mollica, K. A., & Friedman, R. A. (2004). Backlash toward diversity initiatives: Examining the impact of diversity program justification, personal, and group outcomes. International Journal of Conflict Management, 15(1), 77-102.

Konrad, A. M., & Linnehan, F. (1995). Formalized HRM structures: Coordinating equal employment opportunity or concealing organizational practices? Academy of Management Journal, 38(3), 787-820.

Konrad, A. M., Seidel, M.-D. L., Lo, E., Bhardwaj, A., & Qureshi, I. (2017). Variety, dissimilarity, and status centrality in MBA networks: Is the minority or the majority



This article is protected by copyright. All rights reserved.

Author Manuscript

more likely to network across diversity? Academy of Management Learning & Education, 16(3), 349-372.

Konrad, A. M., Yang, Y., & Maurer, C. C. (2016). Antecedents and outcomes of diversity and equality management systems: An integrated institutional agency and strategic human resource management approach. Human Resource Management, 55(1), 83-107.

Kossek, E. E., & Zonia, S. C. (1993). Assessing diversity climate: A field study of reactions to employer efforts to promote diversity. Journal of Organizational Behavior, 14(1), 61-81.

Krieger, L. H., Best, R. K., & Edelman, L. B. (2015). When "best practices" win, employees lose: Symbolic compliance and judicial inference in federal equal employment opportunity cases. Law & Social Inquiry, 40(4), 843-879.

Krull, J. L., & MacKinnon, D. P. (2001). Multilevel modeling of individual and group level mediated effects. Multivariate Behavioral Research, 36(2), 249-277.

Kuenzi, M., & Schminke, M. (2009). Assembling fragments into a lens: A review, critique, and proposed research agenda for the organizational work climate literature. Journal of Management, 35(3), 634-717.

Kulik, C. T. (2014). Working below and above the line: The research-practice gap in diversity management. Human Resource Management Journal, 24(2), 129-144.

Kulik, C. T. (2015). Spotlight on the context: How a stereotype threat framework might help organizations to attract and retain older workers. Industrial and Organizational Psychology, 7(3), 456-461.

Kulik, C. T., & Li, Y. (2015). The fork in the road: Diversity management and organizational justice. In R. S. Cropanzano, & Maureen L. Ambrose (Eds.), The Oxford handbook of justice in the workplace (pp. 561-575). New York, United States: Oxford University.

Kulik, C. T., Perera, S., & Cregan, C. (2016). Engage me: The mature-age worker and stereotype threat. Academy of Management Journal, 59(6), 2132-2156.

Kulik, C. T., & Roberson, L. (2008). Diversity initiative effectiveness: What organizations can (and cannot) expect from diversity recruitment, diversity training, and formal mentoring programs. In A. P. Brief (Ed.), Diversity at work (pp. 265–317). Cambridge: Cambridge University Press.

Kuvaas, B., Dysvik, A., & Buch, R. (2014). Antecedents and employee outcomes of line managers' perceptions of enabling HR practices. Journal of Management Studies, 51(6), 845-868.

Langevoort, D. C. (2004). Overcoming resistance to diversity in the executive suite: Grease, grit, and the corporate promotion tournament. Washington and Lee Law Review, 61, 1615-1643.

Lazazzara, A., Karpinska, K., & Henkens, K. (2013). What factors influence training opportunities for older workers? Three factorial surveys exploring the attitudes of HR professionals. The International Journal of Human Resource Management, 24(11), 2154-2172.

Leventhal, G. (1976). The distribution of rewards and resources in groups and organizations. Advances in Experimental Social Psychology, 9: 91-131.



This article is protected by copyright. All rights reserved.

Author Manuscript

McKay, P. F., & Avery, D. R. (2005). Warning! Diversity recruitment could backfire. Journal of Management Inquiry, 14(4), 330-336.
McKay, P. F., & Avery, D. R. (2015). Diversity climate in organizations: Current wisdom and domains of uncertainty. In M. R. Buckley, J. R. B. Halbesleben, & A. R. Wheeler (Eds.), Research in personnel and human resources management (pp.191-233). Emerald Group Publishing Limited.
McKay, P. F., Avery, D. R., & Morris, M. A. (2009). A tale of two climates: Diversity climate from subordinates and managers perspectives and their role in store unit sales performance. Personnel Psychology, 62(4), 767-791.
McKay, P. F., Avery, D. R., Tonidandel, S., Morris, M. A., Hernandez, M., & Hebl, M. R. (2007). Racial differences in employee retention: Are diversity climate perceptions the key? Personnel Psychology, 60(1), 35-62.
Metz, I. M., & Kulik, C. T. (2014). The rocky climb: Women's advancement in management. In S. Kumra, R. Simpson, R. Burke (Eds.), The Oxford handbook of gender in organizations (pp. 197-199). Oxford: Oxford University Press.
Meyer, J. P., Allen, N. J., & Smith, C. (1993). Commitment to organizations and occupations: Extension and test of a three-component conceptualization. Journal of Applied Psychology, 78(4), 538-551.
Meyer, J. P., & Maltin, E. R. (2010). Employee commitment and well-being: A critical review, theoretical framework and research agenda. Journal of Vocational Behavior, 77(2), 323-337.
Meyer, J. P., Stanley, D. J., Herscovitch, L., & Topolnytsky, L. (2002). Affective, continuance, and normative commitment to the organization: A meta-analysis of antecedents, correlates, and consequences. Journal of Vocational Behavior, 61(1), 20-52.
Mor Barak, M. E. (2015). Inclusion is the key to diversity management, but what is inclusion? Human Service Organizations: Management, Leadership & Governance, 39(2), 83-88.
Mor Barak, M. E., Cherin, D. A., & Berkman, S. (1998). Organizational and personal dimensions in diversity climate: Ethnic and gender differences in employee perceptions. The Journal of Applied Behavioral Science, 34(1), 82-104.
Mor Barak, M. E., Lizano, E. L., Kim, A., Duand, L., Rheee, M.-K., Hsiao, H.-Y., & Brimhall, K. C. (2016). The promise of diversity management for climate of inclusion: A state-of-the-art review and meta-analysis. Human Service Organizations, Management, Leadership & Governance, 40(4), 305-333.
Mor Barak, M. E., & Travis, D. (2009). Diversity and organizational performance. In Y. Hasnfeld (Ed.) *Human services as complex organizations* (2nd ed.) (pp. 341–378). Thousand Oaks, CA: Sage.
Morrison, E. W., & Robinson, S. L. (1997). When employees feel betrayed: A model of how psychological contract violation develops. Academy of Management Review, 22(1), 226-256.
Myth Buster, S. (2011). Australia's migrants – who are they and how are they changing? [Blog post]. Retrieved from https://blog.id.com.au/2011/population/demographic-trends/australias-migrants-who-are-they-and-how-are-they-changing/



This article is protected by copyright. All rights reserved.

Author Manuscript

Ng, E. S. W. (2008). Why organizations choose to manage diversity? Toward a leadership-based theoretical framework. Human Resource Development Review, 7, 58-78.

Nishii, L. H. (2013). The benefits of climate for inclusion for gender-diverse groups. Academy of Management Journal, 56(6), 1754-1774.

Nishii, L. H., Khattab, J., Shemla, M., & Paluch, R. (2018). A multi-level process model for understanding diversity practice effectiveness. Academy of Management Annals, 12(1), 37-82.

Nishii, L. H., & Rich, R. E. (2014). Creating inclusive climates in diverse organizations. In B.M. Ferdman and B.R. Deane (Eds.), Diversity at work: The practice of inclusion (pp. 330-363). San Francisco: John Wiley & Sons, Inc.

Noon, M. (2010). The shackled runner: time to rethink positive discrimination? Work, Employment and Society, 24(4), 728-739.

Olsen, J. E., & Martins, L. L. (2012). Understanding organizational diversity management programs: A theoretical framework and directions for future research. Journal of Organizational Behavior, 33(8), 1168-1187.

Ostroff, C., & Bowen, D. E. (2000). Moving HR to a higher level: HR practices and organizational effectiveness. In K. J. Klein & S. W. J. Kozlowski (Eds.), Multilevel theory, research, and methods in organizations: Foundations, extensions, and new directions (pp. 211-266). San Francisco: Jossey-Bass.

Ostroff, C., Kinicki, A. J., & Muhammad, R. S. (2013). Organizational culture and climate. In I. B. Weiner, N. W. Schmitt, & S. Highhouse (Eds.), Handbook of psychology, Vol. 12 (pp. 643-676). Hoboken, NJ: John Wiley & Sons.

Plaut, V. C. (2010). Diversity Science: Why and how difference makes a difference. Psychological Inquiry, 21(2), 77-99.

Plaut, V. C., Garnett, F. G., Buffardi, L. E., & Sanchez-Burks, J. (2011). “What about me?” Perceptions of exclusion and Whites' reactions to multiculturalism. Journal of Personality and Social Psychology, 101(2), 337-353.

Preacher, K. J., Zyphur, M., & Zhang, Z. (2010). A general multilevel SEM framework for assessing multilevel mediation. Psychological Methods, 15(3), 209-233.

Pugh, S. D., Dietz, J., Brief, A. P., & Wiley, J. W. (2008). Looking inside and out: The impact of employee and community demographic composition on organizational diversity climate. Journal of Applied Psychology, 93(6), 1422-1428.

Purdie-Vaughns, V., Steele, C., & Davies, P. (2008). Social identity contingencies: How diversity cues signal threat or safety for African Americans in mainstream institutions. Journal of Personality and Social Psychology, 94(4), 615-630.

Raudenbush, S. W., & Bryk, A. S. (2002). Hierarchical linear models: Applications and data analysis methods. Newbury Park, CA: Sage Publications.

Richardson, B., Webb, J., Webber, L., & Smith, K. (2013). Age discrimination in the evaluation of job applicants. Journal of Applied Social Psychology, 43(1), 35-44.

Roberson, Q., Holmes IV, O., & Perry, J. L. (2017). Transforming research on diversity and firm performance: A dynamic capabilities perspective. Academy of Management Annals, 11(1), 189-216.

Satorra, A. (2000). Scaled and adjusted restricted tests in multi-sample analysis of moment structures. In R. D. H. Heijmans, D. S. G. Pollock, & A. Satorra (Eds.), Innovations in



This article is protected by copyright. All rights reserved.

Author Manuscript

multivariate statistical analysis. A festschrift for Heinz Neudecker (pp. 233–247). London: Kluwer Academic Publishers.

Shore, L. M., Cleveland, J. N., & Sanchez, D. (2017). Inclusive workplaces: A review and model. Human Resource Management Review, issue and page numbers are not available.

Shore, L. M., Randel, A. E., Chung, B. G., Dean, M. A., Ehrhart, K. H., & Singh, G. (2011). Inclusion and diversity in work groups: A review and model for future research. Journal of Management, 37(4), 1262-1289.

Singh, B., Winkel, D. E., & Selvarajan, T. T. (2013). Managing diversity at work: Does psychological safety hold the key to racial differences in employee performance? Journal of Occupational and Organizational Psychology, 86(2), 242-263.

Spedale, S., Coupland, C., & Tempest, S. (2014). Gendered ageism and organizational routines at work: The case of day-parting in television broadcasting. Organization Studies, 35(11), 1585-1604.

Spence, M. (1973). Job market signaling. The Quarterly Journal of Economics, 87(3), 355-374.

Thomas, D. A., & Ely, R. J. (1996). Making differences matter: A new paradigm for managing diversity. Harvard Business Review, 74(5), 79-90.

Triana, M. C., Garcia, M. F., & Colella, A. (2010). Managing diversity: How organizational efforts to support diversity moderate the effects of perceived racial discrimination on affective commitment. Personnel Psychology, 63(4), 817-843.

Triana, M. C., Wagstaff, M., & Kim, K. (2012). That's not fair! How personal value for diversity influences reactions to the perceived discriminatory treatment of minorities. Journal of Business Ethics, 111(2), 211–218.

Tufan, P., De Witte, K., & Wendt, H. J. (2017). Diversity-related psychological contract breach and employee work behavior: insights from intergroup emotions theory. The International Journal of Human Resource Management, 1-25.

van Dijk, H., van Engen, M. L., & van Knippenberg, D. (2012). Defying conventional wisdom: A meta-analytical examination of the differences between demographic and job-related diversity relationships with performance. Organizational Behavior and Human Decision Processes, 119(1), 38-53.

Verkuyten, M. (2005). Ethnic group identification and group evaluation among minority and majority groups: Testing the multiculturalism hypothesis. Journal of Personality and Social Psychology, 88(1), 121-138.

Vorauer, J. D., Gagnon, A., & Sasaki, S. J. (2009). Salient intergroup ideology and intergroup interaction. Psychological Science, 20(7), 838-845.

Walton, G. M., Murphy, M. C. & Ryan, A. M. (2015). Stereotype threat in organizations: Implications for equity and performance. Annual Review of Organizational Psychology and Organizational Behavior, 2 (1), 523-550.

Weick, K. E., Sutcliffe, K. M., & Obstfeld, D. (1999). Organizing for high reliability: Processes of collective mindfulness. Research in Organizational Behavior, 21: 81-117.

Weick, K. E., Sutcliffe, K. M., & Obstfeld, D. (2005). Organizing and the process of sensemaking. Organization Science, 16(4), 409-421.



This article is protected by copyright. All rights reserved.

Windscheid, L., Bowes-Sperry, L., Mazei, J., & Morner, M. (2017). The paradox of diversity initiatives: When organizational needs differ from employee preferences. Journal of Business Ethics, 145(1), 33-48.

Winters, M.-F. (2014). From diversity to inclusion. In B.M. Ferdman and B.R. Deane (Eds.), Diversity at work: The practice of inclusion (pp. 205-228). San Francisco: John Wiley & Sons, Inc.

Wolsko, C., Park, B., & Judd, C. M. (2006). Considering the tower of babel: Correlates of assimilation and multiculturalism among ethnic minority and majority groups in the United States. Social Justice Research, 19(3), 277-306.

Yanadori, Y., & van Jaarsveld, D. D. (2014). The relationships of informal high performance work practices to job satisfaction and workplace profitability. Industrial Relations: A Journal of Economy and Society, 53(3), 501-534.

Zhao, H., Wayne, S. J., Glibkowski, B. C., & Bravo, J. (2007). The impact of psychological contract breach on work-related outcomes: A meta-analysis. Personnel Psychology, 60(3), 647-680.

Zeffane, R. 1994. Patterns of organizational commitment and perceived management style: A comparison of public and private sector employees. Human Relations, 47(8): 977-1010.

Author Manuscript



This article is protected by copyright. All rights reserved.

Author Manuscript

**Figure 1 Hypothesized multilevel model.**




Note: H = hypothesis. H3 and H6 represent indirect effects.



This article is protected by copyright. All rights reserved.

Author Manuscript

**Figure 2 Unstandardized path coefficients of multilevel model.**




Note: For the sake of brevity, we do not present the effects of control variables (employment status and organization type), or the direct effects of demographics on affective commitment. Estimates of these effects can be found in Table 2.

* $p < .05$ ** $p < .01$



This article is protected by copyright. All rights reserved.

Author Manuscript

**Table 1 Descriptive statistics and correlations**

| Variables | Mean | s.d. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Level 1* | | | | | | | | | | | |
| 1. Affective commitment | 3.26 | .74 | | | | | | | | | |
| 2. Diversity promise fulfillment | 3.62 | .72 | .47** | | | | | | | | |
| 3. Gender | .55 | .50 | .00 | -.02 | | | | | | | |
| 4. Age | 4.56 | 2.38 | .15** | -.09** | -.06** | | | | | | |
| 5. Racioethnicity | .18 | .38 | -.04* | -.01 | -.02 | .18** | | | | | |
| 6. Employment status | .08 | .27 | -.09** | -.01 | .02 | -.12** | .06** | | | | |
| *Level 2* | | | | | | | | | | | |
| 7. Inclusion climate | 3.12 | .30 | | | | | | | — | | |
| 8. Identity-conscious programs | 2.22 | .83 | | | | | | | .20* | | |
| 9. Identity-blind programs | 4.25 | .57 | | | | | | | -.17 | .33** | |
| 10. Organizational type | .26 | .44 | | | | | | | -.06 | .14 | .04 |

*Note.* $N$ = 3,229 for individual-level variables. $N$ = 100 for organization-level variables. Gender was coded as 0 for male and 1 for female. Age was coded as a categorical variable (1 = under 25 years; 2 = 25–29 years; 3 = 30–34 years; 4 = 35–39 years; 5 = 40–44 years; 6 = 45–49 years; 7 = 50–54 years; 8 = 55–59 years; 9 = 60–64 years; 10 = 65 years and over). Racioethnicity was coded as 0 for White and 1 for ethnic minority. Employees' employment status was coded as a 0 = permanent and 1 = casual. Organizational type was coded as 0 for private organizations and 1 for public organizations.

* $p < .05$ **$p < .01$



This article is protected by copyright. All rights reserved.

Author Manuscript

**Table 2 Tests of direct and indirect relationships (Hypotheses 1-6)**

| Path | Estimate | s.e. | Lower and upper 95% CI limits |
|---|---|---|---|
| *Test of direct relationships* | | | |
| Controls | | | |
| Employment status ’ affective commitment | -.14** | .03 | (-.21, -.08) |
| Organization type ’ affective commitment | -.07 | .05 | (-.17, .03) |
| The effects of demographics on affective commitment | | | |
| Gender ’ affective commitment | .04 | .03 | (-.02, .08) |
| Age ’ affective commitment | .08** | .01 | (.05, .07) |
| Racioethnicity ’ affective commitment | .08 | .06 | (-.02, .13) |
| Hypothesis 1 (1-1): | | | |
| Gender ’ diversity promise fulfillment | -.07** | .02 | (-.12, -.02) |
| Age ’ diversity promise fulfillment | -.02** | .01 | (-.04, -.01) |
| Racioethnicity ’ diversity promise fulfillment | -.10* | .05 | (-.20, -.01) |
| Hypothesis 2 (1-1): | | | |
| Diversity promise fulfillment’ affective commitment | | | |
| Within-level relationship | .49** | .02 | (.45, .53) |
| Between-level relationship | .65** | .11 | (.44, .87) |
| Hypothesis 4 (2-2): | | | |
| Identity-blind programs ’ inclusion climate | -.14* | .05 | (-.24, -.03) |
| Identity-conscious programs ’ inclusion climate | .10** | .03 | (.04, .16) |
| Hypothesis 5 (2-1): | | | |
| Inclusion climate’ diversity promise fulfillment | .86** | .07 | (.72, 1.00) |
| | | | |
| *Test of indirect relationships* | | | |
| Hypothesis 3 (1-1-1) | | | |
| Gender ’ diversity promise fulfillment ’ affective commitment | -.03** | .01 | (-.06, -.01) |
| Age’ diversity promise fulfillment ’ affective commitment | -.01** | .00 | (-.02, -.01) |
| Racioethnicity ’ diversity promise fulfillment ’ affective commitment | -.05* | .02 | (-.10, -.01) |
| Hypothesis 6 (2-2-1-1) | | | |
| Identity-conscious programs’ inclusion climate’ diversity promise fulfillment ’ affective commitment | .06* | .02 | (.02, .10) |

Note. For direct relationships (upper panel) and indirect relationships (lower panel), unstandardized estimates are reported. 1 = level-1 variable; 2 = level-2 variable; CI = confidence interval.

* $p < .05$ ** $p < .01$



This article is protected by copyright. All rights reserved.

Author Manuscript

**Appendix: Survey items**

| Construct and Definition | Items |
|---|---|
| Identity-blind programs (Cronbach ± = .76)<br><br>Formal diversity management activities that apply the same HR procedures to each individual employee with the intention of providing equal opportunity in hiring, promotion and other organizational decisions. | 1. A policy exists that forbids harassment and bullying of any demographic group<br>2. Job descriptions and selection criteria have been established for each position and any criteria not of direct relevance to the job have been removed<br>3. Vacancies are advertised within the organization as well as externally<br>4. Vacancies are advertised externally using multiple channels (e.g. recruitment agencies and job ads in newspapers)<br>5. Managers are trained in how to conduct hiring interviews<br>6. Employees at all levels receive regular feedback on their performance<br>7. Managers are trained in how to conduct performance appraisals<br>8. Grievance and dispute handling procedures exist for decisions affecting employees<br>9. Exit interviews are conducted to identify the reasons for employee resignations |
| Identity-conscious programs (Cronbach ± = .83)<br><br>Formal diversity management activities that explicitly recognize, value, support and integrate employee differences and align with the management belief that diversity is a valuable organization asset. | 1. Diversity is an explicit part of the organization's mission or policy statement<br>2. An EO/diversity plan exists that specifies goals for the demographic composition of the workforce and strategies for achieving those goals<br>3. A system exists which identifies positions for which EO/diversity goals have been set but have not been achieved<br>4. The organization conducts internal audits to assess the demographic composition of its workforce<br>5. Line managers' performance appraisals include their departments' EO/diversity performance in |



This article is protected by copyright. All rights reserved.

Author Manuscript

| | |
|---|---|
| | relation to goals<br>6. Achievement of EO/diversity goals for their departments affects line managers' pay rises or bonuses |
| Inclusion climate<br>(Cronbach ± = .61)<br><br>The extent to which employees collectively perceive that the organization values differences, gives employees from all identity groups equal access to organizational resources, and creates opportunities to establish networks within a diverse workforce. | 1. There is a mentoring program in use here that identifies and prepares minority and female employees for promotion<br>2. Management here encourages the formation of employee interest or network groups<br>3. The 'old boys' network' is alive and well here (reverse coded)<br>4. This organization spends enough money and time on diversity awareness and related training |
| Diversity promise fulfillment<br>(Cronbach ± = .82)<br><br>Employees' assessment of the effectiveness or actual consequences of their organizations' diversity management. | 1. This organization has successfully achieved diverse representation in the workforce<br>2. In this organization, input from minority group members is considered at all levels<br>3. Different opinions, ideas and perspectives are valued here<br>4. Cultural and racial biases and prejudice have been eliminated here<br>5. This organization provides support for the unique issues faced by minority employees |
| Affective commitment<br>(Cronbach ± = .80)<br><br>Employees' identification with, involvement in, and emotional attachment to the organization. | 1. I would be very happy to spend the rest of my career with this organization.<br>2. This organization has a great deal of personal meaning for me.<br>3. I really feel as if this organization's problems are my own<br>4. I do not feel a strong sense of 'belonging' to my organization (reverse coded)<br>5. I do not feel 'emotionally attached' to this organization (reverse coded)<br>6. I do not feel like 'part of the family' at my organization (reverse coded) |



This article is protected by copyright. All rights reserved.

Author Manuscript

**Endnote**

Researchers are generally advised to conduct multilevel analysis with a minimum of five employees per organization (Raudenbush & Bryk, 2002). We retained four organizations with only four respondents; these four organizations were very small with an average response rate of 39.68% (minimum = 15.38% and maximum = 66.67%). Therefore, even four employees were expected to be representative of the entire organization.



This article is protected by copyright. All rights reserved.