# Exhibit 35

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/251098513

# Family Demands and Job Attribute Preferences: A 4Year Longitudinal Study of Women and Men

**Article** *in* Sex Roles · July 2003

DOI: 10.1023/A:1023957502570

CITATIONS
33

READS
74

**1 author:**



Alison M. Konrad
The University of Western Ontario

**110** PUBLICATIONS **3,916** CITATIONS

SEE PROFILE

**Some of the authors of this publication are also working on these related projects:**

Project Effective Human Resource Management for Diversity & Inclusion View project

All content following this page was uploaded by Alison M. Konrad on 10 February 2016.

The user has requested enhancement of the downloaded file.

*Sex Roles, Vol. 49, Nos. 1/2, July 2003 (© 2003)*

# Family Demands and Job Attribute Preferences: A 4-Year Longitudinal Study of Women and Men[1]

**Alison M. Konrad**[2,3]

A longitudinal data set was used to examine the relationships between family demands and job attribute preferences. Study participants were 207 students who responded to surveys upon entering the MBA program of a large university and to follow-up surveys 1, 2, and 3 years later. Hierarchical regression analyses indicated that preferences for short, flexible work hours at earlier time periods positively predicted hours of household labor at later times, which supports a rational action model. Significant interaction effects indicated that the relationship between the importance of work hours and household labor was stronger for women than for men, which indicates that women were more likely than men to develop plans for combining work and family. Higher levels of household labor were associated with increased preferences for short, flexible work hours, and a comfortable work environment, which supports an accommodation model, but MBA students performing more household labor did not show a reduction in the desire for high salaries, good benefits, and intrinsically rewarding work.

**KEY WORDS:** job attribute preferences; work values; gender roles; sex differences; household labor.

Women and men differ slightly in their job attribute preferences. The directions of some of these differences are consistent with traditional gender roles (Konrad, Corrigall, Lieb, & Ritchie, 2000; Konrad, Ritchie, Lieb, & Corrigall, 2000). For example, men more than women, value jobs that provide opportunities to earn a high income. Women more than men value jobs that do not require long hours of work and that provide flexibility in work schedules.

Previous authors have suggested that the division of labor in the family causes sex[4] differences in job attribute preferences (e.g., Wheeler & Miller, 1990). Few studies have examined whether job attribute preferences are significantly associated with family role demands, however. Most of the studies that have been conducted have used cross-sectional data (e.g., Beutell & Brenner, 1986; Cooper, Arkkelin, & Tiebert, 1994; Wheeler & Miller, 1990). The two existing longitudinal studies showed little impact of family but used an imprecise measure of family role demands, specifically, the presence of children (Johnson, 2001; Posner & Powell, 1990). The present data set added a measure of weekly hours spent conducting household labor, which allowed for a more precise examination of the division of labor in the family.

The purpose of this research was to examine the relationships between family demands and job attribute preferences. It is possible that job attribute preferences predict people's choices about how to divide labor within the family. It is also possible, however, that the household division of labor is relatively fixed and that women and men adjust their job attribute preferences to accommodate traditional gender roles. I examined both of these possibilities

[1] An earlier version of this paper was presented at the Eastern Academy of Management, Danvers, MA, in May 2000.

[2] Richard Ivey School of Business, University of Western Ontario.

[3] To whom correspondence should be addressed at Richard Ivey School of Business, University of Western Ontario, 1151 Richmond Street North, London, Ontario, Canada N6A 3K7; e-mail: akonrad@sbm.temple.edu.

[4] In this paper, I use the term *sex* to indicate the demographic categories of female and male, following Martin and Ruble (1997). I use the term *gender* to represent socially constructed norms and values comprising femininity and masculinity.



0360-0025/03/0700-0035/0 © 2003 Plenum Publishing Corporation

using a longitudinal database that followed cohorts of mostly part-time MBA students for 4 years, starting from the time they entered an MBA program in the eastern United States. In the following sections, I review the relevant literature to develop specific hypotheses for this research.

### Job Attribute Preferences as Predictors of Household Labor

Job attribute preferences can predict participation in family labor if one is willing to assume that employees make conscious choices about their work and family lives and that their behavior is influenced by those choices. This assumption is consistent with rational action theories and expectancy-value models, which have received considerable empirical support (Lynd-Stevenson, 1999; Sheppard, Hartwick, & Warshaw, 1988; Van Eerde & Thierry, 1996).

Attaining a job that provides a high income, prestige, and professional advancement generally requires the employee to devote considerable time and energy to the paid work role. Even people seeking a job that simply offers security, a good salary, and benefits may have to divert time and effort away from the family because part-time jobs pay less and are less likely than full-time jobs to offer benefits (Kalleberg, Reskin, & Hudson, 2000). The idea that the job attributes of income, prestige, and advancement are negatively linked to participation in household labor receives support from studies that have shown that time spent on family reduces earnings and career success (Hersch, 1991; Konrad & Cannings, 1997). Employees who value such rewards might reduce their participation in household labor to attain preferred job attributes. Reduced participation in family labor can be accomplished by having a spouse who is willing to conduct more family labor, by purchasing personal services, and/or by not having children.

Preferences for intrinsically motivating work might also influence participation in household labor. Particularly for highly trained workers, jobs that offer opportunities to utilize fully one's education and abilities can demand a full-time commitment to the paid work role. Furthermore, people who seek intrinsic fulfillment through the paid work role may desire to devote more time and energy to that role. When a job is meaningful and fulfilling, workers may view activities that pull them away from work more negatively than when the job is less intrinsically motivating. As a result, workers who desire intrinsically enjoyable work might increase the amount of time and effort they devote to paid work activities and thus reduce their participation in family labor.

On the other hand, people who plan to devote considerable energy to family activities may consciously seek jobs that allow them to combine work and family more easily. People's time and energy are not unlimited, and the conservation of resources model argues that people seek to minimize stress and strain by garnering time, energy, and other resources in the conduct of their daily activities (Grandey & Cropanzano, 1999). The idea that people have limited time and energy to devote to work and family is supported by research that shows that when work and family role demands become too heavy, resources become depleted and stress and strain result (Carlson, 1999; Carlson, Kacmar, & Williams, 2000; Phillips-Miller, Campbell, & Morrison, 2000). This reasoning is consistent with G. S. Becker's (1985) allocation of energy model, which suggests that household responsibilities reduce the amount of energy workers have available to exert effort on their paid jobs (G. S. Becker, 1985).

On the basis of this reasoning, preferences for short hours and a flexible work schedule should positively predict participation in household labor as people attempt to limit paid work demands to accommodate significant family responsibilities. In addition, good relationships with one's supervisor and coworkers may be important to workers who are planning to engage in a relatively large share of household labor. Previous research has shown that supervisor and coworker support make combining work and family easier and reduce experiences of work–family conflict (Goff, Mount, & Jamison, 1990; Thomas & Ganster, 1995). Finally, workers who plan to engage in a large amount of household labor might seek a job that offers a comfortable work environment because physical comfort at work helps to minimize the extent to which the job drains a person's energy level.

H1: Preferences for salary, benefits, and intrinsic aspects at an earlier time period are negatively related to participation in household labor at a later time period.

H2: Preferences for short, flexible hours, good working relationships, and a comfortable work environment at an earlier time period are positively related to participation in household labor at a later time period.

Job attribute preferences may be better predictors of household labor for women than for men

because women may be more likely to plan how they will combine work and family in the future. Traditional gender roles assign women primary responsibility for child care and assign men the role of primary income provider (Burn, 1996). As such, for women more than men, traditional family roles conflict with paid work outside the home (Pleck, 1977). Aware that they will be faced with work and family demands that are at least somewhat incompatible, women who plan to have a career and a family may consciously develop strategies for balancing paid work with household demands even before their families are formed.

Although the arrival of children is likely to increase family labor and role stresses for both women and men (Atkinson & Blackwelder, 1993; Grandey & Cropanzano, 1999), men may be less likely to strategize about work–family balance ahead of time. Because the traditional provider role is fairly consistent with paid work demands, men may perceive that balancing work and family requires less intensive planning and strategizing, and they may be less likely to adjust their job attribute preferences to accommodate anticipated family demands.

H3: Job attribute preferences at an earlier time period are more strongly related to household labor at a later time period for women than for men.

## Family Demands as Predictors of Job Attribute Preferences

Preferences do not always predict behavior because circumstances limit people's abilities to fulfill their desires. People may fail to achieve the desired balance between job attributes and family labor for a number of reasons. A spouse might demand greater devotion to either the paid work or the family role than one desires (Arrighi & Maume, 2000; Stohs, 2000; Voydanoff & Donnelly, 1999). Financial need, job loss, layoffs, or other career disruptions can limit one's ability to be a full-time breadwinner or a full-time homemaker (Voydanoff & Donnelly, 1989). Constraints that limit the ability to arrange work and family life to fit one's preferences can lead to stress and strain (Buunk, Kluwer, Schuurman, & Siero, 2000).

People can accommodate themselves to adverse situations through the use of cognitive reinterpretation (Kroska, 1997). Because desiring job attributes that are not realistically available is frustrating, people faced with barriers to opportunity often lower their aspirations (Borg, 1991). Hence, people faced with burdensome family responsibilities might reduce their preferences for job attributes that can only be attained by diverting effort away from the family. Hours devoted to family labor, then, may be related to reduced preferences for salary, benefits, and intrinsically enjoyable work and increased preferences for attributes that are attainable when one can devote only limited time and effort to paid work. People who must spend many hours on family labor may decide that what they really want from a job is short hours, a flexible schedule, pleasant relationships, and a comfortable work environment.

H4: Household labor is associated with reduced preferences for salary, benefits, and intrinsic aspects.

H5: Household labor is associated with increased preferences for short, flexible hours, good working relationships, and a comfortable work environment.

## Gender Effects and the Arrival of Children

Although men's participation in family labor has increased, women still perform between 65 and 80% of domestic chores in the United States (Bianchi, Milkie, Sayer, & Robinson, 2000; Coltrane, 2000). Given the relative stability of the gender division of labor in the family, it is important to examine whether gender moderates the relationship between job attribute preferences and family responsibilities. Other research has shown that work and family pressures can have different outcomes for women and men (Duxbury & Higgins, 1991).

In general, gender socialization pressures women to be good mothers and men to seek career success and status (Burn, 1996; Thompson, Pleck, & Ferrera, 1992). In addition to social pressures, biological differences, specifically pregnancy and lactation, may influence women's paid work activities. As a result of gender socialization and biological differences, the arrival of children has been shown to have a different effect on activities and responsibilities for women and men (P. E. Becker & Moen, 1999; Monk et al., 1996). Specifically, children lead to an increase in men's and a decrease in women's hours of paid work (Kaufman & Uhlenberg, 2000). Men may feel extra pressure to fulfill the provider role and increase their preferences for salary, security, and benefits. Women may feel

pressure to fulfill the mothering role and increase their preferences for short hours and a flexible schedule. Women may also believe that they must sacrifice the desire for high salaries, advancement, and intrinsically rewarding work to accommodate the demands of child care. Research has shown that children have a negative impact on women's earnings (Taniguchi, 1999).

H6: Sex and number of children interact to predict job attribute preferences such that number of children is related to increased preferences for salary, benefits, and intrinsic aspects for men and decreased preferences for these aspects for women.

H7: Sex and number of children interact to predict job attribute preferences such that number of children is related to increased preferences for short, flexible hours, good working relationships, and a comfortable work environment for women and decreased preferences for these aspects for men.

The basic rationale for the differential effect of children is that women more than men may feel pressure to increase their family labor when children arrive. Actual hours of household labor are expected to have the same effects on women and men.

## METHOD

### Data Collection

Surveys were mailed to students entering the MBA program at a large university in the eastern United States. Students who entered the MBA program in September of 1992, January of 1993, September of 1993, and January of 1994 were asked to participate in the study. Most of the students attended the MBA program part-time. Of the 737 surveys that were administered to entering students, 458 (62%) were returned after four mailings (T1). Each cohort was sent a second survey 1 year after entering the MBA program. Of the 458 surveys sent to students 1 year later, 343 (75%) were returned after four mailings (T2). There were 275 (80%) responses 2 years later (T3) and 210 (76%) responses 3 years later (T4). Listwise deletion of missing data resulted in a sample size of 199 (82 women and 117 men).

As might be expected, family responsibilities increased over time for study participants. At T1, as respondents entered the MBA program, 66% of women and 56% of men were single. Corresponding percentages at T2, T3, and T4 were 64, 56, and 46 for women and 48, 50, and 31 for men. At T1, 9% of the women and 17% of the men had children. Corresponding percentages at T2, T3, and T4 were 14, 18, and 23 for women and 20, 23, and 28 for men. Most of the participants with children living in the household also had a spouse or partner. Only 7 respondents at T1, 6 respondents at T2, 5 respondents at T3, and 4 respondents at T4 were single parents.

To obtain longitudinal tests of the hypotheses, I predicted outcomes reported in the later time periods (T3 and T4) from predictors measured in the earlier time periods (T1 and T2). Rather than inflating alpha error by examining all possible lags, I averaged responses from T1 and T2 to create the predictor variables and averaged the responses from T3 and T4 to create the outcome measures. One benefit of this method was that in general, the multiple-item indices calculated across survey years showed higher alpha reliability statistics than their separate component years did. Averaging responses across 2 years also provided the advantage of allowing me to calculate a reliability statistic for the measure of household labor.

### Attrition Analysis

To determine whether attrition from the sample was systematic, I compared respondents who participated at all four time periods to those who dropped out between T1 and T4. Respondents and dropouts did not differ by sex, $\chi^2 = 0.44$, *ns*. I examined several other factors for attrition bias separately for women and men because a main research question was to examine whether sex moderated the relationships between family responsibilities and job attribute preferences. Hence, differential attrition was a potential internal validity threat. The factors I examined to identify possible systematic attrition were age, weekly hours of paid work, weekly hours of household labor, and number of children. Findings indicated that for both women and men, respondents and dropouts did not differ on any of these variables in any survey year ($p$s > .05). Hence, there was no evidence of systematic attrition in this sample.

### Measures

Demographics, including sex, race, age, country of citizenship, living with a spouse or partner, and

number of children currently living with the family,[5] were taken from survey responses. Other measures are described below. Table I shows descriptive statistics for all measures included in the study.

*Participation in Household Labor*

Respondents were asked to indicate the average weekly hours they spent on the following household tasks: (1) "housework, including cooking, cleaning, laundry, picking up dry cleaning, shopping, etc., or arranging for any of these types of tasks to be done by others"; (2) "child care and/or parent care, including transportation of children and/or parents or arranging child and/or parent care"; (3) "household maintenance, including lawn care, gardening, household repairs and improvements, painting, remodeling, fixing appliances, fixing the car, etc., or arranging for any of these types of tasks to be done by others." The number of hours reported for each of the three categories was summed to create a single index of household labor (Cronbach's $\alpha$ across T1/T2 = .77; $\alpha$ across T3/T4 = .73).

*Job Attribute Preferences*

The measure of job attribute preferences included items commonly used in research on work values (e.g., Beutell & Brenner, 1986; Elizur, 1984; Wheeler & Miller, 1990). Respondents were asked, "Please indicate how important each of the following are to you when you consider your satisfaction with your job." Response options ranged from 1 (*very unimportant*) to 4 (*very important*). For purposes of data reduction, the T1 data for the 16 items were factor-analyzed using principal components analysis with varimax rotation. Results are shown in Table II.

The factors were very similar to those obtained in a separate sample of MBA alumni (also shown in Table II), which supported the conceptual meaningfulness of the factors for the MBA population. The alumni data were obtained via a mail survey instrument administered in 1992. For each graduating year between 1985 and 1992, 50 men and 50 women were randomly selected to receive surveys; 394 (49%) responded after four mailings. Listwise deletion of missing data resulted in an *n* of 341 for the factor analysis.

One item loaded on different factors for alumni and students. Specifically, vacation days loaded with retirement and medical benefits for the alumni, and it loaded with weekly work hours and scheduling flexibility for the students. Mental and physical demands loaded with safety and comfort for both alumni and students, but for alumni, it showed a double-loading with work hours and flexibility. I used the student findings to create the indices for this research because reliability analysis and confirmatory factor analysis indicated that the student factors fit the data better than the alumni factors did.

Indices were created by taking the mean of the component items. Fewer than 10 respondents had missing data at any of the time periods, and the few missing items were replaced with the mean of the items that the respondent did answer. Factor 1 (preference for *hours*) consisted of hours worked weekly, number of vacation days, and flexible scheduling (Cronbach's $\alpha$ at T1/T2 = .71; $\alpha$ at T3/T4 = .73). Factor 2 (preference for *environment*) consisted of safety, comfort, and mental/physical demands ($\alpha$ at T1/T2 = .69; $\alpha$ at T3/T4 = .67). Factor 3 (preference for *benefits*) consisted of retirement and medical benefits ($\alpha$ at T1/T2 = .73; $\alpha$ at T3/T4 = .73). Factor 4 (preference for *intrinsic* factors) consisted of freedom and interesting work ($\alpha$ at T1/T2 = .65; $\alpha$ at T3/T4 = .69). Factor 5 (preference for *relationships*) consisted of relationship with coworkers, relationship with supervisor, and effectiveness of supervisor ($\alpha$ at T1/T2 = .69; $\alpha$ at T3/T4 = .75). Finally, factor 6 (preference for *salary*) consisted of promotion opportunities, salary, and job security ($\alpha$ at T1/T2 = .70; $\alpha$ at T3/T4 = .63).

Confirmatory factor analysis (CFA) indicated that the data fit the six-factor model reasonably well ($\chi^2 = 255.30$, $df = 89$, $p < .001$; GFI = .94; AGFI = .90; RMSEA = .06). In addition, CFA showed that all items loaded significantly on the appropriate factors, and the standardized coefficients showed loadings of .45 or greater for all items. The discriminant validity of the six-factor solution was supported by chi-square difference tests, which indicates that the six-factor model fit the data significantly better than nested models with fewer than six factors.

## Controls

*Age*, *ethnic group* (coded as 1 = White, 0 = other), *country of citizenship* (coded as 1 = United

[5] Respondents reported number of children by age group, but because fewer than half of the respondents had any children in the household, the average number of children in total was smaller than 1. To maximize the amount of variance in the measure of number of children, I combined all age groups to measure total number of children living in the household.

**Table I.** Correlations, Means, and Standard Deviations

| Variable | Mean | *SD* | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Sex (0 = F, 1 = M) | 0.60 | 0.49 | 1.00 | | | | | | | | | | | | | | | | | | | | | |
| 2. Year born | 63.77 | 6.64 | −.03 | 1.00 | | | | | | | | | | | | | | | | | | | | |
| 3. White (0 = N, 1 = Y) | 0.88 | 0.32 | .07 | −.05 | 1.00 | | | | | | | | | | | | | | | | | | | |
| 4. U.S. citizen (0 = N, 1 = Y) | 0.94 | 0.24 | .05 | .00 | .49 | 1.00 | | | | | | | | | | | | | | | | | | |
| 5. Management level T4 | 2.60 | 1.50 | .16 | −.26 | .10 | .01 | 1.00 | | | | | | | | | | | | | | | | | |
| 6. Weekly work hours T4 | 43.04 | 13.33 | .08 | −.09 | .17 | .11 | .26 | 1.00 | | | | | | | | | | | | | | | | |
| 7. Married or partner T4 | 0.63 | 0.48 | .16 | −.11 | −.08 | −.14 | .13 | .05 | 1.00 | | | | | | | | | | | | | | | |
| 8. No. of children T4 | 0.44 | 0.90 | .08 | −.21 | −.11 | .03 | .07 | .04 | .27 | 1.00 | | | | | | | | | | | | | | |
| 9. Household labor T1/T2 | 14.14 | 12.65 | −.06 | −.22 | −.11 | −.03 | .08 | −.09 | .18 | .38 | 1.00 | | | | | | | | | | | | | |
| 10. Household labor T3/T4 | 14.93 | 13.27 | −.09 | −.05 | −.13 | −.06 | .07 | −.12 | .34 | .47 | .66 | 1.00 | | | | | | | | | | | | |
| *Preference for* | | | | | | | | | | | | | | | | | | | | | | | | |
| 11. Relationships T1/T2 | 3.19 | 0.45 | −.21 | .17 | .13 | .02 | .07 | .08 | −.08 | −.14 | −.12 | −.06 | 1.00 | | | | | | | | | | | |
| 12. Relationships T3/T4 | 3.31 | 0.47 | −.17 | .04 | .06 | .00 | .04 | .11 | −.08 | −.09 | −.04 | −.06 | .44 | 1.00 | | | | | | | | | | |
| 13. Intrinsic aspects T1/T2 | 3.54 | 0.44 | −.11 | −.12 | .13 | .04 | .28 | .10 | .03 | .01 | .00 | .06 | .30 | .13 | 1.00 | | | | | | | | | |
| 14. Intrinsic aspects T3/T4 | 3.58 | 0.47 | −.10 | −.09 | .09 | .12 | .07 | .23 | .01 | .04 | −.04 | .00 | .05 | .45 | .38 | 1.00 | | | | | | | | |
| 15. Benefits T1/T2 | 3.09 | 0.56 | −.11 | .06 | .04 | .11 | −.11 | .08 | −.06 | .00 | .03 | .04 | .31 | .13 | .15 | −.03 | 1.00 | | | | | | | |
| 16. Benefits T3/T4 | 3.10 | 0.56 | −.14 | −.04 | −.13 | .11 | −.14 | −.02 | −.11 | −.06 | .00 | −.03 | .11 | .23 | −.05 | .18 | .52 | 1.00 | | | | | | |
| 17. Environment T1/T2 | 3.18 | 0.44 | −.26 | .17 | −.05 | −.05 | −.07 | −.11 | −.04 | −.05 | −.01 | .05 | .55 | .26 | .20 | −.01 | .32 | .20 | 1.00 | | | | | |
| 18. Environment T3/T4 | 3.21 | 0.46 | −.24 | .10 | −.06 | .00 | −.08 | −.09 | −.13 | −.15 | .06 | .07 | .25 | .47 | .05 | .35 | .13 | .36 | .47 | 1.00 | | | | |
| 19. Hours T1/T2 | 2.81 | 0.49 | −.11 | .10 | −.04 | .02 | −.12 | −.11 | .11 | .13 | .25 | .30 | .16 | .01 | .22 | .04 | .35 | .17 | .40 | .18 | 1.00 | | | |
| 20. Hours T3/T4 | 2.89 | 0.50 | −.06 | .05 | −.03 | .13 | −.14 | −.02 | .09 | .06 | .21 | .28 | .07 | .24 | .05 | .26 | .24 | .38 | .24 | .36 | .57 | 1.00 | | |
| 21. Salary T1/T2 | 3.50 | 0.42 | .04 | .13 | .04 | .07 | .00 | .04 | .03 | .06 | −.02 | .02 | .42 | .07 | .35 | −.02 | .48 | .20 | .37 | −.01 | .32 | .14 | 1.00 | |
| 22. Salary T3/T4 | 3.46 | 0.41 | −.04 | .07 | −.03 | .12 | −.08 | .19 | −.08 | −.06 | .00 | −.05 | .11 | .40 | −.02 | .37 | 0.22 | .43 | .10 | .37 | .10 | .32 | .33 | 1.00 |

*Note.* Correlations of magnitude .14 or greater are significant at the .05 level (two-tailed tests). Pairwise *ns* range from 192 to 207.

**Table II.** Factor Analysis

| Item | Student factors | | | | | | Alumni factors | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Environs | Benefits | Intrinsic | Relations | Salary | Benefits | Intrinsic | Relations | Environs | Hours | Salary |
| Paid vacation days | 0.71 | 0.02 | 0.34 | −0.04 | 0.19 | 0.10 | 0.70 | 0.15 | 0.10 | 0.03 | 0.27 | 0.09 |
| Hours worked weekly | 0.76 | 0.21 | 0.00 | −0.14 | 0.02 | 0.17 | 0.24 | 0.05 | −0.03 | 0.07 | 0.84 | 0.02 |
| Flexible schedule | 0.69 | 0.10 | 0.08 | 0.36 | 0.00 | −0.08 | 0.18 | 0.42 | 0.11 | 0.06 | 0.69 | 0.09 |
| Mental or physical demands | 0.19 | 0.66 | −0.15 | 0.03 | 0.00 | 0.35 | −0.17 | −0.16 | 0.06 | 0.46 | 0.53 | 0.38 |
| Safety | 0.07 | 0.70 | 0.23 | −0.06 | 0.11 | 0.13 | 0.23 | 0.16 | 0.12 | 0.83 | 0.14 | 0.01 |
| Pleasant workplace | 0.12 | 0.67 | 0.17 | 0.16 | 0.19 | −0.08 | 0.18 | 0.26 | 0.19 | 0.79 | 0.03 | 0.05 |
| Retirement benefits | 0.23 | 0.03 | 0.84 | 0.03 | 0.02 | 0.13 | 0.82 | 0.08 | 0.00 | 0.14 | 0.10 | 0.22 |
| Medical benefits | 0.08 | 0.27 | 0.71 | −0.01 | 0.09 | 0.17 | 0.78 | 0.05 | 0.07 | 0.22 | 0.02 | 0.15 |
| Interesting work | −0.06 | 0.15 | −0.07 | 0.75 | 0.10 | 0.06 | 0.05 | 0.84 | 0.02 | 0.13 | 0.08 | 0.05 |
| Freedom | 0.14 | −0.03 | 0.03 | 0.81 | −0.01 | 0.07 | 0.15 | 0.81 | 0.03 | 0.20 | 0.13 | 0.12 |
| Relationship w/supervisor | 0.19 | 0.06 | −0.08 | 0.03 | 0.73 | 0.22 | −0.06 | 0.24 | 0.69 | 0.13 | −0.06 | 0.20 |
| Relationships w/coworkers | −0.05 | 0.37 | 0.17 | 0.15 | 0.52 | −0.18 | 0.07 | −0.09 | 0.76 | 0.11 | 0.08 | −0.05 |
| Effective supervisor | 0.01 | 0.09 | 0.12 | 0.03 | 0.81 | 0.03 | 0.12 | 0.01 | 0.79 | 0.05 | 0.03 | 0.05 |
| Chances for promotion | −0.11 | −0.04 | 0.26 | 0.45 | 0.24 | 0.47 | 0.31 | 0.40 | 0.22 | 0.00 | −0.03 | 0.58 |
| Salary | 0.18 | 0.06 | 0.07 | 0.20 | −0.01 | 0.73 | 0.29 | 0.25 | 0.12 | −0.16 | 0.05 | 0.58 |
| Job security | 0.00 | 0.25 | 0.33 | −0.13 | 0.13 | 0.62 | 0.12 | −0.06 | −0.02 | 0.19 | 0.13 | 0.76 |
| % Variance | 11 | 11 | 11 | 10 | 10 | 9 | 14 | 12 | 11 | 11 | 10 | 10 |
| *N* | 459 | | | | | | 341 | | | | | |

*Note*: underlined items indicate which items belong to each factor.

States, 0 = other), *T4 weekly hours of paid work*, *T4 hierarchical level* (1 = not a managerial position, 2 = first-line supervisor, 3 = unit manager, 4 = middle-level management or senior specialist such as senior analyst, 5 = executive or head of function, department, or division), and *T4 presence of a spouse or partner* were controlled in the analysis.[6]

## Analysis

Regression analysis was used to conduct the hypothesis tests. One-tailed significance tests were used for hypothesis-testing predictors because all hypotheses were directional. Two-tailed tests were used for controls. All outcome variables were assessed at the later time period (T3/T4), and in all equations, the same outcome assessed at the earlier time period (T1/T2) served as a control. As such, the regressions examined the effects of the predictor variables on *change* in the outcome variables between the earlier and later time periods.

H1 and H2 predicted that job attribute preferences at earlier time periods would have significant main effects on household labor at later time periods due to rational planning effects, and H3 predicted that these effects would be stronger for women than for men. These hypotheses were tested by hierarchical regressions that predicted household labor at T3/T4 from measures of job attribute preferences taken at T1/T2. In Step 1, I entered respondent sex, number of children at T4, and the controls (household labor assessed at T1/T2, age, ethnicity, citizenship, T4 weekly hours of paid work, T4 hierarchical level, and T4 presence of a spouse or partner). In Step 2, I entered the six job attribute preference indices assessed at T1/T2 to test H1 and H2. Job attribute preferences assessed at the earlier time period were used to test these hypotheses to examine whether respondents planned ahead by setting their job attribute preferences at an earlier time in anticipation of an increase in family demands. Time varying control variables were assessed at the later time period (T4 or T3/T4 for multiple-item indices) to examine the findings for the unique effects of planning net of any possible effects of respondents' current circumstances.

In Step 3, I tested H3 by entering six two-way interaction terms between sex and the six job attribute preference indices. Following Aiken and West's recommendations (Aiken & West, 1991), I centered the continuous job attribute preference variables (i.e., subtracted the sample mean from each individual's score) and dummy-coded the categorical variable of sex (coded as 0 = F, 1 = M) prior to calculating the multiplicative interactions.

H4 and H5 predicted that household labor would be associated with changes in job attribute preferences due to accommodation effects. These

[6]In this sample, most of the participants' spouses worked for pay. At T1, 83% of respondents with a spouse or partner reported that their spouses worked for pay. Corresponding percentages at T2, T3, and T4 were 87, 92, and 92%.

hypotheses were tested by hierarchical regressions that predicted the six job attribute preferences at T3/T4 while controlling for the same job attribute preference at T1/T2. In Step 1, I entered sex, the same job attribute preference assessed at T1/T2, and the other controls (age, ethnicity, citizenship, T4 weekly hours of paid work, T4 hierarchical level, and T4 presence of a spouse or partner). I entered T3/T4 household labor (testing H4 and H5) and T4 number of children in Step 2. In testing for accommodation effects, household labor and family were assessed at the later time period to examine whether changes in job attribute preferences resulted from accommodation to current circumstances. Other time varying controls were also assessed at T4 to examine the data for the effects of accommodation to family net of any possible accommodation to other current life circumstances.

H6 and H7 predicted that children would have different effects on job attribute preferences for women and men. I tested these hypotheses in Step 3 by entering the multiplicative interaction between sex (dummy-coded) and T4 number of children (centered).

## RESULTS

Table III shows the results of the regressions that predicted household labor. Results for the control variables indicated that household labor reported in the earlier time period was the strongest predictor. Year of birth was a positive predictor, and it indicated that younger people conducted more household labor. As might be expected, family formation increased the amount of household labor reported by respondents. Specifically, when T1/T2 household labor was controlled, being married or living with a partner and number of children in the household at T4 were positive predictors of household labor at T3/T4. There were no other significant effects among demographics or control variables.

H1 and H2 predicted that job attribute preferences assessed at earlier time periods would predict household labor at later times. Of the six job attribute preference indices, only one was a significant predictor of household labor at T3/T4. Preference for hours at T1/T2 was a significant positive predictor of household labor at T3/T4, which supported H2's reasoning that those who anticipate future family demands seek jobs that provide shorter working hours and greater flexibility.

H3 predicted that the relationships between household labor and job attribute preferences would

**Table III.** Regressions Predicting Household Labor at T3/T4

| Step | Predictor | Final $\beta$ |
|---|---|---|
| 1 | Main effects and controls | |
| | Sex (0 = F, 1 = M) | −.09 |
| | Year born | .15** |
| | White (0 = N, 1 = Y) | −.01 |
| | U.S. citizen (0 = N, 1 = Y) | −.01 |
| | Management level T4 | .05 |
| | Hours of paid work T4 | −.08 |
| | Spouse or partner T4 | .18** |
| | No. of children T4 | .26*** |
| | Household labor T1/T2 | .51*** |
| 2 | T1/T2 Preference for[a] | |
| | Relationships | −.05 |
| | Intrinsic | .11 |
| | Benefits | .04 |
| | Environment | −.14 |
| | Hours | .23* |
| | Salary | −.06 |
| 3 | Two-way interactions[a] | |
| | Sex × Relationships | .06 |
| | Sex × Intrinsic | −.08 |
| | Sex × Benefits | −.06 |
| | Sex × Environment | .16 |
| | Sex × Hours | −.16* |
| | Sex × Salary | .03 |
| | Change in $R^2$ at Step 1 | .56*** |
| | Change in $R^2$ at Step 2 | .01 |
| | Change in $R^2$ at Step 3 | .02 |
| | Overall model $F$ | 11.36*** |
| | Overall adjusted $R^2$ | .53 |

[a] One-tailed significance tests were used.
* $p < .05$. ** $p < .01$. *** $p < .001$.

be stronger (i.e., have steeper slopes) for women than for men. Only the preference for hours at T1/T2 interacted significantly with sex to predict household labor at T3/T4. Figure 1 depicts the significant interaction by plotting predicted hours of household labor for respondents one standard deviation above and below the sample mean for importance of hours (and at the sample mean on all other variables). The graph indicates support for H3's prediction of a stronger association for women than for men. Men with low and high preferences for hours at T1/T2 show little difference in household labor at T3/T4, but women with a high preference for hours engaged in considerably more household labor at T3/T4 than women with a low preference for hours.

Table IV shows the results of the regressions that predicted job attribute preferences. Results for the control variables indicated that the same preference assessed at the earlier time period was the strongest predictor. Whites placed less importance on benefits than did members of other racial groups, and U.S.




**Fig. 1.** Plot of the moderating effect of sex on the impact of preference for hours on household labor.

citizens placed greater importance on hours and benefits than did citizens of other countries. Those who performed more hours of paid work weekly showed stronger preferences for salary and intrinsically enjoyable work. When other factors were controlled, sex, year born, presence of a spouse or partner, and management level did not significantly predict any of the six job attribute preferences.

H4 and H5 predicted that household labor reported at earlier time periods would predict job attribute preferences at later time periods. Two preferences showed significant effects of household labor (Table IV). Household labor at T3/T4 was a positive predictor of the importance of hours and environment at T3/T4. These findings supported H5, which was based on the argument that those who find they must expend more energy in the home seek jobs that are less time and energy depleting.

H6 predicted that children would affect preferences for salary, benefits, and intrinsic aspects positively for men but negatively for women. H7 predicted that children would affect preferences for hours, environment, and relationships positively for women but negatively for men. These hypotheses received no support. The two-way interaction between sex and number of children was not a significant predictor of any of the six job attribute preference indices. The only significant association between children and job attribute preferences was a significant negative main effect on the importance attached to environment.

**Table IV.** Regressions Predicting Job Attribute Preferences

| | | DV = Preference for | | | | | |
|---|---|---|---|---|---|---|---|
| Step | Predictor | Hours Final $\beta$ | Environment Final $\beta$ | Relationships Final $\beta$ | Intrinsic Final $\beta$ | Salary Final $\beta$ | Benefits Final $\beta$ |
| 1 | Controls | | | | | | |
| | Sex (0 = F, 1 = M) | .04 | −.07 | −.08 | −.06 | −.03 | −.05 |
| | Year born | −.04 | −.02 | −.04 | −.04 | −.01 | −.12 |
| | White (0 = N, 1 = Y) | −.08 | −.06 | .00 | −.03 | −.15 | −.24** |
| | U.S. citizen (0 = N, 1 = Y) | .17* | .06 | −.02 | .10 | .14 | .17* |
| | Management level T4 | −.12 | −.02 | .00 | −.09 | −.11 | −.06 |
| | Hours of paid work T4 | .08 | −.02 | .08 | .19** | .22** | −.05 |
| | Spouse or partner T4 | .01 | −.11 | −.04 | .00 | −.06 | −.05 |
| | Preference at T1/T2 | .53*** | .44*** | .41*** | .37*** | .32*** | .51*** |
| 2 | T1/T2 family demands | | | | | | |
| | No. of children T4 | −.15 | −.31* | −.05 | −.12 | −.14 | −.19 |
| | Household labor T3/T4[a] | .20** | .18* | −.01 | .01 | .04 | −.02 |
| 3 | Two-way interaction | | | | | | |
| | Sex × No. of children T4[a] | .03 | .15 | .03 | .17 | .04 | .13 |
| | Change in $R^2$ at Step 1 | .36*** | .25*** | .21*** | .20*** | .18*** | .34*** |
| | Change in $R^2$ at Step 2 | .03* | .03* | .00 | .00 | .01 | .01 |
| | Change in $R^2$ at Step 3 | .00 | .01 | .00v | .01 | .00 | .01 |
| | Overall model $F$ | 10.26*** | 6.49*** | 4.32*** | 4.44*** | 3.76*** | 9.10*** |
| | Overall adjusted $R^2$ | .35 | .24 | .16 | .17 | .14 | .32 |

[a]One-tailed significance tests.
*$p < .05$. **$p < .01$. ***$p < .001$.

## DISCUSSION

In this study I examined the relationships between job attribute preferences and family responsibilities for women and men in a large MBA program. A rational planning perspective was supported by findings that showed earlier preferences for short, flexible work hours predicted hours of household labor at later time periods. This finding is consistent with a scenario where people who anticipate an increase in household labor place greater importance on obtaining a job with short, flexible work hours. In addition, the importance of hours interacted significantly with sex to affect household labor, which indicates a stronger positive effect for women than for men. These findings support the notion that women, more than men, make proactive plans to blend work and family life. These women did not plan to reduce their career aspirations, however. Early preferences for salary, benefits, promotions, and intrinsic job aspects were unrelated to household labor at a later time for either women or men. Hence, these women seemed to desire jobs that would allow them to pursue rewarding careers despite the fact that they anticipated significant future involvement with their families.

An accommodation perspective was supported by findings that indicated household labor was a positive predictor of the importance of hours and work environment at a later time (when the same preference at the earlier time was statistically controlled). These findings are consistent with the idea that those who find themselves bearing heavier household responsibilities increase the importance they attach to short hours, flexibility, and fewer demands on the job. For this career-oriented population, however, accommodation to family demands did not involve a reduction in the desire for high salary, promotion, and intrinsically interesting work.

The gender roles model was tested by examining whether the presence of children had different effects on job attribute preferences for women and men. The two-way interaction between sex and children was not a significant predictor of any of the job attribute preferences examined in this study. As such, there was no support for the notion that women and men accommodate their job attribute preferences to the arrival of children in different ways.

My findings showing significant effects of household labor on job attribute preferences conflict with those of Johnson (2001), who reported no effects of family demands on job attribute preferences in her longitudinal study. Key methodological differences between the two studies may explain the differences in our findings. First, Johnson's measures of family demands were limited to marital status and the presence of children. Her data set did not include a measure of participation in household labor, and the omission of this finer-grained measure of family demands might explain her lack of significant effects. The effects of family structure on job preferences is likely mediated by the influence of family on the hours of household labor that need to be performed. My findings show that only those individuals who actually performed more household labor changed their job attribute preferences over time. Second, Johnson failed to examine the importance of short hours, flexibility, limited job demands, and a comfortable work environment—and these were the factors that showed significant effects of family demands in this study. Third, the MBA students in the present sample may have had higher career aspirations on average than the high school graduates in Johnson's sample and, as such, they may have been more likely to show a drop in aspirations with the arrival of demanding family responsibilities.

The participants in the present sample were investing considerable time, effort, and (in many cases) money to increase their human capital endowments. The fact that they were making these investments implies that they had significant career aspirations. Those respondents who performed more hours of household labor expressed an increased desire for short, flexible work hours and a less demanding work environment but did not reduce their desire for a rewarding career providing high salary, good benefits, and intrinsically fulfilling work. As such, organizations that wish to attract, motivate, and retain this population face the challenge of finding ways to provide flexibility for family life without penalizing workers with significant family obligations in terms of career rewards.

Organizations may be able to accomplish this objective by providing substantive work-life benefits. Work–family programs can make periods of heavy family demands less stressful for employees (Kossek, Colquitt, & Noe, 2001; Lobel, 1999), and women who perceive that their organizations support their attempts to balance work and family are more committed to the organization and take less time off upon the birth of a child (Lyness, Thompson, Francesco, & Judiesch, 1999). Men who feel pressured both to provide income and participate in family labor when children arrive may value work–family programs also,

because work–family programs signal to employees that they will not be penalized for involvement in family activities.

Other research shows that organizations employing a relatively large percentage of professionals have higher productivity levels if they offer more work-life benefits (Konrad & Mangel, 2000). This finding suggests that work-life benefits help professionals to remain productive during periods of substantial family demands. By helping professionals who perform high levels of household labor to remain productive, work-life programs help to keep their careers on track, reducing the likelihood of lost career opportunities and enhancing the probability that this population will remain satisfied with their jobs and career progress.

### Strengths, Limitations, and Directions for Future Research

This study had several strengths. First, the collection of a longitudinal data set allowed me to examine the interplay between job attribute preferences and family demands over time. I was able to capture job attribute preferences just prior to and during a time period when many sampled respondents were forming their families. This strategy allowed me to collect evidence to demonstrate how some people, especially women, seemed to prepare for a future increase in family responsibilities by developing preferences for jobs that offered short work hours and flexibility at an earlier time. I was also able to observe how family responsibilities predicted an increase in the importance of comfort, low work demands, short hours, and flexibility at a later time. Cross-sectional data would not have allowed me to observe these patterns of change.

A second strength of this study was the measure of household labor used. Previous research on the associations between family demands and job attribute preferences used number of children as a proxy for household labor (Johnson, 2001; Posner & Powell, 1990). In addition, my measure of household labor included several tasks traditionally conducted by men, so that men's household labor was less likely to be underestimated in this study than in others (e.g., Hersch, 1991; Rothausen, 1998).

Finally, I obtained sufficient response rates to my survey at all four points in time to eliminate problems of bias due to differential attrition. Analyses indicated no evidence of systematic attrition, which ruled out one threat to the internal validity of the study.

Although examining MBA students job attribute preferences is useful for organizations wishing to attract, motivate, and retain highly qualified professionals, the use of MBA students as study participants limits the generalizability of the research. The majority of work–family researchers have studied managers or professionals, and as such, much of the literature in this field shares the problem of limited generalizability. More research on workers who are not managers or professionals is needed to fill this gap. In addition, more multicultural samples and more cross-national comparisons are needed to enhance generalizability.

Finally, future researchers should examine the impact of providing work-life benefits on job attribute preferences and career satisfaction. When families receive more support in the form of paid family leave, availability of part-time professional jobs, and greater access to quality daycare facilities, professionals may be more able to remain productive during times of peak family demands, with the result that they are more able to accrue desirable career rewards. Research that compares workers in organizations and nations that offer different levels and types of family support will enhance our understanding of the impact of situational constraints on women's and men's aspirations.

## ACKNOWLEDGMENTS

I gratefully acknowledge the support of a Temple University Grant-In-Aid of Research and a Temple University Research and Study Leave.

## REFERENCES

Aiken, L. S., & West, S. G. (1991). *Multiple regression: Testing and interpreting interactions*. Thousand Oaks, CA: Sage.

Arrighi, B. A., & Maume, D. J., Jr. (2000). Workplace subordination and men's avoidance of housework. *Journal of Family Issues*, *21,* 464–487.

Atkinson, M. P., & Blackwelder, S. P. (1993). Fathering in the 20th Century. *Journal of Marriage and the Family*, *55,* 975–986.

Becker, G. S. (1985). Human capital, effort, and the sexual division of labor. *Journal of Labor Economics*, *3,* S33–S58.

Becker, P. E., & Moen, P. (1999). Scaling back: Dual-earner couples' work–family strategies. *Journal of Marriage and the Family*, *61,* 995–1007.

Beutell, N. J., & Brenner, O. C. (1986). Sex differences in work values. *Journal of Vocational Behavior*, *28,* 29–41.

Bianchi, S. M., Milkie, M. A., Sayer, L. C., & Robinson, J. P. (2000). Is anyone doing the housework? Trends in the gender division of household labor. *Social Forces*, *79,* 191–228.

Borg, I. (1991). On the relationship between importance and satisfaction ratings on job aspects. *Applied Psychology: An International Review*, *40,* 81–92.

Burn, S. M. (1996). *The social psychology of gender*. New York: McGraw-Hill.

Buunk, B. P., Kluwer, E. S., Schuurman, M. K., & Siero, F. W. (2000). The division of labor among egalitarian and traditional women: Differences in discontent, social comparison, and false consensus. *Journal of Applied Social Psychology*, *30,* 759–779.

Carlson, D. S. (1999). Personality and role variables as predictors of three forms of work–family conflict. *Journal of Vocational Behavior*, *55,* 236–253.

Carlson, D. S., Kacmar, K. M., & Williams, L. J. (2000). Construction and initial validation of a multidimensional measure of work–family conflict. *Journal of Vocational Behavior*, *56,* 249–276.

Coltrane, S. (2000). Research on household labor: Modeling and measuring the social embeddedness of routine family work. *Journal of Marriage and the Family*, *62,* 1208–1233.

Cooper, S. E., Arkkelin, D. L., & Tiebert, M. J. (1994). Work — relationship values and gender role differences in relation to career–marriage aspirtaions. *Journal of Counseling and Development*, *73*(5), 63–69.

Duxbury, L. E., & Higgins, C. A. (1991). Gender differences in work–family conflict. *Journal of Applied Psychology*, *76,* 60–74.

Elizur, D. (1984). Facets of work values: A structural analysis of work outcomes. *Journal of Applied Psychology*, *69,* 379–389.

Goff, S. J., Mount, K., & Jamison, R. L. (1990). Employer supported child care, work/family conflict and absenteeism: A field study. *Personnel Psychology*, *43,* 493–809.

Grandey, A. A., & Cropanzano, R. (1999). The conservation of resources model applied to work–family conflict and strain. *Journal of Vocational Behavior*, *54,* 350–370.

Hersch, J. (1991). Male–female differences in hourly wages: The role of human capital, working conditions, and housework. *Industrial and Labor Relations Review*, *44,* 746–759.

Johnson, M. K. (2001). Change in job values during the transition to adulthood. *Work and Occupations*, *28,* 315–345.

Kalleberg, A. L., Reskin, B. F., & Hudson, K. (2000). Bad jobs in America: Standard and nonstandard employment relations and job quality in the United States. *American Sociological Review*, *65,* 256–278.

Kaufman, G., & Uhlenberg, P. (2000). The influence of parenthood on the work effort of married men and women. *Social Forces*, *78,* 931–949.

Konrad, A. M., & Cannings, K. (1997). The effects of gender role congruence and statistical discrimination on managerial advancement. *Human Relations*, *50,* 1305–1328.

Konrad, A. M., Corrigall, E., Lieb, P., & Ritchie, J. E., Jr. (2000). Sex differences in job attribute preferences among managers and business students. *Group and Organization Management*, *25,* 108–131.

Konrad, A. M., & Mangel, R. (2000). The impact of work–life programs on firm productivity. *Strategic Management Journal*, *21,* 1225–1237.

Konrad, A. M., Ritchie, J. E., Jr., Lieb, P., & Corrigall, E. (2000). Sex differences and similarities in job attribute preferences: A meta-analysis. *Psychological Bulletin*, *126,* 593–641.

Kossek, E. E., Colquitt, J. A., & Noe, R. A. (2001). Caregiving decisions, well-being, and performance: The effects of place and provider as a function of dependent type and work–family climates. *Academy of Management Journal*, *44,* 29–44.

Kroska, A. (1997). The division of labor in the home: A review and reconceptualization. *Social Psychology Quarterly*, *60,* 304–322.

Lobel, S. A. (1999). Impacts of diversity and work–life initiatives in organizations. In G. N. Powell (Ed.), *Handbook of gender and work* (pp. 453–476). Thousand Oaks, CA: Sage.

Lynd-Stevenson, R . M. (1999). Expectancy-value theory and predicting future employment status in the young unemployed. *Journal of Occupational and Organizational Psychology*, *72,* 101–106.

Lyness, K. S., Thompson, C. A., Francesco, A. M., & Judiesch, M. K. (1999). Work and pregnancy: Individual and organizational factors influencing organizational commitment, time of maternity leave, and return to work. *Sex Roles*, *41,* 485–508.

Martin, C. L., & Ruble, D. N. (1997). A developmental perspective of self-construals and sex differences: Comment on Cross and Madson (1997). *Psychological Bulletin*, *122,* 45–50.

Monk, T. H., Essex, M. J., Smider, N. A., Klein, M. H., Lowe, K. K., & Kupfer, D. J. (1996). The impact of the birth of a baby on the time structure and social mixture of a couple's daily life and its consequences for well-being. *Journal of Applied Social Psychology*, *26,* 1237–1258.

Phillips-Miller, D. L., Campbell, N. J., & Morrison, C. R. (2000). Work and family: Satisfaction, stress, and spousal support. *Journal of Employment Counseling*, *37,* 16–30.

Pleck, J. H. (1977). The work — family role system. *Social Problems*, *24,* 417–427.

Posner, B. Z., & Powell, G. N. (1990). A longitudinal investigation of work preferences among college graduates. *Psychological Reports*, *66,* 1125–1134.

Rothausen, T. J. (1998). "Family" in organizational research: A review and comparison of definitions and measures. *Journal of Organizational Behavior*, *19,* 817–836.

Sheppard, B. H., Hartwick, J., & Warshaw, P. R. (1988). The theory of reasoned action: A meta-analysis of past research. *Journal of Consumer Research*, *15,* 325–343.

Stohs, J. H. (2000). Multicultural women's experience of household labor, conflicts, and equity. *Sex Roles*, *42,* 339–361.

Taniguchi, H. (1999). The timing of childbearing and women's wages. *Journal of Marriage and the Family*, *61,* 1008–1019.

Thomas, L. T., & Ganster, D. C. (1995). Impact of family-supportive work variables on work–family conflict and strain: A control perspective. *Journal of Applied Psychology*, *80,* 6–15.

Thompson, E. H., Jr., Pleck, J. H., & Ferrera, D. L. (1992). Men and masculinities: Scales for masculinity ideology and masculinity-related constructs. *Sex Roles*, *27,* 573–607.

Van Eerde, W., & Thierry, H. (1996). Vroom's expectancy models and work-related criteria: A meta-analysis. *Journal of Applied Psychology*, *81,* 575–586.

Voydanoff, P., & Donnelly, B. W. (1989). Work and family roles and psychological distress. *Journal of Marriage and the Family*, *51,* 923–932.

Voydanoff, P., & Donnelly, B. W. (1999). The intersection of time in activities and perceived unfairness in relation to psychological distress and marital quality. *Journal of Marriage and the Family*, *61,* 739–751.

Wheeler, K. G., & Miller, J. G. (1990). The relation of career and family factors to the expressed minimum percentage pay increase required for relocation. *Journal of Management*, *16,* 825–834.