# Exhibit 36

Group & Organization Management
Volume 33 Number 3
June 2008 330-355
© 2008 Sage Publications
10.1177/1059601108318232
http://gom.sagepub.com
hosted at
http://online.sagepub.com

# Employees' Perceptions of Their Leaders

## Is Being Similar Always Better?

Caren Goldberg
*American University, Washington, DC*
Christine M. Riordan
*Texas Christian University, Fort Worth*
Lu Zhang
*George Washington University, Washington, DC*

Using a sample of middle and upper level managers, the authors examined the effects of employee–supervisor demographic similarity on employees' perceptions of their supervisor's leadership ability. The authors also examined the moderating effects of individuals' needs for self-continuity and the status of the demographic groups on these relationships. Very little evidence was found for direct similarity effects. However, the authors found strong and consistent evidence that employees in high-status demographic groups exhibited a positive relationship between self-continuity and perceptions of their leaders when the leader was demographically similar, whereas employees in low-status demographic groups exhibited a negative relationship between self-continuity and perceptions of their leaders when the leader was demographically similar. Implications for social identity theory and relational demography research are discussed.

**Keywords:** *demographic similarity; self-continuity; status; perceptions of leadership behaviors*

Relational demography research suggests that an individual's similarity to referent others will result in positive work outcomes. Studies generally examine the relationship between work outcomes and an individual's demographic similarity relative to those of the work group (Riordan & Shore,

**Authors' Note:** The authors are grateful to two anonymous reviewers and Alison Konrad. They also appreciate the editorial assistance of Steve Sherwood at the William L. Adams Center for Writing at Texas Christian University.

1997; Tsui, Egan, & O'Reilly, 1992) or to the supervisor (Antoinette, 1992; Judge & Ferris, 1993; Lagace, 1990; Tsui & O'Reilly, 1989). This study focuses on the latter and examines the effect of an individual's demographic similarity to his or her supervisor on perceptions of leadership effectiveness.

Researchers have generally based the conceptual rationale for positive dyadic similarity effects on the notion that supervisor–subordinate similarity leads to positive social exchanges, which in turn result in favorable outcomes (Judge & Ferris, 1993; Liden, Stillwell, & Ferris, 1996). Although social exchanges are a two-way street, prior research has focused almost exclusively on the effects of similarity on supervisors' assessments of subordinates, with little research examining the role of supervisor–subordinate similarity on subordinates' perceptions of their supervisors (see Vecchio & Bullis, 2001, for an exception). Moreover, empirical research has not consistently found a positive relationship between dyadic similarity and work-related outcomes. For example, Tsui, Porter, and Egan (2002) and Shore, Cleveland, and Goldberg (2003) found that subordinates who were demographically dissimilar to their supervisors received more favorable performance and development assessments than those who were demographically similar.

Chattopadhyay, Tluchowska, and George (2004) argue that the positive outcomes associated with similarity may not apply to members of low-status demographic groups, such as women and African Americans. Because identifying with similar others does not enhance the identities of members of low-status groups, these individuals can maintain a positive identity by distancing themselves from similar low-status others, instead favoring high-status out-group members. Taken together, these studies suggest that employees in low-status demographic groups will exhibit more favoritism toward supervisors in high-status demographic groups, whereas employees in high-status demographic groups will exhibit more favoritism toward similar high-status group members. Thus, the effect of demographic similarity may differ across low- and high-status demographic groups.

In addition, social identity theory (SIT) underlies the positive effects of similarity on work outcomes, predicted by relational demography studies (Tsui & O'Reilly, 1989). Much of this research is theoretically based on the self-continuity principle, which contends that identifying with similar others is reinforcing, as it helps individuals achieve the goal of maintaining continuous and positive identities (Steele, 1988). However, little research has empirically examined the role of self-continuity within a relational demography context (see Goldberg, Riordan, & Schaffer, 2003, for an exception).

This study has two aims. First, we examine the relationship between supervisor–subordinate demographic similarity and subordinates' perceptions

of their supervisor's leadership ability. We also investigate if these relationships differ for employees of different demographic groups. Second, we examine the role and interactions of demographic similarity, self-continuity, and status of demographic group on perceptions of supervisors' leadership ability.

## Relational Demography

The predictions offered by relational demography research have their roots in SIT, which posits that individuals determine their social identity by categorizing themselves and others and attaching value to different social categories. As individuals strive to maintain continuous identities (Steele, 1988), self-continuity is one means by which an individual ascribes value to a group. In particular, the self-continuity principle suggests that evaluating similar others more favorably than dissimilar others allows an individual to maintain a positive social identity. Tsui, Xin, and Egan (1995) suggested that similarities in supervisor–subordinate pairs might be particularly meaningful, as they serve as the basis for inferring managerial perceptions of employee performance and employee perceptions of managerial supportiveness. Consistent with this view, several studies have found support for a positive relationship between supervisor–subordinate demographic similarity and managers' ratings of subordinate performance (Antoinette, 1992; Judge & Ferris, 1993; Lagace, 1990; Liden et al., 1996; Tsui & O'Reilly, 1989; Vecchio & Bullis, 2001).

Judge and Ferris (1993) and Liden et al. (1996) suggested that the reasoning behind such findings is that similarity leads to positive social exchanges, which in turn influence supervisors' evaluations of subordinate performance. Indeed, several empirical studies have found positive relationships between similarity and managers' perceptions of leader–member exchange quality (Bauer & Green, 1996; Phillips & Bedeian, 1994). These findings, coupled with Tsui et al.'s (1995) contention that similarity affects subordinates' perceptions of managerial supportiveness, suggest that supervisor–subordinate similarity may likewise result in higher subordinate ratings of supervisors. In support of this argument, Vecchio and Bullis (2001) found evidence that gender, racial, and ethnic similarities positively related to Army officers' satisfaction with their supervisors.

## Status of Demographic Group as a Boundary Condition

Researchers have not universally observed support for dyadic similarity effects (Shore et al., 2003; Tsui & O'Reilly, 1989; Tsui et al., 2002). As a

consequence, the SIT literature has moved toward examining the conditions under which similarity does and does not relate to work outcomes. An emerging stream in this area reflects the role that the status of an individual's demographic group has on similarity effects. That is, the in-group favoritism predicted by SIT may be more or less likely to occur, depending on the status of the demographic groups studied. Examining all demographic categories together (e.g., men and women or young and old) may overstate the effects of similarity for some categories and understate these effects for others.

Men, Caucasians, and senior employees enhance their social identities by favoring in-group members, as these demographic categories generally have high status in organizations (Cotter, DeFiore, Hermsen, Kowalewski, & Vanneman, 1997; Kaufman, 2001). For example, in their predominantly female sample, Tyran and Gibson (2008) reported that heterogeneous teams had more favorable reputations than did homogeneous teams. In a similar vein, Goldberg's (2005) study of applicant selection showed that Caucasian recruiters exhibited a stronger homophily bias than did African American recruiters.

In contrast, in-group favoritism offers no status benefit to female or African American employees, because identifying with like demographic members would serve to reinforce an individual's membership in a low-status group. SIT posits that when a person is a member of a low-status demographic group, he or she may attempt to dissociate from it by exhibiting favoritism toward the higher status demographic, despite not being a member of that group (Ellemers, Van Knippenberg, DeVries, & Wilke, 1988; Ellemers, Wilke, & Van Knippenberg, 1993; LaPrelle, Insko, Cooksey, & Graetz, 1993; Simon, Pantaleo, & Mummendey, 1995). This dissociation may be particularly likely to occur when lower status group members perceive the group boundaries of the higher status group to be permeable. Chattopadhyay et al. (2004) and Goldberg (2003) argue that although demographic group boundaries are not physically permeable, such boundaries are perceptually permeable.

Graves and Powell (1995) provide empirical support for the permeability of demographic group boundaries in organizational settings. Contrary to their prediction that gender similarity would have a positive association with perceptions of attitudinal similarity, they found that female recruiters perceived male applicants to be more similar to themselves than female applicants. They reasoned that because of men's higher status, female recruiters were more able to enhance their self-perception by identifying with the male applicants as opposed to the demographically similar female applicants. Moreover, meta-analyses (Konrad, Corrigall, Lieb, & Ritchie,

2000; Konrad, Ritchie, Lieb, & Corrigall, 2000) and longitudinal studies (Kirchmeyer, 2002) have found that women who work in occupations that place a high value on masculinity become less feminine and more masculine in their preferences than other women, further supporting the notion that low-status demographic group members may find it identity enhancing to dissociate from in-group members.

A growing body of literature on norm congruence also suggests that dyadic dissimilarity may result in positive assessments of others, when such dissimilarity is consistent with norms. For example, there are clear norms and expectations that a supervisor ought to be older than his or her subordinates (Shore et al., 2003; Tsui et al., 1995) and that employees expect their supervisors to be male and Caucasian (Ridgeway, 1988). This literature suggests that employees may be apt to evaluate supervisors more favorably when they are consistent with norms for supervisory positions.

A good deal of research demonstrates that people perceive higher level jobs as more appropriate for men or older persons than for women or younger persons (Cleveland & Landy, 1987; Gordon & Arvey, 1986; Macan, Detjen, & Dickey, 1994; Powell & Butterfield, 1989). Furthermore, as Shore et al. (2003) note,

> Status incongruence between an older employee and a younger manager may yield very different social interactions than the same age difference between a younger employee and an older manager, because the latter does not violate organizational age norms (Lawrence, 1988). When employees are older than their managers . . . they are likely to perceive a lower level of support and consideration from their managers. (p. 530)

Although Tsui et al. (1995) and Shore et al. (2003) report favorable outcomes for subordinates who were younger than their supervisors were, researchers have yet to examine the effect of norm congruence on perceptions of supervisors. However, the quote above suggests that norm congruence is apt to influence subordinates' perceptions of their leaders, as well.

Based on the foregoing, we suggest that the effect of supervisor–subordinate demographic similarity on perceptions of leadership differs based on demographic group membership. In particular, we expect demographic similarity to positively affect Caucasian, male, and senior employees' ratings of their supervisor and negatively affect African American, female, and junior employees' ratings of their supervisor.

> *Hypothesis 1:* Supervisor–subordinate race and gender similarity will have a positive relationship with subordinates' perceptions of supervisors'

leadership skills for Caucasian, male, and senior employees and a negative relationship with perceptions of supervisors' leadership skills for African American, female, and junior employees.

## The Role of Self-Continuity

The idea that demographic similarity will result in positive assessments of others stems from the notion that individuals view similar others as a means of reinforcing their own identities. Favoring similar others allows individuals to maintain the continuity of their social identities over time and across situations (Steele, 1988). However, the inconsistent findings reported in studies of demographic similarity, coupled with the fact that individuals may enhance their identities either by favoring demographically similar in-group members or by favoring demographically dissimilar out-group members, suggest that demographic similarity, in itself, may be an inadequate means of assessing whether individuals are, in fact, seeking to maintain continuous identities.

We contend that individuals differ in the degree to which maintaining a continuous identity is important. Whereas some individuals may find it very reinforcing and comforting to be with similar others, to other individuals, similarity may be relatively meaningless. For example, Goldberg et al. (2003) found that gender similarity negatively related to group effectiveness for individuals with a low need for self-continuity, whereas for individuals with a high need for self-continuity, gender similarity positively related to perceptions of group effectiveness.

Self-continuity is conceptually similar to the Big Five personality dimension, openness to experience. As LePine, Colquitt, and Erez (2000) note, individuals who are high on this dimension "often seek out new and unconventional ideas and experiences" (p. 570). As being with demographically dissimilar others may be considered a novel experience, those with a high need for self-continuity would likely score very low on openness to experience. Indeed, Ang, Van Dyne, and Koh (2006) found that openness to experience is strongly related to one's ability to function in diverse cultural settings.

Low-status demographic group members may formulate their social identities based on characteristics other than their own demographic group membership or explicitly recognize the more favorable position of the higher status group members by identifying with them (Blanz, Mummendey, Mielke, & Klink, 1998; Chattopadhyay et al., 2004; Ely, 1995; Graves & Powell, 1995). Thus, it is likely that self-continuity will influence the relationship

between similarity and perceptions of others differently for low- versus high-status demographic group members.

Relational demography theory generally implies that continuity will positively relate to perceptions of one's leader when the leader is demographically similar to the subordinate. However, this prediction assumes that the continuity derived from in-group favoritism will enhance the individual's identity (Steele, 1988). By contrast, individuals with a negative identity often respond with an "assimilation strategy" or attempt to be like the more favorable out-group (Blanz et al., 1998). Thus, for low-status demographic group members (i.e., women, African Americans, and junior employees), we expect continuity to negatively relate to perceptions of one's leader when the leader is demographically similar to the subordinate.

As such, we propose the following:

*Hypothesis 2:* For male, Caucasian, and senior employees, continuity will positively relate to perceptions of one's leader, when the leader is demographically similar to the subordinate. For female, African American, and junior employees, self-continuity will negatively relate to assessments of one's leader, when the leader is demographically similar to the subordinate.

# Method

## Sample and Procedure

Middle and upper level managers in a city government in the Eastern United States comprised the sample. In fall 2001, we asked all individuals ($N = 346$) who had completed or were completing a certificate program in municipal management to complete a survey. The director of the certificate program sent a cover letter requesting participation in the study, a letter signed by the first two authors, the survey, and a stamped return envelope. To address nonresponse, the director of the certificate program sent follow-up e-mail messages with surveys again approximately 1 month and 2 months after the initial surveys. Respondents returned 108 surveys, yielding a response rate of 31%.

In fall 2005, we sent all individuals who had enrolled in the municipal management certificate program since 2001 ($N = 222$) the same survey via e-mail from the first author. After two reminder e-mails, 57 respondents returned questionnaires, yielding a response rate of 26%. The overall response rate for the study was thus 29%, with a final sample of 165 respondents.

The mean age of respondents was 47.33 years (*SD* = 8.48). Most employees were African American (59.1%). The remaining respondents were Caucasian (28.4%), multiracial or other (6.9%), Asian (2.5%), Hispanic (2.5%), or Native American (0.6%). Sixty-two percent of the respondents were female. Most employees had an education level of college graduate or higher (79.2%). The average organizational tenure was 13.29 years (*SD* = 8.97).

## Measures

*Dependent variables.* This study used Castro and Schriesheim's (1999) scale, based on Podsakoff, MacKenzie, Moorman, and Fetter's (1990) work, to assess perceptions of supervisors' leadership behaviors. This measure was made up of six dimensions of leadership behaviors, each measured with a five-item scale: articulating a vision, providing individualized support; exhibiting high expectations; displaying confidence in followers; role modeling; and fostering acceptance of group goals. To examine whether this proposed factor structure fit our data, we performed a principal components factor analysis with varimax rotation.

An inspection of the factor loadings indicated that many of the items for three of the leadership dimensions had unacceptably high cross-loadings on other factors: displaying confidence in followers, articulating a vision, and providing individualized support. As a consequence, we used only the remaining three leadership dimensions: exhibiting high expectations, role modeling, and fostering group goals. Although it would have been desirable to have a broader range of leadership behaviors, these three dimensions are still representative of needed leadership behaviors and include important behaviors such as setting high performance goals, modeling behavior, helping the work group perform, and promoting cooperation (Castro & Schriesheim, 1999).

With the exception of one item on the exhibiting high expectations factor (which we deleted), all of the items had high loadings on their proposed factor and low loadings on the other two factors. Thus, the resulting structure made up the original five-item scales for role modeling ($\alpha = .97$) and fostering acceptance of group goals ($\alpha = .97$), and a four-item scale of exhibiting high expectations ($\alpha = .96$). Table 1 displays factor loadings and cross-loadings.

*Independent variables.* The independent variables of interest in this study are demographic similarity and self-continuity. Respondents indicated on the

**Table 1**
**Principal Components Analysis Results**

| Item | Factors: Exhibit High Expectations | Factors: Role Model | Factors: Foster Acceptance of Group Goals |
|---|---|---|---|
| My supervisor insists on only the best performance from members of my work group. | **.80** | .29 | .34 |
| My supervisor demands high-quality output from members of my work group. | **.91** | .21 | .26 |
| My supervisor expects only quality performance from members of my work group. | **.89** | .27 | .23 |
| My supervisor will not settle for second best from members of my work group. | **.86** | .28 | .22 |
| My supervisor engages in behaviors that he or she asks members of my work group to engage in. | .38 | **.71** | .41 |
| My supervisor leads by example. | .35 | **.82** | .32 |
| My supervisor acts as he or she wants members of my work group to act. | .25 | **.87** | .33 |
| My supervisor does the things that he or she expects members of my work group to do. | .26 | **.84** | .39 |
| My supervisor behaves as he or she expects members of my work group to behave. | .22 | **.84** | .40 |
| My supervisor gets members of my work group to work together for the same goal. | .33 | .38 | **.74** |
| My supervisor promotes cooperation among members of my work group. | .33 | .35 | **.84** |
| My supervisor encourages members of my work group to be "team players." | .29 | .37 | **.85** |
| My supervisor encourages members of my work group to work toward our group's goals. | .20 | .34 | **.84** |
| My supervisor encourages members of my work group to work with others to further our progress toward our group's goals. | .29 | .35 | **.86** |
| Eigenvalue | 9.85 | 1.59 | 1.06 |
| % of variance explained | 70.38 | 11.36 | 7.58 |

Note: Bold numbers represent items that have high loadings on one factor.

survey their race, gender, and age as well as the race, gender, and perceived age of their supervisor. From the employee and supervisor race, gender, and age data, we created interaction terms to comprise dyadic race, gender, and age similarity.

Given how few respondents indicated that they (and/or their supervisors) belonged to a racial category other than Caucasian or African American, we coded other race categories of both employees and supervisors as missing, due to the small or empty cells that would have resulted. As the median age of employees was 49 and the median age of supervisors was 50, we used 50 as the cutoff point to divide both groups into junior and senior. Although this age is somewhat higher than the legal definition of old, it is consistent with Miller, Kaspin, and Schuster's (1990) finding that plaintiffs younger than age 50 did not prevail in *any* Age Discrimination in Employment Act cases. Thus, even though the law technically protects people at age 40, the judicial system generally does not perceive them as old until they reach 50.

We measured self-continuity with Goldberg et al.'s (2003) three-item scale. The items are as follows: "I prefer being with people who are like me," "When I meet someone like me, I am immediately drawn to that person," and "There is a certain sense of comfort I get from being around people with backgrounds similar to mine." Goldberg et al. examined these items with other similar scales and found a stable factor structure for self-continuity with items loading in a range from .71 to .83 and minimal cross-loadings on other scales. Responses fell on a 7-point scale (1 = *strongly disagree*; 7 = *strongly agree*). The reliability for this measure was .68.

To explore our second hypothesis, we created three-way interaction terms including the employee's demographic group, the supervisor's demographic group, and self-continuity.

*Control variables.* To the extent that larger work-group size may inhibit the contact between supervisor and subordinate and thus influence their evaluations of each other, we controlled for the number of people in the respondent's work group, which we assessed with an open-ended item. In addition, we used the seven-item short form of the Marlowe-Crowne Social Desirability Scale (Fischer & Fick, 1993) to control for people's tendency to respond in a manner dictated by social norms, versus responding truthfully. Examples include, "There have been occasions when I took advantage of someone," and "I have never deliberately said something that hurt someone's feelings." Responses to these items also fell on a 7-point scale (1 = strongly disagree; 7 = strongly agree). The alpha for this measure was .64.

We included the demographic characteristics of employee age, gender, and race to control for the possibility that certain demographic patterns might affect certain groups of respondents more than others (Flynn, Chatman, & Spataro, 2001). In addition, we controlled the demographic composition of

the workgroup to rule out the possibility that individuals may base ratings on stereotypes activated by demographic salience, such as the rare representation of a minority in the work group (Elsass & Graves, 1997). However, to preserve degrees of freedom, we controlled for work-group composition variables that were specific to the particular set of analyses. Thus, for the gender equations, we controlled for the percentage of women in the work group; for the race equations, we controlled for the percentage of Caucasians in the work group; and for the age equations, we controlled for the perceived average age of the work group. We used single-item open-ended measures, which asked respondents to indicate their perception of the percentage of incumbents in their work group who are female and Caucasian. We assessed age composition with a single open-ended item, which asked employees to indicate their perception of the typical age of people in their work group.

### Data Analysis Strategy

Given our sample size, we did not have adequate power to test for all effects in a single equation. Therefore, we conducted separate analyses for gender, race, and age. In the first step, we entered the control variables. In the second step, we added the relevant demographic characteristic for the employee and the supervisor, along with the continuity measure. In step three, we entered the interaction of the employee and supervisor demographic characteristic. Finally, in step four, we entered the three-way interaction of continuity, the employee demographic, and the supervisor demographic.

## Results

Table 2 shows the means, standard deviations, and correlations among constructs. The bivariate correlations suggest that women and African Americans tend to perceive their supervisors more favorably with respect to exhibiting high expectations.

### Hypothesis 1

Hypothesis 1 predicted that supervisor–subordinate similarity would positively relate to subordinates' perceptions of supervisors' leadership skills for Caucasian, male, and senior employees and negatively relate to perceptions of supervisors' leadership skills for African American, female, and junior employees. The results in Tables 3, 4, and 5 show very little evidence of

**Table 2**
**Descriptive Statistics and Correlations**

| Variable | *M* | *SD* | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Exhibiting high expectations | 5.30 | 1.59 | | | | | | | | | | | | | | | |
| 2. Fostering acceptance of group goals | 4.86 | 1.79 | .63** | | | | | | | | | | | | | | |
| 3. Role modeling | 4.75 | 2.01 | .61** | .76** | | | | | | | | | | | | | |
| 4. Social desirability | 3.46 | 0.91 | –.02 | .06 | .13 | | | | | | | | | | | | |
| 5. Employee gender | 1.62 | 0.49 | .18* | .06 | –.07 | –.23** | | | | | | | | | | | |
| 6. Employee age | 46.96 | 8.57 | –.08 | –.12 | –.14 | –.29** | –.07 | | | | | | | | | | |
| 7. Employee race | 3.13 | 1.54 | .34** | .14 | .05 | –.27** | .35** | .07 | | | | | | | | | |
| 8. Number of people in work group | 14.15 | 13.96 | –.24** | –.08 | –.13 | –.07 | –.02 | .03 | –.02 | | | | | | | | |
| 9. % of work group female | 60.03 | 27.24 | –.03 | –.07 | –.09 | –.12 | .24** | .02 | .18* | –.06 | | | | | | | |
| 10. % of work group Caucasian | 21.07 | 24.99 | –.04 | –.03 | .05 | .27** | –.22** | –.22* | –.52** | –.07 | –.22** | | | | | | |
| 11. Typical age of people in work group | 42.57 | 7.32 | .05 | .07 | .10 | –.17 | .21* | .16 | .18* | –.05 | .37** | –.08 | | | | | |
| 12. Supervisor gender | 1.42 | 0.50 | –.02 | .04 | .00 | –.08 | .15 | .03 | .16 | –.09 | .22* | –.25** | .17* | | | | |
| 13. Supervisor race | 2.90 | 1.47 | .07 | .09 | –.03 | –.09 | .11 | .12 | .34** | .03 | .24** | –.39** | .23** | .26** | | | |
| 14. Supervisor age | 51.02 | 8.03 | –.12 | .00 | –.03 | –.04 | –.01 | .15 | –.03 | .05 | .19* | –.06 | .22** | –.14 | .16* | | |
| 15. Continuity | 4.28 | 1.24 | –.24** | –.19* | –.19* | .06 | .05 | –.09 | .06 | .22* | –.03 | .00 | –.05 | –.04 | .04 | .14 | |

Note: Employee and supervisor gender were coded such that 1 = male and 2 = female. Employee and supervisor race were coded such that 1 = Caucasian and 2 = African American.
*$p \leq .05$. **$p \leq .01$.

**Table 3**
**Hierarchical Regression Results for Gender**

| | Dependent Variable | | |
|---|---|---|---|
| Predictor | Exhibiting High Expectations (β) | Fostering Acceptance of Group Goals (β) | Role Modeling (β) |
| Step 1 | | | |
| Social desirability | .03 | .02 | .03 |
| Race | .33** | .11 | .07 |
| Age | –.10 | –.09 | –.14† |
| Number of people in the work group | –.14† | .02 | –.02 |
| % of women in the work group | –.10 | –.09 | –.09 |
| $\Delta R^2$ | .14** | .04 | .04 |
| Step 2 | | | |
| Employee gender | .17 | .42 | .40 |
| Supervisor gender | .10 | .54† | .66* |
| Continuity | .33† | .47* | .48** |
| $\Delta R^2$ | .05* | .02 | .03 |
| Step 3 | | | |
| Supervisor × employee gender | .71 | .31 | .18 |
| $\Delta R^2$ | .00 | .02 | .03* |
| Step 4 | | | |
| Continuity × supervisor × employee gender | –1.08** | –1.17** | –1.26** |
| $\Delta R^2$ | .07** | .08** | .10** |
| Total $R^2$ | .26 | .16 | .20 |

Note: Gender was coded such that 1 = male and 2 = female. $n = 137$.
†$p \leq .10$. *$p \leq .05$. **$p \leq .01$.

significant employee–supervisor demographic similarity effects. The one exception is a significant relationship between race similarity and role modeling (see Table 4). Figure 1 displays this relationship. Consistent with expectations, Caucasians felt that Caucasian supervisors were better role models than Caucasians with African American supervisors. African Americans with same-race supervisors felt that they were better role models than African Americans with Caucasian supervisors. This was counter to our boundary condition hypothesis. Overall, we found very little evidence supporting our first hypothesis.

**Table 4**
**Hierarchical Regression Results for Race**

| Predictor | Dependent Variable: Exhibiting High Expectations (β) | Fostering Acceptance of Goals (β) | Role Modeling (β) |
|---|---|---|---|
| Step 1 | | | |
| Social desirability | .06 | .04 | .07 |
| Age | –.07 | –.10 | –.13 |
| Gender | .07 | .01 | –.13 |
| Number of people in the work group | –.21* | –.01 | –.09 |
| % of Caucasians in the work group | .17 | .16 | .11 |
| $\Delta R^2$ | .08† | .03 | .06 |
| Step 2 | | | |
| Employee race | .40* | .42* | .13 |
| Supervisor race | .00 | .31 | –.20 |
| Continuity | –.08 | .20 | .37* |
| $\Delta R^2$ | .19** | .11** | .10** |
| Step 3 | | | |
| Supervisor × employee race | .53 | .66 | 1.58** |
| $\Delta R^2$ | .00 | .01 | .01 |
| Step 4 | | | |
| Continuity × supervisor × employee race | –.54 | –1.08** | –1.50** |
| $\Delta R^2$ | .01 | .05** | .10** |
| Total $R^2$ | .28 | .20 | .26 |

Note: Race was coded such that 1 = Caucasian and 2 = African American. $n = 117$.
†$p \leq .10$. *$p \leq .05$. **$p \leq .01$.

## Hypothesis 2

Hypothesis 2 suggested that for employees in high-status demographic groups, self-continuity would positively relate to perceptions of one's leader when the leader is demographically similar to the subordinate. For low-status employees, self-continuity would negatively relate to assessments of one's leader when the leader was demographically similar to the subordinate. Table 3 shows that the three-way gender interaction significantly related to all three outcomes, exhibiting high expectations, role modeling, and fostering acceptance of group goals. Likewise, Table 4 shows that the three-way race interaction significantly related to fostering acceptance of group goals and role modeling but not to exhibiting high expectations. As depicted in Table 5, the three-way age interaction terms did not significantly associate with perceptions of leadership.

**Figure 1**
**Significant Two-Way Effect**




To explore the nature of the significant interactions, we plotted them in Figures 2 and 3. The pattern of the effects was highly consistent with our hypotheses. The graphs in Figure 2 show that for each of the three outcomes, the relationship between continuity and perceptions of leadership was positive for men with same-sex supervisors and negative for women with same-sex supervisors. Similarly, Figure 3 shows that the relationships between continuity and role modeling and between continuity and fostering acceptance of group goals were positive for Caucasians with same-race supervisors and negative for African Americans with same-race supervisors. In short, we found strong support for our second hypothesis. As the pattern of interactions was nearly identical across the leadership criteria, to conserve space, we present only one figure for each demographic characteristic.

## Discussion

This study contributes to the literature in multiple ways. First, it represents one of the first tests of the relationship between supervisor–subordinate

**Table 5**
**Hierarchical Regression Results for Age**

| Predictor | Dependent Variable | | |
|---|---|---|---|
| | Exhibiting High Expectations (β) | Fostering Acceptance of Goals (β) | Role Modeling (β) |
| Step 1 | | | |
| Social desirability | .06 | .09 | .08 |
| Gender | .04 | –.12 | .02 |
| Race | .36** | .13 | .16† |
| Number of people in the work group | –.12 | .01 | .04 |
| Typical age of people in the work group | .00 | .13 | .10 |
| $\Delta R^2$ | .13** | .04 | .04 |
| Step 2 | | | |
| Employee age | –.05 | .01 | –.14 |
| Supervisor age | .00 | .13 | .01 |
| Continuity | –.27 | –.15 | –.14 |
| $\Delta R^2$ | .06* | .05 | .03 |
| Step 3 | | | |
| Supervisor × employee age | –.18 | –.04 | .02 |
| $\Delta R^2$ | .00 | .00 | .00 |
| Step 4 | | | |
| Continuity × supervisor × employee age | .09 | –.03 | .02 |
| $\Delta R^2$ | .00 | .00 | .00 |
| Total $R^2$ | .19 | .09 | .07 |

Note: Age was coded such that 1 = 50 years or younger and 2 = older than 50 years. $n = 139$.
†$p \leq .10$. *$p \leq .05$. **$p \leq .01$.

demographic similarity and subordinates' perceptions of their supervisor's effectiveness as a leader. The results of our study generally suggest that supervisor–subordinate demographic similarity did not directly affect employees' perceptions of their supervisor's leadership effectiveness. The one exception was that race similarity positively related to perceptions of supervisors as role models.

Second, this study examined the moderating role of self-continuity with supervisor–subordinate similarity on perceptions of leadership effectiveness. Self-continuity is one of the motives proposed by SIT and it assesses an individual's desire or need to be around similar others. Many individuals strive to maintain continuity within their self-identity by affiliating with similar others. However, individuals can vary in the degree to which they desire

**Figure 2**
**Significant Three-Way Gender Effect Pattern**



**Figure 3**
**Significant Three-Way Race Effect Pattern**




continuity. Our results suggest that the individual motive of self-continuity did influence perceptions of leader effectiveness, but only for certain demographic groups. We discuss the implications of these results below.

## Supervisor–Subordinate Similarity

The results of our study did not generally support our hypothesis concerning the direct effects of demographic similarity on perceptions of leadership. This lack of support may suggest an important boundary condition on relational demography. In particular, prior research examining similarity in dyads (Antoinette, 1992; Judge & Ferris, 1993; Lagace, 1990; Tsui & O'Reilly, 1989) has relied almost exclusively on leaders' assessments of their subordinates (see Vecchio & Bullis, 2001). In light of the research suggesting that dyadic similarity effects are a consequence of the positive social exchanges that occur between demographically similar individuals (Judge & Ferris, 1993; Liden et al., 1996), we expected similarity to likewise affect subordinates' ratings of their supervisors. Our results suggest that positive social exchanges may have less of an effect on upward assessments than they do on the more commonly studied downward assessments. As a consequence, relational demography may be less meaningful in upward assessments. Further research should continue to explore this issue.

## The Role of Self-Continuity

Chattopadhyay et al. (2004) suggest that the extent to which one relies on demographic group membership as a basis for determining his or her identity is a function of the status of the individual's demographic groups. Whereas high-status group members can reinforce their group's status by favoring in-group members, Blanz et al. (1998) suggest that individuals in low-status groups may respond to their negative identity by attempting to assimilate with high-status group members. Thus, we hypothesized that lower status demographic groups within organizations such as women, African Americans, and younger employees would rely less on the motive for self-continuity than they would on the desire to affiliate with different but higher status demographic status groups. The results of this study support this view. As hypothesized, the effect of self-continuity on perceptions of leader effectiveness varied by gender and race, such that in all cases, we observed the strongest positive slope for high-status group members with high-status leaders and the strongest negative slope for low-status group members with low-status leaders.

*Gender.* Our results support the idea that continuity derived from in-group favoritism will be enhancing to the individual's identity (Steele, 1988). However, consistent with our prediction, the results indicate that this idea applies only for individuals in dominant demographic status groups,

such as men. By contrast, low-status demographic group members (women, in this case) must rely on alternate strategies to enhance their identities, such as dissociating from their own group, instead favoring out-group members (Blanz et al., 1998; Chattopadhyay et al., 2004). Consistent with these ideas, our findings showed that continuity related positively to men's ratings of their male supervisors and negatively to women's ratings of their female supervisors.

These results also support the findings of other researchers who have suggested that women who work in jobs in which masculinity is valued become less feminine and more masculine (Kirchmeyer, 2000; Konrad, Corrigall, et al., 2000; Konrad, Ritchie, et al., 2000). In this study, all of the respondents were in middle or upper level management positions, occupations in which great value is ascribed to masculinity (Powell & Butterfield, 1989). The steep negative slope of continuity for women with female supervisors suggests that perhaps as a product of decreased femininity, successful women may attempt to dissociate from other successful women.

In addition, simple slope analyses indicated that the need for self-continuity did not significantly affect female employees' perceptions of their male supervisors for two of the three outcomes (there was a small but significant positive relationship for role modeling) or male employees' perceptions of their female supervisors on any of the three outcomes. Our results suggest that perhaps because of the higher status afforded to men, their sense of identity was not threatened by having a female supervisor (Baugh & Graen, 1997). As a consequence, their need for self-continuity had little effect on their ratings of female supervisors. In the case of female employees' ratings of male supervisors, the flat slopes for continuity likely reflect the fact that a female subordinate–male supervisor dyad is consistent with societal norms.

*Race.* The pattern of results for race was quite similar to that of gender. Specifically, Caucasians with Caucasian supervisors exhibited the strongest positive continuity effect, whereas African Americans with African American supervisors exhibited the strongest negative continuity effect. Thus, the SIT implications of our race findings mirror those of our gender findings. Specifically, the race effects suggest that the continuity derived from in-group favoritism was enhancing to the identities of Caucasian employees (Steele, 1988). African Americans, in contrast, appeared to have preferred dissociating from their own group to enhance their identities (Blanz et al., 1998; Chattopadhyay et al., 2004).

These findings are consistent with other streams of research, as well. First, the Civil Rights era created a host of well-paying jobs, in particular in

government (Collins, 1997), often filled by African Americans (Steinberg, 1995). However, despite the pay and job titles, many have argued that these jobs offer little opportunity for minorities to decide on important organizational policies (Cose, 1993; Feagin & Sikes, 1994; Zweigenhaft & Domhoff, 2003). Holders of these jobs experience frustration and alienation, as they have been unable to attain the social power that should correspond with their jobs' status (Fernandez, 1981). That is, it may be that although the African American leaders in our sample held managerial titles, they did not have the same authority as their White counterparts to carry out their jobs, thus resulting in lower evaluations by both Caucasian and African American subordinates. African American subordinates may perceive this lower level of authority and thus rate their same-race supervisors to be less effective.

Furthermore, successful African Americans are at double jeopardy for alienation (Ferdman, 1999). In addition to the isolation they experience from their Caucasian peers, some authors (Billen, 2004; Mallet, 1998) have suggested that other African Americans may see these individuals as having "sold out" to the dominant coalition. Thus, African Americans desiring self-continuity perhaps did not view their African American supervisors in a favorable light.

*Age.* We did not find any continuity or demographic similarity effects for age on perceptions of leader effectiveness. The average ages of subordinates and supervisors were quite similar. In addition, a great deal of variance in age did not exist in this sample. Researchers should retest these relationships in further samples with greater age distributions.

## Implications for Research and Practice

It is clear that further research should continue to explore the role of self-continuity. For example, research should propose factors that may contribute to individuals' desire for self-continuity. Our findings suggest that these factors may differ for low- versus high-status group members. In addition, further research should examine the effects of self-continuity and demographic similarity on other types of work-related outcomes. Likewise, although we examined the moderating effects of continuity on gender, race, and age, more research is needed to determine its role on other aspects of diversity. Within this study, we only examined employees' perceptions of supervisor effectiveness. Self-continuity may also have meaningful relationships with perceptions of the work group or supervisors' perceptions of their subordinates. Moreover, consistent with the relational demography literature, we took a broad view of

self-continuity. Future researchers may wish to examine specific components of self-continuity, for example, the need for self-continuity of gender or the need for self-continuity of race, and their relationship with work outcomes.

The introduction of the need for continuity as an individual difference variable also represents some important implications for organizations. It may be that those individuals who have a high need for self-continuity would be less receptive to diversity initiatives or to any type of training interventions. Further research should include this motive in tests of the effectiveness of diversity initiatives.

In addition, given the conceptual similarities between self-continuity and openness to experience, additional work is needed to expand the nomological network of this new construct. In particular, further research is needed to determine the distinctiveness of these two constructs and the extent to which constructs that have previously been shown to correlate with openness to experience are similarly related to self-continuity.

## Limitations

A couple of limitations of the study deserve noting. First, there is the potential for common method variance given the cross-sectional, self-report nature of our data. At the outset, we designed our study questionnaire to minimize the potential for this methodological artifact. Specifically, we constructed the survey such that the dependent variables preceded the predictors. In addition, we included a measure of social desirability and used it as a control variable within our regression tests. Although neither of these approaches eliminates the effects of common method variance, both help control for it (Podsakoff, MacKenzie, Lee, & Podsakoff, 2003).

Moreover, prior to testing our hypotheses, we performed a Harman one-factor test. By including all predictor and criterion variables in a factor analysis, we can detect problematic mono-method bias if we find one of the following outcomes: a single factor emerges from the factor analysis, or one general factor accounts for the majority of the covariance in the independent and criterion variables (Podsakoff & Organ, 1986). In our study, seven factors with Eigenvalues above 1.00 emerged, with the first factor accounting for only 38% of the shared variance. In short, several arguments support the conclusion that common method bias minimally affected our findings.

In addition, the sample size for our study was small. Further research should try to use a larger sample with a greater distribution of races and age. It would also be desirable to test these relationships in a sample that contains data from both members of the supervisor–subordinate dyads.

## Conclusion

Overall, this study highlighted the importance of directly studying the SIT motive of self-continuity in relational demography studies. We found that a preference for self-continuity, or being around similar others, strongly affected subordinates' perceptions of their supervisor's leadership effectiveness, especially for those employees in low-status demographic groups (e.g., women, African Americans). This study represents one of the first to test these effects. Our results indicate that a closer examination of the self-continuity motive is a fruitful avenue for further research on relational demography.

## References


Ang, S., Van Dyne, L., & Koh, C. (2006). Personality correlates of the four-factor model of cultural intelligence. *Group & Organization Management*, *31*, 100-123.

Antoinette, P. (1992). Leader-member exchange quality: The relationship of similarity, competence, and selected personality variables (Doctoral dissertation, Louisiana State University & Agricultural & Mechanical College, 1992). *Dissertation Abstracts International*, *53*(9), 3286A.

Bauer, T. N., & Green, S. G. (1996). Development of leader-member exchange: A longitudinal test. *Academy of Management Journal*, *39*, 1538-1568.

Baugh, S. G., & Graen, G. B. (1997). Effects of team gender and racial composition on perceptions of team performance in cross-functional teams. *Group & Organization Management*, *22*, 366-383.

Billen, A. (2004, August 23). Identity crisis. *New Stateman*, *17*, 821.

Blanz, M., Mummendey, A., Mielke, R., & Klink, A. (1998). Responding to negative social identity: A taxonomy of identity management strategies. *European Journal of Social Psychology*, *28*, 697-729.

Castro, S., & Schriesheim, C. (1999, August). *Transformational leadership: A summary of behavioral dimensions of the construct and an assessment of the validity of new scales measuring each dimension*. Paper presented at the annual meeting of the Academy of Management, Chicago, IL.

Chattopadhyay, P., Tluchowska, M., & George, E. (2004). Identifying the ingroup: A closer look at the influence of demographic dissimilarity on employee social identity. *Academy of Management Review*, *29*, 180-202.

Cleveland, J. N., & Landy, F. J. (1987). Age perceptions of jobs: Convergence of two questionnaires. *Psychological Reports*, *60*, 1075-1081.

Collins, S. M. (1997). *Black corporate executives: The making and breaking of a Black middle class*. Philadelphia: Temple University Press.

Cose, E. (1993). *The rage of a privileged class*. New York: HarperCollins.

Cotter, D. A., DeFiore, J., Hermsen, J. M., Kowalewski, B., & Vanneman, R. (1997). All women benefit: The macro level effect of occupational integration on gender earnings equality. *American Sociological Review*, *62*, 714-734.

Case 1:10-cv-06950-AT-RWL Document 1259-37 Filed 09/10/21 Page 25 of 27



Ellemers, N., Van Knippenberg, A., DeVries, N., & Wilke, H. (1988). Social identification and permeability of group boundaries. *European Journal of Social Psychology*, *18*, 497-513.

Ellemers, N., Wilke, H., & Van Knippenberg, A. (1993). Effects of the legitimacy of low group or individual status on individual and collective status-enhancement strategies. *Journal of Personality and Social Psychology*, *64*, 766-778.

Elsass, P. M., & Graves, L. M. (1997). Demographic diversity in decision-making groups: The experiences of women and people of color. *Academy of Management Review*, *22*, 946-978.

Ely, R. J. (1995). The power of demography: Women's social constructions of gender identity at work. *Academy of Management Journal*, *38*, 589-604.

Feagin, J. R., & Sikes, M. P. (1994). *Living with racism: The Black middle-class experience*. Boston: Beacon Press.

Ferdman, B. M. (1999). The color and culture of gender in organizations: Attending to race and ethnicity. In G. Powell (Ed.), *Handbook of gender and work* (pp. 17-34). Thousand Oaks, CA: Sage.

Fernandez, J. (1981). *Racism and sexism in corporate life*. Toronto: Lexington Books.

Fischer, D. G., & Fick, C. (1993). Measuring social desirability: Short forms of the Marlowe-Crowne Social Desirability Scale. *Educational and Psychological Measurement*, *53*, 417-424.

Flynn, F. J., Chatman, J. A., & Spataro, S. E. (2001). Getting to know you: The influence of personality on impressions and performance of demographically different people in organizations. *Administrative Science Quarterly*, *46*, 414-442.

Goldberg, C. (2003). Applicant reactions to the employment interview: A look at demographic similarity and social identity theory. *Journal of Business Research*, *56*, 561-571.

Goldberg, C. (2005). Relational demography and similarity-attraction in interview assessments and subsequent offer decisions: Are we missing something? *Group & Organization Management*, *30*, 597-624.

Goldberg, C., Riordan, C., & Schaffer, B. (2003). Missing pieces in social identity theory: Continuity and status as moderators of similarity. *Academy of Management Best Paper Proceedings*.

Gordon, R. A., & Arvey, R. D. (1986). Perceived and actual ages of workers. *Journal of Vocational Behavior*, *28*, 21-28.

Graves, L. M., & Powell, G. N. (1995). The effect of sex similarity on recruiters' evaluations of actual applicants: A test of the similarity-attraction paradigm. *Personnel Psychology*, *48*, 85-98.

Judge, T. A., & Ferris, G. R. (1993). Social context of performance evaluation decisions. *Academy of Management Journal*, *36*, 80-105.

Kaufman, R. (2001). Race and labor market segmentation. In I. Berg & A. Kalleberg (Eds.), *Sourcebook of labor markets* (pp. 645-668). New York: Kluwer Academic.

Kirchmeyer, C. (2002). Change and stability in managers' gender roles. *Journal of Applied Psychology*, *87*, 929-940.

Konrad, A. M., Corrigall, E., Lieb, P., & Ritchie, J. E. (2000). Sex differences in job attribute preferences among managers and business students. *Group & Organization Management*, *25*, 108-132.

Konrad, A. M., Ritchie, J. E., Jr., Lieb, P., & Corrigall, E. (2000). Sex differences and similarities in job attribute preferences: A meta-analysis. *Psychological Bulletin*, *126*, 593-641.

Lagace, R. R. (1990). Leader–member exchange: Antecedents and consequences of the cadre and hired hand. *Journal of Personal Selling and Sales Management*, *10*, 11-19.

LaPrelle, J., Insko, C., Cooksey, L., & Graetz, K. (1993). Self-similarity, ideal similarity, and undesired self-similarity as indicators of attraction. *Representative Research in Social Psychology*, *1*, 65-74.

LePine, J. A., Colquitt, J. A., & Erez, A. (2000). Adaptability to changing task contexts: Effects of general cognitive ability, conscientiousness, and openness to experience. *Personnel Psychology*, *53*, 563-593.

Liden, R. C., Stillwell, D., & Ferris, G. R. (1996). The effects of supervisor and subordinate age on objective performance and subjective performance ratings. *Human Relations*, *49*, 327-347.

Macan, T. H., Detjen, J. B., & Dickey, K. L. (1994). Measures of job perceptions: Gender and age of current incumbents, suitability, and job attributes. *Sex Roles*, *30*, 55-67.

Mallet, V. (1998, July 18). “Perhaps the next generation will get it right”: Lunch with the FT: Businessman Peter Vundla says the chasm between South Africa’s races is as great as ever. *Financial Times*, p. 3.

Miller, C. S., Kaspin, J. A., & Schuster, M. H. (1990). The impact of performance appraisal methods on Age Discrimination in Employment Act cases. *Personnel Psychology*, *29*, 11-27.

Phillips, A. S., & Bedeian, A. G. (1994). Leader–follower exchange quality: The role of personal and interpersonal attributes. *Academy of Management Journal*, *37*, 990-1002.

Podsakoff, P. M., MacKenzie, S. B., Lee, J., & Podsakoff, N. P. (2003). Common method biases in behavioral research: A critical review of the literature and recommended remedies. *Journal of Applied Psychology*, *88*, 879-903.

Podsakoff, P. M., MacKenzie, S. B., Moorman, R. H., & Fetter, R. (1990). Transformational leader behaviors and their effects on followers’ trust in leader, satisfaction, and organizational citizenship behaviors. *Leadership Quarterly*, *1*, 107-142.

Podsakoff, P. M., & Organ, D. W. (1986). Self-reports in organizational research: Problems and prospects. *Journal of Management*, *12*(4), 531-545.

Powell, G. N., & Butterfield, D. A. (1989). The “good manager”: Did androgyny fare better in the 1980s? *Group & Organization Studies*, *14*, 216-233.

Ridgeway, C. L. (1988). Gender differences in task groups: A status and legitimacy account. In M. Webster & M. Foschi (Eds.), *Status generalization: New theory and research* (pp. 188-206). Stanford, CA: Stanford University Press.

Riordan, C. M., & Shore, L. M. (1997). Demographic diversity and employee attitudes: An empirical examination of relational demography within work units. *Journal of Applied Psychology*, *82*, 342-358.

Shore, L. M., Cleveland, J. N., & Goldberg, C. (2003). Work attitudes and decisions as a function of manager age and employee age. *Journal of Applied Psychology*, *88*, 529-537.

Simon, B., Pantaleo, G., & Mummendey, A. (1995). Unique individual or interchangeable group member? The accentuation of intragroup differences versus similarities as an indicator of the individual versus collective self. *Journal of Personality and Social Psychology*, *69*, 106-119.

Steele, C. M. (1988). The psychology of self-affirmation: Sustaining the integrity of the self. *Advances in Experimental Social Psychology*, *21*, 261-302.

Steinberg, S. (1995). *Turning back: The retreat from racial justice in American thought and policy*. Boston: Beacon Press.

Tsui, A. S., Egan, T. D., & O’Reilly, C. (1992). Being different: Relational demography and organizational attachment. *Administrative Science Quarterly*, *37*, 549-579.

Tsui, A. S., & O’Reilly, C. A. (1989). Beyond simple demographic effects: The importance of relational demography in superior-subordinate dyads. *Academy of Management Journal*, *32*, 402-423.

Tsui, A. S., Porter, L. W., & Egan, T. D. (2002). When both similarities and dissimilarities matter: Extending the concept of relational demography. *Human Relations*, *55*, 899-929.

Tsui, A. S., Xin, K. R., & Egan, T. D. (1995). Relational demography: The missing link in vertical dyad linkage. In S. E. Jackson & M. N. Ruderman (Eds.), *Diversity in work teams: Research paradigms for a changing workplace* (pp. 97-129). Washington, DC: American Psychological Association.

Tyran, K. L., & Gibson, C. B. (2008). Is what you see, what you get? The relationship among surface- and deep-level heterogeneity characteristics, group efficacy, and team reputation. *Group & Organization Management*, *33*, 46-76.

Vecchio, R. P., & Bullis, R. C. (2001). Moderators of the influence of supervisor-subordinate similarity on subordinate outcomes. *Journal of Applied Psychology*, *86*, 884-896.

Zweigenhaft, R. L., & Domhoff, G. W. (2003). *Blacks in the White elite: Will the progress continue?* Lanham, MD: Rowman & Littlefield.

**Caren Goldberg**, PhD, is an assistant professor in the Department of Management at American University. Her primary research interest is in the effect of diversity on individuals and work groups.

**Christine M. Riordan**, PhD, is a professor in the Department of Management at Texas Christian University. Her primary research interest is in leadership, cross-cultural and labor force diversity issues, and the effect of human resource practices on organizational, group, and individual effectiveness.

**Lu Zhang**, PhD, is an assistant professor in the Department of Management at Penn State–Harrisburg. Her primary research interest is in recruitment and the effect of diversity on individuals and work groups.