# Exhibit 38

# Employee Surveys and Sensing

## *Challenges and Opportunities*

*Edited by*

WILLIAM H. MACEY
and
ALEXIS A. FINK

Published in partnership with

SIOP SOCIETY for INDUSTRIAL and ORGANIZATIONAL PSYCHOLOGY
SCIENCE FOR A SMARTER WORKPLACE

OXFORD
UNIVERSITY PRESS

OXFORD
UNIVERSITY PRESS

Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide. Oxford is a registered trade mark of Oxford University Press in the UK and certain other countries.

Published in the United States of America by Oxford University Press
198 Madison Avenue, New York, NY 10016, United States of America.

© Society for Industrial and Organizational Psychology 2020

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, without the prior permission in writing of Oxford University Press, or as expressly permitted by law, by license, or under terms agreed with the appropriate reproduction rights organization. Inquiries concerning reproduction outside the scope of the above should be sent to the Rights Department, Oxford University Press, at the address above.

You must not circulate this work in any other form
and you must impose this same condition on any acquirer.

Library of Congress Cataloging-in-Publication Data
Names: Macey, William H., editor. | Fink, Alexis A., editor.
Title: Employee surveys and sensing : challenges and opportunities /
edited by William H. Macey and Alexis A. Fink.
Description: New York, NY : Oxford University Press, [2020] |
Series: The SIOP professional practice series |
Includes bibliographical references and index.
Identifiers: LCCN 2019044752 (print) | LCCN 2019044753 (ebook) |
ISBN 9780190939717 (hardback) | ISBN 9780190939731 (epub) |
ISBN 9780190939748 (online)
Subjects: LCSH: Employee attitude surveys. | Organizational effectiveness.
Classification: LCC HF5549.5.A83 E47 2020 (print) |
LCC HF5549.5.A83 (ebook) | DDC 658.3/140723—dc23
LC record available at https://lccn.loc.gov/2019044752
LC ebook record available at https://lccn.loc.gov/2019044753

1 3 5 7 9 8 6 4 2

Printed by Integrated Books International, United States of America

This material may be protected by Copyright law (Title 17 U.S. Code)

# 15

# Mechanics of Survey Data Analysis

*Melinda J. Moye and Alison L. O'Malley*

We address some of the important issues involved in collecting, analyzing, and reporting survey data from a practitioner-based perspective. We begin by discussing topics to address while in the survey-planning stage, review key components to include in reports and ways to present data in manager reports, and conclude with basic considerations surrounding statistical modeling including handling of missing data.

## Data Structure

The decisions you make at the outset of your survey cycle, long before you begin to collect data, are critical to the success of your overall survey program and can either facilitate or constrain your analyses. In this section, we review differences between confidential or anonymous surveys, how to use your organizational structure to set up reports, and administration methods.

### Confidential or Anonymous Surveys

An early decision is whether to administer a confidential or an anonymous survey. In confidential surveys, the survey administration team and/or a third-party survey supplier has access to respondents' identity, but that identity is used only for aggregated analysis purposes. In anonymous surveys, there is no trace of respondents' identity. Administrators of confidential surveys need to determine whether to preload a data file that includes demographics from the human resources information system (HRIS) or to add the demographic items either at the beginning or end of the survey. Whenever possible, we recommend confidential surveys as there are many advantages to this methodology such as shorter surveys, ease of precollected data from

Melinda J. Moye and Alison L. O'Malley, *Mechanics of Survey Data Analysis* In: *Employee Surveys and Sensing*. Edited by: William H. Macey and Alexis A. Fink, Oxford University Press (2020). © Society for Industrial and Organizational Psychology.
DOI: 10.1093/oso/9780190939717.003.0015

the HRIS, ability to track responses longitudinally, and enhanced statistical modeling. Anonymous surveys are sometimes preferred when the administrator does not have the respondent's trust in the process. Demographics that are often useful in reporting and for conducting additional analyses include the following:

- Division within the company
- Country
- Factory/office location
- Type of employee such as administrative or production employee
- Organizational tenure
- Early career versus mid-career
- Function within the organization
- Gender
- Race/ethnic background (United States only)
- Job type (manager versus individual contributor)
- Job grade/level
- Geographic region
- Full-time versus part-time employee

One advantage of adding demographic data from an HRIS data file is that they enable you to shorten your survey. However, they do not provide the opportunity to further customize demographics beyond what is available in the HRIS (e.g., gender as dichotomized or measured with alternative response options) or to gain information that may not be tracked in the HRIS. For example, someone may have a mentor within the organization, although the mentoring relationship may not be captured through the formal mentoring process. Other employees may informally telework 1 or 2 days per week, but they might not have a formal teleworking arrangement documented in the HRIS. This type of information may be missed if you rely solely on loading data from what is available in your HRIS. Administering a confidential survey also enables you to link to other data that might be helpful when analyzing survey results such as performance-management or succession-planning ratings.

Regardless of the decision, organizations must be transparent with employees in terms of who has access to their data and how they will be used. Given that the General Data Protection Regulation was passed in

the European Union in May of 2018, it is critical that employees surveyed in the European Union encounter a privacy statement informing them of their right to access their data (see Chapter 24 for more information). Organizations will often work with third-party survey providers to administer surveys so that no one in the organization can see individual survey responses. Without access to individual survey responses, individual-level longitudinal questions cannot be explored. For instance, if we wish to establish how employees differ in their responses over time on the basis of having a particular experience (e.g., undergoing coaching), we cannot answer this with an anonymous survey. To increase self-sufficiency and extract full value from your data, it is helpful if someone within your organization or a third-party supplier has access to consistently applied unique identifiers that enable them to build and test statistical models. For a deeper discussion of the strengths and weaknesses of identified employee surveys, see Saari and Scherbaum (2011).

What demographic variables to include and how to structure the data load file will determine the types of reports that can be run and how data can be reported on the back end. For example, often in addition to displaying direct report lines within department reports, many organizations want to see survey results broken out by division of the organization, geographical region, country, factory/office location, and type of employee (e.g., administrative versus production). All such variables must be in the load file or included in the demographic portion of the survey.

## Organizational Hierarchy

If using data from an HRIS, it is important to work with the administrator to ensure that the organizational hierarchy is appropriately represented in the data load file as well as key demographics so that the structure of reports can be built correctly. In addition, if using an organizational hierarchy snapshot to build reports, you will want to use the date the snapshot was taken so that survey respondents complete the survey according to the position they were in at the time the snapshot was taken. This is particularly important if you are including items that have "manager or supervisor" as the referent. To ensure accurate interpretation of results, respondents need to know that their results will roll up to the manager they were reporting

to at the time that the organizational hierarchy snapshot was taken, not the date that they completed the survey. It is important to draw a line in the sand and create this distinction; otherwise, there will be confusion as to which manager the respondent's results apply. Survey teams often receive requests to change or update the hierarchy after the snapshot was taken to reflect a recent organizational change. While an organizational hierarchy can be reconfigured to reflect organizational changes, we do not recommend this practice.

## Administration Method

An additional consideration is whether to administer the survey online, on paper, or as some combination of the two. The trend for the majority of organizations is to move toward online administration to reduce cost and reduce the time it takes to administer the process from the beginning to the end. Benefits of online administration include live response rate tracking, no printing and shipping of paper surveys, no shipments held up in customs, and no manual scanning of paper surveys or transcription of written comments once they are received. Organizations will have survey data files ready much sooner and with fewer errors than if they had to wait to add the paper survey data. Further, this allows you or your third-party survey provider to start generating reports much sooner as well as faster access to the complete data file in order to conduct additional analyses.

## Item Design

When designing surveys, it is important to determine if you want to include open-ended items along with closed-ended items. Closed-ended items take less time to answer than open-ended items and facilitate comparison of responses across respondents, groups, and time. An advantage to including some open-ended items in a survey is that it allows employees to respond from their own viewpoint without having to use the predetermined response options on the survey and to provide insights on issues that were not included in the closed-ended items (Church & Waclawski, 2001). Please see Chapters 12 and 13 for a more in-depth discussion of item types and their use.

## Data Cleaning and Missing Data

Regardless of the data-collection method, it is essential to evaluate the adequacy of the data provided. Two sets of decisions are relevant here. The first is to establish rules for identifying careless respondents. The second is to determine procedures for handling missing data.

### Identifying Careless Respondents

It is not unusual that some respondents approach the task of survey completion in a less than conscientious manner, rushing through the process seemingly at random. It is appropriate in these circumstances to remove these cases from the data file. The challenge is in establishing the rules by which these decisions are made. Some useful criteria include (1) survey completion times below a threshold, (2) a lack of variance in responses (e.g., all 3s), and (3) demographic variable combinations that are illogical or impossible.

### Missing Data

Before reporting item-level results and proceeding to multivariate analysis, it is essential that analysts understand the extent to which data are missing from their data set. Data can be missing at three levels: the item, scale, or survey level (i.e., a person does not submit any survey data). *Response rate*, a ratio of the total number of completed surveys to the number of requested surveys, provides a metric for survey-level nonresponse. *Response rate bias* occurs when the results from the subsample of people who completed the survey differ from results that would be obtained with no missing data. *Loss of data* means a loss of information and an increase in error variance, so it is important to consider why data are missing. Rubin's (1976) typology describes three missing data mechanisms. When data are *missing completely at random*, the pattern of missingness arises from a truly random process. When data are *missing at random*, missingness in part is associated with the observed data. When data are *missing not at random*, missingness is dependent on the missing data values. In practice, missing not at random is of limited value as it is extremely difficult to establish. If data are missing completely at random, then there is little need for concern as parameter estimates

will not be impacted. However, if there are systematic gaps in the data such as employees higher in the organizational hierarchy failing to respond to items about trust in leadership or employees who score lower on engagement having higher levels of nonresponse, then problems such as decreased statistical power and biased parameter estimates emerge (Roth, 1994).

We recommend (1) using all available data and (2) reporting and statistically handling missingness at the item level. For starters, maintain a column showing the percentage of missing data for each item in a table of descriptive statistics. It is critical to document and share decisions surrounding missing data so that subsequent analysts can understand why results may not match. In order to make use of all available data for statistical modeling purposes, we encourage the use of maximum likelihood estimation (MLE) or multiple imputation (MI) approaches that model the uncertainty associated with missing data. MLE uses a log likelihood function to identify the population parameters that have the greatest likelihood of producing the sample data. MI entails imputing multiple values for each missing data value, producing several complete data sets whose estimated parameters and standard errors are then pooled. MLE and MI can be accomplished using most statistics packages. For instance, the R package missForest, available from the Comprehensive R Archive Network (https://cran.r-project.org/), is a nonparametric imputation method that can handle a variety of data types. Baraldi and Enders (2010) provide detailed, accessible descriptions of how MLE and MI work.

Although commonly applied, we do not recommend using listwise or pairwise deletion to handle missing data issues. Listwise deletion, also known as "complete case analysis," entails removing all incomplete cases from the data set. Pairwise deletion, or "available case analysis," is best understood through the context of a correlation matrix; cases are excluded when data are missing from one or both variables for an individual. Thus, the pairwise *n* will be larger than the listwise *n*. We urge readers to note that default methods in statistical programs such as SPSS are rarely the preferred method for handling missing data.

Further, some discrepancies between output generated in R and SPSS are attributable to how missing data are treated, which in turn impacts how the correlation matrix is constructed. A similar issue arises when conducting factor analysis and the need to be mindful of packages' default rotation method. Ultimately, this comes down to variations in algorithmic approaches—what happens "behind the scenes." Even within analysis software, there is variability in how to perform a computation. For instance, SPSS

has five different methods for the calculation of percentiles. We encourage analysts to be aware of the potential for different values to be generated by the same data depending upon the software chosen for statistical analysis and to look to the documentation as more detailed understanding becomes necessary. The use of tools such as R Markdown can facilitate communication as data change hands.

## Reporting Elements

### Factors or Dimensions

Dimensions in reports are often determined by leadership/stakeholder preferences versus empirically or theoretically driven themes. In order to help managers more easily make sense of survey results, especially when the survey includes a relatively large number of items, it is often helpful to group responses to survey items into meaningful subscales using a blend of factor analysis and an overall a priori strategy. For example, some organizations include employee engagement and manager effectiveness indices on their survey reports. Given that every survey should have a defined purpose with meaningful groups of items, we argue that once you have collected some initial data, you could confirm the constructs or dimensions on your survey by using confirmatory factor analysis versus exploratory factor analysis. If you are using exploratory factor analysis, you do not make any a priori assumptions about relationships among factors. However, we would argue that as survey practitioners/researchers you should have a good idea of what items should cluster together. Exploratory factor analysis enables analysts to remove items that double-load with predictor and criterion measures within the survey. Confirmatory factor analysis uses the statistical methodology of structural equation modeling that tests the hypothesis that the items are associated with specific factors. For a more detailed discussion on factor analysis, see Pedhazur and Schmelkin (1991).

### Means or Percent Responding

When reporting survey results, you must determine how the results will be displayed in manager reports (see Chapter 19 on data visualization for more

information). Often, survey results will be displayed by recoding responses into categories of favorable, neutral, and unfavorable. For example, the total percentage of respondents who responded with "Strongly Agree" or "Agree" would be collapsed into "percent favorable." Less common is to report all response frequencies (e.g., "Strongly Agree," "Agree," "Neither Agree nor Disagree," "Disagree," "Strongly Disagree"), report results in terms of mean scores, or use net-promoter scores. Often, the reason for collapsing survey responses into categories is to maintain anonymity. Reporting on each response category or on measures of dispersion can increase managers' sensitivity in terms of who in their teams may have provided outlier ratings (Macey, 1996). For example, if a manager has six respondents who indicated strongly agree to an item and one who provided a strongly disagree response, the manager may be tempted to try to determine who provided the negative response. Other reasons why most organizations and survey consulting groups report scores in terms of percent favorable versus means include (1) ease of interpretation, especially for those managers who have a modest statistics background; (2) the tendency for outliers to skew results in small groups; (3) a tendency for means to be misleading when you have a bimodal distribution of scores on an item; and (4) most survey benchmark data are reported in terms of "percent favorable" (Long, 2014).

## Understanding Variability

We urge practitioners to pay close attention to full item response distributions as the conclusions reached can vary depending on the shape of the item response distribution (Rivers, Meade, & Fuller, 2009). Considering evidence that team outcomes are likely to be highest when managers' and employees' perceptions of climate are strongly positive and in agreement (Bashshur, Hernández, & González-Romá, 2011), there is value in examining whether there is consensus within a group of respondents. Furthermore, some items are designed to be interpreted at the group level (see Chapter 18 for more on this point). An aggregate rating may not do justice to its constituent parts, as in a team where half of the respondents provide very low ratings and the other half provide very high ratings (Ioannidis et al., 2007). Although it is rare for survey vendors to provide an indication of the extent of agreement among group members, statistical significance tables for the observed variance in ratings compared to the variance of a theoretical distribution with

Case 1:10-cv-06950-AT-RWL Document 1259-39 Filed 09/10/21 Page 12 of 18



no agreement and the average deviation index are available (Smith-Crowe, Burke, Cohen, & Doveh, 2014).

## Comparisons: Item History, Norms, and Benchmarks

When setting up the format for manager survey reports, you may wish to leave space for a history column if applicable. If organizations have used an item previously, they often include the score of the item from the previous administration or a "+" or "–" to indicate how much an item has increased or decreased from the previous administration. Often, organizations find within-group history comparisons helpful in showing trends. As practitioners consider whether results meaningfully differ between survey administrations, it is important to note that seemingly minor changes between survey administrations can impact response distributions or interitem correlations. Ultimately, it is important to establish whether the item(s) of interest actually differs over time or whether the item functions differently (Carter, Kotrba, & Lake, 2014). Item response theory methods can indicate whether there is differential item functioning across measurements and whether there are item or context effects such that results are influenced by changes in question form (e.g., wording, response options) rather than differences in the focal construct itself. Analysts working in global contexts are encouraged to consider how language and cultural differences show up in survey data by assessing measurement equivalence (Ryan, Chan, Ployhart, & Slade, 1999).

Organizations also find it helpful to include across-group comparisons (e.g., comparisons to peer teams, other layers in the hierarchy). Organizations may also want to add an internal company benchmark and/or an external norm benchmark if available (see Chapter 11 on benchmarks). Some organizations also include an internal benchmark such as the average percent favorable score for the organization. Another common practice is for organizations to include an internal benchmark based on the direct report workgroups that rank in the top 25% within the organization on an index or dimension score (e.g., the Employee Engagement Index). This gives workgroups a higher benchmark to compare to. Many survey consulting firms have developed their own set of external norms from their clients over a period of years and are able to break the norms down by type of industry such as manufacturing or finance. When using external norms, you want to

make sure you are using the exact item wording. However, small changes such as "company name" in place of "my organization" are permissible. In addition, some organizations include Mayflower Group benchmarks (see Chapter 11).

## Minimum *n* Rules

Organizations typically establish rules to prevent individual employees from being linked to their responses. In particular, it is common to determine the minimum number (*n*) of respondents needed before a report will be generated. Thus, an important element for reporting is to determine the minimum *n* rules for manager reports and to clearly communicate the rules up front to survey respondents. For example, you must determine the number of respondents a manager will need in order to generate a report. To clarify, the rule is determined not by the number of employees managers have on their team but by the number of employees who actually respond to the survey. As mentioned, there may be a tendency for managers who have low scores to try to figure out who on their teams provided the low scores, and this is much easier to do when the minimum *n* size for reports is small. Survey teams will want to provide training to managers to emphasize the importance of acting on the survey results appropriately and not to try to identify respondents. Typically, organizations will provide manager-level reports for teams with 5–10 respondents.

## Servicing Additional Report Requests and Privacy Concerns

Another consideration is to ensure that you are protecting anonymity when managers ask for additional ad hoc reports. For example, if a manager received a team report that included seven responses and then wanted to add in two matrixed employees, we would argue that this request should be declined given that when you only add two responses you will be able to tell how these two responses impacted the original overall report results. We maintain that, at a minimum, the difference between an original report and an additional ad hoc report where you are adding responses must be three or greater. Analysts who wish to take advantage of the data-visualization capabilities in tools such as Tableau are encouraged

to remain mindful of the need to set filters for group size, taking care not to produce views that violate the minimum *n* stipulations. When producing dashboards and configuring user access, take care when establishing how dashboard users can interact with the data (e.g., who can download detailed data views).

### Reporting Statistical Significance

Survey practitioners often get questions from leadership on whether there is a statistically significant difference between team scores or between current team and previous team scores. In order to determine if there is a statistical difference between two sets of scores, you would need to calculate the confidence interval around the observed difference. The confidence interval helps you determine if there is a large enough difference relative to the amount of error in the data to be considered legitimate rather than due to chance (Levenson, 2014). For survey results that have a small number of respondents, the confidence interval would need to be fairly large. Given that we do not typically calculate confidence intervals for all of the survey items, we often use guidelines to determine if differences between scores are meaningful. Often, survey consulting firms will share rules of thumb with their clients to use with managers who receive reports. For example, if the number of survey respondents in the smallest team is 100 or more, you may want to look for differences in percent favorable of 5% or more. If the team sizes you are comparing are 50–99 respondents, you may want to look for differences in percent favorable of 10% or more. Finally, when you are comparing survey responses in small groups of fewer than 50, you may need to look for differences in percent favorable of 15% or greater to indicate meaningful distinctions.

## Model-Building

This section introduces the need to go beyond item-level results to examine relationships between predictors and criterion measures. Only through multivariate statistical analysis can we establish which factors have statistically and practically significant impacts on outcomes such as engagement or turnover intentions. These ideas are expanded upon in Chapter 16.

## Multicollinearity

As we employ statistical approaches, it is important to consider multicollinearity as survey items tend to be highly intercorrelated. Variance inflation factors (VIFs) provide a measure of the severity of multicollinearity. In general, multicollinearity decreases the stability of regression coefficient estimates. Practitioners may encounter the rule of thumb that a VIF greater than 10 indicates severe multicollinearity that ought to be handled by dropping one or more of the predictors that is highly correlated with other predictors; but dropping predictors shifts the model that is being tested, and it is ill-advised to arbitrarily toss items out of the prediction equation. This consideration of how comprehensive of a model to test introduces us to the *model bias–variance trade-off*, where we are confronted with the risk of underutilizing available predictor data and in turn underpredicting the outcome of interest (e.g., engagement) in the current sample and future samples.

## Predictive Analytics

If practitioners intend for survey data to inform predictive modeling efforts, it is important to keep in mind that traditional regression-based statistical models may not generalize to new data sets (Yarkoni & Westfall, 2017). In such instances, the arrived-upon model does not perform as well when users attempt to forecast what has not yet been observed. This is problematic in the event that decision makers want to go beyond the current data set and gain some sense of what is likely to be the case in the future. Stated more plainly, it is possible that pursuing good model fit can compromise an analytics team's ability to make good predictions (Yarkoni & Westfall, 2017). If practitioners face a need to predict outcomes for a new sample, they may wish to consider more modern prediction methods that apply model tuning parameters to balance the model bias–variance trade-off and arrive upon an appropriately complex model. For an overview of modern prediction methods, such as ridge regression that introduces a ridge tuning parameter to handle multicollinearity among predictors and lasso (least absolute shrinkage and selection operator) and least angle regression that optimize variable selection through less "greedy" fitting techniques than stepwise regression, see Putka, Beatty, and Reeder (2017). This said, Macey and Daum (2017) note that within organizations predictor weights tend to be quite stable.

Analysts who wish to combine model interpretability with statistical rigor may be particularly interested in classification and regression trees (CARTs), a type of decision tree methodology which is better at detecting nonlinearity and interactions. Classification trees apply to dichotomous outcomes (e.g., employees who stayed versus left the company), and regression trees involve continuous outcomes. Whereas in traditional regression approaches a single model represents the entire data set, CARTs use a recursive partitioning method to create trees where each node or leaf of the tree has a model attached to it. A parent node splits into two groups that are most different with respect to the outcome measure. For example, in a turnover analysis the parent node may split based upon whether or not employees are enrolled in the company's medical insurance plan. The tree-growing methodology progresses from there by assessing which of the remaining independent variables results in the best split according to the selected splitting criterion (Lemon, Roy, Clark, Friedmann, & Rakowski, 2003). *Bagging* (i.e., bootstrapping a sample and aggregating predictions from a multitude of trees) and boosting are extensions of CART that can improve model stability and predictive power. The R package caret can implement all of these models. Kuhn and Johnson's (2013) text on applied predictive modeling is a good resource for readers who wish to learn more about the predictive modeling process.

## Person-Centered Statistical Approaches

The preceding paragraphs focused on variable-centered statistical approaches. Although it is tempting to focus on the predictive power of certain data elements, questions can arise about distinctions between "types" of employees. Analyses that speak to this are known as *person-centered approaches*. Breaking with the assumption made by variable-centered approaches that variables are similarly related across the population, person-centered approaches model population heterogeneity. The population is broken down into mutually exclusive subpopulations (profiles) with similar response patterns, and the goal is often to determine predictors of subpopulation membership. For instance, people analytics teams may be motivated to use survey data to create distinct profiles of stayers and leavers (Woo & Allen, 2014), of commitment (Meyer, Stanley, & Parfyonova, 2012), or of engaged, disengaged, and actively disengaged employees. Person-centered approaches may hold particular intuitive appeal to practitioners as the notion

of constellations of variables invites consideration of "recipes" for desired outcomes (e.g., retaining high potentials). Person-centered approaches include methods such as cluster analysis and latent class or latent profile analysis, depending on whether observed variables are categorical or continuous.

## Conclusion

Our intent was to help practitioners think through scenarios that will inform their survey administration including which survey vendors with whom to partner, and the following chapters will expand on many of the ideas we presented. We hope these points ultimately enable decision makers to reach accurate conclusions and allocate resources appropriately to obtain desired results.

## References

Baraldi, A. N., & Enders, C. K. (2010). An introduction to modern missing data analyses. *Journal of School Psychology*, *48*(1), 5–37. doi:10.1016/j.jsp.2009.10.001

Bashshur, M. R., Hernández, A., & González-Romá, V. (2011). When managers and their teams disagree: A longitudinal look at the consequences of differences in perceptions of organizational support. *Journal of Applied Psychology*, *96*, 558–573. doi:10.1037/a0022675

Carter, N. T., Kotrba, L. M., & Lake, C. J. (2014). Null results in assessing survey score comparability: Illustrating measurement invariance using item response theory. *Journal of Business and Psychology*, *29*, 205–220. doi:10.1007/s10869-012-9283-4

Church, A. H., & Waclawski, J. (Eds.). (2001). *Designing and using organizational surveys: A seven-step process*. San Francisco, CA: Jossey-Bass.

Ioannidis, J., Patsopoulos, N., Kavvoura, F., Tatsioni, A., Evangelou, E., Kouri, J., Contopoulos-Ioannidis, D., & Liberopoulos, G. (2007). International ranking systems for universities and institutions: A critical appraisal. *BMC Medicine*, *5*, 30. doi:10.1186/1741-7015-5-30

Kuhn, M., & Johnson, K. (2013). *Applied predictive modeling*. New York, NY: Springer.

Lemon, S. C., Roy, J., Clark, M. A., Friedmann, P. D., & Rakowski, W. (2003). Classification and regression tree analysis in public health: Methodological review and comparison with logistic regression. *Annals of Behavioral Medicine*, *26*(3), 172–181.

Levenson, A. (2014). *Employee surveys that work: Improving design, use, and organizational impact*. San Francisco, CA: Barrett-Koehler Publishers.

Long, D. (2014, July 21). 5 reasons not to use mean scores when interpreting employee engagement survey results. Decisionwise. Retrieved from https://www.decision-wise.com/5-reasons-not-to-use-mean-scores-interpreting-employee-engagement-survey-results/

Macey, W. H. (1996). Dealing with the data: Collection, processing, and analysis. In A. I. Kraut (Ed.), *Organizational surveys: Tools for assessment and change* (pp. 204–232). San Francisco, CA: Jossey-Bass.

Macey, W. H., & Daum, D. L. (2017). SKDA in context. *Industrial and Organizational Psychology*, *10*(2), 268–277. http://dx.doi.org/10.1017/iop.2017.18

Meyer, J. P., Stanley, L. J., & Parfyonova, N. M. (2012). Employee commitment in context: The nature and implication of commitment profiles. *Journal of Vocational Behavior*, *80*(1), 1–16. https://doi.org/10.1016/j.jvb.2011.07.002

Pedhazur, E., & Schmelkin, L. (1991). *Measurement, design and analysis: An integrated approach*. Hillsdale, NJ: Erlbaum.

Putka, D. J., Beatty, A. S., & Reeder, M. C. (2017). Modern prediction methods: New perspectives on a common problem. *Organizational Research Methods*, *21*(3), 689–732. https://doi.org/10.1177/1094428117697041

Rivers, D. C., Meade, A. W., & Fuller, W. L. (2009). Examining question and context effects in organization survey data using item response theory. *Organizational Research Methods*, *12*(3), 529–553. http://dx.doi.org/10.1177/1094428108315864

Roth, P. L. (1994). Missing data: A conceptual review for applied psychologists. *Personnel Psychology*, *47*(3), 537–560. https://doi.org/10.1111/j.1744-6570.1994.tb01736.x

Rubin, D. B. (1976). Inference and missing data. *Biometrika*, *63*(3), 581–592.

Ryan, A. M., Chan, D., Ployhart, R. E., & Slade, L. A. (1999). Employee attitude surveys in a multinational organization: Considering language and culture in assessing measurement equivalence. *Personnel Psychology*, *52*(1), 37–58. https://doi.org/10.1111/j.1744-6570.1999.tb01812.x

Saari, L. M., & Scherbaum, C. A. (2011). Identified employee surveys: Potential promise, perils, and professional practice guidelines. *Industrial and Organizational Psychology*, *4*, 435–448. https://doi.org/10.1111/j.1754-9434.2011.01369.x

Smith-Crowe, K., Burke, M. J., Cohen, A., & Doveh, E. (2014). Statistical significance criteria for the $r_{wg}$ and average deviation interrater agreement indices. *Journal of Applied Psychology*, *99*, 239–261. http://dx.doi.org/10.1037/a0034556

Woo, S. E., & Allen, D. G. (2014). Toward an inductive theory of stayers and seekers in the organization. *Journal of Business and Psychology*, *29*, 683–703. https://doi.org/10.1007/s10869-013-9303-z

Yarkoni, T., & Westfall, J. (2017). Choosing prediction over explanation in psychology: Lessons from machine learning. *Perspectives on Psychological Science*, *12*(6), 1100–1122. https://doi.org/10.1177/1745691617693393