# Exhibit 41

# Industrial/Organizational Psychology

## An Applied Approach



8e

**MICHAEL G. AAMODT**
DCI Consulting and Radford University

CENGAGE
Australia • Brazil • Mexico • Singapore • United Kingdom • United States

CENGAGE

***Industrial/Organizational Psychology: An Applied Approach,* Eighth Edition**
**Michael G. Aamodt**

Product Director: Jon-David Hague
Product Manager: Timothy Matray
Content Developer: Wendy Langerud
Product Assistant: Nicole Richards
Media Developer: Sean Cronin
Marketing Manager: Melissa Larmon
Art and Cover Direction: Vernon Boes
Production Management and Composition: Lumina Datamatics, Inc.
Manufacturing Planner: Karen Hunt
Cover Image: © Hero Images/Getty Images
Unless otherwise noted, all items © Cengage Learning

© 2016, 2013 Cengage Learning, Inc.

WCN: 01-100-101

ALL RIGHTS RESERVED. No part of this work covered by the copyright herein may be reproduced or distributed in any form or by any means, except as permitted by U.S. copyright law, without the prior written permission of the copyright owner.

For product information and technology assistance, contact us at **Cengage Customer & Sales Support, 1-800-354-9706 or support.cengage.com**.

For permission to use material from this text or product, submit all requests online at **www.cengage.com/permissions**.

Library of Congress Control Number: 2014943047

Student Edition:

ISBN: 978-1-305-11842-3

**Cengage**
20 Channel Street
Boston, MA 02210
USA

Cengage is a leading provider of customized learning solutions with employees residing in nearly 40 different countries and sales in more than 125 countries around the world. Find your local representative at: **www.cengage.com**.

Cengage products are represented in Canada by Nelson Education, Ltd.

To learn more about Cengage platforms and services, register or access your online learning solution, or purchase materials for your course, visit **www.cengage.com**.

Printed in the United States of America
Print Number: 08 Print Year: 2019

# Chapter 2

# Job Analysis and Evaluation



## Learning Objectives

- Understand the definition and uses of job analysis
- Know how to write a job description
- Know how to conduct a job analysis
- Learn when to use the various job analysis methods
- Understand the concept of job evaluation
- Understand the concept of pay equity

**Job Analysis**
Importance of Job Analysis
Writing a Good Job Description
Preparing for a Job Analysis
Conducting a Job Analysis
Using Other Job Analysis Methods
Evaluation of Methods

**Job Evaluation**
Determining Internal Pay Equity
Determining External Pay Equity
Determining Sex and Race Equity

**On the Job: Applied Case Study: National Board of Veterinary Medical Examiners**

**Focus on Ethics: Compensating CEOs and Executives**

In 1585, 15 English settlers established a colony on Roanoke Island near what is now the Outer Banks of the North Carolina coast. When John White arrived at Roanoke Island in 1590, he found no trace of the colony and only the word, Croatan, carved on a tree. To this day, it is not known what happened to the settlers of the Lost Colony of Roanoke.

Many theories have been put forth to explain the fate of the lost colony—killed by Indians, moved to another location, and so on. One theory is that the members of the colony were not prepared to survive in the new continent; that is, the group consisted of politicians, soldiers, and sailors. Although worthy individuals were sent to the New World, few had the necessary training and skills to survive. In fact, the colony might have survived if settlers with more appropriate skills, such as farmers, had been sent instead of the traditional explorer types. Thus, a better match between job requirements and personnel might have saved the colony.

Does this sound far-fetched? Perhaps so, but the story does underscore the importance of a process called *job analysis*—gathering and analyzing information about the work an employee performs, the conditions under which the work is performed, and the worker characteristics needed to perform the work under the identified conditions.

# Job Analysis

## Importance of Job Analysis

A thorough job analysis, also called work analysis (Wilson, Bennett, Gibson, & Alliger, 2012), is the foundation for almost all human resources activities. It is difficult to imagine how one could write a job description, select employees, evaluate performance, or conduct training programs without knowing the tasks an employee performs, the conditions under which they are performed, and the competencies needed to perform the tasks. A thorough job analysis provides such information.

### *Writing Job Descriptions*

One of the written products of a job analysis is a job description—a brief, two- to five-page summary of the tasks and job requirements found in the job analysis. In other words, job analysis is the *process* of determining the work activities and requirements, and a job description is the written *result* of the job analysis. Job analyses and job descriptions serve as the basis for many HR activities, including employee selection, evaluation, training, and work design.

### *Employee Selection*

It is difficult to imagine how an employee can be selected unless there is a clear understanding of the tasks to be performed and the competencies needed to perform those tasks. By identifying such requirements, it is possible to select tests or develop interview questions that will determine whether a particular applicant possesses the necessary knowledge, skills, and abilities to carry out the requirements of the job. Although this seems like common sense, the discussion of the unstructured employment interview in Chapter 4 demonstrates that many non-job-related variables are often used to select employees. Examples are height requirements for police officers, firm handshakes for most jobs, and physical attractiveness for airline flight attendants.

### Training

Again, it is difficult to see how employees can be trained unless the requirements of the job are known. Job analyses yield lists of job activities that can be systematically used to create training programs.

### Personpower Planning

One important but seldom employed use of job analysis is to determine *worker mobility* within an organization. That is, if individuals are hired for a particular job, to what other jobs can they expect to eventually be promoted and become successful? Many organizations have a policy of promoting the person who performs the best in the job immediately below the one in question. Although this approach has its advantages, it can result in the so-called **Peter Principle**: promoting employees until they eventually reach their highest level of incompetence (Peter & Hull, 1969). For example, consider an employee who is the best salesperson in the company. Even though this person is known to be excellent in sales, it is not known what type of supervisor he or she will be. Promotion solely on the basis of sales performance does not guarantee that the individual will do well as a supervisor. Suppose, however, that job analysis results are used to compare all jobs in the company to the supervisor's job. Instead of promoting the person in the job immediately below the supervisor, we promote the best employee from the most similar job—that is, a job that already involves much of the same knowledge, skills, and abilities as the supervisor's job. With this approach, there is a better match between the person being promoted and the requirements of the job.

**Peter Principle** The idea that organizations tend to promote good employees until they reach the level at which they are not competent—in other words, their highest level of incompetence.

### Performance Appraisal

Another important use of job analysis is the construction of a performance appraisal instrument (Roch & Williams, 2012). As in employee selection, the evaluation of employee performance must be job related. Employees are often evaluated with forms that use such vague categories as "dependability," "knowledge," and "initiative." The use of specific, job-related categories leads to more accurate performance appraisals that are better accepted not only by employees but also by the courts (Werner & Bolino, 1997). In addition, when properly administered and utilized, job-related performance appraisals can serve as an excellent source of employee training and counseling.

### Job Classification

Job analysis enables a human resources professional to classify jobs into groups based on similarities in requirements and duties. Job classification is useful for determining pay levels, transfers, and promotions.

### Job Evaluation

Job analysis information can also be used to determine the *worth* of a job. Job evaluation will be discussed in greater detail later in this chapter.

### Job Design

Job analysis information can be used to determine the optimal way in which a job should be performed. That is, what would be the best way for an employee to sit at her computer or what would be the best way for a warehouse person to lift boxes? By analyzing a job, wasted and unsafe motions can be eliminated, resulting in higher productivity and reduced numbers of job injuries. A job design was mentioned in Chapter 1 with the example of Frank Gilbreth, who, after studying the inconsistency with which brick

masons did their work, was able to reduce from 18 to 4½ the number of motions needed to lay a brick.

### Compliance with Legal Guidelines

As will be discussed in greater detail in Chapter 3, any employment decision must be based on job-related information. One legally acceptable way to directly determine job relatedness is by job analysis. No law specifically requires a job analysis, but several important guidelines and court cases mandate job analysis for all practical purposes.

First, the *Uniform Guidelines on Employee Selection Procedures* (UGESP, 1978)—the HR principles designed to ensure compliance with federal standards—contain several direct references to the necessity of job analysis. Even though the *Uniform Guidelines* are not law, courts have granted them "great deference" (Brannick, Levine, & Morgeson, 2007). The importance of job analysis is also discussed in the *Principles for the Validation and Use of Personnel Selection Procedures* (SIOP, 2003), a document that provides guidance from professionals in the field of I/O psychology regarding the employee selection process.

Second, several court cases have discussed the concept of job relatedness. For example, in *Griggs v. Duke Power* (1971), employment decisions were based in part upon applicants' possession of a high school diploma. Because a higher percentage of Blacks than Whites did not meet this requirement, smaller percentages of blacks were hired and promoted. Thus, a suit was filed against the Duke Power Company charging that a high school diploma was not necessary to carry out the demands of the job. The U.S. Supreme Court agreed with Griggs, the plaintiff, stating that the company had indeed not established the job relatedness of the high school diploma requirement.

Although not specifically mentioning the term "job analysis," the decision in *Griggs* was the first to address the issue of job relatedness. Subsequent cases such as *Albermarle v. Moody* (1975), *Chance v. Board of Examiners* (1971), and *Guardians v. Civil Service* (1980) further established the necessity of job relatedness and the link between it and job analysis. For a job analysis to withstand legal scrutiny, it is essential that the job analysis process and results be well documented (Gutman & Dunleavy, 2012).

### Organizational Analysis

**Job analysis interview**
Obtaining information about a job by talking to a person performing it.

During the course of their work, job analysts often become aware of certain problems within an organization. For example, during a **job analysis interview**, an employee may indicate that she does not know how she is evaluated or to whom she is supposed to report. The discovery of such lapses in organizational communication can then be used to correct problems and help an organization function better. For example, while conducting job analysis interviews of credit union positions, job analyst Deborah Peggans discovered that none of the workers knew how their job performances were evaluated. This let the organization know it had not done an adequate job of communicating performance standards to its employees.

## Writing a Good Job Description

As mentioned earlier, one of the most useful results of a job analysis is the job description. A job description is a relatively short summary of a job and should be about two to five pages in length. This suggested length is not really typical of most job descriptions used in industry; they tend to be only of one page. But for a job description to be of value, it must describe a job in enough detail that decisions about activities such as selection and training can be made. Such decisions probably cannot be made if the description is only one page long.

## EMPLOYMENT PROFILE




**Deborah L. Gebhardt, Ph.D.**

*President, Human Performance Systems, Inc.*

My company conducts research to develop and validate physical performance and cognitive tests and medical guidelines. To provide our clients with valid, defensible selection, evaluation, and promotion instruments, we conduct detailed job analyses to determine job requirements. Job analysis provides the foundation for establishing the validity of selection and promotion procedures. To develop valid, defensive procedures that reflect the essential job functions, the job tasks, knowledge, skills, and abilities must be defined. Conducting the job analysis can be one of the most rewarding aspects of a project because the job analyst is exposed to new environments and new people.

To become an effective job analyst, one must be able to learn the details involved in another person's job. This is a highlight of the process because it affords us the opportunity to visit job sites and interview incumbents. These site visits have provided us with some exciting and interesting experiences. For example, our work in the natural gas industry involved observing work performed on a drilling platform 100 miles out in the Gulf of Mexico to learn how to repair engines with 5-foot-long pistons. Similarly, interviewing workers in a manhole while they repair telephone cable provides a true understanding of why there may be occasional static on your home phone line.

Each project provides new challenges to the job analyst in capturing the purpose and details associated with the job tasks. In many instances, this information is best obtained by accompanying the worker on a shift and participating in the work. To understand the work of public safety personnel, we rode with paramedics in New York City, followed firefighters into a burning building, and answered domestic dispute calls with police officers.

When developing physical performance assessment procedures and medical guidelines, it is important to gather information about the ergonomic parameters that affect the workplace and the worker. Ergonomics applies knowledge of human capabilities and requirements to the design of work devices, systems, and the physical work setting. Ergonomic evaluations can involve specific analysis of working postures and their effect on muscle fatigue or general gathering of data such as heights, weights, and forces involved in task performance. This again involves on-site measurements and observations. For instance, we obtained measurements of the force required to open the hatches and doors on navy destroyers and in nuclear power plants. In another study, learning to climb telephone poles was necessary to obtain the ergonomic data needed to determine whether men and women used different climbing techniques.

Conducting a job analysis provides an appreciation and understanding of the ingenuity of the American workforce. We observed firsthand the advances in mechanized and electronic control systems and administrative procedures that have increased productivity, made work environments more pleasant, and decreased work-related injuries.

If you are conducting a job analysis, the best advice I can offer is to get involved in the process by learning as much as possible about the job. All jobs are not exciting, but for a job analyst it is important to be interested in the job and allow the incumbent to provide relevant information. This requires asking many questions about the work to obtain detailed information. To do this effectively, the job analyst must be fully and genuinely engaged in the process.

Though I/O psychologists believe that job descriptions should be detailed and lengthy, many professionals in organizations resist such efforts. These professionals worry that listing each activity will limit their ability to direct employees to perform tasks not listed on the job description. The concern is that an employee, referring to the job description as support, might respond, "It's not my job." This fear, however, can be countered with two arguments. The first is that duties can always be added to a job description, which can, and should, be updated on a regular basis. The second is that the phrase "and performs other job-related duties as assigned" should be included in the job description. In fact, one employer has a policy stating that the university can require employees to perform any duties not on the employees' job descriptions for a period not to exceed three months. After three months, the duty must either be eliminated or permanently added to the employee's job description, at

which time a review will also be made to determine if the addition is significant enough to merit a salary increase.

Job descriptions can be written in many ways, but the format discussed here has been used successfully for many jobs and is a combination of methods used by many organizations and is consistent with the format suggested by Hurtz and Wright (2012) for work descriptions. A job description should contain the following eight sections: job title, brief summary, work activities, tools and equipment used, work context, performance standards, compensation information, and personal requirements.

### *Job Title*

A job title is important for several reasons. An accurate title describes the nature of the job, its power and status level, and the competencies needed to perform the job (Martinez, Laird, Martin, & Ferris, 2008). When industrial psychologist David Faloona started a new job at Washington National Insurance in Chicago, his official title was "psychometric technician." Unfortunately, none of the other workers knew what he did. To correct that problem, his title was changed to "personnel assistant," and supervisors then began consulting with him on human resources related problems. A job analysis that I conducted provides another example. After analyzing the position of "secretary" for one credit union, I found that her duties were actually those of a position that other credit unions labeled "loan officer." This change in title resulted in the employee's receiving a higher salary as well as vindication that she was indeed "more than a secretary."

An accurate title also aids in employee selection and recruitment. If the job title indicates the true nature of the job, potential applicants for a position will be better able to determine whether their skills and experience match those required for the job. In the example given in the previous paragraph, applicants for a secretary's job in the usual sense might not possess the lending and decision-making skills needed by a loan officer.

When conducting a job analysis, it is not unusual for an analyst to discover that some workers do not have job titles. Job titles provide workers with some form of identity. Instead of just saying that she is a "worker at the foundry," a woman can say that she is a "welder" or a "machinist." At most universities, students receiving financial aid are called "work-study students" rather than "clerks," "computer operators," or "mail sorters." This inaccurate title causes many students to think that they are supposed to study as they work rather than sort mail or operate a computer.

Job titles can also affect perceptions of the status and worth of a job. For example, job descriptions containing gender-neutral titles such as "administrative assistant" are evaluated as being worth more money than ones containing titles with a female sex linkage such as "executive secretary" (Naughton, 1988). As another example, Smith, Hornsby, Benson, and Wesolowski (1989) had subjects read identical job descriptions that differed only in the status of the title. Jobs with higher-status titles were evaluated as being worth more money than jobs with lower-status titles. Some authors, however, have questioned the gender effects associated with titles (Mount & Ellis, 1989; Rynes, Weber, & Milkovich, 1989).

Though some organizations allow their employees to create their own titles, it is important that employees who are doing the same job have the same title and that the title accurately reflect the nature of the job. Broad titles such as Office Support Worker often ignore potential salary market differences and responsibility differences found in more specific titles such as administrative assistant, secretary, and accounting clerk. In conducting salary equity analyses, it is not unusual to find that compensation differences between two people in the same job title are due to the fact that, although they share the same title, they are performing very different work.

### Brief Summary

The summary need be only a paragraph in length but should briefly describe the nature and purpose of the job. This summary can be used in help-wanted advertisements, internal job postings, and company brochures.

### Work Activities

The work activities section lists the tasks and activities in which the worker is involved. These tasks and activities should be organized into meaningful categories to make the job description easy to read and understand. The category labels are also convenient to use in the brief summary. As you can see in the sample job description in Table 2.1, the 72 work activities performed by the bookkeeper are divided into seven main areas: accounting, clerical, teller, share draft, collections, payroll and data processing, and financial operations.

### Tools and Equipment Used

A section should be included that lists all the tools and equipment used to perform the work activities in the previous section. Even though tools and equipment may have been mentioned in the activities section, placing them in a separate section makes their identification simpler. Information in this section is used primarily for employee selection and training. That is, an applicant can be asked if she can operate an adding machine, a computer, and a credit history machine.

### Job Context

This section describes the environment in which the employee works and mentions stress level, work schedule, physical demands, level of responsibility, temperature, number of coworkers, degree of danger, and any other relevant information. This information is especially important in providing applicants with disabilities with information they can use to determine their ability to perform a job under a particular set of circumstances.

### Work Performance

The job description should outline standards of performance. This section contains a relatively brief description of how an employee's performance is evaluated and what work standards are expected of the employee.

### Compensation Information

**Grade** A cluster of jobs of similar worth.

This section of the job description should contain information on the salary **grade**, whether the position is exempt, and the compensable factors used to determine salary. These concepts will be described later in the chapter. The employee's actual salary or salary range should *not* be listed on the job description.

### Job Competencies

**Job specifications** A relatively dated term that refers to the knowledge, skills, and abilities needed to successfully perform a job. "Competencies" is the more common term used today.

**Competencies** The knowledge, skills, abilities, and other characteristics needed to perform a job.

This section contains what are commonly called **job specifications** or **competencies**. These are the knowledge, skills, abilities, and other characteristics (KSAOs) (such as interest, personality, and training) that are necessary to be successful on the job. Competencies are determined by deciding what types of KSAOs are needed to perform the tasks identified in the job analysis. These KSAOs can be determined through a combination of logic, research, and use of specific job analysis techniques discussed later in this chapter.

The competencies section should be divided into two subsections. The first contains KSAOs that an employee must have at the time of hiring. The second subsection

**Table 2.1** Example of a Job Description

**Bookkeeper**

**True Value Credit Union**

### Job Summary

Under the general supervision of the office manager, the bookkeeper is responsible for all of the accounting duties of the office. Specifically, the bookkeeper is responsible for keeping all financial records accurate and up-to-date; processing loans; and preparing and posting statements, reports, and bonds.

### Work Activities

The work activities of the bookkeeper are divided into seven main functional areas:

### Accounting Activities

- Prepares quarterly income statements
- Maintains and posts all transactions in general ledger book
- Pays credit union bills
- Prepares statistical reports
- Updates undivided earnings account
- Prepares and files tax returns and statements
- Completes IRA forms and reports in cooperation with CUNA
- Annually computes Cumis Bond
- Balances journal and cash records

### Clerical Activities

- Looks up members' account information when requested
- Answers phone
- Makes copies of transactions for members
- Drafts statements of account to members
- Types certificates of deposit
- Makes copies of letters that are sent to members
- Picks up, sorts, and disperses credit union mail
- Folds monthly and quarterly statements and places into an envelope to be mailed to members
- Processes and mails savings and share draft statements
- Sorts checks or copies of checks in numerical order
- Orders supplies
- Types reports and minutes from board meetings
- Maintains and updates files for members
- Prepares, types, and files correspondence
- Enters change-of-address information into the computer

### Teller Activities

- Enrolls new members and opens and closes accounts
- Reconciles accounts
- Issues money orders and traveler's checks
- Conducts history of accounts
- Processes and issues receipts for transactions
- Asks for identification if person making transaction is not known
- Daily enters transaction totals onto a list sent to the bank
- Orders new or replacement checks for members
- Prints and issues checks
- Makes proper referrals

### Share Draft Activities

- Deducts fee from member's account when a share is returned
- Processes statements for share draft accounts

- Issues stop payments and sends copy of form to member
- Deducts fee in form of an overdraft when more than three transfers have occurred for any one member in a month
- Checks and records share drafts or additions from previous day
- Receives share draft totals for each member from CUNA data
- Decides on an individual basis whether overdrafts will be covered by credit union
- Determines if overdrafts on account have been paid
- Checks to see if share drafts have cleared
- Telephones Chase-Manhattan Bank when a member does not have enough money to cover a share draft

**Collections Activities**

- Withholds money from member's check in order to meet loan payments
- Decides if a member who has a delinquent loan will be able to take money out of account
- Locates and communicates with members having delinquent loans
- Completes garnishee form to send to courts on delinquent loans
- Resubmits garnishee form once every three months until delinquent loan has been paid in full by member
- Makes collection on delinquent loans
- Checks on previous member's address and current job to see if loan payments can be made
- Determines number and length of time of delinquent loans
- Sends judgment form to court, which sends it to delinquent member
- If a member is delinquent, finds out if he or she is sick or on vacation

**Payroll and Data-Processing Activities**

- Checks and verifies payroll run for all necessary deductions
- Reads and interprets computer printouts
- Computes and subtracts deductions from payroll
- Sets up and changes deduction amounts for payroll savings plan
- Runs payroll on computer
- Annually sends out backup disk to outside vendor who transfers information to a magnetic tape that is sent to IRS
- Computes payroll
- Runs daily trial balances and transaction registers
- Loads paper into printer
- Makes backup copies of all daily computer transactions
- Runs quarterly and/or monthly statements on computer

**Financial Operations Activities**

- Scans business/financial environment to identify potential threats and opportunities
- Makes recommendations to the board regarding investments
- Invests all excess money into accounts that will earn interest
- Computes profits and amounts to be used for investments
- Prepares statements of financial condition and federal operating fee report
- Obtains enough funds for day-to-day operation of branch
- Notifies and makes available investment funds to the NCUA

**Tools and Equipment Used**

- Adding machine
- Computer
- Computer printer
- Credit history machine
- Motor vehicle
- Photocopy machine
- Folding machine
- Microfiche reader

*Continued*

**Table 2.1** Example of a Job Description (*Continued*)

- Safe
- Telephone
- Security check writer

**Job Context**

The bookkeeper spends the majority of time making entries in and balancing journals and ledgers. The workday is spent in a climate-controlled office with four coworkers. Physical demands are minimal and sitting is required for most of the day. Work hours are Monday–Friday from 8:00 a.m. to 5:00 p.m., with an unpaid hour for lunch. No weekend or holiday work is required and overtime seldom occurs. Psychological stress is usually low but becomes moderate when dealing with an angry customer.

**Work Performance**

The bookkeeper is evaluated annually by the office manager using the credit union's standard performance appraisal system. To receive an excellent performance appraisal, the bookkeeper should:

- Maintain neat and accurate records
- Meet all deadlines
- Maintain an orderly office
- Make sure all ledgers and journals balance
- Perform duties of other jobs when the need arises
- Have a good attendance record

**Compensation Information**

Grade: 6

FLSA Status: Not exempt

**Job Competencies**

Upon hire, the bookkeeper must:

- Have a high school diploma and a basic knowledge of math and English
- Understand financial documents
- Be able to make limited financial decisions
- Have completed advanced coursework in accounting and finance
- Be skilled in using Microsoft Excel and Word

After hire, the bookkeeper must:

- Learn general office procedures
- Learn the style of credit union accounting procedures and regulations
- Learn how to complete the various forms

contains the KSAOs that are an important part of the job but can be obtained after being hired. The first set of KSAOs is used for employee selection and the second for training purposes (Wooten, 1993).

## Preparing for a Job Analysis

Prior to conducting a job analysis, several decisions must be made that will influence how it is conducted.

### *Who Will Conduct the Analysis?*

Typically, a job analysis is conducted by a trained individual in the Human Resources department, but it can also be conducted by job incumbents, supervisors, or outside consultants. If job incumbents or supervisors are used, it is essential that they be

thoroughly trained in job analysis procedures. The *Uniform Guidelines* state that a job analysis must be "professionally conducted," and a job analyst certainly cannot be called a professional unless she has been trained. In addition, research indicates that analysts who have been trained produce slightly different results from those produced by untrained analysts (Cellar, Curtis, Kohlepp, Poczapski, & Mohiuddin, 1989; Surrette, Aamodt, & Johnson, 1990).

Time is always an issue when using supervisors or incumbents. Telling a supervisor to "write job descriptions in your spare time" is not likely to go over well. Thus, supervisors and employees will need to be released from other duties—a situation that is seldom possible.

The state of Virginia developed a system in which all employees were asked to follow set guidelines and write their own job descriptions. The system itself was well conceived, but employees were not given enough job analysis training, which resulted in substantial confusion and, in some cases, inaccurate job descriptions.

Consultants are a good choice for conducting a job analysis because they are well trained and have extensive experience. The main drawback, though, is their expense. Consultants typically charge between $100 and $500 per hour based on their degree, experience, and reputation. Given that 10 hours is probably the least amount of time that will be spent analyzing the simplest job, and the most complex jobs can take weeks of analysis, an organization must carefully weigh the benefits of consultants against their cost.

An interesting alternative to consultants is the use of college interns. Graduate students from I/O psychology programs tend to have job analysis training and experience and can be employed for a relatively small cost (often, at no cost). For example, such I/O graduate programs as Radford University, University of Tulsa, Minnesota State University at Mankato, Middle Tennessee State University, and the University of Southern Mississippi have projects in which graduate students obtain job analysis experience by conducting job analyses for companies as well as for such local nonprofit agencies as school systems, towns, and hospitals. In this way, graduate students obtain experience, and the organizations receive professional-quality job analyses and job descriptions at a reduced cost.

### How Often Should a Job Description Be Updated?

The typical answer to this tough question is that a job description should be updated if a job changes significantly. With high-tech jobs, this is probably fairly often. With jobs such as package handling, the job might not change substantially for 20 years. A study by Vincent, Rainey, Faulkner, Mascio, and Zinda (2007) compared the stability of job descriptions at intervals of 1, 6, 10, 12, and 20 years. After one year, 92% of the tasks listed in the old and updated job descriptions were the same, dropping to 54% after 10 years. As one would expect, the stability of tasks performed, the tools and equipment used, and KSAOs needed to perform the job varied by the complexity of the job.

**Job crafting** A process in which employees unofficially change their job duties to better fit their interests and skills.

An interesting reason that job descriptions change across time is **job crafting**—the informal changes that employees make in their jobs (Wrzesniewski & Dutton, 2001). That is, it is common for employees to quietly expand the scope of their jobs to add tasks they want to perform and to remove tasks that they don't want to perform. In a study of sales representatives, 75% engaged in job crafting in just one year (Lyons, 2008)!

### Which Employees Should Participate?

For organizations with relatively few people in each job, it is advisable to have all employees participate in the job analysis. In organizations in which many people perform the same job (e.g., teachers at a university, assemblers in a factory), every person need not

participate. If every incumbent is not going to participate, the question becomes, "How many people need to be included in the job analysis?" This is a difficult question, one that I normally answer by advising job analysts to keep interviewing incumbents until they do not hear anything new. Anecdotally, this seems to be after the third or fourth incumbent for a particular job. Although a job analyst may stop hearing new information after only a few interviews, it is often advisable to continue to conduct more interviews so that the job analysis results will better survive a legal challenge.

The answer to this question to some extent depends on whether the job analysis will be committee-based or field-based. In a committee-based job analysis, a group of subject-matter experts (people who are knowledgeable about the job and include job incumbents, supervisors, customers, and upper-level management) meet to generate the tasks performed, the conditions under which they are performed, and the KSAOs needed to perform them. In a field-based job analysis, the job analyst individually interviews/observes a number of incumbents out in the field. Taken together, the results of four studies (Ash, Levine, Higbee, & Sistrunk, 1982; Maurer & Tross, 2000; O'Leary, Rheinstein, & McCauley, 1990; Tannenbaum & Wesley, 1993) suggest that committee-based job analyses yield similar results to field-based job analyses.

Rouleau and Krain (1975) developed a table to estimate how many incumbents should be included in a job analysis; their recommendation is that a committee-based approach should have one session of 4 to 6 incumbents for jobs having fewer than 30 incumbents and two to three sessions for jobs with higher numbers of incumbents. Green and Stutzman (1986) have suggested a minimum of three incumbents, and Gael (1988) has suggested 6 to 10. Unfortunately, no research is available to verify the accuracy of these estimates.

Beatty (1996) compared the results of job analysis samples of 10, 15, 20, and 212 incumbents in a federal law enforcement position. His results indicated that the job tasks and job requirements resulting from the use of 10 versus 212 incumbents were nearly identical. These results support and extend those found by Fletcher, Friedman, McCarthy, McIntyre, O' Leary, and Rheinstein (1993) and Pass and Robertson (1980), who found that job analysis samples of 10 and 20 yielded comparable results.

Mullins (1983) had 97 campus police officers at 13 universities generate critical incidents as part of a job analysis. The results indicated that no new incidents appeared after examining the incidents from the first three universities. Furthermore, after examining the incidents supplied by the first 19 incumbents, no new incidents or categories appeared.

After the number of participants has been determined, a decision needs to be made about which *particular employees* will participate. If every employee will not participate, the same sampling rules used in research should be used in job analysis. That is, as discussed in Chapter 1, participants should be selected in as random a way as practical yet still be representative. The reason for this, according to research, is that employee differences in gender, race, job performance level, experience, job enjoyment, and personality can at times result in slightly different job analysis outcomes.

**Job Competence.** Sanchez, Prager, Wilson, and Viswesvaran (1998) and Mullins and Kimbrough (1988) found that high-performing employees generated different job analysis outcomes than did low-performing employees; Ansoorian and Shultz (1997) found moderate differences in physical effort made by employees with varying levels of expertise; and both Landy and Vasey (1991) and Prien, Prien, and Wooten (2003).

If higher-performing employees generate different job analysis results than lower-performing employees, a tough decision must be made regarding which employees to

include in the job analysis. On the one hand, it would be nice to include a representative sample of employees. On the other hand, do we really want to write a job description and select future employees on the basis of how poorly performing employees do their jobs?

**Race.** Aamodt, Kimbrough, Keller, and Crawford (1982); Schmitt and Cohen (1989); Veres, Green, and Boyles (1991); and Landy and Vasey (1991) report small but significant differences in the ways in which white and African American incumbents viewed their jobs. For example, Landy and Vasey found that white police officers administered first aid more often and African American officers were more involved in sweeps and raids related to widespread narcotics use. Veres et al. (1991) found that job analysis ratings were related not only to the race of the incumbent but to the race of the incumbent's coworkers.

**Gender.** Landy and Vasey (1991) found possible differences in the ways men and women viewed their jobs. Because gender was confounded with experience, they were not able to draw any definite conclusions. Schmitt and Cohen (1989) found that male middle-level managers were more often involved in budgetary or finance-related tasks than were their female counterparts. Ansoorian and Schultz (1997) found no differences in the physical-effort ratings assigned by male and female incumbents.

**Education Level.** Landy and Vasey (1991) found that police officers with only a high school diploma were less involved in court activities than were their more educated counterparts.

**Personality.** Cucina, Vasilopoulos, and Sehgal (2005) found that the personality of the incumbent was related to the personality traits rated by the incumbent to be important to the job. That is, extroverted incumbents rated such traits as friendliness, leadership ability, and ambition as being important for the job whereas conscientious incumbents rated such traits as work ethic and attention to detail as being important. Similarly, Ford, Truxillo, Wang, and Bauer (2008) found that extroverts and people high in agreeableness were likely to inflate task and KSAO ratings.

**Viewpoint.** It should be no surprise that people with different perspectives on the job (e.g., incumbent, supervisor, customer) produce different job analysis results. For example, Mueller and Belcher (2000) found that incumbents (fire captains) and their supervisors (fire chief, deputy fire chiefs, and division chiefs) produced different task ratings during a job analysis of the fire captain position. Truxillo, Paronto, Collins, and Sulzer (2004) found differences in ratings provided by police officers and district attorneys of the criticality of different aspects of report writing for reports written by police officers. Wagner (1950) conducted a job analysis of dentists and found that patients generated more incidents where patient–dentist relationship was critical, whereas dentists reported more technical-proficiency incidents. Likewise, Fisher and Greenis (1996) and Andersson and Nilsson (1964) found differences in the critical incidents generated by managers, incumbents, and customers.

The consideration of which employees are chosen to participate is an important issue because a job can often be performed in several ways. If males and females perform equally well on a job, yet perform the job in different ways, the job analyses must contain information about both styles. For example, suppose research indicates that male supervisors lead by setting goals and being directive and female supervisors use

more of a participative approach. Consequently, a job analysis conducted only on male supervisors would result in a different set of KSAOs than a job analysis using both male and female supervisors. Because job analysis is the basis for every personnel decision, it can be seen that equal opportunity efforts begin as early as the job analysis.

The issue of using the best employees or the typical employees is also important. During a job analysis at a large printing factory, it was discovered that one employee performed his job differently from the employees on the other two shifts. Further investigation revealed that the one employee was also rated much higher in job performance than the other two. Thus, it appeared that the logical thing to do was write the job analysis results based on the way the best employee performed the job and then retrain the other two.

### What Types of Information Should Be Obtained?

An important decision concerns the *level of specificity*. That is, should the job analysis break a job down into very minute, specific behaviors (e.g., "tilts arm at a 90-degree angle" or "moves foot forward three inches"), or should the job be analyzed at a more general level ("makes financial decisions," "speaks to clients")? Although most jobs are analyzed at levels somewhere between these two extremes, there are times when the level of analysis will be closer to one end of the spectrum than the other.

For some jobs that involve intricate work, extensive and expensive efforts have been undertaken to identify the optimal way in which tasks should be performed. For example, in a window manufacturing plant, job analysis determined that many more windows could be mounted in frames by lifting the glass just six inches and then sliding it into place, than by lifting the glass higher and placing it in the frame. In such a situation, the work obviously must be performed in a specific manner for the greatest financial savings. Thus, the job analysis is more effective at a more detailed level.

A related decision addresses the issue of *formal versus informal* requirements. Formal requirements for a secretary might include typing letters or filing memos. Informal requirements might involve making coffee or picking up the boss's children from school. Including informal requirements has the advantages of identifying and eliminating duties that may be illegal or unnecessary. For example, suppose a job analysis reveals that a secretary in one department picks up the boss's children from school and takes them to a day-care center. This is an important finding because the company may not want this to occur. However, because the manager makes $200,000 per year, the company may prefer that the lower-paid secretary rather than the higher-paid executive take an hour a day to pick up the children. If this task is in the job description, an applicant will know about this duty in advance and can decide at the time of hire whether it is acceptable.

In addition, informal requirements (e.g., picking up mail) may need to be made more formal to reduce potential confusion regarding who is responsible for the task. At one credit union, a continued source of bickering involved whose job or whose turn it was to pick up the mail, especially when the weather was bad and post office parking became limited. This problem could have been eliminated if the task were assigned to one individual.

## Conducting a Job Analysis

Although there are many ways to conduct a job analysis, the goal of most job analyses is to identify the tasks performed in a job, the conditions under which the tasks are performed, and the KSAOs needed to perform the tasks under the conditions



© Hisham Ibrahim/PhotoDisc/Getty Images

Some jobs require tremendous attention to detail.

identified. This section will begin with a commonly used strategy for conducting a job analysis and conclude with descriptions of alternative methods.

### Step 1: Identify Tasks Performed

The first step in conducting a job analysis is to identify the major job dimensions and the tasks performed for each dimension, the tools and equipment used to perform the tasks, and the conditions under which the tasks are performed. This information is usually gathered by obtaining previous information on the job, interviewing job incumbents, observing performance, or actually performing the job itself.

**Gathering Existing Information.** Prior to interviewing incumbents, it is always a good idea to gather information that has already been obtained. For example, one might gather existing job descriptions, task inventories, and training manuals. This information might come from the organization with which you are working, other organizations, trade publications, and journal articles. Examples of external sources are occupational and career information systems such as O*NET, employment advertisements, certification and training resources, and technical and research reports (Dierdorff, 2012).

**Subject-matter experts (SMEs)** Sources such as supervisors and incumbents who are knowledgeable about a job.

**Job analyst** The person conducting the job analysis.

**SME conference** A group job analysis interview consisting of subject-matter experts (SMEs).

**Interviewing Subject-Matter Experts.** The most common method of conducting a job analysis is to interview **subject-matter experts (SMEs)**. SMEs are people who are knowledgeable about the job and include job incumbents, supervisors, customers, and upper-level management. Job analysis interviews differ greatly from employment interviews in that the purpose of the job analysis interview is to obtain information about the job itself rather than about the person doing the job. Job analysis interviews come in two main forms: individual and group. In the individual interview, the **job analyst** interviews only one employee at a time. In the group interview, or **SME conference**, a larger number of employees are interviewed together. As mentioned earlier in the chapter, individual interviews tend to yield similar results to group interviews.



© PhotoDisc/Getty Images

Interviews are a common job analysis technique.

Regardless of whether individual or group interviews are used, certain guidelines should be followed that will make the interview go more smoothly.

1. *Prepare* for the interview by announcing the job analysis to the employees well in advance by selecting a quiet and private interview location.
2. *Open* the interview by establishing rapport, putting the worker at ease, and explaining the purpose of the interview.
3. *Conduct* the interview by asking open-ended questions, using easy-to-understand vocabulary, and allowing sufficient time for the employee to talk and answer questions. Avoid being condescending and disagreeing with the incumbent.

Most workers are proud of their jobs and are willing to talk about them in great detail. Once the initial apprehensions and jitters are over, most job analysis interviews go well. A good way to start the actual interview is by asking the employee to describe what she does from the moment she first enters the parking lot at work to the moment she arrives back home. A question such as this provides some structure for the employee in recalling the various aspects of her job and also provides the interviewer with many follow-up questions and areas that will provide additional information.

With a committee-based approach, a committee of SMEs meets to brainstorm the *major duties* involved in a job. Once this has been done, the committee identifies the tasks (work-related activities) that must be completed for each of the duties. The results are then summarized in job descriptions or a job analysis report.

**Ammerman technique** A job analysis method in which a group of job experts identifies the objectives and standards to be met by the ideal worker.

An excellent job analysis interview technique was developed by Ammerman (1965) and reported by Robinson (1981). The basic steps for the **Ammerman technique** are as follows:

1. Convene a panel of experts that includes representatives from all levels of the organization.
2. Have the panel identify the objectives and standards that are to be met by the ideal incumbent.
3. Have the panel list the specific behaviors necessary for each objective or standard to be attained.
4. Have the panel identify which of the behaviors from step 3 are "critical" to reaching the objective.
5. Have the panel rank-order the objectives on the basis of importance.

The results of these procedures will yield a set of important objectives and the behaviors necessary to meet them. These behaviors can be used to create employee selection tests, develop training programs, or evaluate the performance of current employees. An example of Ammerman-style objectives and behaviors is shown in Figure 2.1.

**Observations** A job analysis method in which the job analyst watches job incumbents perform their jobs.

**Observing Incumbents.** **Observations** are useful job analysis methods, especially when used in conjunction with other methods such as interviews. During a job analysis observation, the job analyst observes incumbents performing their jobs in the work setting. The advantage to this method is that it lets the job analyst actually see the worker do her job and thus obtain information that the worker may have forgotten to mention during the interview. This is especially important because many employees have difficulty describing exactly what they do; to them, performing their job is second nature and takes little thought. A good demonstration of this point is people's difficulty in naming the location of keys on a typewriter or the location of gears



**Cross-sell bank products.**
- Study daily rate charts.
- Explain new products to customers.

**Balance drawer within 30 minutes at end of day.**
- Accurately count money.
- Trial balance drawer during downtimes.

**Comply with federal and state regulations.**
- Notify federal government of cash transactions in excess of $10,000.
- Treat customers equally regardless of age, race, gender, or national origin.

**Accurately complete paperwork.**
- Obtain all necessary information from customers.
- Obtain all necessary signatures.

**Make each customer feel a "part of the family."**
- Know each customer's name.
- Refer to customers by their first names.
- Smile and greet each customer.

**Figure 2.1**
Example of Ammerman Technique Objectives and Tasks for a Bank Teller

when they drive. We all type and shift gears without thinking (well, most of us do), but quickly describing to another person the location of the V key on our keyboard or "Reverse" on our manual transmission console is difficult.

The method's disadvantage is that it is very obtrusive. Observing someone without their knowing is difficult. Think of the jobs at which you have worked; there is seldom anyplace from which an analyst could observe without being seen by employees. This is a problem because once employees know they are being watched, their behavior changes, which keeps an analyst from obtaining an accurate picture of the way jobs are done. When I was in college and working third shift at a bookbinding factory, the company hired an "efficiency expert" to analyze our performance. The expert arrived in a three-piece suit, armed with a stopwatch and clipboard. He stuck out like a sore thumb! You can bet that for the two weeks the efficiency expert observed us, we were ideal employees (I can even remember calling my supervisor "sir") because we knew he was watching. Once he left, we went back to being our normal time-wasting, soda-drinking, wise-cracking selves.

**Job participation** A job analysis method in which the job analyst actually performs the job being analyzed.

**Job Participation.** One can analyze a job by actually performing it. This technique, called **job participation**, is especially effective because it is easier to understand every aspect of a job once you have done it yourself. The technique is easily used when the analyst has previously performed the job. An excellent example would be a supervisor who has worked her way up through the ranks. As mentioned earlier, the problem with using a supervisor or an incumbent is that neither has been trained in job analysis techniques.

A professional job analyst can also perform an unfamiliar job for a short period of time, although this, of course, is limited to certain occupations that involve quick training and minimal consequences from an error. Brain surgery would probably not be good to analyze using this method.

The analyst should spend enough time on the job to properly sample work behavior in addition to job difficulty. Yet spending long periods of time can be very expensive and still not guarantee that all aspects of behavior will be covered. Psychologist Wayman Mullins used job participation techniques to analyze the job of a firefighter. Mullins spent two weeks living at the fire station and performing all the duties of a firefighter. The only problem during this two-week period—no fires. If Mullins had not already had a good idea of what a firefighter did, he would have concluded that the most important duties were sleeping, cleaning, cooking, and playing cards!

### *Step 2: Write Task Statements*

**Task inventory** A questionnaire containing a list of tasks each of which the job incumbent rates on a series of scales such as importance and time spent.

Once the tasks have been identified, the next step is to write the task statements that will be used in the **task inventory** and included in the job description. As shown in Table 2.2, at the minimum, a properly written task statement must contain an *action* (what is done) and an *object* (to which the action is done). Often, task statements will also include such components as *where* the task is done, *how* it is done, *why* it is done, and *when* it is done.

Here are some characteristics of well-written task statements:

- One action should be done to one object. If the statement includes the word *and*, it may have more than one action or object. For example, the statement "Types correspondence to be sent to vendors" has one action and one object. However, "Types, files, and sends correspondence to vendors" contains three very different actions (types, files, sends).

**Table 2.2** Writing Effective Task Statements

| Poorly Written Task Statement | Properly Written Task Statement |
|---|---|
| Sends purchase requests | Sends purchase requests to the purchasing department using campus mail |
| Drives | Drives a five-speed truck to make food deliveries within the city of Toledo |
| Locks hall doors | Uses master key to lock hall doors at midnight so that non-residents cannot enter the residence hall |

- Task statements should be written at a level that can be read and understood by a person with the same reading ability as the typical job incumbent.
- All task statements should be written in the same tense.
- The task statement should include the tools and equipment used to complete the task.
- Task statements should not be competencies (e.g., "Be a good writer").
- Task statements should not be a policy (e.g., "Treats people nicely").
- The statement should make sense by itself. That is, "Makes photocopies" does not provide as much detail as "Makes photocopies of transactions for credit union members," which indicates what types of materials are photocopied and for whom they are copied.
- For those activities that involve decision making, the level of authority should be indicated. This level lets the incumbent know which decisions she is allowed to make on her own and which she needs approval for from a higher level.

It has also been suggested that a few tasks not part of a job be placed into the task inventory; data from incumbents who rate these irrelevant tasks as part of their job are removed from the job analysis due to their carelessness (Green & Stutzman, 1986). Including "bogus tasks" is probably a good idea. Pine (1995) included five such items in a 68-item task inventory for corrections officers and found that 45% reported performing at least one of the bogus tasks. For example, a task inventory might include "operates a Gonkulator" or "uses PARTH program to analyze data" even though no such machine or computer program actually exists. A study by Dierdorff and Rubin (2007) found that incumbents who are low in cognitive ability and are confused about their work role (role ambiguity) are the most likely to endorse the bogus tasks on a task inventory.

### *Step 3: Rate Task Statements*

**Task analysis** The process of identifying the tasks for which employees need to be trained.

Once the task statements have been written (usually including some 200 tasks), the next step is to conduct a **task analysis**—using a group of SMEs to rate each task statement on the frequency and the importance or criticality of the task being performed. For example, consider the task *accurately shoots a gun*. For a police officer, this task occurs infrequently, but when it does, its importance is paramount. If a frequency scale alone were used, shooting a gun might not be covered in training. Although many types of scales can be used, research suggests that many of the scales tap similar types of information (Sanchez & Fraser, 1992); thus, using the two scales of frequency of occurrence and importance shown in Table 2.3 should be sufficient. In fact, rather than asking for ratings of frequency of occurrence or relative time spent

**Table 2.3** Example of Task Inventory Scales

| | |
|---|---|
| **Frequency** | |
| 0 | Task is not performed as part of this job. |
| 1 | Task is seldom performed. |
| 2 | Task is occasionally performed. |
| 3 | Task is frequently performed. |
| **Importance** | |
| 0 | Unimportant: There would be no negative consequences if the task was not performed or if the task was not performed properly. |
| 1 | Important: Job performance would be diminished if the task was not completed properly. |
| 2 | Essential: The job could not be performed effectively if the incumbent did not properly complete this task. |

on a task, some researchers advise that the task inventory should simply ask, "Do you perform this task?" (Wilson & Harvey, 1990). Raters tend to agree on ratings of task importance but not on time spent (Lindell, Clause, Brandt, & Landis, 1998).

After a representative sample of SMEs rates each task, the ratings are organized into a format similar to that shown in Table 2.4. Tasks will not be included in the *job description* if their average frequency rating is 0.5 or below. Tasks will not be included in the final *task inventory* if they have either an average rating of 0.5 or less on *either* the frequency (F) or importance (I) scales or an average combined rating (CR) of less than 2. Using these criteria, tasks 1, 2, and 4 in Table 2.4 would be included in the job description, and tasks 2 and 4 would be included in the final task inventory used in the next step of the job analysis.

### *Step 4: Determine Essential KSAOs*

Once the task analysis is completed and a job analyst has a list of tasks that are essential for the proper performance of a job, the next step is to identify the KSAOs needed to perform the tasks.

- **Knowledge**-A body of information needed to perform a task.
- **Skill**-The proficiency to perform a learned task.
- **Ability**-The basic capacity for performing a wide range of tasks, acquiring a knowledge, or developing a skill.
- **Other characteristics**-Factors that are not knowledge, skills, or abilities such as personality, willingness, interest, and degrees.

**Table 2.4** Example of Task Analysis Ratings

| | Raters | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Scully | | | Mulder | | | Combined Average | | |
| Task # | F + | I = | CR | F + | I = | CR | F + | I = | CR |
| 1 | 2 | 0 | 2 | 3 | 0 | 3 | 2.5 | 0.0 | 2.5 |
| 2 | 2 | 2 | 4 | 2 | 1 | 3 | 2.0 | 1.5 | 3.5 |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 |
| 4 | 3 | 2 | 5 | 3 | 2 | 5 | 3.0 | 2.0 | 5.0 |

F = frequency; I = importance; CR = combined rating.

- **Other characteristics** include such personal factors as personality, willingness, interest, and motivation and such tangible factors as licenses, degrees, and years of experience.

Currently, KSAOs are commonly referred to as *competencies* (Campion et al., 2011). In the old days, KSAOs were called job specifications (job specs). Though there may be some disagreement among I/O psychologists, the terms "KSAOs," "competencies," and "job specs" can be used interchangeably and there is no real difference among the three (other than which term is in vogue). When competencies are tied to an organization's strategic initiatives and plans rather than to specific tasks, the process is called *competency modeling*.

To refer back to our example of a police officer accurately shooting a gun (skill), the police officer would need to hold the gun properly and allow for such external conditions as the target distance and wind conditions (knowledge), and have the hand strength, steadiness, and vision necessary to hold the gun, pull the trigger, and aim properly (abilities). To carry the gun, the officer would need to have a weapons certification (other characteristic). Determining important KSAOs can be done in one of two ways: logically linking tasks to KSAOs or using prepackaged questionnaires.

To logically link KSAOs to tasks, a group of SMEs brainstorm the KSAOs needed to perform each task. For example, a group of police officers might consider the task of "writing accident reports" and determine that grammar skills, spelling skills, legible handwriting, and knowledge of accidents are the KSAOs needed for a police officer to perform this task.

Once the list of essential KSAOs has been developed, another group of SMEs is given the list and asked to rate the extent to which each of the KSAOs is essential for performing the job. If a scale such as that shown in Table 2.5 is used, KSAOs with an average score of .5 or less are eliminated from further consideration.

As you can see in Table 2.5, it is also important for the SMEs to determine when each KSAO is needed. Using data from the table, KSAOs that receive average ratings of 2.5 or higher will be part of the employee selection process, KSAOs with average ratings between 1.5 and 2.49 will be taught at the police academy, and KSAOs with average ratings between .5 and 1.49 will be learned on the job during the officer's probationary period.

**Table 2.5** Scales Used to Rate KSAOs for Law Enforcement

| | |
|---|---|
| **Importance of KSAO** | |
| 0 | KSAO is **not needed** for satisfactory completion of the academy or satisfactory job performance. |
| 1 | KSAO is **helpful** for satisfactory completion of the academy or satisfactory job performance. |
| 2 | KSAO is **important/essential** for satisfactory completion of the academy or satisfactory job performance. |
| **When KSAO Is Needed** | |
| 0 | KSAO is not needed. |
| 1 | KSAO is needed after completion of field training. |
| 2 | KSAO is needed after completion of the academy. |
| 3 | KSAO is needed at the time of hire. |

KSAO = knowledge, skill, ability, other characteristics.

Rather than using the previously discussed process, KSAOs, or competencies, can be identified using such structured methods as the Job Components Inventory (JCI), Threshold Traits Analysis (TTA), Fleishman Job Analysis Survey (F-JAS), Critical Incident Technique (CIT), and the Personality-Related Position Requirements Form (PPRF). Each of these will be discussed in detail later in the chapter.

### *Step 5: Selecting Tests to Tap KSAOs*

Once the important KSAOs have been identified, the next step is to determine the best methods to tap the KSAOs needed at the time of hire. These methods will be used to select new employees and include such methods as interviews, work samples, ability tests, personality tests, reference checks, integrity tests, biodata, and assessment centers. These methods, and how to choose them, will be discussed in great detail in Chapters 4, 5, and 6.

The average ratings obtained from step 4 will be used to weight test scores. That is, a test tapping a KSAO with a rating of 2.9 should receive more weight than a test tapping a KSAO with a rating of 2.5.

## Using Other Job Analysis Methods

In the previous pages, the most common method for conducting a job analysis was discussed. Though this method provides great information, it can be rather lengthy and unstructured. To save time, increase structure, or supplement information obtained from interviews, observations, and task analysis, other job analysis methods are available. These methods tend to provide information on one of four specific factors that are commonly included in a job description: worker activities, tools and equipment used, work environment, and competencies.

### *Methods Providing General Information About Worker Activities*

Using the strategy discussed previously yields *specific* information about the tasks and activities performed by an incumbent in a *particular job*. Though such detailed information is ideal, obtaining it can be both time-consuming and expensive. As an alternative, several questionnaires have been developed to analyze jobs at a more general level. This general analysis saves time and money and allows jobs to be more easily compared with one another than is the case if interviews, observations, job participation, or task analysis is used.

**Position Analysis Questionnaire (PAQ)** A structured job analysis method developed by McCormick.

**Position Analysis Questionnaire.** The **Position Analysis Questionnaire (PAQ)** is a structured instrument developed at Purdue University by McCormick, Jeanneret, and Mecham (1972), and is now available from PAQ Services in Bellingham, Washington. The PAQ contains 194 items organized into six main dimensions: information input, mental processes, work output, relationships with other persons, job context, and other job-related variables such as work schedule, pay, and responsibility. In the sample PAQ page shown in Figure 2.2, notice that the level of analysis is fairly general. That is, the PAQ tells us if a job involves interviewing but does not indicate the type of interviewing that is performed (interviewing job applicants versus interviewing a witness to a crime) or how the interview is conducted. Thus, the results would be difficult to use for functions such as training or performance appraisal.

The PAQ offers many advantages. It is inexpensive and takes relatively little time to use. It is one of the most standardized job analysis methods, has acceptable levels

**RELATIONSHIPS WITH OTHER PERSONS**

| Code | Importance to This Job (I) |
|---|---|
| N | Does not apply |
| 1 | Very minor |
| 2 | Low |
| 3 | Average |
| 4 | High |
| 5 | Extreme |

**4 Relationships with Other Persons**
This section deals with different aspects of interaction between people involved in various kinds of work.

**4.1 Communications**
Rate the following in terms of how important the activity is to the completion of the job. Some jobs may involve several or all of the items in this section.

**4.1.1 Oral (communicating by speaking)**

99 I ___ Advising (dealing with individuals in order to counsel and/or guide them with regard to problems that may be resolved by legal, financial, scientific, technical, clinical, spiritual, and/or other professional principles)

100 I ___ Negotiating (dealing with others in order to reach an agreement or solution, for example, labor bargaining, diplomatic relations, etc.)

101 I ___ Persuading (dealing with others in order to influence them toward some action or point of view, for example, selling, political campaigning, etc.)

102 I ___ Instructing (the teaching of knowledge or skills, in either an informal or a formal manner, to others, for example, a public school teacher, a machinist teaching an apprentice, etc.)

103 I ___ Interviewing (conducting interviews directed toward some specific objective, for example, interviewing job applicants, census taking, etc.)

104 I ___ Routine information exchange: job related (the giving and/or receiving of job-related information of a routine nature, for example, ticket agent, taxicab dispatcher, receptionist, etc.)

105 I ___ Nonroutine information exchange (the giving and/or receiving of job-related information of a nonroutine or unusual nature, for example, professional committee meetings, engineers discussing new product design, etc.)

106 I ___ Public speaking (making speeches or formal presentations before relatively large audiences, for example, political addresses, radio/TV broadcasting, delivering a sermon, etc.)

**4.1.2 Written (communicating by written/printed material)**

107 I ___ Writing (for example, writing or dictating letters, reports, etc., writing copy for ads, writing newspaper articles, etc.: do not include transcribing activities described in item 43, but only activities in which the incumbent creates the written material)

**4.1.3 Other Communications**

108 I ___ Signaling (communicating by some type of signal, for example, hand signals, semaphore, whistles, horns, bells, lights, etc.)

109 I ___ Code communications (telegraph, cryptography, etc.)

Source: E. J. McCormick, P. R. Jeannert, and R. C. Mecham, *Position Analysis Questionnaire*, Purdue Research Foundation, West Lafayette, Indiana 47907.

**Figure 2.2**
Example of PAQ Questions

of reliability, and its results for a particular position can be compared through computer analysis with thousands of other positions.

Although the PAQ has considerable support, research indicates its strengths are also the source of its weaknesses. The PAQ's instructions suggest that incumbents using the questionnaire have education levels between grades 10 and 12. Research has found, however, that the PAQ questions and directions are written at the college graduate level (Ash & Edgell, 1975); thus, many workers may not be able to understand the PAQ. This is one reason developers of the PAQ recommend that trained job analysts complete the PAQ rather than the employees themselves.

In addition, the PAQ was designed to cover all jobs; but limited to 194 questions and six dimensions, it has not proven very sensitive. For example, a homemaker and a police officer have similar PAQ profiles (Arvey & Begalla, 1975). Similar profiles also are obtained regardless of whether an analyst actually observes the job or just looks at a job title or a job description (Brannick, Levine, & Morgeson, 2007).

Finally, having a large amount of information about a job yields the same results as having little information (Surrette et al., 1990). Although these studies speak favorably about the reliability of the PAQ, they also provide cause for worry because the PAQ appears to yield the same results regardless of how familiar the analyst is with a job.

**Job Structure Profile (JSP)** A revised version of the Position Analysis Questionnaire (PAQ) designed to be used more by the job analyst than by the job incumbent.

**Job Structure Profile.** A revised version of the PAQ was developed by Patrick and Moore (1985). The major changes in the revision, which is called the **Job Structure Profile (JSP)**, include item content and style, new items to increase the discriminatory power of the intellectual and decision-making dimensions, and an emphasis on having a job analyst, rather than the incumbent, use the JSP. Research by JSP's developers indicates that the instrument is reliable, but little research has been conducted on the JSP since 1985.

**Job Elements Inventory (JEI)** A structured job analysis technique developed by Cornelius and Hakel that is similar to the Position Analysis Questionnaire (PAQ) but easier to read.

**Job Elements Inventory.** Another instrument designed as an alternative to the PAQ is the **Job Elements Inventory (JEI)**, developed by Cornelius and Hakel (1978). The JEI contains 153 items and has a readability level appropriate for an employee with only a tenth-grade education (Cornelius, Hakel, & Sackett, 1979). Research comparing the JEI with the PAQ indicates that the scores from each method are very similar (Harvey, Friedman, Hakel, & Cornelius, 1988); thus, the JEI may be a better replacement for the difficult-to-read PAQ. But as mentioned with the JSP, much more research is needed before conclusions can be confidently drawn.

**Functional Job Analysis (FJA)** A job analysis method developed by Fine that rates the extent to which a job incumbent is involved with functions in the categories of data, people, and things.

**Functional Job Analysis.** **Functional Job Analysis (FJA)** was initially designed by Sidney Fine (1955) as a method that could be used by the federal government to analyze and compare thousands of jobs. The FJA process begins in a similar manner to many job analysis methods: a small group of subject matter experts meets to identify the key functions of a job (what gets done) as well as the tasks performed to complete each function (Cronshaw, 2012). What makes FJA unique, is that once the SMEs have identified these functions and tasks, they assign a percentage of time the incumbent spends on three functions: data (information and ideas), people (clients, customers, and coworkers), and things (machines, tools, and equipment). An analyst is given 100 points to allot to the three functions. The points are usually assigned in multiples of 5, with each function receiving a minimum of 5 points. Once the points have been assigned, the highest level at which the job incumbent functions is then chosen from the chart shown in Table 2.6.

**Table 2.6** Data, People, and Things Levels

| Data | People | Things |
|---|---|---|
| 0 Synthesizing | 0 Mentoring | 0 Setting up |
| 1 Coordinating | 1 Negotiating | 1 Precision working |
| 2 Analyzing | 2 Instructing | 2 Operating-controlling |
| 3 Compiling | 3 Supervising | 3 Driving-operating |
| 4 Computing | 4 Diverting | 4 Manipulating |
| 5 Copying | 5 Persuading | 5 Tending |
| 6 Comparing | 6 Speaking | 6 Feeding-offbearing |
| | 7 Serving | 7 Handling |
| | 8 Taking instructions | |
| | 9 Helping | |

### Methods Providing Information About Tools and Equipment

**Job Components Inventory (JCI)** A structured job analysis technique that concentrates on worker requirements for performing a job rather than on specific tasks.

**Job Components Inventory.** To take advantage of the PAQ's strengths while avoiding some of its problems, Banks, Jackson, Stafford, and Warr (1983) developed the **Job Components Inventory (JCI)** for use in England. The JCI consists of more than 400 questions covering five major categories: tools and equipment, perceptual and physical requirements, mathematical requirements, communication requirements, and decision making and responsibility. It is the only job analysis method containing a detailed section on tools and equipment.

Published research on the JCI is not abundant. But it does appear to be a promising technique, with research indicating that it is reliable (Banks & Miller, 1984), can differentiate between jobs (Banks et al., 1983), can cluster jobs based on their similarity to one another (Stafford, Jackson, & Banks, 1984), and, unlike the PAQ, is affected by the amount of information available to the analyst (Surrette et al., 1990).

### Methods Providing Information About the Work Environment

**AET** An ergonomic job analysis method developed in Germany (*Arbeitswissenschaftliches Erhebungsverfahren zur Tätigkeitsanalyse*).

The techniques discussed so far provide information about the activities that are performed and the equipment used to perform them. The job analyst still needs information about the conditions under which the activities are performed. For example, two employees might perform the task "delivers mail," yet one might do it by carrying 50-pound mail bags in very hot weather whereas the other delivers mail by driving a golf cart through an air-conditioned warehouse. To obtain information about the work environment, a job analyst might use the **AET**, an acronym for "Arbeitswissenschaftliches Erhebungsverfahren zur Tätigkeitsanalyse" (try saying this three times!), which means "ergonomic job analysis procedure." By *ergonomic*, we mean that the instrument is primarily concerned with the relationship between the worker and work objects. Developed in Germany by Rohmert and Landau (1983), the AET is a 216-item, standardized questionnaire that analyzes a job along the dimensions shown in Table 2.7. Sample items from the AET can be found in Table 2.8. Although the AET appears to be a promising method for obtaining certain types of job analysis information, there has not been enough published research to draw any real conclusions.

**Table 2.7** AET Dimensions

**Part A Work System Analysis**
1 Work objects
  1.1 material work objects (physical condition, special properties of the material, quality of surfaces, manipulation delicacy, form, size, weight, dangerousness)
  1.2 energy as work object
  1.3 information as work object
  1.4 man, animals, plants as work objects
2 Equipment
  2.1 working equipment
    2.1.1 equipment, tools, machinery to change the properties of the work objects
    2.1.2 means of transport
    2.1.3 controls
  2.2 Other equipment
    2.2.1 displays, measuring instruments
    2.2.2 technical aids to support human sense organs information
    2.2.3 work chair, table, room
3 Work environment
  3.1 physical environment
    3.1.1 environmental influences
    3.1.2 dangerousness of work and risk of occupational diseases
  3.2 organizational and social environment
    3.2.1 temporal organization of work
    3.2.2 position in the organization of work sequence
    3.2.3 hierarchical position in the organization
    3.2.4 position in the communication system
  3.3 principles and methods of remuneration
    3.3.1 principles of remuneration
    3.3.2 methods of remuneration

**Part B Task Analysis**
1 Tasks relating to material work objects
2 Tasks relating to abstract work objects
3 Man-related tasks
4 Number and repetitiveness of tasks

**Part C Demand Analysis**
1 Demands on perception
  1.1 mode of perception
    1.1.1 visual
    1.1.2 auditory
    1.1.3 tactile
    1.1.4 olfactory
    1.1.5 proprioceptive
  1.2 absolute/relative evaluation of perceived information
  1.3 accuracy of perception
2 Demands for decision
  2.1 complexity of decision
  2.2 pressure on time
  2.3 required knowledge
3 Demands for response/activity
  3.1 body postures
  3.2 static work
  3.3 heavy muscular work
  3.4 light muscular work
  3.5 strenuousness and frequency of movements

AET = Arbeitswissenschaftliches Erhebungsverfahren zur Tätigkeitsanalyse = ergonomic job analysis procedure.
Source: Rohmert, W., and Landau, K. (1983). *A new technique for job analysis*. New York: Taylor & Francis.

## *Methods Providing Information About Competencies*

**Occupational Information Network (O*NET)** The job analysis system used by the federal government that has replaced the Dictionary of Occupational Titles (DOT).

**Occupational Information Network.** The **Occupational Information Network (O*NET)** is a national job analysis system created by the federal government to replace the *Dictionary of Occupational Titles* (DOT), which had been in use since the 1930s (Peterson et al., 2001). O*NET is a major advancement in understanding the nature of work, in large part because its developers understood that jobs can be viewed at four levels: economic, organizational, occupational, and individual. As a result, O*NET has incorporated the types of information obtained in many job analysis techniques. A chart comparing O*NET with other job analysis methods is located on this text's webpage.

O*NET includes information about the occupation (generalized work activities, work context, organizational context) and the worker characteristics (ability, work style, occupational values and interests, knowledge, skills, education) needed for success in the occupation. The O*NET also includes information about such economic factors as labor demand, labor supply, salaries, and occupational trends. This information can be used by employers to select new employees and by applicants who are

**Table 2.8** Sample AET Items

| CNO | CC | |
|---|---|---|
| 1.1.7 | Weight | |
| | | Answer questions 22–24 indicating the individual proportions of *time* during which the incumbent performs tasks involving work materials of *different* weights. |
| 22 | D | *Low* weight<br>objects weighing up to 1 kg can normally be manipulated with fingers or hands. |
| 23 | D | *Medium* weight<br>1–10 kg can normally be manipulated with hands. |
| 24 | | *Heavy* weight<br>more than 10 kg can partly be manipulated by one person without using additional auxiliaries, partly including the use of handling equipment and hoisting machines |
| 1.1.8 | Danger | |
| | | Answer questions 25–30 indicating the individual proportions of *time* during which the incumbent performs tasks involving *dangerous work materials* |
| 25 | D | Work materials that are *explosive*<br>e.g., explosives and igniting mixtures, ammunition, fireworks |
| 26 | D | Work materials that are *conductive to fire or inflammable*<br>e.g., petrol, technical oils, lacquers, and varnishes |
| 27 | D | Work materials that are *poisonous or caustic*<br>e.g., basic chemicals, chemical-technical materials, plant protectives, cleaning materials |
| 28 | D | Work materials that are *radioactive*<br>e.g., uranium concentrate, nuclear materials |
| 29 | D | Work materials that are irritating skin or mucous membrane<br>e.g., quartz, asbestos, Thomas meal, flax, raw cotton |
| 30 | D | Work materials *causing other health hazards*<br>If characteristic I is rated D = 5, continue with characteristic 34. |

AET = Arbeitswissenschaftliches Erhebungsverfahren zur Tätigkeitsanalyse = ergonomic job analysis procedure.
Source: Rohmert, W., and Landau, K. (1983). *A new technique for job analysis.* New York: Taylor & Francis.

searching for careers that match their skills, interests, and economic needs. O*NET-based information can be obtained at http://online.onetcenter.org.

**Critical Incident Technique (CIT)** The job analysis method developed by John Flanagan that uses written reports of good and bad employee behavior.

**Critical Incident Technique.** The **Critical Incident Technique (CIT)** was developed and first used by John Flanagan and his students at the University of Pittsburgh in the late 1940s and early 1950s. The CIT is used to discover actual incidents of job behavior that make the difference between a job's successful or unsuccessful performance (Flanagan, 1954). This technique can be conducted in many ways, but the basic procedure is as follows:

1. Job incumbents each generate between one and five incidents of both excellent and poor performance that they have seen on the job. These incidents can be obtained using logbooks, questionnaires, or interviews; research has shown that the method used makes little difference

**Table 2.9** Critical Incident Examples

1. About a year ago, I was driving home from school and had a flat tire. I was having trouble changing the tire when the police officer stopped and helped me. He then followed me to the nearest gas station to make sure that I didn't have any more trouble. Most cops probably wouldn't have done a darn thing to help.
2. I got pulled over for doing 45 in a 25 mph zone. Instead of just writing me up, the cop told me what a jerk I was for speeding and that if he ever saw me speed again, I would get more than a ticket. He was the one who was the jerk!

(Campion, Greener, & Wernli, 1973), although questionnaires are usually used because they are the easiest. A convenient way to word requests for critical incidents is by asking incumbents to think of times they saw workers perform in an especially outstanding way and then to write down exactly what occurred. Incumbents are then asked to do the same for times they saw workers perform poorly. This process is repeated as needed. Two examples of critical incidents are shown in Table 2.9.

2. Job experts examine each incident and decide whether it is an example of excellent or poor behavior. This step is necessary because approximately 5% of incidents initially cited as poor examples by employees are actually good examples and vice versa (Aamodt, Reardon, & Kimbrough, 1986). For example, in a recent job analysis of the position of university instructor, a few students described their worst teachers as those who lectured from material not included in their textbooks. A committee of faculty members and students who reviewed the incidents determined that lecturing from nontext material actually was excellent. Thus, the incidents were counted as examples of excellent rather than poor performance.
3. The incidents generated in the first stage are then given to three or four incumbents to sort into an unspecified number of categories. The incidents in each category are then read by the job analyst, who combines, names, and defines the categories.
4. To verify the judgments made by the job analyst in procedure 3, three other incumbents are given the incidents and category names and are asked to sort the incidents into the newly created categories. If two of the three incumbents sort an incident into the same category, the incident is considered part of that category. Any incident that is not agreed upon by two sorters is either thrown out or placed in a new category.
5. The numbers of both types of incidents sorted into each category are then tallied and used to create a table similar to Table 2.10. The categories provide the important dimensions of a job, and the numbers provide the relative importance of these dimensions.

The CIT is an excellent addition to a job analysis because the actual critical incidents can be used for future activities such as performance appraisal and training. The CIT's greatest drawback is that its emphasis on the difference between excellent and poor performance ignores routine duties. Thus, the CIT cannot be used as the sole method of job analysis.

**Job Components Inventory.** In addition to information about tools and equipment used on the job, which were discussed earlier, the JCI also provides information about the perceptual, physical, mathematical, communication, decision making, and responsibility skills needed to perform the job.

**Table 2.10** CIT Categories and Frequencies for Excellent and Poor Resident Assistants

| Category | Excellent | Poor | Total |
|---|---|---|---|
| Interest in residents | 31 | 19 | 50 |
| Availability | 14 | 27 | 41 |
| Responsibility | 12 | 20 | 32 |
| Fairness | 18 | 10 | 28 |
| Self-adherence to the rules | 0 | 28 | 28 |
| Social skills | 19 | 7 | 26 |
| Programming | 13 | 7 | 20 |
| Self-confidence | 12 | 8 | 20 |
| Rule enforcement | 4 | 14 | 18 |
| Authoritarianism | 1 | 16 | 17 |
| Counseling skills | 12 | 4 | 16 |
| Self-control | 5 | 2 | 7 |
| Confidentiality | 1 | 2 | 3 |

**Threshold Traits Analysis (TTA)** A 33-item questionnaire developed by Lopez that identifies traits necessary to successfully perform a job.

**Threshold Traits Analysis.** An approach similar to the JCI is the **Threshold Traits Analysis (TTA)**, which was developed by Lopez, Kesselman, and Lopez (1981). This method is available only by hiring a particular consulting firm (Lopez and Associates), but its unique style makes it worthy of mentioning. The TTA questionnaire's 33 items identify the traits that are necessary for the successful performance of a job. The 33 items cover five trait categories: physical, mental, learned, motivational, and social. An example of an item from the TTA can be found in Figure 2.3. The TTA's greatest advantages are that it is short and reliable and can correctly identify important traits (Lopez et al., 1981). The TTA's greatest disadvantage is that it is not available commercially. Because the TTA also focuses on traits, its main uses are in the development of an employee selection system or a career plan (Lopez, Rockmore, & Kesselman, 1980).

**Fleishman Job Analysis Survey (F-JAS)** A job analysis method in which jobs are rated on the basis of the abilities needed to perform them.

**Fleishman Job Analysis Survey.** Based on more than 30 years of research (Fleishman & Reilly, 1992a), the **Fleishman Job Analysis Survey (F-JAS)** requires incumbents or job analysts to view a series of abilities such as the one shown in Figure 2.4 and to rate the level of ability needed to perform the job. These ratings are performed for 73 distinct cognitive, physical, psychomotor, sensory-perceptual, and social/interpersonal abilities and knowledge (Caughron, Mumford, & Fleishman, 2012). The F-JAS is easy to use by incumbents or trained analysts, demonstrates acceptable levels of reliability, and is supported by years of research. Its advantages over TTA are that it is more detailed, is commercially available, is available in several languages, and can be completed online.

**Job Adaptability Inventory (JAI)** A job analysis method that taps the extent to which a job involves eight types of adaptability.

**Job Adaptability Inventory.** The **Job Adaptability Inventory (JAI)** is a 132-item inventory developed by Pulakos, Arad, Donovan, and Plamondon (2000) that taps the extent to which a job incumbent needs to adapt to situations on the job. The JAI has eight dimensions:

1. Handling emergencies or crisis situations
2. Handling work stress
3. Solving problems creatively



**Problem Solving**

| Job Functions Include | Incumbent Must |
|---|---|
| *Processing information* to reach specific conclusions, answering problems, adapting and assessing ideas of others, and revising into workable form. | Analyze information and, by inductive reasoning, arrive at a specific conclusion or solution (trait also known as *convergent thinking, reasoning*). |

| Level | Job Activities That Require Solving | Level | Incumbent Must Solve |
|---|---|---|---|
| 0 | Very minor problems with fairly simple solutions (running out of supplies or giving directions). | 0 | Very minor problems with fairly simple solutions. |
| 1 | Problems with known and limited variables (diagnosing mechanical disorders or customer complaints). | 1 | Problems with known and limited variables. |
| 2 | More complex problems with many known variables (programming or investment analysis). | 2 | Problems with many known and complex variables. |
| 3 | Very complex and abstract problems with many unknown variables (advanced systems design or research). | 3 | Very complex and abstract problems with many unknown variables. |

Adapted from Lopez, F. M., Kesselman, G. A., and Lopez, F. E. (1981). An empirical test of a trait-oriented job analysis technique. *Personnel Psychology*, 34, 479–502.

**Figure 2.3**
Sample from Threshold Traits Analysis Questionnaire

4. Dealing with uncertain and unpredictable work situations
5. Learning work tasks, technologies, and procedures
6. Demonstrating interpersonal adaptability
7. Demonstrating cultural adaptability
8. Demonstrating physically oriented adaptability

Though the JAI is relatively new, it has excellent reliability and has been shown to distinguish among jobs (Pulakos, Arad, Donovan, & Plamondon, 2000).

**Personality-Related Position Requirements Form (PPRF)** A job analysis instrument that helps determine the personality requirements for a job.

**Personality-Related Position Requirements Form (PPRF).** The **Personality-Related Position Requirements Form (PPRF)** was developed by Raymark, Schmit, and Guion (1997) to identify the personality types needed to perform job-related tasks. The PPRF consists of 107 items tapping 12 personality dimensions that fall under the "Big 5" personality dimensions (openness to experience, conscientiousness, extroversion, agreeableness, and emotional stability). Though more research is needed, the PPRF is reliable and shows promise as a useful job analysis instrument for identifying the personality traits necessary to perform a job.

**Performance Improvements Characteristics (PIC).** Similar to the PPRF, the 48 questions on the PIC help determine which of the seven main personality traits are needed to perform a given job. Research on the PIC indicates that it has acceptable reliability and is able to differentiate between jobs (Foster, Gaddis, & Hogan, 2012.).

## Evaluation of Methods

In the previous pages, many job analysis methods were presented. To help compare the methods, Table 2.11 summarizes the potential uses for each method. Any time there are




**Figure 2.4**
Fleishman Job Analysis Survey Example

multiple methods for something, a logical question is, "Which one is best?" Unfortunately, there is no clear answer to this question in job analysis. The best method to use in analyzing a job appears to be related to the end use of the job analysis information.

That is, different methods are best for different uses—*worker-oriented methods*, such as the CIT, JCI, and TTA, are the best for employee selection and performance appraisal; *job-oriented methods*, such as task analysis, are best for work design and writing job descriptions. To get the most out of a job analysis, several techniques should be used so that information on each of the job description sections can be obtained.

From a legal perspective, courts have ruled that job analysis is necessary (Sparks, 1988) and that acceptable job analyses should (1) use several up-to-date sources, (2) be conducted by experts, (3) use a large number of job incumbents, and (4) cover the entire range of worker activities and qualifications (Thompson & Thompson, 1982).

Other than a meta-analysis demonstrating that job analysis ratings of specific tasks are more reliable than ratings of general work activities (Dierdorff & Wilson, 2003), little research directly comparing job analysis methods has been conducted. This lack of research is primarily because direct comparison of methods is virtually impossible: Each method yields results that differ in both the number and type of dimensions. Thus, the comparative research that has been conducted has focused on opinions of job analysts.

Survey research by Levine, Ash, and their colleagues (Levine, Ash, & Bennett, 1980; Levine, Ash, Hall, & Sistrunk, 1983) has found the following:

1. The PAQ is seen as the most standardized technique and the CIT the least standardized.
2. The CIT takes the least amount of job analyst training and task analysis the most.

**Table 2.11** Comparison of the Output of the Types of Information Gained from Various Job Analysis Methods

| | Job Description Section | | | | | | |
|---|---|---|---|---|---|---|---|
| **Job Analysis Method** | **Specific Tasks** | **General Duties** | **Tools** | **Job Context** | **Performance** | **Compensation** | **Competencies** |
| Interview | x | x | x | x | x | x | x |
| Observation | x | x | x | x | | | x |
| Job participation | x | x | x | x | | | x |
| PAQ | | x | | x | | | x |
| JSP | | x | | x | | | x |
| JEI | | x | | x | | | x |
| FJA | | x | | | | | |
| JCI | | | x | | | | x |
| AET | | | | x | | | |
| O*NET | | x | | | | | x |
| CIT | | x | | | | | x |
| TTA | | | | | | | x |
| F-JAS | | | | | | | x |
| JAI | | | | | | | x |
| PPRF | | | | | | | x |

PAQ = Position Analysis Questionnaire; JSP = Job Structure Profile; JEI = Job Elements Inventory; FJA = Functional Job Analysis; JCI = Job Components Inventory; AET = Arbeitswissenschaftliches Erhebungsverfahren zur Tätigkeitsanalyse = ergonomic job analysis procedure; O*NET = Occupational Information Network; CIT = Critical Incident Technique; TTA = Threshold Traits Analysis; F-JAS = Fleishman Job Analysis Survey; JAI = Job Adaptability Inventory; PPRF = Personality-Related Position Requirements Form.

3. The PAQ is the least costly method and the CIT the most.
4. The PAQ takes the least amount of time to complete and task analysis the most.
5. Task analysis has the highest-quality results and TTA the lowest.
6. Task analysis reports are the longest and job-elements reports the shortest.
7. The CIT has been rated the most useful and the PAQ the least.
8. Task analysis gives the best overall job picture and the PAQ the worst.

Keep in mind, however, that these findings were based on users' opinions rather than on actual empirical comparison and that many of the newer (post-1980) job analysis methods were not included in the Levine and Ash studies.

# Job Evaluation

**Job evaluation** The process of determining the monetary worth of a job.

Once a job analysis has been completed and a thorough job description written, it is important to determine how much employees in a position should be paid. This process of determining a job's *worth* is called **job evaluation**. A job evaluation is typically done in two stages: determining internal pay equity and determining external pay equity.



© Travel Ink/Getty Images

Should employees in dangerous jobs be compensated for the increased risk?

## Determining Internal Pay Equity

Internal pay equity involves comparing jobs within an organization to ensure that the people in jobs worth the most money are paid accordingly. The difficulty in this process, of course, is determining the worth of each job. Because a complete discussion of all job evaluation methods is beyond the scope of this text, we will stick to a discussion of the most commonly used method.

### *Step 1: Determining Compensable Job Factors*

**Compensable job factors** Factors, such as responsibility and education requirements, that differentiate the relative worth of jobs.

The first step in evaluating a job is to decide what factors differentiate the relative worth of jobs. Possible **compensable job factors** include the following:

- Level of responsibility
- Physical demands
- Mental demands
- Education requirements
- Training and experience requirements
- Working conditions

The philosophical perspectives of the job evaluator can affect these factors. Some evaluators argue that the most important compensable factor is responsibility and that

physical demands are unimportant. Others argue that education is the most important. The choice of compensable factors thus is often more philosophical than empirical.

### Step 2: Determining the Levels for Each Compensable Factor

Once the compensable factors have been selected, the next step is to determine the levels for each factor. For a factor such as education, the levels are easy to determine (e.g., high school diploma, associate's degree, bachelor's degree). For factors such as responsibility, a considerable amount of time and discussion may be required to determine the levels.

### Step 3: Determining the Factor Weights

Because some factors are more important than others, weights must be assigned to each factor and to each level within a factor. Here is the process for doing this:

1. A job evaluation committee determines the total number of points that will be distributed among the factors. Usually, the number is some multiple of 100 (e.g., 100, 500, 1,000) and is based on the number of compensable factors. The greater the number of factors, the greater the number of points.
2. Each factor is weighted by assigning a number of points. The more important the factor, the greater the number of points that will be assigned.
3. The number of points assigned to a factor is then divided into each of the levels. If 100 points had been assigned to the factor of education, then 20 points (100 points/5 degrees) would be assigned to each level. An example of this procedure is shown in Table 2.12. The job evaluation committee takes the job descriptions for each job and assigns points based on the factors and degrees created in the previous steps.

**Table 2.12** Example of Completed Job Evaluation Results

| Factors | Points |
|---|---|
| Education (200 points possible) | |
| High school education or less | 40 |
| Two years of college | 80 |
| Bachelor's degree | 120 |
| Master's degree | 160 |
| Ph.D. | 200 |
| Responsibility (300 points possible) | |
| Makes no decisions | 75 |
| Makes decisions for self | 150 |
| Makes decisions for 1–5 employees | 225 |
| Makes decisions for more than 5 employees | 300 |
| Physical demands (90 points possible) | |
| Lifts no heavy objects | 30 |
| Lifts objects between 25 and 100 pounds | 60 |
| Lifts objects more than 100 pounds | 90 |




**Figure 2.5**
Example of a Wage Trend Line

**Wage trend line** A line that represents the ideal relationship between the number of points that a job has been assigned (using the point method of evaluation) and the salary range for that job.

4. The total number of points for a job is compared with the salary currently being paid for the job. This comparison is typically graphed in a fashion similar to the **wage trend line** shown in Figure 2.5. Wage trend lines are drawn based on the results of a regression formula in which salary is predicted by the number of job analysis points. Jobs whose point values fall well below the line (as with Job D in Figure 2.5) are considered underpaid ("green circled") and are immediately assigned higher salary levels. Jobs with point values well above the line (as with Job H) are considered overpaid ("red circled") and the salary level is decreased once current jobholders leave. To better understand this process, complete Exercise 2.6 in your workbook.

## Determining External Pay Equity

With external equity, the worth of a job is determined by comparing the job to the external market (other organizations). External equity is important if an organization is to attract and retain employees. In other words, it must be competitive with the compensation plans of other organizations. That is, a fast-food restaurant that pays cooks $8 an hour will probably have trouble hiring and keeping high-caliber employees if other fast-food restaurants in the area pay $10 an hour.

**Salary surveys** A questionnaire sent to other organizations to see how much they are paying their employees in positions similar to those in the organization sending the survey.

To determine external equity, organizations use **salary surveys**. Sent to other organizations, these surveys ask how much an organization pays its employees in various positions. An organization can either construct and send out its own survey or use the results of surveys conducted by trade groups, an option that many organizations choose. On the basis of the survey results such as those shown in Table 2.13, an organization can decide where it wants to be in relation to the compensation policies of other organizations (often called *market position*). That is, an organization might choose to offer compensation at higher levels to attract the best applicants as well as keep current employees from going to other organizations. Other organizations might choose to pay at the "going rate" so that they have a reasonable chance of competing for applicants, even though they will often lose the best applicants to higher-paying organizations. Market position is most important in a good economy where jobs are

**Table 2.13** Example of Salary Survey Results

| Position | # orgs with Position | Number of Employees | Weighted Average | Salary Range: Low | Q1 | Median | Q3 | High |
|---|---|---|---|---|---|---|---|---|
| Assembly/Production | | | | | | | | |
| Foreperson | 18 | 286 | $23.21 | 12.67 | 19.96 | 22.67 | 28.69 | 37.44 |
| Machinist | 9 | 419 | $20.83 | 10.28 | 17.79 | 19.63 | 22.09 | 26.80 |
| Production control planner | 9 | 36 | $19.73 | 17.64 | 19.68 | 21.63 | 24.59 | 37.44 |
| Production worker | 15 | 3,487 | $18.91 | 9.49 | 13.24 | 16.05 | 16.62 | 24.27 |
| Quality control inspector | 10 | 45 | $15.23 | 11.00 | 13.84 | 15.01 | 21.31 | 24.18 |
| Maintenance | | | | | | | | |
| Janitor | 10 | 322 | $12.00 | 8.85 | 10.02 | 11.15 | 12.04 | 20.81 |
| Maintenance person A | 17 | 112 | $15.90 | 10.65 | 11.54 | 15.97 | 20.40 | 27.78 |
| Mechanic | 11 | 382 | $19.80 | 12.99 | 18.10 | 19.30 | 21.27 | 25.98 |

Q1 = first quartile; Q3 = third quartile.

plentiful and applicants have several job options. It may seem surprising that competing organizations would supply salary information to each other, but because every organization needs salary data from other organizations, compensation analysts tend to cooperate well with one another.

Roanoke County, Virginia, provides an excellent example of the importance of market position. The county was concerned about the high turnover rate of its police dispatchers and undertook a study to determine the reason for the problem. Possible reasons were thought to be working conditions, location, reputation, and pay. The study revealed that most of the turnover was due to a neighboring city paying its dispatchers $2,500 more per year. This resulted in Roanoke County dispatchers resigning after a year of experience to take a higher-paying job only five miles away. Adjusting the salary greatly reduced the turnover rate.

Keep in mind that job evaluation concerns the worth of the *job itself*, not the worth of a *person* in the job. For example, suppose a salary survey reveals that the going rate for a job falls within the range of $30,000 to $40,000, and an organization, deciding to be at the upper end of the market, sets its range for the position at $37,000 to $42,000. Decisions must then be made regarding where in the $5,000 range each particular employee will be paid. This decision is based on such factors as years of experience, years with the company, special skills, education, local cost of living, and performance level.

**Direct compensation** The amount of money paid to an employee (does not count benefits, time off, and so forth).

We have earlier discussed the amount of money a job is worth: this amount is called **direct compensation**. Employees are also compensated in other ways, such as pay for time not worked (e.g., holidays, vacation, sick days), deferred income (e.g., Social Security and pension plans), health protection such as medical and dental insurance, and perquisites ("perks") such as a company car (Martocchio, 2014). Consequently, a job with a direct compensation of $30,000 might actually be worth more than one at $35,000 because of the indirect compensation package. In fact, anytime your author complains to his neighbors about low faculty salaries, they shed few tears as they mention such benefits as three-week Christmas vacations and three-month summer holidays.

## Determining Sex and Race Equity

In addition to analyses of internal and external equity, pay audits should also be conducted to ensure that employees are not paid differently on the basis of gender or race. For organizations with 50 or more employees and federal contracts in excess of $50,000, compensation analyses are mandatory each year. The Office of Federal Contract Compliance Programs (OFCCP) monitors these analyses to ensure that they are conducted and that contractors are not discriminating on the basis of pay. Two types of audits should be conducted: one that looks at pay rates of employees within positions with *identical duties* (equal pay for equal work) and a second that looks at pay rates of employees in jobs of *similar worth and responsibility* (comparable worth).

This second type of analysis is normally conducted by comparing jobs with similar worth (salary grade), field of knowledge (job family), and job duties (job function). Prior to 2013, the OFCCP called such groups *similarly situated employee groups* (SSEGs) but now refers to them as Pay Analysis Groups (PAGs).

**Comparable worth** The idea that jobs requiring the same level of skill and responsibility should be paid the same regardless of supply and demand.

**Comparable worth** is an issue very much related to the discussion of job evaluation. Comparable worth is often in the news because some groups claim that female workers are paid less than male workers. This perception of pay inequity stems from the statistic that, on average, full-time female workers in 2013 made only 82.1% of what full-time male workers were paid. On average, African American workers and Hispanics made less than Asian Americans and whites. As shown in Table 2.14, the pay gap, which was narrowing for many years, seems to have

**Table 2.14** Trends of Salary Level of Women as a Percentage of Men's Salaries and Minorities as a Percentage of White's Salaries

| | Sex Comparison | Race Comparison | | |
|---|---|---|---|---|
| Year | Women to Men | Blacks to Whites | Hispanics to Whites | Asians to Whites |
| 2013 | 82.1 | 78.4 | 72.1 | 117.5 |
| 2012 | 80.9 | 78.4 | 73.2 | 116.2 |
| 2011 | 82.2 | 79.4 | 70.8 | 111.7 |
| 2010 | 81.2 | 79.9 | 69.9 | 111.8 |
| 2009 | 80.2 | 79.4 | 71.5 | 116.2 |
| 2008 | 79.9 | 79.4 | 71.3 | 116.0 |
| 2007 | 80.2 | 79.5 | 70.3 | 115.9 |
| 2006 | 80.8 | 80.3 | 70.4 | 113.6 |
| 2005 | 81.0 | 77.3 | 70.1 | 112.1 |
| 2000 | 76.9 | 80.3 | 72.9 | 104.2 |
| 1995 | 75.5 | 77.5 | 73.5 | |
| 1990 | 71.9 | 77.6 | 71.7 | |
| 1985 | 68.1 | 77.8 | 75.8 | |
| 1980 | 64.2 | 78.8 | 78.2 | |

Source: U.S. Department of Labor.
Note: Percentages are based on weekly earnings for full-time employees.

stagnated at approximately 81% for women, 79% for African Americans, and 72% for Hispanics. It should be noted that Asians make more money than do the other ethnic and racial groups.

Research indicates that all but about 6% of the gap between men and women can be explained by such factors as men being in the workforce longer, having a higher percentage of full-time jobs, and working more hours in a year (CONSAD, 2009; Wall, 2000). Thus, sex differences in pay are often less an issue of pay discrimination by organizations than one of vocational choice and educational opportunity discrimination. To alleviate gender differences in pay, it is essential that young women be encouraged to enter historically male-dominated fields (assembly lines, management, police) and that young men be encouraged to enter historically female-dominated fields (nursing, clerical, elementary education). Furthermore, because men are more inclined to negotiate such things as starting salaries than are women (Babcock & Laschever, 2008; Kugler, Tamara, Reif, & Brodbeck, 2014; Stuhlmacher & Walters, 1999), some of the pay gap can be narrowed either by not allowing applicants to negotiate salaries or by teaching all applicants how to negotiate salaries. Although a complete discussion on this topic goes beyond the scope of this text, an excellent assortment of articles and links on this issue can be found at http://www.swcollege.com/bef/policy_debates/gender.html.

For some advice on salary negotiation, see the Career Workshop Box.

## Conducting a Sex and Race Equity Study

The first step in conducting a salary equity analysis for an organization is to place jobs into the Pay Analysis Groups mentioned previously. This task takes considerable time, as one needs to use salary grades to determine similarity of worth and use job descriptions to determine similarity of duties and responsibilities. The goal of these analyses is to determine if the average salary for men differs significantly from the average salary for women, and whether the average salary for Whites differs from the average salary for Blacks, Hispanics, and Asians. This analysis is conducted for each PAG, rather than the organization as a whole.

Two types of statistical analyses are typically used: regression and Fisher's exact tests. For smaller PAGs a Fisher's exact test is used to compare gender and race differences in the percentage of employees above the median salary for the PAG. If there are at least 30 employees in the PAG and at least 5 employees in each sex or race group (i.e., 5 men and 5 women), this can be done through a statistical technique called *regression*.

With regression, the first step is to enter your merit variables into the equation to determine what percentage of individual differences in pay they explain. The second step in the equation is to enter sex (coded 0 for males, 1 for females) to determine whether, after controlling for the merit variables, an employee's sex is still related to pay. That is, suppose the average salary for men in Grade 8 Engineers is $57,000 and for women $54,000. It may be that this $3,000 difference can be explained by the fact that the average man in the PAG has been with the organization five years longer than the average woman in the PAG. The results of the regression will determine if the $3,000 salary difference can be fully explained, partially explained, or not explained by differences in the merit variables.

If the results of the regression analysis indicate that the merit variables do not explain sex or race differences in salary, one still cannot conclude that

## Career Workshop — Negotiating Salary

Toward the end of this chapter you learned that one of the main causes of salary inequity between men and women is that men are more likely to negotiate salaries than are women. It is important for a job applicant to understand that most salary offers are negotiable. Most organizations have a pay range in which employee salaries must fall for each job. For example, the range for an accountant at IBM might be $30,000 to $40,000. An applicant will never get less than the $30,000 or more than the $40,000. The negotiation determines where in that $10,000 range you will fall. Here are some thoughts for negotiating:

- Know what the job is worth. All public organizations and some private organizations will make their salary ranges available to applicants. If they don't, you can use information from salary surveys and your university career placement office to help you find information about salary ranges for a type of job. Good Internet sources include www.jobstar.org, www.salary.com, and www.salaryexpert.com.
- Ask your career placement center about the typical starting salaries for graduates in your field from your university.
- Know what you need to earn. Think about the cost of living and your expenses (e.g., rent, utilities, student loans, car payment). That will give you an idea about the minimum salary you will accept. There are times when the offer you get is not negotiable and is below what you need to survive. In such cases, you must turn down the offer.
- Know what you are worth. If you have experience, graduated from a top school, were a top student in your university, or have unusual skills, you are worth more than the typical applicant. If you are asked in an interview about your expected starting salary, you might use this information to respond, "The typical salary for accounting majors at our university is $28,000. Because I have done an internship and was one of the top students in our department, my expectation is to start above $30,000."
- Don't be afraid to negotiate. When the organization makes an offer, counter with a higher amount. In doing so, be realistic and base your offer on logic and facts. Explain why you think an increased starting salary is justifiable. If you graduated with no experience and a 2.01 GPA, you probably have little room to negotiate above the bottom of the range.
- When the job market is tight and employers are having trouble finding good applicants, your value is higher.
- In addition to salary, there are times when you can negotiate such things as vacation time, starting dates, and other benefits.

discrimination has occurred. It could be that there are valid factors involved in the differences (e.g., the economy at the time of hire) that were not entered into the regression. However, in the absence of a valid explanation, salary adjustments may be in order.

Salary adjustments are determined by entering the merit variables for each employee into a regression equation to estimate what the employees "should" be making. For this approach to be reliable, the merit variables should account for a statistically significant percentage of the individual differences in salary. An employee whose actual salary is two standard errors below his or her predicted salary is a potential candidate for a salary adjustment. I realize that this process is complicated and highly statistical, but that is the nature of salary equity analysis, and salary equity analyses are becoming an important function performed by human resource departments as both the EEOC and OFCCP are paying increasing attention to potential salary discrimination. The process can be made substantially easier by using software such as *HR Equator* or *COMPARE*, which are designed for such purposes.

**ON THE JOB**

## Applied Case Study

**National Board of Veterinary Medical Examiners**

To become a veterinarian, a person must pass the North American Veterinary Licensing Exam (NAVLE), a national exam typically taken after graduation from veterinary school. This exam has 360 items and is offered twice a year. Examples of questions on the exam include the following:

1. Which of the following is the most common cause of maxillary sinusitis in the horse?
   (A) Bacterial lower respiratory tract disease extending into the sinus
   (B) Infection and abscessation of a tooth root extending into the sinus
   (C) Inhaled foreign bodies lodging in the sinus
   (D) Puncture wounds extending into the maxillary sinus
2. An African gray parrot that is presented for necropsy is suspected to have psittacosis. Which of the following findings is most likely to confirm the diagnosis?
   (A) Hepatomegaly and splenomegaly on gross examination
   (B) Identification of the causative organism by Gram's stain
   (C) Isolation and identification of Chlamydia psittaci
   (D) Presence of acid-fast organisms in the liver

To ensure that this national exam covers the important information needed to be a veterinarian, the National Board of Veterinary Medical Examiners decided to conduct a job analysis of the position of entry-level veterinary practitioner. Given that there are over 60,000 veterinarians throughout the country, this was indeed a daunting task. This number is compounded by the fact that veterinarians work in a variety of settings such as private practice, governmental agencies, veterinary medicine colleges, pharmaceutical companies, zoos, and research laboratories. Furthermore, major job duties can range from direct health care to research to disease control.

1. How would you conduct such a large-scale job analysis?
2. In determining the sample of veterinarians that would participate in the job analysis, what factors (e.g., region of the country) would you need to consider?
3. How many veterinarians would you include in your job analysis?

More information about this case can be found by following the link on the text website.

**FOCUS ON ETHICS**

## Compensating CEOs and Executives

There is no question that executives are compensated well. And there has always been a gap between executives and workers. But this gap is widening. In 1973, the top CEOs in the nation made about 45 times the wage of the average worker. As of August 29, 2007, according to Daniel Lubien of Interpress Service, CEOs were being paid approximately 364 times that of an average worker.

The top five CEOs in 2013 earned the following amounts through salaries and stock options:

- Larry Ellison, CEO, Oracle: $78.4 million ($1.5 in cash, $76.9 in stock and options)
- Bob Iger, CEO, Disney: $34.3 million ($17 in cash, $17.3 in stock and options)
- Rupert Murdoch, CEO, 21st Century Fox: 26.1 million ($20.9 in cash, $5.2 in stock and options)
- David Cote, CEO, Honeywell: $25.4 million ($16.6 in cash, $8.9 in stock and options)
- David Farr, CEO, Emerson Electric: 25.3 million ($3.8 in cash, $21.6 in stock and options)

CEOs and other executives say that high compensation buys better performance from them, which includes their ability to create new jobs for workers in communities that might

otherwise have high unemployment. The job factors usually used to decide such compensation include the level of responsibility, education requirements, experience, and sometimes working conditions.

There are advocates and opponents for these high compensation packages. On the one hand, the level of education, experience, and responsibility greatly differentiates CEOs and executives from the average worker. Publicly traded companies are accountable to their stockholders. So, these executives are being paid to make money for the company and its stockholders. And to make money, the company has to significantly compensate its executives for high performance.

On the other hand, these high compensation packages could come at the expense of the workers who actually make the product or deliver a service to consumers. As executives continue to be compensated at higher and higher levels for their performance, the focus of increasing wages and salaries for the average worker may decline if the company does not have some set standards of values and ethics. And, as your textbook says, the choice of compensable factors is often more philosophical than empirical—which means this level of compensation may not be necessary to motivate executives to perform well.

**What Do You Think?**

- Are CEOs being paid too much or are they worth the high compensation packages they receive?
- Is it ethical or fair that a CEO receives a bonus when employees are being laid off or having their benefits reduced?
- Does high compensation for CEOs actually increase company performance?
- Should a company's number one focus be on making money for its shareholders?
- What might be other ethical factors surrounding this issue?

## Chapter Summary

In this chapter you learned:

- Job analysis provides the foundation for such areas as performance appraisal, employee selection, training, and job design.
- A properly written job description contains a job title, a brief summary, an extensive list of work activities, a list of tools and equipment, information about the work context, compensation information, performance standards, and personal requirements.
- Before a job analysis is begun, decisions must be made about the type of information that will be obtained, who will conduct the job analysis, and who will participate in it.
- The typical job analysis involves interviewing and observing subject-matter experts (SMEs) to determine tasks that are performed, the conditions under which they are performed, the tools and equipment needed to perform them, and the knowledge, skills, abilities, and other characteristics (KSAOs) needed to perform them.
- Although no job analysis method is always better than others, each is better for certain purposes. For example, the Position Analysis Questionnaire (PAQ) is an excellent method for compensation uses, and the Critical Incident Technique (CIT) is an excellent method for performance appraisal.
- Job evaluation is the process of assigning a monetary value to a job.
- Internal equity, external equity, and comparable worth are important pay issues that must be addressed during any job evaluation.

## Questions for Review

1. Why is job analysis so important?
2. What are the main sections of a job description?
3. Would a job analyst expect to find gender and race differences in the way employees perform the duties of their jobs? Why or why not?
4. How should a task statement be written?
5. Why are there so many job analysis methods?
6. Research indicates that the average salary for women in the United States is about 80% of the average salary for men. Why is this?
7. Is external pay equity more important than internal pay equity? Why or why not?

## Media Resources and Learning Tools

- Want more practice applying industrial/organizational psychology? Check out the *I/O Applications Workbook*. This workbook (keyed to your textbook) offers engaging, high-interest activities to help you reinforce the important concepts presented in the text.