UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; SHANNA ORLICH; ALLISON GAMBA; and MARY DE LUIS,<br><br>Plaintiffs,<br><br>-against-<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>Defendants. | No. 10-cv-6950-AT-RWL |

**DECLARATION OF ANNE B. SHAVER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' OMNIBUS MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERTS**

I, Anne B. Shaver, declare:

1. I am an attorney at Lieff Cabraser Heimann & Bernstein, LLP, Class Counsel for Plaintiffs and the Class in the above-captioned class action. I am a member in good standing of the bar of California, and I have been admitted to this case *pro hac vice*. This Declaration is submitted in support of Plaintiffs' Opposition to Defendants' Omnibus Motion to Exclude the Testimony of Plaintiffs' Experts. I make these statements based on personal knowledge and would so testify if called as a witness.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Petition of Defendants for Permission to Appeal Pursuant to Federal Rule of Procedure 23(f), *Chen-Oster, et al. v. Goldman, Sachs & Co.*, No. 18-1075-mv (2d Cir. Apr. 13, 2018).

3. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiffs' Second Amended Objections and Responses to Defendants' Requests for Admission, dated April 24, 2020.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Letter from Barbara Brown to Anne Shaver, dated September 27, 2012.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the June 3, 2021 deposition of Margaret Stockdale.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the transcript of the May 25, 2021 deposition of Caren Goldberg.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Kathleen M. Eisenhardt, *Building Theories from Case Study Research*, 14 ACAD. MGMT. REV. 532 (1989).

8. Attached hereto as **Exhibit 7** is a true and correct copy of Janice M. Morse, *The Significance of Saturation*, 5 QUALITATIVE HEALTH RSCH. 2 (1995).

9. Attached hereto as **Exhibit 8** is a true and correct copy of pages 9-12 from Matthew B. Miles & A. Michael Huberman, *Qualitative Data Analysis* (2d ed. 1994).

10. Attached hereto as **Exhibit 9** is a true and correct copy of Victoria Elliott, *Thinking about the Coding Process in Qualitative Data Analysis*, 23 QUALITATIVE REP. 2850 (2018).

11. Attached hereto as **Exhibit 10** is a true and correct copy of the transcript of the January 23, 2020 hearing before the Honorable Robert W. Lehrburger.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the transcript of the February 25, 2014 deposition of David Yermack.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the transcript of the May 11, 2021 Deposition of Brian Dunn.

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of the transcript of the June 15, 2021 Deposition of Sarah Butler.

15. Attached hereto as **Exhibit 14** is a true and correct copy of GS0377913.

16. Attached hereto as **Exhibit 15** is a true and correct copy of Aguinis & Solarino, *Transparency & Replicability in Qualitative Research*, 40 STRAT. MGMT. J. 1291 (2019).

17. Attached hereto at **Exhibit 16** is a true and correct copy of Efstathia Bura, et al., *The Use of Peters-Belson Regression in Legal Cases* (Dec. 6, 2010).

18. Attached hereto as **Exhibit 17** is a true and correct copy of Ken Sweet, *Goldman Sachs' Profits More Than Double, Despite Pandemic*, THE ASSOCIATED PRESS (Jan. 19, 2021).

19. Attached hereto as **Exhibit 18** is a true and correct copy of the errata to David Yermack's May 6, 2021 deposition.

20. The content search of Plaintiffs' survey expert Sarah Butler contained four terms that were misspelled. I instructed my staff to open the backup files provided by Ms. Butler to Goldman Sachs and re-count the number of times the words selected by Ms. Butler appeared

but with the spelling errors corrected. The results are identical in seven of eight categories. In the eighth category, Experience, the percent difference between females and males increased by 0.1%.

* * *

I declare under penalty of perjury under the laws of the United States, the State of New York, and the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Denver, Colorado on September 10, 2021.

*s/ Anne B. Shaver*
Anne. B. Shaver