# EXHIBIT 8

An Expanded Sourcebook

# Qualitative Data Analysis

Second Edition

Matthew B. Miles
A. Michael Huberman

SAGE Publications
*International Educational and Professional Publisher*
Thousand Oaks London New Delhi

Copyright © 1994 by Matthew B. Miles and
A. Michael Huberman

All rights reserved. No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

*For information address*:

SAGE Publications, Inc.
2455 Teller Road
Thousand Oaks, California 91320
E-mail: order@sagepub.com

SAGE Publications Ltd.
6 Bonhill Street
London EC2A 4PU
United Kingdom

SAGE Publications India Pvt. Ltd.
M-32 Market
Greater Kailash I
New Delhi 110 048 India

Printed in the United States of America

**Library of Congress Cataloging-in-Publication Data**

Miles, Matthew B.
Qualitative data analysis : an expanded sourcebook / Matthew B. Miles, A. Michael Huberman. — 2nd ed.
p. cm.
Includes bibliographical references and index.
ISBN 0-8039-4653-8(cl)—ISBN 978-0-8039-5540-0(pb)
1. Social sciences—Research. 2. Education—Research.
I. Huberman, A. M. II. Title.
H62.M437 1994
300′.723—dc20 93-41204
CIP

10 23

Sage Production Editor: Rebecca Holland

As a general strategy for institutional change in this vein, *action research* has been practiced since the 1920s (Whyte, 1991). The researchers, with local help, design the outlines of a "field experiment" (e.g., changing the offerings in an institutional cafeteria, redesigning the operations and staffing of a ship). The data are collated and given to the "activists," both as feedback and to craft the next stage of operations. Note that this approach incorporates some of the features of naturalistic studies: participant observation, sensitivity to participants' concerns, focus on descriptive data in the initial phases, nonstandardized instrumentation, a holistic perspective, the search for underlying themes or patterns.

These points also hold for *collaborative action research* (Oja & Smulyan, 1989), where the researchers join closely with the participants from the outset. The aim is to transform the social environment through a process of critical inquiry—to act on the world, rather than being acted on. This approach is found in fields such as *critical ethnography* (Thomas, 1993) and *action science* (Argyris, Putnam, & Smith, 1985). The analytic tasks emphasize the use of action-related constructs, seen in a melioristic frame, and intellectual "emancipation" through unpacking taken-for-granted views and detecting invisible but oppressive structures.[4]

### Analytic Methods: Some Common Features

Given these diverse approaches, can we see features that recur during any style of qualitative analysis? On the face of it, there may be some irreconcilable couples—for example, the quest for lawful relationships (social anthropology) versus the search for "essences" that may not transcend individuals, and lend themselves to multiple compelling interpretations (phenomenology).

Still, some analytic practices may be used across different qualitative research types. Here is a fairly classic set of analytic moves arranged in sequence:

- Affixing codes to a set of field notes drawn from observations or interviews
- Noting reflections or other remarks in the margins
- Sorting and sifting through these materials to identify similar phrases, relationships between variables, patterns, themes, distinct differences between subgroups, and common sequences
- Isolating these patterns and processes, commonalities and differences, and taking them out to the field in the next wave of data collection
- Gradually elaborating a small set of generalizations that cover the consistencies discerned in the database
- Confronting those generalizations with a formalized body of knowledge in the form of constructs or theories

We'll return to recurring features such as these, while acknowledging the desirable diversity of analytic approaches now in use.[5] Next, however, we need to take a step back to ask, What kind of data are we actually faced with in qualitative studies?

## E. The Nature of Qualitative Data

### General Nature

In some senses, all data are qualitative; they refer to essences of people, objects, and situations (Berg, 1989). We have a "raw" experience, which is then converted into words ("His face is flushed." . . . "He is angry.") or into numbers ("Six voted yes, four no." . . . "The thermometer reads 74 degrees.").

In this book we focus on data in the form of words—that is, language in the form of extended text. (Qualitative data also can appear as still or moving images, but we do not deal with these forms.)[6]

The words are based on *observation, interviews, or documents* (or as Wolcott [1992] puts it, "watching, asking, or examining"). These data collection activities typically are carried out in close proximity to a local setting for a sustained period of time.

Finally, such data are not usually immediately accessible for analysis, but require some *processing*. Raw field notes need to be corrected, edited, typed up; tape recordings need to be transcribed and corrected.

### Some Underlying Issues

But it is not so simple. The words we attach to fieldwork experiences are inevitably framed by our implicit concepts. In fact, as Counelis (1991) suggests, a written description ("data") of someone clenching a fist and grimacing as "angry" is a conceptual substitute for the direct experience of one's own feelings and perceptions.

The processing of field notes is itself problematic. As Atkinson (1992) points out, they are really texts constructed by the field-worker on the basis of observation and participation: "What may be generated as 'data' is affected by what the ethnographer can treat as 'writable' and 'readable.' " Similarly, transcription of tapes can be done in many ways that will produce rather different texts.

Furthermore, what we consider as a descriptive, first-order "fact" (the number of arrests in a precinct, to use Van Maanen's [1983b] example) rapidly ramifies out into the interpretations and explanations that the people being studied have ("The brown-nosing lieutenant is cracking down"), *and* into the researcher's second-order conception of "what's going on"—the interpretations of the interpretations (positing the patrol officer's turf as a central idea).

The influence of the researcher's *values* is not minor (e.g., what one thinks about the fairness of arrests).

To put it another way, qualitative data are not so much about "behavior" as they are about *actions* (which carry with them intentions and meanings and lead to consequences). Some actions are relatively straightforward; others involve "impression management"—how people want others, including the researcher, to see them.

Furthermore, those actions always occur in specific situations within a social and historical context, which deeply influences how they are interpreted by both insiders and the researcher as outsider.

Thus the apparent simplicity of qualitative "data" masks a good deal of complexity, requiring plenty of care and self-awareness on the part of the researcher.

### Strengths of Qualitative Data

What is important about well-collected qualitative data? One major feature is that they focus on *naturally occurring, ordinary events in natural settings,* so that we have a strong handle on what "real life" is like.

That confidence is buttressed by *local groundedness,* the fact that the data were collected in close proximity to a specific situation, rather than through the mail or over the phone. The emphasis is on a specific *case,* a focused and bounded phenomenon embedded in its context. The influences of the local context are not stripped away, but are taken into account. The possibility for understanding latent, underlying, or nonobvious issues is strong.

Another feature of qualitative data is their *richness and holism,* with strong potential for revealing complexity; such data provide "thick descriptions" that are vivid, nested in a real context, and have a ring of truth that has strong impact on the reader.

Furthermore, the fact that such data are typically collected over a *sustained period* makes them powerful for studying any process (including history); we can go far beyond "snapshots" of "what?" or "how many?" to just how and why things happen as they do—and even *assess causality* as it actually plays out in a particular setting. And the inherent *flexibility* of qualitative studies (data collection times and methods can be varied as a study proceeds) gives further confidence that we've really understood what has been going on.

Qualitative data, with their emphasis on people's "lived experience," are fundamentally well suited for locating the *meanings* people place on the events, processes, and structures of their lives: their "perceptions, assumptions, prejudgments, presuppositions" (van Manen, 1977) and for connecting these meanings to the *social world* around them.

We make three other claims for the power of qualitative data, to which we return during later chapters. They often have been advocated as the best strategy for discovery, exploring a new area, *developing hypotheses.* In addition we underline their strong potential for *testing hypotheses,* seeing whether specific predictions hold up. Finally, qualitative data are useful when one needs to supplement, validate, explain, illuminate, or reinterpret *quantitative* data gathered from the same setting.

The strengths of qualitative data rest very centrally on the competence with which their analysis is carried out. What do we mean by analysis?

**Figure 1.3**
Components of Data Analysis: Flow Model




## F. Our View of Qualitative Analysis

Our general view of qualitative analysis is outlined in Figure 1.3. We define *analysis* as consisting of three concurrent flows of activity: data reduction, data display, and conclusion drawing/verification. We explore each of these themes in more depth as we proceed through the book. For now, we make only some overall comments.

### Data Reduction

*Data reduction* refers to the process of selecting, focusing, simplifying, abstracting, and transforming the data that appear in written-up field notes or transcriptions. As we see it, data reduction occurs continuously throughout the life of any qualitatively oriented project. Even before the data are actually collected (see Figure 1.1), anticipatory data reduction is occurring as the researcher decides (often without full awareness) which conceptual framework, which cases, which research questions, and which data collection approaches to choose. As data collection proceeds, further episodes of data reduction occur (writing summaries, coding, teasing out themes, making clusters, making partitions, writing memos). The data reduction/transforming process continues after fieldwork, until a final report is completed.

Data reduction is not something separate from analysis. It is *part* of analysis. The researcher's decisions—which data chunks to code and which to pull out, which patterns best summarize a number of chunks, which evolving story to tell—*are all analytic choices.* Data reduction is a form of analysis that sharpens, sorts, focuses, discards, and organizes data in such a way that "final" conclusions can be drawn and verified. As Tesch (1990), points out, it also can be seen as "data condensation."

By "data reduction" we do *not* necessarily mean quantification. Qualitative data can be reduced and transformed in many ways: through selection, through summary or paraphrase, through being subsumed in a larger pattern, and so on. Occasionally it may be helpful to convert the data into primitive quantities (e.g., the analyst decides that the case being looked at has a "high" or "moderate" degree of administrative centralization), but this is not always wise. Even when it does look like a good analytical strategy, our advice is to keep the numbers, and the words you used to derive the numbers, together in your ensuing analysis. It is important not to strip the data at hand from the context in which they occur.

### Data Display

The second major flow of analysis activity is data display. Generically, a *display* is an organized, compressed assembly of information that permits conclusion drawing and action. In daily life, displays vary from gasoline gauges to newspapers to computer screens to factor analysis printouts. Looking at displays helps us to understand what is happening and to do something—either analyze further or take action—based on that understanding.

The most frequent form of display for qualitative data in the past has been *extended text.* As we note later, text (in the form, say, of 3,600 pages of field notes) is terribly cumbersome. It is dispersed, sequential rather than simultaneous, poorly structured, and extremely bulky. Using only extended text, a researcher may find it easy to jump to hasty, partial, unfounded conclusions. Humans are not very powerful as processors of large amounts of information; our cognitive tendency is to reduce complex information into selective and simplified gestalts or easily understood configurations. Or we drastically overweight vivid information, such as the exciting event that jumps out of page 124 of the field notes after a long, "boring" passage. Pages 109 through 123 may suddenly have been collapsed, and the criteria for weighting and selecting may never be questioned. Extended text can overload humans' information-processing capabilities (Faust, 1982) and preys on their tendencies to find simplifying patterns.

In the course of our work, we have become convinced that better displays are a major avenue to valid qualitative analysis. The displays discussed in this book include many types of matrices, graphs, charts, and networks. All are designed to assemble organized information into an immediately accessible, compact form so that the analyst can see what is happening and either draw justified conclusions or move on to the next step of analysis the display suggests may be useful.

As with data reduction, the creation and use of displays is not separate from analysis, it is a *part* of analysis. Designing a display—deciding on the rows and columns of a matrix for qualitative data and deciding which data, in which form, should be entered in the cells—are analytic activities. (Note that designing displays also has clear *data reduction* implications.)

The dictum "You are what you eat" might be transposed to "You know what you display." In this book we advocate more systematic, powerful displays and urge a more inventive, self-conscious, iterative stance toward their generation and use.

### Conclusion Drawing and Verification

The third stream of analysis activity is conclusion drawing and verification. From the start of data collection, the qualitative analyst is beginning to decide what things mean—is noting regularities, patterns, explanations, possible configurations, causal flows, and propositions. The competent researcher holds these conclusions lightly, maintaining openness and skepticism, but the conclusions are still there, inchoate and vague at first, then increasingly explicit and grounded, to use the classic term of Glaser and Strauss (1967). "Final" conclusions may not appear until data collection is over, depending on the size of the corpus of field notes; the coding, storage, and retrieval methods used; the sophistication of the researcher; and the demands of the funding agency, but they often have been prefigured from the beginning, even when a researcher claims to have been proceeding "inductively."

Conclusion drawing, in our view, is only half of a Gemini configuration. Conclusions are also *verified* as the analyst proceeds. Verification may be as brief as a fleeting second thought crossing the analyst's mind during writing, with a short excursion back to the field notes, or it may be thorough and elaborate, with lengthy argumentation and review among colleagues to develop "intersubjective consensus," or with extensive efforts to replicate a finding in another data set. The meanings emerging from the data have to be *tested* for their plausibility, their sturdiness, their "confirmability"—that is, their *validity.* Otherwise we are left with interesting stories about what happened, of unknown truth and utility.

We have presented these three streams—data reduction, data display, and conclusion drawing/verification—as interwoven before, during, and after data collection in paral-

**Figure 1.4**
Components of Data Analysis: Interactive Model




lel form, to make up the general domain called "analysis." The three streams can also be represented as shown in Figure 1.4. In this view the three types of analysis activity and the activity of data collection itself form an interactive, cyclical process. The researcher steadily moves among these four "nodes" during data collection and then shuttles among reduction, display, and conclusion drawing/verification for the remainder of the study.

The coding of data, for example *(data reduction),* leads to new ideas on what should go into a matrix *(data display).* Entering the data requires further data reduction. As the matrix fills up, preliminary *conclusions* are drawn, but they lead to the decision, for example, to add another column to the matrix to *test* the conclusion.

In this view, qualitative data analysis is a continuous, iterative enterprise. Issues of data reduction, of display, and of conclusion drawing/verification come into figure successively as analysis episodes follow each other. But the other two issues are always part of the ground.

Such a process is actually no more complex, conceptually speaking, than the analysis modes quantitative researchers use. Like their qualitative brethren, they must be preoccupied with data reduction (computing means, standard deviations, indexes), with display (correlation tables, regression printouts), and with conclusion drawing/verification (significance levels, experimental/control differences). But their activities are carried out through well-defined, familiar methods, are guided by canons, and are usually more sequential than iterative or cyclical. Qualitative researchers, on the other hand, are in a more fluid—and a more pioneering—position.

Thus, as we've suggested, qualitative analysis needs to be well documented as a process—mainly to help us learn. Purposes of "auditing" aside, we need to understand more clearly just what is going on when we analyze data, to reflect, refine our methods, and make them more generally usable by others. See Chapter 10, section D for more.

## G. Using This Book

### Overview

This book is organized roughly according to the chronology of qualitative research projects, from initial design to final reports. For a quick overview of that sequence, see Chapter 13. A run through the Table of Contents will also help.

### Format of Specific Methods

We've designed this sourcebook to be as practical as possible. Each method is described in this format:

*Name of method.*

*Analysis problem.* The problem, need, or difficulty faced by a qualitative data analyst, for which the method proposed is a useful solution.

*Brief description.* What the method is and how it works.

*Illustration.* In more detail, a "minicase" showing how the method is developed and used. Usually this section has a variety of subheadings, such as "Building the Display," "Entering the Data," and "Analyzing the Data."

*Variations.* Alternative approaches using the same general principle. Relevant work of other researchers is cited.

*Advice.* Summarizing comments about use of the method, and tips for using it well.

*Time required.* Approximate estimates (contingent on subject matter, researcher's skill, research questions being asked, number of cases, etc.).

The text also includes supplementary methods, described in a briefer format, that can be used with or instead of the principal method being discussed.

### Suggestions for Users

Ideas about what a reader should "do" with any particular book are often presumptuous, mistaken, or both. As someone has pointed out, a book is essentially a random-access display that users activate merely by turning their eyes toward it. Authors have no control over what readers end up doing. Nevertheless we give some advice to different types of users, based on our own and others' experience with the first edition.

*Experienced researchers.* This is a sourcebook. Colleagues have told us they have used it in several ways.