# EXHIBIT 14

Goldman Sachs

# Performance Reviews

## Pre-IPO to Present

**Pre-2003**
- Centralized reviews

**2003**
- 360 reviews run by each division

REDACTED

**2005**
- Added "quartile" to review scores for all employees

**2007**
- Eliminated 2-sided review list (who you want to review; who you want to review you)

**2008**

REDACTED

- "Summary of Ratings" display added to FRS

**2009**
- Expanded rating scale from 5-9

REDACTED

- Reduced question from 17 to 7
- Added justification for high/low ratings
- Limited comments to shorter, bulleted statements
- Added Risk Management category/comment box (MD, VP)

**2010**
- Competency model redesign
- Expanded data entry grid to non-MDs
- Reduced comment boxes: strengths, development needs and reputational excellence
- Replaced 360-quartile with top 25% and bottom 10% flags
- Removed comments from self evaluation

**2011**
- Updated user interface (same functionality, new look and feel)

**2013 and beyond**

**Re-architecture and Redesign**
- FRS Investment: $500K annually to support/enhance FRS; $2.5 M investment to re-architect FRS
- Estimated Vendor Investment: ~ $1.5M
- Potential Savings: ~$775K; New technology could incorporate IBD Senior Banker Reviews, Intern Reviews, Pine St Leadership Assessments and various other surveys

Timeline: Pre-2003, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013 and beyond

Notes Summary:

No speaker notes are contained in this presentation.