USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER, LISA PARISI, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

Plaintiffs,

-against-

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

Defendants.

10 Civ. 6950 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' submissions at ECF Nos. 1261 and 1265. Defendants' request to permit redactions is GRANTED and Plaintiffs' request to permit sealing is GRANTED because the documents contain personal contact and financial information.

SO ORDERED.

Dated: September 16, 2021
   New York, New York

_____
ANALISA TORRES
United States District Judge