UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; SHANNA ORLICH; ALLISON GAMBA; and MARY DE LUIS,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDMAN, SACHS & CO. and GOLDMAN SACHS & CO. LLC,<br><br>Defendants. | 10 Civ. 6950 (AT) (RWL) |

**DECLARATION OF ROBERT J. GIUFFRA, JR.**

I, Robert J. Giuffra, Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a partner of Sullivan & Cromwell LLP, attorneys for Defendants in this action and a member of the Bar of the State of New York. I submit this Declaration in order to place before this Court certain documents referenced in Defendants' Reply in Support of Defendants' Motion to Exclude Expert Testimony.

2. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Excerpts of the Transcript of the May 18, 2021 Deposition of Henry S. Farber, Ph.D. | Exhibit 1 |
| Excerpts of the Transcript of the May 11, 2021 Deposition of Brian Dunn | Exhibit 2 |
| Excerpts of the Transcript of the of May 6, 2021 Deposition of David Yermack, Ph.D. | Exhibit 3 |
| Excerpts of the Expert Report of Wayne F. Cascio, Ph.D., dated January 15, 2021, and accompanying March 24, 2021 errata | Exhibit 4 |

Executed on October 8, 2021 in New York, New York.

/s/ Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr.