**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| H. CRISTINA CHEN-OSTER, SHANNA ORLICH, ALLISON GAMBA and MARY DE LUIS,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDMAN SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>Defendants. | 10 Civ. 6950 (AT) (RWL) |

**DECLARATION OF ROBERT J. GIUFFRA, JR.**

I, Robert J. Giuffra, Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a partner of Sullivan & Cromwell LLP, attorneys for Defendants in this action and a member of the Bar of the State of New York. I submit this Declaration to place before this Court certain documents and information referenced in Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on Plaintiffs' *Prima Facie* Case of Disparate Impact ("Opposition").

2. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| 2003 Firmwide Review Process – FAQs (GS0119399) | Exhibit 1 |
| Performance Quartiling – Process Overview, October 2010 (GS0109424) | Exhibit 2 |
| Key Changes and Milestones, 2011 Reviews (GS0113306) | Exhibit 3 |
| Manager Performance Quartiling: 2017 (GS0375658) | Exhibit 4 |
| Excerpts of Goldman, Sachs & Co. Affirmative Action Program for Minorities and Women, January 1, 2018 to December 31, 2018 (GS0399865) | Exhibit 5 |

| | |
|---|---|
| Transcript of the June 14, 2012 Deposition of Sally Boyle | Exhibit 6 |
| Transcript of the September 5, 2013 Deposition of David Landman | Exhibit 7 |
| Transcript of the April 3, 2018 Deposition of David Landman | Exhibit 8 |
| Expert Report of Wayne F. Cascio, Ph.D., dated January 15, 2021 and accompanying March 24, 2021 Errata | Exhibit 9 |
| Rebuttal Expert Report of Wayne F. Cascio, Ph.D., dated March 19, 2021 | Exhibit 10 |
| Rebuttal Expert Report of Wayne F. Cascio, Ph.D., dated April 19, 2021 | Exhibit 11 |
| Transcript of the November 16, 2013 Deposition of Wayne F. Cascio, Ph.D. | Exhibit 12 |
| Expert Report of Eric M. Dunleavy, Ph.D., dated January 15, 2021, as corrected April 23, 2021 | Exhibit 13 |
| Expert Rebuttal Report of Eric M. Dunleavy, Ph.D., dated March 19, 2021 | Exhibit 14 |
| Expert Report of Henry S. Farber, dated October 30, 2013 | Exhibit 15 |
| Transcript of the May 18, 2021 Deposition of Henry S. Farber, Ph.D. | Exhibit 16 |
| Excerpt containing all overall 360 scores from Investment Management Division and Investment Banking Division in 2002, 2003 and 2004 from the Back-Up Data (“gsbuild_restricted_rebuttal2021.dta”) to the Expert Report of Henry S. Farber, dated April 19, 2021 | Exhibit 17 |
| Declaration of Angela Abramian-Katz filed with Defendants’ Motion for Decertification, dated July 14, 2021 (ECF No. 1195) | Exhibit 18 |
| Declaration of Stephanie Cohen filed with Defendants’ Motion for Decertification, dated July 8, 2021 (ECF No. 1200) | Exhibit 19 |
| Declaration of Nick Giovanni filed with Defendants’ Motion for Decertification, dated July 13, 2021 (ECF No. 1204) | Exhibit 20 |
| Declaration of Cyril Goddeeris filed with Defendants’ Motion for Decertification, dated July 14, 2021 (ECF No. 1206) | Exhibit 21 |
| Declaration of Geraldine Keefe filed with Defendants’ Motion for Decertification, dated July 15, 2021 (ECF No. 1208) | Exhibit 22 |

| | |
|---|---|
| Declaration of Marie Louise Kirk filed with Defendants' Opposition to Plaintiffs' Motion to Certify Class, dated July 2, 2014 (ECF No. 279) | Exhibit 23 |
| Declaration of Joanna Kozlowski filed with Defendants' Motion for Decertification, dated July 13, 2021 (ECF No. 1210) | Exhibit 24 |
| Declaration of Todd Lopez filed with Defendants' Opposition to Plaintiffs' Motion to Certify Class, dated July 1, 2014 (ECF No. 281) | Exhibit 25 |
| Declaration of Ricardo Mora filed with Defendants' Motion for Decertification, dated July 14, 2021 (ECF No. 1218) | Exhibit 26 |
| Affidavit of Cathy Obradovich filed with Defendants' Opposition to Plaintiffs' Motion to Compel Discovery of Data and Documents, dated April 3, 2012 (ECF No. 152-3) | Exhibit 27 |
| Affidavit of Ankur Pathak filed with Defendants' Opposition to Plaintiffs' Motion to Compel Discovery of Data and Documents, dated March 30, 2012 (ECF No. 152-3) | Exhibit 28 |
| Declaration of Peter Craig Russell filed with Defendants' Motion for Decertification, dated July 10, 2021 (ECF No. 1220) | Exhibit 29 |
| Declaration of Susan Scher filed with Defendants' Motion for Decertification, dated July 12, 2021 (ECF No. 1222) | Exhibit 30 |
| Plaintiffs' Responses and Objections to Defendants' Third Set of Interrogatories, dated April 10, 2019 | Exhibit 31 |
| Excerpts of American Bar Association, *Applying Econometrics to Address Class Certification*, in "Econometrics: Legal, Practical & Technical Issues" (2d ed. 2014) | Exhibit 32 |
| Daniel L. Rubinfeld, *Reference Guide on Multiple Regression*, in "Reference Manual on Scientific Evidence," (3d ed. 2011) | Exhibit 33 |

Executed on October 12, 2021 in New York, New York.

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.