**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; SHANNA ORLICH; ALLISON GAMBA; and MARY DE LUIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>Defendants. | No. 10 Civ. 6950 (AT)(RWL) |

**DECLARATION OF ADAM T. KLEIN IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Adam T. Klein, declare as follows:

1. I am the Managing Partner of Outten & Golden LLP in New York, New York, which along with our co-counsel Lieff Cabraser Heimann & Bernstein LLP, are Plaintiffs' counsel herein. I am an attorney in good standing admitted to practice in the State of New York and before this Court. I make these statements based on personal knowledge in support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment on Plaintiffs' Disparate Impact and Disparate Treatment Claims.

**Exhibits**

2. Attached are true and correct copies of the following documents:

   a. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Amended Objections and Responses to Defendants' Requests for Admission, dated May 16, 2020.

b. Attached hereto as Exhibit B is a true and correct copy of a document titled "Development of Global Competency Framework for Analysts, Associates, & VPs/Eds", bates stamped as GS0116319 to GS0116338.

c. Attached hereto as Exhibit C is a true and correct copy of the expert report of Dr. Michael A. Campion, dated December 11, 2013.

d. Attached hereto as Exhibit D is a true and correct copy of an email exchange titled FW: Performance Reviews -- For Partnership Committee, bates stamped as GS0590521 to GS0590522.

e. Attached hereto as Exhibit E is a true and correct copy of the Rebuttal Expert Report of Wayne F. Cascio, Ph.D., dated Jan. 28, 2014.

f. Attached hereto as Exhibit F is a true and correct copy of the Rebuttal Expert Report of Wayne F. Cascio, Ph.D., dated July 25, 2014.

g. Attached hereto as Exhibit G is a true and correct copy of a document titled "2008 Banker Profile One Line Summary - EMD Candidates", bates stamped as GS0338711.

h. Attached hereto as Exhibit H is a true and correct copy of the Deposition Transcript of Kathryn Shaw, dated June 18, 2021.

i. Attached hereto as Exhibit I is a true and correct copy of a document titled "Americas Diversity Committee – Discussion Materials", bates stamped as GS0190618 to GS0190629.

j. Attached hereto as Exhibit J is a true and correct copy of a document titled, "Talking Points for "Managing Maternity Leave" Topic", bates stamped as GS0204237.

k. Attached hereto as Exhibit K is a true and correct copy of a document titled "Diversity Working Group", bates stamped as GS0888961 to GS0888989.

l. Attached hereto as Exhibit L is a true and correct copy of a document titled "Initial Meeting Regarding OFCCP Compliance Evaluation and March 26, 2015 Notice of Violations for 200 West Street Establishment", bates stamped as GS0574442 to GS0574461.

m. Attached hereto as Exhibit M is a true and correct copy of an email exchange titled "FW: MATERIALS: Diversity Working Group Meeting: July 21, 2015", bates stamped as GS0600233 to GS0600234.

n. Attached hereto as Exhibit N is a true and correct copy of a document titled "Supporting Data Packet: Diversity Presentation to the Board of Directors", bates stamped as GS1023919 to GS1024037.

o. Attached hereto as Exhibit O is a true and correct copy of the Deposition Transcript of Erika Irish-Brown, dated November 13, 2020.

p. Attached hereto as Exhibit P is a true and correct copy of a document entitled "PeopleSurvey Gender and Ethnicity Gaps 2003 spreadsheet", bates stamped as GS0201530 to GS0201534.

q. Attached hereto as Exhibit Q is a true and correct copy of an email exchanged titled "Re: People Survey sound bites", bates stamped as GS0227078 to GS0227079.

r. Attached hereto as Exhibit R is a true and correct copy of a document titled “Gender Analysis: 2007 People Survey – Gender Gaps (Region) by Divisions”, bates stamped as GS0264120 to GS0264128.

s. Attached hereto as Exhibit S is a true and correct copy of a document titled “2009 People Survey Results”, bates stamped as GS0192652 to GS0192732.

t. Attached hereto as Exhibit T is a true and correct copy of the Expert Report of Sarah Butler, dated April 19, 2021, and corrected on June 11, 2021.

u. Attached hereto as Exhibit U is a true and correct copy of a document titled “Benchmarking Calls”, bates stamped as GS0637316 to GS0637320.

v. Attached hereto as Exhibit V is a true and correct copy of a document titled “Quartiling Taskforce Summary”, bates stamped as GS0567448 to GS0567453.

w. Attached hereto as Exhibit W is a true and correct copy of a document titled “Performance Reviews”, bates stamped as GS0590524 to GS0590530.

x. Attached hereto as Exhibit X is a true and correct copy of a document titled “2014 Review Design: Management Committee Feedback”, bates stamped as GS0685472 to GS0685473.

y. Attached hereto as Exhibit Y is a true and correct copy of a document titled “Performance Review Redesign – Management Committee Consolidated Feedback”, bates stamped as GS0616392 to GS0616398.

z. Attached hereto as Exhibit Z is a true and correct copy of an email exchange titled "RE: Reviews – Managing MC/PC stakeholders", bates stamped as GS0910007 to GS0910010.

aa. Attached hereto as Exhibit AA is a true and correct copy of a document titled "Management Committee Meeting Deck – Performance Reviews (January 2015)", bates stamped as GS0684228 to GS0684233.

bb. Attached hereto as Exhibit BB is a true and correct copy of a document titled "Management Committee – Update on Performance Reviews", bates stamped as GS0614981.

cc. Attached hereto as Exhibit CC is a true and correct copy of a document titled "Frequently Asked Questions and Timeline", bates stamped as GS0484728 to GS0484730.

dd. Attached hereto as Exhibit DD is a true and correct copy of the Expert Report of Caren Goldberg, Ph.D., dated January 15, 2021 and revised on February 4, 2021.

ee. Attached hereto as Exhibit EE is a true and correct copy of the Expert Report of Wayne F. Cascio, Ph.D., dated May 19, 2014.

ff. Attached hereto as Exhibit FF is a true and correct copy of a [Proposed] Order Denying Defendants' Motion for Summary Judgment.

I declare under penalty of perjury under the laws of New York and the United States that the foregoing is true and correct.

Dated: October 12, 2021
New York, New York

By: ______________________
Adam T. Klein