UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER, LISA PARISI, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

Plaintiffs,

-against-

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2021

10 Civ. 6950 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' submissions at ECF Nos. 1272, 1286, 1293 and 1301. Defendants' requests to permit redactions in EFC Nos. 1272, 1286, 1293, and 1301 are GRANTED. Defendants' request to permit sealing in ECF No. 1272 is GRANTED because the document contains confidential regulatory communications. Defendants' request to maintain sealing in ECF No. 1301 is GRANTED because the document contains confidential regulatory communications.

      SO ORDERED.

Dated: October 27, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge