**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| H. CRISTINA CHEN-OSTER, SHANNA ORLICH, ALLISON GAMBA and MARY DE LUIS,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDMAN SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>Defendants. | 10 Civ. 6950 (AT) (RWL) |

**DECLARATION OF ROBERT J. GIUFFRA, JR.**

I, Robert J. Giuffra, Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a partner of Sullivan & Cromwell LLP, attorneys for Defendants in this action and a member of the Bar of the State of New York. I submit this Declaration to place before this Court certain documents referenced in Defendants' Reply in Support of Defendants' Motion for Summary Judgment.

2. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Transcript of the June 14, 2012 Deposition of Sally Boyle[1] | Exhibit 54 |
| Transcript of the May 25, 2021 Deposition of Caren Goldberg, Ph.D. | Exhibit 55 |
| Rebuttal Expert Report of Margaret S. Stockdale, dated March 19, 2021 | Exhibit 56 |
| Affidavit of Cathy Obradovich filed with Defendants' Opposition to Plaintiffs' Motion to Compel Discovery of Data and Documents, dated April 3, 2012 (ECF No. 152-3) | Exhibit 57 |

[1] Per this Court's Individual Rule III.C.iv, all transcripts are being submitted in their entirety and with an index, unless the transcript was produced without an index at the time of the deposition.

| | |
|---|---|
| Affidavit of Ankur Pathak filed with Defendants' Opposition to Plaintiffs' Motion to Compel Discovery of Data and Documents, dated March 30, 2012 (ECF No. 152-3) | Exhibit 58 |

Executed on November 9, 2021 in New York, New York.

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.