USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER, LISA PARISI, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

Plaintiffs,

-against-

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

Defendants.

10 Civ. 6950 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the Defendants' submission at ECF No. 1325. Defendants' request to permit redactions is GRANTED.

SO ORDERED.

Dated: November 10, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge