UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
H. CRISTINA CHEN-OSTER, SHANNA
ORLICH, ALLISON GAMBA, and MARY DE
LUIS,

                     Plaintiffs,

               - against -

GOLDMAN, SACHS & CO. and THE
GOLDMAN SACHS GROUP, INC.,

                    Defendants.
-------------------------------------------------------------X

10-cv-6950 (AT) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves the notice issue raised at Dkt. 1328 and subsequent correspondence with the Court. Class counsel may proceed with issuing the proposed email notice to Equity Award Agreement Members, subject to modification of the message as follows. The third sentence beginning "Specifically," should read: "Specifically, the notice provided an opportunity to reject arbitration (and remain a class member instead) or accept arbitration (and be removed from the case so that you can proceed individually by arbitration)."

Dated:      February 18, 2022
               New York, New York

                                                  SO ORDERED.

                                                  _____
                                                  ROBERT W. LEHRBURGER
                                                  UNITED STATES MAGISTRATE JUDGE

Copies transmitted to all counsel of record.