UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
H. CRISTINA CHEN-OSTER, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

                  Plaintiffs,

        - against -

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

                  Defendants.
------------------------------------------------------------X

10-cv-6950 (AT) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This order resolves the class notice issues raised at Dkt. 1333, 1334, and 1335.

    1. Counsel for Goldman Sachs shall not share the names of who stays in or opts-out of the Class with anyone outside the Legal department who does not have a legitimate need to know in order to effectuate an order from the Court in this lawsuit.

    2. Plaintiffs may send an email to all EEA Members and post on the class website Q&As as set forth at Dkts. 1334-1, except that the fourth question and answer shall be modified as follows:

    ***Q: If I decide to accept arbitration, am I required to do anything?***

    A: If you choose to accept arbitration, then you will be excluded from the class action lawsuit, and to pursue your claims from this action, you would need to initiate an arbitration and may need to retain an attorney.

1

3. The Q&A should not include information about the number of persons in the class or who have selected arbitration. Class counsel may, however, provide answers to those questions if and when individually posed by EEA Members.

4. Class counsel's request to phone each EEA Member is granted for the sole purpose of inquiring if the individual is aware of their choice and answering questions posed by the individual, consistent with information in the class notice and Q&As. The status of EEA Members is distinct from other class members and warrants the relief requested to ensure they are given the opportunity to make an informed and knowing choice.

Dated:     March 10, 2022
           New York, New York

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Copies transmitted to all counsel of record.