UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
H. CRISTINA CHEN-OSTER, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

                Plaintiffs,

      - against -

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

                Defendants.
------------------------------------------------------------X

10-cv-6950 (AT) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This order resolves the class notice issues raised by Plaintiffs in their March 21, 2022 letter at Dkt. 1338, and after having considered Defendants' response at Dkt. 1339:

    1. The arbitration selection deadline is extended to April 8, 2022.

    2. Class counsel may send the proposed update email (Exhibit B), subject to the following modifications: the word "harmed" must be replaced by "discriminated against," and a second sentence must be added reading "In the event that the class action trial is successful, then whether and to what extent any individual class member is entitled to damages will need to be determined in separate trials."

    3. Class counsel may send the proposed final email reminder (Exhibit C) on April 7, 2022. The multiple communications with Equity Award Agreement members is warranted given the relatively uncommon posture of the choice to be made in a Rule 23 class action (ie, having to affirmatively act to remain in the class) and is a consequence

1

of the procedural concerns inherent in Goldman's Equity Award Agreement arbitration provisions as explained in the Court's decision on the motion to compel arbitration.

    4. The Court denies Plaintiffs' request for further orders about disclosure of names; the current restriction ("… in order to effectuate an order from the Court") is sufficient.

Dated:    March 23, 2022
            New York, New York

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Copies transmitted to all counsel of record.