UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
H. CRISTINA CHEN-OSTER, SHANNA ORLICH, ALLISON GAMBA and MARY DE LUIS,

          Plaintiffs,

v.

GOLDMAN SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

          Defendants.
------------------------------------------------------- x

10 Civ. 6950 (AT) (RWL)

**NOTICE OF MOTION**

## DEFENDANTS' NOTICE OF MOTION FOR RECONSIDERATION OR CERTIFICATION OF AN INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated March 31, 2022, the undersigned counsel for Defendants Goldman Sachs & Co. and The Goldman Sachs Group, Inc. move this Court: to reconsider, pursuant to Local Civil Rule 6.3, a portion of the Court's March 17, 2022 Order, as described in the accompanying Memorandum of Law; or to certify for interlocutory appeal to the U.S. Court of Appeals for the Second Circuit, pursuant to 28 U.S.C. § 1292(b), the Court's March 17, 2022 Order, as described in the accompanying Memorandum of Law.

Dated: New York, New York
       March 31, 2022

| | |
|---|---|
| Barbara B. Brown (*admitted pro hac vice*) | /s/ Robert J. Giuffra, Jr. |
| Carson H. Sullivan (*admitted pro hac vice*) | Robert J. Giuffra, Jr. |
| PAUL HASTINGS LLP | Sharon L. Nelles |
| 875 15th Street, N.W. | Ann-Elizabeth Ostrager |
| Washington, D.C. 20005 | Hilary M. Williams |
| | SULLIVAN & CROMWELL LLP |
| | 125 Broad Street |
| | New York, New York 10004 |

*Additional counsel listed on next page*

| | |
|---|---|
| Patrick W. Shea | Amanda Flug Davidoff |
| PAUL HASTINGS LLP | Jeffrey B. Wall (*admitted pro hac vice*) |
| 200 Park Avenue | SULLIVAN & CROMWELL LLP |
| New York, New York  10166 | 1700 New York Avenue, N.W., Suite 700 |
| | Washington, D.C.  20006 |

*Attorneys for Defendants*
*Goldman Sachs & Co. and*
*The Goldman Sachs Group, Inc.*