UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER, LISA PARISI, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

Plaintiffs,

-against-

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2022

10 Civ. 6950 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

On March 31, 2022, Defendants filed a motion for reconsideration or certification of an interlocutory appeal. ECF No. 1346. Because the resolution of the motion may affect the pretrial filings, all the pretrial filing deadlines are ADJOURNED *sine die*, pending the Court's resolution of the motion.

SO ORDERED.

Dated: April 5, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge