USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER, LISA PARISI, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

Plaintiffs,

-against-

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

Defendants.

10 Civ. 6950 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Defendants' motion for reconsideration or certification of an interlocutory appeal. ECF No. 1346. Accordingly,

1. By **April 27, 2022**, Plaintiffs shall file their opposition papers; and
2. By **May 11, 2022**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: April 8, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge