# Exhibit 1

## (Document Filed Provisionally Under Seal)