```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
H. CRISTINA CHEN-OSTER, SHANNA            :
ORLICH, ALLISON GAMBA, and MARY DE        :     10-cv-6950 (AT) (RWL)
LUIS,                                     :
                                          :
                                          :
                                          :     ORDER
                   Plaintiffs,            :
                                          :
        - against -                       :
                                          :
                                          :
GOLDMAN, SACHS & CO. and THE              :
GOLDMAN SACHS GROUP, INC.,                :
                                          :
                                          :
                   Defendants.            :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiffs' letter motion to unseal at Dkt. 1368 is granted to the extent that information in Exhibits 2 and 3 to Plaintiffs' letter motion may be unsealed except for (a) the names and personally identifying information of the two executives reference in Plaintiffs' motion, and (b) the information highlighted in red in those exhibits, which Plaintiffs acknowledge should remain under seal. Plaintiffs' motion is denied in all other respects for principally the reasons set forth in Defendants' June 1, 2022 letter at Dkt. 1368. For similar reasons, Defendants' request to seal as set forth in footnote (i) of its June 1, 2022 letter is granted.

1

The Clerk of Court is respectfully requested to terminate the motion at Dkt. 1368.

Dated: June 9, 2022
New York, New York

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Copies transmitted to all counsel of record.