UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; SHANNA ORLICH; ALLISON GAMBA; and MARY DE LUIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>Defendants. | No. 10-CV-6950-AT-RWL |

**JOINT STIPULATION AND [PROPOSED] ORDER**

**WHEREAS**, pursuant to the Court's Individual Practices in Civil Cases § IV.A, Plaintiffs submitted their Motion for Class Certification ("Motion") and supporting documents with the Court through a letter dated May 19, 2014;

**WHEREAS**, the Motion referenced and attached materials designated as Confidential, and therefore were filed under seal pursuant to the Protective Order and Confidentiality Agreement ("Protective Order") governing this matter (ECF No. 51);

**WHEREAS**, Exhibit A to Plaintiffs' May 19, 2014 letter listed 133 documents that were filed under seal in connection with the Motion;

**WHEREAS**, on June 10, 2014, Magistrate Judge Francis issued an order addressing documents in Exhibit A (ECF No. 242), and ordering that: (i) as agreed by the parties, items 3, 5-14, 16-18, 20-25, 27-28, 30, 33, 36, 40, 43-48, 68-70, 89-116, 119-23, and 127-33 shall be filed without seal; (ii) items 2, 19, and 26 shall be filed without seal after redaction of information upon

which Plaintiffs are not relying; and (iii) denying Plaintiffs' application to unseal the remaining documents without prejudice to renewal following adjudication of Plaintiffs' motion for class certification;

**WHEREAS**, the Southern District of New York's ECF Privacy Policy requires redaction of "personal identifiers," such as social security numbers, dates of birth, financial account numbers, and home addresses;

**WHEREAS**, on February 8, 2019, the parties agreed to redact individual employee names from Goldman Sachs's PeopleSoft database in any documents containing this data that are filed with the Court (ECF No. 665);

**WHEREAS**, the parties agree that disclosure of individuals' names in the items subject to this Stipulation implicates privacy interests of individuals identified in those documents; and

**WHEREAS**, the parties met and conferred and reached the following agreement on certain of the remaining items in Exhibit A,[1] which shall be filed with the following redactions: all names, personal identifiers, and individual contact information shall be redacted; the names of the subjects of the complaints shall be replaced by the corporate title of the subject at the time of the complaint (Analyst, Associate, Vice President, Extended Managing Director, or Participating Managing Director); if the subject was subsequently promoted to Extended Managing Director or Participating Managing Director after the date of the complaint, the corporate title(s) and year(s) of such promotion(s) shall also be included in the filed document.

---

[1] This Stipulation concerns only items 29, 31, 34-35, 37-39, 41-42, 49-67, 71-88, 117-118, 124-126.  The parties continue to meet and confer regarding items 2, 19, and 26 from Exhibit A, as well as the associated briefing and declarations.

-3-

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** as follows:

1. Pursuant to the agreement outlined above, the parties shall file copies of items 29, 31, 34-35, 37-39, 41-42, 49-67, 71-88, 117-18, 124-26 in Exhibit A redacted in the manner set forth above, not sooner than two weeks after entry of this Order. These items shall be filed concurrently with the documents at issue in ECF No. 1371. The parties shall meet and confer regarding the scope of such redactions prior to the filing. Each party shall provide all other parties with at least one week of notice prior to filing copies of these items. Each party shall bear responsibility for refiling any item originally filed by that party.

2. This Stipulation is without prejudice to applications the parties may make in the future relating to use of evidence outside the context of class certification, in accordance with the Protective Order entered in this action, the Supplemental Protected Order entered in this action (ECF No. 712), Judge Lehrburger's Rules for Redactions and Filing under Seal, and Section IV.A of Judge Torres' Individual Practices in Civil Cases.

Dated: June 10, 2022

| | |
|---|---|
| By: /s/ *Kelly M. Dermody* | By: /s/ *Robert J. Giuffra* |
| Adam T. Klein | Robert J. Giuffra, Jr. |
| Cara E. Greene | Sharon L. Nelles |
| Melissa L. Stewart | Ann-Elizabeth Ostrager |
| Christopher McNerney | Hilary M. Williams |
| OUTTEN & GOLDEN LLP | SULLIVAN & CROMWELL LLP |
| 685 Third Avenue, 25th Floor | 125 Broad Street |
| New York, New York 10017 | New York, New York 10004 |
| Telephone: (212) 245-1000 | Telephone: (212) 558-4000 |
| Facsimile: (646) 509-2060 | Facsimile: (212) 558-3588 |

-4-

| | |
|---|---|
| Kelly M. Dermody (*pro hac vice*) <br> Anne B. Shaver (*pro hac vice*) <br> Michael Levin-Gesundheit (*pro hac vice*) <br> Michelle A. Lamy (*pro hac vice*) <br> LIEFF CABRASER HEIMANN & <br>     BERNSTEIN, LLP <br> 275 Battery Street, 29th Floor <br> San Francisco, California  94111-3339 <br> Telephone: (415) 956-1000 <br> Facsimile: (415) 956-1008 <br><br> Rachel Geman <br> Jessica Moldovan <br> LIEFF CABRASER HEIMANN & <br>     BERNSTEIN, LLP <br> 250 Hudson Street, 8th Floor <br> New York, New York  10013-1413 <br> Telephone: (212) 355-9500 <br> Facsimile: (212) 355-9592 <br><br> *Attorneys for Plaintiffs and the Certified Class* | Amanda Flug Davidoff <br> Jeffrey B. Wall (*pro hac vice*) <br> SULLIVAN & CROMWELL LLP <br> 1700 New York Avenue, N.W. Suite 700 <br> Washington, District of Columbia <br> 20006-5215 <br> Telephone: (202) 956-7500 <br><br> Patrick W. Shea <br> PAUL HASTINGS LLP <br> 200 Park Avenue <br> New York, New York  10166 <br> Telephone: (212) 318-6000 <br><br> *Attorneys for Defendants* |

**SO ORDERED:**

By: _____
      HON. ROBERT W. LEHRBURGER

Dated:  New York, New York
      _____, 2022