## Employee Profile

| | | | |
|---|---|---|---|
| Legal Name: | ▮▮▮▮▮ | Employee ID: | ▮▮▮ |
| Preferred Name: | ▮▮▮▮▮ | Employee Status: | Active |
| Former Name: | | Former Contingent Worker ID: | |
| Former Contingent Worker: | N | | |

### Current Profile

| | | | | | |
|---|---|---|---|---|---|
| Hire Date: | ▮▮ 1994 | Division: | Eqty | Work Location: | 1NYP/050 |
| Officer Title: | PMD | Report Group: | Equities | Office: | New York |
| VP Date: | ▮▮ 998 | | | | |
| MD Date: | ▮▮ 2000 | Sub Division: | Sales | Extension: | ▮▮▮ |
| Home DBS Code: | 0001 000 E807 0808 | Business Unit: | Americas Sales | GS Email Address: | ▮▮▮ |
| Host DBS Code: | 0001 000 E807 0808 | | | | |

## Job Profile

### Additional Job Details

| | | | |
|---|---|---|---|
| Job Code: | PMDR PMD-Revenue Producer | Divisional Job Role 1: | |
| Job Title: | PMD-Revenue Producer | Divisional Job Role 2: | |
| Job Band: | M90 | Divisional Job Role 3: | |
| Kerberos ID: | ▮▮▮ | Divisional Job Role 4: | |
| Divisional Industry: | | Divisional Job Role 5: | |
| Divisional Job Title: | PMD | HRWW Department: | 112391 E807:NY HF Conv Sales Staff |
| Divisional Job Function: | Sales Coverage | | |
| Benefits Program Code: | PTR | | |
| GUID: | ▮▮▮ | Manager: | ▮▮▮ |

### Employment Status Details

| | | | | |
|---|---|---|---|---|
| Employee Class: | Mng Dir | Shift: | N | |
| Employee Type: | Salaried | FTE: | 1.0 | |
| Overtime Eligibility: | Exempt | Dual Contract: | | |
| Regular/Temporary: | Regular | VP/ED: | Y | |
| Standard Hours: | 40.00 | Citizenship Treatment: | | |
| FT/PT Status: | Full-Time | Authorized to Start: | Y | |
| Seconded Legal Entity (Japan Only): | Not Seconded | | | |

### Service Details

| | | | |
|---|---|---|---|
| Prior Service: | 0 Years 0 Months | Original Hire Date: | ▮▮ 1994 |
| On LOA: | N | Expected Return Date: | |
| Term Date: | | Last Day on Premises: | |

### Recruiting Data

HRWW Job Requisition Number:
Referral Source:
Specific Referral Source:

FOIA Confidential Treatment Requested by Goldman Sachs

GS/Chen-Oster 0419

CONFIDENTIAL    GS0109873

| Legal Name: | ▮▮▮▮▮▮▮▮ | Employee ID: | ▮▮▮▮ |

**Registration Data**

US Registered:
International Registered:

## Personal Information

### Addresses

| Type: | PRIM | Apt/Flat: | |
| Effective Date: | | City: | |
| Country: | Material Redacted | State: | Material Redacted |
| Address 1: | | Postal Code: | |
| Address 2: | | | |

### Phone Numbers

| Type | Country | Phone Number | Extension |
|---|---|---|---|
| Primary 1 | | | |
| Cell 1 | | Material Redacted | |
| Work | | | |
| Fax 1 | | | |

### Email Addresses

| Type | Email Address |
|---|---|
| Work | ▮▮▮▮▮▮▮▮▮▮▮▮ |

### Personal Data

| Date of Birth: | Material Redacted | Gender: | Male |

## Emergency Contacts

### Emergency Contact

| Primary Contact: | | Relationship: | |
| Contact Name: | Material Redacted | Country Name: | |
| Addresss 1: | | City: | Material Redacted |
| Addrsss 2: | | State: | |
| Apt/Flat: | | Postal Code: | |

### Phone Numbers

| Phone Type | Phone Number | | |
|---|---|---|---|
| Primary 1 | Material Redacted | | |
| Work | | | |

### Family Information

| Family Size: | Material Redacted | Number of Children: | Material Redacted |

FOIA Confidential Treatment Requested by Goldman Sachs

GS/Chen-Oster 0420

CONFIDENTIAL

GS0109874

**Legal Name:** ▮▮▮▮▮   **Employee ID:** ▮▮

## Spouse/ Civil Partner

| Name: | | Spouse/Civil Partner Date: | |
|---|---|---|---|
| Gender: | Material Redacted | Deceased: | Material Redacted |

## Children Information

| Name: | | Gender: | |
|---|---|---|---|
| Relationship: | | Deceased: | |
| Date of Birth: | | | |
| Name: | | Gender: | |
| Relationship: | Material Redacted | Deceased: | Material Redacted |
| Date of Birth: | | | |
| Name: | | Gender: | |
| Relationship: | | Deceased: | |
| Date of Birth: | | | |
| Name: | | Gender: | |
| Relationship: | | Deceased: | |
| Date of Birth: | | | |

# Diversity
## Diversity Data

| Date of Birth: | | Race/Ethinicity: | |
|---|---|---|---|
| Birth Country: | Material Redacted | Martial Status: | Material Redacted |
| Age: | | Veteran Status: | |
| Gender: | Male | Disability Status: | |

### National ID

| Country: | United States | ID/Number: | Material Redacted |
|---|---|---|---|
| Type: | Social Security Number | Primary ID: | Y |

## Qualifications
### Education History

| Degree: | Bachelors | School: | Yeshiva University - New York |
|---|---|---|---|
| Attended From: | | Attended To: | 01-Jun-1988 |
| Graduated? | Y | Degree Acquired Date: | 01-Jun-1988 |
| Major1: | Electrical Systems Technology | Major 2/Minor: | |
| Degree: | Juris Doctor | School: | Fordham University - New York |
| Attended From: | | Attended To: | 01-May-1991 |
| Graduated? | Y | Degree Acquired Date: | 01-May-1991 |
| Major1: | Law | Major 2/Minor: | |

### Languages

| Languages | Speaking Proficiency | Reading Proficiency | Writing Proficiency | Able to Translate? |
|---|---|---|---|---|

FOIA Confidential Treatment Requested by Goldman Sachs

GS/Chen-Oster 0421

CONFIDENTIAL   GS0109875

| Legal Name: | ███████████ | Employee ID: | ████ |
|---|---|---|---|
| Hebrew | Y | | N |

**Prior Work Experience**

| Job Title | Start Date | End Date | Company | Officer/Specialty | Country |
|---|---|---|---|---|---|
| Attorney | 01-Sep-1991 | 01-Jul-1994 | Weil, Gotshal & Manges | | |

# Job History
## Job History

| | | Action: | Promotion |
|---|---|---|---|
| **Effective Date:** | ███ 2002 | **Reason:** | Promotion |
| **Job Code:** | PMDR | **Band:** | M90 |
| **Job Title:** | PMD-Revenue Producer | **Overtime Eligibility:** | Exempt |

| | | Action: | Promotion |
|---|---|---|---|
| **Effective Date:** | ███ 2000 | **Reason:** | Promotion |
| **Job Code:** | EMDR | **Band:** | M90 |
| **Job Title:** | EMD-Revenue | **Overtime Eligibility:** | Exempt |

| | | Action: | Job Reclas |
|---|---|---|---|
| **Effective Date:** | ███ 2000 | **Reason:** | Lateral/Reclassification |
| **Job Code:** | RE52 | **Band:** | R50 |
| **Job Title:** | Assoc-Sr-Sls | **Overtime Eligibility:** | Exempt |

| | | Action: | Job Reclas |
|---|---|---|---|
| **Effective Date:** | ███ 1996 | **Reason:** | Lateral/Reclassification |
| **Job Code:** | RE32 | **Band:** | R30 |
| **Job Title:** | Assoc-Sls | **Overtime Eligibility:** | Exempt |

| | | Action: | Job Reclas |
|---|---|---|---|
| **Effective Date:** | ███ 1995 | **Reason:** | Lateral/Reclassification |
| **Job Code:** | SRL1 | **Band:** | 16 |
| **Job Title:** | Slspsn-Secur-Instl Rsrch Sls | **Overtime Eligibility:** | Exempt |

| | | Action: | Hire |
|---|---|---|---|
| **Effective Date:** | ███ 1994 | **Reason:** | New Hire |
| **Job Code:** | SSTT | **Band:** | 16 |
| **Job Title:** | Assoc II-Eqs Sls | **Overtime Eligibility:** | Exempt |

**Location History**

| Legal Name: | ███████████ | Employee ID: | ███ |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Effective Date:** | ███ 2003 | **Report Group:** | Equities |
| **Action:** | Transfer | **HRWW Department:** | E807    Convertible Sales |
| **Reason:** | Organizational Reorg | **Level 6:** | EPG-Americas |
| **Location:** | New York | **Level 7:** | Convertibles |
| **Division:** | Equities | **DBS Code:** | 0001 000 E807 |
| **Business Unit:** | | **Sub Division:** | |

| | | | |
|---|---|---|---|
| **Effective Date:** | ███ 1995 | **Report Group:** | Equities |
| **Action:** | Transfer | **HRWW Department:** | E807    Convertible Sales |
| **Reason:** | Organizational Reorg | **Level 6:** | Sales |
| **Location:** | New York | **Level 7:** | Convertibles / Euro Conver |
| **Division:** | Equities | **DBS Code:** | 0001 000 E807 |
| **Business Unit:** | | **Sub Division:** | |

| | | | |
|---|---|---|---|
| **Effective Date:** | ███ 1994 | **Report Group:** | Equities |
| **Action:** | Hire | **HRWW Department:** | E807    Convertible Sales |
| **Reason:** | New Hire | **Level 6:** | Management & Merchandising |
| **Location:** | New York | **Level 7:** | Sales Administration |
| **Division:** | Equities | **DBS Code:** | 0001 000 E807 |
| **Business Unit:** | | **Sub Division:** | |

## Vacation Balance

**Year:** 2007

| Months Submitted: | Jan: P | Feb: P | March: N |
|---|---|---|---|
| | April: N | May: N | June: N |
| | July: N | Aug: N | Sept: N |
| | Oct: N | Nov: N | Dec: N |

| | |
|---|---|
| Number of Vacation Days (a): | 33.00 Days |
| Carryover From Previous Year (b): | 15.00 Days |
| Marriage Days (c): | 0.00 Days |
| Compensation Day (d):<br>(London, Tokyo and Singapore use only) | 0.00 Days |
| Community Service Days (e): | 0.00 Days |
| Total Current Year Entitlement (f = a+b+c+d+e): | 48.00 Days |
| Total Vacation Earned to Date (g): | 18.00 Days |
| Vacation Taken (h): | 7.00 Days |
| Vacation Earned But Not Taken (i = g-h): | 11.00 Days |
| Total Vacation Days Not Taken (j = f-h): | 41.00 Days |

FOIA Confidential Treatment
Requested by Goldman Sachs

GS/Chen-Oster 0423

CONFIDENTIAL                                                                                                    GS0109877

| Legal Name: | █████████ | Employee ID: | ███ |
|---|---|---|---|

**Year:** 2006

| Months Submitted: | Jan: Y | Feb: Y | March: Y |
|---|---|---|---|
| | April: Y | May: Y | June: Y |
| | July: Y | Aug: Y | Sept: Y |
| | Oct: Y | Nov: Y | Dec: P |

| | |
|---|---|
| Number of Vacation Days (a): | 33.00 Days |
| Carryover From Previous Year (b): | 15.00 Days |
| Marriage Days (c): | 0.00 Days |
| Compensation Day (d): (London, Tokyo and Singapore use only) | 0.00 Days |
| Community Service Days (e): | 0.00 Days |
| Total Current Year Entitlement (f = a+b+c+d+e): | 48.00 Days |
| Total Vacation Earned to Date (g): | 48.00 Days |
| Vacation Taken (h): | 25.00 Days |
| Vacation Earned But Not Taken (i = g-h): | 24.00 Days |
| Total Vacation Days Not Taken (j = f-h): | 23.00 Days |

**Year:** 2004

| Months Submitted: | Jan: | Feb: | March: |
|---|---|---|---|
| | April: | May: | June: |
| | July: | Aug: | Sept: |
| | Oct: | Nov: | Dec: |

| | |
|---|---|
| Number of Vacation Days (a): | 33.00 Days |
| Carryover From Previous Year (b): | 15.00 Days |
| Marriage Days (c): | 0.00 Days |
| Compensation Day (d): (London, Tokyo and Singapore use only) | 0.00 Days |
| Community Service Days (e): | 0.00 Days |
| Total Current Year Entitlement (f = a+b+c+d+e): | 48.00 Days |
| Total Vacation Earned to Date (g): | 0.00 Days |
| Vacation Taken (h): | 31.00 Days |
| Vacation Earned But Not Taken (i = g-h): | 0.00 Days |
| Total Vacation Days Not Taken (j = f-h): | 17.00 Days |

FOIA Confidential Treatment
Requested by Goldman Sachs

GS/Chen-Oster 0424

CONFIDENTIAL                                                                                   GS0109878

| Legal Name: | ███████ | Employee ID: | ███ |
|---|---|---|---|

**Year:** 2002

| Months Submitted: | Jan: | Feb: | March: |
|---|---|---|---|
| | April: | May: | June: |
| | July: | Aug: | Sept: |
| | Oct: | Nov: | Dec: |

| | |
|---|---|
| Number of Vacation Days (a): | 33.00 Days |
| Carryover From Previous Year (b): | 0.00 Days |
| Marriage Days (c): | 0.00 Days |
| Compensation Day (d):<br>(London, Tokyo and Singapore use only) | 0.00 Days |
| Community Service Days (e): | 0.00 Days |
| Total Current Year Entitlement (f = a+b+c+d+e): | 33.00 Days |
| Total Vacation Earned to Date (g): | 0.00 Days |
| Vacation Taken (h): | 19.00 Days |
| Vacation Earned But Not Taken (i = g-h): | 0.00 Days |
| Total Vacation Days Not Taken (j = f-h): | 14.00 Days |

**Year:** 2001

| Months Submitted: | Jan: | Feb: | March: |
|---|---|---|---|
| | April: | May: | June: |
| | July: | Aug: | Sept: |
| | Oct: | Nov: | Dec: |

| | |
|---|---|
| Number of Vacation Days (a): | 33.00 Days |
| Carryover From Previous Year (b): | 0.00 Days |
| Marriage Days (c): | 0.00 Days |
| Compensation Day (d):<br>(London, Tokyo and Singapore use only) | 0.00 Days |
| Community Service Days (e): | 0.00 Days |
| Total Current Year Entitlement (f = a+b+c+d+e): | 33.00 Days |
| Total Vacation Earned to Date (g): | 0.00 Days |
| Vacation Taken (h): | 12.00 Days |
| Vacation Earned But Not Taken (i = g-h): | 0.00 Days |
| Total Vacation Days Not Taken (j = f-h): | 21.00 Days |

FOIA Confidential Treatment
Requested by Goldman Sachs

GS/Chen-Oster 0425

CONFIDENTIAL          GS0109879

| Legal Name: | | Employee ID: | |
|---|---|---|---|

**Year:** 2000

| Months Submitted: | Jan: | Feb: | March: |
|---|---|---|---|
| | April: | May: | June: |
| | July: | Aug: | Sept: |
| | Oct: | Nov: | Dec: |

| | |
|---|---|
| Number of Vacation Days (a): | 24.00 Days |
| Carryover From Previous Year (b): | 0.00 Days |
| Marriage Days (c): | 0.00 Days |
| Compensation Day (d):<br>(London, Tokyo and Singapore use only) | 0.00 Days |
| Community Service Days (e): | 0.00 Days |
| Total Current Year Entitlement (f = a+b+c+d+e): | 24.00 Days |
| Total Vacation Earned to Date (g): | 0.00 Days |
| Vacation Taken (h): | 0.00 Days |
| Vacation Earned But Not Taken (i = g-h): | 0.00 Days |
| Total Vacation Days Not Taken (j = f-h): | 24.00 Days |

**Year:** 1999

| Months Submitted: | Jan: | Feb: | March: |
|---|---|---|---|
| | April: | May: | June: |
| | July: | Aug: | Sept: |
| | Oct: | Nov: | Dec: |

| | |
|---|---|
| Number of Vacation Days (a): | 23.00 Days |
| Carryover From Previous Year (b): | 0.00 Days |
| Marriage Days (c): | 0.00 Days |
| Compensation Day (d):<br>(London, Tokyo and Singapore use only) | 0.00 Days |
| Community Service Days (e): | 0.00 Days |
| Total Current Year Entitlement (f = a+b+c+d+e): | 23.00 Days |
| Total Vacation Earned to Date (g): | 0.00 Days |
| Vacation Taken (h): | 0.00 Days |
| Vacation Earned But Not Taken (i = g-h): | 0.00 Days |
| Total Vacation Days Not Taken (j = f-h): | 23.00 Days |

FOIA Confidential Treatment
Requested by Goldman Sachs

GS/Chen-Oster 0426

CONFIDENTIAL

GS0109880

**Legal Name:** █████████████    **Employee ID:** ███████

**Year:** 1998

| Months Submitted: | Jan: | Feb: | March: |
|---|---|---|---|
| | April: | May: | June: |
| | July: | Aug: | Sept: |
| | Oct: | Nov: | Dec: |

| | |
|---|---|
| Number of Vacation Days (a): | 23.00 Days |
| Carryover From Previous Year (b): | 0.00 Days |
| Marriage Days (c): | 0.00 Days |
| Compensation Day (d): <br> (London, Tokyo and Singapore use only) | 0.00 Days |
| Community Service Days (e): | 0.00 Days |
| Total Current Year Entitlement (f = a+b+c+d+e): | 23.00 Days |
| Total Vacation Earned to Date (g): | 0.00 Days |
| Vacation Taken (h): | 23.00 Days |
| Vacation Earned But Not Taken (i = g-h): | 0.00 Days |
| Total Vacation Days Not Taken (j = f-h): | 0.00 Days |

**Year:** 1997

| Months Submitted: | Jan: | Feb: | March: |
|---|---|---|---|
| | April: | May: | June: |
| | July: | Aug: | Sept: |
| | Oct: | Nov: | Dec: |

| | |
|---|---|
| Number of Vacation Days (a): | 18.00 Days |
| Carryover From Previous Year (b): | 0.00 Days |
| Marriage Days (c): | 0.00 Days |
| Compensation Day (d): <br> (London, Tokyo and Singapore use only) | 0.00 Days |
| Community Service Days (e): | 0.00 Days |
| Total Current Year Entitlement (f = a+b+c+d+e): | 18.00 Days |
| Total Vacation Earned to Date (g): | 0.00 Days |
| Vacation Taken (h): | 11.00 Days |
| Vacation Earned But Not Taken (i = g-h): | 0.00 Days |
| Total Vacation Days Not Taken (j = f-h): | 7.00 Days |

FOIA Confidential Treatment
Requested by Goldman Sachs

GS/Chen-Oster 0427

CONFIDENTIAL                                                                 GS0109881

**Legal Name:** ███████████  **Employee ID:** ████

**Year:** 1996

| Months Submitted: | Jan: | Feb: | March: |
|---|---|---|---|
| | April: | May: | June: |
| | July: | Aug: | Sept: |
| | Oct: | Nov: | Dec: |

| | |
|---|---|
| Number of Vacation Days (a): | 18.00 Days |
| Carryover From Previous Year (b): | 0.00 Days |
| Marriage Days (c): | 0.00 Days |
| Compensation Day (d):<br>(London, Tokyo and Singapore use only) | 0.00 Days |
| Community Service Days (e): | 0.00 Days |
| Total Current Year Entitlement (f = a+b+c+d+e): | 18.00 Days |
| Total Vacation Earned to Date (g): | 0.00 Days |
| Vacation Taken (h): | 0.00 Days |
| Vacation Earned But Not Taken (i = g-h): | 0.00 Days |
| Total Vacation Days Not Taken (j = f-h): | 18.00 Days |

**Year:** 1995

| Months Submitted: | Jan: | Feb: | March: |
|---|---|---|---|
| | April: | May: | June: |
| | July: | Aug: | Sept: |
| | Oct: | Nov: | Dec: |

| | |
|---|---|
| Number of Vacation Days (a): | 18.00 Days |
| Carryover From Previous Year (b): | 0.00 Days |
| Marriage Days (c): | 0.00 Days |
| Compensation Day (d):<br>(London, Tokyo and Singapore use only) | 0.00 Days |
| Community Service Days (e): | 0.00 Days |
| Total Current Year Entitlement (f = a+b+c+d+e): | 18.00 Days |
| Total Vacation Earned to Date (g): | 0.00 Days |
| Vacation Taken (h): | 10.00 Days |
| Vacation Earned But Not Taken (i = g-h): | 0.00 Days |
| Total Vacation Days Not Taken (j = f-h): | 8.00 Days |

FOIA Confidential Treatment
Requested by Goldman Sachs

GS/Chen-Oster 0428

CONFIDENTIAL

GS0109882

| | | | |
|---|---|---|---|
| **Legal Name:** | ▇▇▇▇▇ | **Employee ID:** | ▇▇▇ |
| **Year:** 1994 | | | |
| **Months Submitted:** Jan: | Feb: | March: | |
| April: | May: | June: | |
| July: | Aug: | Sept: | |
| Oct: | Nov: | Dec: | |

| | |
|---|---|
| Number of Vacation Days (a): | 2.00 Days |
| Carryover From Previous Year (b): | 0.00 Days |
| Marriage Days (c): | 0.00 Days |
| Compensation Day (d):<br>(London, Tokyo and Singapore use only) | 0.00 Days |
| Community Service Days (e): | 0.00 Days |
| Total Current Year Entitlement (f = a+b+c+d+e): | 2.00 Days |
| Total Vacation Earned to Date (g): | 0.00 Days |
| Vacation Taken (h): | 0.00 Days |
| Vacation Earned But Not Taken (i = g-h): | 0.00 Days |
| Total Vacation Days Not Taken (j = f-h): | 2.00 Days |

FOIA Confidential Treatment
Requested by Goldman Sachs

GS/Chen-Oster 0429

CONFIDENTIAL

GS0109883