| | |
|---|---|
| From: | [REDACTED] |
| Sent: | Tuesday, January 12, 2010 4:49 PM |
| To: | [REDACTED] |
| Subject: | Fwd: FW: Data for Conversation with [REDACTED] re: ACM referrals |
| Attachments: | Referrals.xls |

For what it's worth, here's a small sampling of the misinformation you received:

I absolutely objected to [REDACTED] and told [Extended Managing Director] I was extremely uncomfortable with his insistence that [REDACTED] be included. The removal of his scores would boost my overall score to the first or second quartile, I'd imagine. None of the males on my team were forced to have [REDACTED] although we all had contentious relationships with him.

I didn't get my review materials via messenger until after 1pm on the day of my review, leaving approximately one hour to digest it while dealing with two children...and yes, I did tell [REDACTED] in [Extended Managing Director]'s office that I had no childcare in the afternoon.

Finally, here is the list of referrals I mentioned. Sent to you and [Participating Managing Director] -- in May, not after I was on maternity leave, which started in August, not June.

---

[REDACTED]
Tuesday, May 13, 2009 12:49 PM
[Participating Managing Director] [REDACTED]
Data for Conversation with [REDACTED] re: ACM referrals

[Participating Managing Director] [REDACTED]

For your conversation with [REDACTED]..

Thanks again for handling this.

[REDACTED]

CONFIDENTIAL

GS0138165