3/23/05

NOTES

Meeting with ████████████████████

- Joined GS in ████ 2004. Hired as Assistant for Fixed/Equities mgmt team

- Supported ████████████████ (has sent self him).

- **Vice President** of ████████████ run group together and she believes reported ████████

- **Vice President** ████████ was part of her interview process but nothing unusual in interview

████ 1st Day after all day orientation, she went to her desk, **Vice President** said to her "it is customary to take new person out to dinner" (she thought he meant the team). Just **Vice President** took her out

- Went to a French restaurant in lower Manhattan

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(2)

- At restaurant, [Vice President] said, "Don't tell anybody we had dinner"

- During dinner, most of conversation was [Vice President] discussing his pending divorce

- He also told her that his wife's best friend is attracted to him.

- He said he dates a lot of women at GS

- He asked about her life and she responded she has been in a six month relationship with her boyfriend [REDACTED]

- He said that she was on a great team because he has lots of exposure with the "big dogs". Lots of people want to work on their team

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(3)

- She said it was nice of them to take her to dinner as her boss

- He said "I'm not your boss, ▮▮▮ is your boss"

- Through interview process understand supporting ▮▮▮ but would be answering on projects with ▮▮▮

Vice President

▮▮▮

- ▮▮▮ is the other Assistant on the team but only joined team recently

- At restaurant she discussed her interests in working on projects

- Her cell phone began ringing. It was her boyfriend ▮▮▮ calling

- She did not answer the phone

CONFIDENTIAL - ATTORNEYS' EYES ONLY

④

- ████ called 3 times during dinner. She did not answer. Concerned because she did not get a chance to call ███ before she left the office with **Vice President** ██████

- **Vice President** asked her why he kept calling. She explained that she did not get a chance to call him so he is probably concerned

- **Vice President** said "Look, you will need to go out to dinner many times and ████ will need to understand, he can't keep calling." "This is Goldman Sachs and don't bring personal stuff into work"

- "I don't care who you worked for before this, this is fucking Goldman Sachs",

- She said "I need to go home, I'm tired"

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(5)

- He offered to share a cab. He lives on upper east side (72nd or 74th street) She lives in Astoria, Queens

- She offered to pay her portion of cab but **Vice President** said no, he would put it on his account.

- In the cab he sat facing her and stared at her.

- He said don't tell █████.

- █████ still calling her cell phone

- He kissed her goodbye on the cheek. He said, don't say anything

- She found it odd he shared so much of his personal life/divorce with her on her 1st day.

- Going forward, **Vice President** would continue to discuss divorce

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GS0175909

(6)

June 2004 - [Vice President] told her about each person on the team

[REDACTED] - very serious, not too friendly. Just discuss work. Don't make mistakes

[REDACTED] - He said he and had problems. She was in [REDACTED] 's role. She is now a VP and her salary tripled. She is bitter because she still reports to [Vice President] She went to [REDACTED] both [REDACTED] + [REDACTED] some issue and both sided with [Vice President]

[REDACTED] - quiet and low profile person.

[Vice President] explained he is responsible for BCP for equities/FICC which is good exposure

She was not sure how to interpret his openess on her first day of work

⑦

Another incident was in June 2004

- [Vice President] asked her what she was doing
  one evening. She said hanging out
  with her friend [Vice President] at the
  club Opium. [Vice President] wanted to go
  with her but wanted to go home
  and change his clothes

- She did not know what to do. She
  said she did not want to be late
  to meet her friend but he insisted

- He said afterwards he would take
  her and her friend to meet a some
  friends (women) at a bar downtown

- Opium in mid-town

- She went with him but kept telling
  him that she could meet him at
  Opium. However he insisted
  she come with him first

- Got to his apartment and she stood
  in doorway

CONFIDENTIAL - ATTORNEYS' EYES ONLY

⑧

- She noticed pictures of his wife in the apartment

- They met with [REDACTED]'s friend [REDACTED] who was upset and wanted to spend the time alone with [REDACTED] Vice President

- After only a few minutes, [REDACTED] persuaded them to leave with him & go downtown to meet his friends

- There was only one friend, [REDACTED] who is a GS employee in Technology

- [REDACTED] Vice President appeared angry with

- [REDACTED] and [REDACTED] excused themselves to a different part of the bar

- Vice President [REDACTED] then left with [REDACTED]

- [REDACTED] and friend upset that [REDACTED] Vice President

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GS0175912

(9)

intruded on their plans and
made them leave Opium

- **Vice President** called her at 11:30 pm
that night to apologize

- ▮▮▮▮ told him she was upset
because he made her change
her plans

- Next day **Vice President** showed ▮▮▮▮
a picture of ▮▮▮▮ on his computer
skiing

- **Vice President** said she is the best friend
of his wife he previously
mentioned who likes him.

- ▮▮▮▮ appeared jealous that
night when **Vice President** walked in
with ▮▮▮▮.

- Told **Vice President** that evening made
her uncomfortable.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(10)

Next incident was his offer to
cook dinner for her

- He said he was a good cook
and that he is the "straight
guy for the queer eye". People
think he is gay but he is not

- Vice President overheard her call to
her boyfriend ▇▇▇▇ that she was
just going to go home. Thus,
he knew she had no plans

- She did not know what to do so
she said yes. Still no "red flags"
yet, just thought he was being
nice

- On the way up to G's apt. she
suggested they go to a restaurant
instead but he insisted on cooking.

- Most of the conversation was about
work, how important he is and he
works with ▇▇▇▇

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(11)

- At his apt, she said she doesn't stay long.

- She stayed in the kitchen when he went to change clothes

- During dinner, he talked about his wife

- Told her his wife cheated on him with another woman. He cheated on her as well

- Also told her that he, his wife and the woman he cheated with had a threesome sex encounter

- She began to feel uncomfortable.

- He said "Don't tell anyone"

- He said his wife is bisexual

- After dinner, he gave her a tour of the apt.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GS0175915

(12)

- She sad at his desk in the apt

- He showed her pictures of women (some as employees) in lingerie

- One picture was of ████████ ████████ on a thong and possibly breasts exposed

- He said he and his wife would bring women to the apt and photograph them.

- His hobby is photography

- He lives on the 70's possibly 72nd or 74th street

- His cell phone rang and it was █████

- She did not answer

- She wanted to go

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GS0175916

(13)

- He asked "what are you going to say to him?" She did not respond

- It was about 9:00 pm

- **Vice President** wanted her to stay

- They had wine but not much

- Nothing happened

- **Vice President** insisted on driving her home

- In the car, ~~she~~ he said to tell **[redacted]** that on Mondays she needs to work late to prepare for EO/ICC Op-com (but that is not always true, she has not stayed late for Op-Com preparation)

- She called her mother from car and her mother said **Vice President** [redacted] is looking for you, he is concerned.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(14)

- Another sentiment was he supported her when she made a mistake with ████

- She took a message for ████ and made a mistake with the phone number of the caller

- **Vice President** said "we need to talk" ████ was upset and told **Vice President** that she cannot make mistakes

- **Vice President** told her ████ is a perfectionist so don't make mistakes.

- **Vice President** once said ████████ has him interview all the good looking women. ████ one said to **Vice President** "I just interviewed a woman I would leave my wife for"

- Also said colleague ████████ just wants to "fuck me"

- Said ████████ lives vicariously

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(15

through him. Once told ▮▮▮▮ "I'm
tired of fucking, I'm all' fucked
out."

August/Sept     Vice President   took her to N.Y. Plaza to
2004            get some supplies. Vice President   has
                an office over there. He also wanted
                to show her the trading floor

  - The floor was under construction.
    Construction workers were there sleeping.

  - He intimidated that he brings
    women to his office there

  - He said " Great view, you know
    you want to close the door and
    close the blinds"

  - She said NO

  - Vice President   said " I'm hot what
    does ▮▮▮▮ have on me"

  - Only supplies they brought back

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GS0175919

(16)

were old sweaters, feels **Vice President**
did not really need to go for supplies

- He took her to the NYC cafeteria
  via the staircell.

- He made a comment that he
  once did "something" on the
  staircell.

- He did not touch her

- He wanted to eat in his office

- She ordered fruit, In his office
  he asked whether she was going
  to eat her "banana" We said
  Sure what he meant by the comment

- She ~~can't~~ once made an error scheduling
  a meeting for **[REDACTED]**
- **Vice President** said don't worry
  it's "just German, a Nazi.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(17)

- One night **Vice President** called her on her cell about 7:00 pm

- She returned his call to his home and left message on machine

- He called back which she was at home

- He sounded sad

- She said "what's wrong"

- He said "just by myself wish someone was here with me"

- She said call one of your friends

- She then heard heavy breathing

- He said he was masturbating

- He said you have a sweet sexy voice

- She said thanks, it's late, got to go

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(18)

- Next day she felt uncomfortable

- He said "If HR knew what he does, he would be in big trouble"

- He asks about ▮▮▮▮ all the time

- She said I love ▮▮▮▮

- Vice President ▮▮▮▮ still does to take the subway with her but tries to stay out of work to avoid the ride

- He said "You know your Mom would love me more than ▮▮▮▮"

October 2014   He threatened her. He was going on vacation. He told her to make sure to water his plants. She said there is a woman who waters the plants. He told her that she is too fucking water his plants and pointed to a jar on the floor

- She asked why he was speaking to

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(19)

her like that

- He said "if you do not fucking water my plant there will be serious consequences"

- He said "what is the fuck is your problem why can't you fucking do this? I stood up for you. You should be doing me the favor!!

She said "how dare you speak to me like this."

- He then said "no one likes you and no one wants to work with you."

- She had a review with ▮▮▮▮ that went well. Thus, she is surprised by his comment.

Did not know about ER. He recently told fellow Assistant ▮▮▮▮

CONFIDENTIAL - ATTORNEYS' EYES ONLY

20

▮▮▮▮ about the treatment.

- Vice President ▮▮▮ gives her menial tasks when she is really busy. feels doing it on purpose.

END