# EXHIBIT 51

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | |

NEW YORK STATE DIVISION OF HUMAN RIGHTS
*State or local Agency, if any*

| NAME (indicate Mr., Ms. or Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| ███████ | ███████ |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| ███████ | New York, NY 10003 | ███████ |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY THAT I BELIEVE DISCRIMINATED AGAINST ME OR OTHERS. (If more than one, list under PARTICULARS below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| Goldman, Sachs & Co. | Over 20,000 | (212) 902-1000 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 32 Old Slip | New York, NY 10005 | New York |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST    LATEST
November 2008
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

Please see attached statement, which supplements my prior EEOC charge, filed on Jan. 26, 2010.

☒ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

Date 2/18/14

DIANE FISHER
Notary Public, State of New York
No. 01FI6116695
Qualified in Richmond County
Commission Expires October 04, 20 /6

822236.1

Confidential                                                                                                                          P015010

██████████

Supplemental Charge of Retaliation

The Particulars Are:

1.    On January 26, 2010, I filed a charge of discrimination with the Equal Employment Opportunity Commission.  In that charge, I described the discrimination and retaliation I experienced at Goldman Sachs & Co. ("Goldman" or the "Firm").  This charge supplements my original charge.

2.    Because of the discrimination and retaliation I experienced at Goldman, including Goldman reassigning my clients to a more junior man, giving me a poor performance evaluation, and ranking me in the bottom performance quartile, I was forced to leave the Firm in order to salvage my career. On ██████ 2010, I resigned from Goldman.

3.    Since that time, I have attempted to mitigate my damages by working at other financial institutions.  Unfortunately, my experiences at Goldman have continued to impact my career prospects as Goldman continues to retaliate against me for opposing their unlawful employment practices.

4.    For instance, I was on the verge of receiving a job offer from a financial institution ("Firm A").  As the final step in the process, I had dinner at the Four Seasons with Firm A's senior management.  During that dinner, the conversation turned to my time at Goldman Sachs and my work for [Participating Managing Director]  I tried to steer the conversation away from [Participating Managing Director] when I discovered that several people at the dinner knew him personally.

5.    At the conclusion of the dinner, I was told to expect an offer within the next few days.  However, Firm A never made me an offer.

822236.1

6. I was informed by a former colleague still working for Goldman that a senior member of Goldman had informed Firm A that I was a "troublemaker" and was suing the Firm and that they should "run, not walk, away."

7. A second job opportunity, with Firm B, ended under similar circumstances.

8. On information and belief, I did not receive the job offers because of the negative and retaliatory interference of Goldman. Accordingly, I charge Goldman with retaliation in violation of the law.

9. I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

822236.1

Confidential                                                                                                          P015012