```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED: 11/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER, LISA PARISI, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

                Plaintiffs,

-against-

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

                Defendants.

10 Civ. 6950 (AT) (RWL)

**AMENDED ORDER OF REFERENCE TO A <u>MAGISTRATE JUDGE</u>**

ANALISA TORRES, District Judge:

The above-entitled action is referred to the Honorable Robert W. Lehrburger for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☒ | Specific Non-Dispositive Motion/Dispute<br><br>__ECF Nos. 1381-85____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br><br>Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br><br>_____ | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br><br>Particular Motion: |

SO ORDERED.

Dated: November 28, 2022
      New York, New York

                                                                        ANALISA TORRES
                                                        United States District Judge