USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
H. CRISTINA CHEN-OSTER, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

       Plaintiffs,

- against -

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

       Defendants.
-----------------------------------------------------------X

10-CV-6950 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  By December 7, 2022, Defendants shall submit by email for in camera review the complaint at issue in Dkt. 1381.

       SO ORDERED.

       _____
       ROBERT W. LEHRBURGER
       UNITED STATES MAGISTRATE JUDGE

Dated:  November 30, 2022
      New York, New York

Copies transmitted to all counsel of record.