```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER, LISA PARISI, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

        Plaintiffs,

-against-

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

        Defendants.

10 Civ. 6950 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated January 14, 2023. ECF No. 1400. Accordingly:

1. The parties' request to extend the deadline to file oppositions to any motions *in limine* is GRANTED. The parties shall file oppositions to any motions *in limine* by **February 22, 2023**.
2. Defendants' request to file replies to any motions *in limine* is DENIED. The Court shall order replies if it finds that replies would assist the Court.
3. The parties state that "certain of Plaintiff's claims will be tried to a jury . . . and witness affidavits are unnecessary here." *Id.* at 2. The parties "request that the Court amend its [o]rder [dated October 11, 2022, ECF No. 1380,] to reflect that witness affidavits are not required here." ECF No. 1400 at 2. By **January 27, 2023**, the parties shall elaborate on their request and specify which issues are not to be tried by a jury. The Court shall address this request, *id.*, in a separate order.
4. The parties' request that "each party should be given a total page limit of [ninety] pages to be allocated among motions *in limine* and memoranda of law," ECF No. 1400 at 2 (emphasis added), and that "[t]he same limit . . . apply to opposition briefs," *id.*, is DENIED. The parties shall limit any motions *in limine* and opposition briefs to forty-five (45) pages each.
5. The parties request that "each side should be permitted to supplement its list of trial witnesses, exhibit lists, and deposition designations up to two weeks after the Court has ruled on the parties' motions *in limine* and the parties have completed such depositions, if any; provided, however, that the supplemental lists shall be filed no later than three weeks before trial." *Id.* The parties' request is GRANTED in part, and DENIED in part. The parties may

supplement their initial lists of trial witnesses, exhibit lists, and deposition designations up to two weeks after the Court has ruled on the parties' motions *in limine* and the parties have completed such depositions, if any. By **May 2, 2023**, the parties shall file their supplemental lists, if any.

SO ORDERED.

Dated: January 19, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge