```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER, LISA PARISI, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

Plaintiffs,

-against-

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

Defendants.

10 Civ. 6950 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letter dated January 27, 2023. ECF No. 1402; *see also* ECF No. 1403 (letter with exhibit). Defendants state that the Court's "45-page limit applies only to brief(s) in support of motions *in limine*, and it does not encompass the parties' respective [p]re-[t]rial [b]riefs." ECF No. 1402 at 10. The Court's January 19, 2023 order denied the parties' request for ninety pages for motions *in limine* and memoranda of law. ECF No. 1401. The parties shall limit their motions *in limine* and any memoranda of law to forty-five pages. *Id.*

The Court shall address the parties' other requests in a separate order in due course.

SO ORDERED.

Dated: January 30, 2023
New York, New York

ANALISA TORRES
United States District Judge