```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER, LISA PARISI, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

Plaintiffs,

-against-

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

Defendants.

10 Civ. 6950 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The trial scheduled for June 6, 2023, is ADJOURNED to **June 7, 2023**, at **9:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. During the evidentiary portion of the trial, court shall be in session from 9:00 a.m. to 2:15 p.m. with a break from 11:15 to 11:45 a.m. During the jury-selection and jury-deliberation phases, court shall be in session from 9:00 a.m. to 5:00 p.m. with a break from 1:00 to 2:00 p.m.

SO ORDERED.

Dated: February 13, 2023
       New York, New York

ANALISA TORRES
United States District Judge