USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

H. CRISTINA CHEN-OSTER, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

           Plaintiffs,

- against -

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

           Defendants.

------------------------------------------------------------X

10-CV-6950 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This order resolves the issue raised by Plaintiffs at Dkt. 1415 and opposed by Defendants at Dkt. 1416. Defendants are correct that the Court's order of January 5, 2023 (Dkt. 1399) did not address the issue of production of an updated class list apart from production of updated class promotion data. But the Court adopted Plaintiff's second alternative approach, and the proposed stipulation reflecting the alternative approach called for production of an updated promotion class list, notwithstanding deferral of class promotion data. (Dkt. 1394-1 at 3 no.2.) Having considered the parties' arguments and the previous proceedings, the Court grants Plaintiffs' application. Accordingly, by March 9, 2023, Defendants shall produce an updated promotions class list that includes all Vice President Class Members through December 31, 2022.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  February 23, 2023
        New York, New York

Copies transmitted to all counsel of record.