```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. CRISTINA CHEN-OSTER, LISA PARISI, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,

                Plaintiffs,

-against-

GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,

                Defendants.

10 Civ. 6950 (AT)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

      On February 24, 2023, Plaintiffs filed a letter "requesting a pre-motion conference to resolve an outstanding dispute" concerning "a motion *in limine* pending before [the undersigned] and to other pretrial preparation." ECF No. 1425 at 1. Accordingly, by **March 1, 2023**, Defendants shall file their response.

      SO ORDERED.

Dated: February 27, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge