# Exhibit C



ACTIVE

Advisory Director, Asset & Wealth Management, New York

**Demographics**  Personal  Experience

| | | | |
|---|---|---|---|
| Preferred Name | | Job Code Description | Advisory Director |
| Adj Recent Hire Date | 1998-04-27 | Gender | Man |
| Class/Class Year | PMD 2006 | Ethnicity | |
| Reporting Group | AM Core | | |
| Business Unit | Public Markets Client Business | | |

# Employment Details

| | | | |
|---|---|---|---|
| Division | Asset & Wealth Management | Work Location | 200W |
| Reporting Group | AM Core | Work Phone | 1(212)357-7709 |
| Sub Division | Client Solutions & Capital Markets | Kerberos | |
| Business Unit | Public Markets Client Business | GS Email | |
| Level 6 | Client Solutions & Capital Markets | GUID | |
| Level 7 | Public Markets Client Business | Employee Status | Active |
| Level 8 | Americas Client Business | FTE | 1.0 |
| Level 9 | Sales Management ACB | On FWA | No |
| DBS Code | 0001 000 A168 0000 | Adj Recent Hire Date | 27-Apr-1998 |
| DBS Description | GSAM Mutual Fund Board | Original Hire Date | 27-Apr-1998 |
| Legal Entity Description | Goldman Sachs & Co. LLC | Last Day on Premise | - |
| Detail Status Title | Advisory Director | Termination Date | - |
| Job Code | 46547 | Rehire Flag | No |
| Job Code Description | Advisory Director | Hire Type | Experienced |
| Region | Americas | Former Intern Flag | - |
| Country | United States | Former CW Flag | N |
| Office | New York | | |

# Job Details

| | | | |
|---|---|---|---|
| Function 1 | No Function | Commissioned? | N |
| Function 2 | - | Commission Type | - |
| Producer | Non-Revenue Producer | Divisional Title 1 | - |
| CWM / AMD Job Type | - | Divisional Title 2 | - |
| Program | - | JD/PQE Issue Year | - |
| Level | - | | |

## Class Year

| | | | |
|---|---|---|---|
| Analyst Year | - | MBL Year | - |
| OPT Year | - | VP Year | 1998 |
| NAPA year | - | EMD Year | 2000 |
| Associate Year | - | PMD Year | 2006 |
| MBA Year | - | | |

## Name Details



## Languages

| Language | Speak | Read | Write | Translate |
|---|---|---|---|---|
| - | - | - | - | - |

## Licenses and Certifications

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Copyright © 1869 by Goldman Sachs
All rights reserved. No part of this publication may be reproduced, distributed, or transmitted in any form or by any means.
GS1044039



Advisory Director, Asset & Wealth Management, New York

Demographics | **Personal** | Experience

| | | | |
|---|---|---|---|
| Preferred Name | ███████ | Job Code Description | **Advisory Director** |
| Adj Recent Hire Date | **1998-04-27** | Gender | **Man** |
| Class/Class Year | **PMD 2006** | Ethnicity | ███ |
| Reporting Group | **AM Core** | | |
| Business Unit | **Public Markets Client Business** | | |

## Self Identification



## Other Personal Details



## Citizenship



## Visa



## National ID

National ID

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Copyright © 1869 by Goldman Sachs
All rights reserved. No part of this publication may be reproduced, distributed, or transmitted in any form or by any means.
GS1044040



# Contact Information

## Phone Numbers





## Addresses




## Email Addresses



# Emergency Contact Information



Copyright © 1869 by Goldman Sachs
*All rights reserved. No part of this publication may be reproduced, distributed, or transmitted in any form or by any means.*



## Dependent Information



CONFIDENTIAL - ATTORNEYS' EYES ONLY

Copyright © 1869 by Goldman Sachs
All rights reserved. No part of this publication may be reproduced, distributed, or transmitted in any form or by any means.

GS1044042



Advisory Director, Asset & Wealth Management, New York

Demographics | Personal | **Experience**

| | | | |
|---|---|---|---|
| Preferred Name | | Job Code Description | **Advisory Director** |
| Adj Recent Hire Date | **1998-04-27** | Gender | **Man** |
| Class/Class Year | **PMD 2006** | Ethnicity | |
| Reporting Group | **AM Core** | | |
| Business Unit | **Public Markets Client Business** | | |

## Experience Summary

| | | | |
|---|---|---|---|
| GS Tenure (Today) | 24.86 | Adjusted Prior Exp Since UG | 12.84 |
| GS Tenure Since UG (Year End) | 25.69 | Total Exp Since UG (Year End) | 38.53 |
| Prior Exp Since UG | 12.84 | Total Exp (Year End) | 38.53 |
| Adjustment to Prior Exp (Months) | - | | |

## Vacation Balance




## Notice Period Entitlement for Voluntary Termination




## GS Work Experience

| Effective Date | Action | Reason | Status Title | Job Code | Job Code Description | Division | Reporting Group | Business Unit | Department | Region | Office | DBS Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-May-2021 | Transfer | Functional Transfer | Advisory Director | 46547 | Advisory Director | Asset & Wealth Management | AM Core | Public Markets Client Business | Client Solutions & Capital Markets | Americas | New York | 0001 000 A168 0000 |
| 01-Jan-2021 | Transfer | Organizational Reorg | Advisory Director | 46547 | Advisory Director | Asset & Wealth Management | AM Core | Divisional Management - | Div Mgmt & Operating Infra | Americas | New York | 0001 000 A751 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Copyright © 1869 by Goldman Sachs
All rights reserved. No part of this publication may be reproduced, distributed, or transmitted in any form or by any means.

GS1044043

| Date | Action | Reason | Job Title | Code | Sub-Title | Division | Sub-Division | Department | Sub-Department | Region | Location | ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30-Apr-2020 | Job Reclassification | Lateral/Reclassification | Advisory Director | 42220 | Advisory Director | Asset & Wealth Management | AM Core | Divisional Management - Public | Div Mgmt & Operating Infra | Americas | New York | 0001 000 A751 0000 |
| 01-Feb-2020 | Data Change | Annual Recalculation | Advisory Director | ADR1 | Advisory Dir | Asset & Wealth Management | AM Core | Divisional Management - Public | Div Mgmt & Operating Infra | Americas | New York | 0001 000 A751 0000 |
| 29-Apr-2019 | Return From Leave | Return From Leave | Advisory Director | ADR1 | Advisory Dir | Asset & Wealth Management | AM Core | Divisional Management - Public | Div Mgmt & Operating Infra | Americas | New York | 0001 000 A751 0000 |
| 19-Mar-2019 | Paid Leave of Absence | Paid Leave of Absence | Advisory Director | ADR1 | Advisory Dir | Asset & Wealth Management | AM Core | Divisional Management - Public | Div Mgmt & Operating Infra | Americas | New York | 0001 000 A751 0000 |
| 01-Jan-2018 | Data Change | Divisional Job Change | Advisory Director | ADR1 | Advisory Dir | Asset & Wealth Management | AM Core | Divisional Management - Public | Div Mgmt & Operating Infra | Americas | New York | 0001 000 A751 0000 |
| 01-Jan-2018 | Transfer | Functional Transfer | Advisory Director | ADR1 | Advisory Dir | Asset & Wealth Management | AM Core | Divisional Management - Public | Div Mgmt & Operating Infra | Americas | New York | 0001 000 A751 0000 |
| 01-Nov-2016 | Data Change | Divisional Job Change | Participating Managing Director | PMDR | PMD-Revenue Producer | Asset & Wealth Management | AM Core | Public Markets Client Business | Client Solutions & Capital Markets | Americas | Chicago | 0001 020 A021 0000 |
| 01-Jan-2013 | Data Change | Divisional Job Change | Participating Managing Director | PMDR | PMD-Revenue Producer | Asset & Wealth Management | AM Core | Public Markets Client Business | Client Solutions & Capital Markets | Americas | Chicago | 0001 020 A021 0000 |
| 01-Jul-2011 | Transfer | Other Transfer | Participating Managing Director | PMDR | PMD-Revenue Producer | Asset & Wealth Management | AM Core | Public Markets Client Business | Client Solutions & Capital Markets | Americas | Chicago | 0001 020 A021 0000 |
| 01-Jul-2009 | Transfer | Other Transfer | Participating Managing Director | PMDR | PMD-Revenue Producer | Asset & Wealth Management | AM Core | Public Markets Client Business | Client Solutions & Capital Markets | Americas | New York | 0001 000 A021 0000 |
| 01-Apr-2009 | Transfer | Other Transfer | Participating Managing Director | PMDR | PMD-Revenue Producer | Asset & Wealth Management | AM Core | Public Markets Client Business | Client Solutions & Capital Markets | Americas | Chicago | 0001 020 A021 0000 |
| 27-Mar-2009 | Data Change | Divisional Job Change | Participating Managing Director | PMDR | PMD-Revenue Producer | Asset & Wealth Management | AM Core | Public Markets Client Business | Client Solutions & Capital Markets | Americas | Chicago | 0001 020 A035 0000 |
| 25-Nov-2006 | Promotion | Promotion | Participating Managing Director | PMDR | PMD-Revenue Producer | Asset & Wealth Management | AM Core | Public Markets Client Business | Client Solutions & Capital Markets | Americas | Chicago | 0001 020 A035 0000 |
| 01-Oct-2005 | Data Change | Divisional Job Change | Extended Managing Director | EMDR | EMD-Revenue | Asset & Wealth Management | AM Core | Public Markets Client Business | Client Solutions & Capital Markets | Americas | Chicago | 0001 020 A035 0000 |
| 03-Sep-2004 | Data Change | Conversion | Extended Managing Director | EMDR | EMD-Revenue | Asset & Wealth Management | AM Core | Public Markets Client Business | Client Solutions & Capital Markets | Americas | Chicago | 0001 020 A035 0000 |
| 01-Dec-2001 | Transfer | Other Transfer | Extended Managing Director | EMDR | EMD-Revenue | Asset & Wealth Management | AM Core | Public Markets Client Business | Client Solutions & Capital Markets | Americas | Chicago | 0001 020 A035 0000 |
| 25-Nov-2000 | Promotion | Promotion | Extended Managing Director | EMDR | EMD-Revenue | Asset & Wealth Management | AM Core | Public Markets Client Business | Client Solutions & Capital Markets | Americas | Chicago | 0001 020 A032 0032 |
| 01-Jun-1999 | Transfer | Departmental Transfer | Vice President | RE52 | Assoc-Sr-Sls | Asset & Wealth Management | AM Core | Public Markets Client Business | Client Solutions & Capital Markets | Americas | Chicago | 0001 020 A032 0032 |
| 01-Dec-1998 | Promotion | Promotion | Vice President | RE52 | Assoc-Sr-Sls | Asset & Wealth Management | AM Core | Public Markets Client Business | Client Solutions & Capital Markets | Americas | Chicago | 0001 020 A769 0768 |
| 01-Dec-1998 | Transfer | Office Transfer | Vice President | RE52 | Assoc-Sr-Sls | Asset & Wealth Management | AM Core | Public Markets Client Business | Client Solutions & Capital Markets | Americas | Chicago | 0001 020 A769 0768 |
| 27-Apr-1998 | Data Change | Annual Recalculation | Vice President | RE42 | Assoc-Int-Sls | Asset & Wealth Management | AM Core | Public Markets Client Business | Client Solutions & Capital Markets | Americas | New York | 0001 000 A769 0768 |
| 27-Apr-1998 | Hire | New Hire | Vice President | RE42 | Assoc-Int-Sls | Asset & Wealth Management | AM Core | Public Markets Client Business | Client Solutions & Capital Markets | Americas | New York | 0001 000 A769 0768 |

## Prior Work Experience

| Start Date | End Date | Job Title | Company | Duration | Country |
|---|---|---|---|---|---|
| 01-Feb-1993 | 01-Apr-1998 | Mutual Funds | Dreyfus Corporation | 5.16 | - |
| 01-Jun-1985 | 01-Feb-1993 | Sales Manager | Spectra Physics Inc | 7.67 | - |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Copyright © 1869 by Goldman Sachs
*All rights reserved. No part of this publication may be reproduced, distributed, or transmitted in any form or by any means.*

GS1044044

## Education

| Degree Type | Degree | School | City | Country | Attended From | Attended To | Graduated? | Graduation Date | Major 1 | Major 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Bachelors | Bachelors | Ohio State University | USA | USA | - | 01-Jun-1985 | Y | 01-Jun-1985 | Marketing | - |

## Leave Of Absence History



## Termination History

## Separate Employment Contract Assignment

## Secondment History

## Benefits Program Code



Copyright © 1869 by Goldman Sachs
All rights reserved. No part of this publication may be reproduced, distributed, or transmitted in any form or by any means.