UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,<br><br>Plaintiffs,<br><br>-against-<br><br>GOLDMAN SACHS & CO. LLC and THE GOLDMAN SACHS GROUP, NC.,<br><br>Defendants. | Case No. 1:10-cv-6950-AT-RWL<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval, the Declaration of Adam T. Klein, and the Parties' Stipulation and Settlement Agreement (the "Settlement Agreement") and the exhibits thereto, Plaintiffs respectfully request that the Court enter an Order: (1) granting preliminary approval of the Settlement Agreement, (2) approving the proposed Notice, attached as Exhibit 1 to the Settlement Agreement, and (3) scheduling a final fairness hearing for a date that is at least 100 calendar days after preliminary approval.

Plaintiffs submit a Proposed Order, attached as Exhibit 2 to the Settlement Agreement, for the Court's convenience.

Respectfully submitted,

Dated: May 8, 2023  /s/ *Adam T. Klein*
_____

Adam T. Klein
Cara E. Greene
Christopher M. McNerney
Michael C. Danna
Sabine Jean

**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

Dated: May 8, 2023        /s/ Kelly M. Dermody
_____

Kelly M. Dermody (admitted *pro hac vice*)
Anne B. Shaver (admitted *pro hac vice*)
Michael Levin-Gesundheit (admitted *pro hac vice*)
Michelle A. Lamy (admitted *pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Rachel J. Geman
Jessica A. Moldovan
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-9592
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Plaintiffs and the Class*