# Exhibit 1

**Outten & Golden LLP**
**Fee Summary**

|  | Hours | Fees |
|---|---|---|
| Initial Discovery and Litigation | 9,548 | $5,946,434 |
| Class Certification, Motions to Strike Expert Opinions, Intervention of Additional Plaintiffs, and Motions to Dismiss | 8,498 | $5,828,856 |
| Merits Discovery, Motion to Compel Arbitration and Motion for Rule 23(d) Relief, Expert Discovery | 11,094 | $6,234,763 |
| Daubert, Summary Judgment, and Decertification Motions | 4,577 | $2,688,355 |
| Trial Preparation | 4,464 | $2,234,628 |
| Settlement Approval and Administration | 265 | $140,145 |
| **Total** | **38,448** | **$23,073,180** |

|  | Hours | Fees |
|---|---|---|
| **Attorney** | **27,755** | **$19,564,436** |
| Partner | 11,534 | $10,909,039 |
| Associate | 11,218 | $5,664,665 |
| Staff Attorney | 2,809 | $1,266,840 |
| Counsel | 1,817 | $1,393,930 |
| Partner - eDiscovery Counsel | 377 | $329,963 |
| **Support Staff** | **10,693** | **$3,508,744** |
| Paralegal | 9,974 | $3,285,715 |
| Law Clerk | 545 | $177,141 |
| Legal Administrator | 174 | $45,888 |
| **Total** | **38,448** | **$23,073,180** |

**Outten & Golden LLP**
**Summary of Timekeeper Rates and Hours**

| Timekeeper | Initials | Current Role | Current Title | Rate | Hours |
|---|---|---|---|---|---|
| Wayne N. Outten | WNO | Attorney | Partner | $1,500 | 33 |
| Adam T. Klein | ATK | Attorney | Partner | $1,150 | 4,291 |
| Justin Swartz | JMS | Attorney | Partner | $1,150 | 45 |
| Jahan C. Sagafi | JCS | Attorney | Partner | $1,100 | 33 |
| Tammy T. Marzigliano | TTM | Attorney | Partner | $1,100 | 31 |
| Ossai Miazad | OM | Attorney | Partner | $1,075 | 124 |
| Cara E. Greene | CEG | Attorney | Partner | $950 | 2,607 |
| Carmelyn P. Malalis | CPM | Attorney | Partner | $900 | 205 |
| Daniel Stromberg | DXS | Attorney | Partner - eDiscovery Counsel | $875 | 377 |
| Nantiya Ruan | NRR | Attorney | Counsel | $800 | 858 |
| Melissa L. Stewart | MLS | Attorney | Partner | $800 | 1,389 |
| Michael J. Scimone | MJS | Attorney | Partner | $800 | 421 |
| Nicholas H. Sikon | NHS | Attorney | Partner | $800 | 132 |
| Paul W. Mollica | PWM | Attorney | Counsel | $775 | 675 |
| Rachel M. Bien | RMB | Attorney | Partner | $775 | 75 |
| Melissa E. Pierre-Louis | MEP | Attorney | Partner | $700 | 30 |
| Moira Heiges-Goepfert | MHG | Attorney | Counsel | $650 | 283 |
| Chauniqua D. Young | CDY | Attorney | Partner | $650 | 262 |
| Christopher M. McNerney | CMM | Attorney | Partner | $650 | 1,825 |
| Piper Hoffman | PXH | Attorney | Partner | $615 | 33 |
| Rebecca Sobie | RXS | Attorney | Staff Attorney | $600 | 20 |
| Amber C. Trzinski | ACT | Attorney | Associate | $575 | 32 |
| Anjana Samant | AS | Attorney | Associate | $575 | 101 |
| Brandon E. James | BEJ | Attorney | Associate | $575 | 507 |
| Bridget V. Hamill | BVH | Attorney | Associate | $575 | 55 |
| Cyrus E. Dugger | CED | Attorney | Associate | $575 | 1,850 |
| Dana Sussman | DS1 | Attorney | Associate | $575 | 155 |
| Delyanne Barros | DB1 | Attorney | Associate | $575 | 49 |
| Elizabeth Stork | EVS | Attorney | Associate | $575 | 27 |
| Hunter A. Swain | HAS | Attorney | Associate | $575 | 34 |
| Jennifer Liu | JL | Attorney | Associate | $575 | 595 |
| Jennifer Weiser Bezoza | JWB | Attorney | Associate | $575 | 31 |
| Jessie R. Cardinale | JRC | Attorney | Associate | $575 | 15 |
| Kate Nicole Garces Blanco | KGB | Attorney | Associate | $575 | 122 |
| Katrina L. Eiland | KLE | Attorney | Associate | $575 | 181 |
| Lauren E. Schwartzreich | LES | Attorney | Associate | $575 | 16 |
| Mariko Hirose | MH | Attorney | Associate | $575 | 75 |
| Natalie Alameddine | NA | Attorney | Associate | $575 | 21 |
| Olivia J. Quinto | OJQ | Attorney | Associate | $575 | 73 |

**Outten & Golden LLP**
**Summary of Timekeeper Rates and Hours**

| Timekeeper | Initials | Current Role | Current Title | Rate | Hours |
|---|---|---|---|---|---|
| Sandra E. Pullman | SEP | Attorney | Associate | $575 | 22 |
| Seth E. Marnin | SEM | Attorney | Associate | $575 | 27 |
| Stephanie P. Mitra | SPM | Attorney | Associate | $575 | 59 |
| Tara L. Quinlan | TLQ | Attorney | Associate | $575 | 12 |
| Erin Pressman | EP | Attorney | Associate | $525 | 48 |
| Maya S. Jumper | MSJ | Attorney | Associate | $525 | 906 |
| Michael Danna | MCD | Attorney | Associate | $475 | 2,737 |
| Sabine Jean | SXJ | Attorney | Associate | $450 | 2,919 |
| Alex Bonilla | AXB | Attorney | Staff Attorney | $450 | 348 |
| Danica Li | DXL | Attorney | Staff Attorney | $450 | 47 |
| Laura Birnbaum | LXB | Attorney | Staff Attorney | $450 | 144 |
| Morgan Marshall-Clark | MMC | Attorney | Staff Attorney | $450 | 216 |
| Tara K. Quaglione | TKQ | Attorney | Staff Attorney | $450 | 2,021 |
| Trina Clayton | TMC | Attorney | Staff Attorney | $450 | 12 |
| Amy Maurer | AMA | Attorney | Associate | $400 | 498 |
| Courtney J. Hinkle | CJH | Attorney | Associate | $350 | 55 |
| Jennifer LaMarch | JLM | Support Staff | Legal Administrator | $350 | 10 |
| Kerry-Ann Reid Brown | KAR | Support Staff | Legal Administrator | $350 | 50 |
| Robert S. Rivera | RRX | Support Staff | Legal Administrator | $350 | 39 |
| Konnie Dominguez | KD | Support Staff | Paralegal | $350 | 23 |
| Lynsey Major | LXM | Support Staff | Paralegal | $350 | 16 |
| Michaela Dougherty | MDX | Support Staff | Paralegal | $350 | 633 |
| Michelle T. Leung | MTL | Support Staff | Paralegal | $350 | 915 |
| Naomi Campusano | NCX | Support Staff | Paralegal | $350 | 37 |
| Patricia Matney | PXM | Support Staff | Paralegal | $350 | 16 |
| Sara D. Clinton | SDC | Support Staff | Paralegal | $350 | 22 |
| Sara Olson | SXO | Support Staff | Paralegal | $350 | 71 |
| Tracee A. Manettas | TAM | Support Staff | Paralegal | $350 | 37 |
| Law Clerk | DCLC | Support Staff | Law Clerk | $325 | 2 |
| Law Clerk | SFLC | Support Staff | Law Clerk | $325 | 87 |
| Law Clerk | NYLC | Support Staff | Law Clerk | $325 | 409 |
| Law Clerk | CLC | Support Staff | Law Clerk | $325 | 47 |
| Adrien L. Porter | ALP | Support Staff | Paralegal | $325 | 91 |
| Alec Martin | ALM | Support Staff | Paralegal | $325 | 41 |
| Alex Muino | AMX | Support Staff | Paralegal | $325 | 22 |
| Alexis Werth | AW | Support Staff | Paralegal | $325 | 254 |
| Amanda X. Platt | AXP | Support Staff | Paralegal | $325 | 20 |
| Anna Bostwick | ABX | Support Staff | Paralegal | $325 | 11 |
| Brian D. Kouassi | BDK | Support Staff | Paralegal | $325 | 17 |
| Carmenliggia Espinal | CE | Support Staff | Paralegal | $325 | 235 |

**Outten & Golden LLP**
**Summary of Timekeeper Rates and Hours**

| Timekeeper | Initials | Current Role | Current Title | Rate | Hours |
|---|---|---|---|---|---|
| Chris Jurek | CXJ | Support Staff | Paralegal | $325 | 14 |
| Christopher C. Alter | CCA | Support Staff | Paralegal | $325 | 229 |
| Christopher J. Boerger | CJB | Support Staff | Paralegal | $325 | 126 |
| Christopher Truong | CXT | Support Staff | Paralegal | $325 | 1,236 |
| Cindy Y. Huang | CYH | Support Staff | Paralegal | $325 | 543 |
| Elle Eshleman | EXE | Support Staff | Paralegal | $325 | 21 |
| Emily R Abelow | ERA | Support Staff | Paralegal | $325 | 25 |
| Gabriela Aquije Quiroga | GAQ | Support Staff | Paralegal | $325 | 5 |
| Genavieve H Koyn | GHK | Support Staff | Paralegal | $325 | 401 |
| Glykeria Tsiokanou | GT | Support Staff | Paralegal | $325 | 386 |
| Hilary A. Loveless | HAL | Support Staff | Paralegal | $325 | 103 |
| Iyonda A. Brown | IAB | Support Staff | Paralegal | $325 | 14 |
| Jennifer N. Escobar | JNE | Support Staff | Paralegal | $325 | 347 |
| Jessica R. Lyons | JRL | Support Staff | Paralegal | $325 | 17 |
| Kenneth C. Leung | KCL | Support Staff | Paralegal | $325 | 95 |
| Kevin A. Ayala | KAA | Support Staff | Paralegal | $325 | 28 |
| Khristine A. De Leon | KAD | Support Staff | Paralegal | $325 | 139 |
| Kristen Sisko | KS | Support Staff | Paralegal | $325 | 12 |
| Krystle Noweski | KN | Support Staff | Paralegal | $325 | 61 |
| Liam J. Stephens | LJS | Support Staff | Paralegal | $325 | 100 |
| Makaria S. Yami | MSY | Support Staff | Paralegal | $325 | 184 |
| Marisa Hendriksen | MXH | Support Staff | Paralegal | $325 | 399 |
| Mary T. Connolly | MTC | Support Staff | Paralegal | $325 | 15 |
| Melissa B. Francisco | MBF | Support Staff | Paralegal | $325 | 452 |
| Michelle Fujii | MXF | Support Staff | Paralegal | $325 | 46 |
| Napoleon Zapata | NAZ | Support Staff | Paralegal | $325 | 443 |
| Natalie Chew | NTC | Support Staff | Paralegal | $325 | 339 |
| Part Time Paralegal | PTP | Support Staff | Paralegal | $325 | 931 |
| Piel A. Lora | PAL | Support Staff | Paralegal | $325 | 11 |
| Rania Tootla | RXT | Support Staff | Paralegal | $325 | 26 |
| Rosemary Almonte | RA | Support Staff | Paralegal | $325 | 66 |
| Simone S. Etwaru | SSE | Support Staff | Paralegal | $325 | 649 |
| Sylvie Rohrbaugh | SXR | Support Staff | Paralegal | $325 | 18 |
| Vincent Yang | VXY | Support Staff | Paralegal | $325 | 35 |
| Hector Jacome | HJ | Support Staff | Legal Administrator | $150 | 21 |
| Records Clerk | RC | Support Staff | Legal Administrator | $150 | 55 |