```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/19/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. Cristina Chen-Oster, Shanna Orlich, Allison Gamba, and Mary De Luis,

                Plaintiffs,

-against-

Goldman Sachs & Co. LLC and The Goldman Sachs Group, Inc.,

                Defendants.

10 Civ. 6950 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 31, 2023, the Court scheduled the final approval hearing for **November 7, 2023**, at **3:00 p.m.** ECF No. 1458. The Court shall hold this hearing by videoconference. *See* ECF No. 1446 ¶ 10. Chambers shall provide the parties with instructions on how to appear via video.

To optimize the quality of the video feed, only the Court, the parties, counsel for the parties, objectors, and counsel for any objectors may appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

The Settlement Administrator shall post on the settlement website a copy of this order.

SO ORDERED.

Dated: October 19, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge