UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER, SHANNA ORLICH, ALLISON GAMBA, and MARY DE LUIS,<br><br>Plaintiffs,<br><br>-against-<br><br>GOLDMAN SACHS & CO. LLC and THE GOLDMAN SACHS GROUP, NC.,<br><br>Defendants. | Case No. 1:10-cv-6950-AT-RWL<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, the Declaration of Adam T. Klein and Exhibits 1 and 2 attached thereto (respectively, the Declaration of Sara Schwermer-Sween for Rust Consulting, Inc. and Exhibits A, B, C and D attached thereto; and the Declaration of Michael Levin-Gesundheit in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement), and the Proposed Order attached as Exhibit 1 to this Notice of Motion for the Court's convenience, Plaintiffs respectfully request that the Court issue an order: (1) approving the Settlement as fair, reasonable and adequate pursuant to Rule 23(e); (2) granting final judgment pursuant to the terms of the Settlement Agreement; (3) dismissing the Litigation with prejudice pursuant to the terms of the Settlement Agreement; and (4) retaining jurisdiction solely for purposes of enforcing the Settlement Agreement.  Defendants do not oppose this motion.

| | |
|---|---|
| Dated: October 27, 2023<br>New York, NY | Respectfully submitted,<br><br>*/s/ Adam T. Klein*<br><br>Adam T. Klein<br>Cara E. Greene<br>Christopher M. McNerney<br>Michael C. Danna<br>Sabine Jean<br>**OUTTEN & GOLDEN LLP**<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br><br>*/s/ Kelly M. Dermody*<br><br>Kelly M. Dermody (admitted *pro hac vice*)<br>Anne B. Shaver (admitted *pro hac vice*)<br>Michael Levin-Gesundheit (admitted *pro hac vice*)<br>Michelle A. Lamy (admitted *pro hac vice*)<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>Rachel J. Geman<br>Jessica A. Moldovan<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-9592<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592 |