UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. CRISTINA CHEN-OSTER; SHANNA ORLICH; ALLISON GAMBA; and MARY DE LUIS,<br><br>Plaintiffs,<br><br>-against-<br><br>GOLDMAN, SACHS & CO. and THE GOLDMAN SACHS GROUP, INC.,<br><br>Defendants. | No. 10-cv-6950-AT-RWL |

**DECLARATION OF KELLY M. DERMODY
IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

I, Kelly M. Dermody, declare:

1. I am an attorney at Lieff Cabraser Heimann & Bernstein, LLP ("LCHB"), Class Counsel for Plaintiffs and the Class in the above-captioned class action. I am a member in good standing of the bar of California, and I have been admitted to this case *pro hac vice*. This declaration is submitted in support of Plaintiffs' reply in further support of their unopposed motions for attorneys' fees and litigation costs (ECF No. 1451), and Class Representative service awards (ECF No. 1449). This declaration supplements the prior declaration I submitted in support of both motions (ECF No. 1453).

2. My prior declaration included a description of the work done on this case from inception through July 10, 2023, as well as background information for individuals who contributed significant hours to the case. Through this declaration, I provide updated time records for the additional hours spent on this case from July 11, 2023 through October 23, 2023. These additional hours included work: (i) responding to and, if necessary, investigating inquiries from Class members and other women who work or worked at Goldman Sachs regarding the Settlement; (ii) overseeing the work of the Settlement Administrator; (iii) conferring with Goldman Sachs's counsel regarding administration of the Settlement; and (iv) preparing to secure final approval of the Settlement. As I had for the time recorded up through July 10, 2023, I reviewed these additional time records and exercised billing judgment in eliminating any time entries that may have been duplicative or inefficient, and I excluded time spent addressing counsel's request for fees or on the individual non-class claims of the Plaintiffs.

3. The adjusted additional time records are reflected in the below summary chart of each biller's total hours worked on this case from July 11, 2023 through October 23, 2023, along with their title, qualifications, and billing rate:

| Title / Name | Qualifications | Hours | Rate | Lodestar |
|---|---|---|---|---|
| *Partner* | | | | |
| Kelly Dermody | J.D., Univ. of Cal., Berkeley, 1993 | 16.40 | $1,230 | $20,172.00 |
| Michelle Lamy | J.D. Stanford, 2015 | 9.50 | $650 | $6,175.00 |

2

| Title / Name | Qualifications | Hours | Rate | Lodestar |
|---|---|---|---|---|
| Michael Levin-Gesundheit | J.D., Stanford, 2013 | 125.50 | $705 | $88,477.50 |
| Anne Shaver | J.D., Univ. of Cal., Berkeley, 2007 | 29.90 | $840 | $25,116.00 |
| *Paralegal* | | | | |
| Elizabeth Keenley | B.A., Univ. of Cal., Santa Barbara, 2009 | 25.90 | $510 | $13,209.00 |
| Janelle Wong | B.S., San Francisco State Univ., Cal., 2018 | 3.20 | $490 | $1,568.00 |
| **Total** | | **210.40** | | **$154,717.50** |

\*   \*   \*

I declare under penalty of perjury under the laws of the United States, the State of New York, and the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in San Francisco, California on October 27, 2023.

Kelly M. Dermody