

Advocates for Workplace Fairness

February 16, 2024

<u>Via ECF</u>
The Honorable Robert W. Lehrburger
United States District Court for the
Southern District of New York,
500 Pearl Street,
New York, New York 10007-1312

      Re: *Chen-Oster, et al.* v. *Goldman, Sachs & Co., et ano.*, No. 10 Civ. 6950 (AT) (RWL) (S.D.N.Y.)

Dear Judge Lehrburger:

    We are co-counsel for the Plaintiffs and the Class in this action. We write to request that the Court issue a stay and relieve Outten & Golden LLP ("O&G") of certain obligations under the operative Protective Orders (ECF Nos. 51 and 712) in this case.

    O&G reasonably anticipates litigation (Matter A) related to one of the class members in this action and has instituted the required litigation hold. O&G does not believe it can comply with the Protective Orders, which require destruction of such information, without violating its preservation obligations in Matter A. Accordingly, we request that the Court (1) issue a stay allowing O&G sufficient time to segregate the relevant information, and (2) relieve the Firm of its obligations to destroy such information until such time as Matter A concludes.

                         Respectfully submitted,

                         */s/ Cara E. Greene*
                         Cara E. Greene
                         Adam T. Klein
                         Christopher McNerney
                         Michael Danna



Advocates for Workplace Fairness

        Sabine Jean
        OUTTEN & GOLDEN LLP
        685 Third Avenue, 25th Floor
        New York, New York 10017
        Telephone: (212) 245-1000
        Facsimile: (646) 509-2060

        *Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing system.

> */s/ Cara E. Greene*
> Cara E. Greene
> 685 3rd Ave 25th Floor
> New York, NY 10017
> Tel.: (212) 245-1000
> Fax: (646) 509-2060
> Email: ceg@outtengolden.com